AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| National Association for the Advancement of Colored People, et al.<br><br>*Plaintiff(s)*<br>v.<br>Tate Reeves in his official capacity as Governor of the State of Mississippi, et al.<br><br>*Defendant(s)* | Civil Action No. 3:23-cv-272-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Tate Reeves, in his official capacity as Governor of the State of Mississippi
Walter Sillers Building
550 High Street
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Carroll Rhodes, Esq.
Law Offices of Carroll Rhodes
Post Office Box 588
Hazlehurst, MS 39083

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: APR 24 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

National Association for the Advancement of Colored People, et al.

*Plaintiff(s)*

v.

Tate Reeves in his official capacity as Governor of the State of Mississippi, et al.

*Defendant(s)*

Civil Action No. 3:23-cv-272-HTW-LGI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Sean Tindell, in his official capacity as Commissioner of Public Safety 1900
1900 East Woodrow Wilson Avenue
Jackson, MS 39216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carroll Rhodes, Esq.
Law Offices of Carroll Rhodes
Post Office Box 588
Hazlehurst, MS 39083

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: APR 24 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

National Association for the Advancement of Colored People, et al.
)
)
)
)
*Plaintiff(s)*
)
v.
) Civil Action No. 3:23-cv-272-HTW-LGI
Tate Reeves in his official capacity as Governor of the State of Mississippi, et al.
)
)
)
)
*Defendant(s)*
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bo Luckey, in his official capacity as Chief of the Mississippi Department of Public Safety Office of the Capitol Police
Mississippi Capitol Police
501 North West Gartin Justice Building
450 High Street
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Carroll Rhodes, Esq.
Law Offices of Carroll Rhodes
Post Office Box 588
Hazlehurst, MS 39083

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: APR 24 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

National Association for the Advancement of Colored People, et al.

*Plaintiff(s)*

v.

Tate Reeves in his official capacity as Governor of the State of Mississippi, et al.

*Defendant(s)*

Civil Action No. 3:23-cv-272-HTW-LGI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Michael K. Randolph, in his official capacity as Chief Justice of the Mississippi Supreme Court
Gartin Justice Building
450 High Street
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Carroll Rhodes, Esq.
Law Offices of Carroll Rhodes
Post Office Box 588
Hazlehurst, MS 39083

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: APR 24 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

National Association for the Advancement of Colored People, et al.

*Plaintiff(s)*

v.

Tate Reeves in his official capacity as Governor of the State of Mississippi, et al.

*Defendant(s)*

Civil Action No. 3:23-cv-272-HTW-LGI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Lynn Fitch, in her official capacity as Attorney General of the State of Mississippi
Walter Sillers Building
550 High Street
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carroll Rhodes, Esq.
Law Offices of Carroll Rhodes
Post Office Box 588
Hazlehurst, MS 39083

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: APR 2 4 2023

*Signature of Clerk or Deputy Clerk*