IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; JACKSON CITY BRANCH OF THE NAACP; DERRICK JOHNSON; FRANK FIGGERS; CHARLES TAYLOR; MARKYEL PITTMAN; CHARLES JONES; and NSOMBI LAMBRIGHT-HAYNES,<br><br>                *Plaintiffs*,<br><br>  v.<br><br>TATE REEVES, in his official capacity as Governor of the State of Mississippi; SEAN TINDELL, in his official capacity as Commissioner of Public Safety; BO LUCKEY, in his official capacity as Chief of the Mississippi Department of Public Safety Office of Capitol Police; MICHAEL K. RANDOLPH, in his official capacity as Chief Justice of the Mississippi Supreme Court; and LYNN FITCH, in her official capacity as Attorney General of the State of Mississippi,<br><br>                *Defendants*. | Case No. 3:23-cv-00272-HTW-LGI |

**PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Plaintiffs National Association for the Advancement of Colored People ("NAACP"), Mississippi State Conference of the National Association for the Advancement of Colored People

("Mississippi State Conference"), and Jackson City Branch of the National Association for the Advancement of Colored People ("Jackson City Branch") hereby disclose that the Jackson City Branch and the Mississippi State Conference are subsidiaries of the NAACP. The NAACP has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted this 24th day of April, 2023.

| | |
|---|---|
| */s/ Eric H. Holder, Jr.* <br> Eric H. Holder, Jr.,* DC Bar # 303115 <br> Carol M. Browner,* DC Bar # 90004293 <br> Megan A. Crowley,* DC Bar # 1049027 <br> Gary S. Guzy,* DC Bar # 375977 <br> Mark H. Lynch,* DC Bar # 193110 <br> Brenden J. Cline,* DC Bar # 1021317 <br> **COVINGTON & BURLING LLP** <br> One CityCenter <br> 850 Tenth Street NW <br> Washington, DC 20001 <br> Tel: (202) 662-6000 <br> Fax: (202) 662-6291 <br> eholder@cov.com <br> cbrowner@cov.com <br> mcrowley@cov.com <br> gguzy@cov.com <br> mlynch@cov.com <br> bcline@cov.com <br> *Counsel for NAACP* <br><br> **Pro Hac Vice* Applications to be Filed | /s/ *Carroll Rhodes* <br> Carroll Rhodes, Esq. MS Bar, # 5314 <br> **LAW OFFICES OF CARROLL RHODES** <br> POST OFFICE BOX 588 <br> HAZLEHURST, MS 39083 <br> Telephone: (601) 894-4323 <br> Fax: (601) 894-1464 <br> crhode@bellsouth.net <br><br> Janette Louard,* OH Bar # 066257 <br> Anthony Ashton,* MD Bar # 9712160021 <br> Joe R. Schottenfeld,* DC Bar # 1735796 <br> **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE** <br> 4805 Mt. Hope Drive <br> Baltimore, MD 21215 <br> Tel: (410) 580-5777 <br> Fax: (410) 358-9350 <br> jlouard@naacpnet.org <br> aashton@naacpnet.org <br> jschottenfeld@naacpnet.org <br> *Counsel for All Plaintiffs* <br><br> **Pro Hac Vice* Applications to be Filed |