IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

National Association for the
Advancement of Colored People,
Mississippi State Conference of
The National Association for the
Advancement of Colored People;
Jackson City Branch of the NAACP;
Derrick Johnson; Frank Figgers;
Charles Taylor; Markyel Pittman;
Charles Jones; and Nsombi
Lambright-Haynes                                                                Plaintiffs

vs.                                                        Case No. 3:23-cv-272-HTW-LGI

Tate Reeves, in his official capacity
as Governor of the State of Mississippi;
Sean Tisdell, in his official capacity
as Commissioner of Public Safety;
Bo Luckey, in his official capacity
as Chief of the Mississippi Department
of Public Safety Office of Capitol Police;
Michael K. Randolph, in his official
capacity as Chief Justice of the
Mississippi Supreme Court; and
Lynn Fitch, in her official capacity
as Attorney General of the State
of Mississippi                                                                  Defendants

## Entry of Appearance

To:    The Clerk of Court and all parties of record:

   The Clerk of Court is requested to docket the entry of appearance of Mark A. Nelson as counsel for Defendant, Michael K. Randolph, in his official capacity as Chief Justice of the Mississippi Supreme Court, and to provide notice as required by Rule.

Respectfully submitted, this the 27th day of April, 2023.

                Respectfully submitted,

                Michael K. Randolph, in his official capacity as Chief Justice of the Mississippi Supreme Court

                */s/ Mark A. Nelson*

                By:_____
                Mark A. Nelson, MB #3808

Of Counsel:

Mark A. Nelson, MB #3808
Ned A. Nelson, MB #105712
Nelson Law PLLC
7 Woodstone Plaza, Ste. 7
Hattiesburg, MS 39402
Telephone: 601.602.6031
Facsimile: 601.602.3251
mark@nelsonfirm.law
ned@nelsonfirm.law

## Certificate of Service

I, Mark A. Nelson, hereby certify that on this the 27th day of April, 2023, I electronically filed the foregoing with Clerk of the Court using the ECF system which will provide notice to all counsel of record.

                */s/ Mark A. Nelson*

                _____
                Mark A. Nelson