AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi ▾

| | |
|---|---|
| National Association for the Advancement of Colored People, et al. <br><br>_____ <br>*Plaintiff(s)* <br>v. <br>Tate Reeves in his official capacity as Governor of the State of Mississippi, et al. <br><br>_____ <br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br>Civil Action No. 3:23-cv-272-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

           Tate Reeves, in his official capacity as Governor of the State of Mississippi
           Walter Sillers Building
           550 High Street
           Jackson, MS  39201

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
           Carroll Rhodes, Esq.
           Law Offices of Carroll Rhodes
           Post Office Box 588
           Hazlehurst, MS  39083

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: APR 2 4 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Tate Reeves

was received by me on *(date)*            04/26/2023        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the summons on J. Lampkin, the agent for Attorney General, Lynn Fitch, who is
designated by law to accept service of process on behalf of Tate Reeves


My fees are $   45.00     for travel and $ _____   for services, for a total of $  45.00     .

I declare under penalty of perjury that this information is true.

Date:     04/26/2034

                                       *Server's signature*

                                       Jimmy Dale White, Constable
                                       *Printed name and title*

                                       1016 Edwin Lane
                                       Hazlehurst, MS  399083

                                       *Server's address*

Additional information regarding attempted service, etc:



March 20, 2020

## Notice

### Service of Process Upon the Office of the Attorney General During the COVID-19 State of Emergency

The 12th floor lobby of the Attorney General's Office is closed to the public. As of March 20, 2020, and until further notice, Attorney General Lynn Fitch has designated the lockbox located at the Capitol Police desk in the lobby of the Walter Sillers State Office Building at 550 High Street, Jackson, Mississippi as the location for the Attorney General to receive service of process pursuant to Mississippi Rule of Civil Procedure 4(d)(5) and Federal Rule of Civil Procedure 4(j)(2)(B). Summonses and subpoenas to be served on the Attorney General's Office Should be placed in this lockbox.

The Capitol Police will <u>not</u> provide an acknowledgment of service. However, you may take a copy of this notice and the accompanying Attorney General's Office business card for your files.

As a reminder, subpoenas seeking documents in the possession, custody, or control of a state agency other than the Attorney General's Office must be served directly on that agency. Placing those subpoenas in this lockbox is not legally sufficient service of process.

The lockbox will be checked once a day. If the matter requires immediate attention, or if you have a question about service of process, please call or email Assistant Attorney General Doug Miracle at 601-359-5654 or **doug.miracle@ago.ms.gov.**

Summons Receipt

Received Date: 04-26 2023   Time: 11:23am

Capitol Police: J. Lamphin