# EXHIBIT 1

MISSISSIPPI LEGISLATURE                         REGULAR SESSION 2023

By:  Representatives Lamar, Shanks, Wallace      To:  Ways and Means

HOUSE BILL NO. 1020
(As Sent to Governor)

```
 1    AN ACT TO AUTHORIZE FOUR TEMPORARY SPECIAL CIRCUIT JUDGES FOR
 2  THE SEVENTH CIRCUIT COURT DISTRICT TO BE APPOINTED BY THE CHIEF
 3  JUSTICE OF THE SUPREME COURT; TO AUTHORIZE THE PUBLIC DEFENDER OF
 4  THE SEVENTH CIRCUIT COURT DISTRICT TO APPOINT THREE FULL-TIME
 5  ASSISTANT PUBLIC DEFENDERS; TO AUTHORIZE THE DISTRICT ATTORNEY OF
 6  THE SEVENTH CIRCUIT COURT DISTRICT TO APPOINT TWO FULL-TIME
 7  ASSISTANT DISTRICT ATTORNEYS; TO CREATE AN INFERIOR COURT WITHIN
 8  THE CAPITOL COMPLEX IMPROVEMENT DISTRICT TO HEAR AND DETERMINE
 9  CERTAIN MATTERS THAT ARE UNDER THE JURISDICTION OF MUNICIPAL
10  COURTS JURISDICTION OF A MUNICIPAL COURT; TO AUTHORIZE THE
11  ATTORNEY GENERAL TO DESIGNATE TWO ATTORNEYS TO SERVE AS
12  PROSECUTING ATTORNEYS FOR ANY CAUSE OF ACTION WITHIN THE
13  JURISDICTION OF THE CAPITOL COMPLEX IMPROVEMENT DISTRICT; TO
14  REQUIRE THE ADMINISTRATIVE OFFICE OF COURTS, IN CONSULTATION WITH
15  THE CHIEF JUSTICE OF THE MISSISSIPPI SUPREME COURT TO APPOINT A
16  CLERK FOR THE CCID INFERIOR COURT; TO REQUIRE THE DEPARTMENT OF
17  FINANCE AND ADMINISTRATION TO DESIGNATE A SUITABLE LOCATION OR
18  BUILDING FOR THE PURPOSE OF ALLOWING THE CCID INFERIOR COURT TO
19  HOLD COURT; TO AMEND SECTION 29-5-203, MISSISSIPPI CODE OF 1972, TO
20  REVISE THE BOUNDARIES OF THE CAPITOL COMPLEX IMPROVEMENT DISTRICT,
21  FOR PURPOSES OF AMENDMENT; TO AMEND SECTION 27-65-75, MISSISSIPPI
22  CODE OF 1972, AS AMENDED BY SENATE BILL NO. 2664, 2023 REGULAR
23  SESSION, TO REVISE THE DISTRIBUTION OF STATE SALES TAX REVENUE TO
24  THE CAPITOL COMPLEX IMPROVEMENT DISTRICT PROJECT FUND; TO REQUIRE
25  THE COMMISSIONER OF THE DEPARTMENT OF PUBLIC SAFETY TO DEVELOP A
26  911 SYSTEM FOR EMERGENCIES WITHIN THE CAPITOL COMPLEX IMPROVEMENT
27  DISTRICT; TO REQUIRE THE CHIEF JUSTICE OF THE SUPREME COURT, IN
28  CONSULTATION WITH THE ADMINISTRATIVE OFFICE OF COURTS, TO APPOINT
29  A COURT ADMINISTRATOR TO MANAGE THE CASELOAD OF THE SPECIAL JUDGES
30  APPOINTED IN SECTION 1 OF THIS ACT; TO REQUIRE THE HINDS COUNTY
31  CIRCUIT CLERK TO SELECT JURORS FROM ALL QUALIFIED ELECTORS IN
32  HINDS COUNTY; TO PROVIDE HOW JURORS ARE CHOSEN FOR PROCEEDINGS
33  BEFORE SPECIAL COURT JUDGES AUTHORIZED BY THIS ACT FOR THE SEVENTH
34  CIRCUIT COURT DISTRICT; AND FOR RELATED PURPOSES.
```

35      BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

36      **SECTION 1.**  (1)  The Chief Justice of the Supreme Court shall

37   appoint four (4) temporary special circuit judges for the Seventh

38   Circuit Court District.  No limitation whatsoever shall be placed

39   upon the powers and duties of the judges other than those provided

40   by the Constitution and laws of this state.  The term of the

41   temporary special circuit judges shall expire on December 31,

42   2026.

43      (2)  The judges shall be appointed no later than fifteen (15)

44   days after the passage of this act according to applicable state

45   laws.  The Chief Justice of the Supreme Court may elect to

46   reappoint circuit judges that are serving on a temporary basis as

47   of the effective date of this act in the Seventh Circuit Court

48   District.

49      (3)  (a)  Each temporary special circuit judge shall receive

50   an office operating allowance to be used for the purposes

51   described and in amounts equal to those authorized in Section

52   9-1-36.

53          (b)  The Administrative Office of Courts shall establish

54   personnel policies to compensate the support staff for each

55   temporary special circuit judge.

56      (4)  This section shall stand repealed on December 31, 2026.

57      **SECTION 2.**  The public defender of the Seventh Circuit Court

58   District may appoint three (3) full-time assistant public

59   defenders who shall perform duties in the Seventh Circuit Court

H. B. No. 1020                    **~ OFFICIAL ~**
23/HR26/R1117SG                        ST:  Capitol Complex Improvement District
PAGE 2 (GT\KW)                         judicial jurisdiction; create and revise
                                       boundaries.

60    District and the Capitol Complex Improvement District (CCID)

61    Inferior Court.  Such appointments shall be made in addition to

62    those authorized as of the effective date of this act in Section

63    25-32-3.  The full-time assistant public defenders shall receive

64    compensation in an amount equal to the compensation paid to

65    full-time assistant public defenders in the Seventh Circuit Court

66    District subject to available funds specifically appropriated by

67    the Legislature.

68    **SECTION 3.**  (1)  The District Attorney of the Seventh Circuit

69    Court District may appoint two (2) full-time assistant district

70    attorneys in addition to those authorized as the effective date of

71    this act in Section 25-31-5.  The full-time assistant district

72    attorneys shall receive compensation in an amount equal to the

73    compensation paid to full-time assistant district attorneys in the

74    Seventh Circuit Court District subject to available funds

75    specifically appropriated therefor by the Legislature.

76       (2)  The District Attorney of the Seventh Circuit Court

77    District may appoint one (1) full-time criminal investigator in

78    addition to the criminal investigators authorized as of the

79    effective date of this act in Section 25-31-10.

80    **SECTION 4.**  (1)  (a)  From and after January 1, 2024, there

81    shall be created one (1) inferior court as authorized by Article

82    6, Section 172 of the Mississippi Constitution of 1890, to be

83    located within the boundaries established in Section 29-5-203 for

84    the Capitol Complex Improvement District, hereinafter referred to

85   as "CCID".  The CCID inferior court shall have jurisdiction to
86   hear and determine all preliminary matters and criminal matters
87   authorized by law for municipal courts that accrue or occur, in
88   whole or in part, within the boundaries of the Capitol Complex
89   Improvement District; and shall have the same jurisdiction as
90   municipal courts to hear and determine all cases charging
91   violations of the motor vehicle and traffic laws of this state,
92   and violations of the City of Jackson's traffic ordinance or
93   ordinances related to the disturbance of the public peace that
94   accrue or occur, in whole or in part, within the boundaries of the
95   Capitol Complex Improvement District.

