# EXHIBIT 2

"

"

## DECLARATION OF CHARLES TAYLOR

1.      I, Charles Taylor, state as follows

2.      I am an African American resident of Jackson where I have lived since I was four years old.

3.      I am a registered voter in Mississippi and vote regularly in all elections. I have voted in and plan to continue voting in judicial elections in Hinds County, including for the Seventh Circuit Court. I have closely followed the effort to enact H.B. 1020 and the surrounding controversy.

4.      I am a member of the NAACP and serve as the Executive Director of the Mississippi State Conference of the NAACP ("MS NAACP"); a position I have held since October 2022. I have been a member of the NAACP since 2008.

5.      Having lived in Hinds County since I was a child, I am well acquainted with the long history of Black leadership in Jackson and Hinds County. Both are majority Black jurisdictions—Jackson is over 80% Black and Hinds County, which is predominantly Jackson, is over 70% Black—and both routinely elect Black leadership. Jackson has a Black mayor and a majority-Black city council. Similarly, the Hinds County Sheriff is Black; as is the majority of the Hinds County legislative delegation.

6.      This trend extends to the four Seventh Circuit Court judgeships. Black judges have been elected to the Seventh Circuit for decades and, currently, all four of the subdistricts, each of which primarily contains Jackson residents, have elected Black judges.

7.      As a resident of Hinds County, and as an officer of the MS NAACP, I recognize that importance of having institutions like the Seventh Circuit accountable to voters. The Seventh Circuit makes crucial determinations as to misdemeanor and felony convictions and sentencing.

The court also rules on impactful civil cases, including numerous civil rights challenges that residents of Hinds County have brought over the years.

8.      Given their power, it is essential that our Circuit judges understand and are accountable to the communities they preside over. Democratic elections ensure that this is true. However, democracy only functions to the extent that voters are actually able to elect their government.

9.      Mississippians, including Hinds County residents, have for more than a century elected Circuit Court judges. However, Mississippi has often conditioned access to the vote on race. During Jim Crow, while judges were predominantly elected from single-member districts, Black Mississippians were precluded from voting and had little say in who was elected to Mississippi's courts. Following the enactment of the Voting Rights Act of 1964, and with it the massive expansion of the Black vote, Mississippi transitioned many Circuit Court judgeships to at-large or multi-member districts in an attempt to limit the voting power of the emergent Black electorate.

10.     As a result, in 1986, both the Department of Justice and the federal district court for the Southern District of Mississippi made determinations against the use of at-large districts for Circuit Court judgeships. The Department of Justice denied preclearance, noting that the State had failed to demonstrate the use of at-large districts was not intended to discriminate against Black voters. In *Kirksey v. Allain*, the Southern District, likewise, enjoined elections using multi-judge districts because of their racially discriminatory impact.

11.     House Bill 1020, which Governor Tate Reeves signed into law on April 21, 2023, renews this trend of undermining Black democratic control however the courts. By requiring the Chief Justice of the Mississippi Supreme Court to appoint four judges to the Seventh Circuit, in

addition to the four judgeships currently elected by Hinds County voters, H.B. 1020 places half of the Circuit court under external control.

12.     Because Chief Justice Michael Randolph may reappoint the temporary judges already in place, it is possible that these new H.B. 1020 judges will serve for longer than the mandated four year terms of Circuit Court judges without ever having run for office or having been elected.

13.     Chief Justice Randolph is elected from a district wholly outside Hinds County and himself resides in Hattiesburg, far to the south. He has little connection to Hinds County or Jackson beyond the Supreme Court Courthouse and the Capitol. Yet he, almost singlehandedly, has power equal with the entirety of Hinds County's electorate to determine who their judges shall be.

14.     HB 1020 does not establishes any criteria for their appointment or qualifications that candidates must have to be appointed. State law dictates that they be of sufficient age and a practicing attorney in Mississippi, but nothing more. While traditionally Circuit Court judges must reside in the districts they serve, no such residency requirement is included within H.B. 1020. The appointed judges need not even be from Hinds County or the surrounding areas. If this was truly an attempt to appoint "the best and the brightest" as it was described in debate, one would assume that there would be stricter qualifications standards to ensure that the judges appointed are well-prepared for the role and have the requisite experience. Instead, the Legislature left it wholly up to the Chief Justice's discretion as to who will fill these seats.

15.     Unlike the temporary judges previously appointed to the Seventh Circuit, who were initially appointed to address a backlog in cases caused by the COVID-19 pandemic, the H.B. 1020 appointments are not emergency judgeships justified by extreme circumstances.

DocuSign Envelope ID: DC76CF0D-B982-4CC3-8617-4A380F1891A0

16.     Instead, the new, "temporary" judgeships are purportedly imposed on Hinds County in order to address a long standing backlog of cases in the Seventh Circuit. Yet, neither H.B. 1020 nor the legislative debate surrounding it brought forward data on a backlog. Indeed, the bill itself requires a post-hoc investigation to determine if the Seventh Circuit is sufficiently backlogged as to require one additional permanent judge.

17.     Even if a substantial backlog does exist, the Legislature could just have easily created additional elected seats on the Seventh Circuit immediately. The Seventh Circuit has had four seats since 1994, but if circumstances have changed, the Legislature could easily have added a judgeship.

18.     In fact, the Legislature has done just this where caseloads have gotten heavy in other jurisdictions. In 2020 the Legislature responded to heightened caseloads in DeSoto County by creating the 23rd Circuit Court with two elected seats. One crucial difference: DeSoto is a majority white county that has elected white judges; Hinds County is majority-Black and has elected an all-Black circuit bench.

19.     Mississippi's judicial districts are not solely tied to population size. Section 9-7-3 of the Mississippi Code requires the Legislature to base the number of judges in each circuit court district on the following criteria: (a) the population, (b) the number of cases filed, (c) the case load per judge; (d) the geographic area of the district; (e) an analysis of the needs of the district by court personnel, and (f) "[a]ny other appropriate criteria."

20.     H.B. 1020 singles out Hinds County's majority-Black residents for harsh treatment while leaving the rest of the state untouched. No other jurisdiction that I know of in Mississippi faces an imposition of state power in this way. The Chief Justice is not able to, singlehandedly, control half of any other Circuit Court and no other voters have had their voting power so diluted.

DocuSign Envelope ID: DC76GF0D-B982-4CC3-8617-4A380F1891A0

Other Mississippians, particularly white ones, have their democratic rights are respected, but it is Hinds County, and only Hinds County, with its majority-Black electorate and leadership, which is forced to bend to the authority of the State and be subjected to undemocratic and unelected judges.

21.     Nor is this something that Hinds County or its representatives asked for. Throughout the legislative session, the state legislative delegation from Hinds County and the Mississippi Legislative Black Caucus called out H.B. 1020 for the ways in which the bill attempted to limit the autonomy and power of Hinds County residents and voters.

22.     Jackson and Hinds County's elected leadership was excluded from the process. Neither of the two jurisdiction's elected leaders or legislative delegation were consulted before H.B. 1020 was introduced. Only one Black member, Representative Earle S. Banks, was included in the conference committee for H.B. 1020, but he was excluded from conference meetings and was handed the draft only minutes before the voting deadline with no meaningful opportunity for input on the ultimate bill language. He ultimately voted against the conference report.

23.     The NAACP has, from the beginning, understood that H.B. 1020 was designed to limit the autonomy of Hinds County and Jackson residents because those jurisdictions are majority-Black. We specifically called out H.B. 1020 for the way in which it targeted Black voters and Black-elected officials in Jackson and Hinds County. As far back as the February 21, 2023 press conference on the Capitol's steps, the national and MS NAACP have expressed our view that H.B. 1020 fundamentally diluted the political power of Black Hinds County residents and targeted us because of our race.

24.     I firmly believe that the circumstances surrounding the passage of H.B. 1020 demonstrate the Legislature's intent to take power away from Black-elected and Black-led

institutions in Hinds County and provide control instead to white, state officials like the Chief Justice.

25.     H.B. 1020 is an imposition from white legislators who were not elected from Hinds County and who could not have won an election here if they had run. Voting in Mississippi is racially polarized and, as a result, despite Black Mississippians accounting for roughly 40% of the state, Black-preferred candidates do not win statewide elections. No Black official has been elected statewide since the end of the Reconstruction era. And yet, white legislators from outside our county see fit to strip us of control over our government and to subvert the functioning of our government.

26.     And it is not the first time the State has attempted to dilute the voting power of Black voters in Jackson and Hinds County. The Mississippi Legislature has numerous times gerrymandered Black voters in and around Hinds County to limit the ability of Black voters there to elect candidates of their choice across the state. Just last year, the MS NAACP sued alleging, in part, that the state legislative districts in the Jackson metro area had been drawn so as to pack and crack Black voters and dilute their voting power in violation of Section 2 of the Voting Rights Act.

27.      The Legislature has also routinely sought to undermine Jackson's municipal institutions. The State has deprived Jackson and its leadership of the funds needed to repair and run its water system. Indeed, previous iterations of H.B. 1020 sought to fully seize control of Jackson's water system in an attempt to hijack the roughly $800 million appropriated by Congress through Congressman Bennie Thompson, who represents Hinds County, to address the ongoing water crisis in Jackson.

28.     This session the State enacted H.B. 698 which limits Jackson's ability to establish the equitable and financially sustainable water billing rates proposed by the Interim Third-Party

DocuSign Envelope ID: DC76CF0D-B982-4CC3-8617-4A380F1891A0

Manager in *United States v. City of Jackson*. The State also passed H.B. 1168 targeting Jackson with enhanced reporting and scrutiny mechanisms ostensibly to ensure the consistency of Jackson's special sales tax revenue expenditures with sales tax commission priorities.

29.     The Legislature has attempted to divert Jackson's sales tax revenue and blocked federal funds for much needed infrastructure repairs. Similarly, the Legislature and the Governor have attempted to take over Jackson's airport, for which they are currently being sued, and to seize control of Jackson Public Schools.

30.     H.B. 1020 is simply the latest in the State's campaign to usurp power directly from Black voters and Black leadership in Hinds County and Jackson.

31.     I further make this declaration for the purpose of authenticating the complete version of a document cited in the Plaintiffs' Motion for a Temporary Restraining Order

32.     Attached as **Exhibit A** to this declaration is a true and correct copy of an article from the State of Mississippi Judiciary website, "Four special judges appointed to assist Hinds Circuit Court," dated August 4, 2020, available at https://courts.ms.gov/news/2020/08.04.20%20Hinds%20Circuit%20appointment.php.

33.     Attached as **Exhibit B** to this declaration is a true and correct copy of a news article from the State of Mississippi Judiciary, "Four special judges appointed to assist Hinds Circuit Court," dated September 22, 2022, available at https://courts.ms.gov/news/2022/09.22.22%20Hinds%20Circuit%20special%20judges%20appointed.php.

34.     Attached as **Exhibit C** to this declaration is a true and correct copy of the Order Appointing Special Judge, *In re Judicial Appointment Related to Coronavirus (COVID-19)*, No. 2022-AP-00849 (Miss. Sup. Ct. Sept. 22, 2022), ECF 2.

35.     Attached as **Exhibit D** to this declaration is a true and correct copy of information from the Hinds County, Mississippi Circuit Court website about the court and its judges.

36.     Attached as **Exhibit E** to this declaration is a true and correct copy of a list of news stories from the State of Mississippi Judiciary website, available at https://courts.ms.gov/news/news.php.

37.     Attached as **Exhibit F** to this declaration is a true and correct copy of information from the State of Mississippi website about its Supreme Court justices and a judicial district map, available at https://courts.ms.gov/appellatecourts/sc/scjustices.php and https://courts.ms.gov/appellatecourts/sc/scdistricts.php.

38.     Attached as **Exhibit G** to this declaration is a true and correct copy of United States Census Bureau QuickFacts for Hinds County, Mississippi, available at https://www.census.gov/quickfacts/hindscountymississippi.

39.     Attached as **Exhibit H** to this declaration is a true and correct copy of United States Census Bureau QuickFacts the State of Mississippi, available at https://www.census.gov/quickfacts/MS.

40.     Attached as **Exhibit I** to this declaration is a true and correct copy of a chart of Mississippi Black Population by County, 2018, available at https://beautifydata.com/us-black-population/mississippi-black-population-by-county-2018.

41.     Attached as **Exhibit J** to this declaration is a true and correct copy of an article from the *Mississippi Clarion Ledger*, "MDOT suspends federal road dollars to Jackson as commission approves roughly $5M in road repairs," dated July 12, 2018, available at https://www.clarionledger.com/story/news/local/2018/07/12/jackson-federal-road-funds-withheld-pending-audit/778126002/.

42.     Attached as **Exhibit K** to this declaration is a true and correct copy of an article from the *Jackson Free Press*, "City Needs Transportation Funds," dated February 13, 2012, available at https://www.jacksonfreepress.com/news/2012/feb/13/city-needs-transportation-funds/.

43.     Attached as **Exhibit L** to this declaration is a true and correct copy of an article from the *Jackson Free Press*, "Airport 'Takeover' Bill to Be Filed Early This Week, dated February 1, 2016, available at https://www.jacksonfreepress.com/news/2016/feb/01/airport-takeover-bill-be-filed-early-week/.

44.     Attached as **Exhibit M** to this declaration is a true and correct copy of an article from the *Mississippi Clarion Ledger*, "Jackson sales tax could be required to be used on water and sewer, not roads and bridges," dated February 3, 2023, available at https://www.clarionledger.com/story/news/politics/2023/02/02/infrastructure-sales-tax-changes-might-be-coming-in-jackson-ms/69867080007/.

45.     Attached as **Exhibit N** to this declaration is a true and correct copy of an article from the *Mississippi Free Press*, "Mississippi Lawmakers Trying To Take Over Jackson Water Funds, Federal Manager Warns, dated February 3, 2023, available at https://www.mississippifreepress.org/30778/jackson-mississippi-water-system-state-takeover.

46.     Attached as **Exhibit O** to this declaration is a true and correct copy of an article from *AP News*, "Federal money driving Jackson water bill, DOJ says," dated January 25, 2023, available at https://apnews.com/article/politics-health-us-department-of-justice-mississippi-jackson-09ce15c2f03c6893ca85d755bd176376.

47.     Attached as **Exhibit P** to this declaration is a true and correct copy of an article from *USA Today*, "Black political influence in Mississippi has slowed despite increase in elected

DocuSign Envelope ID: DC76CF9D-B982-46C2-8C17-4A280F1901A8

officials, dated August 21, 2017, available at https://www.usatoday.com/story/news/politics/2017/08/19/black-political-influence-mississippi-has-slowed-despite-increase-elected-officials/537533001/.

48.     Attached as **Exhibit Q** to this declaration is a true and correct copy of a tally of the vote from the Mississippi House of Representatives for conference report (version 2) on H.B. No. 1020, available at http://billstatus.ls.state.ms.us/2023/pdf/votes/house/0880013.pdf, and an article from the *Mississippi Free Press*, "White Mississippi Officials Would Appoint Courts, Bypassing Black Jackson Judges Under Bill," dated January 27, 2023, available at https://www.mississippifreepress.org/30607/white-mississippi-officials-would-appoint-courts-bypassing-black-jackson-judges-under-bill.

49.     Attached as **Exhibit R** to this declaration is a true and correct copy of a press release from the Circuit Court of Hinds County, "The Judges of Hinds County, Mississippi Oppose HB 1020," dated January 30, 2023.

50.     Attached as **Exhibit S** to this declaration is a true and correct copy of an article from *Mississippi Today*, "'Only in Mississippi':  White representatives vote to create white-appointed court system for Blackest city in America," dated February 7, 2023, available at https://mississippitoday.org/2023/02/07/jackson-court-system-house-bill-1020/.

51.     Attached as **Exhibit T** to this declaration is a true and correct copy of an article from the *New York Times*, "Revised Plan for Justice System in Mississippi Capital Leaves Same Bitter Divide, dated April 10, 2023, available at https://www.nytimes.com/2023/04/10/us/jackson-mississippi-crime-police.html.

52.     Attached as **Exhibit U** to this declaration is a true and correct copy of United States Census Bureau QuickFacts for DeSoto County, Mississippi, available at https://www.census.gov/quickfacts/fact/table/desotocountymississippi/PST045222.


I DECLARE THAT UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed this ___28___ day of April, 2023.

DocuSigned by:

*Charles Taylor*

7B0E13B325CD48A...

_____

Charles Taylor

# EXHIBIT A

""

""

Case 3:23-cv-00272-HTW-LGI Document 12-2 Filed 04/28/20 Page 14 of 157



# STATE OF MISSISSIPPI JUDICIARY
*Administrative Office of Courts*

SIGN IN | REGISTER

🏠  ·COURT  ·AOC  ·MEC  ·RECORDS  ·COMMISSIONS  ·RESEARCH  ·BAR  ·NEWS  ·EDUCATION  · LEGAL HELP

## News

» News

» Newsletters

  » Camera Coverage Notice

  » Camera Rules

## News

Select Year ⌄

### Four special judges appointed to assist Hinds Circuit Court

*August 4, 2020*

Mississippi Supreme Court Chief Justice Mike Randolph on Aug. 4 appointed four temporary special judges to assist the Hinds Circuit Court in handling the backlog of cases that have resulted from delays caused by COVID-19.



Temporary special judge appointments include retired Circuit Judge Isadore W. Patrick Jr. of Vicksburg, retired Circuit Judge Betty W. Sanders of Greenwood, retired Supreme Court Justice David A. Chandler of Louisville and retired Supreme Court Justice Jess H. Dickinson of Madison. Justice Dickinson also was appointed last week to assist the Hinds County Court.

Chief Justice Randolph said in the special judge appointment orders, "Before the Chief Justice and the four ( 4) circuit court judges of the Seventh Circuit Court District of Mississippi is the judges' need for the appointment of four ( 4) special judges to assist in timely handling the unforeseen consequences and workload proximately caused and/or contributed to by COVID 19. The Seventh Circuit District is the most populous single Circuit Court District. It has the largest number of positive coronavirus test results and the largest number of deaths in the State of Mississippi at this time."



The special judge appointments are temporary; special judges will serve through Dec. 30. Case assignments will be made by Hinds Senior Circuit Judge Tommie Green after consultation with the district's other three circuit judges.

With the temporary special judge appointments made on Aug. 4, a total of eight retired judges have been appointed in recent days to assist the courts of Hinds County. Justice Dickinson was previously appointed to assist Hinds County Court at the request of Judge Johnnie McDaniels. Resident Jurist and former Adams County Court Judge John N. Hudson of Natchez was appointed to assist recently appointed Hinds County Court Judge Carlyn M. Hicks in Youth Court, at her request. Former Hinds County Court Judge James D. Bell of Jackson was appointed to assist Hinds County Court Judge LaRita Cooper-Stokes, at her request. Retired Hinds County Chancery Judges Patricia D. Wise of Jackson and William H. Singletary of Clinton were appointed to assist the four chancellors of the Hinds Chancery Court at the request of Senior Chancellor Denise Owens.

Special judges also have been appointed temporarily to assist the 8th Circuit Court in Leake, Neshoba, Newton and Scott counties; the 16th Chancery Court in Jackson, George and Green counties; the 21st Circuit Court in Holmes, Humphreys and

Yazoo counties; and in the Warren County Court. More special judge appointments are expected, as other judges around the state have requested special judge appointments to assist with the backlog of cases which resulted from COVID-19.

Chief Justice Randolph said that COVID-19 has presented a multitude of challenges to the prompt and efficient administration of justice. The disruption caused by COVID-19 required an untold number of continuances since it was declared a national emergency on March 13. It is estimated that as many as 30,000 cases may have been affected.

The Mississippi Legislature appropriated $2.5 million of CARES Act money to assist the courts. Special judges to be appointed around the state will be paid with CARES Act funds which will be available through Dec. 30, 2020.

The special judge appointees are senior status judges, retired judges who have agreed to accept appointments by the Supreme Court. A total of 70 retired judges make up the state's senior status judges. They include retirees from all levels of the state court system: Supreme Court, Court of Appeals, Chancery Courts, Circuit Court and County Courts.

Judge Patrick retired in December 2018 after serving 29 ½ years as a Circuit Judge of the Ninth Judicial District of Warren, Sharkey and Issaquena counties. He served on the Mississippi Public Defender Task Force and the Bar Complaint Tribunal. Before he was elected to the bench in June 1989, he served for more than eight years as an assistant district attorney in the Ninth Judicial District. With a degree in mathematics, he worked for IBM before he earned a law degree.

Judge Sanders retired in December 2014 after 25 years of judicial service. She served for 20 years as a Circuit Judge of the 4th Circuit District of Leflore, Sunflower and Washington counties. She previously served for five years by appointment as a special magistrate hearing cases filed by prisoners at the Mississippi State Penitentiary at Parchman. She helped establish a Drug Court for the 4th Circuit in June 2002, a time when only two other drug courts were operating in the state. She served on the State Drug Court Advisory Committee and as president of the Mississippi Association of Drug Court Professionals. She was chair, vice-chair and secretary-treasurer of the Conference of Circuit Judges. She served on the Commission on Judicial Performance, the Mississippi Model Jury Instructions Commission, the Complaint Tribunal and Ethics Committee of the Mississippi Bar, as a member of the Board of Directors of the Mississippi Volunteer Lawyers Project and as secretary of the Magnolia Bar Association.

Justice Chandler served for almost seven years on the Mississippi Supreme Court. He left the Supreme Court in December 2015 to lead the Department of Child Protection Services. He retired as Commissioner of Child Protection Services in September 2017. Chandler served for eight years on the Mississippi Court of Appeals before he was elected to the Supreme Court. He also served for two years as Municipal Judge of Weir. He earned a Ph.D. in education before earning a law degree. He spent the first 20 years of his career as an educator and school administrator. He was a teacher, counselor, school psychometrist and administrator with Choctaw County public schools for about 10 years. He then served as a research and curriculum specialist at Mississippi State University, where he directed curriculum development to provide a more skilled work force.

Justice Dickinson served on the Mississippi Supreme Court from January 2004 until September 2017. He was a founding member of the Mississippi Access to Justice Commission, and served as the Supreme Court's liaison to organizations providing legal services to the poor. He left the Supreme Court to become Commissioner of the Mississippi Department of Child Protection Services. He retired from Child Protection Services this past January. Before he joined the Supreme Court, he served for a year by special appointment as a circuit judge for the 12th Circuit District of Forrest and Perry counties. He taught evidence and trial practice as an adjunct professor at Mississippi College School of Law for many years. Before his election to the bench, he practiced law for more than 20 years, mostly on the Gulf Coast.

Here are links to the special judge appointment orders:

Judge Isadore W. Patrick Jr.:
https://courts.ms.gov/appellatecourts/docket/sendPDF.php?f=700_507893.pdf&c=92337&a=N&s=2;

Judge Betty Sanders:
https://courts.ms.gov/appellatecourts/docket/sendPDF.php?f=700_507901.pdf&c=92338&a=N&s=2;

Judge David A. Chandler:
https://courts.ms.gov/appellatecourts/docket/sendPDF.php?f=700_507906.pdf&c=92345&a=

Case 3:23-cv-00272-HTW-LGI   Document 12-3   Filed 04/28/20   Page 16 of 157

N&s=2;

Judge Jess H. Dickinson:
https://courts.ms.gov/appellatecourts/docket/sendPDF.php?f=700_507903.pdf&c=92344&a=
N&s=2.

####

---



**Find Us With Google Maps »**

**Physical Address:**
Gartin Justice Building
450 High Street
Jackson, MS 39201

✉ **Mailing Address:**
P O Box 249
Jackson, MS 39205

**Resources**
Map & Visitor's Guide
Employment
Employee Forms
Directories

**Clerk's Office**
📞 601-359-3694 | Fax: 601-359-2407
Hours: Monday - Friday 8:00am - 5:00pm

# EXHIBIT B

"

"



STATE OF MISSISSIPPI JUDICIARY
*Administrative Office of Courts*

🔒 SIGN IN | REGISTER

🏠 ·COURT ·AOC ·MEC ·RECORDS ·COMMISSIONS ·RESEARCH ·BAR ·NEWS ·EDUCATION ·LEGAL HELP

## News

Select Year ▾

» News

» Newsletters

 » Camera Coverage Notice

 » Camera Rules

## News

### Four special judges appointed to assist Hinds Circuit Courts

*September 22, 2022*

Mississippi Supreme Court Chief Justice Mike Randolph has appointed four special judges to assist the Hinds County Circuit Court in reducing the number of pending cases caused by the pandemic.



The special Judges are Andrew K. Howorth of Oxford, Betty W. Sanders of Greenwood, Stephen B. Simpson of Gulfport and Frank G. Vollor of Vicksburg.

"Chief Justice Randolph's appointments respond to the urgent need to reduce the criminal case backlog in Hinds County," said Greg Snowden, Director of the Administrative Office of Courts. "The Courts remained open throughout the worst of the pandemic, but crime didn't take a holiday. Trials were postponed and dockets became congested. The Legislature has provided coronavirus relief funds to assist the Courts, the prosecutors and public defenders, Capital Police, and various other agencies in order to ameliorate the damage caused or exacerbated by COVID," Snowden said.



The elected Hinds County Circuit Judges maintain active dockets, and they will continue to bring cases to trial or other final disposition. The aforementioned special judges appointed by the Chief Justice will concentrate on felony criminal cases that are part of the burgeoning regular dockets.



"Accused people have a right to their day in court, whether they are incarcerated pending trial or out on bond" Director Snowden noted. "If defendants are found guilty, they need to be sent to prison, but if they are found not guilty, they need to be released. Justice is served only when a final determination is made, one way or the other."



Director Snowden commended the many public officials involved in the effort. "The sitting Hinds County Circuit Judges, the District Attorney's office and the Public Defender's office all have come together with the AOC to agree on an action plan, and the Circuit Clerk, the Sheriff and the Board of Supervisors will ensure courtroom facilities are available and secure. And, of course, the appointed special judges deserve thanks for agreeing to accept their appointments."

Judge Howorth served for 18 ½ years on the Third Circuit Court. He retired June 30, 2020. The Third Circuit Court includes Benton, Calhoun, Chickasaw, Lafayette, Marshall, Tippah and Union counties. He is former chairman of the Conference of Circuit Judges and served on the Board of Governors of the Mississippi Judicial College. He is a former member of the State Intervention Courts Advisory Committee.

Judge Sanders retired in December 2014 after 25 years of judicial service. She served for 20 years as a Circuit Judge of the 4th Circuit District of Leflore, Sunflower and Washington counties. She previously served for five years by appointment as a special magistrate hearing cases filed by prisoners at the Mississippi State Penitentiary at Parchman. She is former chairman of the Conference of Circuit Judges. She served on the State Intervention Courts Advisory Committee and was president of the Mississippi Association of Drug Court Professionals. She served on the Mississippi Volunteer Lawyers Project Board of Directors and as a member of the Mississippi Commission on Judicial Performance, the Ethics Committee of the Mississippi Bar and the Bar Complaint Tribunal.

Judge Simpson served as a circuit judge of the Second Circuit District for eight years. He is former chairman of the Conference of Circuit Judges. He resigned the judgeship in May 2008 to accept appointment by the Governor as Commissioner of the Department of Public Safety, where he served for almost three years. Before his appointment to the bench, he served for seven and one-half years as an assistant district attorney in the Second Circuit, which includes Hancock, Harrison and Stone counties. He is former president of the Mississippi Prosecutors Association.

Judge Vollor served for 20 years as a circuit judge of the Ninth Judicial District, which includes Issaquena, Sharkey and Warren counties. He retired from the bench on May 31, 2009, to return to the private practice of law. He was county prosecutor in Warren County for five and a half years before he took the bench.

####

---



Find Us With Google Maps »

**Physical Address:**
Gartin Justice Building
450 High Street
Jackson, MS 39201

✉  **Mailing Address:**
P O Box 249
Jackson, MS 39205

**Resources**
Map & Visitor's Guide
Employment
Employee Forms
Directories

**Clerk's Office**
📞  601-359-3694 | Fax: 601-359-2407
Hours: Monday - Friday 8:00am - 5:00pm

# EXHIBIT C

Serial: **243618**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

**SEP 22 2022**

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

In Re Judicial Appointment Related to
Coronavirus (COVID-19): Hon. Frank G.
Vollor Appointed as Special Judge for The
Circuit Court of Hinds County, Mississippi

No. 2022-AP-00849

## ORDER APPOINTING SPECIAL JUDGE

Mississippi Code Section 9-1-105(2) grants the Chief Justice of the Mississippi

Supreme Court, with the advice and consent of a majority of the justices, the authority to

appoint special judges to serve on a temporary basis to assist, preside, and enter judgment in

cases in the event of an emergency or overcrowded dockets. Both events of Section 9-1-

105(2) exist in the Seventh Circuit Court District of Mississippi. The cases listed on Exhibit

A, which is attached to this order and incorporated herein, are currently pending in the

Circuit Court of Hinds County, Mississippi. These appointments are made to alleviate the

strain on the Hinds County courts caused or exacerbated by the COVID-19 pandemic, in the

interest of public safety and to timely provide access to justice to victims and accused alike

in these unique times. The Mississippi Legislature has appropriated funding via HB 1628,

Section 30, 2022 Regular Session, for the appointment of these special judges.

