IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; JACKSON CITY BRANCH OF THE NAACP; DERRICK JOHNSON; FRANK FIGGERS; CHARLES TAYLOR; MARKYEL PITTMAN; CHARLES JONES; and NSOMBI LAMBRIGHT-HAYNES, <br><br>     *Plaintiffs*, <br><br> v. <br><br> TATE REEVES, in his official capacity as Governor of the State of Mississippi; SEAN TINDELL, in his official capacity as Commissioner of Public Safety; BO LUCKEY, in his official capacity as Chief of the Mississippi Department of Public Safety Office of Capitol Police; MICHAEL K. RANDOLPH, in his official capacity as Chief Justice of the Mississippi Supreme Court; and LYNN FITCH, in her official capacity as Attorney General of the State of Mississippi, <br><br>     *Defendants*. | Case No. 3:23-cv-272-HTW-LGI <br><br> **NOTICE OF DISCOVERY OF ERROR IN FILING** |

  Counsel for Plaintiffs has discovered that they erroneously attached the Exhibits in support of Plaintiffs' Necessitous and Urgent Motion for a Temporary Restraining Order to the Memorandum in Support of that Motion, instead of to the Motion itself, as required by Local Uniform Civil Rule 7(b)(2). Pursuant to Section 3.G of this Court's

Administrative Procedures for Electronic Case Filing, counsel for Plaintiffs will contact the Clerk as soon as the Clerk's office opens for business on Monday, May 1, 2023, to seek guidance on how to correct this error.

Respectfully submitted this 29th day of April, 2023.

| | |
|---|---|
| */s/ Eric H. Holder, Jr.* <br> Eric H. Holder, Jr.,* DC Bar # 303115 <br> Carol M. Browner,* DC Bar # 90004293 <br> Megan A. Crowley,* DC Bar # 1049027 <br> Gary S. Guzy,* DC Bar # 375977 <br> Mark H. Lynch,* DC Bar # 193110 <br> Brenden J. Cline,* DC Bar # 1021317 <br> **COVINGTON & BURLING LLP** <br> One CityCenter <br> 850 Tenth Street NW <br> Washington, DC 20001 <br> Tel: (202) 662-6000 <br> Fax: (202) 662-6291 <br> eholder@cov.com <br> cbrowner@cov.com <br> mcrowley@cov.com <br> gguzy@cov.com <br> mlynch@cov.com <br> bcline@cov.com <br><br> *Counsel for NAACP* <br><br> **Pro Hac Vice* Applications to be Filed | */s/ Carroll Rhodes* <br> Carroll Rhodes, Esq. MS Bar, # 5314 <br> **LAW OFFICES OF CARROLL RHODES** <br> POST OFFICE BOX 588 <br> HAZLEHURST, MS 39083 <br> Telephone: (601) 894-4323 <br> Fax: (601) 894-1464 <br> crhode@bellsouth.net <br><br> Janette Louard,* OH Bar # 066257 <br> Anthony Ashton,* MD Bar # 9712160021 <br> Joe R. Schottenfeld,* DC Bar # 1735796 <br> **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE** <br> 4805 Mt. Hope Drive <br> Baltimore, MD 21215 <br> Tel: (410) 580-5777 <br> Fax: (410) 358-9350 <br> jlouard@naacpnet.org <br> aashton@naacpnet.org <br> jschottenfeld@naacpnet.org <br><br> *Counsel for All Plaintiffs* <br><br> **Pro Hac Vice* Applications to be Filed |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29th, 2023, I electronically filed the foregoing Notice of Discovery of Error in Filing with the Clerk of the Court by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Carroll Rhodes
Carroll Rhodes
