# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; JACKSON CITY BRANCH OF THE NAACP; DERRICK JOHNSON; FRANK FIGGERS; CHARLES TAYLOR; MARKYEL PITTMAN; CHARLES JONES; and NSOMBI LAMBRIGHT-HAYNES,

     *Plaintiffs*,

 v.

TATE REEVES, in his official capacity as Governor of the State of Mississippi; SEAN TINDELL, in his official capacity as Commissioner of Public Safety; BO LUCKEY, in his official capacity as Chief of the Mississippi Department of Public Safety Office of Capitol Police; MICHAEL K. RANDOLPH, in his official capacity as Chief Justice of the Mississippi Supreme Court; and LYNN FITCH, in her official capacity as Attorney General of the State of Mississippi,

     *Defendants*.

Case No. 3:23-cv-272-HTW-LGI

**MOTION FOR ADMISSION OF JOESEPH SCHOTTENFELD PRO HAC VICE AS A COUNSEL FOR THE PLAINTIFFS**

 COMES NOW Carroll Rhodes, a member of the Mississippi Bar, in good standing, and a member of the Bar of this Court, and moves the admission of Joseph Schottenfeld, Esq., pro hac vice, as a counsel for the Plaintiffs. Attached to this Motion

1

are the application for admission pro hac vice submitted by Joseph Schottenfeld, Esq., along with a certificate of his admission to the Bar of the District of Columbia.

The undersigned submits that Joseph Schottenfeld, Esq., has not been admitted in any other case in this jurisdiction.

The filing fee of $100.00 has been paid.

WHEREFORE, PREMISES CONSIDERED, Carroll Rhodes moves the Court for the admission of Joseph Schottenfeld, Esq., pro hac vice, as a counsel for the Plaintiffs.

Respectfully submitted this 2nd day of May, 2023.

/s/ Eric H. Holder, Jr.
Eric H. Holder, Jr.,* DC Bar # 303115
Carol M. Browner,* DC Bar # 90004293
Megan A. Crowley,* DC Bar # 1049027
Gary S. Guzy,* DC Bar # 375977
Mark H. Lynch,* DC Bar # 193110
Brenden J. Cline,* DC Bar # 1021317
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-6000
Fax: (202) 662-6291
eholder@cov.com
cbrowner@cov.com
mcrowley@cov.com
gguzy@cov.com
mlynch@cov.com
bcline@cov.com

*Counsel for NAACP*

**Pro Hac Vice* Applications to be Filed*

/s/ Carroll Rhodes
Carroll Rhodes, Esq. MS Bar, # 5314
**LAW OFFICES OF CARROLL RHODES**
POST OFFICE BOX 588
HAZLEHURST, MS 39083
Telephone: (601) 894-4323
Fax: (601) 894-1464
crhode@bellsouth.net

Janette Louard,* OH Bar # 066257
Anthony Ashton,* MD Bar # 9712160021

Joe R. Schottenfeld,* DC Bar # 1735796
**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**
4805 Mt. Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
Fax: (410) 358-9350
jlouard@naacpnet.org
aashton@naacpnet.org
jschottenfeld@naacpnet.org

*Counsel for All Plaintiffs*

*Pro Hac Vice* Applications to be Filed

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2023, I electronically filed the foregoing Motion with the Clerk of the Court by using the Court's PACER/CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<u>/s/ Carroll Rhodes</u>
Carroll Rhodes