Form 6 (ND/SD Miss. Dec. 2016)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

NATIONAL ASSOCIATION FOR        Plaintiff

v.                                                                      CIVIL ACTION NO.   3:23-cv-272-HTW-LGI

TATE REEVES, in his official capa        Defendant

## APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Gary Guzy

Firm Name: Covington & Burling, LLP

Office Address: One CityCenter, 850 Tenth Street, NW

City: Washington   State: DC   Zip: 20001

Telephone: 202-662-5978   Fax:

E-Mail: gguzy@cov.com

(B) Client(s): NAACP

Address: 4805 Mt. Hope Drive

City: Baltimore   State: MD   Zip: 21215

Telephone: 410-580-5777   Fax:

The following information is optional:

Form 6 (ND/SD Miss. Dec. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)   I am admitted to practice in the:

☐   State of _____

☑   District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

District of Columbia Court of Appeals
500 Indiana Avenue, NW
Washington, DC 20001
(202) 879-1700
https://www.dccourts.gov/court-of-appeals/clerk

All other courts before which I have been admitted to practice:

2

Form 6 (ND/SD Miss. Dec. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| Supreme Court of the United States | 1987 to present |
| U.S. Court of Appeals for the District of Columbia | 2019 to present |
| U.S. Court of Appeals for the Second Circuit | 2021 to present |
| U.S. Court of Appeals for the Ninth Circuit | 2018 to present |
| U.S. District Court for the District of Columbia | 2017 to present |
| Bar of the State of New York | 1982 to present |

(D)   Have you been denied admission pro hac vice in this state?   Yes ☐   No ☑

Have you had admission pro hac vice revoked in this state?   Yes ☐   No ☑

Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years?   Yes ☐   No ☑

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

(E)   Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years?   Yes ☐   No ☑

3

FORM 6 (ND/SD MISS. DEC. 2016)

        If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

                                                                                                                                                     Yes    No

(F)       Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years   ◯    ⦿
            for disobeying its rules or orders?

        If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)      Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
|   |   |   |

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H)   Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court          Style of Case

(I)   Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?    Yes ● No ○

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?    Yes ● No ○

(J)   Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number    Carroll Rhodes, Esq. MS Bar, #5314

Firm Name:   Law Offices of Carroll Rhodes

Office Address:   Post Office Box 588

City: Hazlehurst          State: MS      Zip: 39083

Telephone: 601-894-4323      Fax: 601-894-1464

Email address: crhode@bellsouth.net

5

FORM 6 (ND/SD MISS. DEC. 2016)

(K)     The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

May 2, 2023
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the __3rd__ day of __May__, 20__23__.

_____
Resident Attorney