IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE;
MISSISSIPPI STATE CONFERENCE OF
THE NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE;
JACKSON CITY BRANCH OF THE NAACP;
DERRICK JOHNSON; FRANK FIGGERS;
CHARLES TAYLOR; MARKYEL PITTMAN;
CHARLES JONES; and NSOMBI
LAMBRIGHT-HAYNES                                                                  PLAINTIFFS

vs.                                           CIVIL ACTION No.: 3:23-CV-272-HTW-LGI

TATE REEVES, in his official capacity as
Governor of the State of Mississippi; SEAN
TINDELL, in his official capacity as
Commissioner of Public Safety; BO LUCKY,
in his official capacity as Chief of Mississippi
Department Public Office of Capitol Police;
MICHAEL K. RANDOLPH, in his official
Capacity as Chief Justice of the Mississippi
Supreme Court; and LYNN FITCH, in her
official capacity as Attorney General of the
State of Mississippi                                                              DEFENDANTS

**ORDER**

On this day, May 4, 2023, the Chancery Court of Hinds County, Mississippi, entered a preliminary injunction [Docket no. 21-1] ordering that the "effectuation of the provisions of House Bill 1020 be stayed until a full hearing is had on the matter and a ruling is issued, or until May 14, 2023, at 5:00 p.m., whichever shall occur first." The next hearing in Hinds County Chancery Court on this matter is currently scheduled for Wednesday, May 10, 2023 [See Docket no. 20, p. 2].

1

This Court, accordingly, hereby cancels its previously set Hearing for May 5, 2023, at 1:30 PM, regarding Plaintiff's Necessitous and Urgent Motion for a Temporary Restraining Order [Docket no. 11]. This Court further cancels its previously scheduled Hearing for May 5, 2023, at 9:30 AM, regarding the issue if Judicial Immunity, as it applies to Defendant Chief Justice Michael K. Randolph[1]. These Hearings shall be reset for a later date and time, should this Court find such a course of action to be necessary.

**SO ORDERED this the 4th day of May, 2023.**

/s/HENRY T. WINGATE  
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] The State Court ordered that the Chief Justice's Motion to Dismiss based on judicial immunity it be heard first during its May 10, 2023, Hearing.