IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| National Association for the Advancement of Colored People, Mississippi State Conference of The National Association for the Advancement of Colored People; Jackson City Branch of the NAACP; Derrick Johnson; Frank Figgers; Charles Taylor; Markyel Pittman; Charles Jones; and Nsombi Lambright-Haynes | Plaintiffs |
| vs. | Case No. 3:23-cv-272-HTW-LGI |
| Tate Reeves, in his official capacity as Governor of the State of Mississippi; Sean Tisdell, in his official capacity as Commissioner of Public Safety; Bo Luckey, in his official capacity as Chief of the Mississippi Department of Public Safety Office of Capitol Police; Michael K. Randolph, in his official capacity as Chief Justice of the Mississippi Supreme Court; and Lynn Fitch, in her official capacity as Attorney General of the State of Mississippi | Defendants |

<u>**Notice**</u>

To all Counsel of Record:

Please take notice that the Defendant, Michael K. Randolph, in his official capacity as Chief Justice of the Mississippi Supreme Court, files the following exhibits into the record herein, to-wit:

1) Attached as Exhibit 1 is the Memorandum Opinion and Findings of Fact and Conclusions of Law Granting Motion to Dismiss on Behalf of Defendant, Honorable Michael K. Randolph, in his Official Capacity as Chief Justice of the Mississippi Supreme Court, filed today in the Chancery Court of the First Judicial District of Hinds County, Mississippi, Case No. G2023-421; and

2) Attached as Exhibit 2 is the Final Judgment of the Court Granting Motion to Dismiss on Behalf of Defendant, Honorable Michael K. Randolph, in his Official Capacity as Chief Justice of the Mississippi Supreme Court with Prejudice, filed today in the Chancery Court of the First Judicial District of Hinds County, Mississippi, Case No. G2023-421.

Respectfully submitted, this the 11th day of May, 2023.

Respectfully submitted,

Michael K. Randolph, in his
official capacity as Chief Justice
of the Mississippi Supreme Court

*/s/ Mark A. Nelson*

By:_____
Mark A. Nelson, MB #3808

Of Counsel:

Mark A. Nelson, MB #3808
Ned A. Nelson, MB #105712
Nelson Law PLLC
7 Woodstone Plaza, Ste. 7
Hattiesburg, MS  39402
Telephone: 601.602.6031
Facsimile: 601.602.3251
mark@nelsonfirm.law
ned@nelsonfirm.law

**Certificate of Service**

I, Mark A. Nelson, hereby certify that on this the 3rd day of May, 2023, I electronically filed the foregoing with Clerk of the Court using the ECF system which will provide notice to all counsel of record.

/s/ *Mark A. Nelson*
_____
Mark A. Nelson