IN THE CHANCERY COURT OF THE FIRST JUDICIAL DISTRICT OF
HINDS COUNTY, MISSISSIPPI

ANN SAUNDERS; SABREEN SHARRIEF;
and DOROTHY TRIPLETT            PLAINTIFFS

VS.            CIVIL ACTION NO. G2023-421 T/1

HONORABLE MICHAEL K. RANDOLPH, IN HIS
OFFICIAL CAPACITY AS CHIEF JUSTICE OF THE
MISSISSIPPI SUPREME COURT; ZACK WALLACE,
IN HIS OFFICIAL CAPACITY AS CIRCUIT CLERK
OF THE CIRCUIT COURT OF HINDS COUNTY,
MISSISSIPPI; and GREG SNOWDEN, IN HIS
OFFICIAL CAPACITY AS DIRECTOR OF THE
ADMINISTRATIVE OFFICE OF COURTS            DEFENDANTS



FILED
MAY 11 2023
EDDIE JEAN CARR, CHANCERY CLERK
BY _____ D.C.

AND

STATE OF MISSISSIPPI *EX REL.*
ATTORNEY GENERAL LYNN FITCH            DEFENDANT-INTERVENOR

---

**FINAL JUDGMENT OF THE COURT GRANTING *MOTION TO DISMISS ON BEHALF OF DEFENDANT, HONORABLE MICHAEL K. RANDOLPH, IN HIS OFFICIAL CAPACITY AS CHIEF JUSTICE OF THE MISSISSIPPI SUPREME COURT* [MEC # 16] WITH PREJUDICE**

---

**BEFORE THIS COURT** is the *Motion To Dismiss On Behalf Of Defendant, Honorable Michael K. Randolph, In His Official Capacity As Chief Justice Of The Mississippi Supreme Court* [MEC # 16], Plaintiffs' *Response to Defendant Randolph's Motion to Dismiss on Judicial Immunity Grounds* [MEC #32], and Defendant Randolph's *Reply in Support of*


EXHIBIT 2

*Motion to Dismiss* [MEC #47]. This Court held full hearing on the matter on May 10, 2023, allowing all argument in support of and in opposition thereto. After careful consideration of all pleadings filed and all argument offered at hearing, this Court rendered its *Memorandum Opinion and Findings of Fact and Conclusions of Law Granting Motion To Dismiss On Behalf Of Defendant, Honorable Michael K. Randolph, In His Official Capacity As Chief Justice Of The Mississippi Supreme Court* [MEC # 16]. The Court now enters this its *Final Judgment* incorporating said *Memorandum Opinion* in its entirety and dismissing this action against Defendant Randolph with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims filed by Plaintiffs against Defendant, Honorable Michael K. Randolph, in His Official Capacity as Chief Justice of the Mississippi Supreme Court are hereby dismissed with prejudice for the reasons set forth in this Court's *Memorandum Opinion and Findings of Fact and Conclusions of Law Granting Motion To Dismiss On Behalf Of Defendant, Honorable Michael K. Randolph, In His Official Capacity As Chief Justice Of The Mississippi Supreme Court* [MEC # 16] which is fully incorporated by reference herein.

**SO ORDERED AND ADJUDGED**, this the 11th day of May, 2023.

_____
**J. DEWAYNE THOMAS, CHANCELLOR**