IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; JACKSON CITY BRANCH OF THE NAACP; DERRICK JOHNSON; FRANK FIGGERS; CHARLES TAYLOR; MARKYEL PITTMAN; CHARLES JONES; and NSOMBI LAMBRIGHT-HAYNES,<br><br>*Plaintiffs*,<br><br>v.<br><br>TATE REEVES, in his official capacity as Governor of the State of Mississippi; SEAN TINDELL, in his official capacity as Commissioner of Public Safety; BO LUCKEY, in his official capacity as Chief of the Mississippi Department of Public Safety Office of Capitol Police; MICHAEL K. RANDOLPH, in his official capacity as Chief Justice of the Mississippi Supreme Court; and LYNN FITCH, in her official capacity as Attorney General of the State of Mississippi,<br><br>*Defendants*. | Case No. 3:23-cv-272-HTW-LGI |

**[PROPOSED] ORDER**

Upon consideration of the Plaintiffs' Renewed Necessitous and Urgent Motion for a Temporary Restraining Order, the memorandum filed in support of the motion, the

undisputed facts before the Court, and the entire record herein, Plaintiffs' motion is GRANTED and it is therefore

    **ORDERED** that the Court will hold a hearing on May \_\_\_, 2023 at \_\_\_\_ o'clock; and it is further

    **ORDERED** that Defendant Randolph is temporarily restrained from appointing judges pursuant to H.B. 1020 pending said hearing and further order of the Court.

Dated: _____    _____
.
                                                       HENRY T. WINGATE
                                                     UNITED STATES DISTRICT COURT JUDGE