IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE, ET AL.                    PLAINTIFFS

VS.                                        CASE NO. 3:23-cv-00272-HTW-LGI

TATE REEVES, in his official capacity
As Governor of the State of Mississippi, ET AL.           DEFENDANTS

## NOTICE OF APPEARANCE

COMES NOW Rex M. Shannon III of the Mississippi Attorney General's Office and hereby enters his appearance in the above-styled and numbered cause as counsel of record for Defendant Lynn Fitch, in her official capacity as Attorney General of the State of Mississippi ("the Attorney General"). The Attorney General hereby reserves any and all defenses to the complaint filed against her herein.

THIS the 15th day of May, 2023.

          Respectfully submitted,

          LYNN FITCH, in her official capacity as Attorney
          General of the State of Mississippi, DEFENDANT

          By:    LYNN FITCH, ATTORNEY GENERAL
                      FOR THE STATE OF MISSISSIPPI

          By:    s/Rex M. Shannon III
                      REX M. SHANNON III (MSB #102974)
                      Special Assistant Attorney General

REX M. SHANNON III (MSB #102974)
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220

Jackson, Mississippi  39205-0220
Tel.:  (601) 359-4184
Fax:  (601) 359-2003
rex.shannon@ago.ms.gov

ATTORNEYS FOR DEFENDANT LYNN FITCH,
in her official capacity as Attorney General of the State of Mississippi

## CERTIFICATE OF SERVICE

    I, Rex M. Shannon III, Special Assistant Attorney General and one of the attorneys for the above-named defendant, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

    THIS the 15th day of May, 2023.

                                                           s/Rex M. Shannon III
                                                           REX M. SHANNON III