IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; JACKSON CITY BRANCH OF THE NAACP; DERRICK JOHNSON; FRANK FIGGERS; CHARLES TAYLOR; MARKYEL PITTMAN; CHARLES JONES; and NSOMBI LAMBRIGHT-HAYNES, | Case No. 3:23-cv-272-HTW-LGI |
| *Plaintiffs*, | **PLAINTIFFS' RESPONSE TO DEFENDANT RANDOLPH'S MOTION FOR A HEARING AND SCHEDULING ORDER** |
| v. | |
| TATE REEVES, in his official capacity as Governor of the State of Mississippi; SEAN TINDELL, in his official capacity as Commissioner of Public Safety; BO LUCKEY, in his official capacity as Chief of the Mississippi Department of Public Safety Office of Capitol Police; MICHAEL K. RANDOLPH, in his official capacity as Chief Justice of the Mississippi Supreme Court; and LYNN FITCH, in her official capacity as Attorney General of the State of Mississippi, | |
| *Defendants*. | |

Plaintiffs hereby consent to Defendant Randolph's request that the Court allow

him to submit a Reply in support of his Motion to Dismiss (ECF No. 19) on Friday, May

19.  Plaintiffs further consent to Defendant Randolph's request that the Court hear oral

argument on his Motion to Dismiss, to the extent the Court deems such oral argument

necessary, before hearing arguments on Plaintiffs' Renewed Necessitous and Urgent

Motion for a Temporary Restraining Order (ECF No. 24) on Monday, May 22, 2023.

Respectfully submitted this 16th day of May, 2023.

/s/ Eric H. Holder, Jr.
Eric H. Holder, Jr.,[†] DC Bar # 303115
Carol M. Browner,[†] DC Bar # 90004293
Megan A. Crowley,[*] DC Bar # 1049027
Gary S. Guzy,[*] DC Bar # 375977
Mark H. Lynch,[*] DC Bar # 193110
Brenden J. Cline,[*] DC Bar # 1021317
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-6000
Fax: (202) 662-6291
eholder@cov.com
cbrowner@cov.com
mcrowley@cov.com
gguzy@cov.com
mlynch@cov.com
bcline@cov.com

*Counsel for NAACP*

*Pro Hac Vice
[†]Pro Hac Vice* Applications to be Filed

/s/ Carroll Rhodes
Carroll Rhodes, Esq. MS Bar, # 5314
**LAW   OFFICES   OF   CARROLL
RHODES**
POST OFFICE BOX 588
HAZLEHURST, MS 39083
Telephone: (601) 894-4323
Fax: (601) 894-1464
crhode@bellsouth.net

Janette Louard,[†] OH Bar # 066257
Anthony Ashton,[†] MD Bar # 9712160021
Joe R. Schottenfeld,[*] DC Bar # 1735796
**NATIONAL ASSOCIATION FOR
THE ADVANCEMENT OF
COLORED PEOPLE**
4805 Mt. Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
Fax: (410) 358-9350
jlouard@naacpnet.org
aashton@naacpnet.org
jschottenfeld@naacpnet.org

*Counsel for All Plaintiffs*

*Pro Hac Vice
[†]Pro Hac Vice* Applications to be Filed

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2023, I electronically filed the foregoing Plaintiffs' Response to Defendant Randolph's Motion for a Hearing and Scheduling Order by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Carroll Rhodes
CARROLL RHODES