MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2023

By:  Representatives Lamar, Shanks, Wallace     To:  Ways and Means

HOUSE BILL NO. 1020
(As Sent to Governor)

1    AN ACT TO AUTHORIZE FOUR TEMPORARY SPECIAL CIRCUIT JUDGES FOR
2    THE SEVENTH CIRCUIT COURT DISTRICT TO BE APPOINTED BY THE CHIEF
3    JUSTICE OF THE SUPREME COURT; TO AUTHORIZE THE PUBLIC DEFENDER OF
4    THE SEVENTH CIRCUIT COURT DISTRICT TO APPOINT THREE FULL-TIME
5    ASSISTANT PUBLIC DEFENDERS; TO AUTHORIZE THE DISTRICT ATTORNEY OF
6    THE SEVENTH CIRCUIT COURT DISTRICT TO APPOINT TWO FULL-TIME
7    ASSISTANT DISTRICT ATTORNEYS; TO CREATE AN INFERIOR COURT WITHIN
8    THE CAPITOL COMPLEX IMPROVEMENT DISTRICT TO HEAR AND DETERMINE
9    CERTAIN MATTERS THAT ARE UNDER THE JURISDICTION OF MUNICIPAL
10   COURTS JURISDICTION OF A MUNICIPAL COURT; TO AUTHORIZE THE
11   ATTORNEY GENERAL TO DESIGNATE TWO ATTORNEYS TO SERVE AS
12   PROSECUTING ATTORNEYS FOR ANY CAUSE OF ACTION WITHIN THE
13   JURISDICTION OF THE CAPITOL COMPLEX IMPROVEMENT DISTRICT; TO
14   REQUIRE THE ADMINISTRATIVE OFFICE OF COURTS, IN CONSULTATION WITH
15   THE CHIEF JUSTICE OF THE MISSISSIPPI SUPREME COURT TO APPOINT A
16   CLERK FOR THE CCID INFERIOR COURT; TO REQUIRE THE DEPARTMENT OF
17   FINANCE AND ADMINISTRATION TO DESIGNATE A SUITABLE LOCATION OR
18   BUILDING FOR THE PURPOSE OF ALLOWING THE CCID INFERIOR COURT TO
19   HOLD COURT; TO AMEND SECTION 29-5-203, MISSISSIPPI CODE OF 1972, TO
20   REVISE THE BOUNDARIES OF THE CAPITOL COMPLEX IMPROVEMENT DISTRICT,
21   FOR PURPOSES OF AMENDMENT; TO AMEND SECTION 27-65-75, MISSISSIPPI
22   CODE OF 1972, AS AMENDED BY SENATE BILL NO. 2664, 2023 REGULAR
23   SESSION, TO REVISE THE DISTRIBUTION OF STATE SALES TAX REVENUE TO
24   THE CAPITOL COMPLEX IMPROVEMENT DISTRICT PROJECT FUND; TO REQUIRE
25   THE COMMISSIONER OF THE DEPARTMENT OF PUBLIC SAFETY TO DEVELOP A
26   911 SYSTEM FOR EMERGENCIES WITHIN THE CAPITOL COMPLEX IMPROVEMENT
27   DISTRICT; TO REQUIRE THE CHIEF JUSTICE OF THE SUPREME COURT, IN
28   CONSULTATION WITH THE ADMINISTRATIVE OFFICE OF COURTS, TO APPOINT
29   A COURT ADMINISTRATOR TO MANAGE THE CASELOAD OF THE SPECIAL JUDGES
30   APPOINTED IN SECTION 1 OF THIS ACT; TO REQUIRE THE HINDS COUNTY
31   CIRCUIT CLERK TO SELECT JURORS FROM ALL QUALIFIED ELECTORS IN
32   HINDS COUNTY; TO PROVIDE HOW JURORS ARE CHOSEN FOR PROCEEDINGS
33   BEFORE SPECIAL COURT JUDGES AUTHORIZED BY THIS ACT FOR THE SEVENTH
34   CIRCUIT COURT DISTRICT; AND FOR RELATED PURPOSES.

EXHIBIT
A

35     BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

36     **SECTION 1.**  (1)  The Chief Justice of the Supreme Court shall

37     appoint four (4) temporary special circuit judges for the Seventh

38     Circuit Court District.  No limitation whatsoever shall be placed

39     upon the powers and duties of the judges other than those provided

40     by the Constitution and laws of this state.  The term of the

41     temporary special circuit judges shall expire on December 31,

42     2026.

43         (2)  The judges shall be appointed no later than fifteen (15)

44     days after the passage of this act according to applicable state

45     laws.  The Chief Justice of the Supreme Court may elect to

46     reappoint circuit judges that are serving on a temporary basis as

47     of the effective date of this act in the Seventh Circuit Court

48     District.

49         (3)  (a)  Each temporary special circuit judge shall receive

50     an office operating allowance to be used for the purposes

51     described and in amounts equal to those authorized in Section

52     9-1-36.

53             (b)  The Administrative Office of Courts shall establish

54     personnel policies to compensate the support staff for each

55     temporary special circuit judge.

56         (4)  This section shall stand repealed on December 31, 2026.

57     **SECTION 2.**  The public defender of the Seventh Circuit Court

58     District may appoint three (3) full-time assistant public

59     defenders who shall perform duties in the Seventh Circuit Court

60   District and the Capitol Complex Improvement District (CCID)

61   Inferior Court.  Such appointments shall be made in addition to

62   those authorized as of the effective date of this act in Section

63   25-32-3.  The full-time assistant public defenders shall receive

64   compensation in an amount equal to the compensation paid to

65   full-time assistant public defenders in the Seventh Circuit Court

66   District subject to available funds specifically appropriated by

67   the Legislature.

68   **SECTION 3.**  (1)  The District Attorney of the Seventh Circuit

69   Court District may appoint two (2) full-time assistant district

70   attorneys in addition to those authorized as the effective date of

71   this act in Section 25-31-5.  The full-time assistant district

72   attorneys shall receive compensation in an amount equal to the

73   compensation paid to full-time assistant district attorneys in the

74   Seventh Circuit Court District subject to available funds

75   specifically appropriated therefor by the Legislature.

