UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; JACKSON CITY BRANCH OF THE NAACP; DERRICK JOHNSON; FRANK FIGGERS; CHARLES TAYLOR; MARKYEL PITTMAN; CHARLES JONES; and NSOMBI LAMBRIGHT-HAYNES,<br><br> *Plaintiffs*,<br><br>   v.<br><br>TATE REEVES, in his official capacity as Governor of the State of Mississippi; SEAN TINDELL, in his official capacity as Commissioner of Public Safety; BO LUCKEY, in his official capacity as Chief of the Mississippi Department of Public Safety Office of Capitol Police; MICHAEL K. RANDOLPH, in his official capacity as Chief Justice of the Mississippi Supreme Court; and LYNN FITCH, in her official capacity as Attorney General of the State of Mississippi,<br><br> *Defendants*. | **Civil Action No. 3:23-cv-272-HTW-LGI** |

**PLAINTIFFS IN *JXN UNDIVIDED COALITION v. TINDELL*
MOTION FOR CONSOLIDATION**

Pursuant to Federal Rule of Civil Procedure 42(a), Plaintiffs in Civil Action No. 3:23-cv-351-TSL-RPM, *Jxn Undivided Coalition, et al. v. Tindell, et al.,* hereby move for consolidation of their case, filed last week in this Court, with this action. As set forth more fully in the accompanying memorandum, consolidation is appropriate because: (1) the actions are pending in the same judicial district; (2) common parties are involved; (3) there are common questions of law or fact; (4) if the cases are tried separately, a risk of inconsistent adjudications of factual and legal issues would exist; (5) consolidation will conserve judicial resources; (6) consolidation will not result in an unfair advantage; (7) consolidation will reduce the time for resolving the cases; and (8) consolidation will reduce the cost of trying the cases separately.

Based on the foregoing; the exhibits attached to this motion, listed below; and the reasons set forth in Plaintiffs' accompanying memorandum of authorities, Plaintiffs respectfully submit that this action and Civil Action No. 3:23-cv-351-TSL-RPM should be consolidated for all purposes pursuant to Federal Rule 42(a) and Local Rule 42.

**Exhibit A**: Civil Cover Sheet in *Jxn Undivided Coalition v. Tindell*

**Exhibit B**: Complaint in *Jxn Undivided Coalition v. Tindell*

Submitted, this 7th day of June, 2023.

/s/ Paloma Wu
Paloma Wu (Miss. Bar No. 105464)
MISSISSIPPI CENTER FOR JUSTICE
210 E. Capitol Street, Ste 1800
Jackson, MS 39201
(601) 709-0858
pwu@mscenterforjustice.org

Cliff Johnson (Miss. Bar No. 9383)
MACARTHUR JUSTICE CENTER
University of Mississippi School of Law
481 Chucky Mullins Drive
University, MS 38677
(662) 915-6863
cliff.johnson@macarthurjustice.org

*Attorneys for Plaintiffs*