Serial: **243618**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

**SEP 22 2022**

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

In Re Judicial Appointment Related to Coronavirus (COVID-19): Hon. Frank G. Vollor Appointed as Special Judge for The Circuit Court of Hinds County, Mississippi

No. 2022-AP-00849

## ORDER APPOINTING SPECIAL JUDGE

Mississippi Code Section 9-1-105(2) grants the Chief Justice of the Mississippi Supreme Court, with the advice and consent of a majority of the justices, the authority to appoint special judges to serve on a temporary basis to assist, preside, and enter judgment in cases in the event of an emergency or overcrowded dockets.  Both events of Section 9-1-105(2) exist in the Seventh Circuit Court District of Mississippi. The cases listed on Exhibit A, which is attached to this order and incorporated herein, are currently pending in the Circuit Court of Hinds County, Mississippi. These appointments are made to alleviate the strain on the Hinds County courts caused or exacerbated by the COVID-19 pandemic, in the interest of public safety and to timely provide access to justice to victims and accused alike in these unique times. The Mississippi Legislature has appropriated funding via HB 1628, Section 30, 2022 Regular Session, for the appointment of these special judges.

Pursuant to the authority granted under Mississippi Code Section 9-1-105(2), I appoint Honorable Frank G. Vollor, Senior Status Judge, as a Special Judge of the Seventh Circuit

Court District of Mississippi. This appointment is allowable under Section 9901 of the American Rescue Plan Act of 2021 (ARPA) or any guidance or regulation issued by the United States Department of the Treasury in conformity therewith.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Honorable Frank G. Vollor, Senior Status Judge, is hereby appointed as a Special Judge of the Seventh Circuit Court District of Mississippi to preside and enter judgment in the cases listed on Exhibit A to this order and currently pending in the Circuit Court of Hinds County, Mississippi.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by the Special Judge and approved by the Administrative Office of the Courts will be paid by the Supreme Court pursuant to HB 1628, Section 30, 2022 Regular Session, any later similar appropriation bills, or any other available funds appropriated for the appointment of special judges.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to Honorable Frank G. Vollor, Special Judge; Honorable Tomie Green, Honorable Winston Kidd, Honorable Adrienne Wooten, and Honorable Faye Peterson, Circuit Judges of the Seventh Circuit Court District; Hinds County District Attorney Jody Owens; Hinds County Public Defender Gail Wright Lowery; the State Public Defender Andre de Gruy; Carol Allgood, Finance Director of the Supreme Court of Mississippi; Jennifer Parish, Assistant Finance Director; and Lisa Counts, Deputy Director of the Administrative Office of the Courts.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit a copy of this order to Zack Wallace, the Hinds County Circuit Clerk, who shall file it in each of the cases listed on Exhibit A and send copies to all counsel of record in those cases and to all parties who are not represented by counsel.

IT IS FURTHER ORDERED that upon the conclusion of each case in the trial court the Special Judge shall promptly forward a copy of the final judgment or other order of final disposition by mail or email to the Court Administrator, Supreme Court of Mississippi, Post Office Box 117, Jackson, MS 39205, hsaunders@courts.ms.gov.

SO ORDERED, this the _22_ day of September, 2022.

MICHAEL K. RANDOLPH
CHIEF JUSTICE

3

# Supreme Court No. 2022-AP-849

## EXHIBIT A

| CAUSE NUMBER | STATE OF MISSISSIPPI | VS. | DEFENDANT |
|---|---|---|---|
| 21-526 | STATE OF MISSISSIPPI | VS. | KERSTIN ADAMS |
| 20-773 | STATE OF MISSISSIPPI | VS. | ALFRED TRONELL |
| 20-139 | STATE OF MISSISSIPPI | VS. | KAREEM BALL |
| 20-0064 | STATE OF MISSISSIPPI | VS. | CORNELIUS BREWSTER |
| 19-533 | STATE OF MISSISSIPPI | VS. | COREY BRIDGES |
| 20-894 | STATE OF MISSISSIPPI | VS. | COREY BRIDGES |
| 21-545 | STATE OF MISSISSIPPI | VS. | JOE BROWN |
| 19-411 | STATE OF MISSISSIPPI | VS. | CATHERINE CATCHINGS |
| 19-557 | STATE OF MISSISSIPPI | VS. | STEFAN CHAMPION |
| 20-673 | STATE OF MISSISSIPPI | VS. | STEFAN D. CHAMPION |
| 19-778 | STATE OF MISSISSIPPI | VS. | DARREN CLARK |
| 19-782 | STATE OF MISSISSIPPI | VS. | DARREN CLARK |
| 19-791 | STATE OF MISSISSIPPI | VS. | DARREN CLARK |
| 20-354 | STATE OF MISSISSIPPI | VS. | DARREN CLARK |
| 19-899 | STATE OF MISSISSIPPI | VS. | MONTEZ FLEMING |
| 20-422 | STATE OF MISSISSIPPI | VS. | BILLY GIBSON |
| 20-706 | STATE OF MISSISSIPPI | VS. | JERRICK GOWANS |
| 16-130 | STATE OF MISSISSIPPI | VS. | ANTHONY HARRIS |
| 16-1076 | STATE OF MISSISSIPPI | VS. | ANTHONY HARRIS |
| 17-067 | STATE OF MISSISSIPPI | VS. | ANTHONY HARRIS |
| 21-415 | STATE OF MISSISSIPPI | VS. | ANTHONY HARRIS aka JUVIE |
| 20-015 | STATE OF MISSISSIPPI | VS. | ANTHONY J HARRIS |
| 17-0029 | STATE OF MISSISSIPPI | VS. | ANTHONY JERMAINE HARRIS |
| 20-976 | STATE OF MISSISSIPPI | VS. | LADELL HARRIS |
| 20-251 | STATE OF MISSISSIPPI | VS. | RYAN CHRISTOPHER HOPKINS |
| 19-210 | STATE OF MISSISSIPPI | VS. | TABREY HUGHES |
| 20-800 | STATE OF MISSISSIPPI | VS. | JOHNNY LEWIS |
| 19-773 | STATE OF MISSISSIPPI | VS. | VELTONE MCGRUDER |
| 18-362 | STATE OF MISSISSIPPI | VS. | 11TIMOTHY MCHULEY |
| 18-710 | STATE OF MISSISSIPPI | VS. | ALVIN MCINTOSH |
| 21-472 | STATE OF MISSISSIPPI | VS. | BRANDEN MCLAURIN |
| 19-726 | STATE OF MISSISSIPPI | VS. | BRIAN B MILLER |
| 20-434 | STATE OF MISSISSIPPI | VS. | JERMARCUS MORGAN |
| 20-449 | STATE OF MISSISSIPPI | VS. | JERMARCUS D. MORGAN |
| 18-309 | STATE OF MISSISSIPPI | VS. | BARACK MALIK PATTON |
| 18-310 | STATE OF MISSISSIPPI | VS. | BARACK MALIK PATTON |
| 20-483 | STATE OF MISSISSIPPI | VS. | BARAK PATTON |

## Supreme Court No. 2022-AP-849

| | | | |
|---|---|---|---|
| 20-484 | STATE OF MISSISSIPPI | VS. | BARAK PATTON |
| 20-485 | STATE OF MISSISSIPPI | VS. | BARAK PATTON |
| 20-486 | STATE OF MISSISSIPPI | VS. | BARAK PATTON |
| 19-950 | STATE OF MISSISSIPPI | VS. | ELIJAH MALIK RICHEY |
| 21-250 | STATE OF MISSISSIPPI | VS. | TEONA ROCKINGHAM |
| 18-605 | STATE OF MISSISSIPPI | VS. | CHRISTOPHER ROSELL |
| 21-604 | STATE OF MISSISSIPPI | VS. | CURTIS RYALS |
| 17-024 | STATE OF MISSISSIPPI | VS. | CURTIS VON RYALS |
| 19-813 | STATE OF MISSISSIPPI | VS. | SEBASTIAN SHORT |
| 18-392 | STATE OF MISSISSIPPI | VS. | JIMMIE SIMMONS |
| 21-822 | STATE OF MISSISSIPPI | VS. | JIMEL SMITH |
| 18-501 | STATE OF MISSISSIPPI | VS. | SHAKARRI DEAIRA SMITH |
| 18-502 | STATE OF MISSISSIPPI | VS. | SHAKARRI DEAIRA SMITH |
| 19-961 | STATE OF MISSISSIPPI | VS. | DAVID STEVENSON |
| 20-510 | STATE OF MISSISSIPPI | VS. | DAVID STEVENSON |
| 22-053 | STATE OF MISSISSIPPI | VS. | ANTONIO TERRY |
| 20-334 | STATE OF MISSISSIPPI | VS. | ANTONIO L. TERRY |
| 19-973 | STATE OF MISSISSIPPI | VS. | CHARLES THOMAS |
| 19-975 | STATE OF MISSISSIPPI | VS. | CHARLES THOMAS |
| 20-124 | STATE OF MISSISSIPPI | VS. | CHARLES THOMAS |
| 17-167 | STATE OF MISSISSIPPI | VS. | MARCUS THOMPSON |
| 20-751 | STATE OF MISSISSIPPI | VS. | MARCUS THOMPSON |
| 21-488 | STATE OF MISSISSIPPI | VS. | MARCUS THOMPSON |
| 19-044 | STATE OF MISSISSIPPI | VS. | MARCUS KENYATAL THOMPSON, JR. |
| 21-725 | STATE OF MISSISSIPPI | VS. | JOHN TURNER |
| 18-748 | STATE OF MISSISSIPPI | VS. | CHRISTOPHER VARNELL |
| 19-833 | STATE OF MISSISSIPPI | VS. | CHRISTOPHER WILLIAM VARNELL |
| 19-513 | STATE OF MISSISSIPPI | VS. | ETHEL WALES |
| 20-607 | STATE OF MISSISSIPPI | VS. | HAROLD WALKER, JR. |
| 20-527 | STATE OF MISSISSIPPI | VS. | JOSHUA WATSON |
| 21-151 | STATE OF MISSISSIPPI | VS. | KOURTNEY WEBB |
| 18-753 | STATE OF MISSISSIPPI | VS. | RODERICK WEST |
| 19-981 | STATE OF MISSISSIPPI | VS. | CARR M WILLIAMS |
| 21-873 | STATE OF MISSISSIPPI | VS. | DEDERICO WILSON |
| 21-489 | STATE OF MISSISSIPPI | VS. | VICTORIA WOODRUFF |
| 20-047 | STATE OF MISSISSIPPI | VS. | TERRANCE YOUNG |
| 22-541 | STATE OF MISSISSIPPI | VS. | TERRANCE YOUNG |

Serial: **243620**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

**SEP 22 2022**

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

In Re Judicial Appointment Related to Coronavirus (COVID-19): Hon. Betty W. Sanders Appointed as Special Judge for The Circuit Court of Hinds County, Mississippi

No. 2022-AP-00970

ORDER APPOINTING SPECIAL JUDGE

Mississippi Code Section 9-1-105(2) grants the Chief Justice of the Mississippi Supreme Court, with the advice and consent of a majority of the justices, the authority to appoint special judges to serve on a temporary basis to assist, preside, and enter judgment in cases in the event of an emergency or overcrowded dockets. Both events of Section 9-1-105(2) exist in the Seventh Circuit Court District of Mississippi. The cases listed on Exhibit A, which is attached to this order and incorporated herein, are currently pending in the Circuit Court of Hinds County, Mississippi. These appointments are made to alleviate the strain on the Hinds County courts caused or exacerbated by the COVID-19 pandemic, in the interest of public safety and to timely provide access to justice to victims and accused alike in these unique times. The Mississippi Legislature has appropriated funding via HB 1628, Section 30, 2022 Regular Session, for the appointment of these special judges.

Pursuant to the authority granted under Mississippi Code Section 9-1-105(2), I appoint Honorable Betty W. Sanders, Senior Status Judge, as a Special Judge of the Seventh Circuit

Court District of Mississippi. This appointment is allowable under Section 9901 of the American Rescue Plan Act of 2021 (ARPA) or any guidance or regulation issued by the United States Department of the Treasury in conformity therewith.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Honorable Betty W. Sanders, Senior Status Judge, is hereby appointed as a Special Judge of the Seventh Circuit Court District of Mississippi to preside and enter judgment in the cases listed on Exhibit A to this order and currently pending in the Circuit Court of Hinds County, Mississippi.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by the Special Judge and approved by the Administrative Office of the Courts will be paid by the Supreme Court pursuant to HB 1628, Section 30, 2022 Regular Session, any later similar appropriation bills, or any other available funds appropriated for the appointment of special judges.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to Honorable Betty W. Sanders, Special Judge; Honorable Tomie Green, Honorable Winston Kidd, Honorable Adrienne Wooten, and Honorable Faye Peterson, Circuit Judges of the Seventh Circuit Court District; Hinds County District Attorney Jody Owens; Hinds County Public Defender Gail Wright Lowery; the State Public Defender Andre de Gruy; Carol Allgood, Finance Director of the Supreme Court of Mississippi; Jennifer Parish, Assistant Finance Director; and Lisa Counts, Deputy Director of the Administrative Office of the Courts.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit a copy of this order to Zack Wallace, the Hinds County Circuit Clerk, who shall file it in each of the cases listed on Exhibit A and send copies to all counsel of record in those cases and to all parties who are not represented by counsel.

IT IS FURTHER ORDERED that upon the conclusion of each case in the trial court the Special Judge shall promptly forward a copy of the final judgment or other order of final disposition by mail or email to the Court Administrator, Supreme Court of Mississippi, Post Office Box 117, Jackson, MS 39205, hsaunders@courts.ms.gov.

SO ORDERED, this the _22_ day of September, 2022.

MICHAEL K. RANDOLPH
CHIEF JUSTICE

**Supreme Court No. 20222-AP-970**

**EXHIBIT A**

| CAUSE NUMBER | STATE OF MISSISSIPPI | | DEFENDANT |
|---|---|---|---|
| 19-760 | STATE OF MISSISSIPPI | VS. | ALISHA D. ANDERSON |
| 20-539 | STATE OF MISSISSIPPI | VS. | DERION ANDERSON |
| 20-1001 | STATE OF MISSISSIPPI | VS. | RICHARD BONNER |
| 19-120 | STATE OF MISSISSIPPI | VS. | DON KENYATTA BROWN |
| 18-668 | STATE OF MISSISSIPPI | VS. | ALONZO BUTLER |
| 20-150 | STATE OF MISSISSIPPI | VS. | BRITTANY CARTER |
| 21-836 | STATE OF MISSISSIPPI | VS. | BRITTANY CARTER |
| 20-362 | STATE OF MISSISSIPPI | VS. | BRITTANY CARTER |
| 20-638 | STATE OF MISSISSIPPI | VS. | PETIE CARTER |
| 20-921 | STATE OF MISSISSIPPI | VS. | TERETHNE CHAMBERS |
| 19-647 | STATE OF MISSISSIPPI | VS. | CURTIS CLARK |
| 17-770 | STATE OF MISSISSIPPI | VS. | CHESTER CLAYTON |
| 20-677 | STATE OF MISSISSIPPI | VS. | TERRY COLEMAN |
| 20-949 | STATE OF MISSISSIPPI | VS. | JOHN ERIC COUSIN |
| 21-008 | STATE OF MISSISSIPPI | VS. | JOHN COUSIN |
| 17-120 | STATE OF MISSISSIPPI | VS. | MITCHELL DRAKE |
| 19-807 | STATE OF MISSISSIPPI | VS. | CHRISTIAN DYRE |
| 20-1056 | STATE OF MISSISSIPPI | VS. | CHRISTIAN DYRE |
| 19-651 | STATE OF MISSISSIPPI | VS. | MARCUS T. EDWARDS |
| 20-403 | STATE OF MISSISSIPPI | VS. | BRANDON FLOWERS |
| 20-437 | STATE OF MISSISSIPPI | VS. | DEDGRICK GREEN |
| 19-504 | STATE OF MISSISSIPPI | VS. | BYRON GREENWOOD |
| 18-684 | STATE OF MISSISSIPPI | VS. | JESSE GRESHAM |
| 13-1085 | STATE OF MISSISSIPPI | VS. | LARRY RUSSELL GRIFFIN |
| 18-008 | STATE OF MISSISSIPPI | VS. | CHRISTOPHER GUNN |
| 17-138 | STATE OF MISSISSIPPI | VS. | CHRISTOPHER GUNN |
| 17-541 | STATE OF MISSISSIPPI | VS. | CHARLIE HILL, III |
| 19-384 | STATE OF MISSISSIPPI | VS. | DARIUS HOBSON |
| 19-905 | STATE OF MISSISSIPPI | VS. | DARIUS HOBSON |
| 19-851 | STATE OF MISSISSIPPI | VS. | DARIUS HOBSON |
| 18-121 | STATE OF MISSISSIPPI | VS. | DARIUS HOBSON |
| 20-980 | STATE OF MISSISSIPPI | VS. | CLARENCE BENJAMIN HONER |
| 19-262 | STATE OF MISSISSIPPI | VS. | ELVIN HORTON |
| 19-844 | STATE OF MISSISSIPPI | VS. | ELVIN HORTON |
| 19-704 | STATE OF MISSISSIPPI | VS. | ANTONIO JACKSON |

