

# Our Changing Population: Alcorn County, Mississippi

The ages, races, and population density of Alcorn County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

**1990 Population**
{31,791}

**2021 Population**
{34,349}

**Population Change**
{+ 8 %}

Data Updated July 2022

USA / Mississippi ▼ / Alcorn County ▼   Year 1990 ▼   TO   Year 2021 ▼

# How has the population changed in Alcorn County?

The population of **Alcorn County, Mississippi** in **2021** was **34,349, 8% up** from the **31,791** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS 

**Source:** Census Bureau

## How many people live in Alcorn County?

Alcorn County's population **grew 8%** from the **31,791** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Alcorn County**



SHARE THIS

**Source:** Census Bureau

## How has Alcorn County's population changed over the years?

Alcorn County's population increased **23** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **1.8%** between **1990 and 1991**. The county's largest decline was between **2019 and 2020** when the population dropped **6.4%**. Between **1990** and **2021**, the county grew by an average of **0.3%** per year.

**Annual population change in Alcorn County**

SHARE THIS 

Source: Census Bureau

## How has Alcorn County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Alcorn County was the **white (non-Hispanic)** group, which had a population of **28,076**. Between **1990** and **2021**, the **Hispanic/Latino** population had the **most growth increasing** by **1,115** from **117** in **1990** to **1,232** in **2021**.

## Population by race and ethnicity in Alcorn County

 Hide Hispanic ethnicity

SHARE THIS 

Source: <u>Census Bureau</u>

## How has the racial and ethnic makeup of Alcorn County changed?

In **2021**, Alcorn County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **81.7%** of the population compared with **88.3%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Hispanic/Latino** grew the most, increasing **3.2** percentage points to **3.6%**. The **white (non-Hispanic)** population had the largest decrease dropping **6.6** percentage points to **81.7%**.

### Racial makeup of Alcorn County

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)    Asian and Pacific islander (non-Hispanic)    Black (non-Hispanic)

Hispanic/Latino    Multiracial (non-Hispanic)    White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)    Asian and Pacific Islander (non-Hispanic)    Black (non-Hispanic)

Hispanic/Latino    Multiracial (non-Hispanic)    White (non-Hispanic)

SHARE THIS     

Source:   Census Bureau

## How old is the population in Alcorn County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 47.1%**. The **20 to 34** age group **declined the most dropping 6.5%** between **1990** and **2021**.

## Population by age in Alcorn County

SHARE THIS

**Source:** Census Bureau

## How has the distribution of ages in Alcorn County changed?

The share of the population that is 0 to 4 years old **decreased** from **6.1% in 1990** to **5.6% in 2021**.

The share of the population that is 65 and older **increased** from **15.4% in 1990** to **18.8% in 2021**.

**Age makeup of Alcorn County**

0 to 4      5 to 19      20 to 34      35 to 49      50 to 64      65+

0 to 4     5 to 19     20 to 34     ` 35 to 49     50 to 64     65+

SHARE THIS

**Source:** Census Bureau

## How have the age and sex demographics of Alcorn County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.
**Total population in 1990**

**Total population in 2021**

SHARE THIS   

Source:  Census Bureau

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
| --- |
| TOTAL POPULATION IN 2021 |
| POPULATION CHANGE (#) |
| POPULATION CHANGE (%) |

105                                                         8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS

Source: Census Bureau

NEWSLETTER

## Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us    Privacy Policy    Terms of Service

© 2023 USAFacts. All rights reserved.

USA **FACTS**

## Our Changing Population: Itawamba County, Mississippi

The ages, races, and population density of Itawamba County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

1990 Population
{20,087}

2021 Population
{23,838}

Population Change
{+ 18.7 %}

Data Updated July 2022

USA / Mississippi / Itawamba County | Year 1990 TO Year 2021

# How has the population changed in Itawamba County?

The population of **Itawamba County, Mississippi** in 2021 was **23,838, 18.7% up** from the **20,087** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more ⌄**

SHARE THIS 

Source: Census Bureau

## How many people live in Itawamba County?

Itawamba County's population **grew 18.7%** from the **20,087** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Itawamba County**



SHARE THIS

Source: Census Bureau

## How has Itawamba County's population changed over the years?

Itawamba County's population increased **24** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **2.6%** between **1993 and 1994**. The county's largest decline was between **2010 and 2011** when the population dropped **0.6%**. Between 1990 and **2021**, the county grew by an average of **0.6%** per year.

**Annual population change in Itawamba County**



SHARE THIS 

Source: Census Bureau

## How has Itawamba County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Itawamba County was the **white (non-Hispanic)** group, which had a population of **21,318**. Between **1990** and **2021**, the **white (non-Hispanic)** population had the **most growth increasing** by **2,705** from **18,613** in **1990** to **21,318** in **2021**.

## Population by race and ethnicity in Itawamba County

Hide Hispanic ethnicity

SHARE THIS 

Source: Census Bureau

## How has the racial and ethnic makeup of Itawamba County changed?

In **2021**, Itawamba County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **89.4%** of the population compared with **92.7%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Hispanic/Latino** grew the most, increasing **1.4** percentage points to **1.8%**. The **white (non-Hispanic)** population had the largest decrease dropping **3.2** percentage points to **89.4%**.

### Racial makeup of Itawamba County

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)        Asian and Pacific Islander (non-Hispanic)        Black (non-Hispanic)

Hispanic/Latino        Multiracial (non-Hispanic)        White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)          Asian and Pacific Islander (non-Hispanic)          Black (non-Hispanic)

Hispanic/Latino          Multiracial (non-Hispanic)          White (non-Hispanic)

SHARE THIS  

Source:  Census Bureau

## How old is the population in Itawamba County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 53.7%**. The **0 to 4** age group **grew the least increasing 7.7%** between **1990** and **2021**.

## Population by age in Itawamba County

SHARE THIS

Source: Census Bureau

## How has the distribution of ages in Itawamba County changed?

The share of the population that is 0 to 4 years old **decreased** from **6.1%** in **1990** to **5.5%** in **2021**.

The share of the population that is 65 and older **increased** from **15.4%** in **1990** to **17.9%** in **2021**.

**Age makeup of Itawamba County**

| 0 to 4 | 5 to 19 | 20 to 34 | 35 to 49 | 50 to 64 | 65+ |

0 to 4        5 to 19        20 to 34        35 to 49        50 to 64        65+

SHARE THIS

**Source:** Census Bureau

## How have the age and sex demographics of Itawamba County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS 

Source: Census Bureau

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
| TOTAL POPULATION IN 2021 |
| POPULATION CHANGE (#) |
| POPULATION CHANGE (%) |

105                                                        8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS      ✉ 🖨

**Source:** Census Bureau

**NEWSLETTER**

## Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

**REPORTS**

Visualizations

Articles

Annual Publications

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us    Privacy Policy    Terms of Service

© 2023 USAFacts. All rights reserved.



USA **FACTS**

**Our Changing Population: Lee County, Mississippi**

The ages, races, and population density of Lee County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

1990 Population
{65,836}

2021 Population
{82,883}

Population Change
{+ 25.9 %}

Data Updated July 2022

USA  /  Mississippi  ▼  /  Lee County  ▼   Year 1990  ▼   TO   Year 2021  ▼

# How has the population changed in Lee County?

The population of **Lee County, Mississippi** in **2021** was **82,883, 25.9% up** from the **65,836** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS 

Source: Census Bureau

## How many people live in Lee County?

Lee County's population **grew 25.9%** from the **65,836** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Lee County**



SHARE THIS

Source: Census Bureau

## How has Lee County's population changed over the years?

Lee County's population increased **27** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **2.3%** between **1992 and 1993**. The county's largest decline was between **2019 and 2020** when the population dropped **2.9%**. Between **1990** and **2021**, the county grew by an average of **0.7%** per year.

**Annual population change in Lee County**



SHARE THIS

Source: Census Bureau

## How has Lee County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Lee County was the **white (non-Hispanic)** group, which had a population of **52,587**. Between **1990** and **2021**, the **Black (non-Hispanic)** population had the **most growth increasing** by **11,479** from **14,053** in **1990** to **25,532** in **2021**.

## Population by race and ethnicity in Lee County

 Hide Hispanic ethnicity

SHARE THIS 

Source: <u>Census Bureau</u>

## How has the racial and ethnic makeup of Lee County changed?

In **2021**, Lee County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **63.4%** of the population compared with **77.8%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Black (non-Hispanic)** grew the most, increasing **9.5** percentage points to **30.8%**. The **white (non-Hispanic)** population had the largest decrease dropping **14.4** percentage points to **63.4%**.

