Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us   Privacy Policy   Terms of Service

© 2023 USAFacts. All rights reserved.



☰     USA**FACTS**     🔍

## Our Changing Population: Covington County, Mississippi

The ages, races, and population density of Covington County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

**1990 Population**
{16,570}

**2021 Population**
{18,279}

**Population Change**
{+ 10.3 %}

Data Updated July 2022

USA  /  Mississippi ▾  /  Covington County ▾   **Year** 1990 ▾   TO   **Year** 2021 ▾

# How has the population changed in Covington County?

The population of **Covington County, Mississippi** in **2021** was **18,279, 10.3% up** from the **16,570** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS 

Source: <u>Census Bureau</u>

## How many people live in Covington County?

Covington County's population **grew 10.3%** from the **16,570** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Covington County**

SHARE THIS 

Source: <u>Census Bureau</u>

## How has Covington County's population changed over the years?

Covington County's population increased **16** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **2.1%** between **1995 and 1996**. The county's largest decline was between **2019 and 2020** when the population dropped **1.3%**. Between **1990** and **2021**, the county grew by an average of **0.3%** per year.

**Annual population change in Covington County**

SHARE THIS    

Source: <u>Census Bureau</u>

## How has Covington County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Covington County was the **white (non-Hispanic)** group, which had a population of **10,912**. Between **1990** and **2021**, the **Black (non-Hispanic)** population had the **most growth increasing** by **773** from **5,778** in **1990** to **6,551** in **2021**.

## Population by race and ethnicity in Covington County

 Hide Hispanic ethnicity

SHARE THIS  [facebook] [twitter] [linkedin] [email] [print]

Source: <u>Census Bureau</u>

## How has the racial and ethnic makeup of Covington County changed?

In **2021**, Covington County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **59.7%** of the population compared with **64.8%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Hispanic/Latino** grew the most, increasing **2.4** percentage points to **2.6%**. The **white (non-Hispanic)** population had the largest decrease dropping **5.1** percentage points to **59.7%**.

### Racial makeup of Covington County

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)    Asian and Pacific Islander (non-Hispanic)    Black (non-Hispanic)

Hispanic/Latino    Multiracial (non-Hispanic)    White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)        Asian and Pacific Islander (non-Hispanic)        Black (non-Hispanic)

Hispanic/Latino        Multiracial (non-Hispanic)        White (non-Hispanic)

SHARE THIS     

**Source:** Census Bureau

## How old is the population in Covington County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 63.8%**. The **5 to 19** age group **declined the most dropping 11.3%** between **1990** and **2021**.

## Population by age in Covington County

SHARE THIS 

**Source:** Census Bureau

## How has the distribution of ages in Covington County changed?

The share of the population that is 0 to 4 years old **decreased** from **8%** in **1990** to **6.5%** in **2021**.

The share of the population that is 65 and older **increased** from **12.8%** in **1990** to **16.8%** in **2021**.

**Age makeup of Covington County**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 0 to 4 | 5 to 19 | 20 to 34 | 35 to 49 | 50 to 64 | 65+ |

0 to 4      5 to 19      20 to 34      35 to 49      50 to 64      65+

SHARE THIS

**Source:** Census Bureau

## How have the age and sex demographics of Covington County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS 

Source: Census Bureau

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
| --- |
| TOTAL POPULATION IN 2021 |
| POPULATION CHANGE (#) |
| POPULATION CHANGE (%) |

105                                                                    8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS

Source: Census Bureau

**NEWSLETTER**

## Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us   Privacy Policy   Terms of Service

© 2023 USAFacts. All rights reserved.



## Our Changing Population: Jasper County, Mississippi

The ages, races, and population density of Jasper County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

1990 Population
{17,105}

2021 Population
{16,291}

Population Change
{ -4.8 %}

Data Updated July 2022

USA  /  Mississippi ▼  /  Jasper County ▼    Year 1990 ▼  TO  Year 2021 ▼

# How has the population changed in Jasper County?

The population of **Jasper County, Mississippi** in 2021 was **16,291, 4.8% down** from the **17,105** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS   

Source:  Census Bureau

## How many people live in Jasper County?

Jasper County's population **shrank 4.8%** from the **17,105** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Jasper County**

SHARE THIS   

Source:  Census Bureau

## How has Jasper County's population changed over the years?

Jasper County's population increased **13** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **2.8%** between **1998 and 1999**. The county's largest decline was between **2009 and 2010** when the population dropped **1.9%**. Between **1990** and **2021**, the county shrank by an average of **0.2%** per year.

**Annual population change in Jasper County**

SHARE THIS 

**Source:** <u>Census Bureau</u>

## How has Jasper County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Jasper County was the **Black (non-Hispanic)** group, which had a population of **8,636**. Between **1990** and **2021**, the **Hispanic/Latino** population had the **most growth increasing** by **248** from **28** in **1990** to **276** in **2021**.

### Population by race and ethnicity in Jasper County

 Hide Hispanic ethnicity

SHARE THIS   [facebook] [twitter] [linkedin] [email] [print]

Source: <u>Census Bureau</u>

**How has the racial and ethnic makeup of Jasper County changed?**

In **2021**, Jasper County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **43.9%** of the population compared with **49%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Black (non-Hispanic)** grew the most, increasing **2.2** percentage points to **53%**. The **white (non-Hispanic)** population had the largest decrease dropping **5** percentage points to **43.9%**.

**Racial makeup of Jasper County**

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)     Asian and Pacific Islander (non-Hispanic)     Black (non-Hispanic)

Hispanic/Latino     Multiracial (non-Hispanic)     White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)        Asian and Pacific Islander (non-Hispanic)        Black (non-Hispanic)

Hispanic/Latino        Multiracial (non-Hispanic)        White (non-Hispanic)

SHARE THIS 

**Source:** Census Bureau

## How old is the population in Jasper County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 46.3%**. The **5 to 19** age group **declined the most dropping 30.6%** between **1990** and **2021**.

## Population by age in Jasper County

SHARE THIS 

Source: Census Bureau

## How has the distribution of ages in Jasper County changed?

The share of the population that is 0 to 4 years old **decreased** from **7%** in **1990** to **5.9%** in **2021**.

The share of the population that is 65 and older **increased** from **14.7%** in **1990** to **20.9%** in **2021**.

### Age makeup of Jasper County

0 to 4     5 to 19     20 to 34     35 to 49     50 to 64     65+

0 to 4        5 to 19        20 to 34        35 to 49        50 to 64        65+

SHARE THIS

Source: Census Bureau

## How have the age and sex demographics of Jasper County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS   

Source: Census Bureau

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

TOTAL POPULATION IN 1990

TOTAL POPULATION IN 2021

POPULATION CHANGE (#)

POPULATION CHANGE (%)

105

8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS     

Source: Census Bureau

NEWSLETTER

## Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

**REPORTS**

Visualizations

Articles

Annual Publications

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us    Privacy Policy    Terms of Service

© 2023 USAFacts. All rights reserved.



**Our Changing Population: Simpson County, Mississippi**

The ages, races, and population density of Simpson County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

| 1990 Population | 2021 Population | Population Change |
|---|---|---|
| {24,023} | {25,750} | {+ 7.2 %} |

Data Updated July 2022

USA   /   Mississippi   ▼   /   Simpson County   ▼   Year 1990   ▼   TO   Year 2021   ▼

# How has the population changed in Simpson County?

The population of **Simpson County, Mississippi** in **2021** was **25,750, 7.2% up** from the **24,023** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS 

**Source:** Census Bureau

## How many people live in Simpson County?

Simpson County's population **grew 7.2%** from the **24,023** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Simpson County**

SHARE THIS 

**Source:** Census Bureau

## How has Simpson County's population changed over the years?

Simpson County's population increased **18** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **2.2%** between **1994 and 1995**. The county's largest decline was between **2019 and 2020** when the population dropped **3.4%**. Between **1990** and **2021**, the county grew by an average of **0.2%** per year.

**Annual population change in Simpson County**

SHARE THIS   

Source: Census Bureau

## How has Simpson County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Simpson County was the **white (non-Hispanic)** group, which had a population of **15,725**. Between **1990** and **2021**, the **Black (non-Hispanic)** population had the **most growth increasing** by **1,280** from **7,760** in **1990** to **9,040** in **2021**.

## Population by race and ethnicity in Simpson County

 Hide Hispanic ethnicity

SHARE THIS   

Source: Census Bureau

## How has the racial and ethnic makeup of Simpson County changed?

In **2021**, Simpson County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **61.1%** of the population compared with **67.3%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Black (non-Hispanic)** grew the most, increasing **2.8** percentage points to **35.1%**. The **white (non-Hispanic)** population had the largest decrease dropping **6.2** percentage points to **61.1%**.

**Racial makeup of Simpson County**

Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)      Asian and Pacific Islander (non-Hispanic)      Black (non-Hispanic)

Hispanic/Latino      Multiracial (non-Hispanic)      White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)          Asian and Pacific Islander (non-Hispanic)          Black (non-Hispanic)

Hispanic/Latino          Multiracial (non-Hispanic)          White (non-Hispanic)

SHARE THIS   

**Source:** Census Bureau

## How old is the population in Simpson County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 57.3%**. The **5 to 19** age group **declined the most dropping 14.5%** between **1990** and **2021**.

## Population by age in Simpson County

SHARE THIS 

**Source:** Census Bureau

## How has the distribution of ages in Simpson County changed?

The share of the population that is 0 to 4 years old **decreased** from **7.4%** in **1990** to **6%** in **2021**.

The share of the population that is 65 and older **increased** from **12.8%** in **1990** to **18.9%** in **2021**.

