IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, ET AL.,<br><br>*Plaintiffs*,<br><br>v.<br><br>TATE REEVES, in his official capacity as Governor of the State of Mississippi, ET AL.,<br><br>*Defendants*. | Case No. 3:23-cv-272-HTW-LGI<br><br>**PLAINTIFFS' MOTION FOR CLARIFICATION OF JUNE 1, 2023 ORDER ON JUDICIAL IMMUNITY** |

Plaintiffs respectfully move this Court for an order clarifying that the Court's June 1, 2023 Order granting Defendant Randolph's Motion to Dismiss (ECF No. 45) dismissed only Plaintiffs' request for injunctive relief as part of Plaintiffs' claim challenging H.B. 1020 § 1, and left intact Plaintiffs' remaining claims against Defendant Randolph: Plaintiffs' claims for declaratory relief on § 1 and for declaratory and injunctive relief on § 4.  *See* Compl., ECF No. 1 at 47-48, 50-51.  This motion is supported by Plaintiffs' Memorandum in Support of Motion for Clarification of June 1, 2023 Order on Judicial Immunity and the Transcript of May 22, 2023 Hearing (attached as Exhibit 1).

Respectfully submitted this 7th day of June, 2023.

/s/ *Eric H. Holder, Jr.*
Eric H. Holder, Jr. ,* DC Bar # 303115
Carol M. Browner,† DC Bar # 90004293
Megan A. Crowley,* DC Bar # 1049027
Gary S. Guzy,* DC Bar # 375977
Mark H. Lynch,* DC Bar # 193110
Brenden J. Cline,* DC Bar # 1021317
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-6000
Fax: (202) 662-6291
eholder@cov.com
cbrowner@cov.com
mcrowley@cov.com
gguzy@cov.com
mlynch@cov.com
bcline@cov.com

*Counsel for NAACP*

*Pro Hac Vice
†*Pro Hac Vice* Applications to be Filed

/s/ *Carroll Rhodes*
Carroll Rhodes, Esq. MS Bar, # 5314
**LAW OFFICES OF CARROLL RHODES**
POST OFFICE BOX 588
HAZLEHURST, MS 39083
Telephone: (601) 894-4323
Fax: (601) 894-1464
crhode@bellsouth.net

Janette Louard,† OH Bar # 066257
Anthony Ashton,† MD Bar # 9712160021
Joe R. Schottenfeld,* DC Bar # 1735796
**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**
4805 Mt. Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
Fax: (410) 358-9350
jlouard@naacpnet.org
aashton@naacpnet.org
jschottenfeld@naacpnet.org

*Counsel for All Plaintiffs*

*Pro Hac Vice
†*Pro Hac Vice* Applications to be Filed

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2023, I electronically filed the foregoing Plaintiffs' Motion for Clarification of June 1, 2023 Order on Judicial Immunity with the Clerk of the Court by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Mark H. Lynch
Mark H. Lynch