

**CIVIL LITIGATION DIVISION**

June 7, 2023

**VIA U.S. MAIL**
Arthur Johnston, Clerk
U.S. District Court for the Southern District of Mississippi
501 East Court Street, Suite 2.500
Jackson, Mississippi  39201

RE:  *NAACP, et al. v. Tate Reeves, et al.*; in the United States District Court for the Southern District of Mississippi (Northern Division); Case No. 3:23-cv-00272-HTW-LGI

Dear Mr. Johnston:

Enclosed for conventional filing in the above-reference matter is a USB flash drive containing video exhibits being filed in support of the defendants' response in opposition to the plaintiffs' motion for preliminary injunction [Dkt. #50]. An identical flash drive is being separately transmitted to Judge Wingate for the Court's review. Thank you for your assistance.

Very truly yours,

MISSISSIPPI ATTORNEY GENERAL'S OFFICE

Rex M. Shannon III
Special Assistant Attorney General
Deputy Director, Civil Litigation Division
Office:  601-359-4184
E-mail:  rex.shannon@ago.ms.gov

Enclosure
cc w/encl:    All Counsel of Record (via e-mail only)

WALTER SILLERS BUILDING * POST OFFICE BOX 220 * JACKSON, MISSISSIPPI  39205-0220
TELEPHONE (601) 359-3680