


ATTORNEY GENERAL
Post Office Box 220
Jackson, MS 39205
www.ago.state.ms.us

Civil RS



US POSTAGE — PITNEY BOWES
ZIP 39201 $ 001.50
02 4W
0000379531 JUN 07 2023



RECEIVED
JUN -8 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

Arthur Johnston, Clerk
U. S. District Court for the Southern District of Mississippi
501 East Court Street, Suite 2.500
Jackson, MS  39201