# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> TATE REEVES, in his official capacity as Governor of the State of Mississippi, ET AL., <br><br> *Defendants*. | Case No. 3:23-cv-272-HTW-LGI <br><br> **PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT** |

Plaintiffs respectfully move for leave to file a reply memorandum in support of their Motion for Preliminary Injunction (ECF No. 41) that exceeds by up to 5 pages the cumulative 35-page briefing limit set by Local Civil Rule 7(b)(5), resulting in a total page limit of 40 pages. In support of this Motion, Plaintiffs state that the issues raised in Defendants' 35-page Response in Opposition to Plaintiffs' Motion for Preliminary Injunction re Appointment of Judges (ECF No. 50) are sufficiently complex to require up to 5 additional pages from Plaintiffs in reply.

Plaintiffs have conferred with Defendants, and Counsel for Defendant Randolph takes no position on this Motion. Counsel for the remaining Defendants have no objection to this Motion.

Respectfully submitted this 9th day of June, 2023.

<div style="columns:2">

*/s/ Eric H. Holder, Jr.*
Eric H. Holder, Jr.,* DC Bar # 303115
Carol M. Browner,† DC Bar # 90004293
Megan A. Crowley,* DC Bar # 1049027
Gary S. Guzy,* DC Bar # 375977
Mark H. Lynch,* DC Bar # 193110
Brenden J. Cline,* DC Bar # 1021317
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-6000
Fax: (202) 662-6291
eholder@cov.com
cbrowner@cov.com
mcrowley@cov.com
gguzy@cov.com
mlynch@cov.com
bcline@cov.com

*Counsel for NAACP*

**Pro Hac Vice*
†*Pro Hac Vice* Applications to be Filed

*/s/ Carroll Rhodes*
Carroll Rhodes, Esq. MS Bar, # 5314
**LAW OFFICES OF CARROLL RHODES**
POST OFFICE BOX 588
HAZLEHURST, MS 39083
Telephone: (601) 894-4323
Fax: (601) 894-1464
crhode@bellsouth.net

Janette Louard,† OH Bar # 066257
Anthony Ashton,† MD Bar # 9712160021
Joe R. Schottenfeld,* DC Bar # 1735796
**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**
4805 Mt. Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
Fax: (410) 358-9350
jlouard@naacpnet.org
aashton@naacpnet.org
jschottenfeld@naacpnet.org

*Counsel for All Plaintiffs*

**Pro Hac Vice*
†*Pro Hac Vice* Applications to be Filed

</div>

### CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2023, I electronically filed the foregoing Plaintiffs' Unopposed Motion for Leave to Exceed Page Limit with the Clerk of the Court by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Mark H. Lynch*
Mark H. Lynch

2