UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE;
MISSISSIPPI STATE CONFERENCE OF
THE NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE;
JACKSON CITY BRANCH OF THE
NAACP; DERRICK JOHNSON; FRANK
FIGGERS; CHARLES TAYLOR;
MARKYEL PITTMAN; CHARLES JONES;
and NSOMBI LAMBRIGHT-HAYNES,

    *Plaintiffs*,

       v.

TATE REEVES, in his official capacity
as Governor of the State of Mississippi;
SEAN TINDELL, in his official capacity
as Commissioner of Public Safety; BO
LUCKEY, in his official capacity as
Chief of the Mississippi Department of
Public Safety Office of Capitol Police;
MICHAEL K. RANDOLPH, in his
official capacity as Chief Justice of the
Mississippi Supreme Court; and LYNN
FITCH, in her official capacity as
Attorney General of the State of
Mississippi,

    *Defendants*.

**Civil Action No. 3:23-cv-272-HTW-LGI**

## NOTICE OF APPEARANCE

    Undersigned counsel, Cliff Johnson, of the MacArthur Justice Center, 481 Chucky Mullins Drive, University, Mississippi 38677, hereby enters his appearance as co-counsel for

Plaintiffs in Civil Action No. 3:23-cv-351-TSL-RPM, *Jxn Undivided Coalition, et al. v. Tindell, et al*.

Dated: June 13, 2023

s/ *Cliff Johnson*
Cliff Johnson (MSB #9383)
MacArthur Justice Center at the
University of Mississippi School of Law
481 Chucky Mullins Drive
University, Mississippi 38677
cliff.johnson@macarthurjustice.org

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day filed the foregoing Notice of Appearance with the Southern District of Mississippi's Electronic Court Filing system which sent notification of filing along with a copy of the filed document to all counsel of record.

Dated: June 13, 2023

                                            _s/ *Cliff Johnson*