# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*;<br><br>*Plaintiffs*,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>*Proposed Plaintiff-Intervenor*,<br><br>v.<br><br>LYNN FITCH, in her official capacity as Attorney General of the State of Mississippi, and, STATE OF MISSISSIPPI, *et al.*,<br><br>*Defendants*. | Case No.<br>3:23-cv-272-HTW-LGI |

## CERTIFICATE OF THE ATTORNEY GENERAL

I, Merrick B. Garland, Attorney General of the United States, pursuant to 42 U.S.C. § 2000h-2, hereby certify that the case of *NAACP v. Reeves*, No. 3:23-cv-272 (S.D. Miss.), is a case of general public importance.

Signed this 12th day of July, 2023, at Washington, DC.

*/s/ Merrick Garland*
MERRICK B. GARLAND
Attorney General of the United States

1