## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*, <br><br> *Plaintiffs*, <br><br> and <br><br> UNITED STATES OF AMERICA, <br><br> *Proposed Plaintiff-Intervenor*, <br><br> v. <br><br> LYNN FITCH, in her official capacity as Attorney General of the State of Mississippi, and STATE OF MISSISSIPPI, *et al.*, <br> *Defendants*. | Civil Action No. <br> 3:23-cv-272-HTW-LGI |

## NOTICE OF APPEARANCE

COMES NOW the undersigned, Mitzi Dease Paige, Assistant United States Attorney, and hereby enters her notice of appearance as co-counsel for the Proposed Plaintiff-Intervenor, United States of America.

Dated: July 17, 2023

                                               Respectfully submitted,

                                               DARREN J. LaMARCA

                                               United States Attorney

                                               Mitzi Dease Paige (MSB # 6014)
                                               Assistant United States Attorney
                                               501 E. Court Street - Suite 4.430
                                               Jackson, Mississippi 39201
                                               601-973-2840 (Phone)
                                               601-965-4409 (Fax)
                                               E-Mail: Mitzi.Paige@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, MITZI DEASE PAIGE, Assistant U.S. Attorney, hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court using the MEC system, which sent notification to all counsel of record.

Dated: July 17, 2023

                                                          /s/ *Mitzi Dease Paige*
                                                          MITZI DEASE PAIGE