# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; JACKSON CITY BRANCH OF THE NAACP; DERRICK JOHNSON; FRANK FIGGERS; CHARLES TAYLOR; MARKYEL PITTMAN; CHARLES JONES; and NSOMBI LAMBRIGHT-HAYNES,<br><br>*Plaintiffs*,<br><br>v.<br><br>TATE REEVES, in his official capacity as Governor of the State of Mississippi; SEAN TINDELL, in his official capacity as Commissioner of Public Safety; BO LUCKEY, in his official capacity as Chief of the Mississippi Department of Public Safety Office of Capitol Police; MICHAEL K. RANDOLPH, in his official capacity as Chief Justice of the Mississippi Supreme Court; and LYNN FITCH, in her official capacity as Attorney General of the State of Mississippi,<br><br>*Defendants*. | Case No. 3:23-cv-272-HTW-LGI<br><br>**MOTION FOR ADMISSION OF EVAN WALKER-WELLS PRO HAC VICE AS A COUNSEL FOR THE PLAINTIFFS** |

COMES NOW Carroll Rhodes, a member of the Mississippi Bar, in good standing, and a member of the Bar of this Court, and moves the admission of Evan Walker-Wells, Esq., pro hac vice, as a counsel for the Plaintiffs. Attached to this Motion are the application for admission pro hac vice submitted by Evan Walker-Wells, Esq.,

1

along with a certificate from the Appellate Division of the Supreme Court of the State of New York Second Judicial Department of his admission to the Bar of the State of New York.

The undersigned submits that Evan Walker-Wells, Esq., has not been admitted in any other case in this jurisdiction.

The filing fee of $100.00 is being paid.

WHEREFORE, PREMISES CONSIDERED, Carroll Rhodes moves the Court for the admission of Evan Walker-Wells, Esq., pro hac vice, as a counsel for the Plaintiffs.

Respectfully submitted this 24th 2nd day of July, 2023.

| /s/ Eric H. Holder, Jr. | /s/ Carroll Rhodes |
|---|---|
| Eric H. Holder, Jr.,* DC Bar # 303115 | Carroll Rhodes, Esq. MS Bar, # 5314 |
| Carol M. Browner,* DC Bar # 90004293 | **LAW OFFICES OF CARROLL RHODES** |
| Megan A. Crowley,* DC Bar # 1049027 | POST OFFICE BOX 588 |
| Gary S. Guzy,* DC Bar # 375977 | HAZLEHURST, MS 39083 |
| Mark H. Lynch,* DC Bar # 193110 | Telephone: (601) 894-4323 |
| Brenden J. Cline,* DC Bar # 1021317 | Fax: (601) 894-1464 |
| **COVINGTON & BURLING LLP** | crhode@bellsouth.net |
| One CityCenter | |
| 850 Tenth Street NW | Janette Louard,* OH Bar # 066257 |
| Washington, DC 20001 | Anthony Ashton,* MD Bar # 9712160021 |
| Tel: (202) 662-6000 | |
| Fax: (202) 662-6291 | Joe R. Schottenfeld,* DC Bar # 1735796 |
| eholder@cov.com | **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE** |
| cbrowner@cov.com | 4805 Mt. Hope Drive |
| mcrowley@cov.com | Baltimore, MD 21215 |
| gguzy@cov.com | Tel: (410) 580-5777 |
| mlynch@cov.com | Fax: (410) 358-9350 |
| bcline@cov.com | jlouard@naacpnet.org |
| | aashton@naacpnet.org |
| *Counsel for NAACP* | jschottenfeld@naacpnet.org |
| | |
| **Pro Hac Vice* Applications to be Filed | |

2

*Counsel for All Plaintiffs*

\**Pro Hac Vice* Applications to be Filed

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2023, I electronically filed the foregoing Motion with the Clerk of the Court by using the Court's PACER/CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<u>/s/ Carroll Rhodes</u>
Carroll Rhodes