AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ *Plaintiff* v. _____ *Defendant* | ) ) ) ) ) | Case No. |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____          _____
                                                              *Attorney's signature*

                                                              _____
                                                              *Printed name and bar number*

                                                              _____
                                                              *Address*

                                                              _____
                                                              *E-mail address*

                                                              _____
                                                              *Telephone number*

                                                              _____
                                                              *FAX number*

<u>CERTIFICATE OF SERVICE</u>

I, J. ERIC RICH, Trial Attorney, hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court using the MEC system, which sent notification to all counsel of record.

Dated: July 27, 2023

<u>/s/ J. Eric Rich</u>
J. ERIC RICH