AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi

| | |
|---|---|
| NAACP, et al., *Plaintiff* <br> v. <br> LYNN FITCH, et al. *Defendant* | Case No. 3:23-cv-272-HTW-LGI |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 07/27/2023

/s/ Victor J. Williamson
*Attorney's signature*

Victor J. Williamson (DC 495783)
*Printed name and bar number*

United States Department of Justice
Civil Rights Division, Voting Section
950 Pennsylvania Ave NW, 4CON 8th Floor
Washington DC 20530
*Address*

victor.williamson@usdoj.gov
*E-mail address*

(202) 532-5421
*Telephone number*

(202) 397-3961
*FAX number*

## CERTIFICATE OF SERVICE

I, VICTOR J. WILLIAMSON, Trial Attorney, hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court using the MEC system, which sent notification to all counsel of record.

Dated:  July 27, 2023

*/s/  Victor J. Williamson*
VICTOR J. WILLIAMSON
