AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| NAACP, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Case No.  3:23-cv-272-HTW-LGI |
| LYNN FITCH, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                          .

Date: 07/27/2023

/s/ John A. Russ IV
*Attorney's signature*

John A. Russ IV (California 192471)
*Printed name and bar number*

United States Department of Justice
Civil Rights Division, Voting Section
950 Pennsylvania Ave NW, 4CON 8th Floor
Washington DC 20530
*Address*

john.russ@usdoj.gov
*E-mail address*

(202) 532-3902
*Telephone number*

(202) 397-3961
*FAX number*

## CERTIFICATE OF SERVICE

I, John A. Russ IV, Deputy Chief, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the MEC system, which sent notification to all counsel of record.

Dated:   July 27, 2023

/s/ <u>John A. Russ IV</u><br>
JOHN A. RUSS IV