**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

|  |  |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> TATE REEVES, in his official capacity as Governor of the State of Mississippi, ET AL., <br><br> *Defendants*. | Case No. 3:23-cv-272-HTW-LGI <br><br> **PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiffs respectfully move for leave to file a First Amended Complaint ("FAC"), which is attached hereto as Exhibit 1.  A redline of the FAC's changes from the original complaint is attached hereto as Exhibit 2.

As explained in the memorandum filed herewith, the proposed FAC adds seven defendants from whom Plaintiffs could obtain varying degrees of relief on Counts II and III if the Court enters a final order of dismissal of the Chief Justice and lifts the order restraining him from making the appointments to the Hinds County Circuit Court, thereby denying Plaintiffs the ability to obtain complete relief from Defendant Randolph.

To avoid piecemeal amendments, the proposed FAC adds two defendants from whom Plaintiffs could obtain partial relief on Count IV if Defendant Fitch ultimately is found not to be a proper defendant on that claim.  The proposed FAC also makes minor clarifying revisions.[1]

---

[1] Because the Court granted Consolidated Plaintiffs' preliminary injunction barring the enforcement of S.B. 2343 § 1(6)(c), Plaintiffs do not raise their First Amendment challenge to that provision at this time.  If the State later issues rules or regulations to effectuate that provision, Plaintiffs will promptly challenge the provision and any such rules or regulations.

1

Because leave to amend the pleadings should be granted "freely" and no "substantial reason" exists to deny leave, Plaintiffs respectfully request that the Court grant this motion.

Respectfully submitted this 3rd day of August, 2023.

*/s/ Mark H. Lynch*
Eric H. Holder, Jr. ,* DC Bar # 303115
Megan A. Crowley,* DC Bar # 1049027
Gary S. Guzy,* DC Bar # 375977
Mark H. Lynch,* DC Bar # 193110
Brenden J. Cline,* DC Bar # 1021317
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-6000
Fax: (202) 662-6291
eholder@cov.com
mcrowley@cov.com
gguzy@cov.com
mlynch@cov.com
bcline@cov.com

*Counsel for NAACP*

*Pro Hac Vice
**Pro Hac Vice* pending

*/s/ Carroll Rhodes*
Carroll Rhodes, MS Bar # 5314
**LAW OFFICES OF CARROLL RHODES**
POST OFFICE BOX 588
HAZLEHURST, MS 39083
Telephone: (601) 894-4323
Fax: (601) 894-1464
crhode@bellsouth.net

Joe R. Schottenfeld,* DC Bar # 1735796
Evan Walker-Wells,** NY Bar # 6050645
**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**
4805 Mt. Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
Fax: (410) 358-9350
jschottenfeld@naacpnet.org
ewells@naacpnet.org

*Counsel for All Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2023, I electronically filed the foregoing Plaintiffs' Motion for Leave to File First Amended Complaint with the Clerk of the Court by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Carroll Rhodes*
Carroll Rhodes