# **EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> TATE REEVES, in his official capacity as Governor of the State of Mississippi, ET AL., <br><br> *Defendants*. | Case No. 3:23-cv-272-HTW-LGI |

### [PROPOSED] ORDER

Upon consideration of the Plaintiffs' Motion for a Temporary Restraining Order to Restrain John/Jane Does 1-4 from Accepting Appointment, Taking the Oath of Office, or Otherwise Assuming Office as Temporary Special Judges for the Hinds County Circuit Court, the memorandum filed in support of the motion, the undisputed facts before the Court, and the entire record herein, Plaintiffs' motion is **GRANTED**.

It is therefore **ORDERED and ADJUDGED** that John/Jane Does 1-4 (the individuals whom the Chief Justice will appoint to the Hinds County Circuit Court if the current restraining order is lifted) are temporarily restrained from accepting appointment, taking the oath of office, or otherwise assuming office as temporary special judges for the Hinds County Circuit Court pursuant to H.B. 1020 § 1 pending a hearing and further order of the Court.

It is further **ORDERED** that the foregoing will take effect only if the current TRO restraining Chief Justice Randolph from making those appointments pursuant to H.B. 1020 § 1

1

(ECF Nos. 26, 38) is lifted, with the foregoing taking effect simultaneously with any lifting of the current TRO.

It is further **ORDERED** that Greg Snowden, the Director of the Administrative Office of Courts, is directed to have a copy of this Order given to each of John/Jane Doe 1-4 before they can take the oath of office.

It is further **ORDERED** that Plaintiffs will promptly cause notice of the issuance of this Order to be published in a newspaper of general circulation in the State of Mississippi.

It is further **ORDERED** that regardless of any lifting of the current TRO, the Court will hold a hearing on Plaintiffs' Motion for a Temporary Restraining Order to Restrain John/Jane Does 1-4 from Accepting Appointment, Taking the Oath of Office, or Otherwise Assuming Office as Temporary Special Judges for the Hinds County Circuit Court on _____, 2023 at ____ o'clock.

Dated: _____       _____
       .                             HENRY T. WINGATE
                                     UNITED STATES DISTRICT COURT JUDGE