# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; JACKSON CITY BRANCH OF THE NAACP; DERRICK JOHNSON; FRANK FIGGERS; CHARLES TAYLOR; MARKYEL PITTMAN; CHARLES JONES; and NSOMBI LAMBRIGHT-HAYNES,<br><br>*Plaintiffs*,<br><br>v.<br><br>TATE REEVES, in his official capacity as Governor of the State of Mississippi; SEAN TINDELL, in his official capacity as Commissioner of Public Safety; BO LUCKEY, in his official capacity as Chief of the Mississippi Department of Public Safety Office of Capitol Police; MICHAEL K. RANDOLPH, in his official capacity as Chief Justice of the Mississippi Supreme Court; and LYNN FITCH, in her official capacity as Attorney General of the State of Mississippi,<br><br>*Defendants*. | Case No. 3:23-cv-272-HTW-LGI<br><br>**MOTION FOR ADMISSION OF DAVID T. LEAPHEART PRO HAC VICE AS A COUNSEL FOR NAACP** |

COMES NOW Carroll Rhodes, a member of the Mississippi Bar, in good standing, and a member of the Bar of this Court, and moves the admission of David T. Leapheart, pro hac vice, as a counsel for NAACP. Attached to this Motion are the application for admission pro hac vice submitted by David T. Leapheart along with a certificate of his admission to the Bar of the District of Columbia.

1

The undersigned submits that David T. Leapheart has not been admitted in any other case in this jurisdiction.

The filing fee of $100.00 has been paid.

WHEREFORE, PREMISES CONSIDERED, Carroll Rhodes moves the Court for the admission of David T. Leapheart, pro hac vice, as a counsel for NAACP. Respectfully submitted this 4th day of August, 2023.

/s/ Mark H. Lynch
Eric H. Holder, Jr. ,* DC Bar # 303115
Megan A. Crowley,* DC Bar # 1049027
Gary S. Guzy,* DC Bar # 375977
Mark H. Lynch,* DC Bar # 193110
Brenden J. Cline,* DC Bar # 1021317
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-6000
Fax: (202) 662-6291
eholder@cov.com
mcrowley@cov.com
gguzy@cov.com
mlynch@cov.com
bcline@cov.com

*Counsel for NAACP*

*Pro Hac Vice*
**Pro Hac Vice* pending

/s/ Carroll Rhodes
Carroll Rhodes, MS Bar # 5314
**LAW OFFICES OF CARROLL RHODES**
POST OFFICE BOX 588
HAZLEHURST, MS 39083
Telephone: (601) 894-4323
Fax: (601) 894-1464
crhode@bellsouth.net

Joe R. Schottenfeld,* DC Bar # 1735796
Evan Walker-Wells,** NY Bar # 6050645
**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**
4805 Mt. Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
Fax: (410) 358-9350
jschottenfeld@naacpnet.org
ewells@naacpnet.org

*Counsel for All Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2023, I electronically filed the foregoing Motion with the Clerk of the Court by using the Court's PACER/CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Carroll Rhodes
Carroll Rhodes
