AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| NAACP, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:23-cv-272-HTW-LGI |
| LYNN FITCH, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                  .

Date:     08/09/2023

/s/ Kaitlin Toyama
*Attorney's signature*

Kaitlin Toyama (CA 318993)
*Printed name and bar number*

United States Department of Justice
Civil Rights Division, FCS
950 Pennsylvania Ave. NW, 4CON
Washington, DC 20530
*Address*

Kaitlin.Toyama@usdoj.gov
*E-mail address*

(202) 353-5311
*Telephone number*

(202) 307-0595
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Respectfully submitted,

/s/ *Kaitlin Toyama*
KAITLIN TOYAMA
Attorney, Federal Coordination and
Compliance Section
Civil Rights Division
U.S. Department of Justice