

## LocaliQ
### Mississippi
### GANNETT

PO Box 632030 Cincinnati, OH 45263-2030

## PROOF OF PUBLICATION

Covington & Burling LLP
850 10Th ST NW
ONE CITY CENTER,
Washington DC 20001-4956

STATE OF WISCONSIN, COUNTY OF BROWN

Before the undersigned authority personally appeared, who on oath says that he/she is a Legal Advertising Representative of The Clarion-Ledger, a newspaper as defined and prescribed in Sections 13-3-31 and 13-3-32, of the Mississippi Code of 1972, as amended, who, being duly sworn, states that the notice, a true copy of which is hereto attached, to be issues of said newspapers editions date as follows:

08/11/2023

That said newspaper was regularly issued and circulated on those dates and that the fees charged are legal.

Sworn to and subscribed before on 08/11/2023

_____
Legal Clerk

_____
Notary, State of WI, County of Brown

8-27-26
My commision expires

Publication Cost: $71.69
Order No: 9150383         # of Copies:
Customer No: 1024950      -1
PO #:

### THIS IS NOT AN INVOICE!
*Please do not use this form for payment remittance.*

```
NICOLE JACOBS
Notary Public
State of Wisconsin
```

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI NORTHERN DIVISION

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, ET AL.,
Plaintiffs,
v.
TATE REEVES, in his official capacity as Governor of the State of Mississippi, ET AL.,
Defendants.

Case No. 3:23-cv-272-HTW-LGI

NOTICE TO ANY PERSON CONSIDERING ACCEPTING AN APPOINTMENT AS A TEMPORARY SPECIAL CIRCUIT JUDGE FOR THE HINDS COUNTY CIRCUIT COURT

TO: JOHN/JANE DOES 1-4, in their individual capacities as pending appointees as temporary special judges of the Seventh Circuit District Court for the State of Mississippi

You have been named as a defendant in Plaintiffs' proposed First Amended Complaint in the above-captioned case.

Recently enacted legislation, H.B. 1020, directs the Chief Justice of the Mississippi Supreme Court to appoint four temporary special judges to the Hinds County Circuit Court. The above-captioned lawsuit is challenging this statute as a violation of equal protection of the law because it deprives citizens of Hinds County residents of the right, secured by the Mississippi Constitution and enjoyed by all other citizens of Mississippi, to elect their judges. Thus far, the Court has temporarily enjoined the Chief Justice from making the appointments, but the Chief Justice and the Attorney General of Mississippi have asked to Court to lift that temporary restraining order.

On August 3, 2023, the Plaintiffs filed a motion asking the Court, if it lifts the restraining order against the Chief Justice, to enjoin you from accepting appointment, taking the oath of office, or otherwise assuming office as a temporary special judge of the Hinds County Circuit Court. Because Plaintiffs do not yet know your identity, they have asked the Court to issue the new restraining order against John/Jane Does 1-4 and to add them as defendants in the case, with your name to be substituted when your identity becomes known. A copy of the motion for a temporary restraining order is available online at: https://tinyurl.com/NAACP-TRO-Mot. Further information about the pending proceedings is available from the publicly accessible electronic filing system of the United States District Court for the Southern District of Mississippi under the name and number of the case set forth above.

You should take any action you deem appropriate, which may include appearing and defending against Plaintiffs' proposed First Amended Complaint and motion for a temporary restraining order.

/s/ CARROLL RHODES
Carroll Rhodes, Esq., MS Bar # 5314
LAW OFFICES OF CARROLL RHODES
POST OFFICE BOX 588
HAZLEHURST, MS 39083
Telephone: (601) 894-4323
Fax: (601) 894-1464
crhode@bellsouth.net
8/11/23