IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

National Association for the
Advancement of Colored People,
et al                                                                                               Plaintiffs

vs.                                                             Case No. 3:23-cv-272-HTW-LGI

Tate Reeves, in his official capacity
as Governor of the State of Mississippi;
et al                                                                                               Defendants

## Notice

To all Counsel of Record:

        Please take notice that the dismissed Defendant, Michael K. Randolph, in his official capacity as Chief Justice of the Mississippi Supreme Court, files the following exhibits into the record herein, to-wit:

        1)        Attached as Exhibit 1 is the Opinion of the Mississippi Supreme Court, filed September 21, 2023, in Case No. 2023-CA-00584-SCT.

        Respectfully submitted, this the 21st day of September, 2023.

                                                                        Respectfully submitted,

                                                                        Michael K. Randolph, in his
                                                                        official capacity as Chief Justice
                                                                        of the Mississippi Supreme Court

                                                                        */s/ Mark A. Nelson*

                                                                        By:_____
                                                                        Mark A. Nelson, MB #3808

Of Counsel:

Mark A. Nelson, MB #3808
Ned A. Nelson, MB #105712
Nelson Law PLLC
7 Woodstone Plaza, Ste. 7
Hattiesburg, MS  39402
Telephone:  601.602.6031
Facsimile:  601.602.3251
mark@nelsonfirm.law
ned@nelsonfirm.law

## Certificate of Service

I, Mark A. Nelson, hereby certify that on this the 21st day of September, 2023, I electronically filed the foregoing with Clerk of the Court using the ECF system which will provide notice to all counsel of record.

/s/ *Mark A. Nelson*
_____
Mark A. Nelson