# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, ET AL., <br> Plaintiffs, <br> v. <br><br> TATE REEVES, in his official capacity as Governor of the State of Mississippi, ET AL., <br> Defendants. | Case No. 3:23-cv-272-HTW-LGI <br><br> Motion to Withdraw as Attorney |

I, Evan Walker-Wells, move to withdraw as attorney for all Plaintiffs in the above captioned case (National Association for the Advancement of Colored People ("NAACP"), Mississippi State Conference of the NAACP, Jackson City Branch of the NAACP, Derrick Johnson, Frank Figgers, Charles Taylor, Markyel Pittman, Charles Jones, and Nsombi Lambright-Haynes). In accordance with Local Rule 83.1(b)(3), this motion is duly noticed to all my clients and parties in this case by ECF and a proposed order is attached.

Plaintiffs will continue to be ably represented by Carroll Rhodes, Joseph Schottenfeld, and attorneys at Covington & Burling, LLP. This motion is filed with the consent of Plaintiffs and co-counsel.

Respectfully submitted,

/s/ Evan Walker-Wells
NAACP OFFICE OF GENERAL COUNSEL
4805 Mt. Hope Drive
Baltimore, MD 21215
443-927-6178

ewells@naacpnet.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2023, I electronically filed the foregoing Motion to Withdraw as Attorney with the Clerk of the Court by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Evan Walker-Wells
Evan Walker-Wells

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, ET AL.,<br>Plaintiffs,<br>v.<br><br>TATE REEVES, in his official capacity as Governor of the State of Mississippi, ET AL.,<br>Defendants. | Case No. 3:23-cv-272-HTW-LGI<br><br>Order Granting Motion to Withdraw as Attorney |

      Whereas Evan Walker-Wells, co-counsel, moves to withdraw as attorney for all Plaintiffs (National Association for the Advancement of Colored People ("NAACP"), Mississippi State Conference of the NAACP, Jackson City Branch of the NAACP, Derrick Johnson, Frank Figgers, Charles Taylor, Markyel Pittman, Charles Jones, and Nsombi Lambright-Haynes) pursuant to Local Rule 83.1(b)(3), and Plaintiffs are represented by co-counsel, Attorney Walker-Wells's Motion to Withdraw as Attorney in this matter is GRANTED.

_____

Henry T. Wingate

**UNITED STATE DISTRICT JUDGE**