# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, ET AL., <br> Plaintiffs, <br> v. <br><br> TATE REEVES, in his official capacity as Governor of the State of Mississippi, ET AL., Defendants. | Case No. 3:23-cv-272-HTW-LGI <br><br> Motion to Withdraw as Attorney |

    I, Evan Walker-Wells, move to withdraw as attorney for all Plaintiffs in the above captioned case (National Association for the Advancement of Colored People ("NAACP"), Mississippi State Conference of the NAACP, Jackson City Branch of the NAACP, Derrick Johnson, Frank Figgers, Charles Taylor, Markyel Pittman, Charles Jones, and Nsombi Lambright-Haynes). In accordance with Local Rule 83.1(b)(3), this motion is duly noticed to all my clients and parties in this case by ECF and a proposed order is attached.

    Plaintiffs will continue to be ably represented by Carroll Rhodes, Joseph Schottenfeld, and attorneys at Covington & Burling, LLP. This motion is filed with the consent of Plaintiffs and co-counsel.

Respectfully submitted,

| | |
|---|---|
| /s/ *Evan Walker-Wells* | /s/ *Carroll Rhodes* |
| Evan Walker-Wells,* NY Bar # 6050645 | Carroll Rhodes, Esq. MS Bar, # 5314 |
| **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE** | **LAW OFFICES OF CARROLL RHODES** POST OFFICE BOX 588 HAZLEHURST, MS 39083 |
| 4805 Mt. Hope Drive | Telephone: (601) 894-4323 |
| Baltimore, MD 21215 | Fax: (601) 894-1464 |
| Tel: 917-671-7240 | crhode@bellsouth.net |
| ewells@naacpnet.org | |
| *Pro Hac Vice* | *Counsel for All Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2023, I electronically filed the foregoing Motion to Withdraw as Attorney with the Clerk of the Court by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Evan Walker-Wells
Evan Walker-Wells