# **EXHIBIT A**

```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      NORTHERN DIVISION


               CIVIL CASE NO. 3:23CV272-HTW-LGI

NAACP, MISSISSIPPI NAACP,                            PLAINTIFFS
JACKSON NAACP, DERRICK JOHNSON,
FRANK FIGGERS, CHARLES TAYLOR
MARKYEL PITTMAN, CHARLES JONES



AND

UNITED STATES OF AMERICA                  PLAINTIFF INTERVENOR

VERSUS

SEAN TINDELL, COMMISSIONER OF                        DEFENDANTS
PUBLIC SAFETY; BO LUCKEY, CHIEF
OF THE OFFICE OF CAPITOL POLICE;
CHIEF JUSTICE MICHAEL K. RANDOLPH;
LYNN FITCH, ATTORNEY GENERAL

                       CONSOLIDATED WITH

JXN UNDIVIDED COALITION,                             PLAINTIFFS
MISSISSIPPI VOTES, PEOPLES
ADVOCACY INSTITUTE, MISSISSIPPI
POOR PEOPLES CAMPAIGN, BLACK VOTERS,
MATTER, RUKIA LUMUMBA, AREKIA
BENNETT-SCOTT, DANYELLE HOLMES

VERSUS

SEAN TINDELL, COMMISSIONER OF                        DEFENDANTS
PUBLIC SAFETY; BO LUCKEY, CHIEF
OF THE OFFICE OF CAPITOL POLICE




                 TRANSCRIPT OF STATUS CONFERENCE

            BEFORE THE HONORABLE HENRY T. WINGATE
                UNITED STATES DISTRICT JUDGE

                     SEPTEMBER 13, 2023
                    JACKSON, MISSISSIPPI
```

```
 1   APPEARANCES:

 2

 3   FOR THE PLAINTIFFS, NAACP, ET AL:

 4        CARROLL EDWARD RHODES, ESQUIRE
          LAW OFFICES OF CARROLL RHODES
 5        POST OFFICE BOX 588
          HAZLEHURST, MISSISSIPPI  39083
 6
          BRENDEN CLINE, ESQUIRE  (VIA ZOOM)
 7        MARK H. LYNCH, ESQUIRE
          DAVID LEAPHEART, ESQUIRE   (VIA ZOOM)
 8        COVINGTON & BURLING, LLP
          ONE CITY CENTER
 9        850 10TH STREET N.W.
          WASHINGTON, DC  20001
10
          EVAN WALKER-WELLS, ESQUIRE
11        JOSEPH SCHOTTENFELD, ESQUIRE   (VIA ZOOM)
          NAACP OFFICE OF GENERAL COUNSEL
12        4805 MT. HOPE DRIVE
          BALTIMORE, MD   21215
13

14   FOR THE CONSOLIDATED PLAINTIFF, JXN UNDIVIDED COALITION, ET AL:

15        PALOMA WU, ESQUIRE
          MISSISSIPPI CENTER FOR JUSTICE
16        210 E. CAPITOL STREET, SUITE 1800
          JACKSON, MISSISSIPPI  39201
17

18   FOR THE PLAINTIFF INTERVENOR, UNITED STATES:

19        JOHN ALBERT RUSS, ESQUIRE
          U.S. DEPARTMENT OF JUSTICE
20        950 PENNSYLVANIA AVENUE, N.W.
          ROOM NWB-7254
21        WASHINGTON, DC  20530

22        ANGELA GIVENS WILLIAMS, ESQUIRE
          MITZI DEASE PAIGE, ESQUIRE
23        U.S. ATTORNEY'S OFFICE
          501 EAST COURT STREET
24        SUITE 4.430
          JACKSON, MISSISSIPPI  39201
25
```

```
 1   APPEARANCES: (Continued)

 2   FOR THE DEFENDANTS, SEAN TINDELL, BO LUCKEY, LYNN FITCH:
         REX M. SHANNON, III, ESQUIRE
 3       GERALD L. KUCIA, ESQUIRE
         MISSISSIPPI ATTORNEY GERNERAL'S OFFICE
 4       550 HIGH STREET, SUITE 1100
         JACKSON, MISSISSIPPI  39201
 5

 6   FOR THE DEFENDANT, CHIEF JUSTICE MICHAEL K. RANDOLPH:

 7       MARK A. NELSON, ESQUIRE
         NELSON LAW, PLLC
 8       7 WOODSTONE PLAZA, SUITE 7
         HATTIESBURG, MISSISSIPPI  39402
 9

10   FOR THE CONSOLIDATED DEFENDANTS:

11       J. CHADWICK WILLIAMS, ESQUIRE
         OFFICE OF THE ATTORNEY GENERAL
12       550 HIGH STREET's
         JACKSON, MISSISSIPPI  39201
13

14

15

16

17

18

19

20

21

22   REPORTED BY:  TERI B. NORTON, RMR, FCRR, RDR
                   501 E. COURT STREET, SUITE 2.500
23                 JACKSON, MISSISSIPPI  39201
                   (601)608-4186
24

25
```

1  anywhere in the State of Mississippi, whereas a municipal judge
2  shall be a qualified elector of the county in which the
3  municipality is located.
4      Four, the CCID court shall be repealed in 2027, while
5  municipal courts traditionally have no established ending date.
6      This Court, thus, is not persuaded by the plaintiffs'
7  argument that because the Chief Justice does not traditionally
8  appoint municipal judges in Mississippi, his appointment of a
9  judge in a municipal-like court is a nonjudicial act.
10     As I said before, this judgeship, CCID, this judgeship is
11 not a traditional municipal court.  It is a municipal-hybrid
12 court which the legislature has full authority to create.  So
13 this court is the first of its kind, not a court in a long line
14 of such courts, but it appears to this Court that it is a
15 hybrid court.  And being a hybrid court, it needs to be
16 accorded the status of such.
17     The Court finally addresses plaintiffs' argument that
18 despite this Court's grant of judicial immunity, the Chief
19 Justice is subject to claims for declaratory relief under
20 Section 1 and under Section 4.  The Fifth Circuit has held that
21 a judge is not a proper party to a lawsuit challenging a state
22 law's constitutionality because "no case or controversy exists
23 between a judge to adjudicate claims under a statute and a
24 litigant who attacks the constitutionality of the statute,
25 unquote.

```
 1
 2
 3                    CERTIFICATE OF COURT REPORTER
 4
 5        I, Teri B. Norton, RMR, FCRR, RDR, Official Court
 6   Reporter for the United States District Court for the Southern
 7   District of Mississippi, appointed pursuant to the provisions
 8   of Title 28, United States Code, Section 753, do hereby certify
 9   that the foregoing is a correct transcript of the proceedings
10   reported by me using the stenotype reporting method in
11   conjunction with computer-aided transcription, and that same is
12   a true and correct transcript to the best of my ability and
13   understanding.
14        I further certify that the transcript fees and format
15   comply with those prescribed by the Court and the Judicial
16   Conference of the United States.
17
18
19
20             s/ Teri B. Norton
               TERI B. NORTON, RMR, FCRR, RDR
21             OFFICIAL COURT REPORTER
22
23
24
25
```