96          (b)  Any person convicted in the CCID inferior court may
97   be placed in the custody of the Mississippi Department of
98   Corrections, Central Mississippi facility.

99      (2)  The Chief Justice of the Mississippi Supreme Court shall
100  appoint the CCID inferior court judge authorized by this section.
101  The judge shall possess all qualifications required by law for
102  municipal court judges.  Such judge shall be a qualified elector
103  of this state, and shall have such other qualifications as
104  provided by law for municipal judges.

105     (3)  The Administrative Office of Courts shall provide
106  compensation for the CCID inferior court judge and the support
107  staff of the judge.  Such compensation shall not be in an amount
108  less than the compensation paid to municipal court judges and
109  their support staff in the City of Jackson.

110        (4)  All fines, penalties, fees and costs imposed and
111   collected by the CCID inferior court shall be deposited with the
112   City of Jackson municipal treasurer or equivalent officer.

113        (5)  This section shall stand repealed on July 1, 2027.

114        **SECTION 5.**  (1)  The Attorney General shall designate two (2)
115   attorneys to serve as prosecuting attorneys for any cause of
116   action within the jurisdiction of the Capitol Complex Improvement
117   District (CCID) inferior court.  The prosecuting attorneys may be
118   employees of the Office of the Attorney General or contracted by
119   the Attorney General for such purposes.  The attorneys shall
120   prosecute cases in the court provided for the CCID inferior court
121   and also in the same manner and with the same authority of law
122   provided for district attorneys and county prosecuting attorneys
123   by filing an indictment or any other criminal action that accrues
124   or occurs, in whole or in part, in the CCID.

125        (2)  The Hinds County District Attorney shall be authorized
126   to prosecute cases in the CCID inferior court.  The provisions of
127   this section shall not be construed to prohibit or in any way
128   limit the Hinds County District Attorney from filing an indictment
129   or any other criminal action that occurred or accrued, in whole or
130   in part, within the boundaries of the CCID.

131        (3)  This section shall stand repealed on July 1, 2027.

132        **SECTION 6.**  (1)  The Administrative Office of Courts, in
133   consultation with the Chief Justice of the Mississippi Supreme

H. B. No. 1020
23/HR26/R1117SG
PAGE 5 (GT\KW)

~ OFFICIAL ~

ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

134 Court, shall appoint a clerk for the Capitol Complex Improvement
135 District (CCID) inferior court.

136     (2)   The Administrative Office of Courts shall provide
137 support staff and any other staff necessary to carry out the
138 functions and duties for the clerk of the CCID inferior court.

139     (3)   The Administrative Office of Courts shall pay the
140 salaries of the clerk and support staff of the CCID, subject to
141 available funds specifically appropriated by the Legislature for
142 such purpose.  Such salaries shall not be in amounts less than the
143 salaries paid to the clerk and staff of the municipal courts in
144 the City of Jackson.

145     (4)   This section shall stand repealed on July 1, 2027.

146     **SECTION 7.**   The Department of Finance and Administration in
147 conjunction with the Administrative Office of Courts shall
148 designate a suitable location or building for the purpose of
149 allowing the Capitol Complex Improvement District (CCID) inferior
150 court to hold court.

151     **SECTION 8.**   Section 29-5-203, Mississippi Code of 1972, is
152 amended as follows:

153     [Through June 30, 2024, this section shall read as follows:]

154     29-5-203.   There is created the Capitol Complex Improvement
155 District to be composed of the following described area in the
156 City of Jackson, Mississippi, that surrounds the State Capitol
157 Building:

158           CAPITOL COMPLEX PROPOSED BOUNDARIES



159    • Beginning at a point on the west bank of the Pearl River
160 determined by extending the south curb line of High Street east
161 until it meets the bank of the Pearl River;

162    • Then north along the west bank of the Pearl River
163 (extending along the southern boundary of LeFleur's Bluff State
164 Park) until it reaches a point on such bank determined by
165 extending the east curb line of Ridgewood Road south until it
166 meets the bank of the Pearl River;

167    • Then north along such line determined by extending the
168 east curb line of Ridgewood Road and continuing along such curb
169 line until it reaches the northern drainage ditch of Eastover
170 Drive;

171    • Then west along the northern drainage ditch and curb line
172 of Eastover Drive until it reaches the western curb line of the
173 west frontage road of I-55;

174    • Then south along the west curb line of such frontage road
175 until it reaches the northern curb line of Lakeland Drive;

176    • Then west along the northern curb line of Lakeland Drive
177 until it reaches the eastern curb line of Old Canton Road;

178    • Then north along the east curb line of Old Canton Road
179 until it reaches the northern curb line of Meadowbrook Road;

180    • Then west along the north curb line of Meadowbrook Road to
181 the west curb line of North State Street;

182    • Then south along the west curb line of North State Street
183 to the north curb line of Hartfield Street;

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖    ~ OFFICIAL ~
ST: Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

184        • Then west along the north curb line of Hartfield Street to
185    the west curb line of Oxford Avenue;

186        • Then south on the west curb line of Oxford Avenue to the
187    north curb line of Mitchell Avenue which becomes Stonewall Street;

188        • Then west along the north curb line of Mitchell Street and
189    then Stonewall Street until it reaches the west curb line of
190    Livingston Road;

191        • Then south along the west curb line of Livingston Road
192    until it reaches the south curb line of Woodrow Wilson Drive;

193        • Then east along the south curb line of Woodrow Wilson
194    Drive to the west curb line of Bailey Avenue (which becomes
195    Gallatin Street);

196        • Then south along the west curb line of Bailey Avenue and
197    then Gallatin Street until it reaches the north curb line of West
198    Capitol Street;

199        • Then west along the north curb line of West Capitol Street
200    until it intersects with the north curb line of Robinson Road;

201        • Then west on the north curb line of Robinson Road until it
202    intersects with the west curb line of Prentiss Street;

203        • Then south along the west curb line of Prentiss Street
204    until it intersects with the north curb line of John R. Lynch
205    Street on the west side of Jackson State University;

206        • Then west on the north curb line of John R. Lynch Street
207    until it reaches the west curb line of Valley Street;

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖        ~ OFFICIAL ~
                                    ST:  Capitol Complex Improvement District
                                    judicial jurisdiction; create and revise
                                    boundaries.