Pursuant to the authority granted under Mississippi Code Section 9-1-105(2), I appoint

Honorable Frank G. Vollor, Senior Status Judge, as a Special Judge of the Seventh Circuit

Court District of Mississippi. This appointment is allowable under Section 9901 of the American Rescue Plan Act of 2021 (ARPA) or any guidance or regulation issued by the United States Department of the Treasury in conformity therewith.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Honorable Frank G. Vollor, Senior Status Judge, is hereby appointed as a Special Judge of the Seventh Circuit Court District of Mississippi to preside and enter judgment in the cases listed on Exhibit A to this order and currently pending in the Circuit Court of Hinds County, Mississippi.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by the Special Judge and approved by the Administrative Office of the Courts will be paid by the Supreme Court pursuant to HB 1628, Section 30, 2022 Regular Session, any later similar appropriation bills, or any other available funds appropriated for the appointment of special judges.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to Honorable Frank G. Vollor, Special Judge; Honorable Tomie Green, Honorable Winston Kidd, Honorable Adrienne Wooten, and Honorable Faye Peterson, Circuit Judges of the Seventh Circuit Court District; Hinds County District Attorney Jody Owens; Hinds County Public Defender Gail Wright Lowery; the State Public Defender Andre de Gruy; Carol Allgood, Finance Director of the Supreme Court of Mississippi; Jennifer Parish, Assistant Finance Director; and Lisa Counts, Deputy Director of the Administrative Office of the Courts.

2

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit a copy of this

order to Zack Wallace, the Hinds County Circuit Clerk, who shall file it in each of the cases

listed on Exhibit A and send copies to all counsel of record in those cases and to all parties

who are not represented by counsel.

IT IS FURTHER ORDERED that upon the conclusion of each case in the trial court

the Special Judge shall promptly forward a copy of the final judgment or other order of final

disposition by mail or email to the Court Administrator, Supreme Court of Mississippi, Post

Office Box 117, Jackson, MS 39205, hsaunders@courts.ms.gov.

SO ORDERED, this the ___22___ day of September, 2022.

MICHAEL K. RANDOLPH
CHIEF JUSTICE

3

# Supreme Court No. 2022-AP-849

## EXHIBIT A

| CAUSE NUMBER | STATE OF MISSISSIPPI | VS. | DEFENDANT |
|---|---|---|---|
| 21-526 | STATE OF MISSISSIPPI | VS. | KERSTIN ADAMS |
| 20-773 | STATE OF MISSISSIPPI | VS. | ALFRED TRONELL |
| 20-139 | STATE OF MISSISSIPPI | VS. | KAREEM BALL |
| 20-0064 | STATE OF MISSISSIPPI | VS. | CORNELIUS BREWSTER |
| 19-533 | STATE OF MISSISSIPPI | VS. | COREY BRIDGES |
| 20-894 | STATE OF MISSISSIPPI | VS. | COREY BRIDGES |
| 21-545 | STATE OF MISSISSIPPI | VS. | JOE BROWN |
| 19-411 | STATE OF MISSISSIPPI | VS. | CATHERINE CATCHINGS |
| 19-557 | STATE OF MISSISSIPPI | VS. | STEFAN CHAMPION |
| 20-673 | STATE OF MISSISSIPPI | VS. | STEFAN D. CHAMPION |
| 19-778 | STATE OF MISSISSIPPI | VS. | DARREN CLARK |
| 19-782 | STATE OF MISSISSIPPI | VS. | DARREN CLARK |
| 19-791 | STATE OF MISSISSIPPI | VS. | DARREN CLARK |
| 20-354 | STATE OF MISSISSIPPI | VS. | DARREN CLARK |
| 19-899 | STATE OF MISSISSIPPI | VS. | MONTEZ FLEMING |
| 20-422 | STATE OF MISSISSIPPI | VS. | BILLY GIBSON |
| 20-706 | STATE OF MISSISSIPPI | VS. | JERRICK GOWANS |
| 16-130 | STATE OF MISSISSIPPI | VS. | ANTHONY HARRIS |
| 16-1076 | STATE OF MISSISSIPPI | VS. | ANTHONY HARRIS |
| 17-067 | STATE OF MISSISSIPPI | VS. | ANTHONY HARRIS |
| 21-415 | STATE OF MISSISSIPPI | VS. | ANTHONY HARRIS aka JUVIE |
| 20-015 | STATE OF MISSISSIPPI | VS. | ANTHONY J HARRIS |
| 17-0029 | STATE OF MISSISSIPPI | VS. | ANTHONY JERMAINE HARRIS |
| 20-976 | STATE OF MISSISSIPPI | VS. | LADELL HARRIS |
| 20-251 | STATE OF MISSISSIPPI | VS. | RYAN CHRISTOPHER HOPKINS |
| 19-210 | STATE OF MISSISSIPPI | VS. | TABREY HUGHES |
| 20-800 | STATE OF MISSISSIPPI | VS. | JOHNNY LEWIS |
| 19-773 | STATE OF MISSISSIPPI | VS. | VELTONE MCGRUDER |
| 18-362 | STATE OF MISSISSIPPI | VS. | 11TIMOTHY MCHULEY |
| 18-710 | STATE OF MISSISSIPPI | VS. | ALVIN MCINTOSH |
| 21-472 | STATE OF MISSISSIPPI | VS. | BRANDEN MCLAURIN |
| 19-726 | STATE OF MISSISSIPPI | VS. | BRIAN B MILLER |
| 20-434 | STATE OF MISSISSIPPI | VS. | JERMARCUS MORGAN |
| 20-449 | STATE OF MISSISSIPPI | VS. | JERMARCUS D. MORGAN |
| 18-309 | STATE OF MISSISSIPPI | VS. | BARACK MALIK PATTON |
| 18-310 | STATE OF MISSISSIPPI | VS. | BARACK MALIK PATTON |
| 20-483 | STATE OF MISSISSIPPI | VS. | BARAK PATTON |

## Supreme Court No. 2022-AP-849

| 20-484 | STATE OF MISSISSIPPI | VS. | BARAK PATTON |
|--------|---------------------|-----|-------------|
| 20-485 | STATE OF MISSISSIPPI | VS. | BARAK PATTON |
| 20-486 | STATE OF MISSISSIPPI | VS. | BARAK PATTON |
| 19-950 | STATE OF MISSISSIPPI | VS. | ELIJAH MALIK RICHEY |
| 21-250 | STATE OF MISSISSIPPI | VS. | TEONA ROCKINGHAM |
| 18-605 | STATE OF MISSISSIPPI | VS. | CHRISTOPHER ROSELL |
| 21-604 | STATE OF MISSISSIPPI | VS. | CURTIS RYALS |
| 17-024 | STATE OF MISSISSIPPI | VS. | CURTIS VON RYALS |
| 19-813 | STATE OF MISSISSIPPI | VS. | SEBASTIAN SHORT |
| 18-392 | STATE OF MISSISSIPPI | VS. | JIMMIE SIMMONS |
| 21-822 | STATE OF MISSISSIPPI | VS. | JIMEL SMITH |
| 18-501 | STATE OF MISSISSIPPI | VS. | SHAKARRI DEAIRA SMITH |
| 18-502 | STATE OF MISSISSIPPI | VS. | SHAKARRI DEAIRA SMITH |
| 19-961 | STATE OF MISSISSIPPI | VS. | DAVID STEVENSON |
| 20-510 | STATE OF MISSISSIPPI | VS. | DAVID STEVENSON |
| 22-053 | STATE OF MISSISSIPPI | VS. | ANTONIO TERRY |
| 20-334 | STATE OF MISSISSIPPI | VS. | ANTONIO L. TERRY |
| 19-973 | STATE OF MISSISSIPPI | VS. | CHARLES THOMAS |
| 19-975 | STATE OF MISSISSIPPI | VS. | CHARLES THOMAS |
| 20-124 | STATE OF MISSISSIPPI | VS. | CHARLES THOMAS |
| 17-167 | STATE OF MISSISSIPPI | VS. | MARCUS THOMPSON |
| 20-751 | STATE OF MISSISSIPPI | VS. | MARCUS THOMPSON |
| 21-488 | STATE OF MISSISSIPPI | VS. | MARCUS THOMPSON |
| 19-044 | STATE OF MISSISSIPPI | VS. | MARCUS KENYATAL THOMPSON, JR. |
| 21-725 | STATE OF MISSISSIPPI | VS. | JOHN TURNER |
| 18-748 | STATE OF MISSISSIPPI | VS. | CHRISTOPHER VARNELL |
| 19-833 | STATE OF MISSISSIPPI | VS. | CHRISTOPHER WILLIAM VARNELL |
| 19-513 | STATE OF MISSISSIPPI | VS. | ETHEL WALES |
| 20-607 | STATE OF MISSISSIPPI | VS. | HAROLD WALKER, JR. |
| 20-527 | STATE OF MISSISSIPPI | VS. | JOSHUA WATSON |
| 21-151 | STATE OF MISSISSIPPI | VS. | KOURTNEY WEBB |
| 18-753 | STATE OF MISSISSIPPI | VS. | RODERICK WEST |
| 19-981 | STATE OF MISSISSIPPI | VS. | CARR M WILLIAMS |
| 21-873 | STATE OF MISSISSIPPI | VS. | DEDERICO WILSON |
| 21-489 | STATE OF MISSISSIPPI | VS. | VICTORIA WOODRUFF |
| 20-047 | STATE OF MISSISSIPPI | VS. | TERRANCE YOUNG |
| 22-541 | STATE OF MISSISSIPPI | VS. | TERRANCE YOUNG |

# EXHIBIT D

""

""



## CIRCUIT COURT JUDGES

Subdistrict 1:    Judge Adrienne Wooten (http://www.hindscountyms.com/elected-offices/circuit-court-judges/district-1#overlay-context=)

Subdistrict 2:    Judge Debra Gibbs (/court-systems/circuit-court-judges/district-2#overlay-context=)

Subdistrict 3:    Judge Winston Kidd, Senior Judge (/court-systems/circuit-court-judges/district-3#overlay-context=)

Subdistrict 4:    Judge E. Faye Peterson (/court-systems/circuit-court-judges/district-4#overlay-context=)

---

Effective Tuesday, May 19, 2020 "In compliance with the Constitution, Hinds Circuit Court for the State of Mississippi is and shall remain open. However, due to the contagiousness and the deadly consequences of the coronavirus, The Circuit Court must restrict in-person appearances by those with business before the Court Circuit. All civil and criminal matters scheduled for an in-Court appearance before any circuit judge in Hinds County must follow the guidance outlined in this order, until further notice." CLICK HERE TO ACCESS IN-COURT PDF (/sites/default/files/scc-in-court-5-19-2020.pdf)

---

### MISSISSIPPI'S SEVENTH CIRCUIT COURT DISTRICT AND ITS JURISDICTION

Our Circuit Court comprises the Seventh (7th) Circuit Court District for the State of Mississippi. We are a court established under the Mississippi Constitution, along with the Mississippi Supreme Court and the State's Chancery court The Circuit Court sits exclusively in Hinds County, Mississippi.

Hinds County has two(2) judicial districts of the circuit court that encompasses ten(10) cities. The First Judicial District includes the cities of Jackson (the State's capital city), Terry, Byram, Clinton and Pocahontas, Mississippi. The Second Judicial District includes Edwards, Bolton, Utica, Pocahontas and Raymond, Mississippi. There are four (4) state circuit judges that serve the two (2) judicial districts in Hinds County, Mississippi. Collectively, they dispose of nearly four (4) thousand civil, criminal cases, and appeals annually.

The Seventh Circuit Court is a trial court where the circuit judges presides over all felony criminal prosecutions and civil lawsuits where damages claimed exceed $250,000 filed in Hinds County. The Circuit Court has concurrent jurisdiction with justice and county courts.

The Circuit Court judges preside in trials with a 12-member jury, and usually one or two alternate jurors. A judge may preside in a case without a jury, if the dispute between parties is authorized by Mississippi law or if there are only questions of law, rather than fact to be determined by juries.

The Circuit Court also acts as an appellate court for appeals from Justice, County and Municipal courts and from administrative boards and commissions such as the Board of Supervisors and Alderpersons, Mississippi Department of Employment Security (MDES) and the Public Employees Retirement System (PERS).

Statewide, there are 53 circuit court judges who serve 22 circuit court districts across the State of Mississippi. The number of Circuit Judges per district ranges from one to four. Circuit Court judges are selected in non-partisan elections to serve for four-year terms.

---

Download Document:    Facts about Mississippi's Seventh Circuit Court District and its Jurisdiction (/sites/default/files/SEVENTH_CIRCUIT_COURT_DISTRICT_OF_STATE_OF_MISSISSIPPI_JURISDICTION.pdf)

---

### HINDS COUNTY CIRCUIT COURT TECHNOLOGY

**Our Courts: Retrofitted for the 21st Century**

Courtroom Evidence Presentation

Senior Circuit Judge Tomie Green is pleased to announce that with the support and assistance of the Mississippi/Hinds Library Commission, the Capital City Bar Association and Special Attorney General Ben Piazza, and the Hinds County Board of Supervisors, all four (4) of the state circuit court courtrooms in Hinds County are retrofitted with electronic trial presentation systems.

The electronic systems were installed with cutting edge, easy to use technology to be used during civil and criminal trials. The nerve center of the system is the "Power Podium" which replaces the traditional lectern with a high-tech presentation platform that is networked to large screens located in front of the jury and smaller monitors for counsel tables. Attorneys have the ability to connect to the system through the use of personal laptops. With this new technology admissible evidence may be displayed to jurors, attorneys, and the media and courtroom visitors at the same time as a witness is testifying during trial.

The system is controlled from each of the circuit judge's bench by a touch screen monitor. Attorneys are able to display and annotate documents, play CDs and DVDs, show animations, and video and audio clips using this state-of-the-art equipment.

Video Conferencing - Is Here
On July 1, 2013, Hinds County's Board of Supervisors implemented a communication system that will result in long term savings for the county's citizens, courts and the Hinds County Sheriff's Department. Video conferencing is now a reality and will save taxpayers thousands of dollars in travel expenses incurred in the transport of prisoners between the Raymond Detention Center and the courthouse in Jackson, Mississippi. It will also substantially cut the risk of injury and liability relative to Sheriff's deputies, court personnel and inmates.

The video conferencing system will allow incarcerated inmates in the Raymond Detention Center to appear "in real time" for arraignment and motions and/or hearings (along with their attorneys and the prosecutors) before the circuit judges who will be sitting on their benches in the Jackson courtrooms. The media, family members and the public will be able to view the proceedings from the courtroom simultaneously with the judges.

E-Filing in Hinds County Circuit is coming!
On June 16, 2013, Senior Judge Tomie Green signed an order authorizing e-filing in Hinds County Circuit Court. We anticipate online filing to be completed and functioning on or before January 14, 2014.

Download Document: Hinds County Court Technology (/sites/default/files/Hinds_County_Technology_Notes.pdf)

---

**ETIQUETTE AND DECORUM IN COURT**

1. Never lean against or across the rail of the jury box at any time that the jury is present in the jury box.
2. Stand whenever addressing the Court and whenever the judge and/or jury enters or leaves the courtroom. U.C.C.C.R. 3.02 and 3.08.
3. All comments, statements, remarks, etc., are to be addressed to the Court, and there shall be no cross-talking between opposing attorneys in the presence of the jury. U.C.C.C.R. 3.02. Bench conferences are not a part of the record. If a party wishes to make a record outside the presence of the jury, a request should be made to the court.
4. Only one (1) attorney per side shall be "assigned" to a witness and that attorney will be responsible for both the examination of the witness and for making any objections during that witness' testimony. U.C.C.C.R 3.02.
5. It is necessary to request permission to approach a witness. A reasonable distance shall be maintained at all times between the interrogator and the witness unless the use of a document or exhibit requires that the interrogator and the witness are in close proximity. Once a document or exhibited is admitted into evidence, the document may be displayed on our Elmo system for viewing by all persons in the court.
6. Any request that a document be marked, that a witness be brought into the courtroom, or any other request which requires the action of Court personnel and/or support staff is to be addressed to the Judge and not directly to the court staff member, if the request is made at a time when the jury is present in the courtroom. In other words, lawyers are to avoid giving direct instructions to court personnel in the presence of the jury but rather are advised that those request should be made of the Court.
7. The court may set a reasonable time limit for voir dire. Voir Dire is not to be used to make an opening statement or closing argument. In other words, the Court is of the opinion that voir dire is to be used to ask questions and not to make speeches or arguments. U.C.C.C.R 3.05
8. Speech making is to be avoided at the times that objections are made. For example, if a question is objectionable because it lacks relevance, then, the objection should be simply stated "objection your honor, irrelevant." While the Court recognizes that at times speech making is desirable for strategic reasons, it is discouraged and, for the most part, will not be permitted.
9. Please remember to speak slowly, clearly and audibly and to remind your witnesses, when necessary, to  do the same.
10. The Court may exercise its discretion pursuant to Rule 611 of the Rules of Evidence and intervene sua sponte to deal with matters affecting the interrogation of witnesses and the presentation of evidence.

Download Document: Rules of Etiquette & Decorum (/sites/default/files/Rules_of_Etiquette_Decorum.pdf)

---

Lawyer's Creed (/sites/default/files/Lawyers_Creed.pdf)

---

**Circuit Court Judges**

 **Office Hours:**
8:00 a.m. - 5:00 p.m.
Monday - Friday
(Except on legal holidays)

 **Address:**
407 East Pascagoula St.
Jackson, MS 39205

📍 **Map to Our Office** (https://maps.google.com/maps?
f=q&hl=en&geocode=&q=407+East+Pascagoula+St.,+Jackson,+MS+39201&sll=37.0625,-95.677068&sspn=60.894251,112.5&ie=UTF8&ll=32.299249,-90.181961&spn=0.008071,0.013733&z=16&iwloc=addr)

### District 1 (/court-systems/circuit-court-judges/district-1)

Policies Governing Civil Matters (http://www.hindscountyms.com/sites/default/files/policies_governing_civil_matters.pdf)

Polices Governing Criminal Matters (http://www.hindscountyms.com/sites/default/files/policies_governing_criminal_matters.pdf)

Rules of Etiquette & Decorum (http://www.hindscountyms.com/sites/default/files/rules_of_etiquette_and_decorum.pdf)

Guidelines for Remote Hearings (http://www.hindscountyms.com/sites/default/files/guidelines_for_remote_hearings.pdf)

Agreed Scheduling Order (http://www.hindscountyms.com/sites/default/files/agreed_scheduling_order.pdf)

Waiver of in Court Appearance (http://www.hindscountyms.com/sites/default/files/waiver_of_in_court_appearance.pdf)

Order for Mental Evaluation (http://www.hindscountyms.com/sites/default/files/order_for_mental_evaluation.pdf)

Uniform Civil Rules of Circuit and County Court Practice (http://www.hindscountyms.com/sites/default/files/ucrccc.pdf)

Mississippi Rules of Civil Procedure (http://www.hindscountyms.com/sites/default/files/mississippi_rules_of_criminal_procedure.pdf)

Mississippi Rules of Criminal Procedure (http://www.hindscountyms.com/sites/default/files/mississippi_rules_of_criminal_procedure.pdf)

Mississippi Rules of Evidence (http://www.hindscountyms.com/sites/default/files/mississippi_rules_of_evidence.pdf)

Mississippi Rules of Appellate Procedure (http://www.hindscountyms.com/sites/default/files/mississippi_rules_of_appellate_procedure.pdf)

Mississippi Rules for Electronic & Photographic Coverage of Judicial Proceedings (http://www.hindscountyms.com/sites/default/files/mississippi_rules_for_electronic_and_photographic_coverage_of_judicial_proceedings.pdf)

Mississippi Law Student Limited Practice Rule (http://www.hindscountyms.com/sites/default/files/mississippi_law_student_limited_practice_rule.pdf)

### District 2 (/court-systems/circuit-court-judges/district-2)

Affidavit of Indigency (http://www.hindscountyms.com/sites/default/files/Affidavit_of_Indigency-2.pdf)

Local Rules for the Seventh Circuit Court District (http://www.hindscountyms.com/sites/default/files/JudgeGreenRules-4.pdf)

Order Appointing Counsel (http://www.hindscountyms.com/sites/default/files/Order_Appointing_Counsel.pdf)

Waiver of Arraignment (http://www.hindscountyms.com/sites/default/files/Waiver_of_Arraignment.pdf)

General Bond Order (http://www.hindscountyms.com/sites/default/files/General_Bond_Order.pdf)

Conditional Bond Order (Medical) (http://www.hindscountyms.com/sites/default/files/Conditional_Bond_Order_(Medical)-1.pdf)

Petition to Enter a Plea of Guilty (http://www.hindscountyms.com/sites/default/files/Petition_to_Enter_a_Plea_of_Guilty.pdf)

Continuance Order (http://www.hindscountyms.com/sites/default/files/Continuance_Order.pdf)

Order of Dismissal (http://www.hindscountyms.com/sites/default/files/Order_of_Dismissal.pdf)

Order of Nolle Prosequi (http://www.hindscountyms.com/sites/default/files/Order_of_Nolle_Prosequi.pdf)

Agreed Pre-Trial (http://www.hindscountyms.com/sites/default/files/Judge%20Green%20Agreed%20Scheduling%20Order%20Format-1.pdf)

Agreed Scheduling (http://www.hindscountyms.com/sites/default/files/Judge%20Green%20Agreed%20Scheduling%20Order%20Format-1.pdf)

Standard Civil Jury Instructions (http://www.hindscountyms.com/sites/default/files/Standard_Civil_Jury_Instructions.pdf)

Standard Criminal Jury Instructions (http://www.hindscountyms.com/sites/default/files/Standard_Criminal_Jury_Instructions.pdf)

### District 3 (/court-systems/circuit-court-judges/district-3)

Standard Civil Jury Instructions 1 (http://www.hindscountyms.com/sites/default/files/JuryInstructions1.pdf)

Jury Instructions 2 (http://www.hindscountyms.com/sites/default/files/JuryInstructions2.pdf)

Jury Instructions 3 (http://www.hindscountyms.com/sites/default/files/JuryInstructions3.pdf)

Jury Instructions 4 (http://www.hindscountyms.com/sites/default/files/JuryInstructions4.pdf)

Jury Instructions 5 (http://www.hindscountyms.com/sites/default/files/JuryInstructions5.pdf)

Jury Instructions 6 (http://www.hindscountyms.com/sites/default/files/JuryInstructions6.pdf)

Jury Instructions 7 (http://www.hindscountyms.com/sites/default/files/JuryInstructions7.pdf)

Jury Instructions 8 (http://www.hindscountyms.com/sites/default/files/JuryInstructions8.pdf)

Jury Instructions 9 (http://www.hindscountyms.com/sites/default/files/JuryInstructions9.pdf)

**District 4** (/court-systems/circuit-court-judges/district-4)

Form Order Reducing Felony to Misdemeanor (http://www.hindscountyms.com/sites/default/files/Form Order Reducing Felony to Misdemeanor.pdf)

Guidelines for Remote Hearings (http://www.hindscountyms.com/sites/default/files/Guidelines_for_Remote_Hearings.pdf)

Standing Order RE: Jury Trials (http://www.hindscountyms.com/sites/default/files/Standing_Order_(Jury_Trials).pdf)

Standing Order RE: Witness Testimony via Virtual Platform (http://www.hindscountyms.com/sites/default/files/Standing Order (Testimony via ePlatform).pdf)

Waiver of In Court Appearance (http://www.hindscountyms.com/sites/default/files/Waiver_of_In_Court_Appearance.pdf)

Plea Petition (http://www.hindscountyms.com/sites/default/files/PleaPetition.pdf)

Civil Scheduling Guidelines (http://www.hindscountyms.com/sites/default/files/4334_001.pdf)

Criminal Scheduling Guidelines (http://www.hindscountyms.com/sites/default/files/4335_001_0.pdf)

Pretrial Conference Checklist (http://www.hindscountyms.com/sites/default/files/NEW Pretrial conference checklist.pdf)

Copyright 2022 Hinds County, Mississippi.  All rights reserved.

Web design and hosting by U.S.NEXT (https://www.usnx.com/)

Case 3:23-cv-00272-HTW-LGI   Document 12-2   Filed 04/28/23   Page 31 of 157



## CIRCUIT COURT JUDGE DISTRICT 1

IF YOU FILE AN ELECTRONIC NOTICE OF HEARING THROUGH MEC, YOU MUST STILL E-MAIL OR MAIL A COPY OF THE NOTICE OF HEARING TO THE COURT IN ORDER TO BE PLACED ON THE HEARING DOCKET.

Civil Trial Calendar (http://www.co.hinds.ms.us/pgs/cal/results.asp?Judge=wooten&Calendar=Civil&mode=all)

Criminal Calendar (http://www.co.hinds.ms.us/pgs/cal/Criminalresults.asp?Judge=wooten&Calendar=Criminal&mode=all)

Civil Motions Calendar (http://www.co.hinds.ms.us/pgs/cal/results.asp?Judge=wooten&Calendar=Motion&mode=all)



(https://stream.lifesizecloud.com/extension/9180327/855eb7e3-e799-4a35-bec4-70a81463f00d)

To Contact the Court Adminstrator by mail please send to:

Hinds County Court Administrator
P.O. Box 327
Jackson, MS 39205

Circuit Court Judge District 1

Case 3:23-cv-00272-HTW-LGI   Document 12-2   Filed 04/28/23   Page 32 of 157



**Honorable Adrienne H. Wooten**
*District 1 Judge*

 **OFFICE HOURS**
8:00 a.m. - 5:00 p.m.
Monday - Friday
(Except on legal holidays)

 **CONTACT US**
P.O. Box 327
Jackson, MS 39205
601-968-6679 (P)
601-973-5541 (F)

 **LOCATION**
407 East Pascagoula St.
Jackson, MS 39205
Map to Our Office (https://maps.google.com/maps?
f=q&hl=en&geocode=&q=407+East+Pascagoula+St.,+Jackson,+MS+39201&sll=37.0625,-95.677068&sspn=60.894251,112.5&ie=UTF8&ll=32.299249,-90.181961&spn=0.008071,0.013733&z=16&iwloc=addr)

### COURT STAFF

LaToya Williams (mailto:lwilliams@co.hinds.ms.us), Court Administrator
601-968-6679 (P)
Chaz Mangum (mailto:wootenslawclerk@co.hinds.ms.us), Law Clerk
601-965-8839 (P)

### District 1

Policies Governing Civil Matters (http://www.hindscountyms.com/sites/default/files/policies_governing_civil_matters.pdf)

Polices Governing Criminal Matters (http://www.hindscountyms.com/sites/default/files/policies_governing_criminal_matters.pdf)

Rules of Etiquette & Decorum (http://www.hindscountyms.com/sites/default/files/rules_of_etiquette_and_decorum.pdf)

Guidelines for Remote Hearings (http://www.hindscountyms.com/sites/default/files/guidelines_for_remote_hearings.pdf)

Agreed Scheduling Order (http://www.hindscountyms.com/sites/default/files/agreed_scheduling_order.pdf)

Waiver of in Court Appearance (http://www.hindscountyms.com/sites/default/files/waiver_of_in_court_appearance.pdf)

Order for Mental Evaluation (http://www.hindscountyms.com/sites/default/files/order_for_mental_evaluation.pdf)

Uniform Civil Rules of Circuit and County Court Practice (http://www.hindscountyms.com/sites/default/files/ucrccc.pdf)

Mississippi Rules of Civil Procedure (http://www.hindscountyms.com/sites/default/files/mississippi_rules_of_criminal_procedure.pdf)

Case 3:23-cv-00272-HTW-LGI    Document 12-2    Filed 04/28/23    Page 33 of 157

| | |
|---|---|
| **Mississippi Rules of Criminal Procedure** (http://www.hindscountyms.com/sites/default/files/mississippi_rules_of_criminal_procedure.pdf) | |
| **Mississippi Rules of Evidence** (http://www.hindscountyms.com/sites/default/files/mississippi_rules_of_evidence.pdf) | |
| **Mississippi Rules of Appellate Procedure** (http://www.hindscountyms.com/sites/default/files/mississippi_rules_of_appellate_procedure.pdf) | |
| **Mississippi Rules for Electronic & Photographic Coverage of Judicial Proceedings** (http://www.hindscountyms.com/sites/default/files/mississippi_rules_for_electronic_and_photographic_coverage_of_judical_proceedings.pdf) | |
| **Mississippi Law Student Limited Practice Rule** (http://www.hindscountyms.com/sites/default/files/mississippi_law_student_limited_practice_rule.pdf) | |

Copyright 2022 Hinds County, Mississippi. All rights reserved.