76       (2)  The District Attorney of the Seventh Circuit Court

77   District may appoint one (1) full-time criminal investigator in

78   addition to the criminal investigators authorized as of the

79   effective date of this act in Section 25-31-10.

80   **SECTION 4.**  (1)  (a)  From and after January 1, 2024, there

81   shall be created one (1) inferior court as authorized by Article

82   6, Section 172 of the Mississippi Constitution of 1890, to be

83   located within the boundaries established in Section 29-5-203 for

84   the Capitol Complex Improvement District, hereinafter referred to

~ **OFFICIAL** ~
ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

85  as "CCID".  The CCID inferior court shall have jurisdiction to

86  hear and determine all preliminary matters and criminal matters

87  authorized by law for municipal courts that accrue or occur, in

88  whole or in part, within the boundaries of the Capitol Complex

89  Improvement District; and shall have the same jurisdiction as

90  municipal courts to hear and determine all cases charging

91  violations of the motor vehicle and traffic laws of this state,

92  and violations of the City of Jackson's traffic ordinance or

93  ordinances related to the disturbance of the public peace that

94  accrue or occur, in whole or in part, within the boundaries of the

95  Capitol Complex Improvement District.

96      (b)   Any person convicted in the CCID inferior court may

97  be placed in the custody of the Mississippi Department of

98  Corrections, Central Mississippi facility.

99   (2)   The Chief Justice of the Mississippi Supreme Court shall

100  appoint the CCID inferior court judge authorized by this section.

101  The judge shall possess all qualifications required by law for

102  municipal court judges.  Such judge shall be a qualified elector

103  of this state, and shall have such other qualifications as

104  provided by law for municipal judges.

105   (3)   The Administrative Office of Courts shall provide

106  compensation for the CCID inferior court judge and the support

107  staff of the judge.  Such compensation shall not be in an amount

108  less than the compensation paid to municipal court judges and

109  their support staff in the City of Jackson.

~ OFFICIAL ~

ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

110        (4)   All fines, penalties, fees and costs imposed and

111   collected by the CCID inferior court shall be deposited with the

112   City of Jackson municipal treasurer or equivalent officer.

113        (5)   This section shall stand repealed on July 1, 2027.

114   **SECTION 5.**   (1)   The Attorney General shall designate two (2)

115   attorneys to serve as prosecuting attorneys for any cause of

116   action within the jurisdiction of the Capitol Complex Improvement

117   District (CCID) inferior court.   The prosecuting attorneys may be

118   employees of the Office of the Attorney General or contracted by

119   the Attorney General for such purposes.   The attorneys shall

120   prosecute cases in the court provided for the CCID inferior court

121   and also in the same manner and with the same authority of law

122   provided for district attorneys and county prosecuting attorneys

123   by filing an indictment or any other criminal action that accrues

124   or occurs, in whole or in part, in the CCID.

125        (2)   The Hinds County District Attorney shall be authorized

126   to prosecute cases in the CCID inferior court.   The provisions of

127   this section shall not be construed to prohibit or in any way

128   limit the Hinds County District Attorney from filing an indictment

129   or any other criminal action that occurred or accrued, in whole or

130   in part, within the boundaries of the CCID.

131        (3)   This section shall stand repealed on July 1, 2027.

132   **SECTION 6.**   (1)   The Administrative Office of Courts, in

133   consultation with the Chief Justice of the Mississippi Supreme

134     Court, shall appoint a clerk for the Capitol Complex Improvement

135     District (CCID) inferior court.

136        (2)   The Administrative Office of Courts shall provide

137     support staff and any other staff necessary to carry out the

138     functions and duties for the clerk of the CCID inferior court.

139        (3)   The Administrative Office of Courts shall pay the

140     salaries of the clerk and support staff of the CCID, subject to

141     available funds specifically appropriated by the Legislature for

142     such purpose.  Such salaries shall not be in amounts less than the

143     salaries paid to the clerk and staff of the municipal courts in

144     the City of Jackson.

145        (4)   This section shall stand repealed on July 1, 2027.

146     **SECTION 7.**   The Department of Finance and Administration in

147     conjunction with the Administrative Office of Courts shall

148     designate a suitable location or building for the purpose of

149     allowing the Capitol Complex Improvement District (CCID) inferior

150     court to hold court.

151     **SECTION 8.**  Section 29-5-203, Mississippi Code of 1972, is

152     amended as follows:

153     [Through June 30, 2024, this section shall read as follows:]

154     29-5-203.  There is created the Capitol Complex Improvement

155     District to be composed of the following described area in the

156     City of Jackson, Mississippi, that surrounds the State Capitol

157     Building:

158                 CAPITOL COMPLEX PROPOSED BOUNDARIES

H. B. No. 1020
23/HR26/R1117SG
PAGE 6 (GT\KW)

~ **OFFICIAL** ~
ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

159      • Beginning at a point on the west bank of the Pearl River
160 determined by extending the south curb line of High Street east
161 until it meets the bank of the Pearl River;

162      • Then north along the west bank of the Pearl River
163 (extending along the southern boundary of LeFleur's Bluff State
164 Park) until it reaches a point on such bank determined by
165 extending the east curb line of Ridgewood Road south until it
166 meets the bank of the Pearl River;

167      • Then north along such line determined by extending the
168 east curb line of Ridgewood Road and continuing along such curb
169 line until it reaches the northern drainage ditch of Eastover
170 Drive;

171      • Then west along the northern drainage ditch and curb line
172 of Eastover Drive until it reaches the western curb line of the
173 west frontage road of I-55;

174      • Then south along the west curb line of such frontage road
175 until it reaches the northern curb line of Lakeland Drive;

176      • Then west along the northern curb line of Lakeland Drive
177 until it reaches the eastern curb line of Old Canton Road;

178      • Then north along the east curb line of Old Canton Road
179 until it reaches the northern curb line of Meadowbrook Road;

180      • Then west along the north curb line of Meadowbrook Road to
181 the west curb line of North State Street;

182      • Then south along the west curb line of North State Street
183 to the north curb line of Hartfield Street;

~ OFFICIAL ~

ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

184         • Then west along the north curb line of Hartfield Street to
185   the west curb line of Oxford Avenue;