1

## Supreme Court No. 20222-AP-970

| | | | |
|---|---|---|---|
| 18-145 | STATE OF MISSISSIPPI | VS. | ALLEN JOHNSON |
| 20-177 | STATE OF MISSISSIPPI | VS. | JACARIA LUCKETT |
| 20-680 | STATE OF MISSISSIPPI | VS. | JEREMY MCSWAIN |
| 20-1020 | STATE OF MISSISSIPPI | VS. | FRED JEREMY MOORE |
| 20-1031 | STATE OF MISSISSIPPI | VS. | FRED JEREMY MOORE |
| 20-1147 | STATE OF MISSISSIPPI | VS. | ROGER MORRISON |
| 20-026 | STATE OF MISSISSIPPI | VS. | JAVARCA MYERS aka JAVERCEA MYERS |
| 20-681 | STATE OF MISSISSIPPI | VS. | KEITH CODERO NUTALL |
| 20-033 | STATE OF MISSISSIPPI | VS. | KENDRICK PALMER |
| 20-712 | STATE OF MISSISSIPPI | VS. | FREDRICK SANDERS |
| 20-507 | STATE OF MISSISSIPPI | VS. | JOHNNY LEE SMITH |
| 20-586 | STATE OF MISSISSIPPI | VS. | MICHAEL SMITH aka MICHAEL BLAKE SMITH |
| 20-447 | STATE OF MISSISSIPPI | VS. | THOMAS STEVENS |
| 19-586 | STATE OF MISSISSIPPI | VS. | MACKENZIE STUCKEY |
| 18-508 | STATE OF MISSISSIPPI | VS. | KANIQUA THOMPSON |
| 20-945 | STATE OF MISSISSIPPI | VS. | LARRY D. WALTER, JR. aka LARRY D. WALKER |
| 20-864 | STATE OF MISSISSIPPI | VS. | BILLY WANSLEY |
| 16-370 | STATE OF MISSISSIPPI | VS. | JEREMY WARE |
| 18-251 | STATE OF MISSISSIPPI | VS. | LATOYA WASH-SANCHEZ aka LATOYA SANCH |
| 22-414 | STATE OF MISSISSIPPI | VS. | RICO WATTS |
| 20-1131 | STATE OF MISSISSIPPI | VS. | MICHAEL WILLIAMS |
| 18-265 | STATE OF MISSISSIPPI | VS. | MARVIN WILLOUGHBY |
| 22-587 | STATE OF MISSISSIPPI | VS. | THOMAS SPELLS |
| 20-1073 | STATE OF MISSISSIPPI | VS. | TOMMY SPELLS |
| 19-354 | STATE OF MISSISSIPPI | VS. | RAMEON STEWART |

Serial: **243622**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

**SEP 22 2022**

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

In Re Judicial Appointment Related to
Coronavirus (COVID-19): Hon. Andrew
K. Howorth Appointed as Special Judge
for The Circuit Court of Hinds County,
Mississippi

No. 2022-AP-00971

ORDER APPOINTING SPECIAL JUDGE

Mississippi Code Section 9-1-105(2) grants the Chief Justice of the Mississippi

Supreme Court, with the advice and consent of a majority of the justices, the authority to

appoint special judges to serve on a temporary basis to assist, preside, and enter judgment in

cases in the event of an emergency or overcrowded dockets.  Both events of Section 9-1-

105(2) exist in the Seventh Circuit Court District of Mississippi. The cases listed on Exhibit

A, which is attached to this order and incorporated herein, are currently pending in the

Circuit Court of Hinds County, Mississippi. These appointments are made to alleviate the

strain on the Hinds County courts caused or exacerbated by the COVID-19 pandemic, in the

interest of public safety and to timely provide access to justice to victims and accused alike

in these unique times. The Mississippi Legislature has appropriated funding via HB 1628,

Section 30, 2022 Regular Session, for the appointment of these special judges.

Pursuant to the authority granted under Mississippi Code Section 9-1-105(2), I appoint

Honorable Andrew K. Howorth, Senior Status Judge, as a Special Judge of the Seventh

Circuit Court District of Mississippi. This appointment is allowable under Section 9901 of

the American Rescue Plan Act of 2021 (ARPA) or any guidance or regulation issued by the United States Department of the Treasury in conformity therewith.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Honorable Andrew K. Howorth, Senior Status Judge, is hereby appointed as a Special Judge of the Seventh Circuit Court District of Mississippi to preside and enter judgment in the cases listed on Exhibit A to this order and currently pending in the Circuit Court of Hinds County, Mississippi.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by the Special Judge and approved by the Administrative Office of the Courts will be paid by the Supreme Court pursuant to HB 1628, Section 30, 2022 Regular Session, any later similar appropriation bills, or any other available funds appropriated for the appointment of special judges.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to Honorable Andrew K. Howorth, Special Judge; Honorable Tomie Green, Honorable Winston Kidd, Honorable Adrienne Wooten, and Honorable Faye Peterson, Circuit Judges of the Seventh Circuit Court District; Hinds County District Attorney Jody Owens; Hinds County Public Defender Gail Wright Lowery; the State Public Defender Andre de Gruy; Carol Allgood, Finance Director of the Supreme Court of Mississippi; Jennifer Parish, Assistant Finance Director; and Lisa Counts, Deputy Director of the Administrative Office of the Courts.

.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit a copy of this order to Zack Wallace, the Hinds County Circuit Clerk, who shall file it in each of the cases listed on Exhibit A and send copies to all counsel of record in those cases and to all parties who are not represented by counsel.

IT IS FURTHER ORDERED that upon the conclusion of each case in the trial court the Special Judge shall promptly forward a copy of the final judgment or other order of final disposition by mail or email to the Court Administrator, Supreme Court of Mississippi, Post Office Box 117, Jackson, MS 39205, hsaunders@courts.ms.gov.

SO ORDERED, this the ___22___ day of September, 2022.

MICHAEL K. RANDOLPH
CHIEF JUSTICE

3

**Supreme Court No. 2022-AP-971**

## EXHIBIT A

| CAUSE NUMBER | STATE OF MISSISSIPPI | VS. | DEFENDANT |
|---|---|---|---|
| 22-175 | STATE OF MISSISSIPPI | VS. | MARQUAVIOUS ADAMS |
| 14-002 | STATE OF MISSISSIPPI | VS. | DEMARIA ALLEN |
| 20-881 | STATE OF MISSISSIPPI | VS. | JEREMIAH BLOUGH |
| 21-796 | STATE OF MISSISSIPPI | VS. | JONATHAN DEWAYNE BOYETTE |
| 22-202 | STATE OF MISSISSIPPI | VS. | JAMES CORNEL CHRISTMAS |
| 22-300 | STATE OF MISSISSIPPI | VS. | JOHNNY COLLINS |
| 20-473 | STATE OF MISSISSIPPI | VS. | JORDAN COLLINS |
| 21-583 | STATE OF MISSISSIPPI | VS. | EDDIE DANIELS |
| 22-105 | STATE OF MISSISSIPPI | VS. | JAYDEN DAVIS |
| 20-399 | STATE OF MISSISSIPPI | VS. | TYRONE DAVIS |
| 20-358 | STATE OF MISSISSIPPI | VS. | WILLIAM HAMPTON |
| 21-510 | STATE OF MISSISSIPPI | VS. | AARON HUDSON |
| 21-292 | STATE OF MISSISSIPPI | VS. | JAYCOB HUDSON |
| 18-139 | STATE OF MISSISSIPPI | VS. | KENDRICK JACKSON |
| 20-419 | STATE OF MISSISSIPPI | VS. | CHRISTOPHER JENKINS |
| 20-646 | STATE OF MISSISSIPPI | VS. | CHRISTOPHER JENKINS |
| 20-985 | STATE OF MISSISSIPPI | VS. | CHRISTOPHER JENKINS |
| 20-393 | STATE OF MISSISSIPPI | VS. | ANTWON JOHNSON |
| 20-624 | STATE OF MISSISSIPPI | VS. | JACQUEZ JOHNSON |
| 20-1144 | STATE OF MISSISSIPPI | VS. | KESHON M LEWIS |
| 20-353 | STATE OF MISSISSIPPI | VS. | LUCAS HOWARD |
| 20-904 | STATE OF MISSISSIPPI | VS. | AMENI OLUGBALA |
| 21-476 | STATE OF MISSISSIPPI | VS. | RANDY PUGH |
| 20-450 | STATE OF MISSISSIPPI | VS. | CHRISTOPHER SAMUELS |
| 20-503 | STATE OF MISSISSIPPI | VS. | EMONYAE STEFON SANDERS |
| 20-1074 | STATE OF MISSISSIPPI | VS. | BRANDON SMITH |
| 20-117 | STATE OF MISSISSIPPI | VS. | DEMARIO SNELL |
| 21-203 | STATE OF MISSISSIPPI | VS. | DEMARIO SNELL |
| 20-518 | STATE OF MISSISSIPPI | VS. | BRANDON JACE SUMERALL |
| 21-829 | STATE OF MISSISSIPPI | VS. | MILLIAN TATE |
| 21-768 | STATE OF MISSISSIPPI | VS. | ASHLEY E. TAYLOR |
| 20-606 | STATE OF MISSISSIPPI | VS. | KEITH WARFIELD, JR. |
| 20-752 | STATE OF MISSISSIPPI | VS. | KASWELLO WILLIAMS |
| 20-1129 | STATE OF MISSISSIPPI | VS. | DENNIS WONSLEY |

Serial: **243625**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

**SEP 22 2022**

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

In Re Judicial Appointment Related to
Coronavirus (COVID-19): Hon. Stephen
B. Simpson Appointed as Special Judge        No. 2022-AP-00972
for The Circuit Court of Hinds County,
Mississippi

ORDER APPOINTING SPECIAL JUDGE

Mississippi Code Section 9-1-105(2) grants the Chief Justice of the Mississippi

Supreme Court, with the advice and consent of a majority of the justices, the authority to

appoint special judges to serve on a temporary basis to assist, preside, and enter judgment in

cases in the event of an emergency or overcrowded dockets.  Both events of Section 9-1-

105(2) exist in the Seventh Circuit Court District of Mississippi. The cases listed on Exhibit

A, which is attached to this order and incorporated herein, are currently pending in the

Circuit Court of Hinds County, Mississippi. These appointments are made to alleviate the

strain on the Hinds County courts caused or exacerbated by the COVID-19 pandemic, in the

interest of public safety and to timely provide access to justice to victims and accused alike

in these unique times. The Mississippi Legislature has appropriated funding via HB 1628,

Section 30, 2022 Regular Session, for the appointment of these special judges.

Pursuant to the authority granted under Mississippi Code Section 9-1-105(2), I appoint

Honorable Stephen B. Simpson, Senior Status Judge, as a Special Judge of the Seventh

Circuit  Court District of Mississippi. This appointment is allowable under Section 9901 of

the American Rescue Plan Act of 2021 (ARPA) or any guidance or regulation issued by the United States Department of the Treasury in conformity therewith.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Honorable Stephen B. Simpson, Senior Status Judge, is hereby appointed as a Special Judge of the Seventh Circuit Court District of Mississippi to preside and enter judgment in the cases listed on Exhibit A to this order and currently pending in the Circuit Court of Hinds County, Mississippi.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by the Special Judge and approved by the Administrative Office of the Courts will be paid by the Supreme Court pursuant to HB 1628, Section 30, 2022 Regular Session, any later similar appropriation bills, or any other available funds appropriated for the appointment of special judges.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to Honorable Stephen B. Simpson, Special Judge; Honorable Tomie Green, Honorable Winston Kidd, Honorable Adrienne Wooten, and Honorable Faye Peterson, Circuit Judges of the Seventh Circuit Court District; Hinds County District Attorney Jody Owens; Hinds County Public Defender Gail Wright Lowery; the State Public Defender Andre de Gruy; Carol Allgood, Finance Director of the Supreme Court of Mississippi; Jennifer Parish, Assistant Finance Director; and Lisa Counts, Deputy Director of the Administrative Office of the Courts.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit a copy of this order to Zack Wallace, the Hinds County Circuit Clerk, who shall file it in each of the cases listed on Exhibit A and send copies to all counsel of record in those cases and to all parties who are not represented by counsel.

IT IS FURTHER ORDERED that upon the conclusion of each case in the trial court the Special Judge shall promptly forward a copy of the final judgment or other order of final disposition by mail or email to the Court Administrator, Supreme Court of Mississippi, Post Office Box 117, Jackson, MS 39205, hsaunders@courts.ms.gov.

SO ORDERED, this the ___ day of September, 2022.

MICHAEL K. RANDOLPH
CHIEF JUSTICE

3

**Supreme Court No. 2022-AP-972**

## EXHIBIT A

| CAUSE NUMBER | STATE OF MISSISSIPPI | VS. | DEFENDANT |
|---|---|---|---|
| 08-558 | STATE OF MISSISSIPPI | VS. | REGINALD ROSHAD JACKSON |
| 11-492 | STATE OF MISSISSIPPI | VS. | TRENT WEATHERSBY |
| 11-739 | STATE OF MISSISSIPPI | VS. | RICKEY L. WOODARD |
| 12-046 | STATE OF MISSISSIPPI | VS. | ANDREW LAWSON |
| 12-573 | STATE OF MISSISSIPPI | VS. | KEITH WHITE |
| 14-513 | STATE OF MISSISSIPPI | VS. | RAHMEEK MARQUIS WALKER |
| 14-462 | STATE OF MISSISSIPPI | VS. | CASSANDRA JOHNSON |
| 14-091 | STATE OF MISSISSIPPI | VS. | KENDRICK CHATMAN |
| 15-262 | STATE OF MISSISSIPPI | VS. | HENRY LEE ODOM |
| 15-680 | STATE OF MISSISSIPPI | VS. | KELSEY MCINNIS |
| 15-900 | STATE OF MISSISSIPPI | VS. | KELSEY MCINNIS |
| 15-388 | STATE OF MISSISSIPPI | VS. | JOSEPH FRANKLIN |
| 15-269 | STATE OF MISSISSIPPI | VS. | DOUGLAS EUGENE JOINER |
| 15-390 | STATE OF MISSISSIPPI | VS. | SHARON ROBINSON |
| 15-718 | STATE OF MISSISSIPPI | VS. | TRAVIS THOMPSON |
| 16-052 | STATE OF MISSISSIPPI | VS. | ALEXIA SMITH |
| 16-154 | STATE OF MISSISSIPPI | VS. | TONY COURSE |
| 16-139 | STATE OF MISSISSIPPI | VS. | RAMONE HOLLINS |
| 16-1086 | STATE OF MISSISSIPPI | VS. | ELLIOTT SHOWERS |
| 16-441 | STATE OF MISSISSIPPI | VS. | PAMELA ALLEN YOUNG |
| 16-919 | STATE OF MISSISSIPPI | VS. | CHRISTIAN MCDONALD |
| 16-916 | STATE OF MISSISSIPPI | VS. | BRANDON MAY |
| 16-1013 | STATE OF MISSISSIPPI | VS. | LEONARD DISHMON |
| 17-013 | STATE OF MISSISSIPPI | VS. | LEONARD DISHMON |
| 17-653 | STATE OF MISSISSIPPI | VS. | WARDELL GREENLEE |
| 17-695 | STATE OF MISSISSIPPI | VS. | MICHAEL ANDERSON |
| 17-967 | STATE OF MISSISSIPPI | VS. | TRACY GRAHAM |
| 17-513 | STATE OF MISSISSIPPI | VS. | DASHMUND DAVIS |
| 17-207 | STATE OF MISSISSIPPI | VS. | CLARENCE ATKINSON |
| 17-125 | STATE OF MISSISSIPPI | VS. | LAQUINN PITTMAN |
| 17-802 | STATE OF MISSISSIPPI | VS. | BRIAN STEWART |
| 17-897 | STATE OF MISSISSIPPI | VS. | KITO SMITH |
| 17-448 | STATE OF MISSISSIPPI | VS. | WILLIAM THOMAS LEWIS |
| 16-135 | STATE OF MISSISSIPPI | VS. | NAKIAH KIERRA BUTLER |
| 18-350 | STATE OF MISSISSIPPI | VS. | NAKIAH KIERRA BUTLER |
| 18-249 | STATE OF MISSISSIPPI | VS. | DEBRECO LAMONE TIMS |

## Supreme Court No. 2022-AP-972

| | | | |
|---|---|---|---|
| 18-281 | STATE OF MISSISSIPPI | VS. | KENKALELUS ALDRIDGE |
| 18-632 | STATE OF MISSISSIPPI | VS. | EZEKIEL HUTTON |
| 19-040 | STATE OF MISSISSIPPI | VS. | EZEKIEL L. HUTTON |
| 19-306 | STATE OF MISSISSIPPI | VS. | WESLEY J. TATE, JR. |
| 19-036 | STATE OF MISSISSIPPI | VS. | JAMAL HEARD |
| 19-086 | STATE OF MISSISSIPPI | VS. | MARKEY SMITH |
| 19-462 | STATE OF MISSISSIPPI | VS. | PATRICK BROWN |
| 19-567 | STATE OF MISSISSIPPI | VS. | BRODERICK HOWARD |
| 19-606 | STATE OF MISSISSIPPI | VS. | CLEVELAND ALLISON |
| 19-218 | STATE OF MISSISSIPPI | VS. | MICHAEL MCGLOTHIN |
| 19-516 | STATE OF MISSISSIPPI | VS. | EDDIE HAYES, JR. |

**Serial: 244376**

# IN THE SUPREME COURT OF MISSISSIPPI

## No. 2022-AP-00972

*IN RE: JUDICIAL APPOINTMENT RELATED TO CORONAVIRUS (COVID-19): HON. STEPHEN B. SIMPSON APPOINTED AS SPECIAL JUDGE FOR THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI*

### ORDER APPOINTING SPECIAL JUDGE FOR ADDITIONAL CASES

Mississippi Code Section 9-1-105(2) grants the Chief Justice of the Mississippi Supreme Court, with the advice and consent of a majority of the justices, the authority to appoint special judges to serve on a temporary basis to assist, preside, and enter judgment in cases in the event of an emergency or overcrowded dockets. Both events of Section 9-1-105(2) exist in the Seventh Circuit Court District of Mississippi. The additional cases listed below are approved by this Court and are currently pending in the Circuit Court of Hinds County, Mississippi. These appointments are made to alleviate the strain on the Hinds County courts caused or exacerbated by the COVID-19 pandemic, in the interest of public safety and to timely provide access to justice to victims and accused alike in these unique times. The Mississippi Legislature has appropriated funding via HB 1628, Section 30, 2022 Regular Session, for the appointment of these special judges.