### Racial makeup of Lee County

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)     Asian and Pacific Islander (non-Hispanic)     Black (non-Hispanic)

Hispanic/Latino     Multiracial (non-Hispanic)     White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)      Asian and Pacific Islander (non-Hispanic)      Black (non-Hispanic)

Hispanic/Latino      Multiracial (non-Hispanic)      White (non-Hispanic)

SHARE THIS      

Source: Census Bureau

## How old is the population in Lee County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 81.4%**. The **20 to 34** age group **declined the most dropping 0.7%** between **1990** and **2021**.

## Population by age in Lee County

SHARE THIS 

**Source:** <u>Census Bureau</u>

## How has the distribution of ages in Lee County changed?

The share of the population that is 0 to 4 years old **decreased** from **7.9%** in **1990** to **6.3%** in **2021**.

The share of the population that is 65 and older **increased** from **11.6%** in **1990** to **15.4%** in **2021**.

**Age makeup of Lee County**

0 to 4      5 to 19      20 to 34      35 to 49      50 to 64      65+

0 to 4    5 to 19    20 to 34    35 to 49    50 to 64    65+

SHARE THIS    

**Source:** Census Bureau

## How have the age and sex demographics of Lee County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS   

Source: Census Bureau

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

TOTAL POPULATION IN 1990

TOTAL POPULATION IN 2021

POPULATION CHANGE (#)

POPULATION CHANGE (%)

105                                                   8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS      

**Source:** Census Bureau

**NEWSLETTER**

# Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us     Privacy Policy     Terms of Service

© 2023 USAFacts. All rights reserved.

USA**FACTS**

**Our Changing Population: Monroe County, Mississippi**

The ages, races, and population density of Monroe County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

1990 Population
{36,608}

2021 Population
{33,883}

Population Change
{ -7.4 %}

Data Updated July 2022

USA / Mississippi ▼ / Monroe County ▼   Year 1990 ▼  TO  Year 2021 ▼

# How has the population changed in Monroe County?

The population of **Monroe County, Mississippi** in **2021** was **33,883, 7.4% down** from the **36,608** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more ⌄**

SHARE THIS 

Source: Census Bureau

## How many people live in Monroe County?

Monroe County's population **shrank 7.4%** from the **36,608** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Monroe County**



SHARE THIS

Source: Census Bureau

## How has Monroe County's population changed over the years?

Monroe County's population increased **11** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **1%** between **1994 and 1995**. The county's largest decline was between **2019 and 2020** when the population dropped **3.4%**. Between **1990** and **2021**, the county shrank by an average of **0.2%** per year.

**Annual population change in Monroe County**



SHARE THIS  

Source: Census Bureau

## How has Monroe County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Monroe County was the **white (non-Hispanic)** group, which had a population of **22,614**. Between **1990** and **2021**, the **Hispanic/Latino** population had the **most growth increasing** by **341** from **166** in **1990** to **507** in **2021**.

## Population by race and ethnicity in Monroe County

Hide Hispanic ethnicity

SHARE THIS

Source: Census Bureau

## How has the racial and ethnic makeup of Monroe County changed?

In **2021**, Monroe County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **66.7%** of the population compared with **69.3%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Hispanic/Latino** grew the most, increasing **1** percentage points to **1.5%**. The **white (non-Hispanic)** population had the largest decrease dropping **2.6** percentage points to **66.7%**.

### Racial makeup of Monroe County

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)    Asian and Pacific Islander (non-Hispanic)    Black (non-Hispanic)

Hispanic/Latino    Multiracial (non-Hispanic)    White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)    Asian and Pacific Islander (non-Hispanic)    Black (non-Hispanic)

Hispanic/Latino    Multiracial (non-Hispanic)    White (non-Hispanic)

SHARE THIS     

**Source:** Census Bureau

## How old is the population in Monroe County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 37.3%**. The **5 to 19** age group **declined the most dropping 27%** between **1990** and **2021**.

## Population by age in Monroe County

SHARE THIS 

Source: Census Bureau

## How has the distribution of ages in Monroe County changed?

The share of the population that is 0 to 4 years old **decreased** from **7.4%** in **1990** to **5.6%** in **2021**.

The share of the population that is 65 and older **increased** from **14.3%** in **1990** to **19.9%** in **2021**.

**Age makeup of Monroe County**

0 to 4       5 to 19       20 to 34       35 to 49       50 to 64       65+

0 to 4        5 to 19        20 to 34        35 to 49        50 to 64        65+

SHARE THIS 

**Source:** <u>Census Bureau</u>

## How have the age and sex demographics of Monroe County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS 

Source: Census Bureau

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
|---|
| TOTAL POPULATION IN 2021 |
| POPULATION CHANGE (#) |
| POPULATION CHANGE (%) |

105                                                    8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS   [facebook]  [twitter]  [linkedin]  [email]  [print]

Source: Census Bureau

**NEWSLETTER**

## Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us    Privacy Policy    Terms of Service

© 2023 USAFacts. All rights reserved.



## Our Changing Population: Pontotoc County, Mississippi

The ages, races, and population density of Pontotoc County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

**1990 Population**
{22,348}

**2021 Population**
{31,445}

**Population Change**
{+ 40.7 %}

Data Updated July 2022

USA  /  Mississippi ▼  /  Pontotoc County ▼   Year 1990 ▼  TO  Year 2021 ▼

# How has the population changed in Pontotoc County?

The population of **Pontotoc County, Mississippi** in **2021** was **31,445, 40.7% up** from the **22,348** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS 

**Source:** Census Bureau

## How many people live in Pontotoc County?

Pontotoc County's population **grew 40.7%** from the **22,348** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Pontotoc County**



SHARE THIS

**Source:** Census Bureau

## How has Pontotoc County's population changed over the years?

Pontotoc County's population increased **29** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **2.4%** between **1997 and 1998**. The county's largest decline was between **2019 and 2020** when the population dropped **3.3%**. Between **1990** and **2021**, the county grew by an average of **1.1%** per year.

**Annual population change in Pontotoc County**



SHARE THIS

Source: Census Bureau

## How has Pontotoc County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Pontotoc County was the **white (non-Hispanic)** group, which had a population of **23,686**. Between **1990** and **2021**, the **white (non-Hispanic)** population had the **most growth increasing** by **4,683** from **19,003** in **1990** to **23,686** in **2021**.

## Population by race and ethnicity in Pontotoc County

 Hide Hispanic ethnicity

SHARE THIS 

Source: <u>Census Bureau</u>

## How has the racial and ethnic makeup of Pontotoc County changed?

In **2021**, Pontotoc County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **75.3%** of the population compared with **85%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Hispanic/Latino** grew the most, increasing **7.2** percentage points to **7.5%**. The **white (non-Hispanic)** population had the largest decrease dropping **9.7** percentage points to **75.3%**.

**Racial makeup of Pontotoc County**

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)    Asian and Pacific Islander (non-Hispanic)    Black (non-Hispanic)

Hispanic/Latino    Multiracial (non-Hispanic)    White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)    Asian and Pacific Islander (non-Hispanic)    Black (non-Hispanic)

Hispanic/Latino    Multiracial (non-Hispanic)    White (non-Hispanic)

SHARE THIS       

**Source:** <u>Census Bureau</u>

## How old is the population in Pontotoc County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 92.5%**. The **0 to 4** age group **grew the least increasing 36.7%** between **1990** and **2021**.

## Population by age in Pontotoc County

SHARE THIS 

Source: <u>Census Bureau</u>

## How has the distribution of ages in Pontotoc County changed?

The share of the population that is 0 to 4 years old **decreased** from **7.1%** in **1990** to **6.9%** in **2021**.

The share of the population that is 65 and older **increased** from **14.1%** in **1990** to **15.6%** in **2021**.

**Age makeup of Pontotoc County**

0 to 4      5 to 19      20 to 34      35 to 49      50 to 64      65+

0 to 4    5 to 19    20 to 34    35 to 49    50 to 64    65+

SHARE THIS

**Source:** Census Bureau

## How have the age and sex demographics of Pontotoc County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS    

**Source:** [Census Bureau](Census Bureau)

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
| --- |

TOTAL POPULATION IN 2021

POPULATION CHANGE (#)

POPULATION CHANGE (%)

105                                                    8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS     

Source: Census Bureau

**NEWSLETTER**

## Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

---

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us    Privacy Policy    Terms of Service

© 2023 USAFacts. All rights reserved.



## Our Changing Population: Prentiss County, Mississippi

The ages, races, and population density of Prentiss County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

| 1990 Population | 2021 Population | Population Change |
|---|---|---|
| {23,300} | {24,996} | {+ 7.3 %} |

Data Updated July 2022

USA  /  Mississippi ▼  /  Prentiss County ▼    Year 1990 ▼  TO  Year 2021 ▼

# How has the population changed in Prentiss County?

The population of **Prentiss County, Mississippi** in **2021** was **24,996, 7.3% up** from the **23,300** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS  

Source: Census Bureau

## How many people live in Prentiss County?

Prentiss County's population grew **7.3%** from the **23,300** people who lived there in **1990**. For comparison, the population in the US grew **33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Prentiss County**

SHARE THIS  

Source: Census Bureau

## How has Prentiss County's population changed over the years?

Prentiss County's population increased **20** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **1.6%** between **1996 and 1997**. The county's largest decline was between **2009 and 2010** when the population dropped **1.3%**. Between **1990** and **2021**, the county grew by an average of **0.2%** per year.