**Age makeup of Simpson County**

0 to 4      5 to 19      20 to 34      35 to 49      50 to 64      65+

0 to 4        5 to 19        20 to 34        35 to 49        50 to 64        65+

SHARE THIS

**Source:** Census Bureau

## How have the age and sex demographics of Simpson County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS    

Source: Census Bureau

## What's the size of the US population and how has it changed?

Between **1990** and **2021, Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
| --- |
| TOTAL POPULATION IN 2021 |
| POPULATION CHANGE (#) |
| POPULATION CHANGE (%) |

105                                                        8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS     

**Source:** Census Bureau

**NEWSLETTER**

## Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us    Privacy Policy    Terms of Service

© 2023 USAFacts. All rights reserved.



## Our Changing Population: Smith County, Mississippi

The ages, races, and population density of Smith County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

**1990 Population**
{14,776}

**2021 Population**
{14,191}

**Population Change**
{ -4 %}

Data Updated July 2022

USA / Mississippi ▼ / Smith County ▼  Year 1990 ▼  TO  Year 2021 ▼

# How has the population changed in Smith County?

The population of **Smith County, Mississippi** in **2021** was **14,191, 4% down** from the **14,776** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS 

**Source:** [Census Bureau](#)

## How many people live in Smith County?

Smith County's population **shrank 4%** from the **14,776** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Smith County**

SHARE THIS 

**Source:** [Census Bureau](#)

## How has Smith County's population changed over the years?

Smith County's population increased **17** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **1.8%** between **1992 and 1993**. The county's largest decline was between **2019 and 2020** when the population dropped **10.3%**. Between **1990** and **2021**, the county shrank by an average of **0.1%** per year.

**Annual population change in Smith County**

SHARE THIS 

Source: Census Bureau

## How has **Smith County's racial and ethnic populations changed?**

In **2021**, the largest racial or ethnic group in Smith County was the **white (non-Hispanic)** group, which had a population of **10,427**. Between **1990** and **2021**, the **Hispanic/Latino** population had the **most growth increasing** by **210** from **51** in **1990** to **261** in **2021**.

## Population by race and ethnicity in Smith County

 Hide Hispanic ethnicity

SHARE THIS 

Source: <u>Census Bureau</u>

## How has the racial and ethnic makeup of Smith County changed?

In **2021**, Smith County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **73.5%** of the population compared with **77.8%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Black (non-Hispanic)** grew the most, increasing **1.7** percentage points to **23.5%**. The **white (non-Hispanic)** population had the largest decrease dropping **4.3** percentage points to **73.5%**.

### Racial makeup of Smith County

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)          Asian and Pacific Islander (non-Hispanic)          Black (non-Hispanic)

Hispanic/Latino          Multiracial (non-Hispanic)          White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)          Asian and Pacific Islander (non-Hispanic)          Black (non-Hispanic)

Hispanic/Latino          Multiracial (non-Hispanic)          White (non-Hispanic)

SHARE THIS    

**Source:** Census Bureau

## How old is the population in Smith County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **65+** group was the fastest growing between **1990** and **2021** with its population **increasing 37.9%**. The **5 to 19** age group **declined the most dropping 23.9%** between **1990** and **2021**.

## Population by age in Smith County

SHARE THIS 

**Source:** Census Bureau

## How has the distribution of ages in Smith County changed?

The share of the population that is 0 to 4 years old **decreased** from **7.2%** in **1990** to **6.5%** in **2021**.

The share of the population that is 65 and older **increased** from **14.3%** in **1990** to **20.5%** in **2021**.

**Age makeup of Smith County**

|  0 to 4 | 5 to 19 | 20 to 34 | 35 to 49 | 50 to 64 | 65+ |

0 to 4    5 to 19    20 to 34    35 to 49    50 to 64    65+

SHARE THIS

Source: Census Bureau

## How have the age and sex demographics of Smith County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS 

**Source:** Census Bureau

## What's the size of the US population and how has it changed?

Between **1990** and **2021, Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
| --- |
| TOTAL POPULATION IN 2021 |
| POPULATION CHANGE (#) |
| POPULATION CHANGE (%) |

105                                                                8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS    

Source: Census Bureau

NEWSLETTER

## Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us   Privacy Policy   Terms of Service

© 2023 USAFacts. All rights reserved.

USA **FACTS**

**Our Changing Population: Jefferson Davis County, Mississippi**

The ages, races, and population density of Jefferson Davis County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

1990 Population
{14,016}

2021 Population
{11,134}

Population Change
{ -20.6 %}

Data Updated July 2022

USA   /   Mississippi   ▼   /   Jefferson Davis Co... ▼   Year 1990 ▼   TO   Year 2021 ▼

# How has the population changed in Jefferson Davis County?

The population of **Jefferson Davis County, Mississippi** in **2021** was **11,134, 20.6% down** from the **14,016** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS   

**Source:** Census Bureau

## How many people live in Jefferson Davis County?

Jefferson Davis County's population **shrank 20.6%** from the **14,016** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Jefferson Davis County**

SHARE THIS   

**Source:** Census Bureau

## How has Jefferson Davis County's population changed over the years?

Jefferson Davis County's population increased **8** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **1.5%** between **2019 and 2020**. The county's largest decline was between **2010 and 2011** when the population dropped **2.4%**. Between **1990** and **2021**, the county shrank by an average of **0.7%** per year.

**Annual population change in Jefferson Davis County**

SHARE THIS 

Source: Census Bureau

## How has Jefferson Davis County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Jefferson Davis County was the **Black (non-Hispanic)** group, which had a population of **6,597**. Between **1990** and **2021**, the **Hispanic/Latino** population had the **most growth increasing** by **194** from **30** in **1990** to **224** in **2021**.

### Population by race and ethnicity in Jefferson Davis County

 Hide Hispanic ethnicity

SHARE THIS

Source: <u>Census Bureau</u>

## How has the racial and ethnic makeup of Jefferson Davis County changed?

In **2021**, Jefferson Davis County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **37.3%** of the population compared with **45.3%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Black (non-Hispanic)** grew the most, increasing **4.9** percentage points to **59.3%**. The **white (non-Hispanic)** population had the largest decrease dropping **7.9** percentage points to **37.3%**.

**Racial makeup of Jefferson Davis County**

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)    Asian and Pacific Islander (non-Hispanic)    Black (non-Hispanic)

Hispanic/Latino    Multiracial (non-Hispanic)    White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)        Asian and Pacific Islander (non-Hispanic)        Black (non-Hispanic)

Hispanic/Latino        Multiracial (non-Hispanic)        White (non-Hispanic)

SHARE THIS

Source: Census Bureau

## How old is the population in Jefferson Davis County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **65+** group was the fastest growing between **1990** and **2021** with its population **increasing 33.1%**. The **5 to 19** age group **declined the most dropping 51.1%** between **1990** and **2021**.

## Population by age in Jefferson Davis County

SHARE THIS

**Source:** Census Bureau

## How has the distribution of ages in Jefferson Davis County changed?

The share of the population that is 0 to 4 years old **decreased** from **7.4%** in **1990** to **5.1%** in **2021**.

The share of the population that is 65 and older **increased** from **14.3%** in **1990** to **24%** in **2021**.

**Age makeup of Jefferson Davis County**

|  0 to 4 | 5 to 19 | 20 to 34 | 35 to 49 | 50 to 64 | 65+ |

0 to 4    5 to 19    20 to 34    35 to 49    50 to 64    65+

SHARE THIS

**Source:** Census Bureau

## How have the age and sex demographics of Jefferson Davis County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS 

**Source:** Census Bureau

## What's the size of the US population and how has it changed?

Between **1990** and **2021, Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
| --- |
| TOTAL POPULATION IN 2021 |
| POPULATION CHANGE (#) |
| POPULATION CHANGE (%) |

105                                                                                      8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS       

Source:  Census Bureau

**NEWSLETTER**

## Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us    Privacy Policy    Terms of Service

© 2023 USAFacts. All rights reserved.

USA**FACTS**

**Our Changing Population: Lamar County, Mississippi**

The ages, races, and population density of Lamar County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

| 1990 Population | 2021 Population | Population Change |
|---|---|---|
| {30,482} | {65,353} | {+ 114.4 %} |

Data Updated July 2022

USA / Mississippi ▾ / Lamar County ▾   Year 1990 ▾   TO   Year 2021 ▾

# How has the population changed in Lamar County?

The population of **Lamar County, Mississippi** in **2021** was **65,353, 114.4% up** from the **30,482** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS 

**Source:** [Census Bureau](Census Bureau)

## How many people live in Lamar County?

Lamar County's population **grew 114.4%** from the **30,482** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Lamar County**

SHARE THIS 

**Source:** [Census Bureau](Census Bureau)

## How has Lamar County's population changed over the years?

Lamar County's population increased **31** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **5.2%** between **1999 and 2000**. Between **1990** and **2021**, the county grew by an average of **2.5%** per year.

**Annual population change in Lamar County**

SHARE THIS   

Source: <u>Census Bureau</u>

## How has Lamar County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Lamar County was the **white (non-Hispanic)** group, which had a population of **47,032**. Between **1990** and **2021**, the **white (non-Hispanic)** population had the **most growth increasing** by **20,488** from **26,544** in **1990** to **47,032** in **2021**.

## Population by race and ethnicity in Lamar County

Hide Hispanic ethnicity

SHARE THIS     

Source: <u>Census Bureau</u>

## How has the racial and ethnic makeup of Lamar County changed?

In **2021**, Lamar County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **72%** of the population compared with **87.1%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Black (non-Hispanic)** grew the most, increasing **10** percentage points to **21.9%**. The **white (non-Hispanic)** population had the largest decrease dropping **15.1** percentage points to **72%**.

### Racial makeup of Lamar County

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)      Asian and Pacific Islander (non-Hispanic)      Black (non-Hispanic)

Hispanic/Latino      Multiracial (non-Hispanic)      White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)    Asian and Pacific Islander (non-Hispanic)    Black (non-Hispanic)

Hispanic/Latino    Multiracial (non-Hispanic)    White (non-Hispanic)

SHARE THIS 

**Source:** <u>Census Bureau</u>

### How old is the population in Lamar County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 218.2%**. The **0 to 4** age group **grew the least increasing 66.7%** between **1990** and **2021**.