208      • Then south along the west curb line of Valley Street until
209 it reaches the south curb line of Morehouse Street;

210      • Then east along the south curb line of Morehouse Street
211 until it reaches the west curb line of Dalton Street;

212      • Then south along the west curb line of Dalton Street until
213 it reaches the south curb line of Florence Avenue;

214      • Then east along the south curb line of Florence Avenue
215 until it reaches the east curb line of University Blvd. (Terry
216 Road);

217      • Then north and along the east curb line of University
218 Blvd. until it reaches the south curb line of Hooker Street;

219      • Then east along the south curb line of Hooker Street
220 extending in a straight line to the railroad tracks;

221      • Then north on the west side of such railroad tracks to the
222 south curb line of South Street;

223      • Then east on South Street to the east curb line of
224 Jefferson Street and extend the south curb line of South Street in
225 a straight line to the east to the western edge of I-55;

226      • Then north along the western edge of I-55 until it reaches
227 the south curb line of High Street;

228      • Then east along the south curb line of High Street and
229 extending such line to the Pearl River and the point of the
230 beginning.

231      [From and after July 1, 2024, this section shall read as
232 follows:



233      29-5-203.  There is created the Capitol Complex Improvement
234 District to be composed of the following described area in the
235 City of Jackson, Mississippi, that surrounds the State Capitol
236 Building:
237           CAPITOL COMPLEX PROPOSED BOUNDARIES
238      •  Beginning at a point on the west bank of the Pearl River
239 determined by extending the south curb line of High Street east
240 until it meets the bank of the Pearl River;
241      •  Then north along the west bank of the Pearl River * * *
242 until it reaches a point on such bank determined by extending
243 the * * * north curb line of Northside Drive until it meets the
244 bank of the Pearl River;
245      •  Then west along the north curb line of Northside Drive
246 until it reaches the west track of the Illinois Central Railroad
247 line;
248  * * *
249      •  Then south * * * along the west track of the Illinois
250 Central Railroad line to the north curb line of Mitchell Avenue
251 which becomes Stonewall Street;
252      •  Then west along the north curb line of Mitchell Street and
253 then Stonewall Street until it reaches the west curb line of
254 Livingston Road;
255      •  Then south along the west curb line of Livingston Road
256 until it reaches the south curb line of Woodrow Wilson Drive;

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖    ~ OFFICIAL ~
                        ST:  Capitol Complex Improvement District
                        judicial jurisdiction; create and revise
                        boundaries.

257      • Then east along the south curb line of Woodrow Wilson
258 Drive to the west curb line of Bailey Avenue (which becomes
259 Gallatin Street);

260      • Then south along the west curb line of Bailey Avenue and
261 then Gallatin Street until it reaches the north curb line of * * *
262 West Monument Street;

263      • Then west along the north curb line of * * * West Monument
264 Street until it intersects with * * * West Capitol Street and
265 becomes Rose Street;

266      • Then south along the west curb line of Rose Street until
267 it intersects with the north curb line of Robinson Road;

268      • Then west on the north curb line of Robinson Road until it
269 intersects with the west curb line of Prentiss Street;

270      • Then south along the west curb line of Prentiss Street
271 until it intersects with the north curb line of John R. Lynch
272 Street on the west side of Jackson State University;

273      • Then west on the north curb line of John R. Lynch Street
274 until it reaches the west curb line of * * * Ellis Avenue;
275  * * *

276      • Then south along the west curb line of Ellis Avenue until
277 it reaches the south curb line of Raymond Road;

278      • Then east along the south curb line of Raymond Road until
279 it reaches the north edge of Interstate 20 westbound;

280      • * * * Then east along the north edge of Interstate 20
281 until it overlaps with Interstate 55 and continues along such edge



282    of Interstate 55/20 to the western edge of where it becomes

283    Interstate 55;

284    **\* \* \***

285        • Then north along the western edge of I-55 until it reaches

286    the south curb line of High Street;

287        • Then east along the south curb line of High Street and

288    extending such line to the Pearl River and the point of the

289    beginning.

290        **SECTION 9.**  Section 27-65-75, Mississippi Code of 1972, as

291    amended by Senate Bill No. 2664, 2023 Regular Session, is amended

292    as follows:

293        27-65-75.  On or before the fifteenth day of each month, the

294    revenue collected under the provisions of this chapter during the

295    preceding month shall be paid and distributed as follows:

296        (1)   (a)   On or before August 15, 1992, and each succeeding

297    month thereafter through July 15, 1993, eighteen percent (18%) of

298    the total sales tax revenue collected during the preceding month

299    under the provisions of this chapter, except that collected under

300    the provisions of Sections 27-65-15, 27-65-19(3) and 27-65-21, on

301    business activities within a municipal corporation shall be

302    allocated for distribution to the municipality and paid to the

303    municipal corporation.  Except as otherwise provided in this

304    paragraph (a), on or before August 15, 1993, and each succeeding

305    month thereafter, eighteen and one-half percent (18-1/2%) of the

306    total sales tax revenue collected during the preceding month under

307  the provisions of this chapter, except that collected under the
308  provisions of Sections 27-65-15, 27-65-19(3), 27-65-21 and
309  27-65-24, on business activities within a municipal corporation
310  shall be allocated for distribution to the municipality and paid
311  to the municipal corporation.  However, in the event the State
312  Auditor issues a certificate of noncompliance pursuant to Section
313  21-35-31, the Department of Revenue shall withhold ten percent
314  (10%) of the allocations and payments to the municipality that
315  would otherwise be payable to the municipality under this
316  paragraph (a) until such time that the department receives written
317  notice of the cancellation of a certificate of noncompliance from
318  the State Auditor.

319      A municipal corporation, for the purpose of distributing the
320  tax under this subsection, shall mean and include all incorporated
321  cities, towns and villages.

322      Monies allocated for distribution and credited to a municipal
323  corporation under this paragraph may be pledged as security for a
324  loan if the distribution received by the municipal corporation is
325  otherwise authorized or required by law to be pledged as security
326  for such a loan.

327      In any county having a county seat that is not an
328  incorporated municipality, the distribution provided under this
329  subsection shall be made as though the county seat was an
330  incorporated municipality; however, the distribution to the
331  municipality shall be paid to the county treasury in which the

332    municipality is located, and those funds shall be used for road,

333    bridge and street construction or maintenance in the county.

334             (b)  On or before August 15, 2006, and each succeeding

335    month thereafter, eighteen and one-half percent (18-1/2%) of the

336    total sales tax revenue collected during the preceding month under

337    the provisions of this chapter, except that collected under the

338    provisions of Sections 27-65-15, 27-65-19(3) and 27-65-21, on

339    business activities on the campus of a state institution of higher

340    learning or community or junior college whose campus is not

341    located within the corporate limits of a municipality, shall be

342    allocated for distribution to the state institution of higher

343    learning or community or junior college and paid to the state

344    institution of higher learning or community or junior college.