Web design and hosting by U.S.NEXT (https://www.usnx.com/)

Case 3:23-cv-00272-HTW-LGI    Document 12-2    Filed 04/28/23    Page 34 of 157



## News

» News

» Newsletters

» Camera Coverage Notice

» Camera Rules

Select Year ⌄

## News

### Hinds Circuit, Chancery and County judges to be sworn in December 29

*December 27, 2022*

Hinds County judges will take their oaths of office at a swearing-in ceremony scheduled for 9 a.m. Dec. 29 in Courtroom No. 1 on the second floor of the Hinds County Courthouse in Jackson. New and returning judges will be sworn in.



New judges are Circuit Judge Debra Gibbs and Chancellor Temetrice Hodges. Judge Gibbs will take the position previously held by Circuit Judge Tomie T. Green, who is retiring after 24 years of service on the bench. Judge Hodges will take the position previously held by Chancellor Denise Owens, who is retiring after 33 ½ years of service on the bench.

Judge-elect Gibbs also will have an individual oath ceremony on Dec. 28 at 10 a.m. in Courtroom No. 1. Her husband, Robert Gibbs, who served as a Hinds Circuit Judge 1991-1998, will administer the ceremonial oath. She was elected to the same judicial position.



Judge-elect Gibbs served in the Mississippi House of Representatives from District 72, representing Hinds and Madison counties, for the past six years. She most recently served as vice-chair of the Tourism Committee. She was a member of the Banking and Financial Services, Education, Ethics, Judiciary B, Judiciary En Banc and Medicaid committees.

She taught accounting at Jackson State University and was the founding director of JSU's School of Business Center for Professional Development. She left JSU to become Director of Accounting and Finance at the Mississippi Department of Human Services, serving there through 1996. Gov. Haley Barbour appointed her as a Commissioner of the Mississippi Workers Compensation Commission in 2010. She served there until 2014, then returned to the private practice of law at Gibbs Travis, PLLC.

She grew up in Gulfport and attended Gulfport Public Schools. She earned a Bachelor of Science degree in accounting from the University of Southern Mississippi, a Masters of Business Administration from Mississippi College and a Juris Doctor from Mississippi College School of Law. After completing law school, she served as a law clerk for Justice Jim Smith of the Mississippi Supreme Court.

4/27/23, 12:24 PM    Hinds Circuit, Chancery and County Judges to be sworn in December 28 | State of Mississippi Judiciary News

Case 3:23-cv-00272-HTW-LGI Document 12-3 Filed 04/28/23 Page 35 of 157

Judge-elect Hodges has practiced law in Jackson for 12 years, first in private practice then as an assistant district attorney for Hinds County. Much of her private practice was in family law. She was a volunteer attorney for Mission First and a former member of the Mississippi Bar Child Welfare and Advocacy Committee. She serves as a volunteer at Stew Pot in Jackson and is a corporate board member of the Boys and Girls Clubs of Central Mississippi. She is active in PTA and serves as a mentor for middle school students.

Judge-elect Hodges attended Jackson Public Schools and Piney Woods Country Life School. She is a graduate of Denison University in Granville, Ohio, and Mississippi College School of Law.

####



Find Us With Google Maps »

**Physical Address:**
Gartin Justice Building
450 High Street
Jackson, MS 39201

✉ **Mailing Address:**
P O Box 249
Jackson, MS 39205

**Resources**
Map & Visitor's Guide
Employment
Employee Forms
Directories

**Clerk's Office**
📞 601-359-3694 | Fax: 601-359-2407
Hours: Monday - Friday 8:00am - 5:00pm



## CIRCUIT COURT JUDGE DISTRICT 3



### Judge Winston L. Kidd, Senior Judge

407 East Pascagoula St.
Jackson, MS 39205
Phone: 601.968.6688
Fax: 601.714.6305

Office hours:
8:00 a.m. - 5:00 p.m.
Monday - Friday
(Except on legal holiday)

E-mail: wkidd@co.hinds.ms.us (mailto:wkidd@co.hinds.ms.us)

Map to our Office (https://maps.google.com/maps?
f=q&hl=en&geocode=&q=407+East+Pascagoula+St.,+Jackson,+MS+39201&sll=37.0625,-95.677068&sspn=60.894251,112.5&ie=UTF8&ll=32.299249,-90.181961&spn=0.008071,0.013733&z=16&iwloc=addr)

Court Administrator
Evelyn Hunter
E-mail: ehunter@co.hinds.ms.us (mailto:ehunter@co.hinds.ms.us)

Law Clerk
Edward Kennebrew, Jr.
E-mail: kiddslawclerk@co.hinds.ms.us (mailto:kiddslawclerk@co.hinds.ms.us)

**Civil Calendar**

Scheduled (http://www.co.hinds.ms.us/pgs/cal/results.asp?Judge=Kidd&Calendar=Civil&mode=all)   Open dates (http://www.co.hinds.ms.us/pgs/cal/results.asp?Judge=Kidd&Calendar=Civil&mode=open)

**Motion Calendar**

Scheduled (http://www.co.hinds.ms.us/pgs/cal/results.asp?Judge=Kidd&Calendar=Motion&mode=all)   Open dates (http://www.co.hinds.ms.us/pgs/cal/results.asp?Judge=Kidd&Calendar=Motion&mode=open)

**Summary Judgment or Motion to Dismiss Calendar**

Scheduled (http://www.co.hinds.ms.us/pgs/cal/results.asp?Judge=Kidd&Calendar=Dispositive_Motion&mode=all)   Open dates (http://www.co.hinds.ms.us/pgs/cal/results.asp?Judge=Kidd&Calendar=Dispositive_Motion&mode=open)

**Unindicted Case Status Calendar**

Scheduled (http://www.co.hinds.ms.us/pgs/cal/results.asp?Judge=Kidd&Calendar=UnindictedCaseStatus&mode=all)   Open dates (http://www.co.hinds.ms.us/pgs/cal/results.asp?Judge=Kidd&Calendar=UnindictedCaseStatus&mode=open)

Ten Commandments of Etiquette & Decorum in Trials (/sites/default/files/JudgeKiddEtiquette.pdf)

Rules for Motions, Pretrial, Trial Settings
and Mediation Referrals In Civil Cases (/sites/default/files/JudgeKiddRules.pdf)

Biography of Judge Winston L. Kidd (/circuit-court-judge-district-3-biography)

---

To Contact the Court Adminstrator by mail please send to:

Evelyn Hunter
Hinds County Court Administrator
P.O. Box 22711
Jackson, MS 39225-2711

## Circuit Court Judge District 3

**Office Hours:**
8:00 a.m. - 5:00 p.m.
Monday - Friday
(Except on legal holiday)

**Phone:** 601.968.6688
**Fax:** 601.714.6305
**E-mail:** wkidd@co.hinds.ms.us (mailto:wkidd@co.hinds.ms.us)

**Address:**
407 East Pascagoula St.
Jackson, MS 39205

## District 3

**Standard Civil Jury Instructions 1** (http://www.hindscountyms.com/sites/default/files/JuryInstructions1.pdf)

**Jury Instructions 2** (http://www.hindscountyms.com/sites/default/files/JuryInstructions2.pdf)

**Jury Instructions 3** (http://www.hindscountyms.com/sites/default/files/JuryInstructions3.pdf)

**Jury Instructions 4** (http://www.hindscountyms.com/sites/default/files/JuryInstructions4.pdf)

**Jury Instructions 5** (http://www.hindscountyms.com/sites/default/files/JuryInstructions5.pdf)

**Jury Instructions 6** (http://www.hindscountyms.com/sites/default/files/JuryInstructions6.pdf)

**Jury Instructions 7** (http://www.hindscountyms.com/sites/default/files/JuryInstructions7.pdf)

**Jury Instructions 8** (http://www.hindscountyms.com/sites/default/files/JuryInstructions8.pdf)

**Jury Instructions 9** (http://www.hindscountyms.com/sites/default/files/JuryInstructions9.pdf)

**Standard Civil Jury Instructions 1** (http://www.hindscountyms.com/sites/default/files/JuryInstructions1.pdf)

**Jury Instructions 2** (http://www.hindscountyms.com/sites/default/files/JuryInstructions2.pdf)

**Jury Instructions 3** (http://www.hindscountyms.com/sites/default/files/JuryInstructions3.pdf)

**Jury Instructions 4** (http://www.hindscountyms.com/sites/default/files/JuryInstructions4.pdf)

**Jury Instructions 5** (http://www.hindscountyms.com/sites/default/files/JuryInstructions5.pdf)

**Jury Instructions 6** (http://www.hindscountyms.com/sites/default/files/JuryInstructions6.pdf)

**Jury Instructions 7** (http://www.hindscountyms.com/sites/default/files/JuryInstructions7.pdf)

**Jury Instructions 8** (http://www.hindscountyms.com/sites/default/files/JuryInstructions8.pdf)

**Jury Instructions 9** (http://www.hindscountyms.com/sites/default/files/JuryInstructions9.pdf)

Copyright 2022 Hinds County, Mississippi. All rights reserved.

Web design and hosting by U.S.NEXT (https://www.usnx.com/)



## CIRCUIT COURT JUDGE DISTRICT 4



**E. Faye Peterson**

**Judge**

407 East Pascagoula St.
P.O. Box 22711
Jackson, MS 39225-2711
Phone:  601.714.6222
Fax:  601.948.2689

**Office hours:**
8:00 a.m. - 5:00 p.m.
Monday - Friday
(Except on legal holiday)



*Click Here*

(https://stream.lifesizecloud.com/extension/4600645/7a16085a-7e09-4aad-981a-805dcb7752a5)

**The Court has developed protocol to maintain its criminal and civil dockets amid the COVID-19 pandemic.**

**This Office has and will remain open and available to address scheduling concerns and/or needs. If you have any questions, you may contact Court Administrator, Faye Jackson, or Law Clerk, Corey Harris, using the contact information below.**

Map to our Office (https://maps.google.com/maps?
f=q&hl=en&geocode=&q=407+East+Pascagoula+St.,+Jackson,+MS+39201&sll=37.0625,-95.677068&sspn=60.894251,112.5&ie=UTF8&ll=32.299249,-90.181961&spn=0.008071,0.013733&z=16&iwloc=addr)

Court Administrator
Faye Jackson
Email: fjackson@co.hinds.ms.us (mailto:fjackson@co.hinds.ms.us)

Law Clerk
Corey Harris
Phone: 601.968.6656

E-mail: petersonstaffattorney@co.hinds.ms.us (mailto:petersonstaffattorney@co.hinds.ms.us)

Please review the calendar and confirm date availability before filing any notice of hearing or trial setting. Failure to comply with guidelines will result in motion(s)/trial not being placed on the docket.

IF YOU FILE AN ELECTRONIC NOTICE OF HEARING THROUGH MEC,
YOU MUST STILL EMAIL A COPY OF THE NOTICE OF HEARING TO THE COURT IN ORDER TO BE PLACED ON THE HEARING DOCKET
& SUBMIT HARDCOPIES OF ANY ACOMMPANYING DOCUMENTS.

### Civil Trial Calendar

Scheduled (http://www.co.hinds.ms.us/pgs/cal/results.asp?Judge=peterson&Calendar=Civil&mode=all)   Open dates (http://www.co.hinds.ms.us/pgs/cal/results.asp?Judge=peterson&Calendar=Civil&mode=open)

### Civil Motion Calendar

Scheduled (http://www.co.hinds.ms.us/pgs/cal/results.asp?Judge=peterson&Calendar=Motion&mode=all)   Open dates (http://www.co.hinds.ms.us/pgs/cal/results.asp?Judge=peterson&Calendar=Motion&mode=open)

### Arraignments / Status Calendar

Scheduled (http://www.co.hinds.ms.us/pgs/cal/results.asp?Judge=peterson&Calendar=Arraignments_Status&mode=all)   Open dates (http://www.co.hinds.ms.us/pgs/cal/results.asp?Judge=peterson&Calendar=Arraignments_Status&mode=open)

### Bond / Revocation Calendar

Scheduled (http://www.co.hinds.ms.us/pgs/cal/results.asp?Judge=peterson&Calendar=Bond_Revocation&mode=all)   Open dates (http://www.co.hinds.ms.us/pgs/cal/results.asp?Judge=peterson&Calendar=Bond_Revocation&mode=open)

### Criminal Motions Calendar

Scheduled (http://www.co.hinds.ms.us/pgs/cal/results.asp?Judge=peterson&Calendar=Criminal_Motions&mode=all)   Open dates (http://www.co.hinds.ms.us/pgs/cal/results.asp?Judge=peterson&Calendar=Criminal_Motions&mode=open)

### Plea Calendar

Scheduled (http://www.co.hinds.ms.us/pgs/cal/results.asp?Judge=peterson&Calendar=Plea&mode=all)   Open dates (http://www.co.hinds.ms.us/pgs/cal/results.asp?Judge=peterson&Calendar=Plea&mode=open)

### Status Conference Calendar

Scheduled (http://www.co.hinds.ms.us/pgs/cal/results.asp?Judge=peterson&Calendar=Status_Conference&mode=all)   Open dates (http://www.co.hinds.ms.us/pgs/cal/results.asp?Judge=peterson&Calendar=Status_Conference&mode=open)

### Criminal Trial Calendar

Scheduled (http://www.co.hinds.ms.us/pgs/cal/results.asp?Judge=peterson&Calendar=Trial&mode=all)   Open dates (http://www.co.hinds.ms.us/pgs/cal/results.asp?Judge=peterson&Calendar=Trial&mode=open)

---

To Contact the Court Adminstrator by mail please send to:

Faye Jackson
Hinds County Court Administrator
407 East Pascagoula St.
P.O. Box 22711
Jackson, MS 39225-2711

**Circuit Court Judge District 4**

 **Office Hours:**
8:00 a.m. - 5:00 p.m.
Monday - Friday
(Except on legal holiday)

 **Phone:**   601.714.6222
**Fax:**   601.948.2689
**E-mail:**   efpeterson@co.hinds.ms.us (mailto:efpeterson@co.hinds.ms.us)

**Address:**
407 East Pascagoula St.
P.O. Box 22711
Jackson, MS 39225-2711

Form Order Reducing Felony to Misdemeanor (http://www.hindscountyms.com/sites/default/files/Form Order Reducing Felony to Misdemeanor.pdf)

Guidelines for Remote Hearings (http://www.hindscountyms.com/sites/default/files/Guidelines_for_Remote_Hearings.pdf)

Case 3:23-cv-00272-HTW-LGI Document 12-2 Filed 04/28/23 Page 41 of 157

| | |
|---|---|
| **Standing Order RE: Jury Trials** (http://www.hindscountyms.com/sites/default/files/Standing_Order_(Jury_Trials).pdf) | |
| **Standing Order RE: Witness Testimony via Virtual Platform** (http://www.hindscountyms.com/sites/default/files/Standing Order (Testimony via ePlatform).pdf) | |
| **Waiver of In Court Appearance** (http://www.hindscountyms.com/sites/default/files/Waiver_of_In_Court_Appearance.pdf) | |
| **Plea Petition** (http://www.hindscountyms.com/sites/default/files/PleaPetition.pdf) | |
| **Civil Scheduling Guidelines** (http://www.hindscountyms.com/sites/default/files/4334_001.pdf) | |
| **Criminal Scheduling Guidelines** (http://www.hindscountyms.com/sites/default/files/4335_001_0.pdf) | |
| **Pretrial Conference Checklist** (http://www.hindscountyms.com/sites/default/files/NEW Pretrial conference checklist.pdf) | |

Copyright 2022 Hinds County, Mississippi.  All rights reserved.

Web design and hosting by U.S.NEXT (https://www.usnx.com/)

# EXHIBIT E

"

"



**Menu**

# State of Mississippi Judiciary
*Administrative Office of Courts*

    SIGN IN | REGISTER

🏠 ·COURT ·AOC ·MEC ·RECORDS ·COMMISSIONS ·RESEARCH ·BAR ·NEWS ·EDUCATION
·LEGAL HELP



## News

Select Year ▾

## News



» News
» Newsletters
» Camera Coverage Notice
» Camera Rules

» News
» Newsletter
» Camera Coverage Notice
» Camera Rules

**Retired DeSoto County Court Judge Mills Barbee died on April 11**
April 13, 2023

Retired DeSoto County Court Judge Mills Barbee died on April 11. He passed away surrounded by loved ones in the same house in Hernando where he was raised, and where he raised his daughters. He was 77.

**Investiture ceremony set for April 13 for Chancellor Chase Ford Morgan**
April 11, 2023

An investiture ceremony for recently elected 10th District Chancellor Chase Ford Morgan will be held on Thursday, April 13 at 2 p.m. in the Circuit Courtroom at the Forrest County Courthouse, 630 Main Street in Hattiesburg.

**Mississippi drug intervention courts reach milestone of 10,000 graduates**
March 22, 2023

Drug intervention courts in Mississippi marked a milestone of 10,000 graduates in March 2023 after years of offering life-changing programs for people struggling with drug addiction.

---

**Court of Appeals to visit Mississippi Valley State University March 23**
February 28, 2023

The Mississippi Court of Appeals will convene on the campus of Mississippi Valley State University in Itta Bena on March 23.

---

**Judge Primeaux will retire March 31**
February 27, 2023

Chancellor Lawrence Primeaux of Meridian has announced that he will retire on March 31.

---

**Investiture ceremony for Judge Brad Touchstone is January 27**
January 18, 2023

An investiture ceremony for new 15th District Circuit Judge Brad Touchstone will be held on Jan. 27 at 11 a.m. at the Lamar County Courthouse, 203 Main Street in Purvis.

---

**Jan. 20 family law clinic open to residents of Madison, Holmes, Leake and Yazoo counties**
January 17, 2023

A free civil legal clinic will be held at 10 a.m. Friday, Jan. 20, in Canton for residents of Madison, Holmes, Leake and Yazoo counties. The clinic will be at the Madison County Chancery Court at 146 West Center Street in Canton.

---

**Five Mental Health Treatment Court pilot programs underway**
January 17, 2023

Five Mental Health Treatment Court pilot programs have recently been created, Chief Justice Mike Randolph told a joint meeting of the House and Senate Judiciary A Committees at the Capitol on Tuesday, Jan. 17.

---

**Court language interpreter seminar set for March 9-10 in Jackson**
January 11, 2023

The Mississippi Administrative Office of Courts is seeking bilingual speakers willing to train and qualify as credentialed court interpreters.

---

**Judge William Andrews appointed as Special Judge for Lamar County Court**

December 28, 2022

Retired Lamar County Court Judge William E. "Billy" Andrews III will return to the County Court bench as a special judge.

---

**Hinds Circuit, Chancery and County judges to be sworn in December 29**

December 27, 2022

Hinds County judges will take their oaths of office at a swearing-in ceremony scheduled for 9 a.m. Dec. 29 in Courtroom No. 1 on the second floor of the Hinds County Courthouse in Jackson.

---

**Leflore County Court Judge James Littleton to take oath Dec. 29**

December 21, 2022

An investiture ceremony for new Leflore County Court Judge James Littleton will be held Dec. 29 at 11 a.m. at the Leflore County Courthouse in Greenwood.

---

**Mississippi Court of Appeals judges take oaths to begin new terms**

December 16, 2022

Four members of the Mississippi Court of Appeals took the oath of office before a gathering of their colleagues, family and staff on Dec. 15 in Jackson.

---

**Bolivar County Court Judge Aelicia Thomas to take oath Dec. 30**

December 16, 2022

An investiture ceremony for new Bolivar County Court Judge Aelicia L. Thomas will be held Dec. 30 at 10 a.m. at the Bolivar County Courthouse in Cleveland.

---

**Circuit Judge Alan "Devo" Lancaster to take oath Jan. 3**

December 16, 2022

An investiture ceremony for new Circuit Judge Alan D. "Devo" Lancaster will be held Jan. 3 at 2 p.m. at the Montgomery County Courthouse in Winona.

---

**Circuit Judge Carmen Brooks Drake to take oath Dec. 29**

December 15, 2022

An investiture ceremony for new Sixth District Circuit Judge Carmen Brooks Drake will be held Dec. 29 at 11 a.m. on the second floor of the Adams County Courthouse in Natchez.

---

**Seven children adopted in Home for the Holidays ceremony**

December 19, 2022

Four families and seven children began celebrating an extra special holiday season Monday in Hinds County Chancery Court as they finalized adoptions.

**Judge Donna Barnes reappointed as Chief Judge of Mississippi Court of Appeals**

December 14, 2022

Chief Judge Donna M. Barnes of Tupelo has been reappointed to lead the Mississippi Court of Appeals.

---

**Supreme Court revises rule regarding admission to Mississippi Bar**

December 14, 2022

The Mississippi Supreme Court recently revised the Rules Governing Admission to the Mississippi Bar to allow applicants to take the Bar Exam four times.

---

**Pike County Court Judge David Lee Brewer to take oath Dec. 15**

December 14, 2022

Newly elected Pike County Court Judge David Lee Brewer will be sworn in on Dec. 15 during a retire-ment party for his predecessor, Judge John Price. Judge Price will administer the oath.

---

**Lee County Court Judge Stephen Spencer to take oath Dec. 22**

December 12, 2022

An investiture ceremony for new Lee County Court Judge Stephen Spencer will be held Dec. 22 at 3 p.m. on the second floor of the Lee County Justice Center in Tupelo.

---

**Chancellors, Circuit and County Court Judges elect conference officers**

November 10, 2022

Chancellor Gerald Martin of Raleigh was recently elected as chair of the Conference of Chancery Court Judges. Chancellor Cynthia Brewer of Madison was elected vice-chair, and Chancellor Larry Little of Oxford was re-elected secretary-treasurer. Chancellor Crystal Wise Martin of Jackson was nominated to serve on the Supreme Court Advisory Committee on Rules.

---

**Court of Appeals to visit MSU on Nov. 9, Rust College on Nov. 15**

November 1, 2022

The Mississippi Court of Appeals will convene on the campus of Mississippi State University on Nov. 9 and at Rust College on Nov. 15.

---

**Second chances mean new lives for Jones County intervention court participants**

October 21, 2022

Eleven people who put their lives back together in the 18th District Drug Intervention Court told their stories of loss, despair, struggle and redemption on

---

Oct. 18.

---

**Court language interpreter seminar set for Nov. 2-4 in Jackson**
October 18, 2022

The Mississippi Administrative Office of Courts is seeking bilingual speakers to interpret courtroom proceedings.

---

**Supreme Court, Mississippi Bar conduct memorial service**
October 12, 2022

The Mississippi Supreme Court and the Mississippi Bar on Oct. 11 honored the lives and service of 68 lawyers who died during the past year. The annual Bar Memorial Service was held in the En Banc Courtroom at the Gartin Justice Building in Jackson, Chief Justice Mike Randolph presiding.

---

**Three reappointed to Board of Bar Admissions**
September 30, 2022

The Mississippi Supreme Court reappointed attorneys Marcie Fyke Baria of Bay St. Louis, Pieter Teeuwissen of Jackson and Gwendolyn Baptist-Rucker of Southaven to the Board of Bar Admissions on Sept. 21.

---

**Four special judges appointed to assist Hinds Circuit Courts**
September 22, 2022

Mississippi Supreme Court Chief Justice Mike Randolph has appointed four special judges to assist the Hinds County Circuit Court in reducing the number of pending cases caused by the pandemic.

---

**Court of Appeals to visit four college campuses this fall**
September 21, 2022

The Mississippi Court of Appeals will convene on four college campuses in September, October and November.

---

**Language access coordinator joins court staff**
September 19, 2022

The Mississippi Administrative Office of Courts recently employed a full-time language access coordinator to assist the courts in meeting the needs of people of limited English proficiency.

---

**Supreme Court makes appointments to Bar Complaint Tribunal**
September 9, 2022

The Mississippi Supreme Court has appointed four new members to the Bar Complaint Tribunal, and reappointed five members.

---

**Nine graduate from Nineteenth Circuit Intervention Court**
September 8, 2022

"Mommy!" a child exclaimed excitedly from the audience as intervention court graduates filed into Jackson County Circuit Court on the morning of Sept. 6 in Pascagoula.

**Guardianship clinic provides help in 13th Chancery Court District**
August 30, 2022

Forty-four people from across south central Mississippi recently received help with legal guardianships so that children can attend school and receive health care benefits.

# Mississippi Supreme Court and Court of Appeals announce remote operations
August 29, 2022

The Mississippi Supreme Court received communications on Monday afternoon, Aug. 29, from the state Department of Finance and Administration and the State Personnel Board and reviewed announcements from the City of Jackson regarding water issues affecting the capital city.

After conferring with the Supreme Court Executive Committee and department heads, Chief Justice Mike Randolph announced that the Gartin Justice Building will temporarily operate with reduced staff on Tuesday. Most staff of the appellate courts and the Administrative Office of Courts will work remotely. No decision has been made as to how long the reduced staffing and remote operations will be necessary.

**Supreme Court appoints three to Commission on Continuing Legal Education**
August 5, 2022

The Mississippi Supreme Court recently made two new appointments and reappointed one member to the Commission on Mandatory Continuing Legal Education.

**Judges Schloegel, Terrett reappointed to Committee on Continuing Judicial Education**
August 4, 2022

Chancellor Jennifer Schloegel of Gulfport and Circuit Judge Toni Walker Terrett of Vicksburg were reappointed on July 20 to the Committee on Continuing Judicial Education.

**Supreme Court appoints eight members to Access to Justice Commission**
August 3, 2022

Case 3:23-cv-00272-HTW-LGI    Document 1-2    Filed 04/28/23    Page 49 of 157

The Mississippi Supreme Court recently appointed two new members to the
Access to Justice Commission and reappointed six veteran members.

---

**Court reporters graduate from inaugural PRCC program**

August 1, 2022

Five newly trained stenographic court reporters graduated from Pearl River
Community College's inaugural program on Friday, July 29.

---

**Judge Deborah Gambrell Chambers receives Judicial Excellence Award**

July 18, 2022

Judge Deborah J. Gambrell Chambers of Hattiesburg received the 2022 Judicial
Excellence Award on July 15.

---

**Free family law clinics set for residents of 14th Chancery District**

July 14, 2022

Low income residents of Chickasaw, Clay, Lowndes, Noxubee, Oktibbeha and
Webster counties may receive free civil legal assistance at family law clinics
scheduled for July 29 and Aug. 5.

---

**Five new stenographic court reporters to graduate July 29 in Hattiesburg**

July 14, 2022

Pearl River Community College's first class of stenographic court reporters will be
honored at a ceremony to be held July 29 at 1 p.m. at the Forrest County Chancery
Court at 641 Main Street in Hattiesburg.

---

**Four appointed to Board of Certified Court Reporters**

July 13, 2022

The Mississippi Supreme Court has appointed two new members to the Board of
Certified Court Reporters and reappointed two members

---

**Senior Status Judge James Bell receives Chief Justice Award**

July 13, 2022

Senior Status Judge James D. Bell is the recipient of the 2022 Chief Justice Award.

---

**Free family law clinic offered July 29 in Jackson**

June 23, 2022

A free family law clinic is scheduled for July 29, 9 a.m. to noon on the Third Floor of
the Hinds County Chancery Court, 316 South President Street in Jackson.

---

**Free guardianship clinic offered July 19 in Gulfport**

June 21, 2022

Qualifying residents of Harrison, Hancock and Stone counties may seek legal help to obtain guardianships of children during a free Guardianship Clinic scheduled for 1 p.m. July 19 at the Harrison County Courthouse, 1801 23rd Avenue in Gulfport. The clinic will be held in Chancery Courtroom 2.

---

**Judge Henry Ross sworn in as Circuit Judge**

June 6, 2022

Circuit Judge Henry Ross of Eupora was sworn in on June 6 to serve as a state trial court judge of the Fifth Circuit Court.

---

**40 to graduate from Fifteenth Circuit Intervention Court on June 17**

June 1, 2022

Forty people are expected to graduate from the Fifteenth Circuit Intervention Court during a ceremony at 10 a.m. June 17. The ceremony will be held at Resurrection Life Church, 795 Memorial Boulevard in Picayune.

---

**Supreme Court honors Poplarville attorney Colette Oldmixon**

May 27, 2022

The Mississippi Supreme Court on Thursday, May 26, honored attorney Colette Oldmixon of Poplarville for 26 years of service on the Supreme Court's Advisory Committee on Rules.

---

**Retired Judge Jack B. Weldy died May 10**

May 17, 2022

Former Circuit Judge and Supreme Court Magistrate Jack B. Weldy of Hattiesburg died May 10 at Mississippi Baptist Medical Center. He was 87.

---

**E-mail Spoofing Alert**

May 12, 2022

 During the past two weeks, judges and court staff across the state have received numerous spoofing e-mails which may contain viruses or other malware. These spoofed e-mails did not originate from a court e-mail system.
If you receive a suspicious e-mail, DO NOT open any attachment or link, as doing so may compromise your computer. Report the suspicious e-mail to your local IT staff.
Spoofing uses the names of individuals and previously received email content whom e-mail recipients are likely to recognize so that recipients are more likely to open the e-mail and attachments. However, the sender's e-mail address is not that of the person listed. Some of the suspicious e-mails refer to an archive file or request a summary of payments. Some include language which asks the recipient to open an attachment, and provide what purports to be a password. Do not open attachments in any e-mail that looks suspicious.