186         • Then south on the west curb line of Oxford Avenue to the
187   north curb line of Mitchell Avenue which becomes Stonewall Street;

188         • Then west along the north curb line of Mitchell Street and
189   then Stonewall Street until it reaches the west curb line of
190   Livingston Road;

191         • Then south along the west curb line of Livingston Road
192   until it reaches the south curb line of Woodrow Wilson Drive;

193         • Then east along the south curb line of Woodrow Wilson
194   Drive to the west curb line of Bailey Avenue (which becomes
195   Gallatin Street);

196         • Then south along the west curb line of Bailey Avenue and
197   then Gallatin Street until it reaches the north curb line of West
198   Capitol Street;

199         • Then west along the north curb line of West Capitol Street
200   until it intersects with the north curb line of Robinson Road;

201         • Then west on the north curb line of Robinson Road until it
202   intersects with the west curb line of Prentiss Street;

203         • Then south along the west curb line of Prentiss Street
204   until it intersects with the north curb line of John R. Lynch
205   Street on the west side of Jackson State University;

206         • Then west on the north curb line of John R. Lynch Street
207   until it reaches the west curb line of Valley Street;

~ **OFFICIAL** ~
ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

208        • Then south along the west curb line of Valley Street until
209   it reaches the south curb line of Morehouse Street;

210        • Then east along the south curb line of Morehouse Street
211   until it reaches the west curb line of Dalton Street;

212        • Then south along the west curb line of Dalton Street until
213   it reaches the south curb line of Florence Avenue;

214        • Then east along the south curb line of Florence Avenue
215   until it reaches the east curb line of University Blvd. (Terry
216   Road);

217        • Then north and along the east curb line of University
218   Blvd. until it reaches the south curb line of Hooker Street;

219        • Then east along the south curb line of Hooker Street
220   extending in a straight line to the railroad tracks;

221        • Then north on the west side of such railroad tracks to the
222   south curb line of South Street;

223        • Then east on South Street to the east curb line of
224   Jefferson Street and extend the south curb line of South Street in
225   a straight line to the east to the western edge of I-55;

226        • Then north along the western edge of I-55 until it reaches
227   the south curb line of High Street;

228        • Then east along the south curb line of High Street and
229   extending such line to the Pearl River and the point of the
230   beginning.

231        [From and after July 1, 2024, this section shall read as
232   follows:



~ OFFICIAL ~

ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

233     29-5-203.  There is created the Capitol Complex Improvement

234 District to be composed of the following described area in the

235 City of Jackson, Mississippi, that surrounds the State Capitol

236 Building:

237                 CAPITOL COMPLEX PROPOSED BOUNDARIES

238     •  Beginning at a point on the west bank of the Pearl River

239 determined by extending the south curb line of High Street east

240 until it meets the bank of the Pearl River;

241     •  Then north along the west bank of the Pearl River * * *

242 until it reaches a point on such bank determined by extending

243 the * * * north curb line of Northside Drive until it meets the

244 bank of the Pearl River;

245     •  Then west along the north curb line of Northside Drive

246 until it reaches the west track of the Illinois Central Railroad

247 line;

248  * * *

249     •  Then south * * * along the west track of the Illinois

250 Central Railroad line to the north curb line of Mitchell Avenue

251 which becomes Stonewall Street;

252     •  Then west along the north curb line of Mitchell Street and

253 then Stonewall Street until it reaches the west curb line of

254 Livingston Road;

255     •  Then south along the west curb line of Livingston Road

256 until it reaches the south curb line of Woodrow Wilson Drive;

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖        ~ OFFICIAL ~
                        ST:  Capitol Complex Improvement District
                        judicial jurisdiction; create and revise
                        boundaries.

257     • Then east along the south curb line of Woodrow Wilson

258 Drive to the west curb line of Bailey Avenue (which becomes

259 Gallatin Street);

260     • Then south along the west curb line of Bailey Avenue and

261 then Gallatin Street until it reaches the north curb line of * * *

262 West Monument Street;

263     • Then west along the north curb line of * * * West Monument

264 Street until it intersects with * * * West Capitol Street and

265 becomes Rose Street;

266     • Then south along the west curb line of Rose Street until

267 it intersects with the north curb line of Robinson Road;

268     • Then west on the north curb line of Robinson Road until it

269 intersects with the west curb line of Prentiss Street;

270     • Then south along the west curb line of Prentiss Street

271 until it intersects with the north curb line of John R. Lynch

272 Street on the west side of Jackson State University;

273     • Then west on the north curb line of John R. Lynch Street

274 until it reaches the west curb line of * * * Ellis Avenue;

275 **• * * ***

276     • Then south along the west curb line of Ellis Avenue until

277 it reaches the south curb line of Raymond Road;

278     • Then east along the south curb line of Raymond Road until

279 it reaches the north edge of Interstate 20 westbound;

280     • * * * Then east along the north edge of Interstate 20

281 until it overlaps with Interstate 55 and continues along such edge

H. B. No. 1020
23/HR26/R1117SG
PAGE 11 (GT\KW)

~ OFFICIAL ~
ST: Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

282  of Interstate 55/20 to the western edge of where it becomes

283  Interstate 55;

284  * * *

285       • Then north along the western edge of I-55 until it reaches

286  the south curb line of High Street;

287       • Then east along the south curb line of High Street and

288  extending such line to the Pearl River and the point of the

289  beginning.