Pursuant to the authority granted under Mississippi Code Section 9-1-105(2), I appoint Honorable Stephen B. Simpson, Senior Status Judge, as a Special Judge of the Seventh Circuit  Court District of Mississippi. This appointment is allowable under Section 9901 of the American Rescue Plan Act of 2021 (ARPA) or any guidance or regulation issued by the United States Department of the Treasury in conformity therewith.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Honorable Stephen B. Simpson, Senior Status Judge, is hereby appointed as a Special Judge of the Seventh Circuit Court District of Mississippi to preside and enter judgment in the following additional cases currently pending in the Circuit Court of Hinds County, Mississippi:

Cause No. 19-396 State of Mississippi v. Christian McDonald

Cause No. 19-785 State of Mississippi v. Christian McDonald

Cause No.19-00081 State of Mississippi v. Christian McDonald

Cause No. 21-789 State of Mississippi v. Eddie Hayes

Cause No. 22-137 State of Mississippi v. Michael Mclothin

Cause No. 19-966 State of Mississippi v. Clyde Turner

Cause No. 22-049 State of Mississippi v. Montrell Smith

Cause No. 22-00051 State of Mississippi v. Montrell Smith

Cause No. 22-061 State of Mississippi v. Martavius Watts

Cause No. 20-01121 State of Mississippi v. Robert Thomas

Cause No. 16-717 State of Mississippi v. Jamario Hudson

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by the Special Judge and approved by the Administrative Office of the Courts will be paid by the Supreme Court pursuant to HB 1628, Section 30, 2022 Regular Session, any later similar appropriation bills, or any other available funds appropriated for the appointment of special judges.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to Honorable Stephen B. Simpson, Special Judge; Honorable Tomie Green, Honorable Winston Kidd, Honorable Adrienne Wooten, and Honorable Faye Peterson, Circuit Judges of the Seventh Circuit Court District; Hinds County District Attorney Jody Owens; Hinds County Public Defender Gail Wright Lowery; the State Public Defender Andre de Gruy; Carol Allgood, Finance Director of the Supreme Court of Mississippi; Jennifer Parish,  Assistant Finance Director; and Lisa Counts, Deputy Director of the

Administrative Office of the Courts.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit a copy of this order to Zack Wallace, the Hinds County Circuit Clerk, who shall file it in each of the cases listed above and send copies to all counsel of record in those cases and to all parties who are not represented by counsel.

IT IS FURTHER ORDERED that upon the conclusion of each case in the trial court the Special Judge shall promptly forward a copy of the final judgment or other order of final disposition by mail or email to the Court Administrator, Supreme Court of Mississippi, Post Office Box 117, Jackson, MS 39205, hsaunders@courts.ms.gov.

SO ORDERED.

**DIGITAL SIGNATURE**
Order#: 244376
Sig Serial: 100006293
Org: SC
Date: 11/16/2022

Michael K. Randolph, Chief Justice

3

**Serial: 244681**

## IN THE SUPREME COURT OF MISSISSIPPI

### No. 2022-AP-00972

*IN RE: JUDICIAL APPOINTMENT RELATED TO*
*CORONAVIRUS (COVID-19): HON. STEPHEN B.*
*SIMPSON APPOINTED AS SPECIAL JUDGE FOR*
*THE CIRCUIT COURT OF HINDS COUNTY,*
*MISSISSIPPI*

### ORDER APPOINTING SPECIAL JUDGE FOR ADDITIONAL CASES

Mississippi Code Section 9-1-105(2) grants the Chief Justice of the Mississippi Supreme Court, with the advice and consent of a majority of the justices, the authority to appoint special judges to serve on a temporary basis to assist, preside, and enter judgment in cases in the event of an emergency or overcrowded dockets. Both events of Section 9-1-105(2) exist in the Seventh Circuit Court District of Mississippi. The additional cases listed below are approved by this Court and are currently pending in the Circuit Court of Hinds County, Mississippi. These appointments are made to alleviate the strain on the Hinds County courts caused or exacerbated by the COVID-19 pandemic, in the interest of public safety and to timely provide access to justice to victims and accused alike in these unique times. The Mississippi Legislature has appropriated funding via HB 1628, Section 30, 2022 Regular Session, for the appointment of these special judges.

Pursuant to the authority granted under Mississippi Code Section 9-1-105(2), I appoint Honorable Stephen B. Simpson, Senior Status Judge, as a Special Judge of the Seventh Circuit Court District of Mississippi. This appointment is allowable under Section 9901 of the American Rescue Plan Act of 2021 (ARPA) or any guidance or regulation issued by the United States Department of the Treasury in conformity therewith.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Honorable Stephen B. Simpson, Senior Status Judge, is hereby appointed as a Special Judge of the Seventh Circuit Court District of Mississippi to preside and enter judgment in the following additional cases currently pending in the Circuit Court of Hinds County, Mississippi:

Cause No. 22-00036 State of Mississippi v. Christian McDonald

Cause No. 20-00869 State of Mississippi v. Rickey Woodard

Cause No.17-00206  State of Mississippi v. Michael Anderson

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by the Special Judge and approved by the Administrative Office of the Courts will be paid by the Supreme Court pursuant to HB 1628, Section 30, 2022 Regular Session, any later similar appropriation bills, or any other available funds appropriated for the appointment of special judges.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to Honorable Stephen B. Simpson, Special Judge; Honorable Tomie Green, Honorable Winston Kidd, Honorable Adrienne Wooten, and Honorable Faye Peterson, Circuit Judges of the Seventh Circuit Court District; Hinds County District Attorney Jody Owens; Hinds County Public Defender Gail Wright Lowery; the State Public Defender Andre de Gruy; Carol Allgood, Finance Director of the Supreme Court of Mississippi; Jennifer Parish, Assistant Finance Director; and Lisa Counts, Deputy Director of the Administrative Office of the Courts.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit a copy of this order to Zack Wallace, the Hinds County Circuit Clerk, who shall file it in each of the cases listed above and send copies to all counsel of record in those cases and to all parties who are not represented by counsel.

IT IS FURTHER ORDERED that upon the conclusion of each case in the trial court the Special Judge shall promptly forward a copy of the final judgment or other order of final disposition by mail or email to the Court Administrator, Supreme Court of Mississippi, Post Office Box 117, Jackson, MS 39205, hsaunders@courts.ms.gov.

SO ORDERED.

**DIGITAL SIGNATURE**
**Order#:** 244681
**Sig Serial:** 100006391
**Org:** SC
**Date:** 12/06/2022

Michael K. Randolph, Chief Justice

Serial: **246179**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

**MAR 28 2023**

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

In Re Judicial Appointment Related to
Coronavirus (COVID-19): Hon. Stephen B.
Simpson Appointed as Special Judge for The
Circuit Court of Hinds County, Mississippi

No. 2022-AP-00972

## ORDER APPOINTING SPECIAL JUDGE

Mississippi Code Section 9-1-105(2) grants the Chief Justice of the Mississippi Supreme Court, with the advice and consent of a majority of the justices, the authority to appoint special judges to serve on a temporary basis to assist, preside, and enter judgment in cases in the event of an emergency or overcrowded dockets. Both events of Section 9-1-105(2) exist in the Seventh Circuit Court District of Mississippi. The additional cases listed below are approved by this Court and are currently pending in the Circuit Court of Hinds County, Mississippi. These appointments are made to alleviate the strain on the Hinds County courts caused or exacerbated by the COVID-19 pandemic, in the interest of public safety and to timely provide access to justice to victims and accused alike in these unique times. The Mississippi Legislature has appropriated funding via HB 1628, Section 30, 2022 Regular Session, for the appointment of these special judges.

Pursuant to the authority granted under Mississippi Code Section 9-1-105(2), I appoint Honorable Stephen B. Simpson, Senior Status Judge, as a Special Judge of the Seventh Circuit Court District of Mississippi. This appointment is allowable under

Section 9901 of the American Rescue Plan Act of 2021 (ARPA) or any guidance or regulation issued by the United States Department of the Treasury in conformity therewith.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Honorable Stephen B. Simpson, Senior Status Judge, is hereby appointed as a Special Judge of the Seventh Circuit Court District of Mississippi to preside and enter judgment in the following additional case currently pending in the Circuit Court of Hinds County, Mississippi:

Cause No. 16-0-426 State of Mississippi v. Jamerio Hudson.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by the Special Judge and approved by the Administrative Office of the Courts will be paid by the Supreme Court pursuant to HB 1628, Section 30, 2022 Regular Session, any later similar appropriation bills, or any other available funds appropriated for the appointment of special judges.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to Honorable Stephen B. Simpson, Special Judge; Honorable Winston Kidd, Honorable Adrienne Wooten, Honorable Faye Peterson, and Hon. Debra H. Gibbs, Circuit Judges of the Seventh Circuit Court District; Hinds County District Attorney Jody Owens; Hinds County Public Defender Gail Wright Lowery; the State Public Defender Andre de Gruy; Carol Allgood, Finance Director of the Supreme Court of Mississippi; Jennifer Parish, Assistant Finance Director; and Lisa Counts, Deputy Director of the Administrative Office of the Courts.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit a copy of this order to Zack Wallace, the Hinds County Circuit Clerk, who shall file the case listed above and send copies to all counsel of record in those cases and to all parties who are not represented by counsel.

IT IS FURTHER ORDERED that upon the conclusion of this case in the trial court the Special Judge shall promptly forward a copy of the final judgment or other order of final disposition by mail or email to the Court Administrator, Supreme Court of Mississippi, Post Office Box 117, Jackson, MS 39205, hsaunders@courts.ms.gov.

SO ORDERED, this the 28 day of March, 2023.


MICHAEL K. RANDOLPH,
CHIEF JUSTICE

3

**Serial: 242439**

## IN THE SUPREME COURT OF MISSISSIPPI

### No. 2022-AP-00646

*RE:   JUDICIAL APPOINTMENT RELATED TO CORONAVIRUS (COVID-19): SPECIAL JUDGE FOR THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI*

## ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice and the four (4) circuit court judges of the Seventh Circuit Court District of Mississippi is the judges' need for the appointment of three (3) special judges to assist in timely handling the unforeseen consequences and workload.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to appoint David Anthony Chandler, Senior Status Judge, as a Special Temporary Judge for the Seventh Circuit Court District of Mississippi from the date of this order through January 31, 2023. Case reassignments will be made by the Senior Judge after conferring with the other Circuit Judges in the Seventh Circuit Court District of Mississippi.

IT IS THEREFORE, ORDERED AND ADJUDGED that the appointment of Honorable David Anthony Chandler, Senior Status Judge, be and he, is hereby appointed as a Special Temporary Judge of the Seventh Circuit Court District of Mississippi, to assist the duly elected circuit judges for the date of this order until January 31, 2023.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses by Honorable David Anthony Chandler, and approved by the Administrative Office of Courts will be paid through the Supreme Court's Department of Public Safety (DPS) Grant Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the DPS Grant Fund must be incurred by January 31, 2023.

IT IS FURTHER ORDERED AND ADJUDGED that the Clerk of this Court shall transmit copies of this order to Honorable David Anthony Chandler, Special Judge, the Honorable Tomie Green, the Honorable Winston Kidd, the Honorable Adrienne Wooten, and the Honorable Faye Peterson, Circuit Court Judges of the Seventh District of the State of Mississippi, the Hinds County Circuit Clerk, Carol Allgood, Finance Director of the Mississippi Supreme Court, Jennifer Parish, Assistant Finance Director, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED.

**DIGITAL SIGNATURE**
**Order#:** 242439
**Sig Serial:** 100005634
**Org:** SC
**Date:** 06/28/2022

Michael K. Randolph, Chief Justice

2

Serial: 242437

## IN THE SUPREME COURT OF MISSISSIPPI

### No. 2022-AP-00645

*RE: JUDICIAL APPOINTMENT RELATED TO CORONAVIRUS (COVID-19): SPECIAL JUDGE FOR THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI*

### ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice and the four (4) circuit court judges of the Seventh Circuit Court District of Mississippi is the judges' need for the appointment of three (3) special judges to assist in timely handling the unforeseen consequences and workload.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to appoint Isadore Patrick, Jr., Senior Status Judge, as a Special Temporary Judge for the Seventh Circuit Court District of Mississippi from the date of this order through January 31, 2023. Case reassignments will be made by the Senior Judge after conferring with the other Circuit Judges in the Seventh Circuit Court District of Mississippi.

IT IS THEREFORE, ORDERED AND ADJUDGED that the appointment of Honorable Isadore Patrick, Jr., Senior Status Judge, be and he, is hereby appointed as a Special Temporary Judge of the Seventh Circuit Court District of Mississippi, to assist the duly elected circuit judges for the date of this order until January 31, 2023.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses by Honorable Isadore Patrick, Jr., and approved by the Administrative Office of Courts will be paid through the Supreme Court's Department of Public Safety (DPS) Grant Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the DPS Grant Fund must be incurred by January 31, 2023.

IT IS FURTHER ORDERED AND ADJUDGED that the Clerk of this Court shall transmit copies of this order to Honorable Isadore Patrick, Jr., Special Judge, the Honorable Tomie Green, the Honorable Winston Kidd, the Honorable Adrienne Wooten, and the Honorable Faye Peterson, Circuit Court Judges of the Seventh District of the State of Mississippi, the Hinds County Circuit Clerk, Carol Allgood, Finance Director of the Mississippi Supreme Court, Jennifer Parish, Assistant Finance Director, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED.

**DIGITAL SIGNATURE**
**Order#:** 242437
**Sig Serial:** 100005635
**Org:** SC
**Date:** 06/28/2022

Michael K. Randolph, Chief Justice

2

Serial: **239965**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

DEC 21 2021

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

IN RE: JUDICIAL APPOINTMENT
RELATED TO CORONAVIRUS (COVID-
19): SPECIAL JUDGE FOR THE
CHANCERY COURT OF THE SECOND
DISTRICT OF MISSISSIPPI

No. 2021-AP-01395

<u>ORDER APPOINTING SPECIAL JUDGE</u>

Before the Chief Justice is the request of the duly elected chancellor in the Second

Judicial Districts (composed of Jasper, Newton and Scott Counties), Mississippi, through

Chancellor Robert M. Logan, for the appointment of a Special Judge on a temporary basis

to provide assistance in performing his duties due to the unforeseen consequences and

workload as well as any ancillary assistance the appointed Special Judge may require during

this appointment.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to the

appointment of Honorable John S. Grant, III, Senior Status Judge, as a Special Temporary

Judge for the Second Chancery Court of Mississippi, from the entry of this order through

January 31, 2022.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of

***Honorable John S. Grant, III***, Senior Status Judge, be, and is, hereby appointed as a Special

Temporary Judge of the Second Chancery Court District of Mississippi, to assist the duly

elected chancellor from the entry of this order through January 31, 2022.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable John S. Grant, III and approved by the Administrative Office of Courts will be paid through the Supreme Court's DPS (Department of Public Safety) Grant Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the DPS Grant Fund must be incurred by January 31, 2022.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable John S. Grant,III, Special Chancellor, and the Honorable Robert M. Logan, Jr., Chancellor of the Second Chancery Court District; and to the Chancery Clerks for the Second District (composed of Jasper, Newton and Scott Counties), Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the 21 day of December, 2021.

MICHAEL K. RANDOLPH
CHIEF JUSTICE

2

Serial: 240476

## IN THE SUPREME COURT OF MISSISSIPPI

### No. 2021-AP-01395

*RE:   JUDICIAL   APPOINTMENT   RELATED   TO CORONAVIRUS   (COVID-19):   SPECIAL   JUDGE FOR   THE   CHANCERY   COURT   OF   THE   SECOND DISTRICT OF MISSISSIPPI*

### ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice is the request of the duly elected chancellor in the Second Judicial Districts (composed of Jasper, Newton and Scott Counties), Mississippi, through Chancellor Robert M. Logan, for the extended appointment of a Special Judge on a temporary basis to provide assistance in performing his duties due to the unforeseen consequences and workload.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to the extended appointment of Honorable John S. Grant, III, Senior Status Judge, as a Special Temporary Judge for the Second Chancery Court of Mississippi, from the entry of this order through June 30, 2022.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of **Honorable John S. Grant, III**, Senior Status Judge, be, and is, hereby extended as a Special Temporary Judge of the Second Chancery Court District of Mississippi, to assist the duly elected chancellor from the entry of this order through June 30, 2022.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable John S. Grant, III and approved by the Administrative Office of Courts will be paid through the Supreme Court's DPS (Department of Public Safety) Grant Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the DPS Grant Fund must be incurred by June 30, 2022.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable John S. Grant,III, Special Chancellor, and the Honorable Robert M. Logan, Jr., Chancellor of the Second Chancery Court District; and to the Chancery Clerks for the Second District (composed of Jasper, Newton and Scott Counties), Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED.

**DIGITAL SIGNATURE**
**Order#:** 240476
**Sig Serial:** 100004979
**Org:** SC
**Date:** 01/31/2022

Michael K. Randolph, Chief Justice

Serial: **242025**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

**MAY 26 2022**

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

In Re: Judicial Appointment Related to
Coronavirus (COVID-19): Special Judge for
the Chancery Court of the Second District of
Mississippi

No. 2021-AP-01395

## ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice is the request of the duly elected chancellor in the Second

Judicial Districts (composed of Jasper, Newton and Scott Counties), Mississippi, through

Chancellor Robert M. Logan, for the extended appointment of a Special Judge on a

temporary basis to provide assistance in performing his duties due to the unforeseen

consequences and workload.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to

the extended appointment of Honorable John S. Grant, III, Senior Status Judge, as a

Special Temporary Judge for the Second Chancery Court of Mississippi, from the entry of

this order through January 31, 2023.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of

***Honorable John S. Grant, III***, Senior Status Judge, be, and is, hereby extended as a

Special Temporary Judge of the Second Chancery Court District of Mississippi, to assist

the duly elected chancellor from the entry of this order through January 31, 2023.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable John S. Grant, III and approved by the Administrative Office of Courts will be paid through the Supreme Court's DPS (Department of Public Safety) Grant Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the DPS Grant Fund must be incurred by January 31, 2023.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable John S. Grant,III, Special Chancellor, and the Honorable Robert M. Logan, Jr., Chancellor of the Second Chancery Court District; and to the Chancery Clerks for the Second District (composed of Jasper, Newton and Scott Counties), Carol Allgood, Finance Director of the Mississippi Supreme Court, Jennifer Parish, Assistant Finance Director, and Lisa Counts, Deputy Director of Administrative Office of Courts

SO ORDERED, this the 26 day of May, 2022.