**Annual population change in Prentiss County**

SHARE THIS   

Source:  Census Bureau

## How has Prentiss County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Prentiss County was the **white (non-Hispanic)** group, which had a population of **20,588**. Between **1990** and **2021**, the **Black (non-Hispanic)** population had the **most growth increasing** by **897** from **2,731** in **1990** to **3,628** in **2021**.

## Population by race and ethnicity in Prentiss County

 Hide Hispanic ethnicity

SHARE THIS 

Source: <u>Census Bureau</u>

## How has the racial and ethnic makeup of Prentiss County changed?

In **2021**, Prentiss County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **82.4%** of the population compared with **87.8%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Black (non-Hispanic)** grew the most, increasing **2.8** percentage points to **14.5%**. The **white (non-Hispanic)** population had the largest decrease dropping **5.4** percentage points to **82.4%**.

### Racial makeup of Prentiss County

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)        Asian and Pacific Islander (non-Hispanic)        Black (non-Hispanic)

Hispanic/Latino        Multiracial (non-Hispanic)        White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)       Asian and Pacific Islander (non-Hispanic)       Black (non-Hispanic)

Hispanic/Latino       Multiracial (non-Hispanic)       White (non-Hispanic)

SHARE THIS       

**Source:** Census Bureau

## How old is the population in Prentiss County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 44.5%**. The **5 to 19** age group **declined the most dropping 10.1%** between **1990** and **2021**.

## Population by age in Prentiss County

SHARE THIS

Source: Census Bureau

## How has the distribution of ages in Prentiss County changed?

The share of the population that is 0 to 4 years old **decreased** from **6.8%** in **1990** to **6%** in **2021**.

The share of the population that is 65 and older **increased** from **14.1%** in **1990** to **18.3%** in **2021**.

**Age makeup of Prentiss County**

| 0 to 4 | 5 to 19 | 20 to 34 | 35 to 49 | 50 to 64 | 65+ |

0 to 4    5 to 19    20 to 34    35 to 49    50 to 64    65+

SHARE THIS

**Source:** Census Bureau

## How have the age and sex demographics of Prentiss County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS   

**Source:** Census Bureau

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
| --- |
| TOTAL POPULATION IN 2021 |
| POPULATION CHANGE (#) |
| POPULATION CHANGE (%) |

105                                                    8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS      

Source: Census Bureau

NEWSLETTER

## Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

---

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us    Privacy Policy    Terms of Service

© 2023 USAFacts. All rights reserved.

USA**FACTS**

**Our Changing Population: Tishomingo County, Mississippi**

The ages, races, and population density of Tishomingo County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

1990 Population
{17,728}

2021 Population
{18,750}

Population Change
{+ 5.8 %}

Data Updated July 2022

USA  /  Mississippi  ▾  /  Tishomingo County  ▾     Year 1990  ▾  TO  Year 2021  ▾

# How has the population changed in Tishomingo County?

The population of **Tishomingo County, Mississippi** in 2021 was **18,750, 5.8% up** from the **17,728** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS   

**Source:** Census Bureau

## How many people live in Tishomingo County?

Tishomingo County's population **grew 5.8%** from the **17,728** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Tishomingo County**

SHARE THIS   

**Source:** Census Bureau

## How has Tishomingo County's population changed over the years?

Tishomingo County's population increased **20** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **1.8%** between **1992 and 1993**. The county's largest decline was between **2019 and 2020** when the population dropped **2.8%**. Between **1990** and **2021**, the county grew by an average of **0.2%** per year.

**Annual population change in Tishomingo County**

SHARE THIS   

Source: <u>Census Bureau</u>

## How has Tishomingo County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Tishomingo County was the **white (non-Hispanic)** group, which had a population of **17,298**. Between **1990** and **2021**, the **Hispanic/Latino** population had the **most growth increasing** by **639** from **44** in **1990** to **683** in **2021**.

## Population by race and ethnicity in Tishomingo County

 Hide Hispanic ethnicity

SHARE THIS 

Source: Census Bureau

## How has the racial and ethnic makeup of Tishomingo County changed?

In **2021**, Tishomingo County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **92.3%** of the population compared with **96.1%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Hispanic/Latino** grew the most, increasing **3.4** percentage points to **3.6%**. The **white (non-Hispanic)** population had the largest decrease dropping **3.9** percentage points to **92.3%**.

**Racial makeup of Tishomingo County**

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)    Asian and Pacific Islander (non-Hispanic)    Black (non-Hispanic)

Hispanic/Latino    Multiracial (non-Hispanic)    White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)        Asian and Pacific Islander (non-Hispanic)        Black (non-Hispanic)

Hispanic/Latino        Multiracial (non-Hispanic)        White (non-Hispanic)

SHARE THIS

**Source:** Census Bureau

## How old is the population in Tishomingo County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 37.3%**. The **20 to 34** age group **declined the most dropping 12.4%** between **1990** and **2021**.

## Population by age in Tishomingo County

SHARE THIS   

**Source:** Census Bureau

## How has the distribution of ages in Tishomingo County changed?

The share of the population that is 0 to 4 years old **decreased** from **6.2%** in **1990** to **5.2%** in **2021**.

The share of the population that is 65 and older **increased** from **16.9%** in **1990** to **21%** in **2021**.

**Age makeup of Tishomingo County**

0 to 4      5 to 19      20 to 34      35 to 49      50 to 64      65+

0 to 4      5 to 19      20 to 34      35 to 49      50 to 64      65+

**SHARE THIS** 

**Source:** Census Bureau

## How have the age and sex demographics of Tishomingo County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS

**Source:** 

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

TOTAL POPULATION IN 1990

TOTAL POPULATION IN 2021

POPULATION CHANGE (#)

POPULATION CHANGE (%)

105                                                  8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS  [Facebook] [Twitter] [LinkedIn] [Email] [Print]

**Source:** Census Bureau

NEWSLETTER

# Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

---

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us    Privacy Policy    Terms of Service

© 2023 USAFacts. All rights reserved.

## USA**FACTS**

**Our Changing Population: Benton County, Mississippi**

The ages, races, and population density of Benton County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

| 1990 Population | 2021 Population | Population Change |
|---|---|---|
| {8,028} | {7,646} | { -4.8 %} |

Data Updated July 2022

USA  /  Mississippi ▼  /  Benton County ▼   Year 1990 ▼   TO   Year 2021 ▼

# How has the population changed in Benton County?

The population of **Benton County, Mississippi** in **2021** was **7,646, 4.8% down** from the **8,028** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS 

Source: Census Bureau

## How many people live in Benton County?

Benton County's population **shrank 4.8%** from the **8,028** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Benton County**



SHARE THIS

Source: Census Bureau

## How has Benton County's population changed over the years?

Benton County's population increased **16** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **2.1%** between **2005 and 2006**. The county's largest decline was between **2019 and 2020** when the population dropped **7.5%**. Between **1990** and **2021**, the county shrank by an average of **0.1%** per year.

**Annual population change in Benton County**



SHARE THIS

Source: Census Bureau

## How has Benton County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Benton County was the **white (non-Hispanic)** group, which had a population of **4,630**. Between **1990** and **2021**, the **Hispanic/Latino** population had the **most growth increasing** by **216** from **17** in **1990** to **233** in **2021**.

## Population by race and ethnicity in Benton County

 Hide Hispanic ethnicity

SHARE THIS  🄵 🆇 🄻 ✉ 🖨

Source: <u>Census Bureau</u>

## How has the racial and ethnic makeup of Benton County changed?

In **2021**, Benton County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **60.6%** of the population compared with **60.7%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Hispanic/Latino** grew the most, increasing **2.8** percentage points to **3%**. The **Black (non-Hispanic)** population had the largest decrease dropping **4.5** percentage points to **34.5%**.

### Racial makeup of Benton County

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)     Asian and Pacific Islander (non-Hispanic)     Black (non-Hispanic)

Hispanic/Latino     Multiracial (non-Hispanic)     White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)          Asian and Pacific Islander (non-Hispanic)          Black (non-Hispanic)

Hispanic/Latino          Multiracial (non-Hispanic)          White (non-Hispanic)

SHARE THIS     

Source: Census Bureau

## How old is the population in Benton County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 43.3%**. The **5 to 19** age group **declined the most dropping 32%** between **1990** and **2021**.