## Population by age in Lamar County

SHARE THIS 

Source: Census Bureau

## How has the distribution of ages in Lamar County changed?

The share of the population that is 0 to 4 years old **decreased** from **7.9%** in **1990** to **6.1%** in **2021**.

The share of the population that is 65 and older **increased** from **9.4%** in **1990** to **14.9%** in **2021**.

**Age makeup of Lamar County**

0 to 4      5 to 19      20 to 34      35 to 49      50 to 64      65+

0 to 4    5 to 19    20 to 34    35 to 49    50 to 64    65+

SHARE THIS

**Source:** Census Bureau

## How have the age and sex demographics of Lamar County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS 

**Source:** Census Bureau

### What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
| --- |
| TOTAL POPULATION IN 2021 |
| POPULATION CHANGE (#) |
| POPULATION CHANGE (%) |

105                                                    8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS      

Source: Census Bureau

**NEWSLETTER**

## Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

---

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Climate

Consumer & Employee Safeguards

Environment & Natural Resources

Foreign Affairs

Government

Health

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us    Privacy Policy    Terms of Service

© 2023 USAFacts. All rights reserved.

USA**FACTS**

**Our Changing Population: Lawrence County, Mississippi**

The ages, races, and population density of Lawrence County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

1990 Population
{12,468}

2021 Population
{11,812}

Population Change
{ -5.3 %}

Data Updated July 2022

USA  /  Mississippi  ▾  /  Lawrence County  ▾   Year
1990 ▾  TO  Year
2021 ▾

# How has the population changed in Lawrence County?

The population of **Lawrence County, Mississippi** in **2021** was **11,812, 5.3% down** from the **12,468** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS  

Source: <u>Census Bureau</u>

## How many people live in Lawrence County?

Lawrence County's population **shrank 5.3%** from the **12,468** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Lawrence County**

SHARE THIS  

Source: <u>Census Bureau</u>

## How has Lawrence County's population changed over the years?

Lawrence County's population increased **15** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **1.3%** between **2018 and 2019**. The county's largest decline was between **2019 and 2020** when the population dropped **4.9%**. Between **1990** and **2021**, the county shrank by an average of **0.2%** per year.

**Annual population change in Lawrence County**

SHARE THIS 

Source: Census Bureau

## How has Lawrence County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Lawrence County was the **white (non-Hispanic)** group, which had a population of **7,539**. Between **1990** and **2021**, the **Hispanic/Latino** population had the **most growth increasing** by **232** from **37** in **1990** to **269** in **2021**.

## Population by race and ethnicity in Lawrence County

 Hide Hispanic ethnicity

SHARE THIS

Source: Census Bureau

## How has the racial and ethnic makeup of Lawrence County changed?

In **2021**, Lawrence County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **63.8%** of the population compared with **66.7%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Hispanic/Latino** grew the most, increasing **2** percentage points to **2.3%**. The **white (non-Hispanic)** population had the largest decrease dropping **2.8** percentage points to **63.8%**.

### Racial makeup of Lawrence County

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)        Asian and Pacific Islander (non-Hispanic)        Black (non-Hispanic)

Hispanic/Latino        Multiracial (non-Hispanic)        White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)    Asian and Pacific Islander (non-Hispanic)    Black (non-Hispanic)

Hispanic/Latino    Multiracial (non-Hispanic)    White (non-Hispanic)

SHARE THIS 

**Source:** Census Bureau

## How old is the population in Lawrence County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **65+** group was the fastest growing between **1990** and **2021** with its population **increasing 35.8%**. The **5 to 19** age group **declined the most dropping 24.4%** between **1990** and **2021**.

## Population by age in Lawrence County

SHARE THIS 

**Source:** Census Bureau

## How has the distribution of ages in Lawrence County changed?

The share of the population that is 0 to 4 years old **decreased** from **7.1%** in **1990** to **6%** in **2021**.

The share of the population that is 65 and older **increased** from **13.4%** in **1990** to **19.3%** in **2021**.

**Age makeup of Lawrence County**

0 to 4     5 to 19     20 to 34     35 to 49     50 to 64     65+

0 to 4        5 to 19        20 to 34        35 to 49        50 to 64        65+

SHARE THIS

Source: Census Bureau

## How have the age and sex demographics of Lawrence County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS   

Source: Census Bureau

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
| --- |
| TOTAL POPULATION IN 2021 |
| POPULATION CHANGE (#) |
| POPULATION CHANGE (%) |

105                                                        8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS

Source: Census Bureau

NEWSLETTER

# Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us    Privacy Policy    Terms of Service

© 2023 USAFacts. All rights reserved.

## USA**FACTS**

**Our Changing Population: Marion County, Mississippi**

The ages, races, and population density of Marion County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

1990 Population
{25,489}

2021 Population
{24,378}

Population Change
{ -4.4 %}

Data Updated July 2022

USA  /  Mississippi  ▼  /  Marion County  ▼  Year 1990  ▼  TO  Year 2021  ▼

# How has the population changed in Marion County?

The population of **Marion County, Mississippi** in **2021** was **24,378, 4.4% down** from the **25,489** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS 
Source: Census Bureau

## How many people live in Marion County?

Marion County's population **shrank 4.4%** from the **25,489** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Marion County**

SHARE THIS 
Source: Census Bureau

## How has Marion County's population changed over the years?

Marion County's population increased **14** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **2.3%** between **2005 and 2006**. The county's largest decline was between **2017 and 2018** when the population dropped **1.5%**. Between **1990** and **2021**, the county shrank by an average of **0.1%** per year.

**Annual population change in Marion County**

SHARE THIS 

Source: Census Bureau

## How has Marion County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Marion County was the **white (non-Hispanic)** group, which had a population of **15,842**. Between **1990** and **2021**, the **Hispanic/Latino** population had the **most growth increasing** by **318** from **112** in **1990** to **430** in **2021**.

## Population by race and ethnicity in Marion County

 Hide Hispanic ethnicity

SHARE THIS 

**Source:** Census Bureau

## How has the racial and ethnic makeup of Marion County changed?

In **2021**, Marion County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **65%** of the population compared with **69.2%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Hispanic/Latino** grew the most, increasing **1.3** percentage points to **1.8%**. The **white (non-Hispanic)** population had the largest decrease dropping **4.2** percentage points to **65%**.

**Racial makeup of Marion County**

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)     Asian and Pacific Islander (non-Hispanic)     Black (non-Hispanic)

Hispanic/Latino     Multiracial (non-Hispanic)     White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)     Asian and Pacific Islander (non-Hispanic)     Black (non-Hispanic)

Hispanic/Latino     Multiracial (non-Hispanic)     White (non-Hispanic)

SHARE THIS    

**Source:** Census Bureau

## How old is the population in Marion County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 35.6%**. The **5 to 19** age group **declined the most dropping 27.5%** between **1990** and **2021**.

## Population by age in Marion County

SHARE THIS   📘 🐦 in ✉ 🖨

**Source:** Census Bureau

## How has the distribution of ages in Marion County changed?

The share of the population that is 0 to 4 years old **decreased** from **7%** in **1990** to **5.8%** in **2021**.

The share of the population that is 65 and older **increased** from **14.2%** in **1990** to **18.8%** in **2021**.

**Age makeup of Marion County**

0 to 4      5 to 19      20 to 34      35 to 49      50 to 64      65+

0 to 4      5 to 19      20 to 34      35 to 49      50 to 64      65+

SHARE THIS

**Source:** Census Bureau

## How have the age and sex demographics of Marion County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS 

**Source:** [Census Bureau](Census Bureau)

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
| --- |
| TOTAL POPULATION IN 2021 |
| POPULATION CHANGE (#) |
| POPULATION CHANGE (%) |

105                                          8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS      

**Source:** Census Bureau

NEWSLETTER

# Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us    Privacy Policy    Terms of Service

© 2023 USAFacts. All rights reserved.

USA**FACTS**

**Our Changing Population: Pearl River County, Mississippi**

The ages, races, and population density of Pearl River County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

1990 Population
{38,830}

2021 Population
{56,503}

Population Change
{+ 45.5 %}

Data Updated July 2022

USA  /  Mississippi  ▾  /  Pearl River County  ▾   Year 1990 ▾  TO  Year 2021 ▾

# How has the population changed in Pearl River County?

The population of **Pearl River County, Mississippi** in **2021** was **56,503, 45.5% up** from the **38,830** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS

**Source:** <u>Census Bureau</u>

## How many people live in Pearl River County?

Pearl River County's population **grew 45.5%** from the **38,830** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Pearl River County**

SHARE THIS

**Source:** <u>Census Bureau</u>

## How has Pearl River County's population changed over the years?

Pearl River County's population increased **25** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **8.2%** between **2005 and 2006**. The county's largest decline was between **2008 and 2009** when the population dropped **0.8%**. Between 1990 and 2021, the county grew by an average of **1.2%** per year.

**Annual population change in Pearl River County**

SHARE THIS   

Source: <u>Census Bureau</u>

## How has Pearl River County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Pearl River County was the **white (non-Hispanic)** group, which had a population of **46,086**. Between **1990** and **2021**, the **white (non-Hispanic)** population had the **most growth increasing** by **13,275** from **32,811** in **1990** to **46,086** in **2021**.

## Population by race and ethnicity in Pearl River County

 Hide Hispanic ethnicity

SHARE THIS  🅕 🐦 in ✉ 🖨

**Source:** <u>Census Bureau</u>

## How has the racial and ethnic makeup of Pearl River County changed?

In **2021**, Pearl River County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **81.6%** of the population compared with **84.5%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Hispanic/Latino** grew the most, increasing **2.8** percentage points to **3.5%**. The **white (non-Hispanic)** population had the largest decrease dropping **2.9** percentage points to **81.6%**.