345             (c)  On or before August 15, 2018, and each succeeding

346    month thereafter until August 14, 2019, two percent (2%) of the

347    total sales tax revenue collected during the preceding month under

348    the provisions of this chapter, except that collected under the

349    provisions of Sections 27-65-15, 27-65-19(3), 27-65-21 and

350    27-65-24, on business activities within the corporate limits of

351    the City of Jackson, Mississippi, shall be deposited into the

352    Capitol Complex Improvement District Project Fund created in

353    Section 29-5-215.  On or before August 15, 2019, and each

354    succeeding month thereafter until August 14, 2020, four percent

355    (4%) of the total sales tax revenue collected during the preceding

356    month under the provisions of this chapter, except that collected

357   under the provisions of Sections 27-65-15, 27-65-19(3), 27-65-21
358   and 27-65-24, on business activities within the corporate limits
359   of the City of Jackson, Mississippi, shall be deposited into the
360   Capitol Complex Improvement District Project Fund created in
361   Section 29-5-215.  On or before August 15, 2020, and each
362   succeeding month thereafter through July 15, 2023, six percent
363   (6%) of the total sales tax revenue collected during the preceding
364   month under the provisions of this chapter, except that collected
365   under the provisions of Sections 27-65-15, 27-65-19(3), 27-65-21
366   and 27-65-24, on business activities within the corporate limits
367   of the City of Jackson, Mississippi, shall be deposited into the
368   Capitol Complex Improvement District Project Fund created in
369   Section 29-5-215.  On or before August 15, 2023, and each
370   succeeding month thereafter, nine percent (9%) of the total sales
371   tax revenue collected during the preceding month under the
372   provisions of this chapter, except that collected under the
373   provisions of Sections 27-65-15, 27-65-19(3), 27-65-21 and
374   27-65-24, on business activities within the corporate limits of
375   the City of Jackson, Mississippi, shall be deposited into the
376   Capitol Complex Improvement District Project Fund created in
377   Section 29-5-215.
378         (d)   (i)   On or before the fifteenth day of the month
379   that the diversion authorized by this section begins, and each
380   succeeding month thereafter, eighteen and one-half percent
381   (18-1/2%) of the total sales tax revenue collected during the

H. B. No. 1020
23/HR26/R1117SG
PAGE 15 (GT\KW)

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖      ~ OFFICIAL ~

ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

382  preceding month under the provisions of this chapter, except that
383  collected under the provisions of Sections 27-65-15, 27-65-19(3)
384  and 27-65-21, on business activities within a redevelopment
385  project area developed under a redevelopment plan adopted under
386  the Tax Increment Financing Act (Section 21-45-1 et seq.) shall be
387  allocated for distribution to the county in which the project area
388  is located if:
389             1.  The county:
390                   a.  Borders on the Mississippi Sound and
391  the State of Alabama, or
392                   b.  Is Harrison County, Mississippi, and
393  the project area is within a radius of two (2) miles from the
394  intersection of Interstate 10 and Menge Avenue;
395             2.  The county has issued bonds under Section
396  21-45-9 to finance all or a portion of a redevelopment project in
397  the redevelopment project area;
398             3.  Any debt service for the indebtedness
399  incurred is outstanding; and
400             4.  A development with a value of Ten Million
401  Dollars ($10,000,000.00) or more is, or will be, located in the
402  redevelopment area.
403             (ii)  Before any sales tax revenue may be allocated
404  for distribution to a county under this paragraph, the county
405  shall certify to the Department of Revenue that the requirements
406  of this paragraph have been met, the amount of bonded indebtedness

407 that has been incurred by the county for the redevelopment project
408 and the expected date the indebtedness incurred by the county will
409 be satisfied.

410                (iii)  The diversion of sales tax revenue
411 authorized by this paragraph shall begin the month following the
412 month in which the Department of Revenue determines that the
413 requirements of this paragraph have been met.  The diversion shall
414 end the month the indebtedness incurred by the county is
415 satisfied.  All revenue received by the county under this
416 paragraph shall be deposited in the fund required to be created in
417 the tax increment financing plan under Section 21-45-11 and be
418 utilized solely to satisfy the indebtedness incurred by the
419 county.

420     (2)  On or before September 15, 1987, and each succeeding
421 month thereafter, from the revenue collected under this chapter
422 during the preceding month, One Million One Hundred Twenty-five
423 Thousand Dollars ($1,125,000.00) shall be allocated for
424 distribution to municipal corporations as defined under subsection
425 (1) of this section in the proportion that the number of gallons
426 of gasoline and diesel fuel sold by distributors to consumers and
427 retailers in each such municipality during the preceding fiscal
428 year bears to the total gallons of gasoline and diesel fuel sold
429 by distributors to consumers and retailers in municipalities
430 statewide during the preceding fiscal year.  The Department of
431 Revenue shall require all distributors of gasoline and diesel fuel

H. B. No. 1020
23/HR26/R1117SG
PAGE 17 (GT/KW)

~ OFFICIAL ~
ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

432  to report to the department monthly the total number of gallons of

433  gasoline and diesel fuel sold by them to consumers and retailers

434  in each municipality during the preceding month.  The Department

435  of Revenue shall have the authority to promulgate such rules and

436  regulations as is necessary to determine the number of gallons of

437  gasoline and diesel fuel sold by distributors to consumers and

438  retailers in each municipality.  In determining the percentage

439  allocation of funds under this subsection for the fiscal year

440  beginning July 1, 1987, and ending June 30, 1988, the Department

441  of Revenue may consider gallons of gasoline and diesel fuel sold

442  for a period of less than one (1) fiscal year.  For the purposes

443  of this subsection, the term "fiscal year" means the fiscal year

444  beginning July 1 of a year.

445          (3)   On or before September 15, 1987, and on or before the

446  fifteenth day of each succeeding month, until the date specified

447  in Section 65-39-35, the proceeds derived from contractors' taxes

448  levied under Section 27-65-21 on contracts for the construction or

449  reconstruction of highways designated under the highway program

450  created under Section 65-3-97 shall, except as otherwise provided

451  in Section 31-17-127, be deposited into the State Treasury to the

452  credit of the State Highway Fund to be used to fund that highway

453  program.  The Mississippi Department of Transportation shall

454  provide to the Department of Revenue such information as is

455  necessary to determine the amount of proceeds to be distributed

456  under this subsection.

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖   ~ OFFICIAL ~
ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

457        (4)  On or before August 15, 1994, and on or before the
458   fifteenth day of each succeeding month through July 15, 1999, from
459   the proceeds of gasoline, diesel fuel or kerosene taxes as
460   provided in Section 27-5-101(a)(ii)1, Four Million Dollars
461   ($4,000,000.00) shall be deposited in the State Treasury to the
462   credit of a special fund designated as the "State Aid Road Fund,"
463   created by Section 65-9-17.  On or before August 15, 1999, and on
464   or before the fifteenth day of each succeeding month, from the
465   total amount of the proceeds of gasoline, diesel fuel or kerosene
466   taxes apportioned by Section 27-5-101(a)(ii)1, Four Million
467   Dollars ($4,000,000.00) or an amount equal to twenty-three and
468   one-fourth percent (23-1/4%) of those funds, whichever is the
469   greater amount, shall be deposited in the State Treasury to the
470   credit of the "State Aid Road Fund," created by Section 65-9-17.
471   Those funds shall be pledged to pay the principal of and interest
472   on state aid road bonds heretofore issued under Sections 19-9-51
473   through 19-9-77, in lieu of and in substitution for the funds
474   previously allocated to counties under this section.  Those funds
475   may not be pledged for the payment of any state aid road bonds
476   issued after April 1, 1981; however, this prohibition against the
477   pledging of any such funds for the payment of bonds shall not
478   apply to any bonds for which intent to issue those bonds has been
479   published for the first time, as provided by law before March 29,
480   1981.  From the amount of taxes paid into the special fund under
481   this subsection and subsection (9) of this section, there shall be

482   first deducted and paid the amount necessary to pay the expenses
483   of the Office of State Aid Road Construction, as authorized by the
484   Legislature for all other general and special fund agencies.  The
485   remainder of the fund shall be allocated monthly to the several
486   counties in accordance with the following formula:

487         (a)  One-third (1/3) shall be allocated to all counties
488   in equal shares;

489         (b)  One-third (1/3) shall be allocated to counties
490   based on the proportion that the total number of rural road miles
491   in a county bears to the total number of rural road miles in all
492   counties of the state; and

493         (c)  One-third (1/3) shall be allocated to counties
494   based on the proportion that the rural population of the county
495   bears to the total rural population in all counties of the state,
496   according to the latest federal decennial census.