**Judges Mozingo, Williamson and Irving elected to Circuit Conference leadership**

May 4, 2022

Circuit Judge Tony Mozingo of Oak Grove was recently elected chair of the Conference of Circuit Court Judges. Circuit Judge Dal Williamson of Laurel was elected Conference vice-chair, and Circuit Judge Tomika Irving of Fayette was elected secretary-treasurer.

---

**Circuit Judge George Mitchell of Eupora died April 19**

April 19, 2022

Circuit Judge George M. Mitchell Jr. of Eupora died on Tuesday, April 19, at a hospital in Northport, Ala., after surgery on April 18. He was 77.

---

**Judge Virginia Carlton congratulates teens for completing drug court program**

April 12, 2022

Mississippi Court of Appeals Presiding Judge Virginia Carlton congratulated three teens who graduated from the Pike County Juvenile Intervention Court.

---

**Chief Justice Randolph to speak to Columbus Rotary Club April 5**

April 4, 2022

Supreme Court Chief Justice Mike Randolph will speak to the Columbus Rotary Club on April 5 at noon. The Rotary Club will meet at the Lion Hills Center at 2331 Military Road in Columbus.

---

**Hinds Circuit Drug Intervention Court graduation set for March 1**

February 25, 2022

The Hinds Circuit Drug Intervention Court will hold its 47th graduation ceremony at 6 p.m. on Tuesday, March 1. The ceremony will be held on the second floor of the Hinds County Courthouse at 407 East Pascagoula Street in Jackson.

---

**Chief Justice Randolph to speak to Starkville Rotary Club Feb. 7**

February 1, 2022

Supreme Court Chief Justice Mike Randolph will speak to the Starkville Rotary Club on Feb. 7 at noon. The Rotary Club will meet at noon at the Hilton Garden Inn in Starkville.

---

# IN RE: EMERGENCY ORDER RELATED TO CORONAVIRUS (COVID-19): EMERGENCY ADMINISTRATIVE ORDER-27

January 27, 2022

From the onset ofthe national and state emergencies created by Coronavirus (COVID-19) in March 2020, the Court has issued a series of Emergency Administrative Orders to address the changing circumstances and the evolving guidance provided by health authorities.

**Chief Justice extends emergency order regarding COVID-19 through February**
January 27, 2022

Mississippi Supreme Court Chief Justice Mike Randolph issued an emergency order on Jan. 27 extending the time for COVID-19 safeguards in all courts for another month and giving individual judges discretion to postpone jury trials scheduled through Feb 25.

**Retired Circuit Judge Robert Kenneth Coleman died Jan. 25**
January 27, 2022

Retired Circuit Judge Robert Kenneth Coleman of New Albany died on Tuesday, Jan. 25, at Magnolia at the Commons in Oxford, Mississippi. He was 85.

## IN RE: EMERGENCY ORDER RELATED TO CORONAVIRUS (COVID-19): EMERGENCY ADMINISTRATIVE ORDER-26

January 11, 2022

From the onset ofthe national and state emergencies created by Coronavirus (COVID-19) in March 2020, the Court has issued a series of Emergency Administrative Orders to address the changing circumstances and the evolving guidance provided by health authorities.

**Chief Justice extends emergency order regarding COVID-19**
January 11, 2022

Mississippi Supreme Court Chief Justice Mike Randolph issued an emergency order on Jan. 11 extending the time for COVID-19 safeguards in all courts and giving individual judges discretion to postpone jury trials scheduled through Jan. 28.

**Justice Kenny Griffis sworn in for new term**
January 4, 2022

Chief Justice Mike Randolph swore in Associate Justice Kenny Griffis on Monday, Jan. 3, at the Mississippi Supreme Court in Jackson.

## IN RE: EMERGENCY ORDER RELATED TO CORONAVIRUS (COVID-19): EMERGENCY ADMINISTRATIVE ORDER-25

December 30, 2021

From the onset of the national and state emergencies created by Coronavirus (COVID-19) in March 2020, the Court has issued a series of Emergency Administrative Orders to address the changing circumstances and the evolving guidance provided by health authorities.

**Chief Justice issues emergency order regarding COVID-19**

December 30, 2021

Mississippi Supreme Court Chief Justice Mike Randolph issued an emergency order on Thursday, Dec. 30, extending the time for COVID-19 safeguards in all courts and giving individual judges discretion to postpone jury trials scheduled through Jan. 14, 2022.

**Needy Hinds County families receive Christmas food assistance**

December 22, 2021

About 50 needy families received food boxes Wednesday afternoon from the Hinds County Youth Court and the Department of Child Protection Services.

**Indian Child Welfare Act Conference to be held Feb. 16**

December 22, 2021

Renowned Native American repatriation and child welfare advocate Sandy White Hawk will be the keynote speaker at the tenth annual Indian Child Welfare Act Conference, which will be held Feb. 16, 2022, at the Silver Star Convention Center in Choctaw, Mississippi.

**Investiture of Justice Kenny Griffis set for Jan. 3 at Supreme Court**

December 20, 2021

An investiture ceremony for Mississippi Supreme Court Justice Kenny Griffis is scheduled for Jan. 3, 2022, at 2:30 p.m. at the Gartin Justice Building in Jackson.

**Adoptions finalized for 14 children in Hinds Chancery Court**

December 13, 2021

Adoptions were finalized for 14 children on Monday in Hinds Chancery Court during a mass adoption ceremony.

**Supreme Court appoints members of Judicial Election Oversight Committee**

December 9, 2021

The Mississippi Supreme Court recently appointed nine members of the Judicial Election Oversight Committee.

**SCAM alert: Callers falsely pitch scams regarding warrants, lawsuits, jury duty**

December 3, 2021

Telephone scammers falsely claiming to be law enforcement or court officials have called residents in several areas of the state in recent weeks.

**Supreme Court appoints new member to Advisory Committee on Rules, reappoints seven**

November 30, 2021

Three judges and four attorneys have been reappointed to serve on the Supreme Court Advisory Committee on Rules, and one new judge has been appointed.

**Families of children under Hinds Youth Court supervision receive Thanksgiving meals**

November 24, 2021

The Hinds County Youth Court and the Department of Child Protection Services partnered for the second year in a Home for the Holidays initiative to provide meals for families whose children are under the court's supervision for abuse, neglect or delinquency.

**Five judges appointed to Committee on Continuing Judicial Education**

November 23, 2021

Chief Justice Mike Randolph recently reappointed Supreme Court Justice James D. Maxwell II of Oxford and Court of Appeals Judge Deborah A. McDonald of Fayette to the Committee on Continuing Judicial Education.

**Supreme Court makes appointments to Bar Complaint Tribunal**

November 23, 2021

The Mississippi Supreme Court has appointed three new members to the Bar Complaint Tribunal and reappointed three members.

## IN RE: EMERGENCY ORDER RELATED TO CORONAVIRUS (COVID-19): EMERGENCY ADMINISTRATIVE ORDER-24

November 18, 2021

Before the Court is the Petition of the Mississippi Commission on Continuing Legal Education ("the Commission") to temporarily "waive the in-person requirement for attorneys' continuing legal education obligation for the 2021-2022 reporting year so that attorneys will be allowed to earn CLE credits in the method of their choosing, either online, webinars or live, in-person programs."

**Adoption celebration set for Nov. 13 in Tupelo**

November 10, 2021

Adoptive families from across North Mississippi will gather at the Lee County Justice Center in Tupe-lo for a celebration on Saturday, Nov. 13, at 10 a.m.

**Investiture ceremony held for Rankin County Court Judge David Morrow**

November 10, 2021

Rankin County Court Judge David L. Morrow Jr. said that he will seek God's
guidance and surround himself with a team of good people.

---

**Chief Justice Randolph to speak to Meridian Rotary Club Nov. 10**

November 8, 2021

Supreme Court Chief Justice Mike Randolph will speak to the Meridian Rotary Club
on Nov. 10 at noon. The Rotary Club will meet at Northwood Country Club.

---

**Chancellors, County Court Judges elect conference officers**

November 2, 2021

Chancellor Robert G. Clark III of Lexington was elected Oct. 28 as chair of the
Conference of Chancery Court Judges. Chancellor Gerald Martin of Raleigh was
elected vice-chair, and Chancellor Larry Little of Oxford was re-elected secretary-
treasurer.

---

**Judge Hannan appointed to Commission on Judicial Performance**

November 2, 2021

Supreme Court Chief Justice Mike Randolph appointed Madison County Court
Judge Edwin Hannan as an alternate member of the Commission on Judicial
Performance on Nov. 1.

---

# IN RE: EMERGENCY ORDER RELATED TO CORONAVIRUS (COVID-19): EMERGENCY ADMINISTRATIVE ORDER-23

October 13, 2021

From the onset of the national and state emergencies created by Coronavirus
(COVID-19) in March 2020, the Court has issued a series of Emergency
Administrative Orders to address the changing circumstances and the evolving
guidance provided by health authorities. In these Orders, the Court has sought to
properly balance individual rights, public health and safety, and the constitutional
requirement that Mississippi state courts remain open and accessible. *See* Miss.
Const. art. 3, §§ 24-25.

---

**Chief Justice issues emergency order regarding COVID-19**

October 13, 2021

Mississippi Supreme Court Chief Justice Mike Randolph issued an emergency
order on Wednesday, Oct. 13, extending the time for COVID-19 safeguards in all
courts.

---

**Supreme Court and Mississippi Bar hold memorial service**
October 12, 2021

The Mississippi Supreme Court convened on Oct. 12 to honor the service of 103 members of the Mississippi Bar who died during the past year.

---

**Supreme Court makes appointments to Commission on Children's Justice**
October 12, 2021

The Mississippi Supreme Court recently appointed new members to the Commission on Children's Justice, in addition to reappointing members who presently serve.

---

**U.S. Magistrate Judge John Gargiulo died on Oct. 3**
October 4, 2021

U.S. Magistrate Judge John C. Gargiulo of Gulfport died on Oct. 3, 2021, of cancer. He was 54.

---

**Supreme Court reappoints three to Board of Bar Admissions**
October 1, 2021

The Mississippi Supreme Court reappointed three members to the Mississippi Board of Bar Admissions. Attorneys J. William Manuel of Jackson, Walter Alan Davis of Oxford and Michael C. McCabe Jr. of Gulfport have been reappointed to three-year terms set to end Oct. 31, 2024.

---

## IN RE: EMERGENCY ORDER RELATED TO CORONAVIRUS (COVID-19): EMERGENCY ADMINISTRATIVE ORDER-22

September 2, 2021

From the onset of the national and state emergencies created by Coronavirus (COVID-19) in March 2020, the Court has issued a series of Emergency Administrative Orders to address the changing circumstances and the evolving guidance provided by health authorities. In these Orders, the Court has sought to properly balance individual rights, public health and safety, and the constitutional requirement that Mississippi state courts remain open and accessible. *See* Miss. Const. art. 3, §§ 24-25.

---

**Chief Justice issues emergency order regarding COVID-19**
September 2, 2021

Mississippi Supreme Court Chief Justice Mike Randolph issued an emergency order on Thursday, Sept. 2, extending the time for COVID-19 safeguards in all courts.

---

**Judges seek public's help in keeping courts open**

September 2, 2021

The Mississippi Judiciary is collaborating with the Mississippi State Department of Health in a public health and safety awareness campaign regarding the COVID-19 pandemic.

---

**Rankin County Court Judge Kent McDaniel announces retirement**

September 2, 2021

Rankin County Court Judge Kent McDaniel announced that he will retire Sept. 30.

---

**Retired Chancellor Norman L. Gillespie died August 29**

September 1, 2021

Retired Chancellor Norman L. Gillespie died peacefully at his home in Oxford on Aug. 29. He was 87.

---

**Retired Circuit Judge Michael Eubanks died August 21**

August 27, 2021

Retired Circuit Judge Michael R. Eubanks of Lumberton died Aug. 21 at his home, surrounded by family, after a lengthy battle with cancer. He was 80.

---

**Retired Chancellor Edward G. Cortright Jr. died August 11**

August 13, 2021

Retired Chancery Judge Edward G. Cortright Jr. died Aug. 11. He was 94.

---

**E-mail Scam Alert**

August 9, 2021

State judges have reported receiving e-mail containing fake or fraudulent invoices claiming to be charges for Westlaw online legal research.

---

**Hinds County Youth Court implements early truancy intervention**

August 9, 2021

Hinds County Youth Court Judge Carlyn Hicks has created a truancy early intervention program that aims to identify kids who skip school and keep them in classes and out of trouble.

---

**Chief Justice Randolph to administer professionalism oath to law students**

August 9, 2021

Mississippi Supreme Court Chief Justice Mike Randolph will administer the Oath of Professionalism to new law students entering Mississippi College School of Law during an orientation program Aug. 10 at the campus in downtown Jackson.

---

**Chief Justice issues emergency order regarding COVID-19**

August 6, 2021

Mississippi Supreme Court Chief Justice Mike Randolph issued an emergency order on Thursday, Aug. 5, implementing COVID-19 safeguards in all courts in the state.

## IN RE: EMERGENCY ORDER RELATED TO CORONAVIRUS (COVID-19): EMERGENCY ADMINISTRATIVE ORDER-21

August 5, 2021

From the onset of the national and state emergencies created by Coronavirus (COVID-19) in March 2020, the Court has issued a series of Emergency Administrative Orders to address the changing circumstances and the evolving guidance provided by health authorities. In these Orders, the Court has sought to properly balance individual rights, public health and safety, and the constitutional requirement that Mississippi state courts remain open and accessible. *See* Miss. Const. art. 3, §§ 24-25.

**New members appointed to Access to Justice Commission**

August 4, 2021

Hancock County Court Judge Trent Favre, Harrison County Law Library Director Stephen T. Johnson and Jackson attorneys Cynthia Lee and Julian D. Miller have been appointed to the Access to Justice Commission. Hinds Chancery Judge Tiffany Grove of Raymond and Itawamba County Chancery Clerk Michelle Clouse of Fulton were reappointed to the Commission.

**Four appointed to Board of Certified Court Reporters**

August 4, 2021

The Mississippi Supreme Court has appointed two new members to the Board of Certified Court Reporters and reappointed two members.

**Free family law clinic set for residents of Madison, Holmes, Leake and Yazoo counties**

July 26, 2021

Low income residents of Madison, Holmes, Leake and Yazoo counties may receive free civil legal assistance at a family law clinic scheduled for Aug. 27, 9 a.m. to noon, at the Madison County Chancery Courthouse, 146 West Center Street in Canton.

**Free family law clinics set for residents of 14th Chancery District**

July 26, 2021

Low income residents of Chickasaw, Clay, Lowndes, Noxubee, Oktibbeha and Webster counties may receive free civil legal assistance at family law clinics

scheduled for Aug. 6 and Aug. 13.

**Hinds Circuit Drug Court graduation set for July 28**
July 26, 2021

Twenty-six people are expected to graduate from the Hinds Circuit Drug
Intervention Court during a ceremony at 6 p.m. on July 28. The ceremony will be
held on the second floor of the Hinds County Courthouse at 407 East Pascagoula
Street in Jackson.

**Chancellor Jacqueline Mask is recipient of Chief Justice Award**
July 16, 2021

Chancellor Jacqueline Mask of Tupelo is this year's recipient of the Chief Justice
Award. Supreme Court Chief Justice Mike Randolph will present the award today,
July 16, at the Mississippi Bar Convention.

**Free family law clinic offered July 30 in Jackson**
July 13, 2021

A free Family Law Clinic is scheduled for July 30, 9 a.m. to 12:30 p.m. on the Third
Floor of the Hinds County Chancery Court, 316 South President Street in Jackson.

**Hinds Youth Court celebrates 185 children reunited with families**
June 25, 2021

One hundred and eighty-five colorful balloons were released Friday morning, June
25, at the Hinds County Youth Court, each representing a child who has been
reunited with family during the past year.

**Task Force to study and recommend changes in domestic relations laws**
June 23, 2021

The 2021 Legislature established a task force to study Mississippi's domestic
relations laws and to develop recommendations to the Legislature and the
Mississippi Supreme Court for the purpose of revising Mississippi's domestic
relations laws and rules of court.

**Mississippi makes improvements in access to justice**
June 9, 2021

Mississippi has made great improvements in providing legal access for the poor in
civil disputes, yet there is still much work to do, leaders of the Access to Justice
Commission said at the Commission's 15th Anniversary celebration on June 8.

**Classes for stenographic court reporters scheduled for August at PRCC**
June 8, 2021

The Courts of Mississippi are pleased to announce Pearl River Community College's inaugural program for court reporters. Classes are scheduled to begin Aug. 6 at the Hattiesburg campus of Pearl River Community College.

**Supreme Court reappoints three to Commission on Mandatory Continuing Legal Education**

June 3, 2021

The Mississippi Supreme Court has reappointed attorneys Sam H. Buchanan of Hattiesburg, Elizabeth Lee Maron of Ridgeland and Robert Michael Tyner Jr. of Sumner to the Commission on Mandatory Continuing Legal Education.

**Access to Justice Commission celebrates 15 years of civil legal assistance**

June 3, 2021

The Mississippi Access to Justice Commission on June 8 will celebrate 15 years of work to improve civil legal access for the poor. A ceremony will be held at 1 p.m. at the Mississippi Supreme Court in Jackson.

**Hinds Youth Intervention Court Celebrates Family Day**

May 28, 2021

An aspiring chef, an artistic entrepreneur and a recent high school graduate were among the teens recognized Friday during Family Day at the Hinds County Youth Intervention Court.

**Supreme Court appoints Richard Griffin as Marshal**

May 26, 2021

The Mississippi Supreme Court has appointed Richard A. Griffin of Brandon as Marshal in charge of security for the Carroll Gartin Justice Building. The appointment is effective June 1.

**Judges Luther, Mozingo and Williamson elected to Circuit Conference leadership**

May 24, 2021

Circuit Judge Kelly Luther of Ripley was recently elected chair of the Conference of Circuit Court Judges. Circuit Judge Tony Mozingo of Oak Grove was elected vice-chair, and Circuit Judge Dal Williamson of Laurel was elected secretary-treasurer.

# IN RE: EMERGENCY ORDER RELATED TO CORONAVIRUS (COVID-19): EMERGENCY ADMINISTRATIVE ORDER-20

May 20, 2021

Since the entry of the Court's first Emergency Administrative Order related to the national and state emergencies created by Coronavirus (COVID-19) on March 13, 2020, the Court has strived to balance individual rights, public health and safety,

and the constitutional requirement that Mississippi state courts remain open and accessible. *See* Miss. Const. art 3, §§ 24-25. In doing so, the Court has monitored data provided by the Mississippi State Department of Health (MSDH) with respect to the impact of the pandemic on citizens of our state, along with the evolving guidelines issued by both the MSDH and the Centers for Disease Control and Prevention (CDC), and has entered additional Orders as dictated by the changing circumstances.

**Greg Snowden to become director of Administrative Office of Courts**
May 14, 2021

Former House Speaker Pro Tempore Greg Snowden of Meridian will soon become director of the Administrative Office of Courts. Supreme Court Chief Justice Mike Randolph said that the new director is expected to assume his duties before the start of the new fiscal year, July 1, 2021.

**Presiding Judge Virginia Carlton honored with Rotary Champion of Change Award**
May 11, 2021

Mississippi Court of Appeals Presiding Judge Virginia C. Carlton was honored with the Champion of Change Award presented by the Women in Rotary Committee of Rotary District 6820.

**Judge Smith Murphey, Judge Stanley Sorey appointed to Commission on Judicial Performance**
April 30, 2021

Chief Justice Mike Randolph has appointed Circuit Judge Smith Murphey V of Batesville as a member of the Commission on Judicial Performance and Judge Stanley A. Sorey of Raleigh as an alternate member.

**Circuit Judge Brad Mills takes oath of office**
April 23, 2021

Judge Brad Mills took the oath of office as the 20th Circuit's newest judge on April 23.

## IN RE: EMERGENCY ORDER RELATED TO CORONAVIRUS (COVID-19): EMERGENCY ADMINISTRATIVE ORDER-19
April 12, 2021

The Court continues to monitor the COVID-19 pandemic and enters Orders as empirical data and changing circumstances dictate. The Court has reviewed regulations regarding travel restrictions in the United States of America.

Case 3:23-cv-00272-HTW-LGI   Document 1-2-2   Filed 04/28/23   Page 62 of 157

**Power of Hope training scheduled for April 13, 14 and 15 in Oxford, Pearl and Gulfport**

April 9, 2021

Court Focused Training programs will be presented on April 13, 14 and 15 by Chan Hellman, Ph.D., a leading researcher in the power of hope to improve the lives of impoverished children and families who have experienced abuse and neglect.

---

**Retired Circuit Judge Breland Hilburn died April 5**

April 6, 2021

Retired Hinds County Circuit Judge L. Breland Hilburn of Jackson died Monday, April 5, at University of Mississippi Medical Center of complications from COVID-19. He was 79.

---

**Circuit Judge Randi Mueller takes oath of office on March 11**

March 12, 2021

Circuit Judge Randi P. Mueller was sworn in on Thursday, March 11, at a seaside pavilion in Gulfport before a crowd of judges, lawyers, civic leaders, family and friends.

---

**Judge Matthew Sullivan, DA Christopher Hennis sworn in on March 5**

March 9, 2021

A large crowd of people gathered in the parking lot outside the Smith County Courthouse in Raleigh on March 5 to watch new Circuit Judge Matthew G. Sullivan and new District Attorney Christopher D. Hennis take their oaths of office.

---

**Judge John Emfinger appointed to Mississippi Court of Appeals**

March 4, 2021

Gov. Tate Reeves appointed Judge John H. Emfinger of Brandon to the Mississippi Court of Appeals on March 3. Supreme Court Chief Justice Mike Randolph swore in Judge Emfinger on the steps of the Governor's Mansion in Jackson.

---

**Supreme Court makes appointments to State Intervention Courts Advisory Committee**

February 12, 2021

The Mississippi Supreme Court recently appointed Circuit Judge Robert P. Krebs of Pascagoula and Department of Corrections Deputy Commissioner Gary Young of Jackson to the State Intervention Courts Advisory Committee.

---

**Circuit Judge Eddie Bowen died February 7**

February 9, 2021

Circuit Judge Eddie H. Bowen of Raleigh died Sunday, Feb. 7, of complications from COVID-19. He was 71.

**Virtual training in the power of hope scheduled for Jan. 26 and 27**

January 21, 2021

Hope is the key to improving outcomes for children and families who have experienced abuse and neglect, says a researcher who works with victims of child maltreatment, domestic violence, homelessness and poverty.

---

**Court of Appeals Judge Joel Smith takes oath**

January 19, 2021

Mississippi Court of Appeals Judge Joel Smith of Gulfport said on Tuesday, Jan. 19, that he will devote all his energies to serving with honesty, fairness and integrity.

---

**Chief Justice appoints chancellors to Commission on Judicial Performance**

January 19, 2021

Supreme Court Chief Justice Mike Randolph appointed Chancellor Jim Persons of Gulfport as a member of the Commission on Judicial Performance on Jan. 13. The Chief Justice appointed Chancellor Stephen T. Bailey of Tupelo as an alternate member of the judicial disciplinary body.

---

**Court of Appeals Judge Joel Smith to be sworn in Jan. 19**

January 14, 2021

Newly appointed Mississippi Court of Appeals Judge Joel Smith Jr. of Gulfport will be sworn in at 11 a.m. Tuesday, Jan. 19 at the Gartin Justice Building in Jackson.

---

**Chief Justice makes appointments to Commission on Judicial Performance**

January 8, 2021

Supreme Court Chief Justice Mike Randolph appointed Pearl River County Court Judge Richelle Lumpkin as a member of the Commission on Judicial Performance on Jan. 7. The Chief Justice appointed Ran-kin County Court Judge Kent McDaniel as an alternate member of the judicial disciplinary body.

---

**Chief Justice Randolph, Presiding Justice King and Justice Coleman sworn in to new terms**

January 4, 2021

Chief Justice Mike Randolph, Presiding Justice Leslie D. King and Justice Josiah Dennis Coleman took the oath of office on Monday, Jan. 4, to begin their new terms.

---



**Physical Address:**
Gartin Justice Building
450 High Street
Jackson, MS 39201

Find Us With Google Maps »

✉ **Mailing Address:**
P O Box 249
Jackson, MS 39205

**Resources**
Map & Visitor's Guide
Employment
Employee Forms
Directories

**Clerk's Office**
📞 601-359-3694 | Fax: 601-359-2407
Hours: Monday - Friday 8:00am - 5:00pm

# EXHIBIT F

" "

" "

Case 3:23-cv-00272-HTW-LGI   Document 12-2   Filed 04/28/23   Page 66 of 157





# STATE OF MISSISSIPPI JUDICIARY
*Administrative Office of Courts*

👤 SIGN IN | REGISTER

🏠 ·COURT ·AOC ·MEC ·RECORDS ·COMMISSIONS ·RESEARCH ·BAR ·NEWS ·EDUCATION · LEGAL HELP



### Supreme Court

» Supreme Court
» Districts
» Justices
» Decisions
» Docket Calendar
» General Docket
» Oral Argument Webcast
» Court of Appeals
» Clerk of Appellate Courts

## Supreme Court Justices

» Supreme Court
» Districts
» Justices
» Decisions
» Docket Calendar
» General Docket
» Oral Argument Webcast
» Court of Appeals
» Clerk of Appellate Court



**Chief Justice Michael K. Randolph**
*District 2, Place 3*

Justice Michael K. Randolph was appointed to the Mississippi Supreme Court by Gov. Haley Barbour on April 23, 2004.



**Presiding Justice James W. Kitchens**
*District 1, Place 3*

Case 3:23-cv-00272-HTW-LGI   Document 12-2   Filed 04/28/23   Page 67 of 157

Justice James W. Kitchens is a lifelong resident of Crystal Springs, Copiah County, Mississippi. Born on April 29, 1943, he graduated from Crystal Springs High School in 1961, then earned a Bachelor of Science degree from the University of Southern Mississippi in 1964.

---



**Presiding Justice Leslie D. King**

*District 1, Place 2*

Justice Leslie D. King is a native of Greenville, where he began practicing law in 1973. He graduated from the University of Mississippi in 1970, and from the Texas Southern University School of Law in 1973.

---



**Associate Justice Josiah D. Coleman**

*District 3, Place 3*

Justice Josiah Dennis Coleman was elected to the Mississippi Supreme Court on Nov. 6, 2012, and began his term on Jan. 7, 2013.

---



**Associate Justice James D. Maxwell II**

*District 3, Place 2*

Justice James D. Maxwell II of Oxford was appointed by Governor Phil Bryant to the Mississippi Supreme Court on January 1, 2016.

---



**Associate Justice Dawn H. Beam**

*District 2, Place 2*

Justice Dawn H. Beam joined the Mississippi Supreme Court on February 16, 2016. Gov. Phil Bryant appointed her to fill the unexpired term of former Justice Randy Pierce.



**Associate Justice Robert P. Chamberlin**

*District 3, Place 1*

Justice Robert P. Chamberlin of Hernando joined the Mississippi Supreme Court on Jan. 3, 2017. Justice Chamberlin was elected in a runoff election on Nov. 29, 2016, to an open seat on the Supreme Court.



**Associate Justice David M. Ishee**

*District 2, Place 1*

Justice David M. Ishee was born in Gulfport, Mississippi in 1963. He graduated from the University of Southern Mississippi with a Bachelor of Science degree, attended the University of London, and received his Juris Doctorate from the University of Mississippi School of Law.



**Associate Justice T. Kenneth Griffis**

*District 1, Place 1*

Judge Kenny Griffis was appointed as an Associate Justice of the Mississippi Supreme Court on February 1, 2019. He previously served as Chief Judge of the Mississippi Court of Appeals, and as a Presiding Judge.