290       **SECTION 9.**  Section 27-65-75, Mississippi Code of 1972, as

291  amended by Senate Bill No. 2664, 2023 Regular Session, is amended

292  as follows:

293       27-65-75.  On or before the fifteenth day of each month, the

294  revenue collected under the provisions of this chapter during the

295  preceding month shall be paid and distributed as follows:

296       (1)   (a)   On or before August 15, 1992, and each succeeding

297  month thereafter through July 15, 1993, eighteen percent (18%) of

298  the total sales tax revenue collected during the preceding month

299  under the provisions of this chapter, except that collected under

300  the provisions of Sections 27-65-15, 27-65-19(3) and 27-65-21, on

301  business activities within a municipal corporation shall be

302  allocated for distribution to the municipality and paid to the

303  municipal corporation.  Except as otherwise provided in this

304  paragraph (a), on or before August 15, 1993, and each succeeding

305  month thereafter, eighteen and one-half percent (18-1/2%) of the

306  total sales tax revenue collected during the preceding month under

~ **OFFICIAL** ~
ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

307 the provisions of this chapter, except that collected under the
308 provisions of Sections 27-65-15, 27-65-19(3), 27-65-21 and
309 27-65-24, on business activities within a municipal corporation
310 shall be allocated for distribution to the municipality and paid
311 to the municipal corporation.  However, in the event the State
312 Auditor issues a certificate of noncompliance pursuant to Section
313 21-35-31, the Department of Revenue shall withhold ten percent
314 (10%) of the allocations and payments to the municipality that
315 would otherwise be payable to the municipality under this
316 paragraph (a) until such time that the department receives written
317 notice of the cancellation of a certificate of noncompliance from
318 the State Auditor.

319     A municipal corporation, for the purpose of distributing the
320 tax under this subsection, shall mean and include all incorporated
321 cities, towns and villages.

322     Monies allocated for distribution and credited to a municipal
323 corporation under this paragraph may be pledged as security for a
324 loan if the distribution received by the municipal corporation is
325 otherwise authorized or required by law to be pledged as security
326 for such a loan.

327     In any county having a county seat that is not an
328 incorporated municipality, the distribution provided under this
329 subsection shall be made as though the county seat was an
330 incorporated municipality; however, the distribution to the
331 municipality shall be paid to the county treasury in which the

332  municipality is located, and those funds shall be used for road,

333  bridge and street construction or maintenance in the county.

334          (b)  On or before August 15, 2006, and each succeeding

335  month thereafter, eighteen and one-half percent (18-1/2%) of the

336  total sales tax revenue collected during the preceding month under

337  the provisions of this chapter, except that collected under the

338  provisions of Sections 27-65-15, 27-65-19(3) and 27-65-21, on

339  business activities on the campus of a state institution of higher

340  learning or community or junior college whose campus is not

341  located within the corporate limits of a municipality, shall be

342  allocated for distribution to the state institution of higher

343  learning or community or junior college and paid to the state

344  institution of higher learning or community or junior college.

345          (c)  On or before August 15, 2018, and each succeeding

346  month thereafter until August 14, 2019, two percent (2%) of the

347  total sales tax revenue collected during the preceding month under

348  the provisions of this chapter, except that collected under the

349  provisions of Sections 27-65-15, 27-65-19(3), 27-65-21 and

350  27-65-24, on business activities within the corporate limits of

351  the City of Jackson, Mississippi, shall be deposited into the

352  Capitol Complex Improvement District Project Fund created in

353  Section 29-5-215.  On or before August 15, 2019, and each

354  succeeding month thereafter until August 14, 2020, four percent

355  (4%) of the total sales tax revenue collected during the preceding

356  month under the provisions of this chapter, except that collected

~ OFFICIAL ~

ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

357  under the provisions of Sections 27-65-15, 27-65-19(3), 27-65-21

358  and 27-65-24, on business activities within the corporate limits

359  of the City of Jackson, Mississippi, shall be deposited into the

360  Capitol Complex Improvement District Project Fund created in

361  Section 29-5-215.  On or before August 15, 2020, and each

362  succeeding month thereafter through July 15, 2023, six percent

363  (6%) of the total sales tax revenue collected during the preceding

364  month under the provisions of this chapter, except that collected

365  under the provisions of Sections 27-65-15, 27-65-19(3), 27-65-21

366  and 27-65-24, on business activities within the corporate limits

367  of the City of Jackson, Mississippi, shall be deposited into the

368  Capitol Complex Improvement District Project Fund created in

369  Section 29-5-215.  On or before August 15, 2023, and each

370  succeeding month thereafter, nine percent (9%) of the total sales

371  tax revenue collected during the preceding month under the

372  provisions of this chapter, except that collected under the

373  provisions of Sections 27-65-15, 27-65-19(3), 27-65-21 and

374  27-65-24, on business activities within the corporate limits of

375  the City of Jackson, Mississippi, shall be deposited into the

376  Capitol Complex Improvement District Project Fund created in

377  Section 29-5-215.

378           (d)   (i)   On or before the fifteenth day of the month

379  that the diversion authorized by this section begins, and each

380  succeeding month thereafter, eighteen and one-half percent

381  (18-1/2%) of the total sales tax revenue collected during the

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖  ~ OFFICIAL ~
ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

382    preceding month under the provisions of this chapter, except that

383    collected under the provisions of Sections 27-65-15, 27-65-19(3)

384    and 27-65-21, on business activities within a redevelopment

385    project area developed under a redevelopment plan adopted under

386    the Tax Increment Financing Act (Section 21-45-1 et seq.) shall be

387    allocated for distribution to the county in which the project area

388    is located if:

389                    1.  The county:

390                        a.  Borders on the Mississippi Sound and

391    the State of Alabama, or

392                        b.  Is Harrison County, Mississippi, and

393    the project area is within a radius of two (2) miles from the

394    intersection of Interstate 10 and Menge Avenue;

395                    2.  The county has issued bonds under Section

396    21-45-9 to finance all or a portion of a redevelopment project in

397    the redevelopment project area;

398                    3.  Any debt service for the indebtedness

399    incurred is outstanding; and

400                    4.  A development with a value of Ten Million

401    Dollars ($10,000,000.00) or more is, or will be, located in the

402    redevelopment area.

403                    (ii)  Before any sales tax revenue may be allocated

404    for distribution to a county under this paragraph, the county

405    shall certify to the Department of Revenue that the requirements

406    of this paragraph have been met, the amount of bonded indebtedness

407  that has been incurred by the county for the redevelopment project

408  and the expected date the indebtedness incurred by the county will

409  be satisfied.

410            (iii)  The diversion of sales tax revenue

411  authorized by this paragraph shall begin the month following the

412  month in which the Department of Revenue determines that the

413  requirements of this paragraph have been met.  The diversion shall

414  end the month the indebtedness incurred by the county is

415  satisfied.  All revenue received by the county under this

416  paragraph shall be deposited in the fund required to be created in

417  the tax increment financing plan under Section 21-45-11 and be

418  utilized solely to satisfy the indebtedness incurred by the

419  county.