MICHAEL K. RANDOLPH,
CHIEF JUSTICE

2

Serial: **246025**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

**MAR 17 2023**

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

In Re: Judicial Appointment Related to
Coronavirus (COVID-19): Special Judge for
the Chancery Court of the Second District of
Mississippi

No. 2021-AP-01395

## ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice is the request of the duly elected chancellor in the Second

Judicial Districts (composed of Jasper, Newton and Scott Counties), Mississippi, through

Chancellor Robert M. Logan, for the extended appointment of a Special Judge on a

temporary basis to provide assistance in performing his duties due to the unforeseen

consequences and workload.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to

the extended appointment of Honorable James D. Bell, Senior Status Judge, as a

Special Temporary Judge for the Second Chancery Court of Mississippi, from the entry of

this order through January 31, 2024.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of

Honorable James D. Bell, Senior Status Judge, be, and is, hereby extended as a

Special Temporary Judge of the Second Chancery Court District of Mississippi, to assist

the duly elected chancellor from the entry of this order through January 31, 2024.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable James D. Bell and approved by the Administrative Office of Courts will be paid through the Supreme Court's DPS (Department of Public Safety) Grant Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the DPS Grant Fund must be incurred by January 31, 2024.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable James D. Bell, Special Chancellor, and the Honorable Robert M. Logan, Jr., Chancellor of the Second Chancery Court District; and to the Chancery Clerks for the Second District (composed of Jasper, Newton and Scott Counties), Carol Allgood, Finance Director of the Mississippi Supreme Court, Jennifer Parish, Assistant Finance Director, and Lisa Counts, Deputy Director of Administrative Office of Court.

SO ORDERED, this the 17th day of March, 2023.


FOR THE CHIEF JUSTICE

JAMES W. KITCHENS, PRESIDING JUSTICE

2

Serial: **239948**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

DEC 2 1 2021

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

IN RE: JUDICIAL APPOINTMENT
RELATED TO CORONAVIRUS (COVID-
19): SPECIAL JUDGE FOR THE TWELFTH
CHANCERY COURT DISTRICT

No. 2021-AP-01388

### ORDER APPOINTING SPECIAL CHANCELLOR

Before the Chief Justice is the request of the duly elected chancellors in the Twelfth Judicial Districts (composed of Clarke and Lauderdale Counties), Mississippi, through Senior Chancellor Lawrence Primeaux, for the appointment of a Special Judge on a temporary basis to provide assistance in performing their duties due to the unforeseen consequences and workload.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to appoint the Honorable Jaye A. Bradley, Senior Status Judge, as a Special Temporary Judge for the Twelfth Chancery Court of Mississippi from January 1, 2022 through January 31, 2022.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of **_Honorable Jaye A. Bradley,_** Senior Status Judge, be, and is, hereby appointed as a Special Temporary Judge of the Twelfth Chancery Court District of Mississippi, to assist the duly elected chancellors from January 1, 2022 through January 31, 2022.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable Jaye A. Bradley and approved by the Administrative Office

of Courts will be paid through the Supreme Court's DPS (Department of Public Safety) Grant Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the DPS Grant Fund must be incurred by January 31, 2022.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable Jaye A. Bradley, Special Chancellor, the Honorable Lawrence Primeaux, and the Honorable Charles E. Smith, Chancellors of the Twelfth Chancery Court District; and to the Chancery Clerks for the Twelfth District (composed of Clarke and Lauderdale Counties), Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the 21 day of December, 2021.

_____
MICHAEL K. RANDOLPH,
CHIEF JUSTICE

2

Serial: 240466

# IN THE SUPREME COURT OF MISSISSIPPI

## No. 2021-AP-01388

***RE: JUDICIAL APPOINTMENT RELATED TO CORONAVIRUS (COVID-19): SPECIAL JUDGE FOR THE TWELFTH CHANCERY COURT DISTRICT***

## <u>ORDER APPOINTING SPECIAL JUDGE</u>

Before the Chief Justice is the request of the duly elected chancellors in the Twelfth Judicial Districts (composed of Clarke and Lauderdale Counties), Mississippi, through Senior Chancellor Lawrence Primeaux, for the extended appointment of a Special Judge on a temporary basis to provide assistance in performing their duties due to the unforeseen consequences and workload.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to extend the appointment of Honorable Jaye A. Bradley, Senior Status Judge, as a Special Temporary Judge for the Twelfth Chancery Court of Mississippi from the entry of this order through June 30, 2022.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of ***Honorable Jaye A. Bradley,*** Senior Status Judge, be, and is, hereby extended as a Special Temporary Judge of the Twelfth Chancery Court District of Mississippi, to assist the duly elected chancellors from entry of this order June 30, 2022.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable Jaye A. Bradley and approved by the Administrative Office of Courts will be paid through the Supreme Court's DPS (Department of Public Safety) Grant Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the DPS Grant Fund must be incurred by June 30, 2022.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable Jaye A. Bradley, Special Chancellor, the Honorable Lawrence Primeaux, and the Honorable Charles E. Smith, Chancellors of the Twelfth Chancery Court District; and to the Chancery Clerks for the Twelfth District (composed of Clarke and Lauderdale Counties), Carol Allgood, Finance Director of the Mississippi Supreme Court, and  Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED.

**DIGITAL SIGNATURE**
**Order#:** 240466
**Sig Serial:** 100004973
**Org:** SC
**Date:** 01/31/2022

Michael K. Randolph, Chief Justice

Electronic Document          Apr 5 2021 15:48:58          2021-AP-00346          Pages: 2

Serial: 236373

# IN THE SUPREME COURT OF MISSISSIPPI

## No. 2021-AP-00346

*IN RE: SPECIAL JUDGE FOR THE CIRCUIT*
*COURT OF HINDS COUNTY, MISSISSIPPI*

## <u>ORDER APPOINTING SPECIAL JUDGE</u>

Before the Chief Justice and the four (4) circuit judges of the Seventh Circuit Court District of Mississippi is the judges' need for the extended appointment of a Special Judge to assist in timely handling the overcrowded docket of the Seventh Circuit District, which is the most populous single Circuit Court District.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to extend the appointment of Honorable Jess H. Dickinson, Senior Status Judge, as a Special Temporary Judge for the Seventh Circuit Court District for the State of Mississippi from the date of the entry of this order until December 31, 2021.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of ***Honorable Jess H. Dickinson***, Senior Status Judge, is hereby extended as a Special Temporary Judge of the Seventh Circuit District for the State of Mississippi, to assist the duly elected circuit judges from the entry of this order until December 31, 2021.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to Honorable Jess H. Dickinson, Special Judge, the Honorable Tomie Green, the Honorable Winston Kidd, the Honorable Adrienne Wooten, the Honorable Faye Peterson, Circuit Court Judges of the Seventh District of the State of Mississippi, and the

Hinds County Circuit Court Clerk, who is directed to file this Order.

SO ORDERED.

**DIGITAL SIGNATURE**
**Order#:** 236373
**Sig Serial:** 100003534
**Org:** SC
**Date:** 04/05/2021

Michael K. Randolph, Chief Justice

2

Serial: **239917**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

**DEC 2 1 2021**

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

IN RE: SPECIAL JUDGE FOR THE
CIRCUIT COURT OF HINDS COUNTY,
MISSISSIPPI

No. 2021-AP-00346

ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice and the four (4) circuit judges of the Seventh Circuit Court District of Mississippi is the judges' need for the extended appointment of a Special Judge to assist in timely handling the overcrowded docket of the Seventh Circuit District, which is the most populous single Circuit Court District.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to extend the appointment of Honorable Jess H. Dickinson, Senior Status Judge, as a Special Temporary Judge for the Seventh Circuit Court District for the State of Mississippi from January 1, 2022 through December 31, 2022.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of **_Honorable Jess H. Dickinson_**, Senior Status Judge, is hereby extended as a Special Temporary Judge of the Seventh Circuit District for the State of Mississippi, to assist the duly elected circuit judges from January 1, 2022 through December 31, 2022.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to Honorable Jess H. Dickinson, Special Judge, the Honorable Tomie Green,

the Honorable Winston Kidd, the Honorable Adrienne Wooten, the Honorable Faye

Peterson, Circuit Court Judges of the Seventh District of the State of Mississippi, and the

Hinds County Circuit Court Clerk, who is directed to file this Order.

SO ORDERED, this the _21_ day of December, 2021.

MICHAEL K. RANDOLPH,
CHIEF JUSTICE

2

Serial: 236372

## IN THE SUPREME COURT OF MISSISSIPPI

### No. 2021-AP-00345

*IN RE: SPECIAL JUDGE FOR THE COUNTY*
*COURT OF HINDS COUNTY, MISSISSIPPI*

### ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice and the three (3) county court judges in the First and Second Judicial Districts of the County Court of Hinds County, Mississippi, is the judges' need for the extended appointment of a Special Judge to assist in timely handling the overcrowded docket of the First and Second Judicial Districts of the County Court of Hinds County.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to extend the appointment of Honorable Jess H. Dickinson, Senior Status Judge, as a Special Temporary Judge for the First and Second Judicial Districts of the County Court of Hinds County for the State of Mississippi from the date of the entry of this order until December 31, 2021.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of *Honorable Jess H. Dickinson*, Senior Status Judge, is hereby extended as a Special Temporary Judge of the First and Second Judicial Districts of the County Court of Hinds County for the State of Mississippi, to assist the duly elected county court judges from the entry of this order until December 31, 2021.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to Honorable Jess H. Dickinson, Special Judge, the Honorable LaRita Cooper-Stokes, the Honorable Johnnie McDaniels, County Court Judges for the First and Second

Judicial Districts of the County Court of Hinds County of the State of Mississippi, and the

Hinds County Circuit Court Clerk, who is directed to file this Order.

 SO ORDERED.

**DIGITAL SIGNATURE**
**Order#:** 236372
**Sig Serial:** 100003533
**Org:** SC
**Date:** 04/05/2021

Michael K. Randolph, Chief Justice

2

Serial: **239919**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

DEC 2 1 2021

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

IN RE: SPECIAL JUDGE FOR THE
COUNTY COURT OF HINDS COUNTY,
MISSISSIPPI

No. 2021-AP-00345

## ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice and the three (3) county court judges in the First and Second Judicial Districts of the County Court of Hinds County, Mississippi, is the judges' need for the extended appointment of a Special Judge to assist in timely handling the overcrowded docket of the First and Second Judicial Districts of the County Court of Hinds County.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to extend the appointment of Honorable Jess H. Dickinson, Senior Status Judge, as a Special Temporary Judge for the First and Second Judicial Districts of the County Court of Hinds County for the State of Mississippi from January 1, 2022 through December 31, 2022.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of *Honorable Jess H. Dickinson*, Senior Status Judge, is hereby extended as a Special Temporary Judge of the First and Second Judicial Districts of the County Court of Hinds County for the State of Mississippi, to assist the duly elected county court judges from January 1, 2022 through December 31, 2022.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to Honorable Jess H. Dickinson, Special Judge, the Honorable LaRita Cooper-Stokes, the Honorable Johnnie McDaniels, County Court Judges for the First and Second Judicial Districts of the County Court of Hinds County of the State of Mississippi, and the Hinds County Circuit Court Clerk, who is directed to file this Order.

SO ORDERED, this the __21__ day of December, 2021.

MICHAEL K. RANDOLPH,
CHIEF JUSTICE

2

Serial: **234098**

IN THE SUPREME COURT OF MISSISSIPPI

No. 2020-AP-01120

**FILED**

**OCT 1 2 2020**

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

IN RE: JUDICIAL APPOINTMENT
RELATED TO CORONAVIRUS (COVID-
19): SPECIAL JUDGE FOR THE YOUTH
COURT OF HARRISON COUNTY,
MISSISSIPPI

## ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice is the request of the duly elected County Court Judge Michael

Bryan Dickinson, in the County Court of Harrison County, Mississippi, for the appointment

of a special judge on a temporary basis to provide assistance in performing his duties due to

the unforeseen needs proximately caused and/or contributed by COVID-19. The Court finds

that it is appropriate under Mississippi Code Section 9-1-105 to appoint Honorable T. Larry

Wilson, Senior Status Judge, as a Special Temporary Judge for the Youth Court of Harrison

County Court of Harrison County, Mississippi, from the entry of this order through

December 30, 2020.

IT IS THEREFORE, ORDERED AND ADJUDGED that ***Honorable T. Larry***

***Wilson***, Senior Status Judge, be, and he is hereby appointed as a Special Temporary Youth

Court Judge of the Harrison County Court of Harrison County, Mississippi, to assist duly

elected County Court Judge Michael Bryan Dickinson from the entry of this order through

December 30, 2020.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable T. Larry Wilson and approved by the Administrative Office of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by December 30, 2020.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable T. Larry Wilson, Special Judge, the Honorable Gaston H. Hewes, Jr., the Honorable Robin Alfred Midcalf, and the Honorable Michael Bryan Dickinson, County Court Judges of Harrison County, the Harrison County Circuit Clerk, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the 12 day of October, 2020.

MICHAEL K. RANDOLPH,
CHIEF JUSTICE

2

Serial: **235256**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

IN RE: JUDICIAL APPOINTMENT
RELATED TO CORONAVIRUS (COVID-
19): SPECIAL JUDGE FOR THE YOUTH
COURT OF HARRISON COUNTY,
MISSISSIPPI

**JAN 05 2021**

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

No. 2020-AP-01120

ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice is the request of the duly elected County Court Judge Michael

Bryan Dickinson, in the County Court of Harrison County, Mississippi, for the extended

appointment of a Special Judge on a temporary basis to continue to provide assistance in

performing his duties due to the unforeseen needs proximately caused and/or contributed by

COVID-19. The Court finds that it is appropriate under Mississippi Code Section 9-1-105

to extend the appointment of Honorable T. Larry Wilson, Senior Status Judge, as a Special

Temporary Judge for the Youth Court of Harrison County Court of Harrison County,

Mississippi, from the entry of this order through June 30, 2021.

IT IS THEREFORE, ORDERED AND ADJUDGED that the appointment of

***Honorable T. Larry Wilson***, Senior Status Judge, be, and he, is hereby extended as a Special

Temporary Youth Court Judge of the Harrison County Court of Harrison County,

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable T. Larry Wilson and approved by the Administrative Office of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by June 30, 2021.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable T. Larry Wilson, Special Judge, the Honorable Gaston H. Hewes, Jr., the Honorable Robin Alfred Midcalf, and the Honorable Michael Bryan Dickinson, County Court Judges of Harrison County, the Harrison County Circuit Clerk, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the _5_ day of January, 2021.

MICHAEL K. RANDOLPH, CHIEF JUSTICE

2

Serial: **233882**

IN THE SUPREME COURT OF MISSISSIPPI

No. 2020-AP-01062

**FILED**

**SEP** 2 4 2020

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

IN RE: JUDICIAL APPOINTMENT
RELATED TO CORONAVIRUS (COVID-19):
SPECIAL JUDGE FOR THE COUNTY COURT
OF FORREST COUNTY, MISSISSIPPI

<u>ORDER APPOINTING SPECIAL JUDGE</u>

Before the Chief Justice is the request of the duly elected County Court Judge Carol

Jones Russell, in the County Court of Forrest County, Mississippi, for the appointment of a

special judge on a temporary basis to provide assistance in performing her duties due to the

unforeseen needs proximately caused and/or contributed by COVID-19. The Court finds that

it is appropriate under Mississippi Code Section 9-1-105 to appoint Honorable Michael

McPhail, Senior Status Judge, as a Special Temporary Judge for the Forrest County Court

of Forrest County, Mississippi, from the entry of this order through December 30, 2020.

IT IS THEREFORE, ORDERED AND ADJUDGED that ***Honorable Michael***

***McPhail***, Senior Status Judge, be, and he is hereby appointed as a Special Temporary Judge

of the Forrest County Court of Forrest County, Mississippi, to assist duly elected County

Court Judge Carol Jones Russell from the entry of this order through December 30, 2020.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary

expenses incurred by Honorable Michael McPhail and approved by the Administrative Office

of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by December 30, 2020.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable Michael McPhail, Special Judge, the Honorable Carol Jones Russell, County Court Judge of Forrest County, the Forrest County Circuit Clerk, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the 24 day of September, 2020.

MICHAEL K. RANDOLPH,
CHIEF JUSTICE

2

Serial: **233112**

IN THE SUPREME COURT OF MISSISSIPPI

**No. 2020-AP-00823**

**FILED**

AUG 04 2020

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

*IN RE: JUDICIAL APPOINTMENT*
*RELATED TO CORONAVIRUS: (COVID-*
*19): SPECIAL JUDGE FOR THE EIGHTH*
*CIRCUIT COURT DISTRICT*

## ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice is the request of the duly elected Circuit Court Judges in the Eighth Circuit Court District of Mississippi, through Senior Judge Mark Duncan, for the appointment of special judge on a temporary basis to provide assistance in performing their duties due to the unforeseen needs proximately caused and/or contributed by COVID-19. The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to appoint Honorable Larry E. Roberts, Senior Status Judge, as a Special Temporary Judge for the Eighth Circuit Court District of Mississippi, from the entry of this order through December 30, 2020.