## Population by age in Benton County

SHARE THIS 

**Source:** Census Bureau

## How has the distribution of ages in Benton County changed?

The share of the population that is 0 to 4 years old **decreased** from **7.3%** in **1990** to **5.8%** in **2021**.

The share of the population that is 65 and older **increased** from **14.6%** in **1990** to **19.1%** in **2021**.

**Age makeup of Benton County**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 0 to 4 | 5 to 19 | 20 to 34 | 35 to 49 | 50 to 64 | 65+ |

0 to 4    5 to 19    20 to 34    35 to 49    50 to 64    65+

**SHARE THIS**

**Source:** [Census Bureau](Census Bureau)

## How have the age and sex demographics of Benton County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS    

Source: <u>Census Bureau</u>

## What's the size of the US population and how has it changed?

Between **1990** and **2021, Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
|---|
| TOTAL POPULATION IN 2021 |
| POPULATION CHANGE (#) |
| POPULATION CHANGE (%) |

105                                                                              8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS

**Source:** Census Bureau

NEWSLETTER

## Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us   Privacy Policy   Terms of Service

© 2023 USAFacts. All rights reserved.

USA**FACTS**

## Our Changing Population: Calhoun County, Mississippi

The ages, races, and population density of Calhoun County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

1990 Population
{14,930}

2021 Population
{13,018}

Population Change
{ -12.8 %}

Data Updated July 2022

USA   /   Mississippi ▼   /   Calhoun County ▼   Year 1990 ▼   TO   Year 2021 ▼

# How has the population changed in Calhoun County?

The population of **Calhoun County, Mississippi** in **2021** was **13,018, 12.8% down** from the **14,930** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS 

**Source:** Census Bureau

## How many people live in Calhoun County?

Calhoun County's population **shrank 12.8%** from the **14,930** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Calhoun County**



SHARE THIS

**Source:** Census Bureau

## How has Calhoun County's population changed over the years?

Calhoun County's population increased **9** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **1%** between **2005 and 2006**. The county's largest decline was between **2019 and 2020** when the population dropped **7.8%**. Between **1990** and **2021**, the county shrank by an average of **0.4%** per year.

**Annual population change in Calhoun County**



SHARE THIS

Source:  Census Bureau

## How has Calhoun County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Calhoun County was the **white (non-Hispanic)** group, which had a population of **8,332**. Between **1990** and **2021**, the **Hispanic/Latino** population had the **most growth increasing** by **750** from **65** in **1990** to **815** in **2021**.

## Population by race and ethnicity in Calhoun County

Hide Hispanic ethnicity

SHARE THIS  [facebook] [twitter] [linkedin] [email] [print]

**Source:** <u>Census Bureau</u>

## How has the racial and ethnic makeup of Calhoun County changed?

In **2021**, Calhoun County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **64%** of the population compared with **72.7%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Hispanic/Latino** grew the most, increasing **5.8** percentage points to **6.3%**. The **white (non-Hispanic)** population had the largest decrease dropping **8.7** percentage points to **64%**.

**Racial makeup of Calhoun County**

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)      Asian and Pacific Islander (non-Hispanic)      Black (non-Hispanic)

Hispanic/Latino      Multiracial (non-Hispanic)      White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)        Asian and Pacific Islander (non-Hispanic)        Black (non-Hispanic)

Hispanic/Latino        Multiracial (non-Hispanic)        White (non-Hispanic)

SHARE THIS  

Source: Census Bureau

## How old is the population in Calhoun County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 26.7%**. The **20 to 34** age group **declined the most dropping 32.2%** between **1990** and **2021**.

## Population by age in Calhoun County

SHARE THIS

**Source:** Census Bureau

## How has the distribution of ages in Calhoun County changed?

The share of the population that is 0 to 4 years old **decreased** from **6.7%** in **1990** to **5.6%** in **2021**.

The share of the population that is 65 and older **increased** from **16.9%** in **1990** to **20.2%** in **2021**.

**Age makeup of Calhoun County**

| 0 to 4 | 5 to 19 | 20 to 34 | 35 to 49 | 50 to 64 | 65+ |

0 to 4     5 to 19     20 to 34     35 to 49     50 to 64     65+

SHARE THIS

Source: Census Bureau

## How have the age and sex demographics of Calhoun County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS  [Facebook]  [Twitter]  [LinkedIn]  [Email]  [Print]

**Source:** [Census Bureau](#)

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
|---|

TOTAL POPULATION IN 2021

POPULATION CHANGE (#)

POPULATION CHANGE (%)

105                                                          8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS   

Source: Census Bureau

NEWSLETTER

**Data delivered to your inbox**

Keep up with the latest data and most popular content

*Enter your email address*

## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

| | |
|---|---|
| Climate | Health |
| Consumer & Employee Safeguards | Immigration & Border Security |
| COVID-19 | Our Changing Population |
| Crime & Justice | Social Security & Medicare |
| Defense & Military | Standard of Living |
| Disasters & Emergency Relief | Transportation & Infrastructure |
| Economy | Veterans |
| Education | Wealth & Savings |
| Energy | |

**REPORTS**

**MORE**

| | |
|---|---|
| Visualizations | About USAFacts |
| Articles | FAQ |
| Annual Publications | Data Sources |
| | Principles |
| | Press Releases |

Contact Us    Privacy Policy    Terms of Service

© 2023 USAFacts. All rights reserved.



USA**FACTS**

## Our Changing Population: Chickasaw County, Mississippi

The ages, races, and population density of Chickasaw County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

| 1990 Population | 2021 Population | Population Change |
|---|---|---|
| {18,157} | {17,011} | { -6.3 %} |

Data Updated July 2022

USA / Mississippi ▼ / Chickasaw County ▼   Year 1990 ▼   TO   Year 2021 ▼

# How has the population changed in Chickasaw County?

The population of **Chickasaw County, Mississippi** in 2021 was **17,011, 6.3% down** from the **18,157** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS 

**Source:** <u>Census Bureau</u>

## How many people live in Chickasaw County?

Chickasaw County's population **shrank 6.3%** from the **18,157** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Chickasaw County**



SHARE THIS

**Source:** <u>Census Bureau</u>

## How has Chickasaw County's population changed over the years?

Chickasaw County's population increased **12** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **1.6%** between **1992 and 1993**. The county's largest decline was between **2005 and 2006** when the population dropped **1.6%**. Between **1990** and **2021**, the county shrank by an average of **0.2%** per year.

**Annual population change in Chickasaw County**



SHARE THIS

Source: Census Bureau

## How has Chickasaw County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Chickasaw County was the **white (non-Hispanic)** group, which had a population of **8,277**. Between **1990** and **2021**, the **Hispanic/Latino** population had the **most growth increasing** by 832 from **70** in **1990** to **902** in **2021**.

## Population by race and ethnicity in Chickasaw County

 Hide Hispanic ethnicity

SHARE THIS   [Facebook] [Twitter] [LinkedIn] [email] [print]

Source: Census Bureau

## How has the racial and ethnic makeup of Chickasaw County changed?

In **2021**, Chickasaw County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **48.7%** of the population compared with **61%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Black (non-Hispanic)** grew the most, increasing **5.5** percentage points to **44%**. The **white (non-Hispanic)** population had the largest decrease dropping **12.4** percentage points to **48.7%**.

### Racial makeup of Chickasaw County

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)    Asian and Pacific Islander (non-Hispanic)    Black (non-Hispanic)

Hispanic/Latino    Multiracial (non-Hispanic)    White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)          Asian and Pacific Islander (non-Hispanic)          Black (non-Hispanic)

Hispanic/Latino          Multiracial (non-Hispanic)          White (non-Hispanic)

SHARE THIS

**Source:** Census Bureau

## How old is the population in Chickasaw County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 31.9%**. The **5 to 19** age group **declined the most dropping 22.1%** between **1990** and **2021**.

## Population by age in Chickasaw County

SHARE THIS 

**Source:** <u>Census Bureau</u>

## How has the distribution of ages in Chickasaw County changed?

The share of the population that is 0 to 4 years old **decreased** from **8.2%** in **1990** to **6.8%** in **2021**.

The share of the population that is 65 and older **increased** from **13.7%** in **1990** to **18.4%** in **2021**.

**Age makeup of Chickasaw County**

    0 to 4     5 to 19     20 to 34     35 to 49     50 to 64     65+

0 to 4    5 to 19    20 to 34    35 to 49    50 to 64    65+

SHARE THIS

**Source:** Census Bureau

## How have the age and sex demographics of Chickasaw County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS

**Source:** Census Bureau

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
| :---: |
| TOTAL POPULATION IN 2021 |
| POPULATION CHANGE (#) |
| POPULATION CHANGE (%) |

105                                                    8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS     

Source: Census Bureau

NEWSLETTER

## Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us    Privacy Policy    Terms of Service

© 2023 USAFacts. All rights reserved.