**Racial makeup of Pearl River County**

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)    Asian and Pacific Islander (non-Hispanic)    Black (non-Hispanic)

Hispanic/Latino    Multiracial (non-Hispanic)    White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)    Asian and Pacific Islander (non-Hispanic)    Black (non-Hispanic)

Hispanic/Latino    Multiracial (non-Hispanic)    White (non-Hispanic)

SHARE THIS   

**Source:** Census Bureau

## How old is the population in Pearl River County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **65+** group was the fastest growing between **1990** and **2021** with its population **increasing 143%**. The **0 to 4** age group **grew the least increasing 11.7%** between **1990** and **2021**.

## Population by age in Pearl River County

SHARE THIS 

**Source:** Census Bureau

## How has the distribution of ages in Pearl River County changed?

The share of the population that is 0 to 4 years old **decreased** from **7.3%** in **1990** to **5.6%** in **2021**.

The share of the population that is 65 and older **increased** from **11.6%** in **1990** to **19.4%** in **2021**.

**Age makeup of Pearl River County**

0 to 4        5 to 19        20 to 34        35 to 49        50 to 64        65+

0 to 4     5 to 19     20 to 34     35 to 49     50 to 64     65+

SHARE THIS

Source: Census Bureau

## How have the age and sex demographics of Pearl River County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS 

Source: Census Bureau

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
| --- |
| TOTAL POPULATION IN 2021 |
| POPULATION CHANGE (#) |
| POPULATION CHANGE (%) |

105

8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS  

Source: Census Bureau

NEWSLETTER

## Data delivered to your inbox

Keep up with the latest data and most popular content

Enter your email address



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us   Privacy Policy   Terms of Service

© 2023 USAFacts. All rights reserved.

≡     USA**FACTS**     🔍

**Our Changing Population: Clay County, Mississippi**

The ages, races, and population density of Clay County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

1990 Population
{21,151}

2021 Population
{18,535}

Population Change
{ -12.4 %}

Data Updated July 2022

USA   /   Mississippi  ▼   /   Clay County  ▼     Year 1990 ▼   TO   Year 2021 ▼

# How has the population changed in Clay County?

The population of **Clay County, Mississippi** in **2021** was **18,535, 12.4% down** from the **21,151** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS   [Facebook] [Twitter] [LinkedIn] [email] [print]

**Source:**  Census Bureau

## How many people live in Clay County?

Clay County's population **shrank 12.4%** from the **21,151** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Clay County**

SHARE THIS   [Facebook] [Twitter] [LinkedIn] [email] [print]

**Source:** Census Bureau

## How has Clay County's population changed over the years?

Clay County's population increased **11** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **1%** between **1990 and 1991**. The county's largest decline was between **2019 and 2020** when the population dropped **3.6%**. Between **1990** and **2021**, the county shrank by an average of **0.4%** per year.

**Annual population change in Clay County**

SHARE THIS 

Source: [Census Bureau](Census Bureau)

## How has Clay County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Clay County was the **Black (non-Hispanic)** group, which had a population of **10,943**. Between **1990** and **2021**, the **Hispanic/Latino** population had the **most growth increasing** by **266** from **66** in **1990** to **332** in **2021**.

## Population by race and ethnicity in Clay County

 Hide Hispanic ethnicity

SHARE THIS

**Source:** Census Bureau

## How has the racial and ethnic makeup of Clay County changed?

In **2021**, Clay County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **37.7%** of the population compared with **46.3%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Black (non-Hispanic)** grew the most, increasing **5.7** percentage points to **59%**. The **white (non-Hispanic)** population had the largest decrease dropping **8.5** percentage points to **37.7%**.

### Racial makeup of Clay County

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)    Asian and Pacific Islander (non-Hispanic)    Black (non-Hispanic)

Hispanic/Latino    Multiracial (non-Hispanic)    White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)      Asian and Pacific Islander (non-Hispanic)      Black (non-Hispanic)

Hispanic/Latino      Multiracial (non-Hispanic)      White (non-Hispanic)

SHARE THIS

Source: Census Bureau

## How old is the population in Clay County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 37.8%**. The **5 to 19** age group **declined the most dropping 37.7%** between **1990** and **2021**.

## Population by age in Clay County

SHARE THIS 

**Source:** <u>Census Bureau</u>

## How has the distribution of ages in Clay County changed?

The share of the population that is 0 to 4 years old **decreased** from **7.8%** in **1990** to **6%** in **2021**.

The share of the population that is 65 and older **increased** from **13.1%** in **1990** to **19.4%** in **2021**.

**Age makeup of Clay County**

0 to 4     5 to 19     20 to 34     35 to 49     50 to 64     65+

0 to 4      5 to 19      20 to 34      35 to 49      50 to 64      65+

**SHARE THIS**   [Facebook] [Twitter] [LinkedIn] [Email] [Print]

**Source:** Census Bureau

## How have the age and sex demographics of Clay County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS 

Source: <u>Census Bureau</u>

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
| --- |
| TOTAL POPULATION IN 2021 |
| POPULATION CHANGE (#) |
| POPULATION CHANGE (%) |

10S

**TOTAL POPULATION IN 1990**                8,878,157

SHARE THIS     Facebook Twitter LinkedIn Email Print

Source: Census Bureau

NEWSLETTER

## Data delivered to your inbox

Keep up with the latest data and most popular content

Enter your email address



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us    Privacy Policy    Terms of Service

© 2023 USAFacts. All rights reserved.



USA**FACTS**

**Our Changing Population: Lowndes County, Mississippi**

The ages, races, and population density of Lowndes County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

| 1990 Population | 2021 Population | Population Change |
|---|---|---|
| {59,561} | {58,150} | { -2.4 %} |

Data Updated July 2022

USA / Mississippi ▼ / Lowndes County ▼     Year 1990 ▼  TO  Year 2021 ▼

# How has the population changed in Lowndes County?

The population of **Lowndes County, Mississippi** in **2021** was **58,150, 2.4% down** from the **59,561** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS 

**Source:** Census Bureau

## How many people live in Lowndes County?

Lowndes County's population **shrank 2.4%** from the **59,561** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Lowndes County**

SHARE THIS 

**Source:** Census Bureau

## How has Lowndes County's population changed over the years?

Lowndes County's population increased **13** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **1.4%** between **1993 and 1994**. The county's largest decline was between **2020 and 2021** when the population dropped **1%**. Between **1990** and **2021**, the county shrank by an average of **0.1%** per year.

**Annual population change in Lowndes County**

SHARE THIS 

Source: Census Bureau

## How has Lowndes County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Lowndes County was the **white (non-Hispanic)** group, which had a population of **29,247**. Between **1990** and **2021**, the **Black (non-Hispanic)** population had the **most growth increasing** by **4,203** from **22,128** in **1990** to **26,331** in **2021**.

## Population by race and ethnicity in Lowndes County

 Hide Hispanic ethnicity

SHARE THIS 

Source: <u>Census Bureau</u>

## How has the racial and ethnic makeup of Lowndes County changed?

In **2021**, Lowndes County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **50.3%** of the population compared with **61.5%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Black (non-Hispanic)** grew the most, increasing **8.1** percentage points to **45.3%**. The **white (non-Hispanic)** population had the largest decrease dropping **11.2** percentage points to **50.3%**.

**Racial makeup of Lowndes County**

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)        Asian and Pacific Islander (non-Hispanic)        Black (non-Hispanic)

Hispanic/Latino        Multiracial (non-Hispanic)        White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)          Asian and Pacific Islander (non-Hispanic)          Black (non-Hispanic)

Hispanic/Latino          Multiracial (non-Hispanic)          White (non-Hispanic)

SHARE THIS

**Source:** <u>Census Bureau</u>

## How old is the population in Lowndes County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 57.3%**. The **20 to 34** age group **declined the most dropping 25%** between **1990** and **2021**.

## Population by age in Lowndes County

SHARE THIS   

Source: <u>Census Bureau</u>

## How has the distribution of ages in Lowndes County changed?

The share of the population that is 0 to 4 years old **decreased** from **8.5% in 1990** to **6.8% in 2021**.

The share of the population that is 65 and older **increased** from **10% in 1990** to **16.7% in 2021**.

**Age makeup of Lowndes County**

| 0 to 4 | 5 to 19 | 20 to 34 | 35 to 49 | 50 to 64 | 65+ |

0 to 4      5 to 19      20 to 34      35 to 49      50 to 64      65+

SHARE THIS

Source: Census Bureau

## How have the age and sex demographics of Lowndes County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS    

Source: Census Bureau

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
| :--- |
| TOTAL POPULATION IN 2021 |
| POPULATION CHANGE (#) |
| POPULATION CHANGE (%) |

105                                                          8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS      ✉ 🖶

**Source:** <u>Census Bureau</u>

NEWSLETTER

# Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us    Privacy Policy    Terms of Service

© 2023 USAFacts. All rights reserved.

USA**FACTS**

**Our Changing Population: Noxubee County, Mississippi**

The ages, races, and population density of Noxubee County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

1990 Population
{12,616}

2021 Population
{10,123}

Population Change
{ -19.8 %}

Data Updated July 2022

USA   /   Mississippi   ▾   /   Noxubee County   ▾   Year 1990   ▾   TO   Year 2021   ▾

# How has the population changed in Noxubee County?

The population of **Noxubee County, Mississippi** in **2021** was **10,123, 19.8% down** from the **12,616** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS



Source: <u>Census Bureau</u>

## How many people live in Noxubee County?

Noxubee County's population **shrank 19.8%** from the **12,616** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Noxubee County**

SHARE THIS



Source: <u>Census Bureau</u>

## How has Noxubee County's population changed over the years?

Noxubee County's population increased **6** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **0.8%** between **1998 and 1999**. The county's largest decline was between **2019 and 2020** when the population dropped **1.9%**. Between **1990** and **2021**, the county shrank by an average of **0.7%** per year.