497      For the purposes of this subsection, the term "gasoline,
498   diesel fuel or kerosene taxes" means such taxes as defined in
499   paragraph (f) of Section 27-5-101.

500      The amount of funds allocated to any county under this
501   subsection for any fiscal year after fiscal year 1994 shall not be
502   less than the amount allocated to the county for fiscal year 1994.

503      Any reference in the general laws of this state or the
504   Mississippi Code of 1972 to Section 27-5-105 shall mean and be
505   construed to refer and apply to subsection (4) of Section
506   27-65-75.

H. B. No. 1020      |||||||||||||||||||||||||||||    ~ OFFICIAL ~
23/HR26/R1117SG
PAGE 20 (GT\KW)      ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

507          (5)  One Million Six Hundred Sixty-six Thousand Six Hundred
508     Sixty-six Dollars ($1,666,666.00) each month shall be paid into
509     the special fund known as the "Educational Facilities Revolving
510     Loan Fund" created and existing under the provisions of Section
511     37-47-24.  Those payments into that fund are to be made on the
512     last day of each succeeding month hereafter.  This subsection (5)
513     shall stand repealed on July 1, * * * 2026.

514          (6)  An amount each month beginning August 15, 1983, through
515     November 15, 1986, as specified in Section 6, Chapter 542, Laws of
516     1983, shall be paid into the special fund known as the
517     Correctional Facilities Construction Fund created in Section 6,
518     Chapter 542, Laws of 1983.

519          (7)  On or before August 15, 1992, and each succeeding month
520     thereafter through July 15, 2000, two and two hundred sixty-six
521     one-thousandths percent (2.266%) of the total sales tax revenue
522     collected during the preceding month under the provisions of this
523     chapter, except that collected under the provisions of Section
524     27-65-17(2), shall be deposited by the department into the School
525     Ad Valorem Tax Reduction Fund created under Section 37-61-35.  On
526     or before August 15, 2000, and each succeeding month thereafter,
527     two and two hundred sixty-six one-thousandths percent (2.266%) of
528     the total sales tax revenue collected during the preceding month
529     under the provisions of this chapter, except that collected under
530     the provisions of Section 27-65-17(2), shall be deposited into the
531     School Ad Valorem Tax Reduction Fund created under Section

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖      ~ OFFICIAL ~
ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

532    37-61-35 until such time that the total amount deposited into the

533    fund during a fiscal year equals Forty-two Million Dollars

534    ($42,000,000.00).  Thereafter, the amounts diverted under this

535    subsection (7) during the fiscal year in excess of Forty-two

536    Million Dollars ($42,000,000.00) shall be deposited into the

537    Education Enhancement Fund created under Section 37-61-33 for

538    appropriation by the Legislature as other education needs and

539    shall not be subject to the percentage appropriation requirements

540    set forth in Section 37-61-33.

541        (8)  On or before August 15, 1992, and each succeeding month

542    thereafter, nine and seventy-three one-thousandths percent

543    (9.073%) of the total sales tax revenue collected during the

544    preceding month under the provisions of this chapter, except that

545    collected under the provisions of Section 27-65-17(2), shall be

546    deposited into the Education Enhancement Fund created under

547    Section 37-61-33.

548        (9)  On or before August 15, 1994, and each succeeding month

549    thereafter, from the revenue collected under this chapter during

550    the preceding month, Two Hundred Fifty Thousand Dollars

551    ($250,000.00) shall be paid into the State Aid Road Fund.

552        (10)  On or before August 15, 1994, and each succeeding month

553    thereafter through August 15, 1995, from the revenue collected

554    under this chapter during the preceding month, Two Million Dollars

555    ($2,000,000.00) shall be deposited into the Motor Vehicle Ad

556    Valorem Tax Reduction Fund established in Section 27-51-105.

557          (11)  Notwithstanding any other provision of this section to
558     the contrary, on or before February 15, 1995, and each succeeding
559     month thereafter, the sales tax revenue collected during the
560     preceding month under the provisions of Section 27-65-17(2) and
561     the corresponding levy in Section 27-65-23 on the rental or lease
562     of private carriers of passengers and light carriers of property
563     as defined in Section 27-51-101 shall be deposited, without
564     diversion, into the Motor Vehicle Ad Valorem Tax Reduction Fund
565     established in Section 27-51-105.

566          (12)  Notwithstanding any other provision of this section to
567     the contrary, on or before August 15, 1995, and each succeeding
568     month thereafter, the sales tax revenue collected during the
569     preceding month under the provisions of Section 27-65-17(1) on
570     retail sales of private carriers of passengers and light carriers
571     of property, as defined in Section 27-51-101 and the corresponding
572     levy in Section 27-65-23 on the rental or lease of these vehicles,
573     shall be deposited, after diversion, into the Motor Vehicle Ad
574     Valorem Tax Reduction Fund established in Section 27-51-105.

575          (13)  On or before July 15, 1994, and on or before the
576     fifteenth day of each succeeding month thereafter, that portion of
577     the avails of the tax imposed in Section 27-65-22 that is derived
578     from activities held on the Mississippi State Fairgrounds Complex
579     shall be paid into a special fund that is created in the State
580     Treasury and shall be expended upon legislative appropriation

581   solely to defray the costs of repairs and renovation at the Trade
582   Mart and Coliseum.

583       (14)  On or before August 15, 1998, and each succeeding month
584   thereafter through July 15, 2005, that portion of the avails of
585   the tax imposed in Section 27-65-23 that is derived from sales by
586   cotton compresses or cotton warehouses and that would otherwise be
587   paid into the General Fund shall be deposited in an amount not to
588   exceed Two Million Dollars ($2,000,000.00) into the special fund
589   created under Section 69-37-39.  On or before August 15, 2007, and
590   each succeeding month thereafter through July 15, 2010, that
591   portion of the avails of the tax imposed in Section 27-65-23 that
592   is derived from sales by cotton compresses or cotton warehouses
593   and that would otherwise be paid into the General Fund shall be
594   deposited in an amount not to exceed Two Million Dollars
595   ($2,000,000.00) into the special fund created under Section
596   69-37-39 until all debts or other obligations incurred by the
597   Certified Cotton Growers Organization under the Mississippi Boll
598   Weevil Management Act before January 1, 2007, are satisfied in
599   full.  On or before August 15, 2010, and each succeeding month
600   thereafter through July 15, 2011, fifty percent (50%) of that
601   portion of the avails of the tax imposed in Section 27-65-23 that
602   is derived from sales by cotton compresses or cotton warehouses
603   and that would otherwise be paid into the General Fund shall be
604   deposited into the special fund created under Section 69-37-39
605   until such time that the total amount deposited into the fund

H. B. No. 1020
23/HR26/R1117SG
PAGE 24 (GT\KW)

~ OFFICIAL ~
ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

606    during a fiscal year equals One Million Dollars ($1,000,000.00).
607    On or before August 15, 2011, and each succeeding month
608    thereafter, that portion of the avails of the tax imposed in
609    Section 27-65-23 that is derived from sales by cotton compresses
610    or cotton warehouses and that would otherwise be paid into the
611    General Fund shall be deposited into the special fund created
612    under Section 69-37-39 until such time that the total amount
613    deposited into the fund during a fiscal year equals One Million
614    Dollars ($1,000,000.00).