Find Us With Google Maps »

**Physical Address:**
Gartin Justice Building
450 High Street
Jackson, MS 39201

✉ **Mailing Address:**
P O Box 249
Jackson, MS 39205

**Resources**
Map & Visitor's Guide
Employment
Employee Forms
Directories

**Clerk's Office**

Case 3:23-cv-00272-HTW-LGI   Document 12-2   Filed 04/28/23   Page 69 of 157

📞 601-359-3694 | Fax: 601-359-2407
Hours: Monday - Friday 8:00am - 5:00pm





# STATE OF MISSISSIPPI JUDICIARY
*Administrative Office of Courts*

👤 SIGN IN | REGISTER

🏠   ·COURT   ·AOC   ·MEC   ·RECORDS   ·COMMISSIONS   ·RESEARCH   ·BAR   ·NEWS   ·EDUCATION   · LEGAL HELP



### Supreme Court

» Supreme Court
  » Districts
  » Justices
  » Decisions
  » Docket Calendar
  » General Docket
  » Oral Argument Webcast
» Court of Appeals
» Clerk of Appellate Courts

## Mississippi Supreme Court Judicial Map



*Supreme Court District 1*
**Counties:** Bolivar, Claiborne, Copiah, Hinds, Holmes, Humphreys, Issaquena, Jefferson, Kemper, Lauderdale, Leake, Madison, Neshoba, Newton, Noxubee, Rankin, Scott, Sharkey, Sunflower, Warren, Washington, Yazoo

*Supreme Court District 2*
**Counties:** Adams, Amite, Clarke, Covington, Forrest, Franklin, George, Greene, Hancock, Harrison, Jackson, Jasper, Jefferson Davis, Jones, Lamar, Lawrence, Lincoln, Marion, Pearl River, Perry, Pike, Simpson, Smith, Stone, Walthall, Wayne, Wilkinson

*Supreme Court District 3*
**Counties:** Alcorn, Attala, Benton, Calhoun, Carroll, Chickasaw, Choctaw, Clay, Coahoma, Desoto, Grenada, Itawamba, Lafayette, Lee, Leflore, Lowndes, Marshall, Monroe, Montgomery, Oktibbeha, Panola, Pontotoc, Prentiss, Quitman, Tallahatchie, Tate, Tippah, Tishomingo, Tunica, Union, Webster, Winston, Yalobusha

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Pictured above is Mississippi's
region map of its three grand divisions.
Each judicial district is grouped by color.*



Find Us With Google Maps »

**Physical Address:**
Gartin Justice Building
450 High Street
Jackson, MS 39201

✉  **Mailing Address:**
P O Box 249
Jackson, MS 39205

**Resources**
Map & Visitor's Guide
Employment
Employee Forms
Directories

**Clerk's Office**
📞  601-359-3694 | Fax: 601-359-2407
Hours: Monday - Friday 8:00am - 5:00pm

# EXHIBIT G

Please note that new Connecticut county level geographies are not availabe within the map.

🇺🇸 An official website of the United States government


United States®
Census
Bureau

## QuickFacts
**Hinds County, Mississippi**

QuickFacts provides statistics for all states and counties, and for cities and towns with a *population of 5,000 or more*.

**Table**

| All Topics | Hinds County, Mississippi |
|---|---|
| **Population Estimates, July 1, 2022, (V2022)** | ⚠ 217,730 |
| 👤 **PEOPLE** | |
| **Population** | |
| **Population Estimates, July 1, 2022, (V2022)** | ⚠ 217,730 |
| Population Estimates, July 1, 2021, (V2021) | ⚠ 222,508 |
| Population estimates base, April 1, 2020, (V2022) | ⚠ 227,750 |
| Population estimates base, April 1, 2020, (V2021) | ⚠ 227,750 |
| Population, percent change - April 1, 2020 (estimates base) to July 1, 2022, (V2022) | ⚠ -4.4% |
| Population, percent change - April 1, 2020 (estimates base) to July 1, 2021, (V2021) | ⚠ -2.3% |
| Population, Census, April 1, 2020 | 227,742 |
| Population, Census, April 1, 2010 | 245,285 |
| **Age and Sex** | |
| Persons under 5 years, percent | ⚠ 6.2% |
| Persons under 18 years, percent | ⚠ 23.8% |
| Persons 65 years and over, percent | ⚠ 15.7% |
| Female persons, percent | ⚠ 53.2% |
| **Race and Hispanic Origin** | |
| White alone, percent | ⚠ 24.7% |
| Black or African American alone, percent   (a) | ⚠ 73.5% |
| American Indian and Alaska Native alone, percent   (a) | ⚠ 0.1% |
| Asian alone, percent   (a) | ⚠ 0.7% |
| Native Hawaiian and Other Pacific Islander alone, percent   (a) | ⚠ Z |
| Two or More Races, percent | ⚠ 1.0% |
| Hispanic or Latino, percent   (b) | ⚠ 1.6% |
| White alone, not Hispanic or Latino, percent | ⚠ 23.5% |
| **Population Characteristics** | |
| Veterans, 2017-2021 | 10,162 |
| Foreign born persons, percent, 2017-2021 | 1.6% |
| **Housing** | |
| Housing units, July 1, 2021, (V2021) | 106,275 |
| Owner-occupied housing unit rate, 2017-2021 | 57.0% |
| Median value of owner-occupied housing units, 2017-2021 | $129,300 |
| Median selected monthly owner costs -with a mortgage, 2017-2021 | $1,213 |
| Median selected monthly owner costs -without a mortgage, 2017-2021 | $396 |
| Median gross rent, 2017-2021 | $924 |
| Building permits, 2021 | 264 |
| **Families & Living Arrangements** | |
| Households, 2017-2021 | 89,891 |
| Persons per household, 2017-2021 | 2.48 |
| Living in same house 1 year ago, percent of persons age 1 year+, 2017-2021 | 84.8% |
| Language other than English spoken at home, percent of persons age 5 years+, 2017-2021 | 2.8% |
| **Computer and Internet Use** | |
| Households with a computer, percent, 2017-2021 | 90.0% |
| Households with a broadband Internet subscription, percent, 2017-2021 | 85.1% |

| **Education** | |
|---|---|
| High school graduate or higher, percent of persons age 25 years+, 2017-2021 | 88.1% |
| Bachelor's degree or higher, percent of persons age 25 years+, 2017-2021 | 30.9% |
| **Health** | |
| With a disability, under age 65 years, percent, 2017-2021 | 9.5% |
| Persons without health insurance, under age 65 years, percent | ⚠ 12.1% |
| **Economy** | |
| In civilian labor force, total, percent of population age 16 years+, 2017-2021 | 61.1% |
| In civilian labor force, female, percent of population age 16 years+, 2017-2021 | 59.7% |
| Total accommodation and food services sales, 2017 ($1,000)   (c) | 537,248 |
| Total health care and social assistance receipts/revenue, 2017 ($1,000)   (c) | 3,911,978 |
| Total transportation and warehousing receipts/revenue, 2017 ($1,000)   (c) | 347,799 |
| Total retail sales, 2017 ($1,000)   (c) | 3,330,648 |
| Total retail sales per capita, 2017   (c) | $13,877 |
| **Transportation** | |
| Mean travel time to work (minutes), workers age 16 years+, 2017-2021 | 23.1 |
| **Income & Poverty** | |
| Median household income (in 2021 dollars), 2017-2021 | $46,179 |
| Per capita income in past 12 months (in 2021 dollars), 2017-2021 | $25,524 |
| Persons in poverty, percent | ⚠ 25.2% |

## 📊 BUSINESSES

| **Businesses** | |
|---|---|
| Total employer establishments, 2021 | 5,073 |
| Total employment, 2021 | 93,095 |
| Total annual payroll, 2021 ($1,000) | 4,901,830 |
| Total employment, percent change, 2020-2021 | -4.7% |
| Total nonemployer establishments, 2019 | 20,855 |
| All employer firms, Reference year 2017 | 4,051 |
| Men-owned employer firms, Reference year 2017 | 2,298 |
| Women-owned employer firms, Reference year 2017 | 639 |
| Minority-owned employer firms, Reference year 2017 | 587 |
| Nonminority-owned employer firms, Reference year 2017 | 2,665 |
| Veteran-owned employer firms, Reference year 2017 | 286 |
| Nonveteran-owned employer firms, Reference year 2017 | 2,848 |

## 🌐 GEOGRAPHY

| **Geography** | |
|---|---|
| Population per square mile, 2020 | 261.8 |
| Population per square mile, 2010 | 282.0 |
| Land area in square miles, 2020 | 869.85 |
| Land area in square miles, 2010 | 869.74 |
| FIPS Code | 28049 |

About datasets used in this table

**Value Notes**

⚠ Estimates are not comparable to other geographic levels due to methodology differences that may exist between different data sources.

Some estimates presented here come from sample data, and thus have sampling errors that may render some apparent differences between geographies statistically indistinguishable. ] Click the Quick Info ⓘ icon to the left of each row in TABLE view to learn about sampling error.

In Vintage 2022, as a result of the formal request from the state, Connecticut transitioned from eight counties to nine planning regions. For more details, please see the Vintage 2022 release notes available here: Release Notes.

The vintage year (e.g., V2022) refers to the final year of the series (2020 thru 2022). Different vintage years of estimates are not comparable.

Users should exercise caution when comparing 2017-2021 ACS 5-year estimates to other ACS estimates. For more information, please visit the 2021 5-year ACS Comparison Guidance page.

**Fact Notes**

|     |     |
| --- | --- |
| (a) | Includes persons reporting only one race |
| (c) | Economic Census - Puerto Rico data are not comparable to U.S. Economic Census data |
| (b) | Hispanics may be of any race, so also are included in applicable race categories |

**Value Flags**

|     |     |
| --- | --- |
| - | Either no or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest or upper interval of an open ended distribution |
| F | Fewer than 25 firms |
| D | Suppressed to avoid disclosure of confidential information |
| N | Data for this geographic area cannot be displayed because the number of sample cases is too small. |
| X | Not applicable |
| S | Suppressed; does not meet publication standards |
| NA | Not available |
| Z | Value greater than zero but less than half unit of measure shown |

QuickFacts data are derived from: Population Estimates, American Community Survey, Census of Population and Housing, Current Population Survey, Small Area Health Insurance Estimates, Small Area Income and Poverty Estimates, State and County Housing Unit Estimates, County Business Patterns, Nonemployer Statistics, Economic Census, Survey of Business Owners, Building Permits.

**CONNECT WITH US**  f  ✕  in  ▶  ◉

Information Quality | Data Linkage Infrastructure | Data Protection and Privacy Policy | Accessibility | FOIA | Inspector General | No FEAR Act | U.S. Department of Commerce | USA.gov

**Measuring America's People, Places, and Economy**

# EXHIBIT H

""

""

Please note that new Connecticut county level geographies are not availabe within the map.

🇺🇸 An official website of the United States government



## QuickFacts
### Mississippi

QuickFacts provides statistics for all states and counties, and for cities and towns with a *population of 5,000 or more*.

## Table

| All Topics | Mississippi |
|---|---|
| **Population Estimates, July 1, 2022, (V2022)** | ⚠ **2,940,057** |
| 👤 **PEOPLE** | |
| **Population** | |
| **Population Estimates, July 1, 2022, (V2022)** | ⚠ **2,940,057** |
| Population Estimates, July 1, 2021, (V2021) | ⚠ 2,949,586 |
| Population estimates base, April 1, 2020, (V2022) | ⚠ 2,961,288 |
| Population estimates base, April 1, 2020, (V2021) | ⚠ 2,961,288 |
| Population, percent change - April 1, 2020 (estimates base) to July 1, 2022, (V2022) | ⚠ -0.7% |
| Population, percent change - April 1, 2020 (estimates base) to July 1, 2021, (V2021) | ⚠ -0.4% |
| Population, Census, April 1, 2020 | 2,961,279 |
| Population, Census, April 1, 2010 | 2,967,297 |
| **Age and Sex** | |
| Persons under 5 years, percent | ⚠ 6.0% |
| Persons under 18 years, percent | ⚠ 23.5% |
| Persons 65 years and over, percent | ⚠ 16.8% |
| Female persons, percent | ⚠ 51.3% |
| **Race and Hispanic Origin** | |
| White alone, percent | ⚠ 58.8% |
| Black or African American alone, percent  (a) | ⚠ 38.0% |
| American Indian and Alaska Native alone, percent  (a) | ⚠ 0.6% |
| Asian alone, percent  (a) | ⚠ 1.1% |
| Native Hawaiian and Other Pacific Islander alone, percent  (a) | ⚠ 0.1% |
| Two or More Races, percent | ⚠ 1.4% |
| Hispanic or Latino, percent  (b) | ⚠ 3.5% |
| White alone, not Hispanic or Latino, percent | ⚠ 56.0% |
| **Population Characteristics** | |
| Veterans, 2017-2021 | 159,142 |
| Foreign born persons, percent, 2017-2021 | 2.3% |
| **Housing** | |
| Housing units, July 1, 2021, (V2021) | 1,332,050 |
| Owner-occupied housing unit rate, 2017-2021 | 68.9% |
| Median value of owner-occupied housing units, 2017-2021 | $133,000 |
| Median selected monthly owner costs -with a mortgage, 2017-2021 | $1,218 |
| Median selected monthly owner costs -without a mortgage, 2017-2021 | $371 |
| Median gross rent, 2017-2021 | $830 |
| Building permits, 2021 | 7,988 |
| **Families & Living Arrangements** | |
| Households, 2017-2021 | 1,108,670 |
| Persons per household, 2017-2021 | 2.60 |
| Living in same house 1 year ago, percent of persons age 1 year+, 2017-2021 | 87.9% |
| Language other than English spoken at home, percent of persons age 5 years+, 2017-2021 | 3.9% |
| **Computer and Internet Use** | |
| Households with a computer, percent, 2017-2021 | 88.4% |
| Households with a broadband Internet subscription, percent, 2017-2021 | 78.0% |

| Education | |
|---|---|
| High school graduate or higher, percent of persons age 25 years+, 2017-2021 | 85.6% |
| Bachelor's degree or higher, percent of persons age 25 years+, 2017-2021 | 23.2% |
| **Health** | |
| With a disability, under age 65 years, percent, 2017-2021 | 12.3% |
| Persons without health insurance, under age 65 years, percent | ⚠ 14.2% |
| **Economy** | |
| In civilian labor force, total, percent of population age 16 years+, 2017-2021 | 56.8% |
| In civilian labor force, female, percent of population age 16 years+, 2017-2021 | 53.9% |
| Total accommodation and food services sales, 2017 ($1,000)   (c) | 8,181,285 |
| Total health care and social assistance receipts/revenue, 2017 ($1,000)   (c) | 18,752,296 |
| Total transportation and warehousing receipts/revenue, 2017 ($1,000)   (c) | 5,564,028 |
| Total retail sales, 2017 ($1,000)   (c) | 36,920,630 |
| Total retail sales per capita, 2017   (c) | $12,345 |
| **Transportation** | |
| Mean travel time to work (minutes), workers age 16 years+, 2017-2021 | 25.4 |
| **Income & Poverty** | |
| Median household income (in 2021 dollars), 2017-2021 | $49,111 |
| Per capita income in past 12 months (in 2021 dollars), 2017-2021 | $26,807 |
| Persons in poverty, percent | ⚠ 19.4% |

## 🏢 BUSINESSES

| Businesses | |
|---|---|
| Total employer establishments, 2021 | 59,805 |
| Total employment, 2021 | 930,852 |
| Total annual payroll, 2021 ($1,000) | 40,696,729 |
| Total employment, percent change, 2020-2021 | -2.0% |
| Total nonemployer establishments, 2019 | 228,123 |
| All employer firms, Reference year 2017 | 41,265 |
| Men-owned employer firms, Reference year 2017 | 25,349 |
| Women-owned employer firms, Reference year 2017 | 6,653 |
| Minority-owned employer firms, Reference year 2017 | 4,503 |
| Nonminority-owned employer firms, Reference year 2017 | 32,683 |
| Veteran-owned employer firms, Reference year 2017 | 2,914 |
| Nonveteran-owned employer firms, Reference year 2017 | 33,214 |

## 🌐 GEOGRAPHY

| Geography | |
|---|---|
| Population per square mile, 2020 | 63.1 |
| Population per square mile, 2010 | 63.2 |
| Land area in square miles, 2020 | 46,923.96 |
| Land area in square miles, 2010 | 46,923.27 |
| FIPS Code | 28 |

About datasets used in this table

**Value Notes**

⚠ Estimates are not comparable to other geographic levels due to methodology differences that may exist between different data sources.

Some estimates presented here come from sample data, and thus have sampling errors that may render some apparent differences between geographies statistically indistinguishable. ] Click the Quick Info ⓘ icon to the left of each row in T/ learn about sampling error.

In Vintage 2022, as a result of the formal request from the state, Connecticut transitioned from eight counties to nine planning regions. For more details, please see the Vintage 2022 release notes available here: Release Notes.

The vintage year (e.g., V2022) refers to the final year of the series (2020 thru 2022). Different vintage years of estimates are not comparable.

Users should exercise caution when comparing 2017-2021 ACS 5-year estimates to other ACS estimates. For more information, please visit the 2021 5-year ACS Comparison Guidance page.

**Fact Notes**

| (a) | Includes persons reporting only one race |
| (c) | Economic Census - Puerto Rico data are not comparable to U.S. Economic Census data |
| (b) | Hispanics may be of any race, so also are included in applicable race categories |

**Value Flags**

| - | Either no or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest or upper interval of an open ende |
| F | Fewer than 25 firms |
| D | Suppressed to avoid disclosure of confidential information |
| N | Data for this geographic area cannot be displayed because the number of sample cases is too small. |
| FN | Footnote on this item in place of data |
| X | Not applicable |
| S | Suppressed; does not meet publication standards |
| NA | Not available |
| Z | Value greater than zero but less than half unit of measure shown |

QuickFacts data are derived from: Population Estimates, American Community Survey, Census of Population and Housing, Current Population Survey, Small Area Health Insurance Estimates, Small Area Income and Poverty Estimates, Stat Housing Unit Estimates, County Business Patterns, Nonemployer Statistics, Economic Census, Survey of Business Owners, Building Permits.

**CONNECT WITH US**   f   🐦   in   ▶   📷

Information Quality | Data Linkage Infrastructure | Data Protection and Privacy Policy | Accessibility | FOIA | Inspector General | No FEAR Act | U.S. Department of Commerce | USA.gov

**Measuring America's People, Places, and Economy**

# EXHIBIT I

Tableau Software

Download this free whitepaper

OPEN >

## Mississippi Black Population By County, 2018

*Updated on December 2, 2021.*

According to the US Census Bureau estimates, **1,128,789 (37.84%)** of the **2,982,879** Mississippi population in 2018 identified as Black or African American alone.

In the map below, we show the specific number of Blacks or African Americans per county in Mississippi. We also show the percentage of the population of each county that are African American and the gender percentages of the African American population when you interact with the map.

*Hinds County* had the highest number of African Americans (171,772), and African Americans constituted 72.83% of the county's population. Other counties with high number of African Americans include: *Harrison County* (53,297) - 25.83% of the county's population, and *DeSoto County* (52,935) - 29.02% of the county's population.

The data can also be found in the table below. You can use the table to sort, filter, and explore the data further.

You can see similar information for other states and also by state for the US.

Check the following page to see this information for other racial groups, and also for the different ethnicity groups in the United States.

Hover/Click on the counties to see the values.

*Data Source: US Census Bureau (CC-EST2020-07).*

### Mississippi Black Population By County, 2018



| Legend |
|--------|
| 1 - 5000 |
| 5001 - 10K |
| 10K+ - 20K |
| 20K+ - 50K |
| 50K+ - 100K |
| 100K+ |



| County | Black Population | |
|---|---|---|
| Adams | 16,654 | 53.3% |
| Alcorn | 4,612 | 12.51% |
| Amite | 4,999 | 40.57% |
| Attala | 7,949 | 43.37% |
| Benton | 2,910 | 35.34% |
| Bolivar | 20,052 | 64.36% |
| Calhoun | 4,107 | 28.48% |
| Carroll | 3,237 | 32.69% |
| Chickasaw | 7,589 | 44.61% |
| Choctaw | 2,422 | 29.4% |
| Claiborne | 7,842 | 86.21% |
| Clarke | 5,359 | 34.45% |
| Clay | 11,429 | 58.95% |
| Coahoma | 17,496 | 77.24% |
| Copiah | 14,784 | 51.95% |
| Covington | 6,794 | 36.17% |
| DeSoto | 52,935 | 29.02% |
| Forrest | 28,386 | 37.86% |
| Franklin | 2,684 | 34.65% |
| George | 1,849 | 7.69% |
| Greene | 3,698 | 26.46% |
| Grenada | 9,012 | 42.88% |
| Hancock | 3,891 | 8.23% |
| Harrison | 53,297 | 25.83% |

| Hinds | 171,772 | 72.83% |
|---|---|---|
| Holmes | 14,534 | 83.25% |
| Humphreys | 6,244 | 76.04% |
| Issaquena | 825 | 63.36% |
| Itawamba | 1,592 | 6.79% |
| Jackson | 31,171 | 21.78% |
| Jasper | 8,784 | 53.53% |
| Jefferson | 6,045 | 85.24% |
| Jefferson Davis | 6,714 | 60.01% |
| Jones | 20,251 | 29.64% |
| Kemper | 5,912 | 60.86% |
| Lafayette | 12,694 | 23.63% |
| Lamar | 12,966 | 20.67% |
| Lauderdale | 33,325 | 44.14% |
| Lawrence | 4,025 | 32.35% |
| Leake | 9,659 | 42.4% |
| Lee | 25,953 | 30.39% |
| Leflore | 21,481 | 74.97% |
| Lincoln | 10,301 | 30.12% |
| Lowndes | 26,383 | 44.85% |
| Madison | 40,403 | 38.24% |
| Marion | 7,859 | 31.77% |
| Marshall | 16,877 | 47.55% |
| Monroe | 10,851 | 30.47% |
| Montgomery | 4,523 | 45.29% |
| Neshoba | 6,218 | 21.3% |
| Newton | 6,594 | 30.94% |
| Noxubee | 7,620 | 72.15% |

| | | |
|---|---|---|
| Oktibbeha | 18,536 | 37.64% |
| Panola | 17,066 | 50.06% |
| Pearl River | 6,851 | 12.35% |
| Perry | 2,274 | 19.05% |
| Pike | 21,226 | 53.91% |
| Pontotoc | 4,882 | 15.28% |
| Prentiss | 3,550 | 14.17% |
| Quitman | 5,046 | 71.54% |
| Rankin | 32,864 | 21.3% |
| Scott | 10,945 | 38.62% |
| Sharkey | 3,099 | 71.37% |
| Simpson | 9,407 | 35.18% |
| Smith | 3,806 | 23.84% |
| Stone | 3,403 | 18.94% |
| Sunflower | 19,408 | 73.92% |
| Tallahatchie | 7,988 | 56.94% |
| Tate | 8,791 | 31.01% |
| Tippah | 3,720 | 16.86% |
| Tishomingo | 500 | 2.58% |
| Tunica | 7,722 | 77.87% |
| Union | 4,361 | 15.28% |
| Walthall | 6,297 | 43.67% |
| Warren | 22,726 | 49.3% |
| Washington | 32,691 | 72.49% |
| Wayne | 8,109 | 39.97% |
| Webster | 1,862 | 19.1% |
| Wilkinson | 6,196 | 70.67% |
| Winston | 8,484 | 46.73% |



| | | |
|---|---|---|
| Yalobusha | 4,790 | 38.7% |
| Yazoo | 16,626 | 57.01% |

Items per page: 100    1 – 82 of 82

**Related Pages:**

*US Black Population Percentage By State, 2018*

*US Black Population By State, 2018*

## Did you like the information on this page?



**Feedback**



Van Gogh Exhibit in London

360º digital projections, VR experience, and a uniquely atmospheric light & sound show

Van Gogh Experience                                        Book Now ›



**Find us**

Privacy Policy  |  Terms of Service  |  About Us

Copyright © Beautify Data LLC. All Rights Reserved.

# EXHIBIT J

""

""

Mississippi House of Representatives
2023 Regular Session

The conference report (version 2) on H. B. No. 1020 was adopted by the following vote:

Yeas--Aguirre, Anderson (122nd), Arnold, Bailey (23rd), Bain, Barnett, Barton, Bell (21st), Bennett, Bounds, Boyd (19th), Boyd (37th), Burnett, Busby, Byrd, Calvert, Carpenter, Cockerham, Crawford, Creekmore IV, Currie, Darnell, Deweese, Eure, Felsher, Ford (54th), Ford (73rd), Goodin, Guice, Hale, Haney, Hobgood-Wilkes, Hood, Horan, Horne, Kinkade, Ladner, Lamar, Lancaster, Mangold, Massengill, McGee, McKnight, McLean, McLeod, Mims, Morgan, Newman, Oliver, Owen, Patterson, Pigott, Powell, Read, Roberson, Robinson, Rushing, Sanford, Scoggin, Shanks, Smith, Steverson, Tubb, Tullos, Turner, Wallace, Weathersby, White, Williamson, Yancey, Yates, Zuber, Mr. Speaker.  Total--73.

Nays--Anderson (110th), Anthony, Bailey, Banks, Bell (65th), Blackmon, Bomgar, Brown (70th), Clark, Clarke, Criswell, Crudup, Denton, Eubanks, Evans (91st), Faulkner, Foster, Gibbs, Harness, Hines, Holloway, Hulum, Jackson, Johnson, Karriem, McCray, Mickens, Osborne, Paden, Porter, Reynolds, Rosebud, Sanders, Scott, Stamps, Straughter, Summers, Taylor, Thompson, Watson, Young.  Total--41.

Absent or those not voting--Brown (20th), Evans (45th), Hopkins, Huddleston, McCarty, Miles, Walker.  Total--7.

Vacancies--1.

DISCLAIMER

All information provided on the *Mississippi Legislative Website* is believed to be correct. However, no liability is assumed for errors in substance or form of any of the materials published on this website. Electronic versions of legislation available on this site do not display the text of these documents exactly as the printed versions.

The information contained on this website is provided as a service to the Internet community. We try to provide quality information, but we make no claims, promises or guarantees about the accuracy, completeness or adequacy of the information contained in or linked to this website.

# Mississippi Officials Would Appoint Judges to Oversee Capitol District

mississippifreepress.org/30607/white-mississippi-officials-would-appoint-courts-bypassing-black-jackson-judges-under-bill

by Kayode Crown                                                                    January 27, 2023



JACKSON, Miss.—Unelected judges and prosecutors could soon run a new court system to oversee an expanded Capitol district in Mississippi's capital city, if a new bill now in the Legislature becomes law. The bill's critics warn that it could diminish Black political power in Mississippi's 82% Black capital city, where voters routinely elect Black judges.

Under House Bill 1020, the Mississippi Supreme Court chief justice would appoint two judges, and the Mississippi attorney general would appoint four prosecutors to oversee the district. White officials currently hold both positions, and no Black Mississippian has ever held either of them. The bill would also give the new courts jurisdiction over lawsuits in which the State is a named party.

Mississippi House Rep. Trey Lamar, R-Senatobia, sponsored the bill, which says it is "an act to create inferior courts in the Capitol Complex Improvement District (CCID) to hear all matters occurring or accruing in the boundaries of the Capitol Complex Improvement District."

1/12

The Mississippi Legislature created the Capitol Complex Improvement District in 2017 to fund infrastructure projects surrounding the Capitol Building using portions of the sales tax the State collects from the business activities in the capital city.

The House Ways and Means Committee passed an amended copy of H.B. 1020, which spans more than 1,000 pages, on Wednesday; it will next go to the House floor for a vote.

Lamar, a North Mississippi legislator and chairman of the committee, told the Mississippi Free Press Thursday that his goal for the bill is "to help bring more people to Jackson."

"If people feel safe in Jackson, more people will come to Jackson. So that's all that's about," he said.

Mississippi House Rep. Zakiya Summers, D-Jackson is unconvinced that the bill would address public-safety concerns. "Of course, we want the citizens of the city of Jackson to be safe. Who doesn't want that? But there are ways to go about that, and this is not the way to do it," she told the Mississippi Free Press yesterday.



If H.B. 1020 became law, Mississippi Supreme Court Chief Justice Mike Randolph (left) would appoint two judges to Jackson's Capitol district courts and Mississippi Attorney General Lynn Fitch (center) would appoint four prosecutors to oversee the district. Mississippi Public Safety Commissioner Sean Tindell, right, oversees Capitol Police and could be in charge of a force with expanded jurisdiction. Photos courtesy Mike Randolph, Lynn Fitch, Sean Tindell

In 2021, the Legislature expanded the State government's oversight in Jackson with House Bill 974, transferring authority over the Capitol Police, which used to guard State buildings, to the Department of Public Safety. That legislation transformed the Capitol Police into a conventional police force that covers the CCID's 8.7 square miles.

"The Capitol district extends from Jackson State University, all the way to I-55 and up into the Fondren area, or just past the University of Mississippi Medical Center," Mississippi Public Safety Commissioner Sean Tindell said during a press conference last July.

H.B. 1020 would create a court system with jurisdiction over criminal and civil matters and shared jurisdiction with the Hinds County Justice Court in others. In some cases, the new inferior courts would take over from the justice court.

"It shall have jurisdiction concurrent with the circuit and chancery courts in all matters of law and equity" for controversy over issues with a dispute of up to $20 million, the bill says. "It shall exclusively have the jurisdiction heretofore exercised by the justice court in the following matters and causes: namely, eminent domain, the partition of personal property, and actions of unlawful entry and detainer, provided that the actions of eminent domain and unlawful entry and detainer may be returnable and triable before the judge of said court in vacation for actions that occur or accrue within the boundaries of the CCID."

## Capitol Courts Would Hear State Cases, Not Hinds Judges

Lamar's bill would also grant the inferior courts jurisdiction over cases in which the state government is a party.

"Wherever there is a reference in any law, rule, regulation or document for any action filed against the State of Mississippi, or a board or commission of the state or a state agency; or an appeal from a decision of a board or commission of the state or a state agency to any circuit or chancery court in Hinds County, the same shall be construed to mean the inferior courts of the Capitol Complex Improvement District as created by this act," the bill says.