420     (2)  On or before September 15, 1987, and each succeeding

421  month thereafter, from the revenue collected under this chapter

422  during the preceding month, One Million One Hundred Twenty-five

423  Thousand Dollars ($1,125,000.00) shall be allocated for

424  distribution to municipal corporations as defined under subsection

425  (1) of this section in the proportion that the number of gallons

426  of gasoline and diesel fuel sold by distributors to consumers and

427  retailers in each such municipality during the preceding fiscal

428  year bears to the total gallons of gasoline and diesel fuel sold

429  by distributors to consumers and retailers in municipalities

430  statewide during the preceding fiscal year.  The Department of

431  Revenue shall require all distributors of gasoline and diesel fuel

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖    ~ OFFICIAL ~
ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

432   to report to the department monthly the total number of gallons of

433   gasoline and diesel fuel sold by them to consumers and retailers

434   in each municipality during the preceding month.  The Department

435   of Revenue shall have the authority to promulgate such rules and

436   regulations as is necessary to determine the number of gallons of

437   gasoline and diesel fuel sold by distributors to consumers and

438   retailers in each municipality.  In determining the percentage

439   allocation of funds under this subsection for the fiscal year

440   beginning July 1, 1987, and ending June 30, 1988, the Department

441   of Revenue may consider gallons of gasoline and diesel fuel sold

442   for a period of less than one (1) fiscal year.  For the purposes

443   of this subsection, the term "fiscal year" means the fiscal year

444   beginning July 1 of a year.

445         (3)  On or before September 15, 1987, and on or before the

446   fifteenth day of each succeeding month, until the date specified

447   in Section 65-39-35, the proceeds derived from contractors' taxes

448   levied under Section 27-65-21 on contracts for the construction or

449   reconstruction of highways designated under the highway program

450   created under Section 65-3-97 shall, except as otherwise provided

451   in Section 31-17-127, be deposited into the State Treasury to the

452   credit of the State Highway Fund to be used to fund that highway

453   program.  The Mississippi Department of Transportation shall

454   provide to the Department of Revenue such information as is

455   necessary to determine the amount of proceeds to be distributed

456   under this subsection.


~ OFFICIAL ~
ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

457    (4)   On or before August 15, 1994, and on or before the
458  fifteenth day of each succeeding month through July 15, 1999, from
459  the proceeds of gasoline, diesel fuel or kerosene taxes as
460  provided in Section 27-5-101(a)(ii)1, Four Million Dollars
461  ($4,000,000.00) shall be deposited in the State Treasury to the
462  credit of a special fund designated as the "State Aid Road Fund,"
463  created by Section 65-9-17.   On or before August 15, 1999, and on
464  or before the fifteenth day of each succeeding month, from the
465  total amount of the proceeds of gasoline, diesel fuel or kerosene
466  taxes apportioned by Section 27-5-101(a)(ii)1, Four Million
467  Dollars ($4,000,000.00) or an amount equal to twenty-three and
468  one-fourth percent (23-1/4%) of those funds, whichever is the
469  greater amount, shall be deposited in the State Treasury to the
470  credit of the "State Aid Road Fund," created by Section 65-9-17.
471  Those funds shall be pledged to pay the principal of and interest
472  on state aid road bonds heretofore issued under Sections 19-9-51
473  through 19-9-77, in lieu of and in substitution for the funds
474  previously allocated to counties under this section.   Those funds
475  may not be pledged for the payment of any state aid road bonds
476  issued after April 1, 1981; however, this prohibition against the
477  pledging of any such funds for the payment of bonds shall not
478  apply to any bonds for which intent to issue those bonds has been
479  published for the first time, as provided by law before March 29,
480  1981.   From the amount of taxes paid into the special fund under
481  this subsection and subsection (9) of this section, there shall be

482  first deducted and paid the amount necessary to pay the expenses
483  of the Office of State Aid Road Construction, as authorized by the
484  Legislature for all other general and special fund agencies.  The
485  remainder of the fund shall be allocated monthly to the several
486  counties in accordance with the following formula:

487        (a)  One-third (1/3) shall be allocated to all counties
488  in equal shares;

489        (b)  One-third (1/3) shall be allocated to counties
490  based on the proportion that the total number of rural road miles
491  in a county bears to the total number of rural road miles in all
492  counties of the state; and

493        (c)  One-third (1/3) shall be allocated to counties
494  based on the proportion that the rural population of the county
495  bears to the total rural population in all counties of the state,
496  according to the latest federal decennial census.

497        For the purposes of this subsection, the term "gasoline,
498  diesel fuel or kerosene taxes" means such taxes as defined in
499  paragraph (f) of Section 27-5-101.

500        The amount of funds allocated to any county under this
501  subsection for any fiscal year after fiscal year 1994 shall not be
502  less than the amount allocated to the county for fiscal year 1994.

503        Any reference in the general laws of this state or the
504  Mississippi Code of 1972 to Section 27-5-105 shall mean and be
505  construed to refer and apply to subsection (4) of Section
506  27-65-75.



~ OFFICIAL ~
ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

507        (5)   One Million Six Hundred Sixty-six Thousand Six Hundred

508   Sixty-six Dollars ($1,666,666.00) each month shall be paid into

509   the special fund known as the "Educational Facilities Revolving

510   Loan Fund" created and existing under the provisions of Section

511   37-47-24.   Those payments into that fund are to be made on the

512   last day of each succeeding month hereafter.   This subsection (5)

513   shall stand repealed on July 1, * * * 2026.