IT IS, THEREFORE, ORDERED AND ADJUDGED that *Honorable Larry E. Roberts*, Senior Status Judge, be, and he is hereby appointed as a Special Temporary Judge for the Eighth Circuit Court District of Mississippi, to assist duly elected Circuit Court Judges from the entry of this order through December 30, 2020.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable Larry E. Roberts and approved by the Administrative Office of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by December 30, 2020.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable Larry E. Roberts, Special Judge, the Honorable Mark Duncan and the Honorable Brian Burns, Judges of the Eighth Circuit Court of Mississippi; the Circuit Clerks for the Eighth Districts, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the _____ day of August, 2020.

MICHAEL K. RANDOLPH,
CHIEF JUSTICE

2

Serial: **233116**

IN THE SUPREME COURT OF MISSISSIPPI

**No. 2020-AP-00822**

*IN RE: JUDICIAL APPOINTMENT RELATED TO CORONAVIRUS (COVID-19): SPECIAL JUDGE FOR THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI*

FILED

AUG 04 2020

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

## ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice and the four (4) circuit court judges of the Seventh Circuit Court District of Mississippi is the judges' need for the appointment of four (4) special judges to assist in timely handling the unforeseen consequences and workload proximately caused and/or contributed to by COVID19. The Seventh Circuit District is the most populous single Circuit Court District. It has the largest number of positive coronavirus test results and the largest number of deaths in the State of Mississippi at this time.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to appoint Honorable David A. Chandler, Senior Status Judge, as a Special Temporary Judge for The Seventh Circuit Court District for the State of Mississippi from the date of the entry of this order through December 30, 2020. Case reassignments will be made by the Senior Judge after conferring with the other Circuit Judges in the district.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Honorable **David A. Chandler**, Senior Status Judge, be and he is hereby appointed as a Special Temporary Judge of the Seventh

Circuit District for the State of Mississippi, to assist the duly elected circuit judges from the entry of this order through December 30, 2020.

IT IS FURTHER ORDERED AND ADJUDGED that all case reassignments will be made by the Senior Judge after conferring with the other Circuit Judges in the district.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable David A. Chandler and approved by the Administrative Office of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by December 30, 2020.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to Honorable David A. Chandler, Special Judge, the Honorable Tomie Green, the Honorable Winston Kidd, the Honorable Adrienne Wooten, and the Honorable Faye Peterson, Circuit Court Judges of the Seventh District of the State of Mississippi, the Hinds County Circuit Clerk, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the ___4___ day of August, 2020.

_____

MICHAEL K. RANDOLPH,
CHIEF JUSTICE

2

Serial: **235242**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

JAN 05 2021

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

IN RE: JUDICIAL APPOINTMENT
RELATED TO CORONAVIRUS (COVID-
19): SPECIAL JUDGE FOR THE CIRCUIT
COURT OF HINDS COUNTY, MISSISSIPPI

No. 2020-AP-00822

ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice and the four (4) circuit court judges of the Seventh Circuit

Court District of Mississippi is the judges' need for the extended appointment of four (4)

Special Judges to assist in timely handling the unforeseen consequences and workload

proximately caused and/or contributed to by COVID19.  The Seventh Circuit District is the

most populous single Circuit Court District. It has the largest number of positive coronavirus

test results and the largest number of deaths in the State of Mississippi at this time.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to

extend the appointment of Honorable David A. Chandler, Senior Status Judge, as a Special

Temporary Judge for The Seventh Circuit Court District for the State of Mississippi from the

date of the entry of this order through March 31, 2021. Case reassignments will be made by

the Senior Judge after conferring with the other Circuit Judges in the district.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Honorable the appointment

of ***Honorable David A. Chandler***, Senior Status Judge, be and is, hereby extended as a

Special Temporary Judge of he Seventh Circuit District for the State of Mississippi, to assist the duly elected circuit judges from the entry of this order through March 31, 2021.

IT IS FURTHER ORDERED AND ADJUDGED that all case reassignments will be made by the Senior Judge after conferring with the other Circuit Judges in the district.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable David A. Chandler and approved by the Administrative Office of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by March 31, 2021.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to Honorable David A. Chandler, Special Judge, the Honorable Tomie Green, the Honorable Winston Kidd, the Honorable Adrienne Wooten, and the Honorable Faye Peterson, Circuit Court Judges of the Seventh District of the State of Mississippi, the Hinds County Circuit Clerk, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the ⟋⟍ day of January, 2021.

MICHAEL K. RANDOLPH
CHIEF JUSTICE

2

Serial: **233082**

IN THE SUPREME COURT OF MISSISSIPPI

### No. 2020-AP-00815

*IN RE: JUDICIAL APPOINTMENT RELATED TO CORONAVIRUS (COVID-19): SPECIAL JUDGE FOR THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI*



FILED

AUG 04 2020

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

## <u>ORDER APPOINTING SPECIAL JUDGE</u>

Before the Chief Justice and the four (4) circuit court judges of the Seventh Circuit Court District of Mississippi is the judges' need for the appointment of four (4) special judges to assist in timely handling the unforeseen consequences and workload proximately caused and/or contributed to by COVID19. The Seventh Circuit District is the most populous single Circuit Court District. It has the largest number of positive coronavirus test results and the largest number of deaths in the State of Mississippi at this time.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to appoint Honorable Betty W. Sanders, Senior Status Judge, as a Special Temporary Judge for The Seventh Circuit Court District for the State of Mississippi from the date of the entry of this order through December 30, 2020. Case reassignments will be made by the Senior Judge after conferring with the other Circuit Judges in the district.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Honorable ***Betty W. Sanders***, Senior Status Judge, be and she is hereby appointed as a Special Temporary Judge of the Seventh

Circuit District for the State of Mississippi, to assist the duly elected circuit judges from the entry of this order through December 30, 2020.

IT IS FURTHER ORDERED AND ADJUDGED that all case reassignments will be made by the Senior Judge after conferring with the other Circuit Judges in the district.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable Betty W. Sanders and approved by the Administrative Office of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by December 30, 2020.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to Honorable Betty W. Sanders, Special Judge, the Honorable Tomie Green, the Honorable Winston Kidd, the Honorable Adrienne Wooten, and the Honorable Faye Peterson, Circuit Court Judges of the Seventh District of the State of Mississippi, the Hinds County Circuit Clerk, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the ___4___ day of August, 2020.

MICHAEL K. RANDOLPH,
CHIEF JUSTICE

2

Serial: 235254

**IN THE SUPREME COURT OF MISSISSIPPI**

**FILED**

**JAN 05 2021**

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

IN RE: JUDICIAL APPOINTMENT
RELATED TO CORONAVIRUS (COVID-
19): SPECIAL JUDGE FOR THE CIRCUIT
COURT OF HINDS COUNTY, MISSISSIPPI

No. 2020-AP-00815

<u>ORDER APPOINTING SPECIAL JUDGE</u>

Before the Chief Justice and the four (4) circuit court judges of the Seventh Circuit Court District of Mississippi is the judges' need for the extended appointment of four (4) Special Judges to assist in timely handling the unforeseen consequences and workload proximately caused and/or contributed to by COVID19. The Seventh Circuit District is the most populous single Circuit Court District. It has the largest number of positive coronavirus test results and the largest number of deaths in the State of Mississippi at this time.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to extend the appointment of Honorable Betty W. Sanders, Senior Status Judge, as a Special Temporary Judge for The Seventh Circuit Court District for the State of Mississippi from the date of the entry of this order through March 31, 2021. Case reassignments will be made by the Senior Judge after conferring with the other Circuit Judges in the district.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of ***Honorable Betty W. Sanders***, Senior Status Judge, be and she, is hereby extended as a

Special Temporary Judge of the Seventh Circuit District for the State of Mississippi, to assist the duly elected circuit judges from the entry of this order through March 31, 2021.

IT IS FURTHER ORDERED AND ADJUDGED that all case reassignments will be made by the Senior Judge after conferring with the other Circuit Judges in the district.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable Betty W. Sanders and approved by the Administrative Office of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by March 31, 2021.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to Honorable Betty W. Sanders, Special Judge, the Honorable Tomie Green, the Honorable Winston Kidd, the Honorable Adrienne Wooten, and the Honorable Faye Peterson, Circuit Court Judges of the Seventh District of the State of Mississippi, the Hinds County Circuit Clerk, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the ___5___ day of January, 2021.

MICHAEL K. RANDOLPH,
CHIEF JUSTICE

2

Electronic Document          Apr 7 2021 16:46:58          2020-AP-00815          Pages: 2

**Serial: 236397**

**IN THE SUPREME COURT OF MISSISSIPPI**

**No. 2020-AP-00815**

*IN RE:  JUDICIAL APPOINTMENT RELATED TO*
*CORONAVIRUS (COVID-19): SPECIAL JUDGE*
*FOR THE CIRCUIT COURT OF HINDS COUNTY,*
*MISSISSIPPI*

**ORDER APPOINTING SPECIAL JUDGE**

Before the Chief Justice and the four (4) circuit court judges of the Seventh Circuit Court District of Mississippi is the judges' need for the extended appointment of four (4) Special Judges to assist in timely handling the unforeseen consequences and workload proximately caused and/or contributed to by COVID19.  The Seventh Circuit District is the most populous single Circuit Court District. It has the largest number of positive coronavirus test results and the largest number of deaths in the State of Mississippi at this time.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to extend the appointment of Honorable Betty W. Sanders, Senior Status Judge, as a Special Temporary Judge for The Seventh Circuit Court District for the State of Mississippi from the date of the entry of this order through April 30, 2021. Case reassignments will be made by the Senior Judge after conferring with the other Circuit Judges in the district.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of *Honorable Betty W. Sanders*, Senior Status Judge, be and she, is hereby extended as a Special Temporary Judge of the Seventh Circuit District for the State of Mississippi, to assist the duly elected circuit judges from the entry of this order through April 30, 2021.

IT IS FURTHER ORDERED AND ADJUDGED that all case reassignments will be made by the Senior Judge after conferring with the other Circuit Judges in the district.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and

necessary expenses incurred by Honorable Betty W. Sanders and approved by the Administrative Office of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by April 30, 2021.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to Honorable Betty W. Sanders, Special Judge, the Honorable Tomie Green, the Honorable Winston Kidd, the Honorable Adrienne Wooten, and the Honorable Faye Peterson, Circuit Court Judges of the Seventh District of the State of Mississippi, the Hinds County Circuit Clerk, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED.


**DIGITAL SIGNATURE**
**Order#:** 236397
**Sig Serial:** 100003557
**Org:** SC
**Date:** 04/07/2021

Michael K. Randolph, Chief Justice

Serial: **233081**

IN THE SUPREME COURT OF MISSISSIPPI

**No. 2020-AP-00814**

*IN RE: JUDICIAL APPOINTMENT RELATED TO CORONAVIRUS (COVID-19): SPECIAL JUDGE FOR THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI*



FILED

AUG 04 2020

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

## ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice and the four (4) circuit court judges of the Seventh Circuit Court District of Mississippi is the judges' need for the appointment of four (4) special judges to assist in timely handling the unforeseen consequences and workload proximately caused and/or contributed to by COVID19. The Seventh Circuit District is the most populous single Circuit Court District. It has the largest number of positive coronavirus test results and the largest number of deaths in the State of Mississippi at this time.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to appoint Honorable Isadore Patrick, Senior Status Judge, as a Special Temporary Judge for The Seventh Circuit Court District for the State of Mississippi from the date of the entry of this order through December 30, 2020. Case reassignments will be made by the Senior Judge after conferring with the other Circuit Judges in the district.

IT IS, THEREFORE, ORDERED AND ADJUDGED that *Honorable Isadore Patrick*, Senior Status Judge, be and he is hereby appointed as a Special Temporary Judge of the Seventh

Circuit District for the State of Mississippi, to assist the duly elected circuit judges from the entry of this order through December 30, 2020.

IT IS FURTHER ORDERED AND ADJUDGED that all case reassignments will be made by the Senior Judge after conferring with the other Circuit Judges in the district.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable Isadore Patrick and approved by the Administrative Office of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by December 30, 2020.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to Honorable Isadore Patrick, Special Judge, the Honorable Tomie Green, the Honorable Winston Kidd, the Honorable Adrienne Wooten, and the Honorable Faye Peterson, Circuit Court Judges of the Seventh District of the State of Mississippi, the Hinds County Circuit Clerk, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the ___4___ day of August, 2020.

MICHAEL K. RANDOLPH,
CHIEF JUSTICE

2

Serial: **235253**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

**JAN 05 2021**

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

IN RE: JUDICIAL APPOINTMENT
RELATED TO CORONAVIRUS (COVID-
19): SPECIAL JUDGE FOR THE CIRCUIT
COURT OF HINDS COUNTY, MISSISSIPPI

No. 2020-AP-00814

## ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice and the four (4) circuit court judges of the Seventh Circuit
Court District of Mississippi is the judges' need for the extended appointment of four (4)
Special Judges to assist in timely handling the unforeseen consequences and workload
proximately caused and/or contributed to by COVID19. The Seventh Circuit District is the
most populous single Circuit Court District. It has the largest number of positive coronavirus
test results and the largest number of deaths in the State of Mississippi at this time.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to
extend the appointment of Honorable Isadore Patrick, Senior Status Judge, as a Special
Temporary Judge for The Seventh Circuit Court District for the State of Mississippi from the
date of the entry of this order through March 31, 2021. Case reassignments will be made by
the Senior Judge after conferring with the other Circuit Judges in the district.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of
***Honorable Isadore Patrick***, Senior Status Judge, be and he, is hereby extended as a Special

Temporary Judge of the Seventh Circuit District for the State of Mississippi, to assist the duly elected circuit judges from the entry of this order through March 31, 2021.

IT IS FURTHER ORDERED AND ADJUDGED that all case reassignments will be made by the Senior Judge after conferring with the other Circuit Judges in the district.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable Isadore Patrick and approved by the Administrative Office of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by March 31, 2021.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to Honorable Isadore Patrick, Special Judge, the Honorable Tomie Green, the Honorable Winston Kidd, the Honorable Adrienne Wooten, and the Honorable Faye Peterson, Circuit Court Judges of the Seventh District of the State of Mississippi, the Hinds County Circuit Clerk, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the __5__ day of January, 2021.

MICHAEL K. RANDOLPH,
CHIEF JUSTICE

2

Serial: **233076**

IN THE SUPREME COURT OF MISSISSIPPI

**No. 2020-AP-00808**

*IN  RE:  JUDICIAL  APPOINTMENT*
*RELATED TO CORONAVIRUS (COVID-*
*19): SPECIAL JUDGE FOR THE COUNTY*
*COURT  OF  WARREN  COUNTY,*
*MISSISSIPPI*

**FILED**

**JUL 3 1 2020**

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

**ORDER APPOINTING SPECIAL JUDGE**

Before the Chief Justice is the request of the duly elected County Court Judge Marcie

T. Southerland, for the appointment of a special judge on a temporary basis to provide

assistance in performing her duties due to the unforeseen needs proximately caused and/or

contributed by COVID-19. The Court finds that it is appropriate under Mississippi Code

Section 9-1-105 to appoint Honorable John S. Price, Jr., Senior Status Judge, as a Special

Temporary Judge for County Court of Warren County, Mississippi, from the entry of this

order through August 19, 2020.

IT IS, THEREFORE, ORDERED AND ADJUDGED that *Honorable John S. Price,*

*Jr.*, Senior Status Judge, be, and he is hereby appointed as a Special Temporary Judge for the

County Court of Warren County, Mississippi, to assist duly elected County Court Judge

Marcie T. Southerland from the entry of this order through August 19, 2020.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and

necessary expenses incurred by Honorable John S. Price, Jr. and approved by the Administrative Office of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by December 30, 2020.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable John S. Price, Jr., Special Judge, and the Honorable Marcie T. Southerland, County Court Judge for Warren County; the Warren County Circuit Clerk, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the **31** day of July, 2020.

MICHAEL K. RANDOLPH,
CHIEF JUSTICE

Serial: **233032**

## IN THE SUPREME COURT OF MISSISSIPPI

### No. 2020-AP-00794

*IN RE: JUDICIAL APPOINTMENT RELATED TO CORONAVIRUS (COVID-19): SPECIAL JUDGE FOR THE CHANCERY COURT OF THE SIXTEENTH CHANCERY COURT DISTRICT OF MISSISSIPPI*

**FILED**

JUL 3 0 2020

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

## ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice is the request of the duly elected chancellors in the Sixteenth Judicial Districts (composed of George, Greene and Jackson Counties), Mississippi, through Senior Chancellor D. Neil Harris, Sr., for the appointment of a special judge on a temporary basis to provide assistance in performing their duties due to the unforeseen needs proximately caused and/or contributed by COVID-19. The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to appoint Honorable Jaye A. Bradley, Senior Status Judge, as a Special Temporary Judge for the Sixteenth Chancery Court of Mississippi from the entry of this order through December 30, 2020.

IT IS, THEREFORE, ORDERED AND ADJUDGED that *Honorable Jaye A. Bradley*, Senior Status Judge, be, and she is hereby appointed as a Special Temporary Judge of the Sixteenth Chancery Court District of Mississippi, to assist the duly elected chancellors from the entry of this order through December 30, 2020.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and

necessary expenses incurred by Honorable Jaye A. Bradley and approved by the Administrative Office of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by December 30, 2020.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable Jaye A. Bradley, Special Chancellor, the Honorable D. Neil Harris, Sr., the Honorable Mark Maples, and the Honorable Tanya Hasbrouck, Chancellors of the Sixteenth Chancery Court District; and to the Chancery Clerks for the Sixteenth District (composed of George, Greene and Jackson Counties), Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the 30 day of July, 2020.