## Our Changing Population: Lafayette County, Mississippi

The ages, races, and population density of Lafayette County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

| 1990 Population | 2021 Population | Population Change |
|---|---|---|
| {31,977} | {56,884} | {+ 77.9 %} |

Data Updated July 2022

USA  /  Mississippi  ▾  /  Lafayette County  ▾   Year 1990  ▾   TO   Year 2021  ▾

# How has the population changed in Lafayette County?

The population of **Lafayette County, Mississippi** in **2021** was **56,884, 77.9% up** from the **31,977** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS 

Source: Census Bureau

## How many people live in Lafayette County?

Lafayette County's population **grew 77.9%** from the **31,977** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Lafayette County**



SHARE THIS

Source: Census Bureau

## How has Lafayette County's population changed over the years?

Lafayette County's population increased **30** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **4.1%** between **2005 and 2006**. The county's largest decline was between **2017 and 2018** when the population dropped **1.1%**. Between **1990** and **2021**, the county grew by an average of **1.9%** per year.

**Annual population change in Lafayette County**



SHARE THIS

Source: Census Bureau

## How has Lafayette County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Lafayette County was the **white (non-Hispanic)** group, which had a population of **39,731**. Between **1990** and **2021**, the **white (non-Hispanic)** population had the **most growth increasing** by **16,567** from **23,164** in **1990** to **39,731** in **2021**.

## Population by race and ethnicity in Lafayette County

 Hide Hispanic ethnicity

SHARE THIS   Facebook  Twitter  LinkedIn  Email  Print

Source: Census Bureau

## How has the racial and ethnic makeup of Lafayette County changed?

In **2021**, Lafayette County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **69.8%** of the population compared with **72.4%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Hispanic/Latino** grew the most, increasing **2.1** percentage points to **2.7%**. The **white (non-Hispanic)** population had the largest decrease dropping **2.6** percentage points to **69.8%**.

### Racial makeup of Lafayette County

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)      Asian and Pacific Islander (non-Hispanic)      Black (non-Hispanic)

Hispanic/Latino      Multiracial (non-Hispanic)      White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)        Asian and Pacific Islander (non-Hispanic)        Black (non-Hispanic)

Hispanic/Latino        Multiracial (non-Hispanic)        White (non-Hispanic)

SHARE THIS      

**Source:** Census Bureau

## How old is the population in Lafayette County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 171.3%**. The **0 to 4** age group **grew the least increasing 57.3%** between **1990** and **2021**.

## Population by age in Lafayette County

SHARE THIS

**Source:** Census Bureau

## How has the distribution of ages in Lafayette County changed?

The share of the population that is 0 to 4 years old **decreased** from **5.4%** in **1990** to **4.8%** in **2021**.

The share of the population that is 65 and older **increased** from **10%** in **1990** to **13.9%** in **2021**.

**Age makeup of Lafayette County**

0 to 4      5 to 19      20 to 34      35 to 49      50 to 64      65+

0 to 4      5 to 19      20 to 34      35 to 49      50 to 64      65+

**SHARE THIS**

**Source:** Census Bureau

## How have the age and sex demographics of Lafayette County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS   

**Source:**   Census Bureau

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
| --- |
| TOTAL POPULATION IN 2021 |
| POPULATION CHANGE (#) |
| POPULATION CHANGE (%) |

105                                                8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS      

**Source:** Census Bureau

NEWSLETTER

**Data delivered to your inbox**

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us   Privacy Policy   Terms of Service

© 2023 USAFacts. All rights reserved.

USA**FACTS**

## Our Changing Population: Marshall County, Mississippi

The ages, races, and population density of Marshall County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

1990 Population
{30,471}

2021 Population
{33,725}

Population Change
{+ 10.7 %}

Data Updated July 2022

USA   /   Mississippi   ▾   /   Marshall County   ▾   Year 1990   ▾   TO   Year 2021   ▾

# How has the population changed in Marshall County?

The population of **Marshall County, Mississippi** in **2021** was **33,725, 10.7% up** from the **30,471** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS 

Source: Census Bureau

## How many people live in Marshall County?

Marshall County's population **grew 10.7%** from the **30,471** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Marshall County**



SHARE THIS

Source: Census Bureau

## How has Marshall County's population changed over the years?

Marshall County's population increased **17** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **3.7%** between **1997 and 1998**. The county's largest decline was between **2019 and 2020** when the population dropped **4.4%**. Between **1990** and **2021**, the county grew by an average of **0.3%** per year.

**Annual population change in Marshall County**



SHARE THIS   
Source: Census Bureau

### How has Marshall County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Marshall County was the **white (non-Hispanic)** group, which had a population of **16,294**. Between **1990** and **2021**, the **Hispanic/Latino** population had the **most growth increasing** by **1,404** from **122** in **1990** to **1,526** in **2021**.

## Population by race and ethnicity in Marshall County

Hide Hispanic ethnicity

SHARE THIS  [facebook] [twitter] [linkedin] [email] [print]

Source: <u>Census Bureau</u>

**How has the racial and ethnic makeup of Marshall County changed?**

In **2021**, Marshall County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **48.3%** of the population compared with **48.9%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Hispanic/Latino** grew the most, increasing **4.1** percentage points to **4.5%**. The **Black (non-Hispanic)** population had the largest decrease dropping **5** percentage points to **45.5%**.

**Racial makeup of Marshall County**

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)    Asian and Pacific Islander (non-Hispanic)    Black (non-Hispanic)

Hispanic/Latino    Multiracial (non-Hispanic)    White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)    Asian and Pacific Islander (non-Hispanic)    Black (non-Hispanic)

Hispanic/Latino    Multiracial (non-Hispanic)    White (non-Hispanic)

SHARE THIS     

**Source:** [Census Bureau](Census Bureau)

## How old is the population in Marshall County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 85.6%**. The **5 to 19** age group **declined the most dropping 23.5%** between **1990** and **2021**.

## Population by age in Marshall County

SHARE THIS

**Source:** Census Bureau

## How has the distribution of ages in Marshall County changed?

The share of the population that is 0 to 4 years old **decreased** from **7.9%** in **1990** to **5.6%** in **2021**.

The share of the population that is 65 and older **increased** from **11.4%** in **1990** to **18.5%** in **2021**.

**Age makeup of Marshall County**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 0 to 4 | 5 to 19 | 20 to 34 | 35 to 49 | 50 to 64 | 65+ |

0 to 4    5 to 19    20 to 34    35 to 49    50 to 64    65+

SHARE THIS

Source: Census Bureau

## How have the age and sex demographics of Marshall County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS   

**Source:** Census Bureau

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 | | |
|---|---|---|
| TOTAL POPULATION IN 2021 | | |
| POPULATION CHANGE (#) | | |
| POPULATION CHANGE (%) | | |

105                                                              8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS     

**Source:** Census Bureau

NEWSLETTER

**Data delivered to your inbox**

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us    Privacy Policy    Terms of Service

© 2023 USAFacts. All rights reserved.

USA **FACTS**

**Our Changing Population: Tippah County, Mississippi**

The ages, races, and population density of Tippah County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

1990 Population
{19,552}

2021 Population
{21,635}

Population Change
{+ 10.7 %}

Data Updated July 2022

USA / Mississippi / Tippah County  Year 1990  TO  Year 2021

# How has the population changed in Tippah County?

The population of **Tippah County, Mississippi** in **2021** was **21,635, 10.7% up** from the **19,552** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more ⌄**

SHARE THIS 

Source: <u>Census Bureau</u>

## How many people live in Tippah County?

Tippah County's population **grew 10.7%** from the **19,552** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Tippah County**



SHARE THIS

Source: <u>Census Bureau</u>

## How has Tippah County's population changed over the years?

Tippah County's population increased **23** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **1.5%** between **1992 and 1993**. The county's largest decline was between **2019 and 2020** when the population dropped **1.3%**. Between **1990** and **2021**, the county grew by an average of **0.3%** per year.

**Annual population change in Tippah County**



SHARE THIS

Source: Census Bureau

## How has Tippah County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Tippah County was the **white (non-Hispanic)** group, which had a population of **16,608**. Between **1990** and **2021**, the **Hispanic/Latino** population had the **most growth increasing** by **987** from **48** in **1990** to **1,035** in **2021**.

## Population by race and ethnicity in Tippah County

 Hide Hispanic ethnicity

SHARE THIS   

Source: <u>Census Bureau</u>

## How has the racial and ethnic makeup of Tippah County changed?

In **2021**, Tippah County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **76.8%** of the population compared with **83.3%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Hispanic/Latino** grew the most, increasing **4.5** percentage points to **4.8%**. The **white (non-Hispanic)** population had the largest decrease dropping **6.5** percentage points to **76.8%**.