**Annual population change in Noxubee County**

SHARE THIS 

Source: Census Bureau

## How has Noxubee County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Noxubee County was the **Black (non-Hispanic)** group, which had a population of **7,308**. Between **1990** and **2021**, the **Hispanic/Latino** population had the **most growth increasing** by **130** from **19** in **1990** to **149** in **2021**.

## Population by race and ethnicity in Noxubee County

 Hide Hispanic ethnicity

SHARE THIS

Source: Census Bureau

## How has the racial and ethnic makeup of Noxubee County changed?

In **2021**, Noxubee County was less diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **25.2%** of the population compared with **31.2%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Black (non-Hispanic)** grew the most, increasing **3.8** percentage points to **72.2%**. The **white (non-Hispanic)** population had the largest decrease dropping **6** percentage points to **25.2%**.

### Racial makeup of Noxubee County

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)     Asian and Pacific Islander (non-Hispanic)     Black (non-Hispanic)

Hispanic/Latino     Multiracial (non-Hispanic)     White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)      Asian and Pacific Islander (non-Hispanic)      Black (non-Hispanic)

Hispanic/Latino      Multiracial (non-Hispanic)      White (non-Hispanic)

SHARE THIS

**Source:** Census Bureau

## How old is the population in Noxubee County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 25.9%**. The **5 to 19** age group **declined the most dropping 42.5%** between **1990** and **2021**.

## Population by age in Noxubee County

SHARE THIS 

**Source:** Census Bureau

## How has the distribution of ages in Noxubee County changed?

The share of the population that is 0 to 4 years old **decreased** from **9.2%** in **1990** to **7.3%** in **2021**.

The share of the population that is 65 and older **increased** from **13.3%** in **1990** to **17.5%** in **2021**.

**Age makeup of Noxubee County**

0 to 4    5 to 19    20 to 34    35 to 49    50 to 64    65+

0 to 4     5 to 19     20 to 34     35 to 49     50 to 64     65+

SHARE THIS

Source: Census Bureau

## How have the age and sex demographics of Noxubee County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS   

Source: Census Bureau

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

TOTAL POPULATION IN 1990

TOTAL POPULATION IN 2021

POPULATION CHANGE (#)

POPULATION CHANGE (%)

105

8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS

Source: Census Bureau

NEWSLETTER

## Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

---

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us    Privacy Policy    Terms of Service

© 2023 USAFacts. All rights reserved.

≡          USA**FACTS**          🔍

## Our Changing Population: Oktibbeha County, Mississippi

The ages, races, and population density of Oktibbeha County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

1990 Population
{38,484}

2021 Population
{51,842}

Population Change
{+ 34.7 %}

Data Updated July 2022

USA  /  Mississippi  ▼  /  Oktibbeha County  ▼    Year 1990 ▼  TO  Year 2021 ▼

# How has the population changed in Oktibbeha County?

The population of **Oktibbeha County, Mississippi** in 2021 was **51,842, 34.7% up** from the **38,484** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS 
Source: Census Bureau

## How many people live in Oktibbeha County?

Oktibbeha County's population grew **34.7%** from the **38,484** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Oktibbeha County**

SHARE THIS 
Source: Census Bureau

## How has Oktibbeha County's population changed over the years?

Oktibbeha County's population increased **27** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **4.4%** between **2019 and 2020**. The county's largest decline was between **2017 and 2018** when the population dropped **1.1%**. Between **1990 and 2021**, the county grew by an average of **1%** per year.

**Annual population change in Oktibbeha County**

SHARE THIS 

Source: <u>Census Bureau</u>

## How has Oktibbeha County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Oktibbeha County was the **white (non-Hispanic)** group, which had a population of **29,045**. Between **1990** and **2021**, the **Black (non-Hispanic)** population had the **most growth increasing** by **6,372** from **13,146** in **1990** to **19,518** in **2021**.

## Population by race and ethnicity in Oktibbeha County

 Hide Hispanic ethnicity

SHARE THIS  [f] [t] [in] [✉] [🖨]

Source: Census Bureau

## How has the racial and ethnic makeup of Oktibbeha County changed?

In **2021**, Oktibbeha County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **56%** of the population compared with **62.3%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Black (non-Hispanic)** grew the most, increasing **3.5** percentage points to **37.6%**. The **white (non-Hispanic)** population had the largest decrease dropping **6.3** percentage points to **56%**.

**Racial makeup of Oktibbeha County**

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)          Asian and Pacific Islander (non-Hispanic)          Black (non-Hispanic)

Hispanic/Latino          Multiracial (non-Hispanic)          White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)     Asian and Pacific Islander (non-Hispanic)     Black (non-Hispanic)

Hispanic/Latino     Multiracial (non-Hispanic)     White (non-Hispanic)

SHARE THIS     

Source: Census Bureau

## How old is the population in Oktibbeha County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **20 to 34** group was the fastest growing between **1990** and **2021** with its population **increasing 37.7%**. The **0 to 4** age group **grew the least increasing 4.3%** between **1990** and **2021**.

## Population by age in Oktibbeha County

SHARE THIS 

Source: Census Bureau

## How has the distribution of ages in Oktibbeha County changed?

The share of the population that is 0 to 4 years old **decreased** from **6.3%** in **1990** to **4.9%** in **2021**.

The share of the population that is 65 and older **increased** from **8.8%** in **1990** to **12.1%** in **2021**.

### Age makeup of Oktibbeha County

0 to 4        5 to 19        20 to 34        35 to 49        50 to 64        65+

0 to 4        5 to 19        20 to 34        35 to 49        50 to 64        65+

SHARE THIS   [Facebook] [Twitter] [LinkedIn] [Email] [Print]

**Source:**  Census Bureau

## How have the age and sex demographics of Oktibbeha County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.
**Total population in 1990**

**Total population in 2021**

SHARE THIS 

**Source:** <u>Census Bureau</u>

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
| --- |
| TOTAL POPULATION IN 2021 |
| POPULATION CHANGE (#) |
| POPULATION CHANGE (%) |

105                                              8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS     

Source:  <u>Census Bureau</u>

**NEWSLETTER**

## Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us      Privacy Policy      Terms of Service

© 2023 USAFacts. All rights reserved.



# USA**FACTS**

## Our Changing Population: Panola County, Mississippi

The ages, races, and population density of Panola County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

1990 Population
{30,114}

2021 Population
{32,851}

Population Change
{+ 9.1 %}

Data Updated July 2022

USA  /  Mississippi ▾  /  Panola County ▾  Year 1990 ▾  TO  Year 2021 ▾

# How has the population changed in Panola County?

The population of **Panola County, Mississippi** in **2021** was **32,851, 9.1% up** from the **30,114** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more ⌄**

SHARE THIS   

Source: <u>Census Bureau</u>

### How many people live in Panola County?

Panola County's population **grew 9.1%** from the **30,114** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Panola County**

SHARE THIS   

Source: <u>Census Bureau</u>

### How has Panola County's population changed over the years?

Panola County's population increased **20** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **1.9%** between **1991 and 1992**. The county's largest decline was between **2019 and 2020** when the population dropped **2.9%**. Between **1990** and **2021**, the county grew by an average of **0.3%** per year.

**Annual population change in Panola County**

SHARE THIS 

Source: Census Bureau

## How has Panola County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Panola County was the **Black (non-Hispanic)** group, which had a population of **16,420**. Between **1990** and **2021**, the **Black (non-Hispanic)** population had the **most growth increasing** by **1,926** from **14,494** in **1990** to **16,420** in **2021**.

## Population by race and ethnicity in Panola County

 Hide Hispanic ethnicity

SHARE THIS 

Source: <u>Census Bureau</u>

## How has the racial and ethnic makeup of Panola County changed?

In **2021**, Panola County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **46.5%** of the population compared with **51.2%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Black (non-Hispanic)** grew the most, increasing **1.9** percentage points to **50%**. The **white (non-Hispanic)** population had the largest decrease dropping **4.7** percentage points to **46.5%**.

**Racial makeup of Panola County**

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)

Asian and Pacific Islander (non-Hispanic)

Black (non-Hispanic)

Hispanic/Latino

Multiracial (non-Hispanic)

White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)

Asian and Pacific Islander (non-Hispanic)

Black (non-Hispanic)

Hispanic/Latino        Multiracial (non-Hispanic)

White (non-Hispanic)

SHARE THIS 

Source: Census Bureau

## How old is the population in Panola County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 70.3%**. The **5 to 19** age group **declined the most dropping 17.4%** between **1990** and **2021**.

## Population by age in Panola County

SHARE THIS 

Source: <u>Census Bureau</u>

## How has the distribution of ages in Panola County changed?

The share of the population that is 0 to 4 years old **decreased** from **8.1%** in **1990** to **6.8%** in **2021**.

The share of the population that is 65 and older **increased** from **13.2%** in **1990** to **16.9%** in **2021**.

### Age makeup of Panola County

0 to 4     5 to 19     20 to 34     35 to 49     50 to 64     65+

0 to 4     5 to 19     20 to 34     35 to 49     50 to 64     65+

SHARE THIS 

Source: Census Bureau

## How have the age and sex demographics of Panola County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS 

Source: <u>Census Bureau</u>

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

TOTAL POPULATION IN 1990

TOTAL POPULATION IN 2021

POPULATION CHANGE (#)

POPULATION CHANGE (%)

105

TOTAL POPULATION IN 1990                    8,878,157

SHARE THIS

Source: Census Bureau

NEWSLETTER

# Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

TOPICS

Agriculture

Environment & Natural Resources

Child & Social Services

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us    Privacy Policy    Terms of Service

© 2023 USAFacts. All rights reserved.