615        (15)   Notwithstanding any other provision of this section to
616    the contrary, on or before September 15, 2000, and each succeeding
617    month thereafter, the sales tax revenue collected during the
618    preceding month under the provisions of Section
619    27-65-19(1)(d)(i)2, and 27-65-19(1)(d)(i)3 shall be deposited,
620    without diversion, into the Telecommunications Ad Valorem Tax
621    Reduction Fund established in Section 27-38-7.

622        (16)   (a)   On or before August 15, 2000, and each succeeding
623    month thereafter, the sales tax revenue collected during the
624    preceding month under the provisions of this chapter on the gross
625    proceeds of sales of a project as defined in Section 57-30-1 shall
626    be deposited, after all diversions except the diversion provided
627    for in subsection (1) of this section, into the Sales Tax
628    Incentive Fund created in Section 57-30-3.

629        (b)   On or before August 15, 2007, and each succeeding
630    month thereafter, eighty percent (80%) of the sales tax revenue

631  collected during the preceding month under the provisions of this

632  chapter from the operation of a tourism project under the

633  provisions of Sections 57-26-1 through 57-26-5, shall be

634  deposited, after the diversions required in subsections (7) and

635  (8) of this section, into the Tourism Project Sales Tax Incentive

636  Fund created in Section 57-26-3.

637       (17)  Notwithstanding any other provision of this section to

638  the contrary, on or before April 15, 2002, and each succeeding

639  month thereafter, the sales tax revenue collected during the

640  preceding month under Section 27-65-23 on sales of parking

641  services of parking garages and lots at airports shall be

642  deposited, without diversion, into the special fund created under

643  Section 27-5-101(d).

644       (18)  [Repealed]

645       (19)  (a)  On or before August 15, 2005, and each succeeding

646  month thereafter, the sales tax revenue collected during the

647  preceding month under the provisions of this chapter on the gross

648  proceeds of sales of a business enterprise located within a

649  redevelopment project area under the provisions of Sections

650  57-91-1 through 57-91-11, and the revenue collected on the gross

651  proceeds of sales from sales made to a business enterprise located

652  in a redevelopment project area under the provisions of Sections

653  57-91-1 through 57-91-11 (provided that such sales made to a

654  business enterprise are made on the premises of the business

655  enterprise), shall, except as otherwise provided in this

~ OFFICIAL ~
ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

656    subsection (19), be deposited, after all diversions, into the
657    Redevelopment Project Incentive Fund as created in Section
658    57-91-9.

659         (b)  For a municipality participating in the Economic
660    Redevelopment Act created in Sections 57-91-1 through 57-91-11,
661    the diversion provided for in subsection (1) of this section
662    attributable to the gross proceeds of sales of a business
663    enterprise located within a redevelopment project area under the
664    provisions of Sections 57-91-1 through 57-91-11, and attributable
665    to the gross proceeds of sales from sales made to a business
666    enterprise located in a redevelopment project area under the
667    provisions of Sections 57-91-1 through 57-91-11 (provided that
668    such sales made to a business enterprise are made on the premises
669    of the business enterprise), shall be deposited into the
670    Redevelopment Project Incentive Fund as created in Section
671    57-91-9, as follows:

672         (i)  For the first six (6) years in which payments
673    are made to a developer from the Redevelopment Project Incentive
674    Fund, one hundred percent (100%) of the diversion shall be
675    deposited into the fund;

676         (ii)  For the seventh year in which such payments
677    are made to a developer from the Redevelopment Project Incentive
678    Fund, eighty percent (80%) of the diversion shall be deposited
679    into the fund;

680                    (iii)  For the eighth year in which such payments
681 are made to a developer from the Redevelopment Project Incentive
682 Fund, seventy percent (70%) of the diversion shall be deposited
683 into the fund;

684                    (iv)  For the ninth year in which such payments are
685 made to a developer from the Redevelopment Project Incentive Fund,
686 sixty percent (60%) of the diversion shall be deposited into the
687 fund; and

688                    (v)  For the tenth year in which such payments are
689 made to a developer from the Redevelopment Project Incentive Fund,
690 fifty percent (50%) of the funds shall be deposited into the fund.

691     (20)  On or before January 15, 2007, and each succeeding
692 month thereafter, eighty percent (80%) of the sales tax revenue
693 collected during the preceding month under the provisions of this
694 chapter from the operation of a tourism project under the
695 provisions of Sections 57-28-1 through 57-28-5 shall be deposited,
696 after the diversions required in subsections (7) and (8) of this
697 section, into the Tourism Sales Tax Incentive Fund created in
698 Section 57-28-3.

699     (21)  (a)  On or before April 15, 2007, and each succeeding
700 month thereafter through June 15, 2013, One Hundred Fifty Thousand
701 Dollars ($150,000.00) of the sales tax revenue collected during
702 the preceding month under the provisions of this chapter shall be
703 deposited into the MMEIA Tax Incentive Fund created in Section
704 57-101-3.

705          (b)  On or before July 15, 2013, and each succeeding

706   month thereafter, One Hundred Fifty Thousand Dollars ($150,000.00)

707   of the sales tax revenue collected during the preceding month

708   under the provisions of this chapter shall be deposited into the

709   Mississippi Development Authority Job Training Grant Fund created

710   in Section 57-1-451.

711     (22)  Notwithstanding any other provision of this section to

712   the contrary, on or before August 15, 2009, and each succeeding

713   month thereafter, the sales tax revenue collected during the

714   preceding month under the provisions of Section 27-65-201 shall be

715   deposited, without diversion, into the Motor Vehicle Ad Valorem

716   Tax Reduction Fund established in Section 27-51-105.

717     (23)  (a)  On or before August 15, 2019, and each month

718   thereafter through July 15, 2020, one percent (1%) of the total

719   sales tax revenue collected during the preceding month from

720   restaurants and hotels shall be allocated for distribution to the

721   Mississippi Development Authority Tourism Advertising Fund

722   established under Section 57-1-64, to be used exclusively for the

723   purpose stated therein.  On or before August 15, 2020, and each

724   month thereafter through July 15, 2021, two percent (2%) of the

725   total sales tax revenue collected during the preceding month from

726   restaurants and hotels shall be allocated for distribution to the

727   Mississippi Development Authority Tourism Advertising Fund

728   established under Section 57-1-64, to be used exclusively for the

729   purpose stated therein.  On or before August 15, 2021, and each

730  month thereafter, three percent (3%) of the total sales tax
731  revenue collected during the preceding month from restaurants and
732  hotels shall be allocated for distribution to the Mississippi
733  Development Authority Tourism Advertising Fund established under
734  Section 57-1-64, to be used exclusively for the purpose stated
735  therein.  The revenue diverted pursuant to this subsection shall
736  not be available for expenditure until February 1, 2020.