At a Tishomingo County Republican meeting in 2015 during an education-funding initiative campaign, North Mississippi Rep. Lester "Bubba" Carpenter, R-Burnsville, warned that "a Black judge" would "tell us where the state education money goes" because Hinds County judges have jurisdiction over cases in which the State is named as a party. Photo courtesy Mississippi Legislature

"The CCID courts shall have exclusive jurisdiction over all actions filed on or after January 1, 2024, in which the State of Mississippi is a named party to the action."

At a Tishomingo County Republican meeting in 2015, Rep. Lester "Bubba" Carpenter, R-Burnsville, made his disdain for the fact that elected Hinds County judges rule on cases involving the State clear. He said that if voters passed Initiative 42, which would have required lawmakers to follow state law and fully fund education under the Mississippi Adequate Education Program standards, that could have triggered a court case in which a Black judge would decide where public-school funds go.

"If 42 passes in its form, a judge in Hinds County, Mississippi, predominantly Black—it's going to be a Black judge—they're going to tell us where the state education money goes," Carpenter said. He later apologized for the remark, and Initiative 42 narrowly failed at the ballot box.

Lamar told the Mississippi Free Press Thursday that he is aware of some objections to the bill, but said he wants to act within the confines of the Mississippi Constitution and that the legislation would give the Mississippi Supreme Court the right to appoint special judges.



"The Capitol district extends from Jackson State University, all the way to I-55 and up into the Fondren area, or just past the University of Mississippi Medical Center,." Mississippi Department of Public Safety Commissioner Sean Tindell explained in July 2022. A January 2023 bill could expand the district beyond the current boundaries, which are pictured here. Map courtesy MSDFA

"Any time you make changes to something, there's going to be a lot of questions, but we'll make sure that what we do is in compliance with the Mississippi Constitution," the attorney and former law clerk for Gov. Haley Barbour said. "I've heard a lot more people in favor of it than complaints."

"Circuit judges are elected, chancery judges are elected, but special judges are appointed by the State Supreme Court, and that's happening, that happens all the time; we've got specially appointed judges in Hinds County today already," Lamar added. "I think the Legislature seeks to help the judicial system here in Hinds County and specifically in the capital city—so this will basically free up those judges to concentrate on their criminal and other civil dockets."

Last year, the Legislature used federal American Rescue Plan Act funds to pay for three temporary circuit-court judges and several temporary district attorneys in Hinds County.

## ACLU: Bill 'Recalls The State's Jim Crow Past'

The American Civil Liberties Union of Mississippi opposes H.B. 1020. In a statement Thursday, the organization said the legislation could not withstand constitutional scrutiny if it became law and called it "an undemocratic court system that recalls the state's Jim Crow past through this bill."

When the Mississippi Free Press told Lamar the ACLU compared the bill to Mississippi's white supremacist past,  he said, "Somebody would have to tell me how they think that's going to happen," while insisting that special judges' appointments "happen all the time."



The American Civil Liberties Union of Mississippi called House Bill 1020 "an undemocratic court system that recalls the state's Jim Crow past through this bill," in a press statement ACLU Communications Director Candace Coleman (pictured) released on Thursday, Jan. 26, 2023. Photo courtesy ACLU Mississippi

In its press statement, the ACLU characterized H.B. 1020 as a "legislative scheme that creates a new Judicial District within the City of Jackson, taking voting and political power away from the majority Black citizens."

"We believe the Legislature is exceeding this power and violating Section 156 of the State Constitution, which gives the circuit court 'original jurisdiction in all matters civil and criminal not vested by this Constitution in some other court," the ACLU added.

The ACLU also argued that the bill "strips away power from the democratically elected Hinds County District Attorney and allows appointed prosecutors to try misdemeanor and felony offenses based on affidavits from the Capitol Police Chief."

"Jackson would be the only community in the state where unelected judges and prosecutors have jurisdiction over criminal and civil law matters," the statement said. "While Section 172 of the State Constitution grants the Legislature the authority to create 'inferior' courts, the judicial system envisioned in HB 1020 would be inferior in name only."

Lamar disagreed with the claim that the bill would strip power from Hinds County District Attorney Jody Owens, a Black Democratic elected official whose jurisdiction includes Jackson.

"We're not taking anything away from Jody, who'll still be able to prosecute all like he normally does in Hinds County," Lamar said. "This would just be an additional way that Capitol Police can bring prosecutions and indictments in the CCID court."



Hinds County District Attorney Jody Owens, a Democrat, is the county's elected prosecutor. The ACLU of Mississippi says that House Bill 1020 would "strip" away his power in the Capitol district, which Rep. Trey Lamar denies. Photo by Kayode Crown

University of Mississippi School of Law MacArthur Justice Center Director Cliff Johnson told the Mississippi Free Press Thursday that a groundswell of organizations are ready to take the State to task over the bill if it becomes law.

"There is a wide range of collaborative partners who are working feverishly on this, including the Mississippi Center for Justice, the ACLU of Mississippi, the People's Advocacy Institute and other grassroots community organizations," he said. "The members of the Magnolia Bar Association have expressed concern.

"People have been shocked by this effort, and there will be a broad-based response from across sections of the community that will include both political and legal reactions that we believe will have real consequences for those who support this legislation," he added.

Johnson said the inferior courts will disempower those who usually elect their judges and prosecutors in the capital city.

"But the fact of the matter remains that this legislation would give substantial power over the city of Jackson to Chief Justice Mike Randolph, Attorney General Lynn Fitch, and Sean Tindell, the head of the Department of Public Safety, all white people," he said. Under the bill, State Public Defender André de Gruy would appoint four public defenders to the court.

"Since the expansion of the Capitol Police several months ago, we've all seen the aggressive policing undertaken by the Capitol police, including the shooting of several Jackson residents. And now we see Republican efforts to expand the jurisdiction of that police, of that State police force and to create an entirely new court with jurisdiction over that large part of Jackson, over that large area of Jackson."



"I fear that white Jacksonians and leaders in Mississippi are troubled by the idea of submitting to Black leadership," University of Mississippi School of Law MacArthur Justice Center Director Cliff Johnson said on Thursday, Jan. 26, 2023. Photo courtesy Cliff Johnson

Johnson said the latest developments with the CCID will create another capital within Jackson. "Rome has the Vatican, and now the city of Jackson, potentially, will have the CCID," he said.

"From the time I learned of the plans to use the Capitol Complex Improvement District to take power away from elected Jackson officials, I have seen this as a white secession effort," he added. "I fear that white Jacksonians and leaders in Mississippi are troubled by the idea of submitting to Black leadership and have undertaken to seize power and implement a system of self-governance."

## Jackson Delegation Opposes Bill

Rep. Zakiya Summers told the Mississippi Free Press yesterday that the bill is a concern for the Jackson delegates in the House, who have been meeting to strategize on how to stop it from becoming law.

Summers said she is working with fellow lawmakers to "kill the bill" and show the other members of the Legislature "that this is not the way to go."



Mississippi Rep. Zakiya Summers, D-Jackson, said House Bill 1020 is "on its face unconstitutional." Photo by Kayode Crown

The "Jackson-Hinds County delegation has met," Summers said, and they "talked with other organizations that can help us."

"So we're working with folks outside the Capitol, (to) help us just digest and understand everything that's in this bill."

"We're also working with the Democratic caucus in the House, and we'll be working with the Democratic caucus on the Senate side, too, if it should pass the House and move to the Senate," she added.

Summer said the proposal would "remove one-man, one-vote, and remove the ability of those individuals to be able to elect those judges and their prosecutors as the Constitution allows."

"It would be allowed to hear Circuit Court matters, Chancery Court matters, any matter where the State is a party, in that case, would also go to this court," she said.

She said the committee substitution adds "the City of Ridgeland into the CCID boundary, and it diverts sales tax that could be used in areas outside of the City of Jackson."

"My understanding, this was before my time, but my understanding is that the Capitol Complex Improvement District, the intent of it was to provide infrastructure support to that particular area in the City of Jackson," Summers said. "This bill is taking that initial intent and making it into a police state, so not only are they going to be overpoliced with now three separate law enforcement agencies, but they would also have to adhere to a totally separate judicial system that they can't have any direct accountability to."

The committee's amendments to the bill changed the boundaries of the Capitol Complex Improvement District to include "the part of the City of Ridgeland, Mississippi, that surrounds the State Capitol Building" in addition to the part of the City of Jackson that surrounds the Capitol Complex Improvement District. As of the 2020 Census, Ridgeland had a slight white majority population.

When asked about the change in the adopted amendment, Lamar denied that the bill adds Ridgeland to the Capitol Improvement District. "We did expand the boundaries, but it stays within the city of Jackson," he said.

The bill will require three-fifths of the votes of the Mississippi House of Representatives to be passed and transmitted to the Mississippi Senate.

# EXHIBIT K

""

""

4/27/23, 12:36 PM
Case 3:23-cv-00272-HTW-LGI    Document 12-2    Filed 04/28/23    Page 100 of 157
Jackson federal road funds withheld pending audit

# Clarion Ledger

LOCAL

# MDOT suspends federal road dollars to Jackson as commission approves roughly $5M in road repairs


**Justin Vicory**
Mississippi Clarion Ledger

Published 12:19 p.m. CT July 12, 2018 | **Updated 3:53 p.m. CT July 12, 2018**

The Mississippi Department of Transportation has suspended payments for federally funded infrastructure projects until the city of Jackson completes an overdue audit.

MDOT's Internal Audit Division requested an audit report for about $750,000 in federal funds the city received in the 2016-2017 fiscal year. The agency gave the city a deadline of June 30 to submit the report, but a citywide audit remains uncompleted.

The projects currently under construction or in the design phase will resume, but the city will not be reimbursed through MDOT if extra funding is needed. Additional transportation projects will not be considered, MDOT made clear in a letter to Mayor Chokwe Antar Lumumba.

Federally funded projects include the ongoing, comprehensive infrastructure work on North State Street and West County Line Road as part of a $19.5 million TIGER grant.

Other projects that involve federal funding issued through MDOT include bridge repair work on West Street, McDowell Road and Greenwood Road.

The citywide audit was expected to be completed months ago, raising concern from council members who need the audit's findings before moving ahead with budget planning for the upcoming fiscal year.

Michelle Thomas, who has been brought in to consult on this year's upcoming budget, said she expects the audit to be completed by next week. Thomas blamed the slow pace of the audit on "more due diligence" on the part of auditors than is typical.

Jackson-based accounting firm Tann, Brown & Russ was hired to do the accounting work. They were expected to have the work wrapped up by the end of May, on the same day then-Director of Finance and Administration, Charles Hatcher resigned.

If it is completed, Public Works Director Robert Miller said the city's relationship with contractors who are working on the predominantly federally funded projects would resume back to normal by September.

Miller made the MDOT announcement to the city's One Percent Sales Tax Commission on Wednesday.

The commission approved about $5 million in funding for resurfacing and pothole work for 14 city streets. The commission planned to authorize the road repair work weeks ago, but a scheduled meeting was delayed since the mayor was out of town.

"I have a serious concern with how much time it is taking from the contract phase to the backhoe-digging dirt phase. Somehow or another, the city has to figure it out, how to move faster. Other cities don't take this long," commission member Pete Perry said.

Earlier Wednesday, the mayor fought back against claims he was neglecting millions of dollars in interlocal infrastructure funding agreements between the city and county.

Hinds County Supervisor Robert Graham has told media outlets the city has been neglecting millions of dollars in possible funding from the county for road repairs.

Lumumba laid the blame on an inefficient and disorganized system, one he inherited,  and "political posturing."

"This seems to be more of a ploy by some to gain political points," he said.

There are 42 interlocal agreements between the city and county that are under review. Eleven have been submitted to the mayor since he took office, while the rest date back as far as 2016, Lumumba said.

"What we're dealing with is a historical inefficiency," Lumumba said. "Many of these agreements have been in purgatory since 2016; many have never been delivered to the mayor's office. So it's not true that I have a stack of interlocal agreements on my desk that I refuse to sign," he said.

Chief Administrative Officer Robert Blaine said he had plans to streamline the interlocal process between the city and county, which requires a series of agreements and signatures

from city, county and state officials.

The commission approved the following road repair locations:

| Ward, Streets | From, to | Estimated cost |
|---|---|---|
| 1 Ridgewood Court Drive | Frontage to County Line roads | $385,739 |
| 2 Manhattan Road | Northside Drive to Cedars of Lebanon | $635,710.00 |
| 3 Bailey Avenue Ext. | Woodrow Wilson Ave. to Idlewild Street | $98,631.11 |
| 3 Bailey Avenue | Idlewild Street to bridge | $348,249 |
| 4 Clinton Boulevard | Shaw to Magnolia roads | $535,408 |
| 4 Boling Street | Capitol Street to Northside Drive | $486,652 |
| 5 Capitol Street | Ellis Avenue to Prentiss Street | $756,200 |
| 5 Chadwick Drive | Robinson Road to Hospital Drive | $486,652 |
| 5 W. Highland Drive | Lynch Street to Raymond Road | $389,700 |
| 5 Robinson Road | Interstate 20 bridge to Chadwick Drive | $203,846 |
| 5 Wilson Boulevard | Hospital Drive to Raymond Drive | $213,417 |
| 5 Hospital Drive | Chadwick Drive to Raymond Drive | $387,508 |
| 7 Fondren Place | State Street to Old Canton Road | $70,276 |
| 7 Duling Avenue | State Street to Old Canton Road | $83,783 |

**$5,081,771**

Case 3:23-cv-00272-HTW-LGI   Document 12-2   Filed 04/28/23   Page 103 of 157

# EXHIBIT L

Ellington cms

**FOLLOW MISSISSIPPI FREE PRESS TO SEE WHAT MISSISSIPPI NEWS YOU'RE MISSING.**

MISSISSIPPI   MFP.MS   JACKSON

## City Needs Transportation Funds

By Jacob Fuller  👍 0

Monday, February 13, 2012 1:46 p.m. CST



**File Photo**

The city hopes it can get the state to take over repairs for some of its streets.

The Jackson City Council discussed bills the city is supporting in the Legislature at a morning committee meeting.

Council President Frank Bluntson wanted to talk about transportation funds specifically.

"It looks like we're not getting nearly what we should get from the (state) Department of Transportation," Bluntson said. "Is there some kind of process that we can appeal to the U.S. Department of Transportation to let them know it looks like we are being discriminated against in Jackson, Miss.? Because it's a shame what we get, and what we don't get."

Mayor Harvey Johnson Jr. said that years ago, the city of Jackson agreed to take over state highways inside city limits. Now, the Mississippi Department of Transportation is saying it will take those highways back if the city gets them to "state A" standards. "That would cost millions and millions and millions of dollars," the mayor said.

The city of Jackson will support several bills in the Legislature this session.

The legislative committee also discussed:

• The city supports requiring scrap-metal businesses to track VIN numbers from vehicles brought to their sites. These records, similar to what pawnbrokers keep, would be accessible to police when investigating stolen vehicles.

• City officials and the Jackson Police Department would like the state to enact an attempted-murder category. Right now, Mississippi has no such classification.

City administrators will prepare papers of support for these three legislative items. The full City Council would have to vote on them before Thursday, city attorneys said. The council will have a special meeting Wednesday to take care of this business.

## More stories by this author

Francis Smith: Pastor and Politician

From Veteran to Councilman

Resurrecting 309 Farish

Alexander: Third Time a Charm?

Marshall Henderson and Martha Alwal



Support our reporting -- Follow the MFP.

**Follow Mississippi Free Press NOW for more deeply reported stories daily about people across the state.**

**@MSFREEPRESS**

**MFP.MS**

MISSISSIPPI FREE PRESS   JACKSON FREE PRESS



Get the best local journalism in North America in your inbox.

Sign Up Now

**Subscribe to our headline newsletter** and get local news and culture coverage delivered daily

Subscribe

 Boston Comics In Color Returns For Biggest Convention Yet
**Dig Boston**   /   APRIL 26, 2023

 Mickey Mouse, you woke rat!
**Salt Lake City Weekly**   /   APRIL 26, 2023

 The state of Arkansas is about to pick up the tab for wealthy families' private school tuitions, and we should talk about it
**Arkansas Times**   /   APRIL 26, 2023

 Twitter users mock real-estate report that gives impression San Antonio is suburb of Austin
**San Antonio Current**   /   APRIL 26, 2023

 Miami Commissioner Seeks Mistrial Motion in Bid to Kill Abuse-of-Power Lawsuit
**Miami New Times**   /   APRIL 26, 2023

 Goodbye, Delta-8: Arkansas legislature banned rogue THC despite pleas from advocates
**Arkansas Times**   /   APRIL 26, 2023

| | |
|---|---|
| Sections | News, Opinion, Arts, Music, Events, Life+Style, Food+Drink, Sports |
| Events | Events Calendar, Submit an Event |
| Media | Photos, Galleries, Videos, Audio, Documents |
| Advertise | In the JFP, Classifieds, Email the Publisher |
| About | Meet Our Staff, Apply for a Job |

© Jackson Free Press, Inc.

User agreement and privacy statement.

phone: 601-362-6121 (ext 11 sales, ext 16 editorial, ext 17 publisher)

fax: 601-510-9019

125 S. Congress St. #1324 * Jackson, MS * 39201

# EXHIBIT M




FOLLOW MISSISSIPPI FREE PRESS
TO SEE WHAT MISSISSIPPI NEWS YOU'RE MISSING.
MFP.MS

## Airport 'Takeover' Bill to Be Filed Early This Week



The Jackson Medgar Wiley Evers International Airport sits in the middle of districts that Sen. Josh Harkins, R-Flowood, and Sen. Dean Kirby, R-Pearl, represent. Airport officials are finalizing a strategic plan that calls for the development of airport-owned land for aviation businesses. Photo by Imani Khayyam.

By **Arielle Dreher**          1          Monday, February 1, 2016 1:10 p.m. CST

Sen. Josh Harkins, R-Flowood, is touching up a bill that proposes to change the Jackson airport commission structure. Harkins told the Jackson Free Press he will likely file his bill on either Feb. 1 or Feb. 2 this week. The bill proposes to change who appoints and who will serve on the Jackson airport's commission.

"If the airport improves, the city of Jackson will improve," Harkins told the Jackson Free Press in an interview.

The current commission is made up of five members, all of whom Jackson Mayor Tony Yarber appointed. Harkins' bill will increase that commission to nine members, which would also include members from Madison and Rankin counties. Harkins is still working on the details, but he said it is important for some of these commissioners to have aviation and business experience.

The airport sits in the middle of districts that Harkins and Sen. Dean Kirby, R-Pearl, represent. Harkins said there was not a specific situation that caused him to file the bill. Southwest Airlines left the Jackson airport in 2014, and Harkins said he has not seen the airport reach out to the Legislature for help drawing business back to the city.

Airport officials say they are finalizing a strategic plan that calls for the development of airport-owned land for aviation businesses.

Jackson-based legislators have vocalized their distaste for the proposed bill, as well as some Jackson business leaders, who have called the bill an attempted "takeover." Harkins said the city of Jackson will not suffer financially from the plan.

Sen. John Horhn, D-Jackson, believes that the dispute is not about revenue but about governance and power. Control of the airport's commission could hinge on a ruling from the Federal Aviation Administration, which regulates airports.

"This is about making the airport the best it can be to serve the citizens of this state—they don't just serve the city of Jackson; they serve everybody," Harkins said.

## More stories by this author

A Waiting Game: What's Next with 'One Lake,' Flood Control?

'One Lake' Could Mean 'Catastrophic Failure' of State-Owned Bridges
UPDATED: Who's on the Ballot in Mississippi in 2018?
Mississippi to Instate Medicaid Work Requirements?
Vetting the 'One Lake' Project



Support our reporting -- Follow the MFP.

Follow Mississippi Free Press
NOW for more deeply
reported stories daily about
people across the state.

@MSFREEPRESS
MFP.MS

MISSISSIPPI FREE PRESS   JACKSON FREE PRESS



Get the best local journalism in North America in your inbox.

**Sign Up Now**

**Subscribe to our headline newsletter** and get local news and culture coverage delivered daily

**Subscribe**



### Boston Comics In Color Returns For Biggest Convention Yet

Dig Boston  /  APRIL 26, 2023



### Mickey Mouse, you woke rat!

Salt Lake City Weekly  /  APRIL 26, 2023



### The state of Arkansas is about to pick up the tab for wealthy families' private school…

Arkansas Times  /  APRIL 26, 2023



Twitter users mock real-estate report that gives impression San Antonio is suburb of…

**San Antonio Current** / APRIL 26, 2023



Miami Commissioner Seeks Mistrial Motion in Bid to Kill Abuse-of-Power Lawsuit

**Miami New Times** / APRIL 26, 2023



Goodbye, Delta-8: Arkansas legislature banned rogue THC despite pleas from…

**Arkansas Times** / APRIL 26, 2023

---

| | |
|---|---|
| **Sections** | News, Opinion, Arts, Music, Events, Life+Style, Food+Drink, Sports |
| **Events** | Events Calendar, Submit an Event |
| **Media** | Photos, Galleries, Videos, Audio, Documents |
| **Advertise** | In the JFP, Classifieds, Email the Publisher |
| **About** | Meet Our Staff, Apply for a Job |

© Jackson Free Press, Inc.

User agreement and privacy statement.

phone: 601-362-6121 (ext 11 sales, ext 16 editorial, ext 17 publisher)

fax: 601-510-9019

125 S. Congress St. #1324 * Jackson, MS * 39201

# EXHIBIT N

Case 3:23-cv-00272-HTW-LGI Document 32-2 Filed 04/28/23 Page 112 of 157

# Clarion Ledger

POLITICS

# Jackson sales tax could be required to be used on water and sewer, not roads and bridges

 **Wicker Perlis**
Mississippi Clarion Ledger

Published 2:47 p.m. CT Feb. 2, 2023 | Updated 9:15 a.m. CT Feb. 3, 2023

A change to Jackson's sales tax rules would require a portion of that money to be spent on water and sewer projects, if a bill that passed the Mississippi House on Thursday becomes law.

A 1% increase to Jackson's sales tax was approved by the legislature and the city's residents in 2014 with the resulting revenue earmarked for infrastructure projects — roads, bridges, water and sewer.

House Bill 1168 would change that, instructing the commission created in the 2014 bill to use those funds, which equaled $120 million between 2014 and 2022, on water and sewer exclusively.

Ways and Means committee chair Rep. Trey Lamar, R-Senatobia, brought forward the bill on the House floor, saying it was intended to quickly put revenue in the hands of the city's water administrator Ted Henifin.

"The conservator if you will, I think that's the right phrase, is looking for money right now. Right now. Today. I think there's been multiple articles written that he needs cashflow, money in the bank, today for water, and so he's talking about increased taxes and changing the way water is used and all this based on the value of property because he needs money right now," Lamar said, knocking on the dais. "Here's some money right now that we can prioritize for water in the city of Jackson."

Lamar said he did not speak with Henifin or Mayor Chokwe Antar Lumumba before filing the bill, but he did speak with a city lobbyist, along with business owners. Lamar said Henifin

is "welcome in my office any time." He also said he has not spoken with anyone on the commission "lately."

**Statewide candidates:** The field is set for 2023 Elections in Mississippi. See who is running in statewide races

A number of Democratic representatives spoke against the bill. Many of them said that the money a 1% sales tax brings in would do little to address Jackson's significant water challenges, but that amount can have a real impact on roads and bridges. Jackson is slated to receive at least $600 million from the federal government for its water system, leading many of those lawmakers to wonder why funds should be taken away from roads and bridges at this time.

"The idea that Jackson has a billion-dollar wastewater problem, and a seven or eight hundred-million-dollar water problem, and you're going to take 15 or 16 million-dollars and dump it in a billion dollar hole doesn't make any sense," Rep. Robert Johnson, D-Natchez, said. "So, with $15 million, you could do 15 miles of overlay on a road. Or you could take it and fix potholes in 20 or 30 miles of road in Jackson. That would actually do some good."

Rep. Edward Blackmon, D-Canton, said if the legislature is concerned about Jackson's water system, it should allocate funds to help, not take them away from other infrastructure projects.

"What you just said doesn't line up with the fact that this legislature has the power right now to appropriate that money you're talking about through the surplus fund that we have," Blackmon said. "Why wouldn't this legislature appropriate money directly to Jackson if you're so concerned about the water and the sewer coming up on the ground?"

Lamar said he knew where Blackmon was going with that argument.

"I'll just say I'm not the appropriations chair," Lamar said.

Rep. De'Keither Stamps, D-Jackson, said limiting how the tax revenue is used could violate the referendum that Jackson voters passed in 2014.

"I'm very familiar with it, Mr. Chairman, because I wrote it, and in that narrative it states what the usage of these funds would be for, and it was broader than what this bill says. Do you believe it would be a violation of what the citizens actually voted on, if we passed this measure?" Stamps asked Lamar.

4/27/23, 12:47 PM    Infrastructure sales tax changes might be coming to Jackson, Miss.

Case 3:23-cv-00272-HTW-LGI    Document 2-2    Filed 04/28/23    Page 114 of 157

Lamar said that since water and sewer were included in the language that Jackson voters approved, it would not be improper to prioritize those aspects.

HB 1168 is one of a number of bills that would impact Jackson which are written by representatives from other areas. Lamar has also filed a bill that would create an unelected state-run court system within Jackson. During a hearing last month on that bill, Lamar said that the capital city "doesn't just belong to the citizens of Jackson."

Those comments came up again during debate Thursday, when Rep. Zakiya Summers, D-Jackson, said to Lamar, "according to you this is 'our' capital city."

"I agree with that," Lamar said.

Rep. Bo Brown, D-Jackson, said that the legislature should listen to representatives from Jackson when voting on issues concerning the city.

"Cities and counties around this state, we don't, the delegation from Jackson don't come in and say 'You don't need this, or you don't need that.' We vote based on the needs that you all present to us. Here today I'm hearing the representatives from Hinds County and Jackson dictate to you all what we need in this city, and everybody seems to have a deaf ear to it," Brown said. "Let us determine our destiny based on what our citizens and the governmental leadership tells us they need."

The bill passed the House 76-41. An amendment failed that would revert the funds back to its original purpose once federal funding arrives, as did another that would give the commission more discretion over how to spend the funds.

# EXHIBIT O

""

""

Donate
(https://givebutter.com/mfpdonate)

Newsletter
(https://mississippifreepress.us4.list-
manage.com/subscribe?
u=4fb0ed9b8af4d89c4b4bb98b5&id=d77e21d3bd)

Search...



(https://www.mississippifreepress.org)



*Jim Craig, of the Mississippi State Department of Health, left, leads Jackson Mayor Chokwe A. Lumumba, right, Deanne Criswell, administrator of the Federal Emergency Management Agency, center, and Gov. Tate Reeves, rear, at a water treatment facility in Ridgeland, Mississippi. (Rogelio V. Solis/AP Photo/Pool)*

## Mississippi Lawmakers Trying To Take Over Jackson Water Funds, Federal Manager Warns

 (https://www.mississippifreepress.org/author/nick-judin)

**NICK JUDIN**

(https://www.mississippifreepress.org/author/nick-judin)

FEBRUARY 3, 2023(HTTPS://WWW.MISSISSIPPIFREEPRESS.ORG/DATE/2023/02/03)

*This article was produced for ProPublica's Local Reporting Network in partnership with Mississippi Free Press* (https://www.mississippifreepress.org). *Sign up for Dispatches* (https://www.propublica.org/newsletters/dispatches) *to get stories like this one as soon as they are published.*

JACKSON, Miss. — The freeze of early 2021 wasn't the origin of the water-system collapse (https://www.mississippifreepress.org/12498/under-the-surface-part-3-a-lifeline-in-decline) in Jackson, Miss. But the problems forced the country to Jackson's aging and improperly maintained pipes and water plants, which failed and left residents without clean water for more than 2 months.

The crisis surged back in the summer of 2022, leaving residents without clean water for two months and drawing comparisons to the lead-poisoning scandal in Flint, Mich., another banner example of America's ruinous infrastructure systems. Here, as in Flint, the federal government stepped in: In November, the Department of Justice appointed a federal manager (https://www.mississippifreepress.org/29406/seek-justice-for-jackson-capital-water-system-gets-interim-management-authority) to take control of the beleaguered utility, and less than a month later, Congress approved $600 million (https://www.mississippifreepress.org/29778/congress-includes-600-million-for-jackson-water-system-in-omnibus-bill) exclusively for the city's water system.

But the rescue effort is already running up against the realities of local politics, reflecting historic tensions between Jackson and the rest of the state. For decades, state and city leaders have clashed over who should control local spending, services and infrastructure. Now, both the federal manager and the city's mayor are warning that state politicians are attempting to take over Jackson's water system, along with hundreds of millions in federal funds meant for repairing it.

At the heart of the feud is Senate Bill 2889 (http://billstatus.ls.state.ms.us/2023/pdf/history/SB/SB2889.xml), introduced in mid-January by a lawmaker who says his only goal is to ensure the Mississippi capital's water system is restored.