514        (6)   An amount each month beginning August 15, 1983, through

515   November 15, 1986, as specified in Section 6, Chapter 542, Laws of

516   1983, shall be paid into the special fund known as the

517   Correctional Facilities Construction Fund created in Section 6,

518   Chapter 542, Laws of 1983.

519        (7)   On or before August 15, 1992, and each succeeding month

520   thereafter through July 15, 2000, two and two hundred sixty-six

521   one-thousandths percent (2.266%) of the total sales tax revenue

522   collected during the preceding month under the provisions of this

523   chapter, except that collected under the provisions of Section

524   27-65-17(2), shall be deposited by the department into the School

525   Ad Valorem Tax Reduction Fund created under Section 37-61-35.   On

526   or before August 15, 2000, and each succeeding month thereafter,

527   two and two hundred sixty-six one-thousandths percent (2.266%) of

528   the total sales tax revenue collected during the preceding month

529   under the provisions of this chapter, except that collected under

530   the provisions of Section 27-65-17(2), shall be deposited into the

531   School Ad Valorem Tax Reduction Fund created under Section

532 37-61-35 until such time that the total amount deposited into the

533 fund during a fiscal year equals Forty-two Million Dollars

534 ($42,000,000.00).  Thereafter, the amounts diverted under this

535 subsection (7) during the fiscal year in excess of Forty-two

536 Million Dollars ($42,000,000.00) shall be deposited into the

537 Education Enhancement Fund created under Section 37-61-33 for

538 appropriation by the Legislature as other education needs and

539 shall not be subject to the percentage appropriation requirements

540 set forth in Section 37-61-33.

541     (8)  On or before August 15, 1992, and each succeeding month

542 thereafter, nine and seventy-three one-thousandths percent

543 (9.073%) of the total sales tax revenue collected during the

544 preceding month under the provisions of this chapter, except that

545 collected under the provisions of Section 27-65-17(2), shall be

546 deposited into the Education Enhancement Fund created under

547 Section 37-61-33.

548     (9)  On or before August 15, 1994, and each succeeding month

549 thereafter, from the revenue collected under this chapter during

550 the preceding month, Two Hundred Fifty Thousand Dollars

551 ($250,000.00) shall be paid into the State Aid Road Fund.

552     (10)  On or before August 15, 1994, and each succeeding month

553 thereafter through August 15, 1995, from the revenue collected

554 under this chapter during the preceding month, Two Million Dollars

555 ($2,000,000.00) shall be deposited into the Motor Vehicle Ad

556 Valorem Tax Reduction Fund established in Section 27-51-105.

 ~ OFFICIAL ~
ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

557       (11)   Notwithstanding any other provision of this section to
558   the contrary, on or before February 15, 1995, and each succeeding
559   month thereafter, the sales tax revenue collected during the
560   preceding month under the provisions of Section 27-65-17(2) and
561   the corresponding levy in Section 27-65-23 on the rental or lease
562   of private carriers of passengers and light carriers of property
563   as defined in Section 27-51-101 shall be deposited, without
564   diversion, into the Motor Vehicle Ad Valorem Tax Reduction Fund
565   established in Section 27-51-105.

566       (12)   Notwithstanding any other provision of this section to
567   the contrary, on or before August 15, 1995, and each succeeding
568   month thereafter, the sales tax revenue collected during the
569   preceding month under the provisions of Section 27-65-17(1) on
570   retail sales of private carriers of passengers and light carriers
571   of property, as defined in Section 27-51-101 and the corresponding
572   levy in Section 27-65-23 on the rental or lease of these vehicles,
573   shall be deposited, after diversion, into the Motor Vehicle Ad
574   Valorem Tax Reduction Fund established in Section 27-51-105.

575       (13)   On or before July 15, 1994, and on or before the
576   fifteenth day of each succeeding month thereafter, that portion of
577   the avails of the tax imposed in Section 27-65-22 that is derived
578   from activities held on the Mississippi State Fairgrounds Complex
579   shall be paid into a special fund that is created in the State
580   Treasury and shall be expended upon legislative appropriation

H. B. No. 1020
23/HR26/R1117SG
PAGE 23 (GT\KW)

~ OFFICIAL ~
ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

581  solely to defray the costs of repairs and renovation at the Trade

582  Mart and Coliseum.

583      (14)  On or before August 15, 1998, and each succeeding month

584  thereafter through July 15, 2005, that portion of the avails of

585  the tax imposed in Section 27-65-23 that is derived from sales by

586  cotton compresses or cotton warehouses and that would otherwise be

587  paid into the General Fund shall be deposited in an amount not to

588  exceed Two Million Dollars ($2,000,000.00) into the special fund

589  created under Section 69-37-39.  On or before August 15, 2007, and

590  each succeeding month thereafter through July 15, 2010, that

591  portion of the avails of the tax imposed in Section 27-65-23 that

592  is derived from sales by cotton compresses or cotton warehouses

593  and that would otherwise be paid into the General Fund shall be

594  deposited in an amount not to exceed Two Million Dollars

595  ($2,000,000.00) into the special fund created under Section

596  69-37-39 until all debts or other obligations incurred by the

597  Certified Cotton Growers Organization under the Mississippi Boll

598  Weevil Management Act before January 1, 2007, are satisfied in

599  full.  On or before August 15, 2010, and each succeeding month

600  thereafter through July 15, 2011, fifty percent (50%) of that

601  portion of the avails of the tax imposed in Section 27-65-23 that

602  is derived from sales by cotton compresses or cotton warehouses

603  and that would otherwise be paid into the General Fund shall be

604  deposited into the special fund created under Section 69-37-39

605  until such time that the total amount deposited into the fund

~ OFFICIAL ~

ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

606   during a fiscal year equals One Million Dollars ($1,000,000.00).
607   On or before August 15, 2011, and each succeeding month
608   thereafter, that portion of the avails of the tax imposed in
609   Section 27-65-23 that is derived from sales by cotton compresses
610   or cotton warehouses and that would otherwise be paid into the
611   General Fund shall be deposited into the special fund created
612   under Section 69-37-39 until such time that the total amount
613   deposited into the fund during a fiscal year equals One Million
614   Dollars ($1,000,000.00).

615        (15)   Notwithstanding any other provision of this section to
616   the contrary, on or before September 15, 2000, and each succeeding
617   month thereafter, the sales tax revenue collected during the
618   preceding month under the provisions of Section
619   27-65-19(1)(d)(i)2, and 27-65-19(1)(d)(i)3 shall be deposited,
620   without diversion, into the Telecommunications Ad Valorem Tax
621   Reduction Fund established in Section 27-38-7.