MICHAEL K. RANDOLPH
CHIEF JUSTICE

2

Serial: **235267**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

JAN 06 2021

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

IN RE: JUDICIAL APPOINTMENT
RELATED TO CORONAVIRUS (COVID-
19): SPECIAL JUDGE FOR THE
CHANCERY COURT OF THE SIXTEENTH
CHANCERY COURT DISTRICT

No. 2020-AP-00794

## ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice is the request of the duly elected chancellors in the Sixteenth Judicial Districts (composed of George, Greene and Jackson Counties), Mississippi, through Senior Chancellor D. Neil Harris, Sr., for the extended appointment of a Special Judge on a temporary basis to continue to provide assistance in performing their duties due to the unforeseen needs proximately caused and/or contributed by COVID-19. The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to extend the appointment of Honorable Jaye A. Bradley, Senior Status Judge, as a Special Temporary Judge for the Sixteenth Chancery Court of Mississippi from the entry of this order through June 30, 2021.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of ***Honorable Jaye A. Bradley***, Senior Status Judge, be, and is, hereby extended as a Special Temporary Judge of the Sixteenth Chancery Court District of Mississippi, to assist the duly elected chancellors from the entry of this order through June 30, 2021.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable Jaye A. Bradley and approved by the Administrative Office of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by June 30, 2021.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable Jaye A. Bradley, Special Chancellor, the Honorable D. Neil Harris, Sr., the Honorable Mark Maples, and the Honorable Tanya Hasbrouck, Chancellors of the Sixteenth Chancery Court District; and to the Chancery Clerks for the Sixteenth District (composed of George, Greene and Jackson Counties), Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the ___6___ day of January, 2021.

MICHAEL K. RANDOLPH,
CHIEF JUSTICE

2

Serial: **237468**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

**JUN 28 2021**

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

In Re: Judicial Appointment Related to
Coronavirus (COVID-19): Special Judge for
the Chancery Court of the Sixteenth
Chancery Court District

No. 2020-AP-00794

## ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice is the request of the duly elected chancellors in the Sixteenth

Judicial Districts (composed of George, Greene and Jackson Counties), Mississippi, through

Senior Chancellor D. Neil Harris, Sr., for the extended appointment of a Special Judge on

a temporary basis to continue to provide assistance in performing their duties due to the

unforeseen needs proximately caused and/or contributed by COVID-19. The Court finds that

it is appropriate under Mississippi Code Section 9-1-105 to extend the appointment of

Honorable Jaye A. Bradley, Senior Status Judge, as a Special Temporary Judge for the

Sixteenth Chancery Court of Mississippi from the entry of this order through December 31,

2021.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of

***Honorable Jaye A. Bradley***, Senior Status Judge, be, and is, hereby extended as a Special

Temporary Judge of the Sixteenth Chancery Court District of Mississippi, to assist the duly

elected chancellors from the entry of this order through December 31, 2021.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary

expenses incurred by Honorable Jaye A. Bradley and approved by the Administrative Office of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by December 31, 2021.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable Jaye A. Bradley, Special Chancellor, the Honorable D. Neil Harris, Sr., the Honorable Mark Maples, and the Honorable Tanya Hasbrouck, Chancellors of the Sixteenth Chancery Court District; and to the Chancery Clerks for the Sixteenth District (composed of George, Greene and Jackson Counties), Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the 28 day of June, 2021.

MICHAEL K. RANDOLPH,
CHIEF JUSTICE

Serial: **239947**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

DEC 2 1 2021

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

IN RE: JUDICIAL APPOINTMENT
REATED TO CORONAVIRUS (COVID-19):
SPECIAL JUDGE FOR THE CHANCERY
COURT OF THE SIXTEENTH CHANCERY
COURT DISTRICT

No. 2020-AP-00794

ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice is the request of the duly elected chancellors in the Sixteenth

Judicial Districts ( composed of George, Greene and Jackson Counties), Mississippi, through

Senior Chancellor D. Neil Harris, Sr., for the extended appointment of a Special Judge on

a temporary basis to continue to provide assistance in performing their duties due to the

unforeseen consequences and workload.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to extend

the appointment of Honorable Jaye A. Bradley, Senior Status Judge, as a Special Temporary

Judge for the Sixteenth Chancery Court of Mississippi from January 1, 2022 through January 31,

2022.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of

***Honorable Jaye A. Bradley,*** Senior Status Judge, be, and is, hereby extended as a Special

Temporary Judge of the Sixteenth Chancery Court District of Mississippi, to assist the duly

elected chancellors from January 1, 2022 through January 31, 2022.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary

expenses incurred by Honorable Jaye A. Bradley and approved by the Administrative Office

of Courts will be paid through the Supreme Court's DPS (Department of Public Safety) Grant Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the DPS Grant Fund must be incurred by January 31, 2022.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable Jaye A. Bradley, Special Chancellor, the Honorable D. Neil Harris, Sr., the Honorable Mark Maples, and the Honorable Tanya Hasbrouck, Chancellors of the Sixteenth Chancery Court District; and to the Chancery Clerks for the Sixteenth District (composed of George, Greene and Jackson Counties), Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the ___21___ day of December, 2021.

_____
MICHAEL K. RANDOLPH,
CHIEF JUSTICE

2

**Serial: 240462**

## IN THE SUPREME COURT OF MISSISSIPPI

### No. 2020-AP-00794

*RE: JUDICIAL APPOINTMENT RELATED TO CORONAVIRUS (COVID-19): SPECIAL JUDGE FOR THE CHANCERY COURT OF THE SIXTEENTH CHANCERY COURT DISTRICT*

### ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice is the request of the duly elected chancellors in the Sixteenth Judicial Districts ( composed of George, Greene and Jackson Counties), Mississippi, through Senior Chancellor D. Neil Harris, Sr., for the extended appointment of a Special Judge on a temporary basis to continue to provide assistance in performing their duties due to the unforeseen consequences and workload.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to extend the appointment of Honorable Jaye A. Bradley, Senior Status Judge, as a Special Temporary Judge for the Sixteenth Chancery Court of Mississippi from the entry of this order through March 31, 2022.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of **Honorable Jaye A. Bradley,** Senior Status Judge, be, and is, hereby extended as a Special Temporary Judge of the Sixteenth Chancery Court District of Mississippi, to assist the duly elected chancellors from the entry of this order through March 31, 2022.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable Jaye A. Bradley and approved by the Administrative Office of Courts will be paid through the Supreme Court's DPS (Department of Public Safety) Grant Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the DPS Grant Fund must be incurred by March 31, 2022.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable Jaye A. Bradley, Special Chancellor, the Honorable D. Neil Harris, Sr., the Honorable Mark Maples, and the Honorable Tanya Hasbrouck, Chancellors of the Sixteenth Chancery Court District; and to the Chancery Clerks for the Sixteenth District (composed of George, Greene and Jackson Counties), Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED.

**DIGITAL SIGNATURE**
**Order#:** 240462
**Sig Serial:** 100004974
**Org:** SC
**Date:** 01/31/2022

Michael K. Randolph, Chief Justice

Serial: **233078**

IN THE SUPREME COURT OF MISSISSIPPI

**No. 2020-AP-00787**

*IN RE: JUDICIAL APPOINTMENT*
*RELATED TO CORONAVIRUS (COVID-*
*19): SPECIAL JUDGE FOR THE CIRCUIT*
*COURT OF THE TWENTY-FIRST*
*JUDICIAL DISTRICT OF MISSISSIPPI*

FILED

JUL 3 1 2020

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

## ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice is the request of the duly elected Circuit Court Judge Jannie

M. Lewis-Blackmon, for the appointment of a special judge on a temporary basis to provide

assistance in performing her duties due to the unforeseen needs proximately caused and/or

contributed by COVID-19. The Court finds that it is appropriate under Mississippi Code

Section 9-1-105 to appoint Honorable Barry W. Ford, Senior Status Judge, as a Special

Temporary Judge for Circuit Court of the Twenty-First Judicial District of Mississippi, from

the entry of this order through December 30, 2020.

IT IS, THEREFORE, ORDERED AND ADJUDGED that *Honorable Barry W. Ford*,

Senior Status Judge, be, and he is hereby appointed as a Special Temporary Judge for the

Circuit Court of the Twenty-First Judicial District of Mississippi, to assist duly elected

Circuit Court Judge Jannie M. Lewis-Blackmon from the entry of this order through

December 30, 2020.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable Barry W. Ford and approved by the Administrative Office of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by December 30, 2020.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable Barry W. Ford, Special Judge, and the Honorable Jannie M. Lewis-Blackmon, Circuit Judge for the Twenty-First Judicial District; the Circuit Clerks of Holmes, Humphreys and Yazoo Counties, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the 31 day of July, 2020.

MICHAEL K. RANDOLPH,
CHIEF JUSTICE

2

**FILED**

Serial: **235236**

IN THE SUPREME COURT OF MISSISSIPPI

JAN 05 2021

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

IN RE: JUDICIAL APPOINTMENT
RELATED TO CORONAVIRUS (COVID-
19): SPECIAL JUDGE FOR THE CIRCUIT
COURT OF THE TWENTY-FIRST
JUDICIAL DISTRICT OF MISSISSIPPI

No. 2020-AP-00787

## ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice is the request of the duly elected Circuit Court Judge Jannie

M. Lewis-Blackmon, for the extended appointment of a Special Judge on a temporary basis

to continue to provide assistance in performing her duties due to the unforeseen needs

proximately caused and/or contributed by COVID-19. The Court finds that it is appropriate

under Mississippi Code Section 9-1-105 to extend the appointment of Honorable Barry W.

Ford, Senior Status Judge, as a Special Temporary Judge for Circuit Court of the Twenty-

First Judicial District of Mississippi, from the entry of this order through August 31, 2021.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of

***Honorable Barry W. Ford***, Senior Status Judge, be, and is, hereby extended as a Special

Temporary Judge for the Circuit Court of the Twenty-First Judicial District of Mississippi,

to assist duly elected Circuit Court Judge Jannie M. Lewis-Blackmon from the entry of this

order through August 31, 2021.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary

expenses incurred by Honorable Barry W. Ford and approved by the Administrative Office

of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by August 31, 2021.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable Barry W. Ford, Special Judge, and the Honorable Jannie M. Lewis-Blackmon, Circuit Judge for the Twenty-First Judicial District; the Circuit Clerks of Holmes, Humphreys and Yazoo Counties, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the 5 day of January, 2021.

MICHAEL K. RANDOLPH,
CHIEF JUSTICE

2

Serial: **237745**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

**JUL 2 0 2021**

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

In Re: Judicial Appointment Related to
Coronavirus (COVID-19): Special Judge for
the Twenty-First Circuit Court District

No. 2020-AP-00787

ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice is the request of the duly elected Circuit Court Judge Jannie
M. Lewis-Blackmon, for the extended appointment of a Special Judge on a temporary basis
to continue to provide assistance in performing her duties due to the unforeseen needs
proximately caused and/or contributed by COVID-19. The Court finds that it is appropriate
under Mississippi Code Section 9-1-105 to extend the appointment of Honorable Barry W.
Ford, Senior Status Judge, as a Special Temporary Judge for Circuit Court of the Twenty-
First Judicial District of Mississippi, from the entry of this order through December 31, 2021.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of
**Honorable Barry W. Ford,** Senior Status Judge, be, and is, hereby extended as a Special
Temporary Judge for the Circuit Court of the Twenty-First Judicial District of Mississippi,
to assist duly elected Circuit Court Judge Jannie M. Lewis-Blackmon from the entry of this
order through December 31, 2021.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable Barry W. Ford and approved by the Administrative Office of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by December 31, 2021.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable Barry W. Ford, Special Judge, and the Honorable Jannie M. Lewis-Blackmon, Circuit Judge for the Twenty-First Judicial District; the Circuit Clerks of Holmes, Humphreys and Yazoo Counties, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the **20** day of July, 2021.

MICHAEL K. RANDOLPH,
CHIEF JUSTICE

Serial: **239928**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

DEC 2 1 2021

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

IN RE: JUDICIAL APPOINTMENT
RELATED TO CORONAVIRUS (COVID-
19): SPECIAL JUDGE FOR THE TWENTY-
FIRST CIRCUIT COURT DISTRICT

No. 2020-AP-00787

## ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice is the request of the duly elected Circuit Court Judge Jannie M. Lewis-Blackmon, for the extended appointment of a Special Judge on a temporary basis to continue to provide assistance in performing her duties due to the unforeseen consequences and workload.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to extend the appointment of Honorable Barry W. Ford, Senior Status Judge, as a Special Temporary Judge for Circuit Court of the Twenty First Judicial District of Mississippi, from January 1, 2022 through January 31, 2022.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of ***Honorable Barry W. Ford,*** Senior Status Judge, be, and is, hereby extended as a Special Temporary Judge for the Circuit Court of the Twenty-First Judicial District of Mississippi, to assist duly elected Circuit Court Judge Jannie M. Lewis-Blackmon from January 1, 2022 through January 31, 2022.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable Barry W. Ford and approved by the Administrative Office of Courts will be paid through the Supreme Court's DPS (Department of Public Safety) Grant Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the DPS Grant Fund must be incurred by January 31, 2022.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable Barry W. Ford, Special Judge, and the Honorable Jannie M. LewisBlackmon, Circuit Judge for the Twenty-First Judicial District; the Circuit Clerks of Holmes, Humphreys and Yazoo Counties, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the _21_ day of December, 2021.

MICHAEL K. RANDOLPH,
CHIEF JUSTICE

Serial: **240578**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

FEB 07 2022

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

In Re: Judicial Appointment Related to
Coronavirus (COVID-19): Special Judge for
the Twenty-First Circuit Court District

No. 2020-AP-00787

### ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice is the request of the duly elected Circuit Court Judge Jannie M. Lewis-Blackmon, for the extended appointment of a Special Judge on a temporary basis to continue to provide assistance in performing her duties due to the unforeseen consequences and workload.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to extend the appointment of Honorable Barry W. Ford, Senior Status Judge, as a Special Temporary Judge for Circuit Court of the Twenty First Judicial District of Mississippi, from the entry of this Order through June 30, 2022.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of ***Honorable Barry W. Ford,*** Senior Status Judge, be, and is, hereby extended as a Special Temporary Judge for the Circuit Court of the Twenty-First Judicial District of Mississippi, to assist duly elected Circuit Court Judge Jannie M. Lewis-Blackmon from the entry of this Order through June 30, 2022.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable Barry W. Ford and approved by the Administrative Office of Courts will be paid through the Supreme Court's DPS (Department of Public Safety) Grant Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the DPS Grant Fund must be incurred by June 30, 2022.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable Barry W. Ford, Special Judge, and the Honorable Jannie M. LewisBlackmon, Circuit Judge for the Twenty-First Judicial District; the Circuit Clerks of Holmes, Humphreys and Yazoo Counties, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the 7th day of February, 2022.


FOR THE CHIEF JUSTICE


JAMES W. KITCHENS, PRESIDING JUSTICE

2

Electronic Document          Jul 24 2020 12:44:15          2020-AP-00758          Pages: 2

**Serial: 232945**

## IN THE SUPREME COURT OF MISSISSIPPI

### No. 2020-AP-00758

*IN RE:  JUDICIAL APPOINTMENT RELATED TO
CORONAVIRUS (COVID-19): SPECIAL JUDGE
FOR THE CHANCERY COURT OF HINDS
COUNTY, MISSISSIPPI*

### <u>ORDER APPOINTING SPECIAL JUDGE</u>

Before the Chief Justice is the request of the duly elected chancellors in the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi, through Senior Chancellor Denise Owens, for the appointment of two special judges on a temporary basis to provide assistance in performing their duties due to the unforeseen needs proximately caused and/or contributed by COVID-19. The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to appoint Honorable William Singletary, Senior Status Judge, as a Special Temporary Judge for the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi from the entry of this order through December 30, 2020.

IT IS, THEREFORE, ORDERED AND ADJUDGED that ***Honorable William Singletary,*** Senior Status Judge, be, and he is hereby appointed as a Special Temporary Judge of the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi, to assist the duly elected chancellors from the entry of this order through December 30, 2020.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable William Singletary and approved by the

Administrative Office of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by December 30, 2020.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable William Singletary, Special Chancellor, the Honorable Denise Owens, the Honorable Crystal Wise Martin, the Honorable Tiffany Grove, and the Honorable Dewayne Thomas, Chancellors of the First and Second Judicial Districts of the Chancery Court of Hinds County; the Hinds County Circuit Clerk for the First and Second Judicial Districts, Mrs. Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED.

**DIGITAL SIGNATURE**
**Order#:** 232945
**Sig Serial:** 100002186
**Org:** SC
**Date:** 07/24/2020

Michael K. Randolph, Chief Justice

2

Serial: **235252**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

**JAN 05 2021**

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

IN RE: JUDICIAL APPOINTMENT
RELATED TO CORONAVIRUS (COVID-
19): SPECIAL JUDGE FOR THE
CHANCERY COURT OF HINDS COUNTY,
MISSISSIPPI

No. 2020-AP-00758

### ORDER APPOINTING SPECIAL CHANCELLOR

Before the Chief Justice is the request of the duly elected chancellors in the First

and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi,

through Senior Chancellor Denise Owens, for the extended appointment of two Special

Judges on a temporary basis to continue to provide assistance in performing their duties due

needs proximately caused and/or contributed by COVID-19. The Court finds that it is

appropriate under Mississippi Code Section 9-1-105 to extend the appointment of Honorable

William Singletary, Senior Status Judge, as a Special Temporary Judge for the First and

Second Judicial Districts of the Chancery Court of Hinds County, Mississippi from the entry

of this order through March 31, 2021.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of

***Honorable William Singletary,*** Senior Status Judge, be, and he, is hereby extended as a

Special Temporary Judge of the First and Second Judicial Districts of the Chancery Court

of Hinds County, Mississippi, to assist the duly elected chancellors from the entry of this

order through March 31, 2021.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable William Singletary and approved by the Administrative Office of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by March 31, 2021.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable William Singletary, Special Chancellor, the Honorable Denise Owens, the Honorable Crystal Wise Martin, the Honorable Tiffany Grove, and the Honorable Dewayne Thomas, Chancellors of the First and Second Judicial Districts of the Chancery Court of Hinds County; the Hinds County Circuit Clerk for the First and Second Judicial Districts, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the ___5___ day of January, 2021.