### Racial makeup of Tippah County

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)     Asian and Pacific Islander (non-Hispanic)     Black (non-Hispanic)

Hispanic/Latino     Multiracial (non-Hispanic)     White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)     Asian and Pacific Islander (non-Hispanic)     Black (non-Hispanic)

Hispanic/Latino     Multiracial (non-Hispanic)     White (non-Hispanic)

SHARE THIS 

Source: Census Bureau

## How old is the population in Tippah County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 54.1%**. The **20 to 34** age group **declined the most dropping 7.8%** between **1990** and **2021**.

## Population by age in Tippah County

SHARE THIS

**Source:** <ins>Census Bureau</ins>

## How has the distribution of ages in Tippah County changed?

The share of the population that is 0 to 4 years old **decreased** from **6.9%** in **1990** to **5.8%** in **2021**.

The share of the population that is 65 and older **increased** from **15.4%** in **1990** to **17.2%** in **2021**.

**Age makeup of Tippah County**

| 0 to 4 | 5 to 19 | 20 to 34 | 35 to 49 | 50 to 64 | 65+ |

0 to 4     5 to 19     20 to 34     35 to 49     50 to 64     65+

SHARE THIS

**Source:** Census Bureau

## How have the age and sex demographics of Tippah County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS 

**Source:** Census Bureau

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
| --- |

TOTAL POPULATION IN 2021

POPULATION CHANGE (#)

POPULATION CHANGE (%)

105                                                  8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS     

Source: Census Bureau

NEWSLETTER

## Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us    Privacy Policy    Terms of Service

© 2023 USAFacts. All rights reserved.

USA**FACTS**

## Our Changing Population: Union County, Mississippi

The ages, races, and population density of Union County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

| 1990 Population | 2021 Population | Population Change |
|---|---|---|
| {22,091} | {27,953} | {+ 26.5 %} |

Data Updated July 2022

USA  /  Mississippi ▼  /  Union County ▼  Year 1990 ▼  TO  Year 2021 ▼

# How has the population changed in Union County?

The population of **Union County, Mississippi** in 2021 was **27,953, 26.5% up** from the **22,091** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS 

Source: Census Bureau

## How many people live in Union County?

Union County's population **grew 26.5%** from the **22,091** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Union County**



SHARE THIS 

Source: Census Bureau

## How has Union County's population changed over the years?

Union County's population increased **28** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **3.3%** between **1999 and 2000**. The county's largest decline was between **2019 and 2020** when the population dropped **3.2%**. Between **1990** and **2021**, the county grew by an average of **0.8%** per year.

**Annual population change in Union County**



1990          1996          2002          2009          2015

SHARE THIS   

Source: Census Bureau

## How has Union County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Union County was the **white (non-Hispanic)** group, which had a population of **21,537**. Between **1990** and **2021**, the **white (non-Hispanic)** population had the **most growth increasing** by **2,737** from **18,800** in **1990** to **21,537** in **2021**.

## Population by race and ethnicity in Union County

Hide Hispanic ethnicity

SHARE THIS  [icons]

Source: <u>Census Bureau</u>

## How has the racial and ethnic makeup of Union County changed?

In **2021**, Union County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **77%** of the population compared with **85.1%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Hispanic/Latino** grew the most, increasing **4.3** percentage points to **4.7%**. The **white (non-Hispanic)** population had the largest decrease dropping **8.1** percentage points to **77%**.

**Racial makeup of Union County**

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)     Asian and Pacific Islander (non-Hispanic)     Black (non-Hispanic)

Hispanic/Latino     Multiracial (non-Hispanic)     White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)     Asian and Pacific Islander (non-Hispanic)     Black (non-Hispanic)

Hispanic/Latino     Multiracial (non-Hispanic)     White (non-Hispanic)

SHARE THIS     

**Source:** Census Bureau

## How old is the population in Union County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 62.6%**. The **0 to 4** age group **grew the least increasing 21.2%** between **1990** and **2021**.

## Population by age in Union County

SHARE THIS

**Source:** Census Bureau

## How has the distribution of ages in Union County changed?

The share of the population that is 0 to 4 years old **decreased** from **6.6%** in **1990** to **6.3%** in **2021**.

The share of the population that is 65 and older **increased** from **15.4%** in **1990** to **16.6%** in **2021**.

**Age makeup of Union County**

|        |          |          |          |          |       |
|--------|----------|----------|----------|----------|-------|
| 0 to 4 | 5 to 19  | 20 to 34 | 35 to 49 | 50 to 64 | 65+   |

0 to 4      5 to 19      20 to 34      35 to 49      50 to 64      65+

SHARE THIS

**Source:** Census Bureau

## How have the age and sex demographics of Union County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS 

**Source:** <u>Census Bureau</u>

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
| --- |
| TOTAL POPULATION IN 2021 |
| POPULATION CHANGE (#) |
| POPULATION CHANGE (%) |

105                                                    8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS    

**Source:** Census Bureau

NEWSLETTER

## Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us     Privacy Policy     Terms of Service

© 2023 USAFacts. All rights reserved.

USA**FACTS**

## Our Changing Population: Leake County, Mississippi

The ages, races, and population density of Leake County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

**1990 Population**
{18,503}

**2021 Population**
{21,196}

**Population Change**
{+ 14.6 %}

Data Updated July 2022

USA  /  Mississippi  ▾  /  Leake County  ▾   Year 1990  ▾  TO  Year 2021  ▾

# How has the population changed in Leake County?

The population of **Leake County, Mississippi** in **2021** was **21,196, 14.6% up** from the **18,503** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS  [f] [t] [in] [✉] [🖶]

**Source:** 

## How many people live in Leake County?

Leake County's population **grew 14.6%** from the **18,503** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Leake County**

SHARE THIS  [f] [t] [in] [✉] [🖶]

**Source:** 

## How has Leake County's population changed over the years?

Leake County's population increased **23** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **2.9%** between **2000 and 2001**. The county's largest decline was between **2019 and 2020** when the population dropped **6.9%**. Between **1990** and **2021**, the county grew by an average of **0.5%** per year.

**Annual population change in Leake County**

SHARE THIS     

Source: <u>Census Bureau</u>

## How has Leake County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Leake County was the **white (non-Hispanic)** group, which had a population of **9,734**. Between **1990** and **2021**, the **Black (non-Hispanic)** population had the **most growth increasing** by **2,349** from **6,572** in **1990** to **8,921** in **2021**.

## Population by race and ethnicity in Leake County

 Hide Hispanic ethnicity

SHARE THIS   

Source: <u>Census Bureau</u>

## How has the racial and ethnic makeup of Leake County changed?

In **2021**, Leake County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **45.9%** of the population compared with **60.2%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Black (non-Hispanic)** grew the most, increasing **6.6** percentage points to **42.1%**. The **white (non-Hispanic)** population had the largest decrease dropping **14.2** percentage points to **45.9%**.

### Racial makeup of Leake County

Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)     Asian and Pacific Islander (non-Hispanic)     Black (non-Hispanic)

Hispanic/Latino     Multiracial (non-Hispanic)     White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)      Asian and Pacific Islander (non-Hispanic)      Black (non-Hispanic)

Hispanic/Latino      Multiracial (non-Hispanic)      White (non-Hispanic)

SHARE THIS

Source: Census Bureau

## How old is the population in Leake County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 45.8%**. The **5 to 19** age group **grew the least increasing 0.7%** between **1990** and **2021**.

## Population by age in Leake County

SHARE THIS 

**Source:** Census Bureau

## How has the distribution of ages in Leake County changed?

The share of the population that is 0 to 4 years old **decreased** from **7%** in **1990** to **6.7%** in **2021**.

The share of the population that is 65 and older **increased** from **16.1%** in **1990** to **16.9%** in **2021**.

**Age makeup of Leake County**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 0 to 4 | 5 to 19 | 20 to 34 | 35 to 49 | 50 to 64 | 65+ |

0 to 4        5 to 19        20 to 34        35 to 49        50 to 64        65+

SHARE THIS

**Source:** Census Bureau

## How have the age and sex demographics of Leake County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS 

Source: <u>Census Bureau</u>

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
| --- |
| TOTAL POPULATION IN 2021 |
| POPULATION CHANGE (#) |
| POPULATION CHANGE (%) |

105                                                8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS      

Source:   Census Bureau

**NEWSLETTER**

## Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us    Privacy Policy    Terms of Service

© 2023 USAFacts. All rights reserved.