USA**FACTS**

## Our Changing Population: Tate County, Mississippi

The ages, races, and population density of Tate County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

1990 Population
{21,458}

2021 Population
{28,234}

Population Change
{+ 31.6 %}

Data Updated July 2022

USA / Mississippi ▼ / Tate County ▼ Year 1990 ▼ TO Year 2021 ▼

# How has the population changed in Tate County?

The population of **Tate County, Mississippi** in **2021** was **28,234, 31.6% up** from the **21,458** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more ⌄**

SHARE THIS 

Source: <u>Census Bureau</u>

## How many people live in Tate County?

Tate County's population **grew 31.6%** from the **21,458** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Tate County**

SHARE THIS 

Source: <u>Census Bureau</u>

## How has Tate County's population changed over the years?

Tate County's population increased **23** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **3%** between **1996 and 1997**. The county's largest decline was between **2017 and 2018** when the population dropped **0.9%**. Between **1990** and **2021**, the county grew by an average of **0.9%** per year.

**Annual population change in Tate County**

SHARE THIS 

Source: Census Bureau

## How has Tate County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Tate County was the **white (non-Hispanic)** group, which had a population of **18,289**. Between **1990** and **2021**, the **white (non-Hispanic)** population had the **most growth increasing** by **4,315** from **13,974** in **1990** to **18,289** in **2021**.

## Population by race and ethnicity in Tate County

 Hide Hispanic ethnicity

SHARE THIS 

Source: <u>Census Bureau</u>

## How has the racial and ethnic makeup of Tate County changed?

In **2021**, Tate County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **64.8%** of the population compared with **65.1%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Hispanic/Latino** grew the most, increasing **2.5** percentage points to **2.9%**. The **Black (non-Hispanic)** population had the largest decrease dropping **3.8** percentage points to **30.5%**.

**Racial makeup of Tate County**

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)     Asian and Pacific Islander (non-Hispanic)     Black (non-Hispanic)

Hispanic/Latino     Multiracial (non-Hispanic)     White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)    Asian and Pacific Islander (non-Hispanic)    Black (non-Hispanic)

Hispanic/Latino    Multiracial (non-Hispanic)    White (non-Hispanic)

SHARE THIS 

Source: Census Bureau

## How old is the population in Tate County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 108.3%**. The **0 to 4** age group **grew the least increasing 6.4%** between **1990** and **2021**.

## Population by age in Tate County

SHARE THIS 

Source: <u>Census Bureau</u>

## How has the distribution of ages in Tate County changed?

The share of the population that is 0 to 4 years old **decreased** from **7.5%** in **1990** to **6.1%** in **2021**.

The share of the population that is 65 and older **increased** from **11.9%** in **1990** to **17%** in **2021**.

### Age makeup of Tate County

0 to 4      5 to 19      20 to 34      35 to 49      50 to 64      65+

0 to 4          5 to 19          20 to 34          35 to 49          50 to 64          65+

**SHARE THIS**

**Source:** Census Bureau

## How have the age and sex demographics of Tate County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS 

Source: Census Bureau

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
| --- |
| TOTAL POPULATION IN 2021 |
| POPULATION CHANGE (#) |
| POPULATION CHANGE (%) |

105

TOTAL POPULATION IN 1990                              8,878,157

SHARE THIS   

Source: <u>Census Bureau</u>

NEWSLETTER

## Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us    Privacy Policy    Terms of Service

© 2023 USAFacts. All rights reserved.

USA**FACTS**

**Our Changing Population: Tallahatchie County, Mississippi**

The ages, races, and population density of Tallahatchie County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

1990 Population
{15,200}

2021 Population
{12,366}

Population Change
{ -18.6 %}

Data Updated July 2022

USA   /   Mississippi   ▾   /   Tallahatchie County   ▾       Year 1990   ▾   TO   Year 2021   ▾

# How has the population changed in Tallahatchie County?

The population of **Tallahatchie County, Mississippi** in **2021** was **12,366, 18.6% down** from the **15,200** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.



ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS 

Source: <u>Census Bureau</u>

## How many people live in Tallahatchie County?

Tallahatchie County's population **shrank 18.6%** from the **15,200** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Tallahatchie County**

SHARE THIS 

Source: <u>Census Bureau</u>

## How has Tallahatchie County's population changed over the years?

Tallahatchie County's population increased **11** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **2.1%** between **1994 and 1995**. The county's largest decline was between **2019 and 2020** when the population dropped **9.1%**. Between **1990** and **2021**, the county shrank by an average of **0.6%** per year.

**Annual population change in Tallahatchie County**

SHARE THIS 

Source: <u>Census Bureau</u>

## How has Tallahatchie County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Tallahatchie County was the **Black (non-Hispanic)** group, which had a population of **6,827**. Between **1990** and **2021**, the **Hispanic/Latino** population had the **most growth increasing** by **854** from **66** in **1990** to **920** in **2021**.

## Population by race and ethnicity in Tallahatchie County

 Hide Hispanic ethnicity

SHARE THIS 

Source: <u>Census Bureau</u>

## How has the racial and ethnic makeup of Tallahatchie County changed?

In **2021**, Tallahatchie County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **34.8%** of the population compared with **41.2%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Hispanic/Latino** grew the most, increasing **7** percentage points to **7.4%**. The **white (non-Hispanic)** population had the largest decrease dropping **6.4** percentage points to **34.8%**.

### Racial makeup of Tallahatchie County

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)

Asian and Pacific Islander (non-Hispanic)

Black (non-Hispanic)

Hispanic/Latino

Multiracial (non-Hispanic)

White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)     Asian and Pacific Islander (non-Hispanic)     Black (non-Hispanic)

Hispanic/Latino     Multiracial (non-Hispanic)     White (non-Hispanic)

SHARE THIS 

Source:  Census Bureau

## How old is the population in Tallahatchie County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 19.5%**. The **5 to 19** age group **declined the most dropping 54.5%** between **1990** and **2021**.

## Population by age in Tallahatchie County

SHARE THIS 

Source: <u>Census Bureau</u>

## How has the distribution of ages in Tallahatchie County changed?

The share of the population that is 0 to 4 years old **decreased** from **8.6%** in **1990** to **5.4%** in **2021**.

The share of the population that is 65 and older **increased** from **14.1%** in **1990** to **16.4%** in **2021**.

### Age makeup of Tallahatchie County

0 to 4     5 to 19     20 to 34     35 to 49     50 to 64     65+

0 to 4      5 to 19      20 to 34      35 to 49      50 to 64      65+

SHARE THIS

Source: Census Bureau

## How have the age and sex demographics of Tallahatchie County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS  

**Source:** <u>Census Bureau</u>

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

TOTAL POPULATION IN 1990

TOTAL POPULATION IN 2021

POPULATION CHANGE (#)

POPULATION CHANGE (%)

105

TOTAL POPULATION IN 1990

8,878,157

SHARE THIS

Source: Census Bureau

N E W S L E T T E R

## Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

### TOPICS

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us   Privacy Policy   Terms of Service

© 2023 USAFacts. All rights reserved.



USA**FACTS**

**Our Changing Population: Yalobusha County, Mississippi**

The ages, races, and population density of Yalobusha County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

1990 Population
{12,075}

2021 Population
{12,415}

Population Change
{+ 2.8 %}

Data Updated July 2022

USA  /  Mississippi  ▼  /  Yalobusha County  ▼   Year 1990  ▼   TO   Year 2021  ▼

# How has the population changed in Yalobusha County?

The population of **Yalobusha County, Mississippi** in **2021** was **12,415, 2.8% up** from the **12,075** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.



ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄



Source: Census Bureau

## How many people live in Yalobusha County?

Yalobusha County's population **grew 2.8%** from the **12,075** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Yalobusha County**



Source: Census Bureau

## How has Yalobusha County's population changed over the years?

Yalobusha County's population increased **13** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **2.8%** between **2019 and 2020**. The county's largest decline was between **2018 and 2019** when the population dropped **2.2%**. Between **1990** and **2021**, the county grew by an average of **0.1%** per year.

**Annual population change in Yalobusha County**

SHARE THIS 

Source: <u>Census Bureau</u>

## How has Yalobusha County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Yalobusha County was the **white (non-Hispanic)** group, which had a population of **7,186**. Between **1990** and **2021**, the **Black (non-Hispanic)** population had the **most growth increasing** by **226** from **4,534** in **1990** to **4,760** in **2021**.

## Population by race and ethnicity in Yalobusha County

 Hide Hispanic ethnicity

SHARE THIS 

Source: <u>Census Bureau</u>

## How has the racial and ethnic makeup of Yalobusha County changed?

In **2021**, Yalobusha County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **57.9%** of the population compared with **62%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Hispanic/Latino** grew the most, increasing **1.6** percentage points to **1.9%**. The **white (non-Hispanic)** population had the largest decrease dropping **4.1** percentage points to **57.9%**.

**Racial makeup of Yalobusha County**

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)    Asian and Pacific Islander (non-Hispanic)    Black (non-Hispanic)

Hispanic/Latino    Multiracial (non-Hispanic)    White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)     Asian and Pacific Islander (non-Hispanic)     Black (non-Hispanic)

Hispanic/Latino     Multiracial (non-Hispanic)     White (non-Hispanic)

SHARE THIS  

**Source:** [Census Bureau](Census Bureau)

## How old is the population in Yalobusha County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64 group** was the fastest growing between **1990** and **2021** with its population **increasing 49.9%**. The **5 to 19** age group **declined the most dropping 21%** between **1990** and **2021**.

## Population by age in Yalobusha County

SHARE THIS   [Facebook] [Twitter] [LinkedIn] [Email] [Print]

**Source:** Census Bureau

## How has the distribution of ages in Yalobusha County changed?

The share of the population that is 0 to 4 years old **decreased** from **7.1%** in **1990** to **5.8%** in **2021**.