737          (b)  The Joint Legislative Committee on Performance
738  Evaluation and Expenditure Review (PEER) must provide an annual
739  report to the Legislature indicating the amount of funds deposited
740  into the Mississippi Development Authority Tourism Advertising
741  Fund established under Section 57-1-64, and a detailed record of
742  how the funds are spent.

743      (24)  The remainder of the amounts collected under the
744  provisions of this chapter shall be paid into the State Treasury
745  to the credit of the General Fund.

746      (25)  (a)  It shall be the duty of the municipal officials of
747  any municipality that expands its limits, or of any community that
748  incorporates as a municipality, to notify the commissioner of that
749  action thirty (30) days before the effective date.  Failure to so
750  notify the commissioner shall cause the municipality to forfeit
751  the revenue that it would have been entitled to receive during
752  this period of time when the commissioner had no knowledge of the
753  action.

754        (b)  (i)  Except as otherwise provided in subparagraph
755  (ii) of this paragraph, if any funds have been erroneously
756  disbursed to any municipality or any overpayment of tax is
757  recovered by the taxpayer, the commissioner may make correction
758  and adjust the error or overpayment with the municipality by
759  withholding the necessary funds from any later payment to be made
760  to the municipality.

761            (ii)  Subject to the provisions of Sections
762  27-65-51 and 27-65-53, if any funds have been erroneously
763  disbursed to a municipality under subsection (1) of this section
764  for a period of three (3) years or more, the maximum amount that
765  may be recovered or withheld from the municipality is the total
766  amount of funds erroneously disbursed for a period of three (3)
767  years beginning with the date of the first erroneous disbursement.
768  However, if during such period, a municipality provides written
769  notice to the Department of Revenue indicating the erroneous
770  disbursement of funds, then the maximum amount that may be
771  recovered or withheld from the municipality is the total amount of
772  funds erroneously disbursed for a period of one (1) year beginning
773  with the date of the first erroneous disbursement.

774  **SECTION 10.**  The City of Jackson, at all times, shall
775  adequately staff its police department with the necessary number
776  of law enforcement officers.  The Jackson Police Department shall
777  continue to enforce all ordinances of the City of Jackson.

H. B. No. 1020
23/HR26/R1117SG
PAGE 31 (GT\KW)

~ OFFICIAL ~
ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

778      **SECTION 11.**  (1)  Subject to the availability of funds
779 specifically appropriated therefor, the Department of Public
780 Safety shall provide body-worn cameras to each patrol law
781 enforcement officer within the Office of Capitol Police.  The
782 body-worn cameras shall be kept in good working condition, worn on
783 the uniform of any patrol law enforcement officer while the
784 officer is on duty and shall be fully operational while any
785 officer is on patrol.

786      (2)  For purposes of this section, "Body-worn camera" means a
787 device that is worn by a law enforcement officer which has the
788 capability of electronically recording audio and video of the
789 activities of the officer.

790      **SECTION 12.**  By October 1, 2023, the clerk of the Seventh
791 Circuit Court District in conjunction with the Administrative
792 Office of Courts shall provide case disposition and caseload data
793 in the district from January 1, 2017, to September 15, 2023, to
794 the Chairs of the Senate Judiciary, Division A and the House
795 Judiciary A Committees and the Chairs of the Senate and House
796 Appropriations Committees for the purpose of assisting the
797 Legislature in its consideration to authorize one (1) circuit
798 judge for the Seventh Circuit Court District in addition to the
799 judges authorized in subsection (1) of this section.  Any judge to
800 be authorized under this subsection shall be elected from the
801 subdistrict as provided by Section 9-7-23(2)(e).

802  **SECTION 13.**  The Commissioner of the Department of Public
803  Safety shall develop a 911 system which can be used by any person
804  within the boundaries of the Capitol Complex Improvement District.

805  **SECTION 14.**  The Department of Public Safety may purchase and
806  issue all patrol law enforcement officers within the department
807  any equipment deemed necessary by the commissioner for use to
808  enforce any traffic related law of the State of Mississippi, City
809  of Jackson's traffic ordinances or ordinances related to the
810  disturbance of the public peace, or agency regulation on any
811  property, public street, road or highway upon which it has
812  jurisdiction.

813  **SECTION 15.**  The Chief Justice of the Supreme Court, in
814  consultation with the Administrative Office of Courts shall
815  appoint a court administrator whose primary duty is to manage the
816  caseload of the special judges appointed in Section 1 of this act.
817  The Chief Justice of the Supreme Court, in consultation with the
818  Administrative Office of Courts, shall set the compensation for
819  the court administrator authorized in this section.

820  **SECTION 16.**  The Hinds County Circuit Clerk shall enter the
821  names or identifying numbers of all qualified electors in Hinds
822  County when selecting a jury for any hearing, trial or cause of
823  action that comes before any of the four (4) temporary special
824  circuit judges authorized by Section 1 of this act for the Seventh
825  Circuit Court District.

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

**~ OFFICIAL ~**
ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

826       **SECTION 17.**  If any section, paragraph, sentence, clause,
827  phrase or any part of this act is declared to be unconstitutional
828  or void, or if for any reason is declared to be invalid or of no
829  effect, the remaining sections, paragraphs, sentences, clauses,
830  phrases or parts of this act shall be in no manner affected
831  thereby but shall remain in full force and effect.

832       **SECTION 18.**  This act shall take effect and be in force from
833  and after July 1, 2023.

# Mississippi Legislature
# 2023 Regular Session

# House Bill 1020

House Calendar | Senate Calendar | Main Menu
Amendments | Conference Reports | Code Sections | Additional Information

**Bill Text for All Versions**   Explanation

*Approved by the Governor*
*As Passed the House*
*Committee Substitute*
*As Introduced*

**Description:** Capitol Complex Improvement District judicial jurisdiction; create and revise boundaries.

**Fiscal Note:** No fiscal note conducted

**Background Information:**
*Disposition:* Law
*Deadline:* General Bill/Constitutional Amendment
*Revenue:* No
*Vote type required:* Majority
*Effective date:* July 1, 2023