The legislation would create a new regional water-authority board to oversee the system's water, sewer and drainage systems. The governor and lieutenant governor would appoint a majority of the board. Over the years, state leaders including the current governor, Tate Reeves, have expressed skepticism about whether Jackson is capable of managing its own affairs. Federal agencies, including the Justice Department and the Environmental Protection Agency, have also questioned the city's management (https://www.mississippifreepress.org/26791/no-efforts-to-recruit-epa-says-jackson-failed-to-address-water-system-needs) of its water and wastewater systems.

The latest move in the Legislature worries the manager, Ted Henifin (https://www.mississippifreepress.org/29990/canary-in-the-coal-mine-ted-henifin-on-the-jackson-water-crisis), who says a regional authority could allow improvements and debt relief to flow out of Jackson and into suburban utilities that join the entity. "I believe the $600+ million in federal funding has created a monster in the Mississippi Legislature," Henifin told the Mississippi Free Press and ProPublica in a written statement last week. A federal judge appointed Henifin to the position of interim third-party manager in late November.

Donate
(https://givebutter.com/mfpdonate)

Newsletter
(https://mississippifreepress.us4.list-
manage.com/subscribe?
u=4fb0ed9b8af4d89c4b4bb98b5&id=d77e21d3bd)

Search…



*A federal judge appointed Ted Henifin to shepherd Jackson's water system out of crisis. (Nick Judin/Mississippi Free Press)*

Jackson Mayor Chokwe A. Lumumba built on Henifin's critique Monday. "It is a colonial power taking over our city. It is plantation politics. I have not been shy in the ways that I have referenced this," he said.

The mayor highlighted a litany of other proposed legislation (https://www.mississippifreepress.org/30607/white-mississippi-officials-would-appoint-courts-bypassing-black-jackson-judges-under-bill) that together would give Mississippi authority over segments of Jackson's police and court systems. He called the legislative proposals a "unified attack" against the city's autonomy.

"It reminds me of apartheid," he said. "They dictate our leadership, put a military force over us and we're just supposed to pay taxes to the king."

The bill's sponsor, state Sen. David Parker, R-Olive Branch, and Lt. Gov. Delbert Hosemann of Jackson, whose office helped design the measure, strongly denied that attempts to divert federal funds were behind the legislation. After the news organizations asked Parker about some critics' concerns, he and Hosemann agreed that the state should recoup none of the federal funds, and Parker pledged to introduce an amendment that would explicitly prohibit the use of the funds outside Jackson's city limits.

Henifin was unmoved, saying he was concerned that amendments could be overwritten later, and that a regional utility was the wrong solution for Jackson in any case.

**"We Need an Arbitrator"**

If the Senate bill becomes law, the Mississippi Capitol Region Utility Act (http://billstatus.ls.state.ms.us/2023/pdf/history/SB/SB2889.xml) would effectively give the state authority over Jackson's water system once the federal manager's authority lapses.

That's because it would grant the governor power to appoint three of the nine members, and the lieutenant governor two, giving statewide leaders, who are white, majority control over water, wastewater and stormwater in Jackson, whose population is 82% Black. The mayor would get four appointments, including one that he would have to select in "consultation" with the mayor of nearby Byram, now majority Black, and another chosen with the mayor of Ridgeland, a demographically mixed suburb. The board would then elect a president to formally lead the new regional utility.

In an interview, Henifin said he believes Jackson's system requires judicial and federal oversight to prevent the mismanagement of critical infrastructure funds, which he estimates would take years to properly spend.

"I think at the end of the day we need an arbitrator, and I think that's a federal judge in this case." He said he believes this oversight should be extended to protect the federal dollars, estimating that five years of some form of oversight should be sufficient to lock in the necessary contracts and investments.



*Ted Henifin, the interim third party manager of Jackson's water system, and Jackson Mayor Chokwe A. Lumumba addressing the public after a late 2022 water outage. Photo by Nick Judin*

Henifin later said that legislative interference might threaten efforts to procure a contract to address the water system's crucial staffing shortages because the prospect of a change in the water utility's leadership while a long-term contract is still being executed could scare off large corporations.

Although Parker and Hosemann were complimentary of Henifin in interviews with the Mississippi Free Press, Henifin said neither of the parties involved had ever consulted him. Indeed, he said that Hosemann's office rebuffed his attempt to set up a meeting.

Hosemann acknowledged that he had not spoken with Henifin yet but said he intended to "shortly."

**"I Wanted to Be Very Sympathetic"**

Parker said that although he lives 200 miles from Jackson, he did experience the city's water crisis firsthand.

"I have a daughter that I live with during the legislative session," he said. "We've spent numerous times walking down to the swimming pool and dipping water into a cooler, bringing it back up to the toilet to flush it. Our apartment complex that's had to put portable facilities on the ground floor to allow people to go to the bathroom."

Donate
(https://givebutter.com/mfpdonate)
Newsletter
(https://mississippifreepress.us4.list-
manage.com/subscribe?
u=4fb0ed9b8af4d89c4b4bb98b5&id=d77e21d3bd)
Search...

"I wanted to be very sympathetic and compassionate to the feelings of the mayor and other people who have spent a long time trying to seek answers to this problem," Parker said. "So in setting up a board that would be overseeing the water and sewer system, my idea was to give the mayor four appointments on a nine-member board."

Parker said he believed the governor and lieutenant governor should appoint a majority of the board's members because Mississippi's failure to "provide the basic needs and services that our people deserve is reflected 100% back on the governor and the people in this building."



*Sen. David Parker, R-Olive Branch, introduced Senate Bill 2889 to create the Mississippi Capitol Region Utility Authority. He said his only goal is to ensure the Mississippi capital's water system is restored. (Rogelio V. Solis/AP Photo)*

Parker said he initially believed that residents in Ridgeland drew water from Jackson's treatment plant. Though the facility itself is located in Ridgeland, bordering Jackson to the north, reporters told Parker that Ridgeland does not currently receive water from Jackson's water system; they also told him that parts of Ridgeland may use Jackson's greater sewage system. He then suggested the bill may have included that city's mayor in light of that fact.

He expressed surprise over Henifin's comments and strongly denied any intent to divert money away from Jackson.

"There is no intent on my part to stack a board in any way, shape or form that would give preferential treatment to the fringe areas of the water authority," he said. "My hope would be that if the majority of the water authority is within the city of Jackson, I would hope that the governor, lieutenant governor and mayor would put people on the board from those geographic areas."

Parker said he intends to speak with Henifin as his bill makes its way through the Senate.

Donate
(https://givebutter.com/mfpdonate)

Newsletter
(https://mississippifreepress.us4.list-
manage.com/subscribe?
u=4fbbed9beaf4d89c4b4bb9b5&id=d77e21d5bb)

"Crafting something like this is an extreme challenge," he said.

The bill gives the surrounding municipalities a path to join the new authority, transferring their assets and debts to it, a common feature of regional utilities.

The news organizations asked Parker if any part of SB 2889 prevented that regionalization from allowing federal funds to be dispersed to utilities outside Jackson. Parker said he would look into that question. A day later, Hosemann said he had agreed with Parker that they should address any gaps that might allow money to be spent outside of the authority itself.



*Lt. Gov. Delbert Hosemann's office helped craft Senate Bill 2889, which would allow the governor and lieutenant governor to appoint the majority of a newly created regional water-authority board. (Nick Judin/Mississippi Free Press)*

**"It Is Plantation Politics"**

Mayor Lumumba said the feud over spending the federal funds highlights the friction between the state's majority-white leaders and the majority-Black capital city.

"It is plantation politics," Lumumba said. "It's consistent with this paternalistic relationship that the state of Mississippi believes that it maintains with the city of Jackson."

Lumumba compared it to the 1% Sales Tax Commission (https://www.jacksonfreepress.com/salestax/), a system the Legislature designed roughly a decade ago to assert control over spending derived from a special sales tax Jackson maintains to fund infrastructure projects.

The mayor identified other bills as part of what he considers an assault on the city's right to self-determination, including bills to expand the (http://billstatus.ls.state.ms.us/2023/pdf/history/HB/HB0696.xml)Capitol Police's territory (http://billstatus.ls.state.ms.us/2023/pdf/history/SB/SB2343.xml). Another bill would create an independent court system of unelected judges and

prosecutors (https://www.mississippifreepress.org/30077/white-mississippi-officials-would-appoint-courts-bypassing-black-jackson-judges-under-bill) for that same area. Lawmakers behind that bill said the legislation was meant to respond to a rise in crime rates.

"It's all a unified attack," Lumumba said.

In a response to additional inquiries, Hosemann's Deputy Chief of Staff Leah Rupp Smith said they defer to Parker on the legislation but "share a desire with all parties to find a long-term solution," and she said that a regional utility authority "has been viable in other parts of our state." They said they planned to meet with Henifin the week after next.

Parker said his conversations with the mayor have been "productive and congenial." He added that they "share an interest in ensuring all people served by the systems have access to safe and reliable water and wastewater services at a fair and reasonable cost."



*Jackson Mayor Chokwe Lumumba called bills to transfer authority in Jackson to the state "plantation politics." (Nick Judin/Mississippi Free Press)*

In recent years, Lumumba has clashed repeatedly with Hosemann over Jackson's autonomy.  "The last time I met with him, he said that I needed to look at a possible relationship with the State of Mississippi, because 'what did I think, that Biden was gonna write me a check?'"

"I recently told him I do, and he did," the mayor said of Biden.

*Senior Reporter Kayode Crown contributed to this report.*

---



### Nick Judin
### (https://www.mississippifreepress.org/author/nick-judin)

Nick Judin began his career in journalism at the Jackson Free Press in 2019, coming on as State Reporter to cover the 2020 legislative session. That posting quickly gave way to a year leading the JFP's COVID-19 coverage. Nick's reports from the frontline of

(https://www.mississippifreepress.org/author/nick-judin)

Donate
(https://givebutter.com/mfpdonate)

Newsletter
(https://mississippifreepress.us4.list-manage.com/subscribe?u=4fb0ed9b8af4d89c4b4b98b5&id=d77e21d3bd)

Search

stories that have repeatedly made Gov. Reeves' team as for asked hard questions of his leadership and done critical interviews with the state's top public-health official. Email the Jackson, Miss., native at nick@mississippifreepress.org and follow him on Twitter at @nickjudin

ALL POSTS (HTTPS://WWW.MISSISSIPPIFREEPRESS.ORG/AUTHOR/NICK-JUDIN)

Like    166 people like this. Sign Up to see what your friends like.

**Republish This Story
(mailto:donna@mississippifreepress.com)**

# Can you support the Mississippi Free Press? ♥

The Mississippi Free Press is a nonprofit, nonpartisan 501(c)(3) focused on telling stories that center all Mississippians.

With your gift, we can do even more important stories like this one.

Give Today ♥
(https://mfp.ms/donate/)

We were unable to load Disqus. If you are a moderator please see our troubleshooting guide.

(https://www.mississippifreepress.org/30777/mississippi-n/et-a-public-body-after-legislation-fails-theres-always-next-year)



ABOUT MFP

Mississippi Journalism and Education Group is a a 501(c)(3) nonprofit media organization (EIN 85-1403937) for the state, devoted to going beyond partisanship and publishing solutions journalism for the Magnolia State and all of its people.

Donate
(http://mfp.ms/donate)

MFP VIP Club Member Page (https://www.mississippifreepress.org/mfp-vip-club-member-page)

CONTACT INFO

125 S. Congress Street W324
Jackson, MS  39201

info@mississippifreepress.org (mailto:info@mississippifreepress.org)



Donate
(https://givebutter.com/mfpdonate)

Newsletter
(https://mississippifreepress.us4.list-
manage.com/subscribe?
u=4fb0ed9b8af089c4b4bb98b5&id=d7e21d3bd)

Search...

(/mfp-live-home)

QUICK LINKS

News
MFP Finances
In-Depth
Sections
Culture
Investigations
People
Who We Are
Contact the MFP
Jobs

NEWSLETTER

*Get our headlines in your inbox. We won't sell or rent your address.*

* Your email address

SIGN UP

MEMBERSHIPS



(https://alliancems.org/)

(https://inn.org/)

(https://inn.org/)

(https://www.lionpublishers.com/)

The Mississippi Free Press is a project of the Mississippi Journalism and Education Group, a 501(c)(3) nonprofit journalism organization (EIN 85-1403937).

Copyright Mississippi Journalism and Education Group. All rights reserved.

# EXHIBIT P

4/27/23, 3:24 PM
Federal money driving Jackson water bill, DOJ appointee says | AP News
Case 3:23-cv-00272-HTW-LGI Document 12-2 Filed 04/28/23 Page 126 of 157

AP NEWS



U.S. News    World New...
Transgender lawmaker disciplined    Disney sues DeSantis    Jerry Springer dies at 79    Met Gala    Latest on Russia-Ukraine war    More news



Descubra los beneficios de una Escuela Católica


INSCRIPCIONES ABIERTAS    MÁS INFORMACIÓN



Michael Goldberg
Mississippi government and politics reporter
mikergoldberg
mgoldberg@ap.org

 

    Click to copy

RELATED TOPICS

Politics

Utilities

U.S. Department of Justice

Mississippi

Jackson

Health

# Federal money driving Jackson water bill, DOJ appointee says

By MICHAEL GOLDBERG    January 25, 2023



Jackson, Miss. (AP) — A bill before the Mississippi Legislature that would transfer the capital city's troubled water system to a new regional entity could be motivated by a desire by state officials to access a large pot of federal dollars earmarked for the city, Jackson's federally appointed water operator said Wednesday.



You May Like    Promoted

Edward Jones puts purpose in action.
Promoted: Edward Jones

If You Like to Play on Your Computer



4/27/23, 3:24 PM
Case 3:23-cv-00272-HTW-LGI Document 12-2 Filed 04/28/23 Page 127 of 157
Federal money coming to Jackson water bill & DOJ appointee says | AP News

AP NEWS ☰

U.S. News    World New…
Transgender lawmaker disciplined    Disney sues DeSantis    Jerry Springer dies at 79    Met Gala    Latest on Russia-Ukraine war    More news

new regional entity's "ownership, management and control."

appointed by the U.S. Department of Justice to oversee reforms to Jackson's water system, concludes his work. He has said he favors the idea of a corporate non-profit to contract with the city to manage its system, not a regional entity.

Henifin told The Associated Press on Wednesday that the impetus to award more control of Jackson's water system to a regional authority might come from a desire to tap into $800 million in federal funds that have been awarded to the city for water projects.

Hello Expertise. Goodbye Rare

Paddlers Outlet || Discount Certified Pre-Owned Paddlesports Products. ISUPs, Kayaks, PFDs & More.
Promoted: Paddlers Outlet

What if WW1 had never happened? Game simulates historical scenarios
Promoted: Historical Strategy Game

Banksy's Offering Recently Sold Out In 34 Mins On This App
Promoted: Masterworks

by Taboola



Repeated breakdowns have caused many in the city of about 150,000 to go days and weeks at a time without safe running water.



## MEDIA

Tucker Carlson speaks out for 1st time after Fox News firing

ShowBiz Minute: Time 100, Danny Masterson, Pras

ShowBiz Minute: Len Goodman, Lizzo, Gwyneth Paltrow

Fox's settlement with Dominion unlikely to cost it $787.5M

"Jackson's system is in disrepair and offers no benefits to the surrounding communities," Henifin said. "The only reason one would do this is (Jackson) is now sitting on almost a billion federal dollars that no one else in the region has the opportunity to use."

The bill before lawmakers would create a new entity called the Mississippi Capitol Region Utility Authority. It would be governed by a nine-member board, the majority of whom would be appointed by state leaders. Republicans control both houses of the Mississippi Legislature, as well as the governorship and the lieutenant governorship.

"Right now, we are very fortunate to have $600 million coming to the area to try to improve the water," the bill's sponsor, Sen. David Parker, a Republican from Olive Branch, said at a Tuesday committee hearing.

Jackson is set to receive $600 million from the $1.7 trillion spending bill that Congress passed in December. That's on top of nearly $200 million from the U.S. Army Corps of Engineers and the American Rescue Plan Act.



Sheriff: Uber Eats driver slain, dismembered making delivery

AP NEWS

☰

U.S. News    World New
Transgender lawmaker disciplined    Disney sues DeSantis    Jerry Springer dies at 79    Met Gala    Latest on Russia-Ukraine war    More news



Parker said he introduced the bill to craft an exit plan for when Henifin leaves Jackson.

"(Henifin) has in meetings made a point that when he leaves, he would like to see an authority set up to better manage the water system of Jackson going forward," Parker said. "That's the basis of where this comes from. This doesn't come from politics."

Henifin said he has been clear in public comments that he's in favor of the creation of a new authority to manage the water system, but not a regional entity.

"I know when I've had public discussions about that, I've said that I don't think a regional authority would work," Henifin said. "Someone twisted that up quite a bit to put it in legislative language without ever talking to me."

Henifin thinks a regional authority may once have been a viable option, but the large chunk of federal funding dedicated to Jackson now "takes that option off the table."

"Where there was little interest in a regional approach when the system was in a state of disrepair with significant investment needs, the new federal dollars have changed that dynamic," Henifin said.

The creation of a regional authority could allow federal dollars to be invested in surrounding communities, improving services in the suburbs and driving further migration out of Jackson, Henifin said.

Jackson's tax base has eroded over the past few decades as the population decreased — the result of mostly white flight to suburbs. The city's population is now more than 80% Black, with about 25% of its residents living in poverty.

Henifin thinks a corporate nonprofit model might reduce political tensions surrounding the water system.

"I'm not thinking about a governmental entity at all based on the circumstances," Henifin said. "We certainly don't need an entity caught in the political crosshairs."







Sheriff: Uber Eats driver slain, dismembered making delivery

4/27/23, 3:24 PM
Case 3:23-cv-00272-HTW-LGI Document 12-2 Filed 04/28/23 Page 129 of 157
Federal monitor coming to Jackson's water system, DOJ appointee says | AP News

U.S. News    World New
Transgender lawmaker disciplined    Disney sues DeSantis    Jerry Springer dies at 79    Met Gala    Latest on Russia-Ukraine war    More news

Report for America is a nonprofit national service program that places journalists in local newsrooms to report on undercovered issues. Follow him on Twitter at twitter.com/mikergoldberg.

**You May Like**

by Taboola

Taboola Feed

**Florida's killer clown case finally ends with plea deal**
FORT LAUDERDALE, Fla. (AP) — A clown came to Marlene Warren's door on a May morning in 1990, handed her carnations and balloon...
AP News

**Ginnie Newhart, wife of comedy legend Bob Newhart, dies**
Ginnie Newhart, who was married to comedy legend Bob Newhart for six decades and inspired the classic ending of his "Newhart" ...
AP News

HELLO RESEARCH AND INNOVATION. GOODBYE UNCERTAINTY.
Advertisement: Children's National Hospital

A Banksy's Offer Recently Sold Out In 34 Mins On This App
Advertisement: Masterworks

Good User Experience Is Less About Invention Than Improvement
Advertisement: Georgetown

The IRS is Forgiving Millions in Tax Debt - Yet Few Have Applied For Relief
Advertisement: Fresh Start Information

8 Steps to Build a Project Management Timeline
Advertisement: Lucidchart

NFL Star Rob Gronkowski's Favorite Shoes
Advertisement: Wolf & Shepherd

What Does A Day On Nutrisystem Look Like?
Nutrisystem Sale: Save 50% OFF Today
Advertisement: Topdust for Nutrisystem

9 Careers in Journalism
A Master's in Journalism from Georgetown emphasizes accurate and fair reporting, accountability, and sound judgment.
Advertisement: Georgetown


AP
Sheriff: Uber Eats driver slain, dismembered making delivery



**AP NEWS**
Top Stories
Video
Contact Us
Accessibility Statement
Cookie Settings

**DOWNLOAD AP NEWS**
Connect with the definitive source for global and local news

**MORE FROM AP**
ap.org
AP Insights
AP Definitive Source Blog
AP Images Spotlight
AP Explore
AP Books
AP Stylebook

**FOLLOW AP**

THE ASSOCIATED PRESS
About    Contact    Customer Support    Careers    Terms & Conditions    Privacy
All contents © copyright 2023 The Associated Press. All rights reserved.




# EXHIBIT Q

Case 3:23-cv-00272-HTW-LGI    Document 12-2    Filed 04/28/23    Page 132 of 157



**[POLITICS](#)**                                                African Americans        **Add Topic +**

# Black political influence in Mississippi has slowed despite increase in elected officials



**Jimmie E. Gates**
Mississippi Clarion Ledger

Published 7:31 p.m. ET Aug. 19, 2017 | Updated 1:31 p.m. ET Aug. 21, 2017

The year was 1971, six years after the 1965 Voting Rights Act was signed into law, and Charles Evers, the first black man elected mayor in the state since Reconstruction, became the first African American to run for statewide office in Mississippi since Reconstruction.

Evers, then mayor of Fayette and brother of slain civil rights leader Medgar Evers, ran as an independent for governor, receiving more than 172,000 votes and coming in second to winner William L. Waller, a Democrat.

Pundits and Mississippi political leaders were impressed with Evers' showing.

Forty years later in 2011, then-Hattiesburg Mayor Johnny DuPree ran for governor as a Democrat after becoming the first African-American to be nominated for governor by a major party.

DuPree also lost, to Republican Phil Bryant, but captured 39 percent of the vote.

While other states, with smaller African-American populations, have elected statewide leaders, the glass ceiling in Mississippi has remained not only impervious but unreachable.

Mississippi, which has more African-Americans per capita and more black elected officials than any other state in the nation, has not elected a black candidate to a statewide office in the more than 140 years since Reconstruction.

That's the dichotomy of black political power today in Mississippi.

Black political influence in Mississippi at a standstill

Fifty-two years after passage of the Voting Rights Act, this is the question: "How is African-American political power perceived today in this Deep South state?"

"At a standstill," says Robert Clark, the first African-American elected to the Mississippi Legislature.

**More:** Mississippi's first black legislator honored

African-Americans in Mississippi haven't lived up to their political potential, says Leslie B. McLemore, a retired Jackson State University political science professor and former Jackson city councilman.

"It's good to hear that Mississippi has the highest number of black elected officials, but many of the positions are for school boards, aldermen, election commission, etc., where African-Americans aren't in the majority (on those boards)," he said.

House Democratic Caucus Chairman David Baria, D-Bay St. Louis, said African-Americans likely had greater political influence when Clark was president pro-tem of the House than today with only two African-Americans serving as chairmen of House committees.

Clark was elected to the Mississippi House in 1967 and took his seat on Jan. 3, 1968. He retired in 2003 after serving for 35 years, during which he rose from a freshman lawmaker to the second most powerful position in the House as speaker pro-tem.

Clark, a veteran of the civil rights movement, sums his feelings this way: "I have been wandering in the wilderness for 50 years. We still haven't found the promised land."

## Charting a new course

Clark says African-Americans need to come up with a political road map for the future.

The only way for an African-American to be elected statewide is for a change of philosophy to take place in Mississippi, he said. Racism is still paramount, he said, with too many voters considering a person's skin color rather than the individual's qualifications.

While racism certainly has played a role, other factors have too, including failing to get out the vote, infighting, gerrymandering and the rise in power of the overwhelmingly white Republican Party.

"The key to electing an African-American to a statewide office in Mississippi is voter registration, voter engagement and voter participation," said Rep. Sonya Williams-Barnes,

Case 3:23-cv-00272-HTW-LGI   Document 12-3   Filed 04/28/23   Page 134 of 157

D-Gulfport, who chairs the Legislative Black Caucus. "The African-American voter population in our state has substantial numbers to ensure our representation in a statewide-elected position, but these three key points must take place."

Said McLemore: "The tragedy is that we always seem to wait for elections to have voter registration drives. We should have ongoing voter registration ... We have to become more sophisticated."

African-Americans haven't done enough to improve their own political power, such as placing an emphasis on getting out the vote, Clark said.

"And we've got to stop fighting each other," he said.

The benefit of working together was clear on a smaller scale in Jackson 24 years ago. In 1993, Harvey Johnson Jr. was one of about a half dozen candidates vying to become the capital city's first black mayor. Then-incumbent Mayor Kane Ditto, who is white, won the Democratic primary and was re-elected. When Johnson won four years later, black residents rallied behind his candidacy.

Evers, who will be 95 in September, says for an African-American to win statewide in Mississippi, pushing and preparing a candidate will be required.

## Need for broad appeal

African-Americans make up 37.7 percent of Mississippi's population, according to the most recent census figures. While that's a strong starting point, a black candidate would still have to appeal to a broad base of voters to get elected to a statewide office, McLemore said.

McLemore says for an African-American to win a statewide election, it will require a candidate who appeals to black voters and white voters. He said former U.S. Agriculture Secretary Mike Espy was an example of a candidate who appealed to both when he ran for Congress.

Espy represented Mississippi's 2nd Congressional District from 1987 until 1993. He resigned after then-President Bill Clinton appointed him agriculture secretary, the first African-American to hold the position. An ethics investigation, from which he was ultimately cleared, led to his resignation and the end of his political career. Today, Espy is a successful private attorney in Jackson.

Case 3:23-cv-00272-HTW-LGI   Document 12-2   Filed 04/28/23   Page 135 of 157

Asked if he believes an African-American can be elected to a statewide office in Mississippi, Espy responded: "Yes, I do. Mississippi will elect an African-American to a statewide office in the not too distant future."

He cited two reasons for his belief: First is the coming shift in population. He said experts confirm that by 2025 African-Americans and other racial minorities will constitute the majority of citizens under age 20. The second, and most important is that most younger voters are less racially conscious in their voting patterns than in decades past.

Rep. Bennie Thompson won a 1993 special election to succeed Espy in Congress. He is considered by many as the most influential African-American politician in the state, but most politicos doubt Thompson could win broad support to win outside the majority black 2nd District.

"Historically, whites don't vote for black folks," McLemore said. "There are exceptions, but those exceptions are few and far between."

McLemore said some white voters have unfounded fears that if African-Americans are in control, white people won't be treated right. McLemore said that way of thinking has been proven wrong by African-American elected officials bending over backward to ensure white constituents are treated fairly.

Gary Anderson, who had served in top financial positions in state government under both Democratic and Republican administrations, logically should have had the broad appeal needed to win statewide office. But he lost a 2003 bid for treasurer to a then-little-known Tate Reeves, who is now lieutenant governor and presumed to be a Republican candidate for governor in 2019.

In 2007, Anderson ran for insurance commissioner and was defeated by current Insurance Commissioner Mike Chaney.

Longtime state Sen. David Jordan, D-Greenwood, said Anderson was an ideal candidate when he ran for statewide office.

One day, with the right candidate, an African-American will win statewide office, he said, but added he can't think of any other person besides Anderson who could do so.

Anderson said black political power in Mississippi is undergoing a new stage with many civil rights pioneers moving on and a younger generation emerging. But Anderson said "it

Case 3:23-cv-00272-HTW-LGI    Document 12-2    Filed 04/28/23    Page 136 of 157

remains to be seen whether there will be a new level of getting things done … There are a lot of question marks."

Anderson, who now lives in his native Byhalia and works as a consultant for Marshall County, said he has no plans to run again for statewide office.

"It won't be me," Anderson said. "I have gone around that circle."

Anderson believes it will be harder now for an African-American to be elected statewide because of the divisive political climate in Mississippi and across the country.

"A lot of things have happened since I ran," Anderson said. "People aren't talking to each other; they are talking at each other."

## Allegiance to one party

After Medgar Evers was assassinated on June 12, 1963, Charles Evers returned to Mississippi from Chicago and took over his brother's job as the state NAACP field secretary, leading marches, boycotts and other civil rights activities.

He was a Democrat, but switched parties.

Evers, who has identified as a Republican and served as a delegate to the Republican National Convention, believes African-Americans may place too much political allegiance to the Democratic Party.

Evers said it was mostly Democrats in power during the turbulent civil rights era, who opposed rights for African-Americans.

From the period after the Voting Rights Act to 2000, African-American political power was on the upswing with white candidates for statewide offices courting black voters, knowing that black voters could influence the outcome of an election.

But, as in other Southern states, many white Democrats began switching to the Republican Party, beginning in the 1990s and continuing until today.

In 1992, Kirk Fordice was elected the first Republican governor since Reconstruction. He won re-election in 1996, the first governor to win consecutive terms. Democrat Ronnie Musgrove won the gubernatorial election in 2000, the state's last Democratic governor, serving only one term after losing to Haley Barbour in 2003.

Black political influence in Mississippi has slowed

Today, Attorney General Jim Hood is the only statewide elected Democrat in Mississippi.

The rise of the Republican Party has led to a waning of African-American political influence on the statewide level since the majority of African-American support tends to be for Democratic candidates — although notably Espy, a Democrat, endorsed Republican Barbour in his 2007 re-election bid over Democrat John Arthur Eaves.

Yet the strength in numbers of African-America political power is there, and the Mississippi Republican Party is aware of it.

The influence of African-American voters to alter the outcome of a statewide race was evident in the 2014 Republican primary for the U.S. Senate between incumbent Thad Cochran and upstart state Sen. Chris McDaniel. Political observers say it was black voters who accounted for Cochran keeping his seat in the hotly contested race.