622        (16)   (a)   On or before August 15, 2000, and each succeeding
623   month thereafter, the sales tax revenue collected during the
624   preceding month under the provisions of this chapter on the gross
625   proceeds of sales of a project as defined in Section 57-30-1 shall
626   be deposited, after all diversions except the diversion provided
627   for in subsection (1) of this section, into the Sales Tax
628   Incentive Fund created in Section 57-30-3.

629             (b)   On or before August 15, 2007, and each succeeding
630   month thereafter, eighty percent (80%) of the sales tax revenue

~ OFFICIAL ~

ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

631  collected during the preceding month under the provisions of this
632  chapter from the operation of a tourism project under the
633  provisions of Sections 57-26-1 through 57-26-5, shall be
634  deposited, after the diversions required in subsections (7) and
635  (8) of this section, into the Tourism Project Sales Tax Incentive
636  Fund created in Section 57-26-3.

637      (17)  Notwithstanding any other provision of this section to
638  the contrary, on or before April 15, 2002, and each succeeding
639  month thereafter, the sales tax revenue collected during the
640  preceding month under Section 27-65-23 on sales of parking
641  services of parking garages and lots at airports shall be
642  deposited, without diversion, into the special fund created under
643  Section 27-5-101(d).

644      (18)  [Repealed]

645      (19)  (a)  On or before August 15, 2005, and each succeeding
646  month thereafter, the sales tax revenue collected during the
647  preceding month under the provisions of this chapter on the gross
648  proceeds of sales of a business enterprise located within a
649  redevelopment project area under the provisions of Sections
650  57-91-1 through 57-91-11, and the revenue collected on the gross
651  proceeds of sales from sales made to a business enterprise located
652  in a redevelopment project area under the provisions of Sections
653  57-91-1 through 57-91-11 (provided that such sales made to a
654  business enterprise are made on the premises of the business
655  enterprise), shall, except as otherwise provided in this

~ OFFICIAL ~

ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

656  subsection (19), be deposited, after all diversions, into the

657  Redevelopment Project Incentive Fund as created in Section

658  57-91-9.

659        (b)  For a municipality participating in the Economic

660  Redevelopment Act created in Sections 57-91-1 through 57-91-11,

661  the diversion provided for in subsection (1) of this section

662  attributable to the gross proceeds of sales of a business

663  enterprise located within a redevelopment project area under the

664  provisions of Sections 57-91-1 through 57-91-11, and attributable

665  to the gross proceeds of sales from sales made to a business

666  enterprise located in a redevelopment project area under the

667  provisions of Sections 57-91-1 through 57-91-11 (provided that

668  such sales made to a business enterprise are made on the premises

669  of the business enterprise), shall be deposited into the

670  Redevelopment Project Incentive Fund as created in Section

671  57-91-9, as follows:

672        (i)  For the first six (6) years in which payments

673  are made to a developer from the Redevelopment Project Incentive

674  Fund, one hundred percent (100%) of the diversion shall be

675  deposited into the fund;

676        (ii)  For the seventh year in which such payments

677  are made to a developer from the Redevelopment Project Incentive

678  Fund, eighty percent (80%) of the diversion shall be deposited

679  into the fund;

H. B. No. 1020
23/HR26/R1117SG
PAGE 27 (GT\KW)                    ~ OFFICIAL ~
                   ST:  Capitol Complex Improvement District
                   judicial jurisdiction; create and revise
                   boundaries.

680                    (iii)  For the eighth year in which such payments
681  are made to a developer from the Redevelopment Project Incentive
682  Fund, seventy percent (70%) of the diversion shall be deposited
683  into the fund;

684                    (iv)  For the ninth year in which such payments are
685  made to a developer from the Redevelopment Project Incentive Fund,
686  sixty percent (60%) of the diversion shall be deposited into the
687  fund; and

688                    (v)  For the tenth year in which such payments are
689  made to a developer from the Redevelopment Project Incentive Fund,
690  fifty percent (50%) of the funds shall be deposited into the fund.

691       (20)  On or before January 15, 2007, and each succeeding
692  month thereafter, eighty percent (80%) of the sales tax revenue
693  collected during the preceding month under the provisions of this
694  chapter from the operation of a tourism project under the
695  provisions of Sections 57-28-1 through 57-28-5 shall be deposited,
696  after the diversions required in subsections (7) and (8) of this
697  section, into the Tourism Sales Tax Incentive Fund created in
698  Section 57-28-3.

699       (21)  (a)  On or before April 15, 2007, and each succeeding
700  month thereafter through June 15, 2013, One Hundred Fifty Thousand
701  Dollars ($150,000.00) of the sales tax revenue collected during
702  the preceding month under the provisions of this chapter shall be
703  deposited into the MMEIA Tax Incentive Fund created in Section
704  57-101-3.

~ OFFICIAL ~
ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

705          (b)  On or before July 15, 2013, and each succeeding

706   month thereafter, One Hundred Fifty Thousand Dollars ($150,000.00)

707   of the sales tax revenue collected during the preceding month

708   under the provisions of this chapter shall be deposited into the

709   Mississippi Development Authority Job Training Grant Fund created

710   in Section 57-1-451.

711          (22)  Notwithstanding any other provision of this section to

712   the contrary, on or before August 15, 2009, and each succeeding

713   month thereafter, the sales tax revenue collected during the

714   preceding month under the provisions of Section 27-65-201 shall be

715   deposited, without diversion, into the Motor Vehicle Ad Valorem

716   Tax Reduction Fund established in Section 27-51-105.

717          (23)  (a)  On or before August 15, 2019, and each month

718   thereafter through July 15, 2020, one percent (1%) of the total

719   sales tax revenue collected during the preceding month from

720   restaurants and hotels shall be allocated for distribution to the

721   Mississippi Development Authority Tourism Advertising Fund

722   established under Section 57-1-64, to be used exclusively for the

723   purpose stated therein.  On or before August 15, 2020, and each

724   month thereafter through July 15, 2021, two percent (2%) of the

725   total sales tax revenue collected during the preceding month from

726   restaurants and hotels shall be allocated for distribution to the

727   Mississippi Development Authority Tourism Advertising Fund

728   established under Section 57-1-64, to be used exclusively for the

729   purpose stated therein.  On or before August 15, 2021, and each

H. B. No. 1020
23/HR26/R1117SG
PAGE 29 (GT\KW)

~ OFFICIAL ~
ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

730  month thereafter, three percent (3%) of the total sales tax

731  revenue collected during the preceding month from restaurants and

732  hotels shall be allocated for distribution to the Mississippi

733  Development Authority Tourism Advertising Fund established under

734  Section 57-1-64, to be used exclusively for the purpose stated

735  therein.  The revenue diverted pursuant to this subsection shall

736  not be available for expenditure until February 1, 2020.