MICHAEL K. RANDOLPH,
CHIEF JUSTICE

2

Serial: **235607**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

FEB 02 2021

**OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS**

IN RE: JUDICIAL APPOINTMENT
RELATED TO CORONAVIRUS (COVID-
19): SPECIAL JUDGE FOR THE
CHANCERY COURT OF HINDS COUNTY,
MISSISSIPPI

No. 2020-AP-00758

<u>AMENDED ORDER APPOINTING SPECIAL CHANCELLOR</u>

Before the Chief Justice is the request of the duly elected chancellors in the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi, through Senior Chancellor Denise Owens, for the extended appointment of two Special Judges on a temporary basis to continue to provide assistance in performing their duties due to the unforseen needs proximately caused and/or contributed by COVID-19. The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to extend the appointment of Honorable William Singletary, Senior Status Judge, as a Special Temporary Judge for the the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi, from the entry of this order through June 30, 2021.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of ***Honorable William Singletary,*** Senior Status Judge, be, and he, is hereby extended as a Special Temporary Judge of the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi, to assist the duly elected chancellors from the entry of this order through June 30, 2021.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable William Singletary and approved by the Administrative Office of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by June 30, 2021.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable William Singletary, Special Chancellor, the Honorable Denise Owens, the Honorable Crystal Wise Martin, the Honorable Tiffany Grove, and the Honorable Dewayne Thomas, Chancellors of the First and Second Judicial Districts of the Chancery Court of Hinds County; the Hinds County Circuit Clerk for the First and Second Judicial Districts, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the ___2___ day of February, 2021.

MICHAEL K. RANDOLPH,
CHIEF JUSTICE

2

Serial: **237548**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

**JUN 3 0 2021**

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

In Re: Judicial Appointment Related to Coronavirus (COVID-19): Special Judge for the Chancery Court of Hinds County, Mississippi

No. 2020-AP-00758

## ORDER APPOINTING SPECIAL CHANCELLOR

Before the Chief Justice is the request of the duly elected chancellors in the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi, through Senior Chancellor Denise Owens, for the extended appointment of two Special Judges on a temporary basis to continue to provide assistance in performing their duties due to the unforseen needs proximately caused and/or contributed by COVID-19. The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to extend the appointment of Honorable William Singletary, Senior Status Judge, as a Special Temporary Judge for the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi from the entry of this order through December 31, 2021.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of ***Honorable William Singletary,*** Senior Status Judge, be, and he is hereby extended as a Special Temporary Judge of the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi, to assist the duly elected chancellors from the entry of this order through December 31, 2021.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable William Singletary and approved by the Administrative Office of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by December 31, 2021.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable William Singletary, Special Chancellor, the Honorable Denise Owens, the Honorable Crystal Wise Martin, the Honorable Tiffany Grove, and the Honorable Dewayne Thomas, Chancellors of the First and Second Judicial Districts of the Chancery Court of Hinds County; the Hinds County Circuit Clerk for the First and Second Judicial Districts, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the ____ day of June, 2021.

_____
MICHAEL K. RANDOLPH,
CHIEF JUSTICE

2

Serial: 239946

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

**DEC 21 2021**

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

IN RE: JUDICIAL APPOINTMENT
RELATED TO CORONAVIRUS (COVID-
19): SPECIAL JUDGE FOR THE
CHANCERY COURT OF HINDS COUNTY,
MISSISSIPPI

No. 2020-AP-00758

## ORDER APPOINTING SPECIAL CHANCELLOR

Before the Chief Justice is the request of the duly elected chancellors in the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi, through Senior Chancellor Denise Owens, for the extended appointment of two Special Judges on a temporary basis to continue to provide assistance in performing their duties due to the unforeseen consequences and workload.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to extend the appointment of Honorable William Singletary, Senior Status Judge, as a Special Temporary Judge for the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi from January 1, 2022 through January 31, 2022.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of *Honorable William Singletary*, Senior Status Judge, be, and he, is hereby extended as a Special Temporary Judge of the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi, to assist the duly elected chancellors from January 1, 2022 through January 31, 2022.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable William Singletary and approved by the Administrative Office of Courts will be paid through the Supreme Court's DPS (Department of Public Safety) Grant Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the DPS Grant Fund must be incurred by January 31, 2022.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable William Singletary, Special Chancellor, the Honorable Denise Owens, the Honorable Crystal Wise Martin, the Honorable Tiffany Grove, and the Honorable Dewayne Thomas, Chancellors of the First and Second Judicial Districts of the Chancery Court of Hinds County; the Hinds County Circuit Clerk for the First and Second Judicial Districts, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts

SO ORDERED, this the ___21___ day of December, 2021.

_____
MICHAEL K. RANDOLPH,
CHIEF JUSTICE

2

Serial: 240472

# IN THE SUPREME COURT OF MISSISSIPPI

## No. 2020-AP-00758

*RE: JUDICIAL APPOINTMENT RELATED TO CORONAVIRUS (COVID-19): SPECIAL JUDGE FOR THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI*

## ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice is the request of the duly elected chancellors in the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi, through Senior Chancellor Denise Owens, for the extended appointment of two Special Judges on a temporary basis to continue to provide assistance in performing their duties due to the unforeseen consequences and workload as well as any ancillary assistance the appointed Special Judge may require during this appointment.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to extend the appointment of Honorable William Singletary, Senior Status Judge, as a Special Temporary Judge for the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi from the entry of this order through June 30, 2022.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of ***Honorable William Singletary,*** Senior Status Judge, be, and he, is hereby extended as a Special Temporary Judge of the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi, to assist the duly elected chancellors from the entry of this order through through June 30, 2022.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and

necessary expenses incurred by Honorable William Singletary and approved by the Administrative Office of Courts will be paid through the Supreme Court's DPS (Department of Public Safety) Grant Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the DPS Grant Fund must be incurred by June 30, 2022.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable William Singletary, Special Chancellor, the Honorable Denise Owens, the Honorable Crystal Wise Martin, the Honorable Tiffany Grove, and the Honorable Dewayne Thomas, Chancellors of the First and Second Judicial Districts of the Chancery Court of Hinds County; the Hinds County Circuit Clerk for the First and Second Judicial Districts, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED.

**DIGITAL SIGNATURE**
**Order#:** 240472
**Sig Serial:** 100004975
**Org:** SC
**Date:** 01/31/2022

Michael K. Randolph, Chief Justice

2

Serial: **242028**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

**MAY 26 2022**

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

In Re: Judicial Appointment Related to
Coronavirus (COVID-19): Special Judge for
the Chancery Court of Hinds County,
Mississippi

No. 2020-AP-00758

## ORDER APPOINTING SPECIAL CHANCELLOR

Before the Chief Justice is the request of the duly elected chancellors in the First and
Second Judicial Districts of the Chancery Court of Hinds County, Mississippi, through
Senior Chancellor Denise Owens, for the extended appointment of two Special Judges on a
temporary basis to continue to provide assistance in performing their duties due to the
unforeseen consequences and workload as well as any ancillary assistance the appointed
Special Judge may require during this appointment.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to
extend the appointment of Honorable William Singletary, Senior Status Judge, as a Special
Temporary Judge for the First and Second Judicial Districts of the Chancery Court of Hinds
County, Mississippi from the entry of this order through January 31, 2023

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of
***Honorable William Singletary,*** Senior Status Judge, be, and he, is hereby extended as a
Special Temporary Judge of the First and Second Judicial Districts of the Chancery Court of

Hinds County, Mississippi, to assist the duly elected chancellors from the entry of this order through through January 31, 2023.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable William Singletary and approved by the Administrative Office of Courts will be paid through the Supreme Court's DPS (Department of Public Safety) Grant Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the DPS Grant Fund must be incurred by January 31, 2023.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable William Singletary, Special Chancellor, the Honorable Denise Owens, the Honorable Crystal Wise Martin, the Honorable Tiffany Grove, and the Honorable Dewayne Thomas, Chancellors of the First and Second Judicial Districts of the Chancery Court of Hinds County; the Hinds County Circuit Clerk for the First and Second Judicial Districts, Carol Allgood, Finance Director of the Mississippi Supreme Court, Jennifer Parish, Assistant Finance Director, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the 26 day of May, 2022.

MICHAEL K. RANDOLPH,
CHIEF JUSTICE

**Serial: 245899**

**IN THE SUPREME COURT OF MISSISSIPPI**

**No. 2020-AP-00758**

***IN RE:  JUDICIAL APPOINTMENT RELATED TO CORONAVIRUS (COVID-19):  SPECIAL JUDGE FOR THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI***

**NUNC PRO TUNC ORDER APPOINTING SPECIAL JUDGE**

Before the Chief Justice is the request of the duly elected chancellors in the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi, through Senior Chancellor Dewayne Thomas, for the extended appointment of two Special Judges on a temporary basis to continue to provide assistance in performing their duties due to the unforeseen consequences and workload as well as any ancillary assistance the appointed Special Judge may require during this appointment. This *nunc pro tunc order* is effective February 1, 2023 through January 31, 2024.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to extend the appointment of Honorable William Singletary, Senior Status Judge, as a Special Temporary Judge for the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi from the entry of this *nunc pro tunc order* effective February 1, 2023 through January 31, 2024.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of ***Honorable William Singletary,*** Senior Status Judge, be, and he, is hereby extended as a Special Temporary Judge of the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi, to assist the duly elected chancellors from the entry of this *nunc pro tunc order* effective February 1, 2023 through January 31, 2024.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable William Singletary and approved by the Administrative Office of Courts will be paid through the Supreme Court's DPS (Department of Public Safety) Grant Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the DPS Grant Fund must be incurred by January 31, 2024.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable William Singletary, Special Chancellor, the Honorable Dewayne Thomas, the Honorable Crystal Wise Martin, the Honorable Tiffany Grove, and the Honorable Tametrice E. Hodges, Chancellors of the First and Second Judicial Districts of the Chancery Court of Hinds County; the Hinds County Circuit Clerk for the First and Second Judicial Districts, Carol Allgood, Finance Director of the Mississippi Supreme Court, Jennifer Parish, Assistant Finance Director, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED.

**DIGITAL SIGNATURE**
**Order#:** 245899
**Sig Serial:** 100006771
**Org:** SC
**Date:** 03/09/2023

Michael K. Randolph, Chief Justice

2

Electronic Document          Jul 24 2020 12:44:03          2020-AP-00757          Pages: 2

**Serial: 232944**

## IN THE SUPREME COURT OF MISSISSIPPI

### No. 2020-AP-00757

*IN RE: JUDICIAL APPOINTMENT RELATED TO CORONAVIRUS (COVID-19): SPECIAL JUDGE FOR THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI*

## <u>ORDER APPOINTING SPECIAL JUDGE</u>

Before the Chief Justice is the request of the duly elected chancellors in the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi, through Senior Chancellor Denise Owens, for the appointment of two special judges on a temporary basis to provide assistance in performing their duties due to the unforeseen needs proximately caused and/or contributed by COVID-19. The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to appoint Honorable Patricia Wise, Senior Status Judge, as a Special Temporary Judge for the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi from the entry of this order through December 30, 2020.

IT IS, THEREFORE, ORDERED AND ADJUDGED that ***Honorable Patricia Wise***, Senior Status Judge, be, and she is hereby appointed as a Special Temporary Judge of the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi, to assist the duly elected chancellors from the entry of this order through December 30, 2020.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and

necessary expenses incurred by Honorable Patricia Wise and approved by the Administrative Office of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by December 30, 2020.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable Patricia Wise, Special Chancellor, the Honorable Denise Owens, the Honorable Crystal Wise Martin, the Honorable Tiffany Grove, and the Honorable Dewayne Thomas, Chancellors of the First and Second Judicial Districts of the Chancery Court of Hinds County; the Hinds County Circuit Clerk for the First and Second Judicial Districts, Mrs. Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED,

**DIGITAL SIGNATURE**
**Order#:** 232944
**Sig Serial:** 100002187
**Org:** SC
**Date:** 07/24/2020

Michael K. Randolph, Chief Justice

2

Serial: **235250**

**IN THE SUPREME COURT OF MISSISSIPPI**

**FILED**

JAN 05 2021

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

IN RE: JUDICIAL APPOINTMENT
RELATED TO CORONAVIRUS (COVID-
19): SPECIAL JUDGE FOR THE
CHANCERY COURT OF HINDS COUNTY,
MISSISSIPPI

No. 2020-AP-00757

ORDER APPOINTING SPECIAL CHANCELLOR

Before the Chief Justice is the request of the duly elected chancellors in the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi, through Senior Chancellor Denise Owens, for the extended appointment of two Special Judges on a temporary basis to continue to provide assistance in performing their duties due to the unforeseen needs proximately caused and/or contributed by COVID-19. The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to extend the appointment of Honorable Patricia Wise, Senior Status Judge, as a Special Temporary Judge for the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi from the entry of this order through March 31, 2021.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of *Honorable Patricia Wise*, Senior Status Judge, be, and she, is hereby extended as a Special Temporary Judge of the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi, to assist the duly elected chancellors from the entry of this order through March 31, 2021.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable Patricia Wise and approved by the Administrative Office of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by March 31, 2021.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable Patricia Wise, Special Chancellor, the Honorable Denise Owens, the Honorable Crystal Wise Martin, the Honorable Tiffany Grove, and the Honorable Dewayne Thomas, Chancellors of the First and Second Judicial Districts of the Chancery Court of Hinds County; the Hinds County Circuit Clerk for the First and Second Judicial Districts, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the _5_ day of January, 2021.

 

 

MICHAEL K. RANDOLPH,
CHIEF JUSTICE

Serial: **235609**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

FEB 02 2021

**OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS**

IN RE: JUDICIAL APPOINTMENT
RELATED TO CORONAVIRUS (COVID-
19): SPECIAL JUDGE FOR THE
CHANCERY COURT OF HINDS
COUNTY, MISSISSIPPI

No. 2020-AP-00757

<u>AMENDED ORDER APPOINTING SPECIAL CHANCELLOR</u>

Before the Chief Justice is the request of the duly elected chancellors in the First

and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi, through

Senior Chancellor Denise Owens, for the extended appointment of two Special Judges on a

temporary basis to continue to provide assistance in performing their duties due to the

unforeseen needs proximately caused and/or contributed by COVID-19. The Court finds that

it is appropriate under Mississippi Code Section 9-1-105 to extend the appointment of

Honorable Patricia Wise, Senior Status Judge, as a Special Temporary Judge for the First and

Second Judicial Districts of the Chancery Court of Hinds County, Mississippi from the entry

of this order through June 30, 2021.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of

***Honorable Patricia Wise***, Senior Status Judge, be, and she, is hereby extended as a Special

Temporary Judge of the First and Second Judicial Districts of the Chancery Court of Hinds

County, Mississippi, to assist the duly elected chancellors from the entry of this order through

June 30, 2021.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable Patricia Wise and approved by the Administrative Office of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by June 30, 2021.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable Patricia Wise, Special Chancellor, the Honorable Denise Owens, the Honorable Crystal Wise Martin, the Honorable Tiffany Grove, and the Honorable Dewayne Thomas, Chancellors of the First and Second Judicial Districts of the Chancery Court of Hinds County; the Hinds County Circuit Clerk for the First and Second Judicial Districts, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the ___2___ day of February, 2021

MICHAEL K. RANDOLPH,
CHIEF JUSTICE

2

Serial: **237529**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

JUN 2 9 2021

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

In Re: Judicial Appointment Related to
Coronavirus (COVID-19): Special Judge for
the Chancery Court of Hinds County,
Mississippi

No. 2020-AP-00757

<u>ORDER APPOINTING SPECIAL CHANCELLOR</u>

Before the Chief Justice is the request of the duly elected chancellors in the First

and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi, through

Senior Chancellor Denise Owens, for the extended appointment of two Special Judges on a

temporary basis to continue to provide assistance in performing their duties due to the

unforeseen needs proximately caused and/or contributed by COVID-19. The Court finds that

it is appropriate under Mississippi Code Section 9-1-105 to extend the appointment of

Honorable Patricia Wise, Senior Status Judge, as a Special Temporary Judge for the First and

Second Judicial Districts of the Chancery Court of Hinds County, Mississippi from the entry

of this order through December 31, 2021.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of

***Honorable Patricia Wise***, Senior Status Judge, be, and she, is hereby extended as a Special

Temporary Judge of the First and Second Judicial Districts of the Chancery Court of Hinds

County, Mississippi, to assist the duly elected chancellors from the entry of this order through

December 31, 2021.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable Patricia Wise and approved by the Administrative Office of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by December 31, 2021.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable Patricia Wise, Special Chancellor, the Honorable Denise Owens, the Honorable Crystal Wise Martin, the Honorable Tiffany Grove, and the Honorable Dewayne Thomas, Chancellors of the First and Second Judicial Districts of the Chancery Court of Hinds County; the Hinds County Circuit Clerk for the First and Second Judicial Districts, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the 29 day of June, 2021.

_____
MICHAEL K. RANDOLPH,
CHIEF JUSTICE

Serial: **239949**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

DEC 2 1 2021

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

IN RE; JUDICIAL APPOINTMENT
RELATED TO CORONAVIRUS (COVID-
19): SPECIAL JUDGE FOR THE
CHANCERY COURT OF HINDS COUNTY,
MISSISSIPPI

No. 2020-AP-00757

## ORDER APPOINTING SPECIAL CHANCELLOR

Before the Chief Justice is the request of the duly elected chancellors in the First

and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi, through

Senior Chancellor Denise Owens, for the extended appointment of two Special Judges on a

temporary basis to continue to provide assistance in performing their duties due to the

unforeseen consequences and workload.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to

extend the appointment of Honorable Patricia Wise, Senior Status Judge, as a Special

Temporary Judge for the First and Second Judicial Districts of the Chancery Court of Hinds

County, Mississippi from January 1, 2022 through January 31, 2022.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of

***Honorable Patricia Wise***, Senior Status Judge, be, and she, is hereby extended as a Special

Temporary Judge of the First and Second Judicial Districts of the Chancery Court of Hinds

County, Mississippi, to assist the duly elected chancellors from January 1, 2022 through

January 31, 2022.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable Patricia Wise and approved by the Administrative Office of Courts will be paid through the Supreme Court's DPS (Department of Public Safety) Grant Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the DPS Grant Fund must be incurred by January 31, 2022.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable Patricia Wise, Special Chancellor, the Honorable Denise Owens, the Honorable Crystal Wise Martin, the Honorable Tiffany Grove, and the Honorable Dewayne Thomas, Chancellors of the First and Second Judicial Districts of the Chancery Court of Hinds County; the Hinds County Circuit Clerk for the First and Second Judicial Districts, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the ___21___ day of December, 2021.