### Our Changing Population: Neshoba County, Mississippi

The ages, races, and population density of Neshoba County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

**1990 Population**
{24,835}

**2021 Population**
{28,993}

**Population Change**
{+ 16.7 %}

Data Updated July 2022

USA / Mississippi ▼ / Neshoba County ▼   Year 1990 ▼ TO Year 2021 ▼

# How has the population changed in Neshoba County?

The population of **Neshoba County, Mississippi** in **2021** was **28,993, 16.7% up** from the **24,835** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS    

**Source:** Census Bureau

## How many people live in Neshoba County?

Neshoba County's population **grew 16.7%** from the **24,835** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Neshoba County**

SHARE THIS    

**Source:** Census Bureau

## How has Neshoba County's population changed over the years?

Neshoba County's population increased **22** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **2.5%** between **1994 and 1995**. The county's largest decline was between **2000 and 2001** when the population dropped **1%**. Between **1990** and **2021**, the county grew by an average of **0.5%** per year.

**Annual population change in Neshoba County**

SHARE THIS 

Source: Census Bureau

## How has Neshoba County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Neshoba County was the **white (non-Hispanic)** group, which had a population of **16,689**. Between **1990** and **2021**, the **American Indian/Alaska Native (non-Hispanic)** population had the **most growth increasing** by **1,650** from **3,165** in **1990** to **4,815** in **2021**.

## Population by race and ethnicity in Neshoba County

 Hide Hispanic ethnicity

SHARE THIS 

Source: Census Bureau

## How has the racial and ethnic makeup of Neshoba County changed?

In **2021**, Neshoba County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **57.6%** of the population compared with **68.2%** in **1990**.

Between **1990** and **2021**, the share of the population that is **American Indian/Alaska Native (non-Hispanic)** grew the most, increasing **3.9** percentage points to **16.6%**. The **white (non-Hispanic)** population had the largest decrease dropping **10.6** percentage points to **57.6%**.

**Racial makeup of Neshoba County**

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)   Asian and Pacific Islander (non-Hispanic)   Black (non-Hispanic)

Hispanic/Latino   Multiracial (non-Hispanic)   White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)          Asian and Pacific Islander (non-Hispanic)          Black (non-Hispanic)

Hispanic/Latino          Multiracial (non-Hispanic)          White (non-Hispanic)

SHARE THIS

**Source:** Census Bureau

## How old is the population in Neshoba County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 49%**. The **20 to 34** age group **grew the least increasing 1.2%** between **1990** and **2021**.

## Population by age in Neshoba County

SHARE THIS

**Source:** Census Bureau

## How has the distribution of ages in Neshoba County changed?

The share of the population that is 0 to 4 years old **decreased** from **7.3%** in **1990** to **7.3%** in **2021**.

The share of the population that is 65 and older **increased** from **14.1%** in **1990** to **16.3%** in **2021**.

**Age makeup of Neshoba County**

0 to 4        5 to 19        20 to 34        35 to 49        50 to 64        65+

0 to 4      5 to 19      20 to 34      35 to 49      50 to 64      65+

SHARE THIS

**Source:** Census Bureau

## How have the age and sex demographics of Neshoba County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS   

**Source:** [Census Bureau](Census Bureau)

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 | | |
| --- | --- | --- |
| TOTAL POPULATION IN 2021 | | |
| POPULATION CHANGE (#) | | |
| POPULATION CHANGE (%) | | |

105                                                     8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS      

Source: Census Bureau

NEWSLETTER

# Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

---

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Environment & Natural Resources

Foreign Affairs

Child & Social Services

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

**REPORTS**

Visualizations

Articles

Annual Publications

Government

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us    Privacy Policy    Terms of Service

© 2023 USAFacts. All rights reserved.

☰                                USA **FACTS**                                🔍

## Our Changing Population: Newton County, Mississippi

The ages, races, and population density of Newton County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

| 1990 Population | 2021 Population | Population Change |
|---|---|---|
| {20,341} | {21,056} | {+ 3.5 %} |

Data Updated July 2022

USA / Mississippi ▼ / Newton County ▼     Year 1990 ▼   TO   Year 2021 ▼

# How has the population changed in Newton County?

The population of **Newton County, Mississippi** in **2021** was **21,056, 3.5% up** from the **20,341** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS 

**Source:** Census Bureau

## How many people live in Newton County?

Newton County's population **grew 3.5%** from the **20,341** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Newton County**

SHARE THIS

**Source:** Census Bureau

## How has Newton County's population changed over the years?

Newton County's population increased **19** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **1.3%** between **1992 and 1993**. The county's largest decline was between **2018 and 2019** when the population dropped **1.5%**. Between **1990** and **2021**, the county grew by an average of **0.1%** per year.

**Annual population change in Newton County**

SHARE THIS       

**Source:** <u>Census Bureau</u>

## How has Newton County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Newton County was the **white (non-Hispanic)** group, which had a population of **12,627**. Between **1990** and **2021**, the **Black (non-Hispanic)** population had the **most growth increasing** by **691** from **5,840** in **1990** to **6,531** in **2021**.

## Population by race and ethnicity in Newton County

 Hide Hispanic ethnicity

SHARE THIS   

Source: Census Bureau

## How has the racial and ethnic makeup of Newton County changed?

In **2021**, Newton County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **60%** of the population compared with **67.5%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Black (non-Hispanic)** grew the most, increasing **2.3** percentage points to **31%**. The **white (non-Hispanic)** population had the largest decrease dropping **7.5** percentage points to **60%**.

**Racial makeup of Newton County**

Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)        Asian and Pacific Islander (non-Hispanic)        Black (non-Hispanic)

Hispanic/Latino        Multiracial (non-Hispanic)        White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)     Asian and Pacific Islander (non-Hispanic)     Black (non-Hispanic)

Hispanic/Latino     Multiracial (non-Hispanic)     White (non-Hispanic)

SHARE THIS     

**Source:** Census Bureau

### How old is the population in Newton County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 38.5%**. The **20 to 34** age group **declined the most dropping 9.7%** between **1990** and **2021**.

### Population by age in Newton County

SHARE THIS 

**Source:** Census Bureau

## How has the distribution of ages in Newton County changed?

The share of the population that is 0 to 4 years old **decreased** from **6.8%** in **1990** to **6.4%** in **2021**.

The share of the population that is 65 and older **increased** from **15.5%** in **1990** to **17%** in **2021**.

**Age makeup of Newton County**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 0 to 4 | 5 to 19 | 20 to 34 | 35 to 49 | 50 to 64 | 65+ |

0 to 4        5 to 19        20 to 34        35 to 49        50 to 64        65+

SHARE THIS

**Source:** Census Bureau

## How have the age and sex demographics of Newton County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS   

**Source:** <u>Census Bureau</u>

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
|---|
| TOTAL POPULATION IN 2021 |
| POPULATION CHANGE (#) |
| POPULATION CHANGE (%) |

105                                                         8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS     

Source: <u>Census Bureau</u>

**NEWSLETTER**

## Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Health

Consumer & Employee Safeguards

Immigration & Border Security

COVID-19

Our Changing Population

Crime & Justice

Social Security & Medicare

Defense & Military

Standard of Living

Disasters & Emergency Relief

Transportation & Infrastructure

Economy

Veterans

Education

Wealth & Savings

Energy

**REPORTS**

**MORE**

Visualizations

About USAFacts

Articles

FAQ

Annual Publications

Data Sources

Principles

Press Releases

Contact Us   Privacy Policy   Terms of Service

© 2023 USAFacts. All rights reserved.

USA **FACTS**

**Our Changing Population: Scott County, Mississippi**

The ages, races, and population density of Scott County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

1990 Population
{24,276}

2021 Population
{27,598}

Population Change
{+ 13.7 %}

Data Updated July 2022

USA    /    Mississippi  ▼    /    Scott County  ▼    Year 1990  ▼    TO    Year 2021  ▼

# How has the population changed in Scott County?

The population of **Scott County, Mississippi** in **2021** was **27,598, 13.7% up** from the **24,276** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS 

Source: Census Bureau

## How many people live in Scott County?

Scott County's population **grew 13.7%** from the **24,276** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Scott County**

SHARE THIS 

Source: Census Bureau

## How has Scott County's population changed over the years?

Scott County's population increased **19** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **2.6%** between **1994 and 1995**. The county's largest decline was between **2001 and 2002** when the population dropped **1.3%**. Between **1990** and **2021**, the county grew by an average of **0.4%** per year.

**Annual population change in Scott County**

SHARE THIS 

Source: [Census Bureau](Census Bureau)

## How has Scott County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Scott County was the **white (non-Hispanic)** group, which had a population of **13,328**. Between **1990** and **2021**, the **Hispanic/Latino** population had the **most growth increasing** by **3,206** from **130** in **1990** to **3,336** in **2021**.

## Population by race and ethnicity in Scott County

 Hide Hispanic ethnicity

SHARE THIS 

Source: <u>Census Bureau</u>

### How has the racial and ethnic makeup of Scott County changed?

In **2021**, Scott County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **48.3%** of the population compared with **61.2%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Hispanic/Latino** grew the most, increasing **11.6** percentage points to **12.1%**. The **white (non-Hispanic)** population had the largest decrease dropping **12.9** percentage points to **48.3%**.