The share of the population that is 65 and older **increased** from **17.6%** in **1990** to **21.2%** in **2021**.

**Age makeup of Yalobusha County**

0 to 4      5 to 19      20 to 34      35 to 49      50 to 64      65+

0 to 4    5 to 19    20 to 34    35 to 49    50 to 64    65+

SHARE THIS

Source: Census Bureau

## How have the age and sex demographics of Yalobusha County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS   

Source: Census Bureau

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

TOTAL POPULATION IN 1990

TOTAL POPULATION IN 2021

POPULATION CHANGE (#)

POPULATION CHANGE (%)

105

8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS 

Source: Census Bureau

NEWSLETTER

# Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us    Privacy Policy    Terms of Service

© 2023 USAFacts. All rights reserved.

☰

USA**FACTS**

🔍

## Our Changing Population: Madison County, Mississippi

The ages, races, and population density of Madison County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

1990 Population
{54,271}

2021 Population
{109,813}

Population Change
{+ 102.3 %}

Data Updated July 2022

USA / Mississippi ▼ / Madison County ▼   Year 1990 ▼   TO   Year 2021 ▼

# How has the population changed in Madison County?

The population of **Madison County, Mississippi** in **2021** was **109,813, 102.3% up** from the **54,271** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**

Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS

Source: [Census Bureau](#)

## How many people live in Madison County?

Madison County's population **grew 102.3%** from the **54,271** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Madison County**

SHARE THIS

Source: [Census Bureau](#)

## How has Madison County's population changed over the years?

Madison County's population increased **31** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **4.9%** between **1992 and 1993**. Between **1990** and **2021**, the county grew by an average of **2.3%** per year.

**Annual population change in Madison County**

SHARE THIS   

Source: <u>Census Bureau</u>

## How has Madison County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Madison County was the **white (non-Hispanic)** group, which had a population of **60,225**. Between **1990** and **2021**, the **white (non-Hispanic)** population had the **most growth increasing** by 30,165 from 30,060 in **1990** to **60,225** in **2021**.

## Population by race and ethnicity in Madison County

Hide Hispanic ethnicity



Source: <u>Census Bureau</u>

## How has the racial and ethnic makeup of Madison County changed?

In **2021**, Madison County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **54.8%** of the population compared with **55.4%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Hispanic/Latino** grew the most, increasing **2.7** percentage points to **3.2%**. The **Black (non-Hispanic)** population had the largest decrease dropping **5.6** percentage points to **38.1%**.

**Racial makeup of Madison County**

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)    Asian and Pacific Islander (non-Hispanic)    Black (non-Hispanic)

Hispanic/Latino    Multiracial (non-Hispanic)    White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)       Asian and Pacific Islander (non-Hispanic)       Black (non-Hispanic)

Hispanic/Latino       Multiracial (non-Hispanic)       White (non-Hispanic)

SHARE THIS

Source: Census Bureau

## How old is the population in Madison County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 275.9%**. The **0 to 4** age group **grew the least increasing 44.7%** between **1990** and **2021**.

## Population by age in Madison County



Source: Census Bureau

## How has the distribution of ages in Madison County changed?

The share of the population that is 0 to 4 years old **decreased** from **8.7%** in **1990** to **6.2%** in **2021**.

The share of the population that is 65 and older **increased** from **9.5%** in **1990** to **14.3%** in **2021**.

### Age makeup of Madison County

0 to 4      5 to 19      20 to 34      35 to 49      50 to 64      65+

0 to 4      5 to 19      20 to 34      35 to 49      50 to 64      65+

SHARE THIS

Source: Census Bureau

## How have the age and sex demographics of Madison County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS  

Source: <u>Census Bureau</u>

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

TOTAL POPULATION IN 1990

TOTAL POPULATION IN 2021

POPULATION CHANGE (#)

POPULATION CHANGE (%)

105

8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS   

Source: Census Bureau

NEWSLETTER

## Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

---

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Climate

Consumer & Employee Safeguards

Environment & Natural Resources

Foreign Affairs

Government

Health

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

**REPORTS**

Visualizations

Articles

Annual Publications

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us   Privacy Policy   Terms of Service

© 2023 USAFacts. All rights reserved.

USA**FACTS**

## Our Changing Population: Rankin County, Mississippi

The ages, races, and population density of Rankin County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

1990 Population
{87,667}

2021 Population
{158,096}

Population Change
{+ 80.3 %}

Data Updated July 2022

USA  /  Mississippi ▼  /  Rankin County ▼   Year 1990 ▼   TO   Year 2021 ▼

# How has the population changed in Rankin County?

The population of **Rankin County, Mississippi** in **2021** was **158,096, 80.3% up** from the **87,667** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS 

**Source:** <u>Census Bureau</u>

## How many people live in Rankin County?

Rankin County's population **grew 80.3%** from the **87,667** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Rankin County**

SHARE THIS 

**Source:** <u>Census Bureau</u>

## How has Rankin County's population changed over the years?

Rankin County's population increased **31** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **4.7%** between **1995 and 1996**. Between **1990** and **2021**, the county grew by an average of **1.9%** per year.

**Annual population change in Rankin County**

SHARE THIS 

**Source:** <u>Census Bureau</u>

## How has Rankin County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Rankin County was the **white (non-Hispanic)** group, which had a population of **114,107**. Between **1990** and **2021**, the **white (non-Hispanic)** population had the **most growth increasing** by **41,987** from **72,120** in **1990** to **114,107** in **2021**.

## Population by race and ethnicity in Rankin County

 Hide Hispanic ethnicity

SHARE THIS    

Source: <u>Census Bureau</u>

## How has the racial and ethnic makeup of Rankin County changed?

In **2021**, Rankin County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **72.2%** of the population compared with **82.3%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Black (non-Hispanic)** grew the most, increasing **5.6** percentage points to **22.4%**. The **white (non-Hispanic)** population had the largest decrease dropping **10.1** percentage points to **72.2%**.

### Racial makeup of Rankin County

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)    Asian and Pacific Islander (non-Hispanic)    Black (non-Hispanic)

Hispanic/Latino    Multiracial (non-Hispanic)    White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)    Asian and Pacific Islander (non-Hispanic)    Black (non-Hispanic)

Hispanic/Latino    Multiracial (non-Hispanic)    White (non-Hispanic)

SHARE THIS 

**Source:** Census Bureau

## How old is the population in Rankin County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 149.5%**. The **0 to 4** age group **grew the least increasing 40.8%** between **1990** and **2021**.

## Population by age in Rankin County

SHARE THIS 

Source: Census Bureau

## How has the distribution of ages in Rankin County changed?

The share of the population that is 0 to 4 years old **decreased** from **6.9%** in **1990** to **5.4%** in **2021**.

The share of the population that is 65 and older **increased** from **9.1%** in **1990** to **16.2%** in **2021**.

**Age makeup of Rankin County**

0 to 4        5 to 19        20 to 34        35 to 49        50 to 64        65+

0 to 4      5 to 19      20 to 34      35 to 49      50 to 64      65+

SHARE THIS

**Source:** Census Bureau

## How have the age and sex demographics of Rankin County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS    

Source: Census Bureau

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
| --- |
| TOTAL POPULATION IN 2021 |
| POPULATION CHANGE (#) |
| POPULATION CHANGE (%) |

105                                                      8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS   [facebook] [twitter] [linkedin] [email] [print]

**Source:** Census Bureau

NEWSLETTER

## Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Climate

Consumer & Employee Safeguards

Environment & Natural Resources

Foreign Affairs

Government

Health

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

**REPORTS**

Visualizations

Articles

Annual Publications

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us    Privacy Policy    Terms of Service

© 2023 USAFacts. All rights reserved.

≡    USA**FACTS**    🔍

**Our Changing Population: DeSoto County, Mississippi**

The ages, races, and population density of DeSoto County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

1990 Population
{68,620}

2021 Population
{188,633}

Population Change
{+ 174.9 %}

Data Updated July 2022

USA  /  Mississippi  ▼  /  DeSoto County  ▼   Year 1990  ▼  TO  Year 2021  ▼

# How has the population changed in DeSoto County?

The population of **DeSoto County, Mississippi** in **2021** was **188,633, 174.9% up** from the **68,620** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS 

Source: Census Bureau

## How many people live in DeSoto County?

DeSoto County's population grew **174.9%** from the **68,620** people who lived there in **1990**. For comparison, the population in the US grew **33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in DeSoto County**



SHARE THIS

Source: Census Bureau

## How has DeSoto County's population changed over the years?

DeSoto County's population increased **31** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **6.1%** between **2005 and 2006**. Between **1990** and **2021**, the county grew by an average of **3.3%** per year.

**Annual population change in DeSoto County**



SHARE THIS 

Source: Census Bureau

## How has DeSoto County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in DeSoto County was the **white (non-Hispanic)** group, which had a population of **111,141**. Between **1990** and **2021**, the **Black (non-Hispanic)** population had the **most growth increasing** by **52,268** from **8,724** in **1990** to **60,992** in **2021**.

## Population by race and ethnicity in DeSoto County

Hide Hispanic ethnicity

SHARE THIS 

Source: Census Bureau

## How has the racial and ethnic makeup of DeSoto County changed?

In **2021**, DeSoto County was more diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **58.9%** of the population compared with **86.5%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Black (non-Hispanic)** grew the most, increasing **19.6** percentage points to **32.3%**. The **white (non-Hispanic)** population had the largest decrease dropping **27.5** percentage points to **58.9%**.