**History of Actions:**

```
 1    01/16  (H)  Referred To Ways and Means
 2    01/25  (H)  Title Suff Do Pass Comm Sub
 3    02/07  (H)  Committee Substitute Tabled
 4    02/07  (H)  Amended
 5    02/07  (H)  Reconsidered
 6    02/07  (H)  Point of Order Raised
 7    02/07  (H)  Point of Order-Not Well Taken
 8    02/07  (H)  Amended
 9    02/07  (H)  Point of Order Raised
10    02/07  (H)  Point of Order-Not Well Taken
11    02/07  (H)  Amended
12    02/07  (H)  Passed As Amended    [Vote]
13    02/07  (H)  Motion to Reconsider Entered (Rosebud, Lamar, Steverson)
14    02/08  (H)  Motion to Reconsider Tabled
15    02/09  (H)  Transmitted To Senate
16    02/15  (S)  Referred To Judiciary, Division A
17    02/23  (S)  Title Suff Do Pass As Amended
18    03/07  (S)  Amended
19    03/07  (S)  Passed As Amended    [Vote]
20    03/07  (S)  Motion to Reconsider Entered
21    03/08  (S)  Motion to Reconsider Tabled
22    03/09  (S)  Returned For Concurrence
23    03/16  (S)  Decline to Concur/Invite Conf
24    03/21  (H)  Conferees Named Lamar,Bain,Banks
25    03/21  (S)  Conferees Named Wiggins,Michel,Parker
26    03/27  (S)  Conference Report Filed
27    03/27  (H)  Conference Report Filed
28    03/28  (H)  Recommitted For Further Conf
29    03/28  (S)  Recommitted For Further Conf
30    03/29  Suspend from Deadlines by HC 61
```

```
31    03/29 (H) Conference Report Filed
32    03/29 (S) Conference Report Filed
33    03/30 (S) Conference Report Adopted        (Vote)
34    03/30 (S) Motion to Reconsider Entered
35    03/31 (S) Motion to Reconsider Tabled
36    03/31 (H) Point of Order Raised
37    03/31 (H) Point of Order-Not Well Taken
38    03/31 (H) Conference Report Adopted        (Vote)
39    04/03 (H) Enrolled Bill Signed
40    04/04 (S) Enrolled Bill Signed
41    04/21 Approved by Governor
```

## Amendments:

[H] Amendment No 1  *Adopted*  *(Vote)*

[H] Amendment No 1 to Amendment No 1  *Lost*  *Voice Vote*

[H] Amendment No 2 to Amendment No 1  *Lost*  *Voice Vote*

[H] Amendment No 3 to Amendment No 1  *Lost*  *Voice Vote*

[H] Amendment No 4 to Amendment No 1  *Lost*  *Voice Vote*

[H] Amendment No 5 to Amendment No 1  *Lost*  *Voice Vote*

[H] Amendment No 6 to Amendment No 1  *Lost*  *Voice Vote*

[H] Amendment No 7 to Amendment No 1  *Lost*  *Voice Vote*

[H] Amendment No 8 to Amendment No 1  *Adopted*  *Voice Vote*

[S] Committee Amendment No 1  *Adopted*  *Voice Vote*

[S] Amendment No 1 to Committee Amendment No 1  *Adopted*  *Voice Vote*

[S] Amendment No 2 to Committee Amendment No 1  *Adopted*  *(Vote)*

[S] Amendment No 3 to Committee Amendment No 1  *Lost*  *(Vote)*

[S] Amendment No 4 to Committee Amendment No 1  *Lost*  *(Vote)*

[S] Amendment No 5 to Committee Amendment No 1  *Lost*  *(Vote)*

[S] Amendment No 6 to Committee Amendment No 1  *Lost*  *(Vote)*

[S] Amendment No 7 to Committee Amendment No 1  *Not Germane*

[S] Amendment No 8 to Committee Amendment No 1  *Adopted*  *Voice Vote*

Amendment Report for House Bill No. 1020

## Conference Reports:

Conference Report

Conference Report # 2

**Code Section:**  A_029-0005-0203, A_027-0065-0075

----- Additional Information -----

*House Committee:*  Ways and Means
*Senate Committee:*  Judiciary, Division A

*Principal Author:*  Lamar
*Additional Authors:*  Shanks, Wallace

**Title:** AN ACT TO AUTHORIZE FOUR TEMPORARY SPECIAL CIRCUIT JUDGES FOR THE SEVENTH CIRCUIT COURT DISTRICT TO BE APPOINTED BY THE CHIEF JUSTICE OF THE SUPREME COURT; TO AUTHORIZE THE PUBLIC DEFENDER OF THE SEVENTH CIRCUIT COURT DISTRICT TO APPOINT THREE FULL-TIME ASSISTANT PUBLIC DEFENDERS; TO AUTHORIZE THE DISTRICT ATTORNEY OF THE SEVENTH CIRCUIT COURT DISTRICT TO APPOINT TWO FULL-TIME ASSISTANT DISTRICT ATTORNEYS; TO CREATE AN INFERIOR COURT WITHIN THE CAPITOL

COMPLEX IMPROVEMENT DISTRICT TO HEAR AND DETERMINE CERTAIN MATTERS THAT ARE UNDER THE JURISDICTION OF MUNICIPAL COURTS JURISDICTION OF A MUNICIPAL COURT; TO AUTHORIZE THE ATTORNEY GENERAL TO DESIGNATE TWO ATTORNEYS TO SERVE AS PROSECUTING ATTORNEYS FOR ANY CAUSE OF ACTION WITHIN THE JURISDICTION OF THE CAPITOL COMPLEX IMPROVEMENT DISTRICT; TO REQUIRE THE ADMINISTRATIVE OFFICE OF COURTS, IN CONSULTATION WITH THE CHIEF JUSTICE OF THE MISSISSIPPI SUPREME COURT TO APPOINT A CLERK FOR THE CCID INFERIOR COURT; TO REQUIRE THE DEPARTMENT OF FINANCE AND ADMINISTRATION TO DESIGNATE A SUITABLE LOCATION OR BUILDING FOR THE PURPOSE OF ALLOWING THE CCID INFERIOR COURT TO HOLD COURT; TO AMEND SECTION 29-5-203, MISSISSIPPI CODE OF 1972, TO REVISE THE BOUNDARIES OF THE CAPITOL COMPLEX IMPROVEMENT DISTRICT, FOR PURPOSES OF AMENDMENT; TO AMEND SECTION 27-65-75, MISSISSIPPI CODE OF 1972, AS AMENDED BY SENATE BILL NO. 2664, 2023 REGULAR SESSION, TO REVISE THE DISTRIBUTION OF STATE SALES TAX REVENUE TO THE CAPITOL COMPLEX IMPROVEMENT DISTRICT PROJECT FUND; TO REQUIRE THE COMMISSIONER OF THE DEPARTMENT OF PUBLIC SAFETY TO DEVELOP A 911 SYSTEM FOR EMERGENCIES WITHIN THE CAPITOL COMPLEX IMPROVEMENT DISTRICT; TO REQUIRE THE CHIEF JUSTICE OF THE SUPREME COURT, IN CONSULTATION WITH THE ADMINISTRATIVE OFFICE OF COURTS, TO APPOINT A COURT ADMINISTRATOR TO MANAGE THE CASELOAD OF THE SPECIAL JUDGES APPOINTED IN SECTION 1 OF THIS ACT; TO REQUIRE THE HINDS COUNTY CIRCUIT CLERK TO SELECT JURORS FROM ALL QUALIFIED ELECTORS IN HINDS COUNTY; TO PROVIDE HOW JURORS ARE CHOSEN FOR PROCEEDINGS BEFORE SPECIAL COURT JUDGES AUTHORIZED BY THIS ACT FOR THE SEVENTH CIRCUIT COURT DISTRICT; AND FOR RELATED PURPOSES.

**Information pertaining to this measure was last updated on 04/26/2023 at 08:52**
*End Of Document*