Mississippi GOP Chairman Joe Nosef said outreach to African-Americans has been one of his priorities. It is necessary to get the most votes and have a strong diverse base and because "it is the right thing to do," he said.

"We are currently working on a revised plan not to just reach more African-American voters but also in order to elect as many African-American Republicans to office as possible," Nosef said.

He predicted one day having "a robust presence of African-American Republican officeholders across the state. "

"From the beginning, I made it clear to Chairman Nosef that expanding the Party with outreach to the African-American community would be a major priority," Gov. Bryant said. "We are made stronger by African-American voters and candidates, and I will continue to prioritize their active participation in shaping the Republican Party's future."

In some Southern states, African-Americans, like U.S. Sen. Tim Scott of South Carolina, have won office as Republicans in statewide voting.

In 2015, Republican Jenean Hampton became the first African-American elected to statewide office in Kentucky when she became lieutenant governor.

Case 3:23-cv-00272-HTW-LGI Document 12-2 Filed 04/28/23 Page 138 of 157

## Is the pendulum swinging again?

Columbus attorney and philanthropist Wil Colom says that rather than belabor the negative he chooses to look to the future.

Colom was once a Republican, but left the party in 2007. He is now a member of the Democratic National Committee. In 2015, his son, Scott Colom, was elected as a Democrat to the office of district attorney for Lowndes, Oktibbeha, Clay and Noxubee counties.

"Young Mississippians, black and white, see broad participation and inclusion as the only sane way forward, and they are swinging to the Democratic Party," Wil Colom said. "In the near future, Democratic candidates will appear carrying a message and style that will appeal to a large cross section of the people of this state."

Black political power in Mississippi also can be assessed using other metrics besides holding statewide office, such as legislative representation and party composition, Millsaps College political science professor Nathan Shrader said.

According to the National Conference of State Legislatures, 28 percent of the Mississippi Legislature was comprised of African-American members as of 2015 — the highest proportion in the nation and nearly 20 points above the national average for all state legislatures, Shrader said.

The majority of black political gains in the Legislature was the result of court challenges leading to the creation of black majority districts.

Also, because 86 percent of African-American voters in Mississippi identify as Democrats, as a poll released last August by Magellan Strategies found, "this segment of voters plays a critical role in both leading one of the state's two major parties as well as serving as the base of the party's rank-and-file," Shrader said. "Thanks in part to robust, unwavering African-American support, the Mississippi Democratic Party's nominees can never be completely counted out of contention."

Tthe state's aging demographics may be an asset as well.

"Older, white voters who may be more prone to abstaining from voting for a minority candidate on the basis of race will eventually be exiting the pool of eligible voters," Shrader said. "They may likely be replaced by younger voters who are more racially tolerant and possibly less politically conservative than prior generations of white voters, opening new pockets of support for African-American statewide candidates."

Don't portend it idence in 'this'is up

In the end, Colom said, "What is certain is that the status quo can't, and shouldn't, continue. To isolate and exclude 40 percent of the population is unsustainable. To quote MLK: 'The arc of the moral universe is long, but it bends towards justice.'"

*Contact Jimmie E. Gates at 601-961-7212 orjgates@gannett.com. Follow him onFacebook andTwitter.*

# EXHIBIT R

"

"

**MISSISSIPPI TODAY**

**CONTINUING COVERAGE**   Legislative Guide 2023   Shaky science, fractured families   Health Crisis

**2023 LEGISLATIVE SESSION**

# 'Only in Mississippi': White representatives vote to create white-appointed court system for Blackest city in America

  by **Bobby Harrison** and **Adam Ganucheau**
February 7, 2023



Rep. Kathy Sykes, D-Jackson, left, asks Rep. Trey Lamar, R-Senatobia, a question concerning ... structure during a special session of the Legislature at the Capitol in Jackson Monday, August 27, ... edit: Eric J. Shelton, Mississippi Today/ Report for America

A white supermajority of the Mississippi House voted after an intense, four-plus hour debate to create a separate court system and an expanded police force within the city of Jackson — the Blackest city in America — that would be appointed completely by white state officials.

If **House Bill 1020** becomes law later this session, the white chief justice of the Mississippi Supreme Court would appoint two judges to oversee a new district within the city — one that includes all of the city's majority-white neighborhoods, among other areas. The white state attorney general would appoint four prosecutors, a court clerk, and four public defenders for the new district. The white state public safety commissioner would oversee an expanded Capitol Police force, run currently by a white chief.

The appointments by state officials would occur in lieu of judges and prosecutors being elected by the local residents of Jackson and Hinds County — as is the case in every other municipality and county in the state.

Mississippi's capital city is 80% Black and home to a higher percentage of Black residents than any major American city. Mississippi's Legislature is thoroughly controlled by white Republicans, who have redrawn districts over the past 30 years to ensure they can pass any bill without a single Democratic vote. Every legislative Republican is white, and most Democrats are Black.

After thorough and passionate dissent from Black members of the House, the bill passed 76-38 Tuesday primarily along party lines. Two Black member of the House — Rep. Cedric Burnett, a Democrat from Tunica, and Angela Cockerham, an independent from Magnolia — voted for the measure. All but one lawmaker representing the city of Jackson — Rep. Shanda Yates, a white independent — opposed the bill.

"Only in Mississippi would we have a bill like this … where we say solving the problem requires removing the vote from Black people," Rep. Ed Blackmon, a Democrat from Canton, said while pleading with his colleagues to oppose the measure.

**READ MORE**: **Hinds County forces unite against bill to create unelected judicial district, expanded police force**

For most of the debate, Jackson Mayor Chokwe Antar Lumumba — who has been publicly chided by the white Republicans who lead the Legislature — looked down on the House chamber from the gallery. Lumumba accused the Legislature **earlier this year** of practicing "plantation politics" in terms of its treatment of Jackson, and of the bill that passed Tuesday, he said: "It reminds me of apartheid."

Hinds County Circuit Judge Adrienne Wooten, who served in the House before being elected judge and would be one of the existing judges to lose jurisdiction under this House proposal, also watched the debate.

Public Safety Commissioner Sean Tindell, who oversees the Capitol Police, watched a portion of the debate from the House gallery, chuckling at times when Democrats made impassioned points about the bill. Lt. Gov. Delbert Hosemann, the only statewide elected official who owns a house in Jackson, walked onto the House floor shortly before the final vote.

Rep. Blackmon, a civil rights leader who has a decades-long history of championing voting issues, equated the current legislation to the Jim Crow-era 1890 Constitution that was written to strip voting rights from Black Mississippians.

"This is just like the 1890 Constitution all over again," Blackmon said from the floor. "We are doing exactly what they said they were doing back then: 'Helping those people because they can't govern themselves.'"

The bill was authored by Rep. Trey Lamar, a Republican whose hometown of Senatobia is 172 miles north of Jackson. It was sent to Lamar's committee by Speaker Philip Gunn instead of a House Judiciary Committee, where similar legislation normally would be heard.

"This bill is designed to make our capital city of Jackson, Mississippi, a safer place," Lamar said, citing numerous news sources who have covered Jackson's high crime rates. Dwelling on a long backlog of Hinds County court cases, Lamar said the bill was designed to "help not hinder the (Hinds County) court system."

"My constituents want to feel safe when they come here," Lamar said, adding the capital city belonged to all the citizens of the state. "Where I am coming from with this bill is to help the citizens of Jackson and Hinds County."

Many House members who represent Jackson on Tuesday said they were never consulted by House leadership about the bill. Several times during the debate, they pointed out that Republican leaders have never proposed increasing the number of elected judges to address a backlog of cases or increasing state funding to assist an overloaded Jackson Police Department.

In earlier sessions, the Legislature created the Capitol Complex Improvement District, which covers much of the downtown, including the state government office complex and other areas of Jackson. The bill would extend the existing district south to Highway 80, north to County Line Road, west to State Street and east to the Pearl River. Between 40,000 and 50,000 people live within the area.

Opponents of the legislation, dozens of whom have protested at the Capitol several days this year, accused the authors of carving out mostly white, affluent areas of the city to be put in the new district.

The bill would double the funding for the district to $20 million in order to increase the size of the **existing Capitol Police force**, which has received broad criticism from Jacksonians for shooting several people in recent months with little accountability.

The new court system laid out in House Bill 1020 is estimated to cost $1.6 million annually.

Democratic members of the House said if they wanted to help with the crime problem, the Legislature could increase the number of elected judges in Hinds County. Blackmon said Hinds County was provided four judges in 1992 when a major redistricting occurred, and that number has not increased since then even as the caseload for the four judges has exploded.

In addition, Blackmon said the number of assistant prosecuting attorneys could be increased within Hinds County. In Lamar's bill, the prosecuting of cases within the district would be conducted by attorneys in the office of Attorney General Lynn Fitch, who is white.

Blackmon said the bill was "about a land grab," not about fighting crime. He said other municipalities in the state had higher crime rates than Jackson. Blackmon asked why the bill would give the appointed judges the authority to hear civil cases that had nothing to do with crime.

"When Jackson becomes the No. 1 place for murder, we have a problem," Lamar responded, highlighting the city's long backlog of court cases. Several Democrats, during the debate, pointed out that the state of Mississippi's crime lab has a lengthy backlog, as well, adding to the difficult in closing cases in Hinds County.

Lamar said the Mississippi Constitution gives the Legislature the authority to create "inferior courts," as the Capitol Complex system would be. The decisions of the appointed judges can be appealed to Hinds County Circuit Court.

Democrats offered seven amendments, including one to make the judges elected. All were defeated primarily along partisan and racial lines.

"We are not incompetent," said Rep. Chris Bell, D-Jackson. "Our judges are not incompetent."

An amendment offered by Rep. Cheikh Taylor, D-Starkville, to require the Capitol Police to wear body cameras was approved. Lamar voiced support for the amendment.

Much of the debate centered around the issue of creating a court where the Black majority in Hinds County would not be allowed to vote on judges.

One amendment that was defeated would require the appointed judges to come from Hinds County. Lamar said by allowing the judges to come from areas other than Hinds County would ensure "the best and brightest" could serve. Black legislators said the comment implied that he judges and other court staff could not be found within the Black majority population of Hinds County.

When asked why he could not add more elected judges to Hinds County rather than appointing judges to the new district, Lamar said, "This is the bill that is before the body."

© 2023 Nonprofit Mississippi News.

Proudly powered by Newspack by Automattic

# EXHIBIT S

"

"

## CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI

Winston Kidd,
Senior Circuit Judge

Adrienne Wooten,
Circuit Judge



E. Faye Peterson,
Circuit Judge

Debra Gibbs,
Circuit Judge

January 30, 2023

## NEWS PRESS RELEASE

**For Immediate Release**

**The Judges of Hinds County, Mississippi Oppose HB 1020:**

Attached is the Official Statement Opposing HB 1020 from the Circuit Judges of the Seventh Judicial District, the Chancery Judges of the Fifth Judicial District, the Judges of the Hinds County Court, and the Justice Court Judges of Hinds County, Mississippi. This Statement is joined by Gerald Mumford, Hinds County Prosecutor. There will be an official press conference at 12:00 p.m. on tomorrow, January 31, 2023 at the front entrance of the Hinds County Courthouse.

January 30, 2023

## Official Statement Opposing HB 1020 of the Circuit Judges of the Seventh Judicial District, the Chancery Judges of the Fifth Judicial District, the Judges of the Hinds County Court, and the Justice Court Judges of Hinds County.

Pending in the Legislature is House Bill 1020 a proposed bill which as it is written would violate the Constitution of the State of Mississippi by disenfranchising voters of Hinds County, Mississippi in their selection of Circuit, Chancery, County and Justice Court judges within the proposed boundaries of the Capital Complex Improvement District. House Bill 1020 undermines, and limits the constitutionally and statutorily vested authority, power, and jurisdiction of the Circuit, Chancery, County and Justice Court Judges and places the power of those Judges with appointed judges in violation of the Constitution of the State of Mississippi.

The Constitution of the State of Mississippi mandates the election of all Circuit, Chancery, County and Justice Court Judges for every established jurisdiction. HB 1020 carves out a new jurisdiction within Hinds County and creates a self-governing court for all persons, businesses, or government entities within the boundaries of the CCID. HB 1020 removes all those entities from the authority of the elected judges of the Circuit, Chancery, County and Justice Court Judges Court of Hinds County. This subdistrict is being created by general legislation which the Constitution of the State of Mississippi specifically prohibits (see Article 14 Sec 260 of the Constitution of the State of Mississippi). "[N]or shall the boundary of any judicial district in a county be changed, unless, at an election held for that purpose, two-thirds of those voting assent."

Article 6, Section 153 mandates the **election** of Circuit and Chancery Court Judges. The proposed appointment of judges within a new jurisdiction within the judicial district, will divest authority within Hinds County and amend or subvert constitutional guarantees and authorities.

House Bill 1020 removes the authority of the Circuit, Chancery, County and Justice Court judges from hearing and presiding over cases within the proposed Capital Complex Improvement District and takes the constitutional power of elected judges and gives it to Judges appointed by the Supreme Court.

This provision applies to chancery and county matters as well as circuit matters. If HB 1020 is passed the residents of all counties will be impacted. Based upon the broad language of the proposed bill the CCID courts will have **exclusive jurisdiction** over all Mississippi Consumer Protection Act cases, all Department of Human Services cases, all cases involving confirmation of tax sales, all appeals from the Mississippi Department of Revenue all appeals from licensing boards, all cases initiated by the State Auditor's Office and all decisions by the Mississippi Department of Environmental Quality, all appeals of decisions of Medicaid as well as a myriad of other matters which directly involve the citizens located in all eighty-two (82) Mississippi counties. The proposed bill will establish venue for all of these actions solely in the CCID courts, effectively removing these matters from consideration by the locally elected chancellors of all counties. Article 4 Section 90 of the Mississippi Constitution prohibits the legislature from enacting any local laws which change the venue of civil and criminal cases.

HB 1020 is not a constitutional amendment but instead general legislation which does not comply with the laws of the State of Mississippi required to amend any Article or Section of the State Constitution. An Amendment to the Constitution must be placed on a ballot and adopted by a majority vote of the people of the entire state of Mississippi. The legislature cannot by a general bill divest the power of any Court

Every provision of House Bill 1020 is repugnant to the Constitution of the State of Mississippi and we are opposed to its introduction in either the House or in any similar form in the Senate for the reason that our Constitution specifically guarantees that the right of the people to Amend the Constitution of the State of Mississippi and that those vested rights, powers, duties, jurisdictions and authorities cannot be changed by a general bill.

The Judges of the Circuit, Chancery, County and Justice Courts of all Judicial Districts of Hinds County submit this as our objection to HB 1020.

So Say We One So Say We all this the 30th day of January 2023.

Winston Kidd, Senior Circuit Judge

Adrienne Wooten, Circuit Judge

Debra Gibbs, Circuit Judge

Eleanor Peterson, Circuit Judge

Larita Cooper-Stokes, Senior County Judge

Carlyn Hicks, County Judge

Frank Sutton, Senior Justice Court Judge

Tabitha Britton Porter, Justice Court Judge

Kenny Lewis, Justice Court Judge

Dewayne Thomas, Senior Chancellor

Crystal Wise Martin, Chancellor

Tametrice Hodges, Chancellor

Tiffany Grove, Chancellor

Johnnie McDaniels, County Judge

Don Palmer, Justice Court Judge

Pearlie Brown Owens, Justice Court Judge

Hon. Gerald Mumford, Hinds County Prosecutor

# EXHIBIT T

""

""

**The New York Times**

https://www.nytimes.com/2023/04/10/us/jackson-mississippi-crime-police.html

# *Revised Plan for Justice System in Mississippi Capital Leaves Same Bitter Divide*

A new plan for overhauling the police and courts imposed by the mostly white Mississippi Legislature received a cold response in the mostly Black capital of Jackson.

**By Michael Wines**

April 10, 2023

4 MIN READ

For weeks, Mississippi's overwhelmingly white and Republican Legislature has had an often heated debate over the relationship with its overwhelmingly Black and Democratic capital city, one that reflects the national differences over race and politics writ large.

The debate is over. Unsurprisingly, the differences remain.

On the final day of March, the Legislature sent Gov. Tate Reeves new legislation imposing a state-controlled police force and a second court system within the boundaries of Jackson, the troubled capital city of 150,000 that is the center of Black political power in the state. Nearly four in 10 Mississippians are Black, making it the state with the highest percentage of Black residents in the country. More than eight in 10 Jackson residents are.

The legislation, a compromise version of bills that the State House and Senate first passed last month, won final approval in votes that fell almost completely along racial and party lines. No Democrats supported the measures; only one of the 54 Black lawmakers in the Legislature, a political independent, did.

From the beginning, the Republicans who wrote the legislation and shepherded it to final passage insisted that they had not sought to usurp the authority of the city's leaders, but rather wanted to help them battle a ferocious crime problem. Democrats — in particular, the 53 Black Democrats — called it a partisan power grab aimed at the Black political leadership in Jackson.

"It's like post-Reconstruction," Representative Robert L. Johnson III, the minority leader in the House, said, referring to the collapse of political rights that Black Americans briefly enjoyed after the Civil War. "They say: 'You've had control for a while. But now we're taking it back.'"

Neither the Republican sponsor of the legislation, Representative Trey Lamar, nor Speaker Philip A. Gunn, a Republican representing part of Hinds County, which includes Jackson, responded to requests for comment.

But in debate over the final version of the legislation on March 31, Mr. Lamar angrily fired back against critics of the measure. "If I have to stand here and listen to being called a racist because I'm trying to do the right thing, we're going to talk about the color that matters and that's the red that flows in my veins and yours alike," he said.

Revised Plan for Jackson System Criticized as Capital Leaves Affordable Drinking Water Out of Storms - The New York Times

"We're not going to turn over hundreds of millions of dollars to a city government over the last several years that's theme is this — no water, no sewer, no garbage collection, no attempt to collect the necessary fees that operate those systems," he added.

Nobody disputes that Jackson has a serious crime problem; in some recent years, the murder rate has been among the nation's highest. "Crime in Jackson, especially violent crime, has gotten out of hand," State Senator John Horhn, a Democrat who is Black, said in an interview. City leaders, who have bitterly protested the plan and the Legislature's imposition of it on Jackson, seem helpless to rebuild their shrunken Police Department, he said, and courts are seen as too slow to hear criminal charges and too lenient in sentencing.



Philip A. Gunn, the speaker of the House, is a Republican representing part of Hinds County, which includes Jackson.  Rogelio V. Solis/Associated Press

But the roots of such problems — such as a shrinking tax base to pay for running the city, including police protection and readying serious crime cases for court hearings — defy simple solutions, Mr. Horhn said. He likened the Legislature's bills to "a bunch of guys who throw something against a wall to see if it will stick."

In fact, the legislation passed on March 31 addresses some of the problems that Mr. Horhn and other Democrats lament. It allots state money for new judges, prosecutors and public defenders in the existing judicial system in Hinds County, where courts are overwhelmed by criminal cases. It potentially doubles police protection in Jackson by allowing a well-funded Capitol Police force — originally created to patrol a compact district surrounding state government buildings — to operate anywhere in the city.

To opponents, however, any benefits are far eclipsed by the shortcomings. Chief among them, they charge, is that much of the legislation amounts to a takeover of Jackson's municipal duties by a white political and judicial establishment that does not answer to the city's voters. Instead it largely benefits Jackson's comparatively few white residents.

For example, critics say, the new bills expand the original district patrolled by the Capitol Police northward to cover most of the city's long-established white neighborhoods — neighborhoods that will now be protected primarily by the state, instead of the undermanned Jackson Police Department.

While a smaller expansion in the southern part of the city incorporates predominantly Black areas, critics say the racial composition of the new district remains disproportionately white compared with the entire city.

The expanded police district also will be served by a new and separate municipal court, its judge and staff chosen and paid by the state, that will hear misdemeanor cases and process felony arrests, setting bail and other conditions before trials are held elsewhere.

Notably, people convicted of misdemeanors would not be sent to local jails, but to the Central Mississippi Correctional Facility in nearby Pearl, one of four state prisons that are being investigated by the U.S. Justice Department for substandard and dangerous conditions. The department released a damning report last April on conditions at Mississippi State Penitentiary, the state's main prison, and said inquires at the remaining three were continuing.

Jackson's predominantly white neighborhoods "will now have their own special court, special judges, special prosecutors and special police force," Cliff Johnson, the director of the MacArthur Justice Center at the University of Mississippi, said. And anyone convicted of a misdemeanor meriting jail time would serve time in the state's troubled prison system, not a local lockup.

State Representative Earle S. Banks, a Jackson resident who was the lone Democrat on the House conference committee that helped craft the final legislation, said in an interview that he was able to add provisions that would benefit the city that involved new public defenders and prosecutors. But he said he was excluded from committee meetings where the final versions of the bills were prepared, and requested the changes only after that version was handed to him minutes before the 8 p.m. deadline for voting on the measure.

Mr. Banks refused to sign the conference report. "They decided what they were going to do, and I was one vote out of six," he said. "They really did not need me."

Kirsten Noyes contributed research.

# EXHIBIT U

""

""

Please note that new Connecticut county level geographies are not availabe within the map.

🇺🇸 An official website of the United States government



---

## QuickFacts
### DeSoto County, Mississippi

QuickFacts provides statistics for all states and counties, and for cities and towns with a ***population of 5,000 or more***.

## Table

| All Topics | DeSoto County, Mississippi |
|---|---|
| **Population Estimates, July 1, 2022, (V2022)** | ⚠ 191,723 |
| 👤 **PEOPLE** | |
| **Population** | |
| **Population Estimates, July 1, 2022, (V2022)** | ⚠ 191,723 |
| Population Estimates, July 1, 2021, (V2021) | ⚠ 189,042 |
| Population estimates base, April 1, 2020, (V2022) | ⚠ 185,317 |
| Population estimates base, April 1, 2020, (V2021) | ⚠ 185,317 |
| Population, percent change - April 1, 2020 (estimates base) to July 1, 2022, (V2022) | ⚠ 3.5% |
| Population, percent change - April 1, 2020 (estimates base) to July 1, 2021, (V2021) | ⚠ 2.0% |
| Population, Census, April 1, 2020 | 185,314 |
| Population, Census, April 1, 2010 | 161,252 |
| **Age and Sex** | |
| Persons under 5 years, percent | ⚠ 5.8% |
| Persons under 18 years, percent | ⚠ 25.2% |
| Persons 65 years and over, percent | ⚠ 13.4% |
| Female persons, percent | ⚠ 51.8% |
| **Race and Hispanic Origin** | |
| White alone, percent | ⚠ 63.5% |
| Black or African American alone, percent  (a) | ⚠ 32.6% |
| American Indian and Alaska Native alone, percent  (a) | ⚠ 0.3% |
| Asian alone, percent  (a) | ⚠ 1.7% |
| Native Hawaiian and Other Pacific Islander alone, percent  (a) | ⚠ 0.1% |
| Two or More Races, percent | ⚠ 1.7% |
| Hispanic or Latino, percent  (b) | ⚠ 5.3% |
| White alone, not Hispanic or Latino, percent | ⚠ 58.9% |
| **Population Characteristics** | |
| Veterans, 2017-2021 | 10,445 |
| Foreign born persons, percent, 2017-2021 | 3.9% |
| **Housing** | |
| Housing units, July 1, 2021, (V2021) | 74,107 |
| Owner-occupied housing unit rate, 2017-2021 | 76.1% |
| Median value of owner-occupied housing units, 2017-2021 | $193,400 |
| Median selected monthly owner costs -with a mortgage, 2017-2021 | $1,406 |
| Median selected monthly owner costs -without a mortgage, 2017-2021 | $446 |
| Median gross rent, 2017-2021 | $1,132 |
| Building permits, 2021 | 1,808 |
| **Families & Living Arrangements** | |
| Households, 2017-2021 | 67,024 |
| Persons per household, 2017-2021 | 2.72 |
| Living in same house 1 year ago, percent of persons age 1 year+, 2017-2021 | 87.1% |
| Language other than English spoken at home, percent of persons age 5 years+, 2017-2021 | 5.5% |
| **Computer and Internet Use** | |
| Households with a computer, percent, 2017-2021 | 95.5% |
| Households with a broadband Internet subscription, percent, 2017-2021 | 90.0% |

**Education**

| | |
|---|---|
| High school graduate or higher, percent of persons age 25 years+, 2017-2021 | 91.1% |
| Bachelor's degree or higher, percent of persons age 25 years+, 2017-2021 | 26.1% |
| **Health** | |
| With a disability, under age 65 years, percent, 2017-2021 | 8.8% |
| Persons without health insurance, under age 65 years, percent | ⚠ 11.1% |
| **Economy** | |
| In civilian labor force, total, percent of population age 16 years+, 2017-2021 | 67.5% |
| In civilian labor force, female, percent of population age 16 years+, 2017-2021 | 62.5% |
| Total accommodation and food services sales, 2017 ($1,000)　(c) | 427,989 |
| Total health care and social assistance receipts/revenue, 2017 ($1,000)　(c) | 727,146 |
| Total transportation and warehousing receipts/revenue, 2017 ($1,000)　(c) | 539,044 |
| Total retail sales, 2017 ($1,000)　(c) | 2,862,124 |
| Total retail sales per capita, 2017　(c) | $15,966 |
| **Transportation** | |
| Mean travel time to work (minutes), workers age 16 years+, 2017-2021 | 26.1 |
| **Income & Poverty** | |
| Median household income (in 2021 dollars), 2017-2021 | $73,460 |
| Per capita income in past 12 months (in 2021 dollars), 2017-2021 | $32,431 |
| Persons in poverty, percent | ⚠ 10.8% |

## 📊 BUSINESSES

**Businesses**

| | |
|---|---|
| Total employer establishments, 2021 | 3,186 |
| Total employment, 2021 | 56,162 |
| Total annual payroll, 2021 ($1,000) | 2,261,070 |
| Total employment, percent change, 2020-2021 | -2.8% |
| Total nonemployer establishments, 2019 | 15,205 |
| All employer firms, Reference year 2017 | 2,239 |
| Men-owned employer firms, Reference year 2017 | 1,308 |
| Women-owned employer firms, Reference year 2017 | 271 |
| Minority-owned employer firms, Reference year 2017 | 242 |
| Nonminority-owned employer firms, Reference year 2017 | 1,578 |
| Veteran-owned employer firms, Reference year 2017 | 163 |
| Nonveteran-owned employer firms, Reference year 2017 | 1,639 |

## 🌐 GEOGRAPHY

**Geography**

| | |
|---|---|
| Population per square mile, 2020 | 389.0 |
| Population per square mile, 2010 | 338.7 |
| Land area in square miles, 2020 | 476.35 |
| Land area in square miles, 2010 | 476.15 |
| FIPS Code | 28033 |

About datasets used in this table

**Value Notes**

  Estimates are not comparable to other geographic levels due to methodology differences that may exist between different data sources.

Some estimates presented here come from sample data, and thus have sampling errors that may render some apparent differences between geographies statistically indistinguishable. ] Click the Quick Info ⓘ icon to the left of each row in T/ learn about sampling error.

In Vintage 2022, as a result of the formal request from the state, Connecticut transitioned from eight counties to nine planning regions. For more details, please see the Vintage 2022 release notes available here: Release Notes.

The vintage year (e.g., V2022) refers to the final year of the series (2020 thru 2022). Different vintage years of estimates are not comparable.

Users should exercise caution when comparing 2017-2021 ACS 5-year estimates to other ACS estimates. For more information, please visit the 2021 5-year ACS Comparison Guidance page.

**Fact Notes**

|   |   |
|---|---|
| **(a)** | Includes persons reporting only one race |
| **(c)** | Economic Census - Puerto Rico data are not comparable to U.S. Economic Census data |
| **(b)** | Hispanics may be of any race, so also are included in applicable race categories |

**Value Flags**

|   |   |
|---|---|
| **-** | Either no or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest or upper interval of an open ende |
| **F** | Fewer than 25 firms |
| **D** | Suppressed to avoid disclosure of confidential information |
| **N** | Data for this geographic area cannot be displayed because the number of sample cases is too small. |
| **FN** | Footnote on this item in place of data |
| **X** | Not applicable |
| **S** | Suppressed; does not meet publication standards |
| **NA** | Not available |
| **Z** | Value greater than zero but less than half unit of measure shown |

QuickFacts data are derived from: Population Estimates, American Community Survey, Census of Population and Housing, Current Population Survey, Small Area Health Insurance Estimates, Small Area Income and Poverty Estimates, Stat Housing Unit Estimates, County Business Patterns, Nonemployer Statistics, Economic Census, Survey of Business Owners, Building Permits.

**CONNECT WITH US**  f  𝕏  in  ▶  ◎

Information Quality | Data Linkage Infrastructure | Data Protection and Privacy Policy | Accessibility | FOIA | Inspector General | No FEAR Act | U.S. Department of Commerce | USA.gov

**Measuring America's People, Places, and Economy**