737       (b)  The Joint Legislative Committee on Performance

738  Evaluation and Expenditure Review (PEER) must provide an annual

739  report to the Legislature indicating the amount of funds deposited

740  into the Mississippi Development Authority Tourism Advertising

741  Fund established under Section 57-1-64, and a detailed record of

742  how the funds are spent.

743       (24)  The remainder of the amounts collected under the

744  provisions of this chapter shall be paid into the State Treasury

745  to the credit of the General Fund.

746       (25)  (a)  It shall be the duty of the municipal officials of

747  any municipality that expands its limits, or of any community that

748  incorporates as a municipality, to notify the commissioner of that

749  action thirty (30) days before the effective date.  Failure to so

750  notify the commissioner shall cause the municipality to forfeit

751  the revenue that it would have been entitled to receive during

752  this period of time when the commissioner had no knowledge of the

753  action.

H. B. No. 1020
23/HR26/R1117SG
PAGE 30 (GT\KW)

~ OFFICIAL ~
ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

754          (b)   (i)   Except as otherwise provided in subparagraph
755   (ii) of this paragraph, if any funds have been erroneously
756   disbursed to any municipality or any overpayment of tax is
757   recovered by the taxpayer, the commissioner may make correction
758   and adjust the error or overpayment with the municipality by
759   withholding the necessary funds from any later payment to be made
760   to the municipality.

761          (ii)   Subject to the provisions of Sections
762   27-65-51 and 27-65-53, if any funds have been erroneously
763   disbursed to a municipality under subsection (1) of this section
764   for a period of three (3) years or more, the maximum amount that
765   may be recovered or withheld from the municipality is the total
766   amount of funds erroneously disbursed for a period of three (3)
767   years beginning with the date of the first erroneous disbursement.
768   However, if during such period, a municipality provides written
769   notice to the Department of Revenue indicating the erroneous
770   disbursement of funds, then the maximum amount that may be
771   recovered or withheld from the municipality is the total amount of
772   funds erroneously disbursed for a period of one (1) year beginning
773   with the date of the first erroneous disbursement.

774   **SECTION 10.**   The City of Jackson, at all times, shall
775   adequately staff its police department with the necessary number
776   of law enforcement officers.   The Jackson Police Department shall
777   continue to enforce all ordinances of the City of Jackson.

778    **SECTION 11.**  (1)  Subject to the availability of funds
779    specifically appropriated therefor, the Department of Public
780    Safety shall provide body-worn cameras to each patrol law
781    enforcement officer within the Office of Capitol Police.  The
782    body-worn cameras shall be kept in good working condition, worn on
783    the uniform of any patrol law enforcement officer while the
784    officer is on duty and shall be fully operational while any
785    officer is on patrol.

786         (2)  For purposes of this section, "Body-worn camera" means a
787    device that is worn by a law enforcement officer which has the
788    capability of electronically recording audio and video of the
789    activities of the officer.

790    **SECTION 12.**  By October 1, 2023, the clerk of the Seventh
791    Circuit Court District in conjunction with the Administrative
792    Office of Courts shall provide case disposition and caseload data
793    in the district from January 1, 2017, to September 15, 2023, to
794    the Chairs of the Senate Judiciary, Division A and the House
795    Judiciary A Committees and the Chairs of the Senate and House
796    Appropriations Committees for the purpose of assisting the
797    Legislature in its consideration to authorize one (1) circuit
798    judge for the Seventh Circuit Court District in addition to the
799    judges authorized in subsection (1) of this section.  Any judge to
800    be authorized under this subsection shall be elected from the
801    subdistrict as provided by Section 9-7-23(2)(e).

802    **SECTION 13.**  The Commissioner of the Department of Public

803    Safety shall develop a 911 system which can be used by any person

804    within the boundaries of the Capitol Complex Improvement District.

805    **SECTION 14.**  The Department of Public Safety may purchase and

806    issue all patrol law enforcement officers within the department

807    any equipment deemed necessary by the commissioner for use to

808    enforce any traffic related law of the State of Mississippi, City

809    of Jackson's traffic ordinances or ordinances related to the

810    disturbance of the public peace, or agency regulation on any

811    property, public street, road or highway upon which it has

812    jurisdiction.

813    **SECTION 15.**  The Chief Justice of the Supreme Court, in

814    consultation with the Administrative Office of Courts shall

815    appoint a court administrator whose primary duty is to manage the

816    caseload of the special judges appointed in Section 1 of this act.

817    The Chief Justice of the Supreme Court, in consultation with the

818    Administrative Office of Courts, shall set the compensation for

819    the court administrator authorized in this section.

820    **SECTION 16.**  The Hinds County Circuit Clerk shall enter the

821    names or identifying numbers of all qualified electors in Hinds

822    County when selecting a jury for any hearing, trial or cause of

823    action that comes before any of the four (4) temporary special

824    circuit judges authorized by Section 1 of this act for the Seventh

825    Circuit Court District.

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖    ~ **OFFICIAL** ~
ST:  Capitol Complex Improvement District
judicial jurisdiction; create and revise
boundaries.

826   **SECTION 17.**   If any section, paragraph, sentence, clause,

827   phrase or any part of this act is declared to be unconstitutional

828   or void, or if for any reason is declared to be invalid or of no

829   effect, the remaining sections, paragraphs, sentences, clauses,

830   phrases or parts of this act shall be in no manner affected

831   thereby but shall remain in full force and effect.

832   **SECTION 18.**   This act shall take effect and be in force from

833   and after July 1, 2023.