MICHAEL K. RANDOLPH,
CHIEF JUSTICE

2

Electronic Document          Feb 2 2022 13:38:50          2020-AP-00757          Pages: 2

Serial: 240499

## IN THE SUPREME COURT OF MISSISSIPPI

### No. 2020-AP-00757

***RE:    JUDICIAL APPOINTMENT RELATED TO CORONAVIRUS (COVID-19): SPECIAL JUDGE FOR THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI***

## ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice is the request of the duly elected chancellors in the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi, through Senior Chancellor Denise Owens, for the extended appointment of a Special Judge on a temporary basis to continue to provide assistance in performing their duties due to the unforeseen consequences and workload.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to extend the appointment of Honorable Patricia Wise, Senior Status Judge, as a Special Temporary Judge for the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi from entry of this Order through June 30, 2022.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the extended appointment of ***Honorable Patricia Wise***, Senior Status Judge, be, and she, is hereby extended as a Special Temporary Judge of the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi, to assist the duly elected chancellors from the entry of this Order through June 30, 2022.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable Patricia Wise and approved by the Administrative Office of Courts will be paid through the Supreme Court's DPS

(Department of Public Safety) Grant Fund.

      IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the DPS Grant Fund must be incurred by June 30, 2022.

      IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable Patricia Wise, Special Chancellor, the Honorable Denise Owens, the Honorable Crystal Wise Martin, the Honorable Tiffany Grove, and the Honorable Dewayne Thomas, Chancellors of the First and Second Judicial Districts of the Chancery Court of Hinds County; the Hinds County Circuit Clerk for the First and Second Judicial Districts, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

      SO ORDERED.

**DIGITAL SIGNATURE**
**Order#:** 240499
**Sig Serial:** 100004999
**Org:** SC
**Date:** 02/02/2022

Michael K. Randolph, Chief Justice

Serial: **242020**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

**MAY 26 2022**

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

In Re: Judicial Appointment Related to
Coronavirus (COVID-19): Special Judge for
the Chancery Court of Hinds County,
Mississippi

No. 2020-AP-00757

## ORDER APPOINTING SPECIAL CHANCELLOR

Before the Chief Justice is the request of the duly elected chancellors in the First

and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi,

through Senior Chancellor Denise Owens, for the extended appointment of a Special

Judge on a temporary basis to continue to provide assistance in performing their duties

due to the unforeseen consequences and workload.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to

extend the appointment of Honorable Patricia Wise, Senior Status Judge, as a Special

Temporary Judge for the First and Second Judicial Districts of the Chancery Court of

Hinds County, Mississippi from entry of this Order through January 31, 2023.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the extended

appointment of ***Honorable Patricia Wise***, Senior Status Judge, be, and she, is hereby

extended as a Special Temporary Judge of the First and Second Judicial Districts of the

Chancery Court of Hinds County, Mississippi, to assist the duly elected chancellors from

the entry of this Order through January 31, 2023.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable Patricia Wise and approved by the Administrative Office of Courts will be paid through the Supreme Court's DPS (Department of Public Safety) Grant Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the DPS Grant Fund must be incurred by January 31, 2023.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable Patricia Wise, Special Chancellor, the Honorable Denise Owens, the Honorable Crystal Wise Martin, the Honorable Tiffany Grove, and the Honorable Dewayne Thomas, Chancellors of the First and Second Judicial Districts of the Chancery Court of Hinds County; the Hinds County Circuit Clerk for the First and Second Judicial Districts, Carol Allgood, Finance Director of the Mississippi Supreme Court, Jennifer Parish, Assistant Finance Director, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the 26 day of May, 2022.

MICHAEL K. RANDOLPH,
CHIEF JUSTICE

**Serial: 245900**

## IN THE SUPREME COURT OF MISSISSIPPI

### No. 2020-AP-00757

*IN RE: JUDICIAL APPOINTMENT RELATED TO CORONAVIRUS (COVID-19): SPECIAL JUDGE FOR THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI*

## NUNC PRO TUNC ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice is the request of the duly elected chancellors in the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi, through Senior Chancellor Dewayne Thomas, for the extended appointment of a Special Judge on a temporary basis to continue to provide assistance in performing their duties due to the unforeseen consequences and workload. This *nunc pro tunc order* is effective February 1, 2023 through January 31, 2024.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to extend the appointment of Honorable Patricia Wise, Senior Status Judge, as a Special Temporary Judge for the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi from entry of this *nunc pro tunc order* effective February 1, 2023 through January 31, 2024.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the extended appointment of ***Honorable Patricia Wise***, Senior Status Judge, be, and she, is hereby extended as a Special Temporary Judge of the First and Second Judicial Districts of the Chancery Court of Hinds County, Mississippi, to assist the duly elected chancellors from the entry of this *nunc pro tunc order* effective February 1, 2023 through January 31, 2024.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable Patricia Wise and approved by the Administrative Office of Courts will be paid through the Supreme Court's DPS (Department of Public Safety) Grant Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the DPS Grant Fund must be incurred by January 31, 2024.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable Patricia Wise, Special Chancellor, the Honorable Dewayne Thomas, the Honorable Crystal Wise Martin, the Honorable Tiffany Grove, and the Honorable Tametrice E. Hodges, Chancellors of the First and Second Judicial Districts of the Chancery Court of Hinds County; the Hinds County Circuit Clerk for the First and Second Judicial Districts, Carol Allgood, Finance Director of the Mississippi Supreme Court, Jennifer Parish, Assistant Finance Director, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED.

**DIGITAL SIGNATURE**
**Order#:** 245900
**Sig Serial:** 100006772
**Org:** SC
**Date:** 03/09/2023

Michael K. Randolph, Chief Justice

Serial: **233045**

IN THE SUPREME COURT OF MISSISSIPPI

No. 2020-AP-00756

**FILED**

JUL 3 0 2020

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

IN RE: JUDICIAL APPOINTMENT
RELATED TO CORONAVIRUS (COVID-19):
SPECIAL JUDGE FOR THE COUNTY
COURT OF HINDS COUNTY, MISSISSIPPI

ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice is the request of the duly elected County Court Judge Johnnie

McDaniels, in the First and Second Judicial Districts of the County Court of Hinds County,

Mississippi, for the appointment of a special judge on a temporary basis to provide assistance

in performing his duties due to the unforeseen needs proximately caused and/or contributed

by COVID-19. The Court finds that it is appropriate under Mississippi Code Section 9-1-105

to appoint Honorable Jess H. Dickinson, Senior Status Judge, as a Special Temporary Judge

for the First and Second Judicial Districts of the County Court of Hinds County, Mississippi,

from the entry of this order through December 30, 2020.

IT IS, THEREFORE, ORDERED AND ADJUDGED that *Honorable Jess H. Dickinson*,

Senior Status Judge, be, and he is hereby appointed as a Special Temporary Judge of the First

and Second Judicial Districts of the County Court of Hinds County, Mississippi, to assist

duly elected County Court Judge Johnnie McDaniels from the entry of this order through

December 30, 2020.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable Jess H. Dickinson and approved by the Administrative Office of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by December 30, 2020.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable Jess H. Dickinson, Special Judge, the Honorable Larita Cooper Stokes, the Honorable Carlyn Hicks, and the Honorable Johnnie McDaniels, County Court Judges of the First and Second Judicial Districts of the County Court of Hinds County; the Hinds County Circuit Clerk for the First and Second Judicial Districts, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the 30 day of July, 2020.

MICHAEL K. RANDOLPH
CHIEF JUSTICE

2

Serial: 235235

**IN THE SUPREME COURT OF MISSISSIPPI**

FILED

JAN 05 2021

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

IN RE: JUDICIAL APPOINTMENT
RELATED TO CORONAVIRUS (COVID-
19): SPECIAL JUDGE FOR THE COUNTY
COURT OF HINDS COUNTY, MISSISSIPPI

No. 2020-AP-00756

## ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice is the request of the duly elected County Court Judge Johnnie McDaniels, in the First and Second Judicial Districts of the County Court of Hinds County, Mississippi, for the extended appointment of a Special Judge on a temporary basis to continue to provide assistance in performing his duties due to the unforeseen needs proximately caused and/or contributed by COVID-19. The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to extend the appointment of Honorable Jess H. Dickinson, Senior Status Judge, as a Special Temporary Judge for the First and Second Judicial Districts of the County Court of Hinds County, Mississippi, from the entry of this order through June 30, 2021.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of **Honorable Jess H. Dickinson**, Senior Status Judge, be, and is, hereby extended as a Special Temporary Judge of the First and Second Judicial Districts of the County Court of Hinds County, Mississippi, to assist duly elected County Court Judge Johnnie McDaniels from the entry of this order through June 30, 2021.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable Jess H. Dickinson and approved by the Administrative Office of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by June 30, 2021.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable Jess H. Dickinson, Special Judge, the Honorable Larita Cooper Stokes, the Honorable Carlyn Hicks, and the Honorable Johnnie McDaniels, County Court Judges of the First and Second Judicial Districts of the County Court of Hinds County; the Hinds County Circuit Clerk for the First and Second Judicial Districts, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the ___5___ day of January, 2021.

_____
MICHAEL K. RANDOLPH,
CHIEF JUSTICE

2

Serial: **237536**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

JUN 2 9 2021

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

In Re: Judicial Appointment Related to
Coronavirus (COVID-19): Special Judge for
the County Court of Hinds County,
Mississippi

No. 2020-AP-00756

ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice is the request of the duly elected County Court Judge Johnnie

McDaniels, in the First and Second Judicial Districts of the County Court of Hinds County,

Mississippi, for the extended appointment of a Special Judge on a temporary basis to

continue to provide assistance in performing his duties due to the unforeseen needs

proximately caused and/or contributed by COVID-19. The Court finds that it is appropriate

under Mississippi Code Section 9-1-105 to extend the appointment of Honorable Jess H.

Dickinson, Senior Status Judge, as a Special Temporary Judge for the First and Second

Judicial Districts of the County Court of Hinds County, Mississippi, from the entry of this

order through December 31, 2021.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of

***Honorable Jess H. Dickinson***, Senior Status Judge, be, and is, hereby extended as a Special

Temporary Judge of the First and Second Judicial Districts of the County Court of Hinds

County, Mississippi, to assist duly elected County Court Judge Johnnie McDaniels from the

entry of this order through December 31, 2021.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable Jess H. Dickinson and approved by the Administrative Office of Courts will be paid through the Supreme Court's AOC-CARES Act COVID-19 Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the COVID-19 crisis must be incurred by December 31, 2021.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable Jess H. Dickinson, Special Judge, the Honorable Larita Cooper Stokes, the Honorable Carlyn Hicks, and the Honorable Johnnie McDaniels, County Court Judges of the First and Second Judicial Districts of the County Court of Hinds County; the Hinds County Circuit Clerk for the First and Second Judicial Districts, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the 29 day of June, 2021.

MICHAEL K. RANDOLPH,
CHIEF JUSTICE

2

Serial: **239925**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

DEC 21 2021

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

IN RE: JUDICIAL APPOINTMENT
RELATED TO CORONAVIRUS (COVID-
19): SPECIAL JUDGE FOR THE COUNTY
COURT OF HINDS COUNTY, MISSISSIPPI

No. 2020-AP-00756

<u>ORDER APPOINTING SPECIAL JUDGE</u>

Before the Chief Justice is the request of the duly elected County Court Judge Johnnie

McDaniels, in the First and Second Judicial Districts of the County Court of Hinds County,

Mississippi, for the extended appointment of a Special Judge on a temporary basis to

continue to provide assistance in performing his duties due to the unforeseen consequences

and workload.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to

extend the appointment of Honorable Jess H. Dickinson, Senior Status Judge, as a Special

Temporary Judge for the First and Second Judicial Districts of the County Court of Hinds

County, Mississippi, from January 1, 2022 through January 31, 2022.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of

***Honorable Jess H. Dickinson,*** Senior Status Judge, be, and is, hereby extended as a Special

Temporary Judge of the First and Second Judicial Districts of the County Court of Hinds

County, Mississippi, to assist duly elected County Court Judge Johnnie McDaniels from

January 1, 2022 through January 31, 2022.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable Jess H. Dickinson and approved by the Administrative Office of Courts will be paid through the Supreme Court's DPS (Department of Public Safety) Grant Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the DPS Grant Fund must be incurred by January 31, 2022.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable Jess H. Dickinson, Special Judge, the Honorable Larita Cooper Stokes, the Honorable Carlyn Hicks, and the Honorable Johnnie McDaniels, County Court Judges of the First and Second Judicial Districts of the County Court of Hinds County; the Hinds County Circuit Clerk for the First and Second Judicial Districts, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the ___21___ day of December, 2021.

_____
MICHAEL K. RANDOLPH,
CHIEF JUSTICE

Electronic Document        Jan 31 2022 15:44:57        2020-AP-00756        Pages: 2

**Serial: 240484**

# IN THE SUPREME COURT OF MISSISSIPPI

## No. 2020-AP-00756

*RE:   JUDICIAL APPOINTMENT RELATED TO CORONAVIRUS (COVID-19): SPECIAL JUDGE FOR THE COUNTY COURT OF HINDS COUNTY, MISSISSIPPI*

## <u>ORDER APPOINTING SPECIAL JUDGE</u>

Before the Chief Justice is the request of the duly elected County Court Judge Johnnie McDaniels, in the First and Second Judicial Districts of the County Court of Hinds County, Mississippi, for the extended appointment of a Special Judge on a temporary basis to continue to provide assistance in performing his duties due to the unforeseen consequences and workload.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to extend the appointment of Honorable Jess H. Dickinson, Senior Status Judge, as a Special Temporary Judge for the First and Second Judicial Districts of the County Court of Hinds County, Mississippi, from the entry of this order through June 30, 2022.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of *Honorable Jess H. Dickinson,* Senior Status Judge, be, and is, hereby extended as a Special Temporary Judge of the First and Second Judicial Districts of the County Court of Hinds County, Mississippi, to assist duly elected County Court Judge Johnnie McDaniels from the entry of this order through June 30, 2022.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable Jess H. Dickinson and approved by the Administrative Office of Courts will be paid through the Supreme Court's DPS

(Department of Public Safety) Grant Fund.

     IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the DPS Grant Fund must be incurred by June 30, 2022.

     IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable Jess H. Dickinson, Special Judge, the Honorable Larita Cooper-Stokes, the Honorable Carlyn Hicks, and the Honorable Johnnie McDaniels, County Court Judges of the First and Second Judicial Districts of the County Court of Hinds County; the Hinds County Circuit Clerk for the First and Second Judicial Districts, Carol Allgood, Finance Director of the Mississippi Supreme Court, and Lisa Counts, Deputy Director of Administrative Office of Courts.

     SO ORDERED.

**DIGITAL SIGNATURE**
**Order#:** 240484
**Sig Serial:** 100004977
**Org:** SC
**Date:** 01/31/2022

Michael K. Randolph, Chief Justice

Serial: **242016**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

**MAY 26 2022**

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

In Re: Judicial Appointment Related to
Coronavirus (COVID-19): Special Judge for
the County Court of Hinds County,
Mississippi

No. 2020-AP-00756

## ORDER APPOINTING SPECIAL JUDGE

Before the Chief Justice is the request of the duly elected County Court Judge

Johnnie McDaniels, in the First and Second Judicial Districts of the County Court of

Hinds County, Mississippi, for the extended appointment of a Special Judge on a

temporary basis to continue to provide assistance in performing his duties due to the

unforeseen consequences and workload as well as any ancillary assistance, such as a court

reporter the appointed Special Judge may require during this appointed as approved by

this Court under Mississippi Code 9-13-15 and 17.

The Court finds that it is appropriate under Mississippi Code Section 9-1-105 to

extend the appointment of Honorable Jess H. Dickinson, Senior Status Judge, as a Special

Temporary Judge for the First and Second Judicial Districts of the County Court of Hinds

County, Mississippi, from the entry of this order through January 31, 2023.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the appointment of

**Honorable Jess H. Dickinson,** Senior Status Judge, be, and is, hereby extended as a

Special Temporary Judge of the First and Second Judicial Districts of the County Court of

Hinds County, Mississippi, to assist duly elected County Court Judge Johnnie McDaniels from the entry of this order through January 31, 2023.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and necessary expenses incurred by Honorable Jess H. Dickinson and approved by the Administrative Office of Courts will be paid through the Supreme Court's DPS (Department of Public Safety) Grant Fund.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation and other necessary expenses incurred with respect to the DPS Grant Fund must be incurred by January 31, 2023.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit copies of this order to: Honorable Jess H. Dickinson, Special Judge, the Honorable Larita Cooper-Stokes, the Honorable Carlyn Hicks, and the Honorable Johnnie McDaniels, County Court Judges of the First and Second Judicial Districts of the County Court of Hinds County; the Hinds County Circuit Clerk for the First and Second Judicial Districts, Carol Allgood, Finance Director of the Mississippi Supreme Court, Jennifer Parish, Assistant Finance Director, and Lisa Counts, Deputy Director of Administrative Office of Courts.

SO ORDERED, this the 26 day of May, 2022.

MICHAEL K. RANDOLPH,
CHIEF JUSTICE

2