**Racial makeup of Scott County**

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)    Asian and Pacific Islander (non-Hispanic)    Black (non-Hispanic)

Hispanic/Latino    Multiracial (non-Hispanic)    White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)        Asian and Pacific Islander (non-Hispanic)        Black (non-Hispanic)

Hispanic/Latino        Multiracial (non-Hispanic)        White (non-Hispanic)

**SHARE THIS**    

**Source:** <u>Census Bureau</u>

## How old is the population in Scott County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 54.6%**. The **20 to 34** age group **declined the most dropping 9%** between **1990** and **2021**.

## Population by age in Scott County

SHARE THIS

**Source:** Census Bureau

## How has the distribution of ages in Scott County changed?

The share of the population that is 0 to 4 years old **decreased** from **8.2%** in **1990** to **8%** in **2021**.

The share of the population that is 65 and older **increased** from **13.3%** in **1990** to **15.9%** in **2021**.

**Age makeup of Scott County**

| 0 to 4 | 5 to 19 | 20 to 34 | 35 to 49 | 50 to 64 | 65+ |

0 to 4     5 to 19     20 to 34     35 to 49     50 to 64     65+

SHARE THIS

**Source:** Census Bureau

## How have the age and sex demographics of Scott County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS  

Source: Census Bureau

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
| --- |
| TOTAL POPULATION IN 2021 |
| POPULATION CHANGE (#) |
| POPULATION CHANGE (%) |

105                                                  8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS     

Source: Census Bureau

NEWSLETTER

# Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us    Privacy Policy    Terms of Service

© 2023 USAFacts. All rights reserved.

## USA**FACTS**

**Our Changing Population: Forrest County, Mississippi**

The ages, races, and population density of Forrest County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

1990 Population
{68,274}

2021 Population
{77,875}

Population Change
{+ 14.1 %}

Data Updated July 2022

USA  /  Mississippi  ▾  /  Forrest County  ▾      Year 1990  ▾   TO   Year 2021  ▾

# How has the population changed in Forrest County?

The population of **Forrest County, Mississippi** in **2021** was **77,875, 14.1% up** from the **68,274** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS 

**Source:** <u>Census Bureau</u>

## How many people live in Forrest County?

Forrest County's population grew **14.1%** from the **68,274** people who lived there in **1990**. For comparison, the population in the US grew **33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Forrest County**

SHARE THIS 

**Source:** <u>Census Bureau</u>

## How has Forrest County's population changed over the years?

Forrest County's population increased **20** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **4.1%** between **2019 and 2020**. The county's largest decline was between **2013 and 2014** when the population dropped **1%**. Between **1990** and **2021**, the county grew by an average of **0.4%** per year.

**Annual population change in Forrest County**

SHARE THIS   

Source: <u>Census Bureau</u>

## How has Forrest County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Forrest County was the **white (non-Hispanic)** group, which had a population of **44,354**. Between **1990** and **2021**, the **Black (non-Hispanic)** population had the **most growth increasing** by **7,935** from **20,910** in **1990** to **28,845** in **2021**.

### Population by race and ethnicity in Forrest County

 Hide Hispanic ethnicity

SHARE THIS 

Source: <u>Census Bureau</u>

## How has the racial and ethnic makeup of Forrest County changed?

In **2021**, Forrest County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **57%** of the population compared with **67.9%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Black (non-Hispanic)** grew the most, increasing **6.4** percentage points to **37%**. The **white (non-Hispanic)** population had the largest decrease dropping **10.9** percentage points to **57%**.

**Racial makeup of Forrest County**

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)     Asian and Pacific Islander (non-Hispanic)     Black (non-Hispanic)

Hispanic/Latino     Multiracial (non-Hispanic)     White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)    Asian and Pacific Islander (non-Hispanic)    Black (non-Hispanic)

Hispanic/Latino    Multiracial (non-Hispanic)    White (non-Hispanic)

SHARE THIS

**Source:** Census Bureau

## How old is the population in Forrest County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 66.8%**. The **20 to 34** age group **declined the most dropping 0.5%** between **1990** and **2021**.

## Population by age in Forrest County

SHARE THIS

**Source:** <u>Census Bureau</u>

## How has the distribution of ages in Forrest County changed?

The share of the population that is 0 to 4 years old **decreased** from **7.2%** in **1990** to **6.4%** in **2021**.

The share of the population that is 65 and older **increased** from **12.1%** in **1990** to **14.1%** in **2021**.

**Age makeup of Forrest County**



| 0 to 4 | 5 to 19 | 20 to 34 | 35 to 49 | 50 to 64 | 65+ |

0 to 4    5 to 19    20 to 34    35 to 49    50 to 64    65+

SHARE THIS

Source: Census Bureau

## How have the age and sex demographics of Forrest County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS

Source: <u>Census Bureau</u>

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
| --- |

TOTAL POPULATION IN 2021

POPULATION CHANGE (#)

POPULATION CHANGE (%)

105                                                                              8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS   

Source: <u>Census Bureau</u>

**NEWSLETTER**

# Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us   Privacy Policy   Terms of Service

© 2023 USAFacts. All rights reserved.

☰          USA **FACTS**          🔍

**Our Changing Population: Perry County, Mississippi**

The ages, races, and population density of Perry County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

1990 Population          2021 Population          Population Change
{10,845}                 {11,571}                 {+ 6.7 %}

Data Updated July 2022

USA  /  Mississippi ▾  /  Perry County ▾    Year 1990 ▾  TO  Year 2021 ▾

# How has the population changed in Perry County?

The population of **Perry County, Mississippi** in **2021** was **11,571, 6.7% up** from the **10,845** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS 

Source: <u>Census Bureau</u>

## How many people live in Perry County?

Perry County's population **grew 6.7%** from the **10,845** people who lived in there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Perry County**

SHARE THIS 

Source: <u>Census Bureau</u>

## How has Perry County's population changed over the years?

Perry County's population increased **21** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **2%** between **1993 and 1994**. The county's largest decline was between **2019 and 2020** when the population dropped **4.4%**. Between **1990** and **2021**, the county grew by an average of **0.2%** per year.

**Annual population change in Perry County**

SHARE THIS   

Source: Census Bureau

## How has Perry County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Perry County was the **white (non-Hispanic)** group, which had a population of **8,955**. Between **1990** and **2021**, the **white (non-Hispanic)** population had the **most growth increasing** by **622** from **8,333** in **1990** to **8,955** in **2021**.

## Population by race and ethnicity in Perry County

 Hide Hispanic ethnicity

SHARE THIS

Source: <u>Census Bureau</u>

## How has the racial and ethnic makeup of Perry County changed?

In **2021**, Perry County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **77.4%** of the population compared with **76.8%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Hispanic/Latino** grew the most, increasing **1.5** percentage points to **1.9%**. The **Black (non-Hispanic)** population had the largest decrease dropping **3.6** percentage points to **18.8%**.

**Racial makeup of Perry County**

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)     Asian and Pacific Islander (non-Hispanic)     Black (non-Hispanic)

Hispanic/Latino     Multiracial (non-Hispanic)     White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)        Asian and Pacific Islander (non-Hispanic)        Black (non-Hispanic)

Hispanic/Latino        Multiracial (non-Hispanic)        White (non-Hispanic)

SHARE THIS

**Source:** Census Bureau

## How old is the population in Perry County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **65+** group was the fastest growing between **1990** and **2021** with its population **increasing 87.5%**. The **5 to 19** age group **declined the most dropping 25.5%** between **1990** and **2021**.

## Population by age in Perry County

SHARE THIS

**Source:** Census Bureau

## How has the distribution of ages in Perry County changed?

The share of the population that is 0 to 4 years old **decreased** from **7.7%** in **1990** to **5.6%** in **2021**.

The share of the population that is 65 and older **increased** from **11.1%** in **1990** to **19.4%** in **2021**.

**Age makeup of Perry County**

| 0 to 4 | 5 to 19 | 20 to 34 | 35 to 49 | 50 to 64 | 65+ |

0 to 4     5 to 19     20 to 34     35 to 49     50 to 64     65+

SHARE THIS

**Source:** Census Bureau

## How have the age and sex demographics of Perry County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS  [facebook] [twitter] [linkedin] [email] [print]

Source: <u>Census Bureau</u>

## What's the size of the US population and how has it changed?

Between **1990** and **2021, Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
|---|
| TOTAL POPULATION IN 2021 |
| POPULATION CHANGE (#) |
| POPULATION CHANGE (%) |

105                                                                 8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS

Source: Census Bureau

NEWSLETTER

# Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

---

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government