**Racial makeup of DeSoto County**

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)   Asian and Pacific Islander (non-Hispanic)   Black (non-Hispanic)

Hispanic/Latino   Multiracial (non-Hispanic)   White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)    Asian and Pacific Islander (non-Hispanic)    Black (non-Hispanic)

Hispanic/Latino    Multiracial (non-Hispanic)    White (non-Hispanic)

SHARE THIS

**Source:** Census Bureau

## How old is the population in DeSoto County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 289.3%**. The **0 to 4** age group **grew the least increasing 103.8%** between **1990** and **2021**.

## Population by age in DeSoto County

SHARE THIS 

**Source:** Census Bureau

## How has the distribution of ages in DeSoto County changed?

The share of the population that is 0 to 4 years old **decreased** from **7.8%** in **1990** to **5.8%** in **2021**.

The share of the population that is 65 and older **increased** from **8.2%** in **1990** to **13.4%** in **2021**.

**Age makeup of DeSoto County**

| 0 to 4 | 5 to 19 | 20 to 34 | 35 to 49 | 50 to 64 | 65+ |

0 to 4     5 to 19     20 to 34     35 to 49     50 to 64     65+

SHARE THIS

**Source:** Census Bureau

## How have the age and sex demographics of DeSoto County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS 

**Source:** Census Bureau

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| TOTAL POPULATION IN 1990 |
| --- |
| TOTAL POPULATION IN 2021 |
| POPULATION CHANGE (#) |
| POPULATION CHANGE (%) |

105                                                                8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS       

Source: Census Bureau

NEWSLETTER

## Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

---

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Climate

Consumer & Employee Safeguards

Environment & Natural Resources

Foreign Affairs

Government

Health

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

**REPORTS**

Visualizations

Articles

Annual Publications

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us   Privacy Policy   Terms of Service

© 2023 USAFacts. All rights reserved.

USA**FACTS**

**Our Changing Population: Hinds County, Mississippi**

The ages, races, and population density of Hinds County, Mississippi tell a story. Understand the shifts in demographic trends with these charts visualizing decades of population data.

1990 Population
{254,510}

2021 Population
{222,679}

Population Change
{ -12.5 %}

Data Updated July 2022

USA  /  Mississippi ▼  /  Hinds County ▼   Year 1990 ▼   TO   Year 2021 ▼

# How has the population changed in Hinds County?

The population of **Hinds County, Mississippi** in **2021** was **222,679, 12.5% down** from the **254,510** who lived there in **1990**. For comparison, the US population grew **33%** and Mississippi's population grew **14.4%** during that period.

ⓘ **County changes over time**
Over the past 50 years, some counties have merged or split, and the resulting data was redistributed to other counties. The Census Bureau reports population estimates for counties based on their existing boundaries at the end of each decade. **Read more** ⌄

SHARE THIS 

Source: <u>Census Bureau</u>

## How many people live in Hinds County?

Hinds County's population **shrank 12.5%** from the **254,510** people who lived there in **1990**. For comparison, the population in the US **grew 33%** and the population in Mississippi **grew 14.4%** during that period.

**Population in Hinds County**



SHARE THIS

Source: <u>Census Bureau</u>

## How has Hinds County's population changed over the years?

Hinds County's population increased **6** out of the **31** years between year **1990** and year **2021**. Its largest annual population increase was **1%** between **2010 and 2011**. The county's largest decline was between **2019 and 2020** when the population dropped **2.3%**. Between **1990** and **2021**, the county shrank by an average of **0.4%** per year.

**Annual population change in Hinds County**



SHARE THIS

Source:  Census Bureau

## How has Hinds County's racial and ethnic populations changed?

In **2021**, the largest racial or ethnic group in Hinds County was the **Black (non-Hispanic)** group, which had a population of **163,085**. Between **1990** and **2021**, the **Black (non-Hispanic)** population had the **most growth increasing** by **33,396** from **129,689** in **1990** to **163,085** in **2021**.

## Population by race and ethnicity in Hinds County

Hide Hispanic ethnicity

SHARE THIS   

Source: <u>Census Bureau</u>

## How has the racial and ethnic makeup of Hinds County changed?

In **2021**, Hinds County was less diverse than it was in 1990. In **2021**, the **white (non-Hispanic)** group made up **23.5%** of the population compared with **48%** in **1990**.

Between **1990** and **2021**, the share of the population that is **Black (non-Hispanic)** grew the most, increasing **22.3** percentage points to **73.2%**. The **white (non-Hispanic)** population had the largest decrease dropping **24.5** percentage points to **23.5%**.

### Racial makeup of Hinds County

 Hide Hispanic ethnicity

American Indian/Alaska Native (non-Hispanic)     Asian and Pacific Islander (non-Hispanic)     Black (non-Hispanic)

Hispanic/Latino     Multiracial (non-Hispanic)     White (non-Hispanic)

American Indian/Alaska Native (non-Hispanic)        Asian and Pacific Islander (non-Hispanic)        Black (non-Hispanic)

Hispanic/Latino        Multiracial (non-Hispanic)        White (non-Hispanic)

SHARE THIS  

**Source:** Census Bureau

## How old is the population in Hinds County?

Among six age groups — 0 to 4, 5 to 19, 20 to 34, 35 to 49, 50 to 64, and 65 and older — the **50 to 64** group was the fastest growing between **1990** and **2021** with its population **increasing 31.9%**. The **20 to 34** age group **declined the most dropping 27.8%** between **1990** and **2021**.

## Population by age in Hinds County

SHARE THIS 

**Source:** Census Bureau

## How has the distribution of ages in Hinds County changed?

The share of the population that is 0 to 4 years old **decreased** from **7.7%** in **1990** to **6.2%** in **2021**.

The share of the population that is 65 and older **increased** from **11.2%** in **1990** to **15.7%** in **2021**.

**Age makeup of Hinds County**

0 to 4      5 to 19      20 to 34      35 to 49      50 to 64      65+

0 to 4        5 to 19      20 to 34      35 to 49      50 to 64      65+

SHARE THIS   

**Source:** Census Bureau

## How have the age and sex demographics of Hinds County changed?

These population pyramids group the populace by age and sex (**female** and **male**). A wider pyramid base means that the population is young. A wider top means that the population is older.

**Total population in 1990**

**Total population in 2021**

SHARE THIS   

**Source:** Census Bureau

## What's the size of the US population and how has it changed?

Between **1990** and **2021**, **Texas** had the **largest growth** with **12.5 million** new residents. **West Virginia** had the largest decline with **9,589 fewer** people.

Among counties, **Maricopa County, Arizona** had the largest growth with **2.4 million** more people. **Wayne County, Michigan** had the **largest decline** with **333,099 fewer** residents.

| | |
|---|---|
| TOTAL POPULATION IN 1990 | |
| TOTAL POPULATION IN 2021 | |
| POPULATION CHANGE (#) | |
| POPULATION CHANGE (%) | |

105                                        8,878,157

**TOTAL POPULATION IN 1990**

SHARE THIS      

**Source:** Census Bureau

NEWSLETTER

## Data delivered to your inbox

Keep up with the latest data and most popular content

*Enter your email address*



## Data Methodology

The Census Bureau's Population Estimates Program data by county includes details like counts by age, race, or ethnicity and goes back for decades. But how the Census Bureau reported and grouped those populations changed over time.

To provide the most detail across all available data, USAFacts combined the census data on race and ethnicity into three groupings.

Any comparison of data from before 1990 only includes the "white," "Black," and "Other" race/ethnicity categories. These were the only categories included before 1990 for the available data.

Any comparison with the 1990 census to newer data will include the "white," "Black," and two categories added that year: "American Indian/Alaska Native" and "Asian or Pacific Islander."

Data from 2000 onward will also include the "Two or more race" category. This category can't be compared prior to 2000. Comparison pages include footnotes explaining that pre-2000 and post-2000 data comparisons will result in lower values for the separate race categories in proportion to the expected "two or more race" population.

For population by age, USAFacts grouped people ages 0–4 in different ways depending on the census. The "less than 1" and "1 to 4" groups for the 1990 and 2000 censuses were combined to create a consistent "0 to 4" group across all available data.

The Census Bureau releases annual provisional population estimates based on the previous decennial census and other data on births, deaths, and migration/immigration. Every decade, the Bureau reconciles these estimates and releases final data.

These provisional estimates are "postcensal estimates," and the final estimates are "intercensal estimates." USAFacts used the final intercensal estimates for 1970 through 2009 and the provisional postcensal estimates for 2010 and after. The most recent county-level data available by age, race, sex, and ethnicity are the Vintage 2020 Population Estimates (census.gov) for 2010 to 2019 and the Vintage 2021 Population Estimates (census.gov) for 2020 and 2021. We will update this experience, including the 2010-2019 estimates, when the Bureau releases county-level 2010–2020 intercensal estimates by age, sex, race, and ethnicity.

Use caution when interpreting population changes that use different "postcensal" version estimates. The 2010-2020 postcensal estimates are known to underestimate the population by about 1% nationally. This underestimate is, effectively, zero for 2010 and grows each year to reach 1% by 2020. The estimate years differ from the base 2010 decennial census; underestimates will be resolved in 2023 when the Census Bureau releases its 2010-2020 intercensal estimates.

## Our nation, in numbers

Government data from over 70 sources organized to show how the money flows, the impact, and who "the people" are.

**TOPICS**

Agriculture

Child & Social Services

Environment & Natural Resources

Foreign Affairs

Government

Climate

Consumer & Employee Safeguards

COVID-19

Crime & Justice

Defense & Military

Disasters & Emergency Relief

Economy

Education

Energy

Health

Immigration & Border Security

Our Changing Population

Social Security & Medicare

Standard of Living

Transportation & Infrastructure

Veterans

Wealth & Savings

**REPORTS**

Visualizations

Articles

Annual Publications

**MORE**

About USAFacts

FAQ

Data Sources

Principles

Press Releases

Contact Us     Privacy Policy     Terms of Service

© 2023 USAFacts. All rights reserved.