# Exhibit 6

# Mississippi Legislature, MS Senate Judiciary B - Room 409 - 31 January, 2023; 4:30 PM, YouTube (Jan. 31, 2023),
## https://www.youtube.com/watch?v=zdBJFrIUAac

## Transcript (auto-generated)

0:00
first online and 24 you have including
0:05
the governor's mansion within the list of state-owned buildings Every Which the office of
Capitol Police has jurisdiction so that was Senator Holt's
0:12
bill which has been included in this and then if you'll go over to lines 83
0:17
through 86 it adds language stating the Department of Public Safety shall have jurisdiction
relative to the enforcement
0:24
of all laws of the state of Mississippi within the boundaries of the city of Jackson Mississippi and
then there's
0:29
conforming language throughout the rest of the bill that essentially says the same thing which is
that we're not
0:35
expanding the capital complex improvement district we're merely stating that the capitol police
force
0:42
would help jurisdiction outside of what's currently the ccid and expand
0:48
that all the way to include the entire city of Jackson so that's what the two prongs of this bill
accomplishes as it
0:56
is written and I'll be happy to recognize commissioner Tyndall if you would like
1:02
to speak to this bill I feel like the obviously
1:11
confidence to the extent of this body the governor
1:17
excited we should explain that whether it's going on
1:30
um [Music]
1:38
but I will say there's also found when they're pursuing
1:44
[Music]
1:54
now there are no dollars in this bill obviously there's a question that I
1:59
received from some people so this merely would expand your addiction and power
2:04
and if this were to pass of course you would take the issue of Appropriations up with the
Appropriations Committee as
2:11

to whatever additional resources you might would need to accomplish this task is that right
2:18
body apology
2:32
City Sheriff has conversation within the
2:37
symptoms really we're just doing that same thing yeah
2:45
and that brings up a point I'm glad you mentioned lines 94 through 99 it does uh
2:52
basically mandate cooperation between all the parties states of the commissioner of the Department of Public
2:58
Safety and city of Jackson shall enter into a membrane of understanding by January the 30th of 2024 which will be
3:06
mutually beneficial to both parties detailing the expectations of both parties the execution or failure to
3:12
execute such memorandum will not affect this grain of jurisdiction but it is the legislative intent obviously for you all
3:19
to work collaboratively and not you know Converse each other and I will say
3:24
contrary mediator is just going to have in there
3:32
but we would provide assets
3:37
license department
3:43
um so we have been working
3:49
in the beginning right
3:55
gotcha all right Senator Barnett for questions yes just one quick question
4:01
um I think what y'all trying to do is it's a good thing the question is
4:08
um are going to address the issue in regards to
4:13
what you may be or what your officers may be at at a time of arrest Chase or whatever is to make sure that there's no
4:21
conflict between yourself and the uh Jackson Police Department because
4:27
I don't want him to get to to be a war or you know who should be here who

4:32

shouldn't be here and those type of things so or those things and being considered while while

4:39

you all are working on memorandum of understanding yes they have been addressed originally

4:50

um

5:13

cooperation and

5:21

also you know I know that jpd or the city of Jackson is not fond of the idea

5:27

of car chase so if

5:33

are you all working through that as well you know to make sure that everything is agreed up on by both departments so that

5:39

one department is not or it appears to be acted independently of the other one without both of them having the same

5:46

duties and the same responsibilities in the areas that are being patrolled

5:52

just from our perspective we're going to chase in the valley where we saw online

6:10

conversely is there a new Pursuit policy in the city of Jackson on jpd

6:22

all right other questions [Music] for me or for Senator

6:28

judge and commissioner Tyndall any of those all right Motion sounds Bishop do

6:33

pass you've heard the message committee sub all in favor say aye aye any opposed nay oh

6:39

okay do you guys have it I believe okay the eyes have it all right next bill is

6:45

and thank you commissioner we appreciate it the next bill is House Bill 1125 and

6:51

I will call that one up let me go over uh sort of a breakdown of what this bill does which may answer

6:59

some of your questions I've been studying this over the weekends this was assigned to us late Friday so

7:07

um let me just give you a quick breakdown and then we'll take questions and let anyone speak that would like to speak on the bill before we vote so

7:13

section one of course is the naming of the ACT um the regulated experimental adolescent

7:19

4

procedures or repact uh section two deals with the key definitions
7:25
um obviously in this context sex means the biological indication of male or female
7:30
cross-sex hormones lines 47-53 means testosterone given to females and
7:36
estrogen given to males uh it's 56 through 77 deals with gender
7:41
reassignment surgery meaning medical or surgical Services which alter remove physical or uncomfortable features
7:47
excluding circumcision which are typical or an individual sex the sections
7:53
specifically names procedures including liposuction voice surgery and mastectomies and on line 78 through 82
8:01
deals with gender transition meaning the process of identifying with a different sex Minds 83 through 110 fills with the
8:09
definition of gender transition services this includes prescribing puberty blocking drugs cross-sex hormones and
8:16
gender reassignment surgery specifically in this answer the question I had about this bill this section specifically
8:23
excludes some procedures related to medically verifiable disorders related to sex development such as
8:29
hermaphrodites procedures related to the treatment of a disease a mastectomy for breast cancer
8:34
and circumcision so those questions which are good questions are answered in
8:40
lines 83 through 110 and there are exceptions in this bill for those procedures that are medically necessary
8:46
section three lines 129 through 131 prohibits providing gender transition
8:52
procedures to a person under 18 in the state of Mississippi binds 132 through
8:57
136 prohibits aiding and abetting providing gender transition procedures to a person under 18. and there is an
9:05
exception for speech protected under federal and state law in this section and section three section four then
9:12

purpose public funds provided by the U.S or state governments to be used to provide gender transition procedures to

9:18

a person under 18 lines 145 through 151 prohibits Health Care Facilities owned

9:24

by the state or local and County government and positions employed by the state or local and County governments from from providing gender transition

9:32

procedures lines 152-156 amounts paid by an individual or

9:37

entity for gender transition procedures or as premiums for Health Care coverage that includes coverage for gender

9:43

transition procedures is not deductible or state income tax purposes lines

9:49

157-166 authorizes a revoking license for positions or other Health Care Professionals who violate the section

9:55

lines 167 through 173 provides a cause of action with an opportunity to receive

10:01

receive compensatory punitive damages and junk to relieve declaratory relief and any other appropriate relief lines

10:08

174 through 181 there is a 30-year statute limitations for any person claiming a violation except a child

10:15

subjected to a gender transition service which also has a 30-year statute of

10:21

limitation specifically for them lines 187 through 189 provides attorneys fees

10:27

for the prevailing party bonds 190 through 196 provides that the attorney general has the power to bring action to

10:34

enforce compliance with this act or to intervene in another action then section

10:40

6 there's lines 533-535 conforming language to the provisions of the AI prohibiting income

10:46

tax deductions for Health Care coverage allowing gender transition procedures section 7 provides that Medicaid shall

10:53

not reimburse or provide coverage for gender transition procedures for a person under 18 years of age lines one

11:00

and I'm sorry Section 8 on 658 through 659 conforming language the provision

11:05

6

and the ACT allowing Health Care Professionals licenses to be revoked when they violate this act section 9
11:12
bonds age 27-828 conforming language the provision and the acts allowing
11:17
Healthcare professionals licenses to be revoked when they violate this act section 10 lines
11:23
860-864 conforming language to exclude gender transition procedures from the definition of the practice of medicine
11:28
section 11 conforming language which provides a health insurance coverage is
11:34
not required to provide coverage for gender transition procedures for a person under 18 section 12 starting in
11:40
line 9 24 providing that health insurance coverage for state employees shall not include reimbursement for a
11:46
change or transition procedures for a person under 18 section 13 carves out an
11:52
exception the statutes providing immunity when an employee of the state liberal subdivision is acting when the
11:57
scope of his or employment for this procedure section 14 carving out the
12:02
exception of the statute providing immunity for health care providers or facilities acting in good faith and in accordance with generally accepted
12:08
Health Care standards and then section 15 is a severance clause and the bill is effective upon passage
12:16
that is a not so brief but I think important explanation of the various
12:21
sections of this bill I'll be happy to try and answer any questions
12:26
Senator Mr chair thank you Mr chairman I have an amendment
12:32
if you have any questions first no questions senators Wiggins did you have a question yeah
12:38
sure there's a lot of body language in this bill criminalizing
12:45
doctors have we discussed anything with the State Medical Association has any doctors been asked about this I have not
12:54
had this conversation I know this bill originally in the house they took it up in the house sent it over here the

13:00
lieutenant governor signed it to this committee on Friday afternoon so I've done my due diligence to try and
13:07
understand what the bill does at this point but I understand your question I have not had this conversation well I
13:12
mean usually when we're dealing with met in public health or whatever and it's dealing with doctors in the State
13:18
Medical and all that we inquire about them we talk to them we figure that out done and so I personally have not heard
13:26
anything from any doctors on this and this bill is uh is you know bringing that bringing
13:34
that into question also I had a question about 132 to 136. okay
13:43
I'm and this is I assume this is criminal in nature is this a criminal
13:49
provision I would say here
13:55
um knowingly engaging conduct at AIDS or at bets what is
14:01
there's no criminal um okay and and the gravity turn again correct me if I'm wrong there are no
14:08
criminal penalties in here the the penalties would include if you're a healthcare professional losing your
14:13
license okay and then if you're not if you're just a person aiding and abetting
14:19
you can be sued for damages but those are all civil in nature okay you
14:24
answered my question on that yeah that's a great question I asked it myself so that's okay so the aiding and abetting
14:30
is only applying of a civil nature yes okay and so the criminal
14:37
in in the doctor can lose his life his or her license no
14:42
criminal because there's no criminal penalties outside of what is already there yes sir
14:48
all right thank you sure I think there's another hand maybe I saw
14:55
somewhere anybody all right Senator Simmons you had an amendment you would like to be recognized yes sir Mr chairman I
15:02

recognize well thank you so much Mr chairman I'll move the table well that's not an amendment do you have

15:07

an amendment you would like to to make I mean you're welcome to for the other as well but I just want to make

15:13

sure and we know what we're doing let me try to motion first okay okay fair enough

15:19

um all right would you like to speak on your emotions table uh I mean this this is just a lot I know I've gotten a call

15:25

calls from several of my doctor friends who are concerned and we are entering into the whole field of medicine and uh

15:33

trying to tell doctors what they can and what they cannot do and uh I really would love if we just continue to look

15:40

at the issue and of course we come here every every year Mr chairman and uh we

15:45

can look at it during the summer called um committee meetings on it during the

15:50

summer and study the issue get doctors involved uh more people involved and and

15:56

come up with something that everybody can live with so right now uh and I understand it's a killing motion but but that is my motionless chair sure would

16:03

anyone else like to speak on the mission sooner Barnett yes thank you Mr chair

16:09

I feel the same way as Senator Simmons and I've had phone calls and regards that too and doctors basically saying

16:16

that while we treat this any different than we do plastic surgeons

16:27

everything else so why should this particular thing be treated any different than that now

16:34

then they're going to be afraid to do any of those type of things because someone may be used to lower interpreted

16:41

differently Jim likes to do and it just was a a cosmetic but this is cosmetic what

16:49

else thinking I would like to speak against the motion um and I will say I I differ uh with you

16:57

all I respect your opinions certainly and we'll vote and let the majority will

17:03

control here but what we're talking about is to bring it back around our children

17:08

under 18. so we're talking 0 to 17 years of age here and we're talking about
17:14
these kids that can't make these decisions for themselves you can't as an eight-year-old walk up into the doctor's
17:20
office and say please change my sex from A to B or B to a
17:26
and if there are parents out there alleged parents who are doing these
17:31
things to their children making life-changing decisions some of which are irreversible I've done quite a bit
17:38
of research over the weekend a deep dive and crash course you should do the same if you have some concerns about this
17:44
bill the pictures of what is done to these children many of whom later go on to
17:52
wish their parents had not done this to them and then there's very little that can be done to reverse at that point
17:58
once parts are missing and you can't put them back let's just leave it at that so
18:04
I'm not talking about someone 18 years of age or older they can do whatever they want to do we're talking about
18:09
minors of no control over what is done to their bodies because some parent
18:15
decides oh I think he ought to be a sheer she ought to be a he that's what
18:20
we're talking about here so it is not just like plastic surgery in all due respect we're not talking about removing
18:27
a mole or changing a hairline or doing a breast reduction or any of these sorts
18:33
of things we're talking about the total and complete removal of parts that God gave you in trying to reverse that we're
18:41
talking about anti-puberty hormone drugs they keep people from developing we're talking
18:48
about all sorts of things many of which cannot be reversed as a minor and now
18:54
you're saying that it's just a mere choice or it's a
19:00
cosmetic type deal no I I differ with you on that and I would challenge you if
19:07

10

you feel that way to do a little research do a little Google searching this afternoon and you'll be surprised
19:13
at what is taking place and unfortunately a lot of it is being driven by money there's a lot of money
19:19
to be made by these industries and whereas there used to be about seven of these across the country it's a few few
19:26
years later they know over 300 across the country and they're churning out these Transitions and they're making a
19:32
lot of money off of this and it's sad it's very very sad but um again you're
19:37
recognized for your emotion are there anyone else that would like to speak Senator Sparks
19:43
thank you Mr chairman um I just want to ask a couple questions I realize you don't practice medicine
19:50
but is it your understanding that there have been
19:56
um carve outs or consideration for people who have medical necessary
20:01
procedures yes sir okay there are in lines um 83 through 110
20:10
um for instance circumcision if you have
20:15
breast cancer you know at that age which happens sometimes a mastectomy can be
20:21
performed or for people they're born with both sets
20:26
of genitalia essentially and that can be corrected is it also your understanding
20:33
that things such as Purity blockers if medically necessary would also be allowed yes okay
20:41
and the the issue is treatment
20:47
for the purpose of moving toward um
20:53
a surgery to change the sex of an individual is that correct that's correct so it is not the intent of this
20:59
legislation you know where's the language legislation to remove any of those
21:06
medical considerations but is to not allow things that lead toward
21:13

11

procedures to attempt to change sex is that correct that's correct um

21:18

Mr chairman are you allowed to drive a car

21:24

at any age in this state missing I believe it was 15 when I was that age

21:30

is it not 16 now I believe so are you allowed to own land in your name

21:36

before the age of 18 or 21. you certainly can't sell it are you allowed to be placed in your

21:43

name I think are you allowed to be a member of a company an LLC yes sir

21:49

are you allowed to enter into a contract before the age of 18. you cannot so you can't enter into any contract to

21:57

your knowledge that would be held against the other party before the age of 18. that's correct

22:04

so if I went down and bought a car and I was under the age of 18 and I signed a finance agreement

22:11

and I left the lot with that car and drove it and wrecked it or didn't pay for it there was no recourse against me

22:18

not unless you have been made and an adult emancipated in other words okay

22:25

um can you buy a pack of cigarettes before you're 21. I hope not

22:31

is the reason we don't allow people to buy cigarettes as we worry about their health or we just don't want people to

22:37

have cigarettes I would think it's a public policy to protect the health of the children

22:43

do we allow you to drink alcohol legally before you're 21. no sir

22:48

why not I think it's to protect the health Public Safety is it possible that you're

22:55

not able to make solid decisions at that youthful position that might impair your

23:02

life or affect your life yes and this is this bill

23:09

preventing an adult from making adult decisions when it

23:15

comes that time not even that not even an 18 year old could make that decision under this bill okay

23:22

and this bill does not prevent anyone seeking um

23:27
treatment for counseling does it yes sir thank you Mr
23:34
chairman I I would ask that you vote against the table motion thank you
23:39
Senator Hickman uh Mr chairman can you explain to me
23:44
section four of this field I will certainly try section four is intended to prohibit
23:51
public funds provided by the U.S or state governments be used to provide gender transition procedures to a person
23:56
under 18 years of age rehabits Healthcare facilities owned by the state or by local County or government positions employed by the state or local
24:03
County governments from providing gender transition procedures and states that
24:08
amounts paid by an individual or entity for gender transition procedures or as premiums for Health Care coverage that
24:15
includes coverage for gender transition procedures is not deductible for state income tax purposes
24:21
so it is I guess my question is the section for um I guess where a lack of better words
24:27
the general meat of this bill is section four and and and and I'm just kidding so
24:32
I guess overall my question is does this only prohibit public funds from being
24:38
used to do so or yes or does it prohibit the procedures in general yes and yes
24:44
so it does both yes I guess my question would be why would we need to if if you can't do a
24:51
procedure on someone 18 or younger why would we need to prohibit the use of
24:57
funds for doing something that you can't do anyway I think it's just been comprehensive okay
25:02
uh that's that's what that's why I didn't understand yes sir I understand all right back to your emotion um
25:08
Senator simminger recognize the clothes on your motion what question before I closed uh chairman is there anywhere in
25:13
Mississippi that you can actually get this transition service you know I think um there are places in
25:20

13

Mississippi that do hormone therapies yes
25:25
because I mean some of them are medically required and necessary so by definition yes
25:31
thank you so much chairman x uh for support for my motion the table to build
25:37
all right Senator Simmons has been recognized as made emotions table the bill all in favor say aye um
25:45
and it is appear to have it the nose amendment was born you recognize for an
25:50
amendment I move to put a reverse appear a little bit all right would you like to explain your Amendment
25:55
um or speak to on it and you don't have to I'm just giving you that option oh thank you Mr chairman it's just that uh
26:02
with the concerns that I I guess Senator we can start off expressing and certainly Senator Barnett and I know
26:08
based upon what some of my doctor uh constituents have called me about
26:14
um I just think that it is appropriate if we'll put a reversal pillar in it and continue to look at this legislation as
26:20
it moves through the Senate and back to the house and to the extent we can
26:26
um if it could make improve the bill if if that's even possible that we get an opportunity to do that
26:32
all right anyone would like to ask a question or speak on that I would oppose it any um
26:40
anybody else wants to speak all right all in favor of the amendment to adverse people or say aye aye any opposed name
26:46
no believe the news have it but no Sabbath Promotion Center Hill
26:53
auspicious sorry you're welcome recognized Senator um I hope I agree with everything the
27:00
Chairman's saying and my question is uh what are we doing these parents who
27:07
have responsibility for these children under 18 what who make these decisions
27:13
to do that how are we holding them responsible well is it in the bill if they engage in
27:19
assuming this bill comes law now of course right um under this bill that person is by definition aiding and

14

27:26
abetting in that should they find a way to get that done after this becomes law um they could be sued for damages
27:34
so okay civilly who would sue okay let's say the
27:40
child I'm sorry the parent of the child makes this decision because by the way for this any of that to happen the
27:46
parent has to sign off on the medical procedure yes and that happened so who's going to be the one to go and Sue the
27:53
parent for damages anyone can do so anyone so this is modeling after the Texas law
27:59
yes sir so Bryce Wiggins can go and Sue that person for the person down the
28:05
street you can't do that okay what about the attorney general the Attorney General can also bring the action and
28:11
the district attorney yes sir under this bill
28:19
has in that in that legis that Texas provision before the U.S Supreme Court
28:26
aren't they looking at that they've upheld it they upheld it okay well let me say that they chosen they
28:32
heard it they chose not to strike it down right I don't know if that's the same as upholding it um depending on your your
28:39
view but they have heard it they've chosen not to strike that down okay okay thank you all right any other questions
28:46
Senator motion file sufficiency pass all right Senator Hickman had a just just one quick question sure and this was uh
28:53
kind of coming off Senator Wiggins uh question yes so if if someone
28:58
took a child to another state uh they could be penalized under this and had one of these procedures performed could
29:05
they be penalized under no that's not true um it's not my understanding
29:12
we only control the laws when the boundaries of the state of Mississippi now parents use it to go to you know New
29:19

York or wherever they want to go to La and do this that would be controlled by the state of laws in that state the
29:25
Aiden have been stuck out to me so I was like well I understand sorry no that's not my understanding no
29:31
sir all right any other questions good ones all around all right Senator Hill I'm
29:37
sorry ocean pal should be fast I've heard the motion all in favor say aye aye aye opposed nay
29:43
I believe the eyes have it the ass after a division okay
29:49
you're welcome thank you so much thank you
30:00
okay
30:10
I mean did you look at it because it's the house

# Mississippi Legislature, MS House Floor - 7 February, 2023; 10:00 AM, YouTube (Feb. 7, 2023), https://www.youtube.com/watch?v=HtruSFI0avs

## Transcript (auto-generated)

0:24
laughs
2:18
[Music]
4:08
okay
4:27
[Music]
4:41
foreign
5:21
[Music]
5:43
[Music]
6:07
foreign
6:42
have
6:48
[Music]
6:57
[Music]
7:04
a minimum
7:37
we ripped
8:40
thank you let the house please be in order please stand as we are LED in prayer this morning the gentleman from itawamba is
8:47
going to introduce Our Guest for the day
8:53
good morning I'm honored today to introduce the
8:59
speaker he's a good friend of mine uh if if all the trees were cut between my house and his we could see each other so
9:06
he's a he's a good friend of mine but his brother Terry Booker from the fine Grove Freeville Baptist Church
9:15
to begin I want to thank you for this opportunity and this invitation I represent a small group 46 churches
9:25
but I also represent those pastors who labor and anonymity but whose prayers go
9:32
up on your behalf ladies and gentlemen that you know that you have an army that

9:37
bombards the Throne of God most every day to ensure that you have the hand of
9:45
God upon your work may we pray
9:50
as we pause for this time of prayer it's more than just a formality or
9:59
ritual but a moment to approach acknowledge
10:05
and appeal to you almighty God as the supreme authority
10:11
to which we are accountable even though I may be the appointed
10:16
spokesman for this prayer I'm not the only one who is actively
10:22
engaged in praying at this time together we are dependent upon your
10:29
spirit to make intercession for us in the name of Jesus Christ Our Lord
10:38
we pray that Clarity of thought and reason
10:43
be given through the anointing Heavenly wisdom and holy knowledge
10:50
to reveal answers to complex problems and issues
10:58
we pray enable each one to possess and
11:04
demonstrate an attitude of being a servant of yours
11:10
for the people whom they represent
11:16
we pray that as a result of your guidance the efforts of this distinguished
11:22
assembly will result in acceptable decisions that please you
11:30
we pray accomplish your perfect plan for what is
11:36
in the best interest of all the people of our great state that we may lead
11:44
quiet and Peaceable lives in all godliness and honesty
11:51
may you be honored and glorified in our hearts as we humbly submit this petition
11:59
to you Almighty amen
12:07
join me in the pledge salute pledge I pledge allegiance to the flag of the

12:13
United States of America to the Republic for which it stands one
12:19
nation under God indivisible with liberty and justice for all right
12:40
here's the reindeer
12:54
thank you open the machine Madam Clerk
13:08
close the machine Madam Clerk there's a core press Mr Speaker we will have the reading of the journal
13:15
the gentleman from Rankin representative Weathersby moves we dispense with the reading of the journal all in favor say
13:20
aye opposed no the eyes have it reporters select committees we have done Mr Speaker
13:25
before the standing committees we have reports on the counter Mr Speaker introduction of bills and Constitutional
13:31
Amendments the gentleman from Marion gentleman from Marion you recognized
13:37
thank you Mr Speaker I ask you unanimous consent dispense for the reasoning of the introductions their objection
13:44
hearing none Mr clerk we will follow that procedure resolutions petitions memorials and
13:50
other papers we have no Miss Pickler introduction of guests and visitors
13:58
you want to introduce your guesswork
14:16
all right okay that's enough that's enough that's enough
14:22
foreign
14:35
I have a friend here I wondered his name is Logan some of you are old enough to
14:41
remember Leonard Marsh Leonard Marsh was representative from Batesville the Tasha
14:47
Jackson's uh two-time predecessor and Leonard was a was an outstanding
14:53
legislator good friend good man this is his grandson so we're proud to have
14:59
Logan come and bang the Gabba for us today
15:05
way back

15:42
introduction of other guests the gentleman from Humphreys Mr strata oh this is a gentleman from Washington
15:50
Mr Hines I'd like to ask the house to please make help help me make welcome a
15:55
dear friend of mine who I used to dominate on a basketball court in the football field uh Reverend Lionel Hines
16:02
please help him make welcome he's with the 4-H today
16:11
gentleman from Lauderdale Mr Calvert thank you Mr Speaker ladies and
16:17
gentlemen of the house please help me make welcome East Mississippi power from Meridian
16:24
welcome gentlemen gentleman from DeSoto Mr Eubanks
16:30
thank you Mr Speaker ladies and gentlemen the house you have probably noticed a lot of Sharp Dressed teenagers walking around the capitol this morning
16:36
you'll see them interacting throughout the week it's our team packed they are learning the the legislative system
16:43
they're doing mock legislative uh assembly and bills and all of that and up in the north Gallery is my sister
16:50
Rachel Sykes and some of the parents that are chaperoning and leading the team pack this weekend if y'all make
16:56
them feel welcome [Applause]
17:05
gentleman from Chickasaw Mr Lancaster thank you Mr Speaker the business of the
17:12
day we have uh from Natchez Trace Electric Power Association we have Sean Edmondson Miller deeney and Brian Crump
17:19
and also from Pontotoc electric got Frankie Mormon Ben Hogan and Cody Martin please help make them welcome to their
17:25
Capitol welcome today
17:31
gentleman from Lounge Mr Boyd thank you Mr Speaker
17:37
I was wondering around second floor this morning saw a good friend of mine he was scared I'd forget his name so he sent me
17:43

21

a text Brian Clark from Ford County Columbus Mississippi thank you [Music]
17:50
gentleman from this show about Mr bounds thank you Mr Speaker in the South Gallery ladies and gentlemen of the
17:57
house please help me make a welcome from the Central Electric Power Association Mr Haven Acres
18:04
welcome gentlemen gentleman from Heinz Mr Banks
18:11
yes sir uh I have several introductions but my first one is going to be to my
18:17
left this gentleman is a gentleman from Jackson County city of Moss Point former member of this
18:23
house many many years ago uh former representative Mitchell obey so let's give Mitch hey and he's been with us and
18:30
some of the older guys like Mr Watson Mr riddles remember him we have a bunch of
18:35
beautiful ladies in the south in the north Gallery who will be introduced lady Jack and Jill I want you ladies to
18:42
stand for us we're going to introduce you later but uh I'll make them welcome but also we have
18:48
up there the daughter of our former member representative Jim Evans Lori Evans will you stand up for me please
18:54
Laura Evans Hill and uh we have another family member mitchellbitz uh
19:00
daughter-in-law is up there I want you to stand up too all right we have another family member and then that's another family member of family which is
19:07
my daughter is standing up there Kim Banks Campbell Stadium okay thank you but the ladies will be introduced later
19:13
thank you ladies and gentlemen for helping make them welcome welcome ladies
19:19
lady from DeSoto Miss McRae
19:26
we've got some special guests this morning but before we do that our head
19:31
page Benjamin Adams is going to introduce our Pages for the week
19:42
good morning everyone this week we have 14 pages and uh they are Rylan mayat of
19:48

Bailey we have Charles Gary Morrow III from Meridian we have Kaden Coleman from yucata
19:56
Omarion Johnson from Edwards we have Luke Bell from Morton
20:02
we have Shania Brown from Como also from Como we have Tyra Davis we
20:08
have Sabria Henley who's from Sardis Christian Williams from Clinton
20:14
Eli Massengill from Hickory Flat we have Gracie style from Poplarville
20:21
we have Marie Bishop of Ridgeland Charles Whittington of Jackson and
20:27
Morgan Brewer of Brandon thank you
20:37
at this time I believe the gentleman from Walthall representative pyget will introduce our special guest if he would
20:43
bring them in
20:58
Gemma from Walthall thank you Mr Speaker ladies and
21:04
gentlemen in the house we have special guests here this morning with one of the great youth developments of Mississippi
21:11
to 4-H company we have a state president from Waynesboro Ashley Henderson and if
21:19
a 4-H leader for the state Dr Linda Mitchell and I'll turn this over to Miss
21:24
Ashley right now for a short presentation
21:31
good morning I'm Ashlyn Henderson and I'm currently serving as Mississippi 4-H
21:37
State president I'm honored to stand before you today and say thank you for supporting 4-H 4-H has given me and
21:45
thousands of other youth across the state the opportunity to expand our minds in order to make the best better
21:52
in everything we do we foragers come from a variety of different backgrounds
21:57
yet we are all united through 4-H as a 4-H I'm always willing to learn and
22:04
grow as a young adult so that one day I can change the world with what I do there are many projects and Leadership
22:11
opportunities that Mississippi 4-H offers through this youth across the

23

22:16
state are welcomed into an organization that helps them achieve their goals in
22:22
4-H it seems as if anything is possible that is why I would like to say thank
22:27
you on behalf of Mississippi 4-H due to your support 4-H continues to
22:33
raise strong-minded leaders who will one day impact the world I can't wait to see how 4-H will grow in
22:39
the future as it continues to implement working with others giving our best in
22:45
everything we do not giving up on any dream we may have and using our 4-H
22:50
knowledge to change society for the better I would like to invite you all to the
22:56
4-H legislative reception and award ceremony that is taking place tonight at 4 30 at the Mississippi trademark Center
23:03
we would love to have you there and finally to conclude I would like to say
23:08
that I'm proud to represent Mississippi 4-H an organization that is making the world a better place for everyone one
23:15
day at a time once again thank you
23:28
thank you Ashley and if members would look in the South Gallery I'd like for you to make welcome the rest of the
23:34
State office for the Mississippi 4-H y'all stand and be recognized thank you all for coming
23:55
gentleman from Heinz Mr Banks will now introduce our next
24:13
good morning good morning ladies and gentlemen it is a great morning
24:21
for a lot of reasons to be in America and being Mississippi and especially in this Capitol building right now
24:26
but I am happy to say that as a parent
24:33
here in Jackson Mississippi many years ago when my children were
24:38
young my wife had the wisdom to say we need to
24:44
put our children in a group called Jack and Jill of America and we did
24:49

and Jack and Jill did so much to help my children develop and so many
24:55
other children to develop across Mississippi and across America and we have these ladies now we
25:03
have three chapters here in Mississippi we have a chapter in Jackson a chapter
25:09
in the Gulf Coast Area and in the uh northern part of Mississippi so
25:15
um we have passed a resolution and I want to ask my clerk if she would be so kind as to reach that resolution
25:23
we have not okay okay yeah great they are
25:28
well anyway we haven't quite passed it yet we got a little ahead of it but uh this group has children
25:36
all across America and what we do is we develop his children from Age Two to age 19 and they have all
25:45
kind of activities where they travel together they meet together go to different conferences together and they
25:50
learn how to be good Educators how to be educated be good citizens and be a good
25:56
mississippians and good Americans but uh as I mentioned we have three vibrant chapters and we're honored today to have
26:04
our regional legislative chair Miss D Dawkins Hagler from Georgia that way Raven thank you I
26:13
tell you legislature in Georgia too wonderful so she's one of our colleagues and state representatives in Georgia and
26:20
of course Laura Hill Marshall who's our vice president who is Jim Evans daughter Lord thank you and uh other vice
26:26
president Monica McBride of the Jackson chapter and we have also president Michelle
26:33
ellerbear Miss Elizabeth's daughter-in-law and the vice president Tika McKnight from the Gulf Coast
26:39
chapter thank you for being here with us today and also our president Tara Bullard Jones all right from the
26:46
northern chapter and vice president Lillian Hilson in the North Mississippi chapter so ladies thank you for what you

25

26:52
do thank you for being parents but raise these young ladies these young men to be great people you do great and we are
26:59
very proud of you I am very proud to have stated my daughter and my son with Jack and Jill and my grandchildren are
27:07
now with you in your hands so thank you for so much from this legislature what
27:12
you do as Jack and Jill thank you so much let's get my hand thank you
27:18
yes I believe representative Bale has a resolution that we've already passed
27:24
he's going to present it to him this morning so thank you all thank y'all for being here what you doing
27:40
before we go to the calendar I believe the lady from Lincoln has a report from Rules
27:51
thank you Mr Speaker Madam Clerk's going to read the report report of committee on rules H.R number
27:58
47 Miss Emmy Perkins command and congratulatory being crowned Miss Mississippi 2022 time sufficient to be
28:07
adopted you recognize Larry this is a resolution just expressing our
28:15
best wishes for continued success for Miss America Pageant and in uh her full
28:21
Endeavors Miss Emmy Perkins who is Miss Mississippi 2022.
28:27
and that's my explanation of the bill don't see any questions on the
28:33
resolution if you favor the resolution indicate saying aye opposed no the eyes have it the resolution is adopted and
28:39
I've been informed lady from Lincoln that this special guest is now here if you want to go and escort her in I would
28:46
also like to ask for immediate release no objection we'll proceed in that
28:52
moment you're going to receive our gifts
29:04
let's welcome our Miss Mississippi to the chamber
29:12
foreign
29:35

26

[Music] all right uh good morning ladies and gentlemen of the house I'm honored this

29:41

morning to introduce Miss Mississippi Miss Emmy Perkins to the body this

29:47

morning um I think this is my second or third time up here to introduce Miss Mississippi from my area so I think that

29:53

goes to show that District 101 um has the best uh young women in in the state of Mississippi so it's an honor to

30:00

have her here today and I'm going to let her say a few words about um who she's here today representing as

30:06

part of her work as Miss Mississippi um it's she's she's a very bright young woman she's also a fellow Oak Grove

30:12

graduate um so I'll let her this morning say a couple words about who she's here with today

30:20

I gotta adjust the mic a little bit thank you guys for having me here today it's such an honor to be with you I'll

30:26

keep it brief but I love everything that our state does to better the people of this great state because that's what

30:32

it's really about when I was crowned Miss Mississippi in June I realized the impact that I could have on the people

30:37

of our great state from the very top to the very bottom I have a platform about music and I also partner with the

30:43

Mississippi Academy of family physicians to take that platform across the great state of Mississippi I have the lofty

30:49

goal of going to all 82 counties so I'm almost halfway through that tour and by the end of my reign I will be completely

30:55

done seeing every single County in our great state it's been so enlightening Mississippi is diverse from the very top

31:01

to the very bottom our students are our future and so it's been incredible to spread the joy of music and then also to

31:06

spread the message of anti-vaping and tobacco usage to those students as well so once again thank you for having me

31:12

it's an honor to represent our state I really love my local supporters as well that are here in this room today and

31:18

thank you once again it's the greatest honor of my life to be a Mississippian and to get to love on Mississippi people

31:24

each and every day thank you

31:46

the scoot this way yeah

31:58

all right thank you

32:09

[Music]

32:18

[Music]

33:12

we will go to the calendar motion to reconsider calendar

33:24

lady from Heinz Miss Yates for what purpose you recognize thank you Mr Speaker I'd

33:30

like to introduce the doctor of the day we have Dr John Vanderloo with us again today Dr Vanderloo is the owner of

33:36

Vanderloo Family Medicine the medical director for Alliant Health Solutions and the vice president of Mississippi

33:43

Academy of family physicians he's also being shadowed today by Nathan Louis who's a student at William Carey

33:50

University School of Medicine welcome doc thank you for being here with us today

33:59

lady from Amit Miss Cockerham thank you Mr Speaker I'd like to go to item number six on the motion to

34:05

re-consider calendar house bill number 1318 a move to reconsider the vote by

34:11

which house bill 1318 passed for purposes of an amendment you've heard the ladies in motion all

34:17

those in favor of the motion reconsider indicates saying aye opposed no the eyes

34:22

have it we'll be back you recognized lady thank you Mr Speaker will you please recognize the gentleman

34:29

from Covington for an amendment gentleman from Covington is recognized

34:40

thank you Mr Speaker there are two bills that are very similar and this basically

28

34:46
is going to combine them into one to send on to the Senate but this would uh
34:51
amend the number of days from 90 to 45 as far as the age of the child it would
34:57
add that the child could be dropped off by a parent or a person designated by the parent
35:04
um and that is a and I also would amend the um to take out
35:10
no that's not correct he would add some locations where the child's could be uh could be dropped off and that's a
35:16
description of the amendment questions on the amendment
35:22
don't see any question ever occurs on amendment number one to House Bill 1318 if you're in favor of the amendment in
35:28
the Cape is saying ah opposed no the eyes have it anything further on the bill lady move final passage lady moose
35:35
final passage open the machine Madam clerk if you're in favor of House Bill 1318 vote I if you're opposed vote in a
35:44
is everyone voted has everyone voted
35:51
close the machine Madam Clerk by vote of 116 yeah zero Nays bill passes
35:57
we are still on the motion to reconsider calendar gentlemen from Tate is recognized Mr Speaker I
36:04
would ask that we go to item two house bill number 1375 a move that we
36:10
reconsider the vote by which this bill failed General moose reconsider the vote
36:16
um by which this bill passed so those in favor indicate with saying aye opposed no the eyes have it next Mr
36:24
Speaker I would ask that you recognize the gentleman from Newton to handle an amendment General
36:31
from Newton you're recognized
36:42
thank you Mr chairman Mr Speaker oh those of you that were monitoring this
36:48
particular piece of legislation I just wanted to bring up a couple of things uh but but before I do I want to offer an
36:54

amendment which would move it from a three-year requirement for municipality to provide

37:01

services this amendment would move it to five years and secondly uh it would not an event of

37:08

a municipality not getting all the newly annexed area the services that were in

37:16

the annexation ordinance uh in the event that they did not accomplish that within

37:22

five years and they did take this back to court the judge could

37:28

DNX the area that those Services had not provided in so it wouldn't null and void the whole annexation only the areas that

37:35

those Services had not been provided in and that is if they took it back to court so that is uh an explanation of the

37:42

amendment Mr Speaker you've heard the gentleman's explanation of the amendment

37:49

gentleman from Jones Mr Scoggin for what purpose introduction out of order you recognize

37:54

it yes sir I'd like to introduce three different pediatricians that are in the north Gallery above me or South Gallery

38:01

above me Dr Anita Henderson Dr Tammy Brooks and Dr Patricia Tibbs they've all

38:08

been very special to me and my family and I would just like to introduce and welcome them to the Capitol

38:14

welcome to your capital there's also a Infamous physician up

38:19

there on that row as well from the friendly confines of Kosciuszko Mississippi Dr Tim Alford welcome doc

38:25

one of my constituents

38:30

Mr Speaker I won't have one other thing I want to mention before yes sir I just I just want to clarify

38:36

um in an annexation process when a city or municipality says services are going to be provided a lot of people get confused

38:43

over the definition of services and a lot of people fuss because they feel like they're tax dollars I've been

38:51

annexed now and what am I getting for my annexation Well Service is provided with your ad valorem taxes generally comes

38:58
out of the the general budget or the general fund of that municipality So when you say I'm not receiving services
39:04
for my avalorum taxes those Services generally provide police protection fire protection road maintenance ditches
39:11
culverts that type of items people say well I was annexed my tax dollars they're taking my tax dollars and I
39:17
don't have sewer or I don't have water water and sewer are fee based they're not paid for out of your abdullorm taxes
39:24
so you're even though you're paying half alarm taxes into a municipality you're not paying for water and sewer the
39:30
minute you're annexed now when that's municipality provides sewer at whatever date they get with a contractor and and
39:38
go through the process then you'll start paying for sewer or you pay for water but your water and sewer is not paid for
39:43
whether you have alarm taxes that is generally uh your average or taxes go like I said for for the policeman's
39:49
salary the fire department's salary uh the maintenance of the roads potholes that type of thing so just wanted to
39:55
clarify that there's been a lot of confusion about that and if there's any questions I'll entertain that
40:01
Jim from Heinz Mr Banks
40:06
yes sir please uh you know we talked about this in committee I think a
40:11
committee with that it was at three years is that right that's correct so now we're trying to change the five years that is correct yes and now
40:19
in committee um I was asking questions the questions were asked also about it has to be 100
40:26
percent of the services have to be provided within that three years and that five years is that right
40:33
the yes sir they now have five years to complete the services that were in the
40:39
ordinance or the resolution of that municipality passed upon the annexation process so I'm saying they add next five
40:45

square miles or 10 square miles or whatever they have to do a hundred percent of that five square miles if

40:51

they do four and a half that just won't do gentlemen the the residents in that

40:57

annexed area at the time that five-year period is up if they feel like

41:03

they have not received their services or they don't feel like they're soon as

41:08

they can't take it back to court ultimately it's up to the judge to determine whether or not that annexation

41:13

is void in that particular area but my question now with the with the whole let's say let's say we use hypothetically a five square mile area

41:21

and you've got four and a half miles that Services have been rendered or whatever is going on with it but you got

41:28

a half mile that has not been so and DNX station would it be the half mile

41:33

there'll be the index or the whole five miles according to this amendment in addition to changing that to five years

41:39

it's also changing it to the the area that's not been serviced can be taken out because

41:45

yes sir thank you because I see what was the horrible reality what just happened

41:50

in turkey with earthquakes we have global warming we had kovic we don't

41:55

know what might be on our Horizon yes what municipality may be faced with so I like the fact that y'all did

42:03

listen and get this amendment done thank you sir yes sir thank you gentleman from Grenada Mr Horan did you

42:09

have a question uh yes Mr speaker thank you yes sir uh correct me if I'm wrong

42:15

but this five years that y'all changed this to is this not consistent with what the Supreme Court has indicated that

42:22

they deem to be reasonable under the circumstances yes gentlemen in fact I spoke with a council this morning that

42:28

handles time's up on the gentleman's Amendment um [Music]

42:35

thank you question now occurs on amendment number one if you

42:43
does the chair wish to respond before we vote for clothes

42:50
we have no objection to the amendment you've heard the explanation of the

42:57
gentleman's Amendment the chair response if you're in favor of amendment number one indicator saying aye

43:03
opposed no the eyes have it amendments adopted I'll entertain any further questions Mr

43:08
Speaker further questions on the bill lady from link and Miss Curry

43:16
thank you Mr Speaker we're the gentleman yield yes ma'am okay so you're that if you if you double my taxes which

43:22
you're annexing me in that you're responsible for police fire

43:28
something else and I want to make sure everybody hears roads culverts ditches but why I mean

43:38
you're saying that it's a fee base but if if everybody else in town gets water

43:43
and sewage and you've doubled my taxes why wouldn't I get that you're because

43:49
if they run water and sewer to you you're going to pay a water bill and sewer bill at the end of the month

43:55
that that's not covered under your ad for Lauren taxes you are receiving what everybody else in town is receiving from

44:01
their ad valorem taxes so

44:07
is that correct there is currently uh a claw back or if you will uh there's a

44:14
reasonable by the time as the as the gentleman stated that the Supreme Court has given and passed uh it's kind of a

44:20
assumed five years that the courts have entertained opposition to come back and say hey I haven't received those

44:26
services in five years so so now it is it's kind of got five years in the statute where and prior to that it's

44:33
just kind of been assumed I guess is for a life of a better word but at the end of the day uh the residents have to get

44:40

33

counsel and go back to the to the courts to to have it un annexed if they feel like they're not getting what they
44:46
should be getting so one more question I just and so they have to hire an attorney to get the services that they
44:54
were supposed to have yes lady that's that's correct yes and
44:59
that's the way it's always been thank you move final passage there's no more
45:05
questions
45:11
gentleman from Heinz Mr Brown for what purpose
45:16
gentlemen Yale yes sir thank you Mr Speaker let me understand something please uh gentlemen uh
45:24
if a city a next an additional area isn't the city obligated
45:31
all ready to pay for uh infrastructure and public services
45:37
that all other citizens of that municipality would be entitled to that's
45:42
that's correct yesterday that that is the they would put that in their ordinance if you will or a resolution
45:47
when they start the annexation process they would list the services uh that
45:53
they intend on providing to the newly annexed area in some cases if it's a
45:59
less populated Street um the city may not say we're going to
46:04
run sewer down that street those people may have septic tanks and don't want to pay a sewer bill every month so there's
46:10
some give and take there but ultimately to answer your question a newly annexed area the goal would be that those people
46:17
in that area would have the ability to or would have the same Services as the people in the original city right
46:24
and and so you this bill would uh kind of like a guarantee uh that that the
46:31
services would be provided in a due time it puts a five-year uh yeah I guess if
46:37
you would say a goal are there any any uh exceptions to this that the city might have to uh extend

46:45
the time uh perhaps the city may not be able to do it because of uh they believe
46:50
judge would have the I talked to an annexation lawyer earlier today and he said that if someone were to want to
46:56
take it to court after five years uh that the judge would have the flexibility based on the city's argument
47:03
let's say uh they were having trouble getting a contractor or they were having trouble getting supplies due to the art
47:10
but there's no wiggle room in this bill sir there's no wiggle room for the city in this Bill yes sir that's what I'm
47:16
telling you they they can go back when it goes back to court the city will have an argument to the judge saying judge we've got some pipe arriving in six
47:22
months we're going to do it and the judge can say okay I'll give you a year I'll give you six months there's no wiggle room unless you take it to court
47:28
that's what you're saying well if you don't take it forward it's not going to be de-annexed anyway I mean
47:34
the the courts not the Court's not sitting there uh watching fan next
47:40
station and they're going to rely on citizens coming back to them with a with Council to have it de-annexed and at
47:45
that time the city will have to plead its case as to why they have not done what they said they would do thank you yes sir
47:58
lady from forest Miss McGee uh Mr Speaker I move final Passage
48:05
foreign anything further from the chairman we've
48:10
opted the amendment gentlemen we're now we're now on the bill anything further from the chairman uh I don't have
48:16
anything further at this time Mr Speaker I think this this bill has been well debated what the gentleman has done has
48:21
improved the bill uh while still looking out for the taxpayers of the state I'd ask to move final Passage
48:27

okay the gentleman moves final passage he no longer yields for question open the machine Madam Clerk question now

48:34

occurs on House Bill 1375 if you're in favor of the bill vote I

48:39

your opposed voting a has everyone voted

48:44

everyone voted close the machine Madam Clerk

48:50

by a vote of 72 yays 41 news

48:55

the bill passes Mr Speaker if you would allow I'd ask that we go next still in the most

49:01

reconsider calendar item four House Bill 1168 and move to table

49:08

move the table those opposed have five minutes don't see anyone gentleman's motion is

49:15

to table all those in favor indicate by saying aye opposed no the eyes have it your eyes have it

49:22

gender from Alcorn Mr Bain think of this big emotion reconsider calendar item number five House Bill

49:28

1371 I moved the table German's motion is to table those

49:34

opposed have five minutes gentleman from Newton Mr rushing for

49:40

what purpose thank you Mr Speaker I'd like to on the motion to reconsider hold on hold on I

49:46

thought you had a question or wanted to be recognized we're we're on the gentleman's motion uh from Alcorn right now all

49:53

those in favor of the gentleman's motion to table indicator saying aye opposed no the eyes have it now

50:00

gentleman from Newton Mr Speaker on a motion reconsider

50:05

calendar number three House Bill five five six and move to table

50:13

those opposed to have five minutes I don't see anyone you've heard the gentleman's motion if you're in favor of the motion to table indicates saying aye

50:20

pose no the eyes have it motion prevails

50:25

anything further on a motion reconsider calendar

50:32

rules

36

50:45
we have one more special guest this morning lady from Lincoln's gonna escort our special guest in

51:20
foreign

51:32
they'll give your attention to the gentleman from union representative Creekmore he's going to introduce our special guest

51:43
thank you Mr Speaker Mississippi is known as the birthplace

51:50
of rock and roll it's also known as the birthplace of the Blues Mississippi has more literary

51:57
masterpieces per capita than any other state in America the Arts are woven into our fabric

52:05
the fabric of our being bit from our dedication to family tradition our

52:10
struggles or our love for storytelling storytelling in January of 1973 the Arts in

52:18
Mississippi were intensified by the establishment of the Mississippi film office

52:24
the film office is one of the oldest of its kind in the world the office's mission is to Foster the

52:30
growth of the film industry in Mississippi connecting filmmakers with necessary resources to cultivate and

52:37
promote filmmaking by for and about mississippians

52:43
the film industry began in Mississippi in 1914 with the movie a gentleman from

52:49
Mississippi and has continued to grow throughout the decades after the film office was established

52:56
the film industry began to explode in 1973 the film office helped with the

53:01
classic Huckleberry Finn and then in 75 owed to Billy Joel a film

53:06
based on a song written and sung by a Mississippian the film office also assisted fellow

53:13
House member turned author John Grisham with his movies The Chamber the client A

53:20
Time to Kill and we all remember in the classic in

53:25
2010 the help was the film office also helped which was filmed in Greenwood and

53:30
our capital city also filmed in Jackson was the 2021

53:36
movie A Day To Die starring Bruce Willis and there are urban legends of Bruce
53:43
Willis sharing drinks with house members at the Westin including the representative from tippa
53:52
I want to share with you a few numbers there have been 348 movies made TV shows
53:58
and documentaries made in Mississippi producing 575 million in direct expenditures since
54:04
the creation of this film office more impressive to me is the growth in
54:10
the last few decades in the 1990s there were 47 films made
54:16
in the decade of the 2000s there were 86 films made in the 2010s there were 113 films made
54:23
in our current decade at the rate we're going we're set to Eclipse over 140 films made in
54:30
Mississippi these achievements cannot have been done without excellent leadership and we
54:36
appreciate and recognize former director Ward emling and our current director Nina Parikh and here to receive the
54:44
resolution on behalf of the film office is Miss Parikh
55:01
thank you representative Creek Moore thank you speaker Gunn thank you representative Curry the Tourism
55:08
Committee and the ways and means committees have always been so supportive of us and thank you to each of you for
55:14
recognizing that the film industry creates jobs keeps our young people in the state and offers second careers to
55:21
retirees and to military veterans thank you for understanding how our industry makes a significant economic impact in
55:28
your communities thank you for passing legislation to support this industry in 2004 and the
55:34
improvements made over the years that will support projects being made for the tiniest screens we all have in our pockets all the way to the theatrical
55:41
silver screens for many decades to come and thank you for playing a role in
55:46
making the dreams of a young man with Hollywood aspirations come true like Tate Taylor the director of The
55:53

Help who was a Mississippi resident currently in Church Hill Mississippi and he's made three other movies besides the

56:00
help in in the state you've also made the dreams of a young girl who loved to sing and draw and paint and who's now

56:07
the star along with her husband of hgtv's Hometown Aaron and Ben Napier in

56:14
Laurel Mississippi it's a great honor to be acknowledged for our work and we look forward to

56:19
serving the citizens of Mississippi for decades to come thank you so much

56:55
interesting all right

57:26
we'll go back to the calendar I'm sorry gentlemen from Harrison Mr Haney for what purpose

57:33
introduction out of order you recognize we have with us today uh representative uh Patterson's daughter and son-in-law

57:40
Randy and Ray byner with us today welcome to the chamber welcome

57:48
General from Kemper Mr Evans thank you Mr Speaker I got to introduce

57:54
you you're what you're recognized ladies and gentlemen the gallery in the South Gallery we have um my doctor

58:00
not only doctors kept me alive for the last 10 years and that's saying something that's a blessing ain't it but

58:07
uh she she's an example of the rural scholarship physician program she come back to care for County when she graduated school and she's been there

58:13
the whole time we proud of her Miss Anna Marie Sharp foreign

58:21
welcome Doc and we're sorry you had to put up with representative Evans

58:26
welcome to your capital we'll go back to the calendar Appropriations Ways and Means

58:44
General calendar

58:51
from Lamar Mr McCarty production out of order you're recognized

58:57
um if you the house will please help me welcome the Mississippi Academy of family physicians here in the

59:04

South Gallery thank you Pike uh we're welcomed in here today for Primary Care day at the Capitol

59:10

um I especially want to commend the academy um for their 15 years of the Mississippi rural scholarship program and we really

59:17

appreciate their hard work and dedication to that they've had a vision to improve access to care in Mississippi

59:22

which is obviously a big problem so if you all please uh make them welcome and be sure to see them in the Halls before

59:29

they leave today thanks so much welcome good to have you all here at your Capitol today

59:35

from Lincoln Miss Curry thank you Mr Speaker I have an introduction you're recognized

59:41

one of my good friends Dr Jennifer Golson we've known each

59:46

other for a long time if you'll stand from Summit Mississippi thank you and please make her welcome

1:00:00

lady you recognize thank you Mr Speaker I'd like to go to item number one house Villa 510 call it up and make the usual

1:00:06

motion lady moves it to rules we cause build up most rules be suspended a bill

1:00:12

considered engrossed read the third time and placed on Final passage all those in favor say aye opposed no

1:00:18

the eyes have it lady you recognized thank you Mr Speaker please recognize the gentleman from Harrison to present

1:00:24

the bill I believe we got a committee sub as well Mr Speaker I move adoption of the committee substitute for

1:00:31

consideration in lieu of the original bill lady moves the committee sub be adopted for consideration in lieu of the

1:00:36

original Bill all those in favor say aye pose no the eyes have it we're on the committee

1:00:42

sub thank you thank you gentlemen you're recognized thank you Mr speaker thank you madam

1:00:47

chair I have an amendment at the appropriate time Mr Speaker you may proceed with that Amendment

1:00:57

you want to explain it yes sir this amendment simply adds a reverse repealer to the bill and that's my explanation of

1:01:03

the amendment you heard a gentleman's explanation I don't see any questions if you're in favor of amendment number one in the

1:01:09

cape to saying ah those no the eyes have it amendment's adopted anything further

1:01:16

on the bill yes sir I need to do an explanation of House Bill 510 this bill

1:01:24

this bill establishes the foster parents Bill of Rights and requires the Department of Child Protective Services

1:01:29

to provide the foster parents Bill of Rights and list of responsibilities to all foster parents when they attend

1:01:36

foster parent training this bill ensures that foster parents will know what rights they have under

1:01:42

our current laws and exactly what will be expected of them as foster parents

1:01:47

the rights are outlined and covered they range from foster parents being provided

1:01:53

with a clear understanding of the role while providing care to the foster

1:01:59

parents being provided with an advanced notice of information regarding scheduled meetings appointments and

1:02:05

Court hearings concerning the foster child the bill also outlines the requirements

1:02:12

of foster parents including the level of care that they are to provide confidentiality involving the foster

1:02:18

child and the cooperation expected with child protective services the committee

1:02:24

sub addresses concerns that CPS had over the bill Mr Speaker that concludes an

1:02:30

explanation

1:02:35

gentleman from Washington Mr Hines thank you Mr Speaker gentleman yield gladly gentlemen what is the position of

1:02:42

the Youth Court judges on this piece of legislation the youth court that is the reason for the reverse repealer gentlemen we need

1:02:49

to consult with them and see what effective would have on the Youth Court they did express some concerns with that

41

1:02:54

and that's why we added the reverse pillar so we can work with them okay so you're telling me you're aware that

1:03:00

there have been issues with foster parents trying to deny the rights of

1:03:05

parents uh regaining custody of their children no sir what I was telling you is we're where the youth court has

1:03:11

issues with the bill that we're going to work out and that's why we put the reversion pillar in it okay I would like

1:03:17

to know what are some of the issues that that have been brought to your attention because I've got several emails from

1:03:23

different Youth Court judges that have concerns about this so can you tell me a little bit what I can't lend any

1:03:29

specificity to it because none were brought to me directly okay but you do you always judges have submissions it's

1:03:36

apparent they do is the reason we put the reverse repeal in a gentleman yes sir okay John

1:03:44

thank you lady from Jones Miss Scott

1:03:53

this man a gentleman over on line three well you know starting I believe at 317

1:03:59

and going on where it talks about all of the things that we're allowing that we are allowing the

1:04:06

perspective foster parent or the foster parent can you tell me right now does

1:04:12

the court determine this visitation between the foster parent the child and

1:04:20

the biological family one second man

1:04:28

absolutely the core does determine that and so if

1:04:34

that changes that doesn't it well no it doesn't and that's exactly

1:04:40

why we're going to work with the Youth Court judges on that particular matter but even right now I'm told it does not

1:04:45

change that well gentlemen if you go to line 347 of the bill 46

1:04:51

it talks about involvement in all the agencies crucial decisions regarding the child

1:04:57

and then it says that subsection m the opportunity to participate in the
1:05:02
planning of visitations between the child and the child's siblings and biological family is that taking that
1:05:10
uh away from the youth court judge is that what that does
1:05:16
if we if this becomes law
1:05:22
yeah yes ma'am it's providing options but it's not taking that discretion away from the
1:05:27
court it the judge still has the ultimate say in what happens
1:05:34
okay well as I read this
1:05:40
we're gonna that's the ultimate that's why we put a reverse repealer in it we're going to clarify that I believe to
1:05:46
the lady's satisfaction okay Jim all right then thank you yes
1:05:51
ma'am don't see any further questions gentlemen move from final passage
1:05:58
gentlemen moves final passage on House Bill 510 open machine Madam clerk if you're in
1:06:03
favor of the bill vote I if you're opposed voting a has everyone voted
1:06:10
has everyone voted
1:06:16
close the machine Madam Clerk by vote of 89 years 22 Nays the bill
1:06:23
passes next item thank you Mr Speaker ladies I'd like to
1:06:29
call up House Bill 383 item number two gentleman calls the bill up most rules
1:06:36
will be suspended the bill considered engrossed read the third time placed on Final passage all those in favor say aye
1:06:41
opposed no the eyes have it gentlemen you're recognized thank you this all this bill does extend the repealer to
1:06:47
2028 for the severance tax uh reduction
1:06:52
questions on the bill don't see any John
1:06:58
move final passage yes sir gentleman moves final pass to open a machine Madam clerk if you're in favor of House Bill

1:07:04
383 vote I if you're opposed voting a is everyone voted
1:07:11
as everyone voted
1:07:18
close the machine Madam Clerk by vote of 116 yeah zero Nays of bill
1:07:23
passes a gentleman from Newton Mr Russian thank you Mr Speaker introduction out of
1:07:29
order you're recognized I wish the house to help me make welcome the East Central Health Net Family Medicine Residency Dr
1:07:37
Tiffany Chapman Dr Shelby White Dr Stephen Burkett and Dr Raymond byner in
1:07:43
the South gallery please help them make them welcome thank you
1:07:51
foreign from Lauderdale did you
1:07:56
he passes you're recognized gentlemen thanks Mr Speaker I'd like to go to item
1:08:02
number three House Bill 690 and wreck and have the gentleman from Wayne handle
1:08:08
the bill gentleman makes a usual motion he calls
1:08:13
the bill up mosa rules be suspended to Bill considered engrossed red the third time and placed on Final passage all
1:08:18
those in favor say aye opposed no the eyes have it we'll proceed in that
1:08:23
manner gentlemen you're recognized thank you Mr Speaker this bill is a somewhat
1:08:29
of a local and private issue but because this board was created in general law uh it requires a general Bill to fix this
1:08:35
but the board sent a unanimous resolution asking for an increase in pay and This only affects Wayne and Clark
1:08:42
counties
1:08:49
I yield for any questions General from Choctaw Mr Hood
1:08:57
gentlemen Yale yes sir is there any Pat Harrison waterway in this bill there is not enough
1:09:05
don't see any further questions gentleman lose final passage open
1:09:11
machine Madam Clark if you're in favor of House Bill 690 vote I if you're opposed voting a

44

1:09:18
has everyone voted is everyone voted
1:09:25
close the machine Madam Clerk by vote 110 years five days of bill passes next item gentlemen uh Mr Speaker
1:09:33
On item number four House Bill 264 I was notified last night we may need to do a floor Amendment on that I would like to
1:09:38
skip it for now and let it remain in place we will do that gentlemen
1:09:47
Judd B you recognize Mr chairman thank you Mr
1:09:53
uh thank you Mr Speaker item number five house bill number 400. I'd call it up make the usual motion gentleman calls
1:10:00
the bill up moves the rules be suspended to Bill considered engross red the third time the placed on Final passage all
1:10:05
those in favor indicates saying aye opposed no the eyes have it you may proceed Mr Speaker would you recognize
1:10:11
the gentleman from Pearl River to handle the bill I believe we've got a committee sub as well
1:10:17
no we don't I'm sorry I'm looking at the wrong but you're good keep me straight
1:10:22
thank you Mr Speaker how spell 400 looks at our penalties for violating our
1:10:29
various election crimes whether it be double voting or voting in an area where
1:10:34
you're not registered in or whatnot looking at this like looking at the statute are penalties for violating our
1:10:41
election crimes we're relatively weak whether being misdemeanors or felonies
1:10:47
with minimum with minimum jail time this bill will increase those penalties depending on the particular crime making
1:10:55
most of them felony status for instance if you if you go and vote in one town
1:11:01
and then the same election go and vote again and then you know in another town
1:11:06
that would be a felony if you vote under someone else's name that would be a felony that a short a simple explanation
1:11:13
of the bill I'll yield for any questions

1:11:19
on the bill gentleman from Lounge Mr Kareem well the gentleman you yes sir sir have
1:11:27
you had any examples of problems like this in the past that has come up in the state yes I believe I can't I can't name
1:11:34
it off the top of my head but I believe there have been instances um if we can Google it where people have
1:11:41
um violated our election crimes where they voted twice where they have either voted twice or filled out fraudulent
1:11:48
absentee ballots or or whatnot yes sir and what and what penalty will what
1:11:56
additional penalties with this bill bring forth on someone who supposedly
1:12:02
has perpetrated those what you just suggested it would be a felony and I believe that one would be a jail
1:12:09
sentence of zero to five years to the discretion of the the judge and what what Financial penalty will it be I
1:12:15
believe it's up to um twenty five thousand dollars I have to look at the bill specifically it varies but I
1:12:21
believe that's it up to twenty five thousand of a fine but as you know gentlemen very rarely does a surrogate
1:12:27
judge do the full maximum criminal Financial penalty if someone's convicted
1:12:32
of with all due respect sir it just depends on what jurisdiction you're in
1:12:38
it just depends on where you are in the state sir I understand that but regardless of where you're at in the
1:12:44
state I believe we have to respect the Integrity of our elections and if you're someone who's convicted of violating the
1:12:50
Integrity of those elections I really don't care how much you have to pay well sir my question to you what what brought
1:12:57
this particular bill on uh to uh it's just
1:13:03
I'm just surprised that we're talking about this particular bill and I I wish you had more examples
1:13:10
of where this has taken place across the state where people have voted twice or

1:13:16
have violated uh some type of election laws are you did you ask a question there I'm

1:13:22
sorry I can't hear you I did I wish you had more examples

1:13:28
okay I mean just one um I believe there was an example out of Madison County a couple of years ago

1:13:34
where an individual was Voting filling out fraudulent absentee ballots yes but we have we have criminal statutes on the

1:13:41
book that you know are very rarely prosecuted but we have a responsibility to make sure that we think of all

1:13:47
potential scenarios when we are passing legislation in this body just because

1:13:52
it's very rarely very rarely occurs does not mean that we should not try and keep it from continuing to occur by passing

1:13:59
legislation to discourage that type of behavior I beg the difference sir I think it's a solution looking for a

1:14:04
problem but thank you I appreciate your questions gentlemen

1:14:11
lady from Heinz Miss Summers

1:14:20
already penalties in place for these crimes so this bill would just increase

1:14:26
those penalties that's correct okay um in a minute at the proper time Mr

1:14:32
Speaker yes ma'am Gemma from Tallahassee Mr Rosebud

1:14:40
thank you Mr Speaker with the gentleman yeah yes sir so it's somewhat picking back off uh

1:14:46
what the general lady just asked so if we already have uh punishment for these

1:14:52
crimes I'm kind of lost at your direct benefit

1:14:57
that you're trying to get from it instead of us educating the voters and the individuals we'll we'd rather

1:15:04
penalize them for what we're not making sure that they understand is that am I hearing that correctly I don't I don't

1:15:11
really understand your question because are we penalizing individuals because we

1:15:17

have not properly educated them based upon the election system because all the restraints that we have applied to make

1:15:24

sure that they are not educated in this process I would hope that most people understand that you cannot vote more

1:15:31

than once in an election uh and and on the average um as you explained to the gentleman

1:15:37

earlier you only have one um one incident that you can recall so do you

1:15:43

feel that it's necessary to give somebody five years of their life where we're talking about prison reform and

1:15:50

all these other types of reform for making a simple mistake that's going in to vote more than once and because it's

1:15:56

going to take more than one individual to assist in that era you have the poll workers and all those

1:16:02

individuals well necessarily I'm sorry were you finished would you agree with that that

1:16:08

is it's other individuals that sit within that pole that should be registering and restricting these

1:16:14

actions as well of course we have we have many mechanisms in place to keep this from happening of course A

1:16:19

co-worker and one Precinct cannot keep an individual individual from voting in another Precinct you know there's

1:16:25

there's many ways that this could this could occur do do you not think that five years

1:16:31

prison and 25 000 is far-fetched no

1:16:36

and could you give a reason why because our our elections is one of the most

1:16:42

important parts of our democracy I do not believe that a penalty of that in fact sometimes I think it might should

1:16:48

be more I do believe I do not believe that penalty is too much for someone who intentionally and willfully violates our

1:16:54

democracy disrespects our institutions and tries to vote more than once in an election or otherwise violates our other

1:17:01

election laws no I do not so currently is is rated as a misdemeanor correct and

1:17:08

so we'll go from misdemeanor with minimal function to extreme punch almost
1:17:15
equivalent to some murder a five-year maximum penalty for that is not extreme in my opinion that
1:17:20
I think any time I mean that would be a 25 crime so you'd probably only serve 25
1:17:26
of that five years thank you John um Mr Speaker at the proper time I have
1:17:32
a motion what is your motion gentlemen motion table
1:17:38
gentleman moves to table those opposed to have five minutes I would ask my colleagues to support our
1:17:45
democracy and help continue to protect our elections and oppose the gentleman's motion to the table
1:17:53
you've heard a gentleman's motion if you're in favor of his motion to table indicate by saying aye
1:18:00
I pose no no's have it the nose have it
1:18:05
insufficient number there is sufficient number now you're gonna have to be quicker if you want a roll call open the
1:18:11
machine Madam Clerk if you favor the motion to table vote I if you're opposed voting a
1:18:20
has everyone voted as everyone voted close the machine Madam Clerk
1:18:26
by vote of 48 75 Nays the motion to table fails
1:18:34
we're back on the bill gentlemen do you yield for questions I'll continue yelling I believe the lady has an
1:18:39
amendment General from Harrison Mr hulum
1:18:49
gentleman yields yes sir quick question how many of this how many disfranchising crimes are there in the
1:18:55
state of Mississippi oh that's a good question I think it is 20 something but this
1:19:00
would not be a disenfranchising crime okay this will not be a disfranchising crime so why are we going forward this
1:19:07
is just not been a disfranchisor trying to fix a problem there's a problem out there and that would be uh I believe
1:19:16

yeah right that would require a constitutional amendment or the Attorney
1:19:21
General giving a her opinion as to whether or not this crime would meet one
1:19:27
of those constitutional disenfranchising crimes okay next question yes sir a felony a
1:19:34
felony makes it hard for someone to get a job in the state of Mississippi and we want to increase our tax base by putting
1:19:40
more people to work and reduce our prison population again while we push for more felonies in the state of
1:19:46
Mississippi can you answer that to protect the Integrity of our elections in this case and gentlemen I have worked
1:19:51
for three years on issues related to prison reform expungements getting
1:19:56
felons back to work I've been committed to that since I took office here oftentimes against members of my own
1:20:02
party I understand what you're saying but sometimes people do commit crimes and they do deserve to pay for what they
1:20:08
do okay last question we have
1:20:13
this going forward it seemed like there's more energy about this than the
1:20:18
people who took the money from Tana would that be a fair statement I wouldn't say that no but you know I
1:20:26
understand the point you're trying to make okay yeah thank you
1:20:31
gentleman from Marshall Mr Faulkner he passes General from Washington Mr Hines
1:20:38
thank you uh Mr Speaker gentlemen you here yes sir
1:20:43
um I have a question who has the who will be the one to file
1:20:49
the charges would it be the election commissioner circuit clerk D.A who'll be the one to make the accusation against
1:20:55
the uh fraudulent voting like with any crimes gentlemen anybody can make an accusation it's up to law enforcement to
1:21:02
investigate build their file turn it over the district attorney be presented to our grand jury pending indictment all

1:21:08
right gentlemen will you allow me to give you a scenario and maybe you can give me an explanation of course

1:21:14
um so gentlemen what happens if uh Mr Brown

1:21:20
uh is going out of town for his job and he

1:21:25
fills out in an affidavit ballot for the election and then uh Mr Brown returns

1:21:33
home early and then they let the elections go in place and he said oh man

1:21:39
election day I'm going to vote and so subsequently he's voted twice

1:21:45
now some say the machine will kick it out some say the clerk will kick it out but

1:21:50
in essence he has voted twice what happens to Mr Brown Can that election

1:21:56
commissioner the clerk or anyone bring charges against him a poll worker

1:22:02
knowing that he has voted twice can he be charged with this crime the poll

1:22:07
worker or Mr Brown Mr Brown can he be charged because mistake of mistake of fact and

1:22:14
you know the knowing requirement was in the statute I don't believe he could be be charged with a crime he would have a

1:22:19
defense so would he have have to prove his innocence because what you're saying is and this

1:22:27
happens you know people end up going out of town do absentee ballots then they really like come back hey you know as we

1:22:35
age little longer than the two we don't always remember what we've done right and so they go back I just don't want

1:22:41
somebody inadverted trying to do the right thing get caught up on a bad charge trying to do the right

1:22:47
thing so what parameters do you have in this piece of legislation that will fix that the parameters that exist already

1:22:53
to prevent that from happening as I mentioned earlier it is already a crime for you to do this and you know we have

1:23:00
mechanisms in place with our clerks and all poll workers to ensure that when a ballot comes in they're marked off the

51

1:23:05
list okay and when they come in to vote on Election Day I believe it was two or three years ago we made that absentee

1:23:12
ballot vote the final vote so when they come in to vote on Election Day they're told sir you're marked on the poll book

1:23:20
you can't vote you've already voted so those are the mechanisms we currently have in place that have protected people

1:23:25
from being prosecuted under the current criminal statute and I believe those mechanisms will continue forward with

1:23:32
the increased penalties so so will this be a crime even if you make an attempt to vote twice or you have to actually

1:23:38
you have to you have to actually vote twice all right so here's my final question has been has there been since

1:23:44
you've making penalties in place for election has there been any consideration with this piece of

1:23:50
legislation to uh give people their voting rights back after they completed

1:23:55
their time uh if they've been a good Steward for three to five years without hey why you didn't put that in place uh

1:24:03
in this piece of legislation yeah that's that's I understand what you're trying to say this was limited to election

1:24:09
crime penalties I do appreciate you know the point you're making as far as how

1:24:14
hard it is for people to get their voting rights back and I agree with you on that issue I think it should be easier I think if you serve your time

1:24:20
you should be able to get your voting rights back I agree with you and I'll work with you in the future to make sure we can do that for people thank you Joe

1:24:29
German hands Mr Bell for a question Mr Speaker

1:24:34
speaker yes sir quick question um is there any thought or did you put

1:24:41
any thought into uh adding penalties for those election workers who deny

1:24:46
individuals the right to vote

1:24:51
I believe that is a good question I believe um that that I got to think about it

1:25:03
foreign
1:25:22
I'm not sure I'll look into it the goal was to bring forward all election crimes and look at all election crimes in my
1:25:28
opinion that would be an election crime I'll go back to the bill and see if that's in there and if not as it goes to the process we should add it yeah would
1:25:34
you be amenable to an amendment on that
1:25:44
you okay with it sure all right appreciate it thank you
1:25:53
yes sir General from Kapa Mr Holloway thank you Mr Speaker yes sir
1:26:02
who I asked for this bill and gentlemen I write my own legislation
1:26:07
people don't I don't I don't go people don't you know groups and all that stuff if I come up with an idea I draft my own
1:26:13
legislation that's what I did here very good so
1:26:19
you're asking you want to punish severely punish someone who
1:26:24
inadvertently voted twice or whatever the case may be
1:26:30
five years in prison 25 000 whatever the case may be let me ask
1:26:36
you a question so what is the requirement for a legislator what do you mean what is the requirement
1:26:43
to become a legislator 21 years of age living in your District
1:26:49
so say that again when years of age living in your district for two years correct so is there a penalty for
1:26:57
legislators that don't live in their District
1:27:03
uh I'm not aware of one that I know other than the fact that if you don't live in your District
1:27:08
then you don't represent your District anymore but you say it's a crime though right
1:27:15
I'm sorry what you say it's a crime because it's required by law that they
1:27:21
live in a district no I don't think it was a crime pardon I didn't say it was a crime okay well if it's required to live

1:27:28

in your District in order for you to qualify what is that

1:27:34

you're just not living in your District you don't meet the requirements the qualification of the office just because

1:27:39

you don't meet the qualifications doesn't make something a crime per se you gotta make it a crime okay so you

1:27:46

want the person the simple person who voted twice for say a legislator to be

1:27:53

punished severely but you don't want to punish a legislator who is not following the law

1:27:59

by staying in the district the punishment for that legislator by not living in his district if you read the

1:28:04

statute is they no longer represent this District they resigned by the fact that they have moved residency that is their

1:28:11

punishment or is it happening I don't know any anybody in this in this

1:28:16

body who don't live in their districts you may know something I don't I'm not sure what you're talking about so

1:28:22

Welcome to the Real World well I would also like to correct you when you say inadvertently there is a

1:28:28

requirement that you they do this intentionally what a gentleman from Washington just stated that if someone voted by absentee

1:28:37

ballot and then got home and realized that they had had not I mean that they

1:28:43

wanted to vote in person and they went and voted that's voting twice I told the gentleman that there are

1:28:49

mechanisms in place that is voting twice and also told him that I did not believe it would be prosecuted for that this is

1:28:55

a knowing and willful violation this is not an inadvertent or an accident knowing and willful are requirements of

1:29:01

this law but you just said that you only have maybe one incident like that right

1:29:06

one incident specifically that I can think of that I remember seeing in the news but you know we passed laws all the

1:29:12

time to protect things from happening that's what we do here so if you have one incident of a legislator not living

1:29:17

in the district there is no punishment for them right not that I'm aware of however I'm not

1:29:24

familiar with you know that statute per se be happy to ask Council about it just

1:29:29

be realistic now you want to charge somebody for voting for someone who is not

1:29:38

following the law themselves but you want to punish the person who is just simply trying to vote for somebody have

1:29:44

you ever heard of impersonation not if they're voting once I don't care if they're voting once if they're voting more than once yes I want to punish okay

1:29:51

but have you ever heard of impersonation yes okay where someone voted on someone

1:29:57

else's behalf and then you take a poor person who can't defend themselves don't

1:30:03

have the financial resources to go get a lawyer to clear their name and you're going to give them 25

1:30:10

000 of 25 000 fine five years in prison well we have mechanisms in place in the state that we've passed several years

1:30:16

ago to prevent that from happening as long as poll workers are adhering to our voter ID requirements I don't think

1:30:22

impersonation would be a likely occurrence okay so I'm glad you recognized so what prompted you to do

1:30:28

this if there's not a problem out there you only said that you knew of a few problems what necessitated this piece of

1:30:36

legislation then you know problems in Mississippi is one thing but there have been problems throughout the country and in other states which we often see

1:30:44

things occurring in other states and we want to prevent it here from happening the goal of this legislation is to do just that so would you be amenable to an

1:30:51

amendment to include other folks Municipal local County officials who

1:30:57

violate the law by not living in their District their Wars their districts are

1:31:02

even legislators no that's a separate bill you should draft did you draft it this year

1:31:08

55

no but you should have included that I'm doing the existing election crimes if

1:31:14

you want to create a new crime you should draft that so you want to impose something on someone else that you're

1:31:19

not going to do yourself I live in my district yeah but that's what I'm saying we as a body I'm not talking about you

1:31:25

individually we as a body I can't hear you anymore everybody's

1:31:31

being loud I don't I wouldn't want to hear it either let's maintain order let's maintain order

1:31:37

gentlemen cannot hear each other okay yeah but what I'm saying is is is

1:31:43

if this is not what's good for the goose good for the gander gentlemen this is

1:31:49

existing law existing criminals criminal acts okay we're increasing the penalties if you want to make what you're talking

1:31:55

about a crime you could have authored legislation at the beginning of the session to do that well why do you want

1:32:00

to increase the penalties though if it's already there what is why do you want to

1:32:06

increase dependencies if there's a problem not not there already to deter from occurring in this state there's

1:32:12

nothing to deter you you said there's only a few instances there might be a

1:32:17

few instances of murder we don't want it to happen even once okay well that's all written on the books murder we're not

1:32:23

talking about murder just hear my thank you being unrealistic

1:32:30

about this and I don't know where you could come up with some Cocker mainly idea like this to penalize some poor

1:32:39

person who you're looking for a solution for a problem that don't exist I mean if it's

1:32:46

not pervasive why do we need to deal with this one instance is pervasive

1:32:52

enough one incident of a legislator living outside his district is not enough though right again gentlemen I

1:32:58

will vote for that bill if you write it draft it present it well I won't vote for yours more than welcome not to

56

1:33:07
General from Washington Mr Bailey for a question you recognize

1:33:18
yes sir we will we will recognize you at that time General from Chickasaw Mr Lancaster

1:33:25
thank you Mr Speaker I have an introduction now to order at the appropriate time I believe now would be a good time

1:33:35
ladies and gentlemen in the South Gallery we have the 7th and eighth grade and the teachers and parents of the

1:33:43
Egypt Mennonite School from Okolona uh with with principal Keith Jance and Miss

1:33:50
Jance please help make them welcome please

1:33:57
welcome to your capital good to have you here today gentleman from Sunflower Mr Anthony

1:34:08
gentlemen do you the year yes sir you asserted earlier

1:34:15
that you did not you drafted this legislation on your own there was no outside here

1:34:23
well other than Council of course did you consult with the Secretary of State about this piece of legislation I talked

1:34:29
to him yes of course it's not his one of his issues he's he's the administrative officer over conducting the elections he

1:34:37
does not prosecute election crimes does he support this piece of legislation that you I'm not sure if he does I would

1:34:42
be shocked if he didn't uh did you consult with the election commission Association about this piece

1:34:48
of legislation now again they conduct the elections they don't prosecute the crime so I did not I understand that did

1:34:54
you consult with any veteran poll workers or poll Watchers about this piece I did do that yes okay so you did

1:35:02
not uh get a vetting approval from the Secretary of State you did not get a

1:35:08
vetting approval from the election Commissioners those who actually run the elections on a daily basis well I talked

1:35:15
to the election Commissioners that are my constituents yes but not that the group but the election Commissioners

1:35:21
Association did not see this piece of legislation after you drafted it unless they look online okay
1:35:28
so don't you would you not agree that
1:35:33
it would have been a little more feasible to have those who conduct elections
1:35:39
those who are in the field who may see these potential problems that you assert
1:35:45
those are the ones that on the front lines would they not
1:35:52
don't you think they would have been beneficial in seeing this piece well everything that is in this bill they're
1:35:58
already trained to detect because everything in this bill is already a crime we're not creating any new crimes
1:36:04
unless the gentleman uh brings up his new his Amendment we're not creating any
1:36:10
new crimes in this bill the poll workers they're not involved in this bill they
1:36:15
they're trained to detect already anything after that as to the responsibility of law enforcement and
1:36:20
the prosecutors so no I don't believe it was necessary okay well well gentlemen I
1:36:25
would like to say that those who are on the front lines those
1:36:31
who are actually dealing with the elections they see these potential crimes that you are asserting do you not
1:36:37
agree that uh they would have a little more working knowledge than you would uh
1:36:42
and you have not worked in elections I worked in the elections for five years before I was elected I have plenty of
1:36:48
working knowledge as it relates to um conducting elections well if you had
1:36:53
that much knowledge it would seem to me that you would have gotten the vetting approval from the Secretary of State's
1:36:59
office as well as those who are election Commissioners those who actually deal with it on a day-to-day basis
1:37:07
was that a question or is that you're an idiot okay
1:37:13

General from Tallahatchie Mr Reynolds for what purpose remember
1:37:18
you have an amendment at proper time you'll be recognized in order we got a few ahead of you on that gentlemen
1:37:26
gentleman from Madison Mr Blackmon
1:37:33
the Germany you yes uh so far I've heard a lot of questions uh
1:37:38
and the answers regarding uh voting the actual voting uh
1:37:45
that's covered in this legislation but this legislation covers more than just that correct correct correct and I
1:37:52
heard you uh spoken speak a moment ago about your experience in involving elections
1:38:00
until more issues raised after the election during the campusing process
1:38:08
during the challenging process as opposed to the issue that's being discussed here about perhaps voting more
1:38:14
than one time there are a lot of issues raised after the after the election When you're counting votes processing
1:38:19
absentee ballots all that stuff yes sir and in Mississippi we don't have a betting process
1:38:25
for filing affidavits charging a person with committing a crime do we we don't
1:38:33
and oftentimes these events that occur after the vote such as
1:38:38
during the campusing process during the challenging process I highly contested
1:38:43
and contentious correct correct I can agree with that yes sir size slide up not just
1:38:50
concerning the vote but they line up against each other don't they yes sir have you been involved in those type of
1:38:55
contests I have yes sir all right now notice in the bill
1:39:01
we're increasing the penalty for an exposure for the the clerk the
1:39:07
circuit clerks and the and the deputy clerks who held the ballot boxes who have to secure the ballot boxes properly
1:39:13
we're exposing the potential uh exposure that is for
1:39:20

59

criminal dependencies regarding that work too are we not yes but that is already criminal there are already

1:39:26

criminal penalties this is just increasing those criminal pillars I know I mean you just gets it you what 20

1:39:31

years now I thought I saw it one sector right increasing their exposure yes up to 20 years now

1:39:38

that the committed talk with the circuit clerks associations or individual clerks and

1:39:44

say look we're about to increase your exposure here you have elected official here as a

1:39:50

clerk in your Deputy clerks when you're securing these ballot boxes making sure the seals or properly placed making sure

1:39:58

that they are properly recorded and if they happen to be reopened and and uh for inspection during the

1:40:04

challenge or doing canvassing you have better be real careful because you'll have a great exposure for criminal

1:40:11

pension so up to 20 years in prison well the the penalties that are going up to 20 years are only those penalties that

1:40:17

are currently seted up to 10 years so if I have attended another 10 years means a whole lot so the the penalties you're

1:40:23

referring to as far as the clerks are concerned I believe is the five-year penalty which clerks are already trained that a violation of that part of the

1:40:30

statute could result in criminal penalties if they are convicted for doing it that's their training is it as

1:40:36

it stands this just simply decreases in the house that you have a lot of

1:40:41

experience with uh election contests I told you I've had experience with some

1:40:47

election contests all right yes now my experience is is pretty extensive too

1:40:54

and In the Heat of the bow after the election where Paul's accusing one side or the

1:41:00

other not doing things right pointing fingers at the clerk pointing finger at the workers

1:41:06

and knowing that you can charge someone with a a felony resulting in a serious

1:41:13

penalty there's an awful Temptation for somebody who's upset and hot tempered about the results of an election like

1:41:19

the one we had this last presidential election right I can agree with that

1:41:25

don't you make think you might want to uh talk to the people who are going to be

1:41:30

facing these additional exposures before we undertake this substantial change in

1:41:37

the possible exposures they may have uh by simply working in an election

1:41:44

gentlemen I would say again that these are already crimes they're already trained not to commit these crimes and I

1:41:50

would also say that you know if there have been instances of somebody filing false reports against people who you

1:41:56

know may have been upset during an election contest and that would have already occurred and I would also add

1:42:03

you know that our our system is set up the affidavits file but that doesn't mean you're convicted there's an

1:42:09

investigative process law enforcement the D.A the grand jury there's a whole

1:42:14

process to prevent these false accusations for making it all the way to an indictment and a conviction I I would

1:42:20

I would answer this question it's not to prevent it because you can't stop anyone from filing an affidavit charging

1:42:27

someone for the crime in Mississippi can't you you cannot no sir all right and once the charge is made and it may

1:42:33

not ever be prosecuted you'd have to go through a process of having that record expunged if you can

1:42:39

maybe not completely but to the extent that you can correct correct which are still vulnerable to occurring right now

1:42:45

because again these are not new crimes these are existing crimes so someone could falsely allege that you're

1:42:51

violating criminal criminal acts as far as the elections are concerned tomorrow today the next election they can do that

1:42:58

now well you're not on these mysterious you're doing that fingerprinted uh taken

1:43:03

into jail and and a record created uh for which you would have to have removed

1:43:09

that if you can you always can't have them expunged but it's uh it's there I

1:43:14

believe all of these would be expungeable

1:43:22

it's a question of why why why now what what's the is that somehow the laws have not

1:43:30

been enforced before now well looking regarding these offenses that the bill addresses looking around the country

1:43:36

talking to my constituents they want to know that their election is more secure and there are proper deterrents in place to keep something from occurring here so

1:43:44

that's the point of the bill well one final question gentlemen every citizen of the state of

1:43:49

Mississippi who was of age should have a right to cast that vote

1:43:54

for the person of their choice correct correct and would you agree that voting is a

1:44:00

fundamental right of citizenship and democracy yes sir that's right yes sir and that should not

1:44:07

be taken lightly correct yes sir no one should be denied their right to vote for

1:44:12

the person their choice I believe I told somebody that a few minutes ago yes sir to that extent we're on the same page

1:44:19

then yes sir let's see what happened 10 20.

1:44:25

General from Apprentice Mr Arnold

1:44:31

gentleman from DeSoto Mr Hale gentlemen you yes sir hadn't been proven

1:44:37

in the past that there's been uh

1:44:45

hold that Mike closer uh ladies and gentlemen the gentleman indicates he cannot hear please hold your conversations down you may see gentlemen

1:44:52

hasn't it been proven in the past that people from cemeteries have ended up voting I've seen instances of that yes

1:45:00

sir okay I like your bill right is right and wrong is wrong

1:45:07

if people are going by the guidelines and the law there's nothing wrong with this bill I support your bill thank you

1:45:13

gentlemen gentleman from Apprentice Mr Arnold

1:45:22

thank you Mr Speaker gently you yes sir gentlemen would you believe in my own district there a guy went and he uh

1:45:28

signed that voter roll looked on the list his son's name was on that voter roll and he said I surely wish my son would

1:45:35

come by and visit his mother and father when he comes in from Atlanta to vote

1:45:41

so gentlemen would you agree that there evidently is an issue yes I would like I

1:45:51

generally from Heinz Mr Brown for what purpose

1:46:00

thank you Mr Speaker I would like to ask a question please you recognized for a question yes sir just two questions

1:46:07

do you feel within your heart that this is a little bit intimidating type of a

1:46:13

legislation that we are discussing here this morning intimidating because of the increase in

1:46:20

the penalty yes sir if you're not violating our election laws then there should be no problem well I hope it

1:46:27

intimidates people away from violating our election laws so that is I mean intimidating perhaps for people not to

1:46:33

vote because of the fact that they may make a mistake some kind of way

1:46:39

I don't I don't necessarily agree with you gentlemen where's my question today as a former municipal election

1:46:46

commissioner today we have government identification that re that's

1:46:52

required for people to vote now how in the world can somebody have false

1:46:59

uh improper government identification that must coincide with their address

1:47:05

uh to to be suspected of fraudiately voting how in the world could that

1:47:10

happen nowadays in the 20th 20th century well I hope it happens a lot less which

1:47:15

is why I believe this will probably be prosecuted very rarely but it's still a deterrent people will still try there

1:47:22

are plenty of penalties and laws in place to try to keep people from committing the most abhorrent of crimes

1:47:28

yet they still do it that's just part of how a part of human nature I hope that this bill will decrease

1:47:34

that from occurring that along with the voter ID you mentioned should keep this from being prosecuted often a government

1:47:42

idea is the sole identifier now of a voter so I mean I don't understand to

1:47:48

keep it from happening because you've got to show your government ID to vote Yes gentlemen and if you somehow manage

1:47:54

to vote twice with a government ID you will be prosecuted under this bill and that is it which you will be

1:48:01

prosecuted now because it is still currently a crime I I just don't uh think we ought to be

1:48:07

trying to prevent people from voting we ought to be encouraging people to vote and this is a bill that's anti-vote well

1:48:13

I appreciate your question [Music] General from Marshall Mr Faulkner

1:48:22

tell me you yes sir of course my colleagues who have

1:48:30

discussed this bill today with you in opposition to it do you feel that they are in favor of

1:48:35

election crimes I do no I'm sorry

1:48:42

you say no I believe they they are not in favor of election crimes I miss her so much so you realize that excuse me

1:48:49

that the questions is not because of the crime itself they were just represented

1:48:54

by two of our colleagues who are in favor of the bill gave two examples of

1:49:00

crimes yes our house my question to you is that you decided

1:49:07

that what you realized after that's crime there's a law on the books already currently is that correct correct

1:49:14

but it's just not Tough Enough that's correct because you described earlier that

1:49:20

the laws are just weak so your intent today is to make the laws make the
1:49:26
penalty stronger that's correct thank you
1:49:35
don't see any further questions lady from Heinz is recognized at this time to present her Amendment
1:49:55
thank you you recognize lady took you want to
1:50:02
explain your Amendment thank you Mr Speaker would Madam clerk please read the amendment
1:50:15
you recognize Madam clerk to read the amendment amendment number one by representative Summers
1:50:20
amend on line 150 by inserting at any election a qualified voter may vote in
1:50:26
person by an absentee ballot for any reason a qualified voter who votes in
1:50:32
person by an absentee ballot shall not be required to provide an excuse on an
1:50:38
absentee ballot application before casting his or her absentee ballot these
1:50:43
Provisions shall not apply to absentee ballots received by mail thank you madam
1:50:50
clerk ladies and gentlemen of the house again this amendment does not apply to voting by absentee by mail this is only
1:50:58
when you come into the circuit clerk's office and you request a vote by absentee you would not have to provide
1:51:06
an excuse in order to vote by absentee so you still have to ask for the
1:51:12
complete the affidavit request the application but you would not have to provide an excuse to be able to vote by
1:51:19
absentee questions on the amendment
1:51:27
gentleman from Rank and Mr Powell lady you yield yes sir so this is
1:51:33
basically early voting it's not early voting it's no excuse absentee ballot it's no
1:51:39
excuse absentee voting okay
1:51:45
because again you have to you know still attest to the affidavit I don't see any
1:51:50
Gemma from Warren Mr Denton for what purpose of course you're recognized

1:51:56
later with you yes sir so we have
1:52:03
excuse voting right now today right correct you have to just go down there and tell them you have a give them a
1:52:10
reason why you're not going to be able to vote on certain days is that correct
1:52:15
that's correct and what you're trying to do it's just a
1:52:21
no excuse if I don't wanna I'm not gonna be there on that voting
1:52:26
day I'll should have to do is ask for a ballot and vote is that correct that's correct
1:52:32
thank you I don't see any further questions I'll
1:52:39
uh chairman you won't respond
1:52:50
all right thank you Mr Speaker ladies and gentlemen she's correct or one of the questions corrected it does it is
1:52:56
time to mount to early voting I think absentee started about 45 45 days from
1:53:03
the actual election um you know her her
1:53:08
amendment is good in theory and
1:53:13
I don't necessarily have an issue with it I do think it bogs down the bill if it gets to the Senate and it it hampers
1:53:20
the overall effect and impact of the bill and it going forward into the Senate and for that reason I would ask
1:53:26
the house to oppose it lady if you wish to close on your
1:53:31
Amendment thank you Mr Speaker and I appreciate
1:53:37
the Chairman's uh rebuttal to this we know we have voters that live in rural
1:53:43
areas of the state of Mississippi and they may not be able to get to the precinct on Elation day for various
1:53:49
circumstances their circumstance may not be listed on that application and
1:53:55
therefore they are forced to lie on the application in order to vote now we're
1:54:00

66

already saying that we're willing to increase penalties on these election crimes so let's allow mississippians to

1:54:08

be able to vote without having to be forced to tell a lie and then therefore be penalty or be uh have to uh

1:54:16

adhere to these crimes that are listed in the bill so I ask for you to support the amendment

1:54:22

okay you've heard the lady close question now recurs on the adoption of amendment number one to House Bill 400

1:54:28

if you're in favor of the ladies Amendment indicate by saying aye suppose no

1:54:36

no's have it nose have it roll call is demanded they're sufficient number open machine Madam Clerk

1:54:42

if you're in favor of amendment number one vote I if you're opposed voting a

1:54:48

is everyone voted as everyone voted

1:54:54

close the machine Madam Clerk by vote of 49 yay 66 Nays the amendment

1:55:00

number one fails General from Heinz you're recognized present your Amendment the clerk Clerk's got it

1:55:12

you want her to read or yes read the amendment and I'll explain it briefly

1:55:19

amendment number two by representative Bell a man by inserting the following after line 380 and renumbering the

1:55:26

succeeding sections any person who shall deny a person the right to vote for a

1:55:32

reason that is not provided in law shall be deemed guilty of a crime and punished

1:55:37

by a fine not exceeding ten thousand dollars or by imprisonment in the Department of Corrections not exceeding

1:55:44

10 years or both this simple Amendment uh ladies and Gentlemen Just ensures that no one will

1:55:51

be not be denied the right to vote by elected officials poll Watchers poll

1:55:57

workers and individuals such as that and that's the explanation of uh my Amendment and no questions thank you

1:56:07

you're recognized to responding thank you Mr Speaker gentleman came to me about the amendment I do not oppose the

1:56:13

amendment all right you've heard the chairman question occurs on adoption of amendment

1:56:19

number two the house is in favor of amendment number two indicate with saying aye hoes no

1:56:27

the eyes have it the eyes have it amendment number two is adopted um

1:56:33

gentleman from Lauderdale Mr Young for what purpose introduction at our water Mr Speaker

1:56:39

you're recognized thank you Mr Speaker uh today in the north Gallery I would

1:56:47

like to recognize members from Mississippi power we have one of the

1:56:54

legislature's own attorney Aquila hutnell former member of the Senate we

1:57:02

have Miss Joy Saucier and we have three of their uplift uh students that are

1:57:09

with us today we'd like to make them welcome please

1:57:19

Jenna from Rankin Mr Weathersby thank you Mr Speaker I'd like for you in the house to help

1:57:24

make welcome in the South Gallery a group from Rankin County The Rankin County leadership group with their uh

1:57:31

advisor Blake Ainsworth let's make them welcome foreign

1:57:43

Mr Bailey you're recognized you want to speak on the bill

1:57:53

ladies and gentlemen it's my first time up this year and I'm I'm upset because I'm I'm tired

1:58:01

of all this uh voters suppression stuff that's going on across the country

1:58:07

is going on everywhere in the country where we have uh certain parties in charge and they

1:58:14

make trying to make it difficult for people to vote all of my life we had to fight to get

1:58:22

the right to vote when the federal courts gave a spray to

1:58:27

vote now we fight hard just to keep the right to vote I don't understand but it's Mississippi

1:58:35

Mississippi has to be on the side of suppressing people

1:58:40

it's just like kicking a sick goal we continue to kick sick dogs in the

1:58:46

state for things that we can do to help people we don't do

1:58:54

we we don't do it we don't say anything about them stealing all this welfare money the tenants money from poor people

1:59:01

we don't talk about that nobody goes to jail but yet here's John Doe trying to vote

1:59:09

and make a mistake we're going to put him in jail we're going to make it a felony and this come up every election

1:59:15

cycle because they had to have some to run on they tough on crime they're tough on

1:59:22

people who voting I have seen more of the other party still involves and violating the race of

1:59:29

votes and I have of the people that little person out in the community now in the past election year they have

1:59:36

not found anybody except somebody who was voting for Trump who was trying to steal and trying to do

1:59:43

something illegal about the election It Ain't Us It Ain't Us

1:59:50

and I had to speak to tell you this ain't about trying to make it fair for election this is about suppressing

1:59:57

further suppressing people to vote here and that's wrong and that's that but that's but that

2:00:04

Mississippi that's customary for Mississippi to do that and you're gonna see that board I predict

2:00:11

I predicted that boy that is going to be read against Green

2:00:18

and all the red on one side Democrats all the green other side

2:00:24

Republicans because that's a part of their agenda it helps them to keep their agenda going

2:00:30

to keep those of voter suppression things going but that's wrong

2:00:36

but you are suppressing not just some people you're suppressing the

2:00:42

rights of all people and anytime you suppress anybody's right you're going to

2:00:47

pay for it you may not think you will but you're going to pay for it but we continue we

2:00:53

continue we continue to try to do wrong we ought to be done right hospitals are

2:01:00

closing in this state and this state is sitting on a billion dollars worth of Reserve money and people are dying and

2:01:07

we won't spend a dime to help those hospitals out because one man decided that he wants to
2:01:14
to to to fight a president that's no longer president just because that president is a black
2:01:21
president Obama and it doesn't make no sense it doesn't
2:01:28
make no sense to let people and suffer because of your hatred for
2:01:34
a black president the man hasn't done anything
2:01:41
and you look at the next president followed him has done all kind of crimes
2:01:47
try to do an insurrection try to take over the country and nobody
2:01:52
has put him to jail nobody has indicted you nobody has done anything and the
2:01:58
majority of the people who control the house now don't want to do anything about it they don't want to they don't
2:02:04
want to apply the law to him that's wrong Mississippi will never get it right
2:02:12
we've never gotten in a race in Mississippi without going to court and we have to spend money and money and
2:02:19
money Mississippi has always tried to put the downtrodden in jail and make them
2:02:26
criminals and put a bad face on them that's wrong
2:02:32
that's wrong there's no problem here with this election
2:02:38
and that oh this man got up and and and told you that all this stuff around put out there this man is lying
2:02:46
he can't prove that I mean that he can't prove it he can't bring you not one
2:02:52
piece of data to show where this has been a problem in this state
2:02:57
and it's wrong to come up here and bring misinformation to people on the pretext that you're doing
2:03:03
something good to try to help somebody I remember Ed and your race
2:03:10
back then it was real hard yeah I've heard of people coming out the graveyard vote and I counted 19 of them
2:03:18
one day they all they didn't look like men they all came in there and voted for the

2:03:24
other party they try to keep it out of here
2:03:29
they might nobody said anything about you ain't won it was like we didn't challenge it but if we had all the
2:03:36
documentation of it during that time but that was okay for them to do it back
2:03:41
then but I'm through but I just had to say for you all who may think that you're
2:03:49
upright you're not upright you're hypocrites and God knows that I can't judge you
2:03:56
about that he'll have to judge it but this bill is not a good bill it is not to protect
2:04:03
anybody it is to suppress further suppress the Voting Rights
2:04:09
of the of the downtrodden and that's wrong thank you very much
2:04:17
okay I recognize the author to close thank you Mr Speaker before the gentleman from Washington
2:04:22
called me a liar he admitted that the only people that's ever violated these election
2:04:29
statutes are those who have voted for Trump he admitted that there are people violating our election crimes he said it
2:04:36
himself I don't care if you're voting for Trump I don't care if you're voting for Ron DeSantis or every Democrat on
2:04:42
the ballot if you're voting more than once and you're attacking the Integrity of our elections you should pay a
2:04:47
penalty I move for final passage Mr Speaker travel order
2:04:53
let's have order let's have order okay question now recurs on House Bill 400
2:04:59
open the machine Madam Clerk if you're in favor of the bill vote I if
2:05:06
you're opposed voting a has everyone voted
2:05:12
has everyone voted close the machine Madam Clerk by vote of
2:05:19
70 years 47 days of bill passes
2:05:25
announcements by the clerk before we recess for no announcements announcements by the members

2:05:33
General from Washington Mr Bailey we will do that

2:05:41
anything further

2:05:48
if not I would entertain a motion from the gentleman from Benton that we recess

2:05:53
until two thank you Mr Speaker move the house

2:05:58
standing recess to 2PM you've heard a gentleman's motion all those in favor of the motion in the Cape is saying aye

2:06:04
opposed know the eyes have it the house will stand in recess until 2 pm

2:06:09
foreign

4:04:49
foreign

4:04:54
we let the house come back to order

4:05:00
Jim from Lauderdale Mr Calvert what purpose you seek recognition Mr Speaker introduction please you recognize

4:05:07
uh ladies and gentlemen of the house uh we have some special guests today in our North gallery

4:05:13
they are stationed here at NAS Meridian representing International military student field studies program they

4:05:21
happen to be from France in the UK please make them feel welcome

4:05:33
all right I don't see any further introductions we will return to the calendar

4:05:41
looks like we left off

4:05:48
item six I don't see the chairman

4:05:53
seven eight nine ten eleven all of them

4:06:00
should be anybody know what it okay how would request we hold those

4:06:06
until the chairman returns any objection to doing that all right that brings us down to number

4:06:12
12 according to my calendar that'd be drug policy

4:06:46
testing one two thank you Mr Speaker I asked that we go to item number 12 house bill number four

4:06:53

call the bill up and make the usual motion Villa moves the rules be suspended Bill considered in Gross red

4:06:59

the third time placed on Final passage all in favor say aye opposed nay the eyes have it Jim would recognize thank

4:07:06

you Mr Speaker this bill deals with the drug Tia Neptune it simply makes it a schedule one drug there are a number of

4:07:13

bills out there dealing with this drug uh this would give us a strong

4:07:18

negotiating position when dealing with the Senate and I'd ask that we pass it

4:07:23

the the changes are in lines 193 to 196. the the name for this drug sold in gas

4:07:30

stations is Jaja red it is very addictive and there are a number of

4:07:36

states who have already banned it this bill comes to us from the State Medical Association and from law enforcement

4:07:42

Bureau of Narcotics Department of Public Safety from sheriffs a lot of Mayors and

4:07:48

other jurisdictions have already banned it so I'd move adoption if there are no questions

4:07:57

Jim from DeSoto Mr Criswell thank you Mr Speaker with gentleman you yes

4:08:03

so I just want to make clear make sure I understand when you put this on a schedule a schedule one drug that means

4:08:10

the day after this becomes law it is a felony to own even whatever you can so

4:08:16

what you bought in the store the day before then you go to prison for how long so I believe that what I just said when

4:08:23

I was presenting the bill was this gives a strong negotiating position with the Senate they have passed schedule two uh

4:08:30

the chairman of Judd B has a bill that regulates both TN Neptune and Kratom so in conference we're going to have to all

4:08:36

get together and decide what to do with Tia Neptune and I'm just trying to establish

4:08:42

a a firm position to negotiate from that's what I'm asking to let me do okay

4:08:49

thank you sir uh jumps on the floor Mr Osborne oh no

73

4:08:57

he passes all right I don't see any further questions open the machine Madam clerk

4:09:02

question House Bill four you favor the bill vote I if you're opposed vote nay everyone voted

4:09:11

close the machine Madam clerk by about 100 gays and 11 days the bill passes

4:09:16

next item I'd go to that item number 13 House Bill 231 call it up and make the usual motion

4:09:23

Jim Collinsville up moves into rules be suspended Bill considered in Gross red the third time placed on Final passage

4:09:28

all in favor say aye opposed nay the eyes have it I'd like to recognize the gentleman from Union to present the bill

4:09:35

gentleman from Union to recognize thank you Mr chair thank you Mr Speaker

4:09:42

moved to table the committee Amendment

4:09:50

moved to adopt a strike all Amendment

4:10:12

all right gentleman moves to table the committee Amendment all in favor say aye

4:10:17

opposed nay the eyes have it gentleman has another amendment he wishes to substitute and place thereof is that

4:10:24

correct okay you recognize for your Amendment

4:10:30

ladies and gentlemen House Bill 231 is a drug education bill with an emphasis on

4:10:35

Fentanyl this bill directs the State Department of Mental Health to develop and

4:10:42

Implement a comprehensive Statewide Fentanyl and drug abuse education program

4:10:48

this program will use mass media and other Communications to discourage the use of Fentanyl and abuse of other drugs

4:10:54

and to educate people especially youth about the health hazards from the use of

4:11:01

Fentanyl and drug abuse as you all know in this house we've passed the fentanyl strips we passed the

4:11:07

pill press last year and this is another way we can wage war on the battle for

4:11:12

against Fentanyl and illegal drugs drug overdose specifically fentanyl is

4:11:18

the number one cause of deaths in adults 18 to 45 and over 70 percent of drug
4:11:24
deaths in Mississippi are due to Fentanyl drug deaths among children 10 to 14 have
4:11:30
tripled since 2019. most impossible to stop the supply of
4:11:36
fentanyl into our state fitment was odorless tasteless and very easily smuggle the only way and the best
4:11:44
way we can control this crisis is to reduce and reduce the damage that Mississippi is through education and
4:11:50
that's what this program will do and that's a brief explanation of the bill
4:12:03
questions on the amendment have crisis on the amendment Jefferson Washington Mr Hein
4:12:10
thank you Mr Speaker yes sir I support what you're trying to do but I have a couple questions uh what other drugs are
4:12:17
listed uh along besides feminine do you I'm sorry what other drugs are listed
4:12:24
alone uh all drugs the emphasis on the fentanyl but it's all drug abuse it's creating a
4:12:31
comprehensive program so we so um you heroin
4:12:37
um crack cocaine cocaine uh opioids all those things are listed all the above
4:12:43
yes sir okay
4:12:49
the lady from Jones Miss Scott
4:12:58
thank you well the gentleman Yale yes ma'am okay gentlemen on this particular
4:13:04
bill we you all are saying well I want to ask you this question
4:13:10
uh we are going to put this drug tobacco office of Tobacco Control
4:13:17
is going to spend uh Monies to try to address Fentanyl and drug
4:13:24
abuse to educate especially young people and I notice here that you're talking
4:13:30
about television radio print advertising
4:13:35
sponsorships exhibits and other opportunities to raise awareness
4:13:41
is that what you see continuing as we add Fentanyl and Other Drugs

75

4:13:49
that is correct okay now in this bill because I don't know what's in it or
4:13:55
what because we can't now we can't locate the amendment but uh it discussed
4:14:03
um having a report from the office of
4:14:09
Tobacco Control don't have one do you have a report from
4:14:14
the office of Tobacco Control I I do not we we took the office Tobacco
4:14:19
Control out of it okay that was in the strike Hall all right but prior to that
4:14:26
so that I guess we would have some direction as to why we're doing what we're doing
4:14:32
have you seen a report from the office of Tobacco Control
4:14:38
I was in a meeting at nine this morning with the office of Tobacco Control and they did not produce a report this
4:14:45
morning but okay no I have not so no report from the officer Tobacco Control
4:14:50
do we have a report from the office of the audit State auditor's office because
4:14:57
in this bill it requires a report from the state auditor's office as to what these people
4:15:04
have done with these millions of dollars that they've had do have you seen that report I have not
4:15:10
okay so the only thing that we're doing in this
4:15:15
bill is basically changing uh and adding
4:15:21
Fentanyl and as you say we're going to emphasize Fentanyl and then other drug abuse
4:15:29
but listening to those numbers that you just told us about
4:15:35
how so many lives are being destroyed do you think that a better use of these
4:15:42
dollars might be to increase crisis teams to respond and increase Hands-On
4:15:52
[Music] um uh people to work with uh folks that are
4:15:58
having these problems especially young people as opposed to giving them an
4:16:04
advertisement buying a billboard spending money with super talk you know
4:16:10

that these people don't even listen to do you think that might be a lady

4:16:15

how much time has expired on his Amendment all right I don't see any uh

4:16:22

further question favor the amendment indicator saying I opposed nay eyes have it anything

4:16:29

further on the bill ladies and Jones you have further questions uh since we're on the bill uh Mr Speaker may I if the

4:16:35

gentleman would continue to yell I'd like to ask him a couple more questions if he's willing to yield yes you can yes

4:16:41

sir okay gentlemen I appreciate it this is a very you would agree this

4:16:46

whole fentanyl opioid crap thing is a terrible thing that's

4:16:52

destroying so many families is it not gentlemen I do agree and so

4:16:58

I'm very much concerned that when I look in this bill and and we're talking about education

4:17:08

being the most important tool that we're going to use

4:17:14

and then we're gonna do that through advertising you know the print media

4:17:21

radio and all of that did the committee give any consideration

4:17:27

to having human to human contact when people are having these

4:17:33

uh psychotic breaks when they're almost near death when they're brought to

4:17:38

UMC in crisis into many emergency rooms across the state that uh you know an advertisement not

4:17:45

gonna help them uh you know uh uh billboard is not going to help them a

4:17:52

a commercial on television is not going to help them so did the committee give

4:17:58

any consideration to maybe having some human intervention look at these

4:18:03

millions of dollars I respectfully disagree I I think the education piece is extremely important I've learned a

4:18:10

whole lot just in creating the bill we actually passed a drug education bill out last year that the Senate killed

4:18:16

that was very similar to this one right here and having met with an apartment of Health the Department of Mental Health

4:18:23

they they agree that this is a very important key in to our fight one in

4:18:28

four appeals on the street are illegal they're they're made uh not by pharmaceutical companies and I

4:18:36

mean that's just that fact right there's is scary and our people in Mississippi

4:18:41

need to know this information okay but the fact that you and I

4:18:46

know that one in four pills you know that fentanyl is very dangerous are we

4:18:54

not trying to help those people who obviously do not

4:19:00

understand that fentanyl is very dangerous and

4:19:05

since we don't have a report gentlemen and we can only just assume about these millions of dollars that's being spent

4:19:12

on Advertising so I'm just asking you because we all of us agree I don't think there's anybody

4:19:18

in this chamber who doesn't agree that we need to do something to keep all these lives from being

4:19:24

destroyed and I guess I don't know if it's a reverse repeal I

4:19:29

don't know what's in your thing because you know we couldn't get it up but I guess I'm asking you as you go

4:19:34

through the process maybe we ought to as a to me spending

4:19:40

money on Advertising saying uh you know

4:19:46

you know like we say don't text and we text driving you know we say uh you know

4:19:53

don't drink and we drink and drive uh and we do a whole lot of things that

4:19:58

we have a lot of advertising saying that you know don't do it so it's it's not working

4:20:04

so I I would ask that as y'all go through the process maybe you ought to look at

4:20:09

taking some of this money maybe and using it in Crisis Intervention and more

4:20:16

human to human intervention for people that are experiencing

4:20:21
just terrible terrible disease of this fentanyl opium opioid and crack

4:20:28
addiction gentlemen you know all right uh General De Soto Mr

4:20:34
Eubanks thank you Mr Speaker with Jim and yield yes

4:20:40
um what is the funding source for this is this General appropriation or the department of health is going to

4:20:47
fund part of this and then we're hoping to apply for Grants

4:20:52
to to get more money but right now we just wanted to start the program originally

4:20:58
it was going to be funded through tobacco money and we did a strike off for that so Department of Health offered

4:21:04
to pitch in with with some half a million dollars to get started thank you gentlemen

4:21:14
Jim from Heinz Mr Brown thank you so much Mr Speaker General yes

4:21:21
sir I would just like to know why wouldn't the health department be the uh

4:21:26
is the Org the the originator of this type of uh advertisement and what have

4:21:32
you rather than the legislature well I'm somebody you know be the

4:21:38
Catalyst in doing this it seems to me it would be more meaningful coming from them than from a bunch of politicians

4:21:45
it originally I went to the Department of Health First and the Department of Mental Health came

4:21:50
in and said this is more in our purview to do this program and they they actually requested that they have it

4:21:56
Wendy battle is very instrumental in that so I had them in the room with the Department of Health and the Department

4:22:01
of Health said they would help Department of Mental Health but they were willing and able to take it

4:22:08
well I mean I'm saying why wouldn't they be driving this effort rather than than the legislature

4:22:15
I'm sure you could we could give them the funds to do it without any legislative uh authorization couldn't we

4:22:25

I'm sorry I couldn't understand you I said we could allow them to take the
4:22:31
control of getting this message out rather than the legislative uh
4:22:38
the legislative uh enactments that we're trying to do why we wouldn't let Jim just handle it that's what I'm trying to
4:22:44
understand they they do other uh programs and uh they do other advertisement about
4:22:51
very health and mental health issues why does the legislature have to get involved in it that's all I'm trying to
4:22:57
find out this is all about educating and this will be in our schools as well as mass media it's all about
4:23:04
teaching our children and our parents okay
4:23:11
all right I don't see any further questions open the machine Madam clerk fresh occurs on House Bill 231
4:23:19
favor the billboard eye if you're opposed voting a everyone voted
4:23:26
everyone voted closed machine Madam clerk by about 111 years five Nays the bill passes next item
4:23:33
thank you Mr Speaker I'd ask that we go to item 14 house bill number 249 call it up and make the usual motion Jim in
4:23:39
Collinsville up most of the rules will be suspended Bill considered in Gross red the third time placed on Final passage all in favor say aye eyes have
4:23:47
it gentleman Rickman this bill is with the Mississippi medical cannabis act excuse me we have a committee substitute
4:23:54
you wish to adopt it I do wish to adopt the committee substitutions substitute be adopted for
4:24:01
consideration with the original Bill all in favor say aye opposed nay the eyes have it Jim and Drake now thank you sir
4:24:07
this is with the Mississippi medical cannabis act we're extending two repealers that got left out of the first
4:24:13
bill they both deal with its extending them for one year happy to yield for questions questions
4:24:21
[Music] House Bill 249 if you fail with the bill
4:24:27

vote I if you're opposed voting a everyone voted close machine Madam clerk a vote of 112

4:24:34

years and one day bill passes next item that's that we go to item number 15 house bill number 1071 call it up make

4:24:42

the usual motion gentleman Villa moves to rules to be suspended Bill considered in Gross red the third time placed on

4:24:48

Final passage all in favor say aye opposed I need the eyes have it this

4:24:53

bill comes to us from the Department of Health it is the uniform control substance act the bill that we pass

4:24:59

every year to make our state drug laws compliant with the federal drug laws and

4:25:06

that's an explanation of the bill questions I don't see any old machines

4:25:13

crash occurs in House Bill 1071 if you favor the billboard eye if you're opposed voting a

4:25:19

everyone voted close the machine Madam Clerk of 115

4:25:25

years and two Nays bill passes item Corrections

4:25:33

thank you Mr Speaker I call up item 16 House Bill 799 Advance the usual motions

4:25:39

and I have an amendment appropriate time Jim and cause Villa moves into rules to be suspended Bill considered in Gross

4:25:44

red the third time placed on Final passage all in favor say aye opposemay the eyes have it gentleman's recognized

4:25:51

First Amendment thank you Mr Speaker the amendment authorizes the Mississippi Department of Corrections to increase

4:25:58

the reimbursement to Regionals from Thirty One dollars to thirty four dollars that's explanation of the

4:26:03

Amendments questions on the amendment I don't see any if you favor the amendment indicate by saying aye opposed

4:26:10

nay the eyes have it amendment is adopted I mean thank you Mr Speaker the house

4:26:16

bill 799 in addition to the increase uh per diem to the Regionals the 34 dollars

4:26:22

it authorizes Mississippi Department of Corrections to pay two million dollars out of the inmate welfare fund

4:26:29
um as opposed to one million we we authorized last year in the inmate
4:26:35
incentive to work program that's explanation of the of the bill as presently Lays
4:26:41
questions on the bill Jim from Apprentice Mr Turner
4:26:49
the gentleman Neil yes uh how much is in that inmate welfare fund at this time about 10 million six
4:26:57
hundred thousand dollars all right how much is in this bond that you're going to deposit in
4:27:02
uh in that incentive work program I think there's probably a half a million
4:27:08
dollars a little bit more in that fund I believe they began the program incentive to pay basically in October of last year
4:27:15
gentlemen and they anticipate they've got about 1900 inmates working they anticipate having around 5500 by the end
4:27:23
of the calendar year so what you'll be talking about here is a million and a half would be taken out of the of the
4:27:31
welfare funded be 2 million taken out of the inmate welfare fund to be placed
4:27:36
into the uh incentive to work program uh authorizing them to do that into that
4:27:42
program to pay inmates for work as I read as I read that it says to provide a
4:27:49
balance not to exceed two million dollars that's correct or if you got a half million in there then we got a half
4:27:55
million we did a Million last year right put a million in last year I got about a half a million from paying from last
4:28:02
year left over and the commissioner indicates to me that they anticipate they will need another million to pay
4:28:08
inmates to get through the next year total of 2 million okay and I understand this to be pay for
4:28:16
the inmates working it is they the gentleman they pay anywhere from somewhere around 15 cents an hour to 50
4:28:24
cents an hour and a commissioner indicates to me that he incentivizes
4:28:30

those inmates to based on good behavior work uh history to get up to the 50 cents an hour and there's a number of

4:28:36

them that have been doing that and anticipates that they'll have somewhere around 6 000 working somewhere average

4:28:44

around 35 cents an hour these are inmates that have not been getting paid to work up until we authorize this move

4:28:50

would I be wrong in in my assumption that these animes have been paid

4:28:57

prior to this out of the receipts of what they uh the product that they did

4:29:03

uh well some of them have gentlemen but not all of them some of them have been paid

4:29:09

out of the some of these some of these inmates are just working not through

4:29:14

impact or mag core these are inmates outside of that program that these are in addition to impick and

4:29:22

mad core these are individuals that may be actually working at regionals or they be may be working at other facilities

4:29:28

outside of that program okay then would this fund be with mpic or would that be

4:29:34

on the department that's Corrections that's this will be an MDOC some of the some of the impacts can get

4:29:40

paid out of this fund but majority of that is paid out of the impact this will be inmates being paid out of this

4:29:47

program for work independent of the impact

4:29:53

well they just started he just started he just started paying through this

4:29:58

program independent of impact last year the commissioner did if that makes sense but this was this

4:30:04

was the news yes it's basically thank you gentlemen Jennifer Marshall Mr Kincaid

4:30:11

he's not there he passes uh Jim from Harrison Mr hullum

4:30:17

cinnamon yields yes sir so I just went two quick questions sure do you have a

4:30:22

proper accountability account from how much was generated last shot this fund excuse me repeat your question the

4:30:29
question is do you have a can you produce a report of an accurate accountability of how much is in the

4:30:35
inmate welfare fund yes yes sir that's all it's about State all Department every year okay and lastly will the

4:30:43
inmates receive any of this increased Southern reforms this this money is prior to the time the commissioner came

4:30:49
became commissioner there was not a payment to inmates for general labor within the uh uh Department of

4:30:57
Corrections had been at some point in time but that had seized he re-initiated that under this program and uh he

4:31:05
reported to me at the um Corrections meeting that there were about 1900 to 2000 he anticipates up to

4:31:13
6 000 by the end of this next fiscal year hence the need for the additional

4:31:18
2000 too many additional million dollars all right and lastly sure does this help

4:31:24
enhance or affects the re-enter program through this funding the re-entry programming yes yes sir it does all

4:31:30
right gentlemen thank you Jim from Lawrence Mr Evans

4:31:38
thank you speaker gentlemen yields yes sir you know when I I just happened to get a

4:31:45
letter from a constituent yesterday question some of this stuff this is serendipitous today I guess what type of

4:31:53
work are are these inmates doing for 35 or 50 cents

4:31:59
you don't know what type of work they're getting paid for during this program yeah it's basically some of them are

4:32:05
just general labor that would be some of them trusty status some of them that are working on the farm I mean just general

4:32:12
labor within the prison um system and some of them are getting paid

4:32:18
for uh being incentivized for programming within the prison system some of them are even getting additional

4:32:25

funds for attending educational program and being instructors in those programs teachers and assistant teachers they get

4:32:32

paid the most okay I'm presuming correct me if I'm wrong I'm presuming this is voluntary it

4:32:41

is voluntary okay and

4:32:46

I guess for some of them it's something to do I don't know the price the time but uh do they get any other kind of

4:32:55

sentence credit or anything like it that might not they do they get good time for

4:33:00

being involved in the program and work okay thank you

4:33:06

jump Mike Tibby Hall Mr Taylor Gemma will you yield yes sir

4:33:13

what is the current I'm sorry what's the current rate that inmates receive from my work what what is the rate of paying

4:33:21

rate of pay the average is somewhere around 35 cents an hour

4:33:26

uh some of them get some of the inmates get 50 cents an hour I've talked to the commissioner about

4:33:33

um increasing some of that to maybe 75 he said that depends on how many ultimately gets in the program

4:33:39

uh but uh some of them start as low as five to ten cents an hour yeah that's

4:33:45

that's what I'm being told that actually is probably more aligned to 10 cents

4:33:50

excuse me that is probably more aligned to 10 cents beginning this somewhere around 10 cents that some of them are

4:33:57

starting off at five cents for doing just basic stuff the commissioner tells

4:34:03

me but if teachers assistant teachers people that are helping welding class

4:34:08

things like that he indicates to me that they're getting 50 cents an hour okay so

4:34:14

at 10 cent an hour what what type of jobs are we talking about I cannot

4:34:19

answer the type of jobs my understanding is those are just basic things within the facility that beginning some people

4:34:27

that haven't worked for years and they've been in some discipline problems he indicates to me they give them an

4:34:32

opportunity to work this themselves out of those discipline Problems by accepting a job within the facility okay

4:34:39

so this is only facility based so nothing outside of nothing outside okay

4:34:45

nothing outside and and my my last question is is there a stay of Child

4:34:51

Support or anything along those lines it has no effect on this on this it doesn't it's not subject to attachment by a

4:34:58

child support on the outside okay uh I'm sorry one more question sure so if the

4:35:05

wages were increased right let's say to something even considerable to uh those

4:35:11

that may be a mechanic uh that may be working outside the facility or something along along those lines would

4:35:17

you be agreeable to the thought that um if it was actually a working wage

4:35:24

right uh and not something that's probably considered as something that happened in the in the 1800s and the

4:35:31

1900s gentlemen I'm I'm I commend the commission for starting it

4:35:36

in the first place because the current uh schematic that's in place now is that

4:35:42

you work to get good time met time ERS consideration things of that nature this

4:35:48

is in addition to the other considerations that inmate would get on

4:35:53

that but I'll talk to the commissioner I've talked to them about some of the re-entry programming that once you get

4:35:59

to original and once we get to transitional housing whether some of that inmate welfare funds could be uh

4:36:06

basically when they start getting released to transitional housing some of

4:36:11

the costs associated with that transition get up to minimum wage and something like that and he's not opposed

4:36:19

to that it's just that that programming is not in place at this time gentlemen well gentlemen I would like

4:36:24
consideration at some point in time for us in pre-season wages and to make sure that uh when individuals are released
4:36:31
that they're able to take care of themselves right uh at least for a great portion of time so that it increased
4:36:37
recidivism we're hopeful the gentleman that kind of getting this to the Regionals and also getting to some
4:36:43
transitional housing that some of the These funds can be transitioned into
4:36:49
re-entry outside the gate hopefully we can do that thank you Joe thank you Jim from Washington Mr Hines
4:36:58
thank you Mr Speaker gentleman Year yes um I didn't hear you probably I believe you said this but I was asking the
4:37:05
question can you tell us uh why the inmates are paid at such a low rate and
4:37:11
what's the rationale behind it well that's a rate that the Commissioners said based on uh the type of work they
4:37:19
do and the limitations that they have on the payment schedule gentlemen um if I believe if they
4:37:26
set it at minimum wage they made welfare fund would evaporate rather quickly If
4:37:33
he if his goal is six thousand inmates actually is reached gentlemen okay so um
4:37:39
they're incentivized through other other things other than compensation gentlemen
4:37:45
so it's it's in if I'm understanding you correctly it's an opportunity to uh help
4:37:52
put some money in the inmates uh offers as well as keep them on a straight
4:37:57
narrow yes okay thank you all right I don't see any further
4:38:02
questions hoping the machine Madam clerk question Hospital 799 if you favor to
4:38:07
build vote I if you're opposed voting a is everyone voted
4:38:13
closed machine Madam Clerk of 115 years zero knees bill passes
4:38:20
ladies and gentlemen uh of getting some motions from various ones that you're
4:38:25
having difficulty hearing we've worked on the sound system the

4:38:31

sound system is turned up one of the things that Clark has asked

4:38:36

me to ask you is to be sure you speak into the microphone many of you have the habit

4:38:45

of holding the microphone down here at your chest that doesn't work speaking over it you got to hold it up

4:38:52

like this you got to speak into it but those of you at the well not only do you need to speak in the

4:38:58

microphone but you've got to raise your volume you got to speak loudly I think if we uh we'll practice those

4:39:05

two things then we won't have any problem hearing so let's try that

4:39:11

just remind you of that and uh your colleagues are trying to hear what's going on they cannot seem to hear

4:39:18

all right we'll move on to the next item Judd a item 17.

4:39:28

Mr Speaker I'd request to pass item 17 and 18 and request that they retain

4:39:34

their place on the calendar okay any objection hearing none we will do that

4:39:41

next item uh universities in college

4:39:55

thank you Mr Speaker I'd like to bring up item number 19 House Bill 443 and make the usual motion Jim in

4:40:01

Collegeville most of the roads be suspended we are considered in Gross red the third time placed on Final passage all in favor say aye opposed nay the

4:40:08

eyes have it Jim and Drake come out what house bill 443 does is there is a

4:40:15

commission of college accreditation called the Mississippi Commission on College accreditation and it is housed

4:40:21

within the IHL and this is just a technical cleanup bill that gives them

4:40:27

the ability to um housing the the IHL but also have the

4:40:34

assistance of the IHL it is a separate entity from the IHL but they're just letting them use that space that

4:40:40

concludes my definition I don't see any help machine Madam clerk

4:40:46

question House Bill 443 if you favored to build vote I if you're opposed to vote in a is everyone voted

4:40:56

close machine Madam Clerk about 111 yays and five Nays of bill passes next item

4:41:04

yesterday I'd like to bring up item number 20 House Bill 536 and make the usual

4:41:10

motions gentleman Carlos Villa moves into rules be suspended beer can set it in Gross red the third time placed on Final passage all in favor say aye those

4:41:18

May the eyes haven't give him a drink nice this is a lease agreement that Mississippi State University has

4:41:25

um to expand some upperclassmen housing they've been averaging having this lease

4:41:32

for 40 years and they want to extend it to 60 years because they're fixing to expand and increase an additional 400

4:41:40

beds and and start phase two of this building question

4:41:47

I don't see any open the machine Madam clerk question House Bill 536 you favor

4:41:52

the bill vote I your opposed vote nay is everyone voted

4:42:00

close machine Madam clerk by about 112 years and four days of bill passes next item thank you Mr Speaker I'd like to

4:42:07

bring up item number 21 House Bill 922 and make the usual motions gentleman Collegeville up moves into rules to be

4:42:14

suspended Bill considered and gross red the third time placed on Final passage all in favor say aye opposed nay the

4:42:20

eyes have it gentleman's recognize thank you Mr Speaker again this is a cleanup bill that was has come to us from the

4:42:26

IHL and several of the universities asking to change not necessarily the

4:42:32

names of the universities but change the way they are in statute for example the

4:42:37

old name is Mississippi State College for women and they want to change it to Mississippi University for women Delta

4:42:45

State College to Delta State University all coin Agricultural and Mechanical college going to Alcorn State University

4:42:52

Jackson State College changing to Jackson State University uh Mississippi Valley State College
4:43:00
changing to Mississippi Valley State University and it's just changing these names in the uh in the legal form
4:43:08
questions I don't see any opening the machine Madam clerk question Hospital 922
4:43:17
you favor the billboard eye if you're opposed to vote nay as everyone voted
4:43:23
close machine Madam clerk by 117 years zero Nays of bill passes next item
4:43:30
municipalities Mr Speaker if with unanimous consent I would like to go ahead while
4:43:35
universities and colleges here and take up item number 108 house bill 770.
4:43:42
any objection all right never go to that one
4:43:49
you want to call it up I'd like to call it up make the usual motions and ask the gentleman from
4:43:54
Harrison to handle the bill gentleman cause Villa Moses the roads will be suspended Bill considered in Gross red
4:43:59
the third time placed on Final passage all in favor say aye opposed nay the eyes have it gentleman from Harrison's
4:44:07
recognized speaker I have an amendment okay you recognize for an amendment
4:44:15
this is just a technical change on uh line 23 would like to insert the
4:44:21
following before the semicolon and Contracting Authority
4:44:27
any questions on that Amendment I don't see any before the amendment
4:44:33
indicates saying aye opposed nay the eyes have it what this bill does at Nasa the Senate
4:44:42
Space Center on the coast there we're wanting to give NDA the authority to Market that and to is what it is is
4:44:50
the the Space Center is getting away from uh space technology
4:44:56
what they're not getting away from it there's competition now in the industry and a lot of the space out there the
4:45:01
development for other things this is what Florida has done with some of their property over there and the exploration
4:45:09

Commerce Park or whatever it's called over there we're trying to do that we're giving MDA the authority to go out there

4:45:15

and Market this land for the state of Mississippi uh stennis

4:45:20

does not have the authority to negotiate tax breaks and things like that all

4:45:25

we're doing is giving MDA the authority to go out there and be able to Market that property it's a Land Management

4:45:31

type thing question I don't see any on the machine Madam

4:45:39

clerk question occurs on House Bill 770. if you favor the bill vote I if you're

4:45:44

opposed vote nay is everyone voted close machine Madam clerk about 113

4:45:50

years and five Nays bill passes next item municipalities yes sir Mr Speaker

4:45:57

with unanimous consent again I'd like to skip down to number 142 and 143 and take

4:46:03

both of those up while we're here

4:46:09

and both of these are Community Subs how many more you got

4:46:15

that was the last two sure those are the last two promise yes sir all right any

4:46:21

objection we'll go down there item 142.

4:46:27

you recognize gentlemen thank you sir call the bill up I'd like to call item number 142 House Bill 1207 up and make

4:46:35

the usual motions gentleman call Isabella most rules be suspended if you're considered and gross red the third time placed on Final passage all

4:46:41

in favor say aye opposed nay the eyes have it you got a committee sub gentlemen you

4:46:47

want it yes sir chairman of the most committee substitute be adopted for consideration with the original Bill all in favor say aye opposed neither eyes

4:46:54

have it you recognize thank you sir this is a build the

4:47:00

committee sub is a reverse repealer that was added and this bill comes to us from the Department of EMS or Emergency

4:47:05

Medical Services currently we are at a extreme deficit of paramedics and they have asked us to

4:47:14

look at doing some funding options for paramedic education what they've asked
4:47:19
for is three million dollars to help fund some paramedic education to offer either free or a reduced tuition for
4:47:27
paramedics to encourage them to go into the um field and and to work in the paramedic
4:47:34
and Emergency Medical Services that concludes I do have an amendment see one amendment
4:47:42
I don't see any questions recognize Jim from Washington for an amendment
4:48:02
you recognize Jim thank you Mr Speaker ladies and gentlemen this amendment is a
4:48:07
simple Amendment a few years ago in uh Greenville we had a young man that died
4:48:13
on a football field of trying to tackle somebody and part of the reason that he didn't
4:48:20
make it was because we didn't have enough paramedics working we had
4:48:25
um five games that particular night and only uh one ambulance and they had
4:48:31
to rotate between the schools and unfortunately this young man lost his life because of that and what we did
4:48:40
the school district the hospital
4:48:45
Coahoma Community College Mississippi Delta Community College um
4:48:51
and uh Patrick came together along with the assistance of the gentleman for
4:48:56
Coahoma uh we met and put together a program this particular program allowed
4:49:02
high school students to join a program to become paramedics
4:49:07
the problem was they couldn't take the class unless they were 18 years old so
4:49:13
we had like 27 kids signed up to take the program but only four of them could participate because they were not 18 and
4:49:20
so what this amendment does I found out um that the kids could take the program
4:49:27
take the classes do it through dual enrollment and become certified they
4:49:32
just couldn't take the national exam until they turned 18. what this will do would help backfill the shortage that we
4:49:40

have in paramedics now we've had those kids that went into that program finished at the top of the class and so

4:49:48

I believe it's designed to help with the shortage that we have a paramedics it also creates a Workforce Development

4:49:54

tool for young people and it's it's just good public policy so all my member does

4:50:00

is allow the kids to start the class at 17 they cannot take the national exam

4:50:05

until they turn 18 but then they were going to work now you know there's a nursery shortage but there's also a

4:50:12

paramedic shortage and I I believe that this would help backfill that issue so

4:50:17

I'm asking you to support that of this amendment please

4:50:23

uh questions Jennifer Sanders thank you Mr Speaker gentlemen yeah I do

4:50:29

sir you know first of all let me thank you for introducing this bill because it's definitely need for paramedics

4:50:36

um I wish you had introduced one for law enforcement as well because we need some police but the thing is is this is that it

4:50:43

gives them a chance and I wanted to say this and I see you look at the age Factor yes sir and what this and it

4:50:51

helps does is that it helps them to get an early start to really get a feel for this thing

4:50:57

because one thing about being in this field is you have to have a desire to do it so I want to applaud you for really

4:51:04

just trying to look at the age Factor well thank you gentlemen uh I I can't uh

4:51:10

say this without uh giving kudos to the gentleman that's handling the bill he was very open-minded in having a

4:51:16

discussion and uh it seems that uh sometimes we can if we set our issues

4:51:22

aside with DNR we can really get some good stuff done all right I don't see any further

4:51:27

questions I'm gonna recognize chairman to respond

4:51:33

we're not opposed to the amendment okay question occurs on Amendment one if

4:51:39

you favor the amendment indicator saying aye opposed nay as have it

4:51:44

anything further on the bill yes sir I'm sorry anything further on the bill

4:51:51

yes sir I don't see any questions open the machine Madam clerk question Hospital 1207 if you favor the bill vote I if

4:51:58

you're opposed voting a has everyone voted closure machine Madam clerk by 114 years

4:52:05

and four days of bill passes next item 143 house bill 771.

4:52:15

thank you sir I'd like to bring up I don't know 143 House Bill 771 make the usual motions

4:52:21

rules be suspended Bill considered in Gross red the third time placed on Final passage all in favor say aye opposed nay

4:52:29

the eyes have it also I'd like to bring up the committee sub German Motors committee substitute

4:52:34

be adopted for consideration with the regional Bill all in favor say aye opposed nay the eyes have it Jim and

4:52:40

Drake and I have an amendment I'd like to bring up at this time okay you recognize for your Amendment

4:52:46

the amendment simply is a cleanup Amendment uh typographical era on line 147 it should say 100 percent and on

4:52:54

line 140 168 it should say does not exceed

4:53:00

questions on the amendment I don't see any if you favor the

4:53:06

amendment indicate the saying aye opposing a eyes have it

4:53:11

you got anything further on the bill yes sir I'd like to talk about the help Grant and the mtag grant this comes to

4:53:18

us from the IHL and from the community college board um the help Grant is the higher

4:53:25

education legislative plan for needy students plan is for this for this grant which

4:53:32

you have to have a GPA of 2.5 and an act of 20 or greater but hopefully we're

4:53:38

going to change that just a little bit and bring up the income to help support some students that are in need

4:53:44

currently there is a ninety thousand dollar cap on this grant we are open to

4:53:51
changing that in committee because it does have a reverse repealer on it as we
4:53:56
work through the process and get to the um conference weekend that hopefully
4:54:01
we're going to end up changing that and removing the cap and and opening on up depending on what a money is available
4:54:07
for appropriation on the mtag grant uh it's the Mississippi tuition assistance
4:54:13
grant it was created for the purpose to provide financial assistance to residents of Mississippi attending the
4:54:19
state approved two-year or four-year University again this has an act of 15
4:54:25
or greater currently it has to be a full-time student we're going to change that to
4:54:30
either full or part-time and currently it has a thousand uh 500 and a thousand
4:54:36
dollar depending on if you're in a two-year or four-year College um the the new guidelines will actually
4:54:43
increase both of those on the help Grant it'll go from thirty three
4:54:51
hundred dollars for a freshman or sophomore eight thousand nine hundred dollars for a junior or senior and
4:54:57
maintains the current eligibility requirements and as we redesigned the mtag it will
4:55:04
have a maximum income like I said of ninety thousand dollars for a freshman
4:55:10
or sophomore it's a one thousand dollar benefit and for a junior or senior it will go up to two thousand dollars so
4:55:16
we're going to increase both of those um simply to try to involve more
4:55:21
students and get more students involved in the program that concludes my explanation question
4:55:28
all right I don't see any Jennifer Clark excuse me Jim from Holmes Mr Clark indicates he has an amendment
4:55:55
thank you Mr Speaker ladies and gentlemen of the house uh this was a bill that we discussed in appropriation
4:56:03
and uh because it was a double referred bill I told the chairman that I would hold
4:56:08

off on my Amendment and offered in the floor and that's that's basically what I'm doing but let me tell you what my

4:56:14

Amendment does under the current legislation

4:56:20

for freshman and sophomore year the amount of tuition is going to be

4:56:25

reduced for all of our uh institutions

4:56:30

and uh for some universities they will be able to absorb the shock

4:56:36

of students deciding to go to community colleges in

4:56:41

lieu of a four-year College but I was smaller universities in the state

4:56:48

um this could possibly be a death blow for them um to have a five percent decrease when

4:56:56

you got 30 000 or 20 000 students it's not a big deal but if you only have 2

4:57:02

000 students and have a five or ten percent decrease uh could mean whether you stay open or

4:57:08

you have to close so what my Amendment does is that for any institution in the state

4:57:15

of Mississippi that have 6906 students or less for the 2022 to

4:57:23

2023 academic calendar year They will receive basically what they're

4:57:30

receiving now under this grant which would be for freshmen and sophomores They will receive uh 100 of their

4:57:37

tuition paid so it's basically for those colleges for our smaller colleges it

4:57:42

will leave current law exactly the way it is now let me tell you that of our schools

4:57:48

it would help of course Alcorn State University they have uh in 2022 they had

4:57:57

2933 Delta State had two uh 2556

4:58:03

uh Jackson State University had six thousand nine hundred and six uh Mississippi State 22 000. uh

4:58:11

Mississippi University for women uh 2339 Mississippi Valley State University

4:58:19

uh 1879 what this would simply do is I said it would keep our smaller universities

4:58:26

whole and and ladies and gentlemen I don't think it'll do any harm or file to this legislation because when you add up

4:58:34

all of these students across those four universities we're talking about

4:58:39

probably less than a thousand students so it's not going to do anything that's going to not

4:58:45

increase the price tremendously it would just simply protect the state's smaller

4:58:50

universities Mr Speaker that's the explanation of my Amendment I'd be happy to entertain any questions uh Jim

4:58:57

Washington Mr Hines uh questions for the whole bill okay

4:59:02

uh the lady from Jones Miss Scott thank you gentlemen would you would you

4:59:07

yell I will later okay now gentlemen can you tell me now what we're doing is for

4:59:13

instance um a junior college student

4:59:19

um a person that had gone to a senior college we're reducing that 6 300 and

4:59:25

nine dollars or whatever that amount is to what are we reducing that amount to we're reducing it to 3 000 some dollars

4:59:32

basically three thousand dollars in uh in some change okay which will uh cover full tuition at

4:59:39

your community colleges okay and in the in the hearing that uh was conducted by

4:59:45

the universities and colleges uh committee was there a recommendation from the institutions of Higher Learning

4:59:52

that they were in support of this particular proposal well lady from my understanding the task

4:59:58

force a commission or something was put together and they came back with this recommendation now from understanding it

5:00:05

was not a unanimous uh a vote for this proposal and that was

5:00:13

even from the commission that was put together that's correct and so as far as we know IHL is not in support of this

5:00:19

either no yeah and you're exactly right as far as IHL I haven't heard anything

5:00:25

from IHL okay and have we had an uh an expression of support from the state's

5:00:32

junior colleges for this for this legislation say that again later have the junior colleges
5:00:39
said look we want you to reduce this amount of money because we
5:00:44
have the capacity to take on this influx of young people that will be coming to
5:00:49
our schools if if they have your uh I'm going to say your honor the lady later
5:00:55
uh I'm not aware of it thank you Jim as time has expired on his Amendment I'm recognize the chairman to respond
5:01:04
ladies and gentlemen I would ask that for right now let's not support this
5:01:09
amendment uh I have talked with the IHL I have talked with the junior colleges
5:01:14
and the community colleges uh the community colleges are in support the IHL is
5:01:21
um willing to work through the process work through this and as we get toward the end conference weekend then look at
5:01:28
how much money is available and and make some recommendations at that point in time but yes currently they are in
5:01:34
support and for that reason I ask you just to oppose the amendment for right now
5:01:40
all right I recognize the author to close on his Amendment thank you Mr Speaker ladies and
5:01:46
gentlemen I'm just going to close with saying that again we're talking about probably less than 1500 students
5:01:56
the the problem with this line of thinking is will this help your community colleges No Doubt
5:02:02
I don't have any proof of this but I kind of believe that this whole idea have come from the thought that we need
5:02:08
to do something to sin or direct our students to go to
5:02:14
Community College over our four-year University and if that's the policy statement that this body want to make that's fine
5:02:21
but in doing so I think we need to ensure that our smaller colleges the universities from women Mississippi
5:02:27
delta Mississippi Valley Jackson State that we don't end up
5:02:33

putting them in the exact same situation that our community colleges are in so as again this bill is is is tailored

5:02:42

for our fourth smallest University I got up this morning at four o'clock

5:02:48

turned on the TV Delta state is running commercials 48 years old I've never seen Delta State

5:02:54

run commercials on TV you know why they're running commercial they're trying to get students

5:03:00

they're using their resources to attract students to the only Aviation program in this state letting the people cross this

5:03:08

state know what what Mississippi Delta State had to offer they're doing their

5:03:13

part but we're here passing legislation that's cutting the legs from bumper

5:03:18

under the table cutting legs up from under their effort to try to better themselves we here as a legislative body

5:03:25

should be assisting our college and our University to attract more students not

5:03:31

passing legislation you get a little poor kid from Ebenezer Mississippi if he given two options which one you think he

5:03:38

gonna choose go to Mississippi Valley State and only receive three thousand dollars which is half of his tuition or

5:03:44

go over to Holmes Community College and receive full tuition

5:03:51

which one even if he want to go to Mississippi Valley which school you think he gonna go to

5:03:57

he's going to go to Holmes Community College this is what this bill does and my

5:04:04

Amendment simply fixed that and again Holmes Community College I'm a

5:04:10

graduate with that played football there it's five miles from the front door step of my house

5:04:16

this is nothing against Holmes Community College or any of our community college this is about protecting the state's

5:04:23

smallest colleges and University thank you Mr Speaker and I ask you to vote for the amendment

5:04:30

all right question now occurs on Amendment two if you favor the amendment to keep saying aye

5:04:37

opposed no eyes have it the eyes have it

5:04:43

all right uh anything further on the bill no sir all right
5:04:50
gentleman from Washington had a question do you wish to answer thank you Mr Speaker
gentleman yield yes sir
5:04:57
uh we had a very lengthy discussion about this piece of legislation in the committee room
5:05:03
um is that not correct yes sir we have lots of interesting discussions okay so
5:05:08
um my initial question was around uh what did we find out about the need for
5:05:14
funding for the Dual enrolled students that the community colleges were having an issue with did
we find out what that
5:05:21
issue was I'm sorry I didn't hear it the whole question the question is
5:05:27
um we had a did we not have a discussion about the funding for dual enrolled
5:05:32
students at Community College and that they had a shortfall because of
5:05:38
the Dual enrolled students what did you find out about that at this point we passed a bill
yesterday
5:05:44
on Jewel enrollment and I don't know what those numbers look like and so I don't know how
that's going to affect
5:05:49
the Community College based on the bill that we passed yesterday okay so traditionally
community colleges have
5:05:55
not have only been receiving 200 per course per student uh if and if that is
5:06:02
correct they're short probably about 28 to 3
5:06:10
000 dollars give or take for each course credit so
5:06:15
shouldn't we be trying to backfill it that is that is not the intention of
5:06:21
this bill no well here's why I'm and you're right it's not the intentious
5:06:26
bill but since we are going to alter the amount of funding that community
5:06:31
colleges get based upon the number of students enrolled and have an impact on uh
5:06:38
four-year institutions shouldn't we have all the facts and figures before us before we make this
decision
5:06:44

shouldn't we have every bit of information before us before we determine the fate of these institutions

5:06:52

most likely yes you're probably right that we should but under this situation and not knowing how much money is going

5:06:58

to be allotted at the end of the rainbow when we get to that point and after the Senate

5:07:04

discusses this when we get to conference weekend and we see how much money is available then we can see okay we're

5:07:10

going to remove that cap we're going to do some things to to better the ultimate

5:07:15

goal is to do some of those things yes I agree but not knowing how much money is available we know this is going to cost

5:07:22

21 million dollars could go up to 50 million dollars depending on if we remove that cap if we

5:07:29

if we lower some of the expectations so gentlemen can you tell me what the

5:07:34

plan is to make uh hold those institutions are going to be losing the money can you tell me what the plan is uh for

5:07:42

Mississippi University for women Delta State Mississippi Valley Alcorn and

5:07:48

Jackson State who have small enrollment numbers as as they are can you tell me

5:07:53

what the plan is to to show them up I have not been asked by any of those institutions or by the community college

5:08:00

board or by AHL to to look at any of those issues that is not the intention of this bill it is not to backfill or or

5:08:08

to load up on the junior college system or community college system thank you Jim thank you

5:08:17

all right I don't see any further questions hoping to machine Madam clerk question Hospital seven seven one you

5:08:23

favor the bill vote I if you're a post vote in a is everyone voted

5:08:29

everyone voted suppose from Shane Madam clerk over to 90 years 19 days to build passes

5:08:37

University and colleges yields the floor all right it brings us back to item 22 municipalities

5:08:49

excuse me General Lee Mr Thompson you have an introduction thank you Mr Speaker at this time ladies

101

5:08:56
and gentlemen the house I'd like you introduce my foreign school teacher from Shannon Mississippi uh Mr Alexander

5:09:01
Anderson give her a hand as he's standing in the North

5:09:11
Jim from Pike Mr Porter you have an introduction yes sir Mr Speaker ladies and gentlemen

5:09:17
if you would help me make welcome a friend and colleague of mine Mr Chaz Mangum in the north gallery

5:09:28
all right chairman of municipalities thank you Mr Speaker I'd like to go to

5:09:33
number 22 House Bill 133 and make the usual motion Jim and Carlos Villa moves

5:09:39
into rules to be suspended Bill considering gross red the third time placed on Final passage all in favor say

5:09:44
aye opposed nay the eyes have it Jim and Drake now please recognize the gentleman from Covington to handle the bill

5:09:50
gentleman Covington director Mass thank you Mr Speaker House Bill 133

5:09:56
would create the Mississippi joint Municipal Law Enforcement Act this would permit two municipalities in the county

5:10:01
to come together pull resources and have a joint uh police department and that's

5:10:07
a very brief description of the bill but uh if there's any questions I'll be glad to answer them

5:10:13
questions on the bill gentleman from Pike Mr Porter

5:10:21
gentleman from Heinz Mr Bell thank you Mr Speaker General yes sir can

5:10:29
you explain a little more I see that the title of it but can you give me a little more information about it

5:10:34
uh the two counties had two I mean just probably have to be in the same county they would create a board that would be

5:10:42
made up of the two mayors of the Cities as well as the sheriff of the county where they're situated and that board

5:10:49
would be the governmental entity that would act on behalf of the joint law enforcement all right thank

5:10:56

you foreign don't say any other questions

5:11:06

gentleman moves final passage open machine Madam Clerk question now occurs on House Bill 133 if

5:11:11

you're in favor of the bill vote I if you're opposed voting a

5:11:18

is everyone voted everyone voted

5:11:24

close the machine Madam Clerk by vote 114 yeah zero Nays bill passes

5:11:30

next item gentlemen thank you Mr Speaker I'd like to go to

5:11:36

my item number 23 Hospital 698 98 call it up and make the usual motion

5:11:41

gentleman calls the build up move the rules be suspended the bill considered engross read the third time and placed

5:11:46

on Final passage all in favor say aye those opposed nay the eyes have it gentlemen you're

5:11:52

recognize I'd like to recognize the lady from Heinz to handle the bill you are recognized lady thank you Mr

5:11:59

chairman thank you Mr Speaker House Bill 698 simply requires that a municipality

5:12:05

issue Water and Sewer bills based on the amount of water or sewage used by a

5:12:10

customer so it would require usage-based billing that is a brief explanation of the bill Mr Speaker

5:12:17

questions gentleman from tallahatchee Mr Rosebud

5:12:23

thank you Mr Speaker with a lady yo absolutely so um

5:12:28

can you give us an explanation what happens in the event that in some of the rural towns and we did say the

5:12:35

municipalities in the rural areas where they already financially scrapped what

5:12:40

happens when they have uh just say 50 meters that are not working and they

5:12:46

can't adequately register that and they have to resort to the fact that given a

5:12:51

flat rate across the board sir are you talking about Rural Water associations no uh rural rural municipalities or

5:12:59

Water Association Spirit Waters okay regardless if it's municipal or not so

103

5:13:04
it does just apply to municipalities not Rural Water Association so I just wanted to make that distinction specifically

5:13:10
first but it would require that billing be based on usage so they would have to find a way to issue bills based on the

5:13:17
amount of water that customers are using so so the purpose of the bill is to

5:13:22
require them to print a bill is that what you're asking it is to require the

5:13:28
bills to be based on usage and not some other mechanism or formula that is not related to usage okay thank you you're

5:13:36
welcome General from Washington Mr Hines

5:13:42
thank you Mr Speaker generator yield yes um so in some municipalities if there is

5:13:49
a water leak uh caused by the municipality and the uh Patron can prove

5:13:58
that there was a leak the bill is adjusted how does this impact that this

5:14:03
would not impact that at all you would still have the ability to dispute a bill this doesn't this bill does not say that

5:14:09
you can't dispute your bill for inaccuracies so

5:14:16
I'm gonna make sure I got it because some over

5:14:21
what if the leadership of a municipality tells the citizenry it's going to get

5:14:29
below freezing we encourage you to keep your water running so we don't have a

5:14:34
bunch of bus pipes the the weather lasts for

5:14:40
four days people have had their their water running and then they receive a

5:14:46
bill which normally be sixty dollars they receive a bill for 340 dollars what

5:14:52
happens to that Patron because they were encouraged to run their water based upon

5:14:58
the leadership of that community so what happens to that patient can they argue debate or negotiate the bill so that's a

5:15:05
completely different question than the first one that you asked absolutely yes okay but yeah so your bill would be

5:15:11
based on the amount of water that you were using if you use the water that would be reflected in the business
5:15:16
normally I would not have used this if the mayor city council Public Works director say hey
5:15:23
we're going to have uh freezing temperatures here for the next four days it's going to be 24 degrees for the next
5:15:28
four days we encourage you to keep your water running so your pipes do not freeze and burst
5:15:35
and then after those four days my bill the next month my bill goes from 60 to
5:15:41
300 now it's not because of my fault it's because of the weather what happens
5:15:47
to that Patron then because she or he were informed by the leadership to do
5:15:54
that your bill would be based on the amount of water that you used I know the amount of water is going to
5:16:01
be increased it has to be increased because it's on I was told to leave it running by the
5:16:07
mayor of the Town what what happens you can choose to do that or you can choose not to do that but your bill would be
5:16:14
based on the amount of water that you use so I can choose to fill my pool or not fill my pool my bill would be based
5:16:20
on the amount of water that I use so let me tell you what happened would you not
5:16:25
agree with me that in small communities the leadership of that Community offers
5:16:30
a suggestion and citizens then follow I cannot speak to what all citizens
5:16:36
listen to and do not listen Okay so generally I'm I'm actually trying not to
5:16:42
be against your piece of legislation I'm literally trying to help you but I have some concerns because I had a lady who
5:16:48
live in my district that was told to keep her water running and she end up with a 1500 water bill and she had been
5:16:54
paying 45 dollars a month so I'm looking for some relief for this senior who had to get her water cut off and chew
5:17:01

between getting her a medicine and paying her water bill so I'm asking you again will you consider putting a caveat

5:17:08

in this piece of legislation where a senior will not end up having to endure some form of hardship based upon weather

5:17:16

conditions and the leadership of that Community telling her to keep running her water that's what I'm asking you we

5:17:23

didn't consider that yes or no there is language in the bill if you will look online 30 through 36 that allows

5:17:30

specifically for payment assistance to be continued and to be allowed so this

5:17:35

would not impact that if there is a rogue 1500 water bill for some

5:17:41

illegitimate reason that she should not have used that amount of water or somebody told her to leave her faucet

5:17:46

running for a month or whatever the case may be I don't know and that person worked for the City Works Department or

5:17:52

whatever I mean that's a very specific example but there is language in here that would allow the municipality to

5:17:59

still engage in payment assistance and subsidize those those types of

5:18:04

situations so that is addressed in the bill already

5:18:10

gentleman from Heinz Mr Banks thank you sir uh Lady of you to yield

5:18:17

for me yes now this legislation that you've drafted is this applicable to all cities within

5:18:23

the state of Mississippi all municipalities only what all municipalities all municipalities yes

5:18:29

okay now so we could still that person that municipality wherever it may be from DeSoto County all the way down to

5:18:35

the Gulf Coast they could still dispute an irregular bill that they think what a usage was too high because of a leak

5:18:42

they didn't know of whatever business problems rules and regulations is that correct or wrong absolutely this bill

5:18:48

does not have anything to do with whether or not a customer can dispute a bill or not all right now my next question is going to be this

106

5:18:55
based on Municipal Water and based on meters
5:19:02
and knowing that there are people who get bills that are quote estimated bills
5:19:08
what does it do to the estimated this bills God despise estimated bills yeah and we talked about this in committee
5:19:15
you and I did tell me about it again so again your bill would have to be based on the amount of water that you're using
5:19:21
and you made a an example I believe in committee about someone who was getting an estimated bill for a vacant house I
5:19:27
sure did yeah and obviously that house is not using any water there's no one there so they should not be getting a
5:19:34
bill this piece of legislation would prevent that and they would also be able to dispute that that policy bill so are
5:19:41
you saying that municipality can then build what one month two month three month estimated bills but not at all
5:19:48
what was the answer oh I want everybody to hear this the bill would have to be based on the amount of water that you
5:19:53
are using if you are not using the water then the bill cannot exist so if my mama lives next door
5:19:59
but she's now been living my daughter for months and months and her bill is higher than my baby triple that
5:20:06
shouldn't happen anymore should it it should not it shouldn't happen now that's a good idea it really shouldn't happen
5:20:15
Jennifer from Heinz Mr stamps here with a general lady you yes just a
5:20:20
follow-up of my colleagues question so if this piece of legislation passes no
5:20:26
municipality in the state of Mississippi will be able to estimate a water bill
5:20:31
water bills will have to be based on the amount of water that a customer is using I just won't be clear no municipality in
5:20:37
the state of Mississippi will be able to estimate a water bill yeah water bills will have to be based
5:20:44

on the water that is being clear yes or no no municipality in the state of Mississippi will be able to estimate a

5:20:51

water bill going forward and again water bills will have to be based on the amount of water that a customer is using

5:20:57

and again yes or no will the water be able to estimate a water bill water

5:21:04

bills will have to be based on the amount of water that a customer is using that does not answer my question it doesn't answer your question well any

5:21:10

miss this will wipe out the ability for us municipalities to estimate a water bill I don't know the answer to that 100

5:21:16

because I don't know what every municipality does but I can fix it that

5:21:22

what this bill does is say that water bills have to be based on the amount of water that a customer is using now as

5:21:28

many all know I am thoroughly pissed off with the water situation in Jackson and the in the building

5:21:34

situation in Jackson but we should not hurt every municipality in the state of

5:21:40

Mississippi by the because of the building situation in Cedar Jackson anybody for people to get a bill based

5:21:47

on what they're using I think most people agree with that the ability for people to estimate water bills Statewide

5:21:52

that's the usage that every water department in the state uses when there's an issue in their system but to

5:21:58

eliminate that ability for all of those municipalities to use hurts their operations

5:22:04

again I can't answer that specifically because I don't know every water department does but billing will have to

5:22:09

be based on the amount of water that customers are actually using well thank you young lady I just believe that we

5:22:15

should hear from all municipalities before we affect all municipalities thank you very much thank you

5:22:20

gentleman from the hot gentleman from Heinz Mr crudup thank you Mr Speaker generator yield yes

5:22:29
just a couple of questions I can't hear you though okay uh I think I'm holding my mic up right now speaker bye

5:22:36
can you hear me now okay I'm trying to talk up uh just a couple

5:22:42
of questions uh we all know that in the city of Jackson a lot of our meters don't work is that correct

5:22:48
uh sorry can you I cannot hear you I said there are some instances that we

5:22:54
know in the city of Jackson that we know that our meters are not correct is that true yes that is true

5:23:00
but it seems like aren't we trying to tie the hands about third party manager while we're doing this this bill

5:23:07
no so we're not we're talking about tying this hand to come up with a more Equitable formula to use when it comes

5:23:14
to you know getting water bills no this bill is specifically designed to

5:23:20
make sure that billing is Equitable in fact and that billing is based on the amount of water that customers are

5:23:26
actually using and I can't think of a more Equitable way to build a person than to build them based on what they're using but right now it seems like in

5:23:33
certain municipalities they are just basing that on you know estimated bills so we're saying it has to be in usage

5:23:39
for every missed felon billing will have to be based on the amount of water that a customer is using okay thank you you're welcome

5:23:49
lady from Heinz Miss Summers thank you thank you Mr Speaker with the

5:23:54
generator yield yes um why why are you introducing this bill why am I introducing this Bill yes this

5:24:01
bill was specifically introduced in response to potential um billing that would potentially be

5:24:07
based on property value um absolutely 100 and there's also a similar bill that was introduced in the

5:24:13
Senate I can't speak as to why that one was introduced so the bill is really targeted at the city of Jackson

5:24:19
not necessarily targeted but it was brought to my attention because of
5:24:25
something that could potentially happen in Jackson okay but you just said that
5:24:30
the reason that you're introducing this bill is because of a proposal to match
5:24:36
water rates to property value which we have only heard from the federal
5:24:41
government's third party manager for the city of Jackson's water billing system
5:24:46
so that is the reason that is on my radar yes so so the purpose of it is to
5:24:52
then tie the hands as the gentleman from high and said tied the hands of the EPA
5:24:58
manager to make this system more Equitable it's not and again the most
5:25:04
Equitable way to Bill a person is to build them based on the amount of water that they're using Okay can y'all be
5:25:09
quiet please because I cannot hear her go ahead representative Yes yes again
5:25:14
that this would be a the most Equitable way to Bill a customer based on the amount of water that they're actually
5:25:20
using and the third party administrator Mr hennefin has admitted in his report I
5:25:28
assume that you've read his report that there are some issues with his proposal and the expert that he hired to look at
5:25:36
whether or not metered billing versus property value billing would be effective or not also raise some
5:25:43
questions and so dropping this piece of legislation was necessary because it
5:25:49
needed to be dropped by certain deadlines so it could continue to move forward as you know our deadlines work a certain way and so yeah this piece of
5:25:56
legislation is in the pipeline to address a specific issue that was brought to my attention once we were
5:26:03
already in session and we have talked about that piece of legislation with many people that are outside of Jackson
5:26:08
and those people have unanimously agreed with me thus far that they agree that
5:26:14

110

billing should be based on what they're using so so if it's not just for Jackson and it would be for any municipality

5:26:21
have you gotten support from mlmml I have not talked to MML about it and I

5:26:27
have not heard from them one way or the other about this piece of legislation so there's no other city that has asked for

5:26:32
assistance from the legislature to determine how they bill rate payers

5:26:37
had a city for it I've had citizens ask right but this is for you said it was

5:26:45
for all municipalities so correct the people that live there I haven't actually had a city The Entity asked but

5:26:51
citizens the people that live there and get the bills have asked so the so delegation members are also citizens

5:26:57
have you gotten any support from Jackson delegation members I have you have gotten support from Jackson delegations

5:27:03
in the house yes okay very good we have received reports from the media that the

5:27:10
metering system has not been accurate um how would this bill bring you know we

5:27:17
also heard that we need immediate money flow for the water system how would this bill accomplish that part

5:27:24
if the metering system is not accurate well the third party administrator has stated multiple times and in his report

5:27:31
that he believes the metering could be fixed within a year two years at the most so I think that the immediate need

5:27:37
for money would be that the city needs to if we're talking about Jackson actually start issuing bills and collecting the bills that has been

5:27:44
issued but that doesn't have anything to do with this particular Bill well if we trust the third party manager to do the

5:27:50
metering system why don't we trust him to do the billing system as well why do we want to change that why do we

5:27:57
want to change from A system that every other

5:28:02

State municipality uses to something that no one else is using and is based on property value that could be attached

5:28:07

as a lien to your house yes because apparently the metering system is not working you can't base usage on the

5:28:15

metering system because it's not accurate the meter so if they're currently broken but it can be fixed and

5:28:20

it can work like every other metering system in every other municipality right okay so then would you entertain an

5:28:27

amendment to hold this process from going into play until the metering system is fixed

5:28:34

no well then it then we don't need this bill because you're you're contradicting

5:28:40

him being able to do that I'm not because he hasn't even stated for certainty that that is the plan that he

5:28:46

wants to do and he is still looking at in input from citizens and holding Town

5:28:52

Halls having meetings I have a meeting scheduled with him uh later this month in fact to continue to talk to him about

5:28:58

it so moving this bill along in the process is not hurting anything it's keeping the bill alive so that we can

5:29:04

continue to work on the bill if it needs to be worked on but it allows us to have a mechanism in place if we need to have

5:29:10

that mechanism in place and when would this bill go into effect it would go into effect July

5:29:19

1st 2023 so we're talking about March April May June July five months for him

5:29:27

to get it right before the state comes in and tells the city how they should

5:29:33

Bill water customers before the state says that billing has to be Equitable and based on the amount of water that a

5:29:39

customer is using yes that's what people are asking for thank you generally you're welcome gentleman from Newton Mr rushing

5:29:47

where the lady you

5:29:52

the lady you yes um in the process of answering questions I picked up on one thing that caught my

5:30:00
attention did I understand you say that there will no longer be allowed the minimum usage
5:30:06
uh charges on a if if someone has a home let's say they're there part-time and
5:30:12
currently they have a minimum usage that a municipality charges on a water bill every month no so it would have to be
5:30:19
based on usage plus it could include fees that are reasonable and necessary for the cost of capital expenses system
5:30:25
operation and maintenance and Debt Service of the system so a minimum usage
5:30:30
fee would fall within that parameter so in other words the the municipality
5:30:36
could still charge we'll say ten dollars a month for those reasonable and necessary fees that are capital expenses
5:30:42
system operations maintenance and debt Services plus you know X number of dollars per gallon I know they don't
5:30:48
charge by gallon but for yeah okay so the the terminology a minimum bill I
5:30:54
guess for the lack of is that's used in is it it in this bill not specifically but you're telling me that and as far as I
5:31:01
know every municipality in the state in fact every Rural Water System in this state has a minimum charge they charge
5:31:07
monthly and so if and that buys you usually on most municipalities up to two thousand gallons per month some 2500 per
5:31:14
month but you're telling me that that would be able to remain in place it would because
5:31:19
again there's language in the bill online 21 through 23 that allows for
5:31:24
bills to include in addition to actual usage fees and expenses that are necessary to recoup the cost of the
5:31:31
actual system operation maintenance and debt service related to the system okay so you're telling me this bill will
5:31:37
allow that minimum usage to stay in place and that anything over the minimum
5:31:42
amount would be charged based on the amount of gallons that particular consumer uses based on actual usage

5:31:49
thank you lady you're welcome gentleman from Kapaa Mr Holloway
5:31:55
thank you Mr Speaker lady eale yes um the gentleman I think asked the first
5:32:01
question I wanted to ask but so you and and you said something to kind of tickled my fancy a little bit so you you
5:32:09
said that if if I if I have a house that I'm not I didn't use any water last
5:32:16
month I won't get a bill at all I shouldn't get a bill that's not what I said I was answering a very specific question to a
5:32:23
very specific scenario that representative and I had already previously discussed in committee where
5:32:29
he had I believe it's his mother who has a house and she no longer lives there and she's getting a water bill that is
5:32:35
like twice as high as the house where his uh sister lives I believe so no it's
5:32:42
not a minimum charge that was just discussed previously it is an inflated
5:32:47
irregular incorrect bill okay well give me that phrase you've
5:32:53
been using so many times say that again which one the one about the amount of usage say that again billing will have
5:32:59
to be based on the amount of water that you're actually using now if I'm actually using the water why should I
5:33:05
get a building well if you have an account that is set up and you haven't disconnected Services again the bill
5:33:12
that not the bill that you get from the water department this bill this piece of legislation has language in it again
5:33:18
lines 20 through 23 that allows for the bill to include in addition to the
5:33:24
amount of actual usage reasonable fees and expenses that are necessary for Capital expenses system operation
5:33:30
maintenance and Debt Service so if I'm not using water I I could just
5:33:35
get charged for the services and all that or you could have your water turned off yes okay if it's already turned off

114

5:33:41
and I'm still getting a bill if if your water is turned off and you don't have an open account you should not get a

5:33:47
bill at all that's a completely different scenario okay yeah one final question so how

5:33:54
is it calculated the usage of a water bill I mean how do you calculate

5:34:00
how much you use with water based on with water meters

5:34:05
okay so what is that what is decapulation is it 100 gallons a hundred

5:34:12
thousand it's not based on gallons and again I'm not this is not my area of expertise but I think it's something

5:34:18
called a CCF go ahead I'm listening that that's about

5:34:23
all I can tell you so I mean I think that's how your water bill it's they send it to you in the amount of ccfs

5:34:29
that you've used which is some metric measurement that's not a gallon but it's some some measurement

5:34:35
of how much water you're using is that here in Jackson has a because they don't do like that in compile

5:34:42
they don't do it it's based on the the amount of water per thousand gallons

5:34:48
or whatever so I think that's what a CCF is a per thousand gallons or something I

5:34:53
don't know the exact mathematical breakdown of what a CCF is but yeah that's how a water meter reads is based

5:34:59
on the amount of water that you're using okay so I turned my water off I don't

5:35:04
get a bill if I do it's just for the services right this under this bill right

5:35:11
I don't what are you asking if I'm not using any water correct flowing right so I don't

5:35:18
get it I shouldn't get a bill so I should take that up with the mayor and the board of alderman yes you're getting a bill for water that you're not using

5:35:25
you should take that up with the water department or whoever issues your bills thank you later

5:35:34
gentleman from Marion Mr Morgan thank you Mr Speaker

5:35:41

we're going to try to clear this up with a little common sense I love common sense

5:35:48

if I build a new house or a buy an old house and there's no water meter out

5:35:53

there what did I do you have to call the city and have them come and put a water meter out and hook water up to your

5:35:59

house absolutely there's a flat rate on how much I use every month up to a point what I would

5:36:07

be charged is that not right that is correct and that's where the reasonable fees that are related to maintaining the

5:36:13

system as a whole come into play and then anything above and beyond that should be based on actual usage anything

5:36:18

over that flat rate raises the volume of what I'm gonna pay for my water and we

5:36:23

pay in part A usage just like electricity is that not right that is correct okay

5:36:30

we got the water hooked up to the house now and we're paying a bill every month hopefully decide we're going to go be go

5:36:37

out of town for three or four days and it's freezing weather and the media said

5:36:43

you know you could leave your pipes dripping whatever and let them run a little bit and it keeps your pipes from

5:36:49

freezing what did I'd rather do let it freeze and burst and call a plumber to

5:36:55

re-plumb my house or let the water drip a little bit I personally would choose to let my

5:37:01

water drip a little bit but again you have the ability to make whatever decision that you feel you would like to make but per se I'm gone and a pipe does

5:37:10

burst I don't think there's a Water Association within the state that wouldn't work with you if you had

5:37:16

thousands of gallons of water that run on top of the ground and you didn't come

5:37:22

to a conclusion that you had a broke pipe until you come back that is correct typically if there is a leak or a broken

5:37:28

pipe and you can establish that and bring proof of that too thank you to the

5:37:34

the water department and show them that you have an inflated bill because of a leak they will typically adjust the bills we own that and get everything

116

5:37:41
finalized I appreciate your time and I think it's a good bill and everybody
5:37:46
maybe's got a little bit of better understanding of what's going on here thank you
5:37:53
Jimmer from Heinz Mr Brown
5:37:59
thank you very kindly uh Mr Speaker with the lady McGill yes
5:38:05
I'm really confused about this uh first and foremost did she receive any kind of a support
5:38:11
from the city of Jackson in terms of this legislation you're trying to introduce again as I said before I did
5:38:18
not seek support from any City or music I didn't I didn't say Seek but did you get any support from the city whether
5:38:24
you seeked it or they reached out to you I got support from the citizens that live within the city of Jackson okay
5:38:30
well not from the city officials of Jacksonville secondly Jackson got in trouble with
5:38:37
their water system because of meters now we're going to have the same meters or you're going to have to buy all new
5:38:43
meters to to go to the usage method according to the third party
5:38:48
administrator The Meters that we have now can be fixed so uh mandate what cost
5:38:53
is that do you have any idea of fixing all this 150 60 000 meters I do not have that
5:39:00
number okay second thing they've used meters for 25 years in Jackson I do believe
5:39:07
since I long them and the meters seem to be the thing that put us into this
5:39:13
trouble in terms of citizens paying their water bills so we're going to keep with the same system
5:39:18
of using meters and that's what's got us in trouble it's my understanding that the metering system works
5:39:26
or so and then after that there were some hiccups and some problems so I don't think that it's fair to say that
5:39:33
using meters for 25 years um got us into this situation I think
5:39:38

that something happened with bad meters or a bad situation with particular set of meters that caused a problem and that

5:39:44

problem can be fixed and we can go back to functioning meters well my final question uh lady is the fact that

5:39:51

Jackson has gone into contract with a third party to fix our water problems here what I

5:40:00

left the consultant do his thing so to speak before we get

5:40:05

in there and try to give him an alternate route to take and he has already decided which way he

5:40:11

wants to go with it and I think he got to say this blessing why are we going to disrupt what's already on he hasn't

5:40:17

decided one way or the other well I thought he was going to go by the method of value of homes he has proposed that

5:40:24

and he has said that he is still looking into that and he is still talking to Residents and talking to Citizens about whether or not he's going to do that and

5:40:31

whether or not that is supported across the city by the residents who live there he's not made a final determination well

5:40:37

lady I would suggest and ask that you consider perhaps laying this on the table

5:40:43

no thank you let's maintain order members are

5:40:48

indicating they cannot hear gentleman from Jackson Mr Busby I believe you have an introduction

5:40:54

thank you Mr Speaker ladies and gentlemen the South Gallery a lifelong friend of mine Mr Lamar Gordon please

5:41:00

make him welcome

5:41:07

I also see in the South Gallery up there a young lady she's paging in the Senate

5:41:12

this week so we won't hold that against her but miss Hallie Holman is here to see what the lower chamber does on those

5:41:18

days she's getting a good example welcome good to have you here Hal

5:41:26

o from Heinz Mr stamps for a question thing to speak with the gentleman of you yes uh one last question

5:41:33

what ability does any law we pass here in this house have on the third party

5:41:40

administrator well he can't violate state law so

5:41:47

you're telling me that if we pass the law the federally appointed

5:41:52

State administrator has to follow this state law he couldn't do something else

5:42:01

okay thank you very much you're welcome gentleman from Jefferson Mr harness

5:42:07

with a lady you yes um quick question

5:42:13

does this bill because speak to individuals that

5:42:19

old water bills pass through water bills so is there is there a Equitable way of

5:42:28

in a fair way that everyone can possibly catch up on the bills that are owed due to the to bad meters and wherever yes

5:42:36

okay that's in there if you'll look at lines 30 through 36 excuse me 30 through

5:42:41

35 that's specifically addressed and in there well how is it addressed how is it going

5:42:47

to be addressed sure so it specifically states that there's nothing in this legislation that prevents cities or

5:42:53

municipalities from applying for payment assistance or subsidized payments uh and

5:42:59

it specifically states that this bill does not impact section 21 277 which is

5:43:05

a mechanism that was put in place specifically for the city of Jackson with respect to a vast number of

5:43:11

um past due water bills and that legislation was put into effect several years ago and has been renewed each year

5:43:18

thank you you're welcome gentleman from Pearl River Mr Owen

5:43:25

does the lady yield Maybe does the lady yield yeah okay I just I

5:43:30

just want to understand what you're trying to do here I'm not in the Jackson areas I'm kind of not following it very

5:43:35

well so there's been a proposal that says that property values should determine

5:43:43

your water bill that is correct regardless of usage right that is correct so if I have a house worth a

119

5:43:50
certain amount I have to pay the same water bill even if I haven't used it for six months and zero water has went

5:43:56
through the pipes that is correct but what your bill intends to do is to make sure that cities and towns throughout

5:44:02
this state can only charge me for what I am using that is correct and that's a

5:44:08
problem it's a problem to be charged for what you're using yeah that's what I'm

5:44:13
wondering because we've debated this bill for about an hour so I'm curious I do not think it's a problem but we've debated a lot of bills today that I

5:44:20
didn't think would be debated so thank you lady you're welcome

5:44:25
from October Mr Taylor thank you children lady will you yield

5:44:30
yes I just want to actually uh make a small correction under the Supreme under

5:44:36
the um supremacy clause found in the article

5:44:42
6 section 2 of the U.S Constitution both the Constitution and federal law supersede state law

5:44:48
so he's not operating under a federal law there's no federal

5:44:53
ing of water can and cannot proceed what the third party administrator is

5:44:59
operating under is an order from the federal court that says that he is allowed to work on the water and sewer

5:45:08
system it does not there is no federal law that would supersede the state law

5:45:17
don't see any further questions I believe the gentleman from Washington Mr Hines had an amendment okay

5:45:40
you recognize to explain your Amendment gentleman thank you Mr Speaker ladies and gentlemen uh

5:45:46
I'm asking your Indulgence because this happens in in communities a lot over

5:45:52
this state because we're not used to having in climate weather so in some communities the leadership of

5:46:00
that Community will encourage citizens to run their water when the temperature

5:46:05

120

drops a certain level keep it from freezing keep pipes from busting and what happens when the
5:46:12
incline and weather extends Beyond two three days it ends up causing you to run
5:46:18
your water continuously and so if you have a small community that has individuals who live on fixed
5:46:26
income they end up being at a disadvantage and what happens you have a
5:46:32
person that water bill might be 48 50 could end up having a water bill the
5:46:37
next month 350 500 and so what happened what my Amendment does is it says if the
5:46:46
leadership of that Community encourages the citizens to run their water bill
5:46:52
the citizens can request to have that turned back to the month prior rate so
5:46:59
if my bill has usually been 50 a month and this month it happens to be three
5:47:05
hundred dollars it goes back to the fifty dollars because of the natural disaster that took place and force
5:47:11
people to turn the water all I'm trying to do is look out for those citizens who have a fixed income and all of us got
5:47:19
them in that District all of us end up in a situation where seniors people who are disabled are on a
5:47:26
fixed income and cannot afford to have that increased bill that's not in their
5:47:32
budget so if I have if if I have a set amount I'm living out fifteen hundred
5:47:37
dollars a month and I'm used to paying my bill that is fifty dollars a month 300 make me choose between groceries and
5:47:45
Medicine I gotta make a decision if I'm gonna eat take my medals and live or die and all
5:47:51
I'm asking is that we put something it is not perfect and as we go along the way they can work and massage and fix
5:47:58
what needs to be done but this will be amendment to ensure that people who are
5:48:03
on fixed income won't be forced based upon a natural disaster and the leadership of that Community I answer
5:48:09
any questions Mr Speaker questions only amendment gentleman from
5:48:14

Mary and Mr Morgan you I do all right you said about 30 to

5:48:22

45 a month bill I can't I don't mean any harm but I can't hear you clearly I said

5:48:28

you said that they had a previous bill was 35 40 dollars

5:48:33

and then you think if you had it dripping and not flowing it's gonna run 300 that month for three or four days

5:48:39

well it could be but so here's this is so very subjective

5:48:45

because what's a drip for you is a run for me and so if I hadn't been trained on what's a drill I might do the run

5:48:52

because I don't know no better and because I'm not a plumber so be careful how you walk down that street because

5:48:59

today you dripping tomorrow he running well I wouldn't be running it out there flowing for three or four days and be

5:49:05

charging of three or four if you don't if you are informed citizens which we all have and we have people who are in

5:49:13

position of authority encouraging you do to do something you're going to follow leadership we see that every day in here

5:49:20

if the leadership say do anything I'm asking you a question let me finish

5:49:26

Daddy that if something the leadership say we want to go East we go east

5:49:34

gentleman from forest Mr Watson if the gentleman will yield yes sir uh

5:49:40

do you all have a problem with respect to uh the issue that's addressed in this

5:49:47

bill in Greenville absolutely so I'm glad you asked that

5:49:52

question we had several seniors uh because we had uh incline and weather who went from paying 50 a month to

5:50:01

having 750 water bills okay thank you sir all right thank you

5:50:09

don't see any further questions on the amendment does the author wish to respond

5:50:16

you could say that while I understand what the gentleman is saying there are already mechanisms in place to challenge a bill that is obviously Incorrect and

5:50:23

erroneous and this would unnecessarily complicate the purpose of the bill that's before you so I would ask that

5:50:28

you vote no on the amendment recognize the author to close one is a

5:50:34

member ladies and gentlemen I'm gonna say this one more time all of us have seniors who

5:50:42

live in our community who are on fixed income and National disaster picks on no

5:50:47

one particular person but for the leadership of a certain Community to encourage you to do certain things and

5:50:54

then those individuals become penalized it's completely unfair all I'm asking

5:50:59

you to do is to put this amendment in place force them to work and find a proper solution that will ensure our

5:51:06

seniors end up having a safeguard and not have to choose between taking their medicine and keeping their water bill

5:51:12

I'm asking you to please vote for the war for the amendment thank you all right the question now occurs on the

5:51:19

adoption of amendment number one to House Bill 698 if you're in favor of the gentleman's Amendment would you indicate

5:51:24

by saying aye oppose no

5:51:29

's have it knows have it roll call is demanded there is sufficient number open machine Madam Clerk

5:51:39

if you're in favor of the gentleman's Amendment vote I if you're opposed voting a has everyone voted has everyone voted

5:51:48

close the machine Madam Clerk by about a 48 76 Nays amendment number

5:51:53

one fails anything further on the bill lady move for final Passage lady moose final passage open the

5:52:00

machine Madam clerk question now occurs on House Bill 698 if you're in favor of the bill vote I if you're opposed voting

5:52:06

a has everyone voted everyone voted

5:52:15

close the machine Madam Clerk by vote of 83 yays 28 Nays the bill passes

5:52:23

123

thank you Mr Speaker I'd like to go to the next item on the calendar item number 24 Hospital 697 and skip it and

5:52:30

ask the entertain his place on the calendar

5:52:36

we'll do that next item okay I'd like to go to the next item on

5:52:42

the calendar uh house bill number 20 uh number 25 Hospital 397 and recognize the

5:52:49

gentleman from Hancock to handle the bill gentleman from Hancock you're recognized

5:52:59

thank you Mr Speaker Mr chairman all House Bill 397 does extend the repeal or

5:53:05

on the Mississippi Gulf Coast Regional Utility Board the explanation Mr Speaker

5:53:11

questions on the bill I don't see any gentlemen you move final passage final passage

5:53:16

gentleman whose final passage open machine Madam clerk question occurs on House Bill 397 if you're in favor of the

5:53:22

bill vote I your opposed voting a is everyone voted

5:53:28

is everyone voted close the machine Madam Clerk by vote of

5:53:34

113 years three Nays the bill passes next item gentlemen thank you Mr Speaker or item number 26

5:53:40

Hospital 809 I'd like to skip in retain this place on the calendar also

5:53:47

next item House Bill 20 number 27 Hospital 288

5:53:52

like to call it up and make the usual motion gentleman calls the bill up moves the rules be suspended to Bill considered

5:53:58

him gross read the third time and placed on Final passage also all those in favor indicate by saying aye opposed no the

5:54:05

eyes have it you may proceed gentlemen thank you Mr Speaker ladies and gentlemen of the house this is just a

5:54:10

bill this comes to us from the public utility staff um they were asking um to have the

5:54:17

authorization to um hire hire certain professional

5:54:23

people by Consulting and and it doesn't restrict them from done restricting from

5:54:29

124

putting somebody in a state service position but if that position is they can't find anybody for that and they

5:54:34

have to have an immediate need for a engineer or CPA something along those lines that this this would give them the

5:54:41

ability to contract with a consultant and that's what the bill does Mr Speaker

5:54:47

questions on the bill don't see any gentlemen you move final passage move final

5:54:53

passage yes gentleman moves final passage open machine Madam clerk question occurs on House Bill 288 if

5:54:58

you're in favor of the bill vote I if you're opposed vote in a has everyone voted

5:55:05

is everyone voted close the machine Madam Clerk

5:55:10

by vote 115 yeas zero Nays bill passes next item gentlemen item number 28 House

5:55:17

Bill 1060 and recognize the gentleman from Hancock gentleman from Hancock is recognized

5:55:24

thank you Mr Speaker 1060 is just to allow a third please

5:55:30

stop let me stop you gentlemen uh the chairman called the bill up mosa Rose be suspended to Bill considered engrossed

5:55:35

read the third time placed on Final passage all those in favor and keep saying aye opposed no the eyes have it

5:55:41

you may proceed Jim thank you Mr Speaker this allows a third party person who

5:55:48

builds a electric vehicle charging station to be able to sell Power by the kilowatt within a certificated area

5:55:55

of a power company this explanation of the bill Mr Speaker

5:56:02

don't see any questions final passage General news final passage open machine Madam clerk question occurs on House

5:56:07

Bill 1060. if you're in favor of the bill vote I your opposed voting a

5:56:14

has everyone voted is everyone voted close the machine Madam Clerk by vote of

5:56:21

115 years one day bill passes next item gentlemen

5:56:30

Mr Speaker call House Bill 261 up make use of motions

5:56:36
gentleman calls the bill up moves the rules be suspended a bill considered engrossed read the third time and placed

5:56:42
on Final passage all those in favor in the Cape is saying aye those no the eyes

5:56:47
have it you've got a committee sub there gentlemen move to adopt committee so gentleman knows that the committee sub

5:56:52
would be adopted for consideration in lieu of the original Bill all those in favor say aye opposed no the eyes have

5:57:00
it you're recognize gentlemen all this does the amendment is to it allows any

5:57:07
entity to construct transmission electric lines

5:57:13
if they follow the commission in that regulated area

5:57:22
does that conclude your explanation to them no the amendment

5:57:30
questions on the amendment I don't gentleman from tallahatchee Mr Rosebud thanks Mr Speaker well the gentleman

5:57:37
yield yes sir when you referred to uh following on the guidelines of commission are you referring to uh

5:57:44
making sure they fall within the guidelines of the electrical grid that they're operating in

5:57:49
it is transmission lines yes and I'm explaining that in the bill I might as

5:57:54
well explain the bill to you thank you this out-of-state companies come into

5:58:01
Mississippi and build transmission electric lines what this bill does is we want to be

5:58:07
able to hold an out-of-state company to the same regulations that we hold a mississippi-based company to building

5:58:14
these transmission lines through the Public Service Commission thank you

5:58:20
Mr Speaker that's an explanation of the bill also okay let's let's adopt the amendment first I don't see any further

5:58:26
questions the question occurs in the adoption of amendment number one to House Bill 1061 if you're in favor of the gentleman's Amendment indicate by

5:58:33
saying aye opposed no the eyes have it amendments adopted uh

126

5:58:38
anything further on the bill no it's our final passage gentleman moves final passage open a machine Madam

5:58:45
clerk question occurs on House Bill 1061 if you're in favor of the bill vote I if you're opposed voting a

5:58:52
as everyone voted everyone voted close the machine Madam Claire

5:59:00
by vote of 109 yea seven days the bill passes next item gentlemen

5:59:06
thank you Mr Speaker go to item number 30 House Bill 1067 call it up make a usual motion to have a committee sub

5:59:12
gentleman calls the bill up moves the rules be suspended to Bill considered in Gross red the third time and placed on

5:59:17
Final passage all those in favor say aye opposed no the eyes have it gentlemen you've caught

5:59:24
up the committee this gentleman moves at the committee sub be adopted for consideration in lieu of the original Bill all those in favor say aye opposed

5:59:32
no the eyes have it we're on the committee sub gentlemen you know I have an amendment also which

5:59:38
I can explain Mr Speaker at the appropriate time your record you're recognized to explain your Amendment

5:59:43
okay um ladies and gentlemen the house the the amendment is basically the bill all we're doing here we're creating a state

5:59:50
Broadband grant program on the same Provisions that we created the beam office Provisions last year there is no

5:59:58
money in this bill we have made a request for money for our state grant program but applications would follow

6:00:04
the same process as we allowed last year in House Bill 1029 which established the

6:00:11
beam act that vote on that bill last year at the end of the session was a hundred and twelve to six and when we

6:00:17
bought this bill forward did a committee sub we left one code section out of the bank of the bill that was

6:00:24

necessary for the beam act to be put into there and that's all we're doing is adding this code section necessary code
6:00:30
section in here but I want to say this and those of you in the rural areas this bill is specifically designed for
6:00:37
expansion of broadband into unserved areas and uh we have asked here again it
6:00:43
does not have any money in it we're hoping that if we go through the appropriation process if we will be able
6:00:48
to put some money in it but it just creates a state grant program and uh
6:00:53
that's the explanation of the bill Mr Speaker okay we're on we're on the amendment one questions on the amendment
6:01:03
question recurs on the adoption of amendment number one to House Bill 1067 if you're in favor of the amendment indicate by saying ah if you're opposed
6:01:12
eyes have it Amendment one is adopted and you've said that's an explanation of the bill gentlemen you yield for
6:01:17
questions I yell for questions lady from Jones Miss Scott are we on 1067 is this or are we on
6:01:28
1067 man okay please forgive me gentlemen I thought we
6:01:33
were on another bill
6:01:41
gentleman from Heinz Mr Brown thank you Mr Speaker and general please
6:01:47
yes sir will this Valley close the gaps in the state in terms of
6:01:52
the availability of broadband throughout the state of Mississippi because we know their areas within 20 miles of Jackson
6:01:59
that are without service right now up around Madison gentlemen no we're not close the gaps but we're trying to eat
6:02:06
this Broadband elephant one bite at a time and this will certainly go a long ways towards those unserved areas having
6:02:12
Broadband access but I thought you said earlier that you're going to make it Statewide uh yeah it's a Statewide grant
6:02:19
program in other words if we pass this legislation any provider that serves any part of the state could

6:02:25

apply for these Grant monies but it has no money in it but it would definitely open the door for another opportunity

6:02:31

for Rural Broadband expansion in the state of Mississippi when you call it closing the Gap and we're closing the

6:02:37

Gap well we're not shutting the door yet right thank you gentleman from Heinz Mr Bell

6:02:43

thank you Mr Speaker General yes I could barely hear my Gentleman uh to the left

6:02:49

of me but you you say it over and over there is no money in this bill correct there's no money this just sets up the

6:02:56

mechanism party Statewide grant program on the same Provisions as we established last year so my question is last year we

6:03:02

we dealt with this Broadband Bill last year right kept going back and forth and

6:03:08

there was my understanding there was some funds in there to establish well

6:03:13

those are federal funds those were federal funds called special projects fund 162 million dollars is coming to

6:03:20

Mississippi we anticipate in the first quarter of this year which we're in right now we needed to go ahead last

6:03:27

year and establish the guidelines for the program for the federal specs get the beam office in place and into that

6:03:34

that could administer the grants and everything else and we're following the same process there as we did here except

6:03:40

with State money hopefully down the road through this course of this session thank you thank you General

6:03:46

from Smith Mr Tullis well this gentleman yield yes sir uh Mr

6:03:52

chairman you and I had a conversation earlier at this session where I I our discussion centered around fixed

6:03:59

broadband and mobile broadband and and I'm and

6:04:05

I hope you understand the position that that I have and and what I explained to

6:04:10

you as far as rural counties are losing tax dollars because of mobile

6:04:17
carriers providing the minimum Broadband on mobile service which to me that's not
6:04:24
broadband that's just cellular service and I'm going to ask you next year can
6:04:32
we work on this to fix the system to increase what actual Broadband is that
6:04:38
going from the kilobits to the megabits and not allowing mobile carriers getting
6:04:44
an exemption from rural areas that they're not providing Broadband services to gentlemen we will look at that and I
6:04:52
know that right now the old definition of 25 3 is not even really considered Broadband anymore and I know we were
6:04:57
talking even a lower threshold on your bill I'd like to talk more about it I do know that symmetrical speeds of 100 Megs
6:05:04
up 100 Megs down is what is necessary for today's households and as we move
6:05:10
through the process I'd like to discuss with you further and hopefully we can I
6:05:15
will we will be able to come to some some some sort of understanding next year okay thank you
6:05:22
don't see any further questions Moon Final Passage General knows final passage on House Bill 1067 open the
6:05:29
machine Madam Clerk if you're in favor of the bill vote I if you're opposed voting a
6:05:37
is everyone voted everyone voted
6:05:42
close the machine Madam Clerk by vote of 111 yays five Nays the bill passes next
6:05:48
item John thank you Mr Speaker item number 31 House Bill 1225 call it up
6:05:53
make the usual motion and I have an amendment the gentleman calls the bill up moves the rules be suspended the bill
6:05:59
considered engross red the third time and placed on Final passage all those in favor say aye opposed no
6:06:05
the eyes have it gentlemen you're recognized to present your Amendment okay ladies and gentlemen of the house I
6:06:10
know this seems like a very complicated bill but let me explain the amendment first um what we're doing here we're

6:06:16
bringing forward to code sections to um to place the no call under the uh
6:06:22
Attorney General's office in drafting the bill we left one code section out and the amendment is just adding that
6:06:28
one code section uh to that and if we can adopt the amendment I can then explain the bill in the process of what
6:06:35
we're going to do moving forward on that so I would ask for adoption of the amendment don't say any questions on the amendment
6:06:41
question recurs on the adoption of amendment number one to House Bill 1225 if you're in favor of the gentleman's Amendment indicates saying aye
6:06:48
opposed no the eyes have it the amendment's adopted anything further on the bill gentlemen yeah just uh Mr
6:06:54
Speaker real quick ladies and gentlemen of the house I have a letter here from the Mississippi Public Service Commission requesting that the no-call
6:07:00
division be transferred to the unit to the Attorney General's office it's a very moving complex part of to be able
6:07:09
to do that so we're going to keep these code sections alive and as we there's nothing heinous in it it's just going to
6:07:15
be a very complex Bill uh in terms of the Public Service Commission has requested this and we're going to keep
6:07:21
the code sections alive work on it through the rest of the session and hopefully come next few weeks we'll have
6:07:27
you a finished product that the attorney general who has agreed to take it in the Public Service Commission we can all
6:07:32
agree on and that's an explanation of the bill you yield for questions gentlemen yes gentleman from Heinz Mr
6:07:38
Banks Mr chairman yes wood I asked this question committee I'm just going to ask
6:07:44
you again okay for reaffirmation um in this amendment in this video it
6:07:49
does not prohibit political calling solicitations correct that was an
6:07:55

131

exception before and it is political election yeah you're you're correct thank you sir that's all thank you

6:08:01

move final passage Mr Speaker lady from Jones Miss Scott for what purpose I'd like to ask the Gentleman Just to

6:08:08

pray you recognized gentlemen on these uh this no-call thing now will we expect the Attorney General's office to do a

6:08:15

little bit better job well lady I will tell you that is one reason right right

6:08:21

excuse me right now the Public Service Commission really their only duty is to receive those calls anything else you

6:08:29

know where they investigate prosecute and convict goes to the Attorney General's office anyway and uh so we

6:08:36

feel like it's just going to be a better fit a quicker process to addressing some

6:08:41

of these no call uh so let's I mean these uh solicitations so that is one of

6:08:47

the bill is before lady hopefully you're right you say you're going to do further work on this in this session yes yes

6:08:54

can we ask you that can we put some penalties in here 20 years and 10 years

6:09:01

listen our constituents have had it with these spam calls and these folks calling them

6:09:08

particularly people who operate their phones on minutes gentlemen that's

6:09:13

wasting you know that costs them money lady I would I agree with you we all

6:09:18

experience the same thing and I will tell you that you know as well as I do some of these are hard to track down they're

6:09:24

originating from all over the world they're spoofing your phone number my phone number one time so but I generally

6:09:31

if we give them 20 years like we want to give somebody to you know we was we can certainly as we go through the process

6:09:37

look at an enhanced battle destruction lady right because these people are making millions of dollars right we can

6:09:44

certainly look at an enhanced penalty structure thank you John yeah move final passage remote for the

6:09:51
questions thank you gentleman moves final passage open machine Madam clerk question occurs on House Bill 1225 if
6:09:57
you're in favor of the bill vote I if you're opposed voting a
6:10:03
is everyone voted everyone voted
6:10:08
close the machine Madam Clerk by vote of 115 years two Nays the bill passes next item gentlemen puppet
6:10:15
utility yields leave the chairman of Judd B's
6:10:21
up next thank you thank you Mr Speaker I want to go back to item number six uh call up the committee Sub make use
6:10:29
your Motion College committee sub we're going back on your general
6:10:35
calendar to item six I've marked it out I can't say item
6:10:42
number six house before 12. gentlemen calls the build up moves the rules be suspended to Bill considered engrossed read the third time and placed on Final
6:10:48
passage all those in favor say aye those opposed no the eyes have it we're on the
6:10:54
bill gentleman's called up the committee sub moves it to committee sub be adopted for consideration in lieu of the
6:11:00
original Bill all those in favor say aye those opposed no the eyes have it committee Subs adopted gentlemen you're
6:11:06
recognized I have an amendment gentleman has an amendment you want to explain to your Amendment
6:11:12
yes sir bleaching them and all the amendment does is place a reverse repealer in this bill
6:11:18
um that's go ahead and we'll talk about the amendment then I'll explain the bill that's that's the amendment
6:11:25
question occurs on the adoption of amendment one to House Bill 412 if you're in favor of
6:11:32
the gentleman's amendment in the Cape is saying aye opposed no the eyes have it the amendment's adopted you're recognized
6:11:38
gentlemen all right now on the bill Mr Speaker uh House Bill 412 is uh it
6:11:45

amends 45-47 1 which says that every person who is arrested for the

6:11:50

commission or attempted Commission of any felony shall provide a biological sample of DNA testing uh that is an

6:11:58

explanation of the bill basically that if you're arrested for a felony law enforcements to authorized to do a

6:12:04

DNA collection uh they already do this or they already are empowered to do this

6:12:10

for violence offenses this would include all offenses the bill later goes on and explains the expungement process and

6:12:17

allows for this material to be expunged and and discarded if if a person goes

6:12:22

through that but again it's got it does have some concerns I have some concerns

6:12:27

with it I know people in this chamber do that's why I'm putting a reversal peeler in it and moving along in the process so

6:12:34

that's an explanation of the bill you yield for questions yes lady from Jones Miss Scott you don't

6:12:40

have a question that he was going to put a reverse repealer in the bill and so uh but let

6:12:46

me tell you what because one concern in the bill it talks about that they may that the judge May

6:12:52

and it gives him discretion can we make sure Mr chairman as we going forward with this that

6:12:58

if we are going to expunge and we are going to uh you know get destroy DNA

6:13:04

that they're not destroying it in they're destroying it in Jones County but you know they're not destroying it

6:13:11

in Jasper County because they have discretion so can we because you understand what you're I understand what

6:13:17

you're saying my intent is if they if they apply and monitor thing in the bill and maybe I misreading it is that they

6:13:23

apply and get it expunged it's gone just like just like anything else the arrest or anything that's gone except for uh

6:13:30

but but I understand your position and we want to make sure it's uniform across the state yes ma'am okay thank you John

6:13:38

a gentleman from DeSoto Mr Eubanks thank you Mr Speaker will the gentleman yield yes sir did I hear you say that

6:13:46

um whether you were convicted or not they will save your DNA and keep it in like a

6:13:51

registry or database I think if once if you're not convicted I think it automatically drops out

6:13:57

well I think or you are sure I'm saying I asked how to go in again I

6:14:03

couldn't hear your question I was I was curious if you're not convicted of a crime and they've collected your DNA and

6:14:08

they've put you into some sort of database you're saying that if you're not convicted it will go out of that

6:14:14

database or that's what I'm saying that yes that's correct that's the way I understand it and I may be wrong but

6:14:19

like I said it's got a reverse repealer we'll work through all that stuff okay thank you don't see any further questions

6:14:28

you move final Passage does the chairman sorry move final

6:14:34

passage I'm sorry open the machine Madam clerk question recurs on House Bill 412 if you're in

6:14:40

favor of the bill vote I your opposed voting a

6:14:46

is everyone voted everyone voted

6:14:51

close the machine Madam Clerk by vote of 71 yays 42 Nays the bill

6:14:57

passes anything further Mr chairman just ask that all remaining bills for Judd B just

6:15:03

retain their place on the calendar thank you we will do that I believe at this time we're going to go back to the

6:15:10

ways and means calendar

6:15:29

chairman of ways and means you're recognized foreign

6:15:35

speaker I would move that we go back to the ways and means calendar and move to call up the house bill 1020.

6:15:43

the gentleman calls the bill up moves the rules be suspended to Bill considered in grossed read the third time and placed on Final passage all

6:15:49

those in favor say aye opposed no the eyes have it

6:16:00

excuse me gentlemen um the Bill's already been read a third time so you don't we don't need the usual motion my mistake I should have

6:16:06

seen it we are on the bill you are recognized thank you Mr Speaker um

6:16:12

I have an amendment that I would like to present on this bill uh but before I do that I would like to make a few

6:16:18

statements about the bill in general so just a few stats

6:16:25

and some information this bill is designed I don't know what you've

6:16:30

heard I'll say that but this bill is designed to help make our capital city of Mississippi a safer

6:16:37

City this bill is designed to assist the court system of Hinds

6:16:44

County not to hinder it it is designed to add to our judicial resources in Hinds

6:16:50

County not to take away to help and not hurt

6:16:56

I think we all have to acknowledge though ladies and gentlemen that we do have a crime problem in the city of Jackson

6:17:03

and we do have a backlog in the Hinds County judiciary a few stats that bear

6:17:08

that out between January of 2021 and January of 2023

6:17:14

there were 10 904 cases opened in Hinds County Chancery Court

6:17:21

there were an additional those are Century court cases there were an

6:17:26

additional 1964 civil cases opened and Hinds County

6:17:32

Circuit Court and an additional 1764 criminal cases opened in the Hinds

6:17:40

County circuit court system those are staggering numbers

6:17:46

in addition to that this is not the first time the people of

6:17:51

this state nor the media nor the citizens of the city of Jackson

6:17:59

nor local leadership nor people that serve in this body

6:18:05

nor National media have discussed the crime problem in Jackson

136

6:18:11
a few other stats according to Mississippi today there are
6:18:16
record level of homicides in the city of Jackson 153 homicides in 2021 130 and 2022
6:18:26
the mayor of the city of Jackson has stated and I quote the criminal justice system is overworked which is evidenced
6:18:32
in policing and investigation the current Hinds County district attorney is further quoted as saying more
6:18:38
collaboration to help with prosecution and investigations is needed he would
6:18:43
only say that we're having far too many individuals that put in custody in our jails that we are not able to move their
6:18:52
cases to the Judiciary System fast enough
6:18:57
police judges and City officials all highlight the rate of juvenile violent
6:19:02
crime and other adult violent crime as a very serious issue WJTV news story
6:19:10
reported as follows that the city of Jackson does not have enough officers to combat the level of crime that is facing
6:19:17
the city national news CNN published an article in December of 21 titled how Jackson
6:19:24
Mississippi became one of the deadliest cities in the nation clearing Leisure January of 23 Jackson
6:19:30
tops 100 homicides three years in a row the New York Post
6:19:36
in December of 21 stated Jackson hits all-time homicide record
6:19:41
and WLBT here in Jackson in a December 21 broadcast and News Post stated that
6:19:49
the Jackson's rate of killings per capita ranks as the absolute highest in
6:19:54
the United States of America so we can talk about the merits of the bill the merits of the
6:20:00
amendment the language they're in the black letter law all day long but what I do not believe we will be
6:20:06
able to disagree on if we're going to be honest with each other is that there is a serious crime problem
6:20:13

in the capital city of Mississippi and there is a backlog a need for

6:20:19

assistance in the Hinds County judiciary

6:20:25

a few other quotes I'd like to share with you

6:20:34

excuse me gentlemen calendar says you have a committee substitute you don't wish to take that

6:20:40

up do you I do gentlemen you do want to take the committee so excuse me Mr Speaker we're going to

6:20:47

recall the committee sub up and then we'll have an amendment to the committee sub

6:20:55

we got to call it up first and we'd like to table the committee sub

6:21:01

I'm going to say you better check your lawyer about what you want to do down there all right gentlemen moves committee

6:21:07

substitute be a doctor of consideration Louisville all in favor say aye opposed nay is have it

6:21:13

now you wish to table the committee some yes sir motion is the table committee sub all in favor say aye opposene a eyes

6:21:21

have it now you got an amendment you ready to present it yet or are you still one

6:21:27

other thing I'd like to say that I left out earlier I want you to let this sink in because to me this was staggering

6:21:33

the CNN article that I referenced that was from December of 21 stated as follows I'm just going to read

6:21:41

it there I've already been this is in 2021 they have already been over 150

6:21:46

homicides through December of 2021 according to the Jackson Police Department nearly all

6:21:54

of them shootings the city's homicide rate let this sink in

6:21:59

97.6 murders per 100 000 residents ladies and gentlemen that

6:22:04

is 15 times higher than the rate across the rest

6:22:10

of the United States of America 15 times higher speaker I have

6:22:16

an amendment I'd like to offer

6:22:26

you want to explain your Amendment no Jim do we need to wait till it gets online

6:22:33
okay I think the clerk says she good thank you Mr Speaker the amendment
6:22:39
is you Will's notice which I've asked to be handed out uh to every member of the body so you should
6:22:45
you should have it is roughly
6:22:50
35 pages the bill that was online was over a
6:22:55
thousand the bill and the committee said they came out of the committee was
6:23:01
um mostly uh taken up with the large amount of over a thousand Pages were taken up
6:23:08
we're dealing with a large amount of agency and committee and board uh
6:23:15
appeals that have been placed in the city of Jackson and this amendment removes that
6:23:21
I think it's better to have a debate on the major issue of this bill than to get bogged down and where we're going to
6:23:27
send agency appeals we can have that debate later save that issue for another day so those
6:23:33
parts of the bill have been stripped out and what you will find is a much streamlined House Bill 1020 that deals
6:23:41
simply with the following and I will go really section by section and explain it
6:23:48
and I'm going to stand here and I'm going to take the bullets and everything else that comes my way and try to answer
6:23:54
as many questions as I can but keep in mind this is about helping
6:23:59
Hinds County court system and helping make our Capital Cities safer ultimately
6:24:08
for we all know that law enforcement
6:24:14
is really only as good as the Judiciary that backs it up I think we know that they have to work
6:24:21
hand in hand section one of the Bill of the amendment rather
6:24:26
Grace the inferior court system known as a capital complex
6:24:33
Capital complex improvement district inferior courts this is created specifically and authorized by the
6:24:39

139

Mississippi Constitution under article 6 section 172. each Capital complex District inferior
6:24:46
Court judge shall possess the same qualifications this is currently required for any
6:24:51
circuit or Chancery Court Judge serving in this state the judge shall be appointed by the
6:24:58
Chief Justice of the Mississippi Supreme Court to serve for a four-year term in addition to the judges uh we the bill
6:25:05
creates and it requires the Attorney General to appoint four Prosecuting attorneys to serve
6:25:11
underneath the AG's office they would prosecute crimes in the inferior court system
6:25:17
the ccid inferior courts uh Prosecuting attorneys are authorized to file indictments though
6:25:22
in other courts meaning Hinds County Circuit Court as well
6:25:28
and you'll notice on line 61-66 the Hinds County district attorney is also also authorized to bring
6:25:36
indictments in the ccid inferior Court
6:25:43
on line 75 the state defender of the office of public defender shall appoint four public defenders to also serve as
6:25:50
public defenders in the ccid inferior courts
6:25:56
skipping over to section four the clerk of the Capitol complex improvement district inferior courts
6:26:03
shall be appointed as well and operate as a clerk much like the Chancery and circuit clerks do
6:26:10
in those courts across the state section five is an important part of the bill let me explain this section five creates
6:26:16
and establishes the jurisdiction of the ccid inferior courts Section 5 States
6:26:23
that ccid inferior courts shall have and this is very important I want you to listen
6:26:29
concurrent jurisdiction with all with the Justice Court Chancery Court Circuit
6:26:35
Court and County Courts of Hinds County except for a few enumerated matters that
6:26:40
are accepted from it those matters are as follows on line 155 the jurisdiction of the ccid inferior
6:26:48
Court shall not include matters regarding treason actions filed against the municipality
6:26:53

or a county of the state appeals from a decision of any agency board or commission or other department
6:27:00
of the state Bond validations divorce alimony all matters relating to
6:27:05
adoptions matters of testamentary and administration miners business
6:27:11
in cases of lunacy which would be reserved specifically for the course of
6:27:16
original jurisdiction thereof that's on the criminal side on the Civil side
6:27:22
the ccid inferior courts shall have civil jurisdiction over cases
6:27:28
originating in the ccid district where the amount of controversy is
6:27:34
greater than two hundred thousand dollars but less than 20 million German time's expired to explain your Amendment
6:27:40
it's a request for two minutes two minutes is request an additional two minutes will be granted for you thank you Mr Speaker
6:27:48
I'll go on to say on line 178 appeals from the ccid inferior Court shall be
6:27:53
to the Hinds County Circuit Court and there's an appeal process labeled there beginning on line 193.
6:28:03
section 6 establishes basic
6:28:08
basic Court Powers very similar to what other courts have
6:28:16
section 7 deals with transfer of cases Section 8
6:28:24
establishes generally that the ccid course shall be a court of record
6:28:30
foreign establishes the term of court system section 10. deals with the expansion of
6:28:38
the ccid which I can give that generally
6:28:43
if you're a law enforcement officer that has jurisdiction limited to the ccid currently it starts around Jackson State
6:28:51
goes up to around a little north of ummc but it's a it's a it's a zigzag if you
6:28:58
will it's not clear you bet a law enforcement officer may have jurisdiction on road Street a
6:29:04
but a block over on Street B they don't have jurisdiction so as a result we've created an expanded

6:29:11
ccid boundary that is much more recognizable geographically it
6:29:18
would go to the existing boundaries nothing will be taken away from the existing boundaries it
would be expanded
6:29:23
South to Highway 80. it would have expanded north of the existing boundary to State Street to
the West County Line
6:29:30
Road to the north the Pearl River to the east
6:29:36
and so that describes what's going on at section 10 of the amendment and section 11 of the
6:29:42
bill doubles the funding for the CCI district from the current diversion of six
6:29:47
percent of sales tax in the city of Jackson to 12 12 and that is an explanation of the
6:29:54
amendment with that I'll take any questions all right gentlemen the time has expired on the
amendment an explanation I'm sure you'll have plenty
6:30:02
of questions after the question now occurs on the adoption of amendment number one to House
Bill 1020. if you're
6:30:08
in favor of the gentleman's Amendment indicate by saying aye
6:30:13
pose no the eyes have it the eyes have it the
6:30:19
amendment's adopted we're now on the bill yes sir gentlemen for what purpose
6:30:28
you've cut us off from speaking against the amendment we have the right to speak against the
amendment for the adoption
6:30:34
of the amendment you always had that Mr Speaker yes sir
6:30:41
I understand the urgency to go on around this thing through but there is no words let me stop you
I misunderstood I
6:30:47
thought you were going to question him on the bill you're you're welcome to come and speak on
the amendment come and
6:30:54
speak on the amendment now
6:31:02
you were the first one up
6:31:09
gentlemen you have a point of order or you want to speak against the amendment gentleman
from Washington

142

6:31:20
you have a right to speak on the amendment before we vote on it
6:31:27
I thought you had a question and the time for questions had expired gentleman from Madison for what purpose
6:31:33
it's been on Mr Speaker yes sir it has you want to speak on the amendment absolutely you you're recognized
6:31:47
gentlemen before you speak on the amendment I want to reconsider The Voice vote by which the Amendment passed
6:31:54
so uh if the chairman would make that motion so that we can go back because we did call the vote
6:32:01
thank you Mr Speaker I'll be glad to y'all heard the the speakers motion that comes from the chair is a motion to
6:32:07
reconsider uh the vote by which the Amendment passed you've heard the gentleman's motion all those in favor indicate saying aye
6:32:14
opposed no the eyes have it we're back on the amendment the gentleman from Madison is recognized to speak against
6:32:20
the amendment yes uh thank you Mr Speaker to address the reason that's been given
6:32:27
for this amendment uh as I understand it it's because of the crime situation here
6:32:34
in Jackson Mississippi and this this piece of legislation is intended to to help out with that
6:32:43
I have not heard than anyone from the city of Jackson Mississippi who was elected official is
6:32:50
in favor of this bill is the kind of help that's being offered to no one who's
6:32:56
responsible for governing in Jackson particularly courts have asked for it
6:33:03
now crime is a misdirection if you're interested in sports and football you
6:33:09
give a fake and you think the play is over there but in reality it's all over here
6:33:16
this is a land grab had nothing to do with with crime because it was so then we'll be
6:33:22
establishing these courts all over the state of Mississippi of some crime stats where you're talking
6:33:28
about Jackson these places need help now and it's not all of Mississippi just a
6:33:34

143

few on a scale of 100 and you can look up do

6:33:39

your search go on your computers and look up crime stats for Mississippi go go through each City

6:33:46

with 100 being the absolute I mean it's the crystal it's the crystal crystal ball that we look into that we all wish

6:33:53

for one to a hundred foot 19.

6:33:59

Forest Mississippi eight Jackson Mississippi is four good point is three Corinth Mississippi it's four

6:34:06

four width is 20 22. Canton Mississippi 71.

6:34:14

so what is the problem here when you're only looking at Jackson

6:34:19

Mississippi in 1890

6:34:24

at the Constitutional Convention at a capital in Mississippi

6:34:31

the building down the road a convention was held to do just what

6:34:36

we're doing here and guess what they were saying this was for the good of the people

6:34:42

this is to help the people this is really what they want they don't really want to vote they

6:34:47

don't want that burden of Governor themselves they don't have the resources they don't have the intelligence to do it so we are

6:34:54

going to help them they don't want the right to vote it's too heavy of Burden

6:35:02

you think I'm kidding about they'll read about your history so what we're going to do is take that

6:35:08

away from them and not allow them to vote they're going to thank us in the end

6:35:16

that's what I just heard from this poem that's the reason for this bill

6:35:23

one thing I think we ought to pay attention to this bill is about helping to fight

6:35:29

crime for the civil litigation have to do with crime in Jackson Mississippi

6:35:35

what does dividing the courts up in Mississippi with one where people can can vote for the person their choice in

6:35:41

another District in which they cannot vote what is the problem with providing for a

144

6:35:48
government state police force in Jackson to govern part of it taking jurisdiction
6:35:54
from the chief of police and from the sheriff of Heinz County a sheriff that's
6:35:59
elected by the people how is that helping to fight crime in Mississippi
6:36:06
I noticed that this bill does not address part of the problem which is lack of funding in that crime lab
6:36:12
you blaming Jackson because they can't process their cases fast enough because
6:36:17
the crime lab is not operating at capacity because we won't give them the
6:36:23
money it's not just a Jackson problem and a lawyer packs around this state when you
6:36:29
have capital offenses murder aggravated assault and uh drug cramps where you need to employ the service of the crime
6:36:35
lab you have the same problem that Jackson has Jackson has 154 [Music]
6:36:42
000 people the county has over 200 000 people most of our towns and counties are small
6:36:48
are much smaller than that they had the same problem with processing their case that Jackson does but yet we have a bill
6:36:55
that's been propagated as a bill to fight crime when you're creating two court systems here in the city in Hinds
6:37:02
County one for civil and one for criminal you don't have to have a civil invasion in Jackson to fight crime
6:37:09
what is an automobile accident in which you're seeking damages have to do with crime what is a contract dispute among
6:37:16
parties among entities that companies have to do with crime this amendment is not what he says it is
6:37:23
it's just like the 1890 convention all over again when it said we're helping these people because they don't know how
6:37:30
to govern themselves I don't want the burden of being able to to vote other people's their choice so
6:37:36
we're going to help them by passing laws is the bar of bubbles uh uh how many
6:37:44

bubbles in a bar suit so that's for two minutes will be granted gentlemen now she's going against the men

6:37:52

does anyone else wish just

6:37:57

you got two minutes about how many bubbles on the bar soap

6:38:03

I'll tell you how my dad answers he says a lot of them and that's what he did when he went to

6:38:08

try and vote register to vote I'm going to say give a push on

6:38:14

story here now you know when I got out of Law School I thought I'd achieved the ultimate in

6:38:21

my dreams and I came back to my hometown in Canton and found out in the 1973 and

6:38:28

74. my people were still not being allowed to register to vote

6:38:33

so I ended up going to court at my first lawsuit was a lawsuit against the foot camel the circuit clerk to force him

6:38:41

into court order to allow people to vote and you know what he told me

6:38:46

your people don't want that you were the one to think this wants that you're making trouble here

6:38:52

until you came nobody came in this office asking me to register the vote it's not even them fellow folks came in

6:38:58

here you know if I was a fool I would have believed it I've heard the same thing from this

6:39:04

podium this is about voting rights if it were not then we'll be electing judges

6:39:11

I've heard about the backlog and the problem but I've not heard one single word about let's increase the number of

6:39:17

judges in Jackson Mississippi let's increase the resources that they have to operate Jackson has four judges and

6:39:24

they've had four judges since the beginning of time in 1992 when the judges all over this

6:39:31

state we did not increase the number of judges in Hinds County you expect those four men and women

6:39:37

to to to to to have cases that have quadrupled since 1992.

6:39:43

no increases of resources no money at all but yet we're going to find money in

6:39:48

this bill to fund four judges here in Hinds County in their ccid District why

6:39:55

wasn't that money offered before now this is a problem

6:40:01

that's being created in this chamber only it's not going to solve the problem out

6:40:07

there on the streets it's not going to make Jackson much safer it makes it more dangerous because when you have an occupying force

6:40:15

in Jackson like we have now that's going to increase in jurisdiction that is not

6:40:20

going to solve crimes injections that's going to keep problems this distrust among the citizens

6:40:26

okay does any other member wish to speak against the amendment I I've got a board

6:40:32

lit up of names gentlemen from Adams for what purpose

6:40:37

Mr Speaker I have amendments and I'd like to speak against the amendment Amendment to the amendments

6:40:44

which one you want to do first you want to speak against this amendment well I better put these amendments up before

6:40:49

you close it down on me so I'm going to offer my amendments and I like I still remember

6:41:07

[Music]

6:41:18

there you go okay yeah

6:41:27

we're not quite there yet for the amendment so I want to speak against the amendment briefly

6:41:34

if I may all right gentlemen you're speaking

6:41:39

against this amendment yes and you have another amendment I have an amendment once we get to the to the bill

6:41:46

okay this is a strike once we get you have to amend this amendment before we

6:41:51

vote so you can speak against this amendment I'm just trying to understand you have another amendment that you wish to offer

6:41:57

this is not a substitute Amendment you have five amendments okay well you

6:42:04

can speak against this amendment and then you will have to

6:42:09

okay thank you Mr Speaker ladies and gentlemen of the house uh

147

6:42:15

there's not much more I can say to add to what representative Blackman said but I will refer you to article 6

6:42:22

section 172 of the Constitution now there may be some disagreement about what's an inferior court but yet the

6:42:28

Constitution says that the legislature can't create an inferior court but in this bill in this bill excuse me

6:42:35

gentlemen we're trying to make sure we get our procedure right once this amendment is voting on it

6:42:41

voted on it cannot be amended anymore any further so I think the proper step

6:42:46

would be for you to go ahead and offer your five amendments and then you can speak against all of it at the end

6:42:53

okay that that that that's what you need to do you need to proceed with your five amendments

6:42:58

yes sir

6:43:42

you recognize gentlemen Mr Speaker I'd like to ask the uh the clerk to uh read the first to call up the First Amendment

6:43:49

recognize Madame Clark amendment number one to the strike all by representative Johnson amend online

6:43:56

187 through 201 by deleting all language after the word clerk through the period

6:44:03

on line 198. ladies and gentlemen of the house

6:44:10

I was about to talk to you about section six uh article 6 section 172 of the

6:44:16

Constitution it talks about all the judges should be elected have to be elected

6:44:22

but before we get to that in this in this amendment or this bill whatever you want to call it

6:44:28

we let the Supreme Court Justice appoint for judges with concurrent

6:44:35

jurisdiction with the judges in Hinds County under the Constitution says you can't do

6:44:41

that I know the chairman will disagree with me but at the very least if you're going to appoint judge they shouldn't

6:44:47

148

come from anywhere in the state if they're going to be governing and ruling on on issues that concern the citizens

6:44:54

of Jackson so this this amendment simply says that

6:45:02

those uh those judges have to come from Hinds

6:45:09

County they have to be residents of Hinds County that means the prosecutor

6:45:14

the prosecutors the public defenders the clerk they have to be Hinds County residents

6:45:20

so if you're going to violate the constitution

6:45:25

let's do it at least with a certain amount of dignity

6:45:32

so that's my Amendment

6:45:37

that's my Amendment to the amendment

6:45:48

any questions on the amendment I don't see anyone recognize the chairman to respond to the amendment

6:45:57

Mr Speaker yes sir

6:46:04

yeah if I may get her to read the next one it's a companion Amendment

6:46:10

I'm not sure what you mean by companion Amendment it's your second amendment yeah let's let's vote on this a minute

6:46:16

okay chairman Chairman's recognized to respond to that Amendment

6:46:21

thank you Mr Speaker ladies and gentlemen as I I haven't seen the amendment um until just heard about it just now

6:46:27

but as I understand it uh the amendment would require the judges and the

6:46:34

prosecutors to be appointed from Hinds County I believe is what it is again I haven't seen it if we're going

6:46:40

to make a uh an additional Court in the city of Jackson

6:46:47

do we not want our best and brightest sitting in judgment whether that may

6:46:52

come from Holmes County or Madison County or wherever they may be why would we

6:46:58

limit the talent pool to here I don't understand that and here's the other thing I want to point out to the people

6:47:03

of this body the city of Jackson is the capital city of the state of Mississippi

6:47:08

whether you are from South Haven or Gulfport it is our Capital City it does

6:47:14

not belong solely to the citizens of Jackson okay

6:47:19

please vote against the amendment

6:47:24

ladies and gentlemen I I you know I appreciate him talking about we've been saying that the capital city is the belongs to the state of Mississippi and

6:47:31

every time we say that we ask for funds to make sure that we can fund the infrastructure in the city of Jackson

6:47:37

that we can add more police to the Jackson City police that we can add

6:47:43

[Music] Egypt in Hinds County and every time we made that request

6:47:48

to the state's capital city the front door to the state of Mississippi this body has said no

6:47:55

but when you want the lawyers the clerks the judges and everybody to come from the best and the brightest but they

6:48:00

can't be in Jackson right when you want them to come from all over the state all of a sudden then it's our city

6:48:08

well ladies and gentlemen that's a little bit disingenuous I would ask for you to vote for the amendment

6:48:14

question now recurs gentleman from Madison gentlemen do you yield for questions

6:48:21

yes you just heard in response to your your Amendment desire to have the best and

6:48:28

brightest which would imply that you don't have the best and brightest in Jackson Mississippi do you agree with

6:48:34

that I I totally disagree with that what does that imply when you're saying

6:48:39

have a set of 83 that's 83 percent African-American when you have a

6:48:45

statement made from that Podium that the desire the reason you want to go outside of Jackson because you're going to have

6:48:51

the best and brightest in the state what did it say about a city that is overwhelmingly African African-American

6:48:58

well what it says is there was a gentleman from Tishomingo County now I wasn't even

6:49:03

tissue he was somewhere in Northeast part of the state who said to his constituents one time about Proposition 42 that if you pass Proposition 42

6:49:10

you're going to have black judges in a black County making the decision about your school district so what it says to

6:49:17

me is that maybe because you got a black candidate with black judges maybe they may not be the best in the brightest

6:49:23

well I will tell you I disagree they had the same training the same

6:49:28

education probably had to work a little harder to get it so no I don't agree with that and I

6:49:35

would probably argue that you probably have more lawyers smarter lawyers per capita than anywhere in the state right here in Hinds County with the exception

6:49:42

of Adams County maybe but other than that that's fine but that's it

6:49:50

question now occurs on Amendment one to Amendment one if you favor the

6:49:55

gentleman's Amendment indicate by saying I pose no

6:50:02

nose have it nose have it roll call has demanded there is sufficient number open a machine Madam Clerk

6:50:09

if you favor the gentleman's Amendment vote I if you're opposed vote no

6:50:15

is everyone voted is everyone voted

6:50:21

close machine Madam Clerk by vote of 41 years 76 Nays the amendment fails you

6:50:27

recognize gentlemen for amendment number two to Amendment one

6:50:35

you gotta get your clerk to read the amendment

6:50:41

amendment number two to amendment number one by representative Johnson amend by inserting the following language after

6:50:48

line 848 any cost of action including indictments that are born out of any

6:50:53

incident involving the state of Mississippi and the misappropriation embezzlement or theft of public funds or

6:51:01

any crime connected or associated with such action shall be within the exclusive jurisdiction of the Hinds

6:51:08

County circuit and Chancery courts and the Hinds County District Attorney's office

6:51:14

you know ladies and gentlemen let me explain this amendment you know there's been a 95 million

6:51:20

dollar theft in the state of Mississippi and right now the prosecution of that

6:51:25

theft by people in the highest branches of our government

6:51:31

the prosecution and the adjudication of that theft will take place in the circuit courts of Hinds County

6:51:39

by elected judges by an elected D.A

6:51:44

in this in the Circuit Court of our capital city

6:51:50

so I'm not real I don't think it's right to see that Authority that jurisdiction to

6:51:56

a court that's appointed by a Supreme Court by a supreme court in every instance

6:52:01

since they've been elected has ruled in favor of one of those high-ranking officials that is implicated

6:52:08

in this incident so what I suggest to you that the only fair thing to do if you gotta

6:52:15

execute a case against the state of Mississippi and from people who have stolen 95 million dollars from the state

6:52:20

of Mississippi the only fair thing to do is to let an elected judge hear that case an elected prosecutor prosecute

6:52:27

that case so that jurisdiction should remain in the exclusive jurisdiction of the Circuit Court of Hinds County and

6:52:34

anything that happens going forward so

6:52:40

I make your bones about it I'm I'm concerned that a a court that had the judges on

6:52:48

the court were appointed by Republican Governors before they were ever elected to anything

6:52:53

152

will have the authority to appoint the judges that will hear a case that may implicate not just one Governor but two

6:53:00

governors so I would feel better and I think it would be in your best interest to have

6:53:06

that done pursuant the Section six article 7 article 6 section 172 of the

6:53:12

Constitution that says your judges should be elected that's all my Amendment does

6:53:20

recognize the chairman to respond I'll just you know stick to facts there's no reason for the amendment this

6:53:27

does not take away the ability for the Hinds County district attorney to bring any such indictment in the Hinds County

6:53:33

Circuit Court that's already in the bill there's no reason for the amendment I'm asking you to vote against it

6:53:42

I know that the chairman and I I noticed his intentions are true and I know that

6:53:47

as he has crafted the bill that as he has concurrent jurisdiction to be bestowed upon the appointed judges I

6:53:54

know his intention is that that that indictment or that prosecution or that adjudication will be with those courts

6:54:01

but that language is not that tight in the bill uh at some point the Supreme

6:54:06

Court could assign the case that case could be prosecuted by a prosecutor appointed by the Attorney General of the

6:54:12

state of Mississippi and I know his intentions are true that he intends for things to be pure and run the way they

6:54:18

they should run but the best way for that to happen is to stick to the Constitution and so I would ask for you

6:54:25

to vote in favor of the amendment question now occurs on the adoption of

6:54:31

amendment number two to amendment number one if you're in favor of the gentleman's amendment number two

6:54:37

indicate by saying aye oppose no

6:54:43

's habit roll call is demanded they're sufficient number open a machine Madam Clerk

6:54:49

if you're in favor of the gentleman's Amendment vote I if you're opposed vote and a is everyone voted

6:54:55

has everyone voted close the machine Madam Clerk by vote of

6:55:01

41 yay 77 A's the amendment fails amendment number three gentlemen

6:55:09

I'd ask the clerk to read the amendment Mr Speaker

6:55:15

amendment number three to amendment number one by representative Johnson a man by inserting the following language

6:55:22

after line 848. any federal state county or city fund

6:55:27

spent in the capital city improvement district defined in this bill shall be

6:55:32

spent proportionately in the rest of the city of Jackson such spending shall

6:55:38

include law enforcement the Judiciary infrastructure Economic Development

6:55:43

tourism and health care and any other services within the ccid and the city as

6:55:49

a whole thank you ladies and gentlemen all this says is that uh and the the chairman uh

6:55:59

was very great uh gracious enough to sit down we talked about this section of the deal quite frankly I think he probably

6:56:06

is probably right but I'm not sure I think the city the people in the city of

6:56:11

Jackson need to know and be sure that if we're spending money in the ccid that

6:56:17

that in no way diminishes the money proportionately that you spent in the rest of the city of Jackson uh now I've

6:56:22

looked at that section section 11 in the amendment and uh it uh says that the

6:56:28

state shall appropriate 12 percent to this to the ccid district the 18 that

6:56:33

Jackson is getting was they will continue to get uh but you understand that that increases the the responsibility of the

6:56:41

state to fund even more in Jackson but what I want to make sure happens that that 12 in the ccid doesn't make

6:56:49

the 18 in Jackson look like six percent because there's so much outside the ccid so I would just request that the the

6:56:56

appropriation or the amount of money spent in the ccid and the rest of Jackson that they'd be Equitable they'd

6:57:03

be equal that's all this does that you don't spend any more than ccid on anything that you don't spend in the

6:57:08

whole of the city of Jackson that's all that member does General from Madison you recognize for a

6:57:14

question yeah yeah that 18 percentage that you mentioned that's uh sales tax uh

6:57:21

reimbursement that's correct that's goes to the city of Jackson now but we'll be diverted to the ccid well no the new

6:57:28

Amendment doesn't divert it what the new Amendment does right now we do six percent in the ccid the new Amendment

6:57:34

would increase it to 12 but that 12 would be appropriated by the state it wouldn't come out of the 18 but this is

6:57:41

the problem I don't know I don't know how many black folks live in the ccid I understand it maybe about

6:57:47

55 percent but more importantly I don't know outside of the ccid how many people and

6:57:53

how much need there is and I don't want that should not be an invade and imbalance

6:57:59

about money spent outside of the ccid where I know that those percentages are

6:58:04

higher African-American than they are in the ccid as I understand it too that if

6:58:10

the amendment the amendment provides for the police chief of the seaside District

6:58:15

to uh more or less serve uh as instead

6:58:21

of being attendance at all yeah at all proceedings and the ccid court correct

6:58:26

right and he used to be paid a fee for that for that service right now as I

6:58:33

understand it also uh in the courthouses around the county courthouse around the state The Entity that's really in charge

6:58:39

of the facilities stuff the administration of it is the sheriff of each county has it changed that has not

6:58:45

changing except in the ccid that would change that would that would change and it also

6:58:51

I'm glad you asked that question could imply or could mean that they were spending more on court staff and service

6:58:59

and and and law enforcement the ccid and it would be any other any other courts in the in the area I also understand

6:59:05

from the amendment that the uh the the facility that will house this court

6:59:11

would be the wolf hall building yes and the Department of Finance Administration is being directed in the amendment uh to

6:59:18

provide I guess the facility facilitate that yes uh that that place for them to

6:59:24

be as well as possible other locations I think that's what the bill said there's not that's correct and we don't know

6:59:29

what that cost would be all right but that well obviously be out of The Treasure of the state of Mississippi that's correct any reason why the state

6:59:36

can find all this money now for this new court when the court and

6:59:42

the and the and the in law enforcement the city of Jackson for years have been requesting money and we we steadfast to

6:59:48

denied those resources but now in this new District we can find that money yeah well you know that question is

6:59:54

interesting uh uh I heard the chairman referring to news articles he had read I read a few too and I've read some some

7:00:00

news article and some some historical news article and since 1997 this the

7:00:05

city uh has had an African-American mayor and every time this an African-American mayor is coming to ask

7:00:12

this state for help whatever he asked for he either didn't

7:00:17

get any or he got a whole lot less than he needed and so now all of a sudden

7:00:23

you still got African-American mayor and he's still asking for money but the state has said okay we we're

7:00:28

gonna we're gonna make this our Capital City even though we've been saying this your capital city but we were governing it now it's our Capital City we're not

156

7:00:35
going to give you the money we're going to take the money and use it the way we want to do in this Capital City why do we have it now why are we doing it now

7:00:43
I I can't answer that question except to say as long as somebody black

7:00:49
doesn't have control of the money that'll be okay

7:00:54
reckon that's the chairman to respond

7:01:01
ladies and gentlemen again I won't stick to facts the gentleman even mentioned this uh the bill as it is does not take any

7:01:08
money away from the city of Jackson it's as simple as that there's no need for the amendment I'm asking to vote against it

7:01:17
the chairman has worked on the bill is better than it was but it still you

7:01:22
search the power and the authority to govern themselves you know every governmental entity in this state has

7:01:28
the the right under the Constitution to be self-determinative to have some control over their own destiny we're

7:01:34
taking that away from the city of Jackson all I'm saying is if you're going to do that just provide the resources to make it a a Level Playing

7:01:42
Field don't take one don't create a city within the city

7:01:48
that's not what the capital com that's not what the idea was behind the capital complex the capital complex is

7:01:54
essentially the capital city nobody ever said just just do this we always said

7:02:00
the people not people in Justin Jackson the people in this legislature always said we need to do something about the

7:02:06
city and I've had great discussion with the chairman he's been amenable to some of that but there are people quite frankly

7:02:12
and I'm gonna say this this is not this is not the the the idea of this chairman

7:02:18
this is a this is a chairman doing his job I can tell you that he may not ever tell you that this is the idea of some

7:02:23

people in the city of Jackson this is a small group of people in the city of Jackson they want a city within a city

7:02:29

that's not how this state operates that's not a constitution operation and we should be Equitable and fair and

7:02:35

that's all my Amendment does thank you question that occurs on the adoption of

7:02:40

amendment three to Amendment one if you favor the gentleman's amendment in the Cape is saying aye

7:02:46

opposed no 's habit nose habit roll call is

7:02:52

demanded there is sufficient number open machine Madam Clerk if you favor the gentleman's Amendment

7:02:58

vote I if you're opposed vote no as everyone voted

7:03:03

everyone voted close the machine Madam Clerk by vote of

7:03:10

39 yay 78 Nays the amendment fails gentlemen you're recognized to present

7:03:15

Amendment four to Amendment one now I would ask the clerk to read the

7:03:21

amendment

7:03:27

amendment number four to amendment number one by representative Johnson amend by inserting the following

7:03:32

language after line 848. this law cannot take effect until the

7:03:38

state of Mississippi expands Medicaid and commits the funds necessary to restore suspended or discontinued

7:03:45

services at the public hospitals in Hinds County and commits the necessary

7:03:50

funds to restore neonatal Intensive Care Unit in the Delta and prevent the

7:03:56

closing of any hospital that is in imminent danger of closing or has closed

7:04:01

within the last year thank you

7:04:08

well I did all I could for the city of Jackson

7:04:13

so now says everybody cares about the people in the state of Mississippi and this is our

7:04:19

capital city we have 181 children in poverty we have
7:04:24
a hundred over 170 people without Health Care coverage we have over 4 000 residents in the Delta who don't have
7:04:31
access to neonatal intensive care we have emergency rooms closing all over
7:04:36
the delta in places west of I-55 where African-American people live
7:04:42
in the city of Jackson you have major Metropolitan hospitals who have gone
7:04:47
from eight nurses a floor to two nurses a floor people in hospitals with the
7:04:53
best facility structurally that you could have now have people in hallways because they don't have staff to take
7:04:59
care of them in rooms we have people having to drive 60 to 70
7:05:05
miles if they want to have a baby or they have a major injury they can't get to an emergency room
7:05:12
so I have a chairman here who expressed I think sincerely his concerned about
7:05:18
crime in the city of Jackson and what it's doing to the people in the city of Jackson so before we appropriate money to create
7:05:25
a city within a city why don't we just accept a billion dollars from the federal government to
7:05:30
keep hospitals open why don't we take part of that 3.9 billion dollars and make sure that
7:05:36
people have a hospital even though the governor says there are alternatives to people having brick and mortar hospitals
7:05:42
but I don't live on Lakeland Boulevard I don't live near Merritt hospital I don't live near my mother doesn't live near
7:05:48
Women's Hospital it's just a small Hospital County Hospital in Adams County Who services are slowly being depleted
7:05:55
and a lot of you out here it doesn't have to do with white black or anything this issue touches
7:06:01
80 to 7 80 to 90 of the people I'm looking at out here so if you really care about the people
7:06:07
of the state of Mississippi before before you take over Jackson
7:06:15
let's do something to keep people alive please please vote for this amendment

7:06:23

gentleman from Choctaw Mr hood for what purpose On the Border Mr Speaker State your point of water uh gentleman's

7:06:30

Amendment tries to amend Mississippi code section 4313-115 by reference

7:06:36

put that in right and bring it forward we'll set this amendment aside and we will look at your point of order

7:06:44

from Adams um I believe you do you have one more Amendment gentlemen

7:06:50

that was it I can write one up while they're working on that I think the gentleman from Holmes is ahead of you on

7:06:57

that gentleman from homes I believe you have

7:07:03

a minute

7:07:11

hold on gentlemen hold on gentlemen we've got Amendment four to Amendment one here give me give us a second to

7:07:16

look at this

7:07:46

foreign

7:08:13

foreign

7:08:45

's point of order is not well taken we will be back on Amendment four

7:08:54

you wish to respond chairman I would just say that the gentleman has made his point but this is not the time or the

7:09:00

place for that debate I'd ask you vote against the amendment author of the amendment be recognized

7:09:06

close I don't think there's much more I think we've all had discussions about it uh

7:09:13

I just think if you care about Mississippi if you want to create 10 000 jobs you don't care about people living or dying

7:09:19

if you want to create 10 000 jobs or sixty thousand dollars a year vote for my Amendment if you want to save babies

7:09:25

and children you care about mothers and babies and you want to make sure they stay alive and stay healthy vote for my

7:09:31

Amendment I moved the final passage on my Amendment

7:09:37

question occurs on the adoption of amendment four to Amendment one if you're in favor of the gentleman's Amendment indicate by saying aye

7:09:46

oppose nay nose habit knows have it roll call has

7:09:51

demanded there is sufficient number open the machine Madam Clerk if you favor the gentleman's Amendment vote I

7:09:57

if you're opposed voting a has everyone voted

7:10:02

is everyone voted close the machine Madam Clerk

7:10:10

by vote of 40 years 75 Nays the amendment fails gentleman from Holmes you're recognize

7:10:16

to present your Amendment

7:10:36

you recognize Jim thank you Mr Speaker ladies and gentlemen of the house my amendment is is pretty simple

7:10:44

um the Bedrock of our democracy is the right to vote

7:10:50

and it's a reason that is in our Constitution that it says that our judges shall be elected

7:10:56

they want a personal competition they citizens lay out their platform and convince them

7:11:02

to to be able to vote and what my bit my Amendment will do is we'll create two

7:11:08

judges these inferior Court judges one will be elected from the city at large

7:11:13

the entire uh area that takes up the city within the city limits

7:11:19

of Jackson and the second judge will be elected from this ccid District

7:11:25

they were served for four years uh the election will be held as a at a general election at the same time that

7:11:32

the president of the United States is elected uh that's the explanation of the

7:11:38

amendment they have to be a resident of the city of uh Jackson I'd be happy to entertain any questions

7:11:47

General from Madison you're recognized German yeah I will Jim as I understand from the amendment

7:11:54

that you're thinking to men now the citizens who live in the ccid
7:12:00
district would not be allowed under that amendment to vote for the judges that
7:12:05
served in that area is that correct one judge they will be they would be able to to vote not I mean under the amendment
7:12:12
that's proposed by it that's that's the original Amendment no they were not all right but those same citizens who
7:12:20
live in this who were living in ccid District will be able to vote on judges outside of the cic district in Hinds
7:12:27
County that's correct so in effect they'll be voting for
7:12:35
judges who will be serving a part of the county that's outside of the district in which
7:12:41
they will have no vote correct
7:12:47
gentleman as I understand it and we all know that we'll let Justice Court judges
7:12:52
don't we that's correct we elect County Court judges that's correct we elect Circuit Court judges that's correct
7:12:58
really that chance of Court judges that's correct so if this bill amendment that you if you're not successful
7:13:05
then the only judges and this becomes laws the only judge is sitting in this state
7:13:10
who are not elected will be the ccid judges that's correct
7:13:15
gentlemen that's a big concern because that's a slippery slope um
7:13:20
we're doing the ccid today next week it might be in Madison might
7:13:25
be there in Canton or it might show up on the doorstep of Holmes County so everything we do here is we are setting
7:13:32
president and and we got to think about every vote that uh right now no judges are
7:13:38
appointed and this is going to be a a new way of selecting judges in the state
7:13:44
of Mississippi
7:13:49
recognize the chairman to respond
7:13:55

162

again ladies and gentlemen I want to try to stick to facts here's what you need to know the constitution of this state

7:14:01

requires that circuit and County Court excuse me circuit and Chancery Court judges are to be elected we're not

7:14:07

talking about his chat a Circuit Judge or a Chance Record judge we are talking about a constitutional section 172

7:14:13

inferior court judge and that is not required under the Mississippi Constitution further again dealing in

7:14:19

facts here's the truth right now in the in Hinds County here in cases every single

7:14:26

day that the attorneys in this room know all about are specially appointed judges

7:14:32

that are not elected and they are deciding criminal cases civil cases and

7:14:37

trying to help with the backlog in Hinds County that currently exists the problem with that is that they're funded out of

7:14:43

arpa funds and it's only temporary it's going to go away the help is needed

7:14:49

okay that's right now right now today and for the last year and a half or so in Hinds County that is happening right

7:14:55

now with appointed judges by the Mississippi Supreme Court number two you've heard of Youth Court

7:15:01

every County's got one every youth court judge in this state is appointed okay

7:15:07

yeah well ladies and gentlemen we've got Youth Corps judge let me say this if

7:15:12

we're going to talk about appointed judges you ever heard of a special Master judge appointed okay by another

7:15:18

judge how about this the federal court system

7:15:23

it's the federal court system all across this state 50 states and territories all over North America appointed judges and

7:15:32

they uphold rights to the citizens on a daily basis ladies and gentlemen I'm asking you to vote against the bill the amendment

7:15:39

excuse me you recognize gentlemen to close on your

7:15:46

Amendment thank thank you Mr Speaker ladies and gentlemen of the house I think that the chairman you once

7:15:51

basically made my argument for me this is a a slippery slope

7:15:57

he talked about the special judges that's appointed here in Hinds County if you really go and read the law and the

7:16:02

constitution of the state of Mississippi is unconstitutional it's very unconstitutional anybody

7:16:09

who've cracked open a law book and can read can read and know that that's unconstitutional

7:16:15

but when we needed when the judges when they say Hinds County need a judges everybody kind of turned a blind eye to

7:16:23

the fact that it's unconstitutional but if you give them an inch they're going to take a mile we're coming back now

7:16:29

using that as what president that is being done this thing

7:16:34

is going to go further and further and further how many of y'all had a school district Consolidated in your area

7:16:41

I'm not going to ask for no hands you remember they came down at first and just said we're gonna got a couple

7:16:47

school districts we want to consolidate every year every year

7:16:53

they came back year after year for about five years consolidating schools all

7:16:58

over the state slippery slope we started up another slippery slope Now ladies and gentlemen

7:17:04

before I sit down let me ask you this do we want a political size

7:17:11

our judicial seats do you want people to run for office because they want to go and be good

7:17:17

jurists and make right decisions or do you want somebody to run because they want to become the Chief Justice of the

7:17:24

Supreme Court so they can get a point to CD ccid judges

7:17:29

do you want the ccid judges making the right decision based on the merits of the case and not that they don't want to

7:17:36

make the Chief Justice or some other political figure mad that they may lose their position

7:17:43

we don't we do not want to bring our judges into this political frame that we
7:17:48
are in we want our judges to stay partisan we don't want to put them in a situation where they afraid to make the
7:17:55
right decision because they may lose their appointments that's the reason it's in the Constitution
7:18:01
so ladies and gentlemen again let's stay with what have over 200 years that this
7:18:06
state have done and they have elected their trial judges they have elected their trial judges and
7:18:14
and the gentleman speaks about special mattresses it's the reason that mattress is not a judge everything that
7:18:20
they do have to be done what signed off by a senior judge they have oversight
7:18:27
there's no oversight so there's no instances in the state of Mississippi where this is being done
7:18:34
thank you Mr Speaker and ladies and gentlemen the house I ask you to gentlemen do you yield for questions I
7:18:39
believe the gentleman from the floor Mr Osborne has a question I will now I'm the the powers of this uh these
7:18:48
ccid judges what what powers do they have don't they have the same power as the circuit jurors generally A felonies
7:18:55
they do and quite frankly in some ways I think they have more power than the circuit okay so these would be none of
7:19:03
these would be a pointed jurors that exercising the same Authority as circuit elective circuit judges same Authority
7:19:09
okay thank you gentlemen from Adams out yeah Jennifer Adams you recognize for a
7:19:15
question thank you thank you Mr speaker thank you gentlemen from homes I wanna I wanna direct your attention to section
7:19:21
five in line 146 and you don't have to find I'll read it to you they said she'll have jurisdiction concurrent with
7:19:27
Justice Courts and all matters civil and criminal and she'll also have concurrent jurisdiction in the county court of
7:19:33
Hinds County all criminal matters uh are not excluded by provisions of this section it should also have concurrent

7:19:39
jurisdiction with the Circuit Court chance recorded First Judicial District of Hinds County regarding all civil

7:19:45
criminal matters that are not excluded by the provision of this section now you you look you refer to the Constitution I

7:19:51
did too and we have looked at it and and doesn't the Constitution say the only thing that the legislature can do is

7:19:57
create an inferior court is that correct that's correct and the chairman made reference to Youth Court but Youth Court

7:20:03
judges don't have all the they could they don't have concurrent jurisdiction with County Court judges they don't they

7:20:09
they are limited in their jurisdiction is aren't they I would agree they are true and inferior chords right so if you

7:20:15
have concurrent means to me the same is that what it means to you that's what I was told so if it's the same then it is

7:20:23
not inferior and so this is this is clearly in violation of the of the of section six

7:20:29
of the Constitution yeah article six of the Constitution I think the term inferior was used for the sole purpose

7:20:35
of trying to get by those constitutional Provisions but just because you see it so doesn't mean it's so that's correct

7:20:42
yeah my eyes tell me differently isn't that correct thank you

7:20:50
I asked you to vote for the amendment okay the question now occurs on the

7:20:57
adoption of amendment five to Amendment one if you favor the gentleman's Amendment indicate that saying aye

7:21:03
[Applause] if you're opposed nay

7:21:08
nose have it nose have it roll call is demanded their sufficient number open a machine Madam Clerk

7:21:13
you favor the amendment vote I if you're opposed voting a

7:21:24
as everyone voted as everyone voted

7:21:31

close the machine Madam Clerk by vote of 43 yay 73 Nays the amendment
7:21:36
fails any other member have an amendment to the strike all Amendment
7:21:49
gentlemen you have an amendment
7:21:57
gentleman from Jefferson Mr harness will be recognized to present his Amendment
7:22:10
I'd like to close to read the amendment Madam Clerk
7:22:16
amendment number six to amendment number one by representative harness amend on line 287
by deleting however a man
7:22:25
further by deleting lines 288 through 296 in their entirety I mean further in
7:22:31
line 297 by deleting the following made and hear the evidence and give him
7:22:37
judgment a brief explanation of the amendment
7:22:43
uh start on line 287 of the amendment by the chairman
7:22:48
it seems to in my interpretation of the of this portion of the amendment
7:22:53
that law enforcement officers would be able to write a citation
7:22:59
to a person if they are not residents of the ccid
7:23:04
then they can just pick them up take them to jail take them to the judge and and um
7:23:11
pay that fine like that and I think this is completely unjust unconstitutional
7:23:17
and I will ask that you all will support this amendment I hear the questions
7:23:25
on the amendment
7:23:32
you recognize Jim from Madison I I got a board lit up so it's hard for me to tell who's Who's got
what you're
7:23:38
recognized gentlemen uh after these arrests are made do you know where the
7:23:44
CC ID police officers take the the prisoners
7:23:50
I'm sure you can tell me gentlemen well I wanna I can't I really can yeah as I
7:23:56
understand it that they are taken to the fairgrounds are we going back to Mega ever yeah
7:24:04

now as I understand it too that symbolically
7:24:10
and more than just a symbol but it's it's a marking history of the city of Jackson State of Mississippi that back
7:24:16
in 1961 when the Freedom Riders were here in Jackson and coming through
7:24:22
Mississippi uh protesting for the right to vote that those arrestees were taken to the
7:24:29
fairgrounds uh here in Jackson Mississippi do you think it's ironic now that we're discussing the rights to
7:24:36
votes of certain citizens and these the fairgrounds is back in play now in 2023
7:24:43
chairman um well Mr Blackman uh gentlemen you know I was a history
7:24:49
teacher before I became a lawyer and one of the lessons that I taught my students was the night the margin in Jackson when
7:24:57
they rounded up students and put them down in the fairground and dumped them into cattle beans like they were animals
7:25:04
okay this portion of this bill intends to make tree I don't know who but individuals
7:25:12
like animals and it's a sad story but it's 2023
7:25:17
and we we are generating legislation that's akin to 1923.
7:25:24
and so just based on this amendment I'm not going to go any further and diverge I do
7:25:29
would like to speak on the bill in the time comes but I would like for you all to think about what this portion of of
7:25:35
this amendment of the Chairman's Amendment how it's going to strike the constitutional rights of every
7:25:41
individual in this state every person I want you to I ask that you support the
7:25:48
amendment you yell for questions gentlemen gentlemen do you yield for questions
7:25:56
recognize the gentleman from the floor Mr Osborne [Music]
7:26:01
if you were referring to either the prosecute or the uh the defender could
7:26:07
that could could ask I mean could ask could make a request and the defender
7:26:13

would be immediately carried for the Jersey is that correct yeah I mean that's kind of like what happened to me
7:26:19
in a smaller town of Crosby Mississippi one time I got a I got a citation I said well you can go and pay it to the judge
7:26:26
right now the judge could hold in the immediate trial is that immediate trial all right that's correct
7:26:35
at UFC for other questions I don't see any further questions I recognize the chairman to respond
7:26:44
ladies and gentlemen the uh despite the question the bill doesn't
7:26:49
say anything about the fairgrounds or where people are to be held and not speaking with Council and Council states
7:26:56
that this language uh in the bill comes directly from the county court Authority
7:27:02
that's given to County Court judges by the way another inferior court it's nothing new and I would ask that you
7:27:09
vote against the amendment picking as the author to close if he wishes
7:27:15
when I'm on just warn everybody in this room the repercussions of this bill are
7:27:21
the repercussions of allowing this amendment to fail and we all know and we all we all have a responsibility
7:27:28
not only to we have a responsibility not only to decisions where we come from from the counties that we come from but
7:27:35
also to the citizens of the state and the United States we have the responsibility to uphold the
7:27:41
Constitution of the United States
7:27:46
now I'm warning you that we got we have record number of
7:27:53
issues in relation to police brutality and things of that nature all over this
7:27:59
country and we need to address it and we can be for once when we stop doing what
7:28:05
everybody else in this country is doing and do what I know mississippians can do won't you stop being a follower and
7:28:12
build a trend Center take the lead on some legislation that's all I'm asking you to do on this
7:28:18
amendment question that occurs on the adoption of

7:28:24
Amendment Six to Amendment one if you favor the gentleman's Amendment indicate by saying I
7:28:31
opposed no 's have it knows have it roll call is demanded there is sufficient number open
7:28:37
machine Madam Clerk if you favor the gentleman's Amendment vote I
7:28:43
if you're opposed vote in a is everyone voted everyone voted
7:28:52
close machine Madam Clerk by vote of 42 yay 76 news the amendment
7:28:57
fails any further Amendment gentlemen you're
7:29:03
recognize
7:29:08
gentleman from Pike Mr Ford has recognized to present his Amendment
7:29:19
thanks to clerk to please read the I apologize thank you Mr Speaker I asked the clerk to read the amendment
7:29:25
Madam clerk you recognized number seven to amendment number one by
7:29:30
representative Porter amend on line 431 by strike in July and inserting in
7:29:36
Luther of June I'm in further in line 438 through 446 by deleting the
7:29:42
following on number 4 August 15 2023 in each succeeding month there after 12 of
7:29:51
the total sales tax revenue collected during the preceding month under the
7:29:56
provisions of this chapter except that collected under the provisions of sections 27 65 15 27 65 19 3 27 65 21
7:30:10
and 27 65 24 on business activities within the corporate limits of the city
7:30:17
of Jackson Mississippi shall be deposited into the capital complex improvement district project fund
7:30:23
created in section 29 5-15 I'm in for further by uncertain the following after
7:30:30
line 842 and renumbering succeeding sections accordingly
7:30:36
thank you uh ladies and gentlemen of the house uh this is a simple Amendment what
7:30:42
it does is currently the city of Jackson takes six percent six percent of their

170

7:30:48
sales tax and it diverts into the ccid uh the the bill the amendment that's on
7:30:55
the board actually increases that from six percent to 12 what this amendment
7:31:00
does is it strikes that language the reason being if the citizens of Jackson
7:31:05
don't get a say so in a ccid if the mayor of Jackson the city council of
7:31:10
Jackson the judges in the city of in the county of Heinz don't get to say so then
7:31:15
then the ccid shouldn't have any of their tax dollars so what this bill does
7:31:20
is it deletes the language giving any any sales tax to the ccid and further
7:31:29
what the amendment does is that it states that the state of Mississippi will deposit 10 million dollars each
7:31:37
year upon the passage of this bill into the cc into the ccid
7:31:43
so if the state of Mississippi is so gung-ho from taking the rights of Hinds
7:31:48
County and the citizens of hounds County away then the state of Mississippi should be taking up the bill and putting
7:31:53
that money in and not the citizens of Jackson questions on the amendment
7:32:03
I don't see any recognize the chairman to respond thank you ladies and gentlemen would it
7:32:09
surprise you to learn that the uh the mayor and or the city had also the the
7:32:15
Public Works director of the city of Jackson and possibly others sit on the ccid board so to stand before the body
7:32:22
and state that the city of Jackson has no input into where these dollars are spent is just not factual again we're
7:32:28
going to deal in facts the ccid board was created back in 2018 um it's funded again with the six
7:32:36
percent that we discussed earlier and I would ask that you vote against the amendment
7:32:42
second has Arthur to close on his Amendment thank you Mr chair I have to respectfully disagree with you maybe you
7:32:48
twisted my words I did not say that to Mayor Jackson or anybody from the city of Jackson does not get to vote on the

7:32:53

funds what I stated was that they don't get the vote they don't get to vote on the judges they don't get to vote on the

7:32:59

prosecutor and because of that then we shouldn't be taking their we shouldn't be not taking their tax dollars and

7:33:05

putting it into the ccid the state of Mississippi should be on the hook for that bill ask you guys to vote for the

7:33:10

amendment question occurs on the adoption of amendment 7 to amendment number one if

7:33:17

you favor the gentleman's Amendment indicate by saying aye

7:33:22

opposed no 's have it nose have it roll call is

7:33:28

demanded their sufficient number open a machine Madam Clerk if you favor the amendment vote I

7:33:34

if you're opposed voting a is everyone voted because everyone voted

7:33:41

close the machine Madam Clerk by vote of 48 77 Nays the amendment

7:33:47

fails I believe representative Taylor from October has an amendment you recognize gentlemen

7:33:56

Madam clerk could you please read my Amendment please

7:34:04

Amendment remember eight to amendment number one by representative Taylor amend after

7:34:09

line 313 by adding the following News section and renumbering the succeeding

7:34:14

section section 10 the Department of Public Safety shall provide all police

7:34:20

officers employed to patrol the capital complex improvement district as

7:34:25

described in section 295203 with the body worn cameras that

7:34:31

shall be worn on the uniforms of the officers as used in this section body

7:34:37

worn cameras means devices that are warned by police officers which

7:34:42

electronically record audio and video of the activities of the officers any ccid

7:34:50

officer who fails to wear his or her body worn camera while on patrol as

7:34:56

required by this subsection by this section shall be terminated

172

7:35:01
foreign ladies and gentlemen this bill this amendment is all about
7:35:08
protection further and protection of civilians and also police officers
7:35:14
for those who are in favor of this bill it doesn't build no violence
7:35:19
for those opposed to this bill it gives further protections to citizens who may
7:35:25
be under duress from officers who may not be held accountable because there is no video footage of accounts I ask for
7:35:33
you to vote for the amendment
7:35:42
for them
7:36:40
explain it to
7:36:46
to make sure that that this amendment passes there has been an agreement to strike the language that stays
7:36:53
mandated termination
7:36:58
but the requirements for body cameras are still there
7:37:05
does that complete your explanation of your Amendment gentlemen yes it does and the clerk has it before her in the
7:37:10
in the proper form as now we're in agreement on that I recognize the chairman to respond
7:37:17
the gentleman came to see me have great respect for the gentleman uh I think it's a good Amendment with this this
7:37:22
small change and I do have have no objection to the amendment I'd ask that you vote for
7:37:32
question now occurs on the adoption of amendment eight to Amendment one if you favor the gentleman's Amendment indicate
7:37:38
by saying aye pose no the eyes have it the eyes have it
7:37:44
Amendment eight is adopted is any mem any other member have an
7:37:51
amendment to offer any other amendments
7:37:58
don't see any now we'll be on the strike all Amendment
7:38:06

173

number one lady from Jones Miss Scott

7:38:13

but for what purpose um Mr Speaker I have a point of order I was at the Bell Hospital 10 20 on the

7:38:20

ways and means calendar which has on the board now a majority vote

7:38:27

that this bill violates rule 112. that

7:38:32

there is no revenue bill or any Bill provided for assessments of property taxation the reason that

7:38:40

I am saying this is because it immense uh Mississippi code section

7:38:47

27 65 75 starting August 15 2023 at

7:38:53

18.758 of the amount allocated and paid to the city of Jackson shall be

7:38:58

deposited until the ccid project fund created in section 295-15 and the amount

7:39:04

that would otherwise have been allocated paid to the city of Jackson shall be reduced by such amount the amount paid

7:39:12

to Jackson of the 18.5 percent up to

7:39:18

18.758 of that amount would go to the CC Ed for example December 2022 in Mount

7:39:26

paid to Jackson two million 456 thousand two hundred twenty six dollars of that amount

7:39:32

four hundred sixty thousand seven hundred thirty eight dollars would go to the ccid uh the Jackson amount of one million

7:39:40

nine hundred ninety five thousand 487 dollars estimated yearly to deposit

7:39:45

in the cicd CC ID of five million 500

7:39:52

28 856. 28 856 now the six percent

7:39:59

collections of the business activities within the corporate limits of the city of Jackson is this in the form of a

7:40:06

point of order yes sir you're registering a point of order on the points that you make now yes sir

7:40:11

I believe the chairman indicates that may not be the exact bill that we're on but if you will bring your point of order in writing we will suspend

7:40:17

business and okay well my point of order is gentlemen that this is not a diversion that this is a tax raising and

7:40:27

and it raises it uh to 12 percent and that in itself would

7:40:34

change the the definition of diversion on a sales tax

7:40:39

and I will bring it right on up thank you lady we will suspend business shortly when we take up the point of

7:40:45

order from Heinz Mr Brown for what purpose I would just just like to make a comment

7:40:50

if I could please on the bill there'll be a time if you want to speak on the bill or question the author in a

7:40:57

minute um we're not recognized to make comments on the bill at this time thank you

7:41:05

everything

7:41:11

from Heinz for what purpose now I take the proper kind of speak on the uh Bill

7:41:16

thank you thank you

7:42:26

you should be different

7:42:36

that's right

7:45:01

look you didn't pick a good day to come back

7:45:07

hey but this ain't nothing to what you're gonna get over there it's a whole lot worse over there

7:45:14

because there's a lot more lawyers

7:46:32

thank you

7:46:57

rotation are you gonna sit outside or in the air

7:50:40

foreign we'll come back to order

7:50:47

regarding the lady from Jones point of order uh no three-fifths vote is required

7:50:53

because the language referred to is a change in the distribution of existing state sales tax revenue it's not a

7:50:59

revenue provision for purposes of house rule 1 112 because it does not provide for any assessment of tax

175

7:51:06
simply a change in the distribution of existing sales tax so the lady's point of order is not well taken

7:51:21
we are now back on this we have no further amendments and we are now on the strike all Mr chairman

7:51:31
he wished to say anything further before we vote on the adoption of the strike all Amendment one

7:51:39
Mr Speaker I believe this issue at this point in time has been I'm sorry I'm sorry uh General from

7:51:47
Heinz Mr Banks indicates he wants to speak

7:51:55
yeah this is not final passage this is adoption of the striker

7:52:06
you may close them I suppose on the uh the strike off ladies and gentlemen this uh the strikeout has been well debated

7:52:12
you we've talked about it I don't have anything else to add I've explained it I think the body knows what we're voting

7:52:18
on I'm gonna ask you to adopt the strike all and let's move on to the bill

7:52:25
okay the question now occurs on the adoption of strike all Amendment one to House Bill 1020 if you favor adoption of

7:52:32
the strike all Amendment indicate by saying aye opposed no

7:52:37
[Applause] the eyes have it the eyes have it roll call is demanded

7:52:43
there is sufficient number open a machine Madam Clerk if you favor adoption of the strike all

7:52:50
Amendment vote I if you're opposed voting a has everyone voted it's everyone voted

7:52:59
let's maintain order close the machine Madam Clerk if I vote of 79 years 39 news strike all

7:53:07
is adopted we are now on the bill gentlemen

7:53:16
thank you Mr Speaker if there is uh if I got my procedure right I think we are ready for maybe any questions I'd be

7:53:22
happy to yield for questions do you yell for questions on the bill yes all right I've got I've got a board full

7:53:29

of names and some some of these names are also names that have asked to speak on the bill so it at this time if you

7:53:36

would only punch your button if you wish to interrogate the chairman and and please notify me separately if you wish

7:53:42

to speak on the bill I've got representative Banks I believe representative Hines wants to speak on the bill I've got you representative

7:53:49

Johnson will speak on the bill no and representative Brown wants to speak on the bill

7:53:55

representative Osborne and the gentleman from Madison

7:54:02

gentleman from bail let me know all right we're going to start the

7:54:08

interrogation gentleman yields for question the gentleman from Heinz Mr Bell for a question

7:54:16

thank you Mr Speaker uh and I also want to speak on the bill so add me to the list thank you uh General you're here

7:54:21

yes sir um let me quick quick questions I've been writing them down and

7:54:28

going through them first question that I have for you is uh

7:54:36

why are we removing the right set of people to vote for elected judge ccid I appreciate that

7:54:44

concern um but I would answer it this way we're not removing the rights of anybody because this District doesn't exist yet

7:54:51

so we're not removing the rights of the people of Hinds County to vote for their

7:54:56

circuit judges or their Chancery judges this is an inferior Court as I have already described it and so we're not

7:55:02

removing anybody's rights so I would disagree with that so can you distinguish between the inferior court

7:55:08

and the tribunal Court slept at Holiday Inn Express a couple times well I haven't figured it out sure

7:55:13

gentlemen I think I've already explained it but I'll say it again uh there are several

7:55:19

uh parts of the bill that make the inferior Court an inferior Court under

7:55:24

Section 172. um there's prior case law this Kate this

7:55:29

177

state has a history of enacting uh an inferior court system our County courts
7:55:36
are an example of that our youth course are an example of that we've already talked about that and there are several factors that our
7:55:43
Supreme Court has stated that it would consider in determining whether or not the court is a true inferior Court one
7:55:50
of which is that there are things that this court cannot consider that a court
7:55:55
of what we'll call original jurisdiction underneath the Constitution such as the circuit or Chancery Court can consider
7:56:02
I've gone through that list before I'll go through it again if you want me to and on top of that this court uh any
7:56:07
final judgment in the ccid inferior Court would be appealable to the Hinds County Circuit Court
7:56:13
among others all right so you've answered those questions for me so have you considered the tax consequences for
7:56:19
the city of Jackson with respect to this ccid legislation and how it'll affect
7:56:25
individuals outside of the ccid the gentlemen I don't believe there
7:56:31
would be any adverse tax consequences to the citizens of Jackson when you are asking for double the
7:56:38
amount that is currently being input being sent to the ccid that's not
7:56:44
it does not come from the city's call First no sir okay so in coming up with
7:56:49
this piece of legislation uh had you have you spoken with the individuals that serve on the ccid complex
7:56:56
Improvement I've spoken with uh several of them okay and they are in favor of
7:57:02
this I have not heard an object well let me back up there there are despite what
7:57:07
another speaker may have said there are several people from the city of Jackson that have representation on the ccid
7:57:14
board and I have heard some objections from some of the people in the city of
7:57:19
Jackson I've seen some of those but there are others who are on the board that I've spoken with that are in favor

178

7:57:25
of this expansion so with respect to the this uh Capital

7:57:32
complex improvement district you know they put out a master plan back in 2019

7:57:39
and uh we haven't seen anything since 2019 because you haven't updated or have

7:57:45
you seen have you talked to them have they provided you with an updated master plan as to what their hopes and wishes

7:57:51
are for this District as far as a new book that you're holding right there I have not seen that but in my

7:57:57
conversations with them I do know uh that and I don't know if it's in the book or not but I do know there is a

7:58:03
large uh project plan to improve parts of State Street in the ccid I know

7:58:09
that's supposedly coming up in the near time frame so don't you believe

7:58:15
well would you agree with me uh gentlemen that you are excluding

7:58:21
the constitutional rights of the citizens of Jackson that live within this ccid District to have their right

7:58:28
to vote for their judges gentlemen I would just say that I think we have to agree to disagree on that for

7:58:35
reasons I previously stated okay and would you agree that it would have been much

7:58:41
easier to provide the city of Jackson with uh funds to hire two additional

7:58:48
judges and their staff gentlemen I

7:58:55
I don't know I think if we just gave judges to the city of Jackson I think we really would run into some

7:59:01
constitutional problems if we did it that way so by doing it this way establishing an inferior Court uh I

7:59:07
think it's a better way again we may just have to agree to disagree on that yeah we will we're going to disagree on

7:59:13
that one but I will say say it will my last and final question

7:59:18
um but you don't agree that

179

7:59:24
the citizens don't have the right to elect their judges within the ccid
7:59:32
would you agree with me that we could implement this all across the state of Mississippi gentlemen I I would agree with you that
7:59:39
there's a history of that not only can we in the future but there's a history in the past as as I've already stated
7:59:44
County Court System a youth court system I mean that's top to bottom we've already got a series
7:59:50
of inferior courts here in the state you know Jackson being the capital city it has its own unique set of challenges I
7:59:56
think you although some may consider what has been done by this body and then
8:00:01
the other end of the hall as far as state assistance over the last eight years or so some may consider it not
8:00:09
enough you can't say that this body has not shown a preference to assist the
8:00:14
capital of city in certain ways I mean I think we talked about last week how the city of Jackson has received 160 million
8:00:21
dollars in new infrastructure money since 2014. um so
8:00:26
you know I I we've got a crown problem in Jackson and I know people don't have
8:00:31
to agree with me but we got a crime problem it's crime everywhere would you yeah I do it is but not just in Jackson
8:00:37
not just in Jackson but you know when Jackson becomes the number one place for murders in the United States of America
8:00:44
um I that's something that we need to address well would you agree with me that that there has been an issue with
8:00:51
hiring police officers with inside the city of Jackson and across the country I don't disagree with that at all okay and
8:00:57
would you agree with me that this is not the only city um let me rephrase that when you have a
8:01:04
capital police that is hiring new officers from Hinds County as well as city of Jackson and paying them at a
8:01:11

higher rate do would you not agree that's an issue as well well gentlemen I don't know about the race I do know that

8:01:18

this body does not control or dictate how the city of Jackson pays their officers so the city of Jackson is free

8:01:24

to pay their officers as far as I know whatever they want to um this body does control what we pay those

8:01:31

who work for the state though and I assume you're talking about the Capitol Police correct yes I would argue that having the Capitol Police

8:01:38

assist in the ccid with law enforcement is actually helping jpd I mean we can't

8:01:44

I'm not aware of a situation where the state has forced cities to hire law

8:01:49

enforcement officers I mean they can do it we don't say hey you got to go hire a hundred new

8:01:55

officers by X day you know we're talking about a state agency and state employees you know we can do that we can control that and I

8:02:02

think vicariously it would assist uh the efforts of jpd and hopefully they will

8:02:07

work well together right and it really already are because it's you know we decided whether we're going to have

8:02:13

DPS over Capitol Police last year and so that I really see that as a decision

8:02:18

that's already been made I'm glad you you stepped into that so there's also talk of having two

8:02:25

different 911 systems does that make sense in in with respect to saving money for I don't know how that would work we

8:02:31

need to yeah I'll be on record to state that we need to we need to make sure to the extent the state can make sure that

8:02:38

the 911 system in Jackson is working and working well our citizens uh expect that

8:02:44

and they deserve it okay and my last question um

8:02:50

why wasn't the Hinds County delegation consulted on this legislation

8:02:57

well you know it's not yours but can you tell me why um I you know I I guess I'll

8:03:03

just say this there I'm not gonna name names but they are several people who reside inside Hinds

8:03:10

181

County that I have spoken with about this legislation do they look like me
8:03:16
uh gentlemen you don't have to answer that yeah all God's children are unique and so uh you know we all we all are
8:03:22
God's children though right agree Mr Speaker I'd like to speak on the bill at the appropriate time
8:03:28
thank you lady from Heinz Miss Summers
8:03:35
thank you Mr Speaker the gentlemania yes ma'am can you tell me if there is a current
8:03:43
um inferior Court in place in the state of Mississippi that would have the same
8:03:49
Powers as this bill would give this court well
8:03:54
um yeah County courts because a lot of the powers that if you look I think it's in section nine and some other places in
8:04:00
the um in the strikeout bill that we just adopted where the exact same powers
8:04:06
that are given judges in County courts will be provided to the judges of the ccid inferior Court and the judges of
8:04:13
County courts are elected correct that's my understanding in those counties that have a County Court okay but there are
8:04:20
plenty of counties in the state that do not have a County Court which is where I come from and those judges that hear
8:04:25
cases uh that the county courts here in elected County court systems are called
8:04:30
family Masters and they are appointed by the chancellors the senior Chancellor in those districts so there is a precedent
8:04:37
of having those judges appointed throughout the state now I'm not a
8:04:42
lawyer but I don't think an elected judge is the same thing as a master but I've heard you a couple of times
8:04:48
referred to youth courts as inferior courts there's a Supreme Court decision that
8:04:56
says that youth courts are neither Superior equal to or inferior to other
8:05:01
inferior courts they are special courts due to the special nature of their function so tell me tell me what is an
8:05:09

inferior court it's something other than a constitutional Court that's created by the legislature according to section

8:05:15

172. constitutional courts being the circuit and density courts of this state

8:05:20

that serve as the trial courts is set up in our Mississippi Constitution

8:05:26

and so this bill would give Authority what kind of authority would it give to

8:05:31

the Chief Justice if Justin Justice would be prescribed uh to a point

8:05:37

take part in appointing the two judges as well as the clerk

8:05:44

well lady there was a uh as soon as 10 20 was filed or some point in time right

8:05:51

around there there were a lot of I won't call it threats claims what have

8:05:56

you uh that there would be litigation over over this act and so with that you

8:06:03

know the Supreme Court ultimately being the body that would decide whether the ACT is constitutional or not it would

8:06:10

not be appropriate for me to have any conversations with the chief judge Justice about this but just to be clear

8:06:17

the chief justice has not supported this bill I haven't asked him whether he supports it or not I don't okay

8:06:23

um what kind of authority would be given to the attorney general the attorney general has the authority to hire the

8:06:30

four prosecutors that we are appointing for the district and have you spoken with the attorney

8:06:37

general no

8:06:42

what about this specific not about the prosecutors the four prosecutors no okay and so the bill says that the Chief

8:06:49

Justice and the Attorney General would have to provide the support

8:06:55

for this court have they agreed to using a portion of

8:07:01

their budget no it's their support they would cost additional fonts how much would it cost there's a fiscal

8:07:08

note if you'd like to see it I would like to see it can you tell us how much it would cost be glad to

183

8:07:33
for the two judges the clerk Deputy clerk support staff four
8:07:39
prosecutors and four public defenders the total is approximately 1.6 million dollars
8:07:46
1.6 million yes ma'am that's it that's it
8:07:53
have you considered any other proposals that would address the public safety challenges in the city of Jackson that
8:08:00
this 1.6 million dollars could actually be used for
8:08:06
did you say Public Safety is that what you said yes you've you framed this bill
8:08:11
around uh addressing Public Safety so my question is have you considered other
8:08:17
proposals to address this issue I would say yes lady we we reformed the Capitol
8:08:23
Police last year uh and Capitol Police says I have it's been told to me or
8:08:28
almost 100 strong now uh and that's been ramping up over this past year so
8:08:34
I'm on record of supporting as far as I know every uh Public Safety
8:08:40
measure that's that's come before this body as it relates to the city of Jackson and really Statewide was the cow
8:08:46
Capitol Police expansion requests from members of the Jackson delegation
8:08:53
actually I've had that request from people inside Jackson outside Jackson
8:08:59
you know so many I couldn't even name them but there's been there's been several
8:09:10
area of the city of Jackson well if this body passes it and the Senate passes it and the governor signs
8:09:17
it I would say yes but the members of that area will not be
8:09:22
able to elect the people for this court not not this court and we've talked
8:09:27
about that I just would remind the body that the Supreme Court has appointed uh
8:09:33
several special judges that are here in Hinds County cases today that the people in Hinds County did not vote for that's
8:09:38

a there's an established precedent for that well that was a point that judges were to supplement what's already in

8:09:44

place not to create a separate system is that right um they are to assist the Hinds County

8:09:51

courts with their dockets is my understanding we appointed or excuse me appropriated Arbor funds for that

8:09:57

purpose um and lady that's what you meant just

8:10:02

mentioned is one of the main reasons that we uh we made this court have concurrent jurisdiction with both uh the

8:10:09

circuit and Chancery courts of Hinds County and the use of the Opera funds is so that they're temporary so this was to

8:10:16

help with the temporary issue it was that's right but this bill would provide

8:10:21

for a permanent Court yeah I don't know that anybody ever ever uh finally

8:10:27

adjudicated that the issue was temporary it's just temporary relief was all that

8:10:32

we had over the last year or two with the extra Opera funds that came as a request from

8:10:38

the Supreme Court the Supreme Court acknowledged that there was a severe backlog of cases in Hinds County and it

8:10:44

requested These funds to assist but the money uh funding that is going to run out soon and but I do not believe the

8:10:51

need for additional assistance is going to run out anytime soon well I

8:10:57

just said it would only be temporary because funds would only be allowed for a certain point of time but you you

8:11:04

bring up the backlog how would House Bill 1020 curtail the backlog well it

8:11:10

would provide an additional Avenue by which cases in Hinds County going forward could be heard which would

8:11:16

by its very nature mean that there will be less counties that other unless cases that would have otherwise been in Hinds

8:11:23

County Circuit or Chantry if there were over ten thousand

8:11:31

something violent offenses and maybe 2 000 or something

185

8:11:37
several thousand cases that were open I think what you referred to are the stats I read from January of 21 to January of

8:11:44
23.

8:11:54
I think so and maybe it's not enough maybe we come back next year or two or three years from now and we need three

8:11:59
judges maybe we only need one I don't know but I think two is a good place to start

8:12:05
okay you also talked about the appeals process with another legislator that was

8:12:11
asking questions and you stated that if an appeal would be filed then it would go to the Heinz

8:12:18
County Court System that's correct would that not add to the back this so-called

8:12:24
backlog that we're dealing with by adding more Appeals I would I would basically state to this

8:12:30
lady um I didn't write the Constitution but the con make no mistake about it we are

8:12:36
drafting uh with this bill an inferior Court according to one section 172 and

8:12:42
you know ways that other inferior courts have been found to be constitutional is the fact that the uh they are appealable

8:12:50
to a constitutional Court Circuit Court in this particular instance and so no I

8:12:56
I don't believe so that that's that process already exists the County Courts

8:13:01
for instance appeal to Circuit Court currently in current law and there's a

8:13:07
there's a method in the in the bill that that is designed to prevent a severe backlog of appeals if the Times County

8:13:14
Court can't get to a timely then a person will have a right of direct appeal to the Supreme Court so you stated that the judges that were

8:13:22
provided as a supplement was paid for by arpa funds

8:13:27
and you're looking for a permanent solution why wouldn't you just provide more money to the existing court system

8:13:35
to reduce the backlog Lady this is the bill that's before the

8:13:40
body um as far as I know as we sit here right now we don't have although I understand

186

8:13:45
we may look at it eventually um whether or not what's known as judicial

8:13:51
redistricting and whether we need to add judges or take away judges from certain areas because of population shifts and

8:13:58
changes we can look at it at that time but I mean this is designed again to assist

8:14:03
the capital complex District in the city of Jackson

8:14:16
where the ccid would actually be expanded are you aware that it would

8:14:22
also be recognized demographically I'm going to ask you to explain that if

8:14:28
you don't mind well there was a map that was passed out that looks like this the blue lines are the current ccid the

8:14:36
red lines would be the expanded ccid on this map you see blue dots and green

8:14:42
dots the blue dots represent the white residents and the green dots represent

8:14:49
the black residents this is according to the census numbers I can't see that far lady my eyes aren't they somebody please

8:14:55
give him a map I'll take a look at it at somebody and so we are providing 1.2 million dollars

8:15:04
a separate but unequal court that is not elected by the people of the city of

8:15:10
Jackson or Hinds County for now majority white area more

8:15:15
affluent area in the city of Jackson that does not experience the same level

8:15:20
of crime as everybody else in the city of Jackson primarily due to the income

8:15:27
are you aware lady what I would tell you is that I disagree with your statement for the

8:15:32
following reasons okay the stats that have been provided to me is that the expanded boundary would result in a

8:15:37
majority African-American District of anywhere from 52 to 55 percent majority African-American so the condensation or

8:15:44
the assertion that we're doing this for to protect a majority white areas just

8:15:49
not based on facts well that that's actually not factual because the census numbers which is what we go off to do

187

8:15:57
our redistricting Maps show that there are more white residents that live in this expanded ccid than

8:16:04
black I've seen numbers that suggest otherwise so I'm gonna have to just disagree with you on that point do any

8:16:09
of your constituents ask for this bill my constituents uh you know I don't live in Jackson say it again I don't live in

8:16:16
Jackson full time oh you don't live in Jackson I do not but you know what I like to do where do your residence live

8:16:23
I like to come to Jackson because it's my capital city and so do my constituents from back home and whether

8:16:29
they be black white yellow brown it doesn't matter when they come to the capital city of Jackson they won't and

8:16:37
expect to feel safe and to avoid carjackings and other types of crime you're talking

8:16:44
to a guy who has been carjacked in Jackson I know the gentleman uh chairman of Appropriations has had it happen

8:16:50
twice to it okay my citizens I'm not interested in a Turf battle between Hinds County or Madison or Jackson this

8:16:58
part of Jackson or that part of Jackson all I'm interested in is helping make the capital city of the state of

8:17:03
Mississippi safer that's it it's interesting that you bring up your unfortunate incident about being

8:17:09
carjacking and I I'm sorry that that happened to you I had a constituent that was recently carjacked as well and they

8:17:17
respond was a failed carjack and they they only stole my stuff inside my car they didn't make it all the way with my

8:17:23
truck but they tried okay well then it wasn't a real carjacking but but okay I'm sure

8:17:29
um the constituent that I'm still like about was carjacked and would be a part of this expanded district and they have

8:17:36
told me my my constituents do live in the city of Jackson in fact this ccid

8:17:42

covers a portion of my district yes ma'am and my constituents have told me they do not want this bill
8:17:49
what do you say what what should I tell my constituents that do not want this bill that they don't have a choice not
8:17:57
only do they not have a choice in this matter but they won't have a choice of the judges or the DA's that will be
8:18:04
prosecuting these cases about just because of the fact that they live within the area
8:18:09
well uh what do I tell them lady I guess you would tell on the same thing I tell my constituents who also would not have
8:18:15
a choice on the prosecutors or the judges uh you would tell them that the people who voted for this bill are
8:18:22
trying to make Jackson safer that's all they're interested in and if you're not committing crimes in
8:18:28
Jackson you really don't have anything to worry about well the people of those Court the the judges on those courts
8:18:34
that you're referring to would not have the same Authority as what's written in this bill
8:18:41
thank you yes ma'am Mr Speaker I'd like to speak on the bill at the appropriate time thank you lady
8:18:47
gentleman from Heinz Mr Brown do you have a question gentlemen
8:18:53
yes sir Mr Speaker you're recognized thank you so much gentlemen yeah I would
8:18:58
say this I will yield and I will continue to yield as long as people are asking me new questions I'm not going to continue
8:19:05
to uh whatever we ask you we all got a right to ask you what
8:19:11
what's on our mind and also what our constituents wanted us to relate to you yes sir and I understand I will stand
8:19:18
here and I will answer any questions you got but I will not I've done a survey myself that have called me about this
8:19:25
particular Bill yes sir and I've had numerous of constituents to call because
8:19:30
this District the new District does encompass quite a bit of my district as a representative and they've

189

8:19:37
overwhelmingly like 95 said they did not want this bill as well

8:19:42
and so uh obviously the people of

8:19:49
Miss Summer's District in my district don't want it and that's a good indication probably of uh the rest of

8:19:56
the district but my question Mr chairman is the fact that

8:20:02
Constitution called for taxation with representation this is kind of a taxation without representation

8:20:08
and so much as uh these the judges are going to be appointed

8:20:13
and the people would not have voted on them and so that's against the Constitution I

8:20:21
disagree gentlemen for the many reasons that I have stated up to this point we just may have to agree to disagree on

8:20:26
that I think we'll disenfranchising a group of people by expanding this uh

8:20:31
this District I think that uh we're going against the will of the people and you made a big point about Jackson

8:20:39
being the number one crime murder murder Center in America but I just picked up

8:20:45
on the internet that it was actually New Orleans that you double checked that

8:20:50
um gentlemen I think the stats speak for themselves well I mean I'm just saying it's actually New Orleans and you said

8:20:56
it was Jackson okay you got a witness right over here within the last three years Jackson has been ranked number one

8:21:02
in the nation for murders that's that's a factual statement well I wish we could

8:21:08
get some kind of consensus on this because I think the majority of our residents in the city of Jackson

8:21:13
do not want this particular uh bill passed I don't think the city of Jackson

8:21:18
Waltz is done so it looks to me like you ought to yield to the yield of the people

8:21:24
thank you I understand your position gentleman from Marshall Mr Faulkner

8:21:40

General do you have a question oh yes thank you Mr Speaker you recognized
8:21:45
Jimmy Hill yes sir there has been
8:21:51
quite a bit of discussion about the appointing of the judges for this ccid and I have about four questions for
8:21:59
you but I want to I want you to turn your attention to section four of the bill
8:22:05
starting that line 111 and that section goes down to line to
8:22:12
140. in this section in paragraph one it talks about the clerk
8:22:19
of the ccid and how he or she should maintain the jury box
8:22:27
yes sir it goes on down the round line the 125 to talk about how that would be done how
8:22:35
that processor works can you explain that to me yeah they just in order for a court
8:22:42
system to work properly we got to be able to draw drawers both grand jury and Petty's yours and uh for trial and so
8:22:50
this this this provision would allow the clerk to summons jurors the same way other courts can summons jurors and they
8:22:57
shall come from Hinds County so hearing this bill
8:23:02
we find the process of selecting jurors you agree sure
8:23:08
all right so my question is is there anywhere in the history of this state
8:23:15
or any state that you're aware of where as the citizens are selected to serve a
8:23:22
jury duty where the presiding judge was not chosen by the people
8:23:28
uh yes multiple places in fact right across the street in Hinds County at the
8:23:35
Woolfolk building and other parts other places in in Jackson and Hinds County they're a special judge judges that were
8:23:41
not elected that are here in uh and conducting and presiding over jury trials every single day
8:23:47
let me ask this way Mr chairman so all of Hinds County voters will be able to be a part of this
8:23:54
jury box is that correct yes sir it's uh they shall be drawn from Hinds County that's what it states and

8:24:00

they will be able to serve jury duty that's correct

8:24:05

now when it comes to being able to vote for these judges

8:24:11

those same residents or vote us it's not considered is that correct

8:24:17

gentlemen we look I know where you're going and I appreciate it we may have to agree to disagree but it's been well

8:24:23

established that the Builder has drafted the supreme court appoints the judges

8:24:28

okay let me ask the final questions chairman yes sir you mentioned earlier about 253 homicides in the state of

8:24:36

Jackson was that for 2022 uh that was either 21 or 22. I had to go back and look and I can do that if you

8:24:42

want me to but it was one of those years I believe it was 21 when we had 153 I

8:24:47

think 22 was 130 something the Last Dance that's all do you know Mr

8:24:53

chairman how many of those uh was inside of this new ccid I don't I don't I just

8:24:59

know they um in large part came from the city of Jackson

8:25:06

I guess what I'm getting at is if we're concerned about making Jackson

8:25:11

safer and we form this ccid

8:25:16

what about the rest of the city I actually believe that that's a very good point and I actually will help make the

8:25:22

rest of Hinds County safer as well because it's going to help clear some of the backlog that we have in the highest

8:25:29

County circuit court system so I believe it would assist in that way well I have to agree Mr chairman that

8:25:36

may work when it may work and help out when it comes to the court system but we are hiring new police officers to do

8:25:43

Patrol and that sort of thing to also make the ccid safe is that correct I'll give you another example that you know

8:25:50

the state of Mississippi is this body well knows has different resources than the city of Jackson does uh and when

8:25:57

this body uh as well as the Senate and the governor decided to turn Capitol

8:26:02

Police over to DPS and increase their training and make them sworn law enforcement officers that actually

8:26:08

Patrol the streets that increased law enforcement officers that are on the city streets of Jackson

8:26:15

and if there is more Capitol police officers on the city streets of Jackson then that is going to assist jpd jpd

8:26:25

wouldn't be spread so thin because they will have assistance you know I hope you're already seeing some of that take place just a year into

8:26:31

it but I think that's another way it would help the criminal element we have

8:26:39

I will finish by answering this question so going forward I would hope that uh we put this much

8:26:48

energy in helping the city of Jackson uh and not just the ccid when it comes to

8:26:53

making it safer I don't I'm not quite convinced that of creating a city inside of city and protecting those people only

8:27:01

would help make the entire city safer think about request Mr Speaker I understand

8:27:07

State your request speak on the bill yes sir Jim from homes Mr Clark for a question

8:27:14

Mr Speaker with the general with the chairman Yale always now Mr chairman I want to follow up with

8:27:19

the gentleman from Marshall a little bit he raised a good point

8:27:26

is it anywhere where a judge outside of the area in which he has jurisdiction

8:27:32

able to pick a jury poll you talking about the grand jury Grand

8:27:37

or Pitt yeah my understanding gentlemen we can we can sit down and we can talk

8:27:42

about this later if you want to but my understanding is the Constitutional requires all jurors to come from the county in which the Judiciary sits

8:27:50

um so I I would imagine knowing you for the last 12 years being

8:27:56

a smart talented lawyer if I had limited that the jurors to just the ccid you

8:28:01
would be standing up right now telling me the exact opposite that doesn't the Constitution require the jurors to be

8:28:07
pulled from the county and I would agree with the gentleman I think that's more so the reason that the

8:28:12
framers of the Constitution never anticipated a piece of legislation such as this but you would agree nowhere in

8:28:18
the United States can a judge outside of their jurisdiction summons a a jury pool

8:28:28
um let me get you hypothetical have you ever heard a change of venue

8:28:37
that's not quite the same thing but you can to change a venue so whatever we had a few cases in Panola

8:28:44
County where I'm from and those drawers were not picked for Panola County they were picked from somewhere down south so it I think it was a change

8:28:51
of venue exactly you transferred to that County yes sir and in that situation those jewelrys

8:28:58
came from outside the county in which the the court had jurisdiction so it it does happen from time to time one last

8:29:04
question is relates to that if the judge only have jurisdiction over

8:29:10
the ccid a juror from Raymond don't show up at a jury duty I mean can he issue a

8:29:16
contempt or I mean he's outside this person lives outside his jurisdiction never submitted themselves possibly to

8:29:23
the city of Jackson I mean what recourse would this judge have I think the same thing any other judge would have okay

8:29:28
you know if if you know Chancellor and Holmes County the I think we all agree

8:29:33
could issue a contempt order or a contempt citation against someone living in Hinds County the court has that

8:29:39
Authority now gentlemen I know you said you didn't want to I just want to trade a little

8:29:45
bit on the later from Heinz just a little bit how many people live in this in the

8:29:52
boundaries of the ccid I can't answer that exactly I've been

8:29:58

told somewhere 40 to 50 000 somewhere in that range and um there's a total about

8:30:04

150 000 people live in Jackson so roughly one-third if assuming that's right yeah

8:30:12

how was that area decided what what was the thought process what studies was done how did we come up with from

8:30:19

Highway 80 all the way to County Line and from the Pearl River over to

8:30:25

sure I've already said that gentlemen I sort of sure don't mind saying it again it came really at the request of law

8:30:32

enforcement from a jurisdictional standpoint you know we when this body back in was it 17 or 18 first form of

8:30:38

ccid and you look at the map it's a little bit let's get some zigs and some zags to it

8:30:45

you know I don't know if it's an exact size back then uh but what you end up with is a now that we have

8:30:52

um officers this past year on the streets you know they may be on Street a and they'd be

8:30:58

maybe well within their jurisdiction but a block over on Street B they may not be within their jurisdiction and it's hard

8:31:04

to know that when you're out there driving a parole a patrol car and you know you're chasing the bad guys so we

8:31:11

started looking at uh very well-defined Geographic boundaries and that's how we got Highway 80 to the South State Street

8:31:18

to the West County Line Road to the North and the Pearl River to the east

8:31:23

it's just so law enforcement will know where they are where they have jurisdiction and where they don't

8:31:29

and and his gentleman so eloquently started off his presentation

8:31:35

talking about the murders and the violent crimes in Jackson

8:31:40

would you say majority of these violent crimes and these murders have taken place within the ccid and that's the

8:31:47

reason the gentleman asked me that and I don't have those stats with me be happy to look at them I know they come from the

8:31:54

city of Jackson so I assume it's all over there are some that have said hey what
8:32:00
in the ccid expand to the whole city limits and I don't I think that's too much at least
8:32:07
at this point let me just kind of go let you know where I'm going with this would you agree with greed at the ccid
8:32:13
probably is the most affluent area Jackson with the general group agree with that
8:32:20
Gemini again I don't live here I said that before uh but I'm not familiar with
8:32:25
all the ins and outs of what is in that part of Jackson there may be other areas of Jackson that are
8:32:33
well affluent I've been told Northeast Jackson was at least at one time considered
8:32:39
pretty affluent okay you know I don't know and gentlemen would you also agree that majority of all of the murders and
8:32:47
these violent crimes uh probably occur outside the ccid I really don't know
8:32:52
that information gentlemen well I've watched the news when I'm I'm here in town and I'm in the Jackson media market
8:32:58
so I represent to you that probably 70 of the murders probably is outside of
8:33:05
the hey I see the idea I can speak from personal experience I can't give you those stats but I can tell you the
8:33:10
carjack and that I was personally involved with uh where I had my property stolen and both carjackings were the
8:33:17
chairman uh lost his vehicle all three of those happened within the ccid and I guess in
8:33:24
determining this area gentlemen crime is about violent crimes about
8:33:29
murder that you or whoever drew it up should have taken in consideration where a
8:33:35
majority of the crime in Jackson is actually taking place are you saying you
8:33:40
want to further expand the CCA I'm just trying to get your thought process into making this decision
8:33:47
well you know as I said I have had requests from others in your own delegation uh
8:33:53
and on party who have asked that it be expanded further you know I just my
8:33:58

personal opinion is that's this is a more reasonable Approach at this time

8:34:05

two more questions two more line of questions um the appeal process

8:34:12

yes sir and as you said it you're doing up here because the inferior court and have to

8:34:18

go to the trial court and work his way up to the Supreme Court now on line 178

8:34:23

and tell me if I'm if I'm not reading this correctly and I hope I'm not

8:34:29

wants to see CID judge make his or her decision

8:34:36

it goes to the Circuit of Chance Record and after that is done

8:34:44

that judge have to run the decision in 30 days once the appeal is made final that's

8:34:49

right and explain that to me what what do they mean by fireman you're a learned attorney you know what that means when

8:34:55

the final appealable judgment uh it's usually 30 days after the Judgment Center it

8:35:01

becomes final and then there's an appeal process to be a notice of appeal when I think that and the legislation actually

8:35:07

States uh the full record has to be filed with a clerk and when that happens at that point in time the court would

8:35:14

have 30 days and and I'm I'm not being facetious but I don't see that in the bill and I think that's what I'm

8:35:20

concerned about it says Hinds County Circuit Court fails

8:35:25

to render a final appellate judgment within 30 days after the Hinds County Clerk received notice of appeal and the

8:35:32

full appellate record as described in paragraph B of this subsection and when you go to paragraph B

8:35:39

it says appeals from ccid and free record should be filed with Hinds County's clerk within 30 days so I mean

8:35:46

I'm trying to figure out what that record is within 30 days from

8:35:52

the date of the entry of the final judgment or decree

8:36:00

briefs now are you just briefed the case I think there would be a I mean

197

8:36:05
in my practice we file a notice of appeal I don't know how you handled that but you filed a notice appeal then and

8:36:11
that's the reason I don't see how it can be done in 30 days because the gentleman the chairman would agree you file a

8:36:16
notice appeal the Supreme Court comes down with a briefing order and they tell the the Appley that pellet you've got 30

8:36:23
days to file then the other party got 30 days to respond here once it's final it just says the

8:36:31
judge in 30 days have to run the decision gentlemen I believe you've got to read subsection B in conjunction with

8:36:37
subsection C you're maybe getting our 230 day uh there's two 30-day requirements there we may be getting

8:36:43
them conflated and the burden of proof here is a

8:36:49
pressure of a prejudicial era that's pretty high burden would you agree

8:36:56
uh where you at gentlemen I'm sorry I didn't hear you I'm going to move on sake of time thank you um

8:37:04
last thing to 12 explain that to me I'm kind of

8:37:09
confused what is that 12 diversion come from yeah well back in 17

8:37:15
or 18 whenever the ccid was set up it set it at six percent of the total amount of sales taxes that are rendered

8:37:22
to the state from the city of Jackson and so this doubles it that six percent brings in about 10 million right now

8:37:28
so that's not diverting that's not a diversion of the diversion that comes

8:37:33
back to the city of Jackson that's correct that's just it coming out of the conference of this

8:37:40
thank you yes sir General from tallahatchee Mr Rosebud

8:37:48
Miguel

8:37:53
yes sir

8:37:58
what is gentleman Yale yes sir so um Mr chairman

8:38:05
today we've heard a lot of different explanations about um this this particular area

8:38:12
but would you not agree that in this body normally the body the group of

8:38:18
members that normally that vote kind of read on objects if it was in another

8:38:23
area would consider ourselves somewhat conservative when it comes to

8:38:28
um taking precedence over particular areas

8:38:34
I I don't know that I understood your question correctly but

8:38:39
um I'll keep listening so the question is normally when we're

8:38:45
relating to the different areas in which we live in like myself from the midst of the delta

8:38:51
gentleman from Tallahassee the gentleman from Tallahassee yes sir normally in this body the individuals

8:38:59
that would be against would be against that in their particular areas

8:39:05
would normally consider ourselves to have that as a conservative measure is that correct

8:39:10
gentlemen I'll say Okay um if if your point I are you saying that

8:39:17
normally we don't go and you know I'm from Senatobia and so I go and act legislation that only affects Waller is

8:39:23
that what you're saying we don't know we normally wouldn't do that that's correct I think that's what

8:39:28
you're saying and I I guess I would just say that normally you're right but this bill is an exception to that

8:39:35
and I think on one hand the opposition is appearing to be saying

8:39:40
you know we're Jackson we're Jackson we want all the set we want all this help and on the other hand they're saying you

8:39:46
leave us alone don't help us don't help us don't help us you know what I'm sitting there saying which is it

8:39:52
their times so gentlemen is it anything that stays here within

8:39:59

this bill and I've looked over it several times today throughout the discussions to say that this can extend

8:40:05

beyond the boundaries in which you've drawn now if your question is could in the

8:40:11

future the boundaries change sure they could this body this is body so chose so

8:40:16

those boundaries can extend all the way up to um that Tallahassee County area if so

8:40:23

well the capital complex probably needs to stay in Jackson

8:40:30

now I understand that part about the title of it now but the future legislature May disagree with me that's

8:40:36

that's up to them I don't know but the presidents that were said Mr chairman is saying that we can now extend boundaries

8:40:44

based upon what we feel are threats so if that threat had a tendency to extend

8:40:49

into Canada would we be amenable to extend that

8:40:55

direction as well I well I I guess gentlemen I'll just stick by what I said is that the capital

8:41:01

complex District probably needs to stay in the capital uh you know this body in

8:41:06

the future may have all sorts of things whether they be related to crime or other problems that the state may have

8:41:12

that we may need to address and hopefully this body will address those at the proper time Mr chairman would you be opposed to add

8:41:20

writing into this bill to say that it cannot exceed those boundaries

8:41:26

I so I guess that's kind of a twofold question a little confusing if you're saying that the authority in the current

8:41:34

legislation only exists to the current boundaries of the ccid I think it

8:41:40

already provides for that in other words the jurisdiction only applies uh inside the ccid to this Judiciary and

8:41:47

to the Capitol Police but if you're saying let's put some more language in there to say that this body

8:41:53

couldn't expand the boundaries further in the future we would just be wasting our time because in the future this body

8:41:58
wanted to expand the boundaries we just removed that language and did what we wanted to do so I I see what you're

8:42:05
saying but I don't think that would be necessary thank you um Mr Speaker at the property

8:42:10
I'd like to speak on the bill yes sir gentlemen gentleman from Heinz Mr crudup

8:42:18
thank you Mr Speaker the gentleman yield yes sir a lot of my courses already been asked

8:42:24
and answered already and so but I just got a couple of simple questions okay um do you think that it probably would

8:42:31
have been proper to get with the Jackson delegation and bring us to a room and see what's the

8:42:37
best way to kind of yeah handle this bill gentlemen

8:42:42
I mean gentlemen if you're asking if I've spoken with people from Hinds County and Jackson City of Jackson uh

8:42:49
the ccid then the answer is yes I have um I've also been told that many members

8:42:55
it's been alleged that the whole Jackson delegation and I say delegation I don't mean just limited to people in this room

8:43:01
uh or against the bill and I would tell you that's that's not factual either because I've heard from many people that

8:43:07
are associated with Jackson leadership and just citizens of Jackson that are in

8:43:13
favor of this well I'm saying if this was affecting your area do you think it would have been fair to just create a

8:43:20
bill that set a whole precedence for your area your city your town uh gentlemen I

8:43:26
understand where you're going uh with that and again the the Jackson's the

8:43:31
capital city it belongs to all mississippians that would be my response but you know

8:43:36
gentlemen very well that you're welcome in my office anytime and if you want to talk about this bill we can discuss it

8:43:42
whenever you want to I've actually had that very conversation with many people um in this room already legitimate

8:43:49
definitely be coming to your office talk about more things uh also last quick question

8:43:54

um do you know the crime rates that may be associated in this area this expansion of the ccid

8:44:07

all those things I've already mentioned some of the murders that it was extensive and I think I mentioned I can

8:44:14

read them again if you want me to but I'm saying just within the ccid the criminal cases in Hinds County no just

8:44:20

within the ccid within the ccid yes I don't have that data in front of me right now I know I from conversations

8:44:28

with DPS since they took over Capitol Police they've been very busy okay my last course and gentlemen and I

8:44:35

know we've talked a lot about this about you know the expansion are we expanding this just to kind of to

8:44:41

high higher income areas more affluent areas

8:44:46

gentlemen I I guess I would defer to my answer I think the lady asked me about that previously I've been told that the

8:44:53

proposed areas approximately 53 percent African-American

8:44:58

um and as far as the land values I I couldn't answer that I don't know

8:45:04

I don't have a comparison of land values in this area versus other parts of Jackson well gentlemen I've been in

8:45:10

Jackson all my life I can tell you the answer is yes those are more fluent areas uh if you want to talk about

8:45:15

dealing with crime I think we need to talk about other parts of the city of Jackson and how we can handle that but I

8:45:21

think gentlemen that it would be great if we can all come together the table at some point to talk about how we can really address crime in the city

8:45:27

gentlemen I'll be happy to sit down with you and have further discussions whenever we need to do that okay thank

8:45:34

you Mr Speaker I would like to speak on this bill at the proper time

8:45:40

gentleman from the floor Mr Osborne for a question

8:45:46

Mike with the gentleman yield yes sir gentlemen you you have decided that the

8:45:53

addition of two judges and the other resources uh will Aid in the crime

8:46:00

problem and the the the the the uh and expedite the

8:46:06

process of cases well I can't say it's a magic pill that's going to absolutely fix it but I

8:46:12

do believe it will assist okay and are you now

8:46:19

so I guess you said to judge you will assist with the crime problem and process of the case well just we'll help

8:46:26

with the uh the backlog in the highest County court system and the crown well

8:46:31

what about a crime problem as far as the addition of two judges

8:46:36

well if if gentlemen if a criminal defendant never you know goes to trial or the trial is prolonged so long that

8:46:45

the uh the judge is required for constitutional reasons to put that criminal offended back on the streets

8:46:51

they out there committing more crimes you know an efficient Judiciary is

8:46:56

Paramount in an effective criminal justice system I hope we can agree on that well what I'm trying to find out

8:47:04

did you do you think that two two additional charges will solve the crime problems behind I don't know but as I

8:47:12

stated to the to the uh the gentleman of the lady earlier if two's not enough maybe we come back next year or in a few

8:47:19

years we look at adding more judges if that will help maybe in judicial redistricting the numbers warrant that

8:47:25

Hinds County uh may need another judge in Hinds County in the circular change reports

8:47:31

you know I look I'll tell you this it's been represented to me that that um

8:47:37

there's approximately 150 to 160 000 people in Hinds County and Hinds County has four circuit judges

8:47:43

I'll tell you this there's about 180 000 people to 190 somewhere in that range in DeSoto

8:47:50

County and DeSoto County has two circuit judges so somebody explained to me how that's equitable

8:47:57

no no why why since you decided that additional judges were required why

8:48:03

couldn't they be elected judges gentlemen for the reasons we've I think stated we've gone over many many times

8:48:10

the the best person for this job we we believe that I believe that the Chief

8:48:15

Justice should have the authority to appoint quality experienced

8:48:22

um legal Minds in those roles and if that person if that person comes from

8:48:28

the city of Jackson or Hinds County so be it but if that best person for that job is one of the two other learned

8:48:35

attorneys that were speaking against the bill earlier from Adams and Madison then so be dead too

8:48:41

um are you saying that we can't elect quality judgewood no that's not what I'm

8:48:47

saying at all and that that was totally misconstrued uh previously that's not

8:48:52

what I'm saying at all the best person for that job may very well come from Hinds County and if so the Supreme Court

8:48:58

can appoint that person now when you enter stated that that one reason for these judges be acquainted was because

8:49:04

you wanted the best and brightest are you saying we don't have such people in high school you know what I think I just

8:49:10

answered that question that's certainly not what I said so what now that is not what I said what did you say then you

8:49:16

may say it again yes sir I said that the best and brightest very well may be in Hinds County but it may be

8:49:22

somewhere in Madison it may be somewhere in Adams it may be somewhere in the floor gentlemen I don't know but you

8:49:29

gave that as a rationale for the Jersey being appointed that's right okay uh you can so were you concerned at all

8:49:37

about the dilution of the black vote in in Hinds County

8:49:42
I guess you're gonna have to help me get to where you're going with that because you just told me they're not elected

8:49:47
say what now you just told me they're not elected but we we agree on that but I'm saying were you concerned that by

8:49:54
having these judges appointed that would that would minimize and cancel out the

8:50:00
voter of assistance of Hinds County no sir I believe this body has the authority under a prior president uh

8:50:08
both constitutionally and uh through case law to have inferior judges

8:50:13
appointed uh now when you you indicated that that County judges were similar to the church

8:50:21
being in the fury judges yeah that's my understanding they are an inferior court and you are aware of that the county

8:50:28
judges are elected they may be they may be they are well it

8:50:34
just depends gentleman's counties where you have a County Court they are elected but in counties where there is no County court and the special Master hears type

8:50:42
those types of cases that we don't normally may go to the county court they're not elected they're appointed by

8:50:47
the senior Chancellor a special Master is not a County Judge are you aware of that I am well I guess it depends on

8:50:54
what you're hearing but a special Master is also a judge would you not agree with me uh he's a special master I would

8:51:00
agree today either way judge the the criteria for an inferior court is not

8:51:06
solely that they're elected or unelected that's not it I think this body has a discretion to

8:51:13
require inferior judges to be either elected or appointed you gave the example of County court that these

8:51:20
judges was the same as the inferior churches in the county court and that's why I'm asking yes sir I also gave the

8:51:26
example of Youth courts in this state and many places those Youth Corps judges

8:51:31
are not elected and also gave the example of special judges that exist all over the state

205

8:51:38
that are not elected they're appointed you're talking about special masses I know I'm talking about uh the four

8:51:45
appointed Circuit Court judges that are here in cases every day in Hinds County right now and the appointment of senior

8:51:51
status judges in both the Chancery and circuit course all over the state that happen on a regular basis

8:51:56
are you you are aware of that that Circ that that the Supreme Court normally

8:52:03
uh used circuit judges when in case of a conflict yeah that'd be an example of what I'm

8:52:10
talking about it okay

8:52:20
now if this if this bill goes into effect

8:52:26
you will you aware of that that uh there will be areas in Hinds County that will

8:52:33
be totally uh presided over by unelected Circuit judges

8:52:39
in this particular District no sir I would disagree with that so what now I would disagree with that these don't

8:52:45
these judges have the same power as circuit judges no they if you look on

8:52:50
Section Five of the bill there are several uh areas of

8:52:56
jurisdiction that are specifically excluded from the ccid inferior courts

8:53:01
do they have yeah felony cases yes and that's a that's not

8:53:07
all felonies but felons in this District well there are some felonies that uh the

8:53:14
court would not have the authority to hear which ones are those treason oh treason

8:53:20
cases [Music]

8:53:31
yes and will they hear burglary cases well they I'll point this out gentlemen they would only hear those cases if the

8:53:38
prosecutor brings an indictment in that Court the prosecutor prosecutor could also choose to bring in the indictment in the Circuit Court

8:53:45

but I'm saying where the prosecutors bring an indictment in this particular area yeah these judges can hear criminal

8:53:52

cases felony cases yes sir and that's a that's a that's the power of that that

8:53:57

circuit Jersey exercising now exactly that is a power it is not yeah that is the exclusive

8:54:05

power but it is one of the powers that these judges will exercise but you see gentlemen we're taking away jurisdiction

8:54:11

from we're taking away jurisdiction from the inferior Court they hence the name we're making it an inferior Court I

8:54:18

didn't I didn't understand you you you your statement

8:54:24

I didn't hear you what did you say we are taking away certain jurisdiction

8:54:31

from the inferior course that that rightfully and originally belongs to the Circuit Court in this bill but you're

8:54:38

not taking away felony jurisdiction are you no 12 some felonies we just talked

8:54:43

about that okay is this a bill uh is this bill a

8:54:49

throwback to uh Jim Crow I don't know what you're talking about gentlemen I would say no I mean you know

8:54:57

you have you have certain elected judges who have who whose powers are not the

8:55:03

same as elected judges in the other parts of the of the state

8:55:09

the Hinds County judges will not have the same will we will some

8:55:14

of their power is would be taken away gentlemen I disagree with that I think

8:55:21

through the inferior court system that this bill establishes we would just be adding an additional Avenue by which

8:55:27

cases could be brought to Justice

8:55:33

again again I've already enumerated the ways that the inferior court is indeed inferior to the circuit and Chancery

8:55:40

courts I've also spoken about the Appellate process where

8:55:46

the this final appellate the final judgments have to be appealed to Hinds County circuit court now do you

8:55:52

have to bring these kind of Courts to other parts of the state

8:55:59

gentlemen that's not in this bill now I know it's not in the bill but our

8:56:04

U.S chairman of ways of meaning do you have any such thing such plans in the future to do what to bring these kind of

8:56:12

Courts to other positive State well we had I can't say never because this body has a history of doing that I mean

8:56:19

that's again the youth courtship system the county court system or both inferior courts that are

8:56:26

I mean these unelected churches do you plan to bring them to others I'm not

8:56:32

aware as we sit here right now of any other uh bills this session that are similar to this one okay uh Mr Speaker I

8:56:40

would like to speak on the bill

8:56:45

gentleman from Madison Mr Blackman for a question

8:56:52

if the gentleman will yell yes sir so far uh this long evening

8:56:58

most of the conversation uh has centered around crime

8:57:03

all right but this bill goes into the Civil jurisdiction does it not it does

8:57:10

tell us about that what what kind of civil jurisdiction would this put happen they would have a jurisdiction of those

8:57:16

causes of action that may accrue or arise inside the boundaries of the ccid

8:57:22

that the amount of controversy is anywhere from 200 000 to 20 million

8:57:30

sir I think I'm speaking loud but if I'm not it's not you okay it's the buzz it's

8:57:36

the conversation that's going back Mr Speaker I'm close I'm close to the chairman here

8:57:44

and I'm having a hard time hearing him talk back to me gentlemen usually when you speak it gets

8:57:50

real quiet in here and everybody hears very well this time must be something going on let's let's maintain order if we can the

8:57:56

gentleman's indicating he cannot hear the presenter tell me again what does it do I I think

8:58:03

what I said was you asked me about civil jurisdiction yeah in the ccid inferior court and according to the uh the bill

8:58:10

that's before the body it would be the court would have uh civil jurisdiction

8:58:16

over matters that either accrue or originate with inside the boundaries of

8:58:21

the ccid and where the amount of controversy is between 200 000 and 20

8:58:27

million I and that is concurrent with well is

8:58:33

equal to what's the jurisdiction of the Circuit Court it would be inferior because as you know there's no cap on

8:58:38

what you can get in the Circuit Court but I would say this it's not exclusive

8:58:44

jurisdiction which I think is where you're going with this it's concurrent so gentlemen and being a good lawyer I

8:58:52

know you are you understand this if you get a case that you plan to file on behalf of your client

8:58:58

right smack dab in the middle of the ccid you don't have to file it there you can go file it in high circuit if you

8:59:04

want to that's your choice is that clear in the in the bill it is to me tell me can you direct me to that well when we

8:59:12

say it has concurrent jurisdiction no I mean is it can you direct it direct me to it and I think concurrent my opinion

8:59:19

of that is when it says concurrent jurisdiction we're not taking anything away from the civil court so if we're not taking any way anything away from

8:59:25

the Circuit Court then you can still file there no I'm serious I look for that and you just told me it's in the

8:59:31

bill yeah can you tell me where I can tell you where it talks about concurrent jurisdiction yes sir hold on one second

8:59:45

what section

8:59:52

it'd be where you found a 200 000.

9:00:02

209

gentlem I look at section five starting on line 141 of the bill
9:00:09
where it states that the inferior course shall have jurisdiction over criminal and civil matters authorized by this act
9:00:15
that's the first sentence that occurred or accrued and whole or in part within
9:00:21
the boundaries of the district goes on to state that ccid inferior courts shall have jurisdiction concurrent with a
9:00:27
Justice Court concurrent with the county court and
9:00:33
also concurrent with the circuit and Chancery Court for all matters civil and
9:00:38
Criminal that's on line 151 through 154.
9:00:56
gentlemen I know you know there may be you may have a reason where you would rather file that case that we
9:01:02
just discussed in the Hinds County Circuit Court but surprisingly you may from time to time have a case that you
9:01:08
want to file in the ccid court you would have that option I hope not but who knows what the future
9:01:14
holds but tell me how does conferring civil jurisdiction in this legislation
9:01:21
help to solve what you refer to as a crime problem I think I think in your
9:01:26
speech earlier you um you stated that it did not and I but I
9:01:33
disagree with that I'll tell you why because of the backlog that I read earlier and I took some notes I read it
9:01:39
down when with more than 10 to 12 000 open cases civil cases in the Heinz
9:01:46
judicial system and that's Chancery and circuit but there's several thousand
9:01:52
when you provide an Avenue that some of those cases can be brought to trial quicker
9:01:58
you make room for the criminal cases throughout the whole system so the given giving civil jurisdiction
9:02:07
to the ccid district will
9:02:12
help to relieve the uh I think the number of cases pending in the in the

9:02:19
rest of the district I think it'll help Justice be administered both civilly and criminally that's that's my opinion

9:02:25
okay I'm glad you said it's not your opinion because there's nothing that's said that that's in fact what's going to happen well I guess if we pass it we'll

9:02:32
see all right but I added more courts add more judges

9:02:38
yeah just just wants to help gentlemen I know that that's

9:02:43
probably what you you believe but gentlemen

9:02:49
I don't know how many times you said inferior Court but it's been a lot

9:02:54
um this is your oh well this is the bills definition of what's inferior right it's the strong

9:03:01
language right there gentlemen um so I'd have to disagree with that that the bill defines what makes this

9:03:08
court inferior so I'll agree with that part of your statement all right we'll just say that

9:03:14
the bill is named this inferior court because these have been named Superior Court and we could cook out to the same

9:03:20
place couldn't uh 172 defines uh inferior courts and that's the section

9:03:26
that this is drafted underneath I almost over to noise

9:03:32
[Music] put the uh chief justice was already

9:03:39
appointing judges yeah uh to hear cases in Hinds County that's right you're

9:03:45
aware of that the Hinds County Judge is sitting judges particularly the chief judge

9:03:50
uh did not ask for that to happen uh gentlemen I don't know that I'm privy

9:03:56
to those conversations that the Chief Justice had with the Hinds County Judiciary so I don't know that do you

9:04:02
know how the case is that those judges took over were assigned to them

9:04:08
it was it I would be guessing but I can assume well if you want me to assume but

9:04:13
so I just say no why don't you tell me let me let me tell you what I believe is what I understand happened

9:04:19
the chief judge in Hinds County believed that this was unconstitutional
9:04:25
to have the Supreme Court the chief judge appointing judges for Hinds County
9:04:30
and therefore did not participate in the signing cases from that Court to the
9:04:36
judges being appointed by the Supreme Court okay uh heaven so refused then the
9:04:41
court directed the administrative office of Court to assign cases from the Hinds
9:04:47
County docket to those appointed judges were you aware of that well for whatever is worth that was going to be what I
9:04:54
assumed so I guess my assumption was proven correct so
9:04:59
given the fact that Hinds County this is taking hands kind of further
9:05:04
meaning that this legislative body of this past has become law
9:05:10
is taking the Supreme Court's efforts to
9:05:17
I guess take over the Judiciary of Hinds County and now you're checking and giving to
9:05:23
act to a court that's going to be appointed have judges appointed by the Supreme Court or the chief judge that
9:05:29
did for the reasons I stated earlier gentlemen I disagree that we are taking
9:05:34
away Authority from Hinds County again concurrent jurisdiction means what it
9:05:39
means um and if the prosecutor wants to indict somebody uh in in Hinds County Circuit
9:05:45
they still have that ability to do that all right now one final area I know you've explained what you meant
9:05:53
by the best and the brightest yes sir which will be appointed by the
9:05:58
Supreme Court are we going to assume that the elected judges on the Supreme
9:06:04
Court are in fact the best and brightest that we have
9:06:10
in Mississippi gentlemen uh
9:06:16
I'll just say this to borrow a line from the interrogation that I'm enduring they
9:06:23

were elected by the people all right granted and the people can elect the
9:06:28
best and brightest and they can elect people who are not necessarily the best in writers we know that to happen don't
9:06:34
we I think that's something we can agree on all right so
9:06:40
let's let's take it for Grand our current chief justice is one of the best and brightest but let's suppose his successor is not
9:06:48
one of those people who I don't know who that'd be would be to be just as king you tread lightly
9:06:53
well it may not be him it depends we don't know we don't know what the
9:06:58
future holds and we don't know it might not be the best and brightest so we're going to assume that whoever
9:07:05
assumes that position is going to be the position to choose from among all the lawyers out there you and me the rest of
9:07:11
them and pick from Among Us the best and brightest to come to Hinds
9:07:16
County and administer Justice isn't that how it's done now for special judges no going to Times County
9:07:23
officials not in accord with that that's being imposed on them now and I'm talking about when the supreme court appoints special judges to hear cases
9:07:30
and disagree heartily that they all don't always pick the pick the brightest
9:07:35
to preside when they appoint judges I'm a witness to that I understood I say that with
9:07:41
good faith but what I'm saying now is that the Assumption that's made that Hinds County
9:07:48
residents are not in a position to choose from among them first to person or person of their choice like the rest
9:07:56
of the state to represent them in the Judiciary and that's and and to act as sheriff in
9:08:03
their in their County just in this inferior Court well are you curious as to why
9:08:12
all of the black members of this body say for a few perhaps
9:08:18
a vigorously opposed in this legislation and that in this late hour there are
9:08:24
people in New Orleans up there upstairs here who are here so with it in hopes

9:08:29
that this bill does not pass or happen to be African-American reside here in Harris County
9:08:35
are you surprised at that am I surprised gentlemen look whether you're
9:08:40
African-American Caucasian red yellow it doesn't matter you have a right to
9:08:46
oppose or support any piece of legislation that comes before this body I I'm not going
9:08:53
to get into the racial issue this there is no racial intent whatsoever in this
9:08:58
legislation there was no racial intend Ed no what about the effect of it
9:09:04
um if gentlemen you're talking about look the effect I hope is to reduce
9:09:09
crime and to help the judicial system of Hinds County then if that's racial somebody's gonna have to tell me how
9:09:17
thank you gentleman from Lee Mr Walker
9:09:26
gentlemen Yale yes sir I have a question uh assistant Cece
9:09:31
ID is uh basically a separate entity to have his own police force on fire on Judge and
9:09:38
everything so uh who's going to treat the Wastewater did you say Wastewater gentlemen the
9:09:44
Wastewater yes yeah my understanding is this this doesn't affect any of that but if it's a separate entity operating on
9:09:51
his own well it's not a separate entity I mean my now I believe I could check with Council but when the ccid was set
9:09:58
up five or so years ago that it does have the ability to spend the funding that it
9:10:05
gets a limited amount of funding on infrastructure needs so you know when the ccid goes and fixes the street you
9:10:11
know I certainly hope they're considering the sewer underneath that street as well as part of that repair
9:10:17
I think they already have that Authority okay so if it's separate then so it's
9:10:23
not a customer of the city where the city this design to work in conjunction with the city and I think that's why you
9:10:29
see several representatives from the city of Jackson that serve on the ccid board

214

9:10:35

okay thank you gentleman from Harrison Mr Holland

9:10:42

for a question you recognize

9:10:48

gentlemen you yield yes sir okay I just got a few questions from some of my constituents on the Gulf

9:10:54

Coast okay okay first question

9:11:03

if this was in the City of Gulfport which I would have done something like that

9:11:08

what do they say about ifs and butts gentlemen I don't know um I mean this is dealing with the

9:11:14

capital complex if your question is would the City of Gulfport

9:11:19

uh like it if the capital of Jackson was sitting excuse me the capital of Mississippi was sitting smack dab in the

9:11:25

middle of Gulfport I imagine the city your mayor would take the capital in a heartbeat

9:11:30

um you know but this is the capital complex District um and that again we're trying to we're

9:11:38

trying to help the city okay and reason I'm really not to paint what they said the reason they proposed

9:11:45

that question is because when the city of GoPro went through a very bad year last from the king of violent crimes

9:11:51

okay they was not once looked to be taken over and next to anything they just asked for assistance and the state

9:11:58

gave them assistance so that was on them gentlemen I'm not aware of that particular situation but look anytime a

9:12:04

city or county or a particular area of the state need help that's what this body's for

9:12:10

come to the body and hopefully you know we can consider that okay all right next question

9:12:16

what will be the diversity of the judges and also the court administrators that

9:12:22

will be appointed to this special ccid I think you mean the court clerk and gentlemen it would be appointed by the

9:12:28

Supreme Court I I don't you know I think you know just as well as I do that this

9:12:34

body can't mandate that the court appoint a white person or a black person or a red Brown yellow
9:12:40

it's it's not in the bill okay I'm getting I'm getting to it okay
9:12:48

how many incidents have the capital police been involved in since ccid was
9:12:55

Incorporated and also if it's important to reduce the crime see we should have
9:13:01

started with body cams and vehicle camps for the ccid police officers went from the intercession
9:13:08

I'm glad you asked that um so you know we just last year turned over the Capitol Police to DPS so that's
9:13:16

just That's Just Happening that's just starting to ramp up if you will and the
9:13:21

body cams that was that was the gentleman in front of his amendment that we agreed to and made part of the bill
9:13:28

uh I don't know a couple hours ago now but yeah that's that's in the
9:13:33

legislation and last and final question
9:13:38

are you familiar I know we talked about the 1890 Constitution correct that's
9:13:43

where this came from right that's the current Constitution as I understand it yes are you familiar with what took
9:13:49

place in 1870 prior to which led up to the 1890
9:13:55

Constitution I guess you'd have to be a little more specific on that but so it's way before my time but I do enjoy
9:14:00

history wait for my time too yeah all right so pretty much it goes back to the
9:14:06

state that in 1870 the African-American was elected
9:14:12

in 1890 it was systems put in place to make sure African-Americans Not only was
9:14:17

not elected but also had a hard time with voting in the state of Mississippi yeah so when people started talking
9:14:23

about the 1890 Constitution and what was implemented during the 1890 Constitution well gentlemen here's what I'll say it's
9:14:31

a someone who appreciates history I don't claim to know all of it but I'm a firm believer and you can't know where

216

9:14:37
you're going unless you know where you've been um there are certain parts of the 1890

9:14:43
Constitution that were racially motivated based on my learning and understanding of History

9:14:49
here's what else I'll tell you many of those racially motivated sections and articles that are in our

9:14:56
1890 Constitution have been struck down by the efforts of maybe some of the

9:15:02
talented attorneys in this body and they've been struck down in front of the federal

9:15:07
Judiciary who is appointed okay and uh last but definitely I'm

9:15:15
sitting here reading your body language and there's some things inside of this bill that you're not comfortable with

9:15:21
but it's something you got to go forth correct I'll be safe to say that gentlemen I support the bill I think at

9:15:28
this point in time um it may not be the only thing it's not the magic pill but I do believe it will help the Judiciary in Hinds County it

9:15:35
will help with our backlog and I think ultimately help make the capital city a safer place for our

9:15:41
citizens okay so I was correct some of the things you don't agree with in it but you have to support it all right

9:15:47
thank you gentlemen General from Heinz Mr stamps for a question

9:15:53
thank you Mr Speaker with the Jimmy you yes sir you need to take a break Jim you've been there for a long time let's

9:15:59
keep going all right good deal somebody's gonna get hungry eventually I agree with you that we have a crime

9:16:04
problem but we also have a condition problem as well would you agree with that a what problem a condition problem

9:16:10
the conditions of the city of Jackson that causes people to call to to commit

9:16:15
crime in the first place okay would you agree that we have a conditioned problem because I don't know what the specific

9:16:21
conditions you're talking about are but I'm listening can I give you an example sure

9:16:27
are you familiar with the urbanized area for the state of Mississippi

9:16:33

sit in place by the planning and development District in the city of Jackson or somewhere else in the central

9:16:39

Mississippi area I'm not the playing and development district is normally the urbanized areas normally this of the

9:16:45

urbanized area of your state but in Mississippi our urbanized area goes from Vicksburg to Forest up to

9:16:53

Yazoo City and down to Crystal Springs that stretches resources outside of your

9:16:59

urbanized area so it causes where you have disinvestment inside the urbanized area

9:17:05

for the benefit of other areas okay do you understand I think I'm following you yes sir

9:17:11

would you agree that that causes a negative impact on what should be the urbanized area

9:17:18

what is this a federal agency of some sort of a state this is Mississippi okay

9:17:25

the planning district is that what we're talking about um I'm generally aware that there are

9:17:31

planning districts spread across the state so I'm not specifically aware about the planning district that covers

9:17:37

Jackson though along this same line the gentleman from Adams talked about health care and

9:17:44

Medicaid expansion Central Mississippi uh well Merit Health in South Jackson was closed down only

9:17:50

things left is a hospital right now and it was all those doctors and those Services would move to Merit Health in

9:17:56

Rankin County you understand how the negative impact of closing a hospital down causes the

9:18:03

people who live in that economy to Now resort to a life of crime to finance

9:18:09

their livelihoods And So It causes crime to happen in the first place which are also the conditions I can't I can't go

9:18:16

that far with you uh just based off the closing of One hospital I too have been through a closing Hospital closing and

9:18:22

we didn't have a violent crime spree that resulted in my area that I represent but that said I understand and certainly

9:18:29

appreciate that lack of opportunity for citizens lack of

9:18:36

lack of somebody at home that to steer young people in the right direction and

9:18:41

to Mentor them or or two of many many factors that go into that

9:18:47

would you also well thank you for Mr chairman would you also agree that when you pull out so many resources for so

9:18:54

long and I'm probably one of the more conservative Democrats in the building

9:19:00

and have taken my lumps and bruises for those positions I understand but when

9:19:05

you pull out so many resources for such a long period of time that causes the crime to be or the

9:19:11

conditions that cause crime to exasperate so gentlemen I'll say this when you say resources what I understand

9:19:17

you to say are in large Park private businesses leaving the city of Jackson for other areas no

9:19:24

federal funds that come to the state of Mississippi come through your Planning and Development District okay and are

9:19:29

routed through your urbanized area for this District okay and you mentioned Merit Health which is a private

9:19:34

Corporation so that's that's where I was going with that well if you expand Medicaid then we can keep hospitals here which I was referencing the point

9:19:41

right okay so what I'm saying is as much interest in in time and effort and

9:19:48

attention that's been put on the ccid bill or the expansion bill that's before

9:19:53

us would you also commit to that same time attention antenna to working on the

9:20:00

conditions that cause the crime in the first place because if we don't stop these conditions from happening you're

9:20:05

going to have a you're going to have almost a genocide over the next 10 to 15 years in Jackson no matter how much you

9:20:10

try the cases but you're not we're not focused on the conditions anything that can make Jackson safer that can provide

9:20:17

more they can improve the private sector economy which creates opportunities inside the city of Jackson I'm in favor

9:20:24
of and I'm telling you if if Jackson doesn't get a hold of his crime problem and the backlog in its Judiciary that

9:20:31
goes hand in hand with that Law Enforcement issue then if I'm a

9:20:37
businessman and I've got millions to invest somewhere I'm not coming somewhere where my employees are going

9:20:43
to get carjacked leaving the parking lot once a week I'm not doing it so we it I

9:20:49
think they go hand in hand and I hope you may not agree with me but the spirit of where I'm coming from with this bill

9:20:55
is to assist the city of Jackson and Hinds County and helping providing for a safer capital

9:21:01
city one more question Mr gentleman Mr chairman um why is the chance to record

9:21:08
included sir why is the chance to record included in this bill well

9:21:14
if you notice the gentleman we removed several of the uh several of the authorities or excuse me

9:21:21
not authorities but several um types of jurisdiction over or jurisdiction over several types of causes of action that

9:21:27
the Chancery Court normally hears adoption minors business Estates

9:21:32
bonds and so forth but we really left in their uh General

9:21:37
um Equitable powers of the exchange record is given under the Constitution and probably land matters to some extent

9:21:45
there may be a need I mean somebody may need to may want to file um an action there under the Equitable

9:21:52
powers or there may be a declaratory judgment type action of something that something that accrued inside the ccid

9:22:00
so there may be a reason to have Chantry you know limited chance for jurisdiction

9:22:05
in this inferior Court thank you Mr chairman is there a phase

9:22:10
four because this is by the third iteration of ccid advancements that's

9:22:16
happened since this build has been adopted years ago is there a phase four in the works I don't know gentlemen this

9:22:21
is the only bill before me uh before my committee so I can't answer that
9:22:27
um as far as what this body would do in the future I I don't know I can't answer that either that'd be up to a future legislature
9:22:33
thank you Mr Jim thank you thank you Mr Speaker gentleman from forest Mr Watson
9:22:40
if the chairman would yield thank you Mr Speaker be glad to yeah I'm trying to ask a question that hadn't been asked
9:22:46
before and I believe that this is perhaps one of the longest debates that
9:22:51
I have been engaged in since I've been a member of this body but could you tell me how long is that gentlemen I need to
9:22:57
make sure I make note of that that that's 43 44 years congratulations uh who selects the Chief Justice of the
9:23:06
Supreme Court uh gentlemen the Chief Justice serves
9:23:11
according to my knowledge based on seniority the Justice who's been there
9:23:16
the longest becomes the chief and that is statutory uh I actually couldn't tell you if it's
9:23:22
statutory or in the Constitution but that's that's existing law okay I did want to clear up one point that you made
9:23:28
gentlemen and that is that uh justice King is third in seniority uh justice uh
9:23:36
kitchens is second and Senior heart and I then I stand to be corrected there thank you sir yes sir
9:23:43
lady from Jones Miss Scott
9:23:53
thank you Mr Speaker with a gentleman you yes ma'am okay gentlemen we've had a long
9:23:58
discussion about violent crime in Mississippi and violent crimes
9:24:03
specifically in Jackson Mississippi were you aware that Empower Mississippi
9:24:10
released a new report on violent crime in the state of Mississippi
9:24:16
who Empower I have not seen that Mississippi I haven't studied it I may have seen it generally but I haven't
9:24:22
studied it and and were you aware that the report was entitled violent crime in Mississippi

221

9:24:27
a data supported analysis of evidence-based Solutions
9:24:36
okay and were you aware gentlemen that the senior advisor
9:24:43
Forest thick pen discussed that crime affects everybody
9:24:49
directly or indirectly but to quote him he said we need public policy Solutions
9:24:58
that are based in evidence not just ones that sound right on the surface otherwise
9:25:04
we spend a lot of taxpayers money and it doesn't actually reduce
9:25:10
violent crime were you aware of that am I aware of what that fire stick pen made those
9:25:17
statements I neither knew it or didn't know it it can either confirm it or deny
9:25:23
but if you say it's true then I'll take your word for it and gentlemen the report
9:25:29
and I'm just going to tell you I know you say you're not quite aware but the report examined where the recent
9:25:35
criminal justice reforms adopted by the Mississippi legislature
9:25:40
contributed to spikes in the state's violent crime rate by comparing Mississippi's Trends with
9:25:47
those seen in other states were you aware that uh foreign had that in his
9:25:53
report okay okay and then they made a few
9:25:58
recommendations as to how we needed to address violent
9:26:04
crime in the state they talked about gentlemen that we
9:26:09
needed to focus limited The Limited law enforcement resources
9:26:14
on the most serious offenses and we needed to address mental health and
9:26:19
addiction issues at the community level well had anybody had anybody discussed
9:26:26
that with you from Empire Mississippi what page is that on uh it was in the uh you can Google it the report is named uh
9:26:33
report on violent crime in the state of Mississippi okay and it
9:26:39
was uh done by uh Forest thick pen and Empire Mississippi I'll Google it but tell me

9:26:45

what page what you're referring to is on when I Google it I can do it the article is going to come up gentlemen it's just

9:26:50

three pages then it talks about you want me to read the whole thing

9:26:56

I think it would be beneficial since we got a bill up here before us that's talking about violent crime

9:27:03

and one of your uh staunch supporters in power Mississippi is recommending that

9:27:11

uh what we have been doing in the past that's what they said that these are their words that

9:27:17

um what the legislature has done uh has contributed to spikes in the

9:27:24

state's violent crime rate that's what Empire Mississippi said the last thing gentlemen they asked us

9:27:31

to do are you to consider or somebody is that they thought to change the

9:27:37

trajectory of violent crime in Mississippi we needed to prepare people with job

9:27:42

skills life skills mental or addiction treatment while they

9:27:49

were in prison they found that most people who commit crimes after leaving prison do so within

9:27:55

the first year often because they go back to the same circumstances that they left

9:28:01

without the knowledge or skills or mental health to lead a different life and then they say that the full report

9:28:08

is available online at Empower Mississippi I just thought I would share that with

9:28:14

you gentlemen because everything in this bill is not talking about anything that

9:28:21

in power Mississippi said and they put out a report

9:28:27

violent crime in Mississippi a data supported analysis

9:28:34

and evidence-based Solutions thank you sir okay

9:28:39

Mr Speaker at the proper time I'd like to ask for to be able to extend more than 100 words in the journal for

9:28:45

remarks yes lady thank you okay I don't see any further questions

9:28:51

on the bill I've got an exhaustive list of individuals who wish to speak on the
9:28:57
bill we will go to that at this time I believe the gentleman from Madison Mr
9:29:03
Blackman you're recognized him
9:29:27
how many of you uh seen or heard of a movie called Birth of a Nation
9:29:35
what we're visiting here today with this bill is a good reminder of
9:29:41
that movie that movie portrayed what would happen
9:29:47
when you have blacks in charge politically it showed buffoonery
9:29:54
it shows individuals Meandering around without any common
9:30:00
sense of thought they couldn't govern themselves
9:30:07
the problem is is that there were those who took that move as being reality
9:30:16
and after that movie they used that movie as an excuse
9:30:24
to start the end of reconstruction blacks didn't know how to govern once
9:30:30
they were given power that's what we're witnessing here with
9:30:35
this bill only in Mississippi
9:30:41
where we have a bill like this with our history where you say solving the problem is
9:30:47
taking the boat away from black people because we don't know how to choose our
9:30:54
leaders and that's the problem and the Trojan horse that has been
9:31:00
brought forward in this field is called cry it's we have a crime problem here in
9:31:07
Mississippi in Jackson Mississippi and this bill will help solve that crime
9:31:13
problem they talk about violent crime and I I
9:31:20
read to you earlier the crime stats about some of the rest of Mississippi
9:31:27
Jackson Mississippi does not stand alone in Mississippi because of a Mississippi social economic
9:31:34
discrimination and problems caused that all spreads across this state
9:31:42

224

and the crime staff to bet it out this is a a property Grail a land grab

9:31:53

in this bill because they said it's the state of Mississippi can do better one elected official in the Supreme

9:32:00

Court can find the best and brightest Minds all around this state because they

9:32:05

don't exist in Hinds County I thought we'd gotten past that

9:32:12

I'm old enough to know and understand that the right to vote

9:32:17

it's not always been ours and perhaps I'm a little more sensitive

9:32:23

to the idea of the Dead vote can be taken away it's time for a memoriam now

9:32:30

because some of us have forgotten Reverend Joyce Lee Willie Bailey

9:32:37

Reverend Joyce Lee gave his life for the right that we have now that is about to

9:32:42

be taken away because this bill is going to pass make no mistake about it we'll be back in the fair courts again

9:32:49

doing what we were doing in the 60s 70s to get regain our rights again

9:32:57

Lamar Smith 1955. Herbert Lee

9:33:03

I know or Mary you know that name William Lewis Moore

9:33:08

people who gave their lives for the rights that we're about to take away from the citizens of Jackson Mississippi

9:33:14

Mega Evans James Earl Cheney

9:33:20

Andrew Goodman Henry Swanner Vernon Damon gentleman from Hattiesburg

9:33:29

Ben Chester White Benjamin Brown

9:33:36

Martin Luther King these names

9:33:43

plus hundreds and hundreds of others who died who suffered

9:33:48

to bring Mississippi from its treacherous past only to now face this evening this night

9:33:57

the passage of legislation that will take away that present right that those

9:34:02

men and women died and gave their lives before and suffered for

225

9:34:09
when I was 15 years old not old enough to understand what the right to vote for but I knew others
9:34:15
thought it was important when I went to jail in Captain Mississippi
9:34:21
but before they took me to jail they put me in a chicken poacher truck in July and left me on a parking lot for over an
9:34:28
hour so I get the message well I got the message if they thought it was that important
9:34:35
I thought too it was more important to me and to us this bill is a mark on the state of
9:34:43
Mississippi House Bill 20 will be forever remembered
9:34:48
for what it's doing to the citizens of the city of Jackson Mississippi and I will dare say to the citizens of the
9:34:54
state of Mississippi none of us will escape this tonight
9:35:00
you will cast your vote and you evoke along racialized because that's the way it is in this
9:35:07
body now oh matters of important matters of life and death we vote along racial lives
9:35:14
you want to hear some suggestions we rank last in every significant statistical category when it comes to
9:35:20
the health of our citizens how many people have died over the last 12 years
9:35:26
how many people have suffered because we will not accept the money that we will
9:35:31
rightly entitled to to enrich our health care System that's to cry
9:35:38
that's the crime people who died when they don't have to people who
9:35:43
suffer who they don't have to but yet we're here with this nice
9:35:49
soft sounding building this interior court it's not going to hurt anybody we're just going to find judges very
9:35:57
smart judges now from around the state we're going to let them come here and sit over over your people in Jackson and
9:36:03
they're going to sit in judgment over you well I'm going to close with this
9:36:09
James bonderman in 1903

9:36:15
a former governor of the state of Mississippi whose history is well known whose racist Legacy is well known

9:36:24
he said I'm going to cut to the chase y'all keep talking about how good this this this uh this Jim Crow is and how

9:36:32
it's helping everybody and keeping black folks happy and keeping them in the place I'm going to tell you what this

9:36:38
does there's nothing more than to keep the n-word out of politics

9:36:44
that's what James bonderman said and that's what this bill does now

9:36:49
it's going to keep the citizens of Hinds County out of their politics

9:36:57
but this is the national not the last word I spent the better half

9:37:04
of 10 years doing nothing but this kind of work going after the laws

9:37:10
of Oppression here in Mississippi now I won't do it for the next 10 years

9:37:15
but I'm glad there are young folk out there who will as one gentleman said the other day on

9:37:22
the steps of capital see you in court

9:37:32
gentleman from Heinz Mr crudup you want to speak on the bill

9:37:52
thank you Mr Speaker ladies and gentlemen of the house uh coming to you today

9:38:00
um as a third generation Jacksonian someone that has been here all of my life

9:38:05
parents were here Grandparents were here matter of fact when I got sworn in in 2019 my grandfather came here to witness

9:38:13
that only living last living grandparent you know when I got elected I thought

9:38:19
that we were trying to make this state better I thought we were trying to pass bills

9:38:24
they would try to make bring Mississippi forward but it seems like we continue to do things over and over again they drive us

9:38:31
backwards and bring more and more division

9:38:37
you know I try to treat everyone I come in contact with every day with respect and dignity

9:38:44

you know I'm not an attorney but what I try to be is a good Christian man that's why my grand my father my grandfather

9:38:50

taught me to be to try to treat everybody with respect and dignity now I'm coming to you today because I

9:38:56

don't think this deal is fair we're taking a section of Jackson and

9:39:02

going and expanding this into a more effluent area we're talking about dealing with crime

9:39:08

this is not really dealing with crime it's going to protect certain citizens and their rights but why do mother

9:39:14

writes to others now I live in a district South Jackson and Byram that to be honest we deal with

9:39:21

a lot of crime matter of fact I had to console a grandmother who had her carjacked like the gentleman

9:39:30

said he was not only her but actually had a gun pulled to the her grandson

9:39:35

nine years old and three years old but they won't be within the ccid

9:39:43

we got to deal with our own stuff now I'm not saying we need to expand it all over the place but what I referred

9:39:50

to earlier to the gentleman is why can't we come together at the Jackson delegation and decide what's best for

9:39:57

Jackson I don't think it's fair that we would go into Tate County Lamar County somewhere

9:40:04

else inside you know what this is what's best for that County all I'm saying is let us decide let us come together let

9:40:12

us make decisions it's going to be fair and help protect all the citizens of the Jackson and not just a certain section

9:40:18

of Jackson you know I want to be able to go back to

9:40:23

my constituents and to focus in my district and say you know what we want to have a safe City we want to

9:40:28

have a safe area we don't want to just go downtown and say okay safe down here it's always safe up North Jackson but

9:40:34

then in South and West Jackson we still doing the same things over and over again all I'm asking for is us to be fair

9:40:43
us to do things right and I'm asking you to vote no on this legislation
9:40:50
gentleman from Heinz Mr Bell speak on the bill
9:41:06
thank you Mr Speaker there's a um blue song by uh Bobby Blue Bland and
9:41:14
later sample by Jay-Z It's called The Heart of the City
9:41:22
and in that question in the Heart of the City there's a line that says Ain't No Love
9:41:27
in the Heart of the City Ain't No Love on this side of town
9:41:35
this piece of legislation is a clear example of no love for the
9:41:41
city of Jackson or its residents this is a simple incremental takeover
9:41:48
by the state of Mississippi not allowing its residents and the citizens of
9:41:53
Jackson to vote for their elected judge there are further issues that go on with
9:42:01
this piece of legislation we didn't get here by accident
9:42:06
there's been a number of incidents or pieces of legislation that have been introduced that talk about taking over
9:42:13
Jackson's assets one of the first when I got here was a school district
9:42:19
the second became the airport and now we're talking about our water system
9:42:26
being taken over by the state and now we're talking about the Heart of
9:42:32
the City ladies and gentlemen I know that you are
9:42:37
going to vote among party lines and how you feel about the city of Jackson but
9:42:42
as a resident of the city of Jackson who represents a portion of the city of
9:42:48
Jackson which this ccid encompasses is an issue
9:42:54
it's the issue because none of the members of the Hinds County delegation in the city of Jackson
9:42:59
nor on the Senate side as well were informed about this piece of legislation
9:43:06
the most individuals who have more concern about their areas which they
9:43:11

represent are the people that live within the city you cannot come into a community and try
9:43:17
to change it without having input from the community and we have not had that
9:43:23
and since I've been here it's been an issue with not understanding the values
9:43:28
that we have in the city of Jackson we are not incompetent
9:43:34
our judges are not incompetent our mayor is not incompetent
9:43:41
look
9:43:48
the gentleman from from Canton made a statement about the
9:43:54
1890s movie and it is reminiscent of Jim Crow
9:44:02
no I did not live in the era of Jim Crow but I certainly read about it
9:44:07
and I certainly understand while this may not be the intent of this legislation
9:44:14
but it damn sure feels like it look we are some hard-working people in
9:44:21
the city of Jackson and we love Jackson we don't take
9:44:27
things that we are not supposed to have we have asked for help
9:44:33
with our infrastructure we have asked for help with our water we have asked for help with our judges
9:44:42
we have asked for help and what we get
9:44:49
is pure theft and deception
9:44:54
because this legislation was not about a takeover with the city of Jackson it
9:44:59
was about helping the city of Jackson as I go to my seat I want to know
9:45:05
where's the love lady from Heinz Miss Summers speak on
9:45:12
the bill
9:45:34
thank you Mr Speaker we've heard from the chairman that he
9:45:42
likes to talk in facts so let's talk about the facts of this bill fact number one
9:45:50
House Bill 1020 violates article 6 section 153 of the Constitution of the

9:45:55
state of Mississippi that provides the judges of the circuit and Chancery course shall
9:46:01
be elected by the people and serve four terms fact number two
9:46:07
House Bill 1020 violates article 6 section 152 of the Mississippi Constitution that determines the number
9:46:14
of circuit and chance recourse in Hinds County according to its population and
9:46:19
the number of cases filed in other appropriate data fact number three
9:46:25
these cases would not be assigned by Hinds County Court judges like the
9:46:30
temporary Court judges that were put in place they will be determined simply by the geographic boundaries fact number four
9:46:38
House Bill 1020 violates article 6 section 156 of the Constitution that
9:46:44
states that the Circuit Court should have original jurisdiction in all matters civil and criminal in the state
9:46:52
not vested by the Mississippi Constitution and some other court fact number five
9:46:58
House Bill 1020 violates article 6 section 159 of the State Constitution
9:47:04
that states that Chancery Court should have full jurisdiction over matters such as Equity divorce
9:47:12
alimony Etc fact number six House Bill 1020 youth serves the
9:47:19
constitutional right of citizens of Jackson to elect qualified circuit and
9:47:25
Chancery judges to oversee matters in Hinds County according to the state's Constitution
9:47:32
fact number seven house bill and I hear you but these are the facts
9:47:39
House Bill 1020 will prevent judges elected by Hinds County voters from
9:47:44
handling certain cases involving citizens of Hinds County fact number eight
9:47:52
House Bill 1020 would exclude the Hinds County circuit clerk who was elected by
9:47:57
the people of Hinds County from performing their duties according to the law
9:48:03
would also prevent the elected district attorney from Prosecuting certain cases
9:48:10

in Hinds County now you cannot take out what has been

9:48:16

laid out in the Mississippi Constitution that we must follow

9:48:21

and then say we must disregard everything that's in the Constitution

9:48:26

the chairman also stated that the fiscal note for this bill will cost approximately 1.6 million dollars but we

9:48:34

like to talk in facts right fact is is that it's going to cost a lot more than that

9:48:40

because the fiscal note does not take into account the cost of support staff the cost of travel the cost of equipment

9:48:48

the cost of office supplies that you need to run a court in fact because of

9:48:54

the additional six percent added to this tax diversion we're going to be

9:49:00

diverting 20 million dollars into one targeted area of the city of Jackson

9:49:06

we're essentially rejuvenating the red lining maps of the 1960s and the 1970s

9:49:15

now if the capital city belongs to all of us which we've heard several times tonight then why are we not taking care

9:49:23

of the entire capital city where is the money to support the crime lab

9:49:30

this is a dangerous president president ladies and gentlemen it may be Jackson in Hinds County now

9:49:37

but it could be your city or your county next and it seems like today is attack

9:49:45

Jackson day but I tell you what Mississippi is still burning

9:49:50

and it's going to continue to burn until we take care of her people

9:49:56

now I'm going to speak to the citizens and the voters of the city of Jackson

9:50:02

we may lose the battle today but I want you to know that the people

9:50:07

of your Hinds County delegation have been fighting very hard against this bill

9:50:13

the victory belongs to God we have elections coming up this year keep in

9:50:19

mind what happens today thank you

9:50:28

232

gentleman from Heinz Mr Brown speak on the bill

9:50:55

my fellow colleagues I was pondering over what in the world

9:51:00

can I add to what has been said today and there's just one thing that

9:51:07

comes to mind initially that is when I joined

9:51:13

this excuse me what I do on this body

9:51:20

a few years ago I thought in my own mind that I was

9:51:25

joining a group of the best citizens in the

9:51:30

state of Mississippi now why did I surmise that

9:51:36

gee whiz I said to myself I'm going down to the Mississippi State Capitol

9:51:42

well well ladies and gentlemen down there are the best of the best coming

9:51:48

from all parts of the state I was proud to be a part of this group

9:51:53

black and white and I knew that we were all down here

9:51:59

for one purpose and that was to do the best for our citizens you know we do things

9:52:06

for our citizens it brought me to the realization that

9:52:13

sometimes politics gets in the way you know we've heard that

9:52:20

and I tell you right now since Ronald since the Trump was president

9:52:27

I have seen a segment about population

9:52:33

began to take wrong and make it right

9:52:39

I won't repeat that people now are taken wrong and you can know it's wrong and see it's wrong but

9:52:47

because of part of affiliation perhaps because of uh social values

9:52:54

because of uh alignment with different organizations what have you

9:53:00

they'll take wrong and make it right now what bothers me about that is the

9:53:05

233

fact that we got children then you know your children are looking at you when you're taken wrong and

9:53:12
trying to call it right you're confusing the children I know what can we train a child when you lying to him the child I

9:53:19
know you're lying to them but you say well I got to do this because of that and you know who made that popular I'm sorry to

9:53:26
say Trump he was the greatest one to do that but it's not about Trump today

9:53:32
and here's uh what I would like to say we know that

9:53:37
the delegation from Jackson the mayor and his group

9:53:45
the Hinds County Board of supervisor we all know what's best for the capital

9:53:52
city although we welcome your inputs I'm doing this because I have a uh a

9:53:59
dental appointment tomorrow and I don't want to be uh distracted from my

9:54:05
heartfelt comments today but the bottom line is we would like for

9:54:12
you to do what we think is best for Jackson since we live here since we pay taxes here since

9:54:18
we were raised here and just like Ronnie crudup I was born and raised right here in Jackson Mississippi

9:54:24
and I wasn't raised as a Prejudice kid up in

9:54:30
the tugaloo area when it was the country I was raised to love everybody so

9:54:36
race is not a motivation of mine and I don't think it's a motivation of most of our African-American uh Representatives

9:54:43
here you know a person's knowledge

9:54:51
is only as good as the source

9:54:56
I repeat a person's knowledge is only as good as the source

9:55:01
and here's what I would like to conclude we need some compassion

9:55:09
we need some understanding and we need some love as we debate this

9:55:14
10 20. as I said earlier overwhelmingly I've gotten many calls about this bill

9:55:22
black and white constituents and the majority of them the high majority say that we should not support this
9:55:30
particular legislation because the people don't want him
9:55:37
there was a man riding through the black of night
9:55:45
couldn't see his hand in front of his face a booming voice came from above
9:55:53
and told this writer right until the midnight
9:56:01
disembark from your horse camp out at this particular place
9:56:09
gather Stone from this spot and tomorrow you're going to be both
9:56:17
glad and say that a fellow took the order you know he
9:56:24
didn't know what it was all about but he did what he was instructed he thought it perhaps was God talking to him
9:56:30
anyway the son came up the next morning and the boy said mount up
9:56:37
and ride on and look in your pouch and see what you have
9:56:43
he looked in the pouch and guess what he was picking up tonight
9:56:49
stones rocks and he had the share of stones and rocks
9:56:57
in his bag but actually the stones and rocks were
9:57:02
diamonds and he said well I be doggone that's what that voice meant I would be sad and
9:57:11
I would be glad I would be happy well it come to find out that the Rocks were actually diamonds and he said well I'll
9:57:19
be the I got a few but I showed up with I had gotten more let's not be sad about
9:57:26
this ladies and gentlemen the decision we got to make tonight
9:57:31
let's honor the will of the majority of the people let's honor the will of the city of
9:57:38
Jackson and honor the wheel of great long time
9:57:44
soldiers such as Ed Blackmon such as uh Mr Bailey over here
9:57:50

such as Deacon Watson let's make sure that we do the right thing and let's not go along with wrong

9:57:58

and call it right thank you gentleman from hides Mr Banks speak on

9:58:05

the bill

9:58:24

thank you Mr Speaker ladies and gentlemen it's been a long day

9:58:30

it's been a long afternoon and we're still here and I have a few comments to make

9:58:38

you know it's I'm not going to say it right because I'm tired but you know there's a saying that you know they came for the

9:58:44

for the Jews and no one helped you know they came for the impoverished

9:58:50

and no one helped you know they came for the Christians and no one helped and then they came for

9:58:55

me and no one was left but I am happy to stay this evening it

9:59:01

has shown that the city of Jackson and Hinds County has some friends who have

9:59:06

stepped up and spoken for this city and spoken against House Bill 1020 and to those of

9:59:13

you I thank you on behalf of my constituents the city of Jackson that you have spoken up

9:59:20

you have spoken up and you have let your voices be heard and you have helped us carry the message about how we feel

9:59:26

about 10 20. ladies and gentlemen this is your capital city as many of you say

9:59:33

but this is my home this is the home where I grew up this is

9:59:38

the home where I was born this is where my relatives first came here about the year 1900 a few blocks from here less

9:59:44

than one mile and lived in the Fair Street district and became a postman and did other such

9:59:50

things but this is my home this is why I was educated where my relatives were educate cousins and family members and

9:59:56

constituents so this is not just the capital city it's our home and we love our home and no we don't

10:00:02

want to live in a place that has crime but we do have some crime

10:00:08
we don't want to live in a city with potholes and we dealt with that a few days ago
10:00:13
that we want to keep our potholes done potted we want to keep them what people did as you
have in other citizen places
10:00:21
so we want this city to improve but this city has gone through some changes since
10:00:26
I was a child and it's called white flight white flight flight many neighborhoods
10:00:34
that I knew not properly were all white and things happen
10:00:39
and the whites left and they became black they became minority African-American whatever you
want to call it but it
10:00:46
changed the demographics of Jackson changed and other things changed and it's still
10:00:54
changing and yes we want to improve it but we want to prove it the right way and you say you
want to help Jackson
10:01:00
about crying well I have had deals for the last 12 14 years to say we need
10:01:05
another Circuit Judge in Hinds County we got a crime problem it seems to grow we need another
judge we have yet to get
10:01:12
another Circuit Judge in Hinds County and yet to get another surgical judge in Hinds County
10:01:18
but here we have special judges appointed but they're
10:01:23
going to take on civil matters we didn't say we got a silver problem man we got a
10:01:29
criminal problem so why these judges getting civil jurisdiction
10:01:34
control over civil matter that bothers me that bothered me that bothers my
10:01:40
constituents that bothers our leadership that it's not just criminal it's silver
10:01:45
what's the deal they got 20 million dollars in jurisdiction 20 million
10:01:50
dollars a year civil cases what that's not the problem the problem
10:01:56
we say is crime let's deal with crime let's deal with the crime and it's the
10:02:02
general of matter said it's crime everywhere is crime all over the state all over this country we see
shootings in schools
10:02:09

we see Shooters in California we see shootings are over crime problem in America not just
10:02:17
Jackson not just businesses but in America and we need to deal with it
10:02:22
and in talking out four circuit judges here in Hinds County they said one thing
10:02:28
we could get some of these people out of jail hey into the penal system in the correctional system but you know what
10:02:35
we can't get them tried because the crime lab is backed up
10:02:40
the crime lab I want to tell you a coin I judge and you ask your judges back home in your districts
10:02:47
they have evidence that's being slow to process and the people that process it they leave and
10:02:54
then they can't testify when it comes to the criminal trial and it's slowed the process down so we can get
10:03:00
to new appointed judges by the Supreme Court but you know what they're gonna have the
10:03:06
same problem they're going to have the same problem getting stuff from the crime lab
10:03:11
and we got to deal with it you got to deal with it and we're going to do regardless of these judges past night
10:03:17
that's something that needs to be dealt with by this legislature and then we talked
10:03:22
about all the federal judges are appointed they are appointed but with advice and consent of the
10:03:28
sentence we got two men that are going to be appointed from somewhere in Mississippi with no advice and consent of the senate
10:03:36
or anybody else if we have the Chief Justice says I don't like facts it's
10:03:41
males to me but you know Court's going to be across the street annual football the court is going to be
10:03:48
across the street in the Wilford building you have criminals over there people accused of murder carjack whatever
10:03:55
across the street you got whole floors 12 14 15 floors of city of state workers
10:04:02
and downstairs you're gonna have what criminals and they're gonna have to keep them safe
10:04:08

they don't escape and get out and do something to the staff people over there or whatever that's not the place for a

10:04:14

courthouse in my opinion living here in the city of Jackson you know we talked about the money

10:04:21

the money where else do you know what the city of Jackson is going to lose income

10:04:28

lose income so we can have judges that are hearing civil cases

10:04:33

civil cases you know criminal cases maybe maybe so but criminal cases come on guys that's not right

10:04:40

that's not doing us right we don't have a civil Pride again we have a criminal problem

10:04:47

but you know it's tough it's tough in here but I want to thank

10:04:52

this gentleman for doing one thing he saved you some time tonight

10:04:57

I'm gonna tell you I'd saved you some time because he reduced that deal from a thousand Pages down to 40 pages because

10:05:04

if you remember if you were here but we had some legislation deal with the take over the out to the airport I sat there

10:05:10

and made the motion made your request hell to be bill red it was like a thousand pages and I was going to do

10:05:16

that tonight I don't care what time to clock round out to me but I'm going to sit there and do it as I did it before but he changed

10:05:23

it so I don't know what all because I had a chance to read all thousand pages but I think could jump up doing that and

10:05:29

saving them some time and save me some time too but you have to be determined as a legislator to fight and stand up

10:05:36

for what you believe in and do what you believe in and this is what I believe in I'm not happy with

10:05:44

this bill I'm like the other Germans we know you're gonna probably vote for it but it's gonna wind up in court

10:05:49

we're going to spend millions of dollars or whatever on some attorney fees if Dunbar this with that one whatever but

10:05:56

let's do it you know they gonna get money off of it but that's how it goes here in Mississippi

10:06:01
but as my predecessor said too we can do better we can do better thank you for listening
10:06:10
gentleman from the floor Mr Osborne speak on the bill
10:06:28
uh this is this bill reminds me of what happened in in say 1948 when I when I
10:06:35
was born and that was the year in which uh strong Thurman ran that for president as a
10:06:42
dixiecrat and the reason he was running for president as dick scratch because
10:06:47
the federal government was talking about expanding the rights of black people
10:06:53
and even though he he Thurman now this Thurman reminds me of a lot of people in
10:06:59
in this body they they came up here with all these racist bills and they swear
10:07:04
they are not racist they uh Thurman voted against every Civil Rights bill that ever came
10:07:12
up when he was in the Senate he voted against 1964 Civil Rights Act against
10:07:19
nineteen 65 Voting Rights Act but he swore that he was not a racist and I see the same
10:07:26
thing happening here these people come without come up with all these bills that are designed to take away the
10:07:33
rights of black folks and they swear that they doing it for some other reason but but I I've been here since
10:07:41
for 74 years and one thing I can do is recognize a racist when I see one and I
10:07:48
know it's racist leaders I know I know I know racism [Music]
10:07:57
gentlemen hold on let's have order no outbursts from the gallery please refrain from making any Outburst
10:08:04
or show of expression from the gallery you recognize Gentlemen please continue not racist actions when I see them and
10:08:12
this is racist bill what other why would you claim that you
10:08:20
are dealing with issues of crime and backlog in the court that you need some
10:08:27
more judges but why would you make these jerseys as important churches and why would you set up this Capital
10:08:34

District in the first place I see it as an area where races can come into
10:08:39
Jackson take uh brutalize black people and get
10:08:44
tried in this district with unelected judges and that's not far-fetched because a
10:08:52
couple of years ago we had a young man who was who was dragged behind a pickup
10:08:57
truck by some people out of Rankin County now they and they were tried in
10:09:03
homes in Hinds County before the elected judges and found not found guilty but
10:09:10
now they can come into Jackson brutalized citizens in this Capital improvement district and have virtual
10:09:17
immunity from prosecutors but if they were prosecuted they'll be prosecuted by
10:09:23
these and tried before these unelected judges so I see the secret in the
10:09:28
creating creating an area in Jackson where we have apartheid really being reintroduced
10:09:36
and this bill you know I I've been here 74 years
10:09:43
when I started school I think Brown versus Board of Education had been in
10:09:49
effect one year I thought I started school in 1955.
10:09:55
but I went to school through and segregated schools all my years in spite
10:10:00
of brown because these people in Mississippi ignored the law they would not come Mississippi has
10:10:07
never passed a Civil Rights bill listen to this house since I've been in this this in this
10:10:14
world but they've passed a bunch of bills that oppressed people and take away their
10:10:19
rights and that's what we're doing now I don't this this this bill is a
10:10:25
throwback to Drea Scott where black folks had no rights to block their whites were bound to respect even
10:10:32
though people get elected here they are their judges don't have the same power
10:10:37
as other jurors they can't try cases in particular areas in this in this
10:10:44
District here and and and the rights of black voters

10:10:49
is neutralized and minimized that would not happen if we had had the
10:10:55
1965 Voting Rights Act in full effect but we don't so people come up with all
10:11:01
kind of measures to take away our rights and to oppress the black folks in
10:11:08
Mississippi uh I don't even know why we why I'm down
10:11:13
here frankly and people because like being that a clan rally with people with
10:11:19
suits on that's the only difference I see that's the only difference I see between these people here they wear
10:11:25
suits and rather than sheets and we every day
10:11:31
we get up here opens his body with prayer I wonder what God are these
10:11:37
people praying to they they open this body with prayer and then they come back and take everybody's
10:11:42
rights they don't take care of the poor they won't won't do anything to deal
10:11:48
with these failing hospitals we got people dying they
10:11:55
want more babies to be born I guess so they can die too
10:12:00
Mississippi has has some of the highest rate of infant mortality in the country what kind of people are these uh these
10:12:09
people have a demonic spirit and I don't I don't you know they've had
10:12:14
this since I've been in this world I'm just about tired of it frankly and I'm I'm I'm I'm I'm I'm frankly
10:12:23
I wouldn't care if I could say what was really on my mind
10:12:28
all right gentleman from Marshall Mr Faulkner you're recognized to speak on the bill
10:12:47
foreign thank you Mr Speaker
10:12:57
to the men and women of this distinct body
10:13:07
as we talk about this legislation today and about keeping our Capital City safer
10:13:15
Mr chairman mentioned on a number of occasions

242

10:13:21
about his attempt at carjacking some more members mentioned
10:13:27
about some unfortunate events that happened to them and that made my mind run back to 2015.
10:13:37
I was coming home from a black caucus event and when I ride home two young men
10:13:44
held guns to my head and robbed me at gunpoint but I thank God that I'm here to talk
10:13:50
about it today 57 years ago
10:13:55
on August 6 1965 then president Lyndon B Johnson signed
10:14:03
into law the Voting Rights Act that was arguably the most important
10:14:08
piece of civil rights legislation in the history of this country
10:14:14
it had an immediate impact on the number of African Americans with
10:14:20
registered voters particularly here in Mississippi after the signing of this act
10:14:27
ual voters here in the state went from six to about 50 percent
10:14:34
why is this important to mention today it is because when I look at this bill
10:14:43
it gives me a grand reminder of what as a people we find ourselves
10:14:50
constantly fighting to protect and that is the right to vote
10:14:57
in my humble opinion I think that house bill 1020 is simply a power grab
10:15:06
this being Black History Month let's take a look at
10:15:11
some important dates in black history and let's call it
10:15:17
the fight for equality against the love of power
10:15:23
in the 1920s the housing discriminatory practice known as redlining was started
10:15:32
this practice gave birth later to the fair housing act of 1968.
10:15:41
the Civil Rights Act of 1964 prohibited discrimination in public places provided
10:15:47
for the integration of schools and other public facilities and made employment discrimination illegal
10:15:55

243

it was a most sweeping civil rights legislation since reconstruction
10:16:02
August 6 1965 voldemites Act was signed as I
10:16:07
mentioned into law this piece of legislation outlawed the discriminatory voting practices adopted
10:16:14
in many Southern States particularly Mississippi after the Civil
10:16:20
War when we look at these important dates and times in our history all of these
10:16:27
events was born out of fighting for equality and against the love of power
10:16:33
and control being a military veteran allowed me to
10:16:39
share this commentary and bring my comments to a close for the last 12 months or so
10:16:46
the great people of Ukraine has been fighting to defend their Homeland
10:16:53
against an unprovoked war of a dictator leader named Vladimir Putin
10:17:00
he has tried to offer many reasons as to why he invaded Ukraine but they all has
10:17:07
been unfounded the real reason that he invaded Ukraine
10:17:12
was for a simple control of power or power and control
10:17:19
House Bill 1020 has been brought forward under the false pretense of making Jackson a safer place
10:17:27
again the real reason is simply for power and control
10:17:34
I'll finish by saying this if Power of Love
10:17:42
was stronger than the love of power this legislature
10:17:48
the state nation and entire world will be a better place for all of us
10:17:55
I'll be voting against this bill and I asked that you just do the same thank
10:18:00
you gentleman from Washington Mr Hines speak
10:18:05
on the bill
10:19:46
viciously we went from a thousand page bill that
10:19:52
stripped everything everybody had in this particular County

10:19:58
just to get some judges to do what they want them to do
10:20:03
but we can't get Quality Health Care you ride up and down in this
10:20:09
[Music] health issues we can't get a dollar for
10:20:17
we can't find a bed to put them in but we can rewrite history
10:20:24
to give some folk a little bit more power you got juveniles in this community
10:20:33
that don't have a part to play in because the resources are not there
10:20:39
and what you expect them to do my pastor you tell me
10:20:45
are out of mind is the devil's workshop
10:20:50
when I was growing up you could find somebody playing ball on every corner
10:20:56
trying to have an activity to do we can't get a dollar for those kind of
10:21:03
programs now nobody is talking about the four people
10:21:10
who have been murdered by the Capitol Police
10:21:15
and has been hid under Corner nobody's talking about that and not a body camera a piece of family
10:21:22
show what is taking place and they've been told not to say a word about it
10:21:29
now I'm an old Soldier oh Warrior and sometimes you just have to put the
10:21:38
take the mud off your cleats and get down and dig a Little Deeper
10:21:45
you need to dig deep enough to realize what this is really about
10:21:51
there's nothing fair in this whole process that we went through today
10:21:58
nothing Fair nothing not a word of it
10:22:03
but when you leave here tonight when you ride down
10:22:09
High Street or you go down State Street or whatever you're gonna see someone
10:22:14
walking the street who's homeless whose military can't get medicine don't
10:22:20

even qualify for Medicaid and all we have to do is change a few percentage

10:22:26

points but you ride high and mighty and talk

10:22:31

about I did something good that we made Jackson safer it is a travesty

10:22:39

that you don't put the resources in place to ensure that children can go get

10:22:44

their teeth fixed and you have quality eyeglass on their face but you can put some more money to get

10:22:52

some police officers to make a certain set of folks feel better that's a shame

10:22:58

that's a shame it's a shame that we have to sit here and have a discussion about this and we

10:23:05

got children who don't have food to eat you got folks living in their cars in

10:23:10

this community and yet and still nobody is pushing a

10:23:16

dollar from the leadership down to the janitor to ensure that these people have

10:23:21

somewhere to stay but you're going to make Jackson safer

10:23:27

you want to make them safer but you ain't putting no resources in play

10:23:32

at all or we can't afford that what's the physical note on that we can't do that

10:23:38

ain't nobody said nothing about how much money in their own term that it's gonna count

10:23:44

38 hospitals about to close

10:23:50

I got a niece that's pregnant right now we are terrified that she won't have anywhere to have her baby

10:23:56

because the resources are not there for neonatal care

10:24:03

and if it's impacted my home I know it's impacted somebody else home but some of us got good insurance

10:24:10

but the lady that worked at the gas station down the street who put in 38 hours a week who show up on time and the

10:24:17

most Dependable worker they got can't ensure her children

10:24:23

she does not even have health care but we want to make Jackson safe if you really want Jackson's safe put

246

10:24:30
your resource in place where we can put Mental Health Services in place where we can have quality housing for people
10:24:35
where we can insure children and what we can make sure kids got somewhere to go and playing something to do
10:24:43
we ain't doing it we have not done it at all
10:24:50
what we have done is find a way to do what a few folks want to do
10:24:56
so they can get some money in their campaign accounts and so they can run for their next
10:25:01
office and so they can do some other things that has nothing to do with improving
10:25:07
the quality of life it's a shame it is a shame
10:25:14
now some of you gonna leave here offended upsetting man
10:25:22
but to coin Michael Jackson you really need to look at the man in the mirror
10:25:28
because the man or woman in the mirror could have done something different with
10:25:34
this one we could have done something a little different
10:25:40
how about let's work on trying to improve the quality of life for those folks who can't improve it on their own
10:25:49
just a little something different now some folks say money don't fix everything
10:25:54
but I know it's so help so let's put some money in health care let's say them 38 hospitals about to
10:26:01
close let's establish a burn center let's improve quality
10:26:08
Community Mental Health Services let's make sure that the addiction problem that young adults and females
10:26:15
and children have is resolved let's do the kind of work that we're sent here to do and stop piggybacking
10:26:23
off somebody else's agenda that has nothing to do with improving the quality of life or for us
10:26:30
can we do that for a change and we really act like we care for a
10:26:36
change and we listen look in the mirror and say I did
10:26:42

247

what I was supposed to do today and prove the quality of life now some of you gonna say yeah I included what life for Eastover

10:26:51

yeah you helped you helped the folk who didn't need no help

10:26:58

come on y'all we better than this I know we better than this

10:27:04

deep down I believe that a hundred percent of the 120 119 of us in here we

10:27:11

are better than what we are showing again we end up being the laughing stock

10:27:19

of America based upon our actions here

10:27:26

how do people view US some of you want to serve on national boards and National organizations and

10:27:32

stuff and the folks out here come to folk from Mississippi

10:27:37

because the stuff we do here it appears for us to be backwards and we're not like that

10:27:44

we are better than what we are Distributing showing today

10:27:50

we have to be the future of this state depends on us

10:27:55

being better than what we're doing and we ain't doing it y'all

10:28:03

now I'm gonna vote against this bill I got you Mr Speaker and I'm voting against it because I want

10:28:11

to see Health Care that was a real problem of mental health in this state and the 20 million or the

10:28:17

30 million or whatever they can finish putting that complex could show help some Community Mental Health Center okay it can show helping

10:28:24

neonatal Clinic

10:28:29

gentleman's times expire gentleman from Sunflower Mr Anthony speak on the bill

10:28:48

thank you Mr Speaker

10:28:54

just about everyone who studied our nation's history

10:29:02

will recall the rallying cry

10:29:09

of those American colonists against the British crown

10:29:16

that provoked the American Revolution those early Americans
10:29:24
were forced to pay taxes to King George
10:29:30
but had no say in their own governance
10:29:37
this issue is a strand in our national DNA
10:29:44
but taxing people while denying them a say on how their
10:29:50
money is spent it did not Disappear Completely from the fabric of our society
10:29:59
today this piece of legislation
10:30:04
does the very same thing those Draconian build
10:30:13
it would create a new court to oversee cases within the Jackson Capital complex
10:30:22
it will allow judges to be appointed prosecutors to be appointed
10:30:27
and none will be elected by those who they serve
10:30:34
and for this body but those who Pride itself on freedom
10:30:40
on Liberty and individual rights those
10:30:45
who want to have individual freedoms have now proposed to diminish the
10:30:52
freedom and the liberty and the individual rights of many jacksonians
10:30:57
who will be taxed but they will not have representation
10:31:03
this piece of legislation will rob the residents of our capital city
10:31:09
of their fundamental rights to elect his own judges and his own
10:31:15
prosecutors some of the core principles of
10:31:20
conservativism freedom
10:31:25
those who say they are conservatives they want limited government
10:31:31
the rule of law fiscal responsibility human dignity
10:31:37
and according to the conservative think tank the Heritage Foundation it says
10:31:42

regulation should be limited to those that produce a net benefit to the American people as a whole

10:31:50

they believe as many of you believe that government functions best when it's

10:31:55

closest to the most accountable uh to those people that they represent

10:32:02

for the power is shared between the states and the federal

10:32:07

government Ronald Reagan said

10:32:13

government is not the solution to our problem government is the problem

10:32:22

and this legislation causes more problems than it solves

10:32:28

it sets presidents for this body to implement this all over the state is

10:32:34

Jackson today but it may be true below tomorrow it may

10:32:39

be Oxford the next day it may be the coast because this body will not stay in the

10:32:46

majority the way it is now and one day when the roles change and the leadership

10:32:53

changes would you want this piece of legislation in your hometown

10:32:59

because it ain't no fun when the rabbit got the gun

10:33:09

this is an overreach of government

10:33:15

your conservative President Ronald Reagan said one day they will restrict your freedoms

10:33:23

he said one day they will restrict your history one day they will restrict your

10:33:29

safety all in the name of professional victims that do not understand the

10:33:35

consequences of their ignorance and that's what this body is doing today

10:33:42

that one day is today today we're picking on Jackson

10:33:49

tomorrow when the majority changes it may be your community oppose this legislation

10:33:59

General from Adams Mr Johnson speak on the bill

10:34:16

foreign as I sat there I actually thought I'd

10:34:23

said enough but uh when Ed Blackman spoke and

10:34:31
Solomon Osborne got up and spoke it touched something in me
10:34:38
because I don't think that people realize that what these men talk about
10:34:43
is not born out of a philosophy or what some leaders said uh or or or or
10:34:51
saying to him or read to him one day they don't come by the feelings and the
10:34:57
attitudes and the ideas that they have likely they come by it by experience
10:35:04
when Solomon Osborne says that I don't know that your suit is no different than a a
10:35:10
hood and a white sheet he doesn't say that trying to be cute he
10:35:16
doesn't say that he doesn't say that with lightly he says that because there's a man who's 74 years old who
10:35:22
who's who's whose experiences are born out of a struggle that taught him that
10:35:28
that's a life experience he doesn't look at you and think I hate you he looks at
10:35:33
you and says that is you represent a hate that's been born upon me
10:35:39
that's what he's thinking he doesn't look at you and say you're evil he looks at you and say what I see
10:35:46
is a representation of what's been borne out on me in my life
10:35:51
and the reason I know that is because that's mine I may not always express it the way he does but when I look at you
10:35:59
sometimes I feel that way and so when a black man or black woman stands up in
10:36:04
front of you and says this feels like racism to me it's not because they read it in a book it's because it's what they
10:36:10
have felt it's what they have experienced they don't say that to people that they serve within like
10:36:16
working with they don't say that to people they smiling sincerely shake their hands with every day because I
10:36:22
think what they want to believe they say that because this represents something that they have seen and experienced
10:36:28
before because you see just just so recently

251

10:36:34
when we talk about what government has done and hasn't done efficiently or what
10:36:40
government has done wrong we hadn't seen this body act on any of
10:36:46
that yet and the people who did the wrong were white
10:36:51
stole 95 million dollars from poor children
10:36:57
and this body had to say it one time let's take over that agency and make it
10:37:03
work right let's take those people out of office take the power that they have
10:37:08
to run that agency and take it and put it in the hands of the legislature so it can be done right and the only
10:37:15
difference we see is their whites and the mayor in the city council and
10:37:21
the supervisors in Hinds County are black so nobody nobody comes by that lightly
10:37:30
nobody wants to feel that nobody wants to look at that the majority of the people in this body I like
10:37:37
I respect I don't think are racist don't want to believe they are
10:37:43
but this piece of legislation represents something else a friend of mine showed me an article
10:37:49
where his grandson was up here paging and his his they asked him what did You
10:37:55
observe and what did you think he said the thing that I observed that impressed me the most was that I know that there
10:38:02
are Democrats and Republicans and whites and blacks but everybody seemed to get along
10:38:07
everybody seemed to be able to work together this is a child he didn't just talk about relationship he observed they
10:38:14
worked together this is not working together
10:38:20
that's not what this is you see when we see this it represents a
10:38:25
history not just the state of Mississippi the federal government they would create atmospheres and mechanisms where or
10:38:33
black neighborhoods and black where black people live would be disenfranchised we move in everybody

10:38:38
moves out we try to buy a house where you live then they will draw a red line somewhere
10:38:44
where you can't go in the financing becomes different for you that it becomes for me
10:38:50
that's a life experience when you see something as a legislator
10:38:56
in be to be made law it represents a life experience for you
10:39:04
and so we just just respect the idea that people like myself and Solomon Osborne black
10:39:10
but can't ignore that and what I describe they've seen far more violent
10:39:16
and far more tragic than what I'm talking about
10:39:21
they don't come up to this party Solomon's been up to this world maybe twice
10:39:28
the need to come when he comes that's how he speaks but I can tell you that's not that's not a
10:39:36
spirit of hate that's just the spirit of I'm tired
10:39:43
I'm just a little bit tired and I've been called up here to do some good and I want to work with you and see that
10:39:49
good being done and I'm just a little bit tired of not being able to get it done and I'm a little bit tired of
10:39:54
seeing this same old thing again
10:40:00
and I know that the chairman handle this bill bill I know him
10:40:05
been one of the best chairman for me to work with can sit down and reason with him and talk to him with just about anything
10:40:11
they've talked about this bill is better than it was it's still bad better than it was
10:40:18
you know that that's what we'd like to be able to do you know when people talk about what they care about
10:40:24
I know you've heard it and I hate to keep beating the same drum but you know we spent years trying to
10:40:30
fully funding me AEP we still hadn't funded it we spent years trying to provide infrastructure for schools where
10:40:36
they didn't have it we still hadn't done it that's care

253

10:40:43
and and I and you know I I don't say it tongue-in-cheek but I have been I've been here 30 years
10:40:48
and I have seen the city of j i I know when it became the attitude about Jackson I witnessed when the attitude
10:40:55
about Jackson began to change and look look I don't talk about I I don't use
10:41:00
race as a crutch to talk about and make my argument I try cases for a living I if I if all I could do was talk about
10:41:07
race I'd never get you to help me do anything I know what an argument ought to sound like so this we don't talk
10:41:13
about race because it's convenient we talk about race because it's factual for us and so when I say that in 1997 when I
10:41:21
was serving in the Senate and Jackson got a black mayor and the black Mayors would come over here and talk about what
10:41:27
they needed a crumbling infrastructure and what hadn't been done and the neglect that had been placed upon this
10:41:32
city by past administrations and the things they hadn't done and this is what I witnessed was what I saw this is what
10:41:38
I uncovered when I took control of this city this is what I need some help with
10:41:44
and they looked at him as if he was a ghost
10:41:49
like he had no business being here and these were Democrats
10:41:56
she said I ain't talking about evil white Democrats looked at him like he was nothing
10:42:04
and so what I'm telling you is that's an experience that's what I witnessed so when I see a good chairman walk up here
10:42:11
with a bill that says you don't know what you're doing I know you've asked for money to do it
10:42:18
but I didn't want to give it to you because I didn't want to believe you knew what you were doing
10:42:23
so in lieu of giving you the money to fix your problem
10:42:30
I'm just gonna take your problem and fix it and never give it back to you
10:42:38

254

let me tell you another truth nobody's talking about there are a lot of things going on around Jackson the
10:42:44
people gonna make a lot of money on a ton a ton of it some of the people are in this building
10:42:51
they're gonna make money on it one Lake project and Two Lakes dead and
10:42:58
whatever it is whatever they want to work on but what I'm telling you is you know all this is part of a fabric and
10:43:04
all of us being used to weave that fabric for for a few and they use in the city of Jackson and
10:43:12
whatever whatever fallacies they may have in their leadership whatever that
10:43:17
may be not to mention that everybody has it you can go right next door to Pearl or Brandon
10:43:24
and and God forbid Madison originally you can go they got fallacies in their
10:43:31
leadership too they got false they got problems they come here and ask for help with their problems they get it
10:43:37
I've watched I've witnessed it I I'm telling you I'm not saying this because I read it on making it up what I'm
10:43:44
telling you is I have witnessed it and so when we talk about what it is
10:43:50
that we need to do and the real concern show us the concern
10:43:56
sit down you know it seemed to be lost on people that every member of the Hinds County delegation is asked have you
10:44:02
talked to anybody in the delegation think about how many times you've seen that happen
10:44:08
in fact whenever we have bills that people ask for money and they want something done or they doing something drastic or something something
10:44:15
Monumental like this the first thing the leadership in this house
10:44:21
this leadership has always said the first thing they say let's sit down and talk to the delegation
10:44:27
how do y'all feel about it because and I've heard them say cause I'm gonna tell the delegation
10:44:33
I don't like it but first they want to hear from the delegation do I get to 10 what
10:44:42
two you got about 10 seconds don't I don't get two more no sir
10:44:47

well this is what I'd like to say so here's the deal let's get back to what we've been sent here to do let's

10:44:53

try to take care of the people who elected us Let's Help the people we serve with the Hinds County folks take

10:44:59

care of the people who elected them sit down and talk to them see if we can get this done and get it worked out because

10:45:05

that's not because that's my idea because that's the speakers I did that's where he always operates that's the way

10:45:12

the chairman of ways of means always operates I'm just asking to do it

10:45:17

for the people that look like me because I've never seen him do it for

10:45:22

the people who look like you never seen them treat you like that so I'm just asking for the same

10:45:27

treatment that's all these people are asking for thank you for your time

10:45:33

okay gentleman from Harrison Mr Holland you're recognized to speak on the bill I have no one else I think that's

10:45:40

exhausts my list for um members to speak on the bill is there anybody

10:45:49

you recognize gentlemen 10 minutes right you're recognized okay I'm gonna take five minutes to sum

10:45:57

all this up one thing we do we look at ourselves we ask ourselves are we Mississippi

10:46:03

are we Mississippi everybody who got up here they pour their heart out to the body

10:46:11

who some got their mind made up some they might change some want to do the right thing but not gonna do the right

10:46:16

thing because they're in an election year and they got to go back their constituents we sit down and we say how do we make

10:46:24

this right how do we divide this city how do we bring this city back how do we make this whole but I'm telling you sitting here and

10:46:30

listening to these senior seniors and coming from War I don't think there's nobody in this house who ever

10:46:36

serve in a shooting World longer than me I don't think there's nobody in this body who ever walked a 18 year old white

10:46:44
Caucasian male two months after he graduated high school off of Battlefield then me
10:46:52
so when it comes to strategic initial strategic planning you really need to think what you're doing and how are you
10:46:57
setting the Precedence going forward we can walk back civil rights we can talk about this we can talk about that
10:47:04
but how many y'all did follow-ups when the crime in Jackson it didn't have to happen like this overnight how many
10:47:10
people work with them how many people pulled bills back and some of y'all just gonna hurt you more than it hurts the
10:47:15
African-Americans because majority of the African-Americans in here right now do not need this position or job to
10:47:21
maintain their quality of life and if you need this position to maintain your choir to life and you vote
10:47:26
the way you vote to maintain your car to like to keep your position you really need to check yourself if you're not here for the will of the people
10:47:33
a lot of people got up here and they screamed that yeah they come from the bottom of their heart I'm not going to do that I'm gonna tell you look at
10:47:39
yourself look at your grandkids we're in a different Dynamic we're in a different place in the world
10:47:45
but I think about back when the in World War II when the
10:47:50
African-Americans went to the president at that time I literally begged on the fight for a country that did not fight for them
10:47:56
I'll think about the time during the Civil Rights era when people who fought in Foreign Wars came back and they got spit on and got their eyes gouged out
10:48:03
but they still fought for this country they ask yourself are you fighting for Mississippi are you fighting for
10:48:09
yourself every Bill we talk about we talk about it haven't happened in Mississippi but we're going to make sure don't have it
10:48:15
Mississippi won't get ahead of this are we really doing this for Mississippi are we doing it for ourselves

257

10:48:20
and I'm gonna end with this the things you do today will lay the
10:48:25
foundation where you sleep at tomorrow because if you're not really for all people Mississippi you're not really
10:48:31
from yourself because you are a Mississippian so this bill may go through and it's
10:48:36
going to go through but whether the triggers are the mechanisms in place to make sure you give Jackson back to the people of Jackson or this or end-all
10:48:43
be-all Bill and y'all have a great day
10:48:49
recognize the chairman to close
10:49:00
so I get the fun job of having to close after all of that where in the world do I start
10:49:07
I've been sitting there for the last several hours thinking just that where in the world do I start
10:49:14
I could talk about integrity you know I was told when I was younger
10:49:20
that Integrity is doing the right thing when no one's looking the opposite of integrity
10:49:28
showing out is what some people do when they have an
10:49:33
audience I don't have an audience here
10:49:39
I'm trying to do the right thing I could talk about hypocrisy
10:49:46
if I want to talk about hypocrisy I might hold up the 2017 House Bill 1226
10:49:52
vote we're in the only nay votes except for one
10:50:00
we're all Republicans which means that every Democrat in this body voted for ccid to start with
10:50:07
I might further talk about how a former member of this body at the time when we voted on a ccid bill in 2017
10:50:16
openly lobbied to be appointed as the judge over the ccid now that member no
10:50:23
longer lives here but is a former member of the Heinz delegation some of y'all know exactly what I'm
10:50:29
talking about but now I'm not going to talk about those things the one thing that kept coming to my
10:50:36

mind as I sat there for the last three hours or so taking my lumps
10:50:42

it's probably the best thing that I saw all day today and that was when one of the finest men
10:50:48

that I believe ever served in this body his grandson
10:50:53

the grandson of Leonard Morris stood right up there on that Podium when we started today and the smile on his
10:51:01

face and his sharp sports coat and I got to thinking about him as I was
10:51:07

sitting down and I thought that little boy is the future of this
10:51:14

state and guess what he don't look like me if we want to talk about race
10:51:20

but he's the future of our state and I got to thinking about
10:51:27

is his Capital City a safe place for him right now ask yourself that in your own hearts
10:51:34

you want to let that little boy go running down the street I don't think so
10:51:40

okay I also got to thinking does that little boy or his mama
10:51:45

or his grandmother when God forbid something terrible
10:51:50

happens to him or another person in this city are they going to be and those are they
10:51:56

become victims of crime are they going to be thinking God dang I got to go in front of a judge who's
10:52:01

appointed instead of elected no they're not
10:52:07

so so I'm not going to give you some long speech I'm not going to holler and
10:52:12

scream and put on a show every one of you in this body at some time or another has come to me since
10:52:19

I've been serving as chairman of ways and means and you've asked for something and I don't know one person that's ever accused me of not sitting down and
10:52:25

listening this is an idea this is something that I believe will help with the crime
10:52:31

situation and the backlog in the Heinz judiciary it's not a perfect measure
10:52:37

but guess what nothing we ever do in this body is perfect we're doing the best we can
10:52:44

if this bill was not perfect if it can be improved you get my word that I will stand with you to try to improve it

10:52:51

but I do think it will help and I'd ask you vote with me to pass the bill

10:53:01

the gentleman moves final passage question recurs on House Bill 1020 open

10:53:06

machine Madam Clerk you're in favor of the bill vote I

10:53:12

if you're opposed voting a has everyone voted it's everyone voted

10:53:22

close the machine Madam Clerk by vote of 76 years 37 news the bill

10:53:28

passes

10:53:36

announcements by the clerk announcements by the members

10:53:44

gentleman from Tallahassee Mr Rosebud Mr Speaker I have a motion to pop down

10:53:55

if I were to recognize you for a motion gentlemen what would that motion be most as late as um

10:54:01

is to hold this bill for reconsideration

10:54:09

gentleman's motion is to hold that bill on a motion to reconsider

10:54:16

we will do that gentlemen gentleman from Grenada Mr Horan

10:54:22

thank you Mr Speaker on yesterday's calendar item number 40 I want to change my vote from NATO yay

10:54:31

on yesterday what's that bill number John oh I'm sorry it's 12 17.

10:54:36

now asking you know it's a consent to that unanimous

10:54:42

unanimous consent we'll change the gentleman's vote thank you also as the senior gentleman from Lauderdale I asked

10:54:47

unanimous consent on uh I believe it's amendment number six to change his vote

10:54:53

from yay to Nay on 10 20.

10:55:00

he can't unders she can't hear you gentlemen senior gentleman from Lauderdale is best mate I was handling

10:55:06

his button today on 10 20 the bill we just argued uh amendment number six

10:55:13

from uh yay to Nay

10:55:19

lady from Lincoln Ms Curry thank you Mr Speaker I have

10:55:24

um an adjourning memory and an announcement I'd like to adjourn in memory of Mr

10:55:30

Jerry Boyd representative Randy Boyd's brother who passed away February 3rd and

10:55:37

I'd like to add all the house members if that's possible thank you lady we'll do that go by the

10:55:43

clerk's office if you wish to not be on there otherwise you will be added as co-authors

10:55:48

you recognize so like to call a Rules meeting upon a

10:55:57

German Rules meeting upon adjournment

10:56:02

gentleman from Heinz Mr stamps thank you Mr Speaker I request unanimous

10:56:08

consent to change my vote on House Bill 698 from May to present on today's

10:56:13

docket there's no objection we'll do that

10:56:19

General from Walthall Mr pigott you Mr Speaker unlike House Bill 280

10:56:24

read for the third time

10:56:30

we'll do that gentlemen thank you Jim from DeSoto Mr Hopkins

10:56:37

thank you Mr Speaker uh unanimous consent to change my vote on item five

10:56:43

House Bill 400 from no to yes

10:56:48

no objection we'll change the gentleman's vote lady from Harrison Miss Crawford

10:56:55

thank you speaker I have two requests um I asked unanimous consent to change

10:57:01

my vote on today's General calendar and item number six House Bill 412 from yes

10:57:07

to no and number 143 no I'm sorry I'm

10:57:12

sorry yeah number 143 House Bill 771 from yes to know also

10:57:19

change your ladies vote gentleman from Bolivar Mr Sanders

10:57:25

thank you Mr Speaker I like to have United's consent to change my vote from

10:57:32

nay to president on Bill 698 change of gentleman's vote gentleman
10:57:39
from Lafayette Mr Williams I'd like to change unanimous consent to
10:57:44
change my vote and my desk mates vote on House Bill 690 from yay to Nay
10:57:54
which decimate gentlemen right here
10:58:00
you're saying yes and your desk mate's saying no so I guess he wants a bad increase
10:58:13
gentlemen will change your vote we won't change any other votes we'll proceed gentlemen from Clark Mr
10:58:18
Smith thank you Mr Speaker on House Bill 1020
10:58:24
amendment number five I'd like to ask consent to chain my vote from yes to no
10:58:32
change a gentleman's vote a gentleman from Alcorn Mr Bain
10:58:38
just thank you Mr Speaker two things in adjourning memory and then an announcement uh first adjourning memory
10:58:44
I'd like to house during the memory of Miss Camille Borum uh she is 100 years
10:58:49
she was 100 years old she was the owner of the one the oldest drug store in Mississippi boreham's drug store in
10:58:55
Corinth Mississippi uh she died this evening secondly an announcement a lot of people have asked me about suffrage
10:59:02
bills uh gentleman from Pike Mr Porter is going to be handling the suffrage
10:59:07
bills this year the deadline to request for legal purposes the deadline to
10:59:13
request March the first so make sure you get those in uh to Legal before March
10:59:18
the first lady from Pearl River Miss Wilkes
10:59:24
thank you um unanimous consents you changed my vote on house yesterday's calendar House Bill 817 from present to
10:59:31
yes General from Heinz Mr Bell
10:59:37
thank you Mr Speaker I need to uh have United unanimous consent to change the
10:59:42
lady from Heinz behind me Miss Foster's vote to note on which bill on uh 10 20. I'm sorry

10:59:52
yeah gentleman from pipe Mr Porter thank you Mr Speaker I'd like to ask
10:59:57
unanimous consent to change my vote on item number one uh sorry the general calendar item number one house bill 510
11:00:05
from nay to yay
11:00:11
gentleman from Warren Mr Ford
11:00:18
I have a request to Read Insurance bills for the third time
11:00:23
all right give us those gentlemen can I take them up in a block we need the item number and the bill
11:00:29
number okay 71 House Bill 544 72 house bill 1084.
11:00:38
73 House Bill 1141 74 House Bill 1162
11:00:45
75 11 72 76 House Bill 1190
11:00:55
77 House Bill 1191 78 House Bill 1299 and then also
11:01:06
number 125 House Bill 521
11:01:13
we will do that gentlemen thank you sir Jim from Simpson Mr Wallace thank you Mr
11:01:20
Speaker I'd like to get some bills read for the third time uh number 54 house bill 16.
11:01:28
number 55 House Bill 1276 number 79 House Bill 1310
11:01:36
number 80 House Bill 241 number 81 house bill 1306.
11:01:44
uh number 120 house bill 552.
11:01:50
that is all sir we will do that gentleman from Jackson Mr Reed
11:02:03
gentleman from DeSoto Mr Hopkins yes Mr Speaker I apologize my desk mate
11:02:08
was right he inadvertently voted me um I need to change HB 690 on today's
11:02:15
calendar from yes to no
11:02:23
change a gentleman's vote from Lounge Miss McLean [Music]
11:02:28

thank you Mr Speaker I would like unanimous consent to change my vote on today's General calendar number six

11:02:36

House Bill 412 from yes to no

11:02:44

change the ladies verb gentleman from Apprentice Mr Turner

11:02:50

thank you Mr Speaker I have some bills I'd like to be able to read third time item number 68

11:02:57

10 30. item number 69 1041 item number 70 11 23

11:03:11

and item number 19 119. 880. thank you Mr Speaker

11:03:22

gentleman from Nashoba Mr bounds thank you Mr thank you Mr Speaker on

11:03:29

today's General calendar I'd like to have read for the third time item number 24 Hospital 697 in house item number 26

11:03:38

house bill 809.

11:03:46

what was that second one gentlemen item number 26 house bill 809.

11:03:53

we will do that gentleman from DeSoto Mr Creswell thank you Mr Speaker I'm going to pile

11:04:00

on with the red the third time ask that uh item 59 House Bill 768 to be read the

11:04:07

third time item 60 House Bill 519 be read the third time item 61 House Bill

11:04:14

875 item 62 House Bill 8 uh 985

11:04:21

item 67 House Bill 538 be read the third

11:04:26

time and sorry one more

11:04:33

General from gentlemen from homes Mr Clark

11:04:38

thank you Miss speak I like that whole item number 143 on the general calendar on the motion reconsider

11:04:47

143

11:04:53

. y'all if you could hold it down I Clerk's having trouble hearing members requests

11:05:00

we get you taken care of gentlemen from homes gentleman from Montgomery Mr Oliver

11:05:09

thank you Mr Speaker uh item number one on the Appropriations calendar House

11:05:14
Bill 605 like to have it read for the third time
11:05:20
we will do that gentleman from Lamar Mr McCarty speaker I've got a couple items I'd like
11:05:27
to be read the third time um item number 129 House built 365.
11:05:33
item number 130 House Bill 823 item number 131 House Bill 859
11:05:42
item number 132 House Bill 1000 item number 133 House Bill 1070
11:05:50
item number 134 house bill 1087. item number 135 House Bill 1150
11:05:59
item number 136 House Bill 1174 item number 140 House Bill 1228
11:06:08
and that's all gentlemen you don't plan to do all those bills do you we're going to do it
11:06:13
tonight if that's okay yeah we yeah okay we talk about it there hadn't been a motion to adjourn you
11:06:19
gentleman from DeSoto Mr Criswell
11:06:25
thank you Mr Speaker I missed one I see my chairman is up there telling homie I'd like to have it red for the third time
11:06:32
item 84 house bill 821.
11:06:37
thank you we'll do that and he did tell him okay any announce any other announcements I don't see any from the
11:06:43
members this time I recognize the gentleman from
11:06:50
Benton for the motion move the house then adjourned until 10 a.m tomorrow
11:06:56
you heard the gentleman's motion he moved the house down a journal 10 a.m tomorrow if you're in favor of the motion indicate of saying aye
11:07:02
opposed know the eyes have it house will stand adjourned until 10 a.m tomorrow

**Mississippi Legislature, MS Senate Floor - 8 February, 2023; 10:00 AM, YouTube (Feb. 8, 2023), https://www.youtube.com/watch?v=xuXC8qk4dFs**

**Transcript (auto-generated)**

6:22
Blackwell Senator blunt senator bowley
6:29
Senator Branning Senator Brian Senator both of the 36.
6:36
Senator Butler the 38. Senator Carter Senator Kaufman
6:43
Senator Chaz and all Senator Chisholm senator davar
6:51
Senator Delino Senator England senator fillingame
6:58
Senator Frazier Senator Harkins
7:03
Senator Hickman Senator Hill Senator Hobson
7:10
Senator Horne Senator Jackson
7:15
Senator Johnson Senator Jordan
7:21
Senator Kirby Senator McCann Senator McDaniel
7:28
Senator McLendon Senator McMahon
7:33
Senator Michelle Senator Moran
7:39
Senator Noah wood Senator Parker
7:45
Senator parks Senator Pope
7:50
Senator Seymour Senator Simmons of the twelve
7:56
Senator Simmons of the 13th Senator Sojourner
8:02
Senator Sparks Senator Suber
8:08
Senator Tate Senator Thomas
8:13
Senator Thompson Senator Turner Ford
8:19
Senator Whaley Sergeant Wiggins
8:24
Senator Williams Senator younger Mr President of Columbus president thank
8:31
you Mr clerk well the Senators and guests in the gallery please rise for the invocation to be given by Bishop Roderick Mitchell who's the pastor of
8:38

267

New Life Church in Cleveland Mississippi invocation be followed by the Pledge of Allegiance Senator Simmons Bishop

8:45

Mitchell good morning

8:50

gracious God our Father we enter into this time of prayer which is a moment of petitioning and praising you for this

8:57

day that you have made and we declare it to be marvelous in our eyes we acknowledge you according to your word

9:03

which declares Lord How Majestic is your name and all the Earth we acknowledge

9:09

you according to your word which says great are you Lord and greatly to be praised and your greatness is

9:15

unsearchable now father God you are good we acknowledge that in this assembly you

9:22

are steadfast and your love endures forever and your faithfulness is to all generations we thank you now father God

9:29

for your wisdom and we believe that this house of Senate of the state of Mississippi is open to your wisdom for

9:36

guidance and for your direction in the Affairs of our state which are before them this day we thank you for you are

9:43

The God Who guides this legislative body through the very darkest of times because you are our light and we thank

9:49

you that you are guiding them even now through the night times of our existence with your light from above this morning

9:57

as these men and women father have assembled here from the north south east and west of the state of Mississippi I

10:04

thank you that in their minds that you are the god of our wealthy and weary years show them the contentment that's

10:11

in you and provide them with your power your wisdom and your strength regarding

10:16

the upcoming deals that are being for them that are people are to be presented in this session we thank you for the

10:23

prosperity and the productivity and the good success of each bill that is agreed upon as difficulties as they do learn

268

10:31
from time to time remind them that you can move mountains and create opportunities Blaze the trail ahead of
10:38
these Senators with your might and wisdom for you are our shelter and hope now Lord in conclusion of this
10:43
communication between heaven and Humanity we acknowledge that you are The God Who blesses us in the midst of
10:49
joyful and Beautiful Moments you have brought to the state of Mississippi and brought us all the way to this very day
10:56
it is by your might that we continually are summons to your life keep us o God
11:01
not only in this session but in each day of each futuristic session in the path
11:07
of wisdom in the Name of Christ Our Lord we thank you today amen amen
11:23
[Music]
11:30
foreign
11:38
thank you Bishop Mitchell now to the reading of the journal
11:45
Senator polka recognized thank you Mr President I moved the Senate dispense with the email the journal senior most
11:50
expensive reading of the journal all in favor signify by saying aye aye opposed no the eyes have message and petitions
11:55
Mr clerk Mr President there are none thank you Mr Kirk committee report Senator poke your recognized as
12:00
president moved the Senate dispense with the reading of the committee report Senator suspense with the Ring of the committee reports all in favor signify
12:06
by saying aye aye opposed no the eyes have it finally the senator most excuse
12:11
me extra reading of the titles of bills and resolution Senator Pope here recognized thank you Mr President I move
12:16
the Senate dispensary reading of the titles of the bills and resolutions remove suspense for the ring of the titles of bills and resolutions all in
12:23

269

favor signify by saying aye opposed no the eyes have it thank you introduction of guest introductions

12:29

Senate Senator McClendon you recognize the introduction thank you Mr President uh today I'd like

12:36

the Senate to welcome in the north Gallery my baby boy from Hernando

12:41

Mississippi sander McLendon [Applause]

12:48

good to see you welcome appreciate your hard work in medical

12:54

school Senator Simmons for what purpose of the introduction man introduction thank you Mr President

13:01

I would like to introduce two great friends of mine Bishop Roger Mitchell and his first and

13:07

his wife first lady Helen Mitchell Senate please welcome them thank you so much for coming

13:15

other introductions other introductions okay Senator McCann

13:25

I'm sorry Senator horn yes thank you Mr President and they're

13:32

coming into the gallery right now um so we'll give them just a minute to

13:37

walk in but I had the pleasure this morning of meeting with the impact

13:43

homeschool School group that's comprised of homeschoolers young men and women who

13:50

are being homeschooled along with their home schoolers mostly their mothers uh

13:56

in the gallery with us today on the south in the South gallery and uh

14:01

they're here learning about government so I like all of the impact homeschooler

14:06

groups to stand up and wave to the Senate and have us make you welcome [Applause]

14:16

your Senate anyone else

14:22

seeing the senator pecan

14:38

thank you Mr President every year as we start getting ready for the Dixie national rodeo it is our privilege here

14:44

in this body to uh get to bring in a few of those people who are ambassadors to

14:50

Rodeo around the United States um we are fortunate this year to have all
14:56
three with us being the Miss Dixie national rodeo Miss Rodeo Mississippi and Miss Rodeo America as such Mr
15:03
President I would ask for four privileges for Miss Dixie national rodeo 2023 Miss Rodeo Mississippi 2023 and
15:10
Miss Rodeo America 2023 to come to the floor with our guests four privileges are granted
15:28
I would also ask for Senator younger's up here Mr Hickman anyone else that would like to be a part of this uh we
15:35
know that we have a lot of people who are very supportive of of these ladies and their their mission across the state
15:40
so if you'd like to be a part of this come on up before we start reading resolutions
15:46
anyone else okay Senator pecan all right Mr President I would ask for the
15:52
proclamation for Miss Dixie national rodeo 2023 to be read please read the proclamation
15:58
lieutenant governor C Delbert hoseman Jr is president of the Senate and Senator Tyler mcconn extend the recognition of
16:05
the Mississippi Senate to Rin Morgan algae now therefore lieutenant governor C Delbert hoseman Jr
16:12
as president of the Senate and Senator Tyler McCann to hereby extend the recognition of the Mississippi Senator
16:17
Ren Morgan algae of star Mississippi as Ms Dixie national rodeo 2023 and extend
16:25
to her our best wishes for future success scientists sixth day of February 2023
16:31
when will you come forward [Applause]
16:43
Senator McConnell Mr President I would ask for Sr 13 to be read please read the
16:48
title Senate resolution number 13 a resolution recognizing Jacqueline JD
16:54
Irvin of McComb Mississippi as Miss Rodeo Mississippi 2023 on the occasion
17:00
of the Dixie National Livestock and Rodeo Show now therefore be it resolved by the
17:05

Senate of the state of Mississippi that we do hereby recognize Jacqueline JD Irvin of Macomb Mississippi as Miss

17:12

Rodeo Mississippi 2023 on the occasion of Dixie National Livestock and Rodeo

17:17

Show and extend to her our best wishes for future success be it further resolved at this resolution to be

17:23

presented to Jacqueline J.D Irvin forwarded to the Commissioner of Agriculture and commerce and be made

17:28

available to the Capitol press Corps [Applause]

17:39

thank you Mr President I would ask for Miss Rodeo Mississippi to be able to uh have the

17:46

authority to address this Senate you recognize

17:51

hello everyone I am Jacqueline Urban Miss ready in Mississippi and I am honored to represent the sport of rodeo

17:57

in our state of Mississippi

18:04

[Applause] and last but not least ladies and gentlemen of this Senate you know that

18:10

we have been fortunate over the years to have multiple Miss Rodeo Americans unfortunately this one is not from

18:16

Mississippi but if you look around and you see the average we do pretty good and we're so glad tonight today to have

18:23

uh Kennedy Riggs Mr President I would ask for sr-12 to be read please read the title of the resolution Senate

18:31

resolution number 12 a resolution recognizing Kennedy reads as Miss Rodeo

18:36

America 2023 and welcoming her to Mississippi on the occasion of the Dixon

18:41

National Livestock and Rodeo now therefore being resolved by the

18:46

Senate of the state of Mississippi that we do hereby recognize Kennedy Riggs as Miss Rodeo of America 2023 and welcome

18:53

her to Mississippi on the occasion of the Dixie National Livestock and Rodeo be it further resolved that this

18:59

resolution be presented to Kennedy Riggs forwarded to the commission of Agriculture and commerce and be made
19:05
available to the Capitol press Corps [Applause]
19:16
thank you Mr President I would ask for Kennedy Riggs Miss Rodeo America 2023 be allowed
19:22
to address this Senate this Riggs you recognized good morning everybody thank you for
19:28
having me I know now at Southern Hospitality truly feels like and my belly is just as full as my heart but
19:33
I'd like to thank you officially as Miss Rodeo America from the professional Rodeo Cowboys Association and on behalf
19:39
of them as well for doing what you can to preserve all these principles and traditions that we try to preserve as
19:45
Rodeo Queens because they're unteachable outside of this industry and our society is hungry for these things that we get
19:52
to call so special to our hearts so please continue to do so and I feel very heartwarmed to be able to be here with
19:58
you today and here with you this week for the Dixie National foreign
20:07
as these ladies leave the floor if you'd like to take pictures with them we're going to be right around the corner and
20:12
uh and we thank you all for allowing us Mr President I yield the fight thank you congratulations ladies
20:19
thank you for being here okay next I think we moved to the calendar of the day
20:26
and let's see personal appropriations of Senator Hobson
20:37
foreign thank you Mr President I was concerned
20:44
that nobody would be here in the chamber after the rodeo ladies went outside for pictures but I actually moved item one
20:50
on today's calendar and have the title read please read the title Senate bill number 2664 appropriation advice certain
20:56
fiscal year 2023 Appropriations and direct transfers Senator Hobson make the usual motion Senator makes usual motion

21:03
to anyone objects all in favor say aye aye all of those no signs Abbott Senator Hobson thank you Mr President uh
21:11
Senate Bill 2664 is technical Corrections on various bills from last
21:16
session that need to be made this is a list of different funds that where the
21:24
the language wasn't right or there was some other glitch that needs to be corrected so I'll kind of go through an explanation of those
21:31
the first two uh first three sections of the bill deal with the funds that we
21:36
gave the 12 million dollars we gave for the law enforcement and firefighter premiums the program that we did there
21:43
was a reconsideration of the arpa language and how that was to be utilized so rather than using this from arpa
21:50
funds we actually are going to use lost Revenue funds which we had set aside
21:55
through arpa last year to fund that program to keep from having a violation in the
22:02
arpa language this also would transfer 12 million dollars from the coronavirus
22:08
State Physical Recovery Fund to the Corona virus State fiscal recovery lost Revenue fund uh section four was uh
22:17
we had thirteen thousand dollars in there for the autism board but the uh
22:23
it should have been twenty six thousand dollars in the language which is what we had put into the budget uh also funds
22:30
were provided autism before last session to this was from modernizing their computer system uh with the section
22:35
pertaining to those funds was not updated in the bill section five uh was
22:40
we mistakenly put general fund for um uh funds that had gone to
22:47
reappropriated for uh educational television Authority for maintenance and
22:52
upgrades for towers and that should have been Capital expense fund not general fund section six deals with
22:59
reimbursement of the funds that we put into the health insurance plan you all

23:05
recall we put 60 million to the health insurance plan to keep premiums from going up tremendously so the language
23:10
that we had in the Bill said administering um the the funds and it should have been
23:15
reimbursing the plan for eligible expenses incurred on or after March 31
23:21
I'm sorry March 3 2021 through the final expenditure as the date determined by
23:26
the U.S treasury section 789 deal with funds that were
23:32
set up in capital expense last year for DFA to administer we need to create a
23:38
new fund for the Mississippi ports Improvement fund and the Mississippi land water and Timber resources fund for
23:43
those those are all special funds and those will be those funds we should have created when we did that in the bill
23:50
section 10 was Administration expenses for other health department for the
23:56
local health care provider grant program in arpa and we need to allow them to
24:01
retain we forgot to put in for them to retain up to two percent of the funds for administrative expenses section 11
24:07
is extending a repeater on the educational facilities revolving Loan Fund extending that from July 1 2023 to
24:16
July 1 2026 section 12. this is something I explained in committee uh it
24:22
was language that we wanted to put in it's technically not a correction from last year but it's language for the
24:29
Department of Transportation you know some of the funds that we've used for Aeronautics rails and the like we didn't
24:36
have language in the bill for that although it's been utilized that way and I explained it in the committee and even gave the committee the chance to weigh
24:41
in if they wanted to do it now or do it in a separate bill and I I think the consensus in the committee was to go ahead and put it in here and this also
24:48
cleans up some old language from Dot's budget and then section 13 deals with
24:54

the transfer of 20 million dollars from the general education eef fund to the educational facility to
25:01
revolving Loan Fund and let me stop and explain this last year I explained it but I want to go back over this uh we it
25:08
for years taken 20 million dollars from the building fund and moved that money over to map that was the request of the
25:16
districts and the Department of Education what we did last year was to we just decided to quit doing that we
25:21
wanted to put money into the building fund and you recall last year we put 40 million into the building loan revolving
25:27
fund for districts to borrow up to a million dollars uh no interest loan for them to make repairs Renovations at
25:33
their schools and we we also intended separately to do the 20 million that we had been putting over the map in an
25:39
additional 20 million on top of that well when we made the transfer from the building uh fund over we didn't
25:46
get the language right so in effect and we're going to hear this later on today because we're going to have I hate to
25:51
tell you Appropriations members I need to call a meeting today uh we need to get our deficit Bill going and that's going to be in there but we we didn't
25:58
include the language that put the 20 million back into map we just put 20 million in and forgot to transfer when
26:05
we transfer the building uh fund out we had taken that 20 million and left it over here so we didn't move that money
26:10
over although what you what we considered last year was that an additional 20 on top of nap so this
26:16
cleans up some of that language and it transfers those funds into that uh back into the building fund I'm calling the
26:23
building fund but it's the educational facilities revolving Loan Fund and of course this bill will be affected from
26:29
an after passage I do have an amendment um for Veterans Affairs board and I will Mr
26:35

President if it's okay with you I'll take up the amendment out and answer questions on the amendment and then we can go back to the general Bill that'll
26:40
be fine recognized for the amendment thank you there is one uh proposal in here from the Veterans Affairs board
26:46
they've got special funds for some a grant for some cemeteries and so we we
26:51
needed to um uh allow them it's 1.266
26:57
million 1.266 uh 24.98 from the Veterans Affairs Grant
27:03
fund to be transferred into the Veterans Home fund and that's the amendment I'll be happy
27:09
to heal the questions on the amendment first are there any questions on the amendment if knowing I move adoption of the
27:16
amendment no question Defender moves for adoption of the amendment all in favor say aye aye all of those know that I
27:22
have an amendment is adopted now back on the bill happy to yield the questions Mr President
27:28
are there any questions if no I'm of adoption by use of the morning roll call Senator moves uh
27:34
adoption by use the Morton roll calls anyone object to this procedure is anyone wish to be recorded as voting no
27:41
see none please record all president values from order roll call as voting I
27:46
thank you Mr Hobson I ask that we skip item two and have it retain its place on the calendar
27:51
item two will retain its place on the calendar uh
27:57
all right where'd my calendar go here all right uh Finance uh Senator Harkins
28:04
thank you Mr President I'd like to skip item three three have it retain its place on the calendar go to item four Senate bill number 2433 and have the
28:11
title read items three and four House Bill 390 in
28:17
Centerville 24-33 retain their place on the counter to what
28:22
are you taken up for I'm thinking up item four Senate Bill 2433 and have the title read all right
28:29
please read the title Senate billum 2433 regulation of Public Utilities distribution of Warner by eligible Home

277

28:36
Association to his own residence from make the usual motion Senator makes you
28:41
usual motion anyone object all in favor say aye aye all the folks knows eyes have it Senator Harkins
28:48
thank you thank you Mr President I'd like to recognize Senator Michelle to explain the bill Senator Michelle you recognize
28:55
thank you Mr President just this legislation just when a homeowners association distributes water
29:00
to its own members it shall not be included in the public utilities act because they are not selling water to
29:06
the public we have several hospitals here in Jackson University Medical Center Saint Dominic Baptist hospital as the example
29:14
have drilled their own Wells on their own property so they could have a secure supply of water over the years the
29:20
unique thing about this situation is this is in a subdivision when the subdivision was built it is it is the
29:25
Country Club of Jackson which is located in the far Northeast quadrant currently of the city of Jackson when it was
29:30
developed it was out in the county and subsequently was not on a municipal water system so they built their own
29:36
system of Wells to maintain the subdivision they were annexed by the city and got on this Municipal Water
29:42
System and they've continuously used these Wells for buildings in the subdivision so this legislation says
29:49
that cities over 100 000 populations that have a homeowner association have a groundwater Wells that have been
29:54
continuously in use would be prevented from being regulated by the public
29:59
utilities Act be glad to yield any questions are there any questions I'd like to move
30:06
final passes if I use the morning roll call we do have a last second Senator horn does have a question Senator horn
30:12

do you have a question yes sir yield Center yes defender on your recommend thank you Mr President thank you uh

30:20

Senator Michelle if if we

30:25

I I think what you're saying is is that they don't have to get the same inspections and whatnot that other water

30:34

systems would would be substitute that's the well water be like if you drilled well uh at we have thousands of

30:41

thousands of rural area uh homeowners that have well systems and I happen to have two and two of my rural properties

30:48

I have never been expected so it would be up to the Department of Health I think we still have the right to look at that but it would not certainly be

30:54

subject for the misspelling and is this going to be a backup system or a primary system it could be useful full-time or

31:00

backup use in emergencies is it full-time or backup yes all right so so

31:06

the rates that they're currently paying into the existing system

31:11

they wouldn't be subject to those rates anymore no they just like if you have a well you

31:17

I talked to council and and uh it's one opinion that anybody in the city could drill their own will if they wanted to

31:23

on their own property and then of course you wouldn't be buying water so you wouldn't be paying for it and it's about it and are they subject to the safe

31:29

picking Water Act I don't know I don't know senator

31:34

uh you want to know about that I'm sorry

31:39

what would be the details specifically of that that you're wanting to the the federal Safe Drinking Water Act this

31:46

this well has been continuously in use for over 40 years and it's actually used at their restaurant so whatever they've

31:51

been doing for 40 years has met them met the regulations thank you Mr chairman thank you Mr President thank you senator

31:59

Senator blunt for a question question

32:05
thank you Senator Michelle so the idea is that it would be a private well and they would they would

32:10
bear the cost and responsibility of maintaining that well for their water they would they have been continuously

32:16
since 19 before 1970 they would continue to maintain that would they also be responsible for the cost and maintenance

32:22
obligations of all the water pipes in the neighborhood the pot they have the right to for to for the city to sell

32:28
those to them if the city so desires or they do have the right this bill gives them the right to maintain them to

32:34
take that obligation away from the city where the city won't have to respond to a water leak whether they do or not so

32:41
the city currently has approximately 800 million dollars to fix water pipes in that neighborhood and every other

32:47
neighborhood in the system and if the still passes uh the city would not spend

32:52
any of that money to fix the pipes for the people who live in that neighborhood they would have to pay for it themselves once this is instituted I don't know the

32:58
timetable on the money that's currently in escrow or where that we don't know for sure where that money is going to be

33:05
spent we don't have a road map yet but they have agreed to maintain their own pipes yes okay so be careful what you

33:10
asked for sure I tell you what it's uh come as a request and it just shows how

33:16
important uh safe reliable drinking water is I moved passes by the unit use of the morning roll call Mr President

33:22
seeing no further questions the uh Senator suggested used for the road called final Passage

33:29
uh James Center wish to be recorded as voting no Senator blunt Senator horn

33:36
Senator Blackman I can't tell Senator Norwood

33:44
Senator Thomas uh sort of Turner forward

33:52

Senator Frazier senator Albert Butler

34:02

oh Phil and Kelvin Senator Kelvin Butler the Jordan Senator Robert Jackson

34:11

anyone else anyone else wish me recorders voting no please read off those voting no

34:19

oh so and Serena Simmons centers three defendant excuse me

34:31

yeah read those voting no blunt horn Blackman Norwood Thomas

34:38

Jordan Turner Ford Frazier Butler 36 Butler 38

34:44

Jackson and Simmons the 13th

34:49

okay please record all other supposedly useful Lord and roll call is voting on the bill has passed

34:56

all right Senator Harkins thank you Mr President I'd like to skip item five and

35:03

six have them retain their place on the calendar and go to item seven Senate Bill 2603 and have the title read I was

35:09

five and six retained their place on the calendar item seven please read the title Senate bill number 2603 digital

35:15

access mining protection act create another Harker I make the usual motion

35:21

Senator makes you usual motion anyone object all in favor say aye aye all opposed no the eyes have it Senator

35:27

Harkins thank you Mr President uh my motions we adopt the committee some be recognized to explain it you recognize

35:32

to explain the committee so thank you Mr President uh ladies and gentlemen this is a bill that sets up digital mining uh

35:39

definitions and um also definitions of a virtual currency which is a digital

35:45

representation of value that is either used as the medium of exchange or a store of value is not recognized by a

35:50

legal tender by the United States government um it also um says that if you are buying or

35:56

selling or issuing or taking custody of virtual currency uh or receiving virtual currency will not require obtaining a

36:03

money transmission license in order to do so that's in section five there is a reverse repealer uh we're still working

36:10

with some folks on some definitions making sure we uh haven't missed anything I think 30 over

36:16

30 states have set up definitions in statute across the country for digital currency uh and Mississippi is just

36:23

joining the ranks those that are doing so that is the explanation of the bill

36:29

um I'll yield for any questions if no questions I move adoption of the committee so Senator Blackman do you

36:36

have a question uh yes Mr President Mr chairman

36:44

this is not the bill that we had in um Finance where we were providing the

36:51

25 million dollars in Grants to those people no ma'am okay

36:58

thank you

37:06

see no further questions move abduction to the committee sub we do have another Senator Hill do you

37:12

have a question yes I do have a question you yelled Senator Hill I do Senator Hill where

37:19

where is this bill coming from is it coming from one of our state agencies or who who is just a group of people that

37:26

are in uh digital mining opportunities and wanted to try to set up definitions

37:32

like other states have done so what is what is actually digital

37:37

mining like uh mining Bitcoin digital currency um it's in the definitions I think if

37:45

you look in sections two of the bill it talks about uh doing it you can do it at

37:50

a home or you can have a business where you bring in a lot of machines and you basically mine data

37:56

like why do they need our protection to do this I don't necessarily know if it's

38:01

protection I think it's just uh they're trying to prevent from being discriminated against uh they do take up

38:08

a lot of electricity uh they're large users of electricity and uh using machines they're just saying they're not

38:14

going to be treated any different than data centers are currently uh for zoning restrictions or anything like that

38:21

thank you you're welcome Senator Sparks do you uh do you have a question I do

38:27

have a question I do Senator Sparks thank you Mr President thank you Mr chairman in the definitions that we're

38:34

talking about discriminatory rates um I'm assuming that means just not

38:41

charging more uh for similar service to someone who's mining Bitcoin I believe

38:47

so yeah it just says electricity rates uh substantially different from other industrial uses of electricity in

38:53

similar Geographic areas and and you may not know this I don't know the answer to this question uh do

39:00

we charge different rates for different users of electricity currently in the

39:07

State uh I'm not aware of what rates are charged I meant they there may be different

39:12

rates I mean they could offer different rates to lure uh business and industry in if it's a large user it may be

39:20

cheaper not sure okay but it does have a reverse repeat yes it does that is the

39:25

issue we'll certainly address something that makes any potential Pitfall see no further questions Senator move that we

39:31

adopt the committee sub all in favor say aye aye all opposed no the eyes of it no

39:36

further questions I move adoption on the morning roll call uh send a request the doctor by useful

39:42

morning roll call anyone wish to be reported as voting no Senator blunt Senator Hickman Senator

39:50

Hill under silver Senator Seymour Senator Tate anyone else

39:57

please read off the name oh wait we have more Senator Chisholm

40:03

that's it please read the names of those voting notes

40:10

oh and Aunt Sandra Brian excuse me before you start reading

40:18

voting now ornate Brian Blunt Hickman Hill Suber Seymour Tate Chisholm

40:29

okay please record all others present by there is one more Senator Simmons did

40:34

you wish to vote no before I announced the vote Senator Simmons Derek Simmons

40:42

okay please record all others present values Morrow College voting eye in the bill this past

40:47

now Senator Harkins Mr President like to skip out of eight now and have them retain their place on the calendar they didn't know we'll retain their place on

40:54

the calendar uh we'll go next to the motion to reconsider

41:00

uh number 10. pass and retain number 11.

41:06

uh pass and retained 12

41:12

13 14 . Senator Parker

41:18

thank you Mr President I'd like to go to item 14 have the title rent please read the title Senate bill number 2889

41:25

Mississippi Capital Region utility act create Senator Parker my motion will be

41:31

that we table the motion to reconsider we had a good discussion debate on this bill yesterday as I explained I look

41:38

forward to continued to both debate and input for members of this Chambers this

41:44

goes along but my motion is to table the motion to reconsider yeah Senator Albert Butler do you have a

41:52

question what's up Mr chairman I would like that

41:59

I'd like to enter this resolution I thought not at this time but uh

42:09

the motion the motion is that we what was the motion Senator Parker I want to

42:14

make sure everyone understands the table of the motion to reconsider the motion is table of motion to reconsider all in

42:20

favor say aye aye all opposed know thyself well

42:35

all right next item item 15. hold the calendar

42:41
uh pass and retained 16 and 17. go to item 18.

42:49
17 Senator Michelle item 17. thank you Mr President I'd like to go to

42:55
item 17 Senate Bill 22 24 and ask the title be read read the title Senate bill

43:00
number 2224 Insurance prohibited Insurance third party payers from setting maximum dollar amount

43:07
reimbursement for proper ventilation treatment a move that we table the most of the

43:13
consideration on Senate bill 2224. motion is to table the motion to

43:18
reconsider all in favor say aye all about no

43:26
now uh that's table of motion so uh Senator

43:32
Albert Butler you had to bring forth a resolution

43:39
please bring it forward

43:48
foreign

43:56
all right Senator Simmons you wish to be recognized yes sir Mr President two votes ago you

44:03
didn't announce the vote I thought the nose had it and I don't think you announced it well no I'm sorry the eyes had it

44:15
okay please read the time

44:20
Omega sci-fi day designate February 9 2023 as in Mississippi

44:34
you have another no okay we'll go to I uh let's see

44:41
go to the general calendar item 18.

44:47
item 18. Pastor retained 19.

44:53
pass and retained 20 Pastor retained 21 sorry

45:03
pass and retained 22

45:08
has retained 23 has retained 24 25

45:14
26 27.

45:20
we'll pass retain all of those 28 senator fillingame
45:34
thank you Mr President we're going to skip item number 28 and have it retain its place on the calendar and go to item
45:39
number 29 please sir Pastor James 28 go down 29.
45:45
uh please read the title Senate bill number 2346 material harmful
45:50
minus provide for liability for any entity that distributes on the internet without age verification I mean the
45:56
usual emotions Senator makes usual motion any objection all in favor say aye aye all opposed no uh let's have it
46:03
Senator Phil again all right if you will recognize Senator Williams to explain the bill please sir
46:09
Senator William to recognize to explain thank you Mr President thank you Mr chairman I think we as a legislature have done a
46:16
tremendous job over the last several years of allocating dollars to uh put fiber all across the state we're on the
46:22
cusp of having super highway to every home in this state in a very few short
46:27
years I think we'll have succeeded that one of the negative things of doing that is we can allow some harmful things to
46:33
come into the home by having that super highway that's there in a virtual sense what this bill does it basically puts a
46:39
door in place with which you have to have a key to get through Louisiana enacted this legislation uh
46:46
January of this year Senator Smith I believe is a national center from Utah is working on that legislation at the
46:53
national level with this with this um legislation what you have to do if
46:58
you're going to an adult website you have to prove that you're over 18 years of age you'll have to present
47:03
identification there's several different mechanisms that are available to do that the definition is a commercial entity
47:09

286

that more than one-third of their business is going to be for adult content would qualify for this the

47:16

burden is going to be on them to put forth the mechanism in place they're different apps and things that are out

47:21

there that would allow the verification Services the verification services will not contain keep retain any information

47:28

from the identification once a verif validation is done they will be able to enter the site as you know

47:35

um today with a phone at home with an iPad or whatever just a very few keystrokes you can be in some places

47:41

that you don't need to be and our children can't unsee things that they see and this is a mechanism that will

47:47

stop that with that I will yield any questions Mr President any questions

47:54

say no question promotion I would move by passage on the use of the morning roll call Mr President Senator suggest

48:00

you this morning roll call for final passage they don't want to object

48:05

thank you Steve Dunn please record all presidents I use this morning roll calls voting I Senator philang thank you Mr

48:11

President let's get item number 30 called up and have the title read please read the title Senate bill number

48:17

2347 Hospital Police Department authorized for certain private entities I make the useful motion

48:23

Senator makes huge emotion all the paper say aye aye all opposed no eyes have it

48:28

Senator film again thank you if you're working on Senator England handle the bill

48:34

thank you Mr chairman thank you Mr President um if y'all would just bear with me just

48:39

one moment I'm gonna have an amendment to this bill and I think uh council is bringing that over now uh I'll go ahead

48:45

and begin explaining the bill to help us move along today and hopefully get out of here quicker today than we

48:50

did yesterday uh this is a bill that's very narrow in scope it allows for privately owned hospitals to maintain a

48:58

police force if that hospital was previously publicly owned and already

49:04

had an established police force uh this is a bill that's very important

49:09

to my folks down at home where this does apply uh to a hospital that may that is

49:15

up for bid currently um if you'll look if you'll follow with me

49:20

on the bill if you the chief of police uh item number 33 or line number 33 the

49:26

chief of the hospital police is able to appoint the qualified individuals under this bill to be the police officers uh

49:33

the conditions and restrictions established in this bill um are are promulgated by the the statue

49:40

that we're setting up as well as the Department of Public Safety uh this does not supersede in any way the authority

49:47

our our duty of um other law enforcement officers uh this The Authority granted under this

49:54

section uh if this bill passes today uh we'll have this being the sole law enforcement Authority for the hospital

49:59

Police Department uh they are subject to the same reporting requirements as other police

50:06

officers these Hospital police officers will be allowed to carry a gun as long as that officer meets the certification

50:12

that we've already got under our current laws uh the hospital police officer can

50:18

exercise all the powers and authority of a law enforcement officer accept the rest whenever there's just a violation

50:24

of policy or procedure it has to be an actual law there the hospital police officers

50:33

maintain and enforce the law on the hospital campuses and in a campus and

50:39

adjoining roads and parking lots uh these Hospital officers may also

50:44

assist other law enforcement if there's an accident near the hospital if there's something ongoing they're able to be called in to assist on that the salary

50:52

is paid by the hospital's governing body so there is no public funds uh going into this

50:58
um if you lines 117 through 124 address the limited liability of these officers

51:05
um the this bill does require that at the expense of the hospital and this is very

51:12
important I think for for hospitals out there these Hospital police officers have to be trained in crisis

51:18
de-escalation techniques that are consistent with the goals and objectives of this system I think we would all

51:25
agree that our hospitals throughout our state um and they they deal with very unique

51:31
situations a lot of times very dangerous situations uh that that put our patients

51:36
our nurses uh and our doctors and other Personnel at the hospitals in Jeopardy

51:41
uh and so that additional training is very important uh and I would just note uh during the committee we had some

51:47
questions about whether this applied to clinics or offices of the hospitals and if you look at line 145 that's already

51:53
existing law that this does not apply to clinics or other offices this is just for our

51:59
main hospital campuses there I have heard from all of my officers at the

52:06
hospital or from the directors of those officers I've also heard from our sheriff and from our police departments

52:12
they've all signed on to a letter uh this is a very helpful police force down in our area in Jackson County and I even

52:20
got some texts yesterday from nurses that talked to me about how safe this police force makes them feel uh in this

52:27
that's an explanation of the bill and before before I go to questions I would like to enter this amendment that we have and I'll just tell you guys so if

52:34
we can put the amendment up please Mr President yeah we do have several questions we will but we'll do the

52:39
amendment first thank you yes if we can do the amendment first in a minute thank you um so I'll just read this amendment it's

52:46

going to go below lines 52 it will save the governing body of the employing hospital shall enter into a memorandum
52:52
of understanding with a local law enforcement agency with concurrent jurisdiction of the geographic location
52:58
of the hospital to hold and maintain a hospital police officer certification
53:04
issued by the board of Law Enforcement Officers standards and training so so that certification will be held by a
53:11
public law enforcement agency with jurisdiction at the hospital so it's almost like a public-private situation
53:18
there which was this was to address some concerns and some well some some comments and and ways to maybe clarify
53:25
this situation uh with the commissioner of the Department of Public Safety and if you'll look the the the
53:32
on line 12 of the amendment here that's just clear that's just clean up language that we had before to make sure that
53:39
we're using the proper language to put this as a board on law enforcement officer of standards and training uh and
53:46
then we've got a new subsection at the end that says that this this section
53:51
this statute that we're trying to enter here shall stand repealed on July 1st 2028. so we have a five-year repealer on
53:58
this so we can come back and look at it because this is something that we're doing that's a little bit newer uh for
54:03
our state other states have done this we looked at West Virginia's law other states are having a lot of success
54:09
particularly when you have officers that are trained and de-escalating these these situations that are unique to
54:15
hospital situations so that is the amendment again the amendment comes after
54:21
discussions with Hospital personnel and with the commissioner of the Department of Public Safety
54:28
um to help us work through this language so my motion at this time is to adopt the

54:34
amendment are there excuse me are there any questions on the amendment on the
54:39
amendment then uh we have questions on the bill we'll
54:45
get to later but on the amendment there are no questions my understanding Mr President I believe uh Senator Turner
54:50
Ford does any question on the amendment yield Senator Turner Ford I sure do yes
54:55
in the term forward thank you Mr President and thank you Senator um so I
55:01
understand that this Bill originates from the hospital system
55:06
in your area that's correct which consists of three campuses that's
55:11
correct yes the single River hospital they have three main campuses they have the the second River Hospital which is
55:16
in Pascagoula Ocean Springs Hospital uh and over the last several years they've got Gulfport City River Gulfport
55:24
and so I understand that the amendment calls for a memorandum of understanding
55:29
with the local law enforcement agency are these campuses located within a
55:34
municipality or are they in the county strictly that's a very good question Senator and and this is something I
55:40
worked with Council on just this morning to make sure to clarify that uh if you'll look on um let's see line five
55:47
and six there of the amendment uh that is up behind us says that the jurisdiction must be of the geographic
55:53
location of the hospital so in other words you won't have you won't have an entity a law enforcement entity with
55:59
jurisdiction and Ocean Springs or Pascagoula holding a certification in the Gulfport area so they do have to
56:04
abide by the geographical locations back my question is more for a campus that's
56:11
located within a municipality with the the memorandum of understanding be
56:18
required between the municipality in the hospital or does the hospital have the

291

56:23
option to choose if it will have its memorandum of understanding with the county or the city I think I think that

56:31
they would have concurrent jurisdictions so it would be either or situation so if the sheriff would like to enter that

56:36
memorandum of understanding with the hospital police chief that sheriff may do that but of course if on down the

56:42
road if that sheriff decides not to they could then ask the city police chief to hold those certifications of those

56:48
officers and I think you mentioned that this practice is being used in other

56:53
states it is I I can't remember how many is between uh 25 and 30 I believe but we

57:00
looked at West Virginia's law uh and again so so for the purpose of this bill it's very narrowly tailored to because

57:06
this is only for county-owned hospitals that are going to be purchased by a private entity that already have an

57:11
established police force there's really only three in this state to have that one being Singing River the other being

57:17
Forest General uh and ummc I believe so uh this gives us a chance to look at

57:22
this and and I'd be happy to work with any of our Senators in here if we see how successful this is I want to come back and look at that later and the

57:29
other states that are using um that are relying on this this this type of arrangement is it in the

57:36
context of a community hospital that has transitioned to private well they're just privately owned I don't know if I

57:41
don't know if that language was there I don't know um as a matter of fact I don't think so I

57:47
think they probably just passed a law that said are privately owned hospitals can do this I would have to go look at that I'm happy to do so uh to check that

57:54
out but I believe um these are privately owned hospitals in

58:00
these other states that have these police forces if that answers your question um and so my last question is we're

58:07

referring specifically to police power and um

58:13

do we believe that there is going to be any country and contraindication with the

58:20

Constitution for our state I don't believe so and the reason I say that is because we've we've looked at

58:26

this with with both Council and with Council of the hospital and I've run this by the Department of Public Safety

58:32

the commissioner there and and the fact that we have these officers certifications being held by a public

58:38

law enforcement entity I think that's where we're what allows this without raising that question

58:47

well the reason I asked the question is are we abdicating

58:54

our Authority or are we allowing this private entity to exercise power

59:01

that's inherent of the people yeah and let me see if I can answer your question

59:06

um by looking back at the the general bill that we have in in front of us here

59:12

um and if you'll bear with me I will find this okay so line 43 through 45 states

59:19

that the authority granted under this section does not supersede in any way the Authority or duty of other law enforcement officers I think maybe

59:25

that's what what you're asking so these are just these officers are limited to the hospital grounds parking lots and

59:32

adjoining streets uh there on the hospital location and my last question is

59:39

um and it's it's more of a comment I think as I'm raising as a concern why would we

59:47

allow a private hospital to have this Authority whereas

59:54

um well I guess this this particular in this instance why would we allow this hospital system to benefit from having

1:00:00

police power where other private hospitals have to hire security teams so

1:00:06

so the difference in this situation in the other situation that this Hospital currently does have a police force that's working so well and they have

1:00:12

currently have uh very well-trained officers that have even gone above and

1:00:17
beyond normal certification to be trained in de-escalation within a health care location
1:00:24
um and and again this is nearly tailored for that reason uh because this already exists and because we know it works and
1:00:31
because my my other law enforcement agencies on the coast have asked for this
1:00:37
thank you thank you Senator Ford Mr President I I would just remind the body
1:00:43
that we're on the amendment if if um I'm happy of course to take questions on the amendment but but if we could pass the
1:00:49
amendment and then discuss the regular bill I may wonder if that might be the well we have questions on both I think
1:00:54
okay great okay it's under parks for what purpose do you wish to be recognized
1:01:00
an introduction at the appropriate time why don't you do it now because we're going to be tied up for a while it looks
1:01:06
like thank you Mr President if you would if everyone would look to the South Gallery this morning
1:01:12
we have Sandy Charles Jones with us here today she's the organizer of the rooster
1:01:17
run that's become very famous in North Mississippi so if you will let's give her a nice welcome this morning
1:01:23
[Music] [Applause] okay uh on the amendment Senator Wiggins
1:01:30
you have a question on the men that are on the bill on the bill okay at the proper time any
1:01:36
other questions on the amendment all right no oh I'm sorry Senator Derek
1:01:42
Simmons only a minute do you yelled Senator Simmons I certainly will Senator Senate okay thank
1:01:48
you Mr President thank you senator for yielding yes and uh Senator England Please forgive me if uh I raised this
1:01:55
question in committee and just don't remember what your response was are we concerned about opening the flood
1:02:02
gates where all privately held clinics and or Hospitals now will be trying to
1:02:08

work out these mousse with local law enforcement agencies to uh provide
1:02:15
security for their entities yeah thank you Senator Simmons and I believe I believe we did discuss this uh in clinic
1:02:21
I mean in conference uh in committee uh number one the this only applies to
1:02:27
hospitals so clinics and offices and I remember you and I believe Senator mcconn had questions about that so I did
1:02:33
clarify that that we're not dealing with with clinics and offices uh the other question I would just answer uh right at
1:02:40
the very beginning of the bill um lines 26 through
1:02:46
32 this only applies to the governing body of a privately owned Hospital under
1:02:52
this chapter with an established Hospital Police Department if they're if they're publicly sold so so I would
1:02:58
answer that you know the any worry about the floodgates we're a pretty good gate for any floods that may be coming on
1:03:05
this but I but but this does not require any one good thing about this is does not require any public funds being put
1:03:11
into this so any hot you know if if any of your hospitals want to look at maybe doing this later on and they have the
1:03:17
ability to support this and do this I think we can look at that at that time but this isn't currently isn't costing
1:03:22
any money of the county or the municipalities um and so
1:03:27
I think this in my opinion I think this only makes sense for our larger uh entities where you know you have uh
1:03:35
maybe municipalities and County Sheriff's offices that um that really benefit from having
1:03:42
this type of of Hospital police force and I'll mention uh that a lot of people already know you know we don't we don't
1:03:47
see the the drunk tanks anymore that we used to have it oh man I got turned up a little louder there that's great uh we
1:03:52

don't see drunk tanks or anything like that uh and we we also have a mental illness situation in our state where a

1:03:58

lot of those folks are getting dropped off these officers are trained for that um and so and you're seeing police

1:04:05

officers pick these individuals up and then dropping them off at the hospitals uh so where that's beneficial I think I

1:04:10

think is what we're trying to do here if and this is my last question if the governing body of one of these uh

1:04:18

employing hospitals work out at mou with local the local

1:04:23

municipality or the local County Sheriff's Department if there were to be any act or Omission

1:04:31

committed after one of these agreements have been worked out who Bears the liability and the responsibility for any

1:04:38

Acts or Mission currently I believe that is the the hospital uh use of the hospital

1:04:45

administrator not the hospital administrator I'm sorry the the chief of police at the hospital uh is the one who

1:04:54

hires and terminates these these individuals but the certificate is held by the local jurisdiction so I'm not

1:05:01

exactly sure how that would play out but um but these officers are are required

1:05:06

are entitled to the same immunities that these other officers are as well so that may help with these certificates uh

1:05:12

being held and maintained by your uh geographical jurisdictions but if a

1:05:18

third party was in fact injured or something happened to a third party

1:05:24

I guess a Mexican who Bears the liability will it be the hospital or

1:05:29

would it be that local city or county that's worked out an agreement with that Private Hospital I would have to check

1:05:35

with Council but I believe it would be the certificate holder and I can get back with you on that uh before we move

1:05:40

to final pass I know there's other other questions um but if if I can uh get Council I

1:05:46

believe they're probably already looking at this and I'll get you an answer on that uh but I would say you know the

1:05:53

liability of of some of these individuals that that are you know being placed in jail rather than being placed

1:05:59

at a hospital where they can receive care sometimes uh the liability is it may even be much greater there when you

1:06:06

don't have one of these hospitals it can take someone that may be mentally ill or are having other issues

1:06:12

but I will get an answer to your question if I can from Council here shortly thank you for yelling thank you Mr President thank you thank you any

1:06:18

other questions on the amendment all right the motion is the sender moves

1:06:23

that we adopt the amendment yes a move for adoption of amendment I'd appreciate everyone's I vote on this amendment

1:06:29

all in favor say aye aye all opposed no the eyes of it

1:06:35

the amendment's adopted thank you Mr President so I know that we are on the the bill and there may be questions on

1:06:40

the bill as amended at this time it is

1:06:50

okay uh Senator I believe Senator Jordan had the first question question Senator

1:06:57

Jordan thank you I do yield yes yes just one question

1:07:04

is this bill necessary or is that more violent than hospitals at hospitals no

1:07:10

there certainly is Senator Jordan and and I would I would say that this this de-escalation training is very

1:07:16

beneficial to these officers not only to the officers but to the health of our nurses and our doctors that are really

1:07:22

uh concerned and have have contacted me about this uh and I would just mention that we had a very tragic situation on

1:07:29

the coast uh right around Christmas time with some officers dealing with the mentally uh ill person uh and that

1:07:36

resulted in the death of two officers and and the the situation there I

1:07:41
believe had to deal with how to de-escalate such a situation and and so
1:07:46
this hospital um and and we're seeing it all across the country but also in our local areas
1:07:52
where individuals are in the waiting rooms and and in in the the patients
1:07:57
rooms uh where either a gun or a weapon is pulled on someone uh over their
1:08:03
treatment and having these people these police officers these well-trained police officers on location
1:08:08
uh certainly has and will continue to save lives now may I ask a question we have a state
1:08:16
at one time I don't know it's still function for Force the Mental
1:08:21
Hospitals sometime how it's mentally ill patience
1:08:28
and uh I could see where it would be necessary there but if they're not handling mentally ill
1:08:35
patients where the state hospital Whitfield at one time held I don't know
1:08:41
it's still function or not there's many hospitals still house those kind of patients mentally ill they do and and I
1:08:49
know that's that's been a subject of a lot of other legislation that we've looked at to try to help out our our
1:08:55
more local and even our state hospitals with dealing with the with uh mentally
1:09:00
ill patients so so I would say I know for certain that ours has
1:09:06
um have beds that are dedicated to mentally ill patients whether it be and I don't there's no long term like you
1:09:13
see at our state hospital but they do have short-term uh holds sometimes 72 hours or so well my partner I was just
1:09:20
wondering wasn't necessary because most Hospital owned by counties and municipalities usually have
1:09:26
uh security there by the county of the city that's correct and currently they're
1:09:33
allowed to do that so any that wants to wants to set this up can can uh do that
1:09:38
under current law so this is primarily for private hospitals that's correct and I'll just

1:09:44
uh State again that this this is is also only for for hospitals that were once
1:09:50
publicly owned maintained a campus police force and then become privately
1:09:56
owned so it's very nearly tailored and and also the amendment that we passed has a five-year repealer so we can also
1:10:02
work on this and see how if we need to amend it or if it's if something that doesn't even take place
1:10:08
um then then this bill will will stand repealed in five years the reason I'm sure inquisitive because most hospitals
1:10:14
have been difficulty even trying to survive and I figured this would be a
1:10:19
more of a burden on them trying to pay these individuals what they did not need
1:10:25
Senator Jordan I think that's an excellent point and and I know that we're working to try to help fund our hospitals for other reasons but but
1:10:31
currently this Hospital does maintain this police force through their own budget and so certainly other hospitals
1:10:38
would would need to take a look at that and have their administrators look at whether this would even be something that could afford to do thanks sir thank
1:10:44
you Senator Jordan Senator Kelvin Butler do you have a question
1:10:51
yes sir Mr President you yield Senator Butler I sure do yes Senator you're recognized thank you Mr President thanks
1:10:57
Senator yes Senator Butler just kind of helped me understand right now
1:11:02
do any other hospitals do what you're trying to ask us to do for singing singing real
1:11:08
no not currently not currently this is a brand new uh brand new thing for our state and and I and I also want to point
1:11:14
out since I've got the opportunity with your question here that this doesn't require any privately owned uh if a
1:11:23
hospital is is is currently publicly owned in a private entity comes on and buys that hospital if it has a police
1:11:28

299

force that private entity does not have to maintain that police force so we're still leaving that in the hands of that

1:11:34

private company whether or not it kind of goes back to Senator Jordan's point if they don't want this item in their

1:11:39

budget they can they can remove the police force but this just allows them to to keep that okay all right now you

1:11:46

kind of answered one of my other questions so I thought that when you was trying to sell them that that would be

1:11:52

part of the deal if you will there's not that's not part of the deal no we're not not getting involved in that we're just

1:11:57

allowing them so that this this police forced us there that's been a big huge uh benefit to my entire community

1:12:04

any private uh buyer should that come about we don't even know if it's

1:12:10

going to be a there's going to be a private buyer but if there is they would have the option to keep this again

1:12:15

subject to the other parts of the statute including our amendment that requires a memorandum of understanding with a public police force with

1:12:24

jurisdiction over that area to hold the certification and maintain that certification of the of the officers

1:12:29

okay so the hospital is for sale it's there's a there's an RFP out now uh I

1:12:34

believe it's due back in March uh we could you know have have have a number of people come in and want to purchase

1:12:41

are zero and if that's the case then obviously the hospital will move forward with trying to do whatever they can but there is a bid out on this okay so what

1:12:48

you're trying to do is basically I guess if it sells or when it sells

1:12:54

that you want the uh the police department to be so with it if you will well we wanted

1:13:01

to if if if the private people want to buy it like that's correct if they want to do that and again so so I haven't

1:13:08

talked with any any possible purchases on this uh I know there's been several mentioned I haven't

300

1:13:14
talked with them I've talked with with our Hospital Administration in particular our current chief of that

1:13:20
police force uh that is very interested in in if that new purchaser comes on if it's a private entity he wants to keep

1:13:26
his current officers that they've got we've got a lot invested in in our community so that's why we're we're doing this now okay how many offices are

1:13:33
we talking about I want to say it's probably it's between 20 and 25 but it's I I will say this

1:13:40
it's it's currently probably one of our it was certainly one of our top three

1:13:46
police forces in our County right now um so so there are there are officers there

1:13:52
that are that are doing this and we also they're able to bring in retired police officers that want to continue their certification which is a very important

1:13:58
uh deal uh for them it's it's it's a benefit for for not only the officer but for the hospital did you say there were

1:14:06
three campuses there are currently three campuses um which is so if you look at um going

1:14:13
back to the regular bill here which we've already adopted Amendment but but the the original two campuses were in

1:14:19
pascagoul and Ocean Springs but this Hospital okay so uh for Signature Hospital uh they purchased Gulfport uh I

1:14:26
believe it was Garden Park before now it's now it's Singing River Gulfport uh that campus currently doesn't have a

1:14:32
police force there but we're allowing on 30 any line 30 any wholly owned

1:14:38
subsidiary of a hospital that was previously publicly owned and had an established Police Department

1:14:43
so yes there are three campuses I know I answered that in a long way but I'm trying to use your questions and make

1:14:49
sure I maybe can answer any others that may be in the on the floor okay thank you Mr President thank you thank you

1:14:54
Senator Senator Turner Ford do you have a question

1:15:01

yes uh Senator Ford yes I'll yield thank you so my question is about the chief of

1:15:07

police and as I understand the bill um the the chief of police is the sole

1:15:14

hiring firing Authority for these officers that's correct but they still have to just like any other chief of

1:15:21

police um if you look on lines 106 to 116 it

1:15:27

says that the chief Hospital the chief Hospital police at the hospital are his or her designee shall report the

1:15:33

termination of employment of a hospital police officer by submitting notice of the terminated officers to the

1:15:38

Mississippi law enforcement Board of standards and training and I believe that's it's the board on law enforcement

1:15:44

officer standards and train meaning the chief Hospital police shall also report

1:15:50

the hiring of a hospital police force to the same entity so they're they do just

1:15:55

as other other police forces have to do when they when they hire a fire and officer they have to report that to that

1:16:01

that specific entity as any other police force and again that's 106 to 116 if that's helpful

1:16:11

but that's not that's not a local that's not a local board that's that that entities they report to is a state

1:16:18

board and so unlike a police department such as Jackson West Point any other place

1:16:26

those officers are hired um in the you know those hires are presented to the

1:16:31

board but in this instance we're talking about as an individual making the

1:16:36

decision to hire and fire an officer and then just report this that's correct the chief of police is appointed by the

1:16:43

board uh that governs the hospital there but again the certification being held by the the with through a memorandum of

1:16:50

understanding with the local jurisdiction uh also has to be taken into consideration those certifications that are held by those jurisdictions and

1:16:58

did we does the bill specifically State what the requirements for chief of police would be

1:17:04
foreign I believe we may
1:17:11
I know it certainly outlines the duties of that individual but I'm not sure if
1:17:16
it puts any requirements on that individual [Music] um
1:17:23
yeah the first part of the bill just just establishes his duties and his or her I'm sorry his are her duties thank
1:17:29
you yeah thank you Senator Turner Ford
1:17:36
Senator Wiggins do you have a question yes Mr President
1:17:41
I will yield but I would ask Senator Wiggins to and don't be just one moment so I can uh confer with Council for just
1:17:47
maybe one minute please wait just a second if that's okay Senator Wiggins okay thank you sure
1:18:11
okay okay thank you Council uh Senator
1:18:18
Wiggins yes thank you recognize I just want to make some clarification so this bill
1:18:25
we're not changing this is keeping the status quo as it is right now correct that is correct yes and in fact in the
1:18:33
case of Singing River hospital system for at least 12 years they've operated
1:18:38
under this Arrangement is that correct that is correct yes okay and
1:18:45
um because of the situations with the
1:18:50
hospitals and particularly in singing Rivers case
1:18:55
and RFP is out for them to be sold then this bill is necessary to keep the
1:19:02
status closed that correct it is necessary very necessary because it it offers some uh
1:19:10
understanding for the current officers that we in the legislature are trying to help them because again if they don't
1:19:16
have this this understanding uh then then they could leave the police force
1:19:22
and we would lose a lot of those and under current law Community Hospitals which you mentioned the Forest General
1:19:28

and UMC are organized as Community Hospitals under state law they're
1:19:34
already allowed to do this correct they are yes and other public entities as well would be able to under this law as
1:19:40
my understanding but those are the three we are the three that do that currently okay and that as was mentioned I think
1:19:47
by Senator Jordan and the issues with mental health in these big hospitals
1:19:54
it is a it can be a a a volatile situation is
1:19:59
that correct it certainly can and and and a very Swift volatile situation that
1:20:05
can arise very quickly and require these officers that are trained to be on site at the time and so this uh allows for
1:20:14
protection for safety of patients doctors and everybody else there
1:20:21
um correct that's absolutely correct and the amendment that this body passed into the bill
1:20:26
allows or actually orders uh any
1:20:32
entity as a result to enter into an agreement with the local police force
1:20:39
and so there's an oversight function right there is that correct that does and that's and and I want to take the
1:20:45
opportunity to thank all of the Senators and and the commissioner of Department of Public Safety for working with me and
1:20:51
helping me get that language correct so that we did have that extra level of accountability there in the bill
1:20:57
um and considering where our hospitals are and
1:21:03
what we're doing this is simply allowing us to uh protect the safety to uh manage
1:21:11
it as it's been managed in 12 years and to keep us in the same situation is that
1:21:18
correct that's absolutely correct thank you Mr President I'd like to speak on the bill too at the appropriate time
1:21:24
thank you Senator Wiggins at the proper time uh Senator Hickman for question
1:21:32

uh questions president you yield Senator hick report question man it's really tough when you're up this close but yes

1:21:38

I will yield uh just a couple of questions um I think earlier uh Senator Simmons asked you some questions about liability

1:21:45

um I wanted to know I think you said that there are other states that are already doing this do you know if

1:21:51

they're just having any issues with like liability and or or you know what what's

1:21:56

the incident rate and things of that nature I don't know that but I'll say that there's enough of them out there

1:22:02

that it seems to be you know if there was a huge liability issue I think that as you know uh in our laboratory as a

1:22:08

democracy that are at work here in in the country these other states you wouldn't see them going to that now if I

1:22:15

could take just an opportunity to to to try to maybe clarify Center my question okay fine through Hickman thank you hey thank

1:22:22

you and if Senator Simmons I know he's back here I I did meet with Council and and he said it would probably depend on the theory of the lawsuit and who they

1:22:28

sue he says he believes it'll be the individual officer in those instances where they don't have uh the immunity

1:22:34

are on the hospital so um so that is uh his take on your question

1:22:40

I'm sorry to interrupt you to do that but I appreciate that opportunity um one uh I think this is my final

1:22:46

question um I think you may have alluded to and I want to make sure I just make sure I

1:22:52

heard this correct with the officers working in these hospitals as officers what they have both the police training

1:22:58

and maybe some kind of specialized training that allows them to handle patients with issues and all that kind

1:23:03

of stuff a little better than just a regular uh police officer from that jurisdiction they are that that is uh in

1:23:12

this bill that they do have to go through the Advanced Training and that Advanced Training is paid for directly
1:23:18
by the hospital system that has the campus police force they're required to do that and they're required to pay for
1:23:23
that training for the officers okay thank you yeah thank you Senator Hickman okay oh I'm sorry Senator blunt little
1:23:32
question question you yield Senator blood for a question I will Senator blunt thank you Mr President thank you
1:23:37
Senator England now this just affects the area that uh delegation Representatives is that right currently
1:23:42
that's correct that's the way the law is written uh and y'all are all okay with this yes no matter of fact is uh well
1:23:48
okay I haven't I don't know if I've taught with Senator oh no I've talked with Senator Seymour uh Senator Wiggins
1:23:54
I've talked with the folks in Gulfport uh so yes I would say I would say yes of
1:23:59
course would invite someone to push their button and let me know if it'd be recognized let me know if they're incorrect but I've also talked with our
1:24:05
our local law enforcement who is also okay with this okay well if it just affects your local community and your
1:24:10
delegation is for it that's good enough for me I think that's a very a very fair point for you to make uh Senator blind I
1:24:18
thank you for that question seeing no further questions the senator suggested use more than roll call for
1:24:25
the final message yes that's my that's my motion okay uh
1:24:31
so uh is anyone object this procedure uh does any Senator wish to be recorded
1:24:37
as voting no Senator Derek Simmons
1:24:43
Senator Angela Turner forward Senator Barbara Blackman
1:24:50
Senator Hobson Senator Thomas
1:24:58
okay seeing no others please uh please read those out please there was a voting no

1:25:06
voting nowhere nay Simmons of The Twelve turn of four Blackman Hopson and Thomas

1:25:14
please record all others as voting I and the bill has passed all right now we'll

1:25:20
go to item number 31 chairman Blackwell pass and retained

1:25:29
32 . 30 32 Senator Moran pass and retained

1:25:41
Senator Hopson do you have a question do you wish to be recognized

1:25:46
introduction out of order Mr President you're recognized for induction thank you thank you Mr President uh it's my

1:25:52
pleasure to introduce a group of leaders in Vicksburg the leadership Vicksburg team is in our South Gallery I would ask

1:25:58
them and their director and Elizabeth buys to stand in the Senate to make them welcome today

1:26:04
welcome to your Senate

1:26:10
okay we'll go to item 33

1:26:15
Senator Delano you recognize your service president I'd like to call it Senate bill 27-29 and outside of red

1:26:22
please please read the talk Senate bill number 2729 limitation of liability requirements for information technology

1:26:28
contracts clarify so Delano thank you Mr President I have a committee sub and I'd like to be

1:26:35
recognized too thank you usual motion oh yes sir I'm sorry make the usual motions please Jack all in favor say aye all

1:26:43
opposed no uh now I'd like to be recognized to address

1:26:48
the committee sub you're recognized on the committee substitute thank you ladies and gentlemen this deals with

1:26:54
limitations of liability for contracts uh for it purchases

1:26:59
um as a state and and I should tell you this is something that I've worked with Senator Hobson on

1:27:05
um with his experience with school districts that have that have always had issues with with these types of um these

1:27:12

types of issues are these types of contracts this is a work in progress I'm going to add a reverse repealer to this

1:27:18

in just a second but this is something that we're trying to work out and I encourage each and every one of you that

1:27:24

are especially have an interest in this limitation of liability come talk with me about this because we are trying to

1:27:30

work this out make sure that we have everything covered the the thing here is that we want to make sure that we cover

1:27:35

that we protect the taxpayers interests in limitations and liability and trying

1:27:41

to work with the common practices with with this issue only with national

1:27:48

companies and make sure that we can form with uh with with with with industry

1:27:54

standards and that's an explanation of the committee sub I'd like to go ahead and adopt the committee sub

1:27:59

with any questions say no question Senator moves adopt a committed substitute all in favor say aye all

1:28:05

opposed no the eyes everything is adopted Senator Delano now it'll actually be recognized to offer an

1:28:11

amendment to this to add a reverse repealer you're recognized for the amendment

1:28:17

I've already explained this this is the reverse review and that's all okay any questions

1:28:23

say no questions all in favor of them msai all opposed know that I have it central

1:28:28

lineup now we're back on the bill and if there are no other questions I'd like to move for final passage using the morning

1:28:34

roll call are there any questions send no questions uh anyone objectives

1:28:41

procedure all the uh all in favor say aye I'm sorry anyone wish to be recorded

1:28:49

voting no I'm gonna flip you out there now please record all presidents use Monroe

1:28:55

College voting eye question

1:29:00

oh Senator Hill is present I'm sorry I can see it

1:29:07

okay we'll go to item 34. it's under wiggin

1:29:13

thank you Mr President go to item 34 call that up ask the title be read

1:29:23

2153 Transportation required disclose of the total charges and the rental of Motor Vehicles make the usual motion

1:29:29

senator make your usual motion anyone objective procedure all in favor say aye

1:29:34

aye although no uh Senator wiggin thank you and my motion will be that we adopt the committee sub and be allowed to

1:29:40

explain it uh please explain then we'll vote thank you um this comes to us from the rental car

1:29:47

industry and in short it's actually a benefit to the consumers I actually call

1:29:54

it self-regulation and there are mandatory charges that

1:30:00

from outside entities that rental car uh companies charge and what the bill is

1:30:05

doing is requiring those charges to not be hidden but to be put out and uh so

1:30:12

that the consumer can see what charges are being passed on and then what the committee

1:30:19

sub is in section two there was when the bill came up there was not an enforcement mechanism and so then

1:30:26

section two is the enforcement mechanism of the um uh the fair trade unfair methods of

1:30:34

competition uh and put that enforcement mechanism in there and this a version of

1:30:39

this bill has gone on in 40 other states and again the rental car companies uh uh

1:30:45

understand this and some have asked for it so if that'll be happy to answer any questions

1:30:51

see Senator Jordan do you have a question

1:30:56

Mr President Mr chairman are you saying that the Georgia there are hidden

1:31:01

charges for renting a vehicle for an example you move to go to another city you rent

1:31:10

a vehicle then you put your card in and there's some more hidden charges is that

1:31:16

what you wish that's what this bill does not allow a stop

1:31:21

correct that that's right that's what it stops and that's what it requires I'm sorry that's what it if they're going to

1:31:28

do it then they need to um to disclose it to the consumer that's correct up front so by the way it

1:31:36

doesn't require any imposition of a fee it's only if they are charging these fees do they have to disclose them oh

1:31:43

yeah but I know that I would call it hidden charges that sometimes that does

1:31:48

happen when you uh renting a car vehicle correct another area so

1:31:54

thank you that should be a good Bill thank you saying no further questions Senator

1:32:00

moves adopted the committee substitute I do so all those in favor say aye aye no I

1:32:08

love it we should have adopted and on passage I suggested the morning roll call Mr President

1:32:13

are there any questions say no questions send a request you this morning roll call for final passage is anyone wish to

1:32:20

be recorded voting no seeing none please record all principles I'll use some more roll call as voting I

1:32:27

bill has passed Mr President call up item number 35 asked that ask the title be read please

1:32:35

read the title Senate bill number 2653 non-profit corporations which deserve

1:32:40

receive public funds require reporting to Secretary of State make the usual motion under mostly usual motion all in

1:32:47

favor say aye aye opposed no uh Mr President asked that you allow Senator

1:32:53

Johnson to explain the bill Senator Johnson you're recognized

1:33:07

mine's like number eight I I withdraw that uh I withdraw that Mr

1:33:15

President um what this bill does is it simply allows

1:33:21

um see one second it simply allows for

1:33:27

um the reporting for non-profit corporations to uh if it's over 200 000

1:33:35

to make a annual report and that's really all that it does

1:33:41

okay if there's any questions be happy to answer them say no questions motion Tinder

1:33:48
oh there is Senator Parker does have a question you yield Center I do just one
1:33:54
quick question Mr chairman this this bill is very similar to a bill we already passed out and I put a reverse
1:34:00
repealer in that bill because we're trying to find some common language um I I don't have to have a reverse
1:34:07
repealer in this but will you continue to work with me on getting one of these bills to the Finish Line in a language
1:34:14
that incorporates most of our thoughts on that I will and Senator Johnson has one similar that's why I got right I put
1:34:22
him on the spot and I apologize for that but yes
1:34:27
okay okay Cinder younger for a question yes please friendly question Senator
1:34:36
Young yes I yield thank you thank you Mr President thank you Mr chairman would
1:34:41
this like Humane Society would that be considered
1:34:47
on this well I would assume they're a non-profits so if they meet the if they meet the the money threshold which in
1:34:55
this bill is 200 000 then yes it would apply to them okay thank you
1:35:01
no other questions emotion sender uh my motion is uh passage on the morning roll
1:35:07
call Mr President uh Trevor suggested use the morning roll call final passage anyone object to this procedure does any
1:35:14
Senator wish to be recorded voting no see none please record all president values the morning roll call as voting
1:35:21
out of the bill is passed item 36 Senator Pope pass and retained
1:35:28
37 38
1:35:37
Senator Whaley recognize item number 39 Senate bill
1:35:43
number 2534. thank you Mr President I'd like to go to item 39 called up had the title
1:35:48
read please read the title Senate bill number 2534 Commission on Wildlife fisheries and Parks require additional

1:35:55
regulation freshwater fishing guides make the usual motions that are most usual motion anyone object all in favor

1:36:02
say aye all the vote no uh David Senator Whaley recognized I'd like to recognize

1:36:07
Senator Suber to explain the bill Senator super you're recognized thank you Mr chairman Mr President uh

1:36:14
over the past few years we've had a lot of people who now are guiding in fresh water like in uh Glover

1:36:22
Lakes North Mississippi and throughout the state and due to the large number of

1:36:27
people guiding now uh we wanted to go ahead and

1:36:33
change the fee on the freshwater boats and this is very close to what DMR is

1:36:39
doing and in order to do that um if you look at line 13 down to line

1:36:46
25 basically just gives definitions of what a charter boat is a head boat what

1:36:51
a name what a guide is Skipper Captain uh but going down line 30 uh you have to

1:36:57
have a decal on your boat uh line 32 through 36 is the main part of this bill

1:37:03
in state residents would have a fee of 500 to guide and out of state would be a

1:37:09
two thousand dollar fee uh for salt water uh DMR is currently about

1:37:16
eighteen hundred dollars they say it's increasing incrementally over the next few years and uh in state is a little

1:37:24
lower than this but uh actually the guys actually requested because we have a large amount of people who are guiding

1:37:30
now uh also part of this will be a one-year residency requirement and you also have

1:37:36
to have a Sportsman's license you uh be required to be certified in first aid CPR

1:37:41
and of course you have to abide by all the rules and regulations uh there's also a 250 dollar fee that would be

1:37:47
applied to the the fishing guide uh to the boat and

1:37:53
basically that is uh hit on this bill but the main part of this is just the fees there uh it says

1:37:59

the fees at 500 for an in-state in 2000 for non-residents and I'll be happy to answer any questions anyone has

1:38:08

okay are there any questions uh Senator England for a question yes question

1:38:17

yes yeah and I think it's probably a friendly question Senator super do you

1:38:22

understand that this this license for the fishing guides is to apply to the boat uh to help clear up any situation

1:38:29

where you might have individuals on that boat fishing that guide can then purchase the license to apply to the

1:38:35

boat rather than individuals in the boat is that correct uh well this doesn't directly addressed that uh I think you

1:38:40

know everybody still have to have their own fishing license okay I think that might be something that we can maybe look at uh in the future like I said

1:38:47

this isn't set in stone I mean this is something Center Seymour's worked with me a lot on and uh you know I'm open to

1:38:54

any suggestions okay thank you sister Hill do you have a question

1:39:00

friendly question yes ma'am I'm looking at the the new

1:39:06

language um so for out of state residents have we ever

1:39:12

had a fee before uh no ma'am okay I've had a lot of people say that we needed that because

1:39:18

they get stuck so bad in Louisiana so my my guides that are in my district have

1:39:25

been wanting to see um you know some kind of parity between Louisiana and Mississippi and I think

1:39:31

this may help that right it's kind of where these numbers came from um and the funny thing is we actually

1:39:37

have been requested by the guides for some kind of language because we just have everybody is out there trying

1:39:43

to guide now and not a lot of people I don't know that they necessarily need to be yeah okay thank you

1:39:49

uh next uh Senator McDaniel sorry I was on this side of the room I

1:39:55
apologize uh so Senator Subaru have you and Senator Thompson divided up the

1:40:01
Waters of the state of Mississippi and he takes salt and you take fresh I'm fine with that okay thank you

1:40:08
thank you Senator Delano question question Mr

1:40:15
President you'll send it later yes sir yeah no seriously on that note I just want to make sure that this is God's for

1:40:22
just the freshwater areas right this is just fresh water we're not doing anything with salt water uh we're

1:40:27
leaving that up to DMR handle that that would be a separate permit that they would have to that a charter boat

1:40:33
captain would or a God would have to have correct right that's correct all right now does this also cover noodling

1:40:39
I'm sorry I didn't hear you is this covered noodling as well like if I want to go on a noodling trip or a hand

1:40:45
grabbing trip or something like that if you're guiding somebody I it could apply no I mean I'm serious this I mean it's

1:40:51
it's a big deal in the north part of the state right and I know we have a lot of people from the coast that want to go

1:40:57
Wrangle with these big catfish yeah I mean if you're charging someone and take them out on the boat then I think that

1:41:02
would apply okay thank you okay no further questions Cinder well

1:41:09
then I would ask for adoption on the morning roll call Senator suggests use more roll call

1:41:14
final passes anyone injected this procedure does anyone wish to be recorded as voting no

1:41:21
Senator McMahon anyone else please record all others presents I use

1:41:27
more in the road called his voting eye and the bill is passed we'll go to item number 40 uh Senator Kaufman

1:41:36
oh I'm sorry yes uh

1:41:41

314

thank you Mr President uh by unanimous consent I'd like to be at his co-author to the last bill Senate Bill 2530 please

1:41:51

please include the chairman yes Senator Seymour the same here Mr President please add

1:41:58

Senator Seymour and one else okay now Senator Kaufman you recognize thank you Mr President I'd

1:42:05

like to call up item number 40 Senate Bill 2218 have the title read please read time Senate bill number 2218 third

1:42:12

party service prohibited from using name likeness trademark or intellectual property of merchant without agreement

1:42:28

committee Sub in lieu of the original bill all right please explain and then please explain to commit yourself then

1:42:34

we'll vote on it I'd like to recognize Senator McMahon to explain Deputy sub uh

1:42:39

Senator McMahon we recognized thank you Mr President we uh what we've got here

1:42:44

is just deals with third party delivery services that they have to actually have a

1:42:49

written agreement before they can use a logo for a restaurant

1:42:55

um that's section one section two basically says in the absence of an agreement that they can't use those

1:43:01

logos and then in paragraph three starting on line 52 uh it gives the restaurant owner an

1:43:07

opportunity to find a competent jurisdiction a court of competent jurisdiction to seek relief

1:43:13

that's all the bill does have to take any questions are there any questions on the committee substitute

1:43:21

so seeing no questions on the committee substitute all in favor say aye aye

1:43:27

opposed no I have it I've got one uh I've got one Amendment

1:43:32

please bring it forward

1:43:38

just on line 29 just delete the words or other retail entity ask you to vote for the amendment

1:43:44

Senator Hill you have a question on this amendment or on the bill later okay that

1:43:50

um Senator office Amendment uh all in favor Amendment say aye all

315

1:43:55
right I'll opposed no and then it passes Senator McMahon I moved for passage on the morning roll call all right first we

1:44:02
have a question I think uh Senator Hill you you have a question on the bill I

1:44:08
yes I do have a question yes yes sir I had I had a similar

1:44:14
situation um in my area where One Restaurant about 15 miles used the same name of another

1:44:22
restaurant and that's what you're trying to avoid is that correct no ma'am uh there's some third party delivery some

1:44:28
online services that are taking people's logos and putting it on their website saying they have an agreement with them

1:44:34
and they're trying to sell prices at an inferior price to what the restaurants prices really are and this just caused a

1:44:41
lot of problems in the in the area that I represent okay thank you okay uh Senator Hobson question

1:44:51
yeah I do they're not thank you um just out of curiosity in response to the

1:44:57
question from Senator Hill to the restaurant owners have they filed a suit civil suits against the companies that

1:45:04
are utilizing their brand or logo improperly well that's that's interesting because

1:45:09
uh it's my understanding they haven't been able to have standing before the court on these on some of these matters

1:45:15
so this clarifies that they do have standing that someone takes their logo that they that they can find a Court of

1:45:22
uh competent jurisdiction I wouldn't have standing if there I could make him a brand was impaired in

1:45:29
some way I can't answer that what I can share with you is there's a group of companies in North Mississippi and

1:45:36
really across the state it's really I've had other restaurant owners contact me and how much they appreciate this uh

1:45:43
it'd be like if you and I started a third party delivery system we could just take logos from anybody and say

316

1:45:48
that we're representing that company and you know this says that they got to have
1:45:53
a written agreement before they can take those logos yeah I mean I don't disagree with the fact they shouldn't use the
1:45:59
logos without the permission of the the owner it just seems like or I know that
1:46:04
you can file a suit against somebody for that right now and I guess this just says we're gonna
1:46:10
uh double up make sure that you can file a suit even though you can already do it right now is that what this does that's
1:46:15
that's my understanding senator um what about the amendment that was just made uh so the language in line 29
1:46:23
now reads restaurant means a restaurant yes sir what happened is that's a great
1:46:28
question so there are some grocery stores that have you know they'll have a
1:46:34
restaurant in the grocery store buffet style and the merchants didn't want to be included they're not opposed to it they just
1:46:41
didn't want to be included so I know but you you have you read the the
1:46:46
way it's worded now yes sir that's what you intended restaurant means a restaurant yes sir it's it's difficult
1:46:52
in some cases to nail down what a restaurant to Define what a restaurant is a restaurant mean if you if you or
1:46:59
sometimes otherwise you know sometimes you just have to apply common sense and well if your restaurant is a restaurant
1:47:05
you just delete that whole section if you're applying Common Sense yep when you want to just delete that
1:47:11
section of that subsection I would oppose that the Restaurant Association you know they that they put this
1:47:18
together the way they'd like to have it and we've worked with the merchants and we've worked with the with the
1:47:23
merchants and other uh entities like that that uh the grocery store Association and all that this is the way
1:47:29

317

we'd like to they'd like to have it I didn't really realize this was a big this was a big problem Senator I don't

1:47:36

normally order online myself but apparently it's become a a very big

1:47:42

problem with the emergence of eat with of e-commerce well what would this I mean I would

1:47:49

think you could appreciate if I didn't take your logo on your law firm and start saying that I'm representing you

1:47:54

and had a website well if this is good for restaurants why wouldn't it be good for other retail entities if I own a clothing store and

1:48:01

somebody's delivering clothing goods and they utilize my clothing store brand why would we want to take out retail entities if it's a good idea why

1:48:08

wouldn't we want to just say on Section line 29 subsection D you say something

1:48:13

like retail establishments and then put in any other uh retail establishment

1:48:19

whatsoever do you think that I asked why they wanted to be taken out they just did the merchants wanted to be taken

1:48:26

away the merchants the association with Mississippi emergence which Merchants are we talking about I don't have I mean

1:48:33

we can we can get their Association lobbyist if if you'd like but they

1:48:40

didn't want to be included okay thank you Senator thank you senator

1:48:46

okay uh Senator Sparks question

1:48:51

do you yield centers I do so far um thank you Mr President thank you

1:48:58

Senator McMahon couple things you mentioned the Restaurant Association are they supportive of this bill they they

1:49:04

ask they they helped write the bill have they dropped anything I know our desk my

1:49:09

particular gets cluttered up with stuff have they sent anything to us telling us what the bill does and if they support

1:49:15

it I I can't answer that have you received anything in writing I have yes

1:49:20

sir okay I've worked closely with their uh director and uh their team the

1:49:26

318

associations team and I understand the premise I believe and I don't oppose the premise but are you talking about people

1:49:34

like ubereats and doordash these companies that deliver that are not

1:49:39

affiliated with the restaurant are utilizing and I know you've said name

1:49:45

Imaging likeness logo and things like that um is is the problem more so that

1:49:51

they're using menus that has a lot to do with it uh and that and it does address that they are using

1:49:58

old menus that may be out of date yes sir okay that that is correct and so

1:50:05

some of these companies that deliver will have a website on their own and yes

1:50:11

they will tell you which restaurants they uh will go pick up from is that

1:50:17

correct you named if you would let me go back you named a very reputable third-party delivery that's a very

1:50:24

reputable company most of the third party the big ones are playing are doing properly they do have written agreements

1:50:31

in place but there are some um smaller spin-up type newly type third

1:50:38

party and they have they don't have any type of written agreements they're just taking people's

1:50:44

logos and menus and putting it out there saying that they represent them and they really don't okay and but but now

1:50:51

as I understand it if you use one of these Services ultimately that

1:50:57

that driver's got to go pay that restaurant so they're going to have to pay whatever the proper price is uh at

1:51:03

the restaurants not like the restaurants getting shorted because the price is wrong well it's it's funny you mentioned

1:51:09

that because when the because when the products are delivering the receipts many times at a higher price than what

1:51:15

they they booked for okay that's the fall to the third party not the restaurant that's correct that is

1:51:22

correct all right as far as the legal side of it there's there's a couple of pieces of concern

1:51:28

one is the this bill allows for damages up to five thousand dollars so that

319

1:51:34
means that it will not go to municipal court and it will not go to Justice Court because
1:51:40
um that's outside their jurisdictional monetary limits correct forces it into County or Circuit Court which is going
1:51:46
to slow down the aggrieved party from actually getting Justice uh I think they
1:51:52
probably would be better served if they would stay within the jurisdictional confines of the municipal Injustice
1:52:00
courts because that's also where the event has happened and I'm not sure that
1:52:06
I understand we're not trying to give jurisdiction to somebody else are we
1:52:11
like if this happened in uh Tishomingo County
1:52:16
then they must bring suit in Tishomingo County correct that's my understanding and that's very good observance I made
1:52:24
that argument and if you read that's why we put in there amount not to exceed five thousand so if the restaurant owner
1:52:30
wanted to seek relief in a competent Court being Justice Court they could they could sue for the twenty five
1:52:37
hundred dollars well which that's why we that's why it doesn't say a Max it doesn't say a fine it says up to a fine
1:52:43
well so I would think if someone is continually doing this
1:52:49
um that they may want to elevate it to another Court outside of justice court but yeah that would be the appropriate
1:52:55
that would be my first stop is justice court and that's where I have asked some of the restaurants to seek relief uh
1:53:02
when things like this are happening but it's it's asking to impose a civil penalty up too I'm not sure if the court
1:53:10
has the range to go to 5000 that you can bring it in the lower court and then the second part but they could shoot they
1:53:17
could choose their Court of competent uh jurisdiction they could go either way okay not
1:53:23

not if it exceeds the monetary amount though right if they exceed the 2 500 they would have to seek relief in a

1:53:29

higher court but if they were to go with the lower threshold they could they could go to the Justice Court seek

1:53:35

relief all right then the last part in section three on line 58 and 59 the

1:53:40

court is allowed to give attorneys fees in this state we are not a loser pay state there are very limited

1:53:48

circumstances where attorneys fees are awarded one of those circumstances is if we have a contract and we agree that

1:53:55

attorneys fees will be in play the other is on a demand for an unpaid accounts

1:54:02

receivable and you have a very detailed process you have to go through this is outside of the norm of the

1:54:08

judicial system the state of Mississippi to allow the court discretion to award attorneys fees to the prevailing party

1:54:13

are you aware of that I'm not okay all right thank you thank

1:54:19

you thank you okay Senator Pope for what purpose

1:54:24

questions thank you Mr President thank you Senator

1:54:30

just to be clear if a restaurant does not have their logo

1:54:36

trademarked you're saying that then this

1:54:41

company could not use it even then even if the restaurant has not gone to

1:54:47

trademarking there you know they cannot use their trademark or their menu without a written agreement but so they

1:54:54

could use so I couldn't go online and say that I represent a meat company and use your logo without a written contract

1:55:01

with that company well the meat logo that we had was trademarked right what if something is not trademarked say that

1:55:08

you owned a restaurant and your menu is not trademarked I couldn't take your menu and post it online and say that I'm

1:55:14

321

representing you what about the logo it is not trademark if the same thing that
1:55:20
would deal with this that's not getting into some type federal law
1:55:25
I can't answer that senator I think this is just a bill to be fair to be sure that people's menus
1:55:33
and their logos are not being taken and exploited uh without you know some type of written
1:55:39
agreement between between the parties I understand what you're doing sure I pretty much agree but I don't as much as
1:55:47
I had to pay to keep trademarks and logos going I don't want to infringe and get in the situation there that might
1:55:53
harm that someone's stealing your logo wouldn't you be able to wouldn't you like to just ask them to stop and if
1:55:59
they wouldn't just go down to justice court and file and be seek some relief and then if they don't stop then you
1:56:05
could elevate it to a higher Court well it's not paid forever always
1:56:11
um my logos were always trademarked I never had that issue all I had to do was send a seasoned assistance letter and
1:56:17
hit stop thank you very much I understand Senator Hickman do you have a question
1:56:23
yes Mr President you yelled Senator Hickman for a question sure uh just a couple of questions here
1:56:29
um was there any thought given to just because my understanding is that you're
1:56:35
trying to clarify and I kind of am on the same line of questions Senator Hobson is
1:56:41
I don't necessarily understand I haven't talked to the people you talk to I don't necessarily understand why under any
1:56:47
current law they're not able to bring a cause of action however was there any thought given to just creating the cause
1:56:55
of action without putting in like the section three with the Civil penalties and all of that was there any thought
1:57:01
given to that to just clarify that you know this comes under infringement of a
1:57:08

right by simply using this menu or this logo I can't answer that question senator I don't know but that's not the

1:57:16

path we chose thank you Mr mcconn do you have a question

1:57:22

thank you Mr President uh so my question is this I do so the agreements in here that are

1:57:29

mentioned uh in absence of an agreement is this an attempt to force like Mom and

1:57:34

Pop restaurants maybe in small towns to now have to have a formal agreement drafted by an attorney uh are we just

1:57:41

looking at just a informal agreement where you just go you know I agree to let you sell my product by or deliver my

1:57:48

product we're not even really selling it in this situation is that right yeah it says uh on line 20 it says a written

1:57:55

contractual agreement between the two parties so I writing for a contract can

1:58:00

be interpreted many different ways to go through the contract laws but my concern is this and I ask you is this also going

1:58:08

to be um making these companies pay a fee to be in this agreement with

1:58:15

these others that would be between the two parties that doesn't deal with this so that doesn't prohibit that thing no

1:58:20

sir so additionally as far as like these larger areas most the time my dealings

1:58:26

with a um a large just say franchise group say

1:58:31

a a pizza place or whatever it may be any agreement that's entered into is probably going to have to go all the way

1:58:38

up the ladder go to corporate be reviewed by attorneys come back down and be pretty unfair up the person who's

1:58:43

signing it on the other side so I I just have some concerns about that uh senator

1:58:50

but I'll just I'll yield I think you've had enough questions on it and I'll just uh I yield my

1:58:57

okay Senator philang do you have a question yeah you do you yell Senator

1:59:03

thank you Mr President thank you Mr chairman um just when I was looking over the

1:59:09

trademark portion I'm curious are we talking about the state registering of the trademark at the Secretary of

1:59:14

State's office are you talking about the federally recognized trademarking uh

1:59:20

that they do in DC under the intellectual property laws what we're trying to do is keep this as

1:59:27

simple as possible in the you know it's a logo motto or any identifying symbols

1:59:33

um is what we're trying to deal with here sure and and I didn't know until recently that there was a registration

1:59:39

at the state level at Secretary of State's office and there's a uh you know protocol for how you go about

1:59:45

registering that is likeness is at the state level so I was just curious if the

1:59:51

references to trademarking in this law that you're presenting made a distinction between the two or if you're

1:59:56

only referring to Federal trademark are you referring also this registering at the state level

2:00:02

what we're trying to do Senator is just give these restaurant owners you know the large restaurants are protected

2:00:08

they've got corporate lawyers and all kinds this is really for your smaller restaurants that may be Regional or

2:00:14

maybe even have one location and third parties are stealing they're taking old menus or taking logos or symbols and

2:00:22

they're saying they represent them and I would think as an attorney you could appreciate they've got to have some type of written agreement between them before

2:00:30

they can use those symbols or those menus all right thanks yes sir

2:00:36

hey Senator Hobson a question thank you Mr President uh one other question yes I

2:00:41

think Senator Sparks mentioned companies like Uber or doordash yeah that's those are reputable third party that's not who

2:00:47

we're targeting here I understand but but your bill says the name so if Uber wants to say that they're going to pick

2:00:54

up at Wendy's or the ABC restaurant or McDonald's or whatever if they use that

2:01:00

name they're in violation of this law if they pick up all over your town and they use that name they're in violation under

2:01:05

this proposal correct if they pick up their if they pick up their menu or their logo they would be in violation of

2:01:12

it if they don't have some type of agreement what if they just say their name we're now my company Uber doesn't

2:01:18

say that well it says name on it no it says any identifiable symbols

2:01:24

logos or motto that or that's what it that's what it means

2:01:29

so no it doesn't mean like if I say hey I'm I'm going to take your order I'm going to Wendy's today for lunch I love

2:01:35

Wendy's I think they have a great product if I say I'm going to Wendy's today I'm not standing up here holding up the Wendy's logo saying that I'm

2:01:42

representing them or selling their product at that price well loan 48 says a restaurant and restaurant owner whose

2:01:48

name likeness trademark intellectual property is used by third party delivery system so if I'm if I'm doordash and I

2:01:55

put that we're willing to pick up at every restaurant in Vicksburg or Tupelo I violated the law under this proposal

2:02:01

correct I wouldn't say that no would you be amenable to reverse repeater so we can

2:02:07

try to work this time I was going to recommend that thank you thank you

2:02:18

we'll wait for the amendment is there any you have the amendment uh

2:02:24

Senator Hobson ready for them thank you so much I propose reverse

2:02:31

repealer I think there's some things need to be worked out in this bill if they can be worked out that's the the amendment the motion or yield for

2:02:38

questions if not I'm of adoption of the amendment no question Senator moves for adoptions

2:02:43

and then also I support the amendment I'll say yeah I have it the minutes passed

2:02:51

now back to the original original bill that don't anymore if there aren't any

2:02:57

more questions I'll move for passage on the morning roll call Kevin suggested use the motor roll call

2:03:03

for final passage does anyone object to this procedure anyone wish to be reported as voting no

2:03:10

here we go Senator Hickman Senator Sojourner

2:03:15

Senator McDaniel Hickman I have your name

2:03:23

oh Senator Chisholm Senator Branning

2:03:28

Senator parks offender Blackwell

2:03:34

senator Jackson

2:03:39

all right Boyd I have Hickman already Senator Parker

2:03:45

Senator Albert Butler Senator John Horn senator philangane

2:03:52

Senator Moran and Turner Ford Senator McClendon

2:04:00

Butler I'm sorry Senator Butler

2:04:06

and McClendon and Butler please I'm sorry I'll get closer to the mic Senator England Senator Frazier Senator

2:04:14

Thomas Senator Derek Simmons oh hold on a second

2:04:23

Senator Barbara Blackman Senator Robert Jackson Senator Delano

2:04:30

senator senator

2:04:36

Barnett senator Jordan

2:04:43

under Sarita Simmons Senator Seymour

2:04:49

and Senator Hill anyone else

2:04:54

under Norwood anyone else wish to be recorded voting

2:04:59

no Senator pecan

2:05:10

right yeah at the prophet time please read the no votes

2:05:28

voting no or name Seymour Hill Norwood Moran Macan Thomas

2:05:36

Blackman Delano Barnett Jordan Simmons of the 13th Moran Turner Ford McLendon
2:05:45
Butler to 36 England Frazier Simmons of the 12th Hickman Sojourner McDaniel
2:05:54
Chisholm Branning feeling game Parks Blackwell Jackson boy Parker Butler 36
2:06:03
and Horn Society named twice yes
2:06:15
Senator do you wish to be recorded voting now president okay
2:06:25
yeah Senator Butler to the vote Yes to the vote I think uh clerk said Butler 36
2:06:31
twice I'm 38.
2:06:55
foreign
2:07:51
for 30 nay votes the bill has failed Senator Pope
2:07:59
oh Cinder Hobson I'm sorry Senator Pope hold on a second Senator Hopson you haven't
announced thank you Mr President the Appropriations Committee will meet
2:08:06
at 1 30 in room 216. one bill to take up or any other announcements before the break
2:08:13
Senator younger thank you Mr President if you want to go to the Dixie National the tickets are
2:08:19
you have to call in at the box office and make reservations for your tickets
2:08:25
and they will be at will call and I also need some more money I hate
2:08:30
to beg for money y'all but this is for the junior sale of Champions for scholarships for kids if you
feel the
2:08:36
need to give please do thank you any other announcements Senator Pope thanks Mr President I
moved
2:08:43
the Senate stand in recess until 2 pm for the stands to resistant 2PM all in
2:08:50
favor say aye I'll vote no then it stands under he says until two
4:05:27
sessions Senator Parker your recognized thank you Mr President I'd like to make
4:05:33
a motion we recess subject call for 10 more minutes we said subject call for 10 minutes all in
favor aye opposed
4:17:40
Dr Carlos sent it to order Senator Kaufman Senator Kaufman is recognized we're on
4:17:46

41. before you start Senator Hickman for what purpose you seek recognition
4:17:53
introduction Mr President please proceed I'm Mr President and the Senators uh we would like you to make welcome and we'd
4:17:59
like you to stand uh some of the greatest court reporters in this state we have Miss Melissa Grimes
4:18:05
um Miss Susan Alford Miss Anna Alford uh they're joining us from my area along
4:18:10
with uh who else is from this uh area Senator Williams uh Senator younger and
4:18:16
the rest of us we also have Miss Phyllis McCartney and Julia Mims give them a hand and make them feel welcome to our
4:18:22
Center today
4:18:30
those are the ones that do the real work all right dinner we're on 41 sir thank you Mr President I'd like to call up
4:18:36
item number 41 Senate Bill 2648 on today's calendar and have it read Mr Clark please read the title Senate bill
4:18:43
number 2648 financial institutions earn wages access how about the usual Motion Center makes
4:18:49
the usual motion all in favor signify by saying aye opposed no they asked please proceed Senator Kaufman I'd like to
4:18:54
recognize Senator Johnson to explain the Bill Johnson you're recognized thank you Mr President uh Senate Bill
4:19:01
2648 um attempts to update code with changes in
4:19:06
technology uh there's currently apps available where people across the United
4:19:11
States including in Mississippi are getting an advance on their uh paycheck
4:19:17
however it is not a loan they are not charged a finance fee for that and because it is not alone there's nothing
4:19:24
in our statute that would cover this type of transaction and this simply
4:19:29
creates a framework in our code to um
4:19:34
to account for these types of new transactions and that's an explanation of the bill
4:19:42

all right questions on the bill so you know we're ready for your motion sir move passages in the morning roll

4:19:47

call someone roll call has been requested Senator Hill for what purpose you seek recognition

4:19:55

you for a question Senator Johnson yes Senator Hill is recognized for a question that just went straight over my head can you just kind of simplify that

4:20:03

just a little bit sure um so uh there are

4:20:08

um apps that allow for people to get in advance on their paycheck their earnings

4:20:17

um but because these uh as companies that use the apps because they do not

4:20:23

charge a finance charge or or an interest rate they're not alone and and since they're not alone there's

4:20:30

nothing in our code that accounts for that type of transaction and this simply

4:20:36

creates a framework in our code that accounts for that type of transaction so it just acknowledges it yes yes it

4:20:44

does not put it under the department of banking uh because it's not a loan but it acknowledges that that exists yeah I

4:20:49

think I'm familiar with what you're what now that I've let it sink in I think I know what you're talking about

4:20:54

um thank you yes ma'am thank you Senator Hill other questions other questions Senator Blackwell

4:21:00

introduction had a border space procedure thank you the Senate would look over to the the west side of the

4:21:07

building and welcome our old friend Senator Merle flower [Applause]

4:21:16

welcome Senator glad to have you back Senator Johnson seeing no further questions now we're ready for your

4:21:22

motion sir move passages in the morning roll calls morning roll calls never request anyone objective procedure Accord is voting no

4:21:29

present seeing none the bill passes Senator younger

4:21:35

Senator younger thank you Mr President I'd like to call up um item number 42 and have the title read please Mr Clark

329

4:21:41

please read the title Senate bill number 2523 pecan harvesting

4:21:46

law revised penalties for violating make the usual Motion makes you usual motion all in favor signify by saying

4:21:53

aye opposed no they ask have it please proceed thank you Mr President here we are with the famous pecan bill

4:21:59

again we've passed it the last two years and it gets over to the house and it fails and all this is doing is shearing up the

4:22:06

the um the law and making it tougher on these people that are going in the pecan Orchards backing up to these great big

4:22:14

tote bags that hold about 2 000 pounds of whatever pecans or soybeans or corn or whatever you have

4:22:20

and they're stealing a lot of pecans and they're very they're very expensive and then um section five the underlining

4:22:28

language it's just an update of the minimum and maximum for those crimes that are listed

4:22:34

and um that's pretty much it in a nutshell [Applause]

4:22:41

look we're trying to lock up some squirrely people here now come on

4:22:48

Senator Mark Khan for what purpose you seek recognition sir thank you Mr President introduction out of order at

4:22:55

the property tax one moment please senator Moran for what purpose you seek recognition sir question you go ahead

4:23:01

question uh Senator younger yes sir Senator Moran you reckon asked

4:23:06

for a question so one of these big toad sacks about how many pounds is that about a ton two thousand pounds a

4:23:12

thousand pounds how many nuts would be in that sack well it depends on how big they are

4:23:18

I know they've gotten very expensive I have a pecan Orchard myself and and uh the days of the 50 cents I found cons

4:23:25

are gone that's right it's a very good Bill thank you thank you thank you Senator Moran any other

4:23:31

questions any other questions seeing nine centers we're ready for emotions sir I'll make passes by that by the

4:23:36

morning roll call please requested any more objective procedure for this voting no

4:23:43

present seeing none bill passes chairman Carter Senator Carter you're recognize Senator

4:23:50

Tate one moment plays Senator McConnell you were going to introduce our order you recognized thank you Mr President in

4:23:56

the South Gallery up here I'd like to welcome our dean of the MC law school former Dean I'm sorry he's not there

4:24:02

anymore but he's just as uh just as much of an ambassador as anybody Dean rosenblatt along with two second year MC

4:24:09

law students who are part of the animal legal defense fund uh Jordan Rogan and

4:24:15

Casey Irwin make them feel welcome at their Senate

4:24:22

Senator Tate Senator Tate for what purpose yes sir Mr President I ask for unanimous to consider to be added as a

4:24:29

co-author to the previous items Senate bill 2523. seeing no exceptions granted Senator

4:24:37

Carter thank you Mr President I'd like to go to item 43 on today's calendar I have the title read Mr clerk please read the

4:24:43

title Senate bill number 2494 Mississippi telephone solicitation act transfer enforcement authorities to

4:24:49

Attorney General's office make the usual Motion Picture use your emotion all in favor signify by saying aye opposed no

4:24:55

the ice please proceed Senator Carter I need to adopt the committee sub here I recognized to explain the committee

4:25:00

substitute Senator thank you Mr President so me and the lieutenant governor and staff we've worked on this bill and

4:25:07

we're continuing to work on it it's as a reverse repealer in it but what this address is I know my phone personally

4:25:14

has been blowing up with all these different spam phone calls from telemarketers and it's gotten worse it

4:25:20

331

hasn't gotten any better so we met with a Public Service Commission and uh they
4:25:26
determined that the best step will be for us to move this over to the Attorney
4:25:31
General's office because what currently what happens is these no calls are
4:25:36
reported to the Public Service Commission they're investigated then the referred of Attorney General's office
4:25:42
ultimately the Public Service Commission they can't do anything about it we feel
4:25:47
like the best way to handle this situation actually get something done about it is to save all of it over to
4:25:54
the Attorney General's office like I said there's a reverse repealer in this bill the Attorney General's office came
4:26:00
with some language late in the process and and they are going to work with the house when this bill goes over there if
4:26:08
there are no questions I may bypasses on morning roll call I need to adopt the committee said
4:26:16
we have questions for Senator Norwood for what purpose you seek recognition sir of course Mr President you you're for
4:26:22
question Senator Carter I do Senator nor would you recognize thank you Mr President thanks Senator Carter now the
4:26:28
fines and the fees that uh praying closed in this as well
4:26:34
everything like if you look throughout the bill everything goes straight to the Attorney General's office though so that
4:26:40
the complaints will go to the Attorney General's office they'll investigate the complaints the fines everything
4:26:45
everything goes to the attorney general office and that would be that the information would be
4:26:51
all the contact information would be put out as soon as this become law correct
4:26:58
okay appreciate that thank you Senator Norwood Senator Phil and gain for what purpose pass Senator blunt for what
4:27:05
purpose pass ready we're ready Senator Carter I mean we adopt the committee sub all in favor signify by saying aye
4:27:12

opposed no he has have it please proceed Senator my main passengers are winning roll calls good morning roll call has

4:27:18

been requested and you want objective procedure Carter's voting no

4:27:23

Brian blood anyone else

4:27:30

anyone else seeing none of the bill passes thank you Senator Carter

4:27:35

Senator Brian you recognized

4:27:54

I think we're at item 43 on the calendar I think it's 44 Senator 43 was chairman

4:28:01

Carter I believe he's 44 sir

4:28:08

uh I'd like to go to item 44 and ask that the title be read Mr clerk please

4:28:13

read the title 25 76 Community Health mental health and

4:28:20

intellectual disability centers and programs bring forward code sections I make the usual motion it makes the usual

4:28:26

motion all in favor signify by saying aye I opposed no the eyes have it thank you Senator uh members of the Senate

4:28:32

this is a bill to keep a vehicle alive in case we need to do something with Community Mental Health Centers there is

4:28:39

a bill on the house calendar that I think is coming this way which would serve as the vehicle for anything we

4:28:46

might want to do all this bill does is bring forward existing code sections I'd

4:28:51

like to keep this alive so that if we have need for these sections we'll have a vehicle alive in the process there's

4:28:58

no questions I suggest use of the morning roll call questions questions seeing none this morning roll

4:29:05

calls been requested anyone inject the procedure or does voting no present

4:29:11

seeing none bill passes thank you chair chairman Brian I'd like to pass and retain on the next

4:29:17

item item 45 changes placed on the calendar chairman Phil again pass on

4:29:23

items 47 I mean 46 chairman Carter chairman Carter you recognized we're on

4:29:28

47 Senate

4:29:35

thank you Mr President I'd like to go to item number 47 on today's calendar have a title read Mr clerk please read the title Senate bill number 2341 electric

4:29:43

transmission infrastructure maintain State jurisdiction over Integrity uh make the usual motions it makes a usual

4:29:49

motion all in favor signify by saying aye opposed no they ask have it please proceed I need to adopt the committee

4:29:55

sub you recognized to explain to committee substitute Center okay this is

4:30:01

um the electric transmission infrastructure Bill and what this bill does is basically any third party that comes and

4:30:09

builds out uh transmission lines throughout the state of Mississippi they will be required to abide by PSC

4:30:16

standards versus um the Federal Energy Regulatory Commission

4:30:21

it levels the playing field that makes it fair for anyone that's building out transmission that rate payers pay for in

4:30:29

the state of Mississippi they all have to they're all be subject to the same licensing requirements and such

4:30:36

and if there are any questions I have an amendment um but I'd like to entertain any questions first questions on the

4:30:43

bill questions Senator Seymour for what purpose

4:30:48

question Mr President uh Senator Carter I do please proceed Mr chairman can you give me an example

4:30:55

of a third party do I know an example of a third party it's just a out-of-state

4:31:01

contractor thank you Mr Senator England for what purpose question for you for a

4:31:08

question Senator Carter I do please proceed Senator England Senator Carter you mentioned trying to level the

4:31:13

playing field here and I've heard a lot of bills trying to do that this year with with out of state entities uh

4:31:19

trying to level the playing field with for other people coming into our state what do you mean by that so currently if we abide by

4:31:28

what the federal law is people can come in from out of state and build out this infrastructure that Mississippi

4:31:33

ratepayers are paying for but they don't have to abide by the PSC

4:31:39

regulatory standards that Mississippi contractors do do we currently have people coming into the state building

4:31:44

out infrastructure we have projects going on right now that are from out of state contractors so have they already

4:31:50

bid out that process and they've already started building and we're going to change up the rules on them kind of

4:31:55

Midstream here so part of my Amendment address is what you that what you're saying right there okay are so if we

4:32:02

have someone that can come in under the federal rules are they able to build out infrastructure cheaper than somebody

4:32:07

that maybe is having to uh abide by the PSC no I mean this all this does is like

4:32:13

I said I mean you can either go by Biden's federal policy or you can go by

4:32:18

Mississippi's Public Service Commission they don't have to abide both no see through

4:32:25

okay I may have another question once we get to the amendment but I'll I'll hold until then thank you

4:32:31

thank you Senator Ringo and any other questions okay we're ready to adopt the committee

4:32:37

substitute and then go to the amendment Center I move that we adopt committee sub all in favor signify by saying aye

4:32:43

opposed no Diaz have it Senator Carter we have an amendment amendment number

4:32:48

one please it's on the screen okay so this amendment first of all it

4:32:56

uh it removes the reverse appealer in the bill there was a reverse repeal or put in committee because there were some

4:33:02

concerns that have been addressed and then the second part it takes care of anybody that is now a stick contractor

4:33:09
that's currently building transmission they will be grandfather done under this
4:33:14
new language right here and it won't affect um any of their current projects going on right now
4:33:22
that's explanation of the amendment questions questions
4:33:28
seeing none we're ready on the motion on the amendment Center I'm the doctor Mission I have a question
4:33:36
Senator Butler for what purpose you seek recognition sir question Mr President Senator I do Senator Butler is
4:33:42
recognized for a question thank you Mr President thank you Senator so you're saying that companies that are in the
4:33:47
state now that are already doing some contract work that's not
4:33:54
under the PSC they are they'll be able to do it based on your Amendment this amendment any ongoing projects currently
4:34:00
in the state of Mississippi if they are an out-of-state contractor we don't want to we don't do anything we want to keep
4:34:06
that make sure that project is completed that then you'll start right 100 all
4:34:11
right thank you thank you Mr President I move adoption of the amendment
4:34:18
thank you any other questions seeing none ready on your motion
4:34:24
adoption Amendment all in favor signify by saying aye opposed no
4:34:29
he has happened all right Senator we're ready I'm in passage on the morning roll call my morning roll call better request
4:34:35
anyone objective procedure Dakota's voting no present
4:34:41
one moment not voting Senator Hill
4:34:47
Senator Hill not voting anyone else Senator England no no
4:34:53
anyone else anyone else bill passes thank you Senator Carter
4:35:01
Senator Carter you're on 48 sir pass Senator Pope
4:35:06
passes on 49. chairman Branning Senator Branning we're on 50.

4:35:14
or or halfway one or the other thank you Mr President I'd like to go to
4:35:19
that item called up have the title rib Please Mr clerk please read the title Senate bill number 2569 Transportation
4:35:26
allow and regulate autonomous vehicles make the usual Motion Center makes your usual motion all in favor signify by
4:35:33
saying aye opposed no the ASAP please proceed I'd like to request that Senator Williams be recognized to explain the
4:35:39
bill Senator Williams is recognized thank you Mr President thank you madam
4:35:46
chair uh Mr President I'd like to be asked to explain the committee sub
4:35:51
your recognized to explain the committee so this bill is sets the groundwork
4:35:56
legislation for autonomous vehicles in the state of Mississippi as we go forward down this the evolution of this
4:36:02
technology while we may not be quite in the Genesis of the technology we're definitely in the early stages of it
4:36:08
22 states have currently enacted legislation that um looks at this safety being number one
4:36:16
we're the only state in the Southeast that currently does not have legislation that addresses this the AV autonomous
4:36:23
vehicle must be in compliance with all traffic and safety laws there's nothing that's Exempted from that
4:36:29
it's just not a vehicle that's not driven by a human being again as we go down the evolution of this technology
4:36:35
must also be in compliance with all the Federal Motor Vehicle Safety standards as well
4:36:41
any company that wants to perform AV testing or driving in the state will have to submit a compliance report to
4:36:48
the Department of Public Safety they're kind of like the gatekeeper of it they'll have to look at
4:36:54
that report and approve that report as well um I have talked to DPS truckers
4:37:01
Association MDOT MMA Road Builders Association asphalt Association and
4:37:06

everybody's in favor of this legislation as we look forward of going down this path that is a very brief overview of

4:37:14

the legislation I'll be glad to yield to any questions Mr President

4:37:30

sorry senator's questions on the bill Senator Socha for what

4:37:36

purpose ma'am for a question you're here for a question Senator yes sir Senator Mr sojourn is recognized thank you Mr

4:37:42

President thank you Senator yes ma'am in the bill um would it allow for

4:37:48

even 18-wheelers to drive on the truck unmanned yes ma'am

4:37:54

it sure does

4:38:02

where agriculture is going in this direction but today you still have a

4:38:08

person sitting in the seat that is correct

4:38:14

I'll share with you several examples where there's been some disastrous accidents I've no doubt that the world

4:38:21

is changing but do you not see a concern with allowing an 18-wheeler loaded

4:38:30

being on the road without a human in the seat of that truck absolutely I think that's a great

4:38:36

concern and today I don't think the technology is there I think as we go down the evolution of this technology

4:38:42

we're laying that framework out there currently I'm sorry

4:38:47

currently there are autonomous 18-wheelers running routes between Dallas and Houston they've been doing

4:38:53

that for a couple years when I say autonomous let me explain that there's a person in the truck there's an

4:38:58

individual in the truck monitoring the systems and doing everything but they have successfully run routes from Houston

4:39:04

um to Dallas and back without a human interaction but if a company disagreed maybe with my

4:39:11

train of thought regarding 18 wheelers um this bill would allow them to put

4:39:17

that truck on the road without a driver if they thought their technology could

338

4:39:23
do that DPS has to approve that our Department of Public Safety will have to have there have to be a report submitted that

4:39:30
really details number one the technology the safety is there that we are at least as safe with the human driver and then

4:39:36
also the the reactionary measures if there's an altercation an accident or something happens and you've got a

4:39:41
trooper or a deputy that goes up to this vehicle what do they do you don't have a person to deal with so that plan of

4:39:46
action always has to be vetted and dealt with before vehicles ever put ever put on a road in the state of Mississippi

4:39:54
I see what you're trying to do I think we are a long way off and I think this

4:39:59
bill is getting ahead of where we need to be for safety reasons right now I appreciate that concern very much and

4:40:05
then the research I've done with it I think the safety reasons is the first and foremost thing out there Economic

4:40:10
Development rolls up into this way below the safety aspect of it you've got companies right now looking at planning

4:40:17
routes between Atlanta and Dallas and the only hole in that route is the state of Mississippi 22 other states have done

4:40:23
the legislation that puts this in place but it's not like the Wild Wild West hey here let's go it's just laying the

4:40:30
framework or the road bed if you will as we evolve down this the committee sub I

4:40:35
didn't explain has a reverse repealer in section four which is the Healer that or the section that pertains to the

4:40:41
Department of Public Safety commissioner Tyndall had concerns about really about trafficking and um

4:40:47
Contraband how would we deal with that issue so we felt better not putting this out there in perpetuity as having a call

4:40:52
back in a few years so that we can look at this if this evolves the safety piece to me is the most important thing

4:40:58
Economic Development second to that so so while I appreciate your concerns I think if we back up 100 years we're probably

4:41:05
having the same conversation about Motor Vehicles on the roads and getting away

4:41:11
from horse and buggy it seems absurd now but we look at it but when that first legislation was probably done from this

4:41:16
well at some point in the past I doubt people foresaw 70 mile an hour speed limits or motorcycles or things of

4:41:24
that nature but as that technology evolved over the last hundred years I'm sure that we came in we looked at that

4:41:29
legislation safety I hope is Paramount as we crafted that legislation and went forward that's why I said well we may

4:41:35
not be quite in the Genesis of this technology but we're definitely in the toddler stage of it there's so many things we don't know as we go forward

4:41:42
would you consider this bill to be a preemptive policy no ma'am initially when when I was asked

4:41:50
to do this the autonomous driving Association is kind of where this thing comes from I felt the same thing and then as I did

4:41:56
more research and I found out they were already doing autonomous driving very controlled situations this is not the Wild Wild West and people talk about a

4:42:03
Tesla driving itself that's not autonomous driving we got five levels of autonomous driving we're at level three

4:42:08
level four is where you you we're having some metered success with that and Technology it may be five years ten

4:42:14
years 20 years don't know that evolutionary time frame

4:42:19
but we know that the technology is evolving and I think we're just in the statement is hey we're embracing

4:42:25
technology we're here for it we're vetting it we want it to be safe there's no compromise on that that from my

4:42:31
perspective and I don't think the legislation does that so the short answer is I don't think we're

4:42:36
being preemptive I do I think on this

4:42:46
this down really good policy because it was considered preemptive but thank you I respect that Senator thank you senator

4:42:52
chasnath for what purpose for a question Mr President are you for a question Senator yes sir Senator chastinal is

4:42:57
recognized for a question thank you Mr President Mr chairman do you think that this is somewhat similar to autopilot on

4:43:05
a commercial airliner perhaps I do where you have people who are being

4:43:10
carried from one continent to another and yet sometimes in a long flight the um pilot may put the plane on autopilot

4:43:19
yes ma'am I do let me qualify it and not having done the research down Aviation so it's a

4:43:25
little unfair for me to say that but I know that a lot of flights are going from A to B without human interaction

4:43:30
you've got the human there in case something happens so I think that the there's definitely similarity there yes ma'am what

4:43:45
so perhaps in the future what you're talking about with uh vehicles on the

4:43:51
highways would would also be there I agree yeah as you know I'm probably

4:43:57
One in the Chamber that Embraces technology not at the cost of safety but I think that we should embrace technology and welcome it and where we

4:44:03
need to legislate legislation thank you thank you madam senator

4:44:09
black thank you sir question for you for a question sir yes sir Senator black will

4:44:14
you recognize for a question thank you Mr prayer president are these vehicles going to be able to

4:44:20
change lanes and drive in the left lane yes sir

4:44:25
only until they pass which could be Miles because right right now we got trucks getting the left lane

4:44:33
and they'll they camp out in the left lane and and they think that because they can go one mile an hour faster than

4:44:41
the other truck uh they just pull out and hold up traffic for for literally

4:44:46

341

for Miles um personally speaking I share your frustration Senator with that situation

4:44:51

so these vehicles uh are they going to have Governors on them

4:44:59

the manufacturer gets to really set some of those parameters if you will but with the people we've talked to you know we

4:45:05

had the two trucks out here at the first Obsession and talking to those people what they have happening is they

4:45:10

specifically mentioned the structure will be in the right lane they're going to go 10 miles beneath the speed limit obviously again whereas we're at the

4:45:16

front of this technology they're going to be very cautious with what they're doing but I think every effort is being

4:45:22

made so that the public will not alienate this technology and as you just alluded to the frustration that we have

4:45:27

when someone's hugging the left lane and won't get in the right lane when they should that's only going to alienate the adoption of this technology so make an

4:45:34

assumption with it but I would think that whatever mitigates and minimizes public

4:45:39

disturbance with this technology is what the manufacturers would follow well if they're going to be going 10 miles

4:45:45

slower than the other traffic they're going to create traffic jams on the interstate well there again as the

4:45:52

technology evolves I think in in the Genesis of this technology they're just trying not to disrupt the apple cart so

4:45:57

to speak as they go forward thank you thank you thank you Senator Senator Moran for what

4:46:03

purpose sir I'm sorry Senator lady per question please question yes sir

4:46:09

please proceed thank you Mr President thank you senator for taking my questions uh thinking back to one

4:46:14

committee when we had the um individuals from the company and they were talking about this and specifically to Senator

4:46:21

Blackwell's question when they were talking about the the purpose of being able to swap Lanes to safely pass did

4:46:28

did am I correct when I heard that they were going to be able to accelerate to get on around that traffic not to to

4:46:34

travel at maybe one or two miles an hour such as Senator Blackwell was referring to just a second ago yes sir that's

4:46:41

correct that's right and I know that in the real Trucking world now a lot of

4:46:46

these trucks are limited by insurance requirements so it's not just so much that they just want to travel slow so

4:46:52

but I appreciate what those trucks are doing thank you

4:47:01

thank you Mr President uh thank you Senator uh two quick questions one is uh

4:47:08

do the states around us already have this ability so documentation I'll be glad to share

4:47:15

with you all right so they're literally operating these vehicles they get the Mississippi State Line they're having to

4:47:20

go around us or legislation is in place my research shown that there's legislation in place where I know

4:47:26

there's active autonomous driving occurring is what I mentioned to a moment ago okay and then the only other

4:47:31

thing I know you got to reverse repeater in it but on line 113 we Define person

4:47:38

um but on line 125 it says a person may operate a fully autonomous vehicle if

4:47:44

it's fully autonomous the person's not operating the car is operating and we

4:47:49

define a person as a natural person or several of some entities so I I would I

4:47:55

would like for us to get tighter language on who's operating this vehicle

4:48:01

because if I just read section three I would think that a person could operate an autonomous vehicle I

4:48:08

understand I'll work on that all right thank you yes sir thank you thank you Senator Senator Hill for what purpose you seek recognition him

4:48:16

you recognize I'm gonna make this painless as I can thank you we have

4:48:23

um 18 year olds that need jobs don't we yes ma'am we do

4:48:29

we have 18 year olds that can sign up and go to Afghanistan or anywhere abroad
4:48:35
and serve in the military carrying M16 drive a tank or do anything that the
4:48:41
military requires them to do right yeah but they can't drive a semi-truck
4:48:48
interest state in interstate commerce or intrastate Commerce
4:48:54
currently in the United States can they I don't know that they can't drive across
4:49:00
state lines unless they're 21 they can't get a CDL unless they're 21 they can't drive a semi-truck unless they're 21
4:49:06
currently okay I didn't know that and you're aware that the federal government has created a pilot program to try to
4:49:14
allow 18 year olds to be able to finally maybe one day if we don't have all these
4:49:20
autonomous vehicles to where these 18 year olds can actually drive a truck and make a living yes ma'am I did not know
4:49:27
that um so you know everything is of course going to automated but I'm extremely
4:49:34
concerned that technology is not ready for this we we every time we turn on the TV or radio we talk about what's being
4:49:41
hacked and what's being taken over and now we're going to have 18 wheelers on the roads of the state with no vehicles
4:49:48
with computers running them that are subject to being hacked and taken over you know by who knows what because you
4:49:55
know we we've got hostile actors that are looking at every type of technology
4:50:00
and uh you know intellectual property that they can get their hands on correct yes ma'am that's correct thank you thank
4:50:07
you ma'am the two concerns there I think the um employment concern is a very real concern that eliminate all these drivers
4:50:14
the research I've done says that's the case and anytime in the near future we've got about a 78 000 shorter in this
4:50:21
country so if there's any assistance with that labor deficiency I think that it might it might help that the
4:50:26

344

economics of that speak to it and um research Philadelphia has added 6 500 of

4:50:32

6 500 jobs because of infrastructure they're putting in place to deal with this the national truckers association's

4:50:37

estimated entry a net increase in jobs the scope of the jobs may change somewhat is this industry evolves and I

4:50:45

will agree with uh the Senators comment earlier about preemptive you know we're in the Genesis of this technology you

4:50:50

know we're not going to be there just to try to make light of the situation in a comedic way I went to The Jetsons we

4:50:56

know the Jetsons and find that flying around vehicle that we got it wasn't autonomous they had a joystick it was

4:51:02

just a flying vehicle so I don't mean to make light of it but technology is going

4:51:07

in that direction today you've got five levels of autonomy most of us experience level two or three

4:51:14

now I mean if you've got a brake assist or if you've got the lane assist we're in that now if you've got a Tesla where

4:51:21

it can do some of the driving that's a level three so so we're going down that road we're just laying it out so that we

4:51:27

can continue to go down that road as industry looks at it we're part of that strategy as they do that as we go

4:51:33

forward that's what the intent of this legislation is I do appreciate the concerns and they are heated for what

4:51:39

purpose question Mr President yes sir Senator McCain's recognized for a question thank you uh Senator Williams I

4:51:47

actually viewed these vehicles out outside and I believe several of us did and I understand that there's the the

4:51:52

original system there's a backup system that we're working through all the different things and it's Aiken to me to

4:51:58

be very similar to a railroad where you have a designated track and you have a point a and a point B and once you get

4:52:04

to that point a or point B then there's going to be an individual that gets out and takes over that Vehicles is that

4:52:10

your understanding yes sir okay so my other concern the question I've got here

4:52:16

is are we are we moving towards an electric Fleet are we going to continue to have gas burning engines or what are

4:52:23

we doing here this legislation does not speak to the propulsion system however you're driving that thing does not

4:52:29

matter whether it's a diesel engine electric engine a hydrogen engine whatever that that's not relevant and I

4:52:34

think that it is relevant and let me tell you why I asked this question because at the end of the day there is a

4:52:40

point where you're going to have these engines moving back and forth and they are are not going to be electric or

4:52:46

they're going to be gas and we're moving as you say this is an evolving technology yes and we we're evolving

4:52:52

into more Electric engines so my question here is going to be are we going to be looking at a loss of gas tax

4:52:58

resin Revenue off of those when we move to that because autonomous vehicles if you remember are looking very much like

4:53:05

they're going to be Electric I'm gonna give you my opinion on that I don't know I want your opinion

4:53:13

currently the technology as it is with the people that were here those are diesel engines they're not electric and a conversation

4:53:19

um I had with those people they said they weren't looking at electric right now it's simple economic well

4:53:25

there's a two-edges swords economics and it's perception in politics with with EV World we've got such emotion on the side

4:53:33

of that issue I don't know that economics drives it but I think ultimately in a free market the economics are going to drive it when it

4:53:39

becomes more cost effective for an electric engine over a diesel engine I think that's that's going to be there I

4:53:44

personally don't think that technology is there today where the dollars work but I think we're evolving that's another space another technology

4:53:51

electronic Vehicles if you will that as the battery becomes more efficient the manufacturer becomes less the carbon

4:53:56

signature becomes less these things and we get away from the politicalization of it and we get to the core economics of

4:54:02

it yes there's a Tipping Point where economically that becomes feasible when that happens and that's not just an

4:54:08

autonomous vehicles that's everywhere I think we hit the cusp of that and the gasoline question you've got yeah it's

4:54:15

blown out of the water I hope I answered that question you did and then I just have as since we're talking about this

4:54:21

then evolving technology that you're hoping to evolve this more let's just go ahead and say that it's evolving and it

4:54:27

could potentially be that because we've seen bills to allow for electric school buses and we've seen bills to allow for

4:54:34

electric uh 18 wheelers well not necessarily the bills but you see it out there on the federal level with the the tax credits now my next question and

4:54:41

this piggyback and offer that I see in line 253 that we have no state agency political subdivision municipality our

4:54:48

local entity May prohibit the operation of a fully autonomous vehicle uh

4:54:54

on demand whatever it may be on their streets so we've just taken and said that you know all the municipalities and

4:55:01

you've got to remember that that from the forestry standpoint we see counties we see all these people out there

4:55:08

prohibiting or restricting the amount of traffic that's going on these These Roads because of weight limits because

4:55:14

of amount of Timber coming out of it are we are we just really just giving them full authority to go wherever now

4:55:20

the legislation speaks to just because you don't have a human driver you can't restrict it every other law that's on

4:55:27

the books has to be abided by everything you just mentioned obviously any safety laws any weight restrictions any of

4:55:33

those laws and if and if we've got an electric vehicle that's got tons of batteries obviously that's going to

4:55:38

speak to the weight capacity and whether they can haul more weight or not all those laws have to be abided by that are

4:55:45

on the books now we're not removing any of that I guess my overall concern is I have no really objection to use our

4:55:52

highways to use of our interstates but when we get off in residential areas and places like that or small roads I do

4:55:59

have substantial concerns and I understand that we have a great safety mechanism these people are way smarter

4:56:05

than I am to develop this but we still have the potential for error and if we're in a residential neighborhood the

4:56:12

likelihood of that being tragic on a child is going to be substantially I understand on the highway I have substantial thank you Senator Williams

4:56:18

thank you sir Clinton for what purpose question please will you hear four questions sooner yes

4:56:24

sir Senator McClendon you're recognized for a question thank you Mr President thank you Senator yes sir

4:56:30

um I have two uh one to address Senator chasenal's uh when a pilot puts a plane

4:56:38

in autopilot that there's a pilot still there yes sir and there won't be a driver when this is an auto part well

4:56:45

we're not there today and when that day comes we don't know

4:56:51

my next question would be will there be restrictions on what they can carry say

4:56:57

fuel or explosive material this legislation

4:57:03

doesn't allow or prohibit anything other than what's already allowed or prohibited

4:57:08

statutorily we don't remove any of those um statutes or restrictions

348

4:57:14
I have some uneasiness with uh what they could possibly be carrying
4:57:20
I also have some uneasiness Senator Suber comes down and gets
4:57:26
something flies off a vehicle and hits him so one of these trucks something flies off
4:57:32
how do you pull that truck over to say hey something just blew off your truck
4:57:38
that is a plan that would be submitted with DPS that's a very good question and and the vehicles will have the ability
4:57:44
to be pulled over there'll be a plan of action that the law enforcement you know these vehicles will not be allowed to go
4:57:50
on our state roads until this plan of action has been submitted and approved by DPS at which point there's a
4:57:56
reactionary plan that will occur the repealer I mentioned about in section four I believe earlier for law
4:58:02
enforcement section of this thing one of the concerns was hauling Contraband because
4:58:07
if you have someone calling Contraband you've got a driver that you maybe can get a hold of and he can help you um
4:58:15
they'll break computer's not going to do that you have the ability I think that with the technology in these guys you're
4:58:20
gonna have cameras lidar radar different things that are there so they're going to be data points that will be used in doing an investigation just like you're
4:58:27
talking about if something were to fly off a truck I think you're going to have more data points on one of these vehicles that could be used in an
4:58:32
investigation I do have same concerns that Senator McConnell has uh I mean if one of these
4:58:39
trucks pulls off the Hernando exit and gets wedged into that little area underneath that bridge where it's three
4:58:46
lanes but we've got a five I just don't know how that technology is
4:58:52
going to be able to back up and do all this with traffic going a half a mile that
4:58:58
way and traffic going a half a mile that way and there again I don't think the technology is at that point today

4:59:05
should we restrict them until it is I just don't want to be you know which came first the chicken or the egg I

4:59:11
understand I think that's a very valid concern I go back to the point of the economics of it I don't think these companies are going to put these trucks

4:59:17
these vehicles on paths that are going to be that they're going to cause compromise the economics of what they're

4:59:23
trying to do there's billions of dollars being invested in this industry it's going to take one accident to set them

4:59:29
back so years so we could in a sense limit these to interstates for now

4:59:36
we could but I think as it evolves we've got to come back and there again is these companies are looking forward to

4:59:42
their planning interstates is only conversation that's there now that's the only thing that's happened now and I think it will be for

4:59:48
years but if the industry continues to evolve in the technology continues to evolve and we're of the 22 States again

4:59:55
the one that doesn't have that or we're going to be missing out on some of that piece of that and I guess the last thing

5:00:01
to would address would be if these are going to be Electric how are we going to make up the

5:00:07
difference for gas tax with these I think that's a conversation we're going to have to have sooner than later but

5:00:12
this legislation on purpose does not address the propulsion system for that very reason because that's the industry

5:00:18
that's evolving and as we're talking about it hydrogen is another one that's out there that might be the answer that comes up I mean there's going to be

5:00:24
other fuel sources out there that we'll be looking at that we probably don't have the right regulatory or or

5:00:31
you know taxation piece on top of those to deal with our roads thank you Senator

5:00:36
thank you thank you Senator McClendon Senator Seymour for what purposer

5:00:41
question Mr President question Senator yes sir Senator Seymour is recognized thank you senator

5:00:48
what human is is going to be held responsible in the case of a wrongful
5:00:54
death beyond the owner of the vehicle
5:01:01
even if he's not in the vehicle yes thank you thank you Senator Seymour
5:01:07
Senator Hickman for what purpose uh question Mr President for a question Senator yes sir Senator Hickman is
5:01:13
recognized so Senator Williams um it's my understanding of what this
5:01:18
legislation is attempting to do is it attempting to be proactive for
5:01:23
technology that is coming whether we like it or not is that correct partially
5:01:29
yes sir Senator I think it's been we have technology that's at a certain point today
5:01:34
my words my opinion just from the research that I've done we have routes being run between Dallas and Houston
5:01:40
today with a human driver they're not economically feasible they're trying to move in that direction I think with this
5:01:47
legislation we might see routes from Dallas to Atlanta going right across the footprint of the state of Mississippi so
5:01:52
at that point it's it's probably reactive in what technology is at today well I don't think that economic model
5:01:58
is feasible as the industry tries to find an economic model that's feasible we are being
5:02:04
um proactive in trying to lay the groundwork for these companies as they do their planning for that I've got
5:02:09
faith that the safety piece is going to be mitigated and out in front and quite honestly I do and I think there's some
5:02:15
valid concerns in here that maybe that's not the case but I think that the technology in there again the industry is understanding that the perception has
5:02:22
has been evidenced today is oh wait a minute we're not ready for this and
5:02:27
if you have one of those accidents or you even have a traffic jam where your black block traffic up I mean that makes national news and that's going to set
5:02:33

the industry back I'm not saying it's not gonna happen we don't know when we did automobiles 100 years ago you know we had the first fatality we had the

5:02:39

second fatality because of it that we might not have had just because of the speed and the size and things that are there

5:02:45

um but yes short answer is it's reactive and proactive so uh it's been my experience I don't

5:02:52

know if this has been your experience but the law often lags behind technology and this is seems to me to be an attempt

5:02:59

uh I I originally thought before I asked my last question to kind of put us ahead of the technology but I'm guessing in

5:03:06

some ways it catches us up to the technology other ways it puts us ahead of the technology and what you're trying to do now is that a correct assumption I

5:03:13

would agree that yeah sure um and and in general practice uh are

5:03:19

there manned Vehicles having accidents I mean it's horrible we don't we we would hope that our highways would be safe and

5:03:26

that no one uh would be in a tragic accident on highways but our accidents happening with manned Vehicles yeah sure

5:03:32

every day uh and so these companies would be the ones hell liable and and as

5:03:38

a practical attorney I can tell you to tune to millions of dollars uh if there's a fatality these companies are

5:03:44

not going to be off the hook because they can say there wasn't a person driving a vehicle as a matter of fact I would say attorney if there's no human

5:03:51

in there then it's automatic liability and I can probably you know my clients will probably come out with the day

5:03:56

quicker even if there was a human in the vehicle is that correct I would agree I think it's a lot more objective data

5:04:01

you'd be using instead of subjective data that the human element produces thank you thank you senator

5:04:09

thank you Senator Jordan for what purpose you seek recognition sir

5:04:16

are you for a question Senator I have a question Mr President please proceed Senator Jordan yes thank you

5:04:23
what states have these vehicles that are in operation now there are 22 States
5:04:29
Southeast Midwest that have passed this the ones I know of Senator that right now the state of Texas seems to be at
5:04:35
the lead I think that's where the the company that had the trucks here stationed in Texas they have been running routes between Dallas and
5:04:41
Houston with a with a person in the vehicle so you're talking about public fasting without it a person in the
5:04:49
vehicle this legislation will allow that when technology does yes sir or when you
5:04:55
agree that we are really playing Russian roulette with life no sir
5:05:02
uh because can you imagine
5:05:07
a vehicle carrying a a great amount of material
5:05:14
and then a person a senior citizen driving along and trying to get in a closed Airy what
5:05:23
would happen and the cost I'm far I'm for advancement in technology by all
5:05:28
means but uh to put a 18 wheeler out there with no one in it
5:05:35
and you got all kind of people driving with individuals in it
5:05:41
to me it's just playing Russian roulette with life right now I would agree with you where the
5:05:47
technology exists today and that's not occurring today that's one reason the onboarding of a human driver is there
5:05:53
the people in doing the research one of the things they kept harping on um is the fact that you know a computer
5:06:00
doesn't sleep a computer isn't impaired it you know doesn't fall asleep at the
5:06:05
wheel so the safety Factor could be higher I asked for metrics on that they couldn't produce those but I think
5:06:10
that's a that was a point in me weighing you know uh my decision on supporting the legislation
5:06:17
I'm for technology advancement but I would think of this but I you know yes
5:06:24
sir I appreciate your stuff out there now to come up with this how long before

353

5:06:29
this kind of vehicle is in action in any great uh magnitude and a great amount

5:06:34
great number may I ask Senator Jordan I think that's anybody's guess again I have no data to substantiate what I'm

5:06:41
fixing to tell you I'd say 10 to 15 years that's Bart Williams opinion not not science that I've been researched

5:06:47
at the very least very dangerous thank you thank you Senator Senator Boyd for what purpose

5:06:53
you seek recognition ma'am please proceed Senator Williams

5:06:59
yes yes sir Senator Williams so much you've met with these companies and how much investment how

5:07:05
much gentlemen probably tens of billions of dollars

5:07:11
they're going to allow their assets to do things that they're not capable of and risk those Investments no I've

5:07:18
vetted it pretty heavily and I don't think they will okay and um in looking at this bill wasn't one of

5:07:25
the main purposes of this bill so that we set up a framework that has DPS in it

5:07:32
and all of those things so these companies aren't actually operating unregulated wasn't that one of the whole

5:07:37
purposes of this Bill yes ma'am that's correct there's currently no regulation okay thank you thank you thank you

5:07:43
Senator Boyd Senator Parker for what purpose yes sir

5:07:50
so there's been a lot of talk in this discussion about technology and you know

5:07:56
how the trucks can make these improvements you one thing that I've noticed I'm going to ask you if you've

5:08:01
noticed this too that technology in some other ways is actually driving the need

5:08:06
for this uh one thing that's concerned me and work that I've had that I've done on DUI Law and other laws like that in

5:08:13
my my short time here is that I see more and more drivers driving down the road who are not driving they are completely

5:08:21
distracted I look over I see people reading books I see people watching a movie and I'm not talking about the

5:08:28
people in the back seat anymore I'm talking about people in in the front seat you know and so you know as we move

5:08:34
on this you know the question has been you know are we being safe and considering this but in some ways are we

5:08:43
are we not being in some ways unsafe by not considering this because you know uh

5:08:49
someone driving the 8 Team Wheeler who could also possibly be watching a movie could be much more unsafe than a vehicle

5:08:57
that is being monitored constantly would you agree I would agree completely yes sir Senator and and to Senator Hickman's

5:09:04
point you know if there is an accident like this I I do think that you know the

5:09:10
liability would be much much easier for you know from for a standpoint of

5:09:15
someone proving negligence you know if the technology did not work at that moment you know it's a lot easier to

5:09:22
kind of prove that than proven whether or not somebody was texting or you know watching a movie or something like like

5:09:28
they they might be doing in that same vehicle I completely agree I think that the forensic analysis would show the

5:09:34
data is going to be objective not subjective and interviewing a human you get a story that may around it'd be factual the data is going to be absolute

5:09:40
and and by passing this we are in no way shape or form making a company start

5:09:46
doing this we're not causing a company to have to do this we're not we're not

5:09:52
making a mandate or a requirement on anyone we're just trying to set the stage to allow this this technology to

5:10:00
move forward as the the advancements proceed is that correct yes sir that's exactly correct and the repealer this

5:10:07
does not sit out there in perpetuity we've got three pillar a three year repealer that if we want to we can come back and look at this and adjust it okay

355

5:10:14
thank you for looking ahead instead of looking backwards thank you Senator Senator Turner Ford for what purpose

5:10:19
ma'am question a year for question Senator yes sir please proceed thank you Mr President and thank you Senator my

5:10:26
question is about the um limits of liability I I did see where that's that

5:10:32
um section of the code is in the bill along with the language which establishes the minimum liability for

5:10:40
how it seems more like personal vehicles are there any minimums for these types

5:10:45
of unmanned or the legislation is I understand a specific speak to all the

5:10:51
liability limits that currently are on vehicles it's just gonna that coat if you will of Regulation will be on top of

5:10:57
these just as it is today same state minimums so we don't anticipate having a state

5:11:03
minimum for this type of technology or vehicles that are run with this type of

5:11:09
not a different state minimum it would be the same state minimum you know if a guy goes and gets an 18-wheeler today

5:11:14
whatever that insurance policy would be what the state requirement is would still be required see I don't know what

5:11:21
that minimum is I'm not sure what it is either in vetting the bill you know the thing that we did not want to take off

5:11:27
of this was any of the regulations any statutes that we have on vehicles today and none of that has been done

5:11:34
so I well I'll look but it I don't know Council may be able to enlighten me on

5:11:39
this does this fall under the what motor vehicle safety carriers act or something as far as I know it does yes ma'am I can

5:11:45
confirm that thank you thank you Senator Brandon for what purpose ma'am

5:11:50
questions we're here for a question Senator yes ma'am yes yes sir please proceed Senator Williams thank you for

5:11:56

your work I know you have put a lot of time in you and I haven't spent a lot of time together on this would you agree

5:12:02

that in the beginning when we first started looking at this concept you and I maybe had some concerns about safety

5:12:07

didn't we absolutely big concerns as we have spent time on the issue and done our homework and I think you and I are

5:12:14

two people that like to get in the weeds and the details we now feel much better to the point that we sponsored and

5:12:19

brought the bill forward to this point absolutely you know we were reluctant if we wanted to bring it forward or not but

5:12:25

as the um you set the subcommittee up we had the hearing there and as I continue to go down that path of research you know I was looking for a reason not to

5:12:31

and I couldn't find it I'm very very comfortable with where we are we had two with two hearings I believe since the

5:12:37

beginning of January on this issue haven't we we had the subcommittee and then the Committee hearing yes ma'am

5:12:42

let's talk about issues and I believe two different Senators have raised these issues

5:12:48

regard to safety of travel as it now exists on on roadways today with texting and driving

5:12:54

distract distracted driving as a whole do you think that that having the ability to have these vehicles on our

5:13:00

roadways could possibly enhance safety because of some of the distraction issues that we that we Face Madam

5:13:07

Senator I personally believe the road will be safer with them I know that's something most people in this chamber probably don't believe but I think as

5:13:13

the technology evolves the safety piece will be first because of the economics if for no other reason and I think it

5:13:18

will be because who's going to buy a person texting when they're going 75 miles an hour that's not going to be happening

5:13:25

let's talk about the the technology just a little bit because some of the questions I had concerned you know how

5:13:31

does the vehicle stop how does the vehicle detect when someone moves over in the lane Too Close Let the Body hear

5:13:38

you you talk about some of that technology technology has lidar

5:13:44

radar cameras all these things it's basically a Mainframe computer what we had out here and again I'm going to talk

5:13:49

to you about the specific thing I laid my eyes on much of us did it's doing thousands of computations a

5:13:55

second to evaluate just like we are we're driving down the road you know we are doing many things in our mind to

5:14:01

drive to break to do all that computers doing the same thing I have the confidence and the technology that it's

5:14:06

going to act it's going to react quicker um than we are as human beings and again

5:14:12

you don't have fatigue you know the the first place we'll see this technology is in the long truck routes that you know

5:14:18

fatigue becomes a very big deal that'll these things are going immediately and you did mention that the maximum rate of

5:14:24

speed would be 10 miles under the posted maximum on most roadways currently what

5:14:29

is occurring the routes as I've referred to several times between Dallas and Houston they are running 10 miles under

5:14:34

the speed limit they're staying in the right lane there again just trying to probably collect data as a as the

5:14:40

technology evolves the legislation does not speak to that it speaks that they will obey all traffic laws so as it

5:14:46

evolves they may approach a speed limit and I'm sure the economics fuel economy Etc will go into that

5:14:52

decision and let's face it the companies that are looking to deploy this technology they're business people

5:14:58

they certainly don't want to open up themselves to liability on roadways with technology that's not ready to bring

5:15:05

forward and meet all the safety requirements and things that we need would you agree I would agree completely

5:15:10

yes ma'am and and the final the final point I want to bring out let's look in the bill

5:15:16

starting on about section four around line 159 that talks about the law

5:15:22

enforcement interaction plan if I understand this section correctly

5:15:27

there is not a company that will be able to bring this technology on any Mississippi roadway without the

5:15:34

Department of Public Safety approving the plan looking at the route making sure they are totally comfortable even

5:15:40

with what is being hauled into Mississippi it is absolutely correct after our subcommittee hearing it became

5:15:47

Paramount that we needed a gatekeeper and DPS is that gatekeeper so if we pass this legislation it's not as if there's

5:15:53

going to be an influx of vehicles with no drivers all over the state of Mississippi with no it looks like it's a

5:16:01

very methodical well thought out plan would you agree I would agree yes ma'am thank you thank you man

5:16:07

thank you Senator Hill for what purpose you seek recognition ma'am I like I like to speak on the bill you're recognized

5:16:13

to come speak on the bill Senator Chisholm you recognize for what purpose ma'am

5:16:19

questions Senator Williams will you deal for questions

5:16:24

yes sir Senator Chisholm is recognized for a question thank you Mr President thank you Senator would you agree with

5:16:30

me that all humans make mistakes except for one

5:16:35

and I hope you're referring to Jesus Christ yes ma'am thank you okay so if humans make mistakes and

5:16:44

these computers that control these trucks are no smarter than the human that put the information into the

5:16:50

computer right that's correct so these computers and these trucks

359

5:16:57
now we we have a liability of them having wrecks and killing people because
5:17:02
the person who programmed the computer can make mistakes therefore making having a truck to make mistakes correct
5:17:09
I don't know that I would draw that conclusion because you've got a person that's programmed you probably got thousands of people
5:17:16
that involved in the programming and the code that has to be written for these things to function properly you've got layers of people that are going to do
5:17:22
that hopefully found the mistakes they're gonna make tons of mistakes in the program I can guarantee you that in addition we've evolved to the point that
5:17:28
artificial intelligence should also have a hand in that and trying to mitigate the human error if you will
5:17:36
well taken um but still mistakes can be made no matter how many humans are involved okay
5:17:43
my husband drove a truck for 30 plus years and then he came off the road and he was in management over the
5:17:50
cross-country drivers and one of his deep concerns with this bill black ice
5:17:56
forms on a road like in a matter of minutes with no warning now is this
5:18:02
truck going to recognize that black ice are we sure hope so there again is this
5:18:07
technology advances um inclement weather conditions environmental conditions that change rapidly have to be in the equation of
5:18:14
understanding you know the safety equation of that and I'm going to say yes they're going to
5:18:20
have to do that I can't say that for sure I can't tell you the technology is there today but as we evolve and I think it's just like as our industry has
5:18:26
evolved now with the human drivers the first time that was faced it was probably dealt with in a detrimental way
5:18:31
hopefully we have that case study as as this thing evolves that they know these
5:18:37
environmental conditions and all these scenarios have been plotted out you know virtually before they have to be dealt
5:18:43
with realistically one of my greatest concerns and the time that it evolves from now until the time

5:18:50
that it is involved yes ma'am and the corrections are made my big concern is
5:18:56
what about the lives that are taken between now and then because once all of
5:19:02
these mistakes are corrected that's not going to bring back the children or even the adults that maybe their lives are
5:19:08
taken during this process well one life lost in the development any technology of advancement anything is one life too
5:19:15
many I think we we would all agree with that for sure I can only say that the technology as it's evolved backed by the economic
5:19:22
benefit that these companies will lose if they do have those lives that are lost that they're going to vet this
5:19:27
they're going to do this from a virtual standpoint they're going to sit in a laboratory and do those things there and then as the technology evolves and rolls
5:19:33
out all the way to a full autonomous vehicle as we have going between Texas and Houston now you've got the human
5:19:39
person there to deal with those imperfections in the system if you will created by whatever and and you'll have
5:19:46
a computer failure one day that's going to cause something to happen all these things will happen
5:19:52
they the companies will mitigate that and minimize that is the best that I can say to that and
5:19:58
all right thank you Senator thank you Senator Whaley for what purpose question year four questions yes sir please
5:20:04
proceed Senator Whaley thank you Mr President thank you senator for taking another question yes sir
5:20:09
um I keep hearing when we talk about the the computers and the programming and
5:20:15
such and I remember back to the committee meeting when we were when we were going over all of this suppose with
5:20:22
their two computers systems in the trucks correct yes sir and in case of a malfunction the second one yes it would
5:20:29
take over correctly that's correct are we done dizzy to put it to a safe destination correct where did you stop

5:20:35
yes sir okay that was that was the thing that I had thought um and I knew that the programming was simply just the the the

5:20:42
routes available but the radar on the lidar all of that system that was the

5:20:47
one that was going to be doing the actual driving correct yeah sure okay so the programming was just a route

5:20:53
second thing um I remember when we were talking about this and the companies that we were talking to they were primarily Southern

5:21:01
United States correct correct now I know that we all have um you know instances

5:21:06
where weather creates traffic conditions to where we have things such as ice and snow but being primarily that they're

5:21:12
running in the Southeast in the south that's not as big of an issue but when I

5:21:18
pose that question because I had that question as well did they not say that when that happens they tend to that they

5:21:24
would shut their trucks down is that not work I believe they did I didn't recall of it yes sir I think they did thank you

5:21:29
thank you senator okay any other questions

5:21:36
if there are no other questions I would be adoption of the committee sub is that correct motion is to adopt the committee

5:21:42
substitute all in favor signify by saying aye opposed no

5:21:47
the ass have it you're recognize Senator speak on the bill I would um oh yeah

5:21:57
be very brief the only statistics that I can find out here right now where these

5:22:02
cars are being tested in 36 States in DC um it says there's an unfavorable

5:22:09
statistic for self-driving cars with an estimated 9.1 self-driving car accidents

5:22:14
per million miles driven in the United States in turn the average number of human accidents stands at around 4.1 and

5:22:21
this is June 22nd 2022. so it looks to me like these tested cars are having

5:22:27

accidents at more than twice the rate of a person behind the wheel so that's that's the only thing I can find thank

5:22:33

you thank you Senator Hill Senator Williams you're recognized can I speak to that yes to speak to the

5:22:40

bill you want to know if you can ask her a question

5:22:45

Senator Hickman for what purpose you seek recognition I had a question for Senator Hill

5:22:50

Senator Hill will you take a question no

5:22:57

all right Senator you ready I would like to speak to the statement I don't know where that data came from and then I'm going to assume that it is valid that a

5:23:03

lot of people have called the Tesla's fully automated Vehicles they are not there have been accidents with that that's a level three that is not an

5:23:11

automated vehicle would not pass any plan that's there um but with that being said Mr President

5:23:16

if there are other questions I would move for passage on the use of the morning roll call morning roll calls then requested anyone objective procedure

5:23:23

we have an objection please call Bro Mr Clerk

5:23:37

Barnett Barrett

5:23:43

Blackman [Music] Blackwell blunt

5:23:50

boy branding Brian

5:23:55

[Music] Butler 36. Butler 38

5:24:03

Carter Coughlin chasing on

5:24:10

Chisholm the bar Delano

5:24:17

England feeling game Frazier

5:24:24

Harkins Hickman Hill

5:24:31

Hopson horn Jackson

5:24:40

Jordan Kirby

5:24:45

Macan McDaniel

5:24:51

McClendon McMahon

5:24:57

Michelle Moran

5:25:03

Norwood Parker

5:25:12

parks hope

5:25:19

Seymour Sims of the twelve

5:25:27

Sims of the 13th Sojourner

5:25:33

Sparks super

5:25:40

Tate Thomas

5:25:47

Thompson Turner Ford

5:25:53

Whaley Wiggins

5:25:59

Williams younger

5:26:05

Barnett Barrett

5:26:13

Butler 38 Carter

5:26:19

Kaufman horn

5:26:29

Moran Sparks

5:26:35

Subaru Tate

5:26:43

voting yes or yay Barrett blunt boy Branning Butler to 36 Butler 38 Carter

5:26:53

Kaufman chasing all Deborah Delano England feeling game Frazier Harkins

5:27:02

Hickman Hobson Jackson Johnson Jordan

5:27:07

Kirby mcconn McDaniel McLendon McMahon

5:27:13

Michelle Moran Parker Parks Pope Seymour

5:27:20

Simmons of the 12 Simmons of the 13th Sparks Thomas Thompson Turner Ford

5:27:28

Whaley Wiggins Williams and younger voting nor name Blackman Blackwell Brian

5:27:38

Chisholm Hill Norwood Sojourner Suber and Tate

5:27:50

Senator Blackwell for what purpose sir introduction out of order please proceed thank you Mr President on behalf of

5:27:57

senators Parker McClendon I'd like for the Senate to welcome from all the way from DeSoto County Michael Hatcher and

5:28:04

Lee Smart in the South Gallery welcome guys

5:28:12

welcome glad to have you here Senator Barnett for what purpose where did Elena go to the vote Mr President to the vote

5:28:19

I did not hear my name being recorded as voted Barrett

5:28:24

Barnett no Mr Mr clerk Barnett no yes sir

5:28:30

anyone else anyone else okay Mr Clark

5:28:37

close the Rope

5:28:45

answer 41 games bill passes 41 years 10 days Senator

5:28:52

Moran you recognized

5:28:58

thank you Mr President I'd like to take up item 51 and ask that title be read please please read the title Senate bill

5:29:04

number 25 30 Secretary of State Eric Clark Coastal preserve Department of resources is designate danzler trusts

5:29:13

like to use your emotions um all in favor signify by saying aye opposed no

5:29:18

please proceed uh at this point we do have an amendment I'd like to

5:29:23

um ask Senator Delano um to present this amendment I think

5:29:30

there's a very good amendment that uh most everyone in here we'll be glad to hear and dealing with a

5:29:36

colleague that most all of us in here had the opportunity to work with

5:29:42

okay yes make emotions yes okay

5:29:49

I don't remember

5:29:54
ladies and gentlemen the Senate this this amendment is uh it's very it's a
5:30:00
great honor for me to be able to bring this to you today this bill is a bill that
5:30:06
um that names a couple of State lands um for a previous Secretary of State my
5:30:12
amendment is a bill or is an amendment that will change the name of a of an
5:30:18
island in the back of Biloxi Bay and we're going to name it after Senator Tommy galat his family is uh as every
5:30:27
one of you know his family has had a lot to do with the success of our Seafood industry and no no one in our state has
5:30:35
done more for our Seafood industry than Senator Tommy glott has done and if you were him right now and you were sitting
5:30:43
on the front porch watching the sunset you'd look to your back to the west and
5:30:48
you would see what is now called Big Island it's just north of the commercial
5:30:53
fishing Harbor that he fought for for years to to fund properly and to improve
5:30:59
for our commercial fishing fleet this island as known as Big Island will be
5:31:04
changed we will change its name to galat Island in honor of Thomas a glott I
5:31:11
think this is a this is a great honor to give to him to bestow to him and I would
5:31:17
just ask for your support for this amendment that's an explanation of the amendment Mr President questions on the amendment seeing never ready for your
5:31:24
motion sir motion to be title sufficient or excuse me adoption of the all in favor signify
5:31:30
by saying aye opposed no the eyes have it thank you Senator Senator Moran well
5:31:40
one of the things I got to mention I would be known is also as Godfather point but um if there's uh no further
5:31:46
question moved by Pastor Warren Road column okay we're on the bill seeing no
5:31:51
questions use the morning roll call has been requested anyone objective procedure
5:31:57
of course voting no present seeing none the bill passes thank you
5:32:02

Senator thank you Mr President I'll pass on item 50. 252 passenger change is placed on the counter Senator McConnell

5:32:10

gentlemen we're ladies we're on 53. thank you Mr President I would ask that

5:32:16

item number 53 Senate Bill 2525 be called up in the title red Mr clerk

5:32:22

please read the title Senate bill number 2525 forestry create the forestry facility grant program

5:32:29

thank you Mr President there's a committee sub on this I would be uh I would ask to be allowed to explain the

5:32:35

committee sub and then my motion would be to adopt the committee so do you recognized to explain to committee sub Senator all right ladies and gentlemen

5:32:41

this this went through forestry and then it went through finance and we talked uh pretty substantially about this this is

5:32:47

a program a grant program set up is to be um be used for utility infrastructure

5:32:53

Transportation projects for these Forest uh products facilities now in our state

5:33:00

we're averaging about three and a half to one on our growth to drain ratio what we're saying is you've got to have a

5:33:06

minimum of a 1.5 to 1 growth rate drain ratio within 50 miles uh to be used just

5:33:14

for utility infrastructure um not not to build facilities not to do

5:33:20

all the dirt work this is just for utilities to get these sites probably ready for uh whatever whatever project

5:33:27

we're going to put in there uh We've created a committee for any applications to go to that committee is going to be

5:33:33

MDA the chief economic officer at MDA the MDA Forest Products expert and

5:33:40

appointee by the governor's office and appointed by the lieutenant governor's office those applicants would then apply

5:33:46

to them the eligible applicants are the municipalities County governments

5:33:51

existing Forest Products facilities and Regional Economic Development uh entities application deadline we're

5:33:58

looking at December the first of each year to be sent out by July 1st of the following year so some of the criteria

5:34:05

in place here is it's got to be at least a 10 million dollar project it's got to utilize 50 acres of land

5:34:11

which would be under public control and the project can only be used for the utility infrastructure and

5:34:16

transportation got to have a high level of public benefit it's got to meet that 1.5 to 1 ratio of

5:34:23

growth to drain uh and the It's gotta consider the geographic size and

5:34:31

location of projects and must be considered to be able to be done within the time period projected on the project

5:34:37

now once they say it's a hundred thousand dollar project then the grant

5:34:42

could be used for up to 75 percent you can't use it for the full hundred percent there's got to be some type of

5:34:47

match in there uh where there's everybody else has some some ability to be a part of that

5:34:53

um cannot be used for the building of facilities and MDA is in here to set up

5:34:58

that they could administer it and keep up to two percent uh for their their Administration in it

5:35:04

I would entertain uh any questions on this program at this point questions on the bill

5:35:10

seeing number ready free motion sir uh Mr President I would ask for adoption of the committee sub first all in favor

5:35:16

signify by saying aye aye opposed no Mr President I would ask for final passage based upon the morning roll call Houston

5:35:23

morning roll call been requesting your objective procedure court is voting no

5:35:28

present sitting down the bail pass to Senator Parker you recognized I'm sorry Senator

5:35:33

Turner Ford present Senator Turner Ford president Senator Parker you recognized for an

5:35:39

introduction out of our thank you Mr President if you'll turn your attention to the southwest corner

5:35:45

of the gallery seated next to our own Leah Smith up there is Carmen Kyle from DeSoto County on behalf of myself

5:35:51

Senator McClendon and Senator Blackwell want to welcome her she also has been a
5:35:57
close friend and I think a staff member for the lieutenant governor in some capacity in the past so please make her
5:36:03
welcome today [Applause]
5:36:11
and I'd have you down Carmen it's good to see you Senator Butler for what purpose
5:36:19
that's something Mr President I would like to ask for United consent to be a part of
5:36:25
Senate Bill 51 uh Senate bill number 2530
5:36:31
uh number 51 on the calendar thank you Senator I've had other requests for that so I'm going to ask is there anyone who
5:36:38
does not want to be a co-sponsor on 51 Secretary of State Eric Clark Coastal
5:36:44
preserve as amended for Thomas galot Island anyone
5:36:49
so the clerk will recognize everyone as a co-sponsor okay that just saves a lot of time
5:36:55
Senator Williams the order please please while you're looking at Southwest Gallery let's
5:37:00
welcome uh Jennifer lays she does a great job for our tourist industry in the state welcome to the Senate
5:37:08
thank you Jennifer all right Senator Brandon
5:37:14
Senator Branning 54. pass
5:37:21
chairman chasnoff 55 chairman chasnold was recognized
5:37:31
thank you Mr President I'd like to go to that item call it up and ask the title to be read Mr Clark please read the
5:37:36
title Senate bill number 2830 tourism advised lists vanities that may not have interest in wholesalers or distributors
5:37:44
we're back on the subject of alcohol yes sir I make the usual motion excuse
5:37:52
your motion all in favor signify by saying aye opposed to know the eyes have it please proceed Senator thank you Mr
5:37:57
President uh PepsiCo is getting into the beer or flavored malt beverage sales for
5:38:03

369

business and they have uh some types of business arrangement with two different breweries to produce

5:38:10

hard Mountain View and Lipton hard iced tea PepsiCo sells the soda liquid to the

5:38:18

breweries for the production of the alcoholic seltzer um these two contract breweries are

5:38:25

required to sell these two products to Pepsi cause wholly owned subsidiary blue

5:38:30

cloud Distribution Company to sell licensed retailers and even though

5:38:36

PepsiCo is not making or Brewing the final product they do have a direct or indirect interest in these two products

5:38:42

Uh current statutes for hit breweries prohibit breweries from owning a beer distributorship in Mississippi that

5:38:49

would be Anheuser-Busch inbev Molson Coors constellation or any other Brewery they cannot own a beer distributorship

5:38:56

here this is our two our three-tier system which has been in place since 1934.

5:39:02

uh Coca-Cola is also involved in the business of selling flavored Malt Beverages and so forth and Molson Coors

5:39:10

is producing Topo Chico hard Seltzer and simply Spike seltzer

5:39:16

um the bill is to clarify that PepsiCo and their wholly owned subsidiary is

5:39:22

directly or indirectly involved as a brewery so therefore they would not qualify for a state wholesaler bear

5:39:27

permit now having said all of those things um this is New Territory we're plowing

5:39:34

new ground and as a result of that I would like to be able to insert a

5:39:40

reverse repealer into this bill so that discussion can continue on it there are more

5:39:46

items that are being produced this for example last year we had had an

5:39:51

alcoholic beverage that was brought forth as something that young people like because it's lowered calories lower

5:39:57

in alcoholic content and I do not profess to know everything about these

5:40:02

370

items that are being produced but I would like to keep this bill moving forward if it's possible so do we need

5:40:09

to interject the amendment at this point

5:40:19

Mr President we need to interject the amendment at this point or should we no we you didn't have a committee step

5:40:26

sir I think no sir this is this is fine yeah so we're on the amendment we can inject the amendment right now ma'am all

5:40:31

right so at this point I'd like to offer this amendment to put in a reverse repealer one moment

5:40:39

we've got it Senator we're ready all right so uh I would like for the uh by

5:40:45

the morning roll call to approve the reverse repealer we adopt the amendment first all right in that point then if

5:40:51

there are no questions I'd like for us to um vote by the use of the morning roll call on this bill it's it's an amendment

5:40:58

one moment Sinners so general for what purpose ma'am a question please ma'am

5:41:06

please proceed thank you chairman okay so I'm just trying to clarify so this

5:41:12

Bill is saying that Pepsi and Coke because

5:41:19

they will not be allowed to sell alcoholic beverages correct we have a three-tier system whereby you have to

5:41:25

use the distributorship process that everyone else plays by this this is just new

5:41:31

product right and we want to be sure that all people who sell these beverages

5:41:36

in Mississippi respect the three-tier distribution process that we have

5:41:41

honored since 1934. and and what says that they're not being a part of that

5:41:47

because they're just currently not in The Distillery business is that

5:41:52

because in the past Coca-Cola didn't sell any hard beverages Pepsi Cola didn't sell a hard Mountain Dew

5:41:59

but they have distributorships in Mississippi but that doesn't I guess include them into this three-tier

5:42:05

process well that's what we're trying to determine right now to be sure that any new entity I think that the title of the

5:42:12

bill deals with that that um to so revise the list of entities that

5:42:19

may not have interest in the licensed business and assets of corporate stock of a wholesale or distributor okay so is

5:42:27

the goal here to make sure that Pepsi and Coke can't sell alcoholic beverages

5:42:32

in Mississippi or to make them get into conformacy with our system before I

5:42:39

think the goal is to be sure that everyone plays by the same rules that new entities coming in do not circumvent

5:42:45

the three-tier distribution process that we have honored in this state and and of course that would certainly cost them

5:42:51

some expenses to do that to get in line I'm assuming well I mean the cost of doing business I suppose

5:42:58

any other questions if there are no questions I think we should move to adopt the amendment is

5:43:04

that correct that is correct all right that's my motion sir motion is to adopt the

5:43:09

amendment all in favor signify by saying aye opposed no he has to have it now you're on it thank

5:43:16

you Mr President I would move that we uh adopt the bill as amended by use of the morning girl call morning roll call has

5:43:23

been real question you want to object to that procedure we should be recorders voting no

5:43:28

Sojourner McDaniel

5:43:36

Hill branding

5:43:42

Parker Frazier

5:43:47

Barrett Norwood

5:43:55

Chisholm anyone else

5:44:01

anyone else okay Mr crook would you please read names

5:44:07

voting no or nay

5:44:12

372

McDaniel Sojourner Frazier Hill Branning Parker Barrett Norwood and Chisholm

5:44:21

thank you senator

5:44:30

one second

5:44:36

bill passes okay Senator we recognize you Senator Hawkins thank you Mr President uh I don't know if the doctor

5:44:42

of the day is still in the room and may have stepped out but uh our doctor today is John Sadler psychiatrist with

5:44:47

Mississippi State Hospital if y'all would please when there he is over there in the corner I didn't see him behind the column thank you y'all would please

5:44:53

help me make him welcome thank you Senator Bryant

5:45:01

Senator Brian you're recognized we're on 56 here I asked the title be read Mr clerk please read the title Senate bill

5:45:07

number 2068 psychology interjurisdictional Compact and act

5:45:12

I make the usual motion consider makes a usual motion on a favor signify by saying aye opposed no the Aztec please

5:45:19

proceed I asked the committee substitute be considered in lieu of the original Bill

5:45:25

you're recognized to explain the committee substitute Center this uh

5:45:30

interjurisdictional compact is a compact among a number of states which allows psychologists to practice in in the

5:45:39

states that are members of the co of the compact if tele Psychiatry or or psychology

5:45:48

rather is is involved in both the originating State and the receiving

5:45:54

state would have authority to engage in disciplinary action against the uh

5:46:00

uh if they were if there were a complaint otherwise the requirements for

5:46:05

certification and everything or just the standard requirements that normally exist uh I have asked everyone I can ask

5:46:13

if there's any objection to the bill I find no objection nevertheless the bill

5:46:19

has a reverse repealer in it but Senator younger introduced the bill and he says

373

5:46:26
it is very useful uh and and requested by individuals connected with Columbus

5:46:32
Air Force Base that's an explanation of the bill if there's no question I suggest use of the morning roll call

5:46:37
Senator McClendon for what purpose question please your four questions Senator Brian yes please proceed Senator

5:46:43
McClendon thank you Mr President thank you chairman Brian would this include psychiatrist or is

5:46:49
this the only reason I bespoke psychologist

5:46:56
why was psychiatrist not added into this it's a compact that a number of states

5:47:02
have uh developed we don't have an option to amend or modify the compact we

5:47:09
can either join it or not how many states

5:47:15
I'm I'm told that more than a majority of states or members of the compact

5:47:20
thank you sir Senator Sojourner for what purpose ma'am quick question for you for a question

5:47:27
Senator Brian yes I'll try to have a question I'll try to have a quick answer what makes this thank you Mr President

5:47:32
what makes this bill a three-fifths vote

5:47:37
it's likely that it brings forward a fee I don't I'm not aware of what particular

5:47:44
it brings forward a bunch of code sections

5:47:55
that's exactly right but I'm sure the staff can point me to the code section in question

5:48:01
so I could be voting for some big crazy tax or fee that I don't know I don't I

5:48:06
don't think it's a big crazy tax

5:48:12
do you know where the code section is so so much for quick

5:49:02
foreign

5:49:08
law section 7331-7 imposes a

5:49:15
fee the legislation that we're

5:49:21
discussing would allow individuals who are members of the inner jurisdictional
5:49:26
compact to get authorization they would be paying the same fee that
5:49:32
everyone else currently pays is already a member I think that the uh fee under
5:49:41
existing law is not more than 700 is determined by the board but the reason
5:49:47
it's a three-fifths vote is that you're adding this additional group of people who would pay the same fee that their
5:49:53
counterparts are now paying you're welcome questions
5:50:00
on the committee substitute seeing none Senator morning roll call
5:50:06
committee said sir
5:50:12
all in favor committee substitute sir all in favor signify by saying aye aye
5:50:18
opposed no now we're ready senator for your motion morning roll call anyone objective procedure
5:50:24
we should be of course voting no present seeing none bill passes Senator we're on
5:50:29
57. I'd like to pass that item and go to
5:50:36
item 58 and ask that the title be read 57 changes place on the calendar 58
5:50:41
please read the title Mr Clerk yeah 85 early intervention act for infants and
5:50:48
tolerance to add certain individuals to definition qualified personnel
5:50:53
I make the usual motion Sarah makes a usual motion all in favor signify by saying aye aye opposed no the asset
5:50:59
please proceed Senator Bryant under existing law if you're providing early
5:51:04
intervention services for infants and toddlers you must be one of the large
5:51:10
group of people the change simply adds individuals who
5:51:16
hold a degree in human development in family service are Child and Family Service with the concentration in child
5:51:23
development and licensure in pre-kindergarten and kindergarten to

5:51:29
the long list of people who are qualified or permitted to render these Services the
5:51:35
subsection is subsection M so that makes it the 13th in the laundry list of
5:51:42
people who can provide the services if there are no questions I suggest you to the morning roll call questions
5:51:49
seeing none using the money roll call has been requested in your objective procedure of course voting no
5:51:55
present seeing down the bill passed the senator room 59. I would like to pass the next
5:52:01
two items and let them retain their place 59 and 60 attained a place on the calendar chairman Tate Senator teacher
5:52:07
recognized we're on 61 sir
5:52:12
thank you Mr President I'd like to go to item number 61 Senate Bill 2352 and that's the title be ready Mr clerk please read the title
5:52:20
2352 elections penalty for fraudulently requesting or submitting absentee
5:52:25
ballots like the usual motion it makes a usual motion all in favor signify by saying aye aye opposed know the asshat
5:52:31
please proceed yes sir I'd like to uh explain the committee substitute you recognize to explain the committee
5:52:37
substitution uh Senators this is Senate Bill 2352 is brought to us uh requested
5:52:44
by our secretary of state um in our past municipal election two years ago we had multiple people request
5:52:53
absentee ballots for people that had been deceased for multiple years and
5:52:58
when that was brought to the Secretary of State's attention they took it to the proper district attorney and they said
5:53:03
that that was not a crime so they could not pursue it so what this will do is make it where it is a crime and that's
5:53:09
an explanation of the bill I'll be happy to take any questions questions on the bill seeing none centered we're ready for
5:53:15

your motion to adopt committee says to yes sir motions to adopt the committee substitute all in favor signify by saying aye aye opposed no yes have it
5:53:22
now ready sir yes sir no further questions asked for passage by use the morning roll call roll call has been requested you want to objective
5:53:28
procedure we should be recorded as voting no present questions
5:53:36
seeing none bill passes Senator McClendon uh yes sir uh Mr President Bobby
5:53:44
unanimous consent I would like to be at as co-author to that bill please anyone else
5:53:50
if you'd like to be a co-author Senator Hill and Senator McClendon and Senator bear would y'all please see the clerk so
5:53:56
we can proceed on today those three are raise their hands in Center England
5:54:01
Senator Parker okay Senator Parker let's proceed if you'd let the clerk know on being
5:54:07
co-sponsored Senator Parker on 62 . thank you Mr President I'd like to go
5:54:12
to that item Senate Bill 2371 have the title read it's clear please read the title Senate
5:54:18
bill number 2371 American Rescue plan act arpa nurse Allied Health Workforce Development and retention act create
5:54:25
make the user motions here it makes the usual motion all in favor signify by saying aye aye opposed no the eyes have
5:54:31
it please proceed thank you Mr President I'd like to be recognized to explain a strike all to the bill that should be
5:54:38
coming up on the screen I believe they have it at the desk one moment
5:54:46
and thank you Mr President the striker makes very few changes but it makes them
5:54:51
in multiple spots and I'm going to explain everything here this is as you recall a bill we passed last year this
5:54:58
is uh arpa American Rescue plan act nurse Allied Health Workforce
5:55:03
Development and retention Act we were able to get this through this chamber yesterday I'm not yesterday last
5:55:10
year but it did not make it through the house and some negotiations that happened at the
5:55:16

377

end so this would bring that language forward again so the intent of this to establish the need for nursing and

5:55:22

Health Care pipeline programs and the new thing we're adding to this is a new residency fellowship program based on

5:55:29

shortages of workers so in section three we're reenacting what we suggested last

5:55:34

year the accelerate Mississippi nursing grant program this would allow nursing

5:55:42

programs that include expenses such as equipment curricula remote learning

5:55:47

technology and other expenses to seek grants through accelerate we added new language on this that a recipient in the

5:55:55

community the recipient would be a community or junior college or other

5:56:00

entities with Healthcare training programs there's some other entities within IHL and uh through some of our

5:56:07

Workforce Development zones that also do these programs there's language that

5:56:13

encourages recipients to match funds it also creates a special fund for the

5:56:18

program and in lines 177 through 183 of the strike all provides that 75 percent

5:56:24

of the funds shall be reserved for the cjcs and up to 25 percent can be awarded

5:56:30

to the other health care focused training programs such as eyesgel and the other planning districts that I

5:56:36

mentioned the new portion of the bill for this year which is I think a great

5:56:41

move towards helping some of our health care shortage needs establishes accelerate Mississippi physician

5:56:47

residency and fellowship startup grant program so in our general and acute care

5:56:53

hospitals in the state outside of ummc they continue to have physician

5:56:58

shortages one thing that's been shown in data and other metrics is that if a

5:57:05

hospital is able to implement a residency and fellowship program Physicians who go into those programs

5:57:11

have a high likelihood of retaining or remaining in those hospitals so this

5:57:16
portion of the arpa funds would be set aside for eligible expenses such as
5:57:22
equipment curricula stipends for faculty and other expenses to help facilitate a
5:57:27
physician Residency program within an acute care hospital in a state in
5:57:33
license in the state by the Mississippi Department of Health just like in the other portion recipients are encouraged
5:57:40
to match Grant programs and it creates a special fund for the program again this
5:57:46
is with other than the addition of The Residency portion this is what we passed
5:57:54
out of this chamber last year and so with that I'll be glad to answer any questions on the strike off
5:58:01
questions on the amendment questions seeing number ready for your motions my motion be adoption of the strikeout all
5:58:09
in favor signify by saying aye aye opposed no if you have no further questions I move
5:58:16
passage by the use of the morning world caucus and requested any more objective procedure
5:58:21
which records voting no present seeing none pass it by use for the
5:58:27
morning roll call thank you chairman Parker chairman Barnett thank you Mr President I actually we go to item number 63 on today's calendar
5:58:33
didn't have a title rest please read the title Senate bill number 2495 State inmates requiring MDOC to pay increased
5:58:40
rate to house inmates and county jails Senator makes a user motion it makes a usual emotion all in favor signify by
5:58:47
saying aye opposed no please proceed Senator thank you Mr President I actually will allow Senator Sparks to
5:58:52
explain the bill Senator Sparks here recognized to explain the bill thank you Mr President uh this is a bill
5:58:59
that we have seen three years we've passed it out over here this simply uh re it encourages MDOC to come get
5:59:07
inmates that are in our County jails um and by doing that we are saying that
5:59:12
we're going to raise that rate incrementally uh from 25 to 30 days later to thirty dollars

379

5:59:20
Thirty Days Later to 35 dollars and each day after that until they come pick up their inmates it's an undue burden on
5:59:26
our counties uh these inmates have not been classified many of them may be close custody or need mental or medical
5:59:33
treatment and so that is the nature of the bill the second thing that the bill does is that the bill does allow for a
5:59:40
request to have an inmate in the county jail that is not the county of
5:59:46
conviction there's already existing law to bring that person back to the county of conviction if that is a request made
5:59:53
by the sheriff or the Board of Supervisors there would be no payment from MDOC the county would actually bear
5:59:58
that burden that's a choice that they would have to request that inmate and it would be a choice for the department
6:00:04
whether let them have that inmate and I do have one amendment that I have passed
6:00:11
forward that we can put on the board and I will briefly explain that Mr President if
6:00:17
it's the proper time to explain the amendment
6:00:22
one moment
6:00:29
right the amendment simply brings forward two code sections that deal with
6:00:34
our regional jails and we want to bring them also uh to this bill to look at
6:00:41
potential monetary compensation for them as well that would be an explanation
6:00:46
amendment I would yield any questions on the amendment
6:00:54
Senator Butler for what purpose to the bill on the amendment any
6:01:00
questions any questions see a number ready for your motions I would move to adopt the
6:01:05
amendment all in favor signify by saying aye aye opposed no yes have it please proceed uh there any questions on the
6:01:12
bill Mr President Butler for what purpose uh questions
6:01:18

please proceed Senator Butler thank you Mr President thanks Senate support now I

6:01:24

think he said that you passed this bill three three years in a row I believe that's correct I know at least two but I

6:01:30

think all three years we managed to get it out of this chamber okay so you know what the problem is

6:01:36

uh the are we doing anything different this time versus the other times I think we've had uh good conversations with the

6:01:43

people that would be very important in helping us uh address this bill and I think we've got a very good chance this

6:01:49

year to do something with it that would help our counties I think so thank you thank you Mr President Senator McLennan for what purpose sir question please a

6:01:56

year for question centers Senator McClendon you recognize thank you Mr President thank you Mr Sparks

6:02:01

Senator Sparks uh I sent to you today earlier as well as chairman Barnett the

6:02:08

number of DeSoto County uh that's in DeSoto County jails today that

6:02:14

are State inmates I've got that in front of me how many what's that number there are 88 adult males uh five adult females

6:02:21

and there are 80 of those that are in the DeSoto County Jail 30 days past

6:02:27

their sentencing date and the unique thing about the DeSoto County Jail of course it's one of our larger counties

6:02:33

they have to house inmates for the municipalities within their County or they choose to those municipalities pay

6:02:40

35 a day so the state has 80 uh 90 inmates 80 of which have been there

6:02:46

longer than 30 days and the state's only paying them twenty dollars that's that would be over 90 times 15 whatever

6:02:52

mathematicians they can do that work it's a lot of money per day yes thank you thank you thank

6:03:00

you Senator McClendon any other questions on the bill seeing none we're ready for your Motion

6:03:06

Center move for passage on the morning roll call Mr President Pastor morning roll call has been requested anyone

6:03:11

objective procedure for his voting no present

6:03:17

Turner Ford no present Turner Ford present

6:03:24

anyone else anyone else seeing none field passes thank you

6:03:30

chairman Debarr chairman de Barr chairman Debarr passes on 64 chairman Brian

6:03:37

chairman Brian chairman Brian passes on 65-66

6:03:44

they turned their place on the calendar 67 chairman chasnow

6:04:01

thank you Mr President I'd like to go to that item call it up and ask the title be read please read the title Mr crunch Senate

6:04:07

bill number 2359 tourism Mississippi Main Street revitalization grant program

6:04:13

make the usual motion Senator makes a usual motion all in favor signify by saying aye opposed no

6:04:21

please proceed oh um move that we adopt the committee substitute do you

6:04:26

recognized to explain the committee substitute Center thank you Mr President uh members of the Senate you had a handout placed on your

6:04:34

desk today that talks about this Main Street uh

6:04:42

revitalization grant program which I think is a very good way for our local

6:04:47

communities to compete for grants that will enable them to participate in a

6:04:53

number of activities that help with tourism that help with economic development that create new businesses

6:05:01

help expand businesses new jobs if the facts were all available to you on the

6:05:07

sheet if you don't have it before you I can answer any questions that you have about it but I am very much in favor of

6:05:13

this and I hope that we will be able to proceed with this I have a

6:05:18

technical Amendment to the bill that needs to be presented

6:05:25

okay well doctor committee substitute first Senator thank you Mr President

6:05:30

I believe adoption adoption of the committee substitute all in favor signify by saying aye opposed no the
6:05:36
eyes haven't Senator ready for your Amendment thank you Mr President
6:05:47
he's got it he has it okay so everybody all right uh the amendment simply changes uh a line that
6:05:55
explains that some of these organizations are 501c 6 instead of 501c3 and that's all the amendment does
6:06:03
so I would move adoption of the amendment
6:06:10
any questions on the amendment seeing none we're ready for adoption of
6:06:16
amendment all in favor signify by saying aye opposed no the eyes have it we're back on up on the
6:06:24
Bell Center all right I move adoption by the morning roll call you said morning roll call has been requested you want to
6:06:29
objective procedure of course voting no present seeing none to bill passes thank you
6:06:36
chairman thank you chairman parks Senator Parks is recognized around 68
6:06:47
thank you Mr President call up item 68 Senate Bill 2487 and asked the title be
6:06:53
read please read the title Senate bill number 2487 Mississippi dual credit scholarship program established and
6:06:59
provide Provisions related there too make the usual motion sure makes your usual motion all in favor signify by
6:07:07
saying aye opposed no they ask how to please proceed move to adoption under the committee Serb in lieu of the
6:07:12
original Bill you're recognized to explain the committee substitute senator so the change in this was we added the
6:07:18
word dual enrollment dual credit was already present so we had a dual enrollment and we also placed a reverse
6:07:24
repealer
6:07:30
questions seeing none with adoption of the committee sir motion is to adopt a
6:07:37

committee substitute all in favor signify by saying aye opposed no they as have it all right Senator yeah move for

6:07:44

passage on the morning roll call the morning roll call has been requested anyone objective procedure of course voting no

6:07:51

present seeing none of the bill passes thank you chairman parks

6:07:57

chairman Parks we have uh 69 Senate Bill 2580 pass thank you Senator Butler for

6:08:05

what purposer uh well unanimous consent Mr President I would like to be at as a co-author

6:08:11

Senate Bill 23 59.

6:08:17

okay lots of hands so if y'all would mind uh informing the clerk

6:08:23

we'll go around we'll unless you stuck with the clerk all or see no objection at all or granted if you give the names

6:08:29

on 2359 tourism Mississippi Main Street revitalization

6:08:34

okay chairman dubar Senator Debarr

6:08:40

Senator Barr passes 70 and 71 Senator Pope Senator Polk is recognized we're on

6:08:46

72 Senate mm-hmm

6:08:52

thank you Mr President like to call up item 72 as the title be read Mr clerk please read the title Senate bill number 2724

6:08:59

Department of Public Safety building project and contract exempt from certain public purchasing requirements make the

6:09:04

usual motion Senator makes the usual motion all in favor signify by saying aye opposed no the i7 please proceed

6:09:11

Senator Pope Mr President would like you to recognize Senator Kirby to find the bill

6:09:19

thank you Mr chairman thank you Mr President ladies and gentlemen Senate this should be easy to explain how all

6:09:26

the bill if you'll notice from lines 24-28 it says basically that due to the size and the nature of this project uh

6:09:33

that they would like to uh finish the project with a construction manager at risk methodology and they can easily uh

6:09:43
justify uh the negotiations with the construction manager they've already met
6:09:49
basically uh well first let me tell you this the building's already under construction uh and and it's doing very
6:09:58
well as a matter of fact but anyway they've had a meeting and this bill is a
6:10:04
request of the Department of Public Safety and DFA both and like to say the
6:10:11
build Zone construction doing very well the Bureau of buildings is already aware of the cost of the completed project and
6:10:18
what it should be the bill simply speeds up the pro process and should save the
6:10:25
taxpayers money uh I have an amendment I think well
6:10:31
first I'll answer any questions on that if they'd like and then do the amendment or I'll do the amendment first whichever
6:10:39
do the amendment Mr President no question Senator we're ready for the amendment
6:10:44
amendments up one moment yeah there it is excuse me
6:10:50
um I don't have a copy of the amendment here but all the amendment does is uh make the bill effective upon passage if
6:10:56
we're trying to speed the thing up we don't need to wait till July to start it or to finish Corrections on the
6:11:01
amendment seeing none centered ready for your motion oh thank you now I have a copy of the
6:11:07
amendment uh the amendment is on line 33 to leaving July 1st uh 2023 and
6:11:14
inserting uh upon his Passage no questions on the amendment I'll move
6:11:20
for adoption Amendment adoption of the amendment all in favor signify by saying aye uh no the ads have it thank you
6:11:26
Senator thank you ready to adopt the Bilson thank you Mr President um if there are no questions I'll be uh
6:11:33
asked for use more to rolly roll calls being requested anyone objective procedure as far as voting no
6:11:39
present I'm sorry blunt no anyone else anyone else

385

6:11:45

blunt no Ranger Frazier No wood no

6:11:53

anyone else horn no Jackson no or

6:12:04

Thomas no anyone else

6:12:09

anyone else seeing none of bill passes thank you

6:12:14

Senator Senator Polk here recognize we're on 73. I'd like to pass number 73 and 74 let him retain their place 73 74

6:12:22

retained they placed on the count of chairman Hill Senator Hill is recognized around 75 Senate

6:12:30

thank you Mr President I'd like to um ask the bill to be called up in the title read Mr clerk please read the

6:12:36

title Senate bill number 2312 county-owned real estate established competitive bidding process for lease or

6:12:42

sale thank you I'd like to ask for uh Senator Johnson to be able to explain the bill

6:12:48

Senator Johnson you recognize to explain the bill on 75. I think I did I don't think I made the

6:12:54

usual motion Senator makes a usual motion all in favor signify by saying aye opposed no now we're ready now I'd

6:13:00

like for Senator Johnson to explain the bill Senator you're right thank you Mr President uh this bill was

6:13:08

uh requested by some people who lease county-owned property and they lease it for agriculture but it

6:13:14

would apply to buildings as well what the issue that they've run into is that the way that County leases run they can

6:13:22

make improvements to the property whether that be agricultural or a building but when the lease period is up

6:13:30

which is usually a shorter at least four years or so when that lease period is up the county puts it out to open bid and

6:13:37

they run the risk of losing the property at bid and what this bill would do is to

6:13:43

allow for the current holder of the lease to be to have the first writer

6:13:49

386

refusal of the high bid at the the auction and that's an explanation of

6:13:55

what the bill does questions on the bill Senator mcconn you recognize for what purpose I'm sorry

6:14:00

senator Hobson thank you thank you Mr President and thank you Senator Johnson

6:14:05

why would you not open it to anybody that wanted to bid why would you give the right of first refusal to the

6:14:10

existing lessee no I think I think it it goes up for bid but if the people who are the current leaseholders the lessees

6:14:17

are outbid they have the right to match that bid and keep the property why would

6:14:22

you want to give them preferential treatment well what would be their incentive to improve the property if they can turn around and

6:14:29

lose it and I think this closely mirrors 16th section it does yes it does I'm

6:14:34

just trying to get the rationale behind yes but what kind of leases are we talking about that would be important

6:14:39

for them to make improvements to and right it could be to um if there if there was agricultural

6:14:45

land it could be something like replacing Wells or doing dirt work as you know it can be expensive as well as

6:14:53

if you lease a building from the county you could make improvements to the building that from any number of things

6:15:00

I don't know what different leases would constitute repairs to air conditioners or HVAC units uh floor coverings paint

6:15:07

all those things are Capital Improvements thank you

6:15:13

there's no further questions we have passages in the morning roll call other questions

6:15:19

seeing nine passing Easter morning roll calls requested anyone objective procedure as far as voting no

6:15:27

present seeing none bill passes thank you senator

6:15:35

chairman Tate thank you Mr President elected item number 76 and it Bill 2351 and asked the

6:15:41

title be read Clark please read the title Senate bill number 2351 elections allowed a secretary of state to perform

387

6:15:47
random procedural audits on counties make the usual motion consider makes a usual motion

6:15:52
all in favor signify by saying aye aye opposed no the ass Heaven please proceed yes sir I'd like to uh

6:15:59
I'd like to explain the committee sub you're recognized to explain the committee substitute what this is this is a bill uh that allow our secretary of

6:16:06
state to be able to audit counties right now um the counties are not subject to any audits uh from anyone other than

6:16:13
candidates themselves if they want to try to challenge an election they have a short time frame to do that and so what

6:16:18
this will do is this will allow the Secretary of State to be able to go in and to make sure that the counties are

6:16:24
doing everything they're supposed to do um just admittedly I think this bill does need some work that's why it has a

6:16:30
reversal pillar in it and so I'd appreciate it uh if we could get this through this deadline I've worked with

6:16:36
circuit clerks and with legislators uh on a bipartisan basis to try to make sure that we have us a good bill that's

6:16:42
an explanation the committee sub I'll be happy to take any questions Senator Sparks for what purpose sir question do

6:16:48
you hear for a question Senator Tate yes sir Senator Sparks is recognizing thank you Mr President thank you Mr chairman

6:16:54
um is this bill ask for any money no sir would there be a requirement of funds to

6:17:00
be able to perform this function again I think this bill needs work and that's why I have a reverse appealer in

6:17:06
it and I'll be happy to talk to you about uh you know what it what it may look like if it needs but it's present

6:17:11
form no certain numbers they would just go within the budget the Secretary of State okay and uh the circuit clerks do they

6:17:18
support it as an association I have not talked to them I've talked to a few and I want to make sure that they're happy

6:17:23
with it before we move forward thank you yes sir
6:17:30
no other questions asked for adoption the committee so Senator Jordan for what purpose sir
6:17:35
is that a question sir yes sir yes thank you Senator Jordan you're
6:17:41
recognized for a question thank you Mr President um isn't he able to do that at the
6:17:47
president no no sir um he doesn't
6:17:54
he doesn't do any auditing at all no sir he doesn't have the authority to unless he's called in to do so
6:18:02
no sir no sir uh have there been evidence that I mean I'm sure maybe a county could
6:18:09
call him in to come in but that would defeat the purpose of what we're really trying to do which is to make sure the counties are doing when you're sick when
6:18:15
you see it Miranda would there be a problem uh you just said so many artists
6:18:21
for a year or how would you what do you mean by that random well like I said I
6:18:26
want to work more on this bill but what uh this came from the Secretary of State's office and uh I think that it
6:18:34
needs to have work but the way that the bill is written now I would say random would be literally they would pick
6:18:40
counties out of a hat or something I'm not sure but but either way I want to work on it more that's why it has a
6:18:45
reversible so you're going to work on it more previously before you ask us to pass it
6:18:51
yes sir 100 and I've worked with legislators on both sides of the aisle with this and with circuit clerks on both sides of
6:18:58
the aisle so it's not ready it's not ready to be come low at this point no sir not at all
6:19:05
not at all okay thank you sir thank you
6:19:13
thank you Senator Parker for what purpose sir introduction at the appropriate time one
6:19:18
moment please Senator Turner Ford for what purpose ma'am question three year for a question
6:19:24

389

Center yes sir please proceed um thank you Mr President and thank you Senator uh my question so what is it

6:19:30

that we're trying to do what we're trying to do is make sure that procedurally that the that all the

6:19:36

documentation and everything with an election is in proper order and it's filled out correctly just to maintain

6:19:42

the Integrity of the election uh also there could be and I've spoken with Senator blunt about possibly some risk

6:19:49

limit outing where that's more or less going back and looking at machine counting and make sure that uh the

6:19:55

machines are are tabulating correctly um again I I'm asking for time with this

6:20:01

bill to get it into a better shoot right I understand but um it's very

6:20:07

broad yes ma'am it is it is it it's too broad right now and so as I understand the authority that the bill seeks it's

6:20:14

um it would authorize the secretary of state to frame basically whatever regulations that's correct yes ma'am

6:20:21

so we have no idea how this is going to end up uh my direction will be to make sure

6:20:28

that the we we put some more parameters on it and to be honest what I would like to do is I'd like for this to maybe be a

6:20:33

pilot program or maybe just a few counties are selected for a election or two and then we come back and with those

6:20:40

clerks and with members of the legislature and with Secretary of State and see you know how we can actually make this a a good bill

6:20:49

but we're being asked to vote today I am yes ma'am I understand you in other words I'm agreeing with everything that

6:20:55

you're saying yes ma'am so what you anticipate is the secretary

6:21:02

of state would be authorized to go through and review qualifying papers

6:21:09

um I wouldn't say qualified papers but in other words they would be able to look at all the documentation that had

6:21:15

to do with conducting the election itself whether it be the election workers

6:21:20
picking up uh the equipment or ballots how they were handled how affidavit
6:21:25
ballots were handled um how absentee ballots were handled everything with conducting that election just to make sure that the counties are
6:21:32
doing everything correctly thank you thank you Senator Jordan for what purpose you seek recognition sir
6:21:40
a clarification uh have there been any evidence and I'm
6:21:46
worried when it comes to voting like this I'm work have there been any problems or any situation where this
6:21:53
they should be audited secretary yes yes sir but right now it's limited to just the candidate him or herself actually
6:21:59
going and requesting to look at at the materials the Secretary of State can't come in and look and so if the candidate
6:22:04
doesn't do that themselves then we don't know what what about the uh the
6:22:13
uh person locally that election that's that's my point they had there's no
6:22:18
oversight over them it's it stops there with this what about the circuit clerk he doesn't
6:22:25
you know they work together I know they work together but he doesn't he can't
6:22:30
tell when anything is wrong it is said there's there's no bringing in the Secretary of State for this and this
6:22:36
what what this bill do which still need which I still want to work with would be allowing the Secretary of State to be
6:22:42
able to come in and to make sure that the election's been conducted correctly without any complaint from the circuit
6:22:47
clerk that's who I'm working with I promise you I'm not going to make my circuit clerks mad at me I promise
6:22:53
oh I didn't hear you I didn't get you I said in working with the circuit clerks yes sir
6:22:59
so the second the circuit clerk of said County would invite him in
6:23:07
this bill would allow him to come without the consent of the circuit clerk of said I knew they could do that now

6:23:13
without without this bill well why do we need this bill because this allows the Secretary of State to go in to audit the

6:23:21
counties to make sure that they are doing everything properly without any complaints from anybody

6:23:29
put your links from people who aren't doing their jobs no no sir would it be

6:23:35
any complaints any complaints from someone for the Secretary of State to

6:23:40
come in and say I just want to audit to your book so they just come in periodically of what he feels like or

6:23:47
when the bill right now says that no County would be audited more than once every four years and I and I I don't

6:23:54
like that this came from the Secretary of State I've used it I thought the house was going to have a version that we could work with things are moving

6:24:00
slower over there than what they anticipated so they may not have a bill so I'd like to just let this be the vehicle so we can look into audits

6:24:09
well I I know the secretary of state does come to

6:24:14
my County Greenwood the floor from periodic whenever he wants to because I invite him up sometime but uh just to

6:24:23
have him to come in and nothing is wrong and no request from said circuit clerk

6:24:28
he just come in at that uh I don't see what is necessary unless

6:24:34
he's requested by said County just come in to just uh to come in just look over the process

6:24:42
we've had so many problems about voting so that to me could eventually seem like

6:24:48
harassment I understand and I can see where it's necessary but I

6:24:56
don't think it's necessary for him to just come in there's nothing wrong with the situation but I agree with you

6:25:02
aren't 100 if something is wrong in said County then we would request that he

6:25:08
comes in but just to come in periodically so many times a year or whatever

6:25:15

unfortunately those counties that aren't that may not be doing it right are not the ones that are inviting
6:25:21
is there what now I said unfortunately some a county that may not be doing it right may not be inviting also I'm glad
6:25:28
your county is inviting that's great yes I understand but those counters that
6:25:34
does not invite him then those are the ought to be the one that he go ought to be the place where
6:25:40
my friend goes uh secretary Watson so but just to come
6:25:45
in periodically uh could be looked up on as harassment of said County or said
6:25:51
voters I'll make sure and I certainly wouldn't want that to happen no sir thank you sir thank you thank you
6:25:58
Senator George senators Butler hey
6:26:03
for what purpose sir question yes sir Senator Butler you're recognized
6:26:09
for a question Senator uh isn't it true that uh the secretary of state have the
6:26:15
right to go in uh now and uh larger books no sir
6:26:21
uh I served as a supervisor for 20 years and uh the Secretary of State uh comes
6:26:28
in at least wants to you once every four years and uh or the election book I'm
6:26:36
sure the county invites them in then but to just do a to do a random audit they do not have the authority to do that
6:26:43
they do not have the authority right and I'm glad your county invites them in that's great that's good every four
6:26:50
years and it's been it's been done yes sir I I just couldn't see the need to
6:26:57
have a bill giving them the right and they we
6:27:04
assume that they already they have always if your county invites them every year every four years then this won't
6:27:10
affect you it's just for those counties that aren't inviting thank you thank you Senator Debarr for what purpose you seek
6:27:16
recognition sir question Mr Speaker for a question Senator Tate yes Senator Barr you

6:27:22
recognize thank you Jim take a quick quick question for you so the secretary of state will go in and audit a certain

6:27:29
County Greene County for example if they find something wrong what happens then that's another part of this

6:27:35
process that we need to fix and it's it's not expressed in this bill and that's something that I want to get

6:27:40
fixed to where we know just exactly what is going to be reported you know one concern of the clerks is that there may

6:27:45
be something accidental that has no it has no bearing on the outcome of the election and then they'd be blasted as

6:27:51
being you know having elections that are going the wrong way at the same time we want to make sure that if there's a county that's not doing something right

6:27:57
that is affecting the outcome of the election that that is put out there for the people to know and so because of that this is a this is a complicated

6:28:04
process we cannot copy and paste from some other state several states have this

6:28:09
um you know our laws are different from the others if we could do a copy and paste I'd like to do that but we're not

6:28:15
we're not there so that's that's part of where this needs to get to thank you thank you chairman Tate the reason I ask

6:28:22
on online 17-18 that says no County shall be audited

6:28:27
selected more than once in a four-year right now I'm not sure if that should be right because if they found something bad they that should trigger them to

6:28:33
come right back again this is just Verbatim what I got from the Secretary of State I didn't even think we'd have to take this off okay thank you thank

6:28:39
you chairman I appreciate it yes sir thank you Mr President Senator Norwood for what purpose sir

6:28:47
of course Mr President you have a question Senator yes Senator Norwood's recognize me thank you Mr President

6:28:53
thank you Senator Tate now the audit is basically gonna it's gonna be a procedural audit uh

6:29:00

that's what I first see is for it to be a procedural audit to make sure that paperwork and the chain of custody forms

6:29:07

and things of that matter that go into how they conducted the election that everything's well documented everything's done in order now training

6:29:16

will proceed this at some point I would imagine is that correct training you

6:29:21

said yes training for the uh the the election commission of whomever

6:29:27

is the audit is going to be done upon uh the secretary of state would provide

6:29:32

training for those individuals to make sure that they do now yes sir and so this is going to be a procedural audit

6:29:38

to make sure they're doing what they supposed to be doing according to policy that's right yes sir thank you Mr

6:29:44

President thank you thank you Senator Senator Sparks for

6:29:49

what purposer the question Senator yes no question please proceed thank you Mr

6:29:54

President thank you Mr chairman I understand the bill has a reverse repeater in it and I understand that

6:30:00

you've said this is from the Secretary of State's office is that correct yes sir okay so 36 lines of text including a

6:30:08

reverse repealer when did they realize that we needed to audit elections this came last year and it was a very

6:30:15

long Bill and it posed a lot of questions and so I know as of last year

6:30:20

they asked for this so just this year they just sent a short Bill I know yes sir okay uh

6:30:28

the concern I have is anybody can ask for a bill to be dropped and I won't secure elections in this

6:30:35

state and I believe in voter ID and I believe in all the rules that make secure elections but to drop a 36 line

6:30:43

Bill and say we're going to come audit the counties I got good circuit clerks in my district and they're not happy

6:30:50

and they've texted me so I don't know what the exact purpose of the bill is but if it's to stir people up mission

6:30:58

accomplished so when they come back with a bill that

6:31:04

asks for what they're asking for I hope it's clearer yes sir I mean you

6:31:10

understand that I'm saying that I'm not happy with where this bill is right now well but but we're if you're not happy

6:31:16

with it you can table it but we no I want this code section to go forward so that we

6:31:22

can do something I was under the impression that the house was going to bring something out and so that we didn't even need to have this bill once

6:31:28

we got it out of committee and I've told multiple circuit clerks that the bill that that I was given was

6:31:35

not going to be the final version well I mean it's the version we're voting on on the floor and

6:31:43

you know I go back to what Senator Barr said earlier I mean you find a problem

6:31:49

you can't go back let me ask this question have we had a problem going to the 82

6:31:55

counties haven't they welcomed the Secretary of State's office in the past to come participate we have in

6:32:01

Lauderdale County okay um I just I mean I'll be honest this is this is a bill that's important and

6:32:08

close to my heart election integrity and my Integrity gets called into question

6:32:14

when I don't support a bill that claims to be election integrity and 36 lines

6:32:20

right here is not an election it's too vague for the Secretary of State to just take on I agree with you it's too vague

6:32:26

to be a bill okay

6:32:32

Senator Hickman for what purpose uh question Mr President were you for a

6:32:38

question Senator Tate yes sir please proceed since I understand that like you said this is kind of a framework or a

6:32:43

vehicle for uh a bill now since we've been on the floor uh I guess there's

6:32:51

been some phone calls made so a few of us have gotten phone calls and text messages from our clerks uh who had uh I

6:32:57

guess pledge to support this and to keep this vehicle moving forward uh my question for you is is there do you

6:33:04

see any possibility of if this doesn't happen this session taking maybe a study

6:33:09

group to see what we can do uh to make this happen yes sir because as you know

6:33:14

uh uh it may be shocking but I too think that our elections uh should be fair

6:33:19

free from fraud and every Mississippian should be able to vote who's qualified to and so I too would like to see some

6:33:25

kind of process happen uh but I agree with the sentiment to most people in here we don't want to rush that and we

6:33:30

don't want to have something bad on the books that are going to overburden our circuits 100 agree with you thank you

6:33:36

thank you thank you Senator other questions on that on the bill

6:33:43

on the committee substitute I'm sorry you have no other questions asked for adoption committee substitute the option of the committee substitute

6:33:49

all in favor signify by saying aye aye opposed no okay we're on the bail Senator no other questions I asked for

6:33:55

adoption by use the morning roll call you said the morning roll call has been requested has anyone object to the procedure

6:34:01

Senator Butler you objective procedure Mr clerk please call the roll

6:34:09

Barnett

6:34:14

Barrett Blackman Blackwell

6:34:21

blunt boy Branning

6:34:28

Brian Butler to 36

6:34:34

Butler 38 Carter

6:34:40

Kaufman chance it all

6:34:45

Chisholm Devar Delano

6:34:52

England feeling game Frazier

6:34:59

Harkins Hickman Hill

6:35:07

Hopson horn

6:35:12

Jackson Johnson

6:35:18

Jordan Kirby mccoin

6:35:25

McDaniel McLendon

6:35:30

McMahon Michelle

6:35:35

Moran Norwood

6:35:41

Parker parks

6:35:46

poke Seymour

6:35:51

Simmons of the twelve Simmons of the 13th

6:35:57

Sojourner Sparks super

6:36:05

Tate Thomas

6:36:10

Thompson Turner forward

6:36:15

Whaley Wiggins Williams

6:36:23

younger Barrett

6:36:29

Blackman blunt

6:36:35

boy branding

6:36:40

Brian Kaufman

6:36:47

Chisholm England

6:36:53

Frazier Hickman

6:36:59

Hobson McCann

6:37:12

voting yesterday Barrett Blackwell boy Branning Carter

6:37:20

Kaufman chasenal Chisholm DeBarge Delano England filling game Harkins Hill Hopson

6:37:29

Johnson Kirby McConnell McDaniel McClendon McMahon Michelle Moran Parker

6:37:38

Park Seymour Sojourner spark Suber Tate

6:37:45

Thompson Whaley Wiggins Williams younger

6:37:50

voting no or nay Barnett Blackman Butler 36 Butler 38

6:37:58

Frazier horn Jackson Jordan Norwood

6:38:03

Simmons number 12 7 13 Thomas and Turner

6:38:08

Ford

6:38:47

bill passes 36 years of 13 nay Senator Wiggins

6:38:58

Senator Parker for what purpose introduction at order please proceed thank you Mr President thank you uh for

6:39:05

Patiently Waiting up there Mr Mayor I'd like to introduce in our South Gallery Mr Todd Andra who's the CEO for Olive

6:39:14

Branch and the mayor of Olive Branch Mr Ken Adams on behalf of myself Senator McClendon and Senator Blackwell welcome

6:39:20

to your capital [Applause]

6:39:27

great to have you here mayor welcome okay Senator Wiggins thank you

6:39:33

Mr President um I ask that uh item 77 through 79 we

6:39:38

pass and they retain their place on the calendar and we go to item 80 call that up and ask the title be

6:39:45

reading place on the count number 80. Mr clerk please read the title Senate bill number 2377 CPS in hack Mississippi Safe

6:39:52

Haven law provide established clear path to permanency for children in custody uh

6:39:58

make the usual motion it makes the usual motion all in favor signify by saying aye aye opposed no the eyes have please

6:40:04

proceed senator thank you Mr President I just wanted to say a couple words and then ask that uh Senator Boyd uh be

6:40:12

399

allowed to explain the committee substitute um first this bill before you has a

6:40:17

reverse repealer in it and this bill along with a few others that will come

6:40:23

before you if you recall we had over the summer uh the women and children and

6:40:29

family committee that met this is one of the first bills uh coming out of that

6:40:34

committee and Committee in our committee we took them up and blocked but we want to do them individually here and so uh

6:40:41

with that I would ask that Senator Boyd be allowed to explain the committee substitute Senator Boyd you're

6:40:47

recognized to explain the committee substitute thank you Mr President

6:40:53

um the bill that you have before you is um is the legislation that's kind of broken

6:41:00

down into two main parts it's the Mississippi Safe Haven law and laws that

6:41:05

are providing more of a clear path to permanency for children who are already in CPS custody

6:41:11

the first part of the bill the safe haven law it's used in conjunction with

6:41:16

our current baby drop-off law we worked with CPS over the fall and

6:41:22

um really looked at what was going on in other states so we could be more efficient and get children who are

6:41:29

dropped off or who are in the hospital are given to CBS for custody we look

6:41:36

through for a clear procedure for that so that's what part sections one through six of the build does and then in

6:41:43

section 7 through 14 we have streamlined a lot of procedures that CPS uses

6:41:49

um for those children who are in CPS custody that they believe will immediately help them and then we've

6:41:55

also added some Commissioners that are from the CPS system to the Mississippi

6:42:01

commission and youth court systems and then we've also asked those that

6:42:07

organization to make a report to the legislature about the changes they'd like to say see I'm within our uniform

6:42:13

Youth Court um with by October 1st of 2024.

6:42:20

um and at the appropriate time um Mr

6:42:27

sorry Mr President um I would like to move that we adopt

6:42:32

the um committee substitute and then I have amendments to all okay so we need to

6:42:39

adopt the committee so with any questions on the committee's uh all in favor say aye aye all of those have it

6:42:46

Senator Boyd okay and then um during the committee um Senators Hickman and Turner Ford and

6:42:53

Blackman brought up a couple of issues that they had some real concerns about we've met with CPS and those issues and

6:42:59

we do have a reverse repealer in this um but I think their concerns were valid and important so if you'll notice on

6:43:07

um if you'll take this if you'll notice on lines 264 to 266

6:43:17

we have put in language that requires CPS if a child is dropped off to do a

6:43:25

search for the parents for any next of kin and for any other natural parent and

6:43:31

then we have also required online if you can see on the amendment in lines 9

6:43:37

through 12 we had a really tight time frame of 30 to 45 days we've worked with CPS and we've amended that to give some

6:43:45

more flexibility and make sure that there's a good solid search for those other next of kin and so we have

6:43:52

expanded it from 60 to 75 days so those are the

6:43:57

amendments and I'm happy to take any questions on the amendment are there any questions on the amendment

6:44:04

move for passage of the amendment and remote for adoption of them and that all

6:44:09

in favor say aye aye telephone no lies have it under board

6:44:15

um Mr President I'm happy to take any other additional questions on the bill are there any other questions

6:44:22

401

maybe for final passage on the morning roll call Senator committee substitute

6:44:29

I thought we'd already adopted we have I'm sorry you're on the final path final passage okay

6:44:35

the defender yeah I asked more than any questions

6:44:41

are there any other questions all right all right uh chairman suggested use one

6:44:46

roll call final passage uh anyone objecting this procedure does anyone wish to be recorded as voting no

6:44:56

Senator Hill before we vote okay all right uh so anyone wish me

6:45:04

records voting no seeing none please report all present all present by the use of Horn Road call

6:45:11

oh you wish to be recorded voting no okay Senator Derek Simmons no

6:45:18

okay and anyone else know Senator Seymour Senator Seymour know anyone else

6:45:27

okay Senator Hill vice president uh anyone else

6:45:34

anything to any other Center okay

6:45:40

anyone else please record all others by the use of motor roll call as voting I bill was

6:45:48

passed now senator Senator Wiggins go to item 81 call that

6:45:54

up and ask the title be read Senate bill number 2384 foster care and

6:46:00

adoption task force create make the usual motion senator make you a motion on any objection all in favor say

6:46:08

aye aye no you guys have it Senator Wiggins thank you my motion is going to

6:46:13

be that we adopt the committee substitute and I ask that you allow uh Senator Boyd to explain the committee substitute Senator you're recognized to

6:46:21

explain the committee some thank you

6:46:29

during the hearings that we had this summer there was a plethora of information that

6:46:35

was produced and we met with we had over 50 meetings with different individuals

6:46:41

but there were so many issues that we identified in the issues of foster care

6:46:46

and adoption that it was impossible to bring forth a bill that really

6:46:52
encompassed everything and so what we have are asking all to do is we are
6:46:57
creating a 17-member task force to study various issues that impacting our foster care system and adoption the members
6:47:04
include an array of interested parties from the Chief Justice the Attorney General the executive director of CPS to
6:47:10
biological parents foster parents and former foster children some of the issues the task force is going to
6:47:15
address is we're going to review and propose changes to our adoption statutes to make adoption easier when feasible
6:47:23
we're going to review and propose definitions of several terms that are used in CPS staff actually so that we
6:47:30
have uniformity and the application across all of our youth courts we're going to review the roles of the Guardian Ad Litem and the parent
6:47:36
Representatives proposing any net necessary revision and we're also going to review the federal funding to make
6:47:42
sure that we're utilizing the max amount of funds we can pull down through the federal government and how we are
6:47:48
spending those funds and look for accountability and efficiency on those funds so that's a brief explanation of
6:47:55
the bill and I'm happy to take questions Mr President are there any questions on the committee substitute
6:48:02
I see no question senator Mr President I would we adopt
6:48:09
a DOT morning World Cup okay well we don't need to do that Senator moves adoption of the Committees
6:48:15
are all in favor say aye aye all opposed no now we're back on the original bill
6:48:20
passed Mr President asked for final app on the east of the morning roll call
6:48:26
Senator requests do you support Modern World Cup final passage anyone object to this procedure anyone wish to be
6:48:33
recorded voting no seeing none please report all present by useful modern roll call as voting I

6:48:40

Senator Wiggins thank you Mr President go to item 82 call that up and ask the title be read please read the title

6:48:47

Senate bill number 2380 Supreme Court of promulgate rules requiring the disclosure of all entities financially

6:48:53

interested in litigation make the usual motion Senator makes your usual motion anyone object all in favor

6:49:00

say aye aye all opposed no eyes have it Senator Wiggins thank you uh this is a simple

6:49:07

Bill some would call it a lawyer bill but what it what it does is just simply directs the Supreme Court to come up

6:49:14

with rules uh and as you see on lines 14 to 17 uh for disclosure of any entity

6:49:20

who's financially interested in the outcome of the litigation uh for the purpose of providing a court with the

6:49:26

information uh in cases that may arise for recusal this is a what I call a uh a

6:49:33

good uh good Justice Bill a transparency Bill the other the other portions of the

6:49:39

bill simply stay what the Supreme Court needs to do in terms of who needs to file and

6:49:46

what they need to file and a little bit of a background the Supreme Court uh normally does such rules in what needs

6:49:56

to be filed in litigation and directs the courts and the attorneys uh how of how that should be done and what they're

6:50:02

looking for so that's what the bill does they are are there any questions

6:50:09

see no questions I mean passage on the morning roll call Mr President the chairman suggests you use more to

6:50:16

roll call for final passage anyone object to this procedure

6:50:22

anyone wish to be recorded as voting no seeing none please record all president by the use for more in a roll call as

6:50:29

voting I the bill is passed Senator Wiggins thank you go to item uh 83 call it up

6:50:37

and ask the title be read please read the title Senate bill number 273 Angel majority

6:50:43

loyal to 18 for securing home loans and any contracts for Real Property make the usual motion and it makes you use your

6:50:49

motion any objection all in favor say aye aye all opposed no size of it Senator Wiggins thank you my motion will

6:50:56

be we will adopt the committee sub and um if I may explain Mr President uh also

6:51:02

there is an amendment uh that I believe Senator Hill has on this bill

6:51:08

um this bill is supported by many of our

6:51:13

Bankers in fact all the bankers all of our real estate folks in short what it is doing is lowering the age from 21

6:51:21

down to 18 on home loans and mortgages

6:51:26

and section one of the bill is the what I call the operative part of the bill

6:51:33

and it's stating that all persons ages 18 or older uh

6:51:38

can enter into binding contractual relationships and you see the language

6:51:44

there mortgages and real property the current law the general rule is that if you're 21 that your age of minority is

6:51:51

up until 21 and so what this is doing is allowing 18 year olds uh 18 19 20 to

6:51:59

enter into these uh to these contracts and then

6:52:04

um in the following sections what that is just simply bringing uh code sections

6:52:10

forward to bring it together and um that's the explanation of the bill

6:52:16

and I do have the amendment Mr President well let's I think we have a question before the amendment Senator Jordan do

6:52:23

you have a question no you do you heal Senator Jordan

6:52:30

I do yes sir George thank you Mr chair Mr President Mr chairman

6:52:36

why are we going to 18 uh usually young men strongly 21 while we're going down

6:52:44

to 18. well yeah because there's a lot of uh well as somebody said here earlier

6:52:50

you're 18 you can go to war you can um you can you know vote you can do all

405

6:52:58
that but in Mississippi you can't enter into a contract uh for a house for a
6:53:05
mortgage um and so what we're trying to do is allow that to happen and we want to get
6:53:10
uh home ownership this allow more people to get home ownership and also it'll cut
6:53:15
down on costs because you don't have to have let's just say your parents or a guardian to sign off on it and so this
6:53:21
is a good uh I guess public policy for that and that's why we want to do it and again as I said your Bankers uh are
6:53:30
really supportive of this your real estate folks are supportive of it and there are protections well I don't even
6:53:36
think there needs to be protections mean you're 18 years old so that's what can be done yeah for uh record what about
6:53:43
other states other States during during the assembler to what we're getting ready to do here now well I will put it
6:53:49
this way every pretty much every other state the age of majority is 18 not 21 and 18
6:53:57
right and they have been
6:54:03
okay thank you so much Council told me we're one of three they still have it at
6:54:08
21 years old one in three one in three still having 21. so they there's there
6:54:14
have been success somewhat successful in low in age from 21 to 18. yeah well once
6:54:20
again yes we're last or in this category we are last so yeah okay but others have
6:54:27
been successful yes thank you thank you all right so we're going to adopt the committee sub and then take the
6:54:34
Amendments and Senator moves that we adopt the committee I do so all in favor of adopting the
6:54:40
committed substitute say aye aye all opposed no size of it now for the amendment Senator thank you Mr
6:54:47
President um it's a simple Amendment and this was brought to us after it came out of
6:54:52
committee uh the language if you look at lines uh 23 to 27 that's current law
6:54:58

that deals with uh children that are in custody what the what the amendment is

6:55:03

doing is simply uh removing that and allowing this to apply to leases to for

6:55:11

whatever reason current law already allowed that uh or allowed this for kids

6:55:18

in custody and so this is simply allowing that to not be prohibited for

6:55:23

those in custody and applying to leases and so that's the I'd be happy to take

6:55:29

questions on the amendment are there any any questions on the amendment

6:55:34

move adoption of the amendment Mr President Senator move for adoption of the amendment all those in favor say aye

6:55:41

aye all the vote no I have it Senator Wiggins final passage yes move for final

6:55:47

passage on the morning roll call Kevin suggests use one roll calls to file passage anyone object to this

6:55:54

procedure anyone wish to be recorded as voting no

6:55:59

Senator Norwood voting no anyone else wish to be recorded voting no

6:56:05

saying no please record all of this President values from one roll call his voting I

6:56:10

the bill is passed Senator Williams go to item 84 call that up ask the title be read please read the

6:56:16

title Senate bill number 2077 charitable organizations raise all the threshold for contributions to 750 000 and uses

6:56:24

the cash basis only make the usual motion gentleman makes you use your motion anyone object all in favor say

6:56:30

aye aye also know that I have it it's under Wiggins thank you Mr President uh

6:56:36

now this is Senator Johnson's Bill and as was stated in the other one this one is dealing with 750

6:56:43

000 and I believe Senator Johnson does have an amendment no Amendment

6:56:49

he doesn't have an amendment uh and that's uh it does what it says

6:56:55

which allows the reporting for those limits any questions oh we do have Senator Seymour question

6:57:03

question Mr President you yield Senator Seymour yes in a latter part of the uh

6:57:09

legislation it says that the Secretary of State can promulgate a penalty have

6:57:15

they promulgated any rules well it says that they can uh provide it

6:57:21

for extensions of the due date for filing of the financial statements so but it also gives them the right

6:57:28

in other words what I'm asking have they had problems with this in the past uh not in doing the rules no

6:57:36

thank you Mr chairman thank you are there any other questions oh I'm sorry it's the cinder uh Turner

6:57:44

Ford for a question if you have a question yes Senator Ford

6:57:49

yes um going back thank you I'm going back to the the bill that we passed earlier

6:57:56

that required the reporting was it 200 000 or 200 250 okay thank you

6:58:03

okay are there any other questions if not consider you suggest you just want to roll call final Passage

6:58:10

and uh has anyone object to this procedure has anyone wish to be recorded

6:58:16

as voting no

6:58:21

voting I uh bill is passed Senator Wiggins thank

6:58:26

you go to item um 85 call that up ask the title be read please read the title Senate bill number

6:58:32

29 in burial rates preclude party at fault for death from society

6:58:37

make the usual motion Senator makes the usual motion to anyone is Jack all in favor say aye aye all the

6:58:44

vote no the Sabbath underwear thank you Mr President uh and I will move to adopt

6:58:50

the committee substitute um and to explain what this is is the

6:58:57

board of funeral services came to us uh

6:59:03

and asked for this legislation because what is happening is in the uh funeral

6:59:09

service industry um there's a lot of Confusion And it hadn't been updated and the confusion is

6:59:16

existing where they Funeral Directors are being
6:59:22
asked to do multiple different things by multiple families and the best way I can explain it is if you practice Wills in
6:59:30
the States you have different families come in and one person wants to do one
6:59:35
thing and another person wants to do other and it puts the funeral service directors into position and so what this
6:59:41
is doing is allowing uh those decisions
6:59:46
to be be made but to do it in an organized fashion and then the committee
6:59:53
substitute is that Senator England actually had a bill and I had a bill so uh section one uh is the bill that was
7:00:02
requested by the funeral service directors and then if you go over to um starting in line 666 that's the
7:00:10
language from Senator England's Bill and this has been going on across the state and in short what that does is talks
7:00:17
about when there's a a court of competent jurisdiction then that will
7:00:23
dictate and the best way I can explain it is if you ever had there's a thing that the legislature passed years ago
7:00:29
called an advance directive and so you fill that out and you when you die you tell your family your lawyers how you
7:00:37
want what you want to be done should you be in a in a bad Health terminal
7:00:42
situation and that's what this is it allows people to fill that out and to tell and put that on file and so it uh
7:00:50
it allows that to progress and to cut down on the the issues that have been
7:00:56
plaguing the funeral industry with that I'd be happy to answer any questions are there any questions on the committee
7:01:02
substitute move it move adoption of the committee substitute Mr President Defender uh
7:01:10
moves adoption of the committee substitute all in favor say aye aye all the vote no uh let's have it passage on
7:01:16

the morning roll call okay uh chairman suggest you this

7:01:22

morning roll call for final passage anyone objected this procedure

7:01:27

does anyone wish to be no seen none please record all presidents

7:01:34

they use one roll call as voting out of the bill is passed Senator wagon thing

7:01:39

go to uh go to item 86 call that up ask the title be read please read the title

7:01:45

Senate bill number 2197 veterans service officers authorized action on behalf of a veteran on the power of attorney

7:01:52

make the usual motion so their most usual motion any objection all in favor say aye aye all of those no uh that it's

7:02:00

under Wiggins thank you Mr President uh this has come to us from the chairman of

7:02:07

uh Veterans Affairs uh line 61-68 in

7:02:13

short you have veteran service officers they had uh some concerns about the things they were

7:02:20

being asked to do and what this does is tells our County veterans service

7:02:26

officers that uh through a power of attorney that

7:02:32

um they can be authorized to act upon the benefit of the veterans and there

7:02:37

won't be any liability on that so that's what it does be happy to answer any questions are there any questions on the

7:02:43

committed substitute saying none move out move adoption of the committee

7:02:51

substitute Mr President thank you those for adoption the committed substitute all in favor say aye aye all opposed no

7:02:59

eyes have it Senator Wiggins passage on the morning roll call are there any questions on Final passage

7:03:05

seeing none uh chairman suggests to use one roll call final passage anyone

7:03:11

object to this procedure the data center wish to be recorded as voting no seeing none please report all presidents

7:03:18

while they use some more roll call as voting I Senator Wicken thank you Mr President I said we skip 87 it retain

7:03:25

its place on the calendar and go to item 88. as you tell them we'll retain this place on the calendar go to item 88 Senate

7:03:32

bill number 2082 Senator Wiggins thank you Mr President um we'll read the title oh thank you

7:03:39

make the usual motion well we got to read the title Please read the title Senate bill number 282 child support

7:03:47

administratively suspend obligations for incarcerated individuals make the usual motion Senator makes the user most in

7:03:53

anyone objects of that procedure all in favor say aye aye all about no uh

7:03:59

Thunder Wiggins thank you Mr President I will state up front this has a reverse repealer in it uh it has a reverse

7:04:06

repealer in it for a reason um this bill came to us uh and actually during the hearing center world the

7:04:13

committed substitute correct correct okay

7:04:18

during the committee hearings we heard from the Department of Human Services about uh pausing and suspending

7:04:28

um child support obligations during incarceration and what this is is it it is a request

7:04:36

because it increases Federal drawdown money it does not alleviate or get rid

7:04:43

of people's and incarcerated members child support obligations and uh during

7:04:51

when we passed it through the governor's office got with us we're working on the governor's office to tighten down the

7:04:57

language uh but if this is the last year that we need to get this through or else

7:05:02

uh the money that has been obligated for child support enforcement going after

7:05:08

people who owe child support uh we won't be able to draw down so that's what the bill does

7:05:14

any questions on the committee substitute Senator Jordan or question do you yield Senator Jordan

7:05:21

four questions I do yeah yesterday a person who's in

7:05:26

carcerated how can he pay child support if he's

411

7:05:33
a president or poor person I'm sorry a person who's incarcerated at the same
7:05:38
time he should be paying child support and he doesn't have
7:05:43
any money at all how can he pay it well Senator Jordan that's the argument
7:05:50
that's been made okay and some would argue that those keep building up but it
7:05:57
creates a uh keeps putting them further and further into debt and the federal government has uh directed or encouraged
7:06:05
States across the country to suspend that so that it's not in uh incurred
7:06:12
while they're incarcerated because to your point they can't pay it because they're not working okay and then when
7:06:18
they get out their obligation is still in place and this the in the bill there's a language that states they have
7:06:25
to report and everything that they're obligated to pay has to go back in force right that's what this bill does that's
7:06:32
what it does yeah thank you sir Senator Hill do you have a question
7:06:39
Senator hillford I do
7:06:45
it started so we were you know briefed on in some of these hearings
7:06:50
could there be a move toward um allowing some of these who are in
7:06:56
work programs to still potentially pay some child support if they're in these work programs in MDOC and they're
7:07:03
actually making money and that might be you know the ones that do owe child support that might be the incentive for
7:07:10
them to get in that work program I don't know with the federal government preclude us from doing that maybe I
7:07:17
think it's a I think it's a novel idea I hadn't thought about that I don't know if doing that would uh would conflict
7:07:26
with the federal rules um I don't know how much they make if
7:07:31

they're in these work programs but you're right it it depends on what's termed incarcerated so for example
7:07:38
uh I don't know if someone's on probation or parole I don't know that they're incarcerated but if they're in
7:07:43
uh what used to be called a restitution Center they may be so these are considered still incarcerated that in
7:07:50
this work program so I I just wonder if we could explore the idea that maybe that would I'm willing to it I'm willing
7:07:55
to explore that and I certainly think Governor Reese's office is willing to look at something like the thing is when
7:08:01
they get out they can't well they've had a problem getting driver's license because they're so far behind but they can't ever catch up to go to work so I
7:08:07
mean let's see the reason correct thank you that's right assistant Senator horn do you have a
7:08:14
question yes Mr President question you yield yes I yield thank you Mr President and I
7:08:22
thank you Senator Williams uh Senator do you have any idea of what we pay uh the contract that uh Law Firm
7:08:31
that is responsible under contract uh to do child support collections for
7:08:38
the state I don't off the top of my head other than to say it's in the millions of
7:08:43
dollars to collect tens of millions in child support well way to surprise you if if I said to
7:08:50
you that I believe and and I'd like to request that you confirm that but the
7:08:56
last I heard uh maybe a year and a half two years ago is that we're paying 16
7:09:01
million dollars to a a law firm to do child support
7:09:06
collections do you think that that's excessive um I think you have to look at it as a
7:09:12
return on investment and if you want to I think uh actually your hometown newspaper Clarion Ledger if I'm
7:09:18
recalling right did a very good uh interview of all that that explained
7:09:24
what went into it and how and how it was and my reading of that from last year was the return on investment is a good

413

7:09:32
good uh return would you verify what what we're spending for them or I mean I I always
7:09:39
can do that but I'll get with uh lbo and them to find that out thank you I'd appreciate it thank you
Mr chairman
7:09:45
thank you Mr President okay uh I don't see any other questions of motion Senator motion is that
we
7:09:52
adopt the community uh committee substitute Mr President thank you Senator moves that we
adopt a committee
7:09:59
substitute uh all those in favor say aye aye all those opposed no
7:10:04
uh let's have it Senator Wigan New passage on the morning roll call
7:10:09
chairman suggested use the mortar roll call for final passage does anyone who objects to this
procedure
7:10:16
does anyone wish to be recorded as voting no seeing nothing to put all presidents by
7:10:22
the used one roll call as voting eye if the bill is passed thank you sister wiggin
7:10:30
uh item 89 Senate bill number 2647. thank you Mr President I'd like to call
7:10:36
up item number 89 Senate Bill 2647 and have the title read please read the title Senate bill
number 2647 real
7:10:44
estate licensee revised liability I make the usual motion Senator most usual motion all in favor
say aye all opposed
7:10:51
no uh has it Senator Carlton I moved to adopt the committee Sub in lieu of the original bill I
would like to explain
7:10:59
I'd like to recognize Senator Sparks to explain as far as we recognize the commit uh to
7:11:05
uh you said it's a committee yeah it is committee substitute would you like to explain to commit
yourself I thank you
7:11:10
Mr President um this bill addresses uh the property condition disclosure form that is filled
7:11:18
out during a real estate transaction when licensed sellers of real estate are
7:11:23
involved this is a form that is filled out by the
7:11:29
seller and they're of course supposed to disclose anything about the property uh

7:11:34

what is happening is we are having licensees who are actually being held liable from a disciplinary matter if

7:11:41

there is something that is not uh on the property disclosure form but of course

7:11:47

they're not the one that fills it out it is their seller I will say that there is a reverse repealer in this bill I've

7:11:52

taught with several senators and I've taught with one of the Commissioners to try to look at the language to make sure

7:11:59

if there's any unintended situation involved I think he had a pass out as well today from the realtors that this

7:12:06

is a bill that obviously they support it does not attempt to take away the property condition disclosure form

7:12:13

it does not and of course I'm going to read that to you you can look at yourself but it is something that just

7:12:20

strictly for the disciplinary side that if it's a form that I do not have the

7:12:25

ability or control of filling out that I'm not held for discipline as it

7:12:30

relates to the Real Estate Commission that's a explanation of bill will be glad to yield any questions are there

7:12:35

any questions if not the center moves the adoption of the committed substitute you have a

7:12:42

question oh I'm sorry Senator Hickman

7:12:49

um Senator Sparks you and I we talked extensively about

7:12:56

um this so I just have a couple of questions actually I want to get uh on the record um as I understand to build the intent

7:13:02

and the purpose behind the bill is to make sure that our realtor is not held to discipline action from the commission

7:13:08

for this disclosure form which is a form that they don't fill out they're stay

7:13:14

off the national handle is that correct that's correct um and so you said there's a reversal

7:13:20

pillar in there are you telling this body that between now and when we see

7:13:25

this bill again you'll work on it and I think there's some language we talked about that we may need to tighten up

7:13:31

where maybe indemnifying them from other liabilities or it may appear to be indemnified them from other liabilities

7:13:37

outside of that of the commission is that correct yeah I'll be proud to to go through it with you uh in in whatever

7:13:43

detail we need to because uh the specific statutes are listed that only

7:13:49

deal with the property condition disclosure statement um but yes I mean of course like I said it does have reverse repealer in it of

7:13:55

course this is also a form that if a licensee is not involved in other words if it's for sale by owner they don't

7:14:01

even have to fill out this form so absolutely so uh I look forward to working with you on this and getting

7:14:07

something that thank you stand behind Senator Blackwell do you have a question

7:14:13

yes I do you think you'll Fender Blackwell Senator Blackwell thank you Mr President Mr chairman

7:14:19

uh Senator Sparks you and I have talked about this you know I I think this is a

7:14:25

absolutely terrible bill and to kind of use your words earlier you know the reason you have this is for

7:14:33

protection for the consumer so if you're this bill puts that uh consumer at risk

7:14:40

and exposure I'd say mission accomplished to you because what you're doing

7:14:45

you know the Realtors have a fiduciary responsibility to their clients

7:14:50

and yes they don't fill out the form but it's their responsibility to make sure the form is filled out or there's

7:14:57

information on the lines if they're the seller does not fill that out all they

7:15:02

have to do is simply disclose that information to the buyer to the buyer's agent I agree right

7:15:13

do you know we were the first state to adopt uh the disclosure statement Clause

7:15:21

I have heard that yes back in 92 and and unfortunately we don't lead on enough

7:15:28

causes this is one that we LED on the National Association of Realtors then

7:15:33

adopted it and then the majority of the states have this consumer protection clause in their on their forms I think

7:15:42

there's uh six states that don't uh Alabama Arkansas Georgia North Dakota

7:15:48

Virginia and Wyoming but the effect of of removing the liability puts us back in a

7:15:55

buyer beware condition does it not and I would respectfully disagree because there is no request to

7:16:02

remove the form the form is still there in statute there is no request to change

7:16:07

the former address the form but we have had uh findings of reprimand for blanks

7:16:14

that are on the form for instance please disclose if you've had termite damage if

7:16:19

yes explain and you write no and they leave the blank where it says if yes explain and they've been dinged by that

7:16:26

so to me it's an over reach of a regulatory body who is straining at a

7:16:33

gnat and swallowing a camel sometimes the issue is not the form the form is

7:16:39

not being asked to be amended dropped or any other issue and I think

7:16:44

that's kind of a a narrative that's accidentally gotten out there which is you know why the the handout was passed

7:16:52

out today but of course it does have reverse repeater in it but it's also a such situation where the form is not

7:16:59

being changed and other duties it's not as if these are the only duties that are

7:17:05

addressed in a real estate transaction all of the other things as you mentioned potentially a fraud or other things like

7:17:12

that there's still rules on the books for that the only purpose of this bill is that this would not be the sole

7:17:19

reason for a disciplinary matter would be that the property condition disclosure statement would have blanks

7:17:26

or have erroneous information because the seller fills that out that licensee doesn't know what the seller knows so

7:17:33

you're holding someone to discipline that has no control over the veracity of

7:17:41

the information I I disagree with you on the knowledge

7:17:47

that the selling agent the licensee may know about a particular house it's not

7:17:53

uncommon for realtors to sell the same house several times it's not uncommon

7:17:58

for them to have sold a house and then be on the buyer's side buying a house

7:18:05

it's also not uncommon for a realtor to know the history about a particular

7:18:11

house if it flooded if it got fixed was it fixed back correctly and all those things are important when

7:18:17

someone's making the largest investment of their life in this house I agree and

7:18:23

so what you this bill is going to do is to remove any liability from the

7:18:28

licensee to disclose any information they know about this particular house

7:18:34

again and this is why I have a reverse repeater I that is certainly not the intent of the bill uh there are so many

7:18:41

other areas of their professional conduct rules that

7:18:47

they could be held responsible if they did not disclose things that they knew about the property not to mention civil

7:18:54

liability for fraud or things of that nature so yeah I I just it was supposed

7:18:59

to be very narrowly tailored to deal with this form where recently there had been uh no less than six letters of

7:19:07

reprimand that revolved around this issue for Blanks on a form that you

7:19:12

cannot fill out it's not like the realtor can say oh they forgot that I'll fill that out but it is certainly not

7:19:19

the intention of Senator Blackwell yeah I I I clearly understand the you know the licensee has no

7:19:25

they can't fill out the form but they can ask their seller to fill

7:19:32

out the form and they can document that that they've asked the seller and that resolves the leaving the lines blank

7:19:39

yeah but let me go back to anyone from our uh

7:19:45

go to the commission and sit down with them and say that they had a problem with this and to try to work out a

7:19:51

resolution I do not have that answer I'll be glad to ask that question but I'll also go back to

7:19:59

um kind of the commentary earlier as far as it relates to uh the transaction

7:20:05

itself it again you made what I think is a very

7:20:11

reasonable thing to do and it's what I would do if I was a realtor if someone didn't fill out the form I would

7:20:17

document whether it's an email or something I'd say hey seller you you need to fill this out for me

7:20:24

um but there's no Safe Haven in that because once again the commission has

7:20:30

failed to promulgate rules that would cover this if they said hey if you'll just go out and get

7:20:36

um you know a written proof that you tried to get this done we'll let you pass

7:20:42

but and I and I hear that that's good practice in the industry with people but when I ask is that promulgated in the

7:20:49

rules the answer was I don't know I'm not sure so we asked last year that they promulgate rules and and we're still

7:20:55

waiting on some of those yeah I'm familiar with that situation

7:21:01

um um I I don't support the bill as it is yes I I appreciate you sitting down with

7:21:09

me and at the conversations that we've had on it and since it does have a reverse repealer uh hopefully we have

7:21:17

time between now and the end of the session to come to some sort of compromise thank you Senator thank you

7:21:23

for your work Senator Carter Senator Carter you have a question yes Mr President how are you

7:21:31

Senator Carter you recognized Senator Sparks isn't that a violation of real estate law if a real estate agent

7:21:38
touches uh property disclosure statement as I understand it that would be inappropriate and that'd be a violation

7:21:44
within itself so real estate agents do have a fiduciary duty to their clients so if

7:21:51
a real estate agent knew that there were termite damage and neither the seller

7:21:56
didn't disclose it on the property disclosure statement wouldn't they have a fiduciary of Duty to report that

7:22:02
wouldn't it be wouldn't they be violating um ethics yes I think that again I think

7:22:07
there would be several causes of action whether through the real estate commission for administrative Remedy or

7:22:13
even in a court of equity a court of law uh because of fraud or misrepresentation

7:22:19
so would you agree with me that if a real estate agent did not have knowledge of of the house had not sold

7:22:25
the house before had no knowledge of the property was dependent on the seller being truthful and forthright on the

7:22:31
property disclosure statement the seller in fact was not uh

7:22:37
honest and there was an issue after the sale of the home I can't can't understand a reason why

7:22:43
that real estate agent will be held accountable for that when they had no knowledge of it that's right is that the

7:22:49
attempt that is and it actually goes a step further you made a really good point because you keep talking about the seller's agent but what's happening is

7:22:55
Not only would you not know if the seller's agent was dishonest the buyer's agent is also being brought into the

7:23:02
equation to potentially uh be disciplined and certainly they didn't

7:23:07
know what the seller knows but the buyer's agent certainly you know does not have that Duty either

7:23:14
thank you Senator thank you Senator Chisholm you have a question

7:23:20
friendly question yield Senator thank you Mr President thank you senator

7:23:28

420

um Senator Carter went over most of my question so as a realtor it is my duty
7:23:34
to let the seller know I cannot fill out this property condition disclosure I
7:23:40
cannot touch it but you have to be very honest and answer every question once
7:23:45
this PCD goes to the realtor the Real Estate Commission if you don't have
7:23:50
every question answered it kicks back it won't even let me list my property now
7:23:56
on another phase on the other side of the table we also encourage our buyers
7:24:03
do a home inspection so then it falls upon the home inspector that they should
7:24:10
catch anything that the homeowner has not disclosed so I feel like I agree with you and I
7:24:17
feel like that the Realtors should not be held responsible because I don't know what has taken place in this house
7:24:24
and I am not an inspector so I agree with you and I do support this Bill thank you in most cases if
7:24:31
you're financing the purchase uh home inspection is required and if anything was to come to light I'll be honest I
7:24:37
would trust the home inspection or look at the Home Inspection thinking it would be more thorough than a property condition disclosure statement but again
7:24:44
we're just trying to not discipline or we don't have authority exactly thank
7:24:50
you thank you Senator Barrett do you have a question
7:24:56
yes thank you Mr President
7:25:01
thank you Senator Sparks um I guess maybe a friendly question um
7:25:07
is this bill I understand you said someone could go after this person for
7:25:12
fraud or or what other reasons they may be so this is liability only excuse me
7:25:19
this gives the real estate agent relief from liability but not absolute immunity
7:25:27
from liability correct it actually gives relief as to a disciplinary matter
7:25:33
before the commission it's not intended to do any more than that that this could
7:25:38
not be the sole reason for discipline before the Real Estate Commission thank you thank you

7:25:45

okay I believe that's all the questions you've uh I believe you've made a motion uh thank you yes Mr President I will

7:25:51

move passage on the morning Rocco we've got to move the committee's uh I

7:25:57

apologize the committee sub all those in favor say aye aye all opposed no I just have it can be

7:26:04

Subs adopted now Senator yes Mr President I moved for final passes on the morning roll call chairman suggests

7:26:11

to use one roll call foul passage anyone objects in this procedure anyone wish to

7:26:16

be recorded as voting no Senator Harkins the president Senator

7:26:21

Blackwell no no president senator

7:26:27

branding no for Senator Wiggins

7:26:32

president for Senator Hickman anyone else know for Senator Derek Simmons

7:26:39

anyone else wish to vote you want to read those

7:26:46

it's fine okay that's okay did I get them all

7:26:54

okay all right Senator before I announcer vote

7:27:01

president Senator Carter president all right

7:27:07

that's it okay well then uh and uh well

7:27:13

obviously it's passed so uh there's more questions as mentioned

7:27:20

the bills passed so go to the next item

7:27:28

uh senator davar thank you Mr President column item 909 he had the title read please read the

7:27:34

title Senate bill number 2079 Mississippi school protection act and act to allow armed Educators make the

7:27:41

usual motions uh Senator makes usual motion and it was

7:27:46

Dick all in favor say aye aye all of both know guys thank you Mr President I ask you to

7:27:52

recognize Senator Hill to explain the committee substitute sorry to hear your recognize to explain the committee son

7:27:58
thank you Mr President um this bill was brought to me last year
7:28:05
my local superintendent of Pearl River County Schools was the president of mass
7:28:10
and he brought this to me and asked us to enact a program that schools could
7:28:16
choose to do or choose not to do based on programs that were already in effect in Texas and Florida and what this bill
7:28:22
does it establishes the school safety Guardian training program within the office of Homeland Security which is
7:28:30
within the Department of Public Safety and basically it authorizes the governing body of a school to establish
7:28:36
this program or not establish this program will be their choice it also
7:28:42
would provide civil immunity to the persons that the school selected to participate similar to how we did the
7:28:48
church protection act it also exempts the identity of school safety guardians
7:28:54
from public disclosure it provides the minimum training requirement under DPS
7:28:59
and allows DPS to enact standards to award the certificate
7:29:04
of the program it also allows the commissioner of Public Safety to establish guidelines for active shooter
7:29:12
situations to work with the Chiefs Association and the sheriff's Association to make sure that they're
7:29:17
all on the same page with active Shooters so that we know who's in charge and that we don't have situations arise
7:29:23
like a rose in Uvalde where nobody seemed to be in charge and it just
7:29:28
rocked on and on it also conforms the statutes to the instances of justifiable homicide and it
7:29:35
basically um just describes what a person or a school would have to go through to be
7:29:42
able to participate in this program it allows the school to charge
7:29:47
um or it allows the school to either pay or not pay a monthly stipend to 500 it
7:29:55

would be their choice so it basically leaves all the major decisions whether to participate in the program to the

7:30:01

school and it leaves the promulgation of rules and regulations to DPS for this

7:30:06

program and the person would also already have to have an enhanced concealed carry permit under 97 37 7 to

7:30:14

be able to take this extra training and participate in the program okay

7:30:21

are there any questions saying any questions so the motion is

7:30:29

this question Senator Turner Ford has a question

7:30:34

um yes okay thank you and I'll make it quick

7:30:40

um will the the school districts that participate are there funds available through Homeland Security for them to

7:30:46

apply for Grants there may or may not be I know that there are grants that some of these

7:30:53

training academies have applied for through the Department of Homeland Security so more than likely there are some that would apply to this but I

7:31:00

can't tell you for certain all right okay are there any other questions if

7:31:07

not uh Senator motion my motion be adopt the committee sub Senator moves that we

7:31:13

adopt a committee substitute the original Bill all in favor say aye all the vote no I just have it now my

7:31:22

motion would be to adopt the committee substitute uh on the morning roll call final passage final passage yeah the

7:31:30

Chairman's just used the water roll call for final passage anyone object to this procedure does anyone wish to be

7:31:36

recorded as voting no and we have a few so Senator Cinder blunt

7:31:43

Senator Albert Butler Senator Kelvin Butler

7:31:48

Senator Hillman Frazier Senator Joseph Thomas

7:31:54

Senator Derek Simmons Senator Norwood

7:31:59

Senator Barnett Senator Jordan

7:32:07

Senator horn Senator Blackman

7:32:12

anyone else wish to be reported voting noted Turner Ford no anyone else

7:32:20

clerk please read off the nose to make sure we have them properly

7:32:31

voting no ornate blunt Butler 36 Butler to 38 Frazier Thomas Simmons of the 12

7:32:39

Norwood Barnett Blackman horn and Jordan

7:32:49

and Hickman Hickman know also before the votes

7:32:55

counted to the vote senator

7:33:03

okay it's undertake for what purpose thank Mr President I ask for unanimous consent to be headed as a co-author to

7:33:09

the previous item Senate Bill 2079. okay if the others that want to do that will

7:33:14

wait until after the vote please

7:33:22

for what purpose same request Mr President

7:33:30

please

7:33:38

there's only 13 no votes on the last bill the bill has passed so

7:33:45

all right we'll go to the next item first we have some people that need

7:33:52

uh Senator Blackwell for what purpose

7:33:57

again co-authored

7:34:04

please please add Senator Blackwell and Senator Moran

7:34:10

and um and Senator silver and Senator Delano

7:34:18

who am I and Senator Phil engaged tell him just to come sorry I'm here

7:34:25

different yeah if you would all those that uh want to

7:34:31

cut want to do that please come forward bring it to the clerk

7:34:39

okay we'll go to item number 91 at this time Mr President I ask that we uh

7:34:45

passed 91 and retain its place Senator Jackson

7:34:52

what for what purpose to the vote voted no

7:35:04

Senator we had you as reported voting now

7:35:14

I'm sorry okay that's it all right Senator Wiggins

7:35:23

I asked him uh 91 retain his place on the calendar and we go to 92 call it up

7:35:29

ask the title be read uh please read the title Senate bill number 2088 District

7:35:36

Attorney's increase Office operating allowance make the usual motion

7:35:42

Senator makes usual motion they'll object all in favor say aye aye all opposed no eyes have it Senator Wiggins

7:35:48

thank you Mr President um real simply the uh DA's have a

7:35:55

operating allowance that the state gives them it's been at uh 25 000 for probably

7:36:02

20 years what this is doing is raising their operating allowance our district attorneys to fifty thousand I did go

7:36:09

through both uh our committee and Appropriations um and that's what it does and uh be

7:36:15

happy to answer any questions otherwise my motion is we adopt the committee substitute

7:36:25

you're recommended you're recognized to explain the committee substitute I just did Mr President all right in that case

7:36:31

Senator Frazier for what purpose you seek Senator Fraser passes Senator McClendon

7:36:37

for what purpose has Senator horn for what purpose question please proceed thank you Mr President

7:36:44

thank you uh Senator Wiggins you yield for a question yeah yeah

7:36:50

the horn is recognized thank you Mr President uh Mr chairman uh I I know

7:36:58

that periodically we look at different at different uh Circuit Court districts

7:37:04

and seeing if we need to make adjustments on Personnel usually adding

7:37:10

um uh Ada's prosecutors Etc as well as additional judges does

7:37:18

this have anything to do with the adding of additional judges this bill does not but to your point on the calendar

7:37:25

uh thing both in the house and the Senate is a bill to do what you're doing and that usually is in line with

7:37:33

judicial redistricting that goes along but this bill has nothing to do with that it's a Judicial redistricting

7:37:39

taking place next year yes so will we well

7:37:45

I don't get to the house there's a difference of opinion between the house and the Senate but the Senate's position

7:37:51

is yes that's next year okay thank you Mr chairman thank you Mr President thank you Senator Senator filling game

7:37:58

for what purpose I think his light is on erroneously there okay we got all the questions all

7:38:04

right Senator uh my motion is uh passage on the morning roll call Mr President

7:38:12

did we adopt the committee substitute by saying aye aye opposed no passage on

7:38:18

the morning roll call Easter morning roll call been requested anyone objective procedure as far as voting no

7:38:25

present seeing none pastors thank you senator Wiggins Senator Phil and gain you're

7:38:31

recognized thing Mr President I'd like to skip item number 93 and have it retain its place

7:38:37

on the calendar and go to item number 94. 93 your change is placed on the calendar 94 so you're recognized I'd

7:38:43

like to call it up and have the title read Mr Clark please read the title Senate bill number 2343 Capitol Police

7:38:49

bring forward code section related to for possible Amendment May the usual motion Senator makes a usual motion all

7:38:55

in favor signify by saying aye aye opposed no the ayes have please proceed Senator if I can explain the committee

7:39:00

substitute you're recognized for trying to committee substitute thank you Mr President save a very simple combination

7:39:07

of two bills really the first one includes the governor's management within the list of state-owned buildings

7:39:13

over which the office of Capitol Police does have jurisdiction and then

7:39:19

if you'll flip over to lines 83 through 86 it states that the Department of

7:39:26

Public Safety shall have jurisdiction relative to the enforcement of all laws

7:39:31

of the state of Mississippi within the boundaries of the city of Jackson Mississippi so that would expand it from

7:39:36

the current ccid for jurisdictional purposes only we're not enlarging the

7:39:42

boundaries of the ccid we're merely saying that the capitol police force would have jurisdiction

7:39:48

beyond the ccid to encapsulate the entire city limits of the city of

7:39:53

Jackson and then if you look on down on lines 94 through about 98 it requires

7:40:01

that a memorandum of understanding be obtained by January the 30th of next

7:40:07

year of 2024 which will be mutually beneficial to both the parties detailing

7:40:12

the expectation of the parties this will be between the commissioner of the Department of Public Safety and the City

7:40:19

of Jackson and that is basically what the bill does happy to answer any questions okay

7:40:24

Senator horn for what purpose sir question you have four questions yes

7:40:29

Senator horn you're reckon asked for a question thank you Mr President and I thank you Senator Fielding game yes sir

7:40:35

uh you know there's a lot of controversy locally about Capitol Police

7:40:40

so would you walk me through what we're doing in this bill you mentioned a memorandum of understanding by June 30th

7:40:47

of 2024 yes between the local law enforcement and local governance and

7:40:53

Department of Public Safety right absolutely and and uh we are also are

7:40:59

expanding the police powers of Capitol Police throughout the jurisdiction of

7:41:05

the city of Jackson the jurisdictional limits not giving them any new powers that they don't already have we're just

7:41:11

merely expanding the limits within which they may exercise those powers from the

7:41:16

current ccid all the way to the city limits of Jackson right well we are expanding their power

7:41:23

because we're giving them police power throughout the city of Jacksonville am I right well if you want to look at it

7:41:28

that way we're not giving them any additional Powers they don't already have we're simply saying that they can exercise those powers in a larger space

7:41:36

and more responsibility to include the entire city yes sir now they are not

7:41:41

going to be the primary call um so I should explain that to what

7:41:46

we're trying to accomplish here in consultation of course with both the Department of Public Safety we've been

7:41:52

discussing these issues with commissioner Tyndall who's on the floor today I know talked to several members

7:41:58

specifically about this bill um he views this as being able to supplement the jpd so the jbd will still

7:42:06

get all of the primary calls if they need assistance outside of this current ccid this bill will allow them to go

7:42:13

beyond the ccid limits so what sort of

7:42:20

what sort of of um repercussions uh will that be if there's not a signing

7:42:28

of an mou between the intergovernmental entities it doesn't affect the jurisdictional limits but it does tell

7:42:34

them that it's required by this law that they do sit down they meet they work out

7:42:39

this mou right but what if they what if the city doesn't cooperate or Capitol

7:42:44

Police doesn't cooperate are there any consequences to not put in an mou together

7:42:50

well we'll be back next year so if we want to make consequences for them we can this is merely us telling them we

7:42:57

understand that y'all will have concurrent jurisdiction we want to sit down and work out the details of that and do you know how many Capitol police

7:43:03

officers uh are sworn officers there are on the Capitol Police Force right now I

7:43:09

don't know the exact number of the officers I know the employees are 122 and that is short of the number that we

7:43:17

have authorized I think we've authorized 150 pins they've been able to hire up to 122 currently and then of course

7:43:24

depending on what we do with this legislation of course they may try to hire additional officers and and

7:43:31

Personnel to accommodate that and you do realize the prescribed area of ccid

7:43:36

where Capitol Police operates currently uh it's maybe 1 20th 125th of I mean

7:43:43

excuse me uh 20 to 25 of the city's land mass yes sir and we're on we're we have

7:43:51

107 sworn officers right now and we're calling for 150 sworn officers right so

7:43:59

we gotta we're gonna put another 47 officers to cover the whole rest of the of the city

7:44:04

well I talked with Commissioners Hill today he thinks an additional 25 officers on top of the ones that have

7:44:10

already been authorized is the goal of what you'll be asking for in the appropriation process so we're talking

7:44:15

about 170. yes thanks warrant officers right okay and um

7:44:21

uh and is that enough to cover the rest of the city is my question well and yes

7:44:26

because what we're not doing is we're not replacing the jpd we're merely supplementing

7:44:32

giving them assistance throughout the entire city of Jackson and do you have many stats on the

7:44:40

effectiveness of capital police that you can share with us today well there are very new entity um in the sense of being

7:44:46

able to con Patrol within the ccid but I think the response I've been hearing has

7:44:51

been very very positive that you don't have any and it's just I can't say it any statistics that uh that

7:45:00

talk about the number of arrests the number of felony arrests uh firearms that have been illegal firearms that

7:45:06

have been confiscated drugs etc etc let me just say um they're very less than a year old in

7:45:12

doing this and they've been extraordinarily effective so much so that people are requesting that they be

7:45:18

enlarged in cover the entire city of Jackson and uh do you have any I know we're not

7:45:25

dealing with numbers uh budgets and and um Appropriations in this bill right you

7:45:31

have any idea of the estimate of what this expanded um territory for Capital police would

7:45:36

cost between a million to 1.5 for another another 257 officers no

7:45:44

another 25. these others have already been appropriated we just haven't uh hired them yet so the appropriation for

7:45:50

the for the 150 officers is already in place we just have not hired the officers that's correct what about

7:45:55

investigators same and and you know that we've got a problem with the city of Jackson oh yes

7:46:02

in terms of misdemeanors yeah well I agree with the first part of

7:46:07

the statement you know that we've got a problem with

7:46:13

housing misdemeanor uh arrests yes do you know what the source of that problem

7:46:18

is well I mean that's not the um that's not the subject matter of this bill

7:46:24

well if if we're going to give folks more uh territory

7:46:29

and they make more arrests we got to have some place to put them wouldn't you agree yes sir

7:46:34

so so that we may be compounding a a problem that already exists if we don't

7:46:40

make some sort of Arrangements on on uh space for the arrest well with that

7:46:45

logic Senator horn is my dear friend um you would simply say because we don't have any capacity to house criminals we

7:46:51

ought to just let them roam the streets I didn't say that I mean that's the implication don't say that that is the

7:46:57

implication no what I was getting yet is please elaborate this wouldn't you agree

7:47:04

that this program if we don't have a place to put a future

7:47:10

arrest is going to present a problem do we have a solution for that problem well in terms of housing housing folks again

7:47:18

so you have several agencies that cover this space within the city of Jackson

7:47:24

you have Hinds County which the state of Jackson is a part of you have of course

7:47:29

jpd and all their resources and with this expansion you'll also be able to

7:47:34

help supplement with the Capitol Police Force so is the state planning to offer

7:47:41

as far as you know any support on helping to provide facilities to house

7:47:48

arrest either misdemeanor or felony arrests you know that's not my purview I try to stay in my Lane Senator Warren

7:47:56

all right uh thank you Mr chairman thank you thank you Senator horn Senator Simmons for what purpose do you seek

7:48:01

recognition sir question Mr President thank you for a question yes thank you Mr President thank you senator

7:48:07

for yielding uh sitting a filling game could you tell me based off the language that starts at 94 what happens if the

7:48:14

city of Jack Jackson does not enter into a mou with DPS nothing okay

7:48:21

nothing happened okay and so this does require the cedar Jackson to enter into the mou in order

7:48:28

for them to uh have these additional officers in in the CID no no just the opposite if they

7:48:35

don't enter into it they this Capitol Police still will have the jurisdiction okay

7:48:41

so let me put on my practitioners here for a minute if a 9-1-1 call is placed

7:48:47

where is they call routed to jpd jpd yes sir they're the primary this is merely

7:48:54

supplemental okay and will any investigation be done from

7:49:01

any crime whether it's a misdemeanor or felony by DPS in this particular

7:49:07

jurisdiction which one is that are you talking about within the ccid or are you talking about within the entire city of

7:49:12

Jackson within the ccid because this doesn't of course you know Jackson correct this only pertains to ccid right

7:49:19

no no no this we're talking about expanding the jurisdiction of the Capitol Police to enclose

7:49:26

encapsulate the entire city of Jackson okay so yeah so that's my question would it

7:49:33

be any investigations done by Department of Public Safety within the CDO Jackson

7:49:40

yes there could be okay if this bill passes not not currently

7:49:47

and the court of competence jurisdiction will still be the Hinds County Municipal

7:49:53

Court yes so we don't have anything dealing with um courts or prosecutors or judges or anything in this bill okay and

7:50:01

so currently because we have the ccid district now right yes

7:50:07

rdps officers now going to city court on cases where they've made arrests if

7:50:15

you're not yes okay yes and do you know do you have statistics

7:50:22

on those type of cases where they do to traffic stops or were they due to actual

7:50:27

calls that came in to the police department that were routed to DPS do you have any data or statistics

7:50:33

regarding that I don't have data specifically because this is such a new program but I can tell you that um

7:50:39

the initial calls come in to the Jackson Police Department sometimes

7:50:45

you actually Police Department then calls and asks them for assistance in particular cases and of course they're

7:50:51

there to offer that assistance my last question and the reports

7:50:56

that are done by DPS where are those reports maintained are they centralized and maintained in the city of Jackson

7:51:03

Police Department or are they maintaining a DPS somewhere say that question of the actual reports

7:51:10

if the investigation is done by Capitol Police they maintain those reports if they're done with this jpd than they do

7:51:17

okay if it's a joint operation I assume that they'll both keep copies of the reports

7:51:23

okay ssbo goes through the process would you be willing to give me some of the statistics and data as it relates to how

7:51:31

this is actually working in practice absolutely and certainly law enforcement yeah and and let me tell you I mean

7:51:37

there there were other options presented and I talked with the senator

7:51:42

Norwood and others specifically about this I mean there there were some folks quite honestly who wanted to expand the

7:51:48

ccid and expand it to include more Jackson or even all of Jackson and we

7:51:54

rejected that proposal in in this bill we thought it better to merely expand

7:52:00

the jurisdiction so that as a secondary support force in the event jpd needed assistance that Capitol Police could be

7:52:07

called upon so we thought it the lesser of the two options there were also caused by some quite frankly to expand

7:52:14

the jurisdictional limits of capital policing capsulate the entire state of Mississippi I mean we thought that was

7:52:21

unnecessary and not needful either so I know when you just look at a particular

7:52:26

piece of legislation without seeing the history of it perhaps you think wow that's that's different but when you

7:52:32

compare it to what others had called for I think you can maybe see that we have tried to craft a specific bill that

7:52:40

seeks to address the needs of the city at the same time it respects the

7:52:45

Integrity of the city of Jackson and recognizing this is our capital city I mean it belongs to all of us of course

7:52:51

and we have a lot of state-owned buildings and of course a lot of state employees that work in and Traverse

7:52:58

through and even live in the city so it's a balancing act to be sure and certainly my colleague and my friend

7:53:05

I'll be happy to continue working with you as this process proceeds thank you for yielding Senator thank you Mr President thank you Senator Senator Pope

7:53:11

for what purpose sir question Mr President year four questions yes therefore Senator Polk has

7:53:17

recognized thank you Mr President thank you Senator uh I was listening to Senator Horn's questioning and he came

7:53:23

up with something that was very important I think and as usual and uh it

7:53:28

was to do with what where do you incarcerate those who have been arrested yes and last year a bill was passed

7:53:34

through this chamber and amended by Senator blunt that would allow as I remember uh those who are being arrested

7:53:41

to be able to be taken to any County Jail in Mississippi uh do you remember

7:53:46

that Bill yes sir and to your point if you look on this committee substitute lines 117 through 120 it very clearly

7:53:55

includes uh I think the language you're talking about which is the Department of Public Safety is authorized to enter

7:54:00

into a contract with any County for the county to take custody of the misdemeanor offenses arrested under the

7:54:07

authority granted under the section and that language is not being removed it still and lines 117-120 and that would

7:54:14

solve the problem that Senator horn pointed out yes sir thank you very much thank you Senator Pro Senator horn for

7:54:19

what purpose question UFO question senator thank you of course Mr President thank you Senator

7:54:26

spilling game uh Senator are you aware of whether any actions have been taken

7:54:31

by Capitol Police or any other local or any local authorities where they're taking prisoners to these other

7:54:37

jurisdictions and if so who is paying for them I have not acquired that but I can certainly do that for you I'd

7:54:42
appreciate your getting that information for us oh okay thank you Senator all right see no further questions new

7:54:49
Adoption the committee substitute you have right motion

7:54:57
oh I'm sorry Senator Blackman for what purpose ma'am

7:55:02
thank you for a question of course yeah black and you recognized for a question you Mr President

7:55:08
um and thank you my friend yes um the ccid was created in 2018 is that

7:55:18
correct I believe that's correct yes ma'am and was it not created

7:55:23
because we had all of these state buildings in the state capitol

7:55:31
that was not paying taxes in the city of Jackson that was

7:55:36
certainly the argument that we have all these state-owned buildings they don't pay um property tax and yet they require a

7:55:43
lot of service and protection so for those reasons and I'm sure others that

7:55:48
why we have the ccid and at the time of its creation

7:55:56
um what the purpose was to provide I guess this Public Safety in lieu of of giving

7:56:04
the city of Jackson some monies for not paying tax at the lorem taxes on this

7:56:11
building on the state's building I think the city argued and quite correctly

7:56:17
um that look you're asking us to provide services to all of these state-owned buildings and we were not getting

7:56:23
anything out of it really as far in the way of taxes land taxes no of course the counter argument was made yes but you

7:56:29
have lots of people coming into Jackson spending money sales tax but that was

7:56:35
the argument that was discussed thank you thank you okay I don't see any

7:56:41
other ones we're ready there's adoption the community substitute all in favor signify by saying aye aye opposed no

7:56:47

436

ready we're on the Motion News adoption by use of the morning roll call has been requested in one objective procedure

7:56:53

or is voting no no blunt no

7:56:58

horn Thomas Butler

7:57:03

Butler Frazier Simmons

7:57:08

Jackson Jordan Turner Ford

7:57:14

Hickman Norwood

7:57:20

Blackman anyone else Barnett

7:57:27

anyone else anyone else read the negatives pleaser

7:57:38

Senator Barrett for what purpose you seek recognition I'd like to announce a pair to the vote

7:57:44

please proceed uh if Senator Sarita Simmons was here

7:57:50

she would be a no and I would be an eye pair Barrett Simmons s

7:57:57

okay

7:58:05

voting yes or yay let me voting no or nay blunt horn Thomas butt number 36 Butler

7:58:14

38 Frazier Simmons of the 12th Jackson Jordan Turner Ford Hickman Norwood

7:58:21

Blackman and Barnett voting in the pair he was Barnett

7:58:29

Barrett yes Serita Simmons no

7:58:35

thank you Bill passes Senator waiting last on the calendar sir

7:58:45

thank you Mr President let's go to number 95 on today's calendar called up and have the title ran number 95 please

7:58:50

read the title sir Senate nomination number 61 Irvin Lynn Posey Union Church Mississippi executive director of the

7:58:57

Mississippi Department of Wildlife fisheries and Parks term effective September 23rd 2022

7:59:07

foreign

7:59:13

nomination number 61 is Mr Lynn Posey for the executive director of the

7:59:18

Mississippi Department of Wildlife fisheries and Parks he came before the committee we had a host of questions

7:59:24

from the committee members we found no derogatory information within that had

7:59:30

several Senators come by and speak on behalf of him and other than that that's about it

7:59:37

um the motion is we do advise and consent if there are no questions

7:59:42

anyone object to the motion all in favor signify by saying aye

7:59:48

opposed no and consent is confirmed he's confirmed

7:59:55

they all voted out anyone wish anyone wish me requires voting no

8:00:02

thank you very much and congratulations to commissioner Posey we welcome him

8:00:08

back to the state service okay we'll go to announcements

8:00:15

announcements start with senator mcconn Mr President I'd like to hold number 98

8:00:20

on yesterday's calendar Senate Bill 2720 on a motion 98 Mr Speaker

8:00:26

to reconsider number 98 sir

8:00:33

we yeah from yesterday yesterday

8:00:39

if he's got it you read the title Please Senate bill number 2720 tax forfeited

8:00:45

land certified State authorized Secretary State to withhold 10 for the cost of tree removal

8:00:51

thank you Senator Senator Simmons thank you Mr President I like the whole item number 786 on today's calendar City Bill

8:00:58

23 51 on a motion to reconsider motion to reconsider 76 would you read the

8:01:03

title Mr Senate bill number 2351 elections a lot

8:01:09

of Secretary of State to perform random procedural law in some counties thank you Senator Tate

8:01:16

for announcement a journal memory please proceed uh when the Senate adjourns today I ask that it do so in memory of

8:01:23

Maddie Lee Downey of causeyville Mississippi Mary Lee Downey Mr Clark Senator Jackson r

8:01:31

thank you Mr President by unanimous consent I'd like to be listed as co-author for item on today's calendar

8:01:37

number 43 Senate bill 2494

8:01:44

and item 58 Senate bill 2485.

8:01:49

43-58 CM no objection is granted Senator Kirby

8:01:55

thank you Mr President I'd like to call the rules committee meeting in the morning at 9 00 a.m in the Pro tems

8:02:00

office 9 A.M Pro 10 Mr crook Senator Michelle thank you Mr thank you Mr President I'd ask with you for unanimous

8:02:06

descent pleased to be added as co-author for Senate Bill 2343 that's item 94. in

8:02:12

today's calendar 94 Mr Clerk Senator feeling gay Mr President later I hold item number 40

8:02:20

Senate Bill 22 18 on a mission to reconsider 3218 motion to reconsider Mr clerk

8:02:26

Senator horn thank you Mr President I'd like to hold

8:02:32

item number 94 Senate bill number 2343 Capital police bring

8:02:39

Foreigner please Capital police Senate bill number 2343 Capitol Police bring forward code

8:02:47

section related to for possible Amendment Senator Sparks the recognize for announcement adjourning memory Mr

8:02:53

President please proceed I want to send adjourners today I'm live from an adjourned the memory of a Jerry Stancil

8:02:58

Boyd on behalf of Senator McMahon and Senator Chisholm this is representative Randy Boyd's brother thank you thank you

8:03:06

Senator Sojourner for an announcement uh thank you Mr President I'd like to hold on a motion to reconsider item 47

8:03:14

Senate Bill 2341 47 Mr clerk read the

8:03:19

title please Senate bill number 2341 electric transmission infrastructure maintained

8:03:25

State jurisdiction over Integrity uh thank you Senator Parker

8:03:31

for an announcement sir thank you Mr President I've got six items I'd like to be added as a co-authorone with

8:03:37

permission I'd like to just bring those to the desk instead of reading all those out please

8:03:43

bring him to the death senator Blackwell thank you Mr President I'd like to hold

8:03:49

uh item number 89 Senate Bill 2647 from today's calendar on a motion to read 89

8:03:57

Mr clerk please read the title Senate bill number 2647 real estate licensing

8:04:02

revised lab Italy Senator Branning for an announcement

8:04:08

thank you Mr President I have several items I'd also like to be added as co-author and I have a list ready if I'm

8:04:14

able to bring that up thank you sir if you would please seem no objection Senator Pope

8:04:20

thank you Mr President I'd like to remind Senators chasenal Chisholm villain game Frazier in the hill that in

8:04:27

the morning at 9 45 here in the chamber my pictures will be made with the lieutenant governor and your Junior

8:04:32

Pages thank you Senator Mr clerk we failed to read item 40 on the motion to

8:04:39

reconsider calendar item 40 Senate Bill 2218 would you please read the title Senate bill number 2218 third party

8:04:46

service prohibit from the username langness trademark or intellectual property of merchant without agreement

8:04:51

thank you thank you Senator Senator younger I'd like to remind the air committee

8:04:57

that there is a supper tonight at Char for the AG committee thank you thank you Senators younger

8:05:03

anyone else on announcements

8:05:09

no I don't see I don't see any

8:05:15

Senator blunt I don't know he passes anyone else anyone else thank you so much senator

8:05:21

for your hard work today on all these very many bills we'll look forward to tomorrow Senator poke you recognized thank you Mr President I moved the

8:05:28

Senate stand and reset excuse me we're already at six o'clock I've stand adjourned until 10 a.m tomorrow

8:05:34

in favor signify by saying aye opposed to know the ass have it thank you [Applause]

# Mississippi Legislature, MS House Judiciary B - Room 409 - 28 February, 2023; 9:00 AM, YouTube (Feb. 28, 2023),

## https://www.youtube.com/watch?v=CDq0jyGKMoA

## Transcript (auto-generated)

0:00

and we will certainly call it a second meeting this afternoon for whatever we don't get to this morning so

0:06

um in light of that we're going to go ahead and we'll skip around because we have some guests here from the house and

0:12

some of our executive um committees folks um so and I don't

0:17

think Senator Simmons is here yet so we'll skip down to

0:23

let's go to House Bill 529 about halfway down the list we've got commissioner

0:28

Public Safety Tyndall with us commissioner if you want to come and have a seat at one of the tables here

0:33

speak into the microphone because some of our folks watching online it doesn't help much in here to pick up the voice

0:39

but it does apparently help the people watching online to hear what we're saying so we'll call up House Bill 529

0:45

and ask commissioner Tyndall to kind of go over briefly what the strike all does

0:51

okay the uh thank you Mr chairman uh House Bill 529 was requested by the

0:57

Department of Public Safety uh for some clerical language cleanup and other Provisions

1:03

um the original version of the bill allowed for in section one a ten

1:08

thousand dollar death benefit that would be paid to any first responder regardless of it it was a line of duty

1:14

death um the language in the proposed committee Sub in line 59

1:21

increases the inline of Duty death benefit to 110 000 from a hundred thousand so that that's the change there

1:27

it does take out the ten thousand dollar death benefit uh for any uh first responder that dies regardless of the

1:34

inline of Duty function of that um and that's at line 50 59 and then if

1:42

you go to the next change comes at line two

1:49

thirty five and 236 uh this is dealing with the uh records information on the

1:56
insurance verification uh and liability coverage form it makes it clear that it's exempt from a public records
2:02
request that that information is for law enforcement and can be uh
2:09
provided the insurance company if they want to purchase it but they can't circumvent that by making a public
2:15
records because that's generally the information that wouldn't be provided anyway how much does that usually cost
2:22
if an insurance company wants to purchase that information it varies um
2:27
it depends on how much and you know what they're looking for if they're looking for a specific region or a specific type
2:32
of accident and so I can get those numbers for you it's like a per page like I don't know some of our clerk
2:38
offices or page copy fee but typically we enter into contractors
2:44
insurance companies and work with them on it and provide it so they'll know I guess what they charge per driver as far
2:51
as history and things like that so this is not intended to deny anyone that needs this information
2:57
getting it you're simply saying that right now they're not wanting to pay for it and they're circumventing that
3:04
copying fee or the retrieval fee by calling it a public information that's right and it's just a
3:10
small number of the companies that I think are doing it so our our I.T Department requested that we we clarify
3:17
this language that that information would not be available through public records but it could be purchased
3:22
through the agents okay well that's just a question I have thanks all right and
3:27
then uh moving forward to uh section five uh lines 310 through 316. uh the
3:34
criminal information center uh has been working to secure grants for Live Scan
3:40
equipment uh this is a Federal grant but the Federal grant requires that if
3:45

anybody receives uh this Live Scan equipment that they have to use it um and so this just puts into law that

3:53

if you receive a Live Scan uh equipment from our agency you have to use it or you have to return it what does it do

4:00

um the Live Scan equipment is used for fingerprinting and it scans their fingerprints in a lifetime a little bit

4:06

better than the old-fashioned roll your finger on anything panel so

4:11

um and so that has to do with the the Federal Grant and that part of it

4:16

um section six um if y'all remember 20 years ago kiosk were the things they've become real

4:23

popular uh there was legislation put in place that said that any local County that wanted a kiosk machine to request

4:29

one and we would have to put one at the courthouse uh times have changed and kiosk or I guess you could say no longer

4:35

in style plus they cost about fifty thousand dollars and we don't know that they can form with the requirements of

4:41

real ID what we're proposing here is that we use a broader term and just that we have a computer place at every

4:48

Courthouse that was requested this is part of our vision of expanding the digital footprint of Driver Services and

4:55

minimizing some of our physical footprint and with this what we would do is have a computer set up Public Access

5:00

for those that don't have access to the internet they can't renew online because they might not have a computer at home

5:06

could come to their County Courthouse get online renew their license get any

5:12

other information they want and even have access to a virtual examiner to answer any questions but it would remove

5:17

the kiosk and so um and just so you know those kiosks cost about fifty thousand dollars a

5:24

piece compared to Wicked program and computer for less than ten thousand dollars to do same functions

5:31

and

5:44

and then the last thing in Section 8 we remove the repeater on the insurance verification so the system that was a

5:52

system that was set up several years ago and that has worked out really well over

5:57

the past years has helped raise money for Trooper school to help raise money for uh burn and Trauma care in the state

6:04

that is also uh been good for law enforcement to verify

6:09

insurance on the side of the road so it's a system that we've set up but we've asked if we can repeal and be removed for the insurance verification

6:16

system and that's line 888 section 8.

6:21

all right great explanation um questions for commissioner Tyndall Senator Sparks

6:28

thank you Mr chairman uh commissioner on the new fingerprint system the Live Scan

6:34

so that uploads immediately into apis upon taking that fingerprint at a police

6:40

station is it is that the I guess the intent of the system

6:46

I think and I'm not 100 sure of the intent of the system if it's like if

6:51

it's bored to be immediate or if it's for uh to take advantage of the technology and have the lasting

6:57

fingerprint in a digital format versus the ink ones that sometimes you take that ink fingerprint then it doesn't

7:03

comply with um the Avis when you when you do submit the

7:09

ink print um and so like anytime now that you go and if you want to get a

7:16

suppressor or something like that from Firearms dealer a lot of most of them now have a digital Live Scan fingerprint

7:22

equipment that they use and it immediately uploads to the federal system and lets you know if there's any issues or if it'll be accepted by the by

7:30

the federal government on that Avis program but this is also if someone is arrested

7:36

um not you know I understand person again maybe it's convenient for someone to have their fingerprint said okay you

7:41

know he's got a clean record he can buy that gun right but for someone who's arrested and now has the digital

7:46

fingerprint if they receive a duly issued court order for expungement uh

7:52

will it also be removed out of the system like it is currently senator

8:03

thank you Mr chairman oh Mr commissioner I want to go back to section six lines 4

8:09

30 period 439 and explain again exactly what the purpose of this is it's sitting

8:15

like a driver's license get a driver's license oh it looks like

8:20

they're just having access to the period website no this and it would be they would have

8:26

access not to the internal data not to our operating system that like a driver Service uh clerk would have this would

8:33

just be a portal directly to the driver services website and and one of the

8:38

complaints that we got in trying to expand our online functions and renewals and

8:46

things of that nature is that some folks don't have internet at home some folks can't afford computers they don't have

8:51

access to that and then the driver service station is 30 miles away 40 miles away this way they can go to their

8:58

County Courthouse have access to a public computer where they can go directly to the driver services website

9:04

and if they had any questions then we would pop up a virtual examiner to talk to them and work them through any issues

9:10

that they were having so this would allow them it would allow them to renew just like

9:17

they could online now it allows them to renew it at the courthouse online because I'm one of those counties

9:24

place for somebody with a driver's license that's been a big struggle because a lot of elderly people in the

9:31

community and I can't just run officers

9:36
very thing we can do to maybe implement or facilities forward
9:43
actual person to talk to well I know it's a call still but yeah I mean that
9:48
and so it comes down to the cost and if we want to do that and put one in each County's seat I mean that's 81 counties
9:54
and we need to have at least even on the smaller ones two to three people working there daily well we used to have them
10:03
breathtaking and really the goal of this is to have
10:09
these terminals where we could set up and do the virtual examiners with them instead of necessarily being in person
10:15
and then if they want to renew their license we can mail it to them and handle all those functions versus
10:21
having to set up in person in every county in the state and the reality is it's hard
10:27
enough with the 32 driver service stations we have to keep the lines from growing
10:33
there we start taking folks out of those stations and putting them on the road then we're going to get back to where we
10:39
have lines and this is something we're going to try to do to meet those demands so that that elderly couple that can
10:44
drive to the nearest driver service station could at least sit down in their County courthouse and and have somebody
10:50
help them through the process renewing their driver's license thank you and then these are males so I mean there's
10:56
not like a printer attached to these that spit those out there's not um we're actually one of I think three
11:03
states that don't do central mailing for their driver's license so Most states
11:08
even at their main driver service stations you don't get your license that day it's mailed out so
11:14
um the the advantage to that is it does create a better security I mean it
11:19
centralizes your your print stock for your cards instead of them going out all over the state and so you have a central

11:25
mail where it goes directly today that's gotten their license okay Senator Thomas
11:32
listen
11:45
we are
11:54
it'll be tied into our again our goal is to have virtual examiners that can pop up and work people through any issues
12:01
that they have um so we'll have the capability of knowing if a computer is down or not and if it's down then we can send somebody
12:08
to go work on it or try to get it fixed but it wouldn't be the share if it wouldn't be a good clerk anybody it'd be our
12:15
responsibility
12:20
and someone
12:27
thank you and that probably have a question the real idea is that still a ways off or I know I kept getting pushed
12:32
back for a while it keeps getting pushed back I think the latest pushback has taken us into 2020 a war maybe I think
12:39
it's 2024 now so it keeps getting pushed back uh one of the problems with the kiosk too that prevents the ID and drops
12:46
it is part of real ID uh that's not compliant with real ID just
12:52
to drop a driver's license and a machine give it to them so are these ones they're being printed out in mailed are
12:58
these real ID compliance yes um now the first time somebody gets a
13:04
real ID they're still going to have to bring certain forms of identification social security card and their birth
13:10
certificate but after that they won't have to bring those anymore so a lot of folks are already applying they've been
13:16
going through that process Mississippi for six years um and so most of our folks are getting
13:22
to the point where they're realizing so are these things able to scan in those documents from the courthouse or do you

449

13:28
have to physically bring those into the driver's license to get real ID compliant you would have to physically

13:33
come to a driver service station and bring that documentation gotcha okay other questions committee members

13:41
all right permission yeah strike outside yes title 62 fast strike

13:50
all in favor say aye aye anybody's name the eyes have it I think English return that we appreciate you very much

13:57
okay thank you all right let's go up to the one right

14:05
before it um Hospital 405 we have I think Mr Charles wood from the audit Department again this is one you've seen

14:12
we've already had a senate companion bill to this but I met with uh chairman Bain last week and we tried to limit the

14:20
number of bills that were being passed in the chambers so this is one that we agreed to take up with the house version and they're taking up some of our Senate

14:26
versions of other bills so this is a redo of something you've already heard but if Mr Woodsfield just refreshes as

14:33
to what this does yeah so um this bill like the chairman said is substantly the same as SBE 2122 that passed on 25

14:41
training Brothers committee and we're seeing increasingly complex cases in our office at times that involves robbery of

14:47
a public official and uh you know that often happens earlier you can even initiate a scheme so you don't want to

14:53
have our investigators more importantly our state and local prosecutors at a disadvantage of support with a federal

14:59
Partners so this would move the statute of limitations robbery of a public official from the general Statute in

15:06
line with the federal Tom which is five years the general one is two years correct yes

15:12
sir so it would essentially bump it up from two to five statute of limitations to bring these

15:18
cases correct all right questions for Mr wood

450

15:24
anybody Anna Senator England
15:29
pass all in favor say aye aye yes thank you for being here with us
15:35
this morning we're gonna jump over to um house bill number 995 and we have
15:42
representative McLean with us from down the hall our friend at the house or she'll sit there this is a bill that she
15:49
has authored and championed the past few years and we're honored to have her with us this morning if you will tell us a
15:56
little bit about what 95 does represent it yes thank you so much for having me
16:01
um House Bill 995 revises the definition of rate
16:06
currently the definition of rape is to forcibly ravish a female of previously
16:13
chased character that's in Mississippi code section
16:19
97-3-71 if you'll look on page seven you will see what has replaced that
16:28
archaic definition and starting on line 152 this definition coincides with the
16:36
definition of sexual assault and sexual battery that we currently have in our statutes
16:41
also this bill will repeal the spousal
16:47
rate defense which Most states have repealed that statute years years ago we
16:55
we do have domestic violence in our state and it's important that we remove
17:00
this blanket immunity and repeal the spousal exception and for
17:07
those that don't practice in this area of Law and maybe watching online tell us what that exception currently allows for
17:13
well it allows for uh it is a threshold defense for the spouse of a victim so if
17:21
a victim is raped Say by her husband initially there is a threshold defense
17:27
simply based on the fact that they are married um so of course that could be overturned
17:34
by evidence saying she was you know beaten up or something to that effect so
17:40

but uh right off the bat there's there's a defense to that and that's that's

17:46

something that we need to repeal thank you be happy to take any questions all right

17:52

Senator Sparks thank you Mr chairman um in section five the redefinition

17:58

um which which I'm fine with because I think the old definition was was pretty uh pretty narrowly tailored and

18:06

this new definition would that not make

18:12

um the marriage exception and it's not truly an exception as you stated it is

18:18

actually a um a different category because you do have people who are in a

18:23

marital relationship but since 97 399 already addresses that the legal spouse

18:32

could be charged with sexual battery if they engage in forcible sexual

18:37

penetration without consent of the alleged victim wouldn't the change of your definition in 97 371

18:45

um adding penetration not clear that up

18:51

well in 97-3-71 are you referring to whether or

18:57

not his or her spouse no I'm just saying you you've redefined um

19:04

active rate in other words right categories which I'm fine with understand that

19:10

um but the Defense of Marriage if you will which is way Westlaw listed in 97 399

19:18

already says because technically sexual battery is what you had to charge unless

19:24

you had the specific active rate under the prior narrow definition of rape in

19:29

Mississippi is right is that correct okay so since sexual battery is actually

19:35

covered um if the legal spouse engaged in forcible sexual penetration without the

19:41

consent of the alleged victim wouldn't your new definition actually make it more accurate that a removal of quote

19:50

unquote the Defense of Marriage is is not is not actually accurate because

19:55

prior you had a very narrow definition uh that potentially someone could raise

452

20:02
97 399 as a defense in other words I think you've helped Yourself by changing the definition in
20:08
97 371 without addressing the 97 399 defense
20:16
all right under section two we're repealing
20:24
97-3-99 it's it's totally repealed on the first page I understand that's
20:30
that's what I'm saying but if if you if you harmonize your new definition in section five it actually makes section
20:36
two more applicable because it still allows for sexual battery in that
20:41
situation I think when you change the definition and then 97 399 would actually capture
20:47
your new definition then it it you know it maybe keeps you from having the need of striking section
20:54
two well I still believe that battery against a spouse
21:01
uh no matter you know what the circumstances without consent is I mean
21:07
that's our goal here but it's it's already illegal under 97 399 and that's
21:12
what you're striking
21:19
the final part of 97 399 is the law reached currently is that the legal
21:24
spouse or the alleged victim may be found guilty of sexual battery right so already they can be found guilty of
21:31
sexual battery but not rape except under the I guess very limited definition but
21:38
because you've broadened the definition of rape it actually encompasses the remainder of that sentence but sir our
21:44
rape definition was was the forcibly ravishing a female of previously chased
21:49
character that was our rape definition obviously your new definition of that is fine
21:56
that's great but I don't think striking to uh
22:02
accomplishes that because you've actually broadened the definition to the extent that they could not have
22:08

453

protection under this for that act is I guess my question okay Cinder Hill

22:16

I guess in response to Senator sparks's question um I guess my question would be why

22:23

would you want to leave a spousal defense for rape on the books period in section two so maybe I'm answering for

22:30

Central McLean but I think I kind of understand where he's going as he wants this look sounds like he wants his left

22:36

in the code instead of removed in section two and So my answer to that

22:41

would be why would you want to leave spousal defense of rape in the code period

22:47

yeah Senator Sparks well the first part of that answer would

22:53

be because obviously there are a lot of difficult relationships in this state

22:59

and while no one here would support the forcible or the rape or the battery of any individual of a spouse uh or

23:07

non-spouse laws are weaponized in

23:13

um Chancery proceedings there are things that are are not the intent legislation

23:20

that are manipulated now in my question here this is not a problem with

23:27

the redefinition my question is is I think a legal one is that

23:34

the only defense that was allowed under 97 399 appears to be

23:41

if someone was addressing sexual battery based on language that now

23:46

May more properly defines Ray so you know this this bill or this particular

23:54

statute is not a bar to prosecution it is just simply that we have broadened

24:00

the definition as we most likely should but we've stricken uh something that was

24:06

already in the law that was pretty clear that forcible sexual penetration without

24:11

consent of a legal spouse was prohibited

24:18

okay other questions for the author of the book

24:23

right all right for a motion and Senator Hill

24:32
all right yeah
24:37
you're right all in favor say hi can you post nay yes thank you so much representative we
24:44
appreciate you being here appreciate you having me absolutely all right
24:49
Senator Hill we'll go to you next House Bill 795
24:54
um bearing in mind this is Strike all but Senator Hill has been filing this
25:00
bill for a couple years and so the strike all represents her language to a
25:05
bill that was similar um from the house so Senator Hilliard recognized explain your strike ball
25:15
that is okay what what I feel good is
25:21
shoplifting uh based on implicit effective amount of the merchandise and
25:28
it begins um
25:34
currently if you get over a thousand dollars disability um so what does feel good
25:41
basically says within five years if you get a second shoplifting conviction and
25:48
a merchandise for both crimes is aggregated
25:56
five years 7 through 79 if it's your second offense
26:05
within five years
26:17
five years
26:24
when you say the cumulative cumulative total
26:30
of the first and the second crime are you talking about I'm I'm just trying to get straight in my head if you go to
26:36
Target and you lift three items and those items don't
26:42
individually don't surpass the threshold but you've added the three items that
26:48
you have shoplifted up to get the cumulative total is that what you're talking about
27:04
so you're not talking about individual items on one shopping spree necessarily you're talking about the cumulative

27:10
total of multiple shoplifts
27:23
before because
27:37
um
27:48
and they know how much the threshold is so they make sure they keep it under a
27:54
certain amount okay Senator Barnett I have a question sure so
28:01
if I'm convicted of shoplifted the first time and go by and it happens again so and I'm now you're
28:08
going to charge me with the first one then the second one but if I'm already convicted of the first one now wouldn't
28:14
that be like that was Jeopardy punished me twice for the same thing that I've already been punished for the first time
28:21
no because you have not gotten a felony and he's still the same charge whether
28:26
it's a felony or not you still charging me with that same well you don't get charged with shoplifting regardless the
28:32
second time if you shop right this is just adding your totals up
28:39
Senator Senator Spartans I'm gonna have to agree with Council
28:47
Barnett uh that if I go in and lead to a misdemeanor in a court and
28:56
later they want to charge me the DUI let's say in a misdemeanor Court later
29:01
they want to raise that to felony I've already pled you can't repleed that charge
29:07
um in this situation I don't know that legally and I'm not I don't know would
29:13
be my statement but I would have great concern that trying to add an amount
29:18
from a prior conviction which may have been three years ago um and you've already made restitution
29:25
on the first offense and you've had it expunged uh you're not gonna be able to add it to it but I I do think also we
29:33
have statute limitations and Misdemeanor Court typically of two years to prosecute crime so you know while I

29:39
understand the premise because we actually went from three offenses in seven years several years ago a third
29:45
offense if you stole a pack of bubble gum it would be a felony there was no economic threshold then we came back and
29:52
I think put the thousand dollars it was 500 at one point we raised it up but I do have concern if it's if it's proper
29:59
and legal to go back to a prior conviction and add it to a current charge because if you take one element
30:06
of a prior charge that has already been resolved you're then putting me in Double Jeopardy of that especially at
30:11
the felony level it's a legal concern let me ask you this Senator Sparks so in light of that question if you simply
30:19
changed and said for a second offense the penalty will be X and don't worry about
30:26
the amounts of money being or the value being stolen will that fix your problem
30:33
I mean I think that would be that would legally be correct now then it becomes a principal issue of are we going to give
30:40
somebody a felony on the second offense shoplifting um and then that's kind of a broader
30:46
question gotcha all right let's try to keep the legal arguments here straight all right Senator Hill for yourself so
30:53
that would be my Amendment um Council directed this bill I don't have a JD behind my name I don't try
31:00
these cases in court I ask for a bill that would work and you lawyers are
31:05
telling me that it won't work so my Amendment would be a second offense in
31:12
five years is a felony you've heard the Amendments any
31:17
questions on the amendment Senator Hill all right yep Senator Barnett
31:24
yeah sure if we if we're talking about a business
31:29
here then you know we we typically want to
31:35

throw the key I mean throw away the key and melt it burn it or whatever after somebody has done something for three

31:40

times when we're talking about so why are we trying to make something that's less than that only or two times

31:48

and basically we uh if we're gonna I can agree with the

31:54

amendment if it's more in line with what we do now is for the third offense

31:59

offense

32:13

then it will become a felony

32:21

passenger Hillier recognized what we would do on the amendment is we would

32:26

leave the penalties the same on line 74 through 79 um or basically the penalties are not

32:35

not more than a thousand dollars um or imprisonment of

32:41

hang on hold on sorry

32:47

um on lines 58-62 we'd leave the penalties um

32:53

we would just skip that one and and leave the penalties the same as they were on line 73 through 79 and make the

33:01

second offense a felony and then the third offense is also a felony but it has a greater

33:07

um a greater penalty so we wouldn't change that on lines 80 through 85.

33:12

okay so if you will restate your Amendment just so that we're all clear as to what we're doing my Amendment

33:18

would make a second offense within five years a felony keep the penalties the same as they are on lines 59 through 60.

33:26

I meant 73 through 79. so you're just basically striking striking the amounts

33:33

of cumulative amounts yes okay

33:38

I understand now sorry about that I was confused all right any questions Senator yes your recognized yes

33:46

we have multiple hands going to Becon you're recognized um you know I have Greg sergeants about

33:53
where we're heading with this because our statute itself is is pretty it's pretty good as it is
34:00
um upon a third or subsequence a shoplifting conviction where the value it's 500 to a thousand you're already at
34:07
a felony uh prior to that as a former judge often
34:13
um we were in a better position to keep people incarcerated that they were egregious in their crime uh but in this
34:20
situation you've got up to six months on your second offense six months in jail is probably more they're going to get
34:26
than they're gonna get as a felony in most uh most courts Because by the time they get processed they're probably
34:32
coming back out uh and going back on probation I find and disagree and maybe some other
34:38
judges former judgment and agree or disagree with this but I found and it's being judged that that we had a
34:46
junior college there and we had a little bit of trouble with that but usually whenever you've spent 248 and a week in
34:54
jail and Mama had to answer that then it changed the whole Channel
35:00
um I also know that what would it be Madison doing three days in jail didn't care anymore uh that's how they treat it I find that
35:08
you have more control and more access to working on things in in the situation of
35:14
a misdemeanor offense uh I am concerned about going to the level we're doing
35:19
where you say you know two five dollar toys instrument it would have been two misdemeanors now or or if a felony it
35:27
would say one so I I think we've got
35:32
if you look at current law online
35:38
63-65 the actual misdemeanor offense
35:43
is for a term not to exceed six months so that's already there that's already there so so the felony
35:52

only says not to exceed two years but there's no minimum the judge doesn't have sentenced anything if they they

35:58

don't want to I understand there's not a minimum I understand how that works I also understand that a third offense totally apparently understands you

36:04

instead of three so you even cut it back on yours so we're trying to be stronger

36:09

we're going the wrong way I'm not changing a third offense third offense three years exactly and a second

36:18

offense is not to exceed two years so I'm not I'm not I'm not over over

36:23

shooting the third the time on the third the second one is up to two years the

36:29

third one's up to three years I'm not overshooting the the third offense

36:34

that's so I'm graduating the penalties I'm not overshooting the third offense and it's

36:39

already as a misdemeanor you can serve up to six months on current law Senator Hickman

36:44

um thank you Mr chairman I just have a technical question I have not uh exhausted my energy to read through this

36:51

uh entire field because I'm inclined to vote against everything about this bill

36:56

but I just want to make sure that the amendment is doing what I think it's doing so if an individual steals a can

37:03

of soup they're caught and convicted of that do whatever sentence they get and

37:09

then three years later they feel another candidacy they now uh are going to be

37:15

held under a felony rather than a misdemeanor or

37:21

shoplifting that could equal somewhere between two and three dollars is that what the amendment does no we're

37:27

just taking the aggregated amount out we're leaving the thousand dollars we're just taking the aggregated portion out

37:35

but in practice you're saying two misdemeanors which could be any amount

37:40

now equal a felony is that correct no that's not correct so what what we're

37:45

just taking the aggregated amount from the first charge we're leaving the thousand dollars in there we're just taking the aggregated part out so that

37:52

you can't add from the first offense but it's my understanding that we're saying now two misdemeanors which you don't

37:58

have to reset thousand dollar threshold and if you're taking an aggregated amount out we're not even looking at the two of the mouths we're just saying two

38:06

misdemeanors from my understanding of the two misdemeanor offenses now equal a felony is that not what we're saying

38:13

I'll have to defer to Senator Hill it's her Amendment so it's not really written down before us so I'll have to ask her

38:19

to respond to that you're basically saying on the second offense if it's a thousand dollars it's a felony

38:28

all right so there's not um

38:41

yes yes right

38:49

right well it it when you've got the thousand dollars in here but we we're

38:54

taking the aggregated portion out we're just saying a thousand dollars more than a thousand dollars we're just taking the

39:00

aggregated amount out so if you get a second offense that's a thousand dollars within five years it's a felony

39:09

and that's what that's my point it's already

39:16

so we're not even I mean we're we are putting words into code if that's what

39:22

we're trying to do we better not necessary okay Ethan I think Mr Samson wanted to

39:28

make a clarifying oh you're good okay sorry all right back to Senator Hill this is her Amendment my amendment is on

39:36

a second offense shoplifting within five years if the amount is between 500 and a

39:42

thousand dollars it is a felony that's my Amendment okay you've heard the

39:48

amendment all in favor say aye aye aye any of those name okay believe the news

39:53

have it do you want to ask for children yeah I'd like to show a hand okay

461

39:59
if you're in favor of the Hill movement raise your hand
40:05
or if you were opposed to the hill movement please raise your hand all right tears no longer in doubt
40:13
all right so that Amendment fails and we're back on the bill as it is currently before us
40:21
I like to make another amendment all right like to add a reverse repealer to this bill so that we can take some time
40:27
to work on this because our small businesses deserve more than what they're getting now as far as this
40:33
shoplifting is concerned all right um Senator England thank you Mr chairman yeah I just wanted
40:40
to speak to the amendment just briefly if I could and just say I was going to offer the same amendment I respect what
40:45
Senator Hill is trying to do here for uh small business owners in in her community and other communities in Mississippi and I hope we can pass this
40:52
uh build out a committee today on Deadline day with a reverse repealer to allow us to continue to work I think we've had good discussions on it and
40:58
there may be a good amendment that we can get in that we can all live with that serves the purpose Senator Hill's
41:04
trying to make so I support the amendment and just want to make that statement Senator Caitlin uh Mr chair I just have a
41:10
question about something I think you said earlier um this bill you said how many years has it been dropped seven
41:17
and so we haven't got a bill that sparkable up until this point we're going to do it in the next couple of
41:22
days well next two weeks I have lots of faith in this committee
41:28
yes Senator Senator Barnett Mr chairman
41:34
you've heard from one to it and I'm sure we have several others we took both of
41:39
them on an amendment and I ask that we tables too you're not
41:46

recognized for that motion we're on the amendment right now so would you like to speak against the amendment I would like

41:52

to speak against him you recognized to speak against him about clothes yeah you will be

41:57

good

42:06

you've again we've we've heard from at least one and we have other Goods here

42:13

individual practice today it's not that that we don't want to see something happening but we just don't want to see

42:19

them at all or what we currently have to not be affected

42:26

with uh in our court system so I'm asking again is that

42:32

is that we uh vote against the amendment and also Mr chairman I would like to

42:38

uh I have another comment or after this vote before

42:52

Club well the author of the amendment is is the last one recognized to speak so

42:57

if you want to say something about it you're certainly recognized now to say whatever you would like to say about the

43:03

amendment well that's all I had to say on the amendment but I would like to speak

43:08

before okay sure but she'll be recognized to close on her Amendment as the last person to speak

43:15

got you I got you all right did anyone else want to speak on the amendment before reckon out in the senator Hill to

43:21

speak on her Amendment if not Senator Hill you recognize thank you this this bill did pass the house in

43:27

a different form and they basically had three offenses within 30 days

43:32

um was a felony so there is there are legislators that are talking

43:39

to their members about shoplifting small businesses cannot absorb

43:45

999 dollars every time they turn around of merchandise we have got to do something

43:52

to help these small businesses ever since we raised the threshold from 500 to a thousand dollars they have seen a

43:59

lot more shoplifting and that's what they tell me every time I walk up and down the streets in my town so that's

44:04

why I'm asking for this reverse repealer so that we can look at something that will work to to further deter

44:11

shoplifting and you've seen in these big cities they've got flash mobs coming in and breaking into stores we've even seen

44:17

that on the coast because if they take a misdemeanor amount nothing happens so what we're saying is we want to put

44:24

some threshold in there that will allow second offense to be looked at more heavily we want to do something for our

44:31

small businesses and you know it's our responsibility to make sure that we have a business friendly environment in our

44:39

state for people and it's not just small businesses Walmart and everybody else it's seen this up picking shoplifting

44:45

and they all say that it's been since we implemented house bill 585. so I'm just asking to give us a chance to look at

44:53

what we're doing with shoplifting to see if we can do something to to further help these small businesses and deter

45:00

shoplifting all right you've heard the um opinions on the amendment all in favor

45:05

of the amendment please say aye aye NFL's name leave the eyes have it unless you want

45:12

to show them anybody all right let's go for it all right if you're in favor of the amendment please raise your hand and

45:18

keep it up so we can count them

45:26

all right yeah okay if you're opposed please raise your hand

45:33

the tears are no longer doubt all right the amendment does pass all right Senator Barnett you're recognized I

45:40

think you wanted to speak before final passage on the bill yes

45:45

thank you Mr chairman again it is not my intentions to not at

45:51

all want to hurt do you understand

45:56
I do understand um you know there is it is
46:06
we all understanding but I think that we should trust in a
46:13
judicial system that we have in place I think that we should
46:21
um trust the laws that we have already on the books that that makes it tough also I think at the end of the day
46:28
the decision that our judges remember um
46:34
I just think that you know again that comes back to not the interpretation of
46:40
the power in my opinion all the time but uh how the judge see I just think that we have judges that
46:47
have made some good decisions and and done good things to help improve
46:52
business I just I'm not trying to ask you for table this so that it doesn't ever come
46:58
together but I just think we need to table this so that we can and instead of a rush in the next
47:04
30 days that we have to try to scramble and put something together something that that uh we may or may not be okay
47:12
with it's not family enough to to do this and I think that we should consult with our judges with our Pas and
47:19
everyone else does it that's involved in this so that we can come back and put together a comprehensive being
47:26
that we can all agree on and in vote and not have a discussion
47:33
um that lasts over two or three minutes
47:38
because we haven't included all of the bodies or
47:44
all of the uh the parties that should be uh that should be talked to in the
47:50
Mississippi discussion while we're doing it so that is why I'm honest
47:55
um in a few weeks and get something for everybody has a saying and pretty make
48:01
sure that it is the business if I have to come back next year or two
48:06

years from now and have a team continue to change so that's my mom I mean I

48:12

recognize promotion but you recognize to speak against the bill which you have done Senator Suber you recognize the

48:18

speaker on the bill thank you Mr chairman I think we're trying to over complicate this

48:24

I think the law is good what it is but maybe on the third offense and uh the

48:30

third conviction uh the misdemeanor could be a felony so you don't have to have a dollar amount I think you would

48:36

give somebody stealing minor items you know under a thousand dollars you know they

48:41

have two opportunities in the third offense and they could be charged by felony you know we have we have that you

48:47

know DUI the same way you know we have first and the second and then a third candidate

48:52

so I feel like we can maybe just go to I'll look at the code section six

49:02

kept matches up but and it just says um you know a third or subsequent shoplifting conviction where the value

49:09

is not less than 500 or a thousand should be guilty for felony or

49:14

if we could maybe just put something a third or third or subsequent offense no matter the value it could be a felony I

49:21

think we eliminate a lot of this language to me it's kind of confusing I mean if you're sitting up there on a

49:26

bench as Senator Connie used to um you know I know we have a few defense attorneys in here

49:33

I think we're trying to over complicate something we all kind of have the same you know idea that we want to stop you

49:40

know blast mobs is kids coming in stealing a lot of stuff I think we could just go to the third offense

49:46

be a lot better but you like to offer that as an amendment I mean I would offer that's a member you're recognized in that Amendment upon the third or

49:53

subsequent shoplifting conviction um you know

50:00

yeah but he's recognized to make an amendment if you'd like to

50:08
I would keep keep everything the same except just change the dark things restore uh restore the code section

50:13
except for get rid of where the value of the shoplifted merchandise is not yeah except for shoplifting conviction

50:20
you know the defendant shall be guilty of a felony not more than and restore the language just as it is

50:26
that's a struggle yes you want to reverse would probably be born you're leaving

50:32
the verse repeat learning yeah okay you've heard the amendments to the bill by Senator Suber any questions on the

50:39
amendment to the bill yeah it has the reversal peeler still in it yet

50:45
sure you're welcome

50:56
it looks like a line 10 and 11. it says purposely though we lay it recklessly

51:01
the code section now is willfully and unlawfully

51:08
[Music] okay any questions on Senator subers

51:13
amendments if not all in favor say aye any opposed nay you guys have it all

51:20
right Senator Hill you recognize for a motion

51:25
how does sufficient do pass strike all you've heard the national paper say aye

51:32
aye anybody's name no all right let's have a show of hands all in favor raise your hand be counted all

51:39
right cheers no longer down all right let's get the all the pose

51:45
please raise it loud and proud okay duly noted um the bill has passed before we go

51:52
um I do want just very briefly like five minutes um we're not going to call the bill up

51:58
because we're not gonna have time to get all the way through it and I apologize for that but we do have some guests here I might want to recognize introduce to

52:04
the committee it's on it's House Bill 1371 we have Pastor Brad Eubank from the

52:10

First Baptist Church of Petal Mississippi Dr Lloyd's uh Lloyd is it sweet or sweat I'm sorry sweat because

52:18

it's currently the president of the Mississippi Baptist convention and pastoring currently at Meadowood Baptist Church in Amery

52:24

um Mississippi Miss Marie till Dr Parker's executive assistant and I think

52:30

brother Eubanks mom maybe was here too so um brother Eubanks if you'll just stand

52:35

quickly literally like five minutes because we've got to go in session at 10 and just kind of introduce what the bill

52:41

does in the strike all Amendment and why you think it's needed and then we're going to come back later this afternoon

52:46

afternoon to take the bill up yeah I know I'm sorry that's my bad

52:54

this bill uh just in the summary is unfortunately

53:00

what we call sexual abuse results and by a minister or Pastor or a social worker

53:08

doctor nurse in the role to use their Authority their power and their inputs to convince someone that's enter into a

53:16

sexual relationship sometimes it is designed to talk about the idea that a

53:22

person may use that Authority they lose their ability to consent with that action to pause and emotions

53:30

this is a bill that has been encouraged um

53:42

so I have a couple um so we're talking about adults we're not talking about minors so there are

53:49

already laws on the books regarding these types of situations where minors involved so you are talking about adults

53:57

in this particular Bill correct all the house kind of relationship so

54:03

there's been a relationship with established important because economists of the idea that uh

54:11

one might stand this is something for a relationship established uh one of those of course

54:21

and then they use that of that relationship to gain access to the patient because they're emotional state

54:28

468

because of the conditions that they're intensity they use that to twist that
54:34
so what you're essentially arguing and I'm playing Devil's outfit here because we've had conversations over the weekend
54:40
about all this but you're talking about essentially two adults that are agreeing to have sex
54:46
with each other um one of them happens to be a employee of a church you could be it a pastor
54:52
associate pastor a church counselor or something along that lines some may argue you know why we may disagree with
55:00
the activity certainly is is not good or ethical even should that be a crime
55:06
between two consenting adults and your response to that is what so the idea
55:11
that a person cannot because they are being emotionally that person that he goes over them would have
55:18
established the way to have twisted and used their position Authority we talked about a nurse a social worker counselor
55:25
Master he will say such where that person has been able to completely provides and the law rights here that
55:32
there's a big establishment of political dependence there's been an ongoing relationship so this is not an adult
55:38
that would have a difficult time consent with the cause of How It's been used and
55:44
using that counseling as methods that means countless examples
56:06
and the purpose behind it um from the proponents perspective would be you don't want these individuals I mean you
56:12
can fire an individual that you accuse that you think is engaging this type of behavior but then they simply go on down
56:19
the street to the next church or to the next counseling situation so their abusive Behavior continues you want to
56:27
be able to call it a crime and stop it where it's happening
56:41
all right um as I said Senator Sparks real quick are there any other adult relationships
56:47
of consent that are criminalized in the state that we're aware of

56:55
um as an attorney if I had a relationship with the client I would reach several
57:01
ethical duties as an attorney and I could be disbarred but I don't believe I could be charged for Crime I just that's
57:08
a question I'd like to figure out before we come back to this is there any other consenting adult relationship in the
57:13
state that is criminalized Senator Wiggins uh quick just a quick snapshot
57:19
of the penalty you're asking for it to be a misdemeanor well okay so if we're
57:26
trying I consider what's being described here very serious if you use your your
57:31
uh therapy to gain access for sexual relations that's serious and a
57:37
misdemeanor is not gonna stop that In fairness to brother Eubanks I think his
57:42
original bill has a much stiffer penalty okay in conversation from the lieutenant governor's office staff members perhaps
57:49
it was thought that that may be a bit too harsh well if the if okay I I and I
57:58
will move forward but this is equated to a position of trust and sexual battery which you get no misdemeanor in fact you
58:05
get 30 years or something I think if that that's something we need to look at Mr chairman we're going to motion to um
58:12
okay we're going to say subject to call the chair okay all in favor say aye uh can you pay his name yeah
58:18
thank you
58:39

470

# Mississippi Legislature, MS House Judiciary B - Room 409 - 28 February, 2023; 4:30 PM (Part II), YouTube (Feb. 28, 2023), https://www.youtube.com/watch?v=fEEWH1HtIXM

## Transcript (auto-generated)

0:00

recess this morning 1371 this is before us we had called it

0:06

up for discussion so I guess I'll formally call it up before the committee House Bill 1371 there's a strike all to

0:13

make sure um you're looking at the one that says that 1371 a at the bottom not the S past

0:22

the house 1371 I think the penalties are different so I'm going to recognize our

0:27

drafting Council Mr samsel if he will just go through and sort of summarize to propose dry call and then we will

0:34

certainly discuss sure thank you Mr chairman the differences in the strike all between

0:40

the House pass version begin on line 43 adding the word involuntary to the

0:45

definition of consent involuntary consent means consent obtained by therapist exporting a patient's

0:51

emotional dependence such as the consent is not the product of the patient's Free Will and then adding the definition of

0:57

emotional dependence uh indeed and if you continue on to line 82 line

1:04

82 originally just read about the penalties in the now being so it was a

1:10

felony and line 82 was into uh added to the bill to add a misdemeanor

1:17

guilty of a misdemeanor and punished by imprisonment for not less than three months nor less than one year in the County Jail uh finding out more than one

1:24

thousand dollars or both and then B is upon a second or subsequent conviction for a violation of this section A person

1:30

shall be guilty of a felony punished by imprisonment for not more than five years in the in mvoc fine got more than

1:36

ten thousand dollars or both that's the differences between two okay

1:42

um and I'll go back and reintroduce um Pastor Eubank from First Baptist Church

1:50

at petal I apologize we only had about four minutes um this morning when you started your explanation of why the

1:57

Southern Baptist convention has gotten with speaker Gunn who opposed this bill

472

2:03
and passed the house if you could just briefly tell us again in a very short way
2:08
um if you don't mind the need for the bill the purpose of the bill your vision for
2:13
what we're trying to accomplish so the bill really does three very very important things uh that IT addresses I
2:21
hate to have to address this issue but addresses um therapists and you can see the definition there therapist is wide
2:27
ranging and includes multitude of groups of people but the idea for us to understand is that when a person enters
2:34
into a relationship of trust uh with somebody that is a person of authority a person that has the ability
2:41
uh to use their power to gain access to them because of their emotional state
2:47
mental state and they manipulate and use that to gain access to that person again
2:53
we're talking about a therapeutic type of relationship where they can use that now the other two pieces you may find
2:59
the legislation too is one piece that gives churches or individuals who report
3:05
a credible accusation to another church or entity or person that gives them that
3:10
opportunity to not be held uh civilly liable for that then the
3:15
third piece is a very important piece is it makes those that are already currently mandatory reporters of child sex abuse if an adult reveals to them
3:23
they refuse the child and feel like in good faith that that person is still
3:28
having access to children that they would become mandatory reporters of that information as well so those are the
3:34
three big pieces of the legislation um in a very very short nutshell I can certainly try to answer any questions
3:39
that we may have thank you and I know you can't reveal confidential
3:44
information but the supposition I suppose is that this is going on this is
3:49

happening you're trying to keep it from happening or you're just simply trying to prevent it from happening in the future no it has happened and uh there

3:57

again I mentioned this morning too there are 14 other states who have passed bills but similar to this this bill is some of it fashioned after uh Texas

4:03

passenger George Bush when he was governor um this particular bill so yes

4:09

unfortunately it does go on and um I could line up countless numbers of

4:14

people who have experienced this unfortunately across our nation unfortunately have experienced this type of thing in particular in my realm uh in

4:21

the world of clergy sex abuses so we want to we know that it's wrong morally and ethically

4:27

um and certainly there are boards that can take action accordingly but we believe that there needs to be much

4:32

stiffer penalty that would be a criminal penalty to hopefully persuade people to not uh do these kinds of Acts and I

4:39

guess one question I've been asked by others that I've spoken with over the past few days is does the the church

4:46

itself not regulate this activity and behavior within the church why should

4:53

the state inject itself into the realm of the church to try and mess with the

4:59

Affairs going on Greg great question great for a question I would say the same that would be true in child sex

5:05

abuse issues as well unfortunately these people use religion as a guise and because a church is a very high trust

5:12

environment it sometimes that is taken at huge advantage of in the church but

5:17

of course this is far-reaching because it also involves counselors and nurses and doctors so there are other people that reach us into

5:24

um but but in the church World certainly I understand that concern but we believe uh because they manipulate and they use

5:31

religion as they say cover um as a sex abuse Survivor mind use that as a cover it's religion to have access

5:38

to me into my family and the church never knew what he was doing until way after it's long ago done so I think

5:44

that's really the reason why is because of how good they are what they do that most of the time the church has no clue what's happening until it's too late

5:51

great and I would say for the record the the speaker is the author of this bill

5:56

he was invited I know he's very busy on on Deadline days so but he was extended

6:01

an invitation to come and speak on the ability we'd like to have and I'm sure he's tied up with other situations in

6:08

the house that being said um we'll open the committee for Quest questions

6:14

um if anyone has them yes Senator Hill

6:19

I'm trying to remember what was said this morning and I'm looking in online 114 to 121 where it talks about a person

6:27

under 18 years old um that it would be a crime for these therapists to be involved which that's

6:32

very understandable but didn't we talk about this morning about consensual sex between two adults yes and that is also

6:39

in this field yeah I think the the language dealing with under uh with miners is already law current law that

6:46

they're just sad therapists to the list of right so so where is the new section that

6:53

talks about adults I think 77 through 81.

7:07

so even if it's a former patient and they're no longer a patient we're going to criminalize them for having a

7:12

relationship with somebody yes if you'd like to address that

7:18

brother you met him for 12 months peace

7:24

and the person for example um

7:33

they can start a relationship the very next day certainly is that they would

7:38

carry over their relationships

7:47

it's a very great question

475

7:59
for the 12 months all right senator
8:05
have other questions or did that wrap it up oh one more sure with the mandatory
8:10
reporter is that only for children
8:27
um most cases but adults don't reveal us independent children and so they become an involved
8:34
and feel bad the concern is that person investing
8:48
all right other questions Senator Barnett you know
8:54
so what you assuming is if these are adults and consenting
9:00
elbows used to say that one of the parties
9:06
they'll agree to this but happen to be called and one of the
9:12
knowledge of this bill now says that I'm a victim of this because of this but
9:19
until that point they were all together but now that I've been called
9:26
but yeah I wanna I wanna seem like you know it's not my fault at all so
9:32
how is this going to take me so this one person can take you the best to use the weapons give their company
9:40
and my other question is
9:45
Senator when the chairman asked this question a minute ago why is it that now
9:52
that we are trying to bring church and state back together it's always been
9:57
this thing both church and state um
10:03
so I'm asking that why are we doing all of these things the
10:09
wildest attempt now made for the adults who are consent them to begin see so many things happen amongst clergy
10:18
and other people dealing with the children who a lot of times been victim-wide now
10:23
instead of being children with the ones who was in victims why is
10:30
this again talking about consenting evidence but we I don't see very I see very

10:37
little talking to my how we really excuse me yes
10:44
um
10:57
just
11:16
[Music] like that in person is
11:28
um
12:09
or not prosecuted in the sense that a while
12:17
expertise maybe something strong and they brought
12:23
their let me know
12:34
okay Senator Spartan thank you Mr chairman um a couple of questions I think for
12:40
legal to start with that we Define clergy anywhere else in statute before
12:45
today I'm I'm not of the opinion to invite the
12:53
government to Define what clergy means um to start with
12:58
I'm not to invite government into the church to start with
13:05
um as a lawyer though is there such a criminal proof is
13:11
involuntary consent I've never heard of that is this a creation of this bill
13:19
I believe so so we don't know if that standard is
13:25
it's a criminal charge so it's beyond A Reasonable Doubt in an emotional dependency does that
13:32
exist in law elsewhere to your knowledge I'm not aware of this thing anywhere
13:39
else in the law or the offenses under this law uh
13:44
registerable offenses are they sex crimes
13:50
they address that in there yeah no we did not sure and I understand on a
13:58
second offense within uh any period of time
14:05
is there any time frame yes so for any second offense it's a

14:11
felony yes okay
14:16
um I understand adding potentially people to the list on line 121 because we have
14:24
uh teachers counselors uh Scout leaders Etc this is for people that are under
14:30
the age of 18. I understand that part um the rest of it is it relates to adults
14:38
is very concerning um it's also concerning to me that it's a
14:46
chilling effect on young people who would be a youth
14:52
pastor a youth leader many people are unmarried in serving those roles and
15:00
they're in the same house of Faith with people that they might consider as a
15:06
dating person or a spouse eventually I think most face where they admitted or
15:12
not would sort of like to marry somebody that sees spiritually like they see it so how do
15:20
we address a youth Minister a youth pastor there's no exclusion for a 18
15:26
year old youth leader who dates a 17 year old member of the youth group
15:34
uh am I understanding that correctly I don't see an exception
15:41
um listening to build so kissing between an 18 year old youth group leader and a
15:47
17 year old parishioner could potentially be subject to this bill
15:56
the reporting criteria and don't get me wrong there's a couple of things here I don't think children should be abused in
16:03
any form or fashion I have a father in both maternal and paternal grandfathers
16:08
who've stood in the Pulpit the majority of their lives um I don't understand
16:15
the need for this I understand that a church
16:20
uh should handle their business in the church and if a crime is being committed report that crime now we're adding a
16:27
crime that I think is going to capture some stuff we don't intend to
16:32
but my reporting question because it's underlying language from 736

16:39
as well as around 8 37.
16:45
the reporting situation here is a mandatory reporting that is addressing I
16:51
believe this is for um more so sexual exploitation human
16:57
trafficking I believe these are minors or am I misunderstanding that is there a reporting requirement
17:03
even for of age people
17:08
the lines again I believe if I'm looking at the right part it's 736
17:15
a sub paragraph 10. if I'm looking at the strike through strike all
17:23
I'm sorry my understanding is again
17:31
yeah as soon as the Department of Child Protection Services so by definition I think it would apply to the minors
17:40
I'm having to uh read the words just like you are okay and
17:46
the concern here is and I think we've had this before with CPS is that there are allegations and if those allegations
17:53
ultimately turn out to be unfounded that the identity of the accuser is actually for is confidential and so in this case
18:01
we're giving um the presumption of acting in good faith and we're giving immunity for
18:08
anyone who would make an allegation is that those what those two paragraphs intend to do
18:14
yeah and it's for minors okay uh if you look back before line 836 it says so
18:19
that a minor under the age of 18 is traffic by that same subsection before and then the other code section is
18:25
within the um I don't I don't want to monopolize the
18:31
time I'm uh a little concerned about the
18:36
the intent um and I'd like to respond just the youth
18:42
the pastor the youth pastor I don't know that that would fit within the definition of therapists it might fit within spiritual leader but my

18:49
understanding of two is that she'll be unlawful for any person who's a therapist and I and that's my concern any spiritual leader of a church I'd
18:55
consider my youth pastor a spiritual leader I would consider my Bible school teacher uh a spiritual leader I don't
19:03
know be honest with you I believe everybody's a spiritual leader in a church or ought to desire to be uh so
19:09
that that's my concern is we're literally bring into criminal world the criminal
19:14
law and to the church house but I will listen to the remainder of debate thank
19:20
you we appreciate your good comments this is certainly brand new it's from our friends in the house and we want to
19:26
give it to consideration brother Eubank would you like to respond to any of those questions or concerns Express
19:31
whoops just break that thing that'd be good um absolutely great great questions appreciate all those questions I'll try
19:38
to remember all the ones that you raised um number one I would say this I was a single new pastor and dated somebody in
19:44
a church and um here's the here's the key question if I'm doing things that are right and doing them above board I
19:50
don't have to worry about respond I'm doing the right things for the right reasons I don't even worry about I was married in the Church of a young lady
19:57
who actually my secretary's daughter uh at the time and so certainly that is the case we're talking about somebody Who
20:03
develops a therapeutic relationship and then counseling setting so it's not I'm
20:09
not dating somebody I understand I can be caught up in that potentially but it's somebody that is using information
20:14
that have to improve in the court of law that I manipulated the information that they shared with me because of their
20:20
mental state their emotional status they've created emotional dependency on me that they've done this these laws
20:25

that creates the consent idea emotional dependencies are passed in multiple other states are having smaller books

20:31

not that makes it right necessarily but I believe these are things to be modeled after their states some Texas have this

20:36

law for over a decade um some examples not exact but it's fairly similar um and so I agree we don't certainly

20:42

want the government inside the church but the problem is that the world has come into the church and we have people

20:47

that are guising and pretending to be people that they're not and the church doesn't have any way other than saying

20:54

leave the problem is when it happens they go to another church and do the exact same thing to somebody else and

21:00

there has to be a way to stop them and I believe God has ordained government in the sense to provide Justice and mercy

21:06

where it's needed and provides the laws that are there to provide and the same we do for children and so when you speak

21:13

about the youth path of 17 year old that's not allowed by law currently that's not what this law addresses because that that's that child is under

21:20

18 they're under 1800 That Power Authority that's already currently going um and so that would be simply addressed

21:26

nearby understand correctly because they're saying for a school teacher if they're over that agency Pastor a teacher that that student's under uh is

21:33

in school age even though they're not they're above 16 they're still considered if not correct about that law I think I'm not incorrect

21:39

um but if I am not certainly apologize um but but I understand your concerns but I think this is has potential to

21:46

have far-reaching effects that are needed and also in the consideration of

21:52

the fact that this is needed because this does happen more than what we care to admit and we

21:58

want churches what their other problem has been too and you're addressing about them sharing that information um there have been churches who know

22:04

that have contact I know about this other Pastor nothing was ever done they're going to get a conviction the defendant the person that was abused is

22:11

scared to come apart which is very often the case um and they just simply moved to the church and so then that church what they

22:17

do they go and share that information or they have to be quiet because they're afraid they're going to be super definition of character nothing criminal

22:23

that can be done because there's no law in the books for something can happen because there wasn't great like what we were talking about ladies bill this

22:28

morning uh there was something that was beyond that one so these are objections that have been raised in other states

22:33

and so I hear them but I think the good far outweighs

22:39

oh all right Senate England question yes thank you Mr chairman and and I

22:46

think this is for the for the pastor because I'm I'm following you know I think I'm especially with your example I

22:51

mean I understand that if you know if you're not doing anything wrong and you wouldn't have anything to worry about but in your example of of dating someone

22:57

at church I just want to look at at line 77 through 81 with you and just kind of

23:03

go through this and and do so in the light of let's say the the father of the young lady that

23:10

you were seeing at church was unhappy about you seeing her I mean I know that's not that far-fetched

23:16

and if we read through that portion it says it shall be unlawful for any person who is a therapist and again if you look

23:22

back at definitions therapists includes clergy clergy does include spiritual leader so

23:28

I think a youth pastor would be included in that so so you've met that requirement any person is a therapist or

23:34

who holds him herself or herself out to be a therapist to have any sexual contact which could be kissing

23:39

not a lot involved there um well sometimes maybe some kissing is a little more involved than other but uh

23:46

482

with a patient or former patient and you look at the definition of patient and that says means a person who

23:52

received paid or unpaid Mental Health Services right so then I look back up at Mental Health

23:58

Services and I appreciate you following me I'm doing this like an attorney he's going to look at this right you look at Mental Health Services which

24:04

means the treatment assessment or Counseling of another person for a spiritual issue

24:10

right so that's that's now included so if you're advising this young lady on a spiritual level as a youth pastor that's

24:18

that meets the definition of Mental Health Services and so now that's that's made that

24:25

kissing you have you have broken this law uh if that's brought forward and I

24:30

just don't I mean if I'm reading it wrong let me know but that's kind of how I'm you know when I follow the

24:36

definitions and the way we've blind this out and that that really just gives me concern because I I wouldn't want

24:42

someone like you to be to have charges like this bro because let me tell you these charges whether true or not if

24:47

they're brought against you it's a it's a career it could be a career killing or a relocating type deal

24:53

and it and it's going to catch catch up potentially a lot of good members uh

24:58

that don't that aren't acting in an appropriate inappropriate way but reading through the law like that and

25:04

using the definitions we look at here I that could have been called up and if if you disagree with me I'd like to hear

25:10

why or or where you think I may be wrong on the definitions but that gives me some concern sure sure I understand

25:16

completely and I would say too the definition of clergy come back to Senator destruction two clergy has been defined we also Drew those from multiple

25:23

other states you Define clergy that way it's a challenge try to find clergy before we live in a few Thirty is because it's so wide ranging for clergy

25:30

history um but I would say this that again I go back to the idea that the person is in a

483

25:37
counseling relationship and and that can include spiritual counseling but they have created the person in such a way
25:42
they have emotional dependence and they have twisted or used that relationship and that information in order to gain
25:49
access and so they have done it in a wrong way I know somebody could accuse me of that and I can be accused of something any day I can counsel somebody
25:56
right now currently with no law on the books and they can come and say this thing happened to me and my Ministry is over so for me when I counsel I
26:02
counseling room that's got 18 windows and a camera that's in the park Corner because I don't I want to be careful of
26:08
what I do and what I say because that's just the reality so I hear your example but I think that the the the district
26:15
attorney Grant was that would bring charged we have to prove that that person is established that relationship
26:22
of a counseling relationship and create that emotional dependency on that particular person and twist it and use
26:27
that position of power and Trust in order to milk and have gained access to that person individual
26:33
okay let me just interject here to um I'm hearing a lot of questions and I've
26:39
had private conversations with some some of the members who have a lot of questions about proposed legislation I
26:47
think it's a credit to the churches who for a long time I've been the butt of a lot of jokes about things that go on the
26:54
church but Catholic non-catholic and people laugh about it they giggle about it but it's very serious stuff and I
27:01
credit the church for coming forward and trying to address an issue that is real that it's serious having said that
27:09
um I I feel like given the composition of the language and the definitions before
27:15
us if we were to call this up for a vote my strong consideration is that it would
27:21
fail miserably in this committee and I don't want to do that to well-meaning proponents of the

27:27

bill unless that's just what you would like for us to do of course I can I can accommodate you if that's

27:33

the case but I really feel like probably a better idea would be to take the information that we've gotten so far

27:40

this year to study it and not just pretend to study it but actually like

27:45

get together during the off session study it and see if there are things that can be done that would be beneficial to address some of the real

27:51

needs here um but that's just my suggestion it's not my bill it's the committee's bill so

27:59

that would be my suggestion as we've got to head back down um so with that being said I would

28:06

recognize the motion to lay this bill on the table all right all in favor say aye

28:12

um thank you um we're going to reset subjects well no

28:20

let's um thank you

28:27

let's just um we gotta go downstairs oh yeah

29:10

thank you

29:35

thank you

29:52

[Music]

30:06

[Music]

30:12

um

30:30

[Music]

30:41

those things

30:47

everything

30:54

[Music]

31:26

[Music]

32:03

[Music]

32:23

all right

38:35

thing is completed and ready to be you know unveiled as it were ribbon Cuts or

38:41

whatever you want to call that we just feel like that that portion of the bill is a little premature so

38:46

essentially what the bill um and the strikeball would do is to name the DPS headquarters building which

38:53

I'm told is up and standing and at the problem I'm sorry the crime lab which is

38:58

up and running um for representative Tom Weathersby uh Reagan County so that's what the strike

39:05

call does I'll be happy to try to answer any questions yes sir oh and we've already fought this fight once today in

39:12

uh in wildlife the general practice is spent in the Senate not to name buildings after

39:18

people who were still walking around on two legs uh and that is a concern that we've had and we've raised I have no

39:26

objection we have some amazing people that deserve recognition uh the question is have we have we now veered from that

39:34

course as a body uh I realize these are all house bills that are coming over yes

39:39

so I just that's my concern I'm just asking her I had the same question

39:44

um motion at the proper time well let me answer the question we'll you'll recognize you for the most uh I had the

39:51

same question the response I got was that representative Weathersby has stage four colon cancer and will not be with

39:57

us unless the Lord intervenes varies very much longer so that was the

40:02

response I received when I asked that very same question all right any other questions if not Senator

40:09

Wiggins who are recognized off promotion thank you uh my motion is to table the

40:14

bill um right you've heard the most anyone like okay disrespect but for all the reasons stated and other

40:20

reasons motion to table okay Senator Sparks has a question your question on motion uh

40:26
is it uh just because the people are living that they've attempted to name things after
40:32
well there's that and also I'm not I've not talked to representative Weathersby
40:37
but as has been made apparent this session there are many many things at the crime lab that haven't
40:44
been fun that haven't either been funded or backlogged I don't know if I'd want my name on there where things are being
40:51
shot at and targeted the top you know for crime lab so uh and then to the
40:58
Chairman's point about the premature aspect uh and then yes also
41:04
seems like we always have four or five bills coming from the house to name things after people pretty soon we're
41:10
going to run out of buildings so I think Senator McCann's statements were very
41:16
well taken would you consider a reverse repeater that's what we did on the other bills to make sure we figure out instead
41:23
of tabling it that's what y'all did I would certainly consider that I think that would be consistent okay do you
41:29
want to uh in my but I will withdraw my motion and then
41:35
you recognize for an amendment amendment is a reverse repeat okay if you've heard the motion for reverse of people in
41:41
disability any questions for Senator Wiggins if not all in favor of his Amendment say aye all right
41:47
yes have it you know for a motion Center Wiggins out of positions that's where I
41:53
call it all right heard the motion on paper say aye all right yeah I just have it all right let's go
42:00
down to I think Senator England Vice chairman England has been studying Hospital
42:06
912 for us uh you'll recognize explain that one thank you Mr chairman and and
42:11
thank you committee I think I can get through this one in the next 30 or 45 minutes uh y'all just bear with me so this is the uh suppressor Bill comes
42:18

over from the house it's basically identical to what was passed in Texas if any of you guys have been following that

42:25

um what you'll see on the definitions uh portion obviously we've got firearm

42:30

suppressor um defined there but for the purpose of just build a firearm suppressor is only

42:37

those manufactured in this state meaning that they that the basic materials are used in this state

42:43

um or anything that's imported is just a generic or insignificant part uh these uh suppressors also have to have made in

42:50

Mississippi stamped on them um and if you'll look at Lines 49 through

42:56

52 that's the main portion of this bill it says a firearm suppressor that is manufactured in the state and remains in

43:02

this state is not subject to federal law or Federal Regulation including registration under the authority of the

43:07

United States Congress to regulate the Interstate Commerce Act uh that comes

43:13

from uh litigation that's ongoing I believe it's in the North District of Texas and this survived a motion to

43:19

dismiss I didn't see where it was fully resolved through the North District of Texas but I believe it's headed to the

43:26

Supreme Court on that um the basic idea being that the ATF and federal agencies cannot regulate these

43:33

suppressors that are made in state and contained completely within the state left in the state under the interstate

43:38

commerce clause that's why that the motion to dismiss was denied in that um

43:45

in that case if you look down section 2 says that the rule-making agencies in

43:50

this state and law enforcement in the state cannot adopt a rule or a law or an order that states

43:56

um that these Federal Regulations involving suppressors cannot be adopted they can't

44:03

enforce those laws those federal laws as long as it's suppressor again it's made within the state of Mississippi and and

44:10

remains in the state of Mississippi let's see sections um

488

44:17
Lines 102 through the rest of that section deal with the teeth of that it
44:22
says a citizen can file a complaint with the attorney general if there are such
44:28
laws made to enforce these these federal laws regarding suppressors
44:33
um and then the AG May file a petition for a writ of mandamus again that's all a constitutional
44:40
um type situation there with the attorney general if an entity also under lies 92
44:47
through 101 if an entity does make a rule on this they're not eligible to receive state funds and they must be
44:54
denied state funds if their if judicial action is brought it's found that they've violated
45:00
um that section uh section three again these just go on through with
45:07
section three involves people who are currently facing charges for suppressors
45:12
um if if there's not a final conviction um that exists on July 1st 2023 it's
45:18
unaffected by this act uh the sections for sections five
45:25
and I believe section six those all just remove uh references to suppressors from
45:30
those codes uh let's see
45:36
I want to go go down to Section 8 which just states that this acts State this act goes into effect
45:43
when the United States States Supreme Court rules in favor of the Texas Attorney General in this Paxton at all
45:49
the Richardson case again this that's the implementation of House Bill 957 which is the 2021 regular section of
45:56
Texas which this law does uh track that's an explanation of the bill it's
46:02
the suppressor bill I think we've all heard about it all talked about it but I am happy to answer any questions if there are any
46:07
senator it's by the definition okay
46:16
we'll take a look at it right
46:23

right so so the suppressor goes on the end of the you know on the end of a gun and and that's the report is the

46:30

the pal or the bang I think as we described on the floor in previous sessions uh when we're defining sounds

46:36

of firearms but that's the report right good question other questions

46:42

Senator Suber thank you Mr chairman all right so I'm just a little confused

46:48

about this deal I mean I have I'm not right and I love suppressors um I played with them

46:54

um you know there is process and it's kind of lengthy we have to uh you know fill out your full acidity and get a tax

47:01

down um and I've seen some homemade suppressors oil filters you know some PVC pipe it

47:09

seems to me that anything that you can use as long as it was in Mississippi but made Mississippi on it that you could

47:16

put that on the gun it would be perfect completed if it meets the definition of a Firearms

47:21

pressure then yeah it would fall under this uh this code we want to do that

47:28

I'm sorry what why would we want to allow that well now I can say that in my hometown

47:35

I've I've had several veterans reach out to me that have hearing issues and so when they go hunting

47:42

um you know they've either had their hearing damaged or they just have issues with the report of a of a rifle uh

47:47

preventing them um maybe bringing out a PTSD type situation with them and so

47:53

they use uh suppressors it's also helpful with the hearing um but again this seems to be the trend

47:59

in the country is that suppressors for firearms made within the state and held

48:05

only within the state are not subject to Federal Regulation and that's what this law

48:10

sales for the state of Mississippi like I said I'm not a guest Express I mean that's one reason I like it and

48:17

everything if you're talking about a high-powered rifle if you're talking about you know

48:22

obsessive explosion coming out of the gun and see people having homemade items I've seen people be injured you know
48:30
I feel like it's kind of opening the door for a lot of more injuries
48:37
um to
48:49
that's great right now I will say that there may be Mississippi laws regarding
48:55
the manufacturer suppressor or how there could be you know manufactured anything I mean that's pretty much all federal
49:01
Authority you know I'm not a suppressor how it's made you know it has to have certain serial numbers and you know
49:06
there's certain requirements and I don't know I just I don't know if I'm
49:12
a big fan of this just based on some of this language um
49:20
homemade items and I mean they're as good as some professional ones man but
49:26
you know you've seen you have a veteran I mean where's he going to get this pressure even you know there's all all kinds of do-it-yourself ways to make one
49:33
and you're gonna see some of that it's supposed to get hurt and I think we're gonna have some bring this float back right I understand and I'm wondering if
49:40
line 60 through 65 may may address some of that where it says a written own written notification to the attorney
49:46
general biocitizen residing in this state with the intent to manufacture a firearm
49:52
suppressor um that allows the Attorney General to seek a declaratory judgment of federal and the federal district court so
49:59
uh now again I don't think that requires them to file report I really think this section is probably more in lines of
50:05
allowing the Attorney General to join in with the Texas opinion um but but there does seem to be a written
50:12
notification uh process there for someone wanting to uh with the intent to
50:18
manufacture a firearm suppressor
50:23

because I spend a lot of time and I you know spend a lot of money you know getting suppressors the legal weight and

50:28

it's not hard I mean it's just a little bit of a way to figure it out I just don't see

50:33

um they're not difficult to get you're

50:39

doing background change too and I think that's a big part of it is you know if you have something on your record or

50:45

something that shows up that throws a Great Plague that's not necessarily a bad thing well

50:52

and of course that that goes back to the gun you know the suppressor is not going to hurt you unless somebody throws it at you really hard right so we're not

50:58

dealing with that and I mean you can do things in your house that that can also hurt you you know you can drink bleach

51:05

and that's going to hurt you as well so we're not we're not foolproofing at all that's you know we're we're not taking

51:11

out all uh you know we're not here to I guess foolproof everything but there are suppressors being made in this state uh

51:18

you know that are I'm sure professional grade made in this state and to be left

51:23

in the state there's there's ongoing litigation that says the federal government cannot regulate that

51:29

um because they're trying to do that on interstate commerce clause and of course the suppressors aren't Firearms so they

51:35

they don't have the authority to regulate under that either so um this is just bringing us into what

51:41

Texas is doing uh and inconsistent with the law that they're working through the system right now so

51:47

I think it's a good bill that we could we could pass and again if uh if we need to come back and change it doesn't go into effect until the Supreme Court

51:53

hears the case and we know how long that could take um we need to that's kind of wild I

51:59

wonder why we're going forward you know it could be six months could be

52:05

10 years well and I would say that based on

52:11

based on case law if we have one District in the United States that has said this is okay or that say that says

52:17

that the federal government cannot regulate based on you know under the interstate commerce clause or any other

52:23

Federal purview that they may have um then I think that would be law of the land until it's taken up by the Supreme

52:29

Court and passed on so really this may be in effect already if that's what that court has held

52:37

as long as you're not sure

52:49

she plays brackets we know

52:55

however the in this bill gives me some concerns the first is

53:01

the idea that we're trying to circumvent the ATS enforcement suppressor

53:07

regulations and seems to me what one of the concerns is

53:15

viral safety the idea of the suppressor manufacturers the new suppressors get registered with

53:22

ATF I don't see anything in here that's a stopgap for insurance

53:29

suppressors that would be alternative mississippians under this long

53:34

when the subject came kind of standard quality of manufacturer

53:41

excuse me it's made its design to to allow someone to own a suppressor that

53:46

they made in their back very unsafe not something else

53:53

um the other concern I have with the bill as it's been presented is this idea that

53:58

because Texas does it but it's good for Mississippi that argument has lost a deal you know

54:06

the final part that was that a question yeah this was something

54:12

well you're waiting on a ruling Supreme Court in this particular case

54:19

attorney general I've read a number of Supreme Court decisions in my life that by very rarely for the court of learning

54:27

justices rules so clearly in favor of one party or another they typically avoid such clarity

54:35

so I don't know how you could ever truly say that this provision would ever have

54:42

um I appreciate the effort uh however I would have emotion I would if I made

54:49

I think there was he was recognized for a question and I think there was a question there to be very beginning before the the statements were made

54:56

um I think so so what the courts have said you mentioned whether we're removing this from from you know from

55:03

federal code we're we're removing these regulations at the federal uh government

55:09

what this court has found is that the federal government has no jurisdiction or has uh or has does not have the

55:15

ability under the Constitution to enforce or even make those regulations for

55:21

suppressors uh they're not firearms and they're not subject to the interstate commerce clause

55:27

um so that that was the judicial holding on it and and I imagine even some people in Texas weren't happy with that but

55:34

they but that's what the judge looked at when he looked at the law was that this is not uh these aren't in interstate

55:39

commerce they're not subject to federal government regulations under that and it's also um

55:45

it's not a firearm um so the ATF was regulating these and they just didn't have the authority to do so under the

55:52

Constitution um and I'm a Believer in the Constitution even the Supreme Court sometimes isn't

55:57

that's okay the Northern District ruled uh it is

56:03

expected to go forward to a supreme court uh decision yes

56:08

um now I will remind that we this this body has previously uh

56:14

written and uh adopted laws that with

56:20

the understanding that is pending Supreme Court approval or reversal of a certain law that's not that's not uh

56:26

that does have precedent here so we're not doing anything odd in that even if it's Texas and we might not like Texas

56:32

or whoever else that's that's something we do here sometimes sure

56:39

is trying to circumvent registry

56:47

dad entered allow Eric broad definition surprised

56:53

did you agree with that in the definition oh it is it's a broad it's a Firearms

56:59

suppressor means any device designed made or adapted to muffle the report of a firearm

57:05

that could be an oil

57:15

I don't see where this law does not um I would have to look at Council and see if he knows and and I I don't think you're

57:22

incorrect uh in that statement as far as an old oil filter goes it's got to be made in the state from basic materials

57:27

and without the inclusion of any important part from another state other than a generic and insignificant

57:33

part and of course there's still worth it and the state of Mississippi that's

57:38

right of these suppressors right I'm just saying an oil filter probably comes from outside of Mississippi so if

57:46

I would consider it if I may chairman I would consider it a friendly amendment

57:51

to to add a uh our our friend the reverse repealer on this to maybe look at that definition of uh firearm

57:58

suppressors I see that that's giving everyone uh everyone's and Paul's and I

58:04

think that this is a good bill that we should we should pass here today but I'm willing to work with the committee if we

58:09

can move it forward okay I think Senator Hill was asking to

58:14

be recognized um I will ask the vice chairman um we're

58:19

hearing a lot about overriding the ATF and federal firearm laws

58:25

I don't believe that's our first rodeo um saying that we didn't care what a federal firearms law or rule said with

58:33

the ATF am I correct Vice chair I I would say that's correct and I would also say that this ruling out of the

58:39

Northern District says that the ATF doesn't have the The Authority uh to regulate I believe the ATF in Federal

58:47

Regulations still say that it's illegal for somebody to possess a firearm that habitually uses a controlled substance

58:53

correct I I believe that probably is I believe I saw a code brought for today

58:59

um that had some of the language of our medical marijuana law that basically said even though the ATF says that you

59:04

can on a firearm we're not going to care what that says in Mississippi that we're going to let you steal on one correct

59:10

that's that's correct that's my understanding and of course that's also something that could hurt someone if it's misused at home especially if

59:17

somebody habitually uses a controlled substance it might be under influence operating a firearm is that correct I

59:23

think that is I the answer is correct uh yes today thank you Vice chairman thank you

59:35

not the author of the bill but certainly the shepherd or shepherd shepherd or the

59:41

bill yeah Shepherd's appeals

59:46

we have not any any other questions get back on

59:52

topic here all right if someone is someone attempt to offer

59:57

an amendments no foreign

1:00:03

I would offer reverse repealer okay I did not oppose the amendment all

1:00:08

right you've heard the amendment any questions on the amendment all in favor say aye aye

1:00:15

yeah all right foreign motion is title sufficient new pass as

1:00:21

amended thank you strike all which would be it make it a strike the motion all in favor say aye

1:00:29

aye experience in doubt let's have a shield of hands if you are in favor of the the

1:00:36

Motions made by the Vice chairman please raise your hand and keep it up so we can

1:00:43
bye if you were opposed please raise your hand
1:00:48
one two three four five it's tied so I'm going to vote in the affirmative
1:00:56
all right um good debate and I do really appreciate
1:01:01
you all because I know we don't get the easiest bills in here but I think that's why they're sitting here because they
1:01:07
know y'all are bright bright people and will bear it out all these issues before they get to the floor right so congrats
1:01:14
on your success um bearing these things out all right let's go to the house bill number 400.
1:01:20
this one I want to commend our esteemed Council um he has gone through and it should
1:01:25
have in your stack um hopefully if not let us know and Miss cat he can get you one a really nice
1:01:34
um breakdown of what house bill 400 strike ball as before you does so just
1:01:42
to um to go over the strike element it creates a new section of law that any person who shall deny a person the right
1:01:49
to vote for a reason that is not providing the law shall be deemed guilty of a crime in front of the spot buying
1:01:55
not exceeding ten thousand dollars or by imprisonment the doc not exceeding 10
1:02:00
years or both it also increases the sentences and fines for a number of election primes and the following table
1:02:08
that Mr Samson was so kind to go through Prime by crime it tells you that the
1:02:15
number of the code section which embodies that crime the caption of that
1:02:20
so you understand what they're talking about the current law and the third column than what the house bill
1:02:27
originally did in the way of increasing the penalties and then what the strike
1:02:33
all did in the way of increasing penalties and I think what you'll find again it's up to the committee how you
1:02:39
want to analysts tip at all but the house bill when looking at what they were doing
1:02:45

let's just take the first one for instance here the bribery having a canvasser to use unlawful means which is
1:02:52
the crime the current law would say a sentence of not greater than one year or
1:02:59
not greater than 500 so essentially a misdemeanor I guess the house version of
1:03:05
that would be to raise that to not greater than 10 years and not greater than ten
1:03:12
thousand dollars so you see a large jump from the current wall to the house
1:03:17
language independent security does make that a film and then the strike all is
1:03:26
um the next one so you would see the institutional Penitentiary so a felony of not greater than 10 years and not
1:03:35
greater than five thousand dollars so he limits the fines of about half of what the house proposed so you can go through
1:03:42
I don't want to read it to you word for word um you are plenty capable of perusing through there to see what the
1:03:50
house version does what the current wall is what the strike ball Amendment for you would do in each of these cases but
1:03:57
that's essentially what the strikeball before you does and I'll give you a second to look over it
1:04:03
we'll try to take any questions you didn't have any debate on it do you like
1:04:12
but I think the the point is not to be lost on anybody is that it does create a
1:04:17
new Prime um or trying to disallow someone the right
1:04:24
to vote when they ought to be allowed right so there's that and then you have all the
1:04:29
others all right senator
1:04:36
against uh I think any person that can be proven important that has um
1:04:43
this allowed the person the right today it was added by Amendment I assume I
1:04:49
mean the committee on the floor yes as Senator Sparkman thank you Mr
1:04:56
chairman is that section 15 that we're referencing any person okay yes sir does
1:05:01
this bill have a reverse repealer let's look and see

1:05:07
the strikeout does not no sir I don't want to belabor uh but any person who
1:05:15
shall deny a person the right to vote for a reason not provided in law that's that's pretty vague for a felony of 10
1:05:22
years I would have a motion of proper time uh Mr chairman
1:05:45
[Music]
1:05:57
all right any other questions now we'll recognize Senator Sparks
1:06:05
all right you've heard the motion or the amendment I guess the amendment to the bill any questions on the amendment if
1:06:12
not all in favor say aye all right any other questions amendments thoughts
1:06:20
all right if not it's Mr Thompson for emotion
1:06:27
advanced
1:06:33
all right there you go you've heard the mission all in favor say that bye uh any
1:06:38
first name okay
1:06:44
um the last one I think we're going to look at today um is House Bill 1315 this was a late
1:06:52
edition so I do apologize um I haven't had a ton of time to study
1:06:59
this one but I think Senator Hill were you working on this one for us oh
1:07:04
okay thank God all right we recognize you to explain the strike all
1:07:18
right basically this
1:07:34
that was the first time that that language um
1:07:44
and welcome and thank you for um talked about that they that same
1:07:51
processified um and having somebody affected uploading
1:07:58
any um
1:08:04
are the ones that um that
1:08:12
sections conversation brief um

1:08:31

um section four

1:08:37

um

1:09:02

um where we're we're experts taking brought forth

1:09:09

um

1:09:33

[Music]

1:09:43

Public School libraries and that's on 209 that's on lines 209 and that's all

1:09:49

all Section 5 does that's all current language except line 209 where it takes out Public School library

1:09:57

um it leaves in universities museums to colleges we just felt like with what

1:10:04

we're seeing in the school libraries that we don't need to leave an obscenity waiver in a public school library

1:10:11

so that's what we removed um we didn't do it for public libraries we just did

1:10:16

it for school library for kids um and then section six

1:10:24

um basically talks about the database um that that

1:10:31

section six has just brought forward the language I'm looking for the news it was

1:10:37

at it for the vendor is on lines 143 through one uh 76. okay lines 143

1:10:46

through 176 in section three is the new language that was added basically we

1:10:52

have we pay for a database that is supposed to filter uh

1:10:58

age-appropriate material to our kids in our school and in our library and we've

1:11:04

paid a lot of money for that through the years and what we have found is that even a kid in second grade or

1:11:10

kindergarten can get on this Magnolia database that we were paid for in our

1:11:16

school in our library and our classroom and they can click click click and they can get on some very raunchy material

1:11:24

um we've tried it we proved it that you can access this and they we've been paid

500

1:11:29
now to direct kids in appropriate material and I just got this pot off the press from here since 2015 our state

1:11:37
agencies that are using them have paid a grand total of 10 million 36 529 dollars

1:11:43
and that we're not getting what we paid for so basically this new language

1:11:48
says you're gonna do what you say you're going to do and there is a provision in

1:11:54
there that if you violate this uh kind of like a three speaker out you're going

1:12:00
to get a warrant in the first time you're going to get a chance to correct it but if you buy like this three times

1:12:07
so that's basically what this does um and Council can speak to to to to to it

1:12:13
in Greater detail but that's all it does is take this database that we're paid for right here with the peer report and

1:12:20
say that you're actually going to do what we've been paying you to do when it comes to age-appropriate material for kids

1:12:26
and I will just say hopefully you received a sort of a rough breakdown of

1:12:32
each of the sections as Senator Hill's gone over them that was provided to me so I just wanted to board it on to you

1:12:38
it might help as you're trying to digest the bill all right good explanation questions Senator yeah I just have an

1:12:46
amendment prop time all right any questions for um Senator Wiggins

1:12:51
thank you Mr chairman I'm first of all I'm still looking for line 209 because I

1:12:57
don't have it in my package at section five oh there it is yes okay

1:13:02
got it then thank you so Senator Hill what happened to Senator Boyd we packed

1:13:10
it I think no we didn't pass this part of it no I'm asking what happened Senator boys

1:13:24
you said sections green

1:13:30
do we are you talking about Senator avoiding bill from this year and

1:13:37
okay so that okay so that was

1:13:49
[Music] anything the house is going to do because they've proven
1:13:56
I will say in response to that question I sat down with chairman Bane
1:14:02
um as I guess we all try to do with our counterparts um last week I was um informed that he
1:14:09
intended to take that bill up and pass the Senate bill I honestly have not been
1:14:15
following it with all the crazy meetings today to see if that actually happened or not but that was what I was told by
1:14:21
my counterpart and I know things changed so I'm sort of like a hold into that but that was the plan I discussed well the
1:14:28
latest the latest record was today the house title sufficient who have passed as amended brought it out of Judd B so
1:14:33
they did amend it Senator Boyd's Bill okay so uh and then
1:14:40
on the section five part of this um
1:14:46
help me understand how those of us who support parental
1:14:52
rights and those of us who support uh
1:14:57
jurisdiction can uh even though we may not like it how we
1:15:03
can justify passing something that uh we involved we the government involve
1:15:10
ourselves in so when I raised my kids I tell them what they can and can't look
1:15:16
at at the library we're talking about how now we're
1:15:22
removing this exemption the library is for people to take books and how do we
1:15:27
know that the government is not going to take this and go beyond it and prevent To Kill a Mockingbird or to prevent that
1:15:35
or to prevent something like that and I'll be here hold on my question is how do we justify that because it is a very
1:15:42
slippery slope when we get into that in libraries
1:15:47
no it's it's only Public School libraries
1:15:53

and we we every day I know that's what the asterisk my
1:15:59
question is how do we justify that which in the public school is elected by the
1:16:05
people governed by a public school board and we're the government telling the school board and our and people parents
1:16:13
what their kids can and can't look at we already tell bookstores that they can't
1:16:19
sell pornographic materials to kids the books that are in the school libraries I
1:16:24
could be arrested if I read those books outside the school we rate movies and we tell parents that
1:16:31
children can't attend movies um certain movies if they're under a certain age and all this does is remove
1:16:37
the obscenity waiver for a public school library it puts them on the same playing
1:16:43
field as a bookstore that can't sell pornographic material to children or to
1:16:48
the theaters that you can't let underage kids in movies this is not creating a
1:16:54
new section of code this is just going by the original section of code 9729 101 through
1:17:01
9729-109 and takes the waiver away so that we protect our public school
1:17:08
kids from having access to pornography but isn't that the parents rights to determine what they do I think they put
1:17:15
us in charge of the legislature to make policy we send a lot of money to the public schools and there's a big outcry
1:17:21
from parents who are outraged at what they found in their Public School libraries they going to let the school boards and let them do it instead of us
1:17:28
chilling free speech and by the way let me say this pornography the federal government and the federal U.S Supreme
1:17:36
Court has defined what pornography is my fear is the chill that goes on that I
1:17:42
have the government telling me what my kid can't check out of them look that's
1:17:47
me and telling my child so why do I want the government and why do I want the
1:17:53
government doing that there we are in the why do we have child
1:18:00

503

protective services okay why do we have obscenity laws that apply outside the
1:18:06
public schools let's just get rid of all of them you want to just get rid of all of them let's just let them go into any
1:18:11
movie and let's just get rid of everything that we have that protects children I mean because that seems like
1:18:17
it's going to be a rescue by by a child going into a 14 year old
1:18:22
going to a rated x movie they're not going to be arrested they may be gone those are those are
1:18:28
um guides and uh I wouldn't even say censorship it's a guy this is not
1:18:34
censorship this is this is going by no it's not it's removing the ability for
1:18:41
obscene in age inappropriate materials to be in school libraries that's all it
1:18:47
is no no that the Supreme Court has has
1:18:52
made a ruling on what obscenities are what I've seen materials are that is codified already into our law but you
1:19:00
yourself have advocated for parental rights and not invading parental rights and this seems to me to be invading
1:19:06
prevent parents rights of their kids of what they can and can't see well let your child going into the library
1:19:13
checking things out and I will tell them what they can and can't look at well when your child is on a computer at
1:19:19
school the parent doesn't know what they're looking at well maybe the parent should is that not what parental rights
1:19:25
is about well y'all kill my parental rights bill so you know I you know you walked into that one no
1:19:32
we're either for parental rights or we're not or we want the government to involve ourselves itself in parental
1:19:39
rights or we don't well maybe a step too far in trying to uh and
1:19:46
trying to have the government tell me what my children can read in a library
1:19:52
uh it it goes too far my parental rights bill would have required transparency in

1:19:59
curriculum and giving parents access to all that that they do not currently have

1:20:05
um and we this body chose not to take that up this is a simple Bill to keep

1:20:12
children from being able to access pornography through the Magnolia database in their School classrooms and

1:20:18
in their libraries but the gatekeeper of that is the public school district who is an arm of the government correct

1:20:26
We Are The Gatekeepers of about two billion dollars that we send to the public schools and I think we are in a

1:20:32
position to make policy so in that case the First Amendment doesn't apply the First Amendment does apply but there are

1:20:40
laws to protect children we're not Reinventing the wheel I just think we're I just think by

1:20:46
removing that section we are picking and choosing what we decide is uh it's the

1:20:53
heavy hand of government if the federal government came in and told us what we can do we'd be screaming up in arms and

1:21:00
I don't understand why we get involved in these parental right issues when we claim that we support parental rights so

1:21:06
Mr chairman I think Senator England may have an amendment but uh I think it's a step too far at a

1:21:13
certain point all right Senator bar has a question thank you Mr chairman um is there a

1:21:19
federal law already in place to prevent that sepa cipa there may be but

1:21:24
apparently our state's not following it because we're still paying Magnolia so there is federal law I don't know I

1:21:30
don't know if there's a better law but I know we've paid 10 million dollars to Magnolia over the past seven years

1:21:37
and so what you're saying is laws are really ineffective in this Arena secondly no because we have consequences

1:21:43
on the in this field they'll lose their contract secondly the who goes to who's

1:21:48
going to be prosecuted for a violation there's no prosecution in there this is

505

1:21:54

for the database okay so when we're taking out the public school language of my 209 what are the consequences of

1:22:01

this were to happen

1:22:10

maybe they could be prosecuted I don't know

1:22:19

we can prosecute we can prosecute somebody who gives pornography to a child right now why should we exempt

1:22:26

somebody in the school I'm just I'm just I'm saying you I'm saying do you want to keep pornography

1:22:33

in the schools do you want to keep it legal

1:22:42

um

1:22:51

question Senator Barnett for a question yes my question is

1:22:57

that when I look at this I see um

1:23:02

but if I'm not mistaken and if I am I understand

1:23:08

she a light on them that's fine with me but do not the state of Mississippi also you

1:23:14

state money and funds charge that Charter Schools will be included in

1:23:20

this charter school is a public school okay well when we talk about public it doesn't say and or charge

1:23:28

Public Schools so if we're going to talk about schools in the state of Mississippi and I would like for the

1:23:34

language to say exactly what it is so there's no doubt about what we're talking about if

1:23:41

there's Public Schools public charter private if it's state-funded money it's

1:23:46

going to be used uh in this then exactly

1:23:52

and

1:23:57

and also I have to agree with my Republican colleges when we talk about

1:24:03

that be noted let that be known I'm sure I'm already but everybody's looking as well but but

1:24:11

when

1:24:16

does panic have

1:24:22

or when this parenting come into play we're in a periods we're the ones that

1:24:28

we're the ones that have the kids we're the ones that take care of the kids we're the ones that we spend the most of

1:24:34

our times without you ability

1:24:41

to to raise their children or to maybe just buying student children should be

1:24:47

dependent upon the law when they talk about these things in this case but I

1:24:52

just think we're going and I've been I have to agree

1:24:57

before my response this bill has nothing to do with parenting this bill has to do with

1:25:03

what you can get on a computer at school for a kindergartner a first grader a

1:25:10

second grader a third grader whether or not we think they ought to be able to access pornography and age inappropriate

1:25:15

materials that talk about things that I'm not going to mention in this committee whether or not we think they

1:25:20

ought to be able to access that in a public school if y'all think yes vote no on the bill if you think if you think

1:25:26

they shouldn't be able to access this then I could take my son could take his telephone

1:25:34

into a Public School boundary or into a public schooling classroom and access

1:25:39

the same thing so now that's not a state supported and state paid for device that we have a contract with we have a

1:25:46

contract with these people that are supposed to be filtering this to age-appropriate material and they are

1:25:52

not doing it if y'all are okay with that if y'all are okay with that let's just take a vote and say that we're going to

1:25:58

continue to have pornography and we're going to continue to pay these people for what they're not doing

1:26:04

I'm perfectly happy it's very obvious that that this bill was was a setup

1:26:10

that you know we just brought this bill to the floor so that that everybody could beat it to death and that's fine

1:26:15

I'm good with it because I'm going to try to do the right thing regardless because I think it is our responsibility

1:26:21

as adults and as legislators to keep pornography and age inappropriate

1:26:26

material out of the hands of children and out of the eyes of children and and I'm not going to change my mind on that

1:26:33

but if y'all don't think that we ought to keep if we should keep paying the 10 million dollars that we paid to Magnolia

1:26:39

that are supposed to be directing age-appropriate content to our kids and they're not doing that then let's just

1:26:46

let it go I'm just I'm bringing this to your attention I I I'm saying we're not

1:26:51

getting what we're paying for and we've been paying them for years and years and years and the kids are still getting age

1:26:56

inappropriate and pornographic material um through the database so you know I'm

1:27:02

perfectly happy with whatever this committee wants to do um but I feel like it needs to be attention

1:27:10

needs to be brought to it because you know parents send their kids to school not every parent wants their kids you

1:27:16

might want your kids to look at pornography but every parent doesn't want their kid to look at pornography that's just Where We Are you know if you

1:27:22

think your four-year-old needs to learn about or kindergartner needs to learn about foreplay and you know positions

1:27:29

and all that stuff then fine but I don't want my grandkids seeing that in public school and I'm a taxpayer just like

1:27:35

everybody else and there's a lot of mamas that feel the same way that they don't want their kids to see filth when they get on a damn computer at school

1:27:42

okay um Senator DeBarge thank you did you yeah I just had an amendment

1:27:49

yes I'd like to offer a verse for peeler if I could speak on that for just a moment okay I know we've been at in

1:27:56

Reverse feels just something that came to us very late and I think it's something that that a lot of us have heard concerns from families at home and

1:28:02

for parents my kids go to school I do think that we we need to as a state get

1:28:08

better about parenting uh but we can't really legislate that I've got parents in one school district that I represent

1:28:14

that a lot of the kids go home and they have illiterate parents and so they're all the the basic education they get is

1:28:20

that at school and and we do know and I know we've all seen enough of it to know that some of this stuff is in schools

1:28:27

now whether this bill is proper or the best way to handle it is Up For Debate I

1:28:32

know this came on us pretty quick and I I will say I don't think it was brought on to us pretty quick just for the sake of beating it up I think it was brought

1:28:37

up for debate which we're having but I think that it's a debate that we we can and should continue because there is

1:28:43

material that needs to be discussed and maybe a better way to find it out so that's why I offer reverse repealer to keep this bill uh being one that we can

1:28:50

discuss hopefully after we all get out of here and have uh maybe some more level heads about it um and that that

1:28:57

would be my amendment I ask for support of that Senator Sparks the only amendment is your Amendment part of the

1:29:02

setup

1:29:08

Senator Hill is very passionate about this item it is something we need to look at we also have the chair of

1:29:15

Education in the room this bill is important and it is inappropriate and

1:29:21

Senator Wiggins I don't have children yet I hope to one day and your children are getting older the

1:29:28

children today have a different experience with electronic devices that are available out there so I appreciate

509

1:29:35
your reverse repealer because I would like to continue to look at this but I also want to be clear we're going to

1:29:40
take every Bill serious in here so I don't want you to feel that we've not thank you thanks Senator okay anybody

1:29:48
else questions for the amendments not all in favor of the Amendments AI

1:29:53
aye he has to have it all right

1:29:58
thank you I just want to I want to clarify something if you vote against this bill and I read

1:30:06
I recognize Senator Hill is passionate and I understand but it is not if you vote against this

1:30:13
bill that you support your kids see or not it is not so let's make that record

1:30:18
clear as well what this is is about the First Amendment

1:30:23
and what this is is about parenting and to senator

1:30:30
uh what's your name to the Senators

1:30:38
did Senator Barnett did Senator Barnett's point Sorry the

1:30:46
parents you have libraries at schools to learn

1:30:52
every live Public School library I ever know every private law school that has meetings you can go in there you can see

1:30:59
that and to Senator DeBarge point I am not in favor of prosecuting

1:31:05
Librarians school librarians and this is what we're doing by removing that section five it's putting them in the

1:31:12
crosshairs and if you don't believe that's a step too far then just go read the line of

1:31:18
Supreme Court cases that talk about that and we may not like it and I don't like

1:31:25
it and the Supreme Court has ruled the child pornography is not protected by the First Amendment but what the Supreme

1:31:30
Court has ruled I'll go watch people versus Larry Flynn they ruled that is

1:31:36
allowed so it's more than just that and for people who have this feeling you know

1:31:42

what show up show up to the school board show up to the library because they're not and
1:31:48
maybe they are now I think the reverse I think this is how
1:31:53
this is going to go on the floor I think the reverse repealer was I voted for it
1:31:59
but uh just know that this bill has not been
1:32:05
vetted and it's going and it's going to be hard and we need to think long and hard about the parents before we start
1:32:12
putting Librarians in jail and before we start contradicting ourselves about parent about parental rights the
1:32:20
government cannot satisfy those things that's all I have to say senator Barnett
1:32:26
motionless yeah and I recognize formation yeah I think people are still speaking on the bill
1:32:34
well I just have a question for Senator Wiggins appeal he'll responded uh sure if that's true okay uh thank you Mr
1:32:42
chairman along thank you Senator Williams it has and and I just want to you mentioned the people versus Larry Flynn as being a good example for uh you
1:32:48
know outlining constitutional law well I just wanted to know if you think that would be appropriate for a sixth grade
1:32:54
class to watch when learning about constitutional law that's no I don't and
1:32:59
you know what I tell my parents my kids I've told my kids you're not going to see that and you know what they know
1:33:05
they're not when they if it's there that they're going to do it that they're not going to do it the question is do we
1:33:11
want the government I.E the school board and us you and them telling what my kids can
1:33:19
and can't see okay it should be me as the parent it should be me and for those that say
1:33:25
oh well there's parents of not doing it well why is it good in that situation but it's not good in other situations
1:33:31
so we're there's a famous line that was set up here we contradict ourselves all the time up here and we're contradicting
1:33:38

ourselves by removing that I don't want the government telling me or my kids what they can do I will do it

1:33:45

and I will not prosecute and yes I will say it my mother was a librarian for 20

1:33:52

years trust her judgment on everybody

1:33:58

and if my mom went to jail because some parent comes in and says they showed him to Kill a Mockingbird

1:34:06

you bet I'd be crazy so I think we just have to think about that

1:34:12

thank you all right thank you for that um I would say I appreciate everyone's

1:34:18

um patience today it's it's been a long deadline day we all I know are trying to

1:34:24

do our dead level best to present our um our points and to get those points

1:34:30

across to everyone else and I just want to say I appreciate you all your patience um in this committee I know it's made

1:34:35

for a very very long day um I think as Cinder Hill articulated

1:34:42

um there are instances where you don't have appearance and I agree

1:34:49

100 000 with what Senator Wiggins is saying we would hope that in every house across

1:34:56

our state that you had a parent that was as forthright and involved in in his or her

1:35:04

child's life as Senator Wiggins and his wife obviously are and that's a blessing

1:35:09

and and their kids how flourish and are doing very very well you do have situations unfortunately where you have

1:35:17

Guardians and Wards of the state you have children that don't have a two-parent family you have children you

1:35:24

don't even have a one-parent family you have Aunts Uncles grandparents who are

1:35:29

doing the very best they can and I think in this instance what what the bill is attempting yeah maybe it's not perfect

1:35:36

very few bills are is that there should be some base level protection for children when they go to our public

1:35:42

512

schools that we're paying for um that if they log onto the computer and maybe outside of the parent's eyes

1:35:48

of the grandparents eyes the the students you know counselors whoever and

1:35:54

they unfortunately get onto a site that can be very disturbing I think that's

1:36:00

the point of what Senator Hill's language is trying to accomplish um I would

1:36:05

um just ask everyone to to try to keep that in mind and if there's a way of getting there between now and getting it

1:36:12

off the floor I would certainly work with anybody that was of a mind to do so but again y'all are in charge of this

1:36:19

and we're going to take a vote and we'll do whatever you all want us to do with that but I think Senator Sparks maybe

1:36:26

wanted to speak all right so we'll anybody else only cut anyone off all right sometimes you

1:36:32

recognized to close in a little bit first of all obscenity is not protective speech and To Kill a Mockingbird would

1:36:38

not be classified as obscene and that's what about the children's rights not to access pornography if they're not even

1:36:45

attempting to and they're clicking through that stuff they ought to have a right to not have to see that on some of those on websites when they're clicking

1:36:52

through a young child and they they don't even know what they're getting on at school they should be protected so that's the only thing that I'm trying to

1:36:58

do is is protect these kids eyes from having to see this stuff that they don't even know what they're they're going to see

1:37:04

so that's that's basically it all right for a motion Senator Hill

1:37:11

right all in favor say aye all right yeah all right motion to Rising reports

1:37:19

all right thank you all

1:37:26

right good job

1:37:32

here yeah

# Mississippi Legislature, MS Senate Judiciary A - Room 216 - 23 February, 2023; 3:00 PM, YouTube (Feb. 23, 2023), https://www.youtube.com/watch?v=vj6QKjsksB8

## Transcript (auto-generated)

0:00

all right thank you uh we're gonna can you hear me we're gonna call the meeting to order Judiciary a uh brief

0:07

announcement we are waiting on printing um for a couple

0:14

uh of the subcommittees so which my I'm told it will be 20 minutes thereabouts

0:21

so we're going to proceed we may have to recess subject to call uh while they get

0:26

that here because I do not want to proceed without uh the committee members having that so

0:33

we will um so with that I'm gonna um we are gonna take these up

0:39

uh by subcommittees and I'm gonna first go to criminal law and procedure Senator

0:46

England and so on that's on your second page of the agenda

0:52

thank you chairman Wiggins I appreciate you calling on me first let me get these out of the way I think they're pretty

0:58

simple bills uh first we have house bill number 1215 which is

1:06

the bill that addresses child support for incarcerated individuals we have a strike all which is not before you but

1:13

just to tell you what we did we just did a strike on put the Senate language back in there

1:18

um I do have an amendment to the strike all to put a reverse repealer in at the

1:24

proper time and I'm happy to answer any questions on it but again we've we've we're just putting the Senate language

1:30

into the bill and my Amendment will be to add over version okay we're on the amendment the amendment is to add a reverse repealer

1:36

that's correct that's your Amendment okay any questions on the amendment all in favor say aye aye all opposed

1:44

okay thank you uh now we're back on the bill or on the strike call as amended

1:49

any questions my motion if there are no questions is uh title sufficient do pass strike all

1:56

as amended very good I just want to get all that today make sure we get to you heard the

2:02

motion all in favor say aye all opposed all right thank committee uh the next

2:09
and final criminal procedure um build is on the on the agenda today is House Bill 1217 uh this comes over as

2:17
a request from the administrative office of Courts uh just kind of codifying language that deals with court

2:24
interpreters and and how they may be used you have three different levels of interpreters this puts it in the statute

2:30
what what those requirements are and and what judges needed to be uh doing of

2:36
course we're getting into the situation in the country we live in where we you know we're all uh seeing more languages spoken and sometimes English isn't one

2:43
of them but that's what this does I'm happy to answer any questions okay uh we're on a bill to have any

2:50
questions from the committee do I have a motion a title sufficient do pass ocean style sufficient do pass all

2:57
in favor say aye aye all opposed that carries thank you Senator England appreciate that before we uh move on to

3:05
the next I want to uh take the the following up and block

3:11
and my motion will be that we set those aside subject to call the chair

3:17
um on your agenda that would be house bill under civil law and procedure House Bill 1155 and House Bill 675 and then

3:26
under uh ad hoc House Bill 1318 and so my motion would be that we set those

3:32
aside uh subject to call the chair I'm sorry can you I think uh my um Senator

3:38
branding made that motion by the way thank you Senator Branning thank you all in favor say aye all

3:45
opposed thank you Senator Brandon okay next we will

3:51
uh next we'll go to uh civil law procedure senator mcconn

3:57
thank you Mr chairman um there's a couple of bills here we'll just start with that 246 Bill uh it is a

4:03

real property Bill and what it says is it's pretty straightforward it's clearing uh clearing up a little bit of

4:09

language in there that says the right of first refusal granted through a contractual agreement or any other written instrument or conveyance is

4:15

extinguished upon the death of the grantee um unless the contractual agreement or

4:21

instrument of conveyance or memorandum specifically States otherwise so what we're saying is that if it just says

4:27

write first refusal reserve for and for me uh and and it doesn't say

4:33

anything else then it's going to inspire upon my death but what it does say in here is if you do you put a writer first

4:38

refusal uh for me and the chairman and the vice chairman uh then that would Prevail over my death and that's the

4:44

only thing we're doing in here is clearing up that language to say and that unless it's unambiguous language I

4:50

want to face that instrument that that's what it would do it would extinguish upon the death of the grant too I would

4:55

entertain questions Mr chairman before we do that I will note to the committee which I think you do know that as you

5:01

see on your agenda all these bills have gone through subcommittee and have been

5:06

done that so the recommendation it uh you see there on your agenda so we're on the bill on the strike Hall do we have

5:13

any questions on House Bill 246 emotional B type especially fast strike

5:19

call Mr chairman motion is uh child's fish and do past strike all in favor say aye aye all

5:27

opposed motion carries thank you House Bill 685. Mr chairman this is a another

5:34

real property Bill and this is coming from our friend uh representative Reynolds um this provides a single

5:42

um a single a single issue here's what we're dealing with we're trying to to be sure that um after effective date that a

5:48

person conveying interest to two persons who are married to each other and such properties are primary residents of the

5:55

married couple uh that the deed conveying such interest would create a rebuttable presumption that it is in

6:00

joint tenants we joint tenancy with ride survivorship current language says that if it's two individuals and it does not

6:07

have specific language on there that says uh joint Dentistry survivorship then it's considered to be tenants in

6:13

common uh so the goal here is to say that if a married couple owns their property and they put in their

6:19

um it's just one name or two names in there there's a rebuttable presumption that is in favor of a right survivorship

6:26

situation uh too often we have minors involved and we have a tragic situation and people didn't get their deeds

6:33

corrected we're seeing that less and less but it still it happens in in Real Property law so the goal is to try to

6:39

create that rebuttable presumption uh to clear that up I would entertain questions Mr chairman

6:45

all right any questions from the committee uh Senator Turner Ford

6:55

thank you Mr chairman so as you mentioned current law is if

7:02

the language is not specifically stated that the individuals are joint tenants with writer survivorship It Is by

7:10

default a tendency in common that is correct so what if it's a situation I

7:15

think you may have mentioned this where the couple is married but both

7:21

individuals or the other spouse is not on the deed so are you saying that that

7:26

if just because they're married and lived together on the property a rebuttable presumption

7:34

of a joint tenancy is created there is a according to way that's written right here uh I I do read it where

7:41

um no actually I read it where it's conveyed it to persons who are married that it would have to have both names on there but if it did not have the right

7:48
survivorship language on there that it would that currently it would be tenants in common but the way that I read line

7:55
31 an interesting property to two persons who are married to each other

8:01
so that would be to both of them uh line 31 there on

8:13
what if they don't intend to create a joint tenancy well if this would be in a

8:20
and I guess my my question is pertaining to an incident where two individuals have married this could

8:26
be a second right a multiple marriage um they don't share the same heirs

8:32
are we creating a joint tenancy just by virtue of the fact that they're married and lived on this property if names are

8:39
on that deed then we are creating that joint tenancy now what so kind of where I see this where we're

8:45
at right now is formerly you had to go in there and put the specific language of a joint tenancy in the Deep now I

8:52
believe you would be changing the presumption and if you wanted to be tenants in common you would have to put the the clear language on the face of

8:58
that deed of tenants in common and if we're if if the situation is one

9:04
of the tenants is now deceased and one of The Heirs is then trying to

9:10
challenge this presumption of a joint tenancy

9:15
um the level of proof that would be required the type of situation that we're creating and both individuals are

9:22
no longer living to to dispute or provide facts to the country

9:30
is is there a reason in particular that where this this bill is being Advanced uh this bill has been brought up and I

9:36
don't I don't believe it's a bad Bill and I tell you why because in my practice I do see it and like ideally

9:41
you you've seen a lot of changes in the in the drafting of Deeds since the 60s

9:47

and 50s and 40s where back then it was the tenants in common is what you saw more of now you see a lot of people most

9:55
attorneys putting in there uh the The Joint that's right survivorship you know

10:00
I believe this is just to clear up those few that are left out there and and Senator Turner Ford to your question and

10:07
I don't obviously do as much real estate laws at but it's a problem you always

10:12
find in the court cases that somebody hasn't uh put in rights or survivorship

10:18
or there's a question as to what it is or they do it and it's you know it's tenants in common and so there's uh I

10:26
think the reason this is not I think the reason this is being Advanced is to are up this problem in the area of the law

10:33
and um that's to Senator McCann's point trying to fix that and

10:39
it's just creating a rebuttable presumption but isn't it um if You observe the law as it is currently the

10:46
presumption is if you don't have the specific language in the deed then by default it's a tendency in common and so

10:53
we're actually what we're doing is changing the presumption to the reverse am I understanding we are actually this

10:59
this bill would do that but the qualifications it says married okay so I

11:05
think what that what the language is saying is married the Kia op is married there well I'll just share there are

11:12
some instances where I've spoken with couples and I know that this is you know they their heirs are not the same and

11:19
they don't want to disinherit either set of children and so they just

11:25
allow this deed to be recorded as you know they're just um tenants well the property there's 10 their tenants in

11:31
common and there's no full writer survivorship language and I believe Senator I I agree with you and I think a

11:37
a studious attorney would clear that up in the drafting of it unfortunately uh

11:43
I'm afraid that there are some out there that don't do that if you came to me and asked me that same question I would put
11:50
in there specifically tenants in common uh and if I were if you were going to do
11:55
another another deed where you want to provide survivorship I would say not as tenants in common but it's full rights
12:00
joint to this right survivorship um so ideally I would like to see that on all
12:06
the Deeds I mean it would make it a lot easier for a practicing attorney that's doing the thought of work um
12:12
but I I'm bringing this up to the committee to to consider uh We've considered it some of the subcommittee
12:18
and I entertain any more questions on that Senator last question um with this law apply to to bills that
12:24
have been recorded retroactively or is it going forward only after the date of this act
12:30
thank you Senator Hobson good question yesterday thank you Mr chairman
12:36
um I think again I practice in this area some too and I do think that most married couples
12:43
would have their and they expect that it is a joint tendency with writer survivorship I think there'd be very few
12:49
that would want the tenancy in common they expected upon their death their spouse would continue to own the
12:54
property they're usually it's Homestead maybe not always uh could be exceptions to that as Senator Turner forward and
13:00
pointed out um I I think I think this is a step in the right direction my biggest concern is
13:07
the effective date because I think I mean we attorneys may know the effective date uh and that we have to tell people
13:14
that well it depends on what it was but a lot of people may not know that I'm wondering if we shouldn't strip that and
13:20
just make it that it's the rebuttable presumption is for any tenant any any uh conveyance that has two people that are
13:27

married at the time it shouldn't be presumed to be um joint tenancy with brighter

13:33

survivorship my only concern there Senator uh would

13:40

be um as we are running title work on these properties if if we now have this and

13:46

we've taken away the effective date and say all previous ones is what you're suggesting is that correct

13:52

um then that's going to leave a high burden on a title attorney to go and decide well was it right to survivorship

13:59

or was it not where do you create and and it actually would go back to Senator Turner Ford's uh where what evidence

14:05

would you use to make that determination I'm hesitant to say let's go back and do it all the old ones uh because I don't

14:12

know what they did you know intent at the time uh I do agree that most people

14:17

think when when Dad dies it goes to Mom and they forget about the kids because they don't know the intestacy statutes

14:24

uh but in this situation I'm hesitant to go uh just open the door for all

14:30

previous transactions so the the effect is that anytime that you uh are looking at a piece of

14:37

property we're going to have to start saying well pre assume this goes into effect upon uh July 1 2023 so you know

14:45

depends on whether or not that property um was conveyed prior to July 1 2023 or

14:53

after July 1 2023. that's going to be everybody's just gonna have to know that's the date

14:58

um well and let me make sure that I understood what you were saying was you would like to either uh change the date

15:03

or just say it blank blanketly applies across the board well 10 years from now if I'm doing title work or I've got to

15:10

conveyance and somebody says well who owns this property upon um and I guess that's just something we

15:16

as attorneys will have to know but I think a lot of people in the general public would not understand and that's I

15:22

mean that's just part of it that what date what is the effective date everybody will have to know that

15:27

effective July 1 2023 the rebuttable presumption was that it was uh from then

15:33

forward it's it's uh joint tenancy rights of survivorship from bareback it's tenants in common

15:39

yes and you just create a weird situation in the law that um some folks I guess it'll depend on

15:45

when it was conveyed I think most people when they convey them together to a married couple I'd be willing to bet that 90 95 percent of them felt like it

15:52

was being conveyed to The spouse's joint tenancy rights of survivorship whether it said it or not that's my experience

15:58

and I don't disagree um and and I'm just trying to clean up there there may be five or ten percent

16:04

that thought it was going to be tendency in common and that's why they did it and I guess those folks may not get their

16:09

wishes but if they wanted to wish if they've got a specific desire it's easy to put tendency in

16:15

common or joint tenancy yes sir uh and I agree most people have done that anyway the effective date is my concern uh

16:22

Central Macan thank you any other questions

16:30

all right do I have a motion uh Thomas fish do pass motions titles fishing do pass all in favor say aye aye all

16:36

opposed the eyes have it thank you to

16:42

welcome to law school audience [Laughter]

16:49

all right uh House Bill 821 Senator McCann thank you Mr chairman uh we've

16:56

seen this bill before um ladies and gentlemen the committee we um

17:02

oh there is uh there should be a strike call on that

17:10

one there it is I'm sorry I didn't have it before me we've seen this before uh this

17:15

was working through subcommittees over the last couple years uh we we took a if you see the proposed uh strike all here

17:22

um this allows and it authorizes uh the Secretary of State's office to charge uh

17:29
a different amount for an electronic notary pursuant to their prog promulgated rules so right now an

17:36
electronic notary would cost substantially more than the five dollars currently under statute we have taken

17:42
our language that was created in this in the subcommittee in the past put in there than in person shall be not

17:49
more than five dollars and that uh uh electronic notary shall be not more than fifteen dollars and less uh unless

17:56
Secretary of State's office makes a rule otherwise but it can be no more than that fifteen dollars and that's because

18:02
some of the software is costing substantially more to do the recording of those um

18:08
but like I said this was the language we poured from last year and we we kind of came to uh some type of

18:14
decision that it was it was better than what we had we did take out the residency uh discussion that was in the

18:21
old bill so that has been taken out and this is just about the amount of electronic notary fee an interesting

18:27
questions any questions I have a motion promotionally pass

18:33
strike off motions house fish and do pass strike all in favor say aye aye all opposed eyes have it

18:42
House Bill 1101. uh last bill here is the 1101 it um it was brought to us uh

18:48
by the Secretary of State's office about some concerns um now we we require that you give an uh

18:55
email address to all uh Secretary of State's office when you do your annual reporting or when you create a new

19:02
Corporation LLC or or anything of that nature so I had some major concerns

19:08
about saying that all notices shall be electronically mailed uh we work with the Secretary of State's office and Miss

19:14
Janice over there to to come in here and and put a provision where you can

19:19
actually elect to receive your notices electronically if you look at the language error

524

19:25
um such a determination may be served either by electronic mail to the email address or the registered agent of the
19:30
corporation or by first class mail as indicated by the corporation if you've created a corporation you know that you
19:36
do an electronic form uh there's a spot in there there's going to be a new form a new spot located in there that says
19:42
would you care to receive your notices electronically if you mark that then you have made a overt action to receive your
19:50
notices electronically and they will will come to you electronically from that point everybody else will continue to receive it first class mail I'd
19:57
entertain questions Mr chair any questions
20:02
anybody want to grill Senator McCain not a special new pass strikeout title
20:08
motions titles fishing do pass try call all in favor say aye aye all opposed that carries
20:16
thank you senator mcconn for your uh hard work
20:23
all right I'm going to go to uh Committee of one we'll call up house
20:29
bill 276. um this is
20:35
the um stay Board of physical therapy
20:41
um I don't mind saying uh at the request of the State Board of physical therapy uh
20:47
we had filed a Senate bill this is the house companion bill the Senate bill is dead
20:54
um and in short what it's doing is if you look at line 68 to
20:59
70 I'm sorry to 81 it is giving them subpoena power there are many board for whatever reason
21:07
the board of physical therapy which I think has been kind of reconstituted didn't have doesn't have it there are
21:13
other boards in the state that have subpoena power from the social worker board nursing board medical licensure
21:19
board Pharmacy Board psychology board Dental Board I could go down the list and so their request is to be able to

21:25
properly regulate and properly handle their folks they needed subpoena
21:31
Authority and that language right to everything else is current law that language you see right there is what they've requested
21:37
so be happy to answer any questions emotions title sufficient do pass all in
21:44
favor say aye all opposed uh the eyes have it
21:57
all right um house bill 485.
22:02
many of you are probably familiar with this one this is the sexual assault kit
22:08
bill that has come over from uh chairwoman Cockerham
22:14
um in short the sexual assault kits are
22:20
what's used uh when you are doing when law enforcement and others are investigating uh alleged sexual assaults
22:27
and um through different reports there's
22:32
various sexual assault kits that are not being investigated or for whatever reason are not being handled what we
22:39
want to try to get to these um you have before you have proposed strikol and the difference between the
22:46
the house bill and the proposed strike call is that at the end of the bill you have a task force
22:53
um I'll refer you to that
23:01
okay you have a task force the uh sexual assault evidence accountability task
23:06
force and the strike all adds to Physicians
23:11
um onto there uh we have that thank you lines 232 to 235
23:19
um
23:26
all right [Music] um
23:31
respect 203 and line 203
23:41
okay so if you have any other any questions on the bill

23:48

um do you have a motion motions title sufficient due pass try call all in favor say aye all opposed

23:56

motion carries

24:06

next on our list is House Bill 1020 which many of you are

24:13

very familiar with I want to uh and I also see the Jackson

24:18

delegation here um I'm gonna I have a couple comments

24:23

and then we'll go through the bill I would like everybody when we

24:29

go over the bill focus on the bill because

24:34

um a lot of work's been put in it from the Senate side um and I will refer

24:40

uh people to the op-ed that was put out by representative chairman Trey Lamar

24:48

and if you'll notice in there he said the the sole goal of trying to get somewhere is for the public safety of

24:55

Jackson and I think that's what we are trying to do

25:01

um I'll go through the bill in a minute we do have a strike all before you as a proposed strike call

25:10

um and I'll highlight it this way the strike all takes out the appointed judges I'm sorry all the appointments

25:17

that came over from the house bill the strike all takes out what's known as the

25:23

expanded ccid um and his background I think and and I

25:31

need to inform the committee because it's become clear through this debate that really people don't know

25:38

in the senate for the last two years has funded

25:43

prosecutors and D.A I'm sorry prosecutors and judges

25:49

to help the city of Jackson and those prosecutors and judges have been doing

25:55

their job here at the state capitol some of you may remember I and I think

26:03

some others have stated that from the senate floor that we're helping them in

26:08

previous last session I know chairman Hobson has handled the appropriation for

26:14

this so for three years or I think approximately two years we've been doing that

26:19

the effect of the strike call that's before you is we are codifying

26:27

what we have been doing as a state legislature for the last two years

26:35

um and we are utilizing the system and we I should say we I personally have

26:44

spoken to the district attorney for Hinds County who I will state I think is doing a good

26:49

job I have numbers I have data from them and what has been shared with me is that

27:00

with the assistance that has come forward from the state to this point

27:05

the case loads and the the criminal cases in particular are being addressed and it's working

27:13

so to go through the bill section one says there should be three temporary

27:19

special circuit judges this is important that language is important because

27:24

they're temporary that is in reference to or similar to what we've been

27:29

approach appropriating through the appropriation process with powers and duties uh uh under the Constitution

27:38

under subsection two two temporary special Circuit Court judges for the

27:43

seventh Circuit Court District um shall hear only criminal matters so what does that mean that means two

27:49

judges can hear civil and criminal one judge hears only Criminal

27:55

right I'm sorry three thank you three judges everything two judges criminal in other

28:00

words a rocket docket for criminal cases and that's a US lawyers know what that

28:06

means um if you look at uh line 47 in section

28:12

one uh 15 days after passage of this the Chief Justice shallow point or reappoint

28:19

by the way the judges in that position um

28:26

how things have been operating to this point is the chief justice has appointed

28:31

those judges who are handling the cases here so this is no different from what

28:37

we've been doing for approximately the last two years then if you notice in line 53 it shall stand repealed December

28:44

1st 2026. so the state is funding these judges

28:49

until December 1st 2026. um what we're doing right now is you're

28:55

subject to the appropriation process every year section two three full-time legal assistants in the seventh Circuit

29:02

Court District those are assistant DA's those are what the uh as many of you

29:08

know there is a D.A uh Bill going through requesting assistant DA's this

29:15

is the three that they've requested uh that Hinds County and the seventh circuit court is requested section three

29:22

public defender uh three full-time assistant public defenders the house and

29:28

their Bill had public defenders the state will be funding the public defenders section 4

29:35

um and a little bit of background many of your criminal cases go through the county system your County prosecutor

29:43

um and so under section four the County Attorney I should say this section 4

29:49

subsection one is already standard language in the code that is actually

29:54

Harrison County for those subsection two you see is new language

29:59

we're simply doing what Harrison County has been doing for years the County Attorney uh in Hinds County can appoint

30:08

a second what I would call Deputy County attorney two of them thank you thank you

30:15

two of them you will notice that this subsection will repeal on December 1st

30:20

2026 okay that means the the second County attorney that position not your

30:27

regular County attorney the state the state pays the state

30:32

it's good to have the Appropriations chairman on the committee but the state uh the plan is the state

30:38

529

foreign oh yeah okay thank you

30:45

um if you look at lines 82 and 83 it says funds specifically appropriated by the legislature section five

30:52

um this is currently in Hinds County seventh circuit there are four judges uh

30:58

that stand that's language is already there starting at line 101

31:03

starting January 1st of 2026 there shall be one Circuit Judge for the seventh

31:08

Court District uh and shall be elected uh and shall be

31:14

elected from the areas the judge yeah in addition to other judges so

31:20

starting in January 2026 Heinz County seven Circuit Court will have an

31:25

additional judge I will note for everybody in the committee that in 2025 is the elections

31:33

is that right for 2026 okay is judicial elections

31:39

um 2026 yes that's right

31:51

okay thank you thank you um if you look at like okay if you look at lines 130 so many

32:00

don't know but your judges in different places including Hinds County run and some people call them places in the in

32:07

the code they're called sub districts so if you look at line 130 you're creating a separate sub or new sub District

32:13

called sub district seven five uh of in Hinds County to be determined before

32:19

January 1st of 2026.

32:25

um section seven this is taking the language from the house bill with the body worn cameras uh where they shall uh

32:32

they shall wear it section eight [Music] um okay Section 8 through

32:40

uh really all of section eight is language that the Senate has already

32:46

passed dealing with the Capitol Police the one difference is this in this

32:52

language the jurisdiction of the Capitol Police is being extended is being extended to all of the uh city limits of

32:59
Jackson also um the starting at lines 228 to uh 229
33:10
foreign
33:16
yeah sorry 214. uh the commissioner of DPS
33:24
um and the City of Jackson shall enter into a memorandum of
33:30
understanding uh this mutually beneficial to both the execution or failure to do that does
33:37
not change the jurisdiction of of the Capitol Police um in the event that the memorandum is
33:45
not signed the uh Commissioner of Public Safety uh any dispute shall be resolved
33:52
in their favor
33:57
then um
34:04
right okay if you look at section 10 except for Section 8 of this act it shall take
34:10
effect of being enforced from July 1st of 2023. um I will note that section 8 which is
34:16
the capital police will take effect should this become law on October 1st of
34:22
2023 that's to give uh yeah that's to get higher officers that's to give time
34:27
for them to do it so with that that's an explanation of the bill I'll be happy to answer any questions
34:33
Senator Simmons
34:43
thank you Mr chairman um you noted at the beginning of your
34:49
presentation of the bill that the Hinds County delegation um was actually here did you speak to
34:55
the senators from the Hass County delegation about these proposed changes I I did I informed them we discussed it
35:03
I will let them if should they want to comment on that but yes I did
35:09
okay and I was certainly glad to do it um and it's no not that there's any
35:17
secrets but the Hinds County Jackson delegation knows for the last two years
35:22

that we've been funding these positions through the Appropriations process and I'll be I'll be upfront about it and say

35:29

they've worked hard for their constituents to bring a safe Community to Jackson

35:35

okay and so section one um as you mentioned we passed the bill

35:42

and we actually have if I'm not mistaken for special temporary judges appointed by

35:49

the Chief Justice already in the city of Jackson helping with the back backlog

35:55

vacations correct that's correct we have five

36:00

okay yes we have I thought it was four we have four there

36:05

are three that are working and there's one vacancy for I'm not sure that they're trying to fill that

36:12

um doing that and by the way that's been done as I said through the appropriation process so it's the language in section

36:19

one in the strike all is this language adding additional

36:24

judges or is it incorporating what we already have but adding one more because if you add to three and the two in some

36:30

section one and two the total is five so I guess my question is are we adding one more special judge

36:37

temporary judge to the four that we are already funding in consultation with the

36:43

lieutenant governor's office the intent of this language that you're referring to is to add these to those that are

36:50

being funded through the Appropriations process um

36:55

so would it be a total of five should this bill become law yeah I'm

37:01

right I'm sorry let me put it this way it's a total of five to to add those to

37:06

there and did we fund them through 2026 okay should this bill become a law to be

37:13

honest I don't know that any place needs 13 judges or whatever okay I just want to make sure that the intent is that to

37:20

add just one more temporary judge that has already been funded by the

37:26

legislature that's my understanding okay thank you best way to put it is it codifies the
37:32
four that the legislature's been funding and adds another one thank you for
37:37
section [Music] two and three you said you did speak with the Cass County district attorney
37:44
Jody Owens regarding the additional Ada's and also the additional public
37:50
defenders uh yes and also this committee and the Senate passed the prosecutors
37:58
um what is known as the the prosecutor's request D.A Bill and in that bill the
38:04
Hinds County had requested three additional assistant DA's
38:10
I didn't see it and if I overlook it I apologize Mr Sherman
38:15
at any point in time would these be permanent Ada's additional Adas and a
38:22
permanent additional public defenders or are they temporary and if so when when
38:27
would it end the prosecute the legal assistance as they're termed in the statute they're permanent
38:34
[Music] um and I should go into it's not in this bill but in the in the different
38:41
bills that address the legal assistance code under that the state funds a certain
38:49
amount of Adas and the counties if they so choose fund a certain amount of Adas
38:56
and we uh determine how many of the counties can do that's what part of
39:03
judicial and D.A redistricting is as we go through so the intent is the yeah in
39:10
section two that it would be permanent and the state would be paying those and
39:15
as it pertains to section three based upon our current public defender
39:20
structure if you're not the state public defender public defenders are funded at the
39:27
county level and as I read the language of section three these additional three additional
39:33
assistant public defenders will be funded by the state correct and I need to point out that
39:38
as the bill came over from the house what the house had proposed was that
39:46
public defenders go through the state capital uh program and that money go
39:55

there and so this is uh and you're you're correct depending

40:00

on the county Counties have a County public defender system and some counties use contract public defenders and so

40:08

um those are the ones that do that that so that's that's so both the house and

40:14

the Senate Bill yes are talking about funding public offenders

40:19

by the state I'm sorry Madison yes okay and

40:24

I think one or two more questions

40:32

and you already pointed out like the line 82. for the additional two Deputy County

40:40

attorneys for Harris County uh you know well of course the elected

40:47

County attorney is paid for by the county but the two that are mentioned in line 76 through 86 which is section four

40:55

it will be funded by the legislature in the last 82 and 83. yes okay

41:01

but that subsection expires December 1st 2026.

41:07

okay I see that and starting in line 101

41:15

the I think this is an error because the next judicial elections will be in 2026.

41:24

and so the term for all judges elected in the November 2026 election will start

41:31

January the 1st 2027. for

41:38

council is pointing us to section 9 of the

41:50

257. okay I see uh so yes uh so your same is uh I led

41:58

council at shed some light on that okay The Language online 101 references January 1st 2026 to give the Authority

42:05

for the candidates to file in the election that would be the filing

42:10

um and then if you look at section I believe it was section 9 that lays out the

42:17

um the term beginning a year later I see so for the new elected judge in Hinds

42:23

County the qualifying will start January 1st 2026 and in February 1st of 2026 correct

534

42:32
which is qualified deadline but but but any church that was elected
42:38
in November the term you say it was starting last 257 January 1st 2027 for
42:44
four years no I think that the intent is under section 9 is that the the new
42:49
judge comes in January 1st 2027 and serves a full four-year term I got you and and Senator Simmons led me with
42:57
these the judges the prosecutors well I'll take the prosecutors out because those are permanent with the judges and
43:04
the County prosecutor this may be a bad term but I use it
43:09
we're triaging the cases and the court load and the court system in Hinds
43:16
County until 2026. this passes we're we're doing that and then as we go
43:22
forward you'll have yes Hinds County will then have it's just an additional judge to what it they have now
43:29
gotcha right and the permanent and the permanent assistant DA's so so the
43:35
temporary judges will fall off we have a permanent elected judge and the
43:41
additional daes and additional public defenders will remain
43:46
based on the language yes I will say this though this as you know this is all subject that my
43:53
assumption is that the how will end up in conference so all those things will
43:58
be have to be discussed that being said this should this Pass and Pass the floor
44:04
this is the Senate position going into conference and my last question is
44:12
the Senate considered 20 Senate Bill 23 43 earlier that this session that dealt
44:18
with the ccid and in your beginning explanation of the bill Mr chairman you
44:24
said that this bill does not or we remove the language that came over from the house regarding the expanded ccid
44:31
correct that's correct however the strike all as was in Senate Bill 2343 expands the
44:40
jurisdiction of the Capitol Police to the city of the city limits of Jackson

44:45
thank you that's all my questions thank you um I think Senator Blackman had a question
44:52
uh yes thank you Mr chairman under section one
44:58
where you're saying that there would be no limitation on whatsoever upon the
45:07
powers and duties of the said judges and you were representing that this was what
45:14
they were doing presently those judges that I appointed by the uh
45:19
Supreme Court no as set up in the Appropriations process through the legislature yes
45:26
that's right they're handling they're handling those yep it's my understanding from communicating
45:34
with those judges those elected judges that they give
45:43
cases to those appointed judges and if
45:48
they choose not to give them cases then they can't handle any of the cases that
45:55
have been assigned to them but now we're saying that they can just get anything
46:03
um I don't know if that was into I will say this from what my understanding of what
46:08
you're talking about is that when this was set up I guess approximately two years ago
46:14
there was uh let's just say everybody wasn't singing from the same hymn book
46:19
and people had to get involved my understanding is that's been worked out and so yes the current judges then send
46:28
over the to the what I'm calling the currently funded special judges
46:35
and so uh I don't think there's any you know wrong intent in that
46:42
um and what this is saying is actually just the Constitutional part of it they can see civil here civil and criminal
46:49
whereas if you look down at line 44 it says judges shall only hear only
46:55
criminal matters and the idea behind that is to create what I call a rocket docket for criminal matters but if we're
47:01
trying to um Place into law what the judges are doing currently then

47:11
would it not be that the four elected judges continue to give to the specially
47:19
appointed judges those cases that they want to give to them no ma'am because
47:26
the judges that are being put here would have the same Authority as any judges in
47:34
any Circuit Court I and I'm sure you're pretty much familiar that when there's
47:41
three judges or four judges or five judges you have a senior Circuit Judge and they all work together for the
47:46
benefit of the district that's what's contemplated here okay but when in your explanation you represented that it was
47:54
just a continuation of what those judges were presently doing and so in in effect
48:01
this is not a continuation so my next well you may see it that way but I don't
48:06
see it that way we're giving we're giving temporary special judges to the seventh Circuit Court district and the
48:14
judges who are all adults and lawyers and all that can decide how they want to handle those things should this become
48:20
law okay so presently
48:25
the the cases that come to enter our circuits
48:33
they are supposedly randomly assigned to a judge from the
48:40
administrative office of course I don't know how it specifically Works in Hinds
48:45
County I can tell you as a practicing attorney the yes when you file cases
48:51
also criminal cases they're randomly assigned okay so now these judges will
48:57
be in the rotation for getting randomly assigned cases I don't you know again
49:04
they're temporary special circuit judges
49:12
okay yeah and the the language that you're talking about
49:18
from what I understand is not in the appropriation the issue the the reason it got to that point was if you want to
49:26

really from what I know and you get into it is that when those judges were

49:32

appropriated and appointed by the chief justice that there was pushback from the current sitting judges

49:39

and so they weren't willing to work with the special judges so

49:45

the legislature wants a safe Jackson now the system that you're describing is

49:52

what came about from what I understand by adults getting in a room and working through it so I

49:59

suspect should this become law that that's what will happen and they'll all work together for the benefit of the

50:06

citizens of Hinds County but we're

50:13

now carving out for hours

50:18

a Circuit Judge in the seventh circuit where they will only handle criminal

50:26

cases that's what lines 41-44 says yes as I

50:32

said it's a rocket docket for criminal cases and and Mr Owens the D.A when I

50:37

met with him stated that they are handling cases from as far back as 2015 and 16. and if we want to get a handle

50:46

on this then we need cases going to trial and going and being handled by a docket and that's why we've done that

50:52

and so the uh um chief justice is going to appoint

50:58

this criminal judge and then his when

51:05

it's it's a D.A going to decide what cases will be going to this criminal

51:11

judge or again is it going to be going through this supposedly blind process

51:18

where you get this one then the next one comes up I get then the next one Hopson gets then

51:25

the next one turn forward you know that I think those things just need to be worked out but as far as the I know this

51:31

talking to again the D.A in these cases they're trying criminal cases before these special judges that

51:39

were already appropriating my next question is on lines 48 and 49.
51:50
where you say the Chief Justice shall appoint the judges on authorized under
51:56
this section if throughout the state
52:01
if a judge should retire before
52:08
his or her term is up or it would be it one would die
52:15
um does our constitution allow the Chief Justice of the Supreme Court to make
52:21
that appointment I don't know I I think you've been here what about
52:27
18 years you've been here yes
52:33
I I don't know does not the the
52:39
governor get the opportunity to make appointments if an opening occurs
52:47
honestly Senator Blackman I don't know I don't I don't know
52:55
you take my word for it important if a vacancy occurs
53:02
I'll rely on Council Council when we need to get to that point thank you in the Constitution the
53:09
wording of the Constitution and all of that and that that's just because I don't
53:15
know I mean we'd have to go look at it and the council is saying Nintendo uh was a uh and a was a Senator here a few
53:24
years ago in an opening came available on the court of appeals who made that
53:30
appointment for him well that's the court of appeals and my understanding is well that certainly was the governor
53:36
made that appointment and we and then and then you know he's done a good job he did a
53:43
good job on court of appeals and we hadn't had to face election in
53:49
um our Circuit Court District one of our
53:57
Circuit Court judges was appointed to the Court of Appeals
54:03
uh judge M finger and then the governor then appointed a replacement
54:11

539

in our Circuit Court District for that judge that when M finger ascended to the

54:18

court of appeals through an appointment from the governor Senator Blackman we're on this we're on the bill before us I

54:25

don't know how that line of questioning relates to the language that's in the bill and so I'm not sure what that's

54:33

about but we have other committee members we have a full house and we need to get on to the agenda so it's related

54:40

to the constitutionality of the Chief Justice and appointments when the Constitution

54:47

does not give the chief justice that Authority but I will move on thank you

54:53

online 138 um where you say uh what this bill says

55:01

that the body one camp that the office of Capitol Police shall wear

55:08

on their uniforms the body one cameras at the proper time I would like to offer

55:16

an amendment for if there's a failure to

55:23

um for the value on camera not to be on at an arrest okay at the proper time

55:30

will entertain your Amendment do I have questions I I haven't finished my question okay thank you

55:38

on um online 220 to 223 it says that in the

55:48

event a memorandum is not ex executed than any dispute would be in favor

55:58

of the enforcement functions of the office of capital police

56:03

what uh why is that not a mutual

56:11

um if what if what if it's the capital police

56:17

Chief is refusing to execute the memorandum

56:24

if he refuses or she refuses then why can it not also be in favor of the city

56:31

of Jackson well somebody first of all in the law enforcement space

56:38

um if you go back and you look at where things happen at certain points there

56:43

540

tends to be a question of who's in charge okay so with this language and by

56:48

the way this is language which has been used in previous Capital police legislation uh somebody needed to be in

56:56

charge because you have problems when that doesn't happen It is Well documented in the media and

57:03

it's well documented in the court system that um there's been issues with the city of

57:10

Jackson and particularly the mayor entering into contracts and so that language is to provide for

57:18

the safety of the citizens of Jackson so that they are no longer caught at least

57:24

in this scenario caught between disputes between the city of Jackson

57:29

and I would say the mayor and Capitol Police we're trying to create a safe place not only for the citizens but also

57:37

for people who come here for our great capital city

57:44

and at the proper time I'd also like to offer an amendment on

57:51

um at lines 230. 231 where you're saying that the

57:57

uh you have to receive written authorization from the chief of the

58:02

Capitol Police or the commissioner for if there's any kind of

58:10

uh uh event which is going to take place on any

58:16

Street a sidewalk of any property that's leased to Own by the city by the state

58:23

of Mississippi at the proper time you're excuse me your Amendment will be entertained

58:29

I think those are all of my questions okay we have other questions on the bill

58:35

other questions all right now's the proper time for your Amendment Senator Blackman thank you

58:44

at um and I'll let Council tell me where I

58:50

need to have this but I would like lines 136 to 138

58:56

for failure to have the body camera the body One camera on

59:04

doing an arrest that

59:10
police officers shall forfeit pay for three months
59:15
and this is trying to equalize in some shape form or fashion
59:23
for the person who is being arrested
59:29
and that's the um okay can you restate your Amendment based on where you're trying to insert
59:36
that um at the end of the line on line 36 after that period
59:44
wouldn't that be correct for failure to have the body One camera on
59:51
that Capital police shall forfeit pay for three months
59:58
yeah the recording device whatever they use
1:00:03
all right um you've you've heard me I'm I'll just state I'm not really sure yeah Senator
1:00:10
Hobson question we're on the amendment on the amendment is is that provision in
1:00:15
the law anywhere else in the state about the forfeiture of pay not that I know of I'm not I'm no not
1:00:23
that I know of and that by the way this language is from the house too and they didn't have it
1:00:28
from they didn't bring anything like that over thank you may I respond to that question
1:00:34
Mr chairman sure um I don't think that we have this language
1:00:40
for this bill in any jurisdiction in any other part of
1:00:49
this state so we're on new ground
1:00:55
any other questions on the amendment I would ask the committee I would State on
1:01:01
the amendment that as Senator Hobson mentions there's no other language like that having the body that's an unfair I
1:01:08
would think that's an unfair position to put the officers in and actually the the
1:01:14
um agencies the police agencies they have their own operating procedures and how
1:01:19
they dictate and hold their officers accountable so I would ask you to vote against the amendment
1:01:25
so all in favor of the amendment say aye get a chance to close yes I'll yes you may close

1:01:33
thank you again this entire
1:01:39
strike all amendments we have 82 counties in the state of
1:01:45
Mississippi and I'm team cities towns Villages and unincorporated areas and we
1:01:55
do not have this kind of law for any of those entities and I love the
1:02:02
city of Jackson I was born and raised in the city of Jackson so I'm very grateful that this
1:02:11
legislature is taking an interest in the city of Jackson but I do believe
1:02:18
that there should be some kind of penalty
1:02:23
it doesn't have to be three months but that's the starting point there should be some penalty for you're not having
1:02:31
that camera on when you're making an arrest if we are trying to protect the
1:02:39
citizens of Jackson and we're trying to protect all of the visitors who come to
1:02:47
Jackson then I think that what's good for the goose is good for the gander and
1:02:55
those police officers should have some kind of uh
1:03:01
accountability thank you Mr Jim thank you excuse me
1:03:06
thank you you've heard that all all in favor of the motion say I I'm sorry the amendment say aye
1:03:12
aye all those opposed the nose habit your next Amendment
1:03:18
Senator Blackman uh thank you Mr chairman on line 2 30.
1:03:25
where it's 231 we're saying that the Capitol Police the written authorization
1:03:31
from the chief of the Capitol Police are the commissioner required prior to the
1:03:37
approval of any event I would like to add and it cannot be unreasonably
1:03:44
withheld and this goes to a prior restraint when you're trying to
1:03:53
have freedom of assembly first amendment protection you don't want
1:04:00
someone to withhold authorization for a period
1:04:06

after the time that your event is occurring

1:04:12

and which line is that 231 31 okay unreasonably without okay

1:04:18

you've heard the amendment does anybody want to any questions on the amendment

1:04:24

anybody want to speak on the amendment okay those in favor of the amendment say

1:04:30

aye aye those opposed chairs in doubt ask for a uh show of

1:04:39

hands those in favor of the amendment say aye

1:04:46

those against

1:04:55

six the uh most I'm sorry the amendment

1:05:01

fails um okay any other questions we're

1:05:07

uh Senator Simmons Mr chair Mr chairman was an oversight I

1:05:14

do have one more question the language starting at line

1:05:19

101 for the new elected judge for hands County that would be in sub

1:05:26

District 7-5 I'm sorry what's the question my

1:05:32

question is that new elected judge that will run in January of 2026

1:05:38

is there a language here that requires that all candidates to be from Hyannis

1:05:44

County sorry Senator Simmons I know you're interested but you don't live in the 70s

1:05:51

I'm not interested I just want to make sure uh because I know throughout the state I

1:05:57

know chairman Hopson knows this some districts require you to have to live in the actual sub-district some

1:06:04

districts require even if you live in the judicial district you can run in any

1:06:10

other sub-districts and so I don't know what the law is right before this doesn't change this language doesn't

1:06:16

change any of that it's what's right before you okay so I guess for the

1:06:21

council with the it's the law in the seventh circuit does it require you to

1:06:26

have to live in the sub-district or can you actually run if you in the
1:06:33
entire seventh circuit there's nothing in the strike call that talks about that yeah but the strike all starting at 1 30
1:06:40
and 1 through 132 creates a new sub District so I'm just trying to find out
1:06:45
you also may be able to assist you okay I looked at those two sections I didn't see any requirement one way or the other
1:06:51
as to a residency it would be just as otherwise provided by law as far as I know um there may be another requirement
1:06:58
somewhere separately on the seventh circuit but those are the two primary code
1:07:03
sections for the seventh circuit and that's I didn't see anything in there so whatever these you say one way or the other so the intent to counsel is
1:07:10
whatever the requirements are for to run for judge in the already four
1:07:18
sub-districts in the seventh circuit the governments would apply for the newly created sub-district 7-5 that's correct
1:07:25
thank you thank you
1:07:31
you have a question no sir um Amendment at the proper times
1:07:37
that was the proper time thank you Mr chairman just going back to six and seven of the
1:07:43
bill uh where it talks about the cameras uh I would just like to add an amendment
1:07:51
uh that would start online 134 on 135 about the body cameras and
1:08:01
Patrol vehicle cameras um that shall be one
1:08:08
and operational or own while on duties
1:08:16
um and where it says the body cameras means devices that are to be worn by police officer I would like for
1:08:23
um patrol vehicles to also have those devices and not simply say that shall be worn but shall
1:08:32
be on and operational while they're on duty and and I asked for that Amendment
1:08:39
as a former mayor this was some of the things that we implemented years ago and
1:08:47

545

it protected our police officers when they had to bring those um things to court by their camera we

1:08:54

had car cameras and body cameras and not only did they have to be warned but they had to be on and operational

1:09:01

while they were on the and in uniform and that's just what I want that's what

1:09:08

I was like for the minute they would say if I may ask what line so you're adding vehicle cameras is that what you're

1:09:14

doing I would like to add vehicle cameras as part of this and I would like for instead of the language instead of

1:09:21

it saying that the body cameras and or if we add the vehicle camera to

1:09:28

not just only say shall be worn because I can put it on but I don't have to turn it on okay and I would like for

1:09:35

it to say that shall be on and operational while on duty account if

1:09:41

Council can State how you have the I can I can read it back uh so it's beginning on line 133 and then going through line

1:09:48

36 the Department of Public Safety shall issue all Patrol police officers within the office of Capitol Police body worn

1:09:55

cameras and control vehicle cameras that shall be worn on the uniforms of the patrol officers and on the and shall be

1:10:02

affixed to patrol vehicles that shall be on and operational during Patrol yes

1:10:09

do I have okay do I have questions on the amendment Senator Hobson thank you thank you Mr chairman

1:10:15

um do we know what the cost I barely know what the cost is on the police officers I know the Commissioners come

1:10:21

to see me about a rough estimate on what the cost is for the uniform body worn cameras we don't have that finalized yet

1:10:27

uh what costs or for is it going to be for the uh additional patrol car cameras

1:10:36

um I'll be on so Senator Hobson I'll be honest that may have been provided but I don't

1:10:42

have the cost of the body worn cameras and I certainly don't know the cost of

1:10:47
the vehicle cameras and is is there a mechanism do you know
1:10:52
and I may need to get with the commissioner on this what the mechanism is in place right now what regulations he's got for
1:10:59
um implementation of the um the vehicle cameras
1:11:04
um I'm sure there are and they may actually already have them I don't know I mean this is a question that I think
1:11:10
is for the commissioner of Public Safety so I I don't have that information but I
1:11:15
think it's good information because where we as is Capitol Police we're
1:11:21
going to have to fund it the legislature well maybe that's something that the
1:11:27
parties could work in their memorandum of agreement that's in the bill between jpd and them
1:11:33
well I I think call sharing agreement I think based on this wording if I'm in not incorrect counsel is that this would
1:11:40
be the the State uh DPS correct
1:11:46
this is Department of Public Safety so it's going to be it's going to be the state after
1:11:52
the city of Jackson and anyway thank you Mr chairman
1:11:57
okay any other questions on the amendment any questions on the amendment
1:12:03
all right all in favor say aye all opposed sorry
1:12:08
I'll opposed
1:12:13
the nose have it
1:12:20
Senator Simmons last question we've got other agenda items
1:12:26
thank you so much Mr chairman for your patience uh I do have a question about the special judges are the special
1:12:33
judges required to be from Harris County
1:12:38
seventh Circuit Court District okay the judges in section one right seventh
1:12:45
Circuit Court District

1:12:50
no it says where they should be important but we know we are talking about the appointments to the seventh

1:12:56
Circuit Court District but I'm saying are the not let me say this

1:13:01
um if I I'm sorry I maybe didn't understand your question this two what the bill calls temporary special Circuit

1:13:08
Court judges no there's no language that says they have to be from Hinds County

1:13:15
as is the case as we spoke about the chief justice has made appointments

1:13:23
the Chief Justice operates and this goes for conflict cases this

1:13:28
goes for cases throughout the state what I would call a pool of Judges

1:13:34
um and so the idea is uh the reason it's not limited there so these are special temporary judges so we can get uh boots

1:13:42
on the ground so to speak to get this going whereas to the permanent judge that

1:13:48
we've talked about they have to be an elected from the seventh Circuit Court District

1:13:53
thank you thank you Senator branding has a motion

1:13:59
motion is title sufficient do pass you've heard the mo yeah as a

1:14:06
asmo as amended um you've heard the motion all in favor say aye

1:14:12
all opposed no the eyes have it thank you for the discussion appreciate

1:14:19
it um we'll call up house bill number 111.

1:14:26
foreign

1:14:37
County Court jurisdiction for termination of parental rights this

1:14:43
is uh representative Jansen who's here he's going to explain it's uh the bill

1:14:49
itself which is behind your proposed strike Hall um and I've I've spoken with this uh

1:14:56
with representative Jansen about his bill the strike all that is before you is uh is putting in the language of the

1:15:05
Statewide County Court System um and uh dealing with uh youth courts and

1:15:15

um Senator I'm Senator oh I've promoted you representative Jansen you may

1:15:20

explain the bill to the committee

1:15:25

yeah thank you Mr chairman this bill addresses jurisdiction as far as tpr

1:15:32

cases are concerned a couple of years ago the legislature granted tpr jurisdiction to those County courts

1:15:40

um exercising jurisdiction over abuse and like neglect cases um subsequent to that a case came down

1:15:46

from the Supreme Court indicating that perhaps that jurisdiction only applied to those involuntary tpr cases however

1:15:54

Our Youth Corps have consistently been excuse me been approving surrenders and

1:16:02

and voluntary tpr cases so just this just clarifies that the TBR jurisdiction with Youth Court Falls for both

1:16:08

voluntary and involuntary cases that's a brief explanation and then Senator Wiggins has a lot of other stuff

1:16:15

in it thank you representative and I will state that the strike all will have

1:16:21

I think it may be an oversight and having talked to representative Jansen to have his language as well as the

1:16:26

Statewide County court system and I will we've talked about that that came from a

1:16:32

commission the Supreme Court commission uh to try to get a handle on the

1:16:37

jurisdictions of our youth courts and um so that's the bill do I have any questions

1:16:44

Senator Turner Ford thank you Mr chairman I think this is

1:16:50

the the language that we passed out of the Senate and I believe I raised questions about there not being any

1:16:56

overlap between the Chancery Court districts and these proposed County

1:17:01

Court districts right will there be any efforts to realign these districts to

1:17:08

make them more harmonious with what's in place I will tell you the the idea behind this is to yes to get it to

549

1:17:15
conference and to work through that I know that what you have before you that those were recommended by the Supreme

1:17:21
Court commission I've heard talking to different people that that would be you know there needs to be some changes so

1:17:27
we're willing to do that yes and if I may ask when when was this recommendation from the Supreme Court

1:17:34
commission two or three years ago and um it's been supported by many different

1:17:40
ones but there's been some uh folks who had some questions about it not necessarily what we're trying to do but

1:17:46
just the logistics thank you thank you any other questions Senator

1:17:52
Barr

1:17:57
thank you Mr chairman did you indicate that this would go to conference this will go to conference for sure yes okay

1:18:05
because I had some questions on jurisdictional things I need to yeah that's okay that's right thank you yes

1:18:13
Mr chairman just a quick quick note there um there definitely seems to be some uh

1:18:19
differences in numbers of districts in there so as it goes to conference maybe we need to look at those we will yes

1:18:26
because they don't correspond throughout the bill right and I I acknowledge to the committee that it needs to be

1:18:32
updated and and look at that any questions do I have a motion

1:18:39
motions title sufficient do pass all in favor say aye all opposed

1:18:46
eyes have it okay I'm going to ask that we're going to uh uh skip over the

1:18:52
remainder under committee one we're going to go to ad hoc and Senator Boyd

1:18:57
yeah and we'll um

1:19:02
house bill 510. foreign

1:19:11
sorry I think you've got your packet there in front of you of ad hoc legislation

1:19:17
um we'll go to Senate Bill 510 um I will tell you I want to start off
1:19:23
by there were some questions this is the same bill that we looked at um and we have kind of taken off the
1:19:29
name um we did that in subcommittee yesterday um this is looking at the responsibilities and the rights of
1:19:36
foster parents as they care for the children in foster care um I want to thank start off with my
1:19:41
first thanking the Attorney General's office commissioner Andrea Sanders and Shannon Warnock of CPS and really thank
1:19:49
the work of the conference of County Court judges that have worked with us and crafting a piece of legislation that
1:19:56
they feel like will benefit the children that they are taking care of in their custody I particularly would like to
1:20:02
thank Lee County court judge Stacy bevel and Madison County Court Judge Stacey O'Neill and
1:20:09
um judge um Edwin Hannah for making sure that we were communicating with the
1:20:16
county court judges and these particular issues um the committee um proposed committee
1:20:22
strike all that you have in front of you incorporates many of the changes that I know some of you said that your judges
1:20:29
had um with the piece of legislation we have worked with these judges we have also
1:20:35
worked with The Advocates that brought us this bill to begin with and so you'll
1:20:40
see the changes that in the strike all from the original Bill we already had language in our statutes that dealt with
1:20:48
the rights of foster parents but we've explicitly spelled out really beginning at line 304 We spelled out the
1:20:56
notifications that foster parents need to have advanced notice of meetings
1:21:01
because we have some courts that and CPS workers that are giving a lot of advance notice making sure that the families are
1:21:09
very engaged know about their IEP meetings knowing about a lot of this but
1:21:14

we have other jurisdictions where that is not the case and so we have a great frustration among our foster parents of

1:21:20

really being and boy can you is it's hard of hearing can you we have a great frustration of some of

1:21:27

those foster parents and we've heard from a tremendous amount of them across the state of not having basic

1:21:32

notifications of IEP meetings doctor's appointments um also to

1:21:38

um there because there's a lack of uniformity and how these youth courts operate um sometimes when the Foster family

1:21:45

wants to be able to give the judge information in a foster care case they're not permitted in the courtrooms

1:21:51

this would allow them to be present in the courtrooms it doesn't give them um you know

1:21:57

um it doesn't give them the right to an attorney or anything like that it gives them which I know has been some issue

1:22:04

with some prior language we had but it really puts them being able to communicate with that guarding that advice gives them a right to talk to

1:22:11

that Guardian Ad Litem and I know most of you with the courts that you operate in can't believe that this is actually

1:22:16

not the case but believe it or not that is the case in some jurisdictions so this is why we've worked with our youth

1:22:24

court judges our County Court judges and making sure that we put these obligations in place

1:22:30

um where that and the reason that we want to do this there was a case that came up just this last week

1:22:35

we're probably it was kind of a extreme case with children that had been foster

1:22:41

care for um a number of years really basically their whole life they're four and six

1:22:46

years old and there was a hearing done that really changed the placement of

1:22:52

that child had that foster parent been able to be in that courtroom and provide

1:22:58

basic and information to that judge I think you would exceed a completely different outcome where children's four

1:23:04
and six who had been in custody of the state their entire time
1:23:09
would not have been jerked out of that Foster family's home and put in a completely different placement it was
1:23:14
pretty extreme situation and that's where the communication failed so this really makes sure that that
1:23:20
communication is placed with the youth court judge knowing what's going on in that Foster child's life this also helps
1:23:27
the Foster family facilitate when reunification is the gold it helps them facilitate visits with siblings and it
1:23:36
puts the ability to really do that so additionally we have
1:23:41
um put some notifications in you would not believe that Foster families that we've heard of that did not know that
1:23:47
those children were entitled to some of the free and reduced lunch programs and
1:23:52
different things like that that so this puts an obligation in here and it also makes sure that when a child comes into
1:23:59
your home within at least 15 days you can kind of receive a outline of their
1:24:06
information form because we have parents that were not being given those information forms so they did not know
1:24:12
sometimes about medications and um counseling issues and different
1:24:17
things like that so this really just outlines just basic things that families need to take care of these children and
1:24:24
where how they get reimbursed in different things like that it also out
1:24:29
says the department is going to develop a grievance procedure and they do have agreements for them they are working with and that so this really just puts
1:24:36
those things into place so we also have added in here as you know the Senate
1:24:42
passed a task force and Foster Care and Adoption so we want to make sure as of
1:24:48
yesterday I think they have um as of yesterday when we met maybe that Bill had not been referred it has been

553

1:24:53

referred by the house Neil but we have placed this language in here that has to do with that task Force as well which is

1:25:00

the 17-member Task Force because we basically just skimmed the surface this

1:25:05

last year as we were doing our hearings on all the many different issues that um

1:25:10

were needed to be looked at and addressed with issues that right now like our state treats abuse and neglect

1:25:17

the same way many other states they've broken up those issues and they treat them differently so those are things

1:25:24

that really that um this does so I'm happy to entertain

1:25:29

questions on this Bill thank you Senator Boyd a lot of hard work any questions on

1:25:35

the bill Senator Hobson thank you Mr chairman there was an amendment I think Ethan Council we made in committee

1:25:42

that's not in there but just wanted to reflect it starting on line 328 and following there should be a provision

1:25:48

there it says unless ordered by the court in case of the foster parent hearings there's some reason not for

1:25:54

them for them not to be there so if that would be reinstated I just want to make sure that's in the middle yes that's the

1:25:59

oversight it should have been talking to counters and I moved to auction thank you

1:26:04

any other discussion remote a couple of amendments Mr chairman okay and these

1:26:12

are major Amendment please okay they are and he said it was incorporated well I

1:26:18

think I'm sorry yours is already in there based on what council

1:26:26

yes um thank you Mr chairman and as Senator Boyd

1:26:32

um informed the committee she spoke with my youth court judge and they're just a

1:26:39

couple of items that I see she sent me the same thing that she sent you online

1:26:45

341 um the opportunity to request and she

1:26:51

once inserted from the Youth Court permission
1:26:57

and on line 362 where it says retain the right to advance notice she inserted
1:27:04

uh reasonable advance notice those are just two technical
1:27:11

anybody want to speak on the amendment any questions on the I would consider those friendly amendments I think they
1:27:17

just got left out Senator Blackman thank you in drafting say hey you've heard the
1:27:22

discussion all in favor say aye aye all opposed Amendment carries
1:27:28

you had another amendment Center all right we're on the any other
1:27:34

discussion we're on the bill I have a motion ocean style fish and do pass has amended
1:27:41

all in favor say aye aye all opposed
1:27:46

the eyes have it thank you uh next bill 533
1:27:58

um the next piece of legislation before you if you will flip own over to um this
1:28:04

has to do with home studies and um this legislation that came over from
1:28:09

the house we had kind of looked at this issue in the Senate um there had been some proposal that we
1:28:16

really um get do and homes to really kind of do away with um home studies when basically
1:28:24

do away with home studies um if it doesn't the judge did not feel like that it was necessary
1:28:31

um talking with CPS and our youth court judges we are proposing um that unless the the court determines
1:28:37

that the home study is not necessary in the case of an adoption by a step parent or a relative or in the case of an
1:28:44

adoption in a foster to adoption placement because they've had multiple visits by CPS at that point so talking
1:28:52

with the Youth Court judges and talking with CPS we are not gonna we are just going to give some very narrow
1:28:58

exceptions here for right now so that would be what we are proposing in that legislation
1:29:04

any questions any other discussion have motion

1:29:10

title sufficient due pass committee substitute motion is title sufficient due pass all in favor say aye aye all

1:29:18

opposed all right that one goes House Bill 996 uh Senator Boyd we do have a

1:29:26

basic strike call to this bill correct

1:29:32

yes um we do have um we want to make a proposal we do have

1:29:38

a strike all to this but um this is a piece of legislation we saw

1:29:43

this piece of legislation last year um the legislation is asking basically

1:29:48

about what happens when someone has done in vitro fertility when they have done

1:29:53

deposited within a um a bank

1:30:00

um their sperms and eggs and what happens after that process and the piece

1:30:05

of legislation that was given to us there was a situation

1:30:10

um from the representative brought up and I think Senator younger's constituent where that they decided to

1:30:17

do when the husband died and she decided to do in vitro fertilization after his

1:30:22

passing and so this the family was not able to do get any Social Security

1:30:29

benefits because it was after passing and there are some states that have

1:30:34

looked at this particular issue and have said that for those purposes they could

1:30:40

receive government benefits we talked in committee substantially yesterday we had

1:30:46

a good subcommittee hearing with her but there's been some concerns additionally

1:30:51

kind of raised on that so um what I would propose to do and

1:30:57

Council can assist here in doing this is that what I would suggest that we do is

1:31:02

limit this strictly to not um Regular estate but just strictly

1:31:08

limit this to government benefits um because there's some problems with

1:31:15

um what happens if they pass away there's the estate there's other children this could be held up for a

1:31:21

long time with other children taking care of that and the opening of the estate so what we would suggest to do is

1:31:28

that just for the purpose of government benefits that they um that this would be in effect for is

1:31:35

that what the proposed strike call is doing that's in the packet yes sir okay so you can see it on lines

1:31:43

38 and 39. okay

1:31:49

all right you've heard the explanation of the strike all um any questions

1:31:57

okay Senator Branning I appreciate the clarification on um the

1:32:04

Restriction the restrictive language I'm not so sure that it actually restricts the language as as I think

1:32:10

we've discussed before the meeting as we intend because it talks about um for the general purposes of intestate

1:32:16

succession so I just ask I'm not going to make an amendment or anything right now but I should ask it before we get

1:32:21

into the floor let's look at this one more time to make sure that we are in fact only um talking about government benefits I

1:32:28

would fear that this moves along and it does apply generally to intense succession I think that could have some

1:32:34

really big unintended consequences thank you thank you thank you Senator Branning all

1:32:40

right any other questions have motion title sufficient due pass committee

1:32:46

substitute strike off title uh you heard the motion all in favor say aye

1:32:52

all opposed motion carries uh considering we table 13 18

1:33:00

uh 11 15 our last one okay um on 1115 Mr chairman I would ask that

1:33:08

um representative Owens be asked to explain the bill

1:33:13

I've been a senator twice today I was going to say yes you may proceed thank

1:33:19

you this bill takes our durable legal custody statute so right now Youth Court
1:33:25
um in abuse and neglect cases can grant durable legal custody and that's really a permanent Grant of custody right now
1:33:32
there's some foreign shopping going on as to whether or not modifications for that Grant of DLC are to be filed in
1:33:37
Youth Court or Chancery Court this just goes along with current law as far as custody is concerned and keeps that
1:33:43
jurisdiction of DLC for modification purposes with the youth court that granted the DLC and that's an
1:33:50
explanation of the bill uh Senator Barrett
1:33:55
uh question Mr chairman yep I'm sorry you're recognized yeah thank you uh
1:34:01
representative would you be opposed just to make it crystal clear
1:34:07
uh if online 23 through 27 I said after granting durable legal custody of a
1:34:14
minor child are you I'm sorry are you referring to the lines on the proposed strike Hall
1:34:20
yes sir okay on the proposed Striker
1:34:27
yeah that's perfectly fine that clears it up more yeah and and I'm I'm sorry what what I want to make sure of is if
1:34:33
we say the Youth Court um exclusively
1:34:39
or shall retain exclusive jurisdiction because I agree with you there is a lot of forum shopping and with the
1:34:45
concurrent jurisdiction between youth court and Chancery Court there's always
1:34:50
a problem in my district and I think if if we said that youth court has exclusive jurisdiction of durable
1:34:57
custody whether it be a modification or the granting of it uh or are you opposed
1:35:04
to to that once it gets to the floor I'm not a person okay thank you
1:35:20
if it's okay I I guess I would make that Amendment now that's what I would okay
1:35:25
yes it is okay to do that okay yeah please I I would ask that Ethan will you

558

1:35:30
restate the amendment just word exclusive online 25 before jurisdiction exclusive jurisdiction yeah

1:35:38
I just think it would would clear things up for chancellors if it says all durable legal custody would would be

1:35:45
exclusively retained whether it be a modification or a granting of such I think it was created pursuant to the

1:35:51
Youth Court act so I think if we include that term exclusively people know hey I can't go to the Chancery Court so I I

1:36:00
think I lost my my page but I think you said it right Ethan okay everybody any questions on the

1:36:08
amendment you've heard the amendment all in favor say aye all opposed the amendment carries

1:36:15
um for our coffee I'll say representative Owen has done has done a really

1:36:20
um admirable job in the house on these areas working with Senator Boyd and so appreciate that um any other questions

1:36:28
were on the bill as amended any questions I have a motion

1:36:33
uh motion is what title sufficient do pass first all in favor say aye

1:36:40
I'll post motion carries now Rising report the

1:36:45
motion is there all in favor aye

# Mississippi Legislature, MS Senate Floor - 7 March, 2023; 10:00 AM, YouTube (Mar. 7, 2023, https://www.youtube.com/watch?v=4J_8j_RMMJY

## Transcript (auto-generated)

4:34

mm-hmm

9:54

I'd like to call the senator to order Mr clerk please call the roller Senator Barnett

10:00

Senator Barron Senator Blackman Senator Blackwell

10:07

Senator blind Senator boy Senator Branning

10:14

Senator Brian Senator Butler the 36

10:19

Senator Butler the 38. Senator Carter

10:24

Senator Kaufman senator chadstone Senator Chisholm

10:32

Senator DeBarge Senator Delano

10:37

Senator England senator philang

10:43

Senator Frazier Senator Harkins

10:48

Senator Hickman Senator Hill Senator Hobson

10:55

Senator horn Senator Jackson Senator Johnson

11:02

Senator Jordan Senator Kirby

11:07

Senator McCann Senator Mac Daniel

11:13

Senator McClendon Senator McMahon Senator Michelle

11:20

Senator Moran Senator Norwood

11:25

Senator Parker Senator Park

11:30

Senator Pope Senator Seymour

11:35

Senator Simmons of the 12. Senator Simmons of the 13th

11:42

Senator Sojourner Senator Sparks

11:47

Senator Suber Senator Tate

11:52

Senator Thomas Senator Thompson Senator Turner Ford

12:00

Senator Whaley Senator Wiggins Senator Williams there Senator younger

561

12:09

Mr President Quorum is president thank you Mr Clerk of the Senators and guests in the gallery please rise for

12:16

the invocation be given by Reverend Jim Genesee who is

12:21

the senior pastor at First United Methodist Church of Starkville Mississippi

12:27

the invocation will be followed by the Pledge of Allegiance led by Senator Williams Reverend

12:35

let us pray almighty God the source of all wisdom

12:41

and Truth you have told us what is good and what you require of us to act justly

12:48

to love mercy and to walk humbly with you and so God we come before you today

12:54

asking for your help that in the midst of complicated and difficult choices

12:59

this body May swiftly and rightly discern your guidance and then have the

13:05

courage to act accordingly I give you thanks for these women and men gathered here who have answered the

13:11

call to Servant leadership May the decisions they make benefit all

13:16

of our citizens and Gladden your heart thy kingdom come thy will be done on

13:23

behalf of those gathered here and those scattered across our state I pray in the

13:28

name of the father and the son and the holy spirit amen amen please join me in

13:34

the pledge pledge allegiance wow

13:43

[Music]

13:55

thank you Reverend now the journal Senator poke here recognized thank you Mr President I move

14:02

the Senate dispense with the regional Journal Senator Moon suspense for the reading Journal all in favor signify by saying

14:07

aye aye opposed no the eyes have it message and petitions Mr clerk Mr President there are none committee

14:13

report Senator Pope here recognized Mr President of the Senate dispense with the reading of the committee reports Senator moose defense for the reading of

14:19
committee reports all in favor signify by saying aye opposed no the eyes of it next to the reading of the titles of the

14:24
bills and resolutions Senator poker recognized thank you Mr President I moved the Senate dispense with the reading of the titles of the bills and

14:31
resolutions all in favor signify by saying aye aye opposed no the eyes have it introduction

14:37
of guests Senator Hill for an introduction thank you Mr President

14:45
north and west galleries I have the who's who from the Pearl River County

14:50
Chamber of Commerce I'd like for you all to stand I have Lacey Lee who's the chamber director Raquel tario Russell

14:57
Lee Whitney Bowen Dustin castrinos Kevin hedgepath Misty Toronto Steve Rogers

15:03
Nikki Smith my best half Byron Hill Jason Parker our economic development

15:08
director Lindsey Ward Christy Goss and Mark Wallace and one little secret I'm

15:13
gonna tell today I was Christy Goss the seventh grade science teacher make them welcome please

15:23
and they brought y'all the cookies Paul's Pastry that you find on your desk [Applause]

15:38
um Senator Hickman for introduction Sir Mr President I would like to introduce uh the pages for

15:43
the week

15:59
pretty good

16:07
uh Mr President and Ladies and Gentlemen of the Senate and those guests in the gallery we have an amazing group of

16:12
young people who were here serving this body this week uh paging for Senator

16:17
Kevin Blackwell is Reynolds McCaleb from Nesbit

16:24
paging for Senator David blunt we have Donovan Allen a Byram and Zoe chambers

16:29
of Clinton the best three pages of the week and I

16:35
may be biased but paging for Senator Rod Hickman we have a Darius Hannibal from Meridian Mississippi we have Natalia

16:42
Harris from Macon Mississippi and we have tajik Rush of Preston Mississippi
16:47
this week paging for the lieutenant governor we have Mason Ellis of Brandon Mississippi Delilah Harrison of Woodville
16:54
Mississippi Kaden McKinley Johnson of Lena Mississippi
16:59
Zoe zory Marshall of Jackson Mississippi Chicago Powell of Centerville
17:06
Mississippi Emma Grace Thomas of Morton Mississippi and paging for Senator David Parker this
17:12
week we have Larry Manning Cox III of Hernando Mississippi and we have Kennedy roots of Jackson Mississippi please give
17:19
them a hand and Welcome to our sentence this week
17:36
we go to uh the calendar
17:41
yesterday we'll go to the calendar send it to the bar
18:13
thank you Mr President um my motion is we suspend the rules to take up item 124 on the calendar
18:20
motion is suspend the rules to take up 124 on the calendar all in favor signify
18:25
by saying aye aye opposed no the ask habit please proceed Senator thank you
18:31
Mr President uh item 124 is House Bill 1369 which is the maep formula you need
18:38
to read the title Center to one minute Mr Clark please read the title house bill number 1369 maep determined cost of
18:45
using average daily membership ADM in lieu of ADA with 90 threshold attendance
18:51
triggered make the usual motions
18:58
Senator makes you use your motion all in favor signify by saying aye I opposed no they ask have it please proceed Senator
19:03
thank you Mr President
19:12
foreign
19:18
thank you Mr President I'd like to call up to strike all the house bill 1369 and

19:24
we have an amendment to the strikel not be asked to recognize to explain that they recognize to explain the
19:31
strike call and in the amendment Center
19:36
okay thank you Mr President the strike all that came made out of came out of education and Appropriations where the
19:43
code sections for the maep formula what the amendment to the strike all is
19:49
uh is what you heard if you were yesterday afternoon in committee education Appropriations Committee and
19:56
those were some technical changes to the maep formula um
20:02
if you have House Bill 1369 we have the strike all Amendment that has been available but the the main
20:10
thing is if you look at the handout from committee yesterday what's it has the updated maep formula what the maep
20:18
formula does under the current formula is it's Ada what's your average
20:25
daily attendance which is the number of students times the base student costs Plus at risk allocations minus the local
20:32
contribution plus the whole harmless after uh many years of discussing the
20:40
map formula and hearing that there were flaws to it
20:45
that need to be updated and need some technical changes to it this year we finally came to an
20:51
agreement amongst all the stakeholders as to what changes that everyone can agree to
20:57
and what technical changes could be made
21:03
to keep the map formula current Maps this formula has been around since
21:10
I think 97 matter of fact I think I was talking to someone who voted against it back then
21:16
when just looking forward to voting for it this year so um so what this what the technical
21:24
amendments are is every year the base student cost is
21:30
multiplied by 40 percent 40 percent is

21:36
really not an average an accurate indicator of what the inflation is that on the actual

21:44
expenses of a school district superintendents have indicated that really their only actual expenses that

21:51
are subject to inflation are approximately 25 20 percent

21:57
of map So currently it's 40 percent we're going to reduce that

22:03
to 25 percent and that amount that percentage that percent is multiplied by the actual

22:10
inflation rate and currently that would be eight percent

22:15
and in reality that is the amount that's the figure that really gives the wide

22:22
fluctuations in map because it's not an accurate indicator of what the inflation

22:27
is and so we're taking the 25 percent we're going to then take the average the last

22:33
20 years and average the inflation and so that would give us currently this

22:40
year 2.46 the the bill would the amendment would raise that to the nearest tenth so it's

22:47
actually 2.5 this year so it's 25 times 2.5 percent

22:52
and then you multiply that or actually subtract the local contribution

22:57
the local contribution is really um that is where how much the local

23:04
districts we have requested and recommended that each district put into their District through map

23:12
currently it is the lesser of 27 percent or 28 Mills

23:19
if you're a property poor district and your millage rate is low you would

23:24
probably fall under the 27 percent but if you're a property Rich uh 28 mil

23:30
you'd fall under the millage if you're a property Rich District you would probably utilize

23:36
the percentage cap and so in talking with all the stakeholders

23:43
we have uh agreed to raise that 27 percent cap to 29.5 cap

23:50
and so the question is if we do that does that actually increase or raise

23:55
taxes on a local District and really all we're doing and I would say
24:01
no because in reality we're just most if not all of us districts
24:06
are contributing more than this either one of these caps all
24:13
of them from my understanding are generating and taxing above the 28 Mills
24:19
and so we're just conforming what districts are paying to Statue that's what we mean by
24:25
updating and making these technical amendments and so under this new formula
24:30
we can then fully fund map this year and we're looking at 181 million dollars
24:38
and I believe you've got a handout which identifies each district
24:43
how much each district will receive and you can see
24:49
that and after we put the teacher pay raise
24:54
into the formula this year because if in what happens is when we
25:00
pass teacher pay raises the first year that we we keep the teacher pay money outside the formula
25:06
now we put it inside the formula gives us an accurate and intellectually honest
25:12
representation of how much a teacher how much a district will spend how much they're allocated
25:18
and so if you look at the at the spreadsheet you can see that there are
25:23
very few districts that would
25:28
would actually not have their teacher pay covered uh and that is due to Ada loss if you
25:37
have lost Ada you have lost a number of students obviously you won't get as much money
25:43
because that is one of the figures whether one of the factors that go into map but
25:49
in order to make them whole make sure that they can cover their teachers salaries
25:55
the districts will be held harmless this year in the Appropriations bill so that no teach no district will lose
26:01
money all their all their teachers will be paid I mean not that they wouldn't but all the
26:08

districts will have enough money to cover their their teachers salaries Laurel
26:14
being the largest one at a million dollars if you add all five districts together we're looking at 1.4 1.5
26:21
million dollars now in the following year subsequent years the they'll be subject to the same Ada
26:29
they're unless they're held harmless by the department one of the questions you may have is
26:35
okay we're making a change now why don't we go to ADM average daily membership
26:40
and in running the numbers we found that if we did it during a non-recalculation year
26:48
maep the base student costs is recalculated every four years the next recalculation would occur in FY 27
26:55
and so if if we ran the numbers and made that change now it would cause wild
27:02
fluctuations in what a district would and what not see receive the numbers indicated that some
27:07
districts would receive a significant amount greater amount some would receive
27:13
a significantly lower amount and ultimately it would actually increase the cost of map but if you run it during
27:20
a recalculation year and that is actually when actual expenses are utilized to recalculate or reset the
27:28
formula you get the BSC that actually comes to a wash and there really would
27:33
not be a greater expense the with this updated formula that was being
27:40
proposed for y'all this also would create some certainty
27:45
in the future funding fully funding of maep the the data the numbers have indicated
27:51
that without any further inputs to the end to this formula teacher pay raises and
27:58
things of that nature we are looking at approximately 24 million dollars every
28:03
year to fully fund maep and like I said in FY 27 the VSC is recalculated and we
28:10
reset it to zero and so um that an explanation of the amendment
28:16
to the strike all um Mr President I will yield for any questions thank you Senator Senator Sparks for

28:23
what purpose an introduction to the appropriate time go ahead please proceed Senator and
28:29
we'll get to questions on this one we'll have a number of questions on this bill so please proceed thank you if we'll
28:35
look to the north Gallery I have Olivia Michaels from tippa County she's paging for the governor this week we'd like to
28:41
make her welcome thank you
28:48
Senator Thompson thank you Senator Boyd Senator Boyd for what purpose ma'am and
28:54
please proceed with the Senate help me make welcome a dear friend of Oxford's Miss Ruth ball who's in the gallery up
29:01
here thank you Senator Simmons d
29:08
I'm sorry Senator Hickman introduction Mr President please proceed we have joining with us today braylor Rupert who
29:14
is a constituent of mine and she's paging for the governor this week Senator would you please make her feel
29:19
welcome [Applause] okay Senator blunt
29:26
introduction Please Mr President please proceed thank you uh please help me make
29:31
welcome in the north and west Gallery a group of teachers from the Mississippi Association of Educators please wave and
29:37
we appreciate y'all coming to the Capitol on this historic morning thank you
29:46
thank you Senator Turner Ford for what purpose name introduction would you proceed thank you Mr President we have
29:53
joining us in the west Gallery Miss Lisa Wilson from Starkville please wave to a senate let us make her welcome thank you
30:02
thank you okay questions on the bill questions on the bill
30:08
seeing none centered or we're ready for emotions move for adoption of the amendment option of amendment all in
30:13
favor signify by saying aye aye opposed no as have already on the bills
30:20

um so move for adoption of the strike call we've already we had

30:25

we've already done that yes uh move for adoption by use of the morning roll call you said morning roll call has been

30:31

requested anyone object to the procedure wish to be recorded as voting no

30:38

present seeing none to bill passes thank you Senator bar Senator Hawkins you

30:44

recognized

30:50

Senator Hobson I'm sorry Senator Hobson is first senior Harkins

30:55

one moment Senator Hobson on item number one say Thank you Mr President asked to go to item one have a title read Mr

31:01

Clark please read the title house bill number 273 Healthcare impact

31:07

grant program established to provide grants to hospitals and nursing facilities I'd like to use the motion

31:12

Center makes you use your motion all in favor signify by saying aye opposed to know the I said please proceed we've

31:17

adoption strike call has to be recognized do you recognize to explain your strike home thank you Mr President this is the health care Grant uh impact

31:24

grant program similar to our health care sustainability grant program that we passed earlier in the session uh this

31:31

bill does have a reverse repeater in it as we still are waiting on information uh from the hospital Association and the

31:36

Department of Health on the employees uh the the number of employees for the hospitals and uh still don't know

31:43

exactly what the dollar figure is going to be if we're able to do this program but we'd like to keep two of these bills

31:49

alive uh we've got the Senate bill that's down the house right now I'd like to keep this house bill alive in case we

31:54

need it as we get towards the end of session I'll yield for any questions if there are any

32:00

if not I move adoption of the strike all Senator Butler for what purpose

32:05

question Mr President you have four questions Senator how are you Senator are you recognize for a question thank

32:10

you Mr President thank you so right now we are still at the 83 million dollars right yes sir but I think the house was

32:18

maybe at 80 we were at 83 right and uh this is just the vehicle to that's going

32:24

to be in the separate funding but this is the vehicle that will be the program and how it's set up it'll be the dollar

32:30

figure for each Hospital based on whether they're how many uh beds they have are they critical access or not and

32:36

so this is the these are the mechanics uh the plan right now on the Senate side at least was to put the 83 million in

32:43

the arpa funding because it would be eligible for ARCA funding recognized

32:58

you you and I had a few conversations about this um this this is not going to include all

33:04

hospitals though is it there's there are several hospitals I'm gonna say 12 15 hospitals in the state that do not

33:11

qualify for one reason or another in Central City that's one of the things we're looking at is try to determine why

33:16

they were not included um some of those because they weren't uh critical access

33:21

um we may have a couple that have already opted out for Rural emergency hospitals I don't know that yet and

33:28

that's some of the information that Senator Blackwell and I are waiting to get so that when uh we've got a pretty

33:34

good understanding of which hospitals will qualify and if they don't qualify for what reasons

33:41

like I said I've got two of those hospitals I think they don't qualify so right it's gonna be hard for me going

33:46

back and saying all these other hospitals got money and ours didn't but I appreciate you working on that and

33:52

looking into it for me I will I just simply we don't have all the information at this point I wish we did but I know

33:58

Senator Blackwell when I talked about it this morning still waiting on some information from

34:03

those two entities that I mentioned as to employees and why some are not

34:08

qualifying and another question of God is why some of the critical access hospitals are under the proposal that

34:15

they submitted were at a lower rate too because I don't know that I agree with that necessarily but that's something that'll have to be adjusted and of

34:20

course it's based on the total amount of funding so it may have to be tweaked both ways you know some may have to be tweaked up and some of them may have to

34:26

be tweaked down a little bit thank you Senator horn for what purpose sir

34:32

question are you a question Senator Hopson recognized thank you Mr President thank you Mr chairman Senator Hobson uh

34:40

this bill is is primarily aimed at assisting rural hospitals in my career I

34:45

think it it affects many hospitals around the state I've got I don't think I've got the list with me but it's the

34:51

same information all we're doing here is uh keeping this vehicle alive it's going

34:57

to be the same information that we had earlier and hopefully you had a chance to look at the list of hospitals and who all is affected I don't have it with me

35:03

but I could get it for you later do you know whether or not Jackson Metro hospitals are eligible not independently

35:09

but I could get that I've got that list I think that in my office I'd appreciate it thank you thank you thank you Mr President thank you Senator horn Senator

35:15

Jackson for what purpose I'm sorry Senator Jordan for what's good Mr President my assistant doesn't work

35:24

uh question Mr President

35:29

is are you I want to be specifically correct here it's Greenwood for Hospital

35:36

included in this process but I I as I recall they were included yes what what

35:42

is the maximum amount of Revenue they can receive under this program uh the

35:48

maximum amount was going to be a million dollars you have three categories you

572

35:53
had a million dollars for certain hospitals half a million for other hospitals and had a million for a
35:59
certain level Hospital half a million for another level and 350 000 for a third level of hospital where you say
36:05
levels uh kind of elaborate a little on levels sure the million dollar hospitals
36:11
that would get those funding to be more than 100 licensed beds uh the half a
36:17
million would be those that are 100 licensed beds that operate an emergency room and not classified as critical
36:24
access hospital and then the the third category the 350 000 would be uh less
36:30
than 100 beds and be uh classified as critical access hospitals what a
36:35
hospital was it in the past have had uh capacity of 200 so they would be
36:42
under this bill would get the be among the ones get the maximum amount under
36:48
this particular Bill yes sir but and that's again um I think there are some things in here
36:54
that again as I mentioned when I was answering Senator Suber is that there
36:59
may be some tweaks on this because there are a few hospitals that I don't know why they don't qualify I'm waiting on
37:06
that information uh number one number two is I think there's been some discussion about whether critical access
37:12
hospitals should get an amount closer to that level that I mentioned on that second category half a million why why
37:19
they're not getting more money and I don't just don't have that information right now thank you Mr chairman thank you Mr
37:25
President thank you Senator Jordan Senator Butler for what purpose
37:31
that's got one other questions thank you Mr President we have a list of
37:38
the hospitals how much money they're getting and the different criterias under the Crux of the three criteria
37:44
that I just gave we do have a list of which hospitals are qualify I can get that to you all right that's what I needed thank you again this is not a

37:51
final product yet but I know we're getting to the point where it's going to have to be uh pretty soon if we get this

37:56
done thank you thank you Mr President Senator McMahon for what purpose

38:01
my pass thank you very much any other questions any other questions see a nun Senator ready I think I'd already moved

38:09
and strike all adoption strike all then I move adoption Striker yes adoption Striker all in favor signify by saying

38:15
aye aye opposed no the ask have it please proceed now I moved by passage I moved passage by use of the morning roll

38:20
call this morning roll call has been requested in one objective procedure of course voting no

38:26
present seeing none bill passes thank you Senator Hobson we're on item two sir

38:34
uh thank you Mr President uh while I'm getting this bill I just want to make mention of uh your Chief of Staff

38:41
birthday today as I understand it Nathan Upchurch and I wish the Senate we wish uh Nathan happy birthday

38:47
[Applause]

38:53
thank you sir appreciate you care for me there we moved item two on today's calendar and

39:00
have the title rent Mr clerk please read the title Houston 834 assisted District Attorneys and criminal investigators

39:06
increase authorized number of uh make the usual motion so it makes you usual motion all in favor signify by saying

39:12
aye aye opposed no the eyes have it please proceed uh this is uh the movie

39:18
option strike all has to be recognized exploring you're recognize to explain your strike off thank you Mr President this is uh

39:24
uh the the bill bringing the coach sections forward for the Adas and criminal investigators uh no money in

39:31
this at this point um and don't have a determination I think Senator Wiggins and his

39:37

counterpart in the house will have to look at the numbers on caseloads and uh violent cases from the different

39:44

districts to determine what's needed on District Attorneys and Adas and so

39:50

we'll have to and see how much money is available obviously can't decide this until we know how much money is available on the final budget but once

39:55

that's determined that'll allow uh Senator Wiggins and his counterpart to work on backing into the number of Adas

40:02

and criminal investigators that we may need I think there are a few districts that definitely need some but just

40:07

determining what it is um will be after the funds are available

40:12

I'll yield for questions Senator horn

40:19

thank you Mr President uh thank you Senator Hobson uh Senator Hobson we're

40:25

looking at at making adjustments to Circuit course for uh these are for Adas

40:33

as our judges in there as well no this is just Ada's and criminal investigators

40:39

all right thank you very much thank you thank you Mr President thank you Senator horn other questions other questions

40:44

maybe docs in the striker all in favor signify by saying aye aye opposed no yes

40:50

sir please proceed senator now move by passage by use of the morning roll calls me requested any more objective

40:56

procedure or is voting no Chisholm no Brian no

41:03

anyone else anyone else

41:08

seeing none bill passes thank you Senator Earl number three and four Senator uh us as we skip item three on

41:16

today's calendar go to item four and have the title read three routines just placed on the counter item four

41:22

Mr Clark please read the title house bill number 1613 appropriation education department uh

41:28

I make the usual motions here makes you usual motion all in favor signify by saying aye aye opposed no the eyes have

41:34
it thank you Mr President move it out to the striker and has to be recognized to explain the striker thank you

41:41
um this is the senator bar I just mentioned and we passed the map uh

41:46
rewrite bill this is the actual appropriation bill that goes with it uh and and the total amount of funding is

41:52
proposed in this bill would be um

41:59
well this includes general education programs and that amount is thank you

42:07
um total amount of funding on General ad programs is um

42:13
two million one hundred and fourteen I'm sorry 2 billion 114 million five hundred six thousand seven hundred fifty six

42:20
um the Chickasaw interest portion 16 million 945 631 map

42:26
um 2 billion 821 492 774 and and votech

42:32
education would be 105 million 831 630. keep in mind that a lot of those are

42:37
federal funds and other state support funds that are not out of

42:42
the general budget but I will yield for any questions if there are any on

42:48
this appropriation okay see no questions you're ready or not I'm the strike all all in favor

42:55
signify by saying aye aye opposed no yes have it now I'll move passage by use of the Mortal rules or objective procedure

43:03
it's recorded voting no present seeing none bill passes thank you

43:09
Senator Hobson Senator Harkins your recognize we're right in five

43:17
thank you Mr President I'd like to skip by them five have it retain its place on the calendar and go to item six House Bill 1140 and have the title read I had

43:25
a five routines placed on the counting item six Mr Clark please number 1140 beer Light wine and Light Spirit

43:31
products revised manufacturers prohibited from having interest in wholesalers or distributors

43:37

I'll make the usual motions there makes a usual motion all in favor signify by saying aye opposed no yes please proceed

43:43

Senator Harkins thank you Mr President we adopt a strike all and recognize Senator Chestnut explainer you recognize

43:50

to explain your Striker thank you Mr President this is the house

43:57

bill that is um identical to what we pass out of the Senate and I would like

44:03

to keep both of these bills moving forward and and there is a reverse repealer in this so this bill will go to

44:10

conference and if there are no questions I would like to adopt the strike call

44:16

questions on the bill seeing none all in favor signify by saying aye opposed no

44:23

yes have it all right uh is there no further questions we are on the bill

44:31

yes all right so I moved that we adopt the bill used by the way it's the morning roll

44:39

call thank you Senator anyone object to that procedure of course voting no

44:46

present seeing none of the bill passes thank you Senator Jasmine Senator Hawkins you're

44:52

recognizing thank you Mr President I'd like to go to item seven House Bill 395

44:57

and have the title read clerk please read the title house bill number 395. Mississippi major economic impact DAC

45:04

extend deadline fish with some funds for certain Automotive projects parts manufacturing plant projects make the

45:11

usual motions it makes your usual motion all in favor signify by saying aye aye opposed no the outside please proceed

45:16

Senator thank you Mr President ladies and gentlemen this bill uh simply extends The Authority for

45:22

um the bonds to be issued for economic development project for Yokohama Tire

45:28

um the I believe it's um part of the mou has to keep these bonds

45:35

available but it's for an expansion if the company chose to do so but there aren't any indications they're going to

45:40

expand right now they have met all their hiring requirements and everything is
45:46
um they've met all their obligations as far as uh MBA is concerned so this just keeps it open according to mou
45:52
throughout the end of the year that's the explanation of the bill if there are any questions I move adoption on the
45:57
morning roll call questions are on the bill seeing none use tomorrow roll calls me request you know objective procedure
46:04
no president seeing none bill passes thank you
46:10
Senator on item eight I'd like to go to item eight and House Bill 1168 and have the title read Mr clerk please read the
46:16
title house bill number 1168 in Municipal special sales tax revised use revenue for certain
46:22
I'll make the usual motions or makes you use your emotion all in favor signify by saying aye opposed no the asset please
46:28
proceed Senator Hawkins thank you Mr President um my motion is to adopt the strike all
46:34
and be recognized to explain it he recognized to explain the strike call center um ladies and gentlemen this is the
46:40
house bill that came over the deals with the one cent sales tax commission city of Jackson
46:45
um the bill originally came over where all the proceeds of the one cent sales tax would be used for water projects in
46:53
light of the money that's the federal government is sending the city Jackson uh we basically took the position that
46:59
it would go back to what its original intent was and that original intent is on line 111 through 116 that the revenue
47:06
collected pursuant to the tax imposed on this section can be used for Road Street repair reconstruction resurfacing
47:12
projects paid for cost of water sewer drainage projects uh in accordance with the
47:19
master plan adopted by the commission uh so pretty much leaves it open for them to use it for water sewer streets
47:25
Bridges storm water projects within the master plan what it the bill does do is

47:31
it strengthens the reporting requirements it does require them to provide an audit and a report to the the
47:39
Senate and the house and it just says on line 127-134 that if they do not comply
47:45
with that the Department of Revenue can hold the payments until they receive written notice that the municipality has
47:51
complied with the reporting requirements and also requires them to report to the commission monthly to include the name
47:57
of the vendor the project the date and the amount received and paid each month
48:04
and there is also uh language on line 153 that just says that if there's any
48:10
expenditure from the special fund that was not for a project approved by the
48:15
commission or in excess of the amount approved by the commission that will be reimbursed by the city to the special fund
48:21
um and the other part of the strike all is it eliminated on the section about the members of the commission it removed
48:30
the language that a member will serve until his successor is appointed and qualified it removes that we passed a
48:35
bill a couple years ago that dealt with qualifications and deployments on boards and commissions
48:41
so that is the explanation of the strike I'll yield for any questions Senator horn for what purpose
48:47
question your Center I yield Senator horn you recognize for your questions thank you Mr President thank you Senator
48:54
Harkins Mr chairman uh does the commission have any reason to just to
49:00
suspect that there's been a use of funds for projects other than that which the
49:07
commission has approved I've been told anecdotally that there's been uh
49:12
projects that have they've spent more on projects than were approved and maybe it
49:17
gone to for something that wasn't necessarily on their list is what I was told but uh this just makes sure that
49:24

they'll abide by what the commission and the master plan had uh had approved

49:29

thank you Mr chairman thank you Mr President thank you Senator horn any other questions any other questions say no no

49:37

other questions and move adoption of the strike Hall I'm sure they're strike our all in favor signify by saying aye aye opposed no yes have it

49:45

ready for the questions I'm moving uh passage on the morning roll call you see morning roll call has been requested you

49:51

want to object to the procedure your car is voting no present

49:57

horn present blood present

50:03

Frazier president Norwood president anyone else

50:10

anyone else bill passes thank you Senator Hawkins we go to rules Senator

50:15

Kirby thank you Mr President I'd like to uh pass and retain the items 9 through 32.

50:24

1932 please retain their place our passion retained motions to reconsider

50:29

motions to reconsider anyone seeing none concurrence non-concerned

50:36

concurrence

50:41

page five Page Six

50:47

Senator Michelle which number sir 55 Senate go to 55

50:55

. all other items retain their place on the calendar we're adding 55 cent

51:02

like to go to item 55 Senate bill 22-24 and that's the title be read Mr Clark please read the title Senate Bill 2224

51:10

Insurance prohibit insurer with third party payers from setting the maximum dollar amount for reimbursement for

51:16

proper ventilation treatment my motion is that we do Concur and I'd ask that Senator black will be recognized to explain the bill Senator

51:22

Blackwell thank you Mr President Mr chairman

51:28

this bill comes to us but from the house they removed section one which they felt

51:34

would be an unfunded mandate by the state to pay and they also felt it was

51:39

addressed uh the same the issue was going to be addressed in section two so in in section two they added um

51:48

some verbiage that will allow the Commissioner of Insurance to examine and address any inequalities or

51:54

irregularities regarding provider reimbursement rates and they also put in a four-year repealer that's an

52:01

explanation of the bill I'll yield for questions or requests passage by the use of one roll call

52:08

questions on the bill Senator Sojourner for what purpose ma'am

52:14

a question a year for question Senator Blackwell yes it will Senator so generous recognized thank you Mr

52:19

President thank you chairman um I know you mentioned the house removed some of the language so does the

52:27

bill still create a mandate to insurance companies as to coverage that they must

52:33

provide this bill does not okay thank you

52:39

okay see no other question Senator request passage by the use of the Morton roll

52:45

call you said morning roll call has been requested anyone objective procedure

52:51

question be noted as voting no present

52:58

seeing none concur

53:04

items page six and he went on Page Six

53:10

page seven Senator Harkins which number sir I'd like to skip item 73 have it retain its

53:17

place on the calendar and go to item 74 Senate Bill 2698. all the preceding ones retain

53:24

their place on the calendar Mr Clark please read the title Senate bill number 2698 Avid alarm tax

53:32

at 10 p.m Luke qualifying period for renewable energy project my motion is we

53:37

Concur and let allow Senator Phil again to explain Senator film Game you're recognized for concurs

53:43

I think Mr President thank you Mr chairman just to refresh you um this bill extends something that we approved last

53:50

year um this is when you're establishing solar projects in Mississippi this

53:55

legislation simply extends for an additional five years the amount of time that major solar Investments have to

54:01

reach an agreement for fee and loot arrangements and to remind you to qualify these projects have to qualify

54:06

under Section 27 3146 which requires a 100 100 million dollar investment or

54:13

more this is helping attract investment in Mississippi based energy sources among the announced projects that we

54:20

already have in the state are 260 million investment in Washington County a 150 million dollar investment in

54:26

Tallahatchie County and 120 million investment in Perry and Forest counties and we already passed this and went over

54:32

the house the only thing that the house added that was different was to online 60 they amended language to include

54:40

public utility owner or operating system so that if any companies that are

54:47

already Public Utilities have an investment of the size come about they wanted to make sure that they were

54:53

included in this language in the bill as well so I'm really a very minor change and with that

54:59

um I think the chairman wanted to Notions that we concur in the house change

55:05

questions on the concurrence are not concurrents seeing none we're ready for the emotional Center I mean we do concur

55:12

goes to concur

55:17

all right we got it got used to the morning roll call

55:23

in an objective procedure or the voting no

55:28

Hill no anyone else anyone else sitting down the bill passes

55:36

Senate will go back to 65 for Senator Parker thank you Mr President I'd like to call

55:42
up item 65 Senate Bill 2335 wave the rules first the way the rules go back to item 65 all
55:51
in the favor signify by saying aye opposed no the i7 please Prestige Senator Parker on 65 now we're ready uh
55:58
request the title read on Senate Bill 2335 Mr Clerk
56:03
23.35 income tax credit allow for employee making direct payments to entity for dependent Care on behalf of
56:10
employee my motion would be not to concur but to invite conference
56:16
motion is to invite conference all in favor signify by saying aye aye opposed
56:21
no as have it okay we're back down Senator Hawkins was the last on 74.
56:27
Senator McMahon pass on 75.
56:36
pass uh passenger retained 76 and 77 78
56:44
79 and 80. 81 Senator Tate
56:51
82 down to the general calendar all passenger team their place on the
56:57
calendar the start of the general calendar uh Senator Seymour past is 84 and 85 Senator Phil and Gaine
57:06
passes on 86. chairman Branning
57:11
Senator Branning pass on 87.
57:17
88 and 89 chairman Parker we're on 90 Senate
57:23
item 90 Senate thank you Mr President I'd like to go to item 90 house bill
57:28
number 588 I called it up and have the title read Mr Clark please read the title house bill number 588 Mississippi
57:34
Workforce training and Education Act extend repealer on the ACT and in 2004 Charter law for conforming code sections
57:42
make the usual Motion Center makes a usual motion all in favor signify by saying aye aye opposed no the eyes have
57:48

it please proceed thank you Mr President uh this bill now does two important things it is no longer House Bill 588

57:56

and is now Senate Bill 2552 and Senate bill 2597 which we passed out of this

58:03

chamber uh Senate Bill 2020 25 52 extends the

58:09

repealer on the Mississippi Department of Employment Security uh until 2028. it

58:15

also was the bill that kept the experience rate at zero it put in the fingerprint and background check

58:22

Authority and extended the Delaware provision for uh divisions like DEQ that

58:29

we added to the bill on the floor Senate bill 2597 which is now this bill extends

58:35

a repeater on the Mississippi comprehensive Workforce training and education consolidation Act of 2004

58:42

which is a swift board repealer these are this is now the only vehicle we have

58:47

alive to extend the repealers for these two agencies so this is a bill that's

58:53

going to go to conference but I do have two amendments to add to the bill and I think they are when the clerk so

59:01

um first I will um call up amendment number one discuss

59:07

that and then open up for questions after that discussion if that's okay Mr President

59:15

it's up on the screen please proceed Center okay amendment number one to 588

59:21

addresses some issues that we had uh with some bills that did not make it out

59:26

from the house um I'm going to kind of just kind of walk you through this here what it does

59:32

is in the extension of the office of Workforce Development provision

59:38

Provisions it puts in a statement to implement and oversee career coaching

59:43

programs as described in section 37733 the chairman of Appropriations and I had

59:51

a little discussion that there's already a statute that references the career coaches but the feeling from the house

59:59

and other parties is that we would like to have that listed under the office of Workforce Development instead of under

1:00:04

education and so it will it won't strike the language in 3773 but it'll make

1:00:10

reference to that and then it goes on to say that the program may include

1:00:15

promoting career coaches with access to technology to develop customized career

1:00:20

Pathways and connect students with post-secondary and employment opportunities there was a bill from the

1:00:27

house that asked that we give the office of Workforce Development the ability to

1:00:33

look at a program for the K-12 to allow some technology

1:00:39

um programs to be considered and possibly implemented this doesn't require that it

1:00:47

just kind of puts that ability for those programs to be looked at by the office of Workforce Development in section P of

1:00:55

the amendment it allows the um the office of Workforce Development to also

1:01:01

work with and support training needs that arise from new businesses locating in Mississippi and it also include

1:01:08

support for existing industries that may lose employees as a result of the new business when General Steele located

1:01:14

here or started that process they got some significant resources from this

1:01:21

body but what we didn't really think about was if we do have these jobs that are pulling in ninety three thousand

1:01:27

dollars a year those employees may come from another existing business and by doing this and allowing them to

1:01:35

support the existing Industries there'll some companies out there that might lose an employee to this new or or any

1:01:41

new uh Big Industry that comes in that gives the assistance uh to help find the employees who are now in Need for

1:01:49

Company B and C as a result of company a coming into the state so it just gives them that ability to do that

1:01:56

it also has in level in uh section Q here it

1:02:03

allows them to implement and oversee Mississippi K-12 Workforce Development grant program created in section two of

1:02:10

Senate Bill 2810 we also have a bill on the house side which was my bill that's

1:02:15

still alive that has very similar provisions and so we're going to be working with this bill and 2018 in

1:02:23

conference to make sure that all of the language is the same so we don't have any redundancy in in the process then

1:02:30

the amendment goes on to require reporting to be quarterly and require some specific reports to be made

1:02:39

reason I go ahead and offer this amendment now instead of just waiting until the bill comes to the to the floor

1:02:45

at the end because I want to be sure we have any questions answered on this because this will now be attached to the

1:02:51

repeater bills for two of our larger agencies in the state and I want to get any questions answered on this so that

1:02:57

on Deadline day or the last day session we'll bring this out that we that this is not surprise language we're going to

1:03:04

be retooling it you know but these are the uh the points that I wanted to uh insert in here for questions at this

1:03:10

point so that's a brief explanation of the the bill and the amendment I'll be

1:03:16

glad to answer any questions questions on the bill okay Senator horn for what purposer

1:03:23

question you a four question Senator Sergeant please proceed Senator horn thank you Mr President thank you Mr

1:03:29

chairman um Senator Parker in your amendment is

1:03:34

there anything that speaks to uh the problem that we we saw in the hearing

1:03:40

where the career coaches that have been established uh were largely not in the

1:03:47

delta or Southwest Mississippi or have any provisions been made to address that so so not in the amendment but my My

1:03:55
Hope and I've talked to jobs from Mississippi graduates a little bit about this is they have been funded in the

1:04:02
past under the Department of Education and we hope this year to move you move that to an appropriation bill for the

1:04:08
office of Workforce Development I know they have been doing a program that they have told me about that is similar to a

1:04:15
career coach but I haven't had a chance to look at that so I think if we move that over to the office of Workforce

1:04:23
Development where they are implementing and working with career coaches daily you know I think it'd be a more natural

1:04:29
partnership for them to be there so I do recognize that in the situation and I'm trying to keep that active yes sir well

1:04:36
jobs for Mississippi graduates excuse me has a 25 to 30 30-year history

1:04:43
of success and so you're agreeing with me that that there's an opportunity to

1:04:50
work them into this this process right I think their their natural partner there you know I think um they they probably

1:04:58
can do more they probably have an opportunity to do more than that I think that's uh one of the advantages of this

1:05:03
is through the career coaching program they're still working you know at the end of session to try to get the

1:05:09
appropriate amount of money to the career coaching program and that would be available you know to you know to the

1:05:15
entire State you know to implement more so maybe have some more opportunities for the Delta you know in the process

1:05:22
well yeah and would you agree with me that that in the last few years their

1:05:28
budget has been cut instead of being augmented and it's it's tough to uh to

1:05:34
continue the level of success that they've had in the past with fewer resources when you agree with that

1:05:41

well I'll take your word that it's been cut I wouldn't really very aware of their program until really this year you

1:05:48

know but I've had a couple of conversations with Ramona I think about how that program is working there you

1:05:54

know and uh and I think this will give them an opportunity to you know seek some extra funding you know either you

1:06:02

know their organization directly ordered the schools in the Delta will be able to thank you Mr chairman thank you Mr President thank you Senator Senator

1:06:08

chass and all for what purpose for an introduction out of order Mr President okay one moment please let's finish this

1:06:15

we're just close on this Senator blunt

1:06:21

thank you Mr President thank you Senator Parker the career coaches uh you believe can really be helpful in

1:06:28

our school districts right and that's what this would do encourage that so so the career coaches not could be but they

1:06:35

have been I would say profoundly helpful across the state you know we certainly are my view uh speaking for office of

1:06:44

Workforce Development and the parties I talked to is that we would certainly want to keep that program alive and also

1:06:49

invest more into it in the future you know because you know I've I gave these examples you know but there's one

1:06:57

example I'll be brief on of of a young girl who was about to drop out of school was approached by a career coach her

1:07:04

mother had asked her to go look for a job in 11th grade up uh near in my area and uh the young girl with interaction

1:07:10

with a career coach was able to find a job after school making 18 an hour in an

1:07:16

industry and stayed in school and coming to find out the mother had actually

1:07:21

dropped down in 11th grade for kind of the similar reason her mother I believe had encouraged her to start working a

1:07:27

little bit earlier to help support you know one a one family member a one

1:07:33
uh one parent household and so in that one instance we've changed I think the
1:07:39
path to that young lady you know for generations to come and we talk sometimes about you know what are we
1:07:44
going to do to you know support people who you know are out looking for jobs and that kind of thing and and with
1:07:50
other policies we've Advanced here I think if we can make these advancements early on we can make generational
1:07:56
changes that can have benefit for years to come yeah and and how are these career coaches paid who pays them it
1:08:03
comes from an appropriation so last year through Opera dollars we appropriated eight million dollars for the career
1:08:08
coaching program to kind of get its feet underneath it you know and we're asking that we continue that funding and
1:08:15
hopefully expand it this year but they're paid by the local school districts aren't they no
1:08:20
Workforce Development this yeah so they are not part of Department of Education they are not part of the education
1:08:26
appropriation that's an important Point too because you know the the key here is
1:08:32
the career coaches their connection is to the economic community and to our business community and so if we're in
1:08:39
say your district for example in Heinz say Heinz Community College finds that they need you know some some some skill
1:08:46
sets in the future you know then that the Heinz Community College with their interaction with whoever the business
1:08:54
and industry go directly to the career coach and then that career coach can leave the school and go out visit the
1:09:00
industry go to the Community College figure out the network to make this happen that's outside of MD so we don't
1:09:07
have the career coach looking to you know have the student pass a test or
1:09:12

some of the things the provisions we put on our traditional teachers right your important things don't don't get me

1:09:17

wrong sure but it gives them the Avenue to be more creative in developing a plan

1:09:23

where you know and all this ties in together where the success of the student at the end is the end goal right

1:09:30

so there are employees of the office of Workforce Development that's what we're trying to move the statute to stay this

1:09:37

year and that's why this amendment is here and that's why we're trying to put this under office of Workforce

1:09:43

Development you know because uh in conversations I had yesterday with with the house that I haven't been able to

1:09:49

share with the chair of appropriation yet I I think our hope you know or their hope is to try to have

1:09:56

a separate appropriation for the office of Workforce Development and so I'll be meeting and talking with chairman of

1:10:03

appropriation about the the conversation I had about six o'clock last night with

1:10:08

the with the House Appropriations okay great thank you very much Senator thank you Senator Chisholm for what purpose

1:10:13

man thank you Mr President introduction out of order okay one moment we'll finish

1:10:19

this building come to you and Senator chasmine one second please one moment please all right senator

1:10:25

ready for emotions if there are no further questions my my motion will be

1:10:30

an adoption of amendment number one to House Bill 588 all in favor signify by saying aye aye opposed no yeah I said

1:10:38

please proceed Senator Parker thank you Mr President a second amendment that I prepared this morning is just a reverse

1:10:43

repealer I want to be able to keep this alive and you know get it to conference so that 2810 doesn't get a language that

1:10:50

uh could could be um um we got to get them to match you know

1:10:56

so uh Second Amendment is to add a reverse repeater on the amendment questions on the amendment seeing none

1:11:02

we're ready for your Motion Center Movement Center amendment number two all in favor signify by saying aye aye

1:11:08

opposed no he has have it back on them strike call so uh if there are no

1:11:13

further questions I move uh adoption of the strike call on the morning roll call

1:11:38

anyone object the procedure notice voting no

1:11:45

present seeing none bill passes thank you Senator chasmine on Senator Jason

1:11:51

will come to y'all please proceed with our introduction thank you Mr President I'd like to

1:11:57

direct the attention of the members of the Senate to the South Gallery where we

1:12:03

have uh John Stroud who is the all-time leading scorer in Ole Miss basketball

1:12:10

and also with him is his wife Billie Jean who is the main street director in

1:12:17

New Albany let's make them welcome please thank you

1:12:29

thank you it's good to see you both okay uh Senator Chisholm for an

1:12:34

introduction out of work please ma'am [Music] Mr President we do have some special

1:12:40

guests in the South gallery from Union County and as I call your name if you'll

1:12:45

stand we have a principal of New Albany Mr Paul Henry and we're very proud of him he does an

1:12:52

awesome job we also have Dr Lance Evans the superintendent

1:12:58

and last but not least and I know that Senator chastinal just introduced you but I would like to say a little bit of

1:13:04

extra these two people are very special in our community Miss Billie Jean Stroud does an awesome job as the Director of

1:13:10

Union County development and um we're just so proud of her and then John

1:13:16

Stroud again I would like to reiterate he is an American former basketball

1:13:21

player and Coach who played for four years at the University of Mississippi before being drafted by the Houston

591

1:13:28

Rockets in the second round of the 1980 NBA draft as their first pick following

1:13:34

his playing career Stroud coach for 32 years at various levels we are very

1:13:40

proud of the Strouds welcome to your Capital please help me make them welcome

1:13:51

thank you Senator okay Senator Park s

1:14:00

thank you Mr President I'd like to go uh to I House Bill 922 and ask the tie will be

1:14:05

read

1:14:15

Mr Clark please read the title house bill number 922 Alcorn State University update reference to and go to reflect

1:14:23

current name designation make the usual Motion Center makes you use your motion all in favor signify by

1:14:29

saying aye opposed no the ice have please proceed senators this is merely a technical change that

1:14:36

is taking place so all the new name changes are as follows

1:14:42

uh Delta State University Alcorn State University

1:14:47

Jackson State University Mississippi Valley University those are the

1:14:53

technical changes that are being made to this bill happy to answer any questions

1:15:00

thank you questions on okay senator as for passage on the morning roll call you said morning roll

1:15:06

call has been requested anyone object your procedure of course voting no present

1:15:12

bill passes thank you very much Senator Wiggins you're recognize

1:15:23

thank you Mr President I I said we pass over items 92 and 93 and 94 that they

1:15:31

retain their place on the calendar and we go to item 95 call that up ask 92 93 and 94 retain their place upon the

1:15:38

calendar Mr clerk please read 95. house bill number 1020 Capital complex

1:15:43

improvement district courts authorized make the usual motion and it makes the

1:15:49

usual motion all in favor signify by saying aye opposed the eyes have it please proceed thank you Mr President uh
1:15:57
my motion is going to be that we adopt the strike call and uh the pages are coming around with a uh summary of the
1:16:05
strike call and Mr President I do have an amendment to the strike Hall and um
1:16:14
um you're recognized we can put the amendment up there or one one moment you recognized to explain to strike all and
1:16:20
Amendment one second please thank you Mr President while we're doing that I'll mention that
1:16:27
the summary that is before you is uh a summary of both the strike call that was
1:16:34
passed out by the committee and the amendment that is before you that we're
1:16:40
on right now
1:16:47
I believe you have to strike up strike all up right now
1:16:53
so we'll we'll explain the strike all Senator then we'll move to the amendment thank you Mr President so as you all
1:17:00
know this is the uh the Jacksonville and I want to as we discussed in
1:17:06
committee what our goal has been is to get a safe Jackson
1:17:14
um we all live and work we many live we work here it's our capital city we want
1:17:20
a safe City and that's all we've been trying to do and so what you have before you and I'm
1:17:25
going to run down the summary at the top there what has been deleted from the
1:17:32
house bill is the expanded ccid plan the inferior courts and the permanently
1:17:37
appointed judges so that is not in the strike all
1:17:42
in section one what it does is it provides what's called temporary special
1:17:48
judges which are paid for by the state as was mentioned in committee we have
1:17:53
been doing we the state the legislature has been uh paying for on a year-to-year
1:18:01
basis special judges and they've actually been holding Court up here to work towards the backlog of

1:18:08
the cases and so what section one is simply doing or is doing is taking those
1:18:15
judges in the legislature and the state is committing to fund those uh until
1:18:23
2026 and we're adding another judge to that and as you see there three judges
1:18:29
in Hinds County appointed on a temporary basis to hear civil and criminal and
1:18:36
then two of the judges do what we call a rocket docket to handle just criminal
1:18:42
cases um section two and I'll uh I have an
1:18:47
amendment related to this provides for two assisted DA's to be paid for by the
1:18:52
state section three um and this is something that was requested by the Hinds County public
1:19:00
defender and I will state that when you have a public defender it the it's
1:19:06
necessary the system works and so there will be three assistant full-time public
1:19:12
defenders um and I'll go over to the amendment after I go down the strike Hall then in
1:19:19
section four provides additional County prosecutor for Hinds County
1:19:24
so um for those that don't know many of your criminal cases they get started in
1:19:31
your County courts and your County Prosecutors are the ones who handle a lot of it and so what the strikol is
1:19:37
doing is being paid for by the state providing for an a new or an additional
1:19:44
Deputy County prosecutor to be appointed by uh the elected County prosecutor and
1:19:51
I will note that that language is actually borrowed in part from what goes on in Harrison County and by the way
1:19:58
Harrison County to my knowledge is the only one that had something like this and so now Hinds County
1:20:05
um section five uh allows for an elected judge in Hinds County and then in
1:20:11
section 6 and 7 6 is the law regarding judges and section seven is uh the
1:20:20
Capitol Police shall have body cameras and the capitol police jurisdiction will
1:20:26

594

be extended to the city of Jackson throughout the city and then in

1:20:33

um that's in section eight and then nine and ten are other ones if you go back on the and I'm on the amendment the

1:20:40

amendment that's before you um we could put the amendment up in section three

1:20:47

um the language states that uh it's the the

1:20:52

assistant full-time public defenders uh paid for by the state uh subject to

1:20:58

Appropriations as many of you know the Appropriations is on a year-to-year basis and so this would make it those

1:21:05

public defenders subject to Appropriations and I will state this to my knowledge

1:21:10

that would be the only public defenders in the state of Mississippi being funded by the state because our public defender

1:21:17

system is actually funded through your counties and your local system and so we are obligating the state to pay for

1:21:23

those public defenders then on Section Five uh in the amendment

1:21:29

um what that language is asking for is for that uh the data uh to be collected

1:21:37

from Hinds County uh courts as well as Administrative Office of Courts to be provided uh to us so that we can analyze

1:21:46

that data with the idea that we can put a uh a judge in Hinds County when

1:21:52

redistricting comes up redistricting for judges Judiciary district and then in

1:21:58

section seven uh on the amendment and that's this is the biggest change if

1:22:04

you will um and I will state this that the amendment both the strike call and the

1:22:09

amendment this before you is a result of many conversations that have happened uh

1:22:14

many of those have been with the Jackson Senate delegation uh I personally have had conversations with the Jackson with

1:22:21

a number of the city Jackson city council members and so these reflect those discussions

1:22:28

and um on the amendment in section seven

1:22:33

um what you have is that all Patrol law
1:22:40
enforcement officers of Capitol Police will have body worn cameras uh which
1:22:45
shall be worn on the uniforms this is paid for by the state uh also and and by the way I call this
1:22:51
the I call this the Barnett Amendment and that's because when we were in committee Senator Barnett uh dutifully
1:22:59
brought up the issue about vehicles and cameras on the vehicles and so we've Incorporated what Senator Barnett has
1:23:06
worked to accomplish and so in the amendment body worn cameras and vehicle
1:23:12
cameras uh will be required by on the capitol police again being paid for by
1:23:17
the state and uh there's also a requirement that they will be kept in
1:23:22
good working condition and shall be operational while the officers in the vehicle on patrol
1:23:28
um and then in subsections A and B it's defining what body worn camera is and
1:23:34
what a vehicle camera is and then in
1:23:39
oh and then in yes uh going further in section seven when the amendment came
1:23:46
out the strike call there was there has been and there's a lot of discussion about a memorandum between uh jpd and
1:23:55
DPS uh related to um the jurisdiction and the Capitol
1:24:00
Police what the amendment is doing here is simply making that memorandum a may
1:24:07
they don't have to do it if they so choose they can do it and also
1:24:12
um it's it's stating that if they so choose they can bring in the sheriff of Hinds County so off a memorandum was to
1:24:20
be done then the sheriff of Hinds County the um the jpd and DPS enter that if they so
1:24:29
choose if they do then all we're asking is that they send that memorandum to the
1:24:34
chairman of Judiciary a in the House and Senate into Appropriations chairman on
1:24:40
that and the memorandum whether it's signed or not will not affect jurisdiction and So speaking of

1:24:46
jurisdiction in Section 8 like I said the capitol police jurisdiction will
1:24:53
extend to the cities I'm sorry to the city limits that's why we wanted a memorandum to work
those things out
1:25:01
um hearing from a lot of the discussion for some reason um that was a problem so what we've
said
1:25:07
is fine we're willing to we're willing to pay for these all these
1:25:12
uh things if and we'd like to see you work those out if you want to do a memorandum that would
be great and just
1:25:19
if you do it send it to us and so Mr President that's the amendment and I
1:25:24
would be happy to take questions on the amendment Senator Simmons for what purpose sir
questions president are you for a
1:25:31
question Senator yes Senator Simmons is recognized for a question thank you Mr President
thank you senator for yielding
1:25:37
uh chairman could we go to the section that deals
1:25:43
with the temporary judges and the elected judges okay that's not being amended we're on
1:25:51
the amendment okay well say my question when we get back on the bills thank you Senator
Senator horn for what purpose
1:25:59
question year for questions Senator Wiggins I do Senator horn is recognized for a question thank
you Mr President
1:26:05
thank you Mr chairman uh Senator Wiggins um I want to make sure
1:26:10
that I understand uh what we're doing here I I I
1:26:16
in our discussions earlier informally um there were a
1:26:25
um a decision to rescind the permanently uh uh the permanently appointed judges is
1:26:32
that right uh yeah but again we're on the amendment and the amendment's not affecting the
1:26:38
judges all right I'll yield and reserve my questions for when we're back on the
1:26:43
bill okay thank you Senator horn Senator blunt for what purpose question a year
1:26:49

for a question Senator Wiggins yes I'm the senator Blunt You're recognized for a question thank you Mr President thank
1:26:55
you Senator Williams uh I think this is on the amendment if not I'll withdraw it but I want to make clear that what is
1:27:01
proposed by the committee removed any reference to ccid courts that were in
1:27:07
the bill that passed the house is that correct uh again that's that's in the strike all
1:27:13
not the amendment right the answer is yes it removes that but that we're on the amendment that's in the strike all
1:27:20
has passed by the committee I'll save the remainder of my questions for the strike call thank you thank you Senator
1:27:25
Turner forward for what purpose question were you for a question Senator Wiggins I do Senator Turner Ford has recognized
1:27:32
for a question thank you Mr President and thank you Mr chairman my question deals with the the mou
1:27:38
which is in the amendment yes we the amendment is addressing that so
1:27:44
according to and I'm looking at lines 214 through I guess maybe 220 where it
1:27:51
states that the mou may be entered into by the
1:27:56
Commissioner of Public Safety and who who else is anticipated to be a
1:28:03
party to the um yeah if you look at the amendment and it says if you look at
1:28:08
that amend by inserting the following section after line 252 the commissioner of Public Safety the city of Jackson and
1:28:16
the sheriff of Hinds County May at line 55 enter into a memorandum of
1:28:21
understanding detailing the expectations of the parties concerning the enforcement of all laws of the state of
1:28:27
Mississippi and I will give you an example one thing that I've heard throughout this process is the issues
1:28:33
with 9-1-1 since Capitol Police my answer to that is that can be
1:28:38
resolved by a memorandum but I certainly have also heard that people don't want

598

1:28:43

to do that or certainly the mayor of Jackson doesn't want to do that I will state that I think this from what I've

1:28:50

heard the city council of Jackson would like to do that so

1:28:55

those things can be addressed through them in room that being said what was this amendment is changing it

1:29:02

to me and it all I've also heard and we've heard that there's many people in

1:29:08

Jackson respect the sheriff of Hinds County and I will state that I personally have uh met him through the

1:29:15

First Responders caucus that we've done and have encouraged him to be at the

1:29:21

table so to speak and so that's what we're saying if that's what you want to do we're more than happy we would like

1:29:26

you to do that but you don't have to that's why it says me so it's not the

1:29:31

city council of Jackson that would have to be a party to the mous the chief of police yes and that says City I mean the

1:29:39

purpose is for law enforcement and as I understand the workings the mayor

1:29:45

oversees the police department so it'd really be the jpd of that

1:29:54

and so there was a hearing that was conducted um I had to attend a portion of it

1:30:00

virtually and one of the questions that I heard or a comment that was raised by the chief of police I believe was there

1:30:08

needed to be some sort of order in terms of how calls are received and which law

1:30:15

enforcement officers will respond so what don't you think that we need to have

1:30:20

some perimeters in place in order to maintain an order Senator Turner Ford I do which is why

1:30:28

when the committee passed out the strike call we had the memorandum language in there but

1:30:34

people would people revolted against that including including the mayor and

1:30:40

so yes I do but this is the citizens of Jackson and the mayor of Jackson and the

1:30:47

council and so what this language is simply saying is you you may and yes I

599

1:30:53

do think if they enter into a memorandum that that will address the issues you're talking about and I think part of the

1:31:00

language that I remember reading that that appeared to be Troublesome to me was that in the event the

1:31:07

Commission of Public Safety and the chief of police or whomever could not enter into an mou then basically the

1:31:14

decisions of the commissioner of public schools that's being removed by this amendment right but I still I still

1:31:21

think in order to make sure the calls are received and dispatched properly there should be some sort of agreement

1:31:29

well hey I'm with you that's what and I would encourage you to be at the table when if and when the mayor the or the

1:31:37

jpd the sheriff and the and uh DPS decide that but to reiterate the issue

1:31:45

you're talking about about 9-1-1 along with other overlapping issues can be resolved by a

1:31:51

memorandum of understanding and that's why we're saying hey the state is the state is we're obligating funds we're

1:31:58

obligating this and those things can be worked out through the memorandum and do

1:32:04

you also think perhaps it would be appropriate for and I I didn't this is just a um an issue that

1:32:11

I'm thinking about but I believe that when political subdivisions enter into

1:32:16

agreements those Agreements are afforded to the Attorney General's office I don't know that if that's the case

1:32:25

this this bill is going to conference right um look it's certain the odds are that

1:32:31

that's the case but I will stand here and tell you that that um if the house could concur I don't I

1:32:40

think they do have some disagreements with where they they are but you know the process and they could concur I I

1:32:46

will say at this point uh much of what we the Senate has put forward seems to

1:32:52

be uh looked at favorably on the house side and um as you can imagine representative Lamar and I've had

1:32:59
various conversations so I'm not going to predict what they'll do I can tell you that the odds are likely that it

1:33:06
will go to conference and then the next question that I have moves on down to line 229 which I think

1:33:13
addresses the issue of um the permit that would be required and that language

1:33:18
has changed slightly from the previous amendment is that correct

1:33:24
yes let's see and so it appears to be there's an

1:33:30
option where either the chief of police or the commissioner of Public Safety can

1:33:37
provide written authorization or Gatherings to occur in these

1:33:43
respected places okay so that's it and I will ask Council

1:33:51
if you look at the amendment I'm line 50 uh let me double check here

1:34:09
okay I'm sorry no that that wasn't answered yes it's changed a little on that yes

1:34:15
and so the process would be if anyone wants to

1:34:20
gather and I think it says adjacent to any building agency Board

1:34:26
office or property of the state of Mississippi they have to receive written

1:34:32
authorization from the chief of police Capital police I understand that that is

1:34:37
because of all where that's down here where the capital the governor's mansion

1:34:43
and that language was put in because of and it's not saying you can't do it it's just saying you simply have to to get

1:34:50
the permit like anything so that they can plan accordingly but yes that's for down downtown and so is there any plan

1:34:59
anticipated about how these two particular offices would communicate to make sure a permit or written

1:35:05
authorization has been issued by anyone when you say the two officers you mean the jpd well I think it's saying the

1:35:11

chief of the Capitol Police or the commissioner oh well again I go back to the memorandum that's why you needed a

1:35:17

memorandum and so you know they're they're all professionals so I would hope that they would communicate and

1:35:24

work that out but the but the mou is optional correct and so if the mou is

1:35:30

not entered into and someone wants to receive a permit How can there be

1:35:36

certainty that a permit has actually been issued and there is a gathering that's taken place well Senator Turner

1:35:41

Ford we had the strike all had it defaulted to the Capitol Police and

1:35:48

the pushback was so extreme and I understand why I know why that where we

1:35:53

were that what you have before you in this amendment is to say May and commissioner Tyndall the sheriff of

1:36:00

Hinds County uh and um I think the commissioner of Jack jpd

1:36:06

they're all they're all professionals and I think they can do that

1:36:13

so can we tell them that they must enter into an mou well I think that's what we

1:36:18

were doing but then again the pushback came from a lot of people in the Jackson area including the mayor so we're saying

1:36:27

May and and if they'll enter into the memorandum which is May it's not forced

1:36:32

then I think that can be addressed thank you thank you thank you Senator Senator Sparks

1:36:39

for what purpose sir question Mr President are you for a question Senator Wiggins I do please proceed Senator

1:36:45

Sparks the question thank you Mr President thank you Mr chairman uh Mr chairman I appreciate you talking with

1:36:52

me and working with me particularly on the public defender aspect of this bill now on the amendment that we're on right

1:36:59

now that appears to be a very technical Amendment as it relates to the public

1:37:04

defenders in section three was is is that correct

1:37:13

602

okay so we're still with this amendment it still allows for three full-time
1:37:19
assistant public defenders correct and and being paid for by the state and as you have found the Appropriations
1:37:26
process um it's just subject to appropriation now so that's it but yes it is still the
1:37:33
state will be supplying the public defenders in that area Okay because one of the things you and I had talked about
1:37:39
is that uh adding three is good but in
1:37:45
reality right now if we truly have a backlog of cases the best way to
1:37:51
adjudicate those cases is to get competent counsel to speak with the
1:37:57
people who are accused to determine whether their case is beneficial to go to trial or beneficial to try to reach
1:38:03
an agreement with the state so I just want to make sure we understand even though it's subject to appropriation the
1:38:10
key cog in the will of justice is ref presentation for the accused not the
1:38:15
judge and not the D.A but the attorney who is advising the accused of their
1:38:21
rights and privileges so I appreciate that we had talked about even maybe increasing that number but I thank you
1:38:27
for making sure that that stays in this Bill thank you thank you
1:38:33
thank you senator Senator Michelle for what purpose
1:38:38
a question on the amendment please the year for a question Senator please proceed Senator Michelle Wiggins what
1:38:44
you're referring to is the Barnett amendment that is in this right it is yes okay then my question deals with the
1:38:51
memorandum there have been instances that I've heard of of people calling 9-1-1 in the Jackson area and requesting
1:38:58
help and being told they needed to call Capitol Police right if there's no memorandum entered into among the
1:39:04
sheriff and the jpd and and Capitol Police how will dispatch

603

1:39:09
work Senator Michelle that I mean that's a good question
1:39:15
that's why we had the memory when I say we the committee had the memorandum in place in the first place
1:39:21
um but all you have to do is Google the news and the mayor of Jackson said he's not signing a memorandum and I've heard
1:39:28
from members in here so you know that's a good question I
1:39:33
think they'll hope with the sheriff's involvement which was not in the strike Hall that the sheriff can bring some of
1:39:40
that to the table and they can get an agreement in place um so that that's my best answer on that
1:39:47
and uh you know but throughout the state and other places there's concurrent what I
1:39:54
call concurrent jurisdiction with agencies and they work through that all the time
1:40:01
but if but if there's no memorandum what if someone calls 9-1-1 since we are expanding the boundaries among the whole
1:40:07
city and I understand why you have that because there was I've seen the mayor say numerous times that he was not in
1:40:14
favor of memorandum but if but if there's not one sign what would prevent someone calling 9-1-1 and being
1:40:21
told every time they call you got to call Capitol Police since we've expanded the boundaries Citywide I I don't know I
1:40:27
think I don't know what would prevent that it clearly is an issue that needs to be resolved and I think Capital plea
1:40:35
I know Capital police is willing to work on that as is the commissioner I will say this from my own limited knowledge
1:40:42
the 911s run through the county which is uh part and parcel of why having the
1:40:47
sheriff here involved in this process and maybe he can add a procedure there
1:40:54
but yes it needs to be addressed well I've heard from quite a few of my constituents they are much very much in
1:40:59

favor of additional police protection I want to thank you on your for your work you put into this issue and keep it

1:41:04

moving thank you thank you Senator Senator Norwood for what purpose sir

1:41:10

of course Mr President a year for question Senator Wiggins I do Senator Norwood's recognized for a question

1:41:15

thank you thank you Mr President thank you uh Senator Williams Senator Wiggins regarding the memorandum of

1:41:21

understanding the um now go back to what Senator Turner Ford

1:41:26

had asked the the city of Jackson is a strong strong

1:41:32

mayor so if the male refuses to sign the

1:41:38

memorandum of understanding in essence that there cannot or there would not be a mirror there will not be a memorandum

1:41:45

understanding is that correct according to the language according to the um

1:41:50

no according to the language what the language says is a memorandum may be

1:41:55

entered into but whether memorandum is entered into or not does not affect the

1:42:01

state's obligations that I've laid out before you nor does it affect the jurisdiction of the Capitol Police

1:42:07

I will say to Senator Michelle's point that if it's not entered into then those issues may continue to go on so to be

1:42:15

honest with you I think if they enter into one you can get a lot of those questions answered okay I mean I

1:42:23

understand what you're saying but I guess my point is the without the mayor signing it I mean

1:42:29

the city council cannot sign a memorandum understanding um I don't know I don't get in the city

1:42:36

right I don't know the legalities of all that I'm not familiar I know what I've been told I know that the city council

1:42:41

as has been expressed to me and seen from their public comments that they like the proposal you know as far as I'm

1:42:50

605

concerned Senator Norwood that's an internal thing that the mayor and the city council have to work out

1:42:55

I guess I'm coming back though looking at the language that we have here the if the mayor does not sign the

1:43:03

memorandum understanding there will not be a memorandum of understanding because the mayor has what

1:43:10

happened a strong the city of Jackson have a strong mayor we counsel the the

1:43:16

council cannot obligate the uh the city whereas the mayor can the mayor is

1:43:22

basically in essence the only person that can sign that agreement so if that's what you say I hear that

1:43:29

that's why we have have put in the sheriff of Hinds County in this with the idea that maybe maybe that can be worked

1:43:36

through and worked out okay but if we have no if we I guess we have no

1:43:42

memorandum understanding we do not have a memorandum understanding at this point uh

1:43:48

am I correct as things stand right now we there is

1:43:53

not a memorandum of understanding that's either been signed or in place that but we are with this amendment we

1:44:00

are contemplating that that to be done and hopefully that will be done thank you Mr President thank you Senator

1:44:07

William Senator horn for what purpose question question for you yes sir

1:44:14

Senator horns recognized for a question thank you Mr President thank you Mr chairman uh Senator Wiggins uh in

1:44:22

section three the three uh assistant public defenders are these anticipated

1:44:29

to be full-time permanent yes

1:44:36

correct which as I stated to my knowledge there is no other place in the state of Mississippi that the

1:44:42

legislature is funding a full-time public defenders at the county level

1:44:47

well yeah at the county level because our system is such that it's a county level based system

1:44:53
all right and in section five uh we would get

1:44:59
possibly new judges but only after an analysis of the County courts and AOC

1:45:07
so the the the original Amendment that was in the Senate strike all

1:45:14
or the house strike all uh I thought called for a judge to be a to be elected

1:45:21
in in December of 2026 to take office in 2027. there there was language to that

1:45:27
effect um and what as you know judicial

1:45:33
redistricting is upon will be upon us um I did personally receive some

1:45:38
pushback the question is about the caseloads and

1:45:43
um what is clear is that redistricting of any kind will be based on caseloads

1:45:49
and we certainly know that there's a backlog and so if you look at if you look at the language in line 16 of the

1:45:56
amendment uh it knows that the case disposition and caseload data from

1:46:02
January 1 to 2017 to September of of 2023 that is to actually kind of gate

1:46:10
not not get kind of but to gauge what Hinds County's caseload is uh

1:46:17
both pre-pandemic and post-pandemic and let me say this too I heard many people

1:46:23
said there was a meeting up here that the current elected judges they say they don't have a backlit they don't have a

1:46:29
backlog so and that they don't need a judge so to be fair we want to look at

1:46:35
the data base our judges on caseloads on that and then we will see but we are I

1:46:41
will say this with that data we're through this legislation this amendment we're committing to do that because by

1:46:47
the way no place is guaranteed a judge well would

1:46:53
would excuse me would you agree with me that

1:46:59
if if there isn't a backlog excuse me uh if if you if you're giving

1:47:07

me that if there isn't a backlog but there is a heavy caseload that that

1:47:12

there's a distinction that can be made there yes and I have uh on multiple

1:47:18

occasions mentioned that us for example violent cases take a lot more resources

1:47:26

and effort than if all you have is let's just say property crimes and so yes it

1:47:31

depends on that I agree with that so as we do this analysis and in the next year are the types of cases violent crimes uh

1:47:41

crimes of murder homicide Etc that take longer would also be factored into

1:47:47

consideration of adding additional elected judges yes and I can tell you I've spoken to Chairman Hobson about

1:47:54

that as you know that those are an Appropriations matter and so he and I

1:47:59

have both specifically talked about that and to that point I've even talked with chairman Lamar about that

1:48:07

thank you and in section 7 of the amendment uh so

1:48:13

are we requiring that whenever a member of the Capitol Police a sworn officer is

1:48:19

on duty and and an incident occurs they have to have their cameras on and their

1:48:26

vehicles as well as their body cam yes okay and again that's being paid for by the

1:48:32

state I don't have a fiscal note but I can tell you uh initial numbers are to

1:48:38

the tune of maybe seven million dollars a year to do the vehicles and the body cameras

1:48:45

all right and then as it relates to the mou there's been a lot of discussion about that the fact that we're now not

1:48:52

requiring an mou to be entered into between uh the public Department of

1:48:58

Public Safety and the City of Jackson and possibly the sheriff's department correct it says may in this amendment

1:49:05

was any thought given to maybe trying to incentivize the city's signing of event

1:49:11

and mou by maybe offering equipment that could be used in the pursuit of law

1:49:16

enforcement well let me say this that

608

1:49:22
um there was some thought to incentivizing the the state obligations from the money side of this

1:49:29
uh but um you know we've got to get a safe Jackson and I think everybody can agree

1:49:36
with that and so we don't want to put this quote citizens at risk because

1:49:41
whoever's responsibility it may be doesn't sign a memorandum I think we have good people in both the Department

1:49:49
of Public Safety Capital police jpd who want to see this work out and so I think

1:49:56
it'll get there but there was pushback and I understand that and that's why we brought this that's why this amendment

1:50:02
is there so do you thank you Mr chairman thank you Mr

1:50:08
President thank you Senator Senator blunt pass anyone else my motion would be

1:50:14
adoption of the amendment on the morning roll call Mr President one moment please Senator Hobson

1:50:20
question are you up for a question Senator Wiggins yes thank you uh Mr Hobson's recognized for

1:50:28
a question thank you Mr chairman um I've heard a lot of discussion in the a question and answer session here this

1:50:34
morning about the all subject to appropriation do we have an idea about what this is going to cost and to

1:50:39
Capitol Police uh and funding I know what the D.A Ada it's going to cost because we've already

1:50:45
done that so that's nothing new but what about the Capitol Police cause uh I don't yes being the chairman you should

1:50:53
have that uh that information um I don't have the fiscal note but like I

1:50:59
answered earlier to do the the vehicle and the body cameras which uh many have

1:51:06
supported including the lieutenant governor uh who by the way as you know lives in Jackson uh

1:51:14
I ain't my answer was what I've heard is around seven million dollars uh it could

1:51:19
be more or less I will state this fact that many many in your law enforcement

1:51:25

area funding of these type of issues are through grants and so I think in
1:51:31
commissioner tyndall's very good at maximizing those things I would think that um the sheriff of Hinds County is
1:51:38
good at that as well and so the idea would be that they could get grants to do that uh as well to fund that but I
1:51:46
think and then the public defenders I heard uh one of the officials state
1:51:53
that the public defenders were being paid forty thousand I don't know if that's the case or not I would think that it's being more but you're looking
1:52:00
at at that issue so I mean I'm not going to sit here and and sugarcoat it we're looking at
1:52:06
millions of dollars but but as you know this is the state saying we're going to
1:52:12
put our money there well the the D.A or Ada is a temporary uh correct right now
1:52:18
so that's which we've been paying with our we haven't been paying and I know that's that's not something that's going to break the bank I guess my question is
1:52:24
if the capitol police is going to take over this much this is going to be recurring forever money and I just want
1:52:30
to know and I think a lot of people want to know what's it's going to cost the state in recurring expense to take over
1:52:36
the police force yeah it's a fair question and you as chairman and I
1:52:41
assume you'll be there next term has to has to work on it and but that's why
1:52:47
it's subject to Appropriations we didn't want to obligate without going through the Appropriations process
1:52:53
does it have a reverse repeater in it this it does not okay
1:52:58
thank you Central Wiggins thank you Senator Hops and other questions on the amendment
1:53:04
on the amendment okay Senator my motion is that we adopt the amendment Mr President all in favor signify by saying
1:53:11
aye aye opposed no yes have it Senator we're on your bill thank you
1:53:16
um that was my excellent oh um to answer some of the questions on the strike all or I'm sorry on the

1:53:24
strike call as now that it's amended is yes we took out the CC the expanded ccid
1:53:29
plan the inferior courts are taken out and the quote permanently appointed
1:53:34
judges are taken out that for you could look at it as being replaced by elected judges
1:53:41
um Mr President I do have an amendment another amendment at this time please proceed
1:53:47
we could put that Amendment up there one moment please okay it's up
1:53:52
okay so what this is um and this may go to Senator Hobson's question or concern
1:54:00
um yesterday there was a meeting here at the Capitol and the district attorney of Hinds County said he didn't want the
1:54:07
money for the DA's that he would rather go to the crime lab so what my amendment is doing here is taking out the DA's
1:54:15
which by the way were originally put in because that's what Hines County requested so that money will now go to
1:54:21
the uh I've talked with the lieutenant governor and I will work with the with chairman Hobson that money that was
1:54:27
going to be spent on DA's can go to the crime lab and so my amendment is to take out section two and then to conform
1:54:34
everything else okay any other questions Center Sims passed Senator corn
1:54:42
for what purpose or pass thank you Senator Turner pass Senator Turner I'm
1:54:48
sorry senator for what purpose question the year four questions on the amendment yes
1:54:53
um thank you Mr President you're recognized Senator thank you how much money is are we talking about well so I
1:54:59
can tell you that the assistant DA's generally the number that you work with is a hundred thousand dollars so three
1:55:06
by the way Hinds County currently has 11 assistant DA's all right and so then the
1:55:12
three that were that were going to be added that's three hundred thousand dollars at a minimum and then that's
1:55:18

three hundred thousand dollars going forward every year but the D.A said that they don't want it they didn't like it

1:55:24

or they didn't like the plan so that my amendment is to take that money and send it to the crime lab thank you thank you

1:55:31

Senator any other questions Senator Barrett for what purpose question Mr President

1:55:39

are you for a question I do thank you Mr chairman uh

1:55:44

Mr chairman is there any empirical evidence to suggest that spending this

1:55:49

money uh will have any impact on crime in the

1:55:55

city of Jackson when you which money are you talking about and and I'm sorry I know we're on

1:56:02

this amendment but I mean the the total bill and if you'd like me to ask this later I can but well yeah because we're

1:56:09

we're on the amendment uh to strike section two sure I'm happy to answer that when we're back on the bill sure

1:56:15

thank you Senator Senator Blackman for what purpose remember

1:56:20

a question Senator Wiggins I do Senator black and you're recognized for a question I

1:56:27

thank you Mr chairman I think in response to Senator Angela Turner Ford's

1:56:32

question you said that that was about 300 a hundred thousand purposes yeah because

1:56:37

this the statue the way it's laid out and then you factor in benefits which are paid by the state and health

1:56:44

insurance so uh in previous conversations with the Appropriations chair the number was around a hundred

1:56:50

thousand okay we have been dealing with the backlog at the State Crime Lab for

1:56:57

at least the last eight years uh since I've been back do we know how much money

1:57:03

is is needed in order to get out State Crime Lab functioning where it can

1:57:13

clear up the case loads of jurisdictions from all 82 counties that

1:57:21

are waiting results from our State Crime Lab I don't know the exact number I can

1:57:28

tell you it's probably in the millions but I'll I will join with you Senator Blackman and do whatever we have to do

1:57:34

to make that happen because we need a crime lab That's What I Call fully funded and addressing those issues

1:57:41

thank you thank you thank you Senator Senator horn for what purpose sir question a year for a question Senator I

1:57:49

do Senator horns Rick and ask for a question thank you Mr President thank you Mr chairman Senator Wiggins I just

1:57:56

got off the phone with our D.A and uh what he told me is quote I

1:58:02

desperately need those Adas I don't know what what was said they gave you or

1:58:08

anyone else the impression are you at the meeting yesterday here in the state capitol no sir I was not okay

1:58:14

did you read the Clarion Ledger at the detailed that in detail where the D.A said that he didn't want them and he

1:58:21

would rather go to Crime Lab that's because it's all printed there and that was his testimony my only point is that

1:58:28

I just got off the phone with him and he said otherwise in that that phone conversation so uh hearing that

1:58:37

this bill may or may not go to conference and I would hate that something that I'd be a you know is uh

1:58:45

desirous of and we all agree that our D.A in Hinds County is doing a fairly

1:58:51

remarkable job that's one of the brightest spots we have in our

1:58:56

adjudication process in Hinds County and if he's saying right now maybe he's

1:59:04

rethought it I don't know but he's saying he desperately needs them with the center horn I don't know I'm just

1:59:10

telling you what happened at that at that apparently two-hour meeting it happened yesterday at the Capitol where

1:59:16

he literally was quoted as saying he wanted that money to go to the uh to go there to the crime lab and you know uh

1:59:26

you know we'll we'll accommodate them but yes I've been one I've stood up here and agreed with you that he was doing a

1:59:31

good job but that's what he said yesterday in that test well so this is what he's saying today and are we

1:59:37

willing to accommodate him today by his saying that he he needs them in which you consider it uh would you consider

1:59:44

withdrawing the amendment no all right I appreciate you asking thank

1:59:50

you Mr chairman thank you Mr Senator Senator black for what purpose ma'am um just a follow-up question to what

1:59:57

Senator horn is stating I have to um Senator Wiggins read

2:00:05

what um was as a result of that hearing on

2:00:10

yesterday and from and as they always say when two

2:00:16

people read something when two people see something they all those two people

2:00:22

may see something totally different from my recollection of what our the Hinds

2:00:29

County D.A said he said that what is needed is more funding for the Jackson

2:00:36

Police Department more funding for the public defenders

2:00:43

more funding for the State Crime Lab and

2:00:48

he also said that if you're looking at funding

2:00:54

his office and you're not dealing with the total picture with the judges the

2:01:01

public defenders the State Crime Lab the pup more funding for JPS then you're not

2:01:09

really addressing the problem now that's what he said um

2:01:14

and if you want to refute it you can read directly from what he said I I

2:01:19

would I would refer everybody to the articles that were printed out and they were there I will state this that the

2:01:24

Hinds County D.A as we sit here today has 11 assistant DA's by my recollection

2:01:30

that's more assistant DA's than anybody any Circuit Court District that I know of okay so they were getting three and

2:01:37

you're and there is a holistic approach we're taking the money we are funding the um public defenders as I stated

2:01:44

we'll use this money for the crime lab which you yourself want so in that situation I think it's a win-win

2:01:51

okay so you know further questions we're ready on your uh my motion is one one moment please

2:01:59

Senator blunt wants to speak on the amendment Senator horn speak on the amendment anyone else

2:02:06

okay Senator blunt you're speaking on the amendment

2:02:12

thank you Mr President thank you Mr chairman I think you've heard everybody say that

2:02:18

we have confidence confidence in our district attorney who is elected by the

2:02:24

voters of this district and I heard you you heard Senator Wiggins say he believes he's doing a good job uh and so

2:02:29

I was surprised when this amendment came up this morning and I so I texted him

2:02:36

and I said uh do you want more assistant district attorneys and he said yes I want more

2:02:44

District Attorneys I just need the crime lab to work so what he said in the paper is that he

2:02:51

opposes the bill and he because the bill does not address and many of the root

2:02:56

causes and delays in the local legal system like the funding of the public defender's office the state crime lab and the Jackson Police Department so I

2:03:03

want to I want everybody to be very clear uh that artist attorney is grateful for

2:03:09

the help that we gave him last year he's doing a good job and he's asking for that funding and those prosecutors to be

2:03:15

continued so he can work on the crime problem in Hinds County and do his job

2:03:20

so I ask you to vote against the amendment let's continue to fund uh the District Attorney's office and deal with

2:03:26

uh the crime problem through the elected representatives of the people of Hinds County Senator horn you're recognized

615

2:03:33
speak on Amendment time frame thank you Mr President
2:03:39
um I I want to urge you to vote against this amendment as well
2:03:44
again the Superstar if there is one in in
2:03:50
Hinds County right now who's doing a great job uh in the adjudication process
2:03:55
as our district attorney as Senator black mentioned he's very thankful for the help that we have given
2:04:02
him over the last couple of years and would like to continue receiving additional assistance in the form of
2:04:09
these Adas now if we're going to do these judges and have have ever five
2:04:16
additional judges for a temporary period of time they need to have assisted DA's
2:04:24
work in the cases for them if you don't the system is not going to work there are there are some concerns that
2:04:31
the system is not working right now a lot of the cases that have been disposed
2:04:37
of are County court and misdemeanor cases when you look at the criminal
2:04:42
cases and serious civil cases uh there's not been that much of a dent put into
2:04:48
those cases by the special judges that are there now and so if we if if this system is going
2:04:55
to work you have to have court reporters you have to have court administrators
2:05:01
you have to have assistant DA's you have to have public defenders
2:05:06
and if we take this this resource away from the D.A right now the uh the effort
2:05:13
and attempt that we're saying that we're trying to make to deal with the backlog is going to be thwarted because you
2:05:20
don't have you won't have enough assistant district attorney so I would urge you to defeat this amendment thank
2:05:26
you one moment thank you Senator horn Senator Pope for what purpose
2:05:33
collection of clarification with Senator blunt Senator blunt you hear four questions sir
2:05:42

yield yes sir Senator Pocus recognized for a question thank you Mr President it seems like we've got a big failure to

2:05:49

communicate today and you said something that I want to just get clarification on you said and I paraphrased probably that

2:05:57

the D.A said he just wanted the crime lab to work the word work does he mean to make

2:06:05

things move along or does he say that they're not working and are lazy and are

2:06:11

not doing their job I think he would say and I haven't talked to him specifically about the

2:06:17

crime lab but I think he would say that every every District in the state needs the crown lab to work more quickly I

2:06:23

don't think he would call him names and say that they're lazy and they're not working I think we all recognize that they're delays to crime lab and that is

2:06:30

one part of the reason why we have delays in Hinds County okay that's I just wanted to clarify because we're

2:06:37

miscommunicating a lot here today okay the word work can mean several different things well I mean I want to be real

2:06:42

clear I have never heard him uh insult or say that the folks at the crime lab

2:06:48

out there are not working as hard as they can work but I think we all know that there are delays there and that something needs to be improved and as

2:06:55

far as the miscommunication issue when I saw this amendment I just went to the

2:07:00

district attorney himself I went to and said do you want more Adas or do you did you say you don't want more Adas he said

2:07:06

I want more Adas that's what he said that's his position and that's my position this morning we need those

2:07:12

prosecutors and Senator horns thank you thank you thank you senator Paul Senator Wiggins to respond

2:07:22

thank you Mr President I would ask you to vote in favor of the amendment and I will point out too that

2:07:28

I hear what my the Jackson delegation is saying I will state this Senator Hobson

2:07:33

just passed uh we passed out here today the the other bill that's dealing with

2:07:39
the code sections for district attorneys or assistant DA's if we have to do that
2:07:45
we can get in there and look at that at the appropriate time but we can take
2:07:50
this money and do what was being requested which was put to the crime lab at the appropriate time so I'd ask you
2:07:56
to vote against the I'm sorry vote for the amendment okay we need your motion sir we have no further questions or
2:08:02
comments my motion is we adopt the amendment Mr President all in favor signify by saying aye aye
2:08:10
pardon me we need one moment please
2:08:28
we have six Mr clerk please call the roll Barnett
2:08:33
Baron Blackman Blackwell
2:08:39
blood branding
2:08:44
Brian Butler 36 Butler's 38.
2:08:51
Carter Kaufman chance and all
2:08:57
Chisholm devara Delano
2:09:02
England filling game Frazier
2:09:09
Harkins Hickman heal
2:09:15
Hopson horn Jackson
2:09:24
Jordan Kirby Macan
2:09:31
McDaniel McLendon McMahon
2:09:37
Michelle Moran Norwood
2:09:44
Parker parks
2:09:49
public Seymour
2:09:54
seven to the 12th Simmons of the 13th
2:09:59

Sojourner Spartans Subaru
2:10:07
Tate Thomas Thompson
2:10:15
Turner forward Whaley
2:10:20
Wiggins Williams younger
2:10:29
Brian
2:10:35
Harkins Johnson
2:10:45
poke Sparks
2:10:53
Thompson younger
2:11:00
voting yes or yay Berry Blackwell boy Branning Carter
2:11:05
Kaufman chasing off Chisholm DeBarge England Philly game Hill
2:11:10
Johnson Kirby Macan McDaniel McLennan McMahon Michelle Moran Parker Parks Pope
2:11:19
Seymour Sojourner Sparks Suber Tate Thompson whaling Wiggins Williams
2:11:28
voting no ordained Barnett Blackman blunt Butler to 36 Butler 38 Delano
2:11:36
Frazier Hickman Hobson horn Jackson Jordan Norwood Simmons of The Twelve
2:11:45
Simmons of the 13 Thomas and Turner Ford
2:11:52
thank you
2:12:01
Senator Butler for what purpose sir announcement out of order I suppose that
2:12:07
one moment please
2:12:27
amendment is adopted 32 yay 17-a Senator Wiggins one moment Senator Butler for
2:12:33
what purpose yes most players on National order I
2:12:39
would just like to take this time to remind everyone that the Clinton High School girls acapella group will be
2:12:47
singing and the Thunder at 12 o'clock and they would like for uh as many as
2:12:53
Pops to come by and visit them

2:13:05
okay Senator Wiggins I believe we're back on the strike off uh we are Mr President and unless there's no other

2:13:11
questions my motion is we adopt the strike call as amended on the morning roll call okay Senator Simmons for what

2:13:17
purpose question were you were you yesterday I do all right Senator Simmons you recognize for a question thank you

2:13:24
Mr President thank you Mr chairman for yielding um so can we go to the section

2:13:29
with the temporary special judges

2:13:35
yes section one section one and based off the Amendments that were adopted

2:13:41
that section actually was that section changed at all no okay and so again tell

2:13:47
us exactly how many current temporary judges we are funding in the city of Jackson and what would this amendment do

2:13:55
regarding funding additional judges Okay so as you know from back two years ago

2:14:01
thereabouts the state and it's been stated through arpa funds has been funding uh actually Four judge slots to

2:14:10
address the caseload in Jackson Hinds County

2:14:15
um and so what this section one is doing is adding a judge to that

2:14:21
okay and committing the legislature the state to 2026.

2:14:27
as you know the Appropriations process is a year-by-year basis so theoretically

2:14:32
and you know it happens quite a bit it could go away so what we're saying is that with these five judges we're doing

2:14:39
that and then three of the judges will be what are normal and then two what I call Rocket

2:14:45
docket to Simply address the criminal side of things just the criminal So

2:14:50
currently we have four and with this section you have one more we have one more correct where two of the five will

2:14:55
be focused primarily on criminal Koreans the other three will do civil and criminal correct okay

2:15:02

how is it currently working I know we started this about two years it kind of depends on who you talk to but

2:15:09

um what I've been told is that the caseload is progressing and things are

2:15:14

it's it's doing what we wanted it to do um there was as you can imagine there

2:15:20

were some things getting you had to get off the ground and so I've talked to a number of people and I've been told that

2:15:26

let's just say you get to the end of this year things will really be moving okay and by the way this funding would

2:15:33

be uh would start and that's in Section 8 would start uh when this fiscal year

2:15:38

starts I know this bill originated in the house but since it was the property of the

2:15:45

Senate have you or do you know of anyone uh in the Senate who has had a

2:15:52

conversation with the four elected judges of the seventh circuit regarding how the special judges are currently

2:15:58

working um there may be members I personally have not okay but also as you know it's

2:16:06

the legislature's prerogative to set out judges hence the redistricting that goes

2:16:11

on and we've talked about and like you had an an intent to try to

2:16:20

listen to the district attorney in Hinds County and try to do what the district

2:16:25

attorney has said or your interpretation of what he has said I know what he said but

2:16:31

would you also adopt that same philosophy or intent as it relates to

2:16:37

the elected judges if if you were told that the elected judges

2:16:43

are not in favor of the special judges and they were like for us as a legislature

2:16:49

to help fun and he let two judges in the seventh

2:16:55

circuit which you would you actually be in favor of that if if I understand your question saying to addition two more

2:17:02

judges yes two elected judges because as I understand that the strike all calls for

2:17:08

one elected judges well it does which is why we've asked for the in that asking for the data to look at to determine

2:17:15

caseload and as I said to Senator horn from 2017 to here so we can get a what

2:17:20

it looked like pre and post pandemic and like I said if if the data shows that to

2:17:26

be the case then then albeit and that goes for whatever we're doing that being

2:17:31

said uh my understanding is this the city limits of Jackson have lost

2:17:36

population understand about the caseload and what's involved so yes depending on

2:17:42

the data okay and the one other question again to make

2:17:49

sure I'm clear and I know this question has been raised regarding the funding regarding the assistant public defenders

2:17:55

is it the intent of the strike all or the bill that's before us

2:18:01

that it would be a continuing responsibility of the state legislature

2:18:07

to fund these three additional assistant public defenders that is my intent that's the intent of the legislature as

2:18:14

you know it's the appropriate subject to the appropriation process and how that works but with this language that is in

2:18:21

the strike call yes we are committing to that and the reality is as Senator horn said we do have violent cases in Jackson

2:18:29

and so as Senator uh spark said having public defenders moves those

2:18:35

things along okay and just one question I'm just curious

2:18:40

um about the data there's been a lot that's been said about the case load

2:18:48

what what is your Source or or your basis for talking about the

2:18:53

caseload in the Savage circuit as compared or contrast with other circuits

2:18:59

well some like a reporter can I are my sources

2:19:05

privileged no no no no I mean if they're somewhere Mr D.A himself gave it to us

2:19:12

the AOC Administrative Office of Courts uh also uh from anecdotal too and

2:19:20
looking at those but really it's coming from the from the circuit courts well
2:19:26
the AOC and the in the DA office does this bill have
2:19:33
um the strike on any other Appropriations other than
2:19:39
for the assistant public defender and I think the strike all talked about
2:19:47
a little regarding the um
2:19:53
assistant prosecute County process prosecutors yes like Harrison County correct
2:20:02
have you had any discussions regarding uh additional funding for Hinds County regarding like trying
2:20:11
to make sure that the 9-1-1 system is completely functioning and it's actually
2:20:16
synchronized so that it could better serve the citizen subjects I am not not on the funding aspect
2:20:24
because what I've actually had opportunity to find out is that
2:20:29
there's a dysfunction when the calls come through and I know you've heard it as well but this bill does not have
2:20:34
anything regarding funding regarding the 911 system that's two is
2:20:41
the state let's just say system is funded through the state legislature
2:20:46
through the Appropriations process okay and my last question is
2:20:54
would you consider it a friendly Amendment if the judges of the seventh circuit all
2:21:01
four judges at this time will like this legislation to be transmitted to the house
2:21:08
with language that will speak to having two elected judges as opposed to
2:21:14
the one that that we have in the legislation so it's basically accepting the one that came out in the committee
2:21:21
but also adding another elected judge uh would you consider that a friendly
2:21:26
amendment of sure are you will you vote for the bill
2:21:31
let's take one take one step at a time okay so uh the answer is no I would not
2:21:37

consider a friendly Amendment okay even if I have of reading letter from the seven circuit
2:21:44
judges saying that this is what they would love for us to consider as this bill moves to the process you will not
2:21:50
support correct we need data and Mr President have Amendment at appropriate time please proceed to the front with your
2:21:57
Amendment so we can proceed Senator Barrett for what purpose sir question Mr President a year for
2:22:03
question Senator yes Senator Barrett you're recognized thank you Mr chairman for all your hard work on this bill I understand uh as a state we all want to
2:22:11
be safe in our homes in our cars on the on the roadways
2:22:17
uh so going back to to my initial question at the improper time was is
2:22:23
there any data that suggests uh adding funds adding judges adding
2:22:30
prosecutors will have any impact on crime in the city of Jackson
2:22:37
in looking at other larger cities metropolitan areas such as Baltimore and
2:22:42
other larger cities I don't see that so I guess my question is Will adding these positions positively impact a reduction
2:22:50
in crime in in Jackson the answer is yes I don't have data that I can share with
2:22:57
you today but as you've heard from different members here including Senator Sparks Senator I guess Simmons and
2:23:04
others when you have those judges and all those things move faster and you can
2:23:10
so it is anecdotal but I think you can also look at the data and the data that
2:23:15
I and this it's been a while but the type of cases are very important meaning
2:23:22
a violent case murders and we know what Jackson's status is here they require
2:23:27
more resources and so with this strike all in the bill we are saying for until
2:23:33
2026 we certainly are giving you those resources to work through that uh and I
2:23:39
think most people think that if we do that then we can get that address so I
2:23:45

624

don't have that here but I think anybody can tell you that is the case yes thank you thank you Senator Senator Blackman

2:23:53

for what purpose question Mr President were you yes

2:23:58

Senator Wiggins Senator black was recognized for a question Mr President

2:24:05

Wiggins you've been saying that for the last two years that the city of Jackson has had

2:24:12

four temporary judges correct yes and is it not true that throughout

2:24:19

the state that there were temporary judges as a result of this arpa money

2:24:26

trying to address the backlog for the entire State as a result of the shutdown

2:24:37

of our Judicial System our legal system our businesses everything was shut down

2:24:45

and this the courts around the state had severe

2:24:52

backlogs is that not correct I I don't know that specifically to be the case

2:24:58

what I do know is that Hinds County in Jackson in particular has been the recipient of that uh and has had these

2:25:06

four positions paid for by the state well would you accept as a true

2:25:11

statement since I do know it that we passed legislation that address

2:25:19

providing temporary judges throughout the state for two years with Opera

2:25:26

Monies okay thank you and Jackson and Jackson

2:25:32

right and it's four and we're committing to to till 2026 which by my recollection

2:25:40

there's no bill that's come before so will come before us doing that for anywhere else in the state of

2:25:46

Mississippi you're absolutely correct thank you Senator all right my question

2:25:51

oh I'm sorry I thought you were please proceed Senator black thank you Mr President

2:25:58

in this bill are we addressing

2:26:04

Court administrators for these five temporary judges

2:26:10

there is no language specifically addressed in this bill for that okay in this

2:26:19
in the judges there's no specific language in this bill for that in this bill are we addressing

2:26:27
um court reporters for these five temporary judges

2:26:33
uh there is no specific language to that effect although there is a separate bill

2:26:38
that's been working its way through if it does address payment of court reporters uh in your circuit judges

2:26:46
areas and so that build this working its way through will increase the amount of

2:26:55
court reporters bailiffs and Court administrators for the Seventh District

2:27:00
uh not specifically to that no it does increase the circuit Judge's office

2:27:06
allowance and allows it removed the prohibition that they can use the money

2:27:11
to pay for court reporters so now that they can do that and it raises it raises the salaries of law clerks and it raises

2:27:19
the salaries of uh their staff in their offices I'm glad you mentioned law

2:27:24
clerks and this bill does it address that these temporary judges will receive

2:27:31
law clerks no and so these temporary judges are just

2:27:36
going to be there and um dispense Justice without any support

2:27:43
system um no I disagree and as you're very familiar with the

2:27:49
um under certain circumstances the Chief Justice can make appointments to address things and it works in the same way

2:27:56
the Chief Justice can appoint temporary judges but can achieve Justice

2:28:03
appoint Court administrators bailiffs and court reporters and law clerks uh

2:28:10
not that I know of but uh Senator Blackman one thing I found out is that judges are very protective of their

2:28:17
offices as they should be and they look after their core reporters and people that work for them

2:28:24
and and do you know where these temporary judges will be housed

2:28:31
in this bill no my understanding with the ones that we've been paying for it's

626

2:28:37
been at the wolf of building and they've been working with other elected judges in the Circuit Court

2:28:43
thank you Mr chair thank you thank you Senator Senator Norwood

2:28:49
I'm sorry I'm sorry Miss Senator Blackman but you could have I haven't proper time yes ma'am would you proceed

2:28:55
to the front so we can take our amendments Senator Simmons as your Amendment here

2:29:02
okay thank you very much Senator horn I'm star Senator Norwood for what

2:29:07
purpose sir uh introduction on the water and a question Mr President please

2:29:13
proceed with the introduction in quickly okay this month this morning this well

2:29:19
this afternoon Mr President uh we're like welcome out the acting president for Jackson State University that's

2:29:26
joined us here in the gallery Dr Elaine Hayes Anthony if she was standing in those make a field welcome

2:29:38
on your question Senator um Mr President I think that uh I mean since Wiggins

2:29:44
I know we're all basically hear our fiscal conservatives basically

2:29:49
uh do you think this is the best fit for the money that we are

2:29:55
uh about to vote on to be appropriated to uh serve functions that

2:30:01
our um judges have said that there's there's no need uh that they do not have

2:30:08
the uh space to carry out their function and when they're when they're at work the

2:30:16
elected judges cannot work because they do not have a

2:30:22
courtroom space to operate so do you think that this is the best and I certainly understand and

2:30:28
appreciate the the efforts to address crime if you will but

2:30:34
do you think this is the best uh utilization of resources that we could

2:30:41
direct to other areas that could make a meaningful impact on uh on the challenge

2:30:48
that we have sooner nor would I do and mind you this is a bill that was sent to the house

627

2:30:54

and the Senate has done our due diligence and I will remind you and the body which

2:31:01

I think you all know but there's no guarantee that this will be back next year the things that I've laid

2:31:07

out here today we know how the process works and my feeling is

2:31:14

um well there's no guarantee next year and this process no matter how it works I

2:31:21

don't think that you can get what has been laid out here today next year and there's various reasons different

2:31:27

different people will be here uh issues will be different that kind of thing so yes I do

2:31:33

I mean I mean I I can appreciate that but by the same token the uh the some of the some of the

2:31:41

individuals that's going to be impacted from a resource standpoint so that there is no need for these resources

2:31:49

and I just think that it'll be fuel for us to to appropriate funds to

2:31:54

individuals that say that there's no need for those resources Senator Norwin I I'm welcome to the fiscal conservative

2:32:01

Club I like it uh that being said nobody in this building or who's read the news

2:32:07

and let's be honest who's read the national news thinks that we don't have a problem in Jackson

2:32:13

if people think that we don't have a problem and I say we then their heads in the sand and we've got a problem and

2:32:20

this is the legislation before this body that can address this problem this issue

2:32:27

with resources uh and it's the only vehicle that is out

2:32:32

there it was sent to us by the house and we are trying to make it where we

2:32:38

can give things not give we can provide things from the state level to do that

2:32:45

and let me say this I've heard many many people commentators different legislators say

2:32:53

uh Jackson come on stay to help us out we're here helping Jackson out

2:32:59

and so I do think it's the best uh opportunity here yes

2:33:04

well I guess my final question Mr uh since the week

2:33:10

we appreciate you wanting to help Jackson out and we appreciate the resources there so would you agree that

2:33:16

uh to table this until we can sit down and work through and come up with the

2:33:22

best piece of legislation that will provide the resource provide the Avenue by which Jackson can benefit from it no

2:33:30

I would not agree to that and and I say that because a lot of work has been put in to this you yourself has have weighed

2:33:38

in which I appreciate and I think where we are in the session um it's the right thing sending it to

2:33:45

the house would be the right thing to do so that we can get this issue addressed thank you Mr President thank you Senator

2:33:52

Williams thank you thank you Senator Norwood Senator horn for what purposer question you hear from Christian Center

2:33:59

I do Senator horns record and ask for a question thank you Mr President thank you Senator Wiggins

2:34:04

how many special judges do we have in place right now uh four four slots my

2:34:11

understanding is that three are actively up and running and so there's four

2:34:17

okay so in section one of this this uh strike all

2:34:23

as amended uh we're adding another one we're adding essentially one more judge

2:34:30

correct and and we're making them all temporary correct uh and three will hear

2:34:38

civil and criminal cases and two will hear as you call it a rocket docket on

2:34:44

criminal cases correct all right and uh uh so we're not adding we're only adding

2:34:52

one more special judge right appointed judge of the judges we're adding the

2:34:57

public defenders and we're adding the assistant County prosecutor but but I mean as it relates to the appointed

2:35:04

judges correct we're only adding one more point of Judge that's correct and uh in your your bullet point under

2:35:11

section one the third bullet point it could you say commits the legislature state to uh 20 to 2026 to find currently

2:35:20

only on a year-to-year basis what does that year to year basis yeah so as you

2:35:25

know uh through the Appropriations process uh that's done on a yearly basis

2:35:31

and um both legally and technically the money that's going there could be

2:35:37

redirected somewhere else and what this enacting legislation is doing is saying we will fund those until 2026 which

2:35:45

means that we know for the next well till the end that that uh and the

2:35:50

citizens of Jackson of Jackson Jackson County the citizens of Jackson and Hinds County know that those judges will be

2:35:56

working and by the way I will state this and I've heard from multiple sources or different ones that hiring on one-year

2:36:04

contract so to speak is very difficult and so back to Senator Blackman's point

2:36:09

the judges knowing that they'll be there the Chief Justice the AOC knowing that

2:36:15

the legislature is committed to this means that they can hire the right people for for three years let's yeah

2:36:22

three years certainly at least two and a half well but where where's the authority of

2:36:29

the Chief Justice to hire support staff well the judges will do that

2:36:36

and that's what the judges do normally how are the judges going to be funded for that well the judges were being

2:36:42

they're funded right now like I've discussed you mean you mean the appointed judges yes

2:36:47

so that there's enough funding for them to hire court reporters Court administrators

2:36:53

law Clerks Etc bailiffs and whatnot we'll have to work I'm there's money and we'll work

2:37:01

through that if that's what we want to do through the Appropriations process now when you were responding to the

2:37:08

questions by Senator Simmons he mentioned that something about the one judge still being included elected

2:37:16

judge that would take office in January of 2027 is that still in this bill

2:37:23

you did the amendment that's what you that's what yes the the one judges if we get the data based get the data

2:37:31

then yes we're committing to the one judge after looking at the data and seeing where things go right but but as

2:37:37

I mentioned and I think it was to you no Circuit Court District in the state of Mississippi is guaranteed additional

2:37:45

judges or or what and we're saying if the data is there we're gonna Hines County's there but in the the original

2:37:53

strike all version uh that the Senate your Juda committee came up with

2:38:01

the we were guaranteed an elected judge to to take office and subject and and

2:38:10

District Five excuse me District Seven sub District Five and that was going to

2:38:16

be a new uh Circuit Court elected a judgeship what it was isn't that correct

2:38:23

we've now adopted the strike we've now have an amended strike call and what it says is the data we need the data and

2:38:30

we'll commit to once we get the data it looks so there's no longer a guarantee that was in this original I don't I

2:38:37

don't I don't see it that way well but now I'm here I'm hearing from one person or in here that they don't

2:38:44

need them and now I'm hearing from somebody else they need two I I don't you know the legislature with the bill

2:38:49

that's in front of you is saying get us the data we will commit to doing that when we redistrict I mean no no uh

2:38:58

elected judge is being committed to as I don't see it that way no

2:39:04

I'm sorry I don't see it that way we're committing to it get us the data we're we're in the languages there in the

2:39:10

strike all yes sir but there's no automatic commitment to elected judges

2:39:15

in this bill right now are there well there's no automatic commitment to a judge in Hinds County currently correct

631

2:39:22
but there was no there was no automatic judge coming from the house by the way
2:39:28
again I've I've gone over what we took out of the house that many people were
2:39:33
not happy with the inferior courts that permanently appointed judges that's all been changed
Senator I understand that
2:39:40
but so I'm sorry go ahead no that's fine go ahead but what what else has been
2:39:46
changed is that there was a commitment uh that after the appointed judges would
2:39:53
leave office and at the end of December 2026 an elected judge was going to be
2:39:59
elected and at the end of 2026 to take office in January of 2027. that's no
2:40:06
longer a part of his bill correct the Bill's before you as amended and I've talked about it
2:40:12
so I'll check that as a yes if that's how you want to take it that's fine
2:40:17
all right thank you Mr chairman thank you thank you Carter for what purpose question Mr
President are you for a
2:40:23
question Center yes Senator Carter you recognize for a question thank you Mr President thank
you Mr chairman
2:40:28
I think I'm sitting here and I'm listening to all this legal report stuff and I'm sorry I think we're
kind of
2:40:34
getting away from the whole point of this bill um would you agree that that the crime
2:40:40
is on the rise of Jackson and when I say that when we introduced the ccid back in 2017
2:40:47
we created Capital police but with assistance of Capitol Police in Jackson were making more
arrests now so it's not
2:40:55
necessarily that there's actually more crime being committed people are
2:41:00
actually getting arrested for committing crime and city of Jackson with the assistance of the
Capitol Police would
2:41:05
you agree with that I most definitely would because the resources are there you have the Capitol
Police also with
2:41:11
jpd and you got more people on the streets which means more people are being uh
2:41:17

taken into custody because crimes are being committed and investigated yes I would agree so the caseload is going to

2:41:22

continue to increase so that's why we're doing this correct we're trying to assist the city of Jackson we're not

2:41:28

trying to take this isn't a power grab or any of that other stuff we're just trying to assist the city of Jackson and

2:41:34

help the residents be safe and enjoy their City protect the tourists that

2:41:39

come to the city of Jackson That's the intent of the establishment 100 the intent and I can tell you Senator Carter

2:41:46

that I have people have approached me black white Republican Democrat that

2:41:52

live in Jackson and said thank you for what y'all are trying to do because they understand I assume they

2:41:59

understand they want we're trying to get a safe capital city we can't we cannot we

2:42:06

cannot not do anything I would not be right and I don't think

2:42:11

this body would be right to leave this session and not try to address it and I and that's what we're trying to do

2:42:18

with this legislation thank you Mr chairman thank you Senator Blackman I think your your amendment is up ma'am

2:42:24

you're recognized to speak on the amendment oh

2:42:47

thank you Mr President uh what this amendment does is that it

2:42:53

it eliminates the appointed judges

2:42:58

and provides for electing the judges those judges that are appointed right

2:43:05

now it will it provides that the senior Circuit Judge of the second

2:43:13

of the Seventh District would appoint those judges and by April 2nd of 2024 this

2:43:24

legislature will

2:43:29

suck provide sub-districts in the seventh

2:43:34

circuit to create two other elected judges and those judges were on their

2:43:43
terms were run for four years when we came to this state this body
2:43:52
we see it we took an oath of office
2:43:57
and that oath of office said that we solemnly swore
2:44:05
that we will Faithfully support the Constitution of the United States and
2:44:10
the constitution of the state of Mississippi the Constitution of the state of
2:44:17
Mississippi and it and I and it's amazing I remember
2:44:23
when I first came here it had in here I have read to me the
2:44:29
constitution of the U.S and the constitution of Mississippi but they presume everybody can read now
2:44:37
so we were supposed to read it in section 153 of the Mississippi
2:44:44
Constitution it says that the judges of the circuit and Chancery courts
2:44:52
shall and it's in bold
2:44:57
be elected by the people in a manner and at a time to be provided
2:45:04
by the legislature and the judges shall hold their office for a term of four years
2:45:12
so this legislature according to our state constitution
2:45:18
is only supposed to sit the time
2:45:24
and the manner in which these people are supposed to be elected
2:45:31
the Constitution goes on to say in section 165
2:45:41
appointments are only allowed when a judge is unable
2:45:48
a disqualified to preside at any term of
2:45:53
court and an appointed judge is only permitted
2:45:59
to provide to preside at such time are doing such disability a disqualification
2:46:06
in the place of the judge a judge is so disqualified
2:46:12

in that event only the governor

2:46:18

not the Chief Justice has the right to make these appointments

2:46:25

under our Constitution that we lie and

2:46:30

say we up here uphold it

2:46:37

now off the subject

2:46:42

and it's only because I know we recall we'll call the clearance Ledger the

2:46:48

Clarion liar because we don't think that they report what someone accurately says

2:46:57

but in this instance in

2:47:02

quotes when Jody Owens was testifying

2:47:14

the Clarion Ledger said that

2:47:19

he opposed both versions of the bill even though the Senate version might

2:47:25

appear to help to provide some help Owen said they opposed both versions

2:47:33

because the Senate version does not address many of the root causes of delays in the local legal system

2:47:40

like funding of the public defender's office the state crime lab and Jackson

2:47:45

Police Department he went on to say that his team last night had discussed the bills all of the

2:47:53

bills and I've got to tell you representative we are not interested in a bill that

2:47:59

advances our interests as an office but limits other systems that we depend on

2:48:06

now if we interested in supporting our constitution

2:48:12

if we interested in um affirming

2:48:18

that oath of office that we took on the first day when each of us come down here

2:48:26

comes down here then you would be for this amendment

2:48:32

because it's for electing those judges now I take issue

2:48:40

with yes there's crime here in in in Jackson but there's crime in every city

635

2:48:47
every town every village of the state of Mississippi
2:48:53
Jackson has big crime because it's big numbers but when you look at
2:49:00
it compared to other cities and what their cities population is
2:49:07
and what their crime is then it's all the same kind of crime
2:49:13
we've had crime all across this country
2:49:19
as a result of covet people are having mental health issues
2:49:25
as a result of covet now I've been here at the end of this
2:49:31
session it'll be 20 years and
2:49:36
they haven't been consecutively but it would be 20 years when something major
2:49:43
like this comes up we have conducted hearings and I know
2:49:49
I've noticed the for the last four years we've been proud saying that
2:49:55
the Senate conducts humans across the fall across the summer so that when we
2:50:03
come up here we will be educated on the issues on the bills that we are going to
2:50:10
address and I have never seen
2:50:17
in my 20 years other than the last eight
2:50:24
where legislators from other
2:50:31
parts of the state will create will propose bills
2:50:39
Monumental bills that change your
2:50:45
area that has been unheard of the way that
2:50:51
we have local and private legislation where you deal with your city your
2:50:57
county your District your area but to come up here
2:51:03
and just fundamentally change what is occurring in our capital city under the
2:51:10
pretext that we are addressing crime in this

2:51:16

city if you're trying to address crime

2:51:21

give the schools some Mental Health Counselors

2:51:27

if you're trying to address crime give the Jackson Police Department the

2:51:36

resources that it needs if you're trying to address crime

2:51:42

give the State Crime Lab the resources that it needs because we know I know

2:51:49

from the last eight years it's been underfunded we can't keep medical examiners because we don't pay them

2:51:56

enough money and bodies stay up there forever our loved ones can't

2:52:03

come to closure with their family members who have died

2:52:09

because their bodies are at the crime lab and it's backed up

2:52:16

for that body being examined

2:52:22

let's not pretend that we're interested in helping Jackson

2:52:28

by creating these judges when you haven't even consulted with the

2:52:38

existing judges to see how they what they think in terms

2:52:45

of trying to help this process alone it's amazing to

2:52:51

me that this gigantic bill you've not conferred with one sitting

2:53:00

judge you haven't talked to a court administrator to see what it's going to do for them

2:53:06

you haven't checked with the law clerks to see what it's doing and I know I went

2:53:12

to that uh wolf building with one of those temporary judges

2:53:20

and that place over there is not conducive for any trials

2:53:26

and so where are you gonna put these people let's

2:53:34

slow this road and be thoughtful about the process I

2:53:42

remember when we had all that Arbor money

2:53:48

um chairman Polk had hearings after hearings after hearings

2:53:57

and he he attempted to get everybody who

2:54:03

had some kind of Interest to the table and then when he found out

2:54:10

he didn't have everybody each year he brought the next groups to the table

2:54:18

I asked you to support this amendment and then I asked you to to kill this

2:54:24

bill so that we can take time to really

2:54:30

evaluate what is necessary to help the city of Jackson

2:54:37

now I know that this amendment is going to fail even though all of y'all know

2:54:42

that it's constitutionally right but what's amazing also to me that I've

2:54:48

learned over these last 20 years is that when we had a subcommittee process

2:54:56

we made the bill better then when we got to the full committee

2:55:01

amendments were offered that made the bill better then when we came on this

2:55:07

floor people offered amendments and that made the bill better because there are 52 of

2:55:14

us all of us have different perspectives experiences ideas and education

2:55:23

and I would think that all of us are trying to do what's best for the

2:55:29

citizens of this state and if we love Jackson like we say we love Jackson

2:55:37

then consult with the people of Jackson that

2:55:43

this bill is going to impact so I urge you to support this amendment and if

2:55:49

there are any questions I'll be more than that Sparks for what purpose a question are you for a question Senator

2:55:54

I do Senator Sparks you're recognized for a question thank you Mr President thank you madam chairman I want to make

2:56:00

sure we get this right on the Constitution because I don't want to violate the constitution myself because

2:56:05

I did take an oath section 153 deals with the basic election in terms of

2:56:12
circuit and Chancery Court judges and you're correct the judges of the second Chancery Court should be elected by the

2:56:17
people in a manner and a time to be provided by the legislature and the judges to hold their office for a term

2:56:24
of four years that's the entirety of section 153 as you understand it is that correct that is okay and then 160

2:56:32
because everybody in here maybe hadn't read the Constitution lately uh section 165 deals with disqualification of

2:56:39
Judges so for some reason a judge is disqualified you've got the governor a

2:56:45
commission to appoint someone is that correct yes okay how do you dovetail

2:56:50
that with Mississippi code 9-1-105 that says absence or disability

2:56:56
uh says multiple things but up on several people's requests including the

2:57:02
chief judge of the court of appeals the senior judge as you were referencing earlier of a circuit court or upon his

2:57:09
own motion of course it should say his or her but upon his own motion the Chief

2:57:15
Justice of the Mississippi Supreme Court uh with advice and consent of the majority of the justices have the

2:57:22
authority to appoint a special judge to serve on a temporary basis in a circuit

2:57:27
Chancery or County court in the event of an emergency you talked about our problems covid everybody his crime

2:57:33
problem is covid it's not because they committed a crime it's not because they broke the law it's because of covet

2:57:39
but yet the senior justice has the ability to

2:57:44
appoint the middle of emergency or overcrowded docket so is

2:57:51
9-1-105 in violation of the Constitution I think you've answered your own question that's statutory this is

2:57:58
Constitution okay but but wouldn't that statute have you challenged that statute

2:58:03

I've had no need to challenge that statute but I would think that with this

2:58:10

legislation that we're about to pass that they're going to be considerable challenges on these appointments will

2:58:17

that be I mean that's certainly be their right but unfortunately 153 deals with the normal election process so I would

2:58:25

agree with you had the original intent of the bill maintained that someone should appoint a judge for a permanent

2:58:31

Court I would have been for your amendment I would have been with you on that but the problem is

2:58:37

we have the authority when we have a crowded docket and apparently even the

2:58:43

D.A who everybody seems to agree is doing a good job says he has a crowded

2:58:48

docket because if he didn't have a crowded docket he wouldn't want three additional Adas and I think he hits them

2:58:54

on the head because he asks for public defenders first but I just want to make sure as we discuss the because your

2:59:00

argument is constitutional is that when we read those two sections and we read

2:59:05

91105 the the Supreme Court chief justice already has the authority to do

2:59:11

what we're asking them to do in this limited period And there's one other piece this limited period is because

2:59:17

we're using arpa dollars that do expire in 26. so we can sit around and pontificate and have committee meetings

2:59:24

and tell everybody what they're right and wrong about while the city of Jackson and Hinds County still has a

2:59:30

backlog per their own D.A but we're trying to use arpa money to

2:59:36

help them in this window that is Coveted impacted so I don't think a delay is

2:59:41

proper um if we are trying to offer resources to a county to assist them in matters

2:59:49

that their D.A says does exist let me ask well like that shouldn't pose a

2:59:55

question to you since you asking me a question you're telling me what the D.A has said

3:00:01
have you all talked to the four judges over there no no I have not Senator and I would think that the judges are the

3:00:08
ones who control their docket yeah I know I was going to ask you you're talking about the elected judges or the

3:00:14
I'm talking to us okay those

3:00:22
those says when you can have a hearing when you can do this uh with that judge so

3:00:29
I would think that the judges know how many cases they have

3:00:34
because when you're talking about the D.A the D.A is just dealing with the criminal side

3:00:41
so the judges need to be in the picture yeah and I think the chief judge has to

3:00:47
make the determination the chief judge of the Supreme Court if there's an overcrowded docket because that's what

3:00:52
the statute says so if this body asks the Chief Justice to appoint temporary

3:00:57
judges I think the Chief Justice could say you know under my authority in

3:01:02
9-1-105 I don't find that the docket is overcrowded or it's an emergency so I

3:01:08
refuse to appoint see that that protects us well I think that that statute may

3:01:15
very well be unconstitutional and it has never been challenged we pass laws all

3:01:22
the time that when someone challenges him they may be found unconstitutional a lot

3:01:29
of ballot initiative process it was statutory

3:01:34
and then the Supreme Court came and said it was unconstitutional after it had

3:01:40
been being utilized since I think 2003.

3:01:46
I I agree with you it's Senate Bill 2044 appears to be the last time that that

3:01:51
statute was amended um and I'll look that up if you voted

3:01:57
for that bill I would assume you didn't think it was unconstitutional at that time at what and when oh it'd be 2018

3:02:03

it's been amended several times but um but if it's if it's unconstitutional I assume you didn't vote for it I don't

3:02:10

know whether I did or not I mean I may do just like you all do sometimes I'll be sleep yes ma'am thank you

3:02:17

Senator Hobson for what purpose question Mr President you're for question Senator

3:02:22

I I do police proceed Senator Hobson thank you and I think Senator Sparks covered the issues of the manner in

3:02:29

which we elect judges and and the statutes that reflect the emergency powers of the courts to appoint judges

3:02:34

and I think that's what we've been dealing with here is the emergency of the caused by covid uh and you would

3:02:40

agree with me that a person has a constitutional right to a speedy trial correct absolutely and you would agree

3:02:47

that one of the problems we have in our court system in Hinds County is that people can't get to trial quickly enough we do not I

3:02:58

country in the federal court system they get a speedy trial but under the state

3:03:05

court system we don't get Speedy trials I'm just talking about Hinds County

3:03:11

I'm talking about the whole state you mentioned in your you mentioned in your uh uh in the motion that you made that

3:03:18

you about the backlog at the crime lab to the forensics lab correct I didn't mention anything anymore you said

3:03:25

something not in emotions well you're you're making a an amendment your emotion is to amend the bill

3:03:31

yeah it was about mine is about Judges I had my emotion doesn't deal anything

3:03:37

with the crime map yeah no but you said that about the the backlog the problem being the backlog in the crime no what I

3:03:44

said what I said was I was quoting what um D.A

3:03:50

Owen stated on yesterday okay you did yeah but you don't agree with the D.A then is that what you're saying no no I

3:03:57

do agree with the D.A and and you have stood up at this Podium and talked about the backlog in the crime lab and then

3:04:05

you have also talked about us not being able to get medical examiners and

3:04:10

retaining medical examiners that has created the problem and that's why we put additional money to get the medical

3:04:17

examiners and we created positions and head counts the last couple years to get additional people to work in the crime

3:04:22

lab correct and we still have a problem well we put the money in it and we've passed and you I trust that you

3:04:29

supported that I certainly I think most of the members of this body supported the additional funds and the additional

3:04:35

pins that they requested to get both the medical examiners and the assistant examiners whatever their title is to

3:04:41

help with the backlog we've done that right we have done that but if if you

3:04:46

will check the record and um that there's still a significant

3:04:52

backlog there's a a a friend of mine who's um son was killed

3:05:00

approximately six weeks to two months ago and his service is going to be this

3:05:06

Friday because the body has just been released and so

3:05:12

there's still a problem okay but I'm just saying we we've we've put the funds

3:05:17

and the head counts in that they've requested to take care of the backlog issue now

3:05:22

you know like I do it takes a while sometimes for the pipeline to fill but we've done what we've needed to do

3:05:28

uh to help push the funds there and the support that they've requested in fact

3:05:33

that's one of the reasons that I voted against that Amendment a while ago because uh to put additional money in there was because we have been putting

3:05:40

the money into the crime lab the last year or two to make sure that they can get the backlog taken care of correct

3:05:45

okay

643

3:05:54
money has gone into the crime lab because you are the chair of Appropriations however I do not know how

3:06:02
much they asked for and how much they receive because as you well know

3:06:09
um any agency has a lot of ask and then what they receive may not

3:06:16
necessarily be what the ask is well I just want to make sure that it's understood the narrative that we have

3:06:23
somehow neglected the crime lab but we haven't given them the funds to do what

3:06:28
they need to do is just not correct and would you agree with that as as I just

3:06:33
stated okay and I don't know what was given so you

3:06:39
just don't know well I know that um the D.A is saying the prop backup is

3:06:45
just in the crime lab and so apparently they're not able to get their

3:06:50
um the information they need and I know when the debate took place on the house

3:06:55
side they were saying that the backup was in the crime lab so I will agree

3:07:02
with you that it takes time however I don't know at what stage we are at the

3:07:08
crime lab now you may very well know that because you get the information I

3:07:13
don't get the information right thank you Senator Blackman thank you Mr President okay Senator Wiggins seeing no

3:07:19
further questions you're recognized to speak on the amendment sir

3:07:34
um I just want to say I appreciate Senator Blackman's service to the state but you heard what she said even if the

3:07:40
amendment passes she's not voting for it I would ask you to vote against it I will say this

3:07:47
working this bill we've all worked a lot of bills it's like it's like whack-a-mole

3:07:54
you do something and somebody else comes out of the woodwork saying they don't like it you you do this and somebody else comes

3:08:01
out I don't like it well I like it it's been whack-a-mole and we need to get this bill and send it

3:08:06

to the house and so I would ask you to vote against this amendment so that we can get this done and get Jackson

3:08:13

taken care of with what we've been handed here and so to ask you to vote against the amendment Senator black one

3:08:19

we're ready for your motion man

3:08:25

support the amendment I do want Jackson to be taken care of but I do

3:08:32

believe Jackson deserves to be at the table to be taken care of

3:08:37

and I'd ask for five of my colleagues if they will stand for a roll cover I'm one

3:08:42

Mr President thank you ma'am thank you we have sufficient number Mr Clark

3:08:48

please call the roll Barnett Barron

3:08:54

Blackman Blackwell blind

3:09:00

boy Branny Brian

3:09:07

Butler the 36 but number 38.

3:09:12

Carter Kaufman says it all

3:09:19

Chisholm the bar Delano

3:09:25

England feeling game Frazier

3:09:32

Harkins Hickman hell

3:09:38

Hobson porn Jackson

3:09:48

Jordan Kirby Macan

3:09:55

McDaniel McLendon McMahon

3:10:02

Michelle Moran Norwood

3:10:08

Parker parts poke

3:10:15

Seymour Simmons of the twelve

3:10:21

Sims of the 13th Sojourner Sparks

3:10:27

Suber Tate Thomas
3:10:34
Thompson Turner Ford Whaley
3:10:41
Wiggins Williams
3:10:48
younger Brian
3:10:57
Blackwell Butler 36.
3:11:05
Hopson
3:11:15
Williams younger
3:11:21
voting yes or yay Barnett Blackman blunt Butler 36 Butler 38 Frazier Hickman horn
3:11:31
Jackson Jordan Norwood Simmons of The Twelve Simmons of the 13th Thomas and Turner
3:11:38
Ford voting no ornate Barrett Blackwell boy Branning Carter Hoffman Jazz and all
3:11:47
Chisholm Debarr Delano England filling game Harkins Hill Johnson Kirby mccon
3:11:55
McDaniel McLendon McMahon Michelle Moran Parker Parks Pope Seymour Sojourner
3:12:05
Sparks Suber Tate Thompson whaling Wiggins and Williams
3:12:20
Senator Simmons dear Amendments of pleaser
3:12:27
you're recognized for your Amendment sir I'm on College just that's what we're
3:12:32
rolling along here one moment Senator they'll have the
3:12:38
total Force
3:12:43
Amendment fails 15 to 8 34 nay Senator Cemetery recognized on your minute thank you Mr President members of the Senate I
3:12:50
did raise questions to Chairman Wiggins regarding uh if he had had opportunity
3:12:56
to speak to the seventh circuit judges uh and I also circulated uh an official
3:13:02
statement from the seven circuit judges
3:13:10
and I really consider this to be a friendly Amendment because in the legislation that passed the committee uh
3:13:16

646

it was the intent of the committee and supported by the chairman that starting in 2027 there would be a a an additional

3:13:26

elected judge in the seventh circuit and so what this amendment does uh and

3:13:32

complete support of the seventh circuit judges is basically do away with the

3:13:37

temporary judges and if it is in fact true about the caseload and the

3:13:42

assistance and the help that we want to provide to Hinds County uh it is the uh

3:13:49

it's the the seventh circuit judges they were like uh to have two elected judges

3:13:54

and the good thing about where we are is that this is an election year

3:14:00

and so what my Amendment will simply do is this year end of the in the election

3:14:05

year will elect two new judges to take

3:14:10

the post of seven sub district seven five and seven six in the seventh

3:14:16

circuit is supported by the seven circuit judges and that way we could help with the back load of cases and do

3:14:23

all of the things that uh it said the intent of House Bill 1020 is let's

3:14:30

support our judges let's support the city of Jackson and Hinds County uh by

3:14:36

supporting this amendment Senator Sparks for what purpose sir question Mr President for a question

3:14:42

Senator Simmons Senator Sparks just recognized for a question thank you Mr President thank you Mr chairman So based

3:14:47

on this letter there is a backlog no he he did not say it was a backlog or

3:14:53

should we add two judges if there's not a backlog that wouldn't be efficiency would it well Senator Sparks the only

3:14:59

thing I'm doing is supporting the bill has passed the actual committee

3:15:04

and just adding additional judge and so whatever data that is being used as the

3:15:10

bill came from the house and passed through the senate committee and now on the floor to say we need five temporary

3:15:18

judges and also starting in 2027 an additional elected judge my Amendment
3:15:24
simply says let's do away with the temporary judges and less support to
3:15:30
permanently elected judges in Hinds County two judges that will be decided
3:15:36
by the people okay but aren't we looking at doing judicial redistricting for the entire state next year
3:15:44
I know we have to do it by 2025. okay but because of where we are in the
3:15:50
legislature's efforts in trying to help Hinds County in the city of Jackson and
3:15:55
because we have taken the responsibility of trying to put judges in the seventh
3:16:00
circuit what this amendment will do is support the seven circuit judges by
3:16:06
simply saying they don't want the temporary judges for all the reasons that you heard during the debate what
3:16:12
they want and their desire is to have two newly elected judges and I hope I
3:16:18
can get your support okay the against the follow-up to that would be if we
3:16:23
do the temporary judges with arpa money because everyone seems to think the
3:16:28
Hinds County backlog I've heard no one purported at the backlog is for any other reason than coveted
3:16:35
um and maybe the crime lab and adding judges wouldn't fix the covet problem or the crime lab problem isn't that true
3:16:44
adding judges will be in complete support of what the seventh circuit judges want
3:16:50
considering where we are with Bills currently being considered in the legislature regarding not only the city
3:16:56
of Jackson but also the seventh circuit and I won't be respectful of that but we're we're obviously spending State
3:17:01
money and committing Harper resources to deal with what we believe to be a temporary backlog a temporary problem
3:17:08
and if we clear those up by the end of 2026 when the arpa obligation runs out
3:17:14
then we may not need to we may need one but that's that's kind of I guess the

3:17:21
position I'm in is that if we're spending temporary money for what we believe to be a temporary problem let us
3:17:27
get through that temporary period and then if two are needed then we address that when we do judicial redistricting
3:17:33
and I certainly would support you uh in that circumstance and another portion of the amendment Senator Sparks is that the
3:17:41
seven circuit judges also they do what I believe temporary judges should be
3:17:46
appointed if they could actually cases could be uh
3:17:51
transferred to other judges in in the circuit as you know judges refused uh
3:17:57
Council for herself all the time and the cases will rotate within that circuit
3:18:02
and so basically what they also in this official statement from the seven
3:18:08
circuit judges is that if there are cases certainly allow those
3:18:13
cases to go from Judge to judge if there's a recruiter but they don't want temporary judges unless all four of the
3:18:20
current judges recuse themselves so what's critical in Amendment as well is no temporary judges but just having also
3:18:27
two newly elected judges okay all right thank you okay thank you sir Hickman for what purpose
3:18:32
oh uh questions Senator Simmons yes Senator Hickman is wrecked and asked for a
3:18:38
question uh Senator Simmons is this amendment that you're making um uh purport to do exactly what this
3:18:45
having circuit judges are asking us this body to do it doesn't hit me were you here this morning uh on the first
3:18:51
amendment made to I think the strike all bill which removed the DA's the
3:18:58
assistant DA's because allegedly the district attorney asked
3:19:04
for that and we received that information through the Clarion Ledger not through a letter specifically
3:19:10

addressed to this problem is that correct yes correct so that would say that this body has a precedent of doing

3:19:15

what individuals would ask them to do in situation when they're purporting to

3:19:22

help them do something is that correct that is correct thank you Mr Center Simmons thank you Senator Senator

3:19:27

Wiggins you're recognized to speak on the amendment

3:19:33

thank you Mr President I'd ask you to vote against the amendment Senator Sparks laid the argument out right there

3:19:40

appreciate the judges weighing in but as I said earlier it's the legislature's prerogative or not just prerogative but

3:19:47

it's our duty to do the judicial redistricting which will be next year and we have a process in place to do

3:19:54

that so I would ask you to vote against the amendment thank you Senator Simmons for your motion sir thank you Mr

3:20:00

President x uh adoption of the amendment in an expo roll call

3:20:06

for 96 senators

3:20:12

we have six Mr clerk please call roll Barnett

3:20:18

Barrett Blackman Blackwell

3:20:24

blunt bully Branning

3:20:30

Brian Butler 36. Butler 38.

3:20:36

Carter Kaufman Chaz and all

3:20:42

Chisholm Devar Delano

3:20:49

England building game Frazier

3:20:56

Harkins Hickman Hill

3:21:02

Hopson horn Jackson

3:21:11

[Music] Jordan

3:21:16

Kirby Macan McDaniel
3:21:22
McLendon McMahon Michelle
3:21:29
Moran Norwood Parker
3:21:35
parks poke Seymour
3:21:42
seven to the 12. Simmons of the 13th Sojourner
3:21:49
Sparks Subaru Tate
3:21:55
Thomas Thompson Turner Ford
3:22:01
Whaley Wiggins
3:22:07
Williams younger
3:22:16
okay sir Norwood recognize for your Amendment sir one
3:22:22
moment I'll announce the result Brian
3:22:30
Delano Hobson
3:22:36
Jackson
3:22:46
I think that's it younger voting yes or yang
3:22:53
Barnett Blackman blind Butler 36 Butler 38 Frazier Hickman horn Jackson Jordan
3:23:02
Norwood Simmons of the 12th Simmons of the 13th Thomas and Turner Ford voting
3:23:10
nowhere near Blackwell block made Barrett Blackwell bully Brandon
3:23:16
Carter Kaufman chasenal Chisholm DeBarge Delano England filling game Harkins Hill
3:23:23
Johnson Kirby Macan McDaniel McClendon McMahon Michelle Moran Parker Parks Paul
3:23:34
Seymour Sojourner spark Suber Tate
3:23:40
Thompson Whaley Wiggins and Williams
3:23:45
Senator treasury recognized for an introduction out of order thank you Mr President I would like to send you to
3:23:50
make welcome of the Clinton High School arrows uh female acapella choir and they're joined

651

3:23:58

by their director Carousel Sparkman sitting in the South and West balconies please make them welcome

3:24:05

[Applause]

3:24:12

please

3:24:23

failed 15 years 34 days sooner nor would you recognize thank you Mr President uh

3:24:29

I think this is one that we all can agree on we all value our uh

3:24:35

Free Speech free speech and expression and Mr President

3:24:41

um what I'm asking them let me briefly explain what I'm trying to say here uh

3:24:48

we want to strike the the entire sentence beginning at um line 232 land

3:24:54

237 which

3:25:00

um basically in denied us they're not individuals their right to free speech

3:25:07

and expression as such it is a prior restraint on

3:25:12

speech and violates the guarantee of freedom of speech in the First Amendment

3:25:17

of the U.S Constitution and what I'm asking is that lines 232 line 237 be

3:25:26

um deleted in order for that to to happen but Mr President uh that's what

3:25:32

the amendment does and I think we all can agree on with how we value and

3:25:38

protect our freedom of expression of freedom of speech so I ask you to

3:25:43

support this friendly Amendment

3:25:49

thank you Senator Norwood questions on the minister Sparks for what purpose question Mr President were you for a

3:25:55

question Senator Norwood yes please proceed Senator Sparks thank you Mr President thank you Senator Norwood your

3:26:01

attempt here is to keep from creating uh what some people would call Free Speech zones because everywhere should be free

3:26:07

speech absolutely thank you for your Amendment

3:26:13
okay Senator will get you to recognize speak on the amendment

3:26:21
thank you Mr President I would ask you to vote against this um uh I appreciate

3:26:26
Senator Norwood going to the Constitution but there is what's called time place and manner on restrictions

3:26:34
that can be put on uh the First Amendment and as I said earlier during the debate this language is to protect

3:26:42
the citizens that come down and the and those of people that work down here to Simply allow the Capitol Police to know

3:26:49
what's going on just like anybody else's uh municipality or County where they

3:26:54
deal with that and because you right down here you got the governor's mansion you got the capital you got all the

3:27:00
government buildings they have a right to be able to safely do that and if you

3:27:06
vote for the amendment I think we're taking safety out of this so I'd ask you to vote against the amendment thank you

3:27:12
Senator Norwood to close please sir and I can appreciate what Senator Wiggins is saying but at the end of the

3:27:18
day we're going to talk about uh confusion and lack of communication here

3:27:24
we have two different channels that we it's working fine right now and let us just keep it as it is so

3:27:32
uh Mr President I asked for and vote with the uh a broker vote on the matter

3:27:42
need six F2 F6 Mr Clark please call the rule

3:27:49
Barnett Barrett Blackman

3:27:56
Blackwell blind boy

3:28:02
Branning Brian button number 36.

3:28:08
brother number 38. Carter Kaufman

3:28:14
chats and all Chisholm Devar

3:28:20

Delano England villain game
3:28:26
Frazier Harkins Hickman
3:28:34
Hill Hopson horn
3:28:41
Jackson [Music]
3:28:46
Jordan Kirby Macan
3:28:52
McDaniel McClendon McMahon
3:28:58
Michelle Moran Norwood
3:29:06
Parker parks Pope
3:29:11
Seymour seven of the twelve seventh of the 13th
3:29:18
Sojourner Sparks
3:29:24
Subaru Tate Thomas
3:29:31
Thompson Turner Ford
3:29:38
Whaley Wiggins
3:29:43
Williams younger
3:29:48
Barrett bullying
3:29:54
Brian Delano
3:30:00
England Harkins
3:30:05
Hickman I
3:30:14
Sparks take
3:30:23
younger voting yes or yay Barnett Blackman blunt Butler 36 Butler
3:30:31
38 Frazier Hickman horn Jackson Jordan
3:30:38
Norwood Simmons of The Twelve Simmons of the 13th spark Tate Thomas Thompson
3:30:46
Turner Ford voting know her name Barrett Blackwell
3:30:51

boy Branning Carter Kaufman chaginaw Chisholm debar Delano England filling

3:31:00

game Harkins Hill Johnson Kirby mccoin

3:31:06

McDaniel McLendon McMahon Michelle Moran

3:31:11

Parker Parks Pope Seymour Sojourner

3:31:17

Suber Whaley Wiggins and Williams

3:31:33

Senator Simmons

3:31:38

oh I'm sorry singer Soldier Mr President I like to move to previous

3:31:44

question one moment please

3:31:52

we've taken the vote on this one moment please

3:32:09

that takes questions

3:32:34

foreign

3:33:09

destruction

3:33:49

foreign

3:34:43

now we have a motion on the floor

3:34:49

I have a motion on the floor yes Senator centers

3:34:55

for what purpose thank you Mr President uh pursuant to Senate rules 97.2 I now

3:35:01

moved to lay the bill on the table and according to the order of presidents it does take precedence over a previous

3:35:07

Motion One Moment a previous question motion

3:35:48

okay Senate the motion is to lay on the tables and assume it's correct takes precedence all in favor signify by

3:35:54

saying aye opposed no the nose have it we're back on your

3:36:00

Motion Center Sojourner Senator Sojourner senior Sojourner

3:36:12

sorry our motion is to your Motion Center then we'll vote on it

3:36:19

Mr President I'd actually like to remove my motion okay

3:36:25

it's withdrawn thank you very much we'll go back to Amendment uh Senator Simmons

3:36:34

not you

3:36:43

he's his life

3:36:53

thank you one moment Senator Senator Blackwell's approaching

3:37:14

Senator Simmons is lights not I'm sorry Senator Blacklist well I just not working Senator Simmons

3:37:20

for the next commitment Mr President you're on your own your Amendment sir all right thank you Mr President members of the Senate this should be a friendly

3:37:26

Amendment the only thing this amendment does is remove the language from the strike all

3:37:34

considering Senate Bill 2343 that we've already passed this body

3:37:40

by a vote of 36 to 14 on February the 8th so the only thing this amendment

3:37:46

does is remove the language in the strike all before you

3:37:52

that's already been passed by our passing of Senate Bill 2343 so Cindy

3:37:59

Bill 2343 section one has already been passed by this body on February the 8th and that's all this

3:38:06

amendment does it deletes the language in the strike all before you uh based

3:38:12

off the fact that this body has already passed it so that when this bill if you vote this amendment up when this bill

3:38:17

goes over to the house for concurrence or non-concurrence it will not contain the language that was already passed in

3:38:24

Senate Bill 2343 that's all the bill does questions on the amendment questions

3:38:31

seeing none Senator Simmons on your Senator Wiggins you recognize

3:38:37

I would ask you to vote please vote against the amendment we've since amended that language and and as

3:38:43

somebody pointed out earlier this is all together we need to get this to the house to get this matter addressed that

3:38:49

I'd ask you to vote against it please Senator Simmons we're ready for your motion sir thank you Mr President access

3:38:55

for adoption of the amendment by roll call I need 501 my colleagues please stand

3:39:00

thank you we have six Mr clerk please call the

3:39:07

roll Barnett Barrett Blackman Blackwell

3:39:15

blind bullying branding Brian

3:39:22

Butler for 36 button 38. Carter

3:39:28

Kaufman Jazz and all children

3:39:33

the bar Delano England

3:39:38

feeling game Frazier Harkins

3:39:44

Hickman Hill Hopson

3:39:51

horn Jackson

3:39:58

Jordan Kirby Macan

3:40:04

McDaniel McClendon McMahon

3:40:10

Michelle Moran Norwood

3:40:16

Parker parks oh

3:40:23

Seymour Simmons of the twelve seventh of the 13th

3:40:30

Sojourner Sparks Subaru

3:40:37

Tate Thomas Thompson

3:40:43

Turner forward Whaley Wiggins

3:40:51

Williams younger Blackwell

3:40:59

Brian Frazier

3:41:13

he always known Sojourner

3:41:25

Sparks younger

3:41:32

voting yes or yay Barnett Blackman blunt Butler 36 Butler 38 Frazier Hickman horn

3:41:43

Jackson Jordan Norwood Simmons of the 12th Simmons of the 13th Thomas and

3:41:51

Turner Ford voting no ornate Barry boy Brannon

3:41:56

Carter Kaufman chasenal Chisholm Debarr Delano England Phil and Gaines Harkins

3:42:05

Hill Hobson Johnson Kirby Macan McDaniel McClendon McMahon

3:42:14

Michelle Moran Parker Parks Poe Seymour

3:42:20

Sojourner spark Suber Tate Thompson Whaley Wiggins Williams

3:43:19

by a vote of 15 years 34-80 Amendment failed Senator blood if you're recognized on your Amendment

3:43:25

sir

3:43:31

thank you Mr President

3:43:39

sorry Senator Blackwell Ford purpose to the vote and then a parliamentary inquiry to the vote first I did not hear

3:43:46

my name called I vote no thank you the Parliamentary inquiries this bill

3:43:53

came over to us from the house with sales tax in it requiring a three-fifths vote since that's been removed shouldn't

3:44:00

be just a simple majority it's well taken please proceed Senator blunt

3:44:06

famous president my Amendment deals with protocol for independent investigation of Officer involved shootings

3:44:14

in 2021 commissioner Tyndall came to the legislature in his new job as

3:44:22

commissioner of Public Safety and asked us to pass House Bill 974 which I voted for

3:44:30

which changed the way officer-involved shootings are investigated

3:44:36

the bill that was signed into law that year says that the Mississippi Bureau of

3:44:42

Investigation shall have jurisdiction to investigate all incidents of officer-involved shootings other than those involving

3:44:48

658

state troopers the reason for that is obvious because the Mississippi Bureau of Investigation and the state troopers
3:44:55
are within the Department of Public Safety the law the bill that passed that year said that the Attorney General
3:45:02
shall designate a law enforcement agency or task force to investigate those
3:45:07
incidents the issue that is before us with this
3:45:12
bill is the Capitol Police which at the time that house bill 974 was passed a
3:45:20
couple of years ago was not under the auspices of the Department of Public Safety it was still over at the
3:45:26
Department of Finance and administration I hadn't been moved yet and so there was no reason at that time
3:45:34
for commissioner Tyndall to ask for separate independent investigations
3:45:39
involving the Capitol Police because at that time the Capitol Police was a DFA
3:45:45
it wasn't at the Department of Public Safety there have been shootings involving the Capitol Police
3:45:51
one man was murdered excuse me I should not have said murdered one man was shot and killed
3:45:57
and it is essential to the confidence of the people that these investigations be
3:46:04
handled independently the Mississippi Bureau of Investigation and is part of the Department of Public
3:46:11
Safety the Capitol Police part of the Department of Public Safety and what you essentially have in these officer
3:46:17
involved shootings right now involving Capitol Police is you have two different divisions within the same agency
3:46:22
investigating each other and I believe for the sake of
3:46:28
Independence and public confidence when there is a shooting involving any part
3:46:34
of the Department of Public Safety including the Capitol Police that the Attorney General we should follow the
3:46:40

659

current law and let the Attorney General appoint an independent law enforcement agency to handle that investigation

3:46:47

that's what the amendment does I'll be happy to answer any questions question Senator Wiggins

3:46:54

Senator Wiggins uh motion Mr President please proceed this amendment's not germane to the bill

3:47:00

and if I may State my reason it's not necessary it's not Germaine

3:47:06

Senator Wiggins you recognized on your bill

3:47:17

we don't adopt a strike all I believe

3:47:44

foreign

3:47:50

thank you Mr bro this is just to put a reversal feeler in the bill they're actually two sections and um one is is

3:47:58

June 30 2023 the other one September 30 2023 as it relates to one of the code

3:48:03

sections I think it's the police that going forward would be October one uh one of the concerns I expressed in my

3:48:09

original questions to Senator Wiggins was that I have no idea of what the um

3:48:15

and I just saw the commissioner but really to get an understanding of how many how much the police force would

3:48:20

need to be and what that's going to what's what that is going to cost um have no idea and I know there are

3:48:27

some other things in there about body cams and some other expenditures but um I think it'd be prudent for us to

3:48:34

have an understanding on what the financial impact is going to be uh primarily and that's a major concern of

3:48:40

mine without knowing I mean right now it's just a blank check you know the checkbook is wide open without knowing

3:48:46

what the parameters are going to be for the police so my my motion is simply to uh

3:48:53

um push us down there until we get a better understanding and I'd like to get information I hope you would too to help

3:48:59

you understand what the financial impact is going to be to the state to assist the Capitol Police and I'll

3:49:05

yield for questions or if there are any questions on the amendment

3:49:11

seeing none Senator Wiggins you're recognized to speak on the amendment thank you and I shared this with uh

3:49:17

chairman Hobson I do think the numbers that I've given you are uh fairly

3:49:23

accurate but I do understand with where the bill is now what we're trying to do and I shared with Senator Hobson's my I

3:49:31

support the amendment would ask you to vote for the amendment that being said and this is what I told Senator Hobson this is our position going into

3:49:38

conference okay this is where the Senate is um and I'm considering the status of

3:49:46

this bill and everything I don't the reason I'm agreeing and asking you to vote for it is so that we can nail down

3:49:53

the finance part of this that the state is obligated to pay and with this bill

3:49:58

as you've heard we are agreeing to do that but we need to know the the numbers

3:50:03

and I'm willing to work obviously with chairman Hobson to do that so I would encourage you to vote Yes on the

3:50:09

amendment thank you for having the motion all in favor signify by saying you all right

3:50:16

opposed no the eyes have it Senator Wiggins were on your strike on

3:50:23

thank you Mr President my motion would be that uh we adopt the strike call uh

3:50:28

on the morning roll call Houston morning roll call has been request well one moment

3:50:34

we're all in favor signify by saying aye aye opposed no the eyes have it now we're on the bill

3:50:41

uh Senator horn has requested to speak on the bill senator Senator horn you're recognized to speak

3:50:47

on the bill

3:50:56

thank you Mr President uh Senator Wiggins I will uh

3:51:02

take my hat off to you for the work that you've done on this bill it is vastly

661

3:51:08
improved from where it started but it is still a snake and it needs to

3:51:13
be defeated Senator Carter made the point that crime

3:51:18
is on the rise in Jackson and he's correct but to Senator Barrett's point

3:51:25
there is absolutely no empirical data no evidence that adding these temporary

3:51:33
appointed judges will do anything to stem the rise in crime in Jackson there's no data this is a knee-jerk

3:51:40
reaction and we should all be asking ourselves will this work and the answer to that question

3:51:47
is we don't know we're about to make a broad leap

3:51:54
uh into an area that uh is dicey at the very best

3:52:00
uh and um there's um objectionable at the very least

3:52:07
uh you know they talked about and I've heard a lot of folks you know wave look

3:52:13
at the cases these special judges have resolved but on closer inspection of those cases

3:52:21
that have been resolved most of them are County court cases and

3:52:26
misdemeanors now if you look at the data and I've handed out to each of you

3:52:34
some data that was has been prepared by the sitting elected judges

3:52:39
that the open cases right now in Hinds County

3:52:45
2695 cases the cases that were closed in the last year are

3:52:51
1052 cases they were closed if you break it down by a judge you see

3:52:58
that judge woodloop has 775 cases and she's closed 223 of those

3:53:06
uh judge Peterson 543 277 of those cases

3:53:11
have been closed judge Kidd 619 313 of those cases have been closed

3:53:18
judge green who's recently retired 606 cases she closed out 202 of them

3:53:26
the special judges 152 cases they closed out 37.

3:53:34

now if you look further and if you turn on page two of this document I will only

3:53:39

deal with the first two pages of it the case is Tried by special judges

3:53:45

represent seven percent of the jury trials in 2022

3:53:51

now mind you they started late and I only got up and running in the fall but

3:53:57

but getting up and running they were fraught with problems because this the

3:54:02

structure and the nature of what we're trying to do is trying to fit a square

3:54:08

peg in a round hole and I'll talk to you about that more in just a minute

3:54:13

the cases that the inspector judges played out represent only six percent of the please

3:54:19

The Remains a special judges represent only one percent of the cases remanded

3:54:25

in last year now of the 1052 cases that were closed

3:54:31

in last year judge kids closure represents 29 of the

3:54:37

cases closed Wilton 21 of the cases close

3:54:42

Peterson 26 percent green 19 percent special Judges 3 percent

3:54:51

I wonder if this is working because uh

3:54:57

the way that the system as I understand and I was educated by sitting down and meeting with all of the elected sitting

3:55:04

judges in Hinds County in the second job in the Circuit Court and

3:55:09

there it's not it's so simple a deal to just appoint judges

3:55:16

yeah you can appoint judges but the judges don't make the system work it's

3:55:21

the support staff that make the system work as court reporters it's

3:55:27

administrators it's it's um uh the situation with regard to to

3:55:33

courtroom space now we were told that down in Hinds County Court there are a

3:55:39

couple of courtrooms they cannot even use and you have to schedule these these

3:55:45

um cases to be heard uh in rotation because there just isn't enough space

3:55:50
actual courtroom space there's a courtroom at least one courtroom that

3:55:55
Reigns when there's a heavy rain in Jackson uh they've got buckets while

3:56:01
they're trying to do Court proceedings in one of the courtrooms that's a need helping to fix these Corpus might might

3:56:08
be something that we should look at uh there is a heavy shortage of court

3:56:13
reporters now we've heard a lot about the wolf building and I'm like everybody else I

3:56:20
thought they were carrying on uh Court proceedings in the world folk building well they might have been for the county

3:56:28
court cases and the misdemeanor cases but there have been no criminal cases tried in the welfare building it's not

3:56:35
equipped to handle a proceeding such as that you have to sequester the juries

3:56:40
you have to have to to make sure that the if it was a criminal case that this

3:56:47
adequate security for the accused and and for for persons who might be coming

3:56:53
in to watch the trial who might have an emotional attachment to the outcome of the trial

3:56:58
you know so we've never used the local building for what we should we're saying that we we uh should be using it for

3:57:06
yes we need more prosecutors yes we need more public defenders than what one of the most egregious things that we've

3:57:13
done today is in needing a more prosecutors uh the chairman of the

3:57:20
committee offered an amendment to eliminate uh some of the the assistant District Attorneys uh that the D.A had

3:57:28
said that he desperately needs we've not established any benchmarks for the

3:57:34
success of the program what are the expected outcomes that we that we want to see in this program we don't have any

3:57:40
benchmarks we don't have any goals and objectives all we have is a knee-jerk reaction saying we need more judges

3:57:48
the big problem that as as it was represented to us they don't have enough

664

3:57:53
jurors be able to try cases any faster than
3:57:59
that than they're doing now unless you make some changes there's no budget for expert witness
3:58:05
testimony for uh sequestering jurors other expenses that are involved with
3:58:12
with criminal and civil court uh case uh trials we just haven't thought this this
3:58:19
process through the loan public defenders from the from the state public defender's office do not handle any new
3:58:26
cases all they're doing is assisting the existing public defenders with current
3:58:31
cases and according to the judges yes they have a a a caseload but they
3:58:38
don't have a huge backlog what they do have is a heavy caseload and a lot of
3:58:45
the cases are heavy cases they're murder trials they're um armed robbery
3:58:52
um any number of things that take more time to go through the process to try
3:58:57
and then there's the issue of mental evaluations
3:59:03
uh they often times judges complain about the fact that they have to wait on
3:59:09
on a track a psychiatric bed for a person to to be who's been accused of a
3:59:15
crime to get a mental evaluation evidence sometimes is slow coming from the from jpd
3:59:22
and we've heard the difficulties that folks have with uh reports coming back from the state crime lab
3:59:29
so having appointed judges might work it might work if you integrate them into
3:59:38
having a supervision from the elected judges where they can can do pleadings
3:59:44
or do jury evaluations or whatever while the these elected judges doing other
3:59:50
things you can integrate them into the process but what we're trying to do is put a whole another layer on top of it
3:59:57
and using the existing resources of the Hinds County Circuit Court which is
4:00:02
limited in its resources to begin with they don't have enough court reporters they don't have enough enough law clerks

4:00:09
Court administrators they don't have enough bailiffs and security so so when
4:00:15
we try to layer this this other process on top of that it bottlenecks because
4:00:20
these judges have the the way that the courts assigns the cases
4:00:27
the Supreme Court chief justice can't assigned cases only the judge who has
4:00:32
who has the cases can either share the cases or the senior judge might be able
4:00:37
to to suggest some cases be handed to the special judges but but they have to
4:00:43
stop what they're doing and and look at that they have to to look at at their schedule and see when
4:00:50
they can give up their courtroom they have to have to look at uh what's going on with their court reporter to see if
4:00:57
they can loan that court reporter to another one of the special appointed judges this process is fraught with
4:01:06
uncertainty is fraught with a lack of planning we
4:01:11
haven't thought this situation out as much as we need to we have a lot of
4:01:17
unanswered questions who will assign the judge cases what will the structure look like where will the cases be tried we
4:01:25
don't know any of these questions and yet we're passing something that's pretty significant and Monumental that
4:01:32
needs to be looked at and thought through a lot more clearly I'm glad that we put a reverse repealer in this bill
4:01:38
so that we can continue to work with it uh and you know the state says that if
4:01:43
it wants to help Hinds County and help Jackson well then help and and don't hurt
4:01:49
the bills and the legislation being proposed by a lot of our well-meaning
4:01:55
colleagues from other places around Mississippi are not being helpful they
4:02:01
are hurtful because they're being drawn up without any input any consideration
4:02:06
or involvement of the local elected officials both in the legislature and at

4:02:12
the local level we should be coming together to solve our problems and
4:02:17
challenges not tearing each other apart if you want to help sit down and
4:02:22
communicate with us maybe we'll find out that we have problems getting mental
4:02:27
health evaluations from the state hospitals or getting folks beds at the state
4:02:34
hospital maybe we'll find out that getting evidence from jpd is a part of
4:02:39
the problem and an issue maybe we'll find out that the current structure cannot absorb five appointed judges or
4:02:48
elected judges without significant improvements in courtroom space court reporters Court administrators and other
4:02:55
support Personnel needed to make a court system work maybe we'll find out that
4:03:01
the State Crime Lab is just as inefficient in Hinds County as it is in the rest of the state
4:03:07
instead of trying to push us around and disenfranchise us you might try offering
4:03:13
us resources we need to get the job done instead of uh starving us out
4:03:20
if you want to help help but don't hurt thank you Senator Senator Wiggins
4:03:30
thank you I'll be brief it's been a long but a good debate first I want to say to Senator horn and
4:03:37
what he recognized I want to thank this body for this professional
4:03:43
in the debate and how we handled this and I want to thank and appreciate the Jackson delegation
4:03:51
for their input into what went in we understand
4:03:58
we may have differences of opinion but we can debate and we can address it and
4:04:03
that's a good thing and please make no mistake we all know the nation is watching they have been
4:04:11
and with this bill we are standing up for the citizens of Jackson and for our
4:04:16
state capital many of the Jackson delegation has been up here before saying we're the state
4:04:23
capitol we're proud of it we want y'all's help well this is the
4:04:30

667

help we're giving and make no mistake there's no guarantee this is coming back around next year
4:04:38
none whatsoever we understand the process and in in
4:04:46
terms we're putting our best foot forward for the house now that we've got the uh Finance issues
4:04:56
we can address those properly although they've been addressed but we can
4:05:03
formally figure those out but that's not going to change that the state is standing behind Jackson with
4:05:10
its resources and its money it's public defenders
4:05:16
it's prosecutors we want a safe
4:05:23
Jackson in a safe capital city and I think this is a very good bill I
4:05:31
appreciate where the body and the committee has been and I also want to say that I do think
4:05:37
representative Lamar as he said in in many public statements
4:05:43
they in the house want to save Capital City because we live here and we work here
4:05:49
and I will disagree with Senator horn on this this isn't knee jerk we've worked
4:05:54
this we've talked to people
4:06:00
and we understand in the citizens of Jackson are asking for us to do something and as I said earlier and I'll
4:06:06
close with this we cannot get out of this session without doing something it just would not be the right thing
4:06:13
because we all have a connection to Jackson and so I appreciate the debate that
4:06:19
we've had here today I appreciate the work that has gone into this from the Senate
4:06:24
and I would ask you to vote for the bill and let us get it to the house
4:06:31
and finalize what we need to finalize and give the citizens of Jackson some
4:06:38
peace of mind knowing that the state is behind them and that we want a safe Community thank you Mr President thank
4:06:45
you Senator your motion sir leave passage on the morning roll call
4:06:51

Mr President the morning roll call has been requested anyone object to the procedures we have an objection please

4:06:56

call the roll Barnett Barron

4:07:04

Blackman Blackwell blind

4:07:10

boy branding Brian

4:07:15

Butler the 36. Butler 38. Carter

4:07:22

Kaufman chance and all Jason

4:07:27

the bar Delano

4:07:32

England filling game Frazier

4:07:38

Harkins Hickman Hill

4:07:45

Hopson horn Jackson

4:07:54

Jordan Kirby Macan

4:07:59

McDaniel McLendon McMahon

4:08:05

Michelle Moran Norwood

4:08:12

Parker parks

4:08:17

Pogue Seymour Simmons of the twelve

4:08:23

Simmons of the 13th Sojourner Sparks

4:08:30

Subaru Tate Thomas

4:08:37

Thompson Turner Ford Whaley

4:08:43

Wiggins Williams younger

4:08:50

bearings

4:08:57

Brian Delano

4:09:12

7 of The Twelve Turn It Forward

4:09:18

younger voting yes or yay

4:09:24
Blackwell boy Branning Carter Kaufman Chad's and all Chisholm Deborah Delano
4:09:32
England Phil and game Harkins Hill Hopson Johnson Kirby Macan McDaniel
4:09:41
McClendon McMahon Michelle Moran Parker
4:09:46
Parks Pope Seymour Sojourner Sparks
4:09:52
subar Tate Thompson Whaley Wiggins
4:09:58
Williams voting no ornay Barnett
4:10:03
Blackman blunt Butler 36 Butler 38.
4:10:10
Frazier Hickman horn Jackson Jordan Norwood Simmons of The Twelve
4:10:18
Simmons of the 13th Thomas and Turner Ford
4:10:24
voting present buried
4:10:31
[Music]
4:10:38
Senator Hickman for a recognize my introduction
4:10:43
Mr President joining us today uh in the west Gallery is one of my law professors
4:10:49
uh Mr Cliff Johnson uh Senate would you please make him feel welcome today
4:10:59
Senator Simmons for an introduction sir I was going to introduce Cleo so thank
4:11:04
you Senator Senator chadstone for an introduction in the west Gallery today we have the
4:11:11
Montgomery County Economic developer and student and also with her we have Mr Don
4:11:18
aylard from the port of Rosedale you're welcome
4:11:28
34.
4:11:35
senior Simmons for an introduction introduction out of order please proceed in the west Gallery
4:11:42
I would like to welcome my great friend Mr Don Edward thank you welcome to the Senate
4:11:55
try to wave off of that the bill passes 34 years 15 days
4:12:02
okay uh we'll go to Senator Pocus it's anticipated that the Senate will

670

4:12:07
complete its General calendar at least once after we return Senator Pope thanks
4:12:15
Mr President move the Senate extended recess until 3 P.M at 3 P.M all in favor signify by saying aye opposed no the
4:12:21
eyes have
5:13:11
foreign [Music]
5:13:24
pass on 96 through 100. obtain a place on the calendar Turn It
5:13:30
Forward pass Sarah Jordan
5:13:36
Carter pass 103 104 chairman blunt
5:13:43
we're on 105 Senate Senator blunt
5:13:48
famous president elect Mr Clark please read the title Hospital number 606 the
5:13:54
mobile online betting task force authorized I make the usual motion Senator makes you usual motion all in
5:13:59
favor signify by saying aye opposed no the i7 please proceed Senator blunt thank you Mr President I move adoption
5:14:05
to strike call Amendment and Louis to explain the strike call Center thank you Mr President ladies and gentlemen Senate
5:14:10
this is a bill to create a task force to study uh mobile sports betting the
5:14:18
bill that came over from the house was a couple of pages this amendment is a little more than two pages it will have
5:14:24
a committee of 13 members that will begin meeting after the primary in August including the chair of the House
5:14:32
and Senate gaming committee the executive director of The Gaming Commission the chair of the gaming
5:14:37
Association the commissioner Department of Revenue three members appointed from the Senate
5:14:42
side three members pointed from the house side and I'll shoot the two chairs of the two other legislators appointed
5:14:48

by the chair of the committee we intend to study this closely I don't know what the recommendation will be we're going

5:14:55

to work with the peer committee and give you a report for the folks who are fortunate enough to be back next January

5:15:01

so that's a task force and I'll be happy to answer any questions questions on the bill

5:15:07

seeing them we're ready for the emotions my emotions adoption Striker Amendment all in favor signify by saying aye

5:15:14

opposed no the eyes have it please proceed Senator uh motion is passage of

5:15:19

House Bill 606 by use of the morning roll call Houston morning roll call has been requesting your objective procedure

5:15:24

of course we voted no President Carter anyone else

5:15:32

Frazier No anyone else anyone else Hill present

5:15:40

anyone else seeing none bill passes thank yous

5:15:46

chairman Tate 106 uh page 11 Senate

5:15:51

yes sir Mr President I'd like for us to go to item number 106 House Bill 1306 and that's the title of your arrest

5:15:57

please read your title house bill number 1306 elections revised certain Provisions about names of candidates

5:16:02

appearing on the ballot judicial candidates annual reporting frogs win absentee voter applications

5:16:08

make the usual motion Senator makes the usual motion all in favor signify by saying aye aye opposed no the eyes have

5:16:13

it please proceed Senator yes sir I have an amendment uh that I'd like to I guess I'll explain the bill and then present

5:16:19

Amendment after that yes and then we'll address you remember with House Bill 1306 does is this is a bill I've heard

5:16:27

several several come to me uh with complaints that people are not filing their campaign Finance reports and what

5:16:33

this bill does is IT addresses that uh when if we will adopt the amendment uh

5:16:38

672

what it will do is it'll say that if anybody has not filed their campaign Financial reports in the previous five years then

5:16:47

their name will not be able to be on the ballot um lines 106 through 110 uh clarify and

5:16:53

this was an amendment that Senator blunt put in that that they have up until the time to actually print the ballots to be

5:17:00

able to to file the uh the reports that they need to and another amendment that Senator Brian made is that this will go

5:17:07

into effect starting next year on January the 1st that's an explanation of the bill have an amendment that I'd like

5:17:13

to explain thank you and what that Amendment does is simply uh change it from being the

5:17:19

previous three years to previous five um five years is the length of time that

5:17:24

clerks are supposed to hold on to campaign Finance reports and uh there's no questions move that we passed the

5:17:30

amendment questions on the amendment questions on them I'm seeing nine all in

5:17:36

favor signify by saying aye aye opposed no yes have it please proceed now yes no

5:17:41

other questions I asked for adoption by the Houston morning roll call I got a strike officer a strike oh I need adopt

5:17:47

Striker yes sir my most is a doctor Striker all in favor signify by saying aye aye opposed no yes have it now

5:17:54

you're on your membership yes sir uh passage by morning girl call used the morning roll call I've been

5:17:59

requesting an objective procedure quarters voting no present

5:18:06

seeing non-rail passes 107 Senator yes I'd like to go to item number 107 House

5:18:12

Bill 1276 and that's the title bureau Mr clerk please read the title number 1276

5:18:18

State offices provide for a runoff election for it make the usual Motion Center makes you use your motion all in

5:18:23

favor signify by saying aye aye opposed no the eyes have a police proceed Senator yes sir Senators this bill may

5:18:29

look very familiar uh it's because it's a bill that we passed uh a month ago out of this chamber Senate Bill 24-23 the

5:18:36

only change in this bill compared to our Senate language is going to be online 47 we indicate what this bill does is if if

5:18:44

no one has a majority for a Statewide elected uh race we have to have a runoff this this does the runoff and in case

5:18:51

there's the slim chance of there being a tie within the runoff um there's a there's a casting of whites

5:18:57

and it simply just states that it'll go before the Chief Justice of the Mississippi Supreme Court and that's an

5:19:02

explanation of the bill we have to take any questions no questions asked for passage by use of

5:19:08

the morning for what purpose sir question do you have a question yeah for a question Senator Blunt You're

5:19:13

recognized thank you Mr President Senator I know we talked about this in committee but was there any consideration given to having in the

5:19:19

case of atar having Beau eaten draw the Lots we're gonna work on that for next year get the gentleman from Smith up here to do that for next year okay thank

5:19:26

you okay all right Sammy we're ready yes sir adoption Bell use the morning roll call

5:19:32

you some morning roll call been requesting your objective procedure voting no

5:19:38

Turn It Forward no anyone else anyone else

5:19:44

present seeing none the bill passes thank you chairman Kaufman

5:19:52

we're on 108. I'd like to skip 108 and go to item 109

5:19:57

and have a title read 108 retains his place on the counter Mr

5:20:03

Clerk 109. house bill number 1110 Second Amendment Financial Privacy Act create

5:20:09

I make the usual motion usual motion all in favor signify by saying aye opposed no the eyes have it please proceed I

5:20:16

moved to adopt adopt the strike all and have Senator Johnson explain Senator Johnson recognized to explain to strike

5:20:21

all thank you Mr President uh this bill comes to us as a response to a decision
5:20:28
in September by the International Organization for standardization which is based in Switzerland at the request
5:20:34
of the automated out albumated Bank in New York um they decided to adopt a policy of
5:20:44
requiring credit card companies or that credit core companies would issue a special Merchant code for
5:20:50
retailers that specifically sell guns so it would not include say a Bass Pro Shop
5:20:57
or a large retail store or Academy but it would include smaller stores like van
5:21:03
Sporting Goods in Rankin County and as a response to this both gun Advocates and
5:21:09
the banking community did not want to comply with this and so this would say that in Mississippi we do
5:21:17
not allow them to use these specific codes this would help prevent Banks from being
5:21:22
required to keep this data and it would prevent any potential discrimination against
5:21:28
small retailers or gun purchasers and I have an amendment at the proper time
5:21:42
questions on the bill up sorry all right yourself Senator we're good uh
5:21:50
after working with the uh Bankers we wanted to make sure that the protections were in place so that no
5:21:57
um uh credit card processor or credit card company could turn off those Services
5:22:03
um or to discriminate against retailers in the state and and to make that
5:22:09
um more clear that they could not turn it off for discrimination but but deny
5:22:14
purchases for things that would be normal like cardholder policies for say a a corporation who does not allow gun
5:22:21
purchases with credit card or a children's card um online 116 we're just going to delete
5:22:28
hard security controls and then insert or after the word customer and that just
5:22:33
makes that more clear on what our intent is questions on the amendment seeing no we're ready I'm sorry Senator
5:22:40

Turner Ford Ford purpose man question a year for a question Center yes Center you're recognized Senator fourth

5:22:47

question thank you Mr President and thank you senator for yielding I'm not quite sure I understand what we're doing

5:22:54

okay uh with the amendment specifically yes okay so um

5:23:00

the intent of of that section uh which is um in section four number three uh where

5:23:08

it's it it talks about uh the the financial institution may not discriminate against Firearms retailers

5:23:15

um as you as you read down and to lines 115 116. uh it says currently by the

5:23:22

customer due to card security controls um fraud controls or Merchant category

5:23:27

exclusions they after talking with the bankers Association they felt like

5:23:33

deleting the court security controls and and adding uh or after customer makes

5:23:39

that more clear that the credit card company has the ability to deny transactions based on fraud or

5:23:47

um if there's certain card controls for that specific card in place by the customer but not discriminate against

5:23:53

the retailer and and they just thought that changing that makes that more clear and are they are card companies

5:24:00

discriminating against retailers of guns not currently and and that's where

5:24:07

um this is being proactive this new Merchant code that the uh that I mentioned earlier that the iso passed

5:24:14

um resolution on back in September uh this new Merchant code would go into effect later this year and so this is

5:24:20

being proactive to say that we we don't want them to issue specific codes for

5:24:25

these small retailers of guns and and we also don't want to see them discriminate

5:24:31

against them by saying well we're not going to do business with them if they don't use these codes and are these is

5:24:37

this prohibition um currently in place in other states uh actually this is very new and so I

5:24:44

676

believe there are seven nine states something like that that have this legislation pending I'm not aware of any

5:24:49

that have passed it so far uh but but there are several states that have this legislation pending now

5:24:55

is there is there does this is there a problem in other states as it

5:25:01

relates to car security companies and purchasers of guns again this is being

5:25:07

proactive what what what ISO did in September would go into effect later this year and and so it's

5:25:13

not in effect yet and this is being proactive to prevent the potential for um a

5:25:19

bank or credit card company being um pushed into keeping records on who's

5:25:24

buying guns um and it also prevents discrimination against retailers

5:25:33

is there a problem with these types of transactions maybe

5:25:38

I'm misunderstanding I apologize I'm trying to figure out if there are issues in other states regarding the purchases

5:25:45

of guns where car companies are not allowing these transactions to be

5:25:51

processed or even in Mississippi for that reason for that matter not as of now that I'm aware of however this new

5:25:58

Merchant code uh does not go into effect until later this year and and so again

5:26:03

this is being proactive to prevent any potential problems and why why is the

5:26:09

why has the merchant code been adopted Yes again so a bank out of New York

5:26:15

called Amalgamated Bank uh requested that the iso passed this uh standard

5:26:23

um and and the intent based on news articles I've read is for since the

5:26:29

government cannot keep data on gun owners or or purchases of guns this would allow Banks to keep those that

5:26:36

data um and and use it to perhaps stop people

5:26:42

from buying too many guns this is this is what I've read in different news organization uh periodical or columns

5:26:51

thank you thank you Senator Senator blunt for word purpose sir question you

5:26:57

have a question uh your question Center yes Senator Bunch recognized for a question thank you Mr President thank

5:27:02

you sir Johnson what about our prosecutors in law enforcement if they're if they're

5:27:09

investigating someone can they and they were able to get through legal

5:27:14

means that person's credit card records would this prohibit them from determining what they whether they went

5:27:20

to what they bought at Walmart or what they bought at a specialized gun dealer no it would not prevent that at all this

5:27:28

specifically deals with credit card companies and and having a separate Merchant code for retailers that have

5:27:35

firearms that they do not currently use but that would go into place later this year it would prevent that from being done in Mississippi and it would also

5:27:42

prevent them from turning not allowing transactions for

5:27:48

normal purchases at these at these retailers but if I'm a

5:27:54

prosecutor and I can and I'm investigating someone uh I'm able to get

5:28:00

a judge let me look at their records I can still I can still do that for about it I just go through the current process

5:28:06

yes nothing is changing uh as far as that all right thank you thank you Senator other questions other

5:28:13

questions on this on the amendment Senator Simmons something

5:28:20

okay okay we're only amendment Senator move

5:28:25

adoption of the amendment all in favor signify by saying aye aye opposed no the

5:28:31

ads have it we're back on the strike on move adoption of the strike call Senator Simmons for what purposer

5:28:37

questions yes please proceed thank you Mr President thank you for

5:28:42

yielding and I Senator when I first apologize if the question has been raised I apologize what does this have

5:28:49
to do with the Second Amendment ah
5:28:55
actually has anything to do with the Second Amendment other than um it doesn't affect anybody's ability
5:29:01
to own a firearm all we're saying is that there can't be discrimination
5:29:07
against smaller retailers that specialty cell guns
5:29:13
um and that there can't be data collection from special Merchant codes associated with that
5:29:19
it's really more of a banking bill um and I'll yeah the banking Community works hard on this bill to make sure
5:29:26
that they were good with it and and that's really more in line with what it is thank you for asking my question I I
5:29:32
mean I support our banking industry and certainly uh banking institutions in the
5:29:37
State uh I I just was trying to figure out what it if at all had anything to do with the sacrament but thank you for
5:29:43
yielding to the question thank you Mr President thank you Senator Simmons other questions move adoption of the strike off
5:29:50
all in favor signify by saying aye aye opposed no it has have it now we're on the bill
5:29:55
move passage of the bill using the morning roll call use the morning request anyone objects the procedure
5:30:01
of course voting no Turn It Forward Simmons
5:30:07
Norwood Frazier Butler k
5:30:14
ickman Thomas Jordan
5:30:20
Blackman Simmons
5:30:28
horn sorry horn
5:30:35
anyone else Jackson
5:30:41
anyone else bill passes thank you Senator uh younger uh senator
5:30:49
Macan will be presenting we're on 101 110. thank you Mr President I would ask that

679

5:30:55
uh the title be read on number 110 scn number 59. please read your title Mr

5:31:01
clerk Senate nomination number 59 Dr Robert Allen Bob filgo Jr Madison Mississippi State Board of veterinary

5:31:07
medicine five-year term effective June 28 2022 and ending May 22nd 2027 Vice Dr

5:31:14
Gail s Anderson president this is a confirmation Senator

5:31:20
yeah you're good this is a confirmation that has been brought through committee Dr field goal

5:31:26
came and field of questions there were very few questions uh from all of the uh

5:31:31
peer report that we've been provided he is duly qualified and is doing a a great

5:31:36
job in his current practice and will do a great job on the uh the board itself

5:31:42
so the committee recommendation is that we do advise and consent and I would accept questions at this time questions

5:31:49
seeing none and the motion is that we do advise them because I

5:31:55
beautiful oh there are I'm sorry does anyone

5:32:01
object before we go further all right

5:32:06
of course voting no I thought that was a general

5:32:11
he's approved Senator Michelle you recognized thank you Mr President I have an introduction please

5:32:18
proceed Senator it's my pleasure to welcome in the South Gallery a group of friends from the Madison County Chamber

5:32:24
of Commerce Mary Burnett director is with them as well they are here with leadership Madison County on government

5:32:29
program day would you please join me in welcoming them to our state senate

5:32:38
welcome glad you're here okay Senator McConnell thank you Mr President I would

5:32:44
call up item number 111 House Bill 232 and ask the title be read Mr clerk please read the title house bill number

5:32:50

232 Dairy shall relocate to show hell in Lee County Mississippi to Pontotoc County Mississippi Mr President I would

5:32:57

ask that Senator Whaley be recognized to explain the strike all and further explain them

5:33:02

Senator Williams recognized thank you Mr President foreign

5:33:09

Mr President I make the usual motion

5:33:14

all in favor signify by saying aye aye opposed no yeah I said please pursue thank you Mr President uh

5:33:22

ladies and gentlemen the Senate basically what we have here is um we are moving a dairy show that is

5:33:28

held in the fall from Lee County to Pontotoc County and that is the basic explanation of the

5:33:35

bill the bill has a reverse repealer and that was put in for the fact that this bill came to us and we had not spoken

5:33:41

with anyone in regards to that I have spoken to the authorities within extension they

5:33:47

are in favor of this so I'm going to ask that we defeat the bill defeat the

5:33:53

strike off to where we can remove the reverse repealer so with that I'll yield for any questions

5:34:03

Senator Delano for what purpose question please for a question Senator Whaley absolutely please proceed why are we

5:34:10

moving this [Music]

5:34:16

wonderful question Senator um I would expect that from a fish eater like yourself but

5:34:22

um basic basic explanation is we're getting

5:34:27

to a a better facility and I I've heard that we're going to milk this bill along a little bit so

5:34:34

foreign

5:34:41

ER England for what purpose

5:34:48

she says the reverse peeler in this bill there currently is okay well before then I think I was utterly understand but I

5:34:55

think I'll let it go thank you okay okay

5:35:00

681

your motion centered already I know your motion is to defeat

5:35:06

that is correct Mr President all all in favor of the motion please signify by

5:35:13

saying aye opposed no no no emotion is defeated

5:35:19

the emotion is the uh struggles to feed you okay we're on uh

5:35:26

back on the bill yes sir Mr President now we're back on the bill the exact same way that I explained it simply

5:35:32

moving to Pontotoc County with no reverse repealer so with that I'd ask for passes by use of the morning roll

5:35:37

call Houston morning roll calls me requesting we're object procedure no

5:35:43

present thank you Senator Whaley president president Center McMahon

5:35:50

boat no I'm sorry no for McMahon anyone else okay on 112

5:35:58

yes Mr President I would ask the item number 112 be called up House Bill 255

5:36:03

and the title be read Mr clerk please read the title house rule number 256 Mississippi bold Weevil management

5:36:11

Corporation extend repeal or requirement that ought to be submitted by November 15th

5:36:17

uh Mr President I would uh advise up there again make the usual motion all in

5:36:23

favor signify by saying aye aye opposed no the asset please proceed now Senator Mr President I would call up

5:36:28

the strike call and ask that uh Senator Ben super B uh recognized to explain

5:36:34

that recognize to explain the strike call center super thank you Mr President

5:36:39

every year the uh bo evil Management Corporation has to do an audit in

5:36:44

November uh what the audit um so what we're going to do on this is

5:36:50

we're going to remove the repealer and make sure they have to do it every year instead of extending the repeater for

5:36:56

another three years and that is all it does

5:37:01

they haven't take any questions on the bill seeing number ready for emotions uh

5:37:07
moved to adopt the striker all in favor signify by saying aye opposed no I said

5:37:13
please proceed Center and I asked for passage on the morning roll call Houston morning roll call has been requested you want to objective procedure

5:37:20
voting no present seeing none field passes thank you 113

5:37:26
Senator Mr President I would ask that 113 and 114 be passed and retain the place on the calendar we call up item

5:37:33
number 115 House Bill 484 and have the title be registered clerk please read the title house bill number 484

5:37:39
petroleum products inspection law the lead repealer on definitions and penalties under

5:37:45
Mr President I would make the usual motion use your motion all in favor signify by saying aye aye opposed no the

5:37:51
eyes have a police procedure Center Mr President I would ask that we call it the strike called House Bill 44 and be recognized too right now to explain the

5:37:57
striker all right so this is a strike call that deletes the repealer if you've noticed that uh two of these bills are

5:38:03
totally getting rid of these repealers so that every four years or every two years or whatever it may be we're not dealing with them this is another one of

5:38:09
those I would beat the delete the repealer on the authority of the AG commission to regulate petroleum

5:38:14
products it also adds one one piece of new language there that allows the southern rail commission which is

5:38:20
already within this language of the current statute um to be allowed to um

5:38:28
uh ask for or prepare and Grant applications relate to the establishment and maintenance of Passenger rail

5:38:35
service and other rail service through there but those are the only additions or extractions from this language I

5:38:40
would I would entertain questions this time Mr President 's on the bill

5:38:47
there's no questions I would uh move that we we adopt the strike off all in favor signify by saying aye aye

5:38:54
opposed no okay we're on the bill Center Mr President and I would move for final passage baseball in the morning roll

5:39:00
call this morning roll call has been requesting an objective procedure of course voting no present

5:39:07
seeing none item 13 or 14 retained replacement calendar

5:39:15
chairman de Barr we will Senator cover right after chairman Navarre will go back but

5:39:21
thank you Mr President I'd like to skip items 116-117 retain the place on the calendar and call up item

5:39:27
118.1 item 118 for peace treaty house bill number 1390 absent abstinence

5:39:34
education daily repeal on school board requirements to adopt a policy on abstinence only or abstinence plus make

5:39:41
the usual Motion makes the usual motion all in favor signify by saying aye aye opposed no the eyes have police proceed

5:39:47
Center thank you Mr President we adopt the strike call and I ask the recognize Senator John uh McMahon your recognizer

5:39:54
explain to Star Carl thank you Mr chairman Mr President uh

5:39:59
what we did is uh this is the uh abstinence-based or in abstinence plus

5:40:04
education bill from the house and all we're doing is on line 13 we are adding

5:40:12
some language it's called sexual risk avoidance education curriculum and the purpose of that is to draw down

5:40:18
additional federal funds and to be in sync with Federal language and uh it's got a It's gotta and then

5:40:25
it's got a repeal date in it of 2026. and then there's a reverse

5:40:30
repeater in the bill and in addition to that on lines 34 and

5:40:36
43 we also updated uh out of wedlock to change it to marriage

5:40:42
which is is more in line with what the feds are doing now to draw down these grants happy to yield for any questions

5:40:49
questions on on the bill Senator Brian for what purposer a question for you for a

5:40:56
question Senator I do Senator Brian's recognized for a question I'm sorry I should have asked this in committee but

5:41:03
it's come to my attention that no matter how excellent the

5:41:08
instruction and abstinence is in our Public Schools when some students get to

5:41:14
College they seem to have forgotten what they learned in the abstinence education

5:41:21
and I was wondering if anyone had considered having some remedial courses

5:41:27
in college for those who seem to have forgotten what they learned in ask it

5:41:36
this bill before us deals with high school education

5:41:44
Senator Butler the white purchaser uh question Mr President question for

5:41:51
Senator yield I do Senator Butler's recognized for a question thank you Mr President thank you Senator yes sir

5:41:57
Senator uh in the title just say absolutely okay delete repel on

5:42:03
the school board requirements and then I think he said that then there's a red pillar hitting the bill yes so I'm not I

5:42:10
got I guess I'm not understanding would you explain that again to me the house wanted to completely delete the repealer

5:42:16
but it was the will of the senate committee to put a repeal date back in it so the 26th and then a reverse Peter

5:42:23
was added to the bill as well to go to conference with it so this is not the last time you'll see it okay thank you

5:42:28
thank you Mr President thank you Senator other questions seeing number ready for your motion sir

5:42:34
uh my motion is that we adopt the committee sub all in favor signify by saying aye

5:42:40
opposed no yes have it now we're on the bills for uh my motion is that we adopt

5:42:45
by the morning roll call Houston morning roll call Ben question or objective procedure the voted no

5:42:52
present Norwood president Norwood Senator Norwood no

5:42:58
Senator Ward is no Senator horn is no anyone else
5:43:06
Blackman no anyone else Simmons no
5:43:12
anyone else anyone else seeing none bill passes thank you
5:43:19
Senator Kirby you recognized thank you Mr President
5:43:25
I'd like to spend the rules go back to the rules counter item number nine and
5:43:32
uh uh call that well spend a rose foreign
5:43:40
on the calendar all in favor signify by saying aye aye opposed no yes haven't
5:43:46
Senator Kirby you're recognized on item nine thank you Mr President ladies and gentlemen Senate uh well first uh we're
5:43:52
going to read today's title you ever need to read the title first center okay would you read title Mr Clerk resolution
5:43:59
number 560 suspend rules introduction a bill to require Public Service Commission to change boundaries of
5:44:04
certain Utility District make a usual motion the center makes the usual motion all in favor signify by saying aye aye
5:44:11
opposed no the eyes have it please proceed Senator Kirby thank you Mr President ladies and gentlemen Senate
5:44:16
this is uh Senator Whaley's Bill uh we're having some problems with electricity up in his area and uh Mr
5:44:23
President I yield to the author of the bill to explain the suspension resolution radio recognize explained
5:44:30
thank you Mr President just to give a little backdrop what this bill is doing or what the suspension resolutions do
5:44:35
and it would allow me to drop a legislation dealing with the Holly Springs mid Holly Springs Municipal
5:44:42
electric company dealing with the boundaries of their service provided area we have a municipal company that
5:44:48

serves an area well outside of the borders of its City Limits they're going out into several different counties

5:44:55

we're having trouble with Interruption of service lack of service and we've

5:45:00

talked in this room about Broadband being the electricity of the early 1900s in North Mississippi we're

5:45:07

still trying to get the electricity so that's basically what my what this is doing is just allowing us to submit

5:45:14

legislation and I'll yield any questions Senator Simmons for what purpose question was President are you first

5:45:19

absolutely Senator Simmons you recognize for a question thank you Mr President

5:45:25

um thank you senator for yielding something I really appreciate that

5:45:30

this bill pertains to your District correct yes sir my district and a

5:45:35

portion of Senator chisholm's District as well and I appreciate the fact that you are sponsoring legislation regarding

5:45:41

your District have you spoken to the mayor of Holly Springs because I received a

5:45:47

call from the mayor on Holly Springs who basically told me she is opposed to this

5:45:53

legislation well I'm glad that you get to speak to the mayor she doesn't give me the honor of speaking to herself

5:45:59

directly um last time we have spoken it was it

5:46:04

was a while ago and I'll just say that um but no and I'm not surprised that she's in opposition to this but if she

5:46:12

if she wanted myself to be um and if I was going to be supportive of that fact

5:46:18

it would have to be on the grounds that she tried to show a sense of trying to

5:46:24

get the system back under control and I will say this this is not only the current administration's fault this is a

5:46:30

problem that has been going on for years but it's just simply gotten to the fact that every time the wind blows I have

5:46:37

constituents Senator Chisholm has constituents who will be out of power for 10 to 14 days and I don't think

5:46:42

that's acceptable in my world or your world or anywhere in this state of Mississippi and I'm just trying to have

5:46:49

an opportunity to take care of my constituents because no one else will do so and I really appreciate your response

5:46:55

Senator and you know you are in fact my friend yes sir and I don't want to get into the middle of a local fight between

5:47:02

you and your mayor well I promise you I'm not in a fight with the mayor okay uh and I just wanted

5:47:08

to be honest with you about the reason why I Rose to raise that question is because she says she's opposed to it and

5:47:17

likewise she has said to me that she hasn't had the opportunity to really talk to talk to you about her opposition

5:47:23

but thank you well she has my phone number she knows where to reach me I'm accessible at any point in time I have

5:47:30

been in contact with the board of aldermen as well they seem to know how to get in touch with me she does too I

5:47:35

promise you thank you yes sir thank you Senator board for what purpose question the year four questions Senator boards

5:47:42

recognize proportion Senator Wiley I was present when you were having a discussion with individuals that had

5:47:49

tried to um help out and provide assistance during this latest crisis that they've

5:47:56

had there was a number of problems that they repeated about safety issues about

5:48:01

Personnel could you share some of those with the Senate absolutely and you you stated in the latest incident actually

5:48:08

that is the next to last latest incident is we're currently in one now from the Windstorm and I currently have people

5:48:14

without power now five days post a windstorm which is Unthinkable when all

5:48:20

the surrounding areas were able to get back service within the next day or two but when you go to the beginning of the

5:48:26

month of February there was an ice storm and any ice storm across the state is going to be bad we're going to have issues that's one thing that we realize

5:48:33

but when you go to the point to where your days without seeing anyone without

5:48:38

speaking to anyone without hearing from anyone in the state of Mississippi has to come in with Mississippi Emergency

5:48:44

Management agency and take control of the situation because people are suffering people are hurting and when

5:48:51

the electric co-ops from across the state come in and they have to call in Personnel that is retired that has been

5:48:59

there a more seasoned Personnel because the people do not know what they are looking at because it is so outdated and

5:49:06

old it is very very difficult to work in those conditions it was unsafe most of

5:49:13

the time when this response comes in they will work day and night to get the problems solved they would cut off at

5:49:19

dark because they did not know what was hiding in the next spot for them Lions

5:49:24

feeding electricity from multiple directions which is a No-No in the electrical work world as I have learned

5:49:30

so it's greatly a safety issue and we have had people with the Holly Springs Utility department to be to hurt and

5:49:37

we've had a fatal accident because of the lack of safety measures

5:49:45

in this not in this past incident but the incident before that that happened in February how long were some of your

5:49:52

constituents since summer seasons constituents without electrical power

5:49:58

so when that storm happened it began on a Monday

5:50:03

you know Monday night and into Tuesday it progressively got worse

5:50:09

and within it was around 10 to 11 days before people's service was back

5:50:16

connected and that was a large part due to the electric co-ops that came in from all across the state and actually from

5:50:23

Memphis as well so I'm thankful for each and every one of those that came in to offer support because I am fully in

5:50:30

belief that if they had not I would still have people in the dark from that instance I rode around

5:50:37

as we were taking meals to lineman so that they could continue their work and I would find people in their yards with

5:50:43

55 gallon drums burning fires just to stay warm as it was so cold in the house

5:50:49

I've seen people who have repetitively had to throw out food from lack of service and the food ruining the in

5:50:56

their refrigerators this is not something that we should be dealing with in the year of 2023. and I'm ashamed

5:51:04

that I'm having to tell you all this but I am not ashamed of the fact that I'm trying to help my constituents so I

5:51:10

appreciate any support I could get thank you thank you Senator board Center McMahon

5:51:16

questions were you a four question Senator I do please proceed Senator McMahon Senator Whaley thank you for

5:51:22

your work on this it's uh you're not in opposition you're here

5:51:29

trying to help the constituents of Holly Springs and the surrounding area I'm trying to help the the constituents who

5:51:35

are in the in the Holly Springs Utility Department District yes sir and you represent the vast majority of that area

5:51:41

the largest portion of it yes sir yes sir would you say that stable affordable electricity is an economic driver I

5:51:48

believe it is and I believe the lack of is um it is an economic hindrance

5:51:53

and also we have schools that are continually having to drop classes in

5:52:00

the middle of the day or skip classes altogether because they do not have power this is something that has

5:52:05

happened and I've spoken to my superintendent of education and my school boards and they are in full support of this as well

5:52:11

just for the simple fact that you cannot have classes if you don't have power and it's also true that companies have

5:52:19

chosen to leave that area or have chosen not to locate in that area because the unstable power supply

5:52:25

that is correct Senator Whaley I I thought you were very kind when you said

5:52:31

that you know uh to the other Senator that at least he was getting phone calls do

5:52:37

you serve on local and private I do are we in a position to help Holly Springs and local and private absolutely have we

5:52:44

made multiple attempts together to contact the mayor and vice mayor and other representatives of that government and have they ever once returned our

5:52:51

phone calls no sir they have not not in the capacity of local and private legislation I really appreciate what

5:52:57

you're doing here and I know beyond to shout it out there were constituents in that area that were out of power for 15

5:53:04

days in February so has the public service commissioner

5:53:09

supported you and your work well the public service commissioner was sure you

5:53:14

know back last April we had a long uh big round of storms that came through

5:53:20

there and the public service commissioner was present he was very loud talked a lot about what he was going to

5:53:26

do to help the people and just to be honest with you I have not seen him since haven't heard from him other than

5:53:32

a text message saying you need to do more so that's all I can say on the Public Service Commission did he have

5:53:37

the authority to do anything you know I don't know whether he had the Authority or not he sure said that he

5:53:43

did to begin with but I will say this I am proud that the man the governor who did have the authority to help he

5:53:49

stepped up and helped I'm glad you're hearing that you're helping your that you're helping the constituents of that area and the residents thank you Senator

5:53:55

Senator Hill for what purpose ma'am question you're here for a question Senator yes Senator Hill's recognized

5:54:02

for a question thank

5:54:07

you thank you when in the midst of this ice crisis and power outage Senator chisman and I were standing out in the

5:54:13

hall trying to think about you know how can we help these people and I said maybe maybe we need to see if the Red Cross

5:54:19

has been contacted um I don't know if you're aware of that but I I can speak to that

5:54:26

um during this last cry the ice storm crisis the beginning of February the Red Cross was present as well as the

5:54:33

Mississippi Baptist relief group they were there as well as far as I know I

5:54:39

believe I don't know that anybody contacted the Red Cross when we looked the number up and we called out there in

5:54:44

the hallway Senator Chisholm and I I don't think anybody from that administration had called the Red Cross as far as I know

5:54:50

um so I just wanted to make that point that thank you I the resources were not

5:54:55

notified as far as we know either until some of us made the call absolutely and

5:55:01

and I I appreciate that and like I said the Red Cross is there the Mississippi Baptist convention really disaster

5:55:07

relief was there they were working on the ground the churches in the area were wonderful to work with we were sure to

5:55:14

keep people fed and did all we could do to keep people warm that were in trouble

5:55:19

it was a pretty tough time and we're not over it yet and going through it again well I thank you

5:55:25

chosen for what program

5:55:31

euro center I do Senator chisholm's reckon that's real question thank you Mr President thank you Senator Whaley are

5:55:37

692

you aware that a year ago when the wind storm and tornadoes came through they

5:55:42

were without power in your district and my district for several days absolutely I'm aware I was with you the whole time

5:55:48

we were working on it are you aware that um New Albany Light Gas and Water sent

5:55:54

crews in and the mayor that will not respond to us are you aware that she

5:56:00

turned the crews back and that's why they were without power for so long because they had no help well I am I

5:56:07

have definitely heard that but I was not present when the said turning the way of

5:56:12

services happen so I can't tell you for sure that I know that but I did hear that Mr Bill Maddox called and let me

5:56:19

know so I know that for sure that they turned him away addicts would not lie are you aware that when we had the ice

5:56:26

storm this time that the mayor called me prior to me calling you and

5:56:32

um he said that he had called the public service commissioner and asked for help mayor of Ashland yes the mayor I'm sorry

5:56:39

I should have defined that the mayor of Ashland right he called me and said we're in a mess we don't know what to do

5:56:47

I have called commissioner Presley and commissioner Presley's very words were

5:56:52

there's not a damn thing I can do to help y'all are you aware of that I'm not aware of that no

5:56:59

well that's what happened and I know that some in here are asking why you

5:57:05

haven't contacted the mayor that she and I understand she's in your District but the power comes to my district in your

5:57:12

defense multiple times I've tried to contact her too and when the tornadoes came through my

5:57:19

husband and I rode around Ashland for two days trying to get help we finally chased her down and she gave me no

5:57:25

answer and multiple times I've tried to contact her and she does not return the calls

5:57:31

so I I stand behind this bill we had 600

5:57:36

people and only the town of Ashland that were during the ice storm that were

5:57:42

without power elderly people that were getting hungry and cold

5:57:47

so I stand behind this bill and I ask everybody to please vote for it thank you

5:57:52

what other questions Senator Barnett for what purpose sir

5:57:57

thank you Mr President introduction now to order at the proper time one moment where I'll bring back to you as soon as we finish okay Senator we're ready to go

5:58:04

move for passage by the morning roll call anyone objective procedure voting no

5:58:11

present Hickman Thomas

5:58:17

I'm sorry president Hickman Thomas no

5:58:23

no Simmons Norwood no Jackson no Jordan no Butler no

5:58:34

anyone else Turner Ford no Butler no horn no

5:58:43

Blackman no Simmons no

5:58:49

anyone else anyone else

5:58:54

bill passes thank you Senator Kirby thank you Senator Simmons save that number

5:59:03

all right

5:59:09

the introduction I'm sorry Senator Barnett

5:59:19

thank you Mr President I would like to draw you all attention to the West Gallery where we have some individuals

5:59:25

from the Mississippi Center of re-entry if you ever please stand Miss cunning Jones Miss Cyrus Burks Miss Brittany

5:59:34

Brown is Kendra Milton and Miss Sandra Freeman if y'all would please stand uh

5:59:41

Mr President leads your individual of formerly incarcerated and employed that uh now here at the Capitol to let the

5:59:48

individuals or let us see how these formerly incarcerated people can now be

5:59:53

productive citizens of the state of Mississippi and also employers of the state so let's please give them a round

5:59:59
of applause make them feel welcome to the captain [Applause]

6:00:07
thank you Senator ways thank you Senator Kirby we're back on the counter the 119 Senator Coughlin

6:00:13
pass senator chasnal pass Senator Parker

6:00:18
item 121 Senate

6:00:25
thank you Mr President I'd like to go to item 121 call it up having title score please read the title house bill number

6:00:31
770 Mississippi office space and Technology create to be administered by MDA Wichita staff make the usual motion

6:00:38
so it makes your usual motion all in favor signify by saying I I opposed no as have it please proceed Senator thanks

6:00:44
Mr President I'd like to recognize Senator Delano to um

6:00:49
are you recognize

6:00:56
thank you Mr President thank you Mr chairman this is the bill that we dealt with a couple of times regarding stennis

6:01:01
Space Center um the in each of the Committees of this was referred to I explained that the

6:01:08
Senate language in the house language was identical and also explained that we expected to put a reverse repealer in

6:01:16
this bill when it came to the floor so Mr President I'd like to go ahead and and offer the amendment to to do a

6:01:23
reverse repeal in this bill foreign

6:01:30
okay it's on the screen and I'll I'll yield for any questions if not I'll move for

6:01:36
adoption of the amendment questions

6:01:43
seeing none move for adoption of the amendment all

6:01:48
in favor signify by saying aye opposed no as having okay Senator and

6:01:53
then if there are no other questions on the move for uh usage of the morning roll call for final passage other questions seeing non-usive morning roll

695

6:02:00
calls being requested you want to objective procedure voting no so president Sojourner
6:02:09
president McDaniel anyone else
6:02:18
anyone else seeing none bill passes all right we're on 122 Senator Barr
6:02:24
pass 122 123. I got it hold on 124 2 as well Senator Barr
6:02:32
that's all of those thank you very much all right Senator Jordan you're recognized for what purpose sir thank
6:02:38
you Mr President I'd like to spend ruse uh to go back to item 56.
6:02:45
on the calendar one moment sir motion is to suspend the rules to return
6:02:50
to item 56 on the calendar all in favor signify by saying aye opposed no
6:02:57
he has to have it Senator Jordan you're recognized for number 56. yes sir thank
6:03:02
you Mr President this bill number 50. you need to read the title first the title yesterday to be read Mr Clark
6:03:09
please read the title Senate bill number 2336 prevention of overdoses authorized use of drug testing equipment expanding
6:03:16
use of opioid antagonists yes so the
6:03:22
explain the bill the house bill Senate Bill
6:03:28
2336 to remove the language concerning feed mill testing script which is
6:03:35
already owned in the governor's deaths in the house build 722 amended to build amenity
6:03:45
emergency response over dose prevention act to authorize a person to administer
6:03:53
over art antagonists that was distributed by an educated employee it
6:04:01
also authorized the Department of Health to distribute overall antagonists to
6:04:07
education employees upon a request made
6:04:12
in writing to the department further the bill prevent the and education employee
6:04:19
or any other person shall be immune immune from Criminal and
6:04:25

liability for actions authorized by this act that's what the bill does
6:04:32

if no question then uh I said it'd be passed by the morning roll call
6:04:38

questions use the monorail call has been requested
6:04:44

you want to object the procedure yes I wish to be recorded is voting no
6:04:50

present sitting down the bill pass thank you Senator Jordan yes on the calendar yes
6:04:57

sir thank you Mr President item 102. one moment Senator we've already skipped
6:05:03

that I'd like to ask suspended Ruth to go to item 102 please
6:05:10

one moment senator
6:05:20

item 102 uniform control Substances Act
6:05:25

motion is to spin the rules all in favor signify by saying aye opposed no all
6:05:30

right let's have it Senator Jordan you're recognized we're on 102 Senate thank you Mr President what
6:05:40

house bill number 1071 uniform control substances aggravized schedules the
6:05:46

strike all Amendment we will make the usual motion signature I make the use of the motion all in
6:05:52

favor signify by saying aye opposed no the ass have it okay on the bill senator
6:05:57

distract all Amendment what I'm working with here the strike all amendment of
6:06:03

house recognized to explain the strike call itself on the screen yes
6:06:08

distract all Amendment uh House Bill 1071 restores the Senate
6:06:15

recommended by Department of Health they strike all
6:06:21

includes the amendment recommended by the State Department of Health to mirror
6:06:27

Federal action the bill adds 13 substance as schedule 1 control system
6:06:35

because these drugs have no legitimate medical use and have a high potential
6:06:44

potency with great potential to cause harm it also includes
6:06:51

697

asserted metal validate phenerate

6:06:56

as a schedule for controlled substance because the drug has a currently

6:07:02

accepted medical use and a low potential for abuse that may lead to limited

6:07:09

physical dependence or psychological dependence relative to the drug or other

6:07:16

substance in sketches three that's what the bill does of the summer of the bill

6:07:22

does any question her entertainment questions on the bill

6:07:30

okay we're ready to adopt the members if not Mr President adopt by the amendment about him to adopt a member first

6:07:37

Senator by uh just motion I moved able to Dr Amendment okay all in favor

6:07:42

signify by saying aye opposed no the ass have it okay senator now

6:07:48

approved by the morning Road evening roll call Mardi road I don't know how to

6:07:54

eat anyone objective procedure make sure your court is voting no present

6:08:01

seeing none thank you Senator thank you Mr President okay we're back on the

6:08:06

calendar and we were at

6:08:20

chairman de Barr way through 124 chairman Brian

6:08:28

chairman Brian is recognizing 125 Senate I asked the title beer Mr Clark please

6:08:35

read the title 518 local provider Innovation grant

6:08:40

program provides certain provisions of I make the usual motion it makes a usual

6:08:45

motion all in favor signify by saying aye opposed no you guys have it please proceed Senator Brian

6:08:53

there is an existing law uh statute that provides

6:08:59

for Grants to be made from their covid funds for certain health care providers

6:09:08

they are small grants not to exceed 250

6:09:14

000 dollars there are additional funds available there will be another round of Grants

6:09:20

this just says that you can have another round of Grants and that um

6:09:28

if if your got award in the first round they're also eligible to apply for the second

6:09:35

ground if there are no questions I suggest you so the morning roll call questions on the bill Senator Hill for

6:09:42

what purpose question year for question Senator Brian yes Senator Hill you're recognized this is covid fund still yes

6:09:49

thank you other questions

6:09:54

seeing no we're ready for emotions I suggest you so the morning roll call

6:10:00

you tomorrow calls me a requested anyone objective procedure of course voting no

6:10:05

present seeing noneville passes Senator Brian to recognize

6:10:11

I go to the next item and ask the title be read Mr clerk please read the title house bill number 584 qualified Health

6:10:17

Center grant program clarify that amount specified for Grants under the minimum amount to be issued

6:10:23

I like the usual motion it makes a usual motion all in favor signify by saying aye aye opposed no the asshat please

6:10:30

proceed Senator Brian I move adoption of the committee Amendment and I would like

6:10:37

to speak to that you recognized the um

6:10:43

existing law it provides for Grants to

6:10:49

qualified Health Centers rural Health Centers uh the existing law

6:10:56

says the legislature shall appropriate four million dollars a year

6:11:01

some years the legislature has appropriated yet less there's some discussion that this year the

6:11:08

legislature May appropriate more but in any event it's sort of odd to have a

6:11:14

particular dollar amount in the in the statute there had been a provision in order to

6:11:20

make sure that all applicants got some money that that no one

6:11:27

entity could get less than I think 200 000 or whatever the number was

699

6:11:32
uh the bill was double referred to Public Health and Appropriations
6:11:38
the strike all that's before you was adopted by the Appropriations Committee
6:11:44
and we returned to Public Health all of us on the public health committee realize this is a time of year
6:11:51
and we tend to think very highly of the work of the Appropriations Committee the
6:11:57
very fine people on the Appropriations Committee who do such a very fine job in
6:12:03
appropriating this money we're very anxious to uh go along with the wishes of the
6:12:08
Appropriations Committee and their Amendment had a lot of support uh but the amendment in all seriousness
6:12:14
really is is much better than existing law it just says you you'll make grants
6:12:20
in the amount the legislature appropriates which in fact is what
6:12:25
happens now and in order to make sure that the grants are spread uh spread around it
6:12:31
provides that no one entity will get more than 10 percent of the total amount it's it's a much more workable formula
6:12:37
than language than what's an existing law and I don't think it makes any major philosophical change if there are no
6:12:43
questions I suggest uh adoption of the amendment questions
6:12:49
seeing none all in favor signify about saying aye aye opposed no yes have it Senator Brian
6:12:55
morning roll call you some morning roll call has been requested reject the procedure
6:13:00
of course voting no present seeing none of the bill passes chairman
6:13:05
chasnow pass General Wiggins
6:13:11
128 to 131 chairman Wiggins
6:13:23
I asked that uh thank you Mr President I ask that we skip items 128 to 130 uh
6:13:29
pass those and that they remain on the calendar and we go to item 131 call that up ask the title be ready title house
6:13:36

bill number 1318 baby drop off and Safe Haven revised provisions of regulating make the usual motion or make the usual

6:13:43

motion all in favor signify by saying aye aye opposed no the eyes have it please proceed thank you Mr President my

6:13:48

motion is that we adopt the strike call and ask that you allow uh Senator Boyd to explain you recognize

6:14:16

Senator Kirby do you have an introduction out of order sir uh no Mr President I was going to ask

6:14:23

for immediate release on item number nine the scr number 560 with me your

6:14:30

release has been requested okay seeing our objection is granted Senator

6:14:35

Kirby Senator Boyd that's cool

6:14:43

in 18 this is language that y'all have seen before um and we have worked I want to thank

6:14:50

first of all the Justice Court judges um particularly um

6:14:56

with working with us on this and also with CPS to come to language that everybody feels that they can agree to

6:15:03

this bill was something that we looked at very heavily in our women children's and family study group the first part of

6:15:10

the bill can enacts a comprehensive Safe Haven laws to be used with in conjunction with our current baby drop-off laws

6:15:18

um the safe haven laws kind of increase the time frame for a parent to surrender their child from seven to Thirty Days A

6:15:24

Child may be relinquished to a hospital with an ER a fire station that's staffed 24 7 or an ambulance the parent may go

6:15:32

to one of the locations or call 9-1-1 if they're not available to travel the emergency medical provider has to ask

6:15:39

the parent to identify any known other known parents or attempt to attain

6:15:44

information about the infant's background and medical history and then the emergency medical providers shall

6:15:50

promptly conduct a comprehensive medical exam CPS has to take custody with the infant within 24 hours of notification

701

6:15:57
that the infant is ready to be discharged from the hospital um additionally law enforcement has an

6:16:04
apartment due to you to investigate whether the child is reported or missing within 48 hours after taking custody CPS

6:16:12
shall publish a notice in the paper and we're going to add an amendment to this language just in a second if y'all

6:16:17
consent to make sure that this is clear they will also publish a notice in the

6:16:23
paper um to where the infant was relinquished as well as send a news release to the broadcast on print media

6:16:30
um additionally if you look at section 6 it clarifies that the child alleged to have been abused or neglected as a party

6:16:36
to proceeding in Youth Court and shall be represented by attorney at all stages and that the court needs to appoint an

6:16:42
attorney for any child that is Indigent CPS is a party at all stages of the proceedings involved in a child in their

6:16:49
custody section 7 adds CPS to the list of parties entitled to notice by the court when a hearing has been set by the

6:16:56
youth court and it also identifies the current membership of the Mississippi commission and uniforth youth court

6:17:02
systems to include two employees from CPS to be appointed by the governor and conforms the rest of the statute to the

6:17:09
new membership makeup additionally direct the commission on uniform youth court system to submit a report to the

6:17:15
legislature and before October the 1st of 2024 it amends current law to State the Youth

6:17:21
Court Clerk shall give priority to tpr cases on the docket and the signed judge

6:17:27
shall immediately notify when a tpr is filed to provide for expedited proceedings additionally section 11

6:17:35
and adoption proceedings we've the chancellor is allowed to have discretion to waive the home study requirements in

6:17:42

cases of a step parent a relative or a Foster to adopt situation this language

6:17:47

is also included in section 13. we give the chance to record exclusive jurisdiction over all adoption

6:17:52

proceedings except for a County Court sitting as a youth court judge has acquired jurisdiction of a child in this

6:17:58

abuse or neglect proceedings the Chancery or County court judge shall docket cases seeking relief under this

6:18:04

chapter as priority cases additionally section 13 adds testimony and Exhibits

6:18:10

to the list of items that shall be confidential and not subject to disclosure during adoption proceedings in section 14 make sure that there's

6:18:17

notice to the Office of the Attorney General when would they need to go ahead and start a tpr process that is a brief

6:18:25

explanation of Bill and Mr President the appropriate time I'd like to add an amendment

6:18:31

seeing no questions timely for your Amendment what's up on the screen

6:18:39

I'm sorry Cinder black I'm sorry Senator black

6:18:44

okay I'm sorry would you go to the desk right in front there Mr clerk thank you

6:18:49

and torn up

6:18:55

of how many um babies have been dropped off across

6:19:00

the state of Mississippi Senator Blackman we we do not have any

6:19:05

of the um boxes that were referred to in the beginning of the safety can you

6:19:11

speak into Mike I'm sorry um we do not have any of the we have a

6:19:16

bit we don't have any baby boxes yet if you're referring to that that we talked about in the beginning of this bill I

6:19:24

believe we have the City of Long Beach which is planning to implement one and

6:19:29

so right now we have not had any children dropped off per se in

6:19:34

accordance with this I don't have the numbers of um and I'm happy to get that

6:19:40

to you for CPS of children that have been um dropped off at other emergency
6:19:47
facilities across the state are the number that are turned over in a
6:19:52
hospital but I'm happy to get those numbers for you that's what I was referring to because we've had this on
6:19:58
the books for a little while and I would think that as part of this task force
6:20:03
that would have been one of the questions that was asked or I had CPS
6:20:10
coming to let us know how many babies please we are helping
6:20:15
and Senator Blackman to your point um there is
6:20:20
um there these baby boxes are a new thing that are being implemented across
6:20:26
the country I believe there's been two across the country in the last couple of weeks and cities and counties are
6:20:33
looking at this so that's one of the things that we look to clarify the procedures of what those could be what
6:20:40
those could look like and states around the country are looking at those baby boxes to see if those are to what they
6:20:49
can do and what they should do to make sure that children and how those boxes work are if they're dropped off in those
6:20:56
places that there's a clear path here of how to respond to that under existing
6:21:01
law didn't we not allow babies to be dropped off at various locations I know
6:21:08
a fire department a hospital things of that nature yes ma'am we did and what we've done is we've conformed the laws
6:21:15
as it regards to these baby boxes at those particular places so they could
6:21:21
add a box at a hospital at a fire station um those are perfectly appropriate if
6:21:26
they use one of those boxes the boxes have silent alarms on them they're kind
6:21:31
of they're pretty sophisticated but we wanted to make sure that those boxes are in places that
6:21:38
um that they can make sure that they're being really monitored that there's somebody always that's going to be able

6:21:43

to answer to those alarms that silent alarms that go off when a child is dropped there okay and and this is also

6:21:51

the one that's terminating the parental rights with the drop off

6:21:56

um what it does is it we conform the language to language that is already in

6:22:02

code right now we took out the original language that you would have seen in the original Senate bill as it came before

6:22:09

you last we worked with the Youth Court judges and they're going to already use

6:22:14

the existing procedures that are in the cut that are in the code right now

6:22:21

um to when those children are dropped off so those will be um they will have their hearings they

6:22:27

will go by everything that's already in the code and that was a suggestion that the Youth Court judges instead of doing

6:22:33

a completely new procedure which is what we brought to you in the original Bill we are going to conform to what is

6:22:39

already in existing law okay thank you um and Mr President I have an amendment

6:22:45

at the proper time it's the proper time ma'am her boyfriend

6:22:53

she's bringing Amendment up just let it go I know okay other questions Senator Simmons

6:23:01

question Mr President year for a question yes thank you Mr President

6:23:08

thank you Mr President thank you senator for yielding Senator um boy your response to Senator black

6:23:15

men that you spoke to the Youth Court judges and you're going to conform this bill to existing law

6:23:21

so has the language regarding the number of days to terminate a person's parental

6:23:29

rights after the drop-off has that language been removed yes it it has we are you

6:23:37

are you going to use the procedures already that are in existing law um to do this and

6:23:45

um we have that is in what we discussed in committee that was in the strike all that we did in committee

6:23:52

so we changed that language that I know some of your Youth Court judges judges had some concerns about and so we have
6:24:00
conformed it to already using the procedures that they are doing right now Senator Boyd I just want to say thank
6:24:07
you so much for all your work on this and as you know one of the concerns from our youth court judges and also in committee was the
6:24:14
shortened period of time to terminate parental rights we don't have a problem with tprs but we just appreciate the
6:24:21
deliberate process that already exists in Youth Court and so you say we're going to conform the language to that
6:24:28
existing law we are going to conform the language to that existing law so CPS and
6:24:33
the committee that was appointed by all agreed that we thought that would be
6:24:39
the most effective way to go forward thank you for listening to our concerns and committee and certainly thank you
6:24:44
for listening to our youth court judge thank you Senator boy thank you Mr President Senator Hill for word purpose
6:24:50
like two questions year for question Senator Boyd yes Senator Hill you're recognized thank you I
6:24:57
I listen on the computer when y'all had this billing committee and I'm looking at lines 5 29 and 5 30 why you took the
6:25:05
time frame out it still says that these cases of termination will be placed at
6:25:10
the top of the docket as the priority case and the judge will be immediately notified by the clerk in the case is
6:25:16
filed in order to provide for expedited proceedings so could that wind up even being faster than the time frame that we
6:25:23
actually had that was removed from the bill for termination I don't think it'll be any fight honestly Senator Hill I
6:25:29
don't think it will wind up being any faster whatsoever but it would just give it Priority to the docket as far as
6:25:37
sitting on the docket but I don't think that it will it will make that I'm going to be honest with you I know some of you

706

6:25:43

would like to say that these are going to go faster but that is not um we don't think it would be any faster okay my

6:25:50

second question is in relation to another bill that we have coming over from the house there's a

6:25:56

grant program for adult size changing tables in restrooms for handicapped people and one one thing that I had

6:26:03

mentioned when we first started talking about this when the committee was formed was some

6:26:08

type of grant program for for these baby boxes the temperature regulated baby boxes so I would hope that if that bill

6:26:15

is entertained coming over from the house about adult size changing tables

6:26:21

for you know adult handicapped people in public places that we might consider baby box grants that's just something I

6:26:28

wanted to ask to bring to your attention whether we entertain that bill or not thank you Center Hill thank you okay

6:26:37

ready on your Amendment and then we're ready on Center to Black senator

6:26:44

board you need to do a doctor Amendment we're ready

6:26:50

sir board let's go um if you will look up on the top there

6:26:56

we when we were doing we had left out um we had some non-conforming language with what we were telling everyone in

6:27:02

committee and we thought we got it straightened out but we did not um if you look at lines 245 through 252

6:27:09

the language on that because we took out is what we talked about um with

6:27:14

um the senator is that we took out some language there and we want to make sure that that's correct so unlines 2 45 to

6:27:21

252 and it's at the contact info from the appropriate Office of the department

6:27:28

um and so that has to do with Department of Human Services so what this does is it made sure that if a child comes in in

6:27:33

this area that they will publish out those notices and they will make sure that it has information and how do you

6:27:39
contact UM CPS okay we're ready on your emotion on your Amendment please ma'am move to adopt the
6:27:46
amendment all in favor signify by saying all right I'll post no yes ever Senator black would you recognize me
6:27:58
thank you Mr President it's the amendment up there one moment please yes ma'am
6:28:09
good to go Senator okay thank you Mr Amendment
6:28:15
is that before there's a termination of parental
6:28:20
rights hearing for an infant that has been relinquished under this proposed bill
6:28:28
that there would be a comparison made of the infant's DNA profile to publicly
6:28:35
available databases to identify the infant's relatives within the third degree as computed by
6:28:43
civil law we would notify the infant's relatives identified under this subsection of the
6:28:52
hearing at least seven days seven business days before the hearing
6:28:58
and infants relatives that have been identified under this section
6:29:03
to have the right to appear and be heard at the termination of parental rights
6:29:08
hearing and the purpose of this is when we were
6:29:13
in our committee we were discussing that
6:29:20
with these baby boxes that they can drop them off anonymously
6:29:29
they don't have to give any information related to who the father is
6:29:36
who any relatives are and the father may not even know he has
6:29:43
had a child and so all this amendment is doing is
6:29:48
saying that just like you know when we for criminals we go through the D and we go through
6:29:54
DNA to um place them on the scene or
6:29:59
something let's go through the DNA database
6:30:05
just that that's readily available and see if we can determine who that

6:30:14
child's relatives are because that child's relative or their child's father
6:30:20
may want that child I asked you to support the amendment and if there are
6:30:26
no questions I move adoption questions on the amendment Center Sparks
6:30:33
for what purpose or a question for a question Senator Blackman thank you Senator Sparks you recognize for a
6:30:39
question thank you Mr President thank you madam chairman uh who's going to give authority to take the child's DNA
6:30:49
well Stephen [Music] CPS because these children these babies
6:30:57
that are going to be dropped off at the as I understand it to the baby box and
6:31:02
then the CPS will take custody of the children of the baby in other words the
6:31:08
child would end up probably right out of the gate in some type of foster care
6:31:15
right but but yeah the Department of Public uh
6:31:22
Department of uh I mean child public uh safe has services and it's the one that
6:31:28
has the custody of the child but we're taking the infants DNA profile what's
6:31:33
going to happen with the DNA profile of the child afterwards no it's we're taking the DNA
6:31:41
we're going to compare the infant's DNA profile to any publicly available
6:31:48
database to determine if there is and the babies
6:31:54
relatives are to the third degree if they are available and then we're going to just simply notify them so that they
6:32:02
can attend the the determination of Parental hearing
6:32:07
because it may very well be that again the father may not know
6:32:15
and again the relatives of the child may want the child
6:32:21
and this is going who's going to bear the cost
6:32:27
um
6:32:32

709

to thinking if Child Protective Services is doing this I wouldn't think there's any cost because you have publicly

6:32:40

available uh databases that law enforcement utilizes so would you not

6:32:47

think that they would be able to just give this to law enforcement and let law enforcement look it up well and what law

6:32:54

enforcement has is CODIS which is the um the everybody that's in the criminal

6:33:01

database so we're running against one database which is going to be people who have felonies uh but I guess my question

6:33:08

from a legal standpoint and I don't do adoption or that type of law but who is

6:33:13

speaking for the child whose DNA is being taken and what is happening to that person's

6:33:20

DNA after we run this uh check child

6:33:25

protective services and I would presume that the Youth Court judges would be

6:33:32

over this termination of parental rights so youth poor judges would be the one

6:33:39

and I in in Lots well I don't I don't know with with this baby drop off I

6:33:46

don't know if they they do uh well I know they would do a guardian ad litem when they're getting ready to determine

6:33:53

whether it's a fit home so they may very well point a guardian ad litem so

6:33:59

somebody would have to have a court order to take DNA generally whether it's an infinite or not I don't think we can

6:34:05

take DNA particularly from somebody who can't consent to that DNA being taken just from a legal standpoint and from a

6:34:11

legal standpoint that's why I say child protective services and Child Protective Services it would go through whatever

6:34:17

your proper process is to effect this

6:34:22

thank you thanks for taking my question you're very welcome if there are no other questions Mr

6:34:28

President Senator Hill for what purpose question beautiful question Senator Blackman ideal Senator thank you very

6:34:35

recognized real quick thank you Senator Blackman it's my understanding that that if a

6:34:41

child is brought to the hospital that CPS is already going to test them for

6:34:46

drugs in their system diseases injuries and other things like that correct

6:34:53

that's true so they're going to have to get permission for that anyway correct that is correct so if they were to just

6:34:59

submit a sample into some database some publicly available database maybe even

6:35:04

ancestry DNA or some of these other databases that are out there to try to

6:35:10

determine the next to Kin that would be right along the lines of them checking that child for

6:35:15

drugs or whatever that they that they already do as far as tests in the hospital correct that is absolutely

6:35:22

correct and that's all I'm trying to do set up the hill is to make certain that perhaps that child gets reconnected with

6:35:31

somebody else Senator Blackman I like to co-author your Amendment thank you

6:35:36

Senator Pope for what purposer a question year four questions Senator

6:35:43

Blackman are you Senator Pope thank you thank you madam chair um

6:35:48

the whole point of the bill that we're looking at is my understanding is anonymity of

6:35:56

the mother to be able to drop off a child uh in a in a probably bad

6:36:04

situation with completing anonymity of who they are if we do the DNA testing will that not

6:36:13

make it to where the mother can be identified also I'm

6:36:20

sincerely going to say yes on that because

6:36:25

um it says to the third degree uh so you've got to be in a database

6:36:32

it could identify the father uh it could identify some of their of

6:36:38

the other mothers relatives but I think

6:36:44

even if it does expose who that mother is

6:36:49

the courts from my long time when I did

6:36:55
a Chancery they looked at the best interests of the child and when I studied for the bar the best
6:37:04
interest of the child was normally almost 99 of the time with the family
6:37:13
and all I'm trying to do is get this infant
6:37:19
with some family member and in particular the father because
6:37:26
again you know they say mama's baby daddy's
6:37:31
Maybe so um that that father may not know that he
6:37:38
is a father and I'm trying to that father may want that child and I understand that totally
6:37:44
and I agree uh that in concept it's a pretty good idea
6:37:50
my my concern is if we're trying to get infants babies
6:37:56
newborns into good situations as quickly as possible would your Amendment not make it to
6:38:04
where a mother might not do the thing that seems to be what we're editing with
6:38:10
with this bill is that uh baby be dropped off in a safe place I would say
6:38:15
no and the reason I say no is because probably 10 times out of 10 that mother
6:38:21
doesn't even know what this law is doesn't know what what the law is okay I
6:38:28
mean it's you wouldn't know that that DNA can be captured but a council did
6:38:34
tell me that once we've gone through this process there is a provision that
6:38:40
will notify the mother that this is being done or has been done
6:38:49
so you don't think that a mother would necessarily uh well first let me ask
6:38:55
this are we trying to fool the public by not letting people know what the law is
6:39:00
no I'm not trying to fool the public at all what I'm simply trying to do is to
6:39:06
ensure attempt to ensure that a baby is going to be
6:39:13
with some relative now we talk and then in in in our committee
6:39:20
um I brought this up that we are we just finished well we passed out of Medicaid

6:39:28
I think it was Medicaid and and we passed it out of the senate for three
6:39:33
years allowing our postpartum care for mothers
6:39:41
for 12 months and so it ended up the um
6:39:47
the Mississippi the Mississippi legislative black caucuses issues and policies committee had a hearing on
6:39:57
um that was presented to us four years ago on this postpartum issue and what
6:40:04
came out of that was that these mothers I mean they're suffering like
6:40:10
post-traumatic stress syndrome so it may very well be that by
6:40:17
putting this in place those mothers who who are suffering from
6:40:22
that then when they see that it it can it's going to a relative or
6:40:28
this father wants the child maybe that mother might step back in and you're
6:40:34
reuniting that family
6:40:40
I understand what you're saying but in my mind I have to think that this might hamper
6:40:47
the issue of a baby getting dropped off in a safe place and that is my concern
6:40:52
the baby will be dropped off in a safe place and I think this well I think that
6:40:58
bill that the original isn't it 75 days notice what is today's the notice
6:41:05
provision sick
6:41:13
well existing was 30 days wasn't it
6:41:20
so whatever the existing law is in terms of notification and this says at least
6:41:25
seven days before the hearing and so you have an opportunity for all of those things to be worked out and it may very
6:41:33
well be that you can't even you know I mean you can't find a relative and you
6:41:39
can't find the father but at least we've attempted from the state as a policy
6:41:44
that we are trying to reunite the family and uh

6:41:50
cps's mission and those youth court judges who call

6:41:57
Senator boy they called me they called a lot of the attorneys they called Senator

6:42:03
Simmons Senator to Turner forward and they were saying that the whole purpose

6:42:09
is to try to reunite the family

6:42:15
and that's what they do and so they really didn't even want what what where

6:42:21
we that's come out of this task force because they said that we were we were already that they were doing it

6:42:28
and so that's all I'm trying to do is just give an opportunity

6:42:34
for the father to be a father y'all say we don't you know you you

6:42:39
don't have um these fathers present in in the in

6:42:44
the family unit and now I'm trying to put the father in the family unit and you don't want that

6:42:55
I can't hear you but Senator wouldn't you agree that the

6:43:01
main thing that we're talking about here is the safety of an infant and making

6:43:07
sure that child will be dropped off in a safe place um that is

6:43:13
the overriding overarching reason for this bill we already have if that's the

6:43:21
case we have existing law that provides for baby drop-offs and we did this

6:43:29
several years ago so I'm trying to enhance existing laws

6:43:36
to make certain that that child has an opportunity to be with its his or her

6:43:45
relatives my husband's mother

6:43:51
lost her mother when she was four years old

6:43:57
she lost her father and she went from one family member to another family

6:44:03
member and it was one family Mr member that encouraged her

6:44:12
to uh her did she she wanted in education

6:44:17

those others didn't encourage her for an education but as a result of her being
6:44:24
with an aunt a distant aunt who encouraged her she was able to go to
6:44:33
finish High School go to Jackson State University get a master's degree in
6:44:39
guidance counseling and she just she died in 2010 when I first came here 2015
6:44:47
and she was 97 years old can so can you imagine what kind of life she had during
6:44:53
that time and right now we have all of these tools that are available just like
6:45:01
Senator Hill mentioned ancestry.com I mentioned that to
6:45:06
um Ethan but I didn't want to put that in this bill that's why we said whatever
6:45:12
available public databases because if it's not a public database
6:45:19
then we've exhausted the means to try to find this Pub this uh father
6:45:26
and a relative and in my whole objective is
6:45:34
like I said when I what I learned and Chancery practice
6:45:39
was the best interest of the child well my my overriding concern is the safety of that
6:45:47
infant I'm afraid what this amendment will do will make it to where mothers won't feel comfortable doing the right
6:45:54
thing if that's what they think it is thank you Senator Senator Hill for what purpose ma'am I have another question
6:46:01
you're here for question Center I yield Center Hills recognized thank you um Central Blackman with regard to Senator
6:46:07
Pope's concerns about a mother not dropping him off because the DNA might be collected to find other relatives
6:46:15
um old law on line 155 says the parent who surrenders the baby shall not be required to provide any information
6:46:21
pertaining to his or her identity nor shall the emergency medical services provider inquires to the same and if
6:46:28
they know who the parent is they have to keep that confidential but are you aware that the new language on 161 that was

715

6:46:36
put in in committee says the emergency medical services provider must ask the
6:46:42
parent relinquishing the infant to identify any other parent of the infant other than the parent leaving the infant
6:46:48
with the
6:46:58
I went too far with the emergency medical services provider the emergency medical services provider must also
6:47:04
attempt to obtain from the parent information concerning the infant's background and medical history on a specified form provided by the
6:47:11
department this information must include but is not limited information concerning the use of a controlled
6:47:16
substance by the infant's mother during the pregnancy or since the birth of the child provide that information regarding
6:47:22
the use of a controlled substance by the infant's mother is not admissible as evidence the emergency medical service provider
6:47:28
must give the parent a copy of the form and a prepaid envelope for mailing the form to the department if the parent does not wish to provide
6:47:36
that information to the provider so if there's not a box which we have heard
6:47:43
earlier there's not any boxes yet in the state they're going to have to hand them off to somebody at one of these places
6:47:48
at staff 24 7 correct they are but I want to say this Senate Hill I don't
6:47:54
know what which um version of this bill you're reading I'm
6:48:02
reading I'm just man complete myself yes but it was represented in in committee
6:48:08
that it's they they can ask those questions but the person is not required
6:48:15
to give that information right correct but my point was that if they dropped
6:48:21
the baby off and somebody's there there are they're going to be asked these questions because the law says that they
6:48:27
have to be asked these questions so my point is I don't see a difference in them being asked to provide who the

6:48:33

family members are if they drop the baby off to a live person other than a box then to submit their DNA into a database

6:48:40

if if they drop it off in a box and don't talk to anybody I'm asking you I don't see the difference to you no ma'am

6:48:46

thank you thank you Senator Hill all the questions on the amendment okay Senator we're ready for emotion

6:48:52

you want to speak Senator Senator boy do you recognize speak on Amendment

6:48:59

well I appreciate what Senator Blackman is doing trying to keep the family I want to remind y'all the whole purpose

6:49:05

of these pieces of legislation is to encourage people who would

6:49:10

otherwise abandon children at inappropriate places put them in garbage dumpsters put them in toilets and all

6:49:18

different things that we have heard the whole purpose of this is to get these

6:49:25

children to a safe place by requesting somebody's DNA and

6:49:31

starting to run DNA you are going to have a chilling effect

6:49:37

on this process Senator Polk was right that the whole purpose of this bill is so that we get

6:49:43

these children to a safe place and while I appreciate Senator Blackman's comments

6:49:49

about trying to preserve the family and I know the place that she's coming from I would ask that you oppose this

6:49:55

amendment because it is going to have a tremendous chilling effect on the whole purpose thank you Senator Boyd Senator

6:50:01

we're ready for your motion may I close yes ma'am thank

6:50:11

feeling effect the baby has already been dropped off

6:50:18

the babies are already in a safe place

6:50:23

CPS has the baby CPS has to conduct all of these tests

6:50:32

to make sure that the baby is healthy to make sure that the baby doesn't doesn't need any treatment if it's whether it's

6:50:38
for drugs or for a common cold so the soda the blood work has already been
6:50:46
collected so this is just one two one more two into trying to preserve families
6:50:56
I know my conservative
6:51:01
colleagues here who believe in family values
6:51:09
would want to make certain that this little baby has an opportunity
6:51:19
to grow up with his or her relatives to be in a nurturing environment
6:51:27
not having to stay in CPS and go from one foster child a parent to another
6:51:32
foster parent but to be with someone who loves that baby and this is just one
6:51:41
more tool so I asked you to support the amendment and I'd like for a roll call
6:51:47
vote and I'd like the five of my colleagues if they withstand please [Applause]
6:51:54
we have six Stars Colorado Barnett
6:52:00
Baron black man Blackwell
6:52:07
blunt boy Branning
6:52:13
Brian Butler the 36.
6:52:18
Butler 38. Carter Kaufman
6:52:25
chasing all Chisholm de Barr
6:52:34
Delano England feeling game
6:52:42
Frazier
6:52:48
Harkins Hickman heel
6:52:55
Hobson horn
6:53:00
Jackson
6:53:06
Jordan Kirby
6:53:11
Macan McDaniel McLendon

718

6:53:18

McMahon Michelle

6:53:24

Moran Norwood

6:53:29

Parker parks

6:53:35

poke Seymour

6:53:40

Simmons of the twelve Simmons of the 13th

6:53:45

Sojourner Sparks Subaru

6:53:52

Tate Thomas Thompson

6:54:00

Turn It Forward wailing

6:54:05

Wiggins Williams

6:54:10

younger

6:54:17

thank you Blackwell

6:54:23

blunt Kaufman

6:54:32

Delano

6:54:40

Frazier horn

6:54:49

Michelle

6:54:57

Seymour

6:55:03

younger voting yes or yay

6:55:09

Barnett Blackman Butler 36 Butler 38 Debarr Frazier Hickman Hill horn Jackson

6:55:19

Jordan Norwood Seymour Simmons of the 12th Simmons of the 13th super Thomas

6:55:27

and Turner Ford voting no ornay Baron Blackwell Boyd

6:55:33

Branny Brian Carter Kaufman chadson all Chisholm Delano England fillingame

6:55:42

Harkins Hobson Johnson Kirby mcconn

6:55:47

McDaniel McLendon McMahon Moran Parker

6:55:53
Parks hope Sojourner Sparks Tate
6:55:59
Thompson whaling Wiggins and Williams
6:56:34
Amendment fails 18 years 31 days Senator Boyd you recognize
6:56:40
Mr President if there's no further questions I ask that we adopt the strike all as amended please I'll all in favor
6:56:46
signify by saying aye opposed no yes have it now we're on the bills uh if
6:56:52
there's no further questions I would ask for a passage on the morning roll call is the morning roll call I've been requested anyone objective procedure
6:56:58
of course voting no Hill no
6:57:05
Turn It Forward no nor would know
6:57:11
Simmons know Simmons know Jordan no
6:57:17
Jackson no Thomas no Frasier no
6:57:22
Blackman no anyone else Butler no Butler no
6:57:31
horn no anyone else
6:57:36
anyone else bill passes chairman Brian chairman Brian we're on item 132.
6:57:58
Jim O'Brien passes chairman chasnall
6:58:03
pass Jim I'm sorry chairman Brian
6:58:14
I I'm sorry Mr Mr President I'm told that we do want to do item 132. okay uh
6:58:22
and so I go to item 132 and ask if the title be read score please read the title house bill
6:58:28
number 249 Mississippi medical cannabis active thin reveal is asserting state laws for Department of Health and
6:58:33
revenue and connection with I make the usual motion it makes you use your motion all in favor signify by
6:58:39
saying aye aye opposed no the I said please proceed Senator uh
6:58:44
I asked the chair to recognize Senator Blackwell Senator black

6:58:50
you recognize find the bill
6:58:56
thank you Mr President Mr chairman this bill started out as uh a simple
6:59:03
Bill what we were doing uh with it to start with was that we just moved the dates for
6:59:11
compliance with the state Personnel Board for the Department of Health and Department of Revenue moved them from
6:59:17
June of 23 to June of 26th they're having a difficulty hiring people and
6:59:24
then it services from June of 23 to June
6:59:29
of 24. and then because Senator Delano passed Senate Bill 27-28 we had to go back and
6:59:37
further amend the strikol and Mr President I may go go back I'm on
6:59:44
the strike all may be recognized to continue to explain Striker
6:59:50
you recognized to explain the strike call center Blackwell so on in the bill from lines 422 to 439
6:59:57
it's the exact same language that we passed in Senate Bill 2728 again Senator
7:00:04
delino's Tech bill that's an explanation to strike all our yields for questions
7:00:15
questions Senator Hill for what purpose question yes Senator black how are you
7:00:23
Senator Harris recognized so what language did you say you put in the strike all the same thing that
7:00:29
the language that was in 2728 that we passed earlier and I think it's on the
7:00:35
governor's desk right now uh it's on lines uh 422 to lines 439.
7:00:43
okay I can't see that I don't have any Amendment on the
7:00:50
computer and I can't okay let me see thank you
7:00:58
thank you you're welcome thank you Center Hill other questions
7:01:04
Senator black I moved for adoption of the strike Hall all in favor signify by saying aye aye
7:01:11
opposed no he has have it a move final passage of no further
7:01:16
questions by the use of morning roll call is tomorrow I've been requesting or objects procedure

721

7:01:21
for the voting no present
7:01:27
seeing none bill passes Senator Brian I go to the next item and ask the title
7:01:32
be ready please read the title house bill number 259 medical radiation technology repeal is on registration
7:01:39
statutes I make the usual Motion Center makes the usual motion all in favor signify by saying aye aye opposed no
7:01:46
please proceed Senator Brian I have an amendment in the file I would offer that
7:01:52
Amendment and I would ask to be recognized to explain it one moment please
7:02:02
okay we have it up Senator we're ready uh Mr President the amendment does two
7:02:07
things it establishes a um
7:02:12
interstate compact uh to deal with occupational therapy licensure which I
7:02:22
believe is a non-controversial matter it's a it's very lengthy but it's one of
7:02:27
the typical compacts that we have with other states the bill also makes
7:02:33
technical amendments to the existing uh statute that we have on medical
7:02:39
radiation technologists it it has a definition of nuclear
7:02:45
medicine and a number of hyper technical Provisions that those who understand
7:02:52
medical radiation technologists say are appropriate to keep us up with the current procedures if there are no
7:02:59
questions I move adoption of the amendment questions on the amendment
7:03:05
seeing none all in favor signify by saying aye aye opposed no yes Evan please proceed morning roll call you
7:03:11
some more roll call me requesting an objective procedure no present
7:03:17
seeing none bill passes thank you Senator Brian Mr President I would like to pass the next two items on the calendar and ask
7:03:24
if they retain their place danger placed on the calendar over 136 Senator on page 14.
7:03:34

Senator are you going are you passing on 136 to 141 yes thank you very much

7:03:41

Jeremy chesnall pass Jeremy Michelle Senate we're on 143.

7:03:53

thank you Mr President I'd like to go out on 143 House Bill 521 and ask the title be read Mr clerk please retailer

7:03:59

house bill number 521 length of service award program authorized for the Recruitment and Retention and volunteer

7:04:04

firefighters I make the usual Motion Center makes you usual motion all in favor signify by saying aye opposed no

7:04:10

yes have it please proceed thank you Mr President I ask that we recognize Senator McClendon and describe

7:04:15

the strike all Mr McClendon you recognize your explain Striker thank you Mr President

7:04:21

Senate colleagues we have had the uh United States of

7:04:27

America looking at us today apparently we've had uh

7:04:33

anyone with children or grandchildren looking at us today and now we have the entire state of

7:04:39

Mississippi that could benefit from this bill and something you could care home to all your colleagues and say look what we did

7:04:47

right now in the state of Mississippi we have uh declining number of volunteer

7:04:53

firefighters at the present time that we are down 30

7:04:58

percent from what we were five years ago

7:05:04

you have on your desk a letter from president of the Mississippi Fire Chiefs

7:05:09

Association and what he's asking what we're asking the

7:05:15

insurance department is heavily in favor of this 33 states have passed this

7:05:23

it's called the Mississippi length of service award program where it will benefit volunteer

7:05:28

firefighters as well as try to help with the recruitment of firefighters

7:05:35

by offering this mere sum of a retirement after the 20 years of

7:05:43

service which would be ten thousand dollars plus accrued interest

723

7:05:49
not much of a retirement but at least it's something to where we can hand say
7:05:56
here's this as well as a disability program for them
7:06:01
these are people that put their lives on the line whether it be a fire a wreck or
7:06:08
whatnot getting paid absolutely nothing
7:06:14
the low sap program would be governed by a board of five
7:06:20
which would be appointed by the governor and appointed by the lieutenant governor
7:06:26
the insurance commissioner the treasurer and the State Fire coordinator
7:06:33
the point system would be uh developed by them
7:06:40
an example of the point system would be whether assigned duties you would get
7:06:46
points monthly meetings at a station CDR certification whether they were
7:06:52
attended fire academy classes fire safety education
7:06:57
shuttle drills whether they were a chief or assistant fire chief they would get a number of
7:07:04
points certified volunteer firefighter program in modules one and two
7:07:10
as well as EMT aemt or paramedic would get a point system
7:07:17
they would also get points for being years of service
7:07:23
whether it be 10 15 or 20 years Mr President I also would like to offer
7:07:31
an amendment at this time to the strike Hall and asked to explo explaining the
7:07:38
amendment we have it up you're recognized to explain to Amendment Center thank you Mr
7:07:45
President we're going to amend on the strike all lines 106 through 109.
7:07:52
after the low sap length of service award program has been funded the remaining amounts shall be deposited
7:07:59
into the fire Insurance rebate fund for distribution to Municipal County fire departments
7:08:04
this bill does not take away any money for the rural fire truck program
7:08:11

or equipment also further amend on line 353
7:08:18
before the comma we're inserting the following language if any additional amounts are required above three million
7:08:25
dollars what we're doing this year
7:08:30
Senator Hobson has agreed uh from the general fund we're going to
7:08:35
put three million dollars of seed money after that there will be an appropriation of three million dollars
7:08:43
from the rebate fire uh the insurance premium
7:08:48
and with that I would offer any questions sir questions on the on the amendment on the
7:08:55
amendment Senator Butler for what purpose on the bill so we have no questions on the amendment ready for your motion
7:09:04
oh uh a move that we adopt the amendment all in favor signify by saying aye
7:09:10
opposed no yes have it okay senator
7:09:18
Senator Moran for what purpose you seek recognition I had one quick question
7:09:24
um and maybe I missed it is is this starting from this day forward or does this go back in other words if a guy's
7:09:29
been working for 15 years five more and he gets it you're going to get a length of service
7:09:36
say you were uh uh firemen for city of Diamondhead for 15
7:09:44
years 15 years you're going to get points for that okay and then he goes and volunteers
7:09:51
then he will get additional time service as a volunteer fireman as well as points
7:09:57
for different uh qualifications that he meets reason I asked this I have some friends that have been volunteers good
7:10:03
Lord since we were in high school in 20 30 years so does that mean that they're
7:10:09
already they would already be vested for that 20 years that is going to be up to the board okay
7:10:15
that will make that decision I mean because first thing they're going to ask us when we get home hey is this from this day forward or I've been serving
7:10:22

for 25 years do I get my 20. yes sir that will be up to the board which includes the insurance
7:10:28
commissioner as well as the State Fire coordinator so they're definitely on
7:10:34
those guys sides I would hope it you know that it would take into consideration their time that they spent
7:10:41
there already thank you yes sir thank you question Butler for what purpose sir
7:10:47
Mr President the year for a question Senator yes sir Senator Butler is recognized thank you Mr President
7:10:53
Senator uh that was in line with Senator Moran so
7:10:59
the board that's going to be established would be the one determining whether the
7:11:05
ones that have been on the fire service but whatever amount of years be able to
7:11:11
reap these benefits yes sir you're going to have 10 years of prior service uh gets four-year
7:11:18
qualifying investment fifteen six years 20 years uh
7:11:24
then you will get an additional 10. so um it will be up to that board to decide
7:11:31
whether firemen uh the volunteer firemen that are there now
7:11:37
uh will be getting that uh those years of service okay and they
7:11:44
have to have at least 20 years in service before they'll be able to reap the benefit yes sir all right let me
7:11:52
ten years of service and then they can have qualifying events such as years
7:11:57
longevity that will go towards also okay that will be my next question that's the
7:12:04
points yes sir oh okay so they earned the point but the kids in 10 years yes sir not 20 years no sir okay thank you
7:12:10
Mr President yes sir thank you thank you any other questions
7:12:16
any other questions Senator McMahon for what purpose sir question you're for a
7:12:21
question Senator McClendon yes sir Senator Emmanuel Senator McClendon thank you for your
7:12:26
work on this why are we leaving it up to the board to
7:12:31

make the decision instead of putting codifying it here but you know what what the what the
7:12:38
terms are going to be record what the recognition of service is going to be well
7:12:44
um I'm not a professional firefighter have you been through the fire academy
7:12:50
no sir I want to leave it up to uh the professionals to do this
7:12:57
uh the State Fire coordinator is a professional firefighter
7:13:03
he also will take recommendations from the fire chiefs Association the insurance commissioner
7:13:10
uh he is the state fire chief so you have two people that will be on
7:13:17
that board that will be making uh this point system I have a copy of what has
7:13:23
been done uh by different boards around this uh country different states if
7:13:30
you'd like to see it I'm just afraid what we're going to do is create some ill will here with ladies and gentlemen
7:13:36
that have been serving for 20 25 30 years if they're not going to give them credit
7:13:43
for that if I was a volunteer firefighter and they weren't and I had 20 let's say I had 25 years in they
7:13:49
weren't going to give me any credit on that I'd quit today and we've already got a problem I think it'll be an unintended consequence and we already
7:13:56
have a problem most of our firefighters in Mississippi are volunteers and we're having trouble recruiting at all I know
7:14:03
that's what the intent of the legislation is absolutely and I just I just think what I just and I just wish
7:14:09
the bill would say I wish it was better than the bill which is going to recognize their service for those that have already served and it's still no
7:14:15
active duty well I can assure you that commissioner
7:14:20
Cheney as well as the State Fire coordinator does not want to lose those
7:14:26
and I know they will take that into consideration uh and
7:14:32
if if you don't think we hear from Firemen they triple here from Firemen so
7:14:40

it's uh I'm almost 100 99 sure that they
7:14:45
would do that can I say 100 no
7:14:52
thank you other questions
7:15:01
seeing none we're ready for emotion Center Michelle Senator McKinnon if there's uh no questions ask other
7:15:07
questions on the amendment uh I'd like to our Senator Barnett for what purpose sir
7:15:12
speak on the bill please please proceed to the front
7:15:17
we're we're on the amendment right now Senator you want to speak on the amendment of the bill okay well let's let's adopt a minute and
7:15:24
we'll speak on the bill at this time if you know any further questions on the strikeout Amendment I'd
7:15:29
like to uh adopt the excuse me there's no other questions on the amendment I'd
7:15:34
ask that we adopt the amendment to the strike all this time all in favor signify by saying aye opposed no the
7:15:40
eyes have it okay
7:15:50
without the amendment so we don't have he wants to adopt them he was talking
7:15:56
that's correct the strike at this time uh there are no further questions on strike all Amendment I'd ask that we adopt the strike off
7:16:03
all in favor signify by saying aye opposed no the eyes have never on the bill Senator Barnett you recognized to
7:16:09
speak thank you Mr President thank you Senator McClendon
7:16:15
you know Senator McClendon there's been often times where
7:16:21
I have been here at the podium and present legislation and we have different in our opinions and different
7:16:26
in how we vote on that particular measure but I just want to thank you for bringing this
7:16:33
measure um to the legislature because this is something that for 16 years as a mayor in a small town
7:16:40

fought to try to get my supervisors and others to do because there are many small towns many
7:16:47
rural areas in Mississippi that does not have paid firefighters but in a place like Jasper County where we are the
7:16:53
number one producer of oil and gas in the state of Mississippi yet we do not have a paid professional fire department
7:17:00
so we greatly depend upon those volunteers when we need them to respond
7:17:06
to situation that has happened most of the time I'm sure that most of us have passed by our accident on the
7:17:12
interstate in those in rural places and the first people to show up are those unpaid
7:17:19
volunteer firemen and they do a good job and I know many have asked the question
7:17:25
as to what happens uh for those who have served time that may not get any time forward but I don't think that we can
7:17:31
look back I think we need to look forward and I think looking forward is to making sure that we keep encouraging
7:17:37
those men and women who put on those uniforms who get in those trucks and drive to those situations knowing that
7:17:44
they're not going to get paid but to render the best service that they can possibly render to those in need so I am
7:17:51
asking that we support this bill and thank you for your efforts in bringing this to the legislative body thank you
7:17:56
thank you Senator Barnett we're ready on the emotion Center
7:18:02
thank you Mr chairman thank you Mr President I also uh let me mention this does have
7:18:09
a strike all in it so Senator McMahon that will be addressed in conference uh
7:18:14
when this goes you're concerned about volunteer firemen uh Mr President that there are no further
7:18:21
questions Sam McMahon for what purpose a question your four questions Senator
7:18:26
McClendon yes sir Senator McMahon you recognize for a question thank you
7:18:31

um we're lucky that we have a heart we we have a lot of hard work and public officials in this state and commissioner

7:18:38

Cheney are you aware that commissioner Chinese just texted me to let me know that prior service will be included

7:18:46

thank you Senator commissioner Chaney thank you for your work Senator thank you chairman

7:18:52

any other questions okay we're ready on your motion Senator McClendon Mr President if there are no further

7:18:57

questions I would ask for final passage by the use of the morning tomorrow I've been requesting your objective procedure

7:19:04

which of course voting no present

7:19:09

seeing none of the bill passes thank you Senator chairman Pope it recognized Senate we're on 144. thank

7:19:16

you Mr President I'd like to skip 144 through 147 let them retain their place

7:19:22

from the calendar and that's the title be read on 148. pertain a place in the calendar 148. Mr clerk please read the

7:19:29

title house bill number 809 executive director of public utility staff remove Public Service Commission from the

7:19:35

process of appointing make the usual motions there makes a usual motion all in favor signify by saying aye opposed

7:19:41

no the ISF please proceed Senator Pope thank you Mr President as most of you know we have the Public Service

7:19:47

Commission and then we have the public service staff the public service staff has an executive director appointed by

7:19:55

the governor right now under current law the governor receives from the Public Service Commission three to six names

7:20:02

for possible directors of the staff this has become a very uh cumbersome

7:20:09

procedure in that the governor then if the nominees given to him by the public Service Commission is not his standard

7:20:17

to her standards then the process has to start over the bill that you see before

7:20:23

you does nothing but just make it a clear appointment by the governor with
7:20:28
uh any in the indirect input the Public Service Commission would like to give but the governor does not have to
7:20:34
consider those names there is a the Senate still has a bison consent
7:20:42
over the executive director of the staff after the governor would name that person if there are no questions I'd
7:20:48
like to use morning roll call for patches impressions seeing none use the morning World Cup
7:20:54
being requested anyone object the procedure voting no present
7:21:01
bill passes chairman parks I'm sorry chairman Tate chairman Tate
7:21:08
we're on 149. thank you Mr President I'd like to go to item number 149 House Bill 1310 and
7:21:15
that's the title B Road Mr clerk please read the title Hospital number 1310 elections revised Provisions related to
7:21:21
the Integrity uh make the usual motion Senator makes you use your emotion all in favor signify by
7:21:26
saying aye aye opposed no please proceed Senator yes I have an amendment that I'd like to explain
7:21:32
it recognize the spring to strike all I believe you have strike call is that correct yes it is a strikeout but I have a minute to the strike oh
7:21:38
experience okay let's go to the strike off first if you would and then we'll go to the minute yes sir
7:21:44
um so what this amendment is going to do is it's going to address two different things uh in this bill
7:21:49
um there's many layers to it one of it is a procedural audit for clerks
7:21:55
um in committee we had passed that the audit would consist of 16 counties
7:22:01
um and after talking with the clerks um uh and with Secretary of States
7:22:07
obviously I'd like to change that to 82. so part of the amendment is to change this from 16 counties to all 82.
7:22:14
and then uh the other part of the amendment is going to be a section that deals with our election support fund

731

7:22:20
last year we changed uh how those funds are sent it was 50 uh to the counties we

7:22:28
changed it to 70 and what this amendment will do is make it we're all 100 of those funds go to the counties that's an

7:22:34
explanation of the amendment be happy to take any questions on the amendment questions on the amendment Senator Hickman for what purpose

7:22:45
thank you Mr President thank you Mr chairman now when you say this because it was my understanding of what

7:22:51
I'm not on a committee but what was passed out of committee was kind of like a pilot that whatever 16 counties but

7:22:57
now that we're changing from 16 to 82. it'll still be you know it'll still be a pilot where it'll only be for this

7:23:03
General federal election and next uh for this federal election uh general election excuse me and next year's

7:23:09
general election and then it would take further legislation to go beyond that so it's still a pilot to where it does

7:23:16
sunset but but with the 82 counties so does that mean automatically all 82 counties are going to be audited after

7:23:22
these elections half will be for one year that have to be for the other year yes sir and what what are we looking at

7:23:28
when we ought to talk so the Secretary of State's office is going to go all are going to out of 41 counties yes sir

7:23:35
that'll be in the in the strike I won't get to explain it lays out exactly what they can look for how they can look

7:23:40
forward and it's something that uh you know the clerks are okay with the secretary of state is okay with and I

7:23:46
want you to know that I've spent several hours uh in conference calls and in person with clerks to make sure that

7:23:53
that all this indigestion will will settle okay um and so once you explain the strike

7:23:59
all we'll have what the parameters are yes and it's going to be a uniform process for all counties that are going

732

7:24:05
to be looked at that's great okay thank you I was there the rest of my questions for the strike off okay

7:24:10
there's no other questions only amendment uh uh move that we adopt the amendment all in favor signify by saying

7:24:17
aye aye opposed no the ads have your recognized to explain the strike okay so now on the strike I'll uh we'll just go

7:24:22
Section by section section one is a laying out the secretary of state will be authorized to do procedural audits

7:24:29
for the 2023 and 2024 general elections what they're going to do is they're going to randomly select half of our

7:24:35
counties for this year half of the counties for next year that will uh participate in the audit there will be

7:24:42
no more than five precincts Per County that are audited the secretary of state will have to announce 90 days prior to

7:24:50
the election uh just Which counties and precincts will be audited

7:24:55
um in line 74 through 90 it explains

7:25:01
exactly what will be audited and those will include uh equipment uh ballot

7:25:06
counting it'll include testing of machines about accounting reports absentee ballots the Apple all the

7:25:13
paperwork with absentees affidavits and all the uh information with affidavits

7:25:19
next to lines 91 it states in 62 State will have to produce a manual 90 days

7:25:24
prior to the election so like you're asking Senator Hickman there will be a procedure that'll be uniform for All

7:25:30
Counties on how exactly they will go for these uh different items

7:25:36
um and then in Lines 102 it states that uh you know prior to submitting the report

7:25:42
they're going to give the local uh election officials the opportunity to be able to comment on just what happened

7:25:49

um something that's that's very important uh that we have in this legislation is um you know we want to

7:25:55

make sure that that nothing that's small that didn't have the out that didn't change the outcome of an election or did

7:26:02

not disenfranchise any voter that that be pointed out and so at the at the

7:26:07

front of this report that the title of this report if you will it'll list all the counties and it'll list if there

7:26:13

were any voters that were just in franchise by the number it'll list if

7:26:18

any outcomes of any elections could be changed that way uh you know the title

7:26:24

the headline if you will um would would give those good counties a cover

7:26:29

um section two of this bill uh is uh just some language that was outdated

7:26:36

it's obsolete it's about counties they'll have to turn in over and under votes known as residual votes

7:26:43

you know section three there's some code sections that uh that are updated based

7:26:49

on Section Five of this bill but but also it uh

7:26:54

lays out in lines 269 through 275 uh for election Commissioners to be able to get

7:27:00

paid extra if they have to conduct conduct an audit um one thing that I did fail to mention if

7:27:06

there's ever a challenge of an election that a Precinct has chosen uh then there will be no audit if there's a runoff in

7:27:13

that Precinct and the audit will occur after the runoff so nothing that we want to do here once we want to get in the

7:27:19

way of the the elected officials conducting the election um

7:27:24

section number four this is one that was part of the amendment this is our election support fund and what this does

7:27:30

is this is going to allow for a hundred percent of those funds to go to our counties that'll help them pay for uh

7:27:37

the office at any cost that this audit may cause any costs that are associated in section five of this uh Bill also and

7:27:45
so now I'll get to section five and what section five is is it's a codification of a confirmation notice and what this

7:27:51
does is this codifies partially uh nvra of 1993.

7:27:57
what this does is it states that an election commissioner shall send a confirmation notice to the following and

7:28:03
one is a registered voter who uh it appears that the United States Postal Service has a change of address

7:28:09
information uh number two if the County Registrar has received notice for another state or

7:28:16
political subdivision if there's any return mail if a voter has failed to vote in two

7:28:24
years that includes at least two general Federal elections um and any other reasonable information

7:28:30
that that can be gathered on why a registered voter would not be there after this person sent a confirmation

7:28:37
notice that voter will be put in active status any voter that's put in inactive status will remain there for at least

7:28:45
two general Federal elections after two general Federal elections um that's when one or two actions will

7:28:52
happen either between that time they will have responded back to the card and

7:28:58
their name will appear back in active status or they'll be purged the only way

7:29:03
that their names will not be purged is if in those two general federal election years they do uh again respond to the

7:29:11
card they update their information in any way they register they re-registered to vote they serve on jury duty or they

7:29:18
vote that's an exclamation Section Five Section six uh just has some updates because of section five

7:29:25
section seven uh if y'all remember last year we had six counties that were in a lawsuit over how we register uh uh

7:29:33
voters and and how we handle those that are uh naturalized citizens we were able to get out of that lawsuit last year and

7:29:40
by doing that we were able to allow the circuit clerks to be able to check with various state agencies with their

7:29:45
software to see if there were potential non-citizens um what section 7 is going to do is it

7:29:50
is section 7 and 8 are going to do is this is going to allow the authority to go to the Secretary of State to be able

7:29:56
to check for these voters to be able to run the database this does not give the Secretary of the State uh Secretary of

7:30:01
State the authority to purge it just allows them to check the voter rolls and

7:30:07
then at the end of Section 8 because the code section was there we decided to add

7:30:13
email addresses as part of information that is not subject to public requests

7:30:18
that's an explanation of the strike all I'll be happy to take any questions Jordan for what purpose you seek recognition

7:30:25
I have a question Mr President are you for a question Senator Tate Senator Jordan your wreck and ask for a question thank you Mr President Senator Tate uh

7:30:33
has there been any problems with

7:30:39
circuit clerks and any voter fraud of any type of any magnitude that require

7:30:45
the reason I asked that is because it appeared that to you the vote is one of

7:30:51
the most sacred thing anyone can have and a lot of people are afraid of to

7:30:58
vote in many ways because there have been so much

7:31:03
killed so many deaths reference to the goat and that is a privilege I thought

7:31:08
maybe if there's no problem the Circuit Clerk

7:31:14
take care of that I haven't been having major problems to require legislation to

7:31:21
interfere with the electric well like you said every vote is precious sure so

7:31:27
one fraudulent vote is just as bad as precious as one vote and so what we want

7:31:32
to do is we want to clean up our voteroles when you have people on the Rolls by name only and they're not

7:31:38
actually living there that is a vessel for voter fraud and yes or there is there is voter fraud what this does is

7:31:44
it gives our local election officials another tool to be able to clean up their roles what you're saying there are

7:31:52
people who are registered to vote just only have name no address and no when I say a name only I mean their names there

7:31:59
but they as a person are not really living there and it's just a slot that can be used

7:32:04
for potential voter for all is that been in some one of the 82

7:32:09
counties we have yes sir it's happened in several counties oh of a great

7:32:15
magnitude a lot of people doing that yes sir we you know we went through this bill two years ago I I had all the

7:32:22
information then it was it was very abundant I've been told by the secretary of state that it's just grown from there

7:32:27
and so yes sir there is a problem yeah but I don't want us to frighten people away from the pole no sir I don't know

7:32:34
of anybody that's frightened away well I had to participate in many election and I know there are people who still

7:32:40
because of what has happened for individuals certain individuals who

7:32:45
tried to vote who were not allowed to vote I don't know I don't know of anybody being disenfranchised in this

7:32:51
partner with this bill will actually do is to crack down to see if anybody is well I'm calling that but I don't know I

7:32:57
don't want to appear that it is intimidating because someone asked for all I needed eleven thousand and so many

7:33:03
votes and there was no substance to that crowd and I don't want to put fear in

7:33:08
people that's all I'm saying I just yes sir I don't mind anybody checking the

7:33:14
secretary and uh can ask in this I think I think this I

7:33:19
think this bill even though it deals with more than one uh uh

7:33:25
one even though it's more than just one section I think that because both the audit and yesterday the the votero

7:33:31
maintenance version of it that it takes care of it on both ends it'll make sure to crack down on if there's any intimidation going on like that well I

7:33:38
that's good I just want to be absolutely sure that we don't intimidate people because actually we want everybody to

7:33:45
vote everybody to participated yes yes sir I agree I don't want it scared away because we got new rules coming and uh

7:33:53
people say well I don't want to get involved because I have a record of some

7:33:59
kind which doesn't prohibit one from vote Yes sir I agree with you 100 voters

7:34:04
all I'm trying to say is it's so precious it is I agree and it shouldn't be Tampa with them that's the absolutely

7:34:10
necessary to do so but I'll take you through a word it is necessary to have this Bill yes sir thank you thank you

7:34:18
sir Senator Parker for what purpose

7:34:26
thank you Mr President thank you Mr chairman for you and uh and also thank you for meeting with me and going

7:34:32
through uh a few of my questions on this and you know these are things that you and I discussed and talked about a

7:34:38
little bit but I just want to um I guess just bring this to the attention of the body

7:34:44
um the the concern I have so the one notice that they will get is after they miss two Federal elections uh they will

7:34:51
get a notice in the mail if they haven't met the other provisions of you know serving on jury or something like that

7:34:58
is that correct if over the course of two general Federal elections so a presidential

7:35:04
election and a midterm election if a voter has not voted if a voter does not

7:35:10
update their uh voter registration if we haven't heard from them then a

7:35:16

confirmation notice will be sent to them and then once that confirmation notices sent whatever point in time that is then

7:35:24

that's when if two general Federal elections go by and they have failed to respond then they will be taken off the

7:35:31

voter rolls um if they vote or if they respond or if they serve on jury duty

7:35:38

um if they send an email to the clerk if they if they show up for jury duty they don't even have to serve on jury duty

7:35:43

then then they will be exempt from that would would you agree that there are people who probably routinely just for I

7:35:51

guess General reasons might miss two of the federal elections just you know because they might have you know a

7:35:58

family occurrence going on and maybe some travel it just seems that just missing two elections like that to have

7:36:05

the the notice delivered seems to be something that is is a large number of notices so do you have any idea how many

7:36:12

well here's it would be the one but it would be two general Federal elections but you you've got to realize there's

7:36:17

going to be a primary and more than not we have Primary runoffs and we have Municipal elections

7:36:24

and we have special elections and we have uh referendums I mean there's a

7:36:30

there there's it's not just that they missed two elections and then after and then even after that it's not that

7:36:37

they're then going to be taken off they then have all the elections that I just mentioned that'll happen between two

7:36:43

general Federal elections um so you know there'll be a cycle of Elections that go by

7:36:50

right I just I just wonder you know this was brought up in committee too and so I think this is a good time to discuss it

7:36:56

that you know there are sometimes candidates who come along who you know inspire people to vote who made you know

7:37:03

who don't vote you know I'm thinking two in the last 20 years I know a number of people who maybe didn't vote all the

7:37:10

time were very enthusiastic this was mentioned in the committee to go vote when Obama was running for for president

7:37:16

those some of those people maybe had not voted in a long time and I I could argue also that when uh former president Trump

7:37:23

was running there were probably some people in the state who maybe hadn't voted for a long time who did go and

7:37:30

vote in that race and so so I don't see this as as a partisan issue at all I

7:37:36

just want to be sure that we're not going to have by by doing this a large number of people who show up to

7:37:42

enthusiastically vote for again and maybe we have a um a person from our

7:37:49

state who has decided they're going to run for president maybe our current governor is is running for president one

7:37:55

day you know but uh you know who who knows but but if that happened you know

7:38:00

or whoever it might be you know I I think there could be some enthusiasm in

7:38:06

the state to go vote for somebody you know it could be it could be Senator Simmons you know he might be running for

7:38:12

president one day and you know you know but so so my point is not to to be partisan at all on this but to just have

7:38:19

us think about that and and and I don't I don't think that I am

7:38:25

I I fully know the the impact of this you know in

7:38:31

in my ear we sometimes in our area we'll have people who who don't vote for a

7:38:37

while because they have you know some you know unfavorable feeling with the government

7:38:43

or something like that for a little bit of time but then they do come back out so um it as this bill is presented here I know

7:38:51

you've made changes too it's going to go back to the houses does this have a reverse repealer in it or is this our

7:38:56

last bite at the Apple on this it doesn't have a reverse repealer in it would you be amenable to to adding that

7:39:03

to the bill I'd like to see this thing go through I mean whatever the the body feels like they want to do I am

7:39:10

a freshman here so I'm I'm gonna you know I don't know what the protocol would be but I would say that I would vote against putting reverse feeler in

7:39:16

it okay I'll wait and see how I think there could possibly be other amendments

7:39:21

on and so I'll kind of see how things are going the discussion thank you for your work yes sir and I've thought since

7:39:28

we've met this morning since uh uh chairman Brian brought up and you brought up the 08 election note there

7:39:34

was a lot of people that got registered to vote that year too and just I just want to make sure that the record's clear that you know if someone updated

7:39:41

their status then you know they're they're fresh it's it's clear whether they've been past registered or not so

7:39:46

just I just wanted to throw the throw that out there as well but if they if they are purged after the six to eight

7:39:53

year period when they do show up to vote on that day when they go to the polls

7:39:59

they haven't re-registered they will not be able to vote they won't be able to absentee they won't not have to say

7:40:05

they'll be able to have to David vote but then that David would not count okay so therefore we're not counting anyway

7:40:11

that's right form the champion okay thank you all right thank you Senator Hickman for white purpose foreign

7:40:23

section five that's the one part of the bill that uh I think is where this entire bill has lost me

7:40:30

um uh but my question is you're saying a six to eight period six to eight year

7:40:37

period if you could I think you kind of breezed through what is the process because it's sounding more like four

7:40:43

years to me if you say two federal election which could be a midterm and then a general federal election like a

7:40:50
presidential election which comes in the span of four years rather than six so at what point do
you go inactive
7:40:57
uh once two general Federal elections begin so just it depends on when you want to start that
time uh so like let's
7:41:05
say let's say you voted last year you didn't this year okay and then next year it's a midterm
7:41:13
make sure there's a presidential excuse me you don't vote the next year you don't vote
7:41:19
the next year you don't vote at the end of all that time that's when
7:41:24
you'll become inactive okay and then you'll have two general Federal elections after that which
means
7:41:30
you'll go to the next presidential election and then you'll go to the next
7:41:35
uh midterm election and through that whole time if you have not contacted the
7:41:40
circuit clerk's office if you haven't shown up for jury duty if you haven't voted if you haven't
made contact then
7:41:47
that is when you're purged from the rolls so if I re if if someone registered to
7:41:54
vote and someone registered vote this year failed to vote in 2023 failed to vote in
7:42:01
I mean 2024 it fails to vote in 2026 they have now become inactive
7:42:07
and they have not served on jury duty and they've not gone yes so in a period of that's a period of
four roughly four
7:42:14
to five years you can become inactive and then in another four years you could be purged from
the voter roll
7:42:19
okay and so do you know how many people this would affected this current moment well we
don't know because we haven't
7:42:25
sent a card to everybody nor does it would take it would take the action of actually doing that to
then see
7:42:30
who then will respond to then will uh you know go to vote what's the current law of someone
being purged from the
7:42:36
voters roll well it's the same as so so what this does is this will add not voting as a trigger so
7:42:44

742

right now our triggers are the main trigger is return Jerusalem

7:42:49

now I've I've been registered vote since I was 18. I've yet to receive a jury Summit I've never been selected okay

7:42:56

um so I could have moved and I'd still be on the voter rolls

7:43:03

and so what what this will do is this will provide an extra tool to be able to

7:43:09

find out if someone actually lives where they say they live um you know there are states where they

7:43:15

require that you you update every year or every two years at least what this will do is this will make it work if we

7:43:20

don't see you we're going to send you a card and then you respond okay and and and and so

7:43:27

I guess I guess I'm just I'm puzzled because I think that the

7:43:33

right to vote also comes with the right not to vote that's right and you have the right not to vote but we want to

7:43:39

make sure that you're there because you know just as important with election Integrity is the perception of election

7:43:45

integrity and when we have inflated poll books which has been stated at this well this session on from both members of uh

7:43:52

of the Republican Democratic party we need to make sure that we crack down on that so that there's not a perception

7:43:58

and in reality there's not voter fraud that's happening and when you say

7:44:03

perception you mean what what do you like the whole books knowing that there are people knowing that there are houses

7:44:08

where that are abandoned that have people that are registered at them and there's and there's nothing that that you can do as an election official to

7:44:15

take them off the rolls unless you get a notice from them and if they've moved off to Alabama or wherever they're not going to send you that notice this gives

7:44:22

us an opportunity to be able to clean up our roles and did we explore any other options or any way other ways to clean

7:44:28

up our roles other than purging people who may still be living at the house this this just seemed to be a good way

7:44:35

that it passed in other states that's been in front of the Supreme Court that the Supreme Court upheld several years

7:44:40

ago and I thought that this was a good way to go we passed it out of this chamber two years ago the house passed

7:44:47

it uh last year and this year and I think this was a good year to be able to to send it to the governor thank you

7:44:54

thank you all right Senator uh Kelvin Butler do

7:45:01

you have a question yes sir Mr President yes yes sir thank you Mr President thank

7:45:09

you yes Mr chairman uh this helped me uh I'm not on the election committee and

7:45:15

just kind of helped me understand why why do we need to purge voters that

7:45:22

have registered to vote well what we want to do is we will make sure that we have clean voter rolls okay so a county

7:45:30

has to uh order a certain number of ballots based on how many registered

7:45:35

voters are in a certain Precinct so not only do we want clean rules we want to help our counties and costs of what they

7:45:42

have to provide I heard from this well earlier today that we have a problem with people showing up with jury duty

7:45:47

our jury duty is tied into who's registered to vote if we're sending out jury summons to folks that aren't on the

7:45:53

rolls then we're wasting we're getting a diluted jury pool of non-existing people and so that would also help with our

7:46:00

with the jury pools those are three just touching on real quick reasons why we want to clean up our roles but again you

7:46:08

know you know so in other words a person can actually register to vote every six

7:46:14

years somebody can re-register every year

7:46:20

multiple times a year if they wanted to yes sir but again you know normally when you

7:46:26

register to vote that that's pretty much it you know you're ready to vote you vote and uh but you said that it has you

7:46:34

have to vote in federal elections for you don't have to vote in federal elections all this does is it's a

7:46:40

trigger that if over the course of the time period of two general Federal elections you do not vote and we don't

7:46:46

we do not see that you're there we haven't heard from you haven't showed up for jury duty you don't respond to an email uh to the clerk's office then

7:46:53

you'll be sent a notice and then once we send you that notice you'll then have a time period of two general Federal elections where you either respond to

7:47:01

that notice you write an email to the clerk you show up for jury duty you vote or you'll be taken off the

7:47:08

rolls so a city election doesn't count the city election does count yes sir accounting election doesn't it does

7:47:14

count yes sir what I'm saying is the two general Federal elections is what our time frame is everything in between there all those elections counts special

7:47:22

elections runoff elections they confuse me you confusing me now you

7:47:29

keep saying federal election but I'm saying if I vote in a city election I'm

7:47:35

I'm good you're good yes sir

7:47:41

what if I missed two Federal elections I'm not go you're still good because you voted within those time frames in order

7:47:48

to the general the federal elections are the time frames and then all the elections in between count

7:47:55

okay so we're just talking about the time frame the time frame is two general Federal elections

7:48:02

thank you thank you Mr thank you thank you Senator Parker or do you have a question

7:48:08

just just one more quick question yes sir Senator Parker

7:48:14

so if um if I'm a voter and I've been voting for several years and I decided

7:48:19

you know I'm getting older I really don't want to do jury duty would this be a way to get out of jury duty going

7:48:26

forward no sir if you're 65 years or older you can call and request to be taken off of jury duty so so if I'm

7:48:32

younger than that though and I want to get out of jury duty when I get purged from this list I would never have to be

7:48:37

on jury duty again Chris there's a lot of people that do not get registered vote just because they do not want to serve on jury duty but if I am

7:48:43

registered to vote and I want to get out of jury duty this would be my vehicle to get out of jury duty forever going

7:48:49

forward or you could just ask to be take have your name taken off the voter rolls yes sir okay

7:48:56

okay Cinder Sparks a question yes Mr President a question yes sir Senator

7:49:03

thank you Mr President thank you Mr chairman um we'll make sure I kind of understand

7:49:09

section one is completely new statute correct yes sir in section five is

7:49:15

completely new statute yes sir okay and oh

7:49:21

we're authorizing the audit of election procedures

7:49:26

for the 2023 and 2024 general elections is is the kind of opening sentence am I

7:49:34

understanding that correctly yes sir there is an amendment that you don't have a copy of it I can hand it to you oh it passed earlier no no no I was yeah

7:49:43

um but my question is are we doing this as a one-time cycle

7:49:50

yes sir yes sir nor is it it's sunsets and and like I explained

7:49:56

a few weeks ago whenever we talked about this I think this is something that uh we can look to see uh what the Secretary

7:50:03

of State found if they need to dig deeper if they don't need to dig at all if this is something where a county

7:50:09

needs to be looked at once every eight years or once in other words I think I think after conducting this pilot we'll

7:50:16

have those answers and uh it may be where we just we don't need to knowledge but we're going to look at all 82

7:50:23

counties yes these two elections yes yes randomly yes sir but it's only

7:50:31

on the general election yes sir when you look at primaries things are a little bit different you have executive

7:50:38

committees that run them and I think that just makes it too complicated um also in here we have that if there's

7:50:44

a Precinct that's being challenged I think that makes things too complicated you're already gonna have a candidate that's going to go in there and look for

7:50:50

everything anyway also we have in here if there's a runoff that that the audit it takes a back seat to that runoff

7:50:56

because this is new um this is something that our clerks uh

7:51:01

you know won't but don't want to be overwhelmed with and don't want to be as I put

7:51:07

earlier in the session put on blast for something minor that may have happened that that didn't really have an outcome

7:51:13

a change of the outcome the election so the secretary of state is going to develop a manual online subsection C

7:51:21

I've got it online that's right yes sir so that manual is going to have to be in

7:51:27

place because they can't alter it 90 days before an election that's right so that Manual's got to be in place 90 days

7:51:33

before the general election in November of this year yes sir all right and that's going to be provided to the

7:51:41

clerk's win 90 days prior okay uh now it says it can't be amended after 90 days I

7:51:48

mean is is this going to be a manual that tells them how they're going to be audited or is it a manual telling them

7:51:55

how to successfully run elections so prior so probably no suit will be on how the con uh kind of the audit will be so

7:52:02

prior to that on my line 74 through 90 it's it's it lays out the four things

7:52:10

that they can look for remember we had the bill earlier that was big that I told you was vague that you agreed very

7:52:15

much vague well now we have narrowed it down to four things four types of items

7:52:21

that they can go for that's documentation on equipment documentation on ballots documentation on absentees

7:52:28

and documentation on affidavits okay and then um

7:52:35

you mentioned earlier fraud uh the bill that we had before obviously got amended

7:52:41

to kind of be more of a fraud bill is there anything in this legislation that actually uses the term election fraud

7:52:50

um I'm not sure if that's in here I hated to see that your amended Bill died over there I thought it was a good one

7:52:56

and I told the secretary of state that I thought that that bill and this bill would be good in tandem so I hate that

7:53:01

it didn't but hey I look forward to hopefully dropping a bill like that next session sure so this bill doesn't do anything if somebody sees fraud uh this

7:53:09

bill doesn't address that doesn't address it okay and then it does address citizenship in a couple of places now

7:53:17

when we talk about citizenship we're talking about United States citizenship correct right which is required to be

7:53:23

eligible to vote in Mississippi elections be a naturalized citizen that's that's

7:53:28

really that's that was that that was what the lawsuit was over with and then

7:53:33

um is there anything in here about residency because citizenship talks about your

7:53:39

country where your citizen naturalized or not you also have to be a resident of

7:53:45

Mississippi to get to vote in Mississippi is that right yes sir but but that's another that's what that's

7:53:50

where they'd actually fill out their registration forms and and they sign on the dotted line on sworn after David's

7:53:56

saying they their residency is wherever it is okay but to be eligible you got to be more than a citizen you got to be a

7:54:02

resume okay all right uh thank you thank you for your work thank you

7:54:08

okay I don't see any other questions about Senator blood I think you have an amendment be recognized for an amendment

7:54:17

thank you Mr President thank you Mr chairman

7:54:23

the right to vote includes the right not to vote my Amendment

7:54:29

it's on the screen deletes essentially three lines

7:54:34

in section five that deal with purging under the bill that's before you there

7:54:41

are four triggers whereby the election commission they're

7:54:46

going to send you out a postcard one is if you've

7:54:52

there's a change of address form with the post office that's a one is if there's a notice from another

7:54:59

County or state that you've registered to vote there one is the failure to vote

7:55:06

and the fourth is reliable information that a person has moved to another state

7:55:11

the amendment leaves three of those regions into each one and that is the failure to vote

7:55:17

in other words the trigger mechanism that Senator Tate described

7:55:22

will be implemented if a person has completed a change of address form they'll send you a card if you've

7:55:29

registered to vote somewhere else they'll send you a card if there's reliable information that you move to another state but we're not going to

7:55:35

send you a card if you've chosen as a citizen not to vote into Federal

7:55:41

elections so if you're concerned about cleaning up the voter rolls and we all ought to be

7:55:48

concerned about that uh you've left three of the triggering events in the bill you've removed

7:55:55

the one about voting excuse me about failure to vote we all know that voters

7:56:01

are sometimes aren't excited about their Federal candidates that all of your Congressional elections

7:56:06

are usually sleepy Affairs in this state not much reason to go vote and turnouts often very low

7:56:12

a person should not be purged from the voter rolls if they choose to stay home

7:56:19

that's what the amendment does I'll be happy to answer any questions any questions

7:56:25

say no question Cinder oh wait a minute we do have one Senator Jordan for a question

7:56:37
Jordan for a question yeah Senator Jordan thank you very much Mr President
7:56:43
uh Senator Bryant find example if a person is ill for two years
7:56:50
and no one actually these certain Clerk doesn't know it or someone else who was
7:56:57
innocent doesn't know it but that person also be removed well under the bill that's
7:57:05
before you if a voter fails to vote uh at least once in two years
7:57:14
which could mean an off-year congressional election at a presidential election which is really yeah just that
7:57:20
two-year period then that would be a triggering event where the election Commissioners have to
7:57:26
send that person to car and that could be begin the process of purging that voter
7:57:32
that's what the bill says what what your Amendment does is what my Amendment says that the provisions
7:57:39
about sending that postcard are based on evidence that someone has moved to
7:57:45
another County moved to another state registered to vote somewhere else we're going to send that person to car but
7:57:50
we're not going to send somebody a card simply because they failed to come vote yeah that's so that's what the amendment
7:57:56
does but I think we have gotten in a lot of trouble since pre-clearance on things like that many lawsuits
7:58:03
uh well this doesn't have to be pre-cleared by a national government so we may be doing something that that
7:58:10
could be uh wrong well you're right uh we don't have pre-clearance anymore uh in this country which is in my mind is
7:58:17
unfortunate I don't think many individuals understand how pressure the vote is to people who have been denied
7:58:24
voting for simply because of who they were or who they are and I don't want anything tampered with
7:58:31
that right given to these United States for every American citizen so all this
7:58:37

stuff coming up with new rules and new regulation when there is no major problem does indicate to me that

7:58:46

there's something out there that probably don't want everybody voting now maybe I'm wrong and I hope I'm wrong

7:58:53

it's two left shoes but it situation like that have happened yes sir they

7:58:59

have and so we have to be skeptical when it comes to something as important

7:59:05

as to vote yes sir I agree that's why I'm sound antagonistic but uh I've been through

7:59:13

this and I know what it means to I paid poll tax to vote when I didn't have any money

7:59:19

yep had to hustle it so the vote is very precious so I don't

7:59:26

want anybody camping with it when there's no real problem that's all I'm saying I agree with you Senator Jordan

7:59:31

thank you I hear this argument of perception and I would just say I mean

7:59:38

we've we've you and I have worked on this for a long long time you've been here longer than I have is you know it's

7:59:43

time to put up or shut up on this stuff in the last three years uh how many

7:59:48

voter fraud cases has the Attorney General brought in this state how many cases has she brought to

7:59:55

prosecute somebody for voter fraud I I asked the assistant Secretary of State for elections in the committee and

8:00:01

he said he wasn't aware of any so uh just because folks have a perception if that perception is not

8:00:08

based on facts or evidence you know we've gotta we've got to push back against that

8:00:14

okay thank you you vote for adoption the amendment we have another amendment

8:00:21

oh you speak on the Amendments I'm sorry just I ask that you both know on the amendment thank you

8:00:27

all right now to close Amendment if there are no further questions Mr President I move adoption Amendment

8:00:33

Senator moves adoption and that all in favor say aye all the folks know

8:00:43

751

division has been requested all in favor of the amendment

8:00:48

please stand you what

8:00:54

yeah everyone please go to your desk if you're not there please do make a little easier to count

8:01:04

all those in favor please stand

8:01:20

thank you okay all right please be seated all those

8:01:26

against the amendment please stand

8:01:40

up

8:01:47

here what was it

8:01:54

yeah all right please be seated the nose have it the amendment has failed

8:02:00

okay Senator Parker you have an amendment

8:02:08

thank you Mr President this simple Amendment it would just add a reverse repeater I understand the entire principle of the

8:02:15

bill there's one section that I just want to make sure we get right I think when we have a close vote like this I

8:02:22

think it just deserves a little bit more attention uh as somebody who has served on the election committee for 11 years I

8:02:30

have seen us make some little fupas along the way that uh I wish we could

8:02:36

have maybe Spent A Little More Time On You know uh got to talk to the chairman a little bit about this this morning I

8:02:43

haven't had a lot of time to work on it uh up until now I asked this morning to meet with the Secretary of State he was

8:02:50

in capital prayer with me and um was not able to meet he had to run to a nine o'clock meeting then he had a 10

8:02:55

o'clock meeting and then we were on another bill so I don't have some of the answers that I need on this so uh my request would be

8:03:01

they would keep it alive again we've got maybe one or two sentences in this bill

8:03:07

that I think just you know deserved a little more attention I may be able to you know comfortably vote for this in

8:03:13

the end but I'm not to that point right now so my request to be that we had a reverse repeater to the bill

8:03:20

are there any questions the motion is the do it off the amendment all in favor

8:03:27

say aye all opposed no no

8:03:33

oh you want to speak on a minute I'm sorry Senator I keep forgetting

8:03:38

thank you Mr President um I appreciate the amendment uh I appreciate you Senator

8:03:44

um I appreciate your concerns um look we've talked with the Secretary of State's office and they are happy with

8:03:50

this bill I've talked with the clerks and they are happy with this bill I've talked with members of the house uh that

8:03:56

are that are pushing this bill and they're happy where we've gotten it to um I ask that you that you do not vote

8:04:03

for the reverse repealer but uh whatever whatever the body wants to do

8:04:08

but I would I would ask you to vote no thanks okay Senator Parker close on the

8:04:13

amendment so I've gotten some texts from the

8:04:19

Secretary of State during the conversation and I'm not sure exactly

8:04:25

there's some yes and no kind of statements in here I'm I still have my answers to the question so

8:04:31

um I would move we adopt the amendment okay motion is uh adopt the amendment

8:04:39

all in favor say aye all opposed no

8:04:45

[Applause] yeah I hate to say this guys but we're

8:04:51

going to have to have a division again that's so close all in favor of the amendment please stand please go to your

8:04:56

desk

8:05:04

all right

8:05:11

753

it was close

8:05:21

okay

8:05:42

those against the amendment please stand

8:06:01

[Laughter]

8:06:19

up okay please be seated by a vote of 20.

8:06:28

you know 24-21 yeah but yeah well voted 24-21 the amendment

8:06:34

has passed okay

8:06:43

no further amendments Senator Tate I hope that we uh adopt the strike all

8:06:50

by uh as amended by no

8:06:57

yeah Senator Brian did you wish

8:07:04

Senator Simmons I can't I couldn't hear you Senator

8:07:10

please turn on the microphone if you object to the morning

8:07:18

if if there's no other questions Mr President I move uh that we uh died to

8:07:24

strike y'all as amended those who adopt the striker all in favor say aye aye opposed no

8:07:32

uh adoption uh by use of the morning roll call

8:07:37

we have an objection to that so Senator Brian I'd like to speak You're what

8:07:44

Senator Brian you recognized to speak

8:08:06

uh Mr President I had all but decided not to speak again from

8:08:11

this Podium after the passage of the tax cut last year because it seemed

8:08:17

completely futile but I do think there's some points that should be made about the

8:08:24

legislation that's in front of us first of all

8:08:30

we have had endless amounts of legislation over the past several years

8:08:37

all of which revolve around one proposed reported concern

8:08:43

and that is a voter will masquerade as another voter and thereby cast an

8:08:49

illegal vote despite the constant discussion of this

8:08:55

they're just not any examples of this happening if this is the major problem that we're

8:09:01

told why don't we have all these examples these are the the hundreds and hundreds

8:09:07

or thousands of people whatever it is in the state of Mississippi that are voting that are impersonating somebody and and

8:09:14

they just don't exist but we keep hearing about this this perceived

8:09:19

concerned ironically one of the actual real world

8:09:28

checks that you had on someone masquerading as someone else who's been abolished

8:09:35

and that was the very simple simple procedure of having each voter sign his

8:09:44

or her name on the poll book when he or she votes that doesn't solve all

8:09:52

problems for all times but but the ability to compare a signature on the

8:09:57

polling book to someone's typical signature is of some value as the signatures match you know that

8:10:05

pretty much shows you've got somebody's Mighty goody copying signatures or it's

8:10:10

the same person if not you can ask around go find the voter if it looks like an odd signature

8:10:17

find out what's going on but we don't anymore for reasons escaping human understanding

8:10:24

despite this reported concern about voters masquerading as others we no

8:10:30

longer have a signature on the poll book we have these

8:10:37

so call tronic gizmos where you hold a stylus in your hand and if you can make some sort

8:10:45

of squiggle to get the thing to make a mark That's considered a signature

8:10:50

that's no not worth a thing in the world why on Earth we did away with such a

8:10:57

simple proposition with continuing this concern about

8:11:04

voters who are masquerading as others there's the notion that reducing this number of

8:11:13

people on the poll books will help reducing the number of of uh

8:11:18

voters who are no longer living in the in the district and no longer eligible to vote would would be a a good thing to

8:11:26

do but it's not the only consideration and the question is who are you going to get caught up

8:11:32

inadvertently in this attempt to purge the books

8:11:38

first of all uh there are a large number of Voters

8:11:43

who only vote in presidential elections seems odd because in Mississippi it's a

8:11:50

general rule your vote in a presidential election doesn't really affect the outcome

8:11:56

and it seems odd because in many situations the vote for local officials

8:12:04

is where your vote would mean more but I just hurriedly got a blue book not the

8:12:10

current one because I couldn't find the information in the current one um but I looked in 2015 the vote for

8:12:19

governor in Mississippi if I'm doing my math right is

8:12:24

just over 700 000 people one year later in 2016 the vote for

8:12:34

president again if I'm doing my math right is just over

8:12:40

1.2 million people it's not double but it's an awful lot

8:12:45

it's like half a million people voted in 2016 that didn't vote in 2015.

8:12:53

so the number of Presidential voters as they call is is fairly High

8:12:59

and if you're a presidential voter

8:13:05

and you miss an election or two that's going to trigger all these postcards

8:13:12

and you're going to wind up Earth and there you go be and you know

8:13:21

12 years later you go back to vote in another presidential election and you can't vote why what have you done you're

8:13:27

just a presidential voter that missed a couple of presidential elections

8:13:37

but turning to just the logistics of all this

8:13:43
I wonder if the proponents of this legislation are trying to help get the post office
8:13:50
back in Good Financial condition you do wonder where all the unfunded
8:13:59
mandate people are first of all it's gonna call us to pile of money to pile up all
8:14:06
these postcards you're going to have to mail just to print them right did cross my mind that maybe one
8:14:13
way we could get some postcards and not put that burden on the taxpayers would be to see maybe Rock City would uh
8:14:21
provide us with with their postcards if we'd let them put Sea Rock City up there
8:14:26
in their corner and then we could you know that'd be a nice nonpartisan neutral thing but but they
8:14:34
probably would pay for the postcards if we could do that maybe we should talk to the Rock City crowd and the barns aren't
8:14:40
what they used to be um but then you have the postage
8:14:45
this is listen this is hundreds of thousands of dollars of postage if not
8:14:51
more you know you do wonder if we should authorize
8:14:56
people if there's going to be a postal rate increase to go out and buy a bunch of forever stamps and stock up on them
8:15:03
ahead of the postal rate increase would be a good investment
8:15:10
I don't get mail at my physical address I get mail at my post office address
8:15:18
and one of the things that I have to do now
8:15:23
that the internets have come along is argue with internets all over the all
8:15:28
the time who keep insisting that my mailing address is my physical address and it's not and the form doesn't have a
8:15:35
plan it's just a mess but uh it seems that the notion that these various
8:15:42
mailings are going to have any real world benefit indicates a certain childlike faith in
8:15:49
the accuracy of the United States Postal Service which is not what you would expect from the proponents of this bill

8:15:58
but I can tag you that the result of of these propositions
8:16:07
is not necessarily what you might think um
8:16:13
out I'll tell you this one story that I know about
8:16:19
there is a box in Amory that I'm familiar with that's almost 100 percent
8:16:26
African-American box traditionally votes about 400 people
8:16:31
if you're trying to get turned out and you can get up to 500 or even I think
8:16:37
once I saw a 530 something and we felt we had
8:16:42
really accomplished something with that sort of turnout in that box at you
8:16:48
in November of 2008 that box without any organized get out
8:16:53
the road effort that I'm aware of voted more than 700 people
8:17:02
these were African-American citizens of Amery who were registered to vote
8:17:09
living in Amery leading fairly close to the polling
8:17:14
place they just hadn't been voting but in November of 2008
8:17:23
they voted I was I was there about the time the polls opened just drive driving by and
8:17:29
there's a lot of people concerned they might not live till 5 PM I want to get there and vote early in the morning
8:17:36
I didn't understand why
8:17:42
how could you tell any of those people that they weren't going to be allowed to
8:17:47
vote because they didn't get the postcard and they didn't do this that other thing and
8:17:53
they hadn't been voting since they registered
8:17:59
com of that election in Mississippi is not in doubt the outcome of presidential
8:18:05
elections in Mississippi really is that in doubt these days yet you see people turning out to vote
8:18:13
it's not so much to determine the outcome of the election in Mississippi
8:18:18

but one of the things you do when you vote is you get at least to express your
8:18:24
opinion to register your opinion as far as all of us
8:18:29
vote on the losing side of roll calls in here all the time we know we're not winning the roll call but we want to
8:18:36
have the satisfaction of at least voting for the right side even the wrong side one all of us do that
8:18:45
I don't have a single a similar story in 2016.
8:18:52
but I can look at the election results and I can look at the numbers
8:18:59
and there were a bunch of people in 2016 in Mississippi and all across the country
8:19:05
that went to vote for president that hadn't been voting in a long time
8:19:10
they thought they had somebody to vote for and they showed up in droves to vote
8:19:18
I wouldn't want to meet any of those people at the polls and tell them they couldn't vote
8:19:24
because they hadn't been voting here lately and they didn't get a postcard or
8:19:29
didn't respond to the postcard and
8:19:35
I think all of us regardless of who we voted for in 2008 or 2016.
8:19:42
can share the belief and the satisfaction
8:19:49
whatever word I'm looking for we had an election people across the country got to get out
8:19:55
and vote as a result of that vote we had wonders and losers in the election
8:20:07
but this bill on both of those occasions who had had a large number of people at
8:20:14
the polls being turned away and turned away for no good reason
8:20:25
I know that sometimes there are Provisions in election laws they're thought to be helpful to
8:20:31
Republicans thought to be helpful to Democrats but down the road is the years come and
8:20:37
go and the candidates come and go it doesn't always turn out the way you
8:20:42
thought it would and your first blush about who what party might help or might get hurt this
8:20:50
particular election provision isn't necessarily the way it plays out in the real world

8:20:56
and I think it is a serious mistake to start telling people they have lost
8:21:04
their right to vote because they went several elections without voting
8:21:11
if there's a problem with people on the voting rolls who don't
8:21:17
no longer meet the qualifications to vote I don't think any of us
8:21:24
we would object to figuring out a way to remove people from the roles that no
8:21:29
longer or or eligible to vote we can all agree to that
8:21:34
but we don't need to have a net that takes out a lot of eligible voters in
8:21:40
the process I'll just mention North Dakota
8:21:46
or you know they don't have voter registration haven't had voter registration in North
8:21:51
Dakota I don't think forever I think you just show up and vote sign
8:21:56
your name in the poll book with the pen
8:22:04
this notion of making it so difficult to register and remain on the polls is an
8:22:12
odd notion and I don't know where that came from now I would
8:22:20
I would urge everyone as this bill goes through the process
8:22:25
to think long and hard about what position we're going to be in for
8:22:30
telling somebody he can't vote just because he hadn't been voting in the last few elections thank you
8:22:41
thank you thank you Mr President thank you oh Senator I appreciate all the
8:22:46
comments appreciate the debate uh now we've got it to where if it does go through it'll go to conference so with
8:22:53
that I ask for passage by calling the role and I yield the podium score please call Rome
8:23:03
Barnett bearing
8:23:08
Blackman Blackwell blunt
8:23:14
boy Branning Brian

8:23:21

Butler 36. Butler 38.

8:23:26

Carter Kaufman Jazz and all

8:23:33

Chisholm DeBarge Delano

8:23:40

England feeling game Frazier

8:23:48

Harkins Hickman

8:23:53

Hill Hopson

8:23:59

horn Jackson

8:24:08

Jordan Kirby

8:24:15

Macan

8:24:21

McDaniel McClendon

8:24:27

McMahon Michelle

8:24:33

Moran Norwood

8:24:39

Parker parks

8:24:44

poke Seymour

8:24:50

Simmons of the twelve seventh of the 13th

8:24:57

Soldier Sparks

8:25:02

super Tate

8:25:07

Thomas Thompson

8:25:13

Turner Ford whaling

8:25:18

Wiggins Williams younger

8:25:26

Barnett

8:25:33

Baron

8:25:38

bowling children

8:25:45

England Hickman

8:25:54

McDaniel McMahon

8:26:03

Simmons of the 13th Suber

8:26:13

younger

8:26:20

Senator Barrett Ford purposer to the vote please proceed I'd like to announce a pair if Senator Sarita Simmons were

8:26:28

here she would be a no and I would be an eye pair Senator Simmons s thank you

8:26:35

senator Senator Sergeant or for Woodworkers

8:26:42

to announce a pair please pursue if Senator McDaniel was here he would vote no no I vote I

8:26:49

I mean he would vote I and I vote no

8:27:04

all right

8:27:22

here we go

8:27:32

to yes or yay Blackwell boy Branny Carter Kaufman Chaz and all Chisholm

8:27:39

DeBarge Delano England Phil and game Harkins Hill Hopson

8:27:46

Johnson Kirby mccoin McLendon McMahon

8:27:52

Michelle Moran Parker Parks Pope Seymour

8:27:58

Sparks super Tate Thompson Whaley Wiggins and Williams

8:28:06

voting no ornate Barnett Blackman blunt Brian Butler 36 Butler 38 Frazier

8:28:16

Hickman horn Jackson Jordan Norwood Simmons of the 12th

8:28:24

Thomas and turn forward

8:29:05

I vote of 32 years 15 a bill is adopted chairman philagain

8:29:13

pass thank you chairman Wiggins Jeremy Wiggins item 151 Senate go that

8:29:20

item call that up and ask the title Please read the book title house bill number 1216 circuit judges and

762

8:29:27
chancellors increase Office operating and expense allowances and support staff funding make the usual motion or make

8:29:33
the usual motion all in favor signify by saying aye aye opposed no the ice average please proceed hey Mr President

8:29:39
my motion will be that we adopt the strike call and um to explain the strike

8:29:44
all civil bill this is the bill that sets the office allowances for our

8:29:50
circuit judges and chancellors uh the we are raising the amount from nine

8:29:57
thousand to fifteen thousand we are also doing raising it from what current law

8:30:04
is which is eighty thousand to a hundred thousand that can be used for law clerks

8:30:10
the house did send us a hundred and forty thousand in that provision but we

8:30:15
uh accepted a hundred thousand but we did say that they could use it at their discretion versus what current law is

8:30:21
which is to uh use it for specific uh situations like law clerks at forty

8:30:27
thousand um and really that's what the bill does so be happy to answer any questions

8:30:33
questions on the bill seeing none we're on the track call I believe Senator moved adoption of the

8:30:38
strike call Mr favorite signify best thing I I opposed no okay Senator move

8:30:43
passage on the morning roll call you some morning roll call has been requested anyone objective procedure

8:30:49
of course voting no present seeing none bill passes thank you

8:30:55
Senator Wiggins Senator parks we're on item 152 Senate

8:31:08
thank you Mr President I'd like to call up item 152 House Bill 771 and ask the title be read clerk please read the

8:31:15
title house bill number 771 Hilton Grant an mtag programs provides the level of funding provided to eligible students

8:31:24
Center makes your usual motion all in favor signify by saying aye opposed no

8:31:29
yes have it Senator you're recognized move adoption of the striker recognize

763

8:31:34
to explain to strike all senator this is this bill we would just like to keep it alive and keep working on it so

8:31:41
what we have done is pull the code the code section for the help and the mtac forward it also has a reverse repealer

8:31:47
in it again the the team worked very hard over the summer to try to get us a

8:31:54
new process so I'm hopeful that you all will vote to keep this alive and let us

8:31:59
continue to work on it questions on the bill

8:32:05
seeing non-senator Parks who are ready for emotion remove adoption of the strike all as amended all in favor

8:32:11
signify by saying aye opposed no the eyes have it please proceed no further questions asked for passage

8:32:17
on the morning roll call use the morning roll call has been requested your objective procedure or is voting no

8:32:23
present seeing none bill passes thank you chairman Parks Senator Whaley

8:32:29
we're on 155 Senate I'm sorry 153 Senate thank you Mr President I'd like to go to

8:32:34
item 153 he called up and have the title round clerk please read the title house bill number 769 Harvey Martinsville

8:32:40
online management area in Tuscumbia designate to scumbia Wildlife Management areas make the usual Motion Center makes

8:32:47
the usual motion all in favor signify by saying aye opposed no the eyes have a police proceed Senator Whaley like to be

8:32:53
recognized to explain the strikol recognize the explaining strike call center you home very very simple bill

8:32:59
this is a naming bill that would name the former Tuscumbia Wildlife Management Area to the Harvey Moss Wildlife

8:33:07
Management Area and this bill also has a reverse repealer so I would yield for any questions

8:33:13
questions on the bill seeing none ask past if I use one roll

8:33:18

call we adopt the strike call First without the strikeouts all in favor signify by saying aye aye opposed no yes

8:33:25

have it now we're ready center now we're ready to pass by the use for more minutes objective procedure or does voting no

8:33:33

present seeing none bill passes thank you Senator Wade 154. I'd like to go to that item call it up and have the title

8:33:40

rest Mr clerk please read the title house bill number 923 Bob Tyler Fish Hatchery and designate The Fish Hatchery

8:33:45

located in North Mississippi Ash make the usual motions if it makes the usual motion all in favor signify by saying I

8:33:51

I opposed no the eyes have the police proceed Senator Whaley thank you I'd like to explain the striker

8:33:57

you recognize to explain the strike call Center thank you just like the bill before us except this one is dealing

8:34:03

with a fish hatchery in North Mississippi and it would be changed to the Bob top the Bob Tyler Fish Hatchery

8:34:10

this bill also has a reverse repealer I'll yield for any questions questions on the bill sing number ready for your

8:34:16

motion sir like to adopt the strike on all in favor signify by saying aye aye opposed no the ASAP please proceed

8:34:22

Senator ask your passage been requested in an objective procedure or is it voting no

8:34:29

present seeing none passes German Tate pass chairman Phil and Gain

8:34:36

pass and retain 56 57 58 and 55 before it down to 62.

8:34:48

German Seymour chairman Seymour

8:34:54

passed 64 63 through 66 the returning place on the calendar

8:35:00

we'll move to announcements I'm sorry Senator Kirby

8:35:07

Senator Kirby is recognized thank you Mr President ladies and gentlemen Senate this shouldn't take long

8:35:14

um uh Mr President I move it we suspend the rules and take off items 10 through 32

765

8:35:21
and block and that's the title to be read yeah the first is to suspend the rules

8:35:29
to go back on the calendar to item 10 Senator yes yes sir and item 10 through

8:35:35
32 through 32. motion is to suspend the rules

8:35:41
all in favor signify by saying aye aye opposed no okay now as have it now

8:35:47
we're read the title this place we're back to

8:35:58
yeah right where first we need to ask if anyone like to set one aside Center one

8:36:04
moment see I want to give everybody a chance to look between 10 and 30.

8:36:10
there's 20 of them coming here and block

8:36:16
you go to 32 uh yes sir I'm sorry 10 to 32 senator anyone wish to set it aside Senator

8:36:22
blunt you're good okay anyone else

8:36:28
okay Mr clerk please Senator concurrent resolution number 558 extending

8:36:34
condolences of legislature to surviving family of Motown recording artists songwriter Baron strong of West Point

8:36:40
Senate concurrent resolution number 559 congratulate Ricky Stenhouse from Olive

8:36:46
Branch for winning the Daytona 500. Senate concurrent resolution number 561

8:36:51
designate March 2023 is American Red Cross month in Mississippi Senate

8:36:56
concurrent resolution number 562 designate October 2023 is welcome Montgomery National catfishing Awareness

8:37:03
Month in Mississippi Senate concurrent resolution number 563 designate March 5th through 11 2023 is National School

8:37:11
Social Work Week in Mississippi Senate your current resolution number 564

8:37:17
designate March 2023 is brain injury Awareness Month in Mississippi to promote treatment and prevention Senate

8:37:24
concurrent resolution number 565 recognized Walthall County Constable Raymond gutter on his retirement in

8:37:31

three-decade law enforcement service Senate resolution number 44 recognized
8:37:36
Bobby Morgan vice president of public affairs and Admiral Synergy as Ole Miss Alumni
Association 2023 40 under 40
8:37:44
award Senate resolution number 45. congratulate nine Mississippi
8:37:50
professional football players who played in the 2023 NFL Super Bowl Senate
8:37:55
resolutes number 46 recognized National Defense operations and installations in
8:38:01
Mississippi and the mission of the defense communities Development Council Senate resolution
number 47 committee
8:38:07
Central High School Warren's baseball team for winning the 2022 mhsaa Class 5A state
championship
8:38:15
Senate resolution number 48 command 2022 goche High School Gators boys golf team
8:38:22
for winning first mhsaa 5A state championship Senate resolution number 49
8:38:28
come in Ocean Springs High School cheer team for back-to-back mhsaa 6A state
8:38:34
championship Senate resolution number 50 commence Simpson County Academy cougars
8:38:39
boys base basketball team for winning back-to-back mais 5A state championships
8:38:46
Senate resolution number 51 extend condolences of Senate to surviving family of Jackson
minority business
8:38:52
Pioneer Royale Dixon senior Senate resolution number 52 recognize judicial
8:38:57
career Chancellor Lawrence Larry Primo 12th Chancery Court District on his
8:39:02
retirement same resolution number 53 command 2021 and 2022 JSU Tigers men's cross country
8:39:10
team for winning consecutive swag championships Senate resolution number 54. commend 2022
JSU ladies Tigers
8:39:18
Women's Basketball team and Coach Tamika Reed for third straight swag Championship Senate
resolution number
8:39:24
55. come in 2022 JSU ladies Tigers women's tennis team and head coach
8:39:31
Gabrielle Moore for swac Championship Senate resolution number 56 command 2022
8:39:36

767

JSU Tigers soccer team for swac championship and coach flogax and flag
8:39:42
coach of the year Senate resolution number 57 commemorate the 50th anniversary of USM Air Force
8:39:49
Reserve officer training Corps afro TC detachment 432.
8:39:54
Senate resolution number 58 honor the legacy of marine Gunnery Sergeant Zachary Taylor of Jackson Mississippi a
8:40:01
month for Point Marine on his 100th birthday City resolution number 59 come
8:40:07
in Brookhaven Academy Lady Cougars girls basketball team and Coach Ron Kessler
8:40:12
for winning mais 5A state championship thank you Mr clerk Senator Kirby the
8:40:18
usual motionless Brothers usual motion all in favor signify by saying aye aye opposed no they ask have a police
8:40:24
proceed Senator Kirby thank you Mr President ladies and gentlemen Senate as you can see
8:40:29
each of these are very deserving of what they're receiving and they've been thoroughly screened by the rules
8:40:35
committee and discussed at length so if no questions Mr President I ask for use more enroll called final Passage
8:40:42
questions on the Block questions on the Block seeing none Houston morningroll
8:40:47
call have been requested anyone objective procedure or voting no present
8:40:53
seeing none I'll pass thank you Senator Kirby thank you Mr President we'll go
8:40:59
now to the announcements Senator Blunt You're recognized famous president I'd like to hold item number 95 on today's
8:41:06
calendar House Bill 1020 on a motion to reconsider 95 Mr clerk house bill 1020.
8:41:14
for an announcement Tunes um first I want to let your mind the
8:41:19
Judiciary B committee members that dinner is still on tonight and secondly I'd like to hold Senate Bill 2622 on a
8:41:26
motion to reconsider from yesterday's calendar got that
8:41:33
okay Senator Butler Albert for an announcement sir yes Mr President I'll

8:41:40

join your memory please proceed uh I would like for the I'll send it to join in memory of Carolyn Hill white who is a

8:41:48

member was a member of the Cleveland County Baptist Association as well as the State Health Association who passed

8:41:56

on February the 27th thank you Senator Senator Barnett for an

8:42:01

announcement sir yes yes thank you Mr President I just wanted to remind the entire Senate of

8:42:09

Tomorrow of the annual Senator Barnett's barbecue or the mmas

8:42:15

starting at about 5 30 tomorrow thank you senator

8:42:22

always excellent Senator Norwood for an announcement thank you Mr President uh Journey member

8:42:28

please proceed when the Senate adjourned today like to adjourn in memory of two uh

8:42:34

long long continued community service of male

8:42:40

Wilsons of Clarksdale and and um

8:42:45

and Matt uh Stevenson of uh Greenwood thank you Senator Senator

8:42:53

Simmons for an announcement sir motion reconsider Mr President please

8:42:59

proceed I like the whole item number 109 on today's calendar house bill number

8:43:05

11 10 second amendment Financial privacy act on emotional recursive 109 Mr Clark

8:43:12

okay Senator horn for an announcement sir

8:43:18

thank you Mr President adjourn and memory please proceed Senator when the Senate adjourns today Mr President I'd

8:43:25

like to ask her to do so in memory of a gentleman who's in the second or third

8:43:31

officer class for the Mississippi Highway Patrol of African Americans

8:43:36

lieutenant Thomas Jacques Hopkins senior he passed away on the 28th thank you

8:43:43

she's Beyond on the fourth thank you Senator Senator McConnell thank you Mr

8:43:48

President I would like to hold item number 153 and 154 House Bill 769 and House Bill 923 on a motion reconsider

8:43:57

154-155 Mr Club got those okay other announcements

8:44:05

other announcements I want to thank the senate for working late into the evening and all of your

8:44:12

work today and tonight so thank you very much for hanging with us through the entire calendar tomorrow's deadline day so

8:44:19

we'll address all the matters to deserve treatment for deadline Senator Polk you're recognized thank you Mr President

8:44:25

I move the sentence be adjourned until 10 a.m tomorrow all in favor signify by

8:44:31

saying aye I suppose no the eyes have it

# Mississippi Legislature, MS House Floor - 8 March, 2023; 10:00 AM, YouTube (Mar. 8, 2023), https://www.youtube.com/watch?v=is5NsaLqsYA

## Transcript (auto-generated)

0:38

Mr Bass Representatives now in session please let the house come to order

0:44

please stand as we're letting prayer today by our guests to be introduced by the lady from Jones and remain standing

0:49

there for the pledge thank you speaker Gunn ladies and

0:55

gentlemen of the house today March 8th we celebrate International women's day

1:01

and the many achievements of women across our great state Amy Whitton

1:07

serves as president of the Mississippi women's forum and will give our opening

1:12

prayer The Forum is a community of leading women who come together to

1:17

advance women's leadership the Mississippi forum is part of an international Forum which has members in

1:25

33 Nations across six continents helping women Amy and I met some 20 years ago when we

1:32

served together on the College Board we also worked together helping to grow the people at Sanderson Farms in our

1:39

internship programs and our trainee programs thank you Amy for being here today as we celebrate International

1:45

women's day thank you Robin Mr Speaker about with me

1:53

please heavenly father as we enter into the important work that you've given this

1:59

assembly we come to you today filled with gratitude for the undeserved and boundless blessings that you continue to

2:05

bestow on us and we pray that you will soften and quieten our hearts so that we can feel

2:11

your presence in this chamber we thank you for the men and women who've pledged their service to this

2:16

state and the many others who shoulder the heavy lifting beneath their work we pray that you will give this body

2:22

strength and wisdom and will guide their decisions by putting love first

2:27

as grandmothers mothers sisters aunts teachers coaches business community and

2:32

spiritual leaders women have inspired molded and empowered generations of mississippians
2:38
today as we acknowledge and celebrate women around the world we thank you for the thousands of Mississippi women on
2:45
Whose shoulders we stand thank you Father for the progress that
2:50
women have made in their Journeys to contribute the full measure of their talents to our state their families and
2:55
communities we thank you as well for the host of Mississippi Girl dads and girl
3:01
granddads and husbands and uncles and brothers and Friends who have encouraged girls throughout
3:07
their lives in our state that there are no ceilings on their dreams and aspirations
3:12
humble us to listen with our hearts father and to understand the needs of others before being understood
3:18
and among the many voices that will cry out to this assembly today
3:24
may we hear your voice above all others
3:30
for many of the blessings we thank you and we seek and beseech Your Divine
3:36
guidance as we dedicate ourselves today amen
3:44
thank you Amy please join me in the pledge salute pledge I pledge allegiance
3:50
to the flag of the United States of America and to the Republic for which it
3:56
stands one nation under God indivisible with liberty and justice for all
4:07
open the machine Madame Clark
4:47
close the machine Madam clerk there's a core impressive Mr speaker thank you Mr Clark we'll have the reading of the
4:53
journal Jennifer ranking moves we dispense with the reading of the journal all in favor say aye opposed nay the
4:59
eyes have it for the select committee we haven't understood we have reports on the counter Mr Speaker induction to
5:05

bills and Constitutional Amendments you know from Marion Mr Morgan thank you Mr Speaker Ash unanimous consent and spent

5:12

with reading of the introductions your objection hearing none we will do that resolution petition Memorial's another

5:17

boat we have no Mr Speaker thank you Mr clerk this time we'll have introductions of guests and visitors

5:22

jump from Heinz Mr Bell thank you Mr Speaker ladies and gentlemen would you

5:28

please help make welcome the doctor of the day Dr Anthony cloy Family Medicine

5:35

with UMC make them feel welcome please

5:45

Jeff behinds Mr Brown thank you very much Mr Speaker

5:53

ladies and gentlemen of this distinguished body it gives me pleasure to introduce to visitors with us today

5:59

if you look to the south in the South Gallery you will see First Presbyterian Day School here

6:05

with their teacher Ellen champagne this is the third grade group

6:11

and of course Allegra Brown is a child in that group

6:18

and she's the staff she's the staff member's daughter Lee Freeney Brown how about a big hand for First Presbyterian

6:25

Day School welcome to the Capitol

6:31

[Applause] uh Jim from DeSoto Mr Hale thank you Mr Speaker if the house would

6:38

uh my desk mate um representative Stephanie Foster today's her birthday help us wish her

6:45

happy birthday

6:51

John Jones Mr Scoggin thank you very much Mr Speaker again if

6:56

you would help me welcome and wish my guest mate the gentleman from Warren a

7:01

happy birthday today is his birthday [Applause]

7:12

all right I don't see any further introductions at this time

7:17

I'm informed we have a number of special guests that we need to recognize today

7:42
you want to ask us to Maine
7:49
my ask us to maintain order and uh give us your attention I'm gonna recognize the chairman of rules who is going to
7:56
introduce our first guests thank you Mr Speaker ladies and
8:03
gentlemen we are honored today to have a gentleman that
8:11
is probably in one of the most important fields that in our state and is truck
8:16
driving Mr Don nearing a resident of South Haven
8:22
Mississippi an employee of FedEx Ground in Olive Branch Mississippi has been
8:28
awarded the honor of being named the Mississippi truck driver of the year for 2022. he's up here stand up welcome him
8:35
here and congratulate him if you don't believe truck driving is important
8:53
ladies and gentlemen if if you were remembered during covid we had a lot of trouble getting uh things to our stores
9:00
it's people like that that that help save this country as far as I'm concerned so I really do believe that
9:06
these are heroes on our roads so thank you for for recognizing him
9:11
foreign
9:22
all right we have uh at least two other special guests to be recognized but I'm
9:27
informed they're not yet here so we will go to the calendar
9:36
when our special guests arrive we'll come back to them we'll go to the concurrence or
9:41
non-concurrence calendar on page one any chairman have an item here they wish to take up
9:49
Jim Harrison Mr Bennett request Mr Speaker yeah sure
9:56
on yesterday's calendar Senate Bill 2524 I'd like to hold it on a motion to
10:02
reconsider okay we can do that
10:08

Jim from Jackson Mr Reed thank you Mr Speaker on the on the concurrence and unconcurrence item number one house bill

10:17

603 I would like to

10:22

not concur but invite conference all right any questions

10:28

on item number two House Bill 604. hey hang on Gentlemen Just a second

10:34

I don't see any questions if you favor the motion invite conference indicator saying I pose nade eyes had it

10:41

next would be the number two uh item number two House Bill 604 again

10:47

do not concur invite conference any questions I don't see any if you vote emotion

10:52

indicator saying aye Posen a the eyes have it demonstration next item thank

10:58

you Mr Speaker let's go to item number five we House Bill 602 uh do not concur

11:03

but invite conference any questions if you favor the motion indicate with

11:09

saying aye opposed nay the eyes have it next item famous figure that'd be item number

11:15

seven House Bill uh 1089 do not concur but invite conference any questions

11:21

Jim from Jackson Mr Anderson thank you Mr Speaker request

11:28

I like to request unanimous consent to change my vote on yesterday's calendar item 53 on the general calendar

11:35

uh Senate Bill 2361 from yes to no on the final vote all right gentlemen we'll

11:40

get back right back to you we're in the midst of layering from the gentleman from Jackson right now

11:47

all right the motion is to uh conference on item seven yes yeah if you play with

11:54

a motion indicator saying aye opposed nay the eyes have it next item

12:01

is that all yes okay any other chairman have an item on the concurrence or

12:07

non-concurrence calendar they wish gentleman from Mary and Mr Morgan thank you Mr Speaker item number six

12:15

house bill number 787 we vote to concur

12:21
okay please come to the well and explain
12:34
the gentleman Jackson Mr Anderson requested a vote changes any objection
12:39
hearing none we will do that Jim from Marion Mr Morgan is recognized thank you Mr
12:45
Speaker item number six on today's calendar house bill number 787 is pretty much the
12:53
same language left in this bill that we passed in the house by a unanimous vote during the woods registered Foresters
13:00
license being suspended if it's in battle their own contract any questions I'd be glad to answer them
13:07
any questions move final passage I don't see any opening machine Madam clerk question
13:13
occurs on the motion to concur house bill 787.
13:18
your favorite emotion vote I if you're a post vote Nays has everyone voted
13:25
closed machine Madam clerk by about 111 years five Nays motion to concur
13:30
passives jump from Rankin Mr Weathersby thank you Mr Speaker
13:36
On item number 12 House Bill 917 we would uh not concur but invite
13:43
conference any questions I don't see any if your favorite emotion
13:49
indicator saying I opposed Nate as have it
13:54
uh gentleman from rank excuse me Jim from Washington Mr Hines
14:01
ladies and gentlemen of the house will you please help make welcome a group of
14:06
students in the South gallery from Gentry High School their High School seniors down here today to see how the
14:12
process goes on so please help make them feel welcome to their capital [Applause]
14:24
Jennifer Marshall Mr Kincaid yes Mr Speaker On item 13 on House Bill
14:31
979 a motion to concur okay please come to the well
14:46
thank you Mr Speaker ladies and gentlemen House Bill 979 is a bill that we had discussed earlier in the season

14:52
about mortally injured animals in recovery of that animal
14:58
um and we left it kind of open-ended because we had some caliber restrictions and some information we still were in
15:04
search of and we've come to that Revolution now we've passed in the house we took it to the Senate and we
15:10
continued our conversations and we did come up with a language that everybody agrees on
15:15
and that language is is that we can uh legally
15:22
take uh take this deer we can hunt this deer at night with a light
15:27
we can use no more than two dogs may be used we can use up to a 45 caliber weapon no
15:34
longer than a six inch barrel and the tracker must have a proper license
15:39
so our committee concurred with that um and I make a motion to
15:45
they'll concur any questions
15:52
excellent explanation I don't see any open machine Madam clerk question curves
15:59
on the motion the courthouse bills 979 you favor the billboard eye
16:06
everyone voted closed machine Madam clerk by about 118 zero Nays motion to concur passes
16:15
Jim Hines Mr crudup thank you Mr Speaker ladies and
16:20
gentlemen of the house please help me introduce and make me feel welcome uh my good friend Bill Washington in the north
16:27
gallery and also miss all the woman rashonda Allen please make them feel welcome
16:34
thank you [Applause] all right we're on the concurrence
16:41
non-concurrence calendar any chairman of the chairman have an item
16:46
they wish to take up I don't Jim from Benton Mr Massengill
16:55
thank you Mr Speaker item number 10 House Bill 691 invite
17:01
conference motion is to invite conference all in favor say aye opposed nay eyes have it
17:08

also item 19 House Bill 1477 invite
17:14
conference the motion is to invade conference all those in favor say aye opposen a the
17:21
eyes have it any other chairman have an item on the concurrence or non-concurrence calendar
17:31
don't see any we'll move along to the motion to reconsider calendar
17:36
any chairman have an item here gentleman from uh altcoin Mr Bain
17:41
chairman of Judy
17:51
all right thank you Mr Speaker make sure I get my procedure right number five Senate Bill
17:57
2376 I would ask that we reconsider the vote by which it passed Motors
18:03
reconsider the vote by which Senate Bill 2376 passed all in favor say aye opposed
18:10
me as have it and build us back before the house now now we need to do we
18:15
reconsider the strike off yes sir if you want to go back to it you need to do that
18:21
motion is reconsiderable whereby the strike all passed all in favor say aye opposed nay as habit strike all is now
18:29
back before the house and then I would move to table that strike all motion is to table the strike all those opposed
18:36
have five minutes any opposed I don't see any all right baby the motion indicator for
18:41
saying aye opposed nay the eyes have it strike all is tabled
18:51
Mr now Mr Speaker I got a new strike on all right Tim's got a new strike call
18:58
that's a lot of procedural maneuvering you're doing down there gentlemen yeah I I took my lessons this morning you did
19:04
good you're recognized all right ladies and gentlemen this bill was passed out of
19:10
the Senate um we we did a task force is what strike all was uh the original one
19:15
we passed yesterday was a strike call uh for a task force uh because there there
19:21
was some miscommunication there were some issues between the parties late last night I'm informed that the CAC the
19:28

children Advocacy Center and the prosecutors came together with the language that they were happy to do so
19:34
instead of sitting into conference I chose to do it this way because everybody I believe is on board and I
19:39
want to send it back over there to the Senate and they're going to concur on it all it changes is on line 259. it goes
19:46
for disclosure it makes disclosures and criminal procedures a little bit easier for your County Prosecutors and your
19:53
District Attorneys they have a little bit more easier procedure in doing that and it still protects uh the the
20:01
innocent children involved with the youth court so really it's just some language wish that you probably like
20:07
everybody's agreed upon so that's an explanation of the strike call
20:23
question Jim from Lawrence Mr Evans
20:29
thank you speaker gentleman Neal yes sir I I think I understood what you just
20:35
said but we'll try to paraphrase it you tell me if I did or not your new strike all
20:43
will make it easier to get youth court records or prosecutor in criminal matters only
20:50
in criminal matters dealing with the with youths yes dealing with a a type of
20:58
uh either a youth crime a committed or where a youth is a uh victim they still
21:05
have to go through all the protective orders and and they have to go through Circuit Court do all that but it's just making it I'm understanding there were
21:13
some issues as I'm sure you're aware uh when you try to get these records it can
21:18
be pretty onerous to to go to your Youth Court to go to the youth court judge to get the disclosure order and do all that
21:23
as a private attorney I think prosecutors have to do that a little bit easier but this is a way to kind of streamline it for for those guys that
21:31
that's what I'm worried about because the onerousness of the statute I think was intentional
21:37
it was and I don't have any heartburn over it because the child advocacy

21:43
centers have kind of signed off on this so uh I know that they're on they're on
21:48
board with protecting the children uh so I have a I don't have that much of an issue with with the language that
21:54
they've proposed and you're you're okay with the child advocacy
22:00
centers because they they are in favor of it it's exactly why I question it I
22:06
understand all the language has been agreed upon by those two parties yesterday I understand your position though I've dealt with cacs a lot and I
22:15
understand what they think their job is uh thank you for the question for answering
22:21
my questions
22:37
final passage Mr Speaker I don't see any further questions if you pay the strike
22:42
I'll indicate for saying I opposed nay I haven't strikel has adopted any further
22:48
questions on the bill I don't see any open machine Madam clerk question Senate Bill 2376 you favor the
22:57
bill vote I if you're opposed voting a has everyone voted close the machine Madam clerk double
23:04
10686 Nays with their passes Jim Lauderdale Mr horn he's all right
23:12
pass you know from Jackson Mr Busby pass I think somebody attempted to help him
23:18
out and punched the wrong button Jim from Pike Mr Porter
23:23
thank you for speaking introducing that order yeah sure ladies and gentlemen our house in the South Gallery we have
23:29
seniors from South Pike down in Magnolia Mississippi please make them feel welcome
23:37
thank you Jim from Simpson Mr Wallace
23:45
Mr speaker thank you on the motion reconciliary calendar yes item four Senate bill 2358. I moved to table of
23:52
motion I was supposed to have five minutes Mr Bailey wishes to speak
24:02
ladies and gentlemen I hate to come by for you again but uh
24:09

this bill is a bad Bill and it amazes me how
24:15
who would say something about the military everybody stand up Mr Lou
24:21
and you're gone whole about the military but this bill is going to hurt your military veterans
24:27
if I was chairman of uh armed services of Veteran Affairs in this house I'll be
24:33
jumping all over the place because this is something that we're going to hurt our veterans
24:40
those are you concerned about senior citizens or the disabled
24:46
this bill is going to hurt and suppress their race to try to vote
24:52
and engage in the process now I know you all have heard me over and over and over
24:58
but what do we do now you know you'll and and and some came to me and say
25:04
that Bailey ever since January 1 1808 when they outlawed
25:11
slavery it's been a fight between white and black
25:17
because I'm a black person we turn now 19 billion dollars
25:25
in Affordable Care Act money to help people who need health care just because a black president
25:33
we're presented that in in law what is wrong with us are we still fighting from 1808
25:42
with the hatred that we had because black slaves were free
25:47
let it bother you that I'm a black man asking you just for the race of people
25:52
I'm not talking about this thing helping black people this
25:57
thing is hurting all our people and yet we continue to vote along party
26:03
line just because it's black and white let's show how simple-minded we are
26:11
and we asked God every day somebody gets that praying asking him to give us wisdom and I don't know I don't see no
26:19
results of that I don't see no results about wisdom that we get to just be decent human beings
26:28
and put aside this whole racial uh
26:33
uh animals that we have developed over the years is that it's in our DNA we

26:39
can't put it aside because a black face is trying to give you some truth you don't want to accept that
26:46
I'm telling you this bill is a bad deal I'm asking you vote no against the
26:53
motion to table let this beer die all you got to do is
26:58
vote no on a motionless table and I ask you to vote no on that motion table thank you
27:10
all right I don't see anyone else wishing to speak uh oh yeah I do jumping
27:16
from Adams wishes to speak you have about a minute and a half gentlemen yeah I would just like to thank you Mr
27:21
Speaker I'd like to point out the ladies and gentlemen this bill as the gentleman from Pearl River said uh Lamar where
27:28
he's from well he said that uh it it does need some work you understand there
27:33
are people that are not covering this bill people with disabilities are not covered older people who don't have
27:39
transportation to their neighbors or people may want to help them get get to the polls or take their ballot in uh
27:46
nobody's trying to stop illegal harvesting of bills but if you're going to do it you need to do it right and I
27:51
would suggest to you you're creating a problem for the people you represent in a problem that's not going to be one
27:57
that's solved by some blanket harvesting and and the gentleman is right we're not up here because this is a black issue or
28:04
Democratic issue this is really a serious issue for running elections and making sure that the people that you
28:10
represent have an equal access to the polls and people who are elderly or
28:15
disabled or or just you know uh not competent in a way that they can drive a
28:21
car or get anywhere on time because they missed the mailbox these are you know we
28:27
want to we want to do what we can to help them and so I don't know what the problem is taking time we're sending all

28:33
kinds of bills back for conference and further conference don't vote the table let's let them work on this bill and get

28:39
it right you want to come back with a real bill just at least fix it where it could be something you can take home and

28:45
not put your your uh the people who vote for you in trouble thank you

28:54
all right time's expired the question occurs on a motion to table if you favor the motion to table indicate of saying

29:01
aye opposed no 's habit the nose have it

29:10
all right

29:16
all right y'all got to be Almighty slow

29:23
are y'all up or down there's an insufficient number standing right now almost it's insufficient insufficient

29:30
number Jim Choctaw Mr Hood

29:37
thank you Mr Speaker item number six Senate Bill 2212 I moved to table those opposed to have five minutes any opposed

29:45
gentleman from DeSoto wishes to speak

30:01
thank you Mr Speaker I'm asking you today to vote no on the motion to Recon the motion the table the

30:08
motion to reconsider on this bill you know for the past couple of months I've been here and I've heard people come to

30:13
this well over and over and tell me that if I care about people I had to vote and

30:19
had to be for expanding Medicaid this bill is a portion of expanded medicaid I'm here to tell you that I am against

30:26
expanding Medicaid I'm against this bill because I do care about people because I

30:32
do want them to have better health care you know for the past eight years that

30:39
I've been here in the legislature I have not had a single call from any of my

30:44

constituents or anybody through this state who have called me and said you know what this Medicaid insurance is

30:49

wonderful it is the best insurance ever I have had just the opposite I have had

30:55

multiple calls countless calls of people calling me and saying this is horrible Medicaid insurance doesn't cover what it

31:03

should cover it doesn't pay for what it should pay it is bad insurance it's horrible Insurance well let me ask you

31:10

how is it loving and caring if we put in bad insurance on these people it's not

31:18

this is not good insurance it's not insurance that we want and it's not

31:24

insurance that we should put on any of them you know another issue that I've been

31:30

told is over and over is that this is going to save rural health care or rural

31:35

hospitals need this again this is not true Medicaid expansion and this

31:41

Medicaid even this portion of it is not going to save our rural health care I

31:47

had a County Administrator come to me I had a meeting with him he told me that

31:52

their county has a clinic and their county has to write a two million dollar

31:59

check every year to bail this Clinic out of its losses well I asked him why and

32:06

he said because every patient they have is a Medicaid patient Medicaid does not

32:12

reimburse them for the cost that to see those patients so I asked him then if we

32:18

end up and we give you more patience on Medicaid is it going to help and his answer is no it's not going to help it's

32:25

actually going to put us out of business this because the county cannot afford

32:31

more expense it's going to then cost people their health care so it's not

32:38

going to help our rural health care clinics so what is it going to do this bad insurance now then the only people

32:45

that are going to benefit are our large hospitals who have enough private insurers that they can spread this cost

32:52

out among them so now then the hard-working people of Mississippi they're going to see their health care
33:00
premiums go up they're going to see the cost of Health Care go up and it's not
33:05
going to help anybody now then they are paying twice seven million dollars and maybe more just for this bill and now
33:13
then their health care is going to go up so now then this inch this bill Medicaid
33:19
expansion it is bad for the patients it is bad for our rural health care and it
33:26
is bad for the working people of this state so I encourage you to vote no on
33:33
the motion of the table bring this bill back up and kill this bill or at the
33:38
very least at the very least put a reverse repealer in this bill go back to
33:44
the Senate and say we want to solve this problem we are not going to do something
33:50
that is just show we're not going to do something that's not going to solve the problem just because some politicians on
33:57
the other end of this building want to have something to campaign on we are actually going to solve the problem so I
34:03
ask you to vote no on the motion the table and fix this where the people that
34:08
we care about actually get the health care that we want them and they want to
34:14
have thank you anyone else wish to speak
34:24
you wish to speak okay I don't I don't see anyone else questionnaire occurs on
34:30
the motion to table Senate Bill 2212 if you favor the motion indicator saying
34:35
aye opposed no [Applause]
34:41
foreign [Music]
34:51
[Applause]
34:56
you favor the motion to table vote I if you're opposed vote no
35:03
[Applause] because everyone voted as everyone voted
35:11

[Applause] close the machine Madam clerk by about

35:16

83 age 29 days motion to table prevails uh German Pike Mr Porter had an

35:24

introduction thank you Mr Speaker ladies and gentlemen [Applause]

35:30

all right thank you Mr Speaker ladies and gentlemen in the house in the South

35:35

Gallery we have seniors from Macomb High School from Macomb Mississippi please make them feel welcome [Applause]

35:49

all right we are still on the motion to reconsider calendars any other chairman

35:54

have an item here thank you

36:00

as any other chairman have an item on a motion to reconsider calendar

36:06

I don't see him we'll go to the rules Rose calendar

36:31

chairman Drake now thank you Mr Speaker Mr Speaker if we

36:36

could go to on the rules calendar number two HCR number 39

36:45

. ladies and gentlemen this is the Penny flaunt Mayfield command upon being

36:52

named 2023 Noel Polk Lifetime Achievement Award that's what this is

36:57

any questions not hear me I don't see any open the machine Madam

37:03

clerk if you favor the resolution vote I if you're opposed voting a everyone voted

37:10

everyone voted enclosure machine Madam clerk about 114

37:16

yay zero Nays the bill passes resolution passes I mean next item Mr

37:23

Speaker if we could go to item number three HR number 104 okay any questions

37:29

[Applause] I don't see any if you favor the resolution indicate for saying aye

37:35

opposed nay the eyes have it anything further yeah no sir immediate

37:40

release all right any objection to immediate release I don't see any

37:47

okay that brings us to the Appropriations calendar past

37:59

brings us to Ways and Means calendar past brings us to the late on the table

787

38:07
calendar lady from mid thank you Mr Speaker I'd like to go to
38:14
item number one Senate Bill 2090 and move to call Senate Bill 2090. emergency
38:20
call Bill off the table all in favor say aye opposed nay the eyes have it bills
38:25
back for the house thank you Mr Speaker ladies and gentlemen of the house last week the gentleman from Tallahatchie
38:31
presented this bill presented the strike all and I laid it on the table due to
38:37
questions from the house and so I'd like to recognize Mr Speaker the gentleman from Tallahatchie for an amendment
38:47
Drake now oh we did we have a strike call we need to call that back up well I moved to
38:53
call the striker all back up Mr Speaker and then do I need to reconsider the vote by which the strike all passed for
38:59
purposes reconsider the vote by which strike all passed all in favor say aye opposed nay the eyes have it Jim
39:06
Tallahatchie is now recognized speaker ladies and gentlemen this is just about the descending order if you
39:14
have a uh that's really all the only change from last time of some questions about it where the and it's just
39:21
restores the present law about the descending order when you die about the spouse then the a child it has a present
39:28
language continued and no new language is added there and the bill Remains the
39:33
Same so we'd ask passage of the amendment that was what the question was on
39:39
the amendment I don't see any the chairman wished to respond
39:46
chairman does not wish all right all in favor of the amendment in the Cape of saying aye opposed nay eyes have it
39:53
further we move adoption of the strike all it's been explained on the strike all
39:59
I don't see any you favor the strike all indicates saying aye opposed nay eyes have it strike all is adopted blue
40:07

passage anything further on the bill I don't see any opening the machine Madam clerk question Senate Bill 2090

40:13

you favor the bill vote I if you're opposed vote in a has everyone voted

40:20

close machine Madam clerk by vote 1787 days to build passes

40:27

that brings us to the general calendar accountability

40:39

thank you Mr Speaker I'd like to call up item number one Senate Bill 2538 and

40:45

it's been read for the third time yes sir you go right ahead

40:50

uh this bill was brought to us and and we've talked to MIMA about it we've talked to supervisors about it and we've

40:57

talked to I've talked to the chairman of our municipalities committee one of what it does is it allows them uh

41:04

Mima to divide the state up into uh nine

41:09

County pods basically nine counties there may be a little variation it's all

41:14

listed in the bill who they are and what they do but it what it does it allows

41:20

them to get Advanced contracts before disasters happen I feel like this is a good idea because

41:27

they're going to get bids on these contracts that will be at a point in

41:33

time when it's not a disaster and when not not everybody is looking for somebody to go to work

41:40

they have uh the ways listed that they're going to have to go to bid these

41:45

things off and they can do it at times like I say not under crisis and they can and get these bills but what it

41:52

basically does is it allows them to get bids for like debris removal

42:00

monitoring and other things that that Mima or FEMA requires and they can make

42:07

sure these uh contractors are okay with FEMA

42:13

they've got all the things and all the rules covered everything's in place because one of the things that our our

42:20

municipalities and our Counties have faced in the past is when they get into a a crisis situation of a disaster they

42:29

go out and they reach out to contractors that sometimes are not qualified for

42:34

FEMA and they can't get repaid or reimbursed for those things that these

42:39

contractors do that's the reasoning behind this bill

42:45

it does have where any County or any municipality if

42:50

they want to do things the old-fashioned way the way they want to do them they are not required to opt into this

42:57

they have they in fact they have to opt into it they have to ask to be in this

43:03

before it goes into effect think that gives us the ability to do

43:09

what the local people want to do they have the right to make that decision I think

43:16

it's a good thing that we're planning ahead and are able to take care of cost in a more efficient manner and I think

43:23

this is a good bill but before we uh go more into it I want to do a committee

43:31

Amendment okay okay you recognize for your

43:37

Amendment the committee amendment is simply a reverse repealer so if there are any other questions that are out

43:42

there if they want to do if we want to do more work on the bill this will allow us to do that so I'm asking you to pass

43:48

the reverse repealer Amendment questions on reverse repealer

43:54

I don't see any if you favor the amendment indicate but saying aye opposed nay the eyes have it

44:00

anything further gentlemen yes sir I have one other Amendment Amendment um I'll explain to you okay you

44:07

recognize what this does is uh it says during the

44:15

public procurement selection process Mississippi based companies will be

44:20

granted a 10 percent bid preference over non-mississippi companies so we're

44:25

trying to do business with people in Mississippi uh we're not trying to cut people out
44:30
we're not trying to cut the little contractors out but we're trying to do this in an efficient manner where
44:36
we can get these things done at a reasonable price rather than wait till crisis time
44:42
I'll take any questions foreign
44:53
Jackson Mr Bart thank you Mr Speaker would you gentlemen
44:59
Yale yes um and I guess I have uh I really don't have a problem so much with the with the
45:07
Second Amendment uh but I do have a question more or less on the overall Bill itself okay where is the where's
45:13
the the reason for that I mean who's asking for this uh Nema is the one pushing it now the
45:21
supervisor started out beginning the year they were going to push it but they felt like it was more of a Mima bill so
45:27
they backed up and said we're we're for it we're not against it okay so I've got the okay from the supervisors and I've
45:34
got the okay from Mima and like say I talked to our chairman about municipalities so do you think
45:41
do you think this is add any you know I mean I live in Hurricane country okay so I'm I'm very familiar with the cleanup
45:48
process and all that um is this going to add a layer of
45:53
complexity to to getting things going you know after after a storm it's not
46:00
meant to be now I understand like Harrison County does this already now Jackson may may do too but
46:07
whatever they have in place and whatever they're comfortable with go ahead this
46:12
does nothing to that okay thank you
46:21
other questions on the amendment any question on the amendment General
46:27
DeSoto Mr Eubank thank you Mr Speaker we'll jump in you yes I'm trying to understand exactly you said that
46:35

if they are an in-state business they can be 10 over the lowest bid and
46:42
you still have to go with them because they're in state if it's them against an out of state you don't have to go with
46:47
that that does say that we can do that if we feel like there's a local company that the that the people who are using
46:55
the uh the debris removal or whatever the contract is for they can allow that
47:01
so they they have the authority to take the higher bid without scrutiny
47:07
if they're local
47:17
she was just telling me we it's not that they get a 10 higher bid it's it's on a point system they get a 10 point
47:23
difference between others so there may be a a a difference in price but but uh like I say that has to do with
47:31
trying to get Mississippi people work all right thank you educated
47:39
any further questions on the amendment General Apprentice Mr Turner
47:47
police chairman Neal yes chairman if we're looking at a catastrophe
47:53
storm or whatever the case might be why in the world we want to give a
47:59
preference to anybody well the preference wouldn't be given and and on the when we're in a crisis
48:06
we're we're looking at this getting lower bids because we're bidding it out in a non-crisis time can you do that
48:13
with a preference bid whenever you've got a 10 preference well ten point
48:18
well we were asked to put this amendment in there uh by people concerned about this is going to go to uh
48:27
who has to put that in there well just some people in the house I don't want to name names but people in
48:33
the house why in the world what's your name names well I'm just not going to do it
48:38
it's a bad Amendment
48:44

the question is on the amendment all right I don't see any further

48:50

questions on the Jim from Lawrence you got 20 seconds gentlemen uh do you think this might

48:58

work in a way that would prevent other bidders from even bidding to start with

49:05

if they know their 10 points or 10 or whatever behind and and the ones that

49:10

have the 10 they know they could be in higher because of him as time is expired

49:16

on his Amendment question that occurs on Amendment two if you favor the amendment in the Cape is

49:21

saying aye

49:26

let's do that again who was that

49:33

laughs all right

49:39

all right so we have one ah

49:44

you got two are there any nose [Applause]

49:51

chairs undecided I believe the amendment fails

49:58

anything further on this bill

50:07

is anything further on this bill you got another amendment or anything no okay we're on

50:15

all right we're back on the bill then Jim from Washington Mr Hines has a question thank you Mr Speaker yes what

50:23

are the requirements of FEMA right now when in regards to being certified to

50:29

participate in Disaster Cleanup there you have to be a certified vendor

50:36

with FEMA you have to you have to submit to certain requirements but those are constantly changing according to MIMA

50:43

Mima has to go by the federal guidelines and those things are constantly changing and this opportunity this gives us an

50:50

opportunity to go back to those contractors and make sure if something comes down different Mima goes back and

50:56

does an addendum with a contract and this is being done in other places so this is a copy of I mean we're we're
51:03
doing things Alabama is doing it this way North Carolina is doing it this way uh it it protects the municipalities and
51:12
counties in them losing money by not having certified people to do it so
51:19
doesn't Trump state law yes okay so uh have you ever tried to
51:28
become a certified vendor with FEMA in order to participate in a Disaster
51:33
Cleanup I haven't but the the Mima says I'm going by what Mame is telling me
51:39
Mima says that they can do this and have these contracts in place knowing that
51:46
FEMA will accept these contractors that bid on this so what what Provisions do
51:52
you have in this piece of legislation that will make sure that City officials
51:58
don't have their brother-in-laws their nieces nephews and other entities are
52:04
getting preferential treatment uh like we had down on the Gulf Coast about 10 years ago
52:10
the way I understand Mima is going to do this is they're going to put out the bid for everybody
52:18
oh I'm a DFA is actually administering the contract Mema will help them find contractors
52:24
they'll put out this bid just like normal for everybody to bid on what they
52:30
intend to do Mima is going to keep the top three and because a lot of these
52:36
companies don't just work in Mississippi they do work in Alabama and they do work in Florida where other disasters happen
52:42
they have the capabilities of meeting FEMA's needs in those States so we
52:48
realize that these people can work in this state as well so it one of the biggest contractors for
52:54
dream debris removal and debris uh monitoring because you've got to have a
53:01
landfill you've got to have uh a contractor that can meet the landfill
53:07
for the EPA and and this type of things you can you've got to have that type of
53:13
contractor to to meet FEMA's needs so gentlemen do you have any proof or any

794

53:20
listing of where this has been an issue in our state is there any uh for
53:26
documentation do you have some yes sir so do you mind sharing it with the body so we'll know uh what will what the
53:32
potential uh flashback would be on us well the biggest one they brought up was like State Line the city or Municipality
53:40
of state line they lost 700 and something thousand
53:45
dollars because their contractor was they couldn't Mima wanted to pay them but their contractor was not eligible
53:52
under FEMA rules and FEMA guidelines
53:57
so you just answered my question you said
54:02
that they were not eligible up under FEMA guidelines so if the guidelines
54:07
have been set by FEMA then you have to uh you have to get your business in line
54:13
with fever in order to do business with why would we circumvent the process that puts us in place to ensure that there's
54:19
nobody doing anything underhanded now this sounds because this sounds like some home cooking going on here so again
54:27
is there a listing where this is taking place in multiple places in this state
54:33
and this is just not somebody trying to take care of one of their friends well this is to try to keep the
54:40
underhanded stuff from going on it's what happened to State Line should not
54:48
happen to another County or municipality in the state of Mississippi and this kind of Bill would keep that from
54:55
happening all right gentleman from Pearl River Mr Owen thank you just the gentleman yield yes
55:02
so like the gentleman from Jackson I'm also from a hurricane zone so we regularly have the situation where we
55:09
have to have cleanup um wouldn't you say that it's true that they are contractors and there are
55:15

companies that might not can hear you there are contractors and there are companies that might not specialize in

55:22

Disaster Cleanup at the time the disaster occurs but in light of the disaster and the fact that there's

55:28

massive destruction all over the community we need additional contractors we need additional companies willing to

55:35

work on this would this bill not preclude our local businesses local

55:42

companies from being able to bid at the time of the disaster no if your

55:49

county or municipality selects not to opt into this they're free to do it just the old way but when do they have to opt

55:55

into it you would have to opt into it to do it so you're free and clear to do whatever you want to but if you opt into

56:01

it okay and you've got this we're are we funding this no there's no money tied up

56:08

in this it's a contract that sits there in case of need there's no money spent on it in any way until the need it rises

56:16

okay so but if if you bidding on it gives you prefer if you get into the bid now that gives you preference as far as

56:23

joining this compact that's correct or no no you don't have you don't opt in until the time the disaster happens okay

56:30

I don't I guess I'm trying to understand the need for the bill well it's just to be able to get these contracts in order

56:37

in times when it's not just a crisis because you can get a better price when

56:42

you're not under a a time of Crisis like you are in a disaster I understand earlier you were talking about Mima

56:49

guidelines we want to FEMA guidelines we want to make sure the contractors

56:54

are complying in local cities and whatnot can we not just provide training

57:00

I don't know let's Mr Baker Mr Speaker I have a motion

57:06

Mr Speaker I'd like to lay this down on the table motions later bill on the table

57:13

all in favor say aye opposed no

57:18
eyes have it bills laid on the table
57:32
ladies and gentlemen before we go to the next item I want to direct your attention to the north
Gallery I've got a couple of constituents here long-time
57:40
prominent citizens of Attalla County and Kosciuszko um Mr John Shaw who was County
attorney
57:46
and lawyer there in Kosciuszko and his good friend Mr Charles England who was our chancery
clerk in Attalla County for
57:51
many years and he also has the distinction of being the grandfather of the chief of staff to the
lieutenant
57:57
governor in the Senate Nathan Upchurch I want to welcome both of you to the Capitol day and
thank you for being here
58:04
[Applause]
58:12
the lady from Lincoln you have an introduction you recognized thank you Mr Speaker in
58:19
the South Gallery in the corner standing up is I know you guys remember animal
58:24
Sparks Senator Spark's wife who worked in the Senate she is from Brookhaven and with
58:32
her at the beautiful lady uh Sarah Road Smith and she and I go to church
58:38
together and she is uh shadowing Anna at UMC this week please make her welcome
58:45
[Applause] foreign
58:51
Lauderdale Mr Young
58:57
thank you Mr Speaker I'd like for the house to make welcome one of our very
59:03
own from the budget office he's now Vice
59:08
President Chief Financial Officer of the Jackson State University please make
59:13
welcome Mr Howard Brown
59:22
your past Mr Brown thank you so much Mr Speaker ladies and
59:27
gentlemen of the house I would like to acknowledge the president's uh in the uh North gallery of
one of the top

59:34
photographers in the state of Mississippi he's been a photographer of the Jackson Police Department for the
59:40
city of Jackson for Jackson State University and now I think he's also in private practice how about one time for
59:47
Jay Johnson the Jackson Stadium [Applause]
59:56
all right ladies and gentlemen I'm informed that our other special guests have arrived so I'm going to ask a
1:00:05
sergeant-at-arms to escort them to the floor and I'm going to recognize Jim from Hines Mr Bell
1:00:55
y
1:01:12
I talked to him okay
1:02:04
I want you to see what I gotta say yeah
1:02:19
tasks be in order
1:02:29
thank you we have a special guests we ask you give us your attention I'm going to recognize
1:02:34
Jim from Heinz Mr Bell thank you Mr Speaker uh thank you ladies
1:02:40
and gentlemen today is a great day to be a tiger uh today we have uh some of our most
1:02:48
outstanding students student athletes here in the chamber we have our soccer
1:02:53
team our track and field and our tennis I want you all in the gallery please
1:02:59
stand [Applause]
1:03:09
[Music]
1:03:18
so I had to pull out my note for a second I just wanted to show you how bad
1:03:23
these young ladies and men are and I mean in a good way two in 2021 men's cross country team won
1:03:33
the swac in 2022 our women's tennis team won the swac
1:03:40
in 2022 the soccer team won the swac
1:03:45
in 2022 JSU football what do we do

1:03:50

we won the swag so we have some outstanding student

1:03:55

athletes when I tell you these each and every one of these individuals here uh deserve more than than Applause they

1:04:02

deserve our support so if any of us in this building those listening online and watching online can attend any of these

1:04:09

events would be greatly appreciated to these student athletes because they work they butts off

1:04:15

and now we come to honoring the football team uh you all know what they've done and

1:04:21

what they will continue to do we are under the new head coach of TC Taylor my personal friend my brother

1:04:29

love him dearly I tell them all the time uh we are excited to have him as our new

1:04:34

coach and we expect big things for you for you from you and we're going to support you I want you to understand

1:04:40

that and we also have uh on stage we have our tennis coach our swac Cross

1:04:46

Country Coach as well as our soccer coach standing behind me

1:04:51

and now I'm gonna thank you thank you

1:04:56

[Applause] and now I'm allow coach Taylor to say a

1:05:04

few words and after coach Taylor we'll have our interim president to say a few words as well thank you

1:05:12

oh I forgot about man hold up my bad I forgot about Mr JSU and Miss JSU

1:05:20

not that one not that so they'll say a few words as well

1:05:26

culture uh truly truly honored and blessed to be

1:05:33

here today it's a unbelievable experience to be honoring Jackson State athletics

1:05:40

our student athletes that's what it's all about and um they're Champions that's why we're here

1:05:46

they are champions but not just on the field you know we talk about uh graduation

1:05:52

graduation rate 90 so they're working on the field Lane in the classroom let's give them a round Applause for that

1:05:58
right there [Applause]
1:06:04
but uh greatly appreciate being here appreciate the moment I look forward to more of it we're going to continue to
1:06:10
win and we're doing big things at Jackson State right now uh it's just not football in here you know keep the doors
1:06:16
unlocked because basketball will be back in a couple weeks you know they over there uh coach Reed just wanted to play
1:06:21
a coach of the year so we're excited about it it's great times at Jackson State right now continue to support
1:06:27
continue to support our student athletes go Tigers [Applause]
1:06:37
good morning ladies and gentlemen of the house for those of you who I haven't had the pleasure of meeting my name is Madison Kathy I am a senior accounting
1:06:45
student born and raised in the Hub City of Hattiesburg Mississippi and yes and I
1:06:51
serve as the 77th Student Government Association president at Jackson State University I just want to take a moment
1:06:58
to thank you for having us here and for the work you do for the state of Mississippi and Jackson State University
1:07:09
hello I'll be speaking on behalf of Jackson State University's Royal courts known as the iconic courts greetings I
1:07:15
am Joshua Edwards a senior journalism and media studies major hailing from the city of the original Black Wall Streets
1:07:21
Tulsa Oklahoma and I proudly serve as these six Mr Jackson State University
1:07:29
thank you for having us
1:07:36
good morning I'm very very happy to be here I'm Dr Elaine Hayes Anthony I am
1:07:43
acting president of Jackson State University via love thank you all for
1:07:48
having our students here our coaches other Representatives please know that
1:07:55
we deeply appreciate the fact that you are recognizing us here in this chamber
1:08:01

today I know this is our day this is uh JSU at the Capitol and we want to seize
1:08:08
the moment we're so very very pleased to be a part of this and I want to thank
1:08:15
each and every one of you for what you do to support our fine University so
1:08:21
please know that in the days and weeks and months to come we will be calling
1:08:27
upon you for that uh support I see so many people here in the audience that I
1:08:34
know and remember and so I won't be shy about calling upon you for thee I love
1:08:40
again on behalf of Jackson State University thank you very much
1:08:52
foreign well it is indeed a pleasure for us to honor Jackson State this university has
1:08:59
brought so much pride to the state of Mississippi it's our Capital City University so it's indeed an honor for
1:09:06
us to honor them here today I would like to invite all the graduates
1:09:11
of Jackson State who are members to this platform we'll get a photograph
1:09:17
with uh uh with the president and the coaches
1:09:24
so give us a few minutes to make that happen if you're a graduate of Jackson State
1:09:31
you then we'd like to get a photograph
1:15:36
all right we will return now to the calendar item two
1:15:41
should be
1:15:47
ready thank you Mr Speaker item number two uh things been read for the third
1:15:53
time uh Senate bill 2297 and I have a strike all to call up
1:16:03
be recognized all right thank you Mr Speaker the ladies and gentlemen uh my
1:16:08
understanding this goes to intoxilizers they're in the statute requires an
1:16:14
intoxic that is really for DUIs is really becoming obsolete and some of the
1:16:20
cities and counties around want to use a more updated version so we allowed for
1:16:25
language that allows for that basically it says that

801

1:16:30
the intoxicizer equipment that is readily available for law enforcement agencies uh and is accepted among law

1:16:38
enforcement standards and methodology methodologies uh the bill is that that's language that came over uh we also added

1:16:45
a reverse repeater and I have another amendment at the proper time Mr Speaker to this strike off

1:16:53
foreign the amendment ladies and gentlemen for

1:16:59
whatever reason I don't I have it I don't know but the Senate the Senate has some heartburn over naming stuff uh and

1:17:06
if you remember earlier in the session we named the Department of Public Safety headquarters after former commissioner

1:17:13
uh David Huggins we also named the crime lab forensic laboratory after our

1:17:19
colleague Tom Weathersby uh this amendment adds that to this bill that's

1:17:24
all the amendment does it adds the bill that we passed into this one and uh that's an explanation of that Amendment

1:17:30
Mr Speaker

1:17:38
Mr Hood gentlemen do you yes sir will you kill

1:17:43
this bill if they don't name keep these keep this amendment in if it's not named

1:17:49
for these people uh there'll be a lot of stuff for the senate for

1:17:56
all right any other questions on the amendment I don't see any you favor the amendment

1:18:01
indicated saying aye opposed nay as have it amendments adopted Jim from Washington

1:18:08
Mr Hines has an amendment

1:18:16
you're recognized gentlemen thank you Mr Speaker ladies and gentlemen earlier this year we passed a piece of

1:18:22
legislation that um approved domestic violence courts and the Senate uh

1:18:29
chose not to take it up what this the amendment does put this language inside the bill which allows us to keep the

1:18:36

domestic violence courts alive it was a good piece of legislation it passed uh unanimously out of this house

1:18:46

recognize chairman to respond yeah a gentleman I told him no problem uh

1:18:52

putting this in this bill he's worked hard on it it came not only did it pass unanimous gentleman but it also came

1:18:58

through two committees including Appropriations over here so I think it's a good a good bill and and I know he's

1:19:03

worked hard on it so I don't oppose it okay crash occurs on Amendment two if

1:19:10

you favor the amendment indicators saying aye opposene as habit gentleman

1:19:15

from Wayne has an amendment foreign

1:19:22

thank you Mr Speaker uh in a similar Senate uh situation as the gentleman from Washington and the house passed a

1:19:30

couple weeks ago House Bill 690 which although was a general bill it was very similar to local and private it only

1:19:36

affects my district and the senior gentleman from Clark and it uh just gives a little board pay raise to a

1:19:42

natural gas board back home the Senate uh must have let it slip through the cracks because there's no way that it

1:19:47

killed such a good bill but I just wanted to give them a second look at it questions on the amendment

1:19:55

Jim Choctaw Mr Hood motion to speak State your motion

1:20:01

withdrawal all right recognize the chairman to

1:20:08

respond I do not oppose it um Mr Speaker we're good to go okay grace recurs on

1:20:14

Amendment Three if you favor the amendment indicator saying aye opposed nay as have it anything further on the

1:20:21

bill no sir final passage questions on the strike all I don't see any if you favor the strike

1:20:28

all indicator saying aye oppose nay the eyes have it open the machine Madam clerk question

1:20:35

Senate bill 2297 you favor the bill vote eye for your opposed vote in a has

803

1:20:40
everyone voted closed machine Madam clerk by about 112
1:20:46
years and foreign age they'll pass us
1:20:51
next item Mr Speaker I'd call up the next item it's going to build 2343 ask
1:20:57
that you recognized the lady from Heinz to handle it German it's been read the third time lady
1:21:04
reminds you recognized thank you Mr Speaker I'd like to call up the strike call please
1:21:10
yes ma'am you wreck your mouth okay the strike all simply inserts the
1:21:15
um language from House Bill 696 that we previously passed which uh clarifies and
1:21:22
extends the boundary lines of the ccid and that is a brief explanation of the strike on Mr Speaker questions on the
1:21:28
strike all [Music] Jim Madison Mr Blackman
1:21:35
like a year yes sir just remember man remind us please that this extend
1:21:40
jurisdiction throughout the city simply what the Senate did it does not this only changes the boundary lines of the
1:21:47
ccid it has nothing to do with jurisdiction of Capitol Police in the other parts of Jackson nothing no
1:21:54
language like that it is just the boundary lines same bill that we previously passed House Bill 696. oh
1:22:00
that's what I think I voted against then you may have
1:22:05
Scott yes thank you with a lady I just want to be clear
1:22:11
this will take in Parkway Imperial Drive Allstate drive this
1:22:19
will take in those areas right out by New Jerusalem Church it will yes okay
1:22:25
but the initial recommendation was just down here you know in this old capital
1:22:31
complex area right what initial recommendation are you well the initial area that we allowed them to have
1:22:40
um when when the Capitol Police was put under the public safety they were they
1:22:47

were patrolling out by lafleur's Bluff and over by

1:22:52

um over over this way yes this bill changes

1:22:57

the boundary lines okay and it takes it out out there to where I am where that I

1:23:03

just described to you it does yes okay now this is what I wanted to ask you before

1:23:08

so we can be clear before when the Capitol Police was patrolling

1:23:14

when they were under the auspices of management before they went to Public Safety

1:23:20

did they also uh Patrol over there by the research and development center the

1:23:26

r d Center was that part of their was that part of their responsibility before

1:23:31

Capitol Police was under DPS yeah did they Patrol where

1:23:37

I think this might be in your District it's over there coming down Ridgewood Road the property belongs to the state

1:23:43

of Mississippi it's an i it's ihl's r d Center I don't know the answer to that I

1:23:49

don't know where they specifically patrolled they were at various state buildings before they were under DPS I

1:23:55

don't know specifically if they were at that building at that particular time okay so now that this is the last couple

1:24:01

things I want to ask you when the Capitol Police was under the management

1:24:06

joint management committees here in this house before they went under the Department of

1:24:13

Public Safety the the did they have the same

1:24:22

responsibilities then that they have now no they're they're an actual police

1:24:28

force now before they went under Department of Public Safety I believe

1:24:33

they were essentially security guards for state buildings do you know how many people in the

1:24:39

department that were Capital police who you frame them as security guards

1:24:45

then became a capital police police I do not no do you know what kind of

1:24:52

training the people that you frame this security guards and then they were flipped over to

805

1:24:58
Capitol Police can you tell us what kind of training they took before they as you call them security guards before they

1:25:06
became Capital police I can tell you that everyone with Capitol Police now is a certified police officer

1:25:12
but can you tell the house you were the one that said they were security people

1:25:17
that was the primary when they were under management

1:25:24
and they were the capital police under our auspices

1:25:29
did we not did the legislature not pass a bill to move them to the Department of

1:25:36
Public Safety we did pass that bill and when we did that they became was there any change was

1:25:45
there any training um was there anything done to the people

1:25:50
that you call security guards from them going from that

1:25:56
uh name that you framed them to you saying to police

1:26:02
yes so there's been quite a large shift in capital police in general there's a

1:26:09
new Chief there's a new um almost an entirely new staff I would

1:26:15
say at Capitol Police uh it's it's a completely new Department with a

1:26:20
completely new makeup by and large it's it's an actual uh fully functional

1:26:26
operating police force now okay ladies so I'll ask you one more time I don't know

1:26:32
any other way to ask you you said that we had the Capitol Police

1:26:38
here you who are having this bill that's been working with this for a long time I read

1:26:43
in the paper where you said you had been working on it that these men and women who were

1:26:49
members of the Capitol Police the legislature passed the bill to move

1:26:55
them to the Department of Public Safety is that correct yes when the legislature

1:27:01
moved them to become members to go under Department of Public Safety were all of

1:27:08
these people who you framed as security guards where they then taken off of

1:27:14
their Duty and put into a training program before they became police I don't know how many of those people
1:27:21
are still with Capitol Police I know that there are many new people with Capitol Police and I know that everyone
1:27:27
with Capitol Police now is a certified actual police officer and I know that
1:27:33
previous to that the primary function of Capitol Police was to Patrol
1:27:40
state buildings that purpose and primary responsibility of Capitol Police has
1:27:46
changed significantly again I'm gonna ask you if the Department of Public Safety kept
1:27:53
one if they kept one person that you framed as a security guard if they were not a
1:28:00
certified police officer they would have had to go through additional training and so can you tell the house
1:28:07
when they made the move under the Department of Public Safety where those people taken off the were
1:28:14
they taken off of active duty if it was just one person
1:28:19
and was that person put through a training program to become a policeman you said they would have had to have
1:28:26
been if they were not a certified police officer but you don't know that no I don't have a problem can you get
1:28:33
would you be willing to get that information for us and I'm gonna tell you what we would like to know legal says that they can
1:28:40
get it for you legal counsel says that they will be happy to get that for you okay well let
1:28:46
me let me say to you can we get those people
1:28:51
who were in the Capitol Police Force
1:28:57
those who are now who have been retained as capital police because I'm assuming
1:29:04
that everybody in the Capitol Police Force at that time is now a capital policeman
1:29:10
that is that a correct assumption I no I don't know that that's a correction because I don't know that all the same

1:29:16
people are still there so I can't I can't say that that's correct no okay can we get that information and then the

1:29:23
last thing I'd like to know because I think I was one of about seven or eight people who voted against taking the cap

1:29:28
the police away from them uh under the auspices of management

1:29:34
can you tell us then how many of the existing Capital police people

1:29:39
who were quit let go or whatever happened to them that were here working for this

1:29:48
legislature before that bill became law can can we get the lawyers to get that

1:29:54
information from DPS as well I didn't understand your question well let me repeat it so I want you to

1:30:00
understand what I'm saying there were a group of people I don't

1:30:05
know how many who made up our Capital police force that Capital police force

1:30:12
was under the auspices of the joint management Committee of this legislature

1:30:18
I think it was the letter DSA let me so you'll know what I want I I think they

1:30:23
were under DFA though I just want to make that clear okay well

1:30:31
well we give the money to DFA so okay all right

1:30:36
so um can you tell us then how many DFAS should be able to tell us

1:30:43
that an agency house members that we fund can you get them to tell us how many of

1:30:50
those people who were hired by DFA as capital police

1:30:57
who were on that Force at that time who are not on that Force at this time I

1:31:04
know they can't tell us whether they were fired or whether they quit or whatever but they can tell us how many

1:31:10
it was before the bill became law and after the bill became law legal says

1:31:15
that they will do their best to get that information to you all right well we want to get it as soon as possible if we

1:31:22

could no

1:31:30

uh Jim from Adams Mr Johnson yes for an introduction out of water and uh you

1:31:35

recognized yes uh Mr Speaker member of the House on behalf of Representative Mims Cockerham and myself I'd like you

1:31:43

all to help make welcome to South Gallery the youth leadership Natchez and mayor's youth Council along with mayor

1:31:49

Dan Gibson Alderman all the woman Valencia Hall uh supervisor Ricky gray

1:31:54

and the Natchez Adams County Chamber of Commerce president Lynn Jenkins and I think Mr David Carter is up there please

1:32:01

help make them welcome

1:32:07

one more one more thing Mr Speaker yes sir I'd like the house to help me wish

1:32:13

uh brilliant I.T technician uh Mr Larry McGee a happy birthday he works on our

1:32:20

computers fixes them and when he can't fix them he can lay hands on them thank you

1:32:26

[Music] [Applause]

1:32:33

right Jim Hines Mr stamps you Mr Speaker with lady you sure could

1:32:39

you just simply talk me through the new boundaries what streets are the boundaries for the new yeah it's the

1:32:45

same boundary lines that we previously passed in House Bill 696 the northernmost boundary line being County

1:32:51

Line Road the easternmost boundary line being uh the the river and the Western

1:32:56

and the southernmost boundary lines are largely unchanged with the exception of a couple of blocks that were tweaked at

1:33:02

the request of various entities

1:33:08

jump from hands Mr Brown thank you so much Mr Speaker

1:33:14

lady Yale please yes being an attorney uh

1:33:20

gentle lady uh when you are in litigation isn't there some kind of gag order on

1:33:28

809

on continuing to discuss a continuing to

1:33:33

to to to to advance and since the Capitol Police have at

1:33:38

least two uh investigation and two litigation situations going wouldn't it be more

1:33:45

prudent as an attorney to just not move forward or anything concerning this particular entity until such litigation

1:33:52

has been completed no I don't think this is in any way related to that

1:33:58

well I'm saying the the the the agency is under litigation because of two

1:34:03

uh incidents involving shootings that they are still under investigation and I

1:34:09

think lawsuits have been filed on at least one or two of them so that's litigation and as a lawyer when you have

1:34:14

litigation I thought you put things on hold until such litigation has passed again I don't think that has anything to

1:34:21

do with this bill well you advance in uh the boundaries of the organization we

1:34:27

are changing the boundaries of the ccid at the request of jpd and Capitol Police

1:34:32

over crime hearings that we had in the summer because the existing boundaries are confusing to everyone I still

1:34:37

thought that when you're in under litigation you you stop whatever is happening with that agency

1:34:44

disagree but thank you thank you

1:34:49

laid from Lincoln Miss Curry speaker with a general lady Yale yes

1:34:55

could you tell me what building a state building is on County Line

1:35:00

State Building I'm not aware of any but we're going to county line that is the current map yes and we're going to the

1:35:07

lieutenant Governor's house in that neighborhood what state building's over there I think the lieutenant Governor's

1:35:13

house is in in this area yes and what about the one Lake Project what state buildings over there

so the one Lake

1:35:19

810

Project again we talked about this last time when we voted is there is a very small portion of the one Lake project

1:35:25

that would be encompassed within these new boundary lines but 90 percent of the one Lake Project is outside of these

1:35:31

boundary lines are included within the existing um boundary lines of the ccid this this

1:35:38

extension or clarification of the boundary lines has nothing at all to do with one Lake thank you you're welcome

1:35:45

Jim from Lounge Mr Kareem thank you Mr Speaker with the lady Lake

1:35:51

Yale yes lady what is how is uh

1:35:57

the call is going to be handled uh with the expansion of the jurisdiction the

1:36:03

9-1-1 calls like right now I don't think the Capitol Police has the capacity to

1:36:08

take now when they have to be it has to be referred from Jackson Police so how

1:36:13

is 9-1-1 going to be uh developed that is an ongoing problem and something that

1:36:19

we hope is is going to be fleshed out we are still working on that as of right now if you call 9-1-1 and you live in

1:36:27

the city of Jackson you're probably not going to get an answer from anyone uh jpd or Capitol Police at all most people

1:36:34

if they need the police in Jackson call Capitol Police directly or they hope

1:36:40

that they have in their cell phone number a Precinct captain or somebody that they happen to know if you're in

1:36:45

trouble in Jackson you don't call 9-1-1 because you're not going to get any help

1:36:51

yes if you call 9-1-1 you won't get any

1:36:57

assistance in Jackson you will more than likely not get an answer okay so when you're talking about

1:37:04

flushing this out how long does it take to flush something as important as 9-1-1

1:37:10

who call who comes to a call matter of fact if I'm pulled over who comes to

1:37:16

that who if I'm stopped by uh uh Jackson Police Department does Capitol Police

811

1:37:23
supersedes their jurisdiction if I'm stopped by Jackson Police
1:37:29
Department I mean can I call for uh Capitol Police
1:37:34
not just me being a legislature just John Q citizen can I say I want Capital police on the scene I mean what what
1:37:41
what stops uh citizen from asking for Capitol Police well right now Capitol
1:37:48
Police have jurisdiction within the boundaries of the ccid and the boundary lines of the ccid
1:37:54
according to jpd and according to Capitol Police are confusing they don't know what the boundary lines where they
1:38:00
stop and start citizens don't know where they stop and start they ask that the boundary lines especially in the
1:38:06
northern portion be clarified that is the large reason for this bill and what
1:38:11
it does so that the citizens know who they can call if they need help because 9-1-1 isn't it
1:38:17
and so that everyone can have police protection even when they need it but no
1:38:23
this isn't to supersede jpd or there's nothing in this bill other than the
1:38:29
actual lines Well ma'am if you may or if you know what is the standard operation
1:38:36
procedure of capital police as it relates to engaging with
1:38:42
civilians now since you're expanding their jurisdiction and their their scope
1:38:48
of work do you know that I'm gonna need a more specific question they're they're sop I mean what is their
1:38:55
standard I don't have their sop I don't work there well I know you don't work there but when you start talking about
1:39:00
jurisdiction and dealing with people outside of their capacity you have to know what is their
1:39:08
standard operation procedure when I pull over someone do I automatically cut on my blue lights or how do I conduct
1:39:16
myself when it comes when I interact with uh individuals those things are very important in dealing with people so
1:39:24

if you're presenting the bill that is a question as a member that I need to know what is their standard operation

1:39:30

procedure as you expand I can tell you that capacity of work I can tell you that what I have seen in from living in

1:39:37

Jackson and what residents in Jackson have seen and what my constituents have seen and asked for is that they respond

1:39:43

and that crime and the areas that they are patrolling has been decreased and then that's what people in Jackson want

1:39:50

to see is a decrease in crime and they've seen that in the areas where Capitol Police are patrolling I mean ma'am that's a matter of opinion because

1:39:57

it's not a matter of opinion if you're living in it excuse me ma'am I just read an article where the capital police

1:40:02

leads and murders as it relates to civilians since they've been enforcing

1:40:08

laws in Jackson so that I just read that article yesterday so I mean when you

1:40:14

talk about it decreases crime I that that's that's that's a matter of opinion

1:40:20

but my question to you is as you expand this jurisdiction what is the capacity of them engaging

1:40:29

with law enforcement especially when it relates to 9-1-1 if if a member or

1:40:34

civilian calls 9-1-1 who's going to show up or do they and do they have the

1:40:39

capacity to engage those calls as they come in 9-1-1 system is broken it has to

1:40:47

be fixed and it was broken long before Capitol Police existed that is an entirely different issue

1:40:54

Capitol Police and DPS have assured me that these boundary lines are within

1:41:00

their capabilities and within their Staffing capabilities to patrol so that is the answer to the second part of your

1:41:06

question thank you ma'am you're welcome laid from heinzman Summers

1:41:13

thank you Mr Speaker will the gentle later yield yes lady we just um called 9-1-1 and um we

1:41:23

got an answer right away you're lucky so I don't want this body or anybody that

1:41:29

is listening to this debate to receive from you that 9-1-1 is not

1:41:36
working and that people will not receive help I have had many people come to me all across Jackson business owners in

1:41:44
fact I had one last night I was at an event who his store was robbed at gunpoint

1:41:50
um called 9-1-1 multiple times and got no answer attempted to call a police officer directly that he could see out

1:41:57
of the store of his window and could not get the police officer to answer

1:42:02
um this was last night that this was told to me I've had friends who've had their

1:42:07
home invaded who attempted to call 9-1-1 and got no answer I've had friends who

1:42:13
were in car wrecks and called 9-1-1 we're not able to get anyone to answer I

1:42:18
have had other weekends

1:42:24
I am going to finish I have had other constituents who have called 9-1-1 who

1:42:31
did get an answer who were then put on hold in the middle of an emergency

1:42:36
9-1-1 is broken if you happen to get an answer right now you are lucky because

1:42:43
you may or may not get an answer in the middle of an emergency and 9-1-1 in the city of Jackson is broken so

1:42:51
representative where is your bill to fix it my bill to fix 9-1-1 yes this bill is

1:42:58
not related to that and I'm not the one that brought that up my bill right now is to give Capital police the ability to

1:43:04
patrol additional areas by expanding and clarifying the boundaries which jpd asked for over the summer and Capitol

1:43:11
Police asked for over the summer okay but you just gave a lot of different incidents of where 9-1-1 isn't working I

1:43:19
did because I was asked a question about 9-1-1 have you proposed any legislation to fix the system as you claim it is not

1:43:28
work working according to all of these calls that you have received yeah I think that will be handled in different

1:43:33

legislation but it's not legislation that I've personally dropped this session no so so we're not getting to

1:43:39

actually resolving crime in the city of Jackson well with this bill what we're

1:43:45

doing is just expanding The Authority for Capitol Police which I think will

1:43:50

help resolve crime in the city of Jackson okay if this passes Capital

1:43:56

police will have jurisdiction just in the boundaries that are included in the

1:44:01

strike off yes this does not change anything other than the boundary lines okay we've been doing a lot around House

1:44:09

Bill 1020 it's been going back and forth with a lot of different changes in the current amendment that was passed

1:44:17

on the Senate yesterday on the senate floor yesterday uh Capitol Police would have full

1:44:22

jurisdiction over the city of Jackson which do you prefer just your area or

1:44:29

the entire city I personally have had conflicting information come to me from other

1:44:36

members of the delegation that represent the city of Jackson some want Capital police in their areas and some do not I

1:44:43

can tell you that the area within the map that I have before the body today those people within that area want

1:44:50

Capital police if there are additional members within the body that represent other portions of Jackson that want

1:44:55

Capital police as well then I think that that can be addressed as this bill moves along but as you personally know you at

1:45:02

one point had an area within this map and then later said that you didn't want to be in the map so it's a fluid

1:45:09

situation at this point yes and let me clarify that to give context because

1:45:15

you're saying a lot and you're not explaining the whole story the context of that request was for infrastructure

1:45:23

not for Capital police not for a separate court system it was not for

1:45:29

those things and that was why I told you none of that was ever in this bill this bill has always just been boundary lines

1:45:37

but you have supported other legislation to give Capital police more jurisdiction

1:45:44

again that is a completely separate bill always was a separate bill so then what is the real intent of expanding the ccid

1:45:52

again we had hearings over the summer Capital police and jpd both said

1:45:59

multiple times that the boundary lines are confusing they don't know who's responsible for patrolling which areas

1:46:05

especially in the northern part of the boundary they wanted the boundaries clarified these boundary lines are

1:46:12

incredibly easy there's a straight line across the northern boundary and the

1:46:17

easternmost boundary is the river don't go in the water it doesn't get any any more clear than that for everybody

1:46:23

involved the citizens jpd and Capitol Police so expanding the CCI ID again is

1:46:29

to give Capitol Police more territory it would do that yes okay do you have any

1:46:34

data that shows that Capitol Police is actually being in fact effective in the area that it has right now

1:46:40

I have I don't have actual data no but I have um constituents and other people who

1:46:47

live and work in the areas where Capitol Police are able to Patrol

1:46:52

and I can tell you stories again if you'd like to hear about those of things that they've done and I've seen personally things that Capitol Police

1:46:59

have done since they've been able to patrol the the gentleman from Lowndes County also referenced a report that

1:47:05

actually had data that showed that Capitol Police is probably the most dangerous law enforcement agency in the

1:47:12

state of Mississippi right now with the number of shootings officer-involved shootings that it has had in this short

1:47:20

amount of time that they've actually been patrolling the city the ccid I won't say the city of Jackson ccid

816

1:47:27
was that a question it was what was the question would you agree I would agree that they are patrolling
1:47:33
the most dangerous city in possibly the united states with the highest per capita murder rate
1:47:40
um so it's possible that they've been engaged in some very dangerous situations I don't know the details of all of that we received testimony from
1:47:47
one of the jpd police Chiefs that they are receiving anywhere between eight to
1:47:52
ten thousand calls per week and um they have forwarded about 500
1:47:58
calls to Capitol Police that have gone primarily unanswered
1:48:04
because there is no there is no um
1:48:11
Communication in place to determine when Capitol Police should respond when jpd
1:48:18
should respond yeah we've been trying to get Capitol Police and jpd to enter into a memorandum of understanding for over a
1:48:24
year now and those that hasn't happened I think you're aware of those discussions but those calls are actually
1:48:30
occurring within the ccid in which Capitol Police is supposed to be patrolling however Capital police gets
1:48:38
to decide whether or not they're going to answer the call so maybe I'm not aware of that maybe
1:48:44
that is why your friends and family according to the stories that you shared
1:48:49
why those calls are getting unanswered because Capitol Police is not answering them those stories predate Capitol
1:48:56
Police many of them those relate specifically to 9-1-1 issues okay so you're talking about old stuff okay so
1:49:03
do you know how much this is going to cost this will fit within the budget that the
1:49:09
governor has already said that he's willing to to approve for DPS and for Capitol Police and DPS and Capitol
1:49:16
Police have already said that they can control this area with the staff that they anticipate having oh that's great
1:49:24

so do you know how much it's going to cost I don't have a number for you no I could get that okay so we're thinking

1:49:30

probably a few million for Capitol Police to expand their Force

1:49:36

to cover this uh revised District I don't know what the DPS budget request is going to be for this session but I

1:49:42

mean I I can get that for you okay thank you so much yeah

1:49:51

I recognize Jim from the show but for an introduction thank you Mr Speaker ladies and

1:49:57

gentlemen the house and the gallery above me the North gallery and behalf of myself representative Walker and speaker

1:50:03

Pro tem white please welcome the Pine Grove Christian Academy from Walnut

1:50:08

Grove Mississippi they're here with their principal Nick Cardwell 11th and 12th graders please welcome them to your

1:50:15

Capitol [Applause]

1:50:22

Jim from Madison Mr Blackman

1:50:27

Mr Taylor General lately will you yield yes I just

1:50:34

got a couple of questions um I am from Octavia County so I have no

1:50:40

real stake in the city of Jackson but I am concerned about a few things my

1:50:46

first question is where does the revenue generated from ticketing and other

1:50:51

things associated with police enforcement what does that Revenue go you're asking if Capitol Police issues a

1:50:59

ticket where does that Revenue go yes wherever it has always gone I suppose I

1:51:06

don't know the answer to that I would assume DPS but I don't know the answer that I'll

1:51:11

I've asked legal to find that out for you I'd like to know that because it's you know

1:51:17

it's Revenue not only is it Revenue but it's the type of Revenue that makes sure that a police force has some sufficient

1:51:25

needs body cam things of that nature so it's important that we get to the bottom of

1:51:31

how we keep uh Jackson's police force relevant this is this is my greatest concern
1:51:37
because it seems to me that this is a trojan horse that can be used in anywhere in the state of Mississippi
1:51:44
the idea that violence and crime alone with no indicators
1:51:50
about what those measurables are to have a complete takeover of a city
1:51:56
there's no measurables there's no numbers associated with violence no numbers Associated the crime that says
1:52:02
we have the right of the state of Mississippi to come in and take over an entire police department
1:52:07
no one's taking over jpd had they not been marginalized to the
1:52:13
point that they are almost insignificant will they be paid less as capital police in this mou
1:52:20
Capitol Police or the state of Mississippi have no involvement at all as to what jpd is paid this doesn't
1:52:26
affect that at all but if if the pay scale is different
1:52:31
and I'm working in in an area where there is true violence there is crime and I'm paid less is my work not as
1:52:39
valuable as that as capital police well um but if highway patrol is paid more
1:52:44
than Capitol Police or I mean I no I don't I
1:52:50
don't follow that it's logic did the state decide to get involved because of 800 million dollars and fell off the sky
1:52:57
from the feds no if you will go back and look I mean I
1:53:03
know you're not from Jackson but I've been discussing this long before Federal money for water existed
1:53:10
um and there are news articles and Facebook posts and all sorts of things from me about this how do we prevent
1:53:15
this happening in Starkville how do we prevent this happening on the coast how
1:53:20
do we prevent this happening as far as the Takeover of police departments in other areas of the state again this is
1:53:27

not a takeover of a police department expansion takeover

1:53:32

semantics no it is the addition of additional Capital police officers to

1:53:40

facilitate in an area that has the highest crime rate in the entire state where residents in our capital city I

1:53:48

won't even let my son I live in Jackson right now he's not allowed to walk two doors down to his friend's house by

1:53:54

himself lastly you mentioned that the efforts of capital police are already working yes

1:54:01

and you gave anecdotal commentary at best

1:54:06

yeah so if being a learned attorney in the courtroom with anecdotal information

1:54:13

be enough to win the case or do you need facts well those are facts I could put

1:54:20

those people who have those experiences on the stand and let them tell their

1:54:25

stories which are based in fact that's fact those are factual I think as

1:54:30

legislators we need we need data to be able to make Intelligent Decisions

1:54:35

well I live it more information and I I can tell you that it's needed and it's necessary and I can tell you that the

1:54:42

people that I represent needed and want it desperately otherwise I have people

1:54:47

who are going to leave Jackson businesses and residents because they do not feel safe and they do not want to be

1:54:53

here anymore if they do not feel like they can walk down their streets in their neighborhoods or go shopping or

1:54:59

take their kids to school or allow their kids to walk around they need it and they want it and I am trying to give it

1:55:06

to them I appreciate I appreciate the increase in police

1:55:11

activity but the same thing have been accomplished by funding the city of

1:55:18

Jackson Police Department I recognize Jim from Benton Mr Massengill for a introduction

1:55:25

thank you Mr Speaker ladies and gentlemen house would you help me make welcome West Union Attendance Center and

820

1:55:31
their teacher Raquel and senators are Neil Whitley's up here also this is the number one Attendance Center in the

1:55:37
state of Mississippi [Music] [Applause]

1:55:48
DeSoto Mr Hale lady Yale yes I'd like to throw some uh

1:55:55
positive to you this morning uh I stay right over here in Morningside we've had

1:56:02
some incidents over there that Jackson PD did not respond to okay

1:56:08
the people that came were our Capital police and they they took care of the

1:56:13
situation so all this negativity about our Capitol Police I just want you to

1:56:18
know I'm proud over this bill I support you 110 percent thank you German from Washington Mr

1:56:27
Hines thank you Mr Speaker generator you yes

1:56:33
gentle lady uh do you represent just Hinds County or part of Jackson

1:56:38
what's the area and what you what area do you represent I represent portions of

1:56:44
Jackson and Madison and Ridgeland okay so with all the issues that have taken

1:56:51
place around uh crime have you authored any legislation that would increase the

1:56:57
funding for the police department in the city of Jackson personally no okay because I looked at

1:57:04
your introduction I didn't see anything so do you know if there are how much uh

1:57:10
do you know what the cost for expanding the police department and giving them

1:57:15
more offices in the city of uh Jackson would be for the city of Jackson yes do you know

1:57:21
if how many officers they need and how much it would cost um during the hearings that we had over

1:57:27
the summer they gave us some information as to how many officers they currently had how many officers they thought that

1:57:32
they needed I think that we asked them for specific numbers as far as dollar amounts along with specific crime stat

1:57:40

information that we asked for and we were told by their attorney that they would get that information to us and as
1:57:46
far as I know that was that was never given to us so as a legislator for the city of Jackson
1:57:54
and you made a request and you do not receive the information should you not have gone back to because this is a
1:58:01
problem should you not have gone back to accident information to get it well I've I've been down that road
1:58:08
multiple times um with the city um including last year when I had to get
1:58:15
information about their request for uh water needs and I'm happy to to take you
1:58:22
down that trail if you'd like but it was very very difficult to get any actual information from the city okay so
1:58:29
gentlelady have you conferred with your other colleagues from the city of Jackson and made that request to find
1:58:36
out that information have y'all you know there's unity in numbers so have you worked with any of your other delegation
1:58:42
to go receive that information tell you that there has been frustration
1:58:48
not just from me but with other members of the delegation with getting timely
1:58:53
legislative requests from the city of Jackson yeah so I can assume your answer is no you have not worked with your
1:59:00
other delegation in order to go get their information so that is not what I said oh well you didn't answer the
1:59:06
question so you kind of went around uh let me ask you this question here if uh you made a statement a few minutes
1:59:13
ago about the safety of your child going two doors down in your neighborhood
1:59:19
if and I am a parent and I'm a grandparent when there are concerns in my neighborhood I reach out to my local
1:59:26
law enforcement agency and find out what is going on and who what officers are
1:59:31
making the patrols and housing they're making patrols did you do that yeah and we have Private Security even in our

1:59:38
neighborhood but they're not there 24 hours a day okay so you stated did you
1:59:43
not State earlier that uh members in your community in your District had
1:59:49
concerns about police safety and yet you did not file any legislation requesting
1:59:56
additional funds for Jackson Police Department you've had several meetings and you didn't file any legislation
2:00:02
whatsoever to enhance the opportunity of law enforcement within your city
2:00:09
will increase law enforcement within my yes no that's not your legislation that's my bill that is some back that's
2:00:16
a Senate bill now it's a strike all that has my house still language in it okay
2:00:21
so how much money will it take in order to have proper law enforcement
2:00:29
services in the city of Jackson how much money that's a simple question
2:00:36
so that is that is a very are you asking how much jpd wants how much are you
2:00:43
asking how much money does jpd need in order to have proper law enforcement
2:00:50
services in this city can you tell me that I told you just a moment ago that I cannot give you that number because it
2:00:56
was never given to me so um it appears to me generating correct me
2:01:03
if I'm wrong in order to advocate for something you should know all the facts
2:01:09
and all the concerns before you just decide to shift from A to B without doing due diligence did you do your due
2:01:15
diligence yeah okay
2:01:23
Jim DeSoto Mr Criswell thank you Mr Speaker with a lady yield yes
2:01:29
I'm honestly not trying to beat up on you I'm really trying to decide what I think about this are you familiar or do
2:01:36
you know this to be true or not that the jpd police chief said just a few months
2:01:41
ago he had the money to hire an additional 100 officers but couldn't
2:01:47

recruit them and couldn't find them are you familiar with that or is that true what I've heard I don't know

2:01:52

specifically about that number but I do know that they have had problems recruiting officers um and I think that that's a national

2:01:58

problem not just specific to jpd but I also think that part of it is jpd has

2:02:04

lost officers to other law enforcement agencies um not not they've lost them to Capitol

2:02:09

Police and they've also lost them to other surrounding law enforcement agencies so do you know how the

2:02:16

recruiting has been for the Capitol Police are you do you have any idea on

2:02:21

that I don't know how the different agencies are handling recruiting I don't I don't have any information for that do

2:02:27

they have the officers now the cap Capital police that they think they need

2:02:33

um I think that they have I've been told that what they have is sufficient to cover the boundary lines that are within

2:02:39

my bill um I think that there is a plan to expand and have more and I think the

2:02:44

governor has spoken on that and supports that um but what I've requested in this bill

2:02:49

I've talked to uh commissioner Tyndall and I've talked to Chief lucky and they

2:02:55

are comfortable but with the staff that they currently have they could they could adequately Patrol this area so you

2:03:02

took that to at least imply that they have the officers they need they may want more but they have the officers

2:03:08

they need yes okay thank you lady you're welcome Jim from Hines Mr stamps

2:03:13

thank you Mr Speaker generally to you yes but looking at the police force in the city of Jackson do you feel that

2:03:20

expanding Capital police will ever allow for the city of Jackson to build an adequate police force to police the city

2:03:27

of Jackson with the current recruitment strains that are nationally does this exasperate the recruitment possibilities

2:03:34

of the future of Jackson Police Department the
2:03:39
if we have an area where Capitol Police is expanded and they are able to patrol that area I think it actually will serve
2:03:47
to alleviate a burden off of jpd they can no longer have to have primary
2:03:53
responsibility for that area and they can concentrate their area or their efforts in other areas of Jackson until
2:03:59
they are able to build up their entire police force one last question is this concurrent jurisdiction or exclusive
2:04:06
jurisdiction this bill has nothing in it about jurisdiction concurrent anything
2:04:11
it literally just changes the boundary lines so we've kind of gone off on this jurisdiction in the title I understand
2:04:18
but that is a Senate bill and we did a strike all putting my house bill language in I don't have a strike all in
2:04:24
front of me I'm just making sure that the striker hasn't been out title hasn't been changed yet thank you
2:04:30
very much you're welcome gentleman from Heinz Mr Bell
2:04:40
yeah uh actually the general from October Hall actually asked the question
2:04:46
that about the revenue where the revenue comes to um I have an amendment here to clarify
2:04:53
that in this language uh but my question to you is
2:04:59
with Capitol Police going through as I mentioned before having all these shootings and police
2:05:08
police Pursuits that have occurred and I'm 100 against police Pursuits
2:05:14
um is there any mention of the Capitol Police being a part of of the community
2:05:20
as far as doing community policing being more out front with what they're what
2:05:26
they represent versus blazing guns and running people over no
2:05:31
it's not in this bill but I'm just general no again this bill literally just has the boundary lines it doesn't
2:05:37
address what Capitol Police is role is or Duties are none of that it is just

2:05:43

the boundary lines right and with the increased boundary lines that we're that we're attempting to have

2:05:54

is there any consideration of allowing jpd to have any more funding or more

2:06:01

help from the state but it's not in this bill but there have been other bills and I think that

2:06:07

there's some language in I think I don't know the exact version of 1020 that passed the Senate

2:06:13

um but I think that there's some language in that bill that would serve as requiring an mou between jpd and

2:06:20

Capitol Police as far as what their duties would be and how they would work with each other all

2:06:27

right thank you Mr Speaker Amendment Mr Speaker

2:06:32

just the amendment at the appropriate time all right Jennifer Hines Mr crudup

2:06:39

thank you Mr Speaker uh another General May the yield yes thank you uh just a

2:06:45

couple of questions uh you mentioned about the boundary Reliance this is just kind of expanding the boundary relies

2:06:51

who right now who was the uh primary what I mean when it comes to the capital police

2:06:57

at this current moment the jurisdiction of that uh the Capitol Police primary or the concurrent

2:07:03

I believe it's concurrent so it's concurrent right now so if we expand it it's going to be concurrent

2:07:09

through that it's not going to change the primary my bill doesn't do anything except change the lines okay uh also

2:07:16

right now if someone gets stopped by the Capitol Police and jpd comes at the same time who's

2:07:23

going to kind of be in charge of them taking over there again it's concurrent jurisdiction so they would work that out

2:07:29

amongst themselves because there is not a specific memorandum of understanding that the two entities have entered into

2:07:34

despite repeated efforts to get them to do that okay my last question you mentioned that 9-1-1 is not

2:07:41

a number to call that is efficient to call sufficient to call so what number do people arrested this call right now

2:07:47

when they get in contact with Capitol Police we called the Capitol Police number yeah what number is that I'll get

2:07:56

it for you I don't I don't have it memorized maybe I should but I mean how does that number get out to the public I

2:08:02

mean is that some cards passed out who knows that number I think it's on like I mean it's just

2:08:08

the capital police number you could Google Capital police and it's like their dispatch number or whatever dispatch might not be the right number

2:08:14

or right or but okay yeah

2:08:19

okay Jim from Marshall Mr Faulkner

2:08:26

thank you Mr Speaker yes a couple questions for you speaking of the

2:08:31

boundary Reliance how do we arrive at the new lines so again at the request of jpd and at

2:08:39

the Capitol Police during crime hearings that we had over the summer through Judd B uh we were asked to do very simple

2:08:46

lines and to make it a rectangle essentially and that is what these new boundary lines do to the best of my

2:08:52

ability and map drawing Okay so

2:08:58

when we come back next year where we have data or anything to show

2:09:05

the effectiveness of the new lives as relates to Crime decreasing in the city possibly

2:09:12

under this Bill yes yes changes the lines there's no study

2:09:18

committee in it there's no it literally just changes the lines so how would we measure

2:09:24

if it's working or not well I mean I can come back tell you whether or not my constituents

2:09:30

feel safe enough to walk down the street or whether or not I've had additional businesses leave the city of Jackson or whether or not armed robberies have

2:09:37

decreased or whether or not I have had my son's classmates be held up at armed carjackings and had guns held to their

2:09:44

you know heads as six-year-olds I can come back and give you that those that data if you'd like yeah that was excuse

2:09:51
me that was exactly what I was hoping you were saying so when you come back and those things have continued to happen

2:09:56
can we expect new lines to be drawn no I think what will happen is we'll see people leave Jackson but my question is

2:10:03
can we expect more expansions in the years to come no I think if Capitol

2:10:09
Police isn't effective then I think people are just going to leave if this

2:10:14
doesn't work and I think people think that it will work because it has worked in areas where Capitol Police is currently patrolling but if if Capital

2:10:22
police doesn't work I think this is the last ditch effort for a lot of people in Jackson and if this if this doesn't work

2:10:28
you're going to have a lot of people in Jackson and a lot of businesses in Jackson leave and they are asking for

2:10:35
this because they don't want to leave Jackson the water doesn't work the government doesn't work the it's not

2:10:41
safe in Jackson they just want very simple things they want to be able to flush their toilets they want to be able

2:10:48
to take a shower when they need to they want to be able to walk down the street they want to be able to operate their businesses safely this is all that

2:10:55
they're asking for and for this to get constant pushback is completely unnecessary

2:11:01
lady how many square miles with this new expansion cover for the

2:11:09
city of Jackson I have no idea how many square miles it is small compared to the entire city yes or

2:11:15
no the entire city yes I I don't

2:11:20
okay I guess here's where I'm going you just said this would be the last ditch effort to save Jackson keep all

2:11:28
the businesses here keep people safe but that's a whole rest of the city left

2:11:34
that these lines does not cover who has said that they don't want Capital police so

2:11:40
so these new lines alone is going to fix the whole crime problem

2:11:46
for the whole seat of Jackson what about the rest of the city well no it's not going to fix everything but what is the

2:11:52
problem in doing something that could help because there's more City left if we're

2:12:00
really concerned about why didn't we entertain the possibility as we mentioned before asked before about

2:12:05
funding the police department so they can cover the whole entire city it was just one one piece have been called out

2:12:11
one piece has been carved out miss lady that should be able to save the whole entire city no that's no absolutely not

2:12:19
what is in this map are the areas that have asked to be in it and we have taken

2:12:25
out anything for the areas that the people have said that they do not want Capital police that map was specifically

2:12:32
drawn and anyone who came to me and said that they didn't want to be included because they said they their

2:12:37
constituents didn't want to be included they were removed so Capitol Police isn't being forced on anyone who doesn't

2:12:43
want it we are making an effort to try and give additional police officers to the areas that have asked specifically

2:12:49
for additional police thank you lady you're welcome

2:12:55
Jim from home Mr Clark thank you Miss speaking with a with a

2:13:00
later yeah yes like I just I just have a few questions

2:13:06
um if the state do this I would like to see

2:13:11
it work right okay now with that being said how many homicide detectives do the Capitol

2:13:18
Police prisoner have I don't know the answer to that how many property crime detectors do we have I

2:13:26
can get you the breakdown of the stats of their uh and let me tell you where I'm going with this when you start

2:13:32
talking about safety Public Safety and policing riding the streets patrolling turning

829

2:13:38
lights on busting heads is only part of it okay after the murders have taken place uh

2:13:44
that's when the real police were comes hopefully we can stop the murders from happening that's the ultimate goal well

2:13:51
I sound like this is just the patrol unit with law enforcement you have various departments that have various

2:13:57
responsibility and if one is not working correctly then the whole operation is not going to work so with that being

2:14:04
said are we putting a horse before the cars should we have waited a while in this small jurisdiction that we have and

2:14:11
let them work out all of the keys before we try to expand it no people are tired of waiting but State

2:14:18
Mississippi people in Holmes County is contributing to the cost of this okay

2:14:24
so if it's gonna if if you don't have the various different departments in

2:14:29
order for it to work then are we just throwing good money after bad money again and I've said this multiple times

2:14:35
I have talked to DPS I have talked to Capitol Police and they are comfortable with these boundary lines that they can

2:14:40
effectively do their job Within These boundary lines so sound like with that being said so sound like to me their

2:14:46
their solution is just simply patrolling the streets that's not what I said I said they are confident and they have

2:14:53
said that they can do their job Within These boundary lines that I don't know if that means that they are only patrolling I don't think that's what

2:14:59
they mean they've said that they can do their job and their job as you've said is multifaceted

2:15:04
I just don't see how you can have a police force that's ready to take on almost a third of the city of Jackson

2:15:10
the largest city and they don't have any detectives for homicides for robberies for sexual assaults uh seem like it's

2:15:18

just patrolling as you use the term early security just seem like it's a security force on steroids no the
2:15:26
original Capitol Police as you know their primary function was to patrol
2:15:32
essentially state buildings that is no longer what Capitol Police is they are an actual police force now currently
2:15:40
okay but later I think the latest explanation was earlier you have no idea whether they have one homicide detected
2:15:48
breakdown of their staff either well they they have some I've met
2:15:55
some of theirs but late I just don't think that this agency is ready to expand and take on the test that that uh
2:16:02
y'all attempting to do thank you Mr Speaker I disagree with you and they disagree with you Jim o'clock table Mr Taylor
2:16:09
thank you Mr Speaker gentlelady will you please yield for further questions sure I I do apologize I had a list I got a
2:16:17
little excited I get did get a chance to get to the rest of it but I will ask you this
2:16:22
what's the what's the um what's the demographics of Jackson what's the racial demographic
2:16:29
suggestions of all of Jackson I believe it's roughly 80 black okay are you aware that there was a hearing
2:16:36
uh here on Monday uh concerning uh the expansion
2:16:43
concerning uh jpd's involvement Capital police involvement are you aware of that hearing a hearing yes no
2:16:50
okay during that hearing what committee had a hearing uh actually one of the state
2:16:56
representatives here who represents Heinz call for the hearing there was a
2:17:01
large community involvement from multiple Community Action groups I think
2:17:07
about 30 of them what committee wasn't a committee it was at the uh request of uh state representative let
2:17:14
me get you to the uh to the Nets both of this thing during that time
2:17:20
well first let me ask you who does the capitol police report to who's the who's

2:17:25
the big man in charge so Sean Tindall would be at the top are you aware that he was requested to be there
2:17:32
again I didn't even know that there was a meeting so no do you know that not only did he not
2:17:39
show up but he did not even sin in an alternate no no but I mean we had to
2:17:45
subpoena the mayor of Jackson to show up at a Jud B Committee hearing on crime in the city of Jackson so well well we're
2:17:52
talking about Community Trust here we're talking about you you have
2:17:57
reportedly said that the community is calling for this action to happen yet they cannot speak to the Man In Charge
2:18:03
nor it's an attorney to an alternate and some of those people that these that these Community Action groups were
2:18:10
representing actually were some of the victims that were shot by Capital police are you aware of that again I was not
2:18:17
even aware that there was that the meeting happened so the answer to all of these questions about things that
2:18:22
happened at the meeting will be no so this legislation is not only asking for expansion but for trust
2:18:28
and if and if these individuals who feel like they've been aggrieved these individuals who need to actually
2:18:35
speak to our commissioner and or are turned with an 80
2:18:40
African-American District in nearly every voice in that room was uh African-American do you think and I'm
2:18:47
asking a very genuine question do you think that the community that you're asking to trust this process is actually
2:18:54
being heard well I will tell you that if there are people who asked to be taken out of
2:19:01
these lines they were taken out so this isn't being forced on anyone community that is the name that's correct it's
2:19:08
community so if there are people in the community who have said we do not want
2:19:13

additional police we do not want Capitol Police in our neighborhoods or in our community or in our portion of Jackson

2:19:20

they are not drawn in in this map that is before you I like to close with this

2:19:26

there cannot be trust without communication thank you thank you

2:19:38

all right I don't see any further questions uh Jim from Adams and Jim from Madison both requested opportunity to

2:19:44

speak recognize Jennifer Adams first oh I'm sorry I forgot that's correct

2:19:51

gentleman from Hines Mr Bell has an amendment

2:19:58

so my Amendment um creates States clearly states that all revenue

2:20:05

collected from traffic ticket

2:20:19

my bad my Amendment basically clarifies that

2:20:25

all traffic fees and fines that are assessed by the Capitol Police

2:20:31

um go directly to the city of Jackson That's the explanation of the amendment

2:20:36

I don't see any recognize the lady to respond but chairman

2:20:42

yeah a little heartburn on the amendment and here's why I understand what he's trying to do everything right now goes

2:20:48

to the Hinds County Justice Court so you're kind of taking money away from Hinds County if the amendment passes uh

2:20:54

so I would ask that you oppose Amendment there's not a court in Capitol Police for everything to go to uh everything

2:21:01

goes to like I said to justice court at Hinds County so you would uh be limiting

2:21:07

some of the money for Hinds County I guess the gentleman does not wish to close the question occurs on Amendment

2:21:14

one if you favor the amendment indicates saying aye opposed no

2:21:20

's habit Amendment fails anything further any other amendments I

2:21:27

don't see any recognized Jim from Adams to speak on the bill

2:21:33

excuse me we're not on Final passage do you want we've we've got to adopt a strike all
2:21:40
first gentlemen all right question occurs on the strike
2:21:47
all if you favor to strike I'll indicators saying ah pose no
2:21:54
house isn't voting if you fight with a strike I'll indicate by saying ah
2:21:59
suppose no let's have it the eyes have it roll call
2:22:04
is demanded open the machine Madam clerk be favored to strike all indicate for saying I opposed nay
2:22:13
everyone voted closed machine Madam clerk about a 72
2:22:18
years 40 Naz strike All Passes we're now in final passage I'm
2:22:25
recognize Jim from Adams to speak
2:22:37
now you're good thank you Mr Speaker ladies and gentlemen I stand to ask you
2:22:42
to vote against the bill uh you've heard the discussion here I don't have to repeat if you're listening uh you know
2:22:49
they have that the capital police has no access to 9-1-1 they don't have any homicide detectives they don't have
2:22:55
anywhere to take anybody if they arrest them they don't have a holding facility they don't have anything that uh the
2:23:01
true mechanism of a true police force and so but I will say I don't think they
2:23:07
intend to operate that way so as you stand here and sit here today getting
2:23:13
ready to authorize a police force that you don't know how much it's going to cost the expansion of and then
2:23:18
understand that they are clearly already because they should are beginning to ask
2:23:23
for we're going to need a jail we're going to have a new holding facility because we don't have nowhere to take anybody in Jackson and they can't take
2:23:30
them to the Hinds County Detention Center because it's under the consent decree they can't take it to care the ones they got out there so they already
2:23:36

talking about now not only are you gonna pay us to create increase this police force that you don't know how much it's

2:23:43

going to cost they're going to ask you to build them a jail a separate apartment or one in Hinds

2:23:48

County it's going to happen because they can't operate as a police force if they don't have those simple

2:23:54

parts of law enforcement the other thing is I think it's a little bit

2:24:00

I don't know a lady is a is is smart enough to to know what she's doing but

2:24:07

how do you have a police force and you say you're fighting crime and they can't even accept or answer or to be directed

2:24:14

on a 9-1-1 call and this idea that 9-1-1 doesn't work well whatever it does Capital police

2:24:20

can't get a 9-1-1 call so you expanded the jurisdiction of a police force that can't even get a call

2:24:29

and you're going to pay for that you're going to pay for a police force that can't do police work

2:24:36

so I'm just suggesting to you that there's a cost involved in here there's a multiple number of costs that are

2:24:42

going to be involved that nobody's talking about and you're looking at something that you don't know where it's

2:24:48

going to be uh when you start this going forward so you hear people up here talking about all the obvious things to

2:24:55

me as an African-American man that I think about in terms of race and forget that

2:25:00

let's talk about as a practical understanding of what you do here as a legislator and that is I've never seen

2:25:06

this body I've been here 30 years I've never seen this group of people ever talk about passing the piece of

2:25:13

legislation and not say well wait a minute how much it's going to cost what we going to spend where is it going

2:25:18

from here never sometimes to the greatest of to my

2:25:24

greatest aggravation I'm like will you please just sometime let's let's just do it but all of you good fiscal

2:25:30

conservatives always ask that question but I right here we're talking about
2:25:35
Millions multiple millions of dollars not five or six I'm talking about 18 20.
2:25:40
mate I've heard the number 160 million dollars for a police force that can't police
2:25:48
so if it is a good idea For Heaven's Sake take the time to
2:25:54
figure out what you're doing first this lady who has who is as smart as anybody
2:26:00
in here has said I don't know more time today than she said the whole time she's been serving the legislature
2:26:07
now you cannot not expect that to be a genuine effort to get something that's
2:26:14
meaningful done and so all I'm saying to you is her
2:26:19
intentions are good she's right there is a serious crime problem Jax something needs to be done about it but that is
2:26:25
not something you do in a six month if you had a hearing this summer and that's all you've done this is a major issue
2:26:32
this is something that I suggested we all need to take some time and look at and and to the extent possible help her
2:26:38
talk to her figure out what we need to do but because some a group a small group of citizens in Jackson who are who
2:26:45
are friends or her supporters or or who may be brilliant as far as I know have sat down and say this is what we're
2:26:51
going to do then clearly they don't know what we do up here because there are a lot of more things a
2:26:57
lot more things to consider and a lot more things to do to make this work so I'm not against what she's trying to
2:27:03
do all I suggest to you that these seat of the pants let's do something
2:27:09
real quick because everybody's gonna they've already left Jackson who's in Jackson ain't nobody in Jackson
2:27:16
you ought to be working on long-range plans how to bring people back they don't have a mall in Jackson they don't
2:27:21

have any major anchor stores in Jackson all the big law firms all but have left
2:27:27
downtown the big taxpayers you got maybe a couple of banks or some they've left Jackson
2:27:32
you're trying to hold on to the trifle number of ones you got then do something serious and long reaching and and
2:27:39
something you really think about but you are trying to get spend millions of millions of dollars on a police force
2:27:45
against police so I would suggest to you that we're not against trying to help
2:27:52
Jax or trying to help MS Yates do what she's trying to delay it from Heinz before the speaking stops we do what
2:27:57
she's trying to do what I've suggest to you is that this takes a whole lot more work a whole lot
2:28:03
more thought we're not going to do this in a year we're not going to do this in a session and so I would just I
2:28:09
you know part of it's selfish I I'd like I got I'd like to see these millions spin some whales right now
2:28:16
I'd like to see it spent on some small town somewhere I like to see it spent on hospitals I don't want to spend 18 to
2:28:22
160 million dollars on a police force that can't police so I would ask you to vote against appeal
2:28:31
Jennifer Madison Miss Blackman
2:28:41
this by far is the most depressing session of the
2:28:47
legislation that I've ever seen and I've seen a lot of sessions
2:28:53
D.W Griffith would be very proud of what we've experienced over the last several weeks
2:29:01
as legislation after peace of legislation has come to this floor
2:29:08
aimed at one city
2:29:14
the city of Jackson I have heard
2:29:21
reasons and reasoning been given from this podium
2:29:27
for various pieces of legislation and I've sat in my seat and wondered why
2:29:33

don't we go straight to the issue

2:29:39

this legislature Walsh Jackson

2:29:46

be turned into something other than what is historically become and is

2:29:54

the city is about 82 percent black is City officials and elected officials

2:30:01

are black by and large this city after six o'clock

2:30:09

is inhabited by those citizens

2:30:16

there's a poem that comes to mind and it starts out at

2:30:22

if you can keep your head for all about you are losing theirs and blaming it on you

2:30:29

that's Kepler the citizens of Jacksons are being

2:30:34

blamed for being who they are they're black citizens of the state of the cities of Jackson Mississippi

2:30:43

the lady said he said as she was firm in her statement

2:30:49

and she said it twice she says this is the highest crime rated

2:30:54

City in the state in the United States she said that and it was said for a reason it was a

2:31:01

conveyed message to support the legislation that's being proposed

2:31:08

and if you listen to it and didn't have any thought other than that you would actually believe that

2:31:15

because it promotes a desired result

2:31:20

now if you took a second to go and back and look at that I'm just going to give the cities that

2:31:26

are the highest rated crime rated cities in the United States Memphis number one

2:31:33

St Louis number two Oakland number three Albuquerque number four

2:31:40

New Orleans Detroit Luba Texas Chicago Stockton California

2:31:49

taxes are not among them but you've heard the word spoke on this point it's

2:31:54

the most crime written city in the United States it is the blackest city in the United

2:32:00

States let's just say that more than 40 years ago

2:32:07
when I walked into this Chambers I sat back in the middle someplace and I didn't like what was going on

2:32:14
I thought we could do better it was just five of us blacks here at

2:32:20
that time and our stormed up there to the speakers Pulliam to see uh speaker buddy Newman I said Mr Speaker I need to

2:32:27
talk to you say gentlemen we take our break come to my office

2:32:35
I walked in and said have some candy no mistake I want to talk business today

2:32:42
and I said I don't like the way this business is being done in this this House of Representatives

2:32:50
I think we can do better and I went on for about 10 minutes and he sat back there with his legs crossed

2:32:55
and when I finished he told me something that's very true I've never forgot it

2:33:01
he said gentlemen you got the votes you can do anything you want to do

2:33:07
I'd rather that we started this session out with the legislature saying we don't

2:33:13
like the way Jackson's being run and we're going to make sure we we make sure it runs a different way we want to

2:33:18
expand the ccid district we're going to expand the police the police uh police

2:33:24
force we want to take it over I wouldn't have liked it but I would appreciate it a lot more than blaming

2:33:30
the citizens of stacks of Mississippi claiming that you can't get a 9-1-1 call

2:33:35
answer did y'all hear that all right I want you to understand language

2:33:43
if I heard the language right I can't get anybody to answer the phone when I

2:33:49
call 9-1-1 it said nothing about getting a response from the police

2:33:55
but all you heard was I can't get a response

2:34:01
now all of you have been in Jackson for a while a lot of you stay around Jackson live here

2:34:06
I guarantee you haven't had anybody come up to say you know what I didn't get anybody to answer her uh a 9-1-1 call or

839

2:34:13
the community is saying that they're not getting calls responded to all that is is to justify what's going to happen in

2:34:20
This House of Representatives it's going to happen you're going to the vote is going to be up there on the

2:34:26
board you'll have what they're going to call Democrats was really black folk on the left side

2:34:31
you're going to have Republicans on the other side is going to vote for it because you have the votes and I know

2:34:37
that but a new moon was right you have the votes and you're going to vote I want to make it uncomfortable for

2:34:43
you to have to do that I want the uncomfortable truth to come forward here this has nothing to do with solving

2:34:50
crimes because you will not sign crimes with the police force here expanding their jurisdiction

2:34:56
if you really wanted to stop crime you do what they did in Gulfport Mississippi

2:35:01
when they were having a high crime surge there there was no State takeover by the

2:35:06
state they sent support to Gulfport Mississippi

2:35:12
resources to Gulfport Mississippi to help them through their crisis

2:35:17
now we walked in here as true legislators and we wanted to do something about crime in Jackson Mississippi we would send support we

2:35:25
would send resources to the people who were there so that the people who live in Jackson could have someone to hold

2:35:32
accountable this police force will be not accountable to anybody

2:35:40
that lives in the borders of Jackson Mississippi you can't get a person who's in charge

2:35:45
of the force now to even show up when the citizens say we'd like to have a meeting

2:35:54
and you from this Podium that people said I don't want it in my community so we left

2:35:59
them out people in Jackson Mississippi just don't live in their houses they live

2:36:05
throughout the city they're traveling they said their kids go to school in various places they have activities they

2:36:11
take care of they're going to end up on a daily basis and whatever jurisdiction we decide the capital police will have
2:36:22
now I'm going to close with this this with this why are black people in in Hinds County
2:36:28
and Jackson Mississippi concerned about who polices them I know that many of you voting on the
2:36:34
left right right side that that that board up there don't understand this
2:36:40
but we who have experienced it when we see a police car even me at my
2:36:45
age my brain Clicks in
2:36:51
because of my experiences and what I've seen I have many police officers who are
2:36:56
friends of mine what means that I have and women that are represented but I still have that
2:37:02
that feeling why because of what I have experienced in my lifetime
2:37:07
and everybody blocking this building will tell you the same thing we know that police do a great job we
2:37:15
want them to come when there's a time of need but we want to be able to hold them
2:37:20
accountable some kind of way because if we don't you have what's going on now
2:37:25
with the capital police because there is no accountability local
2:37:31
then you have the complaints about unwarranted shootings and violence committed by the Capitol Police
2:37:39
nobody knows who were to go to hold them accountable and maybe the police feel that way too
2:37:46
if any of you or anybody in this building been beaten by a police officer
2:37:53
beaten by highway patrolman I have I've been beat to the ground
2:38:01
now this didn't happen when I was just a child it happened while I was a lawyer so I have that feeling that most black
2:38:09
folks feel when it comes to police and we want people who are really going to be policing and protecting us not those
2:38:18
who we cannot find anyone to hold them accountable

2:38:25
this legislation will pass
2:38:31
but 10 20 will be infamous and this bill will be infamous
2:38:38
there'll be jokes expired thank you Mr Speaker but there'll be no joy in the
2:38:44
black community when this becomes law I recognize the lady to close
2:38:52
thank you I'll be brief and just want to clarify for the record you can Google very quickly as recently as January 6th
2:39:01
of this year there's an article from WLBT for the second straight year Jackson homicide rate ranks highest in
2:39:08
the U.S among major cities the capital city edged out Memphis New Orleans and St Louis for the deadliest city when
2:39:14
ranked per capita we have a crime problem we have a murder problem we have
2:39:20
a lack of police problem and this bill seeks in a very simple way to provide
2:39:26
additional police to people in Jackson who are asking for additional police protection that is all that it does and
2:39:33
I would ask that you simply vote for the Bill thank you right question now occurs on Senate Bill
2:39:38
2343 open the machine Madam clerk if you favor to build vote I if you're opposed
2:39:44
vote in a has everyone voted has everyone voted
2:39:50
close machine Madam clerk by vote of 67 years 45 nasal bill passes
2:39:56
now since Mr Clerk announcers Madam Claire
2:40:06
uh announces by the Numbers Jim from Lee Mr Gary
2:40:13
thank you Mr Speaker I would like to get um consent to change a vote
2:40:19
um from yesterday item number 44 house bill I mean Senate Bill 2524 from yes to
2:40:25
know the objection change gentleman's vote a lady from Heinz from the Summers
2:40:33
thank you Mr Speaker two requests please unanimous consent to change my vote on how on Senate Bill 2127 to know in the
2:40:41

objection change your ladies bro and would also like to adjourn in memory uh
2:40:46
for my good friend Mr Henry Sanders okay thank you lady Jim from Harrison Mr McKnight
2:40:54
changed my vote on yesterday's calendar item 11 General calendar Senate Bill
2:41:02
2212 from yay to Nay and item 38 Senate
2:41:08
Bill any objection hearing none may changes on the vote
2:41:14
what's your next one item 38 Center bill 2082 from yay to Nay
2:41:20
any objection change John's vote Jeff from Hines Mr Banks
2:41:26
Mr Speaker I have a special request may I state it I'm sorry I didn't
2:41:32
understand your request please okay I like to ask of the house I have some students over at Blackburn
2:41:38
junior high school and some have a field trip on Friday and some of the teachers
2:41:44
have called and said some of the kids don't have a little 25 they need and I like to ask anybody who would be so kind
2:41:50
is to bring a dollar to whatever by my desk so we can give a donation to those kids a massive Mississippi House of
2:41:57
Representatives thank you so much thank you sir thank you ladies and gentlemen Jim Jones Mr Scoggin
2:42:05
yes sir Mr Speaker my friend Senator Juan Barnett asked to make sure that everybody knew that his barbecue tonight
2:42:12
has been changed from MMA over to the uh Farmers Market at five o'clock
2:42:18
thank you sir gentleman from Marion Mr Morgan thank you Mr Speaker um as change vote on item
2:42:27
number six on motion reconsider Senate Bill 2212 for my destiny from a yes to
2:42:35
no anything I know to yay sorry
2:42:43
any objection change the vote all right I don't see any further
2:42:49
announcements recognize Jim from October hall for the motion Mr Speaker moved this house being recess until two

2:42:55
o'clock today motions to stand in recess until 2 p.m all in favor say aye opposed

2:43:00
nay the eyes have it housing recess till 2 pm location

4:02:14
thank you foreign

4:03:28
we will return to where we left off on the general calendar item four

4:03:34
Constitution

4:03:45
all right Mr Speaker uh I don't have a calendar in front of me I don't know if it's been read for a third time but I'd

4:03:51
call up Senate resolution 533

4:04:00
Jim calls the resolution up moves the rules to be suspended Bill considering gross red the third time placed on Final

4:04:06
passes y'all in favor say aye opposed nay the eyes have it here tonight all right thank you Mr Speaker ladies

4:04:12
gentlemen uh before you is uh

4:04:18
the resolution I guess is the proper way to establish an initiative a process for

4:04:26
Mississippi citizens and I'll go through what it does

4:04:32
at first it does just that it reserves the people the right to have an initiative process

4:04:38
um it is not constitutional it is a statutory initiative allows them to make

4:04:44
amendments to the statute to a statute it for the initiative process you cannot

4:04:51
propose any new amendments to the Constitution cannot propose any new law

4:04:57
or amend any existing law relating to Mississippi Public Employees Retirement

4:05:03
System so you cannot do anything that impacts pers you cannot propose any new

4:05:08
local or special law local private law cannot propose any new law or amend or

4:05:15
repeal anything that has to do any existing law on any subject

4:05:20
matter that any section of this constitutional prohibits the legislature from an acting what that says you can't

4:05:25
do anything the legislature can't do um you cannot appropriate money out of an
4:05:31
initiative and you cannot propose any new law amend or repeal
4:05:37
anything in any law that relates to abortion
4:05:42
the the process requires 12 percent and this is what uh
4:05:50
I want to pay attention to the petition must be signed over a 12-month period by
4:05:55
12 percent of the total qualified electors of the state as the date of the last
4:06:02
presidential election so that's 12 percent of electors for the last presidential election uh of course uh
4:06:10
and that should be reflective in every cost in every con um
4:06:16
congressional district meaning that if you have five it's going to be 12 divided by five or if you have
4:06:24
three he's going to be the 12 number divided by five anything X in excess of the of that for example if in the first
4:06:30
district where I'm at if you have a hundred thousand and you only need fifty only the first 50 count the other the
4:06:37
additional part does not and it does not count toward a whole total of The Twelve percent
4:06:45
oh the sponsor of the initiative must uh
4:06:52
give us and this is line 55 sponsor of the initiative should identify
4:06:58
in text the amount and source of Revenue required to implement the initiative
4:07:10
and this is the part yeah this was the part that we voted on last year if you remember the house voted for an initiative process and went to the
4:07:16
Senate and didn't get anywhere this is language from that part just says that the sponsor shall also provide in-text
4:07:23
of the initiative for the specific funding source or mechanism to pay for the cost
4:07:29
uh and if the initiative requires a reduction in the source of of government
4:07:35
revenue that would cause the amount of funds to be less they have to also have to talk about that

4:07:41

um Section 5 requires a fiscal note from

4:07:46

anybody trying to do one section six is where the process starts

4:07:52

this is where the Secretary of State shall shall file with the clerk of the House of the complete text of the

4:07:57

initiative and that that shall be placed if it if it does so if the initiative is

4:08:02

adopted or adopted as and amended by the legislature and if no action is taken they have four months or the initiative

4:08:08

uh will go on the ballot it shall be placed the initiative shall be placed on

4:08:15

the next general Statewide election now we have uh the same process of vote

4:08:23

that that we had before this is the same process that that was that was named unconstitutional or whatever

4:08:30

earlier um but this has to do with stats statutes but the process is the same the

4:08:36

legislature also has the ability under this to do a legislative alternative you

4:08:42

have the same percentage of votes that were required previously for that

4:08:52

a couple things I want to uh else to be aware of is

4:08:58

of course we said that the legislative alternative can be placed on a ballot um

4:09:04

you can do no more than five initiatives on any type of ballot at that that I

4:09:10

believe is what we passed last year's uh and the procedure for circulating it must be done by a person who is a

4:09:16

resident of Mississippi and they must have they must print and sign on each page of the petition that the

4:09:24

personality is a resident of the state of Mississippi

4:09:30

yeah and then the legislature like I said can

4:09:35

act on if it passes the legislature can come in during the next session and and

4:09:42

follow through with it they can vote on it they can repeal it they can do whatever they want to there is no waiting period last year if you remember

4:09:48

we had a two-year waiting period and this in this particular package we do not uh the legislature could repeal

4:09:55

something at the next legislative session and the bill further breaks forward and

4:10:01

conform conforms language to other parts of the of the statute it also has a reverse repealer in it uh

4:10:09

and that Mr Speaker isn't is an explanation of the initiative all right questions Jim from Hines Mr Bell

4:10:18

thank you Mr Speaker generally you yes sir so the changes in this ballot initiative

4:10:24

that you just explained um it's kind of interesting that you say

4:10:30

that you can't put on the ballot anything about abortion or anything of that nature I'll

4:10:36

read that back to you but that's correct yes you cannot put there's a one two three four five six things abortion is

4:10:43

one of them purrs is another other stuff is is what was generally passed last

4:10:48

year it has to do with Appropriations local and private legislation and stuff like okay so we know that this ballot

4:10:55

initiative process started as a result of the overturning of the uh marijuana

4:11:02

plan and it was what five and now it's only four districts that we're supposed to

4:11:09

have now I think that was the conclusion I drew yes right so why hadn't we just made it just the four districts that we

4:11:17

can vote in and leave it as it is I mean was the last battle initiative process that we had

4:11:22

um we made it to where it's kind of a sliding scale if you will if it becomes far to the state grows and we get five

4:11:28

it the number is based on five if it goes down it's based on three we didn't

4:11:34

we didn't it's 12 percent of the electors Statewide and then that of course that 12 has got to be evenly

4:11:41

distributed among the congressional districts okay can you explain to me why it takes more uh ballot ignition uh

4:11:48

signatures versus the last battle initiative that we had I think that's just what the that's just what we have

4:11:54

come to and and I would tell you that was my understanding and I I have not talked to the chairman in the Senate but

4:12:00

I talked to our chairman my understanding is uh the Senate is drawing a hard line on that 12 percent

4:12:12

and I think they should have an initiative process I think this is I mean honestly I believe it's overburdensome um

4:12:19

I will I could I'll concede to you that it is a a taller burden in what we had

4:12:25

before and and in terms of gathering the signatures you're going through from probably about 250 000 people uh to get

4:12:33

an initiative on the ballot right and you you mentioned about the uh pers

4:12:39

um have we ever had anybody put that on the ballot before not to my knowledge but I I hadn't been

4:12:44

paying attention but for you know 15 16 years or so to my knowledge no all right

4:12:51

thank you Jim I recognize Jim from Jackson Mr Zuber for an introduction thank you Mr Speaker Mr Speaker I'd like

4:12:57

for you and the other members of the house to please help me make welcome mayor Jay Trapani in the north gallery

4:13:04

and Mr Jillian Rankin in the South Gallery Jillian is the executive director of the Walter Anderson Museum

4:13:11

please stand [Applause] [Music] [Applause]

4:13:17

uh Jim from Pearl River Mr Owen before you got to enter that

4:13:23

are you asking me questions um I think so is there somebody else before you do I want to go back to his

4:13:30

question I was told the purge is actually prohibited in the Constitution okay

4:13:37

does the gentleman yield for my question yes sir okay thank you um is there a provision in this

4:13:43

legislation that permits the legislature to place initiatives on the ballot ourselves we

4:13:49

can still do that we is it in this bill it's existing law just pursuant to what

4:13:55

we've done before we can do an amendment that way not not

4:14:00

as a constitutional amendment the initiative part of this would be an alternative like we've done in the past

4:14:05

okay so we just do the alternative on the ballot like we we were able to do with the current constitutional process

4:14:11

right yes okay so am I understanding it correctly to say that none of the

4:14:18

amendments that are passed The Ballot Box are binding

4:14:24

are we able to come back and change the votes once it passes

4:14:29

in terms of well there is not an amendment initiative process right now

4:14:36

so in this new bill this is we're hoping to replace the the process that's been

4:14:41

thrown out by the courts this is completely statutory so to ask your question yes once if it if there's a

4:14:48

statutory name your issues uh statutory issue that is is voted on and it become

4:14:54

before the legislature weaken uh affirm it we can repeal it we can amend it

4:14:59

through the normal legislative process and and doing that would not require that to be sent back to the voters right

4:15:05

so it would be sort of similar to what we did a couple of years ago when the legislature 20 something years ago

4:15:10

decided to place an initiative on the ballot about the flag and we came back and said no times have changed we should

4:15:19

probably do our responsibility as the representatives of the people and make a decision because we're

4:15:26

elected to do that is that right yeah or the lottery you know when the lottery was passed I think in the late 90s and

4:15:31

nothing was done to it and then finally something was done about it I mean it's uh the the overall issue here is giving

4:15:39

people the voice but also we want to maintain the sanctity and the Integrity of this body who is sent down here to

4:15:46

make laws okay and the threshold can you repeat to me the threshold the Senate

4:15:51

has sent to us 12 percent on electors and what is the current threshold or excuse me not the current but what is

4:15:57

the previous threshold that's it if I'm answering your question

4:16:03

correctly it's 250 000 people is what that 12 would go to what was what was it

4:16:09

before it was 12 percent of the voters is that right 12 percent of the voters in in that election and in a uh the

4:16:16

prior gubernatorial election I believe so do you know what you know the prior signature account would have been about

4:16:23

110 so we're increasing it by 140 000 to get in 140 000 people probably

4:16:30

to get a non-binding resolution I I agree and I give this speech to to

4:16:36

kindergarteners to first graders to elementary students whenever I talk to them you know this legislature brings up

4:16:42

about 4 000 bills a year and at the end of the day we're passing about 300 100

4:16:47

of those are budget bills another 50 of those are repeal of bills so you're passing 150 bills out of 4 000. well the

4:16:54

process to change law is supposed to be difficult the process to create new law

4:16:59

is supposed to be difficult the thing that we value the most in this country is liberty and anytime we pass the law

4:17:05

on any time somebody brings up a law then that's a that's a that's a chipping away of our Liberty so it should be

4:17:12

difficult to change stuff you know I actually appreciate that answer it was a very good answer thank you gentlemen

4:17:19

Jennifer Madison Mr bomgaar as an amendment you're from Pike Mr Porter

4:17:27

thank you Mr Speaker you're one of my favorite learning attorneys in here well that's good I'm

4:17:33

glad you said that because I got some questions for you uh because you are the Learned attorney as well I need a little

4:17:39

help it's a simple question but I need a little help understanding this what's the point of a ballot initiative the

4:17:46

point of a ballot initiative or this this balance well the point is you know right now the people really don't have a

4:17:52

an initiative process and the point is to give them something back now we don't we want to give the people a voice and

4:17:58

the ability to to have a cause to to bring to either to our attention or to vote on at the same time we don't want

4:18:06

to become a a California or a state where people are voting on more initiatives than they are people or

4:18:12

elected officials and it's you believe in your heart the this initiative or this bill that

4:18:20

you put before this body allows these allows our constituents a voice in this state

4:18:27

I will say to you it gives them far more of a voice than what they have now in

4:18:34

terms of an initiative process so coming from you usually and I can appreciate that the

4:18:40

gentleman from Heinz alluded to this earlier we had a ballot in it and if in place correct

4:18:46

we had one and it was overruled by the Supreme Court yeah uh why was that uh my

4:18:53

understanding it was just based on the representation of the of the congressional districts I didn't read

4:18:58

the opinion but okay so if the only thing that was wrong with that ballot initiative

4:19:04

was the congressional districts then why not just make that simple tweak so how

4:19:09

people could have a voice well I understand that and and that's basically what we're doing is that we're making

4:19:15

the statutory which we're giving people the voice to

4:19:20

do that we're not making it uh based on four congressional district five

4:19:25

congressional districts we're doing it Statewide we're giving them the voice to do it yeah it's a higher threshold but it's it's also go a statutory as as

4:19:33
opposed to constitutional um and I I don't know what else I can
4:19:38
answer to that it does like I've said it is going to go through conference it does have a reverse
4:19:44
repeater we're going to work it through the process of the gentleman from Choctaw said
4:19:50
well gentleman we could have just made a simple tweet
4:19:56
to it to give our people uh a voice but instead you bought this very convoluted
4:20:02
bill before this body well it's not really it's not really it's basically the same can you explain to us in four
4:20:08
sentences a paragraph how someone can get an initiative on the ballot basically they go get their petitions
4:20:14
and they get their signature signed and then they submit that to the Secretary of State
4:20:20
I think you missed the mark there gentlemen as far as the four sentences let me let me let me know we get paid to
4:20:26
talk yeah so are you willing to getting it back home and tell your constituents that they now
4:20:34
have a voice at the back that they now have a voice they have an initiative that they can be proud of if this deal
4:20:40
passes I'll tell them they have an initiative process I'll always tell them as long as I'm here that they have a
4:20:46
voice [Music]
4:20:55
best piece of legislation that we could come up with to ensure that they have a voice I can tell you that uh is it the
4:21:02
best I've said yesterday we can we can make a hypothetical on every type of situation out there there's no perfect
4:21:08
bill there's no perfect initiative I will say this I do not and even when we
4:21:13
had it in place I have a lot of heartburn a lot of trouble with with the Constitution you know if it would have
4:21:19
passed we would have had the word marijuana in our state constitution okay I have trouble with that I have
4:21:27

trouble with uh that type of process so uh I in my view I do believe this is

4:21:33

better than what we had because it is statutory it gives us the ability to change things as you know

4:21:40

you're younger than me you're far more educated and smart than me you know that

4:21:48

as time goes on things change you know never when our Founders set their set

4:21:54

their set the Constitution that they even have an idea what a smartphone was going to be nor did they have any idea

4:22:00

what uh what those things do and and the and the crimes that you can commit through those or whatever so

4:22:07

putting something in hard and facts into a constitution that's what I have trouble with I think the statutory

4:22:13

provisions and putting this through the statutory Provisions is far more better that's your question no but gentlemen

4:22:19

the for an initiative on abortion correct it does not why that was just uh that was

4:22:27

what uh people drafted the bill and drafted this strike I wanted to do the people that drafted the bill and I'm I'm

4:22:33

fine with that the state of Mississippi I think uh that follows with along with the policy it certainly follows along

4:22:40

with my constituents that they they do not want but your constituents what about mine

4:22:45

I I think the majority of mississippians would choose

4:22:51

I would I don't think it I don't know it I feel that way any way

4:22:57

to really find out is they're allow them to vote I feel that way within my within my heart and and based on the fact that

4:23:02

some other stuff that we've done uh you know look around at this body look around this body you've got a mo the

4:23:09

majority of this body is going to say they're pro-life that my job every bit of this body is elected from every

4:23:15

sector of Mississippi that right there is a is a pretty accurate poll if I'm not saying that the people in of

4:23:21
Mississippi are pro-life and would not want abortion on on the ballot well Jim I'm sure you can agree with me that even

4:23:28
as a body we don't always get things right do we no that's why we come back every year that's also why we have why

4:23:34
we would have a ballot initiative in place in the instance that we don't get things right then the people get to

4:23:39
speak correct and they and they have the ability to do that except in a limited circumstances so we're gonna stifle to

4:23:45
people's voices by telling them you can have an initiative process come diluted but here also here are also some things

4:23:50
and that you can't put on the ballot and if the people choose and the people have elective Representatives again they can

4:23:58
bring this back back before us they can change those Provisions it'd probably be smarter for people to unelect those who

4:24:04
are trying to stifle their voices correct I don't know that anybody's trying to stifle their voices right now we're

4:24:09
trying to give people the voice that they don't have well you just sat there and told me that there's they can't even

4:24:14
put abortion on the uh that's one initiative that's stifling correct that's one issue one issue but there are

4:24:21
several other things that they can't put having on ballot initiative too correct well one's Constitution other stuff is

4:24:27
local and private which I don't think would be there others uh stuff that the legislature can't do

4:24:32
anyway and the other one is is appropriate funds which is on in our constitution specifically limited to the

4:24:39
legislature so really the only issue is abortion uh that is on there and like I said look at this body look at the body

4:24:45
across the hall look at your state leaders everybody there has run on a pro-life uh measure uh agenda and

4:24:52

platform and I think it's safe to say that the state of Mississippi is is pro-life and would would abide by that

4:24:59

policy but gentlemen again you wouldn't know that because we want a lot of people to vote on it they had they

4:25:05

they'll go to The Ballot Box in November I'm gonna recognize Jim from Hines Mr

4:25:11

Banks for an introduction thank you Mr Speaker I want to thank the ladies and gentlemen that helped us on the donation

4:25:18

for Blackburn in the north south Gallery up here uh you know representative Brown we got three other students chaperones

4:25:24

for Blackburn who take these kids out and that's Miss Donna cotton Miss Washington is over but we want to give

4:25:30

you 552 for your students so thank you House of Representatives for your love for these students thank you so much

4:25:37

appreciate you I may want you to come to the center they got a little bit for you too thank you [Applause]

4:25:43

Mr Roberts Mr Speaker um ladies and gentlemen we have we're

4:25:49

real blessed today to have the 2022 State Games athletes of the year the male athlete of the year is Leroy

4:25:56

Carpenter from DeKalb the female athlete of the year is surely England of Madison

4:26:01

and then we have the youth athlete of the Year Kaylee Harrison of Meridian so they're up here in the north Gallery

4:26:07

welcome them [Applause]

4:26:15

[Applause] we all we also have 2021's athletes of the Year Tara Tara Turner or Terry

4:26:23

Turner I'm sorry for Madison and Cooper Connor from Wiggins uh we actually passed resolutions for these folks over

4:26:29

the last year and just wanted to congratulate them

4:26:40

I recognize a lady from DeSoto Miss McRae

4:26:49

can I speak yes ma'am uh as a sponsor of an initiative

4:26:55

uh there do you know how many initiative it was that we had
4:27:01
the number of initiatives we had are you asking at the time the process was overthrown or all together all
4:27:08
together uh let me see how many of them
4:27:17
okay uh legal tells me about 80 at the time it was overthrown there was three that were pending do you know how many
4:27:23
initiatives that was successful not off top of my head I can ask three
4:27:31
three okay out of 80 only three initiative was successful that lets you
4:27:37
know that the initiative process wasn't easy anyway and now we're as legislators are making
4:27:45
it harder for a citizen I wasn't legislator so I
4:27:50
kind of had some idea how to get started a normal citizen would not would not know how to
4:27:58
attack this valative initiative process and you're making it harder now you're
4:28:04
making them get more signatures you're going through presidential election before it was government election I saw
4:28:12
the first bill that was drawn up you said 20 percent of the uh Governor's election but now
4:28:19
you dropped it down to 12 but it's the president election you know
4:28:24
we have more votes in the presidential election than the governor's election
4:28:30
so I'm asking why are we making things harder for our
4:28:36
normal citizen it is harder you can say it's not but it is yeah no no no me as a
4:28:42
sponsor to try to get all these signatures to put something valid on the
4:28:48
ballot yeah I don't disagree with you that the burden is is greater than it was before uh and I will commit to you
4:28:56
that like I said I believe this is going to go to conference uh I have no problem with the threshold myself with it being
4:29:02
lower but right now this is a number that we're kind of stuck at uh and I would rather the people have a voice
4:29:08

than not have one thank you I recognize Jim from Madison Mr bomgar

4:29:15

for an amendment

4:29:29

thank you Mr Speaker so ladies and gentlemen super simple all this does is it adjusts the signature Gathering

4:29:35

threshold back to the way it's been for 30 years uh in the build the way it stands right now which was the Senate's

4:29:40

preference it's more than double that at the current level it is unachievable there is no possible way to collect that

4:29:46

many signatures the way it is in the uh in the bill right now this just restores it to the exact way it's been for the

4:29:52

last uh 30 years which is 12 percent of the former aggregate votes for governor

4:29:58

in the previous gubernatorial election so that is a very high bar out of 80 filed initiatives only three have

4:30:04

actually made it into the Constitution or law so it's a very high bar already uh much better than the alternative

4:30:10

which is in the bill right now which is an unachievably high bar and impossibly high bar so that's all it does makes

4:30:16

that one tiny tweak I'd ask for your sport going through the process I did approach the chairman last week the

4:30:21

chairman of the Constitution committee uh told me this week that they were not opposed to that Amendment so I followed

4:30:27

the process that's the amendment happy to answer any questions recognize for Senator to respond

4:30:36

like I just said I don't have a problem uh but I'll leave this to the will of the house okay

4:30:42

question occurs on Amendment one if you favor the amendment indicator saying aye

4:30:47

opposed no

4:30:58

I think the eyes have it all right amendment is adopted any further questions on Where We Are

4:31:07

Jim from home do you have questions all right I tell you what we're going to

4:31:12

857

let the general from Adams offer his Amendment first I think some of these amendments will clear up a lot of these questions that

4:31:20

seem to be being expressed Jennifer Adams you recognize for your Amendment

4:31:35

thank you Mr Speaker uh may I explain my Amendment it's a substitute Amendment to the amendment

4:31:43

uh ladies and gentlemen uh so the gentleman uh from Madison has already passed part of what this amendment does

4:31:49

and it goes back to 12 of the gubernatorial election which is something that's important so it reduces

4:31:55

the number of signatures from what the Senate asked for from 250 to 105 or 110

4:32:01

on average but I want to point out there a number of ways well first of all let

4:32:06

me preface it by saying that our effort to do a ballot initiative the gentleman from uh Northeast Mississippi uh kept

4:32:14

saying well we're just giving them something better than what they have now alluding to the fact that there is not one now but actually there still is

4:32:21

under Section 273 of the Constitution there still is a constitutional ballot initiative but you can only change that

4:32:28

to comply with the Supreme Court ruling by Tank by having another of having a Constitutional Amendment which you'd

4:32:34

have to do by direct initiative and you'd have to do that to change it to four so it's still on the book The

4:32:40

Constitution has not changed what my Amendment does is track the Constitution it it simply tracks section 273 of the

4:32:49

Constitution and why why is that important so the gentleman from Madison got the number right because we went

4:32:54

back but what this bill also does one one of the one of the things that's really kind of egregious I think and

4:33:00

misleading is that if if you get an initiative on the ballot it's still difficult to do if you get it on the

4:33:06

ballot and you pass it we can come back here right after it passes and the super

4:33:11

858

majority in this legislature could come and overturn what the direct Democratic

4:33:17

initiative that the People Want it it does that's what it would do so my my

4:33:22

that's not anywhere in the Constitution we can't do that now there's no point in having a ballot initiative if all you do

4:33:28

is pass something and the legislature comes back and say we don't like it that's not what that's not what a ballot

4:33:33

initiative is for a ballot initiative is a way for people to have what we call direct democracy when they're not

4:33:40

satisfied with the job we're doing they can do something by getting signatures get it on the ballot go out there pass a

4:33:47

law and that law cannot be touched under the Constitution for at least two years unless the and then then the way the

4:33:55

Constitution Works they can only change it we can only change it if if we find

4:34:01

that it's punitive it breaks a law or it does something that that harms the public good that's the only way you can

4:34:07

change it so we can't do that but that this bill allows the legislation to just come and overturn what the majority of

4:34:15

the people in the state of Mississippi have done now the chairman was up here talking about we're a legislative body

4:34:20

and that they have these people elected us to come and do a job where if that's all that we are here to do then we don't

4:34:27

need a ballot initiative if all you're going to do is give people a carrot and say go out there and see if

4:34:33

we you do it and if you can get it passed I don't like it I'm going to overturn it that's not the way ballot

4:34:38

initiative works and that's not the way the public wants us to operate that's not what they ask for they asked us to

4:34:45

give back to them what they already had they didn't ask us to adulterate it they didn't ask us to change it they didn't

4:34:51

ask us to make it harder they said just give us what we had and comply simply with the Supreme Court asked us to do

4:34:57

now if you want to go home and tell your folks we gave it to you but we made it almost impossible for you to pass it and

4:35:03

if you pass it we're going to we can take it away from you if you want to do that go ahead because I tell you what

4:35:09

it'll be a mission of mine to make sure that the public knows that if I didn't vote for something I didn't vote for it

4:35:14

because I'm not giving you what you asked for so don't let anybody tell you this is something that will be good for

4:35:19

you because it's not so we got the presidential number in the gubernatorial number fixed the other thing it does

4:35:27

is it limits what you it essentially limits what you can do so they have all

4:35:33

they have everyday citizens has to have to figure out a way to come to elbow and get all kinds of numbers and tell you

4:35:39

everything you need to do about how the bill will affect the budget how it will do all of this look that's our job that

4:35:46

is our job that's something we want to do and clearly we need we need the public to have some say on it because we

4:35:52

just passed a bill to spend money we don't even know what we spend it at all so I would suggest to you that before

4:35:59

our forefathers when they did section 273 were your forefathers when they did section 273 of the Constitution

4:36:07

when they did section 273 of the Constitution that what they really wanted to do was give people a voice

4:36:13

what they wanted to give people a voice and so all all my all my all my memory does

4:36:19

literally is track what we've been operating under for the last Almost hundred years in

4:36:26

Latin and and specifically for the last 20 to 25 years that's all it does what

4:36:31

you have in front of you is a bill that doesn't give you that doesn't give your people how much time has expired on his

4:36:37
amendment I recognize the chairman to respond
4:36:45
all right ladies and gentlemen uh this is still going to conference so we'll try to get some things
worked out
4:36:51
but for right now I ask that you opposed this amendment thank you manage your author to close
well if it's going to
4:36:57
conference what I suggest to you pass a bill let's pass a bill passed my Amendment and let's send
the conference but it's
4:37:04
already in the Constitution right now let's just do that and if you want to come back with some
changes as the
4:37:10
chairman said to make it harder he thinks it ought to be harder to get a get a ballot initiative I
don't want to
4:37:16
go home tell people I made it harder for you to have a ballot an issue home and do that and you
don't either
4:37:23
record of as saying look we didn't mess with the process we didn't we didn't try
4:37:29
to trick you we didn't treat you like a child and tell you that we don't like what you passed we
don't like what you
4:37:36
do out there and we want to make sure that we can tell you when to come and when to go what
what what is okay and
4:37:42
what's not that's not what direct democracy is and so let the house be on
4:37:48
record as being pure about what the Constitution says and what the direct democracy is and if
you're going to send
4:37:54
it to conference send it to conference in the way that the people that voted for us said they
wanted to have it and
4:38:01
what they want is the initiative process as it stands right now and that's all I do let me say this
one other thing the
4:38:07
only other thing it does it does not allow for Constitutional Amendments you cannot do because
with statutory you
4:38:13
still have a constitutional initiative process and what chairman of ways it means one thing I did
agree with him
4:38:18

861

when we were debating the marijuana bill we shouldn't have marijuana in the Constitution and so what we can do is

4:38:25

statutorily do whatever we want to do and put on the ballot we can do it statutorily you can't amend the

4:38:30

Constitution with this with this bill so I'm consistent on that but if the people want to speak through their direct

4:38:35

Democratic voice let's do that without com without constraint let's do that and

4:38:42

let's send the chairman to conference with the house bills showing that we are fully and a hundred percent in favor of

4:38:48

direct democracy thank you all right a question occurs on amend

4:38:53

excuse me substitute Amendment Amendment one if you favor the amendment indicates saying aye

4:38:59

those no no's have it knows have it open the

4:39:06

machine Madam Clerk question occurs on the amendment if you favor the amendment vote I if you're opposed vote nay did

4:39:13

everyone voted close machine Madam clerk I vote 48 yay

4:39:19

69 days Amendment fails we got anything further

4:39:25

I don't see any other amendments thank you

4:39:31

yes sir what do you have for us oh you want to speak

4:39:38

all those in favor [Applause]

4:39:48

gentleman's got a right gentlemen's got it right I'm gonna take that right I was one of those people in 1992 that voted

4:39:56

for the initiative and let me tell you why it was so difficult to do because we

4:40:01

had to vote not once not twice not Thrice but four times to pass it through

4:40:08

the House of Representatives but we did and the people voted for it and let me

4:40:14

tell you this is the second time the voters of the state of Mississippi the

4:40:19

constitution of 1890 was never voted on it was promulgated at by the convention

862

4:40:24
the voters of the state of Mississippi adopted a constitutional amendment in
4:40:30
the early part of the last century to guarantee the initiative it was struck down with the Supreme Court on a
4:40:35
technicality number one strike one number two the voters of the state of
4:40:41
Mississippi of all kinds Republicans Democrats Independents voted for the
4:40:46
initiative process in 1992. it was approved in every quadrant of the
4:40:54
state of Mississippi so the people have twice voted for the initiative we're the
4:40:59
only state in the nation where it's been struck down twice we don't need a third strike this is not perfect but it keeps
4:41:08
the initiative idea alive for the people in the state to have the right to
4:41:13
initiate legislation it is a safety valve and a right for the people the
4:41:19
most fundamental right you can have is the right to vote to participate and to
4:41:24
have input and this gives the people that right so let's join the rest of America on this issue and not be strike
4:41:33
three that we've got two strikes but we don't want to be strike three thank you
4:41:40
all right Jefferson Holmes what you got point of inquiry Mr Speaker yeah sure
4:41:48
my understanding his resolution is amending the state constitution correct
4:41:53
it's the two-thirds vote two-thirds thank you Miss big all right do we got anything else
4:42:01
I don't see anybody all right favorite strike I'll indicate was saying aye
4:42:07
opposed no [Applause] house and voting if you favor the strike
4:42:14
all in the game was saying aye opposed no [Applause]
4:42:20
let's have it I died but we're fixing to vote on it I
4:42:25
mean what y'all want to vote on it right now insufficient number insufficient number
4:42:33
all right the question occurs on Senate concurrent resolutions 533 if you've
4:42:38

opened a machine Madam Clerk you favor the resolution vote I your opposed vote

4:42:45

Nave D everyone voted

4:42:53

has everyone voted close the machine Madam clerk by voter

4:43:00

78 years and five Nays the resolution is adopted we are going now back to the ways and

4:43:06

means calendar

4:43:32

whatever

4:44:10

thank you Mr Speaker I would ask that we go to item one Senate Bill 2603 call that bill up and make the usual motion

4:44:40

thank you

4:45:52

strange

4:46:15

thank you very much

4:46:40

all right we're going to the ways and means calendar recognize the chairman

4:46:47

thank you Mr Speaker again I'll ask that we go to item one Senate Bill 2603 call that bill up and make the usual motions

4:46:53

well it's been read the third time gentlemen you recognize uh thank you uh we do have a strike all I would ask that

4:47:00

we uh uh do you recognize presenter strike call okay I'm also going to ask that we recognize the gentleman from

4:47:06

Jackson to handle it Jefferson Jackson's recognized here's

4:47:13

your Amendment okay it's a strangle thank you Mr Speaker Mr chairman I have

4:47:20

an amendment to the strike all you recognized

4:47:30

thank you Mr Speaker the amendment to the committee strike I'll

4:47:35

put a two-year repealer and a reverse repealer

4:47:41

in the bill question I don't see any who favor the amendment

4:47:49

to keep saying aye opposed nay as habit anything further

4:47:56

the uh I'll explain the strike call thank you Mr Speaker ladies and gentlemen the house this is the digital

4:48:01

mining act before I explain the bill to you let me go ahead and if I may uh give

4:48:07

you the big picture of the industry and that may alleviate some of your concerns and answer some of

4:48:15

your questions in advance ladies and gentlemen of the house with that being said the digital mining industry in

4:48:22

Mississippi consist of seven locations

4:48:28

seven locations in the state of Mississippi the largest mining business that we have is located

4:48:35

in Tishomingo County that facility is getting ready to

4:48:41

undergo a 20 million dollar expansion

4:48:46

a 20 million dollar expansion with with an average salary

4:48:53

with an average salary of 65 000 dollars

4:48:59

there's been some concern that the um uh that some of these businesses have

4:49:05

located in situations that are really not conducive to that type of business I

4:49:10

can also tell you pursuing to pursuant to some research that I have done the

4:49:17

mining business located in Vicksburg uh has taken up an abandoned warehouse

4:49:25

they are now paying taxes they are now paying property taxes and they are now paying ad valorem taxes for that local

4:49:33

school district in Warren County

4:49:38

so with that being said what does the bill do the bill does basically three things number one

4:49:48

it will allow these digital mining businesses to conduct business and be located

4:49:53

in locations that are zoned industrial number one number two

4:50:01

it prevents local governmental entities whether that be a city or a County

4:50:08

to change the zoning that is to change the zoning that is targeted specifically

4:50:13

865

to discriminate and close these businesses down and number three and the last

4:50:21

accomplishment that it does is that it makes

4:50:27

people who are doing this type of mining on a personal uh level at their house on

4:50:33

their personal computer they must abide by ladies and gentlemen they must obey the local city ordinance that is related

4:50:42

to noise pollution or noise levels that explains the bill and I will be

4:50:49

happy to take any questions if you have any

4:50:54

lady from Lincoln Ms Curry thank you Mr Speaker with the gentleman yield always lady thank you so you're

4:51:01

aware that other states have uh said that they don't want this and one of the

4:51:07

reasons they're coming to Mississippi is um low energy cost and uh we're really

4:51:14

not paying attention they need to answer your question I am

4:51:19

not aware of other states that are preventing this I am aware of seven or eight other states excuse and members

4:51:25

indicating they cannot hear please holy noise down thank you you may continue sir lady I am aware of seven or eight

4:51:32

other states that do allow this but I would agree with your assertion that one of the reasons they want to locate in

4:51:38

Mississippi is due to low energy costs so but you're aware

4:51:47

you're aware they use a lot of energy they use a lot of energy also are you aware and not all of them I realize that

4:51:53

but you're aware that most of the ones that have moved to Mississippi are a

4:51:59

foreign entity and I've looked this up and sent it to everyone's email

4:52:04

a Chinese company lady I would disagree with you with all

4:52:09

due respect the personal research that I have done in the last 24 hours would indicate otherwise I would agree with

4:52:16

you that there is one located in Mississippi where the main investor had

866

4:52:21

a Asian name um I cannot prove one way or the other lady whether or not that person is

4:52:27

connected in any way any in any way to China and you're you're talking about

4:52:33

the CEO named Dong Dong Chen well I I can't recall his specific name but uh

4:52:41

uh I don't know if he is the CEO presently but he does have

4:52:47

says lady at the Secretary of State's website lady you're right he does have a

4:52:52

monetary interest in that application and you understand there's one in Meridian and everybody in the nation is

4:52:58

concerned about China moving anything in around a military base and we have a

4:53:04

military base in Meridian we do have a military base in Meridian yes lady thank you sure

4:53:12

Jim from Hines Mr Bell thank you Mr Speaker General you yes sir

4:53:18

gentlemen so during your explanation of this bill uh I didn't really hear anything that you were saying

4:53:24

um just kind of jumbled but just from my brief research on here on this

4:53:31

digital mining these companies are more so Bitcoin operators that is they're not

4:53:38

Bitcoin operated gentlemen the most popular digital asset in this country is Bitcoin

4:53:44

so what are these people mining for digital assets including but not limited to bitcoin that is one that that is the

4:53:52

most popular can you give me another example of what they are mining for and why they want to come to Mississippi I

4:53:57

get they paying taxes on building in all buildings and things of that nature but I'm just curious as to what their

4:54:03

function in life is to mine and create digital assets which

4:54:09

it's a very complicated process gentlemen as you know but to the best of my ability

4:54:15

it's what they're trying to do is is Buy locations on the blockchain and the most

4:54:21

popular digital asset that we have which you have heard about and which everyone else has heard about is Bitcoin that's

4:54:28
just a specific type of digital asset but what they do is they go out and it uses up a lot of energy and like I told

4:54:34
the lady before one of the reasons they do want to come to Mississippi uh is comparatively speaking the energy cost

4:54:41
is lower than in other states so there's no other example of

4:54:47
a monetary tangible things that you can touch other than Bitcoin that these people

4:54:54
um I mean give me Bitcoin is the most popular there's other names maybe you know those names I don't off the top of

4:55:00
my head I can tell you gentlemen the most popular one is Bitcoin all right thank you sure

4:55:10
all right I don't see any further questions question occurs on a strike all if you favor the strike I'll

4:55:15
indicate saying I pose no

4:55:21
[Laughter] a lot of passion for this bill isn't

4:55:26
there if you favor the strike all in the keeper saying ah

4:55:32
suppose no [Applause] all right strike All Passes very weak

4:55:40
uh very weak support all right any other questions on this bill

4:55:46
all right I don't see any open the machine Madam clerk question Senate Bill 2603 you favor to Bill vote I if your

4:55:54
opposed vote nay is everyone voted

4:56:00
everyone voted closed machine Madam Clerk I voted 49 years 55 Nays Bill

4:56:06
fields all right next item thank you Mr Speaker next we would go to

4:56:12
item two we'll take up a bill now that maybe a few more people understand we're going

4:56:17
to do something for the veterans uh 2187 I'd ask that uh Bill's already been read

4:56:23
the third time so I'd ask that we adopt the strike on you reckon uh

4:56:30
I'm next going to ask that we recognize the gentleman from Tishomingo gentleman Tishomingo

4:56:42

thank you Mr Speaker ladies and gentlemen of the house this is our Senate Bill version of our 70 disabled

4:56:47

tag bill which we pass unanimously uh what I'm going to do on my amendment is to offer a

4:56:54

um reverse repeater Mr Speaker foreign

4:57:22

Mr Brown you got a question all right I don't see any if over the

4:57:27

strike all in the keeper saying aye Others May as have it straight call is adopted and questions on the bill I

4:57:35

don't see any open the machine Madam clerk question Senate bill 2187.

4:57:40

favor the bill wrote I if you're opposed vote nay is everyone voted

4:57:47

close machine Madam clerk about 128 zero Nays bill passes jump from Union Mr Creek Moore that's

4:57:54

not introduction that order yes sir thank you Mr Speaker I've got some beautiful young ladies in

4:58:01

the north Gallery if y'all would please stand ladies and gentlemen the house

4:58:10

the these young these young ladies bring Beauty culture

4:58:16

and talent to the Capitol today they're from ballet Mississippi please make them

4:58:21

welcome [Applause]

4:58:29

next item item three Senate Bill 2306 uh we've

4:58:35

been called that bill up uh and ask that we recognize the strike all

4:58:42

okay you're recognized the gentleman from Rankin is going to help from rank

4:58:52

thank you Mr chairman thank you Mr Speaker uh Mr Speaker I'd like to uh table the strike off

4:59:02

I'm sorry sir I'm gonna table the strike off promotions to table the strike all those supposed to have five minutes I

4:59:09

don't see any all right we'll take the motion to keep saying I opposed nay as have it try call

4:59:15

us tabled what else you got all right I'm gonna explain the original bill this SB 2306

4:59:22

currently we have a capital region Levy board that protects the Jackson area it

4:59:27

also protects parts of Rankin County currently each City that touches it in county that touches it gets a

4:59:33
Representatives currently we have Flowood Pearl and Richland and Franklin County and also an appointment from the

4:59:39
supervisors and then in Jackson we have two Representatives one from the city one from the county what this will do is

4:59:45
if this if this Levy board adds more acreage or land in Hinds County we will give the

4:59:51
ability for them to add the Hinds County Emergency manager and the Jackson City of Jackson

4:59:58
emergency manager that's all it does take any questions

5:00:41
you recognize yield questions any questions I don't see any

5:00:47
you have an amendment to the strike a lady from Lincoln is recognized thank you Mr Speaker and I have come to

5:00:55
the chairman to tell him that I have an amendment and I don't know if any of you guys

5:01:01
remember us I I think it was 2016 but I'm not 100 sure we uh made this board

5:01:08
and um we also gave them the ability to tax

5:01:15
people which I guess I was asleep at the wheel when we did that and I'm all about helping Jackson with

5:01:23
their flood but what this committee is actually for is for the one late project

5:01:29
it is to build a reservoir number two

5:01:36
it's to build a dam at the Pearl River which a damn to me is going to make a

5:01:43
whole lot more flooding happen in Jackson and maybe no water going down the Pearl

5:01:50
so I just want us to we I think we may have been asleep at the wheel when we

5:01:55
did this I just want us to be sure we all have our eyes open going in yes we

5:02:00
have the city uh uh the mayor of Jackson on this board but he is well outnumbered

5:02:06
and I'm just afraid uh that that we're going

5:02:12
to cause a bigger mess than we have now the Corps of Engineers has not approved this project

5:02:18
let's wait and see if they approve it before we get deeper in this mess we

5:02:24
cause more flooding in Jackson We tax poor people more money that are getting

5:02:30
flooded and we continue down this road of of creating a gated community for

5:02:38
some wealthy people which I I like wealthy people I'm proud you're able to make more money

5:02:44
than the rest of us but I just don't believe that this is a way that we want

5:02:49
to go and I would appreciate you supporting this amendment

5:02:55
recognize chairman to respond

5:03:09
yes oh that would be nice if I told you

5:03:16
the proposed one Lake flood project as provided under the water research Department
development act would create

5:03:24
1500 Lake on the Pearl River near downtown in the city of Jackson

5:03:30
and and what it's saying is that that they're not able to do this

5:03:37
all right New York United chairman to respond

5:03:43
ladies and gentlemen this this bill does not authorize the one-way project it doesn't have any
money about the one

5:03:49
Lake Project it has no difference what the core does all we're doing is saying if any land is added
in Hinds County

5:03:56
which would be Jackson that the people who pay the millage will get a representation that's all
this bill does

5:04:01
it does not endorse the one Lake project at all

5:04:06
you hear for a question sir sure gentleman Hines Mr Bell oh Mr Speaker point of order okay uh
that this

5:04:14
violates and attempts to change the original purpose of the bill under rule 35. okay bring that
forward

5:04:20
we'll set the bill aside let the legal counsel consider the point of order

5:04:26
we'll go down to item four

5:04:34
thank you Mr Speaker we would uh ask that we call that bill up it has already been read the third time uh and um hold

5:04:43
one second

5:04:50
foreign

5:04:57
I'd like to uh call up a strike all and table it

5:05:04
you recognize presidential Trey call I would move the table to strike off you want to move the table those opposed to

5:05:10
have five minutes I don't see any if you favor the motion indicator saying aye opposing Aid eyes have it strike always

5:05:17
tabled a next have an amendment back on the

5:05:23
bill got an amendment

5:05:32
you recognized

5:05:40
so this body will remember that earlier in the session we had a a bill that came

5:05:46
out actually maybe a couple different times dealing with the very complicated issue of how

5:05:51
of the sales tax structure on software and software Services we had the

5:05:57
business interests that we're asking for clarifications in the law we had dor who was giving and providing their input and

5:06:04
they have continued to work at mine others request to the Senate's request to come to a compromised language and

5:06:11
this again a very complicated area of the law and this amendment represents the compromise that has been reached by

5:06:18
the business Community as well as dor it's highly technical but I'm just going

5:06:23
to hit the high points this amendment in section one defines tangible personal property and states that it shall

5:06:30
include computer software which shall not include electronically stored and or maintained data again that's consistent

5:06:37
with how historical tax policy in the state it also in section 2 inserts

5:06:43

language clarifying that taxable retail sales of tangible personal property and include those that are physically or

5:06:50

electronically delivered or located within the state and it also codifies the Department's regulation current

5:06:56

regulation the computer software maintained on a server located outside of the state and accessible for use only

5:07:03

via the Internet is not to be considered taxable retail sale section three there's some cleanup where

5:07:10

it removes duplicative Provisions that are in existing law section four um

5:07:15

revises the existing authority to allow a taxpayer to utilize any reasonable formula of apportionment that's dealing

5:07:22

with how taxpayers apportion taxes and that's really related to software that

5:07:27

may be purchased and then used across multiple state lines and locations and I see some of you starting to fall asleep

5:07:33

so I'm I'm gonna try to hurry Section 5 deals with a direct pay permit

5:07:38

and allows certain users who to apply for a direct pay permit where they don't

5:07:44

have to pay the sales tax to the vendor when they purchase a software they can actually file a return and pay that directly to dor if they follow that

5:07:51

process uh section six uh just codifies or conforms current

5:07:59

code to Define computer software section 7 deals with computer again same thing

5:08:06

except relating to computer software maintained on a server outside the stage Section 8 adopts and formal definitions

5:08:13

of computer software computer software services and information and data processing Services which are all terms

5:08:21

of trade in this area in this area of the law and

5:08:28

the actual market for this types of software section 9 deals with statutory changes

5:08:35

that states that the statutory change shall be prospective only and do not apply to any previous

5:08:41

previous issues previous taxes owed or previous claims for refund again we're

5:08:46

going to effect on July 1. that is an explanation of the agreement that has been reached and this amendment

5:08:58

I'll take any questions I don't see any if you favor the strike

5:09:04

all indicator saying aye opposed nay as have it anything further on the bill no

5:09:11

sir open the machine Madam clerk question Senate Bill 2449 in favor of the

5:09:17

billboard eye if you're opposed vote nay

5:09:23

close the machine Madam clerk by about 86 yays 21 days bill passes

5:09:29

all right Eurasian means heels the floor for the moment uh pending the outcome of

5:09:35

the point of order that was raised uh ladies and gentlemen on going back to

5:09:40

item four scr533

5:09:46

um I assumed that after the gentleman from Tallahassee spoke there was no one else

5:09:51

wishing to speak on that bill I'm informed that there were others who

5:09:58

now wished to speak and on Final Passage in order for that to happen we will have

5:10:05

to reconsider the vote whereby that bill passed to allow those individuals to say what

5:10:11

they have to say and then re-vote so I'm going to recognize gentleman from Alcorn for the motion to reconsider motion to

5:10:18

reconsider the vote by which sc533 passed all right if your favorite

5:10:23

emotion indicator saying I opposed nay the eyes have it the bill is back before

5:10:29

the resolution is back for the house is there anyone wishing to speak in fine

5:10:36

on Final Passage okay lady from Jones Miss Scott

5:11:07

foreign

5:11:22

[Music] the initiative of 533

5:11:28

that has come before us today is a little bit troubling to me I guess

5:11:37

from from one of the the lady from the lady from DeSoto County who outlined
5:11:44
all that people had learned to do to make the initiative process work
5:11:49
and then we decided to take that away from them now the Supreme Court
5:11:56
whether you agree with them or not in their conclusion
5:12:02
they wrote that Mississippi's five congressional districts as they existed
5:12:07
when section 273 was ratified in 92 would require that we agree with two
5:12:14
ideas that can't be sustained you know that we would agree that you'd have five congressional districts which we know we
5:12:21
only had four and if you believe that
5:12:27
then they said you would believe that you could have an initiative process under the
5:12:32
five when we know we had lost population so therefore we only had four
5:12:39
then in this conclusion uh the second point that the Supreme
5:12:44
Court made was that then we would have to be able to conclude that
5:12:51
Mississippi would have two districts for two different reasons the first reason would be to elect four
5:12:58
people to the Congress and then you'd have to to do other things whatever else you
5:13:06
wanted to do with those four congressional districts the Supreme Court said that uh
5:13:13
whether with intent by oversight or for some other reason the drafters of
5:13:19
section 273-3 wrote a ballot initial process that cannot work in a world
5:13:26
where Mississippi has fewer than five representatives in Congress the Supreme Court said
5:13:33
to work in today's reality it will need only one thing
5:13:38
that's all the Supreme Court said the Supreme Court said it would need
5:13:44
only one thing and that would be amending
5:13:51
and they said that that was something that lies beyond their
5:13:58

power as the Supreme Court that's something that you know

5:14:04

we would have to do and so the committee decided to bring us a

5:14:12

concurrent resolution that did many different things

5:14:18

but the one thing that it really didn't do that the Supreme Court directed it to do

5:14:25

because the Supreme Court only directed it to do one thing and that was just to go from five

5:14:30

congressional districts to four now another thing that for those of us

5:14:37

who are believing Liberty I believe somebody said uh

5:14:43

this supreme this Sr scr online 139 I

5:14:49

want you to listen to this the legislature

5:14:54

shall provide by law the manner in which the citizens can gather their

5:15:00

initiatives can you believe that we're going we're going to tell people

5:15:08

it's like telling cheerleaders you got to buy your signs from science first that cheerleaders you can't take and

5:15:14

make your signs you know your original signs and have them some blue and some

5:15:19

pink and some green no they got to be circulated presented and

5:15:27

certified in a certain way that's what you tell him

5:15:33

the citizens of the state of Mississippi who finally after 30 years and only had

5:15:39

done three initiatives but after that time they learned how to

5:15:44

navigate this process and in this scr are you telling them all no

5:15:51

oh no We're not gonna let you do it

5:15:56

you're not going to be able to do that we're not going to let you then we tell them gentleman from Madison

5:16:04

and this is something we really ought to be ashamed of given our history

5:16:09

we say if you come from out of state gentlemen from Madison now you know what that means

5:16:17

you come from out of state You Can't Help the People gather an

5:16:23

initiative now y'all y'all remember when people came down

5:16:30

here to Mississippi from out of state talking about change that's what it is

5:16:36

to balance do it's talking about change right and what did we do how did we react to

5:16:42

that yeah we have a bad reputation and we ought not to be doing this kind

5:16:49

of stuff because it makes it even worse when we're all over the national news

5:16:54

with this this kind of you know with this kind of craziness now the gentleman from where from um that was handling the

5:17:03

bill uh from North Mississippi current thank you sir you know I'm 66. I

5:17:11

can't remember everything uh the gentleman said that um

5:17:17

it was some things in this bill that we're not going to allow our

5:17:22

citizens to be able to react to or somebody questioned him I think it

5:17:28

was Jim from Pike ask him something about abortion and he said oh well the majority of

5:17:35

Mississippi uh they're they're against divorce what gentleman

5:17:40

in 2011 the speaker people spoke through

5:17:46

do you remember personhood amendment constitutional amendment where 58 of mississippians said

5:17:55

in 2011 that they rejected the personhood

5:18:01

remember about 58 gentlemen now this is was you know we were going

5:18:07

through a whole lot in 2011. this is when we were really conservative

5:18:12

here in the state of Mississippi but 58 percent

5:18:18

of the citizens said no to personhood now I'll take you a little bit

5:18:23

home now cause y'all like to use this term conservative but I'm gonna tell you who's conservative it's black people who

5:18:30

are conservative on this issue you don't go in the black church talking

877

5:18:35
about abortion so where does 15 come from

5:18:40
gentleman from Washington that voted to say no

5:18:46
to personhood well I'm trying to figure out where did they come from

5:18:53
and I just wanted to bring that to The house's attention that this bad

5:19:01
publicity where we're bringing up all of this bad stuff I I give you another instance

5:19:09
uh there is a provision in this bill that would stop us from entertaining voting rights

5:19:14
yeah that's in this uh Sr that you just passed

5:19:20
if you go and read it it tells you that you won't be able to repeal or change anything in here that

5:19:27
we in that we statutory say that you can't do is that not correct

5:19:32
you lawyers and then it goes on to say and I think this is one of the main

5:19:38
reasons why this thing is before us is that if you come with a proposal that

5:19:45
will address the finances the appropriations of this state

5:19:51
and we all know what was coming next and that was Medicaid expansion

5:19:57
now we all know that 70 of Republicans in this state

5:20:02
according to that poll said that they wanted to see Medicaid expanded and in every red state in this

5:20:11
country you know how Medicaid got expanded through the initiative

5:20:17
process so y'all I just I you know I'm tired of folks

5:20:25
talking about us so badly but I guess the truth is just the truth

5:20:31
you know that we are going to pass an initiative that says folk talking about Liberty

5:20:38
but we still at war with women your past postpartum yesterday

5:20:43
but you know what you did you told women in this state once you get past that 12

5:20:49
months and you don't have any health care you can't get a well check

5:20:56

because you don't have any insurance you can't get a Pap smear unless you
5:21:01
don't have any insurance you can't get a mammogram
5:21:07
you know why because you don't have any insurance and the gentleman from somewhere up there in North Mississippi
5:21:12
said that Medicaid insurance was not good insurance
5:21:17
well I would say this to you gentlemen something is better than nothing lady's
5:21:23
time is expired uh Jim from Adams kind of like this bad initiative that you just passed I just
5:21:29
wish to speak gentlemen you ain't gonna do it
5:21:42
thank you thank you Mr Speaker for giving us a little more time and ladies and gentlemen just briefly I just want
5:21:47
to make sure a couple of things I didn't talk about uh about this initiative that you should be aware of uh other than the
5:21:54
signature requirement it also uh it gives the legislature power to amend
5:22:01
and change anything that the people want to do and I talked about that and what's important about that is that I don't
5:22:06
think the public the public is used to being difficult to pass a referendum but
5:22:12
they every referendum the few that have passed have been solidly uh uh affirmed
5:22:18
and we haven't touched them we have done our job they've done their job and we've allowed that to happen I I just don't
5:22:25
think anybody in here wants to have a process where uh some zealots here in
5:22:30
the legislature comes back and forces people on onto a vote to change something that the people uh uh the
5:22:37
direct democracy decided that they want and so I just want to make sure you're aware of that because some of it wasn't
5:22:43
clear in the gentleman's explanation and so uh It also says that uh under this
5:22:51
current bill he he said it but I don't think it's correct but the way I read it you can
5:22:57
only have two to three I think it's two things on the ballot under uh under the

5:23:02
current law you can have at least five and so if people want to do the work
5:23:07
generate the funds do whatever they have to do to make sure that their voices are heard because sometimes we don't hear
5:23:14
them then we should not restrict that process uh my my point in being here is
5:23:19
to make sure that you understand what you're voting for that you're not voting for an initiative process that the
5:23:24
public wants you're voting for an initiative process there's a handful of uh House and Senate leaders want and
5:23:31
mostly Senate leaders there was a comment made by a senator that says that he doesn't like the process the man
5:23:37
handling the bill because he thinks it's dangerous you know my point is dangerous for who if the public has the
5:23:43
intelligence to vote for you but if they want to make a different vote on their issues then we should give them the
5:23:49
freedom to do that we shouldn't restrict that freedom we should allow that to happen uh but you know uh I just I just
5:23:56
think before you go back home voting for something that uh that that may get past
5:24:01
hopefully it doesn't hopefully we have a pure bill that just tracks the Constitution that before you do that you
5:24:07
need to understand that that this bill doesn't do that and it doesn't give you a real initiative process thank you
5:24:18
foreign yes sir it's a gentleman will yield yes I will
5:24:26
yeah Jim from Washington yeah sir I'm getting old I voted present last time yeah
5:24:33
uh should I post present again [Music] yeah yes yes you should vote president
5:24:40
thank you vote president thank you sir
5:24:55
there you go that's a I hadn't seen that trick in a long time
5:25:01
don't let him fool y'all ladies and gentlemen he knows what he's doing
5:25:08

anyone else wish to speak Jim from homes
5:25:13
my classmate thank you Mr Speaker and Ladies and
5:25:19
Gentlemen of the house I'm on a I'm gonna be brief but I too wanted to come down and and I
5:25:25
wanted us to take a real good look at this resolution that we're about to take up first of all we're about to mend the
5:25:31
Constitution and what does that mean it means that it's going to require two-thirds vote
5:25:37
but also if you look at the very last paragraph it says
5:25:48
on next to the last page that this will be put on the ballot the first Tuesday after the first Monday of
5:25:56
November 2003. and this been election year we all know
5:26:02
what day that is that's the day of the general election this initiative is going to be an
5:26:09
election year issue it's going to be talked about at your county fairs it's going to be talked about at your rotary
5:26:16
clubs it's going to be talked about from now until that first Tuesday of November of
5:26:23
2023. so I think it's imperative that we make sure we got a good piece of legislation
5:26:29
so first of all let me one thing and I read this thing last night and the only reason I came is because I read it three
5:26:36
times last night it didn't make any sense to me I got up this morning read it again but what confuses me
5:26:44
is over online 34. it says this initiative process shall
5:26:51
not be used it is list about five things in which this initiative process can't
5:26:56
be used in we've already talked about most of them you can't use it for abortion you can't use it to amend the
5:27:02
Constitution but e is what confuses me
5:27:07
it says to propose to propose any new law
5:27:12
or amend or repair any existing law that appropriate funds from the state
5:27:18

treasury so that basically means you can't use any initiative process that you bring
5:27:23
out that requires money to be spent you can't put it on the ballot
5:27:29
you don't have to be a learner to Turner to understand that one that one sentence so what does that mean
5:27:35
that means back in uh about 10 years ago the initiative process pass vote ID
5:27:43
that was one that passed vote ID and if you read that initiative it says
5:27:49
that it will require all voters to have a vote ID but it went on to save they could not afford one the state of
5:27:55
Mississippi would provide one and the ones of us who was here what do
5:28:00
we do that following year we came in and put the inactive legislation in and we appropriated
5:28:07
several million dollars to pay for these IDs under this particular sentence that
5:28:14
voter ID initiative would have been improper it wouldn't have been improper because
5:28:21
it would have spent money from the state treasurer to pay for these free vote IDs
5:28:27
look beside the uh left shoulder my classmate that the speakers are left shoulder what do you see
5:28:33
Mississippi flag beautiful flag one of the proudest days I've had in
5:28:38
this legislature is when this body and our counterparts on the other side passed
5:28:44
but after of it what happened we had citizens in this state who started the initiative the process
5:28:53
to change that flag I'm not in agreement with it I'm and I'm naive enough to believe that this voted
5:28:59
by the people they'll keep that flag we got but I believe they had a right to do that but that flag that's beside our speaker
5:29:06
is not free that flag on top of this that flies on both sides of this Capital came out of
5:29:14
somebody's treasure to pay for it it don't say a nominal amount
5:29:20
it says any funds any funds so my reading of that particular
5:29:26
sentence basically saying that the people who are going to be out trying to collect balance I mean connect collect

5:29:32
signatures under that particular cause they're going to be forbidden from even putting the flag on the initiative
5:29:39
and ladies and gentlemen I I there's so many other things in this if you read over
5:29:46
we make a point of orders in here that says you can't amend a bill by reference that you have to put it at length that's
5:29:52
the reason our bills are so long we're meant in the Constitution to say not only bills but initiatives can you
5:29:58
imagine how long a bill will be if you got to put a bill on a ballot
5:30:04
you could possibly have a a initiative there's a hundred two hundred even a
5:30:10
thousand pages so ladies and Gentlemen let's let's let's take a let's take a pause and we
5:30:16
all want an initiative process I do but this one have so many problems is it it
5:30:21
it is not well thought out and again we're going to have to defend
5:30:26
this vote from today to the first Tuesday in in November and
5:30:33
we want to be able to definitively be on that that campaign Trail and tell our
5:30:39
people that they got a real initiative process thank you Mr Speaker
5:30:44
all right I don't see anyone else wishing to speak
5:30:49
except the chairman moves final passage all right open the machine Madam clerk question Colonel
5:30:56
scr533 if you favor the resolution vote I if you're opposed vote nay has
5:31:02
everyone voted enclosed machine Mount Clare I wrote a
5:31:09
75 EAS nine Nays 56 required to bill
5:31:14
passes resolution passes all right we'll know now to the uh
5:31:24
I guess we'll go back to the general calendar I don't see Council I guess they're still considering the point of order that was raised so
5:31:31
we will go to the uh I guess late on the table calendars next
5:31:37

we're gonna pass that back to the general calendar we worked our way down to item five I believe

5:31:44

all right Chairman's recognize thank you Mr Speaker item five Senate bill number 2099

5:31:51

I'll call it up it has been read the third time you'll recognized all right I have a strike call you're recognized

5:32:00

all right all right the strike all basically um put in if y'all will remember earlier

5:32:07

in the well you know this is a different this is a bill that came over from the Senate

5:32:12

these next three bills I want you uh to pay attention to this still are the uh

5:32:18

the lieutenant Governor's crime agenda bill so to speak uh he put where he's

5:32:24

advocating for some mandatory minimums uh the first one has to do with taking a

5:32:29

motor vehicle it increases makes it a felony regardless of the the price of the

5:32:35

vehicle uh makes it a on a first offense makes it three to twenty years

5:32:42

on a second offense makes it six to Thirty I changed that when he came over

5:32:47

it was five to uh 20 and it was 10 I

5:32:52

think to 45 when it came over here now they are mandatory minimum but here's

5:32:58

what I want you to pay attention to it does have a verse peeler number one number two is I put in or the committee

5:33:04

put in a safety valve language now those of you who are lawyers know what a safety valve is we do that a lot in

5:33:10

federal court we also have a safety valve Statute in drug trafficking basically allows us to as lawyers as

5:33:17

prosecutors as judges that of certain factors are present the judge can depart

5:33:22

from the mandatory minimum uh this happens quite a bit it also

5:33:27

um you know I have I have a some heartburn over mandatory minimums I

5:33:33

don't believe they are I don't believe they necessarily work you have conservative groups out there American

5:33:39

884

conservative Union right on crime uh Alec and others who have mountains and

5:33:44

mountains of data about mandatory minimums and all of them all of them requested that if we do do that that we

5:33:50

at least have some type of safety valve in in the bill and that's what we did if the safety valve is is instituted then

5:33:57

uh the the judge can depart and even potentially a mandatory minimum wouldn't

5:34:04

apply they could they could not go to jail but again that's up for the lawyers and for the judges to do their jobs also

5:34:11

the bill includes um what I

5:34:17

uh set of reverse pillar it includes language in here for what I have always talked about a

5:34:23

trial tax this has been talked about and bantered about around in this uh

5:34:28

in this chamber another one uh for quite some time what it says is if you if someone goes and pleads guilty

5:34:36

and they they plead guilty they can't appeal that sentence but let's say somebody has a potential that they are

5:34:42

going to uh their offer their plea offers five years and then they go to

5:34:47

trial and they end up getting convicted by a jury and they get 25 years whatever the case may be they have a they can

5:34:54

appeal that sentence alone uh based on disparate treatment between uh the cause

5:35:01

of facts arguably don't change between the time there so that is another part of the bill so three things really

5:35:08

you're raising you're raising um funds and jail time on first and second

5:35:14

offenders you have a safety valve and then you have what I call the trial tax uh provision and that's an explanation

5:35:21

of strike all questions Jim from Pike Mr Porter

5:35:28

yes sir good Lord man you got any more bad bills you're bringing out today look

5:35:35

do what I can so

5:35:40

currently um this bill takes any motor vehicle that
5:35:46
is stolen it makes it a felony and you got a mandatory minimum correct yes sir so would you agree with me that
5:35:53
500 is less than fifty thousand dollars yes sir that's why I got a reverse
5:35:58
repeater in this and I hope and it's my prayer that when we do the take this to conference that we fix on fit fix some
5:36:05
of that stuff I understand what the lieutenant governor and and those in the senator wanting to do I think they're
5:36:11
being a little bit reactionary in some of this and with that said I I made talking to him and talking to that side
5:36:18
I said we would move this along and work through it but uh as you know it's it's so you do agree with me then a person
5:36:25
that steals a 500 000 card is just sitting out in the somebody's yard as
5:36:32
opposed to somebody sitting or stealing a car that's worth fifty thousand dollars should be serving the same time we have a mandatory minimum on this and
5:36:39
yet we do not have one on armed robbery so it needs some work this is not retroactive is it no
5:36:51
Jim from Hines Mr Banks thank you Mr Speaker uh gentlemen from
5:36:57
Alcorn if you give up question yes sir I know you said in it the value of the
5:37:03
vehicle is regardless that's regardless I think now it's a scale of of where the value of the vehicle is I think it is
5:37:10
but uh just to be sure uh I know you're going to conference whichever but if I have a business set and I have
5:37:17
an abandoned car or car that's just sitting there on my lot that someone's left there for a day or two and I have
5:37:23
that car towed I'm not going to be charged tow truck service they're going to be
5:37:29
charged with death of a vehicle are they we do have exceptions for that type of I
5:37:34
think you have to look at the intent there I don't feel like reading the bill I'm just asking you no I understand that but
5:37:40

um I I think it depends but I think you have to look at the intent of what was your intent of Towing it why are you

5:37:46

explaining it it just flashed in my mind thank you okay

5:37:56

Mr Watson thank you very much Mr Speaker the chairman will yield yes sir uh you may

5:38:03

have indicated this or you may have stated it but who is proposing this

5:38:08

legislation it is the lieutenant governor the lieutenant governor and do

5:38:14

you know why he's proposing this legislation you know he had a big press conference on it and candidly I didn't listen to it but uh he had a big press

5:38:21

conference on it I'm assuming uh I am aware that he thought that his

5:38:27

vehicle was stolen at some point okay now you've been practicing law for quite

5:38:33

a few years haven't you uh I have yes sir uh for a few uh how many years about

5:38:39

15. and I understand you do criminal defense work yes sir okay

5:38:45

now would you represent to the House of

5:38:50

Representatives at this time that this legislation is critically needed to be

5:38:56

past this session I would represent to you that uh

5:39:03

this is an issue in some parts of the state and some others it may not be and so with that mindset I think and I've

5:39:11

talked to those over there and I've agreed with them that we will talk about this going forward okay now you're

5:39:17

saying that not even the prosecutors are recommending this legislation I have not

5:39:22

they have not said anything to me about this was not on their agenda I'll say that okay and would you repeat at this

5:39:28

time what the current sentence is for uh

5:39:34

motor vehicle thing it depends on the value of the beat of the vehicle okay but the prosecutors have not come to

5:39:40

this body to this legislation and said that this uh these sentences should be

5:39:48

increase they have not they have not come to me okay was there a house bill on this
5:39:55
subject matter no sir okay thank you sir Jim from Harrison Mr hullum
5:40:06
with his gentleman yields yes if I may certain gentleman from Force there may have been a house bill but I didn't
5:40:12
bring one up but yes sir all right sir so I understand your attorney correct uh
5:40:19
in the words of my predecessor some days not a very good one okay so mandatory minimums is mostly
5:40:27
used in federal drug crimes correct uh sometimes we have one for our drug trafficking and we and of course you
5:40:33
have them in every uh well just about every sex Crown too but yes you have
5:40:39
them and right now in drug trafficking the mandatory minimum is 10 unless a safety valve is implemented and then it
5:40:45
goes to two but there is a mandatory minimum with drug trafficking yes and a
5:40:51
lot of that stuff comes from a lot of the not just the type of drugs but the amount of drugs in which that affects
5:40:58
not just our community but our state but do when you think that we're trying to decrease our prison population and get
5:41:06
people back to work we'll talk about keeping families whole and making sure that men are in the position to take
5:41:12
care of their families and their children by bringing this forward and creating mandatory Millions for a young
5:41:17
man who may create an infraction because they are high on fitting all appeals or something you're going to take him away
5:41:23
from his family do you think this is the right thing to do at the right time I think it's worth the discussion but I
5:41:28
want you to be on I want you to understand the bill came over here with a mandatory minimum that could your
5:41:35
committee Judd B put in here the safety valve that allow people to
5:41:40

make an argument that allow people to to a prosecutor a defense attorney or even a judge to do it suicide to to to go

5:41:48

down and depart from a mandatory minimum so uh with that said you know you have

5:41:54

to trust your lawyers you have to trust your your prosecutors and you have to trust the system I know some people may not want to hear that but you have to

5:42:01

otherwise what's the purpose of otherwise once they get convicted you just throw them in and have a mandatory

5:42:07

minimum so uh with what I'm telling you is the bill needs work I'm committed doing

5:42:13

that I don't like the mandatory minimum um on on these type of crimes uh because

5:42:20

they have been proven not to work uh and I didn't bring it with me but they've also been proven to be pretty costly but

5:42:27

in the effort of of moving this forward with the lieutenant governor and the Senate that's why we have a reverse

5:42:34

repeal in it that's why we're going to move it through the process or attempt to okay and last but definitely not

5:42:40

least me coming from a high crime area in our district in my community in which

5:42:46

I raise and still live and we see these things and we see the effects of what it does not just to

5:42:51

community but tall churches tall schools into our homes and we think about how can we fix the

5:42:59

problems that's pledged in our state not just in Jackson but in Gulfport in Pascagoula in Moss Point in the high

5:43:06

crime areas and if we continue to take the men out of the household and how to commute out

5:43:12

of the communities who is really going to stop those young men from committing crimes because we cannot police our way

5:43:18

out of this situation it would take men to get us out this situation so please think about that when you're fighting

5:43:23

for us to get away from the mandatory minimums thank you yes sir thank you

5:43:31

from October almost to Taylor thank you Mr Speaker the gentlemen will

5:43:37

you yield yes sir these are just softball questions first first one

889

5:43:43
was it the Corvette of the lieutenant governor that was I'm sorry I guess it's his Corvette that was
5:43:49
uh I have no idea I I don't I don't know
5:43:56
do these add-ons act as a real deterrent uh there's
5:44:02
I don't know that the data supports that the mandatory minimum is that as a deterrent I don't know that the data
5:44:07
supports that from from what I've seen so so if the data doesn't support it then why is this a good measure
5:44:15
well that's what we're going to talk about it going forward okay you mentioned Alec
5:44:20
Alec is comprised of Corporations from JCPenney Walmart bail bonding societies
5:44:27
associations what Corporation in Alec is actually requesting this bill I hadn't
5:44:33
said that they requested the bill I said that that Alec right on crime the ACU
5:44:39
American conservative Union and and uh some other groups of conservative groups
5:44:46
like that have amounts of data and I have them in my office regarding mandatory minimums
5:44:53
and how ineffective they are okay this is Senate bill Senate Bill had
5:44:59
we not been contentious with the senate for Alicia's legislative session
5:45:05
within some respects uh I would I would guess so I don't know really uh how to
5:45:11
answer that but in some respects but if I can always help somebody I'll try to but like I
5:45:18
said it's going to if you pass this right now it's not going to become long well gentlemen since we've been
5:45:24
contentious with the Senate let's not break tradition on this bill I have no problem we vote no gentlemen
5:45:31
Jefferson you and the defense attorney hi you and I both okay and
5:45:37
we've been making jokes about whose car got stolen and all of that
5:45:43
but it's but it's not a joking matter is it not at all no sir okay and you do
5:45:48
have a victim that's involved in that you have a victim but it's not a joke to the defendant is it

890

5:45:55
potentially not I mean they're looking at going to jail okay exactly so when you and I are staying with our client

5:46:02
before the judge it's it's not a joking matter at all is it

5:46:07
all right and and most of these people in here uh they don't they're not gonna step

5:46:14
foot in the courtroom okay could you please explain to them

5:46:19
the true definition of mandatory minimum I mean they're going to go to jail for a

5:46:25
minimum amount of time uh and you know and that could even be in some situations I've had people I'm

5:46:31
sure you have too with mandatory minimums that they did their time pre-trial

5:46:38
we're talking we're not talking about a kilo of cocaine we're not talking about

5:46:43
armed robbery we're talking about a motor vehicle theft possession of stolen

5:46:49
receiving stolen property if the are these not non-violent offenses that are non-violent but they're akin to

5:46:56
burglary in the sense that you are taking somebody is it defined by us it's not defined it is not defined in our

5:47:02
statutes so now that these great people in here understand that they may have

5:47:08
nieces and nephews sons and daughters that may get into trouble they may go Joyride and get charged with motor

5:47:15
vehicle theft they may be on their way to Ole Miss Alcorn Jackson to go to

5:47:20
school but guess what what fate lies before now that's why uh

5:47:27
that there's a mandatory minimum but that's why I put the the safety valve in there

5:47:32
for for you and me and US lawyers to argue that point and you know as real as

5:47:38
I do that we go through jurisdictions and throughout this state they don't want to hear nothing about

5:47:43
a safety valve sometimes sometimes but I've been successful in arguing those and I know you have to okay all right

5:47:50

and so now this this bill goes to conference and our safety valve is not in there anymore

5:47:56

I would have a hard time bringing that but back before this spot you promised you won't bring it back before this but

5:48:02

I would have a hard time doing that because as you know I believe in in

5:48:07

alternative sentencing I believe that this is not not addressing the problems that currently

5:48:13

exist in our state so uh I will not bring that back before here all right

5:48:19

thank you gentlemen hey

5:48:26

Jim from Lounge Mr Kareem

5:48:32

thank you Mr Speaker with the gentleman Yale yes sir gentlemen I'm I'm I want to go back to

5:48:37

some of the things that's been said so far but I want to get some clarity when you were talking to the gentleman from

5:48:44

October Hall you said this bill will not if we pass this bill this bill will not become law

5:48:51

no it has a reverse repeater that's going to conference it's going to conference yes gentlemen the other thing

5:48:58

since it is a non-violent crime and look I'm not condoning stealing cars but where I do have

5:49:05

heartburn and it seems to me that you have some heartburn as well with the bill is the penalty

5:49:12

for the crime yes sir um and you're you're relying on

5:49:19

compassion from across the state of Judges lawyers

5:49:25

and uh prosecutors correct you're hoping well I mean no I'm saying all three of

5:49:31

those can make a motion or can can decide whether this fits into a uh a

5:49:38

safety valve uh fact scenario you know as a defense attorney you're probably always going to argue that if you have

5:49:44

any any reasonable basis to do that but but but yes you're right any of those

5:49:49

three can use that to deviate and I know that you and and

5:49:56

professed to kind of be a reformist as it relates to criminal justice but

5:50:04

892

through this session we've had a lot of bills that have come through that has

5:50:09

has a lot of enhanced penalties on it and I guess my question is how will that

5:50:16

affect House Bill 585 that this body passed before the where we were trying to do to

5:50:23

alleviate uh I think this is a I think this is a scale back from 585. it's a

5:50:29

step back yes sir

5:50:37

all right thank you gentlemen

5:50:43

Madison Mr Blackman Jimmy Hill yes sir what's the uh

5:50:53

what's the minimum uh two minimum for the first offense is three minimum for

5:50:59

the second offense is uh six and that came over with five and ten so we

5:51:08

changed it the committee changed it from three to six and three what's what's the maximum now

5:51:14

maximum for the first offense is 20. uh and the maximum for a second or

5:51:19

subsequent offense is 30. so three to twenty first time yes that didn't change it was five to twenty

5:51:27

and then when the Senate sent it on the second or subsequent it was 10 to 45 I believe and

5:51:33

now it's 6 to 30. well Jim you yeah I've heard the discussion that about

5:51:39

uh the amount of the value of the vehicles and whether or not that makes any any

5:51:46

difference would you agree with me that automobile automobile theft is

5:51:54

is a traumatizing experience to the victim sure yes sir

5:52:03

most cases most common criminal indictments uh end up with some type of plea bargain

5:52:10

that's why how most of them get disposed correct yes sir I would I would concede to that so whether we have a mandatory

5:52:17

minimum that most of these cases probably going to end up with some negotiation

5:52:22

between the the district attorney and the prosecuting attorney typically and and whether a safety battle applies and

5:52:29

that would probably be a part of that negotiation

5:52:34

gentlemen I surprisingly I think the minimum is too low but

5:52:40

I'm sure you're gonna you are going to look at that uh but

5:52:46

when I was debating discussion with the lady from Heinz on her bill up there I was getting the

5:52:53

call my phone was going off it was one of my sons called me to tell me his vehicle has just been stolen

5:52:58

but it was stolen in ccid District how ironic that was well it would still

5:53:05

be three years on ccid yeah so but any event when this goes a conference the

5:53:10

goal is to do what with it my goal is to either do away with a

5:53:16

mandatory minimum or to keep it at the very least where it is with the uh uh

5:53:22

there's two potential aspects I guess keep it like it is with the mandatory minimums where they are with the safety

5:53:28

valve language in there or uh you know take it back keep the safety valve and

5:53:35

not have a mentor minimum but raise right now this would be a 25 parole eligible crime and maybe raise up real

5:53:43

eligibility time up instead of the mandatory minimum what percentage your practice criminal law

5:53:49

oh I don't know 60 70. of that part of your practice have you

5:53:55

ever had the experience where mandatory minimum uh was a factor in a plea bargain

5:54:01

just in recently and sometimes in federal court but recently most recent

5:54:06

ones I can think of is all on the drug trafficking cases

5:54:12

mandatory minimum is something that your client gets exposed to in a plea bargain

5:54:17

that you suggest well if you don't I don't know which I don't know how much you do and but but on the drug

5:54:22

trafficking the mentor minimum is 10 and then if the safety valve applies the judge can go down only to two so in that

5:54:30

situation I've used it well most drug cases if there's a plea bargain

5:54:35

uh a true plea bargain then the amount of drugs involved is usually adjusted to

5:54:42

meet a desired result correct yes the defendant to accept

5:54:48

uh apia I would agree with you so it's never a fact I'm just trying to think I've never had to be a factor where

5:54:54

we're trying to negotiate a plea and the district attorney wants to get wants to extract a guilty please so

5:55:02

the beans with I've never seen it in plea by but you've seen it though yes some of the drug trafficking cases

5:55:09

um and then of course sometimes I guess you can get it even though they're not a mentor minimum there's some Sometimes some stuff in some sex cases but drug

5:55:16

trafficking pretty much is where I get it most but but the statute requires a mandatory minimum of two years okay

5:55:22

well it's nice when the dressing only if you go to trial and you get convicted become a real Factor that's

5:55:29

probably pretty much it I agree with you

5:55:34

but uh gentleman Tallahatchie Mr Reynolds

5:55:41

gentlemen uh many of us have had cars stolen down here I had one about 25

5:55:46

years ago but let me ask you this and and that you know has no bearing in this

5:55:52

but uh not one since uh let me ask you this uh now the legislature passed uh I

5:56:01

believe a bill that required for repeated car thefts uh that allowed up to double

5:56:09

penalties is are you familiar with that uh I think this would it's a complete

5:56:17

claw back from that but yeah I understand what you're saying well gentlemen you when you go into

5:56:23

conference would you look at the fact that uh you know uh first time is you

5:56:29

know course should be dealt with properly but that the repeat offenders are

5:56:35

should be dealt with even more severely than a first term wouldn't you agree with that I agree and when you go to

5:56:42

conference will you bear in mind that if you a lot of people would vote for this to get it maybe into conference but that

5:56:49

they won't uh applied Christianity you know on the final result which would be

5:56:56

uh according to uh guilt and according to the Damage Done and according to

5:57:03

whether they've amended or not yeah all right I don't see any further

5:57:09

questions question occurs on the strike all if you favor the strike all in keep saying aye opposed nay as having

5:57:17

anything further on the bill the final passage Mr Speaker I don't see any questions open the machine Madam clerk

5:57:22

question Senate Bill 2099 if you favor the bill vote if you're opposed voting a

5:57:28

everyone voted close machine Madam clerk by about 74

5:57:34

years 43 Nays to build passes next item

5:57:41

uh I would call up item six Senate bill 2100. okay you recognized all right ladies and

5:57:48

gentlemen this is another one of the the lieutenant Governor's crime package this increases penalties on receiving stolen

5:57:55

property uh again this came over with the mandatory

5:58:00

minimum on it and the committee through through debate uh the mentor minimum on

5:58:06

it would be five years and but through uh

5:58:13

five to twenty but instead of what the committee what

5:58:19

your Committee in the house did was we did not do a mandatory minimum on this one we just made it from 25 percent to

5:58:28

50 percent parole eligibility um for receiving stolen property so

5:58:34

that's that's what this one does it also has a reverse repealer I intend on all of these crime bills to go to conference

5:58:41

so again it just really changes Pro eligibility from 25

5:58:46

to 50 percent questions jumping from Hines Mr Bell

5:58:53

thank you Mr Speaker gentleman to you yield yes sir I get the the sense that
5:59:01
the lieutenant governor is trying to show himself as being tough on crime
5:59:07
but does this not these last two pieces of legislation that we've seen today blow up everything that we've done on
5:59:14
Criminal Justice Reform and things that's why we're going to be very careful about going forward with them so my next question is
5:59:21
is there any way to um
5:59:27
not make these mandatory yeah that's what and this one does this one makes it just raises it to 50
5:59:33
instead of 25 so this is does not have a mandatory minimum in it okay in my next
5:59:40
question uh what I'm more concerned about are those individuals who may have received stolen goods and not known that
5:59:46
they were stolen so how do they how does that play gotta get a lawyer
5:59:53
a good one I guess thanks uh also the bill all of these I I neglected to say
6:00:00
this on the last one all of these have language in here about confidential informants uh we limit the ability to
6:00:06
use a confidential informant they can only be used once uh and then that is to try to cut down on some of the abuse
6:00:13
that that we see a lot in confidence performance but that's an explanation of it
6:00:19
do you have further questions yes sir Jim from Heinz Mr Brown
6:00:25
thank you Mr Speaker uh gentleman yields yes sir two questions number one
6:00:31
are we trying to fill up these private prisons with these uh young juveniles they're still in Joyride and shall we
6:00:38
say in some cases in these automobiles I'm not trying to fill them up but oh I do think there is a
6:00:44
there is an appearance of trying to be tough on crime and and
6:00:50
all of us want to be tough on crime but we also have to be smart about it as well and that's that's why I didn't make this a mandatory minimum we made it we
6:00:57
just raised the parole eligibility on it well another question Mr chairman uh I

6:01:02
mean Mr gentlemen is uh what about juveniles or any kind of
6:01:08
differentiation between the age of the perpetrator nothing more than nothing more than what's already law which means
6:01:14
that they're over the age of 18 this would apply under under the age of 18 they would be subject to Youth Court jurisdiction
6:01:21
thank you Jim from Tunica Mr Burnett
6:01:27
apparently he passes ladies from Jones Miss Scott
6:01:32
thank you Mr Speaker yes ma'am gentlemen if you stole 100 million dollars and you
6:01:39
constructed a volleyball court would that be considered as receiving stolen
6:01:45
property I'm just asking
6:01:51
uh not under this statue no ma'am well let me ask you another question then
6:01:59
under what statute would receiving stealing a hundred million dollars
6:02:06
have we enhanced have you brought anything enhanced out here to deal with a hundred million dollars having been
6:02:12
stolen by a bunch of thugs and Hooligans and reprobates that uh took
6:02:20
money from the poorest of the poor that we brought anything out here to address that to enhance a penalty on that
6:02:27
the to my knowledge that there's a statute on the books so nothing brought out here for a hundred million dollars
6:02:34
there's a there's statute on the books and uh that's yeah to uh we did we did
6:02:41
bring up a registry of people that once they are convicted they have to be on it but be
6:02:47
that as it may those are that's left up to the the the proper authorities to
6:02:52
prosecute what they see fit and so on this motor vehicle so that's the same
6:02:58
that's the same assumption that if they had stolen 100 million dollars and bought five or six
6:03:05
Maseratis and whatever else uh that that then would not be considered Motor
6:03:10

Vehicles there would not be motor vehicle theft uh so we can't get these thugs on anything I
6:03:17
mean you're hypothetical is money they're taking money and to buy this stuff that's but uh that would not be
6:03:23
what we're talking about a lady from Heinz Miss Summers
6:03:32
thank you Mr Speaker uh Mr chairman in the same line of questioning from the
6:03:38
general lady from Jones County would you would you entertain an amendment to this bill that would provide that if you stole
6:03:45
State funds you could be penalized or would have
6:03:50
whatever the the penalty is for receiving stolen property I'd be more
6:03:55
than happy to talk to you about it going through conference I mean I as an amendment as far as today I don't know
6:04:02
that I would agree with that without studying it and and having a little bit more time to process it but I'll be more
6:04:08
than happy to talk to you about that going through conference well thank you Mr chairman what's the
6:04:13
purpose of increasing the parole eligibility to 50 percent
6:04:18
it was a matter of compromise they wanted mandatory minimums uh
6:04:24
I wanted to kill the bill so they uh we came to a point to where we did we just
6:04:30
raised the parole eligibility believe the Senate and the house
6:04:37
supported legislation that lowered parole eligibility for non-violent
6:04:43
offenses I believe to 25 percent uh to 25 and some others but yes for the most
6:04:48
non-violent is 25 percent so why do we need a compromise to raise it back up to 50 well this is akin to
6:04:56
you do have some type of victims and like I said the bottom line was it was a compromise to try to to to uh to try to uh
6:05:04
work this through that's that's the bottom line is it was compromised with the Senate to try to
6:05:09

try to help the lieutenant governor and let him make more case or make a case of make a better case
6:05:16
than me on why he wants this uh instead of me just killing it I didn't want to bring out here mandatory minimum
6:05:23
on receiving stolen property and I you know I represent this happens a lot as
6:05:28
you can imagine with people who are addicted to drugs alcohol receiving stolen property is a common offense it's
6:05:33
always usually a collateral type of offense attached to some other type of of a drug offense uh so typically these
6:05:43
crimes are even potentially eligible for drug court uh type of crime so
6:05:49
this was just an offer a a an olive branch to him if you will to say look
6:05:54
I'll continue to talk to you about it well that's not the case for one of my constituents
6:06:01
one of my constituents was convicted of receiving stolen property and he had no
6:06:07
idea that it was stolen property but he was convicted of it paid a fine
6:06:13
served time and was disenfranchised as a result of that because receiving stolen
6:06:19
property is a disenfranchising felony can be yes uh-huh is that correct as far
6:06:26
as I know I don't have those top my head but I'll take your word on it that it is yeah it's it's one of those I believe 23
6:06:31
crimes typically a crime of dishonesty is disenfranchising okay
6:06:40
so whether you are aware that you're receiving stolen property or not
6:06:46
you would be subject to this penalty and would have to serve 50 percent of
6:06:51
whatever the judge gives you well the before you're eligible for parole if this passes
6:06:57
when the statute calls that they should have known that they know of it or had reasonable grounds to believe I mean
6:07:03
that's the elements of it that they know it was stolen or had reasonable grounds to believe so you know I don't know what
6:07:09

like I tell some of my clients every case is different things don't happen in a vacuum and I don't know all the facts
6:07:16
of your constituents case I'm just taking your word for it but uh that the elements of the offense require
6:07:22
knowledge and reasonable grounds to believe it was stolen
6:07:32
uh well as far as per capita I think that's correct it's yes and you mentioned earlier about being
6:07:41
tough on crime but also being right on crime or Smarter on it which I
6:07:46
which I've presented to this board even even today the gentleman from Washington brought up an alternative sentencing
6:07:52
measure with his bill uh and and and we're working through that with some of your mental health course your
6:07:58
intervention courts going through that um again I can't say it enough this is
6:08:03
nothing more than trying to talk to the senate about and seeing whether we do anything with it or
6:08:09
not but you would suggest that this bill is not being smart on crime uh in the sense it's smarter than it was
6:08:16
when I came over here because it's not a mandatory minimum but we should still vote no on it correct you can vote
6:08:21
however you want thank you chairman
6:08:27
Jim from forest Mr Watson passes
6:08:32
any further questions you sure
6:08:38
okay generalist Mr Arnold thank you Mr speakers into you yes sir
6:08:45
if I were to go to a gun show like in Corinth Mississippi and there's a gentleman there and he and I make a
6:08:51
trade on a gun um and I find out that his gun was
6:08:56
stolen and they find it in my possession am I going to go to jail for that well the
6:09:03
current I don't the current law is uh
6:09:16

If he if the current law is knowing that it has been stolen or have reasonable grounds to believe it has been stolen

6:09:23

so that is that are the those are the elements of the offense knowing or have reasonable grounds to know

6:09:34

does this change the current law nope just changes the penalties okay thank you gentlemen

6:09:40

all right I don't see any further questions pressure cares on the strike all if you favor the strike all indicate with

6:09:46

saying aye opposed nay eyes have it anything further on the bill no service

6:09:52

final passage I don't see any questions open the machine Madam clerk question occurs on Senate Bill 2100 you favor the

6:09:59

bill vote I if you're opposed vote nay is everyone voted

6:10:06

close the machine Madam clerk by about a 69 years 44 days bill passes John from

6:10:12

Tunica Mr Burnett thank you Mr Speaker I would like to get permission to change my vote uh on Senate Bill 2099 it's item

6:10:20

number five how you want to go oh from yes to no yes

6:10:25

to no any objection change the gentleman's vote next item

6:10:30

thank you Mr Speaker I call it the next item uh I think it's 2101 item number seven okay you recognize all right this one is

6:10:38

and the last one of the three parts that Senate sent over this has to do with felony fleeing uh it is a strike on I'm

6:10:47

calling up the strike all I guess uh it is a strike call in the strike all many of you remember we had a felony

6:10:53

fleeing bill over here we put that bill in this one that includes

6:10:59

um that includes the amendment that the gentleman from Hans Mr Bell offered that that puts forth uh

6:11:07

that puts forth a definition of Reckless that is offered by the uh brister

6:11:13

factors in our Supreme Court that they've said need to be applied that is

6:11:18

the first part of it raises raises the penalty from five to ten and it includes

6:11:23
the brister factors the second part uh is language that the Senate offered to
6:11:28
us which creates a mandatory minimum and this one's a little bit different it's why we kept it it's a mandatory minimum
6:11:36
on creating seriously bodily harm to law enforcement of officers uh it is a
6:11:46
I'm sorry it is not it is zero to two it is it created felony that's what it was
6:11:52
it wasn't a felony it creates a felony seriously bodily injury zero to two years if you commit that on to a law
6:12:00
enforcement officer and the big part of this bill that does create a mandatory minimum is for the offense of carjacking
6:12:09
now carjacking uh it creates a 5 to 15 years for simple carjacking for armed
6:12:17
carjacking it creates a 10 to 30 year penalty
6:12:22
um those are mandatory minimums I we did include a safety valve in this one as
6:12:28
well that couldn't be argued to deviate from the mandatory minimums it includes
6:12:34
the language I told you about confidential informants and it also includes a reverse repealer
6:12:40
that's an explanation of the strike call
6:12:49
questions uh Jim from Washington Mr Hines thank you Mr Speaker yes sir
6:12:57
quick question a couple of them really uh what happens gentlemen if uh I've
6:13:03
informed my daughters that if a police officer get behind them
6:13:08
and the area is not well lit to proceed until they find a place where
6:13:14
they feel safe and there are witnesses because of so much stuff that yeah
6:13:20
can they be charged with fleeing yeah as you're talking to felony fleeing it is a
6:13:25
defense to felony fleeing that the law enforcement officer was not in uniform or that the driver proceeded
6:13:33
in a safe manner to a reasonably near well-lit public place before stopping all right so that's already that's
6:13:40

current law all right so what if what if that's three to five miles
6:13:45
can that be considered it says reasonable whatever reasonable is okay
6:13:52
so uh you said something uh earlier about an increased spending if an officer is
6:13:59
hurt so let's say uh someone is speeding uh chasing someone on i-220
6:14:07
and uh the officer is fleeing behind him and another car inadvertently pulls out
6:14:13
in front of that officer and he has a wreck and he is hurt will the individual
6:14:19
that he's chasing be charged with assaulting an officer well that's it
6:14:24
that's in a different statute of what we're talking about where I was creates
6:14:29
a new a new crime under resisting arrest this is resisting
6:14:34
um arrest only causing like a like a sapo calling simple assault of a police
6:14:40
officer increasing the penalty on that so uh under your situation uh would he
6:14:46
be charged with I guess he could be charged on right now for potentially aggravated assault I've had that happen
6:14:52
before where somebody has uh was fleeing from the officer somebody pulled out in
6:14:57
front of him happening happening on Highway 72 in Corinth and then they got
6:15:02
hit by them they got hit by the person that was chasing they hit the other officer and he was charged with aggravated assault
6:15:09
okay so um now this uh assault and resisting arrest
6:15:15
so what if I'm in crisis I'm having a mental health episode
6:15:20
and um the law enforcement officer arrives on the scene and is not aware of my
6:15:27
mental health conditional background and um they attempt to subdue me or
6:15:36
well and I get the best of them yeah well hopefully and like I said every hypothetical we can do it hypothetical
6:15:42
to death hopefully earlier in this session you voted for what I call a transformational mental health bill that
6:15:49

is now if the Senate has passed it and they may have done that now is now going to require

6:15:54

police officers to have mental health training so hopefully in that situation that you're prescribing to they're going

6:16:00

to be trained enough to know what's going on okay thank you Jim

6:16:10

from forest Mr Watson um thank you Mr Speaker chairman of Yale

6:16:16

yes sir you had indicated you have two offenses in this bill is that correct

6:16:21

well yes there's various offenses yes sir okay how many offenses well you got

6:16:27

felony fling you got this new kind of project felony fleeing and you got this

6:16:32

new resisting arrest and carjacking okay now this actually incorporates how many

6:16:38

house bills just the one that that I brought out to you earlier on felony fleeing felony

6:16:45

fleeing they had they had felony fleeing over there which made it a mandatory uh minimum and did some other stuff raise

6:16:51

it a little bit higher than what we did I put in the hours which was also amended over here okay now what did they

6:16:57

do with the felony fling bill that we sent over to the Senate I have no I don't know I think they put in Senate

6:17:03

language I haven't checked on it okay okay now the carjacking is there uh

6:17:11

uh as far as you know was there a house bill no sir as far as I know we had not

6:17:16

debate we have not debated one okay so how did the carjacking could you give me

6:17:21

the Genesis how does carjacking Bill get into this it was in this original Bill their original Senate Bill had felony

6:17:28

fleeing resisting arrest and carjacking all in one bill all right okay thank you

6:17:34

sir

6:17:39

don't see any other vote I mean uh questions uh we favor the strike I'll indicator

6:17:45

saying aye opposed nay eyes have it I don't see any further questions open

6:17:50

the machine Madam clerk question Senate Bill 2101 you favor the bill Lodi if you're

6:17:56
opposed voting a server one voted close machine Madam clerk a little 73
6:18:02
years and 38 Nays to build passes next item all right Ms speaker can I be
6:18:08
recognized for the last Judiciary B bill
6:18:15
I think they enjoy it so much they hate to see it come to you yeah well I'm sure
6:18:20
they'll see me again uh the last one uh Senate Bill 2346 you reckon Now ladies
6:18:27
and gentlemen uh before I want to put a reverse repeater in it okay you recognized
6:18:34
see it that Amendment to the strike call is just a reverse repealer uh Legend This is a this is a bill that we've
6:18:42
passed over here uh it is what we've called them affectionately called the
6:18:47
porn bill I guess uh it has to do with limiting and requiring third-party
6:18:53
verification for uh minors that you cannot nobody under the age of 18 can
6:18:58
can view uh pornography and it requires that going for over 18 you have some
6:19:04
type of digital ID to do so it also put in the bill that was that passed here
6:19:10
that regards with school districts and and the vendors they use public libraries and the vendors they use also
6:19:17
have to have safeguards in place to protect minors from illicit and
6:19:24
sexually illicit material so that both of those these are two two house bills
6:19:30
in this bill that's an explanation of it questions lady from hiring Smith Yates
6:19:37
well the gentlemania menu I'm reluctant to but I will
6:19:42
can you look at section bill for me I have some questions about that specifically
6:19:48
this is the section that deals with public libraries and there's no age limitation at all in
6:19:55
this bill and in that section of the bill so it's not limited to just minors yeah and it specifically says that any
6:20:03
books that depict or deal with matters of sex or materials that are sexually oriented and
6:20:11

again these are digital books so um you know like something for your Kindle would be prohibited

6:20:18

so we would be banning any book that references sex for an adult in all

6:20:24

public libraries in any digital format I think it also makes reference but be that as it may the intent of it is to be

6:20:30

against minors so you know like it does have a reverse repealer we can we'll look at that going forward the intent of

6:20:36

that is for it to be with minors but I do think there's language in here somewhere I don't see it it's not here

6:20:43

on 331 obscene materials which are which are defined defined up in section one of

6:20:51

uh of that part of it which taught well it's going to be I don't know that that section one section five which talks

6:20:58

about uh I don't know if that's right or not but anyway it does Define more it gives

6:21:04

it gives a bit a more narrow definition of obscene materials that's only one

6:21:10

part of the definition I mean it starts on line 328 and it says child pornography which obviously I mean I

6:21:16

don't have a problem with that but then it also says materials that depict or promote child sexual exploitation or

6:21:22

trafficking again I don't have a problem with that um but you you continue to go down into the definition section and there's

6:21:29

specific language that specifically says materials that are sexually oriented or

6:21:34

that depict or deal with matters of sex yeah so it's a very very broad

6:21:39

definition and there are no age limitations so this would apply to all books all digital books in a public

6:21:46

library to some extent it's it's broad but if you look at line 246 for the purpose of this act material is obscene

6:21:52

if to the average person applying contemporary standards taken out as a whole it appeals to the prurian nature

6:21:57

907

that is lustful erotic shameful morbid interest and nudity sex and two the material taken out of this

6:22:04

whole lacks serious literary artistic political or scientific value and the

6:22:10

material that the picture describes an offensive way um after fine

6:22:16

I was on line 248. that's not part of section eight though unfortunately but

6:22:21

it but it goes but you have to refer back to it but it doesn't refer back to it section

6:22:27

we'll fix that in conference

6:22:33

331 talks about obscene material as defined in section one as part of the

6:22:40

definition but it it's only part of a very long definition and a very broad definition with no age limitations I

6:22:46

disagree with the way you're reading that I think it I think it Narrows obscene materials pretty much but like I

6:22:52

said it's got to reverse repeater in it and we're going to go to conference on it so is it the intent it is not at the

6:22:58

intent it is the intent number one to to prohibit or to protect children from

6:23:04

seeing this it is not the intent to Outlaw things such as uh The Scarlet

6:23:10

Letter or uh or James Joyce or Ernest Hemingway or the Canterbury Tales or drafts

6:23:16

it's gray like I said the the the book the book talks about literary artistic

6:23:22

value or the bill talks about literary I don't know that 50 Shades of Gray has any artistic value but I think an adult

6:23:29

should still be able to read it if they want yeah I don't know I I I'll take your word for that um but again I think the intent is to

6:23:37

keep it out of the reach of children and I think we don't need to throw Common Sense out

6:23:43

and the baby out with the bath water in this too we understand what we're trying to do and it's not it's not it's just

6:23:50

limiting access making this stuff harder for kids to get for kids but there's no

6:23:55

age limitation in Section 8 hours and I'll commit to you that going to conference we will fix that thank you

6:24:04

I don't see any further questions if you favor the amendment indicator saying I opposed nay as habit

6:24:12

now on the strike call I don't see any questions if you favor the strike I'll indicator saying ah those nay the eyes

6:24:19

have it now the bill open the machine Madam clerk question will send a bill 2346 you favor the bill

6:24:27

vote I your opposed vote nay as everyone voted

6:24:35

close the machine Madam clerk about 83 age 29 days

6:24:40

the bill passes we return now to the

6:24:46

top of the calendar concurrents are non-concurrents any chairman have an item there they wish to

6:24:53

take up

6:25:00

motion to reconsider calendar lady from Amit

6:25:11

Mr Speaker I'd like to go to item number eight Senate Bill 2075 and move to

6:25:17

reconsider the vote by which Senate bill number 2075 passed for purposes of an

6:25:23

amendment motion is to Rick instead of the vote on item 8 2075 all in favor say

6:25:30

aye opposene a eyes have it to build US bank before the house Mr Speaker I moved

6:25:36

to reconsider the vote by which the strike all passed for purposes of an amendment motions register the vote by

6:25:42

which strike all passed all in favor say aye opposed nay the eyes have it strike

6:25:47

call us back before the house please recognize the gentleman from Corinth for an amendment General small coins

6:25:53

recognized for an amendment

6:25:58

all right so your thumb still we're getting rid of me all right the amendment is uh

6:26:06

I'll explain it to you it is an amendment uh regarding Title IX purposes

909

6:26:11
it is for the purposes of state law not federal a person's sex is defined as his
6:26:17
or her biological sex a female is an individual uh obviously
6:26:22
that is unambiguously female a male somebody that's unambiguously male
6:26:28
um what the bill sets out to do is it states that a public school or the
6:26:35
amendment a public school school district state or local agency or office shall not require shall not require an
6:26:42
employee or student to address another employee or student by pronouns salutation greeting or other terminology
6:26:49
that is inconsistent with their addressed persons sex as defined and a
6:26:55
public school school district state or local agency department or office may
6:27:01
require an employee or student to dress in accordance with generally accepted workplace or student standards I think
6:27:09
it's important to point out that that is a May in there that uh and that we are
6:27:14
just saying that uh that the office shall not require
6:27:20
and an employee or student to address another so that's an explanation of the amendment
6:27:27
question Jim from Madison Mr Blackman Jimmy yes sir Jim you're aware that
6:27:35
there are some states unlike Mississippi where the uh you can get a court order
6:27:42
access changing the designation on the birth certificate to female
6:27:47
change the name of the individual to a whatever name they choose and that's controlling in a particular
6:27:54
State say I'm going to give State like Florida which you can do then yes sir if those
6:28:02
if that individual decides for his family her in this case science moved to
6:28:07
Mississippi
6:28:12
actually speaks to that it says a person's sex is defined as his or her biological sex at Birth
6:28:19
okay that's what the amendment says uh is there what is was defined at Birth so

6:28:26
your question if you're changing the birth certificate now keep in mind the birth certificate's changed now if you

6:28:32
have a court order that changes the birth certificate I don't I don't know that this bill addresses this right now it's talking

6:28:38
about and the intent of this I believe is somebody who hasn't gone that far and had the birth certificate and had their

6:28:44
and had it changed like that well I know it doesn't address that but I mean it shows the Folly of this bill

6:28:50
uh when States surrounding Mississippi and even red States surrounding

6:28:55
Mississippi but permit that uh at least they have not banned that and their court orders in fact I think it was what

6:29:02
last week I would think I would think it would be a hard time if just just me think and you personally as a lawyer I

6:29:09
think it'd be a hard time if they have a court order changing their birth certificate and a court order now identifying them from birth as that I

6:29:16
don't know that I I don't know why they wouldn't be considered that I

6:29:21
if they have a court order but this is more addressing those that don't those that may be in a in a transition phase

6:29:29
or those that may not even be in a transition phase but choose to live us another gender what

6:29:35
why not by the way yeah the State issue this year now they admit the amendment lays out legitimate reasons there are

6:29:42
legitimate reasons to distinguish uh and private entities Public Schools School District state

6:29:49
et cetera et cetera departments uh between the Sexes and respects to Athletics prisons and other detention

6:29:55
facilities domestic violence shelters Rape Crisis Center locker rooms restrooms and other areas where biology

6:30:01
biology safety and privacy are implicated so there is a legitimate government reason and and keeping the

6:30:07
Sexes uh differentiated creating its own reasons then we be in

6:30:13
the government well we are the government and we we create a lot of reasons for a lot of things well Jim I I
6:30:18
know I'm not I know you this is this is not it's a Senate bill uh you brought it out but it's just
6:30:27
it's seem to be we're gonna have to have another deposition for uh definitely what being conservative means
6:30:32
uh this is intrusive into individual rights and and uh that seems to me as aliens of
6:30:38
what it was on the Reagan and Nixon and a few of you are the Republican presidents but then maybe it's changing
6:30:45
who knows I'm from Washington Mr Hines
6:30:50
thank you Mr Speaker gentlemen yeah yes sir can you or the gentlelady tell me
6:30:56
how is this germane to the bill that's before us can y'all tell us why are we
6:31:01
having this discussion what makes this information Jermaine to this piece of legislation
6:31:07
oh it does they both share the word birth
6:31:13
so that that's the so I'm not trying to I just want to know what makes this
6:31:20
germane to this we didn't discuss this at length for almost two three days in
6:31:26
his body what makes this particular language again germane to the business that we supposed to be doing for the
6:31:31
people we got a calendar we need to finish we got other stuff we need to be doing so can one of y'all expect without
6:31:37
the joke just tell us this body because everybody's curious well I mean I think makes this Jermaine Jermaine to the bill
6:31:43
yeah other than the word birth yeah well I think it's it's important for uh the
6:31:50
state to pass this I think it's important for the state to take a policy position I mean you're you're having
6:31:56
your school districts dealing with some of this issues on on difference with pronouns or how to attack people how to
6:32:03
address people I should say how to uh uh uh cater to them which so I think it's a

6:32:10
compelling interest for the state to go down on on deciding this is what we're this is going to be our policy we're
6:32:16
going to have we're going to differentiate and distinguish between the sexes Jim from home Mr Clark
6:32:28
thank you Mr Speaker with the gentleman yield yes sir General on the Mississippi Law now how
6:32:34
is the sex of a child determined I would imagine by the birth certificate
6:32:40
on the birth certificate how is that determined uh I would have uh at the time of the birth I guess the doctor and
6:32:46
the parents um look to see what the child is okay and the reason I asked is a month or so
6:32:53
ago when we was debating the other bill you know you and I had some back and forth as relates to intersex you
6:33:00
remember that yes I did I do um that Friday when I got back to my
6:33:05
office I had a call from a not one of my constituents but a resident of the state of Mississippi
6:33:11
and I called her back and what she told me is that she actually had a child that's now six years old
6:33:18
and actually had parts of both genders
6:33:24
and she was told that she was given three days to decide which one she want to choose
6:33:31
so I guess she had to flip a coin do you know if that's the practice of the Department of Vital Statistics is that's
6:33:37
how we're determining I do not I don't know I don't know if that's a standard operating procedure or if that's a uh a
6:33:45
situation with this particular doctor that she went to I don't know do you
6:33:51
think do you think that's the way we should be determined agenda in the state of Mississippi I think it should be
6:33:59
and first off this is only dealing with unambiguous individuals this is only dealing with
6:34:06
under at Birth only un ambiguous individuals I get your little I get your
6:34:11
hypothetical and now it's not a hypothetical forgive me for that but I mean I get the
6:34:17

913

fact scenario do I think that that's the way that we should be doing in Mississippi I think
6:34:23
it should be left up to uh I think but I think it do uh apply it because in this
6:34:29
particular situation the mother got it wrong there's no way in Mrs Curry on the Mississippi law that
6:34:36
she can fix it once it's done there's no way under Mississippi law
6:34:42
that she can fix it you can change you can do a name change if you could do a name change and they could live
6:34:47
whichever gender they chose to live at which has until they get to the age of 18. but if they get it wrong
6:34:54
you can't go back and change it but Mr Speaker I like to raise the point of order related to the general from
6:34:59
Washington's uh statement that this bill this amendment is not germane to the bill put it put in writing sir bring it
6:35:06
forward thank you all right we will uh any other item on a
6:35:12
motion to reconsider calendar any chairman have an item there
6:35:20
okay probations
6:35:25
passes brings us back to Ways and Means uh item
6:35:32
three on ways and means a point of order was raised by the gentleman from Heinz it's my
6:35:39
uh discussion with legal counsel at the point of order is well taken on the
6:35:44
amendment Ray uh offered by the lady from Lincoln uh it attempts to change the amendment
6:35:51
attempts to change the original purpose of the bill so the point of order was well taken that means the amendment is set aside
6:35:58
proposed amendment is set aside we're back on the bill
6:36:03
I believe we were in the process of taking up this the strike was there a strike on no it's not all right we're on
6:36:09
the bill okay we're on item three Senate Bill 2306
6:36:16
anything further on that bill no sir final passage any further amendments that I didn't see

914

6:36:23

any questions I don't see any open the machine Madam clerk question occurs on Senate Bill

6:36:30

2306. she favored to be a vote I if you're opposed vote nay everyone voted

6:36:39

close machine Madam Clerk I wrote a 98 years in 15 days the bill

6:36:45

passes that completes the ways and means calendar

6:36:51

brings us back to the late on the table calendar the only remaining item is Judd a

6:36:57

pass and we completed the general calendar well let me clarify it's my

6:37:05

understanding that no chairman wished to take up anything after item eight on the

6:37:11

general calendar let me make sure I didn't Overlook one but I I call myself having talked to

6:37:17

each of the chairman on items 9 through 14. and uh none of those chairmen indicated

6:37:23

a desire to take up those bills so I'm mistaken speak now

6:37:30

all right but it appears then the only remaining item that we're waiting on is the point of

6:37:38

order let me check with legal counselors to

6:37:44

where we are

6:38:08

legal counsel informs me that the point of order by the gentleman of homes is well taken so the amendment uh is not

6:38:16

germane anything further on that bill

6:38:21

where'd the man go he's in the back anything further on that bill

6:38:28

nothing further

6:39:36

all right I recognize chairman thank you Mr Speaker ladies and gentlemen with the point of order being

6:39:43

well taken we're back on the strike all that I presented to you on yesterday which contains the language for the

6:39:51

adoption the new licensing agency that we'll have for adoptions that was a

6:39:57

previous house bill that we passed out of Judd a and that you adopted and then

6:40:02

915

the strikeout also contains the language for the suspension uh by the Department
6:40:08
of Wildlife and Fisheries of any hunting and fishing licenses for failure to pay child support so we're back on the
6:40:15
original strike all Mr Speaker and I'll yield for any questions if there are any
6:40:21
on the original strike all any questions lady from Lincoln Ms Curry
6:40:27
thank you Mr Speaker with the general lady you of course what was the amendment on Wildlife I'm sorry I don't
6:40:33
remember earlier in the session there was a separate bill that we passed in
6:40:39
the house that died in the Senate that dealt with if there was child support and you hadn't paid your child support
6:40:45
the non-custodial parent if there was a rearage then the Department of Wildlife
6:40:51
and Fisheries would suspend the hunting and fishing licenses and there was
6:40:56
another provision later on in the bill that provided that any person custodial
6:41:01
parent whether or not they had an attorney or not could bring that claim that was later in that particular bill
6:41:08
so we revived that bill since it died in the Senate and we in this strike all the
6:41:14
original strike all it includes that language okay and I'm sorry the license for
6:41:20
wildlife to do what that's all I was asking for hunting and fishing license oh that's right I remember now I'm so
6:41:27
sorry oh no worries all right I don't see any further questions question occurs on the strike
6:41:33
all if you've able to strike I'll indicate to saying aye opposed I have it
6:41:38
now the bill questions on the bill I don't see any open machine Madam Clerk
6:41:45
question Colonel Senate Bill 2075 your favorite of elbowed eye if you're a post vote name
6:41:51
everyone voted close machine Madam clerk about 108 yays
6:41:59
and three Nays the bill passes
6:42:05
according to my calculation there's no further work to

6:42:10
be done today but if I'm incorrect I need for chairman to tell me
6:42:18
all right Jim from middle one but Mr boy
6:42:24
I'd like to hold item number one Senate Bill 2538 on a motion okay we'll do that
6:42:32
now since Mr Clerk thank you Mr Speaker quick
6:42:39
reminder for the gentleman house rule 18a whenever a member is on the floor of the house while the house is in session
6:42:45
each male member of the house shall wear a knit coat and a necktie thank you Mr Speaker
6:42:51
thank you Mr clerk announces Madam Clerk
6:43:00
Logan will meet today five minutes after German in room 103.
6:43:07
announces by the members the lady from Heinz Miss Summers
6:43:13
Mr Speaker I'd like to hold item number six Senate Bill 2100 on a motion great
6:43:19
we can do that jump tip of Mr Stevenson thank you Mr Speaker on today's Ways and
6:43:26
Means calendars Senate Bill 2603 item one would like to hold it on a motion
6:43:32
reconsider Jim from homes Mr White
6:43:38
announcement Mr Speaker I'd like to call a management committee meeting immediately after adjournment in the
6:43:44
rules room okay General from DeSoto Mr Criswell
6:43:50
thank you Mr Speaker I have uh two items I'd like to deal with on the general
6:43:55
calendar item number three Senate Bill 2343 I'd like to change my vote from yes
6:44:00
to no any objection change of gentleman's vote also Mr Speaker item
6:44:05
number four on the ways and means Senate Bill 2449 for myself and my desk mate Mr
6:44:12
bomgar we would like to change our vote from no to yes any objections
6:44:17
change gentlemen's boat Jennifer DeSoto Mr Eubanks thank you Mr Speaker um same request on Waze means calendar
6:44:24

917

Senate Bill 2449 uh with consent I'd like to change my note to yes any objection change a vote ladies from

6:44:33

Jones Miss Scott uh yes Mr Speaker I'd like to ask unanimous

6:44:38

to be able to change my vote on scr 533 from present to know

6:44:53

any objection change the ladies vote Jim from itawamba Mr Boyd thank you Mr Speaker I'd like

6:44:59

unanimous consent to change my my desk mate punch no yes on my own 2603 number

6:45:06

one on the ways and means I'd like to vote no any objection vote

6:45:13

Jim from Harrison Mr Holland yes Mr Speaker I would like unanimous consent to change my vote from yay to

6:45:21

Nay on Senate Bill 2603 hit the wrong button any objection

6:45:29

change gentleman's vote gentleman from Lamar Mr McCarty thank you Mr Speaker I'd like to ask

6:45:35

unanimous consent to change my vote on item number five Senate Bill 2099 from

6:45:41

yay to Nay and the objection change the vote let's jump from Butler where Mr Sanders

6:45:48

thank you Mr Speaker I like to cook you let him send to change my vote on Senate Bill 2603 from yay to Nate an objection

6:45:56

change the vote I don't see any further announcements recognize the gentleman from October

6:46:02

Hall Mr Speaker I moved this house then adjourned until 10 a.m in the morning heard the motion all in favor say aye

6:46:09

opposed nay the eyes have it house adjourn to 10 a.m tomorrow

6:46:15

thank you

# Mississippi Legislature, MS Senate Floor - 30 March, 2023; 9:00 AM, YouTube (Mar. 30, 2023), https://www.youtube.com/watch?v=0alwh50heYg

## Transcript (auto-generated)

13:57
picture of them cocktail descended to order Mr Clark
14:03
please read the wrong Senator Barnett Senator Berry
14:10
Senator Blackman Senator Blackwell
14:15
Senator blunt Senator Boyle three o'clock this morning Senator Branning
14:24
Senator Brian Senator Butler for 36 Senator Butler the 38 public Senator
14:32
Carter Senator Coughlin senator chanzone
14:38
Senator Chisholm Senator Debarr Senator Delano
14:45
Senator England senator philang Senator Frazier
14:53
Senator Harkin Senator Hickman Senator Hill
14:59
Senator Hobson Senator Horne Senator Jackson
15:07
Senator Johnson Senator Jordan Senator Kirby
15:14
Senator McConnell Senator McDaniel Senator McLendon
15:21
Senator McMahon Senator Michelle Senator Moran
15:28
Senator Norwood Senator Parker
15:33
Senator parks Senator Pope
15:38
Senator Seymour Senator Simmons of the twelve
15:44
Senator Senator the 13th Senator Sojourner
15:49
Senator Sparks Senator silver Senator Tate
15:57
Senator Thomas Senator Thompson
16:02
Senator Turner Ford Senator Whaley
16:07
Senator Wiggins Senator Williams Senator younger Mr President of foreign
16:15
president thank you Mr clerk well the Senators and gifts to Garrett please rise for the invocation given by Senator
16:21

Tyler McCann reported by the Pledge of Allegiance by Senator Robert Jackson Senator McConnell

16:29

let us pray gracious heavenly father on this day

16:35

be with us when we are weary give us strength

16:41

when we are energized give us Direction and as we all go forth from here to our

16:48

own homes after this let us go back to our communities

16:54

but let us not forget those who we serve with across this state in this chamber in this building

17:02

and their families and the struggles they have father let us go back to our own

17:08

communities and to our families and take what we've done here

17:16

and make it better for here we've got the paper

17:23

but there we have the action there we will go when we will take what

17:28

we've done here the direction we've received the goal for our state and we

17:33

will take it back to our own communities and we can make it so much better father give us all strength today as

17:41

we're weary give us all traveling mercies as we all go home after this session

17:46

and let us never never forget who's in charge your name we pray amen amen

17:56

ities

18:03

one nation under God indivisible with liberty and justice for all

18:12

thank you very much senators all right now to the reading your

18:17

Journal Senator poker recognized thank Mr President to move the Senate dispense with the reading of the journal the senator suspense for the ring of the

18:23

journal all in favor signify by saying aye opposed no the ask have it messaging petitions Mr clerk Mr President there

18:29

are none many reports Senator poke here recognized as president move we dispense with the reading of the committee

18:35

reports Mr suspense for the ring of the committee reports all in favor signify by saying aye opposed no the as have it

18:41

next to the reading of the titles of the bills and resolutions I recognize Senator Pope thank you Mr President who

18:46

we dismissed with the reading of the titles of the bills and resolutions all in favor signify by saying aye opposed

18:52

no they asked have it introduction of guest anyone anyone

18:59

okay we are

19:11

Senate um members of the Senate were working this morning which as you

19:17

recognize comes after 12. until approximately 3 A.M staff has been

19:24

preparing to schedule early this morning based upon the finance committee and Appropriations Committee

19:30

those documents should be ready for you to look at the schedule for the days Senate session in approximately 15

19:37

minutes so we will ask for a recess subject to call by Senator Polk we anticipate that

19:44

being a 9 30 start Senator Polk you're recognized I moved

19:50

what you just said it is getting towards the end thank you very much all in favor signify by saying

19:57

aye opposed know the as have it we stand in recess until 9 30.

1:09:41

I'd call center to order we'll go to the calendar now you should have it motion

1:09:46

should reconsider motions to reconsider Carter

1:09:57

Moran

1:10:14

thank you Mr President I like to call it item two and have the title read Mr clerk please read the title Senate bill

1:10:20

number 2530 Secretary of State Eric client Coastal preserve and Delight Island Godfather Point Department of

1:10:25

Marine Resources designate I'd move that we table this motionless the motion for uh Senator Gallant

1:10:33
motion is the table all in favor signify by saying I opposed no
1:10:39
as have it foreign
1:10:51
Mr Clark please read the title Senator nomination number 77 Dr Robert Purnell doc Taylor Flowood Mississippi State
1:10:58
superintendent of public education term beginning January 16 2023
1:11:03
my motion is we've table the motion to reconsider motion to table a motion to reconsider all in favor signify by
1:11:09
saying aye aye opposed no the eyes have it thank you Senator conference reports
1:11:16
conference reports on appropriation Senator Hobson
1:11:33
s corner
1:11:39
uh thank you Mr President as we skip items four five and six go to item seven have the title clerk please read the
1:11:45
title house bill number 1626 appropriation Health Department uh uh motion would be to recommit for further
1:11:54
conference motion recommit all in favor signify by saying aye aye opposed no the
1:11:59
ass having Senator bills recommitted thank you that's a good item eight have a title rep it's the clear preseason
1:12:04
final house bill number 1636 appropriation Marine Resources Department of uh this is the DMR budget
1:12:11
total action on Final on conference report is 174 million 189 368. the
1:12:18
general fund portion 3 million 376 978 uh this includes uh in addition again
1:12:24
all the budgets uh would have this that we have salary progressions on are in
1:12:29
there some of theirs of course are special funds because they're largely uh operating through special funds and
1:12:35
federal funds thus does include 300 000 for a derelict vessel cleanup I think
1:12:40
I've discussed this before and also gives them their go Mesa project Authority which is a total of 52 million

1:12:47

233 521 that's an explanation of the conference report I will yield for

1:12:52

questions if there are any if no questions I'll move adoption the

1:12:58

conference report if I use the morning roll call questions seeing none use the morning roll call has been requested in your objective

1:13:04

procedure or is voting no president seeing none Senator thank you as we go

1:13:11

to item nine on the calendar and have the title read Mr clerk please read the title house with number 1715

1:13:17

appropriation Health Department for finding the article Rural Water association's infrastructure grant

1:13:22

program my motion is to adopt the conference report and ask that you recognize senator Paul to explain Senator Polk's recognized to explain the

1:13:29

conference report thank you Mr President thank you Mr chairman uh this uh appropriation turned

1:13:36

out to be 74 million dollars for the Royal Water Association program it does

1:13:41

include entities that are similar to Rural Water and is effective upon passage if there are no questions use

1:13:48

the morning roll call for Passage

1:13:59

questions Senator Norwood for what purpose sir Christmas present please

1:14:06

Senator were you here for a question yes please please proceed Senator Norwood Senator Pope he says 74 million dollar

1:14:13

was we're appropriating 74 million dollars to this that is correct now does

1:14:19

that exhaust uh that does it exhaust all the money that was budgeted for this

1:14:27

particular item uh you know we passed a 300 million

1:14:32

dollar Appropriations that's uh going to be sent out to the ones that uh graded well and and got their projects this is

1:14:39

an additional 74 million dollars out of this year's funds that we had left so

1:14:44

the total will be 374 million dollars for a rural water thank you Mr President

1:14:50

924

thanks Senator yes sir

1:14:55

Cedar Sparks a question Mr President Senator I do Senator Sparks is

1:15:01

recognized for a question thank you Mr President thank you Mr chairman um is the 74 million that's available is

1:15:08

that going to be uh for people that did not get any money the first time yes if

1:15:14

you received funds the first bill around you will not be eligible for this grant thank you Mr chairman

1:15:28

thank you Senator Hickman for word purpose

1:15:35

uh Senator Pope just a couple of questions um uh one will will we be able to see

1:15:42

exactly what uh the uh Health Department is Health Department does this program

1:15:47

what the health department is using to score and I think I've asked this question even in committee um of the

1:15:52

Rural Water Association in my district that I have communicated with uh all that applied none of them received

1:15:58

funding and we're just trying to see exactly what we need to do and would like to see some transference with the

1:16:03

process I may have missed it but I think and and if not I can make the request again we asked to see kind of what was

1:16:09

scored who got what uh from where uh and so I guess my question is how do we uh

1:16:18

get kind of what they're using as a rubric to score who they're giving money to uh for this next round of funding I'm

1:16:24

not sure it's on their website but certainly a call to the health department would be able to answer that question for you I have seen the scale

1:16:31

of what they use and they have hired an outside contractor to do the scoring and will they be I guess where they kind of

1:16:40

spread the wealth because I mean they're they're an endless amount I don't know the number of Rural Water associations and I'm thankful that the state has done

1:16:47

what they can but we don't have enough money to fix all of our Royal Water Association problems but I have some

925

1:16:53

associations that are in dire need and just a little money will help them get through the hump uh so has there been any thought at like where we cap our

1:17:00

lowering the cap to the max amount that they get into this the max amount on this round will be two million dollars

1:17:06

per request thank you so much thank you Senator Hickman other

1:17:11

questions on the bill Senator Simmons for what Professor question was President you have four

1:17:18

questions Senator Pope Senator Simmons is recognized thank you Mr President uh thank you Senator Pope and for all your

1:17:24

leadership when we actually establish all these funds last year and I guess I want to just to be more specific than

1:17:30

some of the Hickman's question as the chairman could you get us a list of all

1:17:36

the applicants all of the ones who were awarded and the

1:17:41

amounts of the ones that were awarded I'm certainly would request that from the health department and ask them if

1:17:47

these things y'all that list thank you so much I'm quite sure all the numbers would appreciate it thank you thank you Mr President

1:17:52

thank you Senator Simmons any other questions seeing non-sender we're ready for your motions use the morning roll call for

1:17:58

the passage of the conference report Houston morning roll calls being requested any more objective procedure

1:18:04

or is voting no present seeing none

1:18:10

House Court is adopting pass go to 10 that's the title we read Mr

1:18:15

clerk please read the title house bill number 1717 appropriation DFA office of insurance for reimbursing the state

1:18:22

health plan for eligible expenses incurred I moved adoption the conference report ask that you recognize senator

1:18:27

Paul to explain Senator Park here recognized to explain sir

1:18:38

thank you Mr President thank you Mr chairman uh as you know we have had a

926

1:18:44

lot of expenditure out for State Health Plan uh employee health plan for um

1:18:50

covid and so this appropriation from our funds is 35 million dollars to cover

1:18:57

those expenses it will be effective upon Passage

1:19:02

if there are no questions use the morning roll call for a final passage of the conference report

1:19:08

questions on the conference Court seeing none used to the morning roll call has been

1:19:14

requested and you want to objective procedure voting no present

1:19:20

seeing none pass

1:19:25

eleven senator

1:19:31

I asked if we go to skip items 11 12 go to item 13 and have the title read 11

1:19:36

and 12 retain on the calendar item 13. Senator Hobson here recognize uh move adoption I'm sorry I asked that the

1:19:42

title be read Mr clerk please read the title house bill number 1722 appropriation ummc for construction

1:19:48

repair and renovation with School of Dentistry recognized

1:19:59

thank you Mr President thank you Mr chairman this is a six million dollar appropriation from arpa funds for

1:20:06

constructing and equipping and Adolescent psychiatric facility at the University of Mississippi Medical Center

1:20:13

it will be effective upon passage if there are no questions use morning roll call for passage questions

1:20:20

seeing none used to the morning roll calls being requesting your objective procedure or is voting no

1:20:26

present 15 Senator Senator president Sparks

1:20:35

anyone else sorry Senator I didn't see your hand okay Senator Hopson we're back on 15. uh

1:20:42

on item 14 is that correct no sir we just did

1:20:48

13 year old 14. you're correct thank you guys the title we read Mr clerk please read the title Senate bill number 2961
1:20:55
Appropriations additional for various state agencies for fiscal year 2023 and fiscal year 2024. my motion is that we
1:21:02
recommit for further conference I should recommit all in favor signify by saying aye aye opposed no the ass have it
1:21:08
please proceed Senator uh Mr President asked we pass items for 15 through 19 go to item 20. I have
1:21:18
a title read item 20 Mr Clark please read the title Senate bill number 3052 coronavirus
1:21:24
State fiscal recovery refund fiscal year 2024 reappropriate to certain agencies motion is going to be to adopt the
1:21:30
conference report and actually you recognize Senator Polk was playing Sarah poke Rec Nationals playing
1:21:35
thank Mr President thank you Mr chairman uh as you know the state of Mississippi cannot uh expend funds and appropriate
1:21:44
funds past basically a year 18 months at Max and each year we have to reapportion
1:21:49
reappropriate any money that was left over so if you look at this bill this is
1:21:55
what we're doing and I will explain the highlights the rest of them are pretty
1:22:00
much self-explanatory um in section 4 line 64 you'll see that
1:22:07
we're reappropriating 8 million seven hundred five 225 a thousand dollars uh
1:22:13
to the Department of Finance Administration for tourism purposes that was money that was left
1:22:20
over and the appropriation does not include any non-profit museums that goes
1:22:28
to tourism section 13 that was six million dollars for the uh board of directors of the
1:22:36
state institution power learning for funding of Nursing and respiratory therapy program if you will look that's
1:22:42
in section 13 line 213. that money has been moved to
1:22:48
the Mississippi post-secondary education financial assistance board uh same money
1:22:54

same program just a different place to put it um

1:22:59

section 17 line 288 we're reappropriating 10 million three hundred

1:23:05

ninety one thousand dollars to the Mississippi National Guard for their eligible products uh projects and then

1:23:12

section 727 uh this will become effective uh July 1st of this year if

1:23:19

there are no questions used to the morning roll call for passages accomplishment report Senator Blackman you're recognized for a question

1:23:29

president see that you are reappropriating money

1:23:37

to the forensic laboratory for their backlog is that correct

1:23:44

uh which line are you on um which section I I'm looking on this

1:23:52

conference report and it's line 10 on the conference report

1:23:58

we're on the report of the conference committee

1:24:08

mistakes

1:24:15

there was a technicality of no Mission and we're adding that to the report

1:24:22

the forensic lab okay you're adding the forensic lab to reappropriate money for

1:24:29

their backlog is that what I'm understanding that is correct do we know what the backlog is I

1:24:37

do not uh can we get that information we will do our best to get that for you and I'm

1:24:44

sure we can Okay so now is this a cut is this

1:24:52

are you making technical amendments right here no Maria by state law we cannot appropriate money

1:24:59

past 18 months by the Constitution this is just a reappropriation of the funds

1:25:05

we passed last year that have not been met

1:25:11

I met I was just trying to see if this that's on this um screen if that was you were making

1:25:20

some changes that require unanimous consent we are not okay thank you

1:25:34

thank you Senator Blackman Senator Norwood for what purpose sir of course Mr President UFO question Senator I do

1:25:40

you recognize Senator Lord for a question thank you Mr President thanks Senator Pope Senator Pope

1:25:45

their funds that's being reappropriated they are from the agencies that they

1:25:51

were appropriated to earlier but they were not expended so that is correct uh

1:25:57

these are all the agencies that that did not expend the money when we

1:26:02

are real and we are reappropriating that money back to them so there are no other agencies

1:26:12

no no new agencies this is just money we appropriated last year that we're reappropriating what now what I'm saying

1:26:19

is that are there other agencies that did not expend their Monies

1:26:25

are there other agencies that did not expend their money and they have money that would be reappropriated back to

1:26:31

them or that will come back to the uh come back to into the aqua form

1:26:39

the monies that were appropriated last year to an agency if they have not spent it we're reappropriating it for them

1:26:46

this year so far we have not returned any funds back to the program

1:26:52

okay now so we have agencies that have not expended their money correct

1:26:59

their monitors are not reappropriated to them what would happen to those funds after

1:27:06

we leave here well if we don't reappropriate it it would go back to uh the fund for the art

1:27:12

that holds the arpa funds do we have any idea what amount that we

1:27:18

may have there

1:27:28

everything you see here is what has not been spent by an agency any other

1:27:34

agencies that might not be in this list have spent their funds or were never

1:27:39

given funds to begin with now we're sure that as positive as we can be

1:27:47

okay thank you everyone let us know thank you Mr President thanks Senator

1:27:52
Pope thank you Senator horn for what purpose
1:27:58
question a year for question Senator Pope yes I do Senator horn thank you Mr President
1:28:03
thank you Senator Pope uh Mr chairman um on
1:28:10
um our line well amend online 1661.
1:28:19
the delicious about the museums can you explain what that's about
1:28:26
I'm sorry what line was that all right the deals of lines 60 and 61.
1:28:37
you're deleting language about museums on those lines
1:28:45
it was decided in conference with the house that the 5 million dollar Museum
1:28:51
money uh would be moved to tourism uh to for promotion of Tourism so that was one
1:28:58
of the decisions we made in conference okay so how much money of the five
1:29:03
million have been expended I'm sorry say that again how much of the 5 million has been expended thus far
1:29:10
none well why not uh DFA did not release it because they needed some more
1:29:16
guidance on how it should be uh awarded so none of the museums
1:29:22
um that we funded last year got any of the money yeah I'll say that again none of the
1:29:28
museums that we funded last year got any of that money that is correct
1:29:34
Mr why are we now giving it to tourism as opposed to figuring out how to better
1:29:40
deploy it to the museums they wanted to put the house in in our conference uh in
1:29:48
our negotiations wanting to move more money into DMO uh promotion for the
1:29:54
different things that are available in the state to do and that five million dollars was extended there move that
1:30:00
that and we funded the dmos this year was it wasn't it about 25 million
1:30:07
dollars uh dmos I think it was yes that's closed if not 30.
1:30:14

okay so we're giving them another five million but the museums are coming up empty again correct
1:30:22
thank you Mr chairman thank you Mr President
1:30:27
thank you Senator horn Senator Simmons for what purpose thank you question Mr President question Senator Pope yes
1:30:34
please Prestige senator thank you Mr President thank you senator for yielding Senator Pope
1:30:41
in your response to the questions raised by Senator Norwood that these were all reappropriations
1:30:48
could you explain to me why we would change the figure on lines three four and five reducing it
1:30:55
from 13.7 million to 8.7 million
1:31:01
lines three four and five of conference report number two
1:31:14
okay you're speaking of the museums is that correct whatever is on line 64. 64. okay thank
1:31:22
you uh yes that was the answer that I just uh talked to Senator horn about those are the museum funds that are
1:31:29
moving also into this appropriation so we did leading 13.7 million reducing
1:31:36
that to 8.7 million correct also on lines 14 and 15 of conference
1:31:43
report 2 what agency or program does line
1:31:48
367 pertain to uh that is the public defender program
1:31:53
the public defender program okay and we increasing it yes okay and then my last question
1:32:06
at the bottom of this conference report on lines 38 and 39
1:32:12
why are we changing the enactment clause
1:32:28
we're we're leaving the reverse repealer and it'll be effective July one of this
1:32:34
year well here it says June 29 2022.
1:32:41
I'm on the report I'm reading conference report too on line 39.
1:32:59
all right please ask your question again we are deleting some language that was
1:33:07
on last 476 to 477 what was the language on lines four seven and six and four

1:33:12
seventy seven that we are deleting that was reversal figure that we removed
1:33:19
and what was could you tell us what was that language because we changing that language now to
1:33:26
say June 29th we're deleting and shall stand repealed
1:33:33
from an after June 29 2022 and before we adopt this conference report what was
1:33:39
online 476 and 477 that that I just read to you
1:33:51
okay okay thanks
1:34:04
Senator Sparks for what purpose a question Mr President a year for questions sir yes please proceed Senator
1:34:11
thank you Mr President thank you Mr chairman um I apologize I'm not on appropriation
1:34:17
so sometimes it's a little hard for me to follow I understand we reappropriate money because of the time constraints
1:34:24
that you mentioned we can't appropriate more than 18 months correct so this is the Big Bill last year that we put a lot
1:34:33
of arpa monies in correct correct okay and so like the water uh Rural Water in
1:34:39
the municipal Grant that's all still ongoing in that money may be sitting in an account at DFA and we're
1:34:46
reappropriating it so that they can carry out its Mission correct okay but I
1:34:51
would have to go back to this amendment report to see all those projects the
1:34:57
hundreds of millions of dollars that's in here yes do we have any uh
1:35:03
spreadsheet that shows what money is left over because when we reappropriate
1:35:08
we're reappropriating the whole amount but they may have spent some of it or
1:35:15
the numbers in this amendment report the numbers they haven't spent so you're asking what the original
1:35:22
preparation was well from the original appropriation or the numbers in this bill numbers that literally have not
1:35:28

been spent or is this the original appropriation the original these are the numbers uh

1:35:35

amounts that have not been spent okay so the and I and I know you're

1:35:42

y'all have worked tired tirelessly on this but obviously we're about to leave

1:35:47

this chamber for the year and when we come back we'll have much less time to

1:35:53

make sure These funds get executed uh so they don't have to be returned to the federal government correct there we have

1:36:00

until uh 2026 to spend the funds okay we have until next year to uh get

1:36:07

everything outside allocated okay and that's I guess that's my question if we

1:36:13

appropriate it to a fund is that in fact allocated

1:36:18

under the treasury regs yes okay and is there any appropriation in here that's

1:36:25

subject to ongoing litigation yes and what is that that would be

1:36:32

uh line section no let's see section 6 line 96

1:36:41

uh this is to fund Independent School infrastructure grant program of 10

1:36:46

million dollars that is still in litigation so the money has to stay there until the case is decided

1:36:53

I guess we can deal with this next year but if for some reason that case is still going on we're not going to leave

1:36:59

10 million dollars in the fund and lose it back to the feds are we well that will be a decision that this body will

1:37:06

have to make uh next year okay but you're not saying it has to stay in here because of the ongoing litigation

1:37:13

it's just still in here he's just sitting there until the court is decisions made okay thank you

1:37:27

other questions seeing non-centered we're ready for emotion sir I'll use the morning roll

1:37:32

call for passing to the congressman roll call has been requested in one objective procedure

1:37:37

of course voting no present

1:37:43

seeing on the bill pastors thank you Senator Polk Senator Hobson you recognize

1:37:57

Mr President asked we skip down to item 25 and have the title read 21 22 23 and 24 retain

1:38:05

their Pace upon a calendar item 25 Mr clerk please read the title Senate bill number 3118 appropriation additional to

1:38:12

DFA Bureau of buildings Arbor funds move adoption of the college support

1:38:18

them conference report and has to be recognize senator Paul to explain Senator Pro Care recognized

1:38:25

thank you Mr President thank you Mr chairman uh Senate Bill 3118 is the DFA

1:38:31

bill or the Bureau of buildings it provides 42 million nine hundred

1:38:36

nineteen thousand five hundred and five dollars to complete capital projects at the various facilities owned by our

1:38:43

state of that 33 million 919 505 is provided for repairs to any state-owned

1:38:51

building Dean necessary by the bov 2 million is provided for the Mississippi

1:38:56

Emergency Management agency and 7 million is provided for improvements at

1:39:02

the state parks it will be effective upon passage if there are no questions use of the

1:39:08

morning roll call for Passage

1:39:20

thank you questions

1:39:26

all right Senator saying no questions we're ready for emotions sir the use of the morning roll call the

1:39:32

final passage use some more real-cause requester for final passage anyone objective procedure or is voting no

1:39:39

present okay all right Senator Hobson Mr president

1:39:46

passes we're on to Center hops I move that we spend the rules go back to item 21 on the calendar motion is suspender

1:39:52

rules all in favor signify by saying aye aye opposed no 21 Senator uh I would ask

1:39:57

the title Mr Clark please read the title Senate bill number 3113 appropriation

1:40:02

additional office of Workforce Development for certain programs arpa funds we adopt the conference report and

935

1:40:08
that's what you recognize senator Paul to explain Senator Park here recognized to explain the conference report

1:40:14
thank you Mr President thank you Mr chairman um this appropriates 28 million dollars to the office of Workforce Development

1:40:21
25 million is provided for the Workforce Development and retention Act created by House Bill 1006 in the 2022 session it

1:40:31
provides for Grants to individuals community colleges uh institutions of Higher Learning the purpose is of

1:40:37
procuring the necessary equipment and wraparound Services pursuing further Career and Technical education it

1:40:44
provides three million dollars for a new physician residency and fellowship grant

1:40:50
program which was created in Senate Bill 2371 this year it provides grants to new

1:40:56
physician residency programs is what that does at different hospitals across

1:41:02
the state and it will be effective upon passage I'll be glad to take any questions

1:41:07
questions on the bill seeing non-centered we're ready for emotions use the morning roll call for

1:41:13
passage and Conference reporting some more Motocross May request anyone objective procedure voting no

1:41:20
present seeing none passes Senator Hobson

1:41:27
like this process that we skip go back to wherever we're on the calendar skip item 26 go to item 27 have

1:41:34
the title read 26 retains is placed on the calendar 27

1:41:40
Mr clerk please read the title Senate bill number 3120 Capital expense fund fiscal year 2024 appropriation to MDOT

1:41:47
for certain infrastructure expenses uh this is the

1:41:52
bill concerning the MDOT infrastructures the separate Standalone bill that we did this has 450 million dollars in capacity

1:42:00
projects 100 million dollars in emergency Road and Bridge repairs 40 million dollars to go for the state

1:42:07
match for the federal iija program and an additional 30 million dollars for multimodal uh projects in the state and

1:42:16
of the amount the 30 million that's in the multimodal at least 10 million will go to Ports out of that

1:42:21
and that's an explanation of the bill Senator Butler for what purpose sir

1:42:29
question Mr President are you for a question Senator I do yield Senator Butler's reckon asked for a question thank you Mr President and thanks

1:42:35
Senator Hobson on the capacity project I see is 450 million dollars how much was

1:42:42
it before what was our portion well yeah let me kind of back up to give an

1:42:49
overview of course the mdot's got their regular budget which consists primarily of our gas taxes and then and that's

1:42:55
both some federal portions that come in in the state portion of the gas tax uh so they always have capacity built into

1:43:02
the budget anyway but over the years maintenance has kind of eating into the capacity portions which has made it a

1:43:09
little bit more difficult to get projects uh there the amounts this is either similar or identical to what we

1:43:16
passed out of the Senate previously uh the 450 million dollars I believe it includes uh most if not all the projects

1:43:23
that can be done in 23 and 24 and then of course 100 million for the

1:43:28
emergency road bridge repair which is what we did last year and then uh the the match with the 40 million dollar

1:43:34
matches which we did last year the only difference really is the uh the we had a

1:43:39
separate Port fund last year with 10 million the multimodal fund will actually allow for funds to be provided

1:43:45
for ports Rail and airports but we wanted to make sure that at least the 10

1:43:50
million that we had in ports last year it's going to fall under this now but at least 10 million is guaranteed for ports

1:43:56

out of that program okay so all the things you talk about the mobile and all that it's part of the 450. the part

1:44:03

actually the total uh price is 600 total amount of 620 million okay so 450 is

1:44:09

just the capacity projects and they still have money for maintenance and other the regular part of their budget

1:44:14

okay all right so and the capacity projects are project basically they kind

1:44:20

of can fill in and kind of do you know what I mean based on I guess stuff that

1:44:26

they already kind of had lined up if you will that's a good way to put it they had a lot of things in the queue or in the line right uh for several projects

1:44:33

around the state and so they're going to start they can start pushing those up moving them up quicker so we can get to the projects that are below that too

1:44:40

they've got a list of projects going down several years I think most of you have gotten their report there's

1:44:45

somewhere I've got it on my desk downstairs there's a three-year report from MDOT uh you know a bound uh kind of

1:44:52

a color glossy report that shows the projects they're looking at and this

1:44:57

will cover this is all they can handle let me let me be real clear about it this is all they can handle I've spoken with Brad

1:45:03

white and I know there's some other projects I've got one in my district that's vitally important to me I know

1:45:08

there's some in North Mississippi that are vitally important but I spoke with him they wouldn't be able to do anymore

1:45:14

uh with any you know projects for this time and my hope is next year we're coming back to start pushing more in I

1:45:20

think we will into those projects so we can speed those along and it helps push the other ones up to okay well the

1:45:25

reason question is because you know the concern we have with the Highway 24 and you know and after talking with Brad

1:45:31

white he was saying that that may be a project that may be under the capacity part of the MDOT uh uh funding and so

1:45:40
I'll just try to make sure that maybe if it's gone is that possible that we make
1:45:46
and push that up that project up yeah you know what I mean if it's on their list once they can clear these out this
1:45:52
is going to push all the rest up okay thank you thank you Mr President thank you Mr chairman thank you Senator
1:45:57
Wiggins for what purpose sir question are you here for a question Senator Wiggins is recognized for a
1:46:04
question what's
1:46:13
are you well thank you Mr chairman you worked hard uh just simple question was
1:46:19
there any accommodation in this for passenger rail the multimodal part will be can be
1:46:26
utilized for Rail and uh a passenger again yeah Senator I don't I can't say
1:46:32
specifically that it's past Jarrell but I believe that it is I bet Senator Brandon probably would know that but I
1:46:38
remember I had a discussion with uh representative Busby who was the uh he was the house Transportation
1:46:45
subcommittee chair and he worked with Senator branding on this and I remember in that conversation he talked about the
1:46:51
coast passenger Rail and whether you know I think he was hoping that these funds could be utilized to help with
1:46:57
that project so I'm pretty sure uh that it can Senator Brandon may give me a
1:47:02
head knot if that's correct because I think so she seems to be giving a head not um how
1:47:09
much is in the multimodal 30 million 30 and yeah and just for what you're talking about the that's a drawdown of
1:47:17
approximately 90 to 100 million dollars from the Fed so thank you very much for your work and look by the way the out of
1:47:25
the 40 million dollar infrastructure match the MDOT can draw down 695 million
1:47:30
of federal dollars I believe it's the amount so uh it's a significant amount of money that we're able to draw down in

1:47:36
addition to this so uh there there's going to be a lot of activity in our

1:47:42
MDOT in our roads and bridges around the state Senator Parker for what purpose sir

1:47:50
question Mr President a question please proceed Senator Parker thank you Mr President my

1:47:56
um my question is you know on the the forms and stuff that we got there's been some discussion that

1:48:02
perhaps a project or two in the 2024 plan might not actually be taking place

1:48:08
at the time that was first kind of suggested now I

1:48:13
know there's been some discussion about that and my question would then be if if that is the case in line I believe 11 it

1:48:22
shows the projects for 23 to 24 um is what would happen if say the you

1:48:28
know the 450 million here is a dollar amount that's beyond

1:48:34
kind of the the projects that are needed or to be fulfilled in 23 24 that what I

1:48:40
would call kind of the carryover amount would it allow MDOT to use that towards

1:48:46
the future capacity problems projects or would we have to kind of come back in

1:48:52
any residual amount then reappropriate that's my question because we're limiting it to 2024. I'm concerned that

1:48:59
we're not allowing any carryover towards 2025 projects yeah that's a good

1:49:04
question Central I think that the short answer would be they still have billions

1:49:09
of dollars of funds that they can use for capacity projects so even if limited by this amount I think there I would

1:49:16
guess that the Commissioners and the director of white are creative enough they've got enough flexibility in their

1:49:22
regular budget they can go ahead and start working other projects up and in even if this is limited to the the

1:49:28
three-year plan and I think there are a lot of projects on the three-year plan that there's just not enough money I

1:49:33

don't remember the total out is again Senator Brandy may know the total amount for all those projects in the 30-year plan but this would

1:49:40

um any of these funds could be used for any of those in the three-year plan and I I guess my just concern on that would

1:49:47

be just because it does kind of stop at that 2024 number you know it kind of

1:49:52

makes that be kind of a hard and fast kind of date you know and so if you wouldn't mind you know and I don't mind

1:49:59

reaching out to maybe reaching out to Brad white and see if that that one that

1:50:04

date number there could be an obstacle towards moving into the 2025 projects

1:50:09

should that that should that be available I'd just like to kind of find that answer if you're good I think I'm I'm maybe not

1:50:15

the only one in this room who has that has that question no I know I think you got Senator up in front of you too

1:50:20

that's right up in the list as well and and look I don't want to paraphrase I hope Brad maybe here listening and he's

1:50:27

I'd love for him uh I want to make sure I'm saying that I want to say that I'm

1:50:32

paraphrasing him but I feel fairly confident in my discussions with him that even those projects that are a

1:50:38

couple years out that they couldn't get to right now anyway but I know what it does by getting these out of the way it

1:50:44

accelerates those projects to the top of the list right and you know and I don't know too the the other question on that

1:50:52

is if um you know because I've had these conversations with with Brad white too I

1:50:59

I don't know and again you know I don't think you maybe are going to be able to answer this but if there was that

1:51:04

ability to extend that into 2025 I know there's been some mention that if

1:51:10

if some money is potentially on the table for a project into kind of the

1:51:15

next cycle it allows some federal applications for some matching or some additional drawdown and so I just want

1:51:22
to be just really sure on that point that we're not you know handcuffing the agency into maybe being able to multiply

1:51:29
those dollars if that is the case so um I'm sure you can you can get that answer

1:51:34
and and just one last little question um as we're kind of finishing up here

1:51:41
um are are there any other bills are there any other um

1:51:46
Vehicles alive that could potentially or could possibly have any other

1:51:54
indot funding in them or is this the the last bill we're going to see this session that has any infrastructure

1:52:00
dollars this will be the last uh MDOT Bill alive there is another there's the

1:52:07
um kind of the transfer bill that I know Senator Harkins is working on

1:52:12
um and that's going to have what we call the projects and I look I suspect there will be a ton of money on roads and

1:52:19
bridges and that that you know certain people uh have requests in their areas their communities state aid roads local

1:52:27
roads Etc but nothing but nothing there's nothing for MDOT you know Corbin

1:52:33
just reminded me of something with the federal Max dollars he as he put it they're going to be able to draw that a

1:52:38
ton of money ton of federal money to it'll go to those projects so um I want I want to go back I was just

1:52:45
asking Corbin because I think the language that I want to make sure that I'm right with I think the language in your concerning a three-year plan you

1:52:52
see this is just for this fiscal year but the three-year plan is the three-year plan so this is the money

1:52:57
they'll spend in a year doesn't mean that they're limited uh to using just those that are in the hopper up until

1:53:03
24. okay so what I'm saying so there is reference to the three-year plan with which would then allow them to correct

1:53:10
to draw down for 2025 projects yeah okay thank you Mr chair thank you thank you

1:53:15
Senator other questions seeing now we're ready on your Motion Center my motion would be adopted to the

1:53:22
conference report by use of the morning roll call you some morning roll calls request anyone objective procedure of course voting no

1:53:28
president seeing none bill passes thank you Senator Hobson

1:53:34
Mr President looks like we've got one that's come through and if we could suspend the rules to go back to item 15

1:53:42
on today's calendar motion is suspended rules all in favor

1:53:48
signify by saying aye aye I opposed no the eyes have it spin the rules for item 15 to be considered thank you Mr

1:53:54
President this is the IHL General support bill

1:54:00
please read the title Mr President I'm sorry Senate bill number three thousand appropriation IHL General support

1:54:08
uh final action on this is overall funds 1 billion 425 million 920

1:54:16
871 general fund portion 356 million 409

1:54:22
715. um the changes in their bill would be 6.5

1:54:29
billion for operational expenses to all the universities uh 599 335 for the early intervention task

1:54:38
force that I know Senator Boyd has worked on also

1:54:44
we did a transfer if some of you may know this we've always had the dubard school both in education budget and IHL

1:54:52
budget we just decided it would be smart to put them in one budget so we've we've moved the education uh portion over to

1:54:59
IHL and and that's 650 000 for the duvard school

1:55:04
then 750 000 for the uh and that's also a transfer over so these these two that

1:55:13
I'm talking about dubard and the Children's Center for communication development both of those are housed at USM and we have added the funds that

1:55:21

they had and put them into the IHL budget and we've made them equal I think they were slightly off one had maybe 50

1:55:27

000 more than the other but the additional General funds would be 750

1:55:33

000 for the Children's Center yeah uh uh and if that was an additional yeah look

1:55:38

at the notes that was an additional 50 000 that would go to them uh we reduced um 300 000 that was part of the Charter

1:55:45

School uh board and another 500 000 that was a charter school and move those to

1:55:50

mde because we thought that was a better place to put uh the charter school board for some reason when it got set up it

1:55:55

got set up in the IHL budget uh there were special funds of 600 000 added for

1:56:01

heirs endowment interest increase uh 32 million for campus repairs and

1:56:06

Renovations for uh the infrastructure and complexes around our University campuses uh one million for a

1:56:13

Declaration of Independence Center at the University of Mississippi and 25 million for various projects to campus

1:56:19

that was through eef and those projects were uh we've got a separate as like I

1:56:27

mentioned a minute ago there's a separate bill that Senator Hawkins is working on right now that would deal with some of the uh projects at the

1:56:34

universities but we had some eef funds that were allowed for our colleges for

1:56:39

our universities and um the the the projects that were included were out of this 25 million

1:56:46

that we put in out of eef funds were 5 million for Delta State as it relates to

1:56:52

some Aviation Pro their Aviation program um 5 million for Jackson State for dorm

1:56:59

repairs and dorm work and then 5 million for overall infrastructure and repair

1:57:07

work for Alcorn State uh muw and Mississippi Valley State so 5 million

1:57:13

each um for those universities and um

1:57:18

those were again eef funds um the the 33

1:57:23

million for I'm sorry Capital expense was the campus r r and the Declaration
1:57:29
of Independence Center which I mentioned 32 million and 1 million respectively so that's an explanation of the IHL budget
1:57:35
and I will yield for questions if there aren't any
1:57:44
questions on the bill Senator Hill for what purpose question for question Center Hopkins
1:57:51
senior helps recognized for a question I appreciate your work on this um
1:57:56
you made you want to wear this or you may be but I did a little research with peer to see how much money the some of our
1:58:04
institutions of Higher Learning were giving to the American Library Association that's become openly Marxist
1:58:11
and it's up in the thousands hundreds of thousands of dollars over the years I
1:58:17
just wanted to know that we might look at that in the future okay I think you mentioned that briefly
1:58:24
to me yeah and I did get that I did get the report back and it's pretty substantial you know that they're given
1:58:31
maybe not hundreds of thousands but they're given a substantial amount of money and I'll take it this is money
1:58:36
that they're uh get in for Library materials probably dues would be my guess but I'm
1:58:44
not I got to do a little further research but um and unfortunately the Southern
1:58:50
University down there closer to me had that was had the biggest amount of money donated or given pay dues or whatever
1:58:56
but let's try to look at that in the future thank you senator
1:59:02
Senator Norwood for what purpose sir question this President are you here for
1:59:08
questions sir Norwich reckon asked for a question okay thank you Mr President thanks Senator Hobson
1:59:14
uh regard I understand I mean looking at says five million dollars that was
1:59:20
appropriated for Jackson State for um for Donna Torres I
1:59:26

mean I mean uh you were that the

1:59:31

I think the the minimum the minimum

1:59:38

need based on the professionals uh assessment that was done was to

1:59:46

mitigate some of the the mold and the mildew and all of that from the building and to do the conversion

1:59:53

was uh a minimum I think was like 15 million dollars

2:00:00

uh so 5 million this is the total that would be that would be available are there other

2:00:08

opportunities for moneys to be appropriated for this cause yeah you

2:00:15

remember I went over earlier that the campus repair and renovation that's 32 million dollars going to universities

2:00:21

and I think the portion for Jackson state is uh two two maybe 2.3 million

2:00:27

dollars also as I mentioned the uh some of the

2:00:32

transfer build projects could include some items I'm confident there will be

2:00:39

if that bill passes there will be a substantial amount that will go for what used to be bonds but it's going to go to

2:00:44

all the university buildings so I think I think overall you know we talked earlier in the session about we knew we

2:00:51

had some of the surplus of funds and uh one of the things that I I felt

2:00:57

personally important was this was an opportunity to invest our infrastructure in the State uh let's invest our roads

2:01:03

and bridges and buildings and I think you're going to see this year that come to to Bear to fruition that there's

2:01:09

going to be I mean when you look down this list of the funds and what will come later probably in the what used to

2:01:15

be the bond portion it's gonna be a lot of money going uh to help fix up buildings and hopefully you know over

2:01:21

time we can start diminishing those and just keep the operational expenditures up so they don't have to come back with the situations like you've got at

946

2:01:27

Jackson State and they're just you know Jackson State's one of several universities that have the same kind of problem with some uh and community

2:01:33

colleges too that have problems with some dorms that have just um needs some TLC if not a read total redo

2:01:41

and then this uh sometimes and I'm I'm half the phrase I'm at the phrase it in

2:01:47

the form of a question in order to be uh proper but are you aware that last year

2:01:56

um Jackson State had to deny well over a thousand students because of

2:02:01

the did not have housing available uh to to house the students and many of

2:02:10

the parents now want their children to live on on campus or in campus housing

2:02:18

and now are you aware that many of the the fallacies or the faults that we have

2:02:25

with campus uh housing I'm not I'm not sure what happened to other institutions but I represent uh Jackson part of my

2:02:33

district but the the uh is due to poor uh architecture architectural uh or

2:02:41

structural uh designs and building had to be torn down or taken off are there

2:02:48

any uh and are you aware of any means uh

2:02:53

uh that may be available to uh um try to remedy some of that and I mean

2:02:59

I know that may not be a question for you but I just wanted to put it out there because that's

2:03:05

in in essence that's a lot of the uh the challenges that are that are being faced

2:03:10

poor uh designs uh poor uh architect

2:03:16

architecture work that's causing um many of these buildings to be offline

2:03:22

and when they get the the key to those buildings uh understand that they are

2:03:29

they feel helpless because they you know they're stuck with something that they

2:03:35

can't do anything with or about right I think there was an issue with Jackson State maybe with one of the chillers too

2:03:41

947

that was a problem and getting the water in I I had a meeting with the former president and Howard Brown either before

2:03:49

session or right at the beginning of session I can't remember when it was but a few months ago about

2:03:54

those issues some of those issues and um and look it's not it's not unique to

2:04:00

Jackson State uh we've got some other uh places again both universities and

2:04:05

community colleges where we're having issues with with dorm problems I've got we've got other universities uh we've

2:04:11

heard of uh two that are saying the same thing about look we got to get dorm space or we're gonna we're having to

2:04:16

turn away students um so uh I know it's an issue but I mean we're trying to

2:04:22

you're going to see when you put it all together I think at the end of this year you're going to see a substantial investment of funds uh Corbin just

2:04:29

reminded me showed me that you know out of the Bureau of buildings funds too there's another almost 34 million dollars uh for repairs state-owned

2:04:37

buildings being necessary by The Bureau so there may be some access to funds there and I think especially I'm

2:04:44

confident how around I'm very confident in Howard because I work with them for many years here and I think uh Howard's

2:04:50

a good you know left up to him that he'll be able to access some funds to be able to make stands for changes and

2:04:55

maybe even you know if you've got the money and they do things the right way maybe build a new dorm if that's what's needed so uh so that'll be the decision of

2:05:03

Jackson State as to how they use those Mr

2:05:10

Thompson I'm not questioning your uh your leadership and I know how hard you work on this but I just had to phrase in

2:05:17

a way so I can get it as a part of the director I do thank you thank you sir we appreciate working with you yes sir

2:05:24

thank you Senator Jordan for what purpose

2:05:30

I have a question Mr President Christian Center recognized Senator thank you sir
2:05:37
ours Mr chairman is there any errors money left
2:05:45
there's so how much the errors well heirs uh will be continuing really for a
2:05:52
long time you got the errors endowment fund there's an interest level and let me see if I can give you the exact
2:05:58
amount for each of the universities um
2:06:05
the um portions that will come out this year and go to the University's Alicorn state
2:06:12
will get 424 500 Jackson State 651 000 and Valley 424 500
2:06:20
um and then there may be another little bit which is um
2:06:26
well anyway that's prior year Appropriations Jackson State still has two point almost 2.1 million that they
2:06:34
uh have left they can spend on prior year Appropriations and valleys got almost 800 000 on that too
2:06:47
thank you thank you also how much new money I know about last year about I got
2:06:52
money and how much new money is that this added to that amount for dormitories and so forth um well it's
2:07:00
not specifically dormitories although the the money that each university has
2:07:05
can be used for dormitories I mean I think I think that was Jackson State's biggest need uh I think
2:07:12
um I think Valley had some needs for helps there I know Alcorn did I think Ole Miss does uh and I'm trying to
2:07:19
remember maybe maybe the W-2 I I can't remember for sure all but there seems
2:07:24
like it's pretty uh common for the University to say dormitories is one of the areas where they need to utilize some of the funds because they've got
2:07:31
some dorm updates or increase you know make a few of the universities just need more dorm space too not just
2:07:37
improvements so all the universe is getting some new money as search this
2:07:43
year compared to what they got last year I additional what they got last year I don't want to

949

2:07:49

uh specifically valid yeah I would think

2:07:54

Senator I'm just kind of thinking back to years past when you and I've been here together but I I would think this

2:08:00

year uh universities may get as much money for infrastructure as possibly

2:08:06

they've ever had uh again I want to reiterate the point I think it's a if

2:08:11

we're going to have these funds if you know invest in things that last a long time and that invest in the future your

2:08:17

state invest in the infrastructure if we're gonna if we're going to spend money to me that's as good a way as you

2:08:22

can spend it I'm Anna koi thanks sir thank you Mr President Mr Jordan seeing no further questions Senator we're ready

2:08:28

for promotion will be adoption of a conference report by use of the morning roll call has been requested anyone objective procedure

2:08:34

orders voting no Hill no

2:08:39

anyone else anyone else sit present

2:08:45

foreign programs

2:09:09

uh final action on subsidiary programs is uh 87 million 703 590 uh general fund

2:09:17

portion 37 million 485 81. keep in mind these are State programs but they're housed at our

2:09:23

universities uh the changes this year included uh additional General funds of

2:09:29

150 000 for the state court education program this is uh uh judges were

2:09:35

elected uh this year and they've got to do their judge training so this is once every four years they they need a plus

2:09:41

up as we say to ensure that they can conduct all the training for new judges um also includes four hundred thirty

2:09:49

thousand dollars that will be spread amongst the um uh different subsidiaries for

2:09:55

operational expenditures and 1.375 million to the state chem lab for a new

2:10:01

water quality testing water quality testing equipment and that is an explanation of the
2:10:09
changes to the subsidiary program bill
2:10:15
yield for questions thank you Senator questions saying now
2:10:21
we're ready Freemason motion is to adopt the conference report by use of the morning roll call Houston morning roll call has been requested anyone objective
2:10:26
procedure of course voting no present
2:10:32
please proceed Senator thank you my motion will be to spend the rules to go to item 17 on the calendar I should
2:10:37
spend the rules we go to item 17 all in favor signify by saying aye opposed no the Aztec please proceed Senator Hobson
2:10:43
thank you Mr President uh final action for yeah
2:10:50
junior colleges board administrative expenses um thank you Mr President final action
2:10:57
for community and Junior College Board this is one of their two budgets uh this is the board budget but it's 134 million
2:11:05
966 995 general fund portion 6 million 179 847. uh changes in this year's
2:11:12
conference report are um the restoring permanent positions there
2:11:20
uh for for three positions that were removed no additional uh the agency has
2:11:28
adequate funds for that also there were 34 million in eef projects uh you
2:11:33
remember last year we had some eef projects and largely again uh dorms and
2:11:39
and certain programs at the community colleges this year the the projects that are on the eef list or Coahoma uh
2:11:48
Community College or a dormitory seven million dollars Northwest Community
2:11:53
College an AG Tech program upgrades and capital needs of four million dollars uh
2:11:59
Pearl River Community College Ally Health and nursing programs uh eight
2:12:05
million dollars Gulf Coast Community College the Jackson County Campus and for Health Care Renovations eight
2:12:11

million dollars Southwest Community College renovation they've actually got two projects they're working on one to

2:12:17

women's dorm the other one's A Fine Arts Complex um they're going to need probably more

2:12:23

to complete those but three million dollars if they can utilize between those two projects Meridian community

2:12:29

colleges college for a transportation Technology Center two million dollars in itawamba community college for uh CTA

2:12:36

CTE health science program and that is two million dollars that's the explanation of the changes I

2:12:42

will yield for questions questions on the bill seeing now we're ready for emotions

2:12:49

I'm sorry I didn't see you soon question Senator Hobson are you Senator

2:12:55

horn you recognize for a question thank you Mr President thank you Mr chairman uh Senator Hobson I I didn't hear was

2:13:03

there any allocation for Hines Community College

2:13:09

uh there is not but I'm not expectation is there'll be something for Heinz in

2:13:14

the um transfer Bill I know I know they've requested some funds for Allied

2:13:20

Health but again that's Senator Hawkins that's working on that and um so it could be in a later bill thank

2:13:27

you Mr chairman thank you Mr President thank you Senator Hickman for what purpose question Mr President for a

2:13:33

question Senator are you awesome um Mr chairman thank you for giving me I had the exact same question that Senator

2:13:39

horn has but for East Mississippi Community College is there a possibility that we'll see uh something for them and

2:13:46

another Bo coming up later there is a possibility I think again I've I've been I'm not tying you down I just want to

2:13:52

make sure that it's a possibility is still there uh and another I know there's been a discussion of two or

2:13:58

three other community colleges but again I have not checked uh discussions were being had late yesterday and I just I

2:14:05
really don't know I know these are these are eef funding there could be some Capital expense funding for some other

2:14:11
community colleges that would be in the transfer bill okay well if I get the opportunity I'll

2:14:17
keep bugging you thank you thank you for what purpose a question Mr President for a question Senator Hobson I do you

2:14:23
please proceed Senator Sparks with a question thank you Mr President thank you Mr chairman um the eef funds because this community

2:14:32
college is I think there's seven uh community colleges that have a listed project but I think as you've explained

2:14:38
to the prior two questions this is just out of this fund that there may be other

2:14:43
projects or other monies but is eef where the Overflow or like what's the

2:14:50
source of those funds the eef is a portion of sales tax against education enhancement fund okay is is it also uh

2:14:58
Lottery money yep okay so once we get over 80 million dollars first 80 million

2:15:04
goes to roads and bridges then after that it goes to the uh okay so so that's

2:15:09
the source of this or those two uh funds correct okay thank you thank you thank

2:15:15
you Senator Sparks other questions in the conference report by use of the

2:15:22
morning roll call so the controversity requested anyone objective procedure

2:15:27
of course voting no present

2:15:33
seeing none of the bill passes Senator Hobson you're recognized thank you Mr President

2:15:40
I asked that we suspend the rules to go to item 18 on today's calendar

2:15:45
motion is suspender rules to go to item 19 all in favor signifying about saying aye 18. I said 18. I'm just mumbling

2:15:53
I'm mumbling too because I am mumbling because I apologize it's 18 Senate all in favor signify by saying aye aye

2:16:00
opposed no everybody's had a late night an early morning actually that's right all right

2:16:07

we're ready I will read the title Please Please read your title Mr Bill number

2:16:12

3012 appropriation Public Safety department uh all right this is Department of Public Safety and their uh

2:16:20

overall budget 273 million 118 uh 71 general fund portion 158 million 543 141

2:16:28

lots of stuff happening in public safety and I'll go over uh the the list because

2:16:35

I know there's been a lot of questions asked during the session about some of these things but um uh first is the um

2:16:42

there's um hold on one moment

2:17:17

okay um all right first is uh 3.2 million

2:17:23

dollars of General funds for operational expenses for the highway patrol we've got

2:17:29

um 1.8 million for uh body cameras for law

2:17:35

enforcement and this is a part of a five-year contract to the support services portion of DPS uh 728 025 for

2:17:46

Support Services Agency operations one million uh for restoration of vacancies

2:17:51

and progressions for the forensics lab uh 1.139 713 million uh for uh General

2:17:59

funds for costs associated with the uh the sexual assault evidence kits in in

2:18:05

the forensics lab it includes 850 000 in general fund for a driver services

2:18:11

salaries 1.6 million for operational expenses for driver services one million

2:18:17

seven hundred and fifty thousand for the filing and payment of background checks

2:18:22

with MBI and and there's some issues with the the costs that have piled up on

2:18:28

DPS for handling background checks for various agent is in the state and then we got 2 million 338 875

2:18:36

dollars for um 35 vacant positions at Capitol Police The Hope and the goal is

2:18:42

to get Capital police up to 150 officers and and uh the amount that was needed

2:18:47

for that for just the officers of two the amount I mentioned to me in 338 875

2:18:52

also equipment for Capitol Police which includes handguns rifles equipment sets

2:18:58

for vehicles uh another gear computers uh two million three hundred sixty four

2:19:03

thousand nine fifty also 296 175 for vehicles uh at Capitol Police

2:19:10

additionally uh there's a replacement of federal funds with General funds that

2:19:16

were lost as part of a grant Homeland Security that's 382 526

2:19:23

and other agency operation increases that Homeland Security of 533 thousand

2:19:30

and seventy five dollars then we've got some Capital expense funds which includes the trooper Trooper vehicles

2:19:36

for new graduates at the highway patrol uh a million dollars from bulletproof vest that will go through Support

2:19:42

Services uh 1.2 million for of a case backlog at the forensics laboratory uh

2:19:48

550 000 Capital expense for equipment and vehicles at the forensics lab

2:19:54

um 595 205 Capital expense for forensic equipment um uh that's going to be also necessary

2:20:01

for the sexual assault evidence kits uh 1.26 million Capital expense for uh

2:20:08

their lease payments on their Driver Services building in Canton 425 000 of upgrade and maintenance to their

2:20:15

edema service systems that the driver services uh 166 000 for equipment and

2:20:21

driver's licenses that the county seats and then also um by the way they want to get equipment

2:20:27

at all the county seats to have computers so if anybody doesn't have access to computers to be able to get

2:20:33

their license ordered I think the plan is that you can you know if any of you get a hunting license when I go on to

2:20:39

get my hunting license renewed you just go online and then they'll have it mailed to you pretty quickly same thing

2:20:44

with driver's licenses hopefully you can get it where you can just go on the computer and if someone doesn't have access to the computer they'd be able to

2:20:50

955

go to the courthouse to get on the computer to order their renewal and not have to go wait at a Driver's Services

2:20:56

station and then finally uh was 200 000 for out of capital expense for vehicles

2:21:02

for Homeland Security um bear with me one moment

2:21:15

and then finally I wanted to add that there was 2.9 Million for operational deficit with Capitol Police I talked

2:21:21

with commissioner Tyndall about this uh their some of the stand-up costs they've had in getting the police officer tired

2:21:28

and also trying to get uh things taken care of here in the capital to make sure

2:21:35

it's safe and things that needed to be done he's going to need some unless he slows down what he's doing this year

2:21:40

he's going to need that additional money uh to continue to provide the services with Capitol Police so that's part of a

2:21:47

deficit that's an explanation of the conference report uh yield for questions

2:21:52

question Senator Hill for what purpose ma'am question year for question Senator how

2:21:59

are you Senator Hill you recognize first I want to thank you for all the improvements that we've made to Public Safety because I think we've made some

2:22:06

extremely significant ones over the years and I I think I remember last year

2:22:12

a pay alignment for Troopers and I just am asking that since I don't see another

2:22:18

Trooper pay alignment in this bill that we look extremely hard at another pay

2:22:23

alignment next year because we've got to get our Troopers over fifty thousand dollars we just have to or we're not

2:22:29

going to keep them yeah I think we gave them the pay alignment and and look I

2:22:34

agree with what you're saying I know the huggins with the huggins act I believe based on what commissioner was told me

2:22:40

uh they make over 50 with their their Huggins uh pay but I agree with you and

2:22:45

look it's a competitive market we've talked about it I mean you know we've got cities paying more than this and we

956

2:22:51
got to look at this same way we looked at teachers you know that we've got to get these Troopers up here to where I

2:22:57
mean we pay our judges we pay our DA's and they prosecute and try the cases but these are the people out there making

2:23:02
the cases so uh and the ones that are putting their life in danger so I appreciate this body's commitment to

2:23:09
Public Safety because I have seen significant improvements but I want us to keep going I think we

2:23:14
um I'm I'm proud of the work that we've done to try to get things and I know we've heard a lot of discussions about Homeland Security this year forensics

2:23:22
lab we've got a lot about that we we're investing we have invested I want to reiterate you know we put a few million

2:23:27
in a forensics lab already last year in addition to arpa money that went there so it's just you know when when things

2:23:34
like that have gotten pushed off for a while to backlogged a part of it's just catching up and I agree we've had to

2:23:41
play catch-up and and for the life of me I don't understand why we had to play catch-up but you and I have tried to

2:23:46
play catch up and and we just got to keep catching up and going on and trying to retain the best and the brightest and

2:23:52
you know we talked about earlier the infrastructure Investments and investment in public safety is is as

2:23:57
important as that too you know we want to make sure our citizens feel safe that we've got proper Law Enforcement

2:24:02
Training Etc so we uh so we don't have problems with the crime or we can reduce crime

2:24:09
and we've got people around it we're doing a good job to protect our citizens so I'm I'm with you I agree and if I had

2:24:14
lose my desk mate to something I think he's probably doing great work I know

2:24:19
he's doing great work but we want to continue to give them all the tools that they need so I appreciate it

2:24:30

thank you Senator blunt for what purpose sir

2:24:37

question please Mr President you're for a question Senator are you Senator blunts recognized thanks president Mr

2:24:42

chairman uh I heard you mentioned and I've just got a copy of conference report number three uh funds for the

2:24:49

Capitol Police could you go over those again you know the the plan that he's

2:24:56

got in place is to get to 150 officers uh and that would be you know if you're

2:25:02

talking about the dollar figure for that that was uh 2 million 338 875 dollars

2:25:09

and then there's of course equipment costs that I mentioned right after that too which is uh a little over 2.3

2:25:14

million dollars and is that the is that the amount that's referenced in section 34. I don't have the bill I've got my uh

2:25:22

my fiscal notes and but I don't have the bill but I can get the bill and look at it which section are you on well I'm

2:25:29

just I do have the bill but I just wasn't looking at it or are there any other costs associated

2:25:35

with the Capitol Police beyond that amount you said which is um it says in 34 it says 2.9 Million are

2:25:41

there any other connections you got two three three eight for the vacant positions

2:25:48

2.364 for the equipment and then also some vehicles too that I mentioned which were 296 thousand dollars

2:25:55

that's the uh let me just double check to make sure that there's nothing else on the general funds for Capitol Police

2:26:04

no I'm just I'm just trying to find it all in here you know keep in mind they're 10 12 divisions within Public

2:26:11

Safety I mean by MBI NBN forensics Homeland Security Driver Services

2:26:16

Support Services Capital police you know and so I think that's all there is in the Capitol

2:26:22

Police portion and it's it's my understanding that and we we work together to to fund that last

2:26:31

year and we funded 150 positions they've hired as I

2:26:36

understand it about 113 something they're about 100 I think 115 100 something like that uh

2:26:43

and the plan is to get to that 150 is this amount of money more money that we gave them last year or the same amount

2:26:49

of money is it giving them more money yeah yes yes this is all additional what

2:26:55

I what I've rattled off here is additional money for Capital police so the money that was funded last year was

2:27:03

450 they got to work immediately and they've hired approximately 115

2:27:09

a weed funding is a plan to do 150 for this fiscal year if if he can get that

2:27:15

many hired you know of course it's difficult to hire them and I would uh he's going to have authority to hire

2:27:21

that many now can you get it done that's another question it's getting harder and harder to get folks to go into the

2:27:28

police and law enforcement and kind of to Central Hills point you know it's uh

2:27:33

you know I think pay is certainly an issue we got to make sure we're cognizant of the the pay considering

2:27:38

what they do and putting their lives on the line daily uh but I think you know this this society in which we live is

2:27:45

seems to have made police force work seem not as is maybe attractive as it

2:27:51

once was the but my question is last year we intended

2:27:58

to fund 150 positions and commissioner Tyndall is working as hard as he can to get those positions filled

2:28:04

the current plan is for 150 for the upcoming budget year is it the same amount of money for this since we're

2:28:09

looking to get the same number of officers are we increasing that amount and no we're not increasing the amount

2:28:15

and I I think I see your point now I don't remember for sure if it was 150 you may be right if you know that it was

2:28:20

150 last year I don't recall I know that he wants to get to 150 and I do know that he has told me and he's told our

2:28:27

elbow staff and and John Reed on the other side because we've had many talks about this that the pay uh is he's got

2:28:36

to get more competitive with the pay I think what they're offering don't hold me to this number I think what they're

2:28:41

offering is 40 3 45 somewhere and um you know like you

2:28:48

said I've got other police force Community town city police forces in Mississippi that are at that 50 range so

2:28:55

I think that's one of the things he's having a challenge with so well

2:29:00

this is what I'm trying to get to I think this legislature funded

2:29:06

uh 150 positions for the capital police last year as I understand what you're

2:29:11

saying we're going to essentially level fund him so he can have 150 officers

2:29:17

this year and I'm confident but if he's gotten to 115 he can get to additional

2:29:22

35 to get to 150. we have another bill on the calendar Senate Bill 2343

2:29:29

which gives Capitol police jurisdiction not over the capital complex improvement

2:29:36

district which is the small part of the of the city and and doesn't is largely

2:29:41

non-residential and it would expand that jurisdiction to the entire city of Jackson to West Jackson to South Jackson

2:29:48

to North Jackson and we're giving in the same amount of money for the same officers

2:29:54

uh is that sufficient when his phone starts ringing from if this other bill

2:29:59

passes from other parts of the city to do what needs to be done and provide the services that people feel like they're entitled to under the law well I I don't

2:30:07

know what that other bill is at this point I don't know what negotiations are being had I know there's discussions

2:30:12

about it it's on the calendar the side and the size of the capital complex uh

2:30:18

and I don't know what the jurisdiction requirements I know that was an issue too I do think in the discussions I have

2:30:23

had with commissioner uh with the lieutenant governor the governor

2:30:28

chairman Reed on the other side and many others that the the

2:30:34

um I think everybody acknowledges there's no way to go and have say commissioner or

2:30:41

Capitol Police you've got the entire city of Jackson there's no way to do that and I'm not suggesting that is

2:30:46

being done all right well Senate Bill 2343 does exactly that okay well I don't think there's any way that commissioner

2:30:52

Tyndall could be the primary law enforcement or say commissioner Dental that Capitol Police could be the primary law enforcement officer uh for the

2:30:59

capital overnight from Jackson um I don't I don't think now over time

2:31:05

possibly yes but I just don't think it happens overnight especially if you only have 150 officers I don't know what

2:31:11

Jackson PD has but I would imagine it's uh several hundred officers well uh we

2:31:16

people injection wishes it was but they're way short of that uh and and I want to I know you're on the

2:31:22

appropriation side and a lot of this relates to another bill but the point I want to make as far as the budget is concerned that uh if other legislation

2:31:32

provides significant more responsibility to the Capitol Police we are essentially

2:31:37

funding them at the same level for the same number of officers that we gave them last year for a relatively small

2:31:44

part of the city under the budget um well if that happens

2:31:52

I think there are two questions that have to occur one is do we recommit this bill and look at what can be done to add

2:31:59

officers okay two would be um uh you you'd have to stare you'd have to

2:32:06

figure out some way to stair step or gradually transitioned in where I don't think he can hire a whole based

2:32:12

on the conversation I've had I don't think he can hire just go out and hire 100 officers like that I think he's moved as fast as he can given the

2:32:18

environment you've described I think that is exactly accurate that he's moving as fast as he can and look that's one of the things I've mentioned on the

2:32:24

deficit I mean he's moved as fast as he can and had to find out that it's a little more difficult than what he

2:32:30

thought to get equipment Vehicles people Etc to get this job done properly and we

2:32:37

want him to get it done and done right and have a we don't want him to fail or the or the you know DPS or Capitol

2:32:44

Police if I wanted to be successful and protect our citizens right thank you Miss Sean thank you Sandra Bullock

2:32:52

thank you Senator Norwood for what purpose sir of course Mr President for a question senior Hawkins please proceed

2:32:59

into reward thank you uh Mr President thank you senator

2:33:05

let me ask you a question uh online to 42 no 493 I believe it is

2:33:15

the 2.9 uh million uh Senator Hudson did you say

2:33:21

that was a deficit yes two what line was that let me make

2:33:27

sure it's the 49ers 493 okay that's that is yes

2:33:36

do you have uh how much of that is due to um

2:33:41

um Capital police I think most of that is capital police

2:33:47

Moses I do um I I got an explanation

2:33:53

um and just wanted to make sure that I knew

2:33:59

um

2:34:05

yesterday that's that's uh you know I think one of the concerns

2:34:10

that was addressed uh previously was I think when that

2:34:16

originally was set up with jpd the expectation would be that you know jpd would

2:34:22

962

um be taken or be primary on a lot of calls in jpd and I think uh from what
2:34:27
I've been told what happened is is they were told at some point they weren't going to take the call so they needed to call Capitol Police and I don't think
2:34:33
the commissioner's expectation was that they would be the primary or the lead on that so I think it was uh some of that's
2:34:41
related to ramping up and getting some additional things done to help them
2:34:46
do the work they need to do so do you think we can get a breakout of
2:34:52
of those deficit expenditures uh those probably yes I probably could get them
2:34:58
together I don't have it with me but I don't know how to get commission forget that I just think it's you know it's something I want and imagine another
2:35:04
question um since we all of them since we're all uh
2:35:11
concerned about uh budgets and doing doing better
2:35:17
what 10 20. what uh impact are we having is that
2:35:25
habit on the uh public safety's budget a total
2:35:31
until I mean we're gonna have 2.9 um deaths of appropriation
2:35:38
look I'm not involved in the discussions on 10 20. I know I know just what I've heard out here on
2:35:44
the floor I mean I mean I I know a little bit more than that just hearing you know and talking different things
2:35:49
but I'm not in the negotiations on 10 20. okay when I'm I mean just from this just from the Department of Public
2:35:56
Safety is budget the the appropriation that's going to
2:36:01
apply to addressing issues Capital police and other issues that would be a
2:36:07
part of um the responsibility that would fall under their preview if you will of
2:36:13
the uh commissioner tender do we have a dollar figure of how much
2:36:18
that would be I mean I think you went you went over it but I just I couldn't write down if and
2:36:26
I it is in this um the total amount should

2:36:31
be in this uh um conference report three right uh the total amount of the expenses yes
2:36:39
but now if you're talking about you know 10 20 I don't know what 10 20 is exactly
2:36:45
what it's going to be I don't know I mean I know there are issues that may concern do they have primary
2:36:51
jurisdiction or secondary or concurrent jurisdiction and that certainly matters if you got primary jurisdiction you're
2:36:58
the one that's got to be there to respond if you got secondary you're coming in to help so you may not need as much you won't be responding to as many
2:37:03
calls you won't have the uh the transportation the vehicles need the the gas needs Etc
2:37:10
you know I don't know the size of the proposed uh Capital complex if
2:37:16
that's changing or not I I don't know Central Norwood so I really can't answer that's going to be I think Senator
2:37:22
Wiggins is our lead confere in the Senate on that so I'd probably defer to him and as to what they may be trying to
2:37:29
work out so let me ask you this indeed based on
2:37:34
your experience based on uh prior uh budget
2:37:43
we could the outcome of 10 20. could
2:37:50
uh further negatively impact the public safety's budget and we could
2:37:57
come back next year with another deficit appropriation because of the
2:38:04
funds that we have we appropriate into the uh Public Safety
2:38:11
we could experience another definite appropriation I guess is what I'm saying we could but I don't
2:38:17
I hope not but we we could you know there's one of those agencies where it's a little bit of a moving Target a little
2:38:24
bit like Corrections and uh the the
2:38:30
you know sometimes you have some costs that you don't expect and and you you have to deal with those but we we hope

2:38:37
not I've talked to the commissioner about that that it nothing uh upsets me more than when we

2:38:42
get at the beginning of the year we find out which agencies and we usually have a lot of agencies but unfortunately some of those we we don't Grant some of them

2:38:49
are more wish list and needs less but sometimes we have the the needs list that we have to take care of or the

2:38:54
agency just shuts down you know they can run it out for their money runs out and they just quit doing it and there are

2:39:00
probably some agencies and there have been some that I've told that look you just you better start cutting back because you got to make it three more

2:39:05
months or four more months to finish off the year if you want to finish out the Year this is is this is a wish list if not a need or you know you you didn't budget

2:39:12
properly but sometimes you get these agencies where uh they're spending money on things like Public Safety this would

2:39:18
be one or Corrections you know probably a couple others I could think of where they just didn't foresee the cost uh we

2:39:25
don't we don't want to come in here and just dump money on agencies we want it to be reasonable with the budgets and

2:39:31
have them live within the budgets and so it's a possibility if things become more

2:39:36
cumbersome but boy we've we've done a fair bit in here to make sure and I've talked to the commissioner about that if

2:39:43
we get some of these things up you know hopefully this is going to be enough that you can work with and be successful

2:39:49
with and Mr chairman I mean certainly I

2:39:54
you you are aware that I uh appreciate your appetite for not having

2:40:00
these deficit appropriation and that was the reason that I just want to make sure I got my numbers right and put that out

2:40:07
there yes yes and I'll tell you the the deficit request from Public Safety was a lot higher than what we got in here

2:40:14
and we scrutinized it and and said look some of this stuff you can you can these

2:40:20
aren't security or safety issues some are and we need to address those but some of these you know we don't want you

2:40:26
to cut back on your police force and at the expense of our citizens but some of these things

2:40:32
uh yeah you they'd probably be good but they're not necessary and so I don't remember exactly what his number was but

2:40:38
it was well above the 2.9 Million thank you Mr chairman thank you thank you Senator Wiggins for what purpose sir

2:40:46
question the airport question Senator Hobson I yield Senator Wiggins is recognized for a question

2:40:51
thank you Mr chairman and I know we're not on 10 20. we're not going to get into that but if you can answer this

2:40:59
um it was if the commissioner has shared with you like he shared with me that

2:41:05
part of the reason that we're having to incur these expenses and if

2:41:11
you want to call the deficit is because uh the reality is that the Jackson PD is

2:41:17
not performing within the ccid and the contemplation was that both the

2:41:25
CC I'm sorry both the Capitol Police and jpd would actually work together but what has actually happened is the

2:41:31
Jackson Police Department has decided not to respond to things within the capital complex and so that is required

2:41:38
DPS to further build up what they had not

2:41:45
anticipated did he share that with you like he shared it with me he did

2:41:51
and so why we're having to do this is so that we can have a safe City because we

2:41:58
all know do we not did Jackson the the

2:42:03
unfortunate statistics crime statistics for the city of Jackson do we not

2:42:10
um yeah I mean I know it's not it doesn't have a best record on crime and

2:42:17
the Capitol Police are a state agency um and I uh and so we have a duty to

2:42:25

fund those to the proper level just like any other agency that we Fund in the

2:42:31

state that's what we're trying to do here is make sure they have the resources to be able to do the job the way it's supposed

2:42:37

to be done and my last question is because I've had it expressed to me is well why don't y'all just give Jackson

2:42:44

Police Department money well isn't it true that unless

2:42:51

there's something out there that I don't know that no City Police Department in the state of

2:42:57

Mississippi gets direct funding from the state it's just not done and that's not how it works I'm not aware of any other

2:43:04

snowfall okay so I appreciate your work the your hard work on trying to get this

2:43:11

budget to a place where we can provide safety to the tourists the visitors the

2:43:19

legislators and most importantly the citizen well they're all important and the citizens thank you for your work on

2:43:25

this thank you Senator Williams thank you Senator Senator hard for what purpose

2:43:30

question you're here for question centers Senator orange recognized for a question thank you Mr President and

2:43:36

thank you Mr chairman uh Senator Hobson um I want to go back

2:43:42

a little bit to some of what you the line of questioning that you and Senator blunt were engaged in

2:43:49

um now my understanding at the beginning of this this process of this session

2:43:55

that there was going to be a request for an additional 20 officers for Capitol

2:44:02

Police to take that Force up to 170 officers I was told that we had 107

2:44:10

officers that were sworn officers on the streets right now maybe it's gone up to 15 in the last 115 in the last couple of

2:44:18

months uh and and you know we're hearing about the expansion of Capitol Police

2:44:25

we're hearing about uh it having a lot more administrative as well as as Street

2:44:31

duties that may also be expanded into other parts of the city

967

2:44:38
and and so you know if we we authorize 150 officers last year we've had
2:44:45
difficulty getting those 150 signed up and hired and and uh and we talked about
2:44:53
expanding the territory don't you agree with me that that we're not thinking through this
2:45:00
planned process as as wisely as we perhaps should well I wouldn't agree
2:45:06
with that uh just as a general statement however I think if your point is that we
2:45:11
need to be methodical and smart in the way that we expand if if expansion takes
2:45:17
place is that we do it so we don't uh you know as the old saying goes bite off
2:45:22
more than we could do I think part of good good policing and I believe any
2:45:28
police officer tell you this is knowing your territories and uh knowing that the people the businesses Etc and knowing
2:45:35
that you can man that so I think I do agree if your point is you need to make sure you'll be able to handle what
2:45:40
you've got I think you're right well if the state is contemplating uh
2:45:47
expanding the duties and authority and territory of Capitol Police why wouldn't
2:45:52
we just escalate the budget up to whatever amount we estimate my cover
2:45:59
this expanded territory the entire city why wouldn't we just stick with the 170
2:46:05
officers and and and as opposed to just sticking with the 150.
2:46:11
look I'm I'm basing the decisions that were made or based on the information
2:46:17
that has been provided through several sources including our elbow staff you
2:46:22
know looking at these our subcommittees uh discussions with the commissioner and
2:46:29
of course Chief lucky at Capitol Police who's actually the chief of capital police who really working through the
2:46:35
commissioner and um you know a number of other people as I mentioned I know the governor has
2:46:41

weighed in on this in addition to all the folks here in this building that have an interest in capital police they

2:46:48

will they've weighed in on it so it's it's it's it's taking all that information trying to do the best job we can to put

2:46:54

it in putting it in a place where we can have a good Capital police that's the best way I can say it

2:47:00

and as we look at Senate Bill 2343 and and Hospital 10 20. uh we're closer to

2:47:07

putting the actually on the cake for for all the sets of purposes on on these

2:47:14

pieces of legislation that will have some impact on Capitol Police so if if

2:47:20

we wind up in 2343 for example expanding Capitol Police all the way throughout

2:47:27

the jurisdiction of the city of Jackson do you anticipate recommitting this bill to Admiral officers

2:47:34

uh possibly I just don't want to say for sure just I don't know except for if if

2:47:41

it's determined based on whatever comes out of 2343 or 1020 or any other Bill if

2:47:47

uh we have there'll be a lot of people that'll have their eyes on it and they'll certainly get the information to us and say hey we need to re-look at

2:47:54

this again and it's not it's not uncommon we've got several bills that you've seen that have flown in not that

2:47:59

maybe don't affect you in a lot of bills that we've had to recommit because somebody got their eyes on it and said wait we forgot to put in a position or

2:48:06

forgot to put in this language so that could happen and I don't want to be the dead horse but if we have authorized 150

2:48:15

offices officers for the small amount of area that is is what we call ccid and

2:48:22

then we give this Capitol Police the entire city of Jackson to police wouldn't would naturally think that we

2:48:29

needed to add more officers probably it's under those circumstances if that's the hypothetical yes

2:48:34

thank you Mr chairman thank you Mr President thank you thank you Senator horn other questions

2:48:40

seeing non-centered most adopt the conference report by using the morning roll call has been requested anyone

2:48:45
objective procedure of course voting no present
2:48:52
seeing none bill passes thank you Senator Senator Hobson is recognized
2:49:01
or your uh Senator Johnson may be recognized for we got a clerical matter yeah Senator Hobson NYU get your bills
2:49:09
together Senator Johnson is recognized thank you Mr President um I have a request for unanimous consent
2:49:16
to make changes to a conference report that we passed yesterday and I'd like to
2:49:22
be recognized to do so motion is to unanimous consent to be recognized to address the country with all in favor
2:49:28
signify by saying aye opposed no sinner thank you Mr President uh yesterday we
2:49:34
passed um conference report for House Bill 535 which was the qualified Resort bill I
2:49:40
came to our attention from dor that the intersection we used to describe uh the
2:49:46
city of Baldwin would also qualify another area of the state and so
2:49:53
um we have I believe it's on the screen if we can insert after online 608 before
2:50:00
the colon to give a more clarifying intersection that would specify that it
2:50:06
was just the city of Baldwin and and that's an explanation of the changes and if there's no questions I moved that or
2:50:12
I ask for unanimous consent to make that change to the conference report
2:50:18
second um any objection Senator Barrett
2:50:25
no objections so no objection is granted Senator thank you thank you
2:50:31
Senator Hill
2:50:39
okay Senator Hobson
2:50:53
hmm
2:51:23
istry
2:51:41
let's check

2:51:49
this ticket okay Senator president assuming Senator Hawkins is not here for
2:51:54
item 28 if that one is if that one is passed I would like to move to the in conference
Appropriations General bills
2:52:03
one moment [Music] so 28 29 30 31 which which one would you
2:52:10
like to skip 29 and 30 go to item 31 on the calendar and have the title ready okay retainer Place
upon the calendar
2:52:16
item 31 Mr Clark house bill number 834 assistant District Attorneys and
2:52:22
criminal investigators increased authorized number of uh my motion is to adopt the conference
2:52:28
report and ask that you recognize Senator Wiggins to explain Senator Rick is your recognize to
explain
2:52:43
thank you
2:53:05
thank you Mr chairman um this is uh our
2:53:11
eight what we call our Ada bill in the um code is called Legal Assistance
2:53:18
and in short we have [Music]
2:53:23
um appropriated this is the enacting legislation that comes up with every
2:53:30
every few years as has been stated by myself and I think Senator Hobson
2:53:36
um we do anticipate obviously next year doing uh judicial redistricting so along
2:53:42
with that we have we were going to also um
2:53:47
D.A assistant D.A redistricting or allocation I should put it that way but
2:53:52
we wanted to do something this year for various reasons and I will note that
2:53:58
what the bills in front of you these are going forward we have taken no uh DA's
2:54:05
away we have added approximately we see 13.
2:54:10
and if you'll put that please forgive me for the handwritten part of it
2:54:18
slide that down please Carlos
2:54:26

so those are those are the Senate districts and then yellow is where they are receiving uh in this bill the

2:54:33

allocation of the assistant DA's and as has been told by uh to the uh lobbyists

2:54:42

for the Mississippi prosecutors Association also to the incoming uh

2:54:48

president the prosecutors Association um we wanted to we had a number we were

2:54:54

working with and we also looked at the data um that was provided to us and I

2:55:01

apologize I'm looking for my I'm looking for the chart that was given to us uh by

2:55:08

AOC but what they did was they gave us all the numbers for each of the Circuit

2:55:13

Court districts and by the way your prosecutors are allocated based on your circuit court districts

2:55:19

um and that's them before you and so independently we looked at different

2:55:26

um pieces of data one of those is the average caseload per Ada why that's

2:55:32

important is because um the standard if you will within the

2:55:37

industry is you need it around or or the the optimum is around 250 to 300 there

2:55:45

were districts throughout the state that had way over that one of them I think had 420

2:55:51

if you were below that you were below that number we also looked at the violent offenses and the numbers that

2:55:57

were given to us were violent offenses and so we looked at those calculations and then we also looked at the

2:56:04

population of where things are as you all know we did redistricting the population has changed

2:56:11

um and uh looked at the counties and basically DA's per per residence so with

2:56:18

all of that being done we we separately and independently looked at that and interestingly I came up to the same

2:56:27

districts throughout all of them which are the ones that you have here and so just to kind of run down at the first

2:56:33

district and I should say this nobody got more than two

2:56:38

um and in fact there was only the ones that did receive them were one additional and the number by which we

2:56:45

used was around a hundred thousand which includes benefits and so going forward

2:56:51

each of these districts will have an additional permanent assistant D.A

2:56:57

so you have in the first 10 in the SEC second you had 11 in the third six

2:57:06

uh third six let's see the sixth district the Seventh District and I'll

2:57:12

come back to that and mention that in a minute the 14th the 15th

2:57:17

the uh 16th the 19th the 20th 21st and

2:57:24

23rd and actually if you kind of look at the map they're spread across the they're spread across the state and

2:57:30

interestingly they're um and again this was independent they're where the population centers

2:57:36

have grown so you have that on the seventh that's line 25 the seventh

2:57:42

um is uh is Hinds County and I will note that

2:57:48

the Seventh District only is consists of Hinds County um so they are getting 12.

2:57:55

um and if you see there through July of 2025 shall have 14 legal assistance

2:58:02

the district attorney had asked for three you remember we were dealing with

2:58:07

the first version of 2021 I'm sorry 1020 that was removed we have put those back

2:58:12

in um so we are giving the DA's office the

2:58:17

requested DA's that they have asked for which are three I will note since we've referenced uh Senate Bill I'm sorry

2:58:25

House Bill 1020 contained within that bill are three public defenders that

2:58:31

they do not have right now that's permanent so I simply would state that if Hinds

2:58:36

County wants three public defenders to help then

2:58:42

10 20 is the bill that's doing that because that's not covered in here um

2:58:47

let's see and also I will note that um

2:58:53
in the law that the one the counties they are allowed and authorized to pay
2:58:59
for thank you very much thank you Pat
2:59:06
okay weird they are their counties are authorized
2:59:12
to pay any additional ones and what what's being put up there is the list of the the data that was provided to us and
2:59:20
I can provide that if anybody has a request um you will know um those are broken down by different
2:59:26
categories violent offenses per Ada and so forth and so on
2:59:31
um let's see also in section 2 and there's been a
2:59:38
request for a number of years for additional criminal investigators so in section two the additional criminal
2:59:44
investigators are going to the 21st 23rd
2:59:50
to the seventh yes 21st 23rd to the 7th
2:59:55
for the criminal investigators um so with that I'd be happy to answer any
3:00:01
questions purpose
3:00:08
senior St Simons questions your four question Center I do senior stand this
3:00:13
is recognize thank you Mr President uh thank you uh chairman Wiggins for yielding
3:00:19
could you tell us what was the is it a difference in the criteria that
3:00:25
you used and determine who should get these additional permanent Adas and
3:00:31
these various judicial circuits versus what the Mississippi prosecutor Association had developed as their
3:00:39
reason for requesting making the initial request yeah so and this was known from uh even
3:00:47
prior to the session they came to us with their recommendations now every
3:00:53
single District requested to and being upfront every single District requested
3:00:58
too um that equates to millions and millions of dollars

3:01:04

um both chairman Hobson and I and in our committees related that we have a certain amount of money that we have to

3:01:10

work with and also we'd be doing that that was expressed repeatedly to their lobbyists and they understood where we

3:01:17

were the reality Senator Simmons is if you look at the numbers and the data

3:01:23

that I actually have before you um

3:01:33

for example the 22nd District has

3:01:39

157 average number of cases per Ada and they have 57 average number of violent

3:01:46

cases per Ada and they requested two additional Adas

3:01:51

if you base it on the data they actually should they shouldn't get one and we didn't

3:01:58

take one away okay so we explained all that with their representatives we did

3:02:05

that and we um we noted that uh I also will note well I'll leave it right there

3:02:11

if you have another question yeah I was more if you would go back to the map and I was more so concerned with those

3:02:18

district attorneys in the Mississippi they ought to know uh Brenda Mitchell is

3:02:24

in the 11th circuit and Dwayne Richardson is in the fourth circuit and

3:02:30

those are primarily the Delta counties and based off talking to both of those

3:02:37

district attorneys we have crime up the Mississippi River as well and when you just look at just

3:02:44

this map of course I have to go back to the Delta when we leave here and it's not just

3:02:51

what we did this year they have indicated to me that they have made requests year over

3:02:58

year over year and they've made it through the prosecutors Association whose we work very closely with it every

3:03:04

year when we come here and they just hate the fact that they're being left out chairman weakness look I I

3:03:10

understand that um I think all of our DA's do a good job no matter where they are in the state

3:03:17

um but as you know one of as I mentioned one of the calculations was population and as you know the Delta has lost 20

3:03:23

percent of the population I will also State that's why we are looking at redistricting next year I

3:03:30

mean the reality is we've got the circuit districts that you have here depending on how that all goes and how

3:03:36

they could change and so you'd have a different allocation that's why sen chairman Hobson and I in particular

3:03:43

wanted to take this approach and let me say about that

3:03:48

um despite the house in this version of the bill through language request requesting 40

3:03:56

Adas and chairman Hobson will verify this the house literally did not provide for any

3:04:04

funding it was Zero so it was the Senate who pushed for these

3:04:11

Adas I I don't know why that happened I appreciate that yeah I don't know why that was I I wasn't involved necessarily

3:04:17

in that but that's the reality and um you know that's where we were and to

3:04:24

The house's credit they took the Senate position that we had um you know they even they did not come

3:04:31

they literally came in with zero money so that's what we were dealing with and so hopefully we can address that when we

3:04:38

approach it next year and I mean of course practicing in the area in the Delta

3:04:44

um chairman Wiggins even though the population may be on a downward slope

3:04:50

crime has not decreased so in the Delta crying still just like all areas in our

3:04:57

state uh crime has in fact risen and so the concern is even though we may actually

3:05:04

have a dwindling population in those areas around the river for District 11

3:05:11

and 4 which is like the Delta they still have to actually deal with that crime right I understand that but if you look

3:05:17

at just I'm taking this as an example and this is the criminal case load by from the AOC that we were dealing 2017

3:05:25

to 2021 um the fourth district in terms of the

3:05:30

average cases per Ada 220 actually the number was 300 we were working with and

3:05:37

so they're below that number uh also the total number now they do have a little

3:05:42

bit higher level on the violent crime and we understand that but there's also

3:05:49

some that have 94 there's one one uh you know different ones and so those are

3:05:55

just factors that we had to look at um on there and I will note this Senator chairman Hopson has said this part of

3:06:03

what we're seeing too is we had covet and there's a backlog of cases the

3:06:09

courts are working through those cases um we do think that those you you you're

3:06:15

seeing an inordinate amount and those will probably come back down and so

3:06:20

chairman Hobson in particular wanted to make sure that we were funding them appropriately because these are going

3:06:26

forward we didn't take anything away these are permanent and so we want to

3:06:31

make sure it's a response we're being responsible my last question on the criminal investigators could you tell us

3:06:38

the districts again that will receive an additional uh CI in the

3:06:44

in the Bill yes sir uh the 21st

3:06:52

uh I'm sorry there's some that are already provided for um and then you see the underline there

3:06:59

the 21st the third and the 23rd okay and then

3:07:05

um also the seventh which is Heinz county is criminal investigator

3:07:11

but but no new criminal investigators in a deal correct all right thank you chairman we can say and again thank you

3:07:16

for your leadership and pushing for these permanent CIS and Adas despite the House's position thank you Mr President

3:07:23

thank you thank you Senator Butler for what purpose

3:07:28

oh question Mr President for a question Senator Wiggins I do Senator Butler thank you Mr President thank you Senator

3:07:34

Wiggins looking at in the sixth circuit District uh and again you said that all of them

3:07:42

every District acts for two Ada every yes that's correct okay so in the sixth

3:07:48

circuit district am I looking at this right they did get one you know what

3:07:54

uh let's see yeah okay thank you uh that was it is

3:08:00

funded in the bill on the chart it's not yellowed in and I apologize for that okay

3:08:06

yeah and um online 23 and 24 that's

3:08:11

where that does so I apologize for that okay and also in the 14th Circuit Court District they get one correct that

3:08:20

correct thank you thank you Mr President thank you Senator uh Senator Brian

3:08:26

Senator Brian for what purposer a question a year for a question Senator Wiggins

3:08:33

yes I yield Senator Brian is recognized for a question

3:08:39

um Senator Wiggins earlier in the session there was some discussion that

3:08:45

the data for the first district was not reliable and that the case loads which

3:08:52

appear on the chart are larger than the caseloads that exist in

3:08:58

reality did that turn out to be true did you have an opportunity to look into that uh

3:09:06

I did not we were going with the data that's been provided to us from the AOC and and

3:09:14

um and the information we've been provided well I was told and I'm not familiar

3:09:21

with this that there were some circumstance involving switching from

3:09:27

one computer system to another and so I

3:09:33

I don't have any direct knowledge that's just what I heard uh is it typical for a

3:09:39

district attorney to uh take a misdemeanor to a grand jury

3:09:47

and and seek an indictment for a misdemeanor is that a common occurrence

3:09:54

if you're asking me from based on my knowledge is it common is that no is it

3:10:00

allowed and is it done yes but generally that's handy handled by the County

3:10:05

Attorney if it's a miscorrect particularly if say a misdemeanor with no jail time involved correct thank you

3:10:13

and I wanted to say I want to go back to Senator Butler and uh Corbin reminded me Senator Butler

3:10:19

um actually the assistant for the sixth district had actually it was it was

3:10:25

being funded through the Appropriations bill for whatever reason that's been the

3:10:30

case for years and years and years and what we did was we moved it to this

3:10:38

statute and made sure because it was um well one it wasn't accurate and to be

3:10:45

honest it was not being it was being funded so that's why it's not it's not

3:10:51

an additional but it's now in this statute but the 14th did get an additional one

3:10:56

thank you Senator Wiggins Senator Butler Albert for what purpose sir Butler passes any

3:11:04

other questions Senator Butler Kevin you got to say one other question Mr President another question Senator

3:11:10

Williams yes thank you so much Mr President thanks Senator Wiggins thanks so much for your hard work

3:11:16

I mean how much money does it cost to add aada the numbers that we were working with is approximately it was a

3:11:23

hundred thousand dollars to include benefits now the statute under which they are paid reads that depending on

3:11:32

your years of experience you can get paid up to a certain percentage of the D.A and my memory serves me that's like

3:11:39

I think it's 130 or 140 something like that um and so the number we were using was a

3:11:46

hundred thousand which is about right okay thank you Mr President other questions

3:11:54

seeing none Center we're ready for emotion sir my motion would be uh passage on the morning roll call Mr

3:11:59

President or we adopt the conference report you said the morning roll calls May requested anyone objective procedure of

3:12:06

course voting no Brian no

3:12:11

anyone else Simmons no anyone else

3:12:18

anyone else bill passes thank you

3:12:34

thank you Senator Hobson Senator younger introduction out of order please proceed

3:12:41

in the west Gallery we have Harry dendy up in the west Gallery Harry would you

3:12:47

please stand up he represents the Mississippi Veterinarians Association he's fixing to retire after 31 years of

3:12:54

service give him a hand sent it

3:13:04

thank you

3:13:12

thank you Harry we're going to miss seeing you all right Senator Debarr

3:13:19

thank you Mr President I need to call a brief Education meeting at 1 15 in room 216. 115 216 Mr Clerk

3:13:27

any other announcements as you know when we come back uh shortly

3:13:33

you'll hear Senator Pope we will be in and out several times this afternoon I

3:13:39

appreciate everybody's patience as we finish the final Appropriations bills and some of the general bills that remain on the

3:13:45

calendar It's Our intention to complete work today so you can go back to being a

3:13:50

civilian work Senator Pope your recognize thank you Mr President of the Senate standard recess till 1 30.

3:13:56

sustaining recess till 1 30 all in favor signify by saying aye opposed no yeah I have it thank you

4:47:55

I'll send it back into session and um

4:48:00

Senator Hobson you recognize him thank you Mr President

4:48:11

as we suspend the rules go back to item seven on today's calendar I am seven all in favor signify by saying aye opposed

4:48:18

no the assham that's the title be read Mr clerk please read the title number 1626 procreation Health

4:48:26

Department of final action for the State Department of Health is 559 million 109 532 dollars

4:48:34

the general fund portion is 48 million 127 694. uh this includes

4:48:41

um operational expenses of 434 227 also includes the um subsidies for a

4:48:49

Mississippi qualified Health Center Grant match those are both General funds the contractual and the grant match that

4:48:55

amount is 554 120. it includes uh the the victims of crime act funding uh this

4:49:03

is the the funds that go to groups like our child advocacy centers and several other groups in the state that do uh

4:49:10

victims uh assistance and help our prosecutors in getting information together

4:49:16

for child abuse sex abuse human trafficking type cases that's 12 million

4:49:23

dollars of General funds some of that's replacing you know in the federal prosecutions went down a couple years ago we started having a shortage of Voca

4:49:30

funds and some of these dollars helped replace those funds this includes Capital expense funds of five hundred

4:49:36

thousand dollars going for a state health plan review that Dr Edney and the Department of Health has requested uh

4:49:43

one million dollars for the AED we passed the bill for the automatic external defibrillators in our schools

4:49:48

uh one million dollars for that it includes two million dollars for the Early Intervention Program that's

4:49:54

Healthcare Expendable funds two million dollars for the uh the second year and

4:50:00

final year of the magnet Community Health disparity program two million dollars and then

4:50:06

um 500 000 increase for the uh I'm sorry fifty thousand dollar increase

4:50:12

for the breast and cervical cancer program and that's also utilizing Health Care Expendable funds that is an

4:50:18

explanation of the conference report I'll yield for questions Mr President Senator Norwood for what purposer

4:50:25

of course Mr President here for a question Senator Hopson Senator Norwich recognize for a question and thanks

4:50:30

Senator Hobson and I know it's early right now but did we have an opportunity to put any

4:50:36

money in there to address the uh needs relative to the tornado or that let me

4:50:42

handle on a separate um that would be uh in here and you know what I didn't call

4:50:49

that one out I'm trying to think there was 1.5 million dollars for the health care Expendable funds and I'm looking for why that's not on the notes

4:50:58

we did put 1.5 million dollars I talked to Dr Edney about that and and I'm sorry

4:51:05

I don't I didn't see that in the notes but it was a late addition of course we had a few changes with the uh tornado at

4:51:12

1.5 million and Dr Edney thought that would be plenty to get them covered most

4:51:18

of that damage was in Sharkey County instead of Thomas's District I think that was the majority I think there was

4:51:24

one or two other hospitals that had some temporary outages water energy issues but but Sharky um it's a queen in a

4:51:31

hospital was the one that's got the most damage and he thinks with the match the match funds that they get that's going

4:51:38

to be plenty of money he said might even have some laps at the end of the year but a good question I'm glad you asked me that and I don't know why it's not on

4:51:44

my notes but yes okay and one other question and they would also have the I guess more or less the

4:51:51

flexibility to address the needs as as long as related to uh

4:51:58

health issues as well as um yes they would we've also got a Mima

4:52:06

bill that's going to be coming that's going to have some language in it we just were working on it I was working on it during lunch actually try to make

4:52:12

sure it's broad enough to cover anything that may overlap from other areas of

4:52:18

state government to make sure their funds to help supplant but I think this is going to be enough again I've talked

4:52:23

to Dr Edney a couple of times about this and he feels like we're going to be good on that thank you Mr chairman thank you

4:52:29

thank you thank you good question thank you senator

4:52:36

Senator Blackwell for what purpose question Mr President are you for a question Senator Senator black was

4:52:42

recognized for a question thank you were we able to put any money in for the

4:52:49

uh Ole Miss School Pharmacy and the Cannabis program so they could

4:52:55

do testing uh no that's not in this now

4:53:01

um there's are you talking about testing or testing of the testing facilities no testing testing

4:53:09

no I think that's the the funds will be coming from the the program for that

4:53:15

all right thank you sir

4:53:23

thank you senator Blackwell any other questions if no other questions let me one of the

4:53:29

things that uh wanted to add in the language on the Voca funds we put a provision there that

4:53:36

at least 2 million of that 12 million would go to Child Advocacy Center centers I think they will get a much

4:53:42

larger portion but it will guarantee that at least two million go to the cacs

4:53:47

okay very free emotions so emotion would be to adopt the conference report by use of the morning roll call Houston morning

4:53:53

roll call has been requested anyone objective procedure Mr Carlos Vonnie no present

4:53:59

seeing non passes thank you senator

4:54:19

okay we'll go to item 35. wow Senator Hobson prepares we're back on the

4:54:26

calendar on General bills Jazz now thank you senator

4:54:34

Page Six thank you Mr President I'd like to go to that item call it up next I'll be Brad

4:54:42

Mr clerk please read the title 52 Festival line permits 16 repeal was an

4:54:47

authority to issue and certain Provisions related to the question is that we do adopt the cop

4:54:52

report I'd like to be recognized to explain it your recognize Senator explain the conference report this is

4:54:58

the festival line permit bill that extends the repealers for these successful programs that we've had in

4:55:05

the past there are just one or two things in here that are a little different at the request of Senator

4:55:10

McMahon we have added that uh alcohol submerged Edibles might be

4:55:17

included this is something that people have been asking for that are manufacturers forever there have been

4:55:23

worms added to Tequila bottles so this is instead to include fruits and other

4:55:29

things that would be edible additives and there is one other provision for a pilot program to allow

4:55:38

um in a Leisure and recreational District which is specifically outlined in here

4:55:43

in Long Beach Mississippi that will allow a drive-through method of delivery

4:55:48

and there were other people that wanted it but I suggested that we keep it to one as a pilot program to see if it

4:55:55

works and if it does then perhaps it will be used for other areas as well

4:56:00

if there are no questions I would like to suggest that we adopt the conference report by the use of the morning questions seeing none this is the

4:56:07

morning roll call has been requested on objective procedure of course during no

4:56:14

um Fraser one moment please ma'am Brazier no Tate no

4:56:20

Chisholm no raining no

4:56:25

Norwood no anyone else

4:56:31

anyone else Parker no anyone else

4:56:37

anyone else bill passes thank you Senator chasnol we

4:56:42

go to uh Senator Michelle I mean Center Philadelphia has senator chasnow 37.

4:56:50

that's correct thank you Mr President I'd like to go to that item call it up and ask the title
4:56:55
Please read the title 2019 tourism provide assistance to destination marketing organization
4:57:02
um my motion is that we do adopt the conference report and I'd like to be recognized to explain it you recognize
4:57:08
Jack Sprite Senator this is the um continuation of the a very effective
4:57:13
funding of our Market organizations that have been affected adversely by covid
4:57:20
there is uh 21 million dollars in here to help organizations all across the
4:57:26
state this is an opportunity for us to continue bringing tourists and dollars to Mississippi
4:57:32
All the Monies that are expended will be uh there will be some annual reports to
4:57:39
the Department of Finance Administration Governor lieutenant governor speaker and uh to the Department of audit so that
4:57:46
these monies are carefully monitored there are no questions I suggest adoption by the morning roll call
4:57:51
questions on the bill seeing none use the morning roll call has been requested your objective procedure
4:58:00
of course voting no present
4:58:06
seeing none of the bill passes thank you Senator chaswell Senator Wiggins
4:58:12
passed Senator Michelle
4:58:20
past 3938 retained their place on the counter 40 Senator parks
4:58:27
as 41 Senator Wiggins 42 Senator Wiggins
4:58:34
43 Senator Wiggins we're on 43 Senate all the others retain
4:58:40
their place on the calendar go to that item called up ask please read the title house bill number 1216
4:58:46
circuit judges Chancellor's increased Office operating and expansion allowance and support staff funding my motion
4:58:53
would be that we do uh adopt the conference report and I'll be allowed to explain you recognized to explain

4:58:59
Senator thank you um the only difference from what we passed was we took out language dealing

4:59:04
with uh that we thought we needed for the uh what we've heard here today is 10

4:59:09
20 and all that this is the bill that increases the allowances for our circuit

4:59:16
judges uh raises it from nine to fifteen thousand um and it goes from 80 000 to

4:59:24
100 000 per fiscal year per judge for the staff that they have so with that would

4:59:30
be happy to answer any questions

4:59:35
questions on the bill seeing no sooner we're ready for your motion uh that we adopt the conference report on the

4:59:41
morning roll call Easter morning roll calls minimum question reject the procedure of course but know he know

4:59:47
president okay 44 sir

4:59:53
Wiggins 44. not foul okay 45

5:00:02
we go to 46 Senator field and game pass 47 Center parks

5:00:11
the others retain their place on the calendar 47 Senator thank you Mr President

5:00:17
that's the title be read score please read the title Senate bill number 2487 Mississippi dual enrollment dual credit

5:00:22
scholarship program established motion is to adopt the conference your recognize to explain senator thank

5:00:30
you Mr President bill this is a post-secondary educational financial assistance this

5:00:37
would be funding at a 40 percent of the average college community college credit hour tuition for the current Academic

5:00:44
Year this is applies for juniors and seniors in high school this would be

5:00:50
equal to six semester hours that a student could take during High School

5:00:57
um this is a bill that is supported both by the superintendents and the community college and I'm happy to answer any

5:01:04

questions that anyone might have questions on the bill seeing none City we're ready for your

5:01:10

motion adoption of the Cook Court on the morning roll call Houston morning roll call has been requested and in one objective procedure

5:01:16

of course voting no present seeing none the bill passes thank you

5:01:25

Senator parks Senator Hill pass senator dubar

5:01:34

we're on 40 48 retains this place on the calendar number 49 call that item up at the time please read the title Senate

5:01:41

bill number 2749 school board members increased pay uh this is the conference report uh

5:01:47

you've seen this language for the fourth time now on the school board members allowing the local districts to raise

5:01:52

their salaries based on the population of the school district um basically it's the same as before

5:01:58

it's 4 000 all the way up to 6 000 depending on the enrollment and that's the explanation of

5:02:05

the report Mr President I'll give any questions questions on the bill say none we're

5:02:11

ready for your motion sure adoption by use of the morning roll call man requesting on Jack procedure

5:02:17

of course voting no present seeing none to bill passes thank you

5:02:23

Senator Debarr we go to the general calendar senator Finnegan

5:02:30

ass okay one moment

5:03:27

okay thank you

5:05:33

like to ask unanimous consent to go back to item 48 on the calendar Senate bill 2612.

5:05:40

motion is for unanimous consent all in favor

5:05:49

yeah it's it's an all in favor Senator Wiggins just one second please which numbers are Senator 48 on today's

5:05:56

calendar Senate bill 2612. on item number 48 page eight Senate the

5:06:04

motion is to suspend the rules all in favor signify by saying aye

5:06:10

all opposed no the as have it please proceed

5:06:16
thank you um I need to get unanimous consent to correct a couple of scrivener's errors
5:06:23
that that the house drafting did on this bill I need to amend
5:06:32
I need to amend line 131 by changing 20 to 22. I need to amend line 297 by
5:06:39
striking one C and D only need to amend online 28 before
5:06:46
subsection by inserting paragraph C and D of amend online 2322 before subsection by
5:06:55
inserting paragraphs C and D they just got some things out of place
5:07:04
okay questions questions okay she's requested unanimous consent
5:07:12
genuine object to that procedure
5:07:19
seeing none it's granted thank you now I'd ask to call the bill up and have the
5:07:25
title read Mr clerk please read the title Senate bill number 2612 construction
5:07:31
bring forward code sections concerning local permitting and state board of contractors licensing
5:07:37
like to be recognized to explain the conference Senator Hill
5:07:43
okay there's about three changes that we made to this bill
5:07:48
the first change would be online ones 29 to 137.
5:07:55
um prior to this bill there is no opportunity for any County of any size
5:08:01
to opt out of Permitting as a condition for construction in unincorporated areas
5:08:06
and what we would put in this bill on line 131 is a population with a County
5:08:12
under 22 000 according to the most recent census May opt out for up to five
5:08:19
years and then after five years that was sunset they would not be able to opt out then the next change would be
5:08:27
four cities under 7 500 on lines 206 to 212. any municipality with a population
5:08:34
under 7 500 would be allowed to opt out until July 1 2028 and then that opt-out
5:08:42
provision with sunset the next change would be
5:08:49

988

on line 250 right now A remodeler if you look at

5:08:55

lines 245 a remodeler means any Corporation partnership or individual who for a fixed price commission fee

5:09:02

wage or other compensation undertakes or offers to undertake the construction or superintendent of the construction of

5:09:08

improvements to an existing residence the current law says when the total cost of improvements exceeds ten thousand

5:09:15

dollars we would like to raise that to twelve thousand five hundred dollars and

5:09:20

just for reference the ten thousand dollars has been in the current loss since 1993. so with inflation this is

5:09:28

currently allowed less and less people to be able to work under this section so

5:09:33

we would like to change that to twelve thousand five hundred dollars the other thing that we would like to do

5:09:40

our own lines 296 down to 320 and what

5:09:45

that does is puts in code the current process that the board of contractors

5:09:50

has been using to grandfather in the licensees for the subcontractors on

5:09:55

Electrical uh plumbing and HVAC and this just puts it into the code that they can

5:10:01

continue on that alternative path to examination up until

5:10:07

the the beginning of the next fiscal year so that would give them an additional year to go through that uh

5:10:15

process of being able to get that alternative licensure and I can tell you

5:10:22

that Senator Suber has worked diligently with interested parties to get to a

5:10:28

compromise he's been meeting with the attorneys for the various entities to get to this

5:10:36

point and this these are not huge changes to this but it does give some

5:10:41

relief for some of the smaller uh workers who do smaller amounts of work

5:10:47

and the house has already passed this and adopted this conference report so now it's up to the Senate to go ahead

5:10:54
and give some relief and pass this conference report to these smaller entities
5:11:05
questions on the bill Senator Thompson for what purpose
5:11:10
Christian Senator Hill will you yield yes Senator Thompson your recognized for a question Senator Hill this is this for
5:11:16
would this apply to new construction as well as renovations
5:11:22
on the permitting to give the smaller counties and cities the opt-out provision that would could apply to new
5:11:29
construction for permits but on the licensing that's for um basically that falls under the the
5:11:36
remodeler so there's no permit is there are there no building are there no inspections
5:11:42
during construction is that what I'm going to understand it just depends on county by county
5:11:47
some do still have an inspector some won't have any some some instruction will not have an inspection some may not
5:11:55
has has there been any concerns well you can't put Power you can't put Power in certain places without inspections so I
5:12:02
do know that right so how does this interact with how would this not having a permit not
5:12:08
having an electrical inspection for example well we would go back to just how we were doing it prior to last year
5:12:14
the way we've been doing it for years and years letting counties and cities decide what they're going to permit what
5:12:19
they're not going to permit has there been any consideration to what this may do for insurance property
5:12:27
insurance rates for these counties that may opt out of this these counties
5:12:33
basically I've not heard from one insurance company and I don't think central super has either
5:12:39
okay thank you Sarah thank you Senator Thompson Senator
5:12:45
Butler for what purpose [Music] are you for a question Senator yes
5:12:55
what are you trying to do here trying to give some relief to cities and
5:13:00

counties and give them back their powers that we took away from them last year
5:13:05
all right but you know but they're not going to be expected so you'll have electrician
5:13:11
there's really not electrician why your house up no sir under the current law if they're a
5:13:18
subcontractor under a general contractor they still have to be licensed the only thing
5:13:25
that's changing is that for a remodeler who may not be licensed we're increasing
5:13:32
that threshold from ten thousand to twelve thousand five hundred we're only giving those subcontractors
5:13:38
an extra year to get that license or an alternate license through that process
5:13:44
that the contractor's board has been allowing them to do again you're saying that a subcontractor
5:13:50
on a contractor can do it now do they have to be licensed and that's not going to change the license contractor
5:13:58
exactly none of that's going to change if they're under if they're a subcontractor under a licensed contractor none of that's going to
5:14:04
change what we're just trying to do is give these HVAC plumbing and electrical
5:14:09
an extra year to be grandfathered in through the process that the board's been giving
5:14:15
them since we passed the law last year to where they all have to be licensed and we're just giving an extra two
5:14:22
thousand five hundred dollar threshold for anybody that works on a remodeling job without being licensed but but the
5:14:30
subcontractor can actually work by himself up until what 12-5 right and
5:14:36
right now right now they can work up to 10 and that's been since 1993.
5:14:42
thank you thank you Mr President thank you Senator or Senator Norwood for what purpose
5:14:49
question Mr President are you a senator yes Mr Norwich recognize for a question thank you Senator hill now
5:14:56
because I understand from you know Senator Thompson you're saying that
5:15:03
without I mean permits and purpose permits are granted and the permanent
5:15:09

base was spell out what you know what they're permitting

5:15:14

and if there is no permit then there there will be no um

5:15:19

inspection the uh the inspector does not the person issue Department doesn't have

5:15:24

to come back and certify that what was done now I can tell you that for power

5:15:30

to be hooked to a building there has to be some type of inspection I know that from from living 40 years with somebody

5:15:37

that does that if I am asking if I go and ask for a

5:15:43

permit to do certain modifications to my to my property

5:15:51

the um if I go to the and get that permit

5:15:57

then after the work is done I expect that person because I'm not

5:16:04

I'm not uh I'm not a carpenter I'm not a problem I'm not I don't fall into that

5:16:10

but that person I expect the person the person the city representative to come

5:16:16

back out and to expect it and make and make sure that is it is according to code

5:16:22

and you're telling me that we are that that would no longer be

5:16:28

in existence no that's not what we're saying we're saying that a city under 7

5:16:35

500 in population can opt out of requiring permits on everything that's done in there that doesn't change the

5:16:42

licensing scheme for anybody that does the work that's just them not having to

5:16:48

issue a permit for everything that they do but if they don't issue a permit then if

5:16:54

their permit that won't be in in any inspection of what was or what was

5:17:00

permitted or what was done well that if you you can hire anybody you want to to build something for you

5:17:08

um we're not taking that away from you you can you can hire whomever you want to to do work

5:17:15

I mean so the the intent who the intent is to

5:17:21

provide relief to whom through this legislation to anybody that wants to do

5:17:27
something small on a smaller scale
5:17:33
in these cities and counties see some of these cities and Counties have had to hire extra people
5:17:38
um y'all always worried about unfunded mandates but a lot of these didn't have permit offices and they've had to hire extra people and had to provide new
5:17:46
staff to accommodate what this bill did last year and that's what we're trying to provide some relief they made it all
5:17:51
these years without it and then we went and told them last year that they had to have it so you don't feel that this is a
5:17:57
necessary option I mean a necessary measures to
5:18:03
protect the general uh citizen I think the general citizens can hire
5:18:09
who they want and I think that they don't always need government to protect them and help them figure out what
5:18:15
they're doing they can hire whomever they want they can check their license check their insurance do whatever they want to do fix the contract anyway they
5:18:22
want to um this doesn't change any of that
5:18:28
thank Mr President thanks Senate here Senator Harkins for what purposer question year for a question Senator
5:18:35
this will be a good one yes Senator Michelle I mean Senator Harkins you can
5:18:41
with a good question um
5:18:46
do you know how I guess my concern and we've talked about this and and I think in light of what's going on right now
5:18:52
um you know there's a lot of unlicensed folks swarming in on the state with the hail storms that have passed through and
5:18:58
with the with the storm damage across the state um is the is the language still in the
5:19:05
conference before I don't have that section up on my screen but is the language still in this in the report that the opt-out ends at a date certain
5:19:12
yes stopped out ends uh July 1 2028. okay
5:19:18

993

do you know how many counties in the state are under 22 000 I think it's 42 42 okay

5:19:24

um and in in the description we're letting people who are when it says

5:19:31

subcontractor that's obviously indicative of somebody that's working under a prime they will be still which

5:19:37

was the law before we'd passed the bill last year they were already required to be licensed that will still be intact right doesn't change that what about an

5:19:44

individual electrician plumber it does the work but on their own not

5:19:51

under a prime now on their own they can still do it up to ten thousand dollars under the Old Law since 1993. all we're

5:19:59

doing is adding make changes yeah and I think you know there's been

5:20:04

way more inflation than that since 1993. I would agree one thousand percent and

5:20:11

climbing on that thank you thank you Senator Harkins Senator Hickman for what purpose

5:20:18

question Mr President for question Senator Senator Hickman is recognized so uh certainly he'll just try to

5:20:24

understand the logistics of this bill this would allow counties and cities of certain sizes to opt out completely of

5:20:32

Contracting or somewhat Set uh lesser standards and when you would need I mean

5:20:38

licensing or set a different standard for when a contractor would need license that pretty much no has nothing to do

5:20:45

with the license it's about issuing permits that's what does it change your license well permitting so it would

5:20:51

determine at what point and for what things uh a city or county would have to

5:20:56

have permitting for the city could decide if their the city's 7 500 or under or the County's 22 500 or under

5:21:04

that they could decide on their own what they want to do okay so they could

5:21:11

set up a permitting system that looks different from counties in cities of

5:21:17

larger size or they could choose not to have a permitting system at all that's true okay

5:21:22

um so how do we come to the threshold these threshold number how do we come to uh the 7500 and the 22 negotiating with

5:21:30

the board of contractors the house the governor's office but but but what what what mechanism do

5:21:36

we use why do we come up with these numbers what what things were used in this negotiation or was people just pulling out random numbers like an

5:21:42

auction or how did that work no I we originally had 30 000 and we negotiated

5:21:48

back down to 22 500 because the consensus was that the bigger counties

5:21:55

there was more lawmakers that wanted the bigger counties to stay stay in the scheme so so was so there was no idea

5:22:02

just to uh maybe defer this whole statute to that time but we

5:22:08

chose kind of an arbitrary number I would like to to distract the whole statute but but there's compromise up

5:22:15

here and that's what we've been trying to do okay and we still don't know how we came up with this number other than

5:22:20

just back and forth uh negotiations they happen up here all the time and that's how we came up with this number what the

5:22:26

house and the Senate could agree on and what the other people involved may could live with so theoretically the number

5:22:32

means nothing it's just what we kind of tossed back and forth I think it's great number thank you

5:22:38

for what purpose sir like to be recognized for a motion

5:22:43

my motion is we recommit the bill motion to recommit all in fact I'd like to get a roll call

5:22:50

on that just one second ma'am I think Kenna

5:23:04

okay I was correct it is verbal except for six or more Senator we need six Senators to stand

5:23:10

I have one two three four anyone else Senator Tate

5:23:17

five six we have six Mr clerk please call the roll

5:23:23

now if you want to recommit vote Yes if you don't want to recommit vote no

5:23:29

Burnett Barrett
5:23:34
Blackman Blackwell
5:23:40
blunt boy branding
5:23:46
Brian
5:23:52
Butler to 36. but number 38
5:23:57
Carter Kaufman chance it on
5:24:05
Chisholm debar Delano
5:24:11
England filling game Frazier
5:24:18
Harkins Hickman
5:24:23
Hill no Hopson porn
5:24:30
Jackson
5:24:36
Jordan Kirby Macan
5:24:43
McDaniel McLendon
5:24:48
McMahon Michelle Moran
5:24:56
Norwood Parker
5:25:01
parks poke Seymour
5:25:09
Simmons of the 12th 7th of the 13th
5:25:15
Sojourner Sparks
5:25:20
Subaru take it Thomas
5:25:28
Thompson turn forward
5:25:33
Wayland Wiggins
5:25:39
Williams younger
5:25:45
Barnett Baron
5:25:50

Blackman blunt
5:25:56
bullied but number 36.
5:26:03
Butler 38. Carter
5:26:09
Kaufman Harkins
5:26:17
Hickman option
5:26:24
porn Jackson
5:26:31
Jordan McLendon
5:26:38
Norwood Parker
5:26:45
Simmons of the twelve Simmons of the 13th
5:26:52
Thomas Wiggins
5:27:02
voting guests or yay Blackwell boy Brian
5:27:07
Delano Frazier Harkins Kirby McMahon Michelle Norwood Parker Parks
5:27:16
Pope Thompson Wiggins and Williams voting nor name Barnett Barrett Blackman
5:27:24
Branning Kaufman chances de Barr England filling game
5:27:30
heel horn Jackson Johnson Jordan mccon
5:27:36
McDaniel Moran Seymour Sim of the 13th
5:27:41
Sojourner spark super Tate Turner Ford whaling and younger
5:27:51
Senator Butler for what purpose to the voteless president please proceed I didn't hear my name called second time
5:27:58
I have a vote I Butler aye Kevin Senator Hickman for what purpose
5:28:06
to the vote to not Superior Mr President please proceed if Senator Simmons if Senator Derek Simmons were here he would
5:28:11
vote I I vote no ah Simmons no hitman Senator Butler
5:28:17
Albert as president please proceed I vote no
5:28:25

997

no Butler Senator Brian

5:28:30

his lights on please ma'am what you meant Senator turn forward you click that off for me thank you

5:28:36

one moment please

5:28:54

thank you

5:29:06

thank you

5:29:18

okay the motion to recommit fails 28 to 7 17 years 28 days okay Senator my

5:29:25

motion will be adoption and Conference report on the morning roll call one moment Center it man I'd like to

5:29:32

speak on the uh speak against the bill you're welcome to speak against the bill senator

5:29:44

uh ladies and gentlemen the senate for the sake of time I'm not going to yield for any questions I just want to share a

5:29:50

few Thoughts with you before I before we take this vote over the last four years this body's

5:29:56

worked very difficult it has worked very hard to make sure that people in the state of

5:30:02

Mississippi are properly licensed properly bonded have a tax ID number so that they're paying their taxes uh

5:30:10

especially out-of-state contractors that were coming here and putting our contractors in Mississippi at a disadvantage by not collecting the sales

5:30:17

tax um unfortunately I represent an area where

5:30:23

we've had four tornadoes in the last eight years I can share with you there are a lot of

5:30:29

contractors out there who take advantage of people when these emergencies happen when these natural disasters come

5:30:35

through companies don't always act well they come in

5:30:41

they'll leave components off roofs and when you leave components off a roof it may not leak for the first

5:30:48

couple of weeks or months but water has a way of finding its way in when components are left off

5:30:55

998

and normally it's the poor and elderly and singles though that don't know anything about
5:31:00
Contracting that are left at a disadvantage when they have leaking pipes or leaking
5:31:06
roof or they find out they didn't get insulation in the wall or whatever the problem is and they call these companies
5:31:11
and they come to find out that it was a burner phone for those that don't know what a burner phone is just a phone a TracFone you buy
5:31:17
or a phone you would just buy somewhere for cash I've had a lot of this at go on in the
5:31:24
district that I serve so I've worked hard with many of you in this chamber to be sure that we were
5:31:30
able to get some legislation in place to take care of some of this now I used to serve as an alderman
5:31:38
in a city and it's a small City it was only when I was there it was it wasn't even a city it was just a town I can
5:31:45
share with you it is not a burden on these small cities to contract it with an inspector you don't have to hire an
5:31:51
inspector the cities can contract with an inspector and there's a fee associated with that when someone applies for their
5:31:58
fee I mean applies for their permit that permit many times discover covers the inspector's fee so I'm going to vote no
5:32:06
to this bill because there are some bad actors out there that
5:32:12
are taking taking advantage of people so I'm going to vote no and I wish that you would think about that especially with
5:32:18
the amount of damage that we have in the state right now you're lowering the standards
5:32:23
you're going to lower the standards and there are going to be people that are going to be taking advantage of
5:32:28
I yield the mic thank you Senator Hill to close please
5:32:37
just as Senator Harkins questioned a while ago this does not change the
5:32:43
subcontractors from having to be licensed if they're working under a general contractor the only thing that
5:32:49

this does is raise threshold for somebody working on their own from ten thousand dollars to twelve thousand five
5:32:55
hundred the sky's not going to fall and it lets smaller counties and cities decide whether they want a permitting
5:33:01
office or not so I believe that was mischaracterized
5:33:07
as to what this bill actually does it only gives small amount of relief to people that can work with as a remodeler
5:33:13
or on their own without a license um I think twenty five hundred dollars
5:33:19
is not going to make the roof cave in okay just so to speak so I would ask you
5:33:25
to just support this bill and adopt the conference report on the morning roll
5:33:31
call motion is to adopt by the use of the morning roll call as anyone object to
5:33:36
that procedure anyone object to that procedure
5:33:42
seeing none does anyone wish to be recorded as voting no Mr clerk if it has asked me Senator
5:33:48
Brian Blunt Boyd Wiggins Blackwell
5:33:57
Parker parks Butler
5:34:03
Williams McMahon Boyd
5:34:09
parks blunt Michelle
5:34:15
Kirby Norwood Thompson Frazier
5:34:22
Delano Harkins
5:34:30
younger anyone else
5:34:37
poke no all of those were no Mr anyone else
5:34:45
okay would you um please give us a total please ma'am
5:35:06
one moment to the vote Senator Butler yes I was President I'd like to announce
5:35:12
a pair please proceed if Senator someone was here he will know about I vote I
5:35:17
Simmons No Butler at pear anyone else okay would you read the no votes uh Mr

5:35:25
Clark voting no or name Brian Blunt boy Wiggins Blackwell
5:35:34
Parker parks
5:35:40
Butler of the 36 Williams McMahon Michelle Kirby Norwood Thompson Frazier
5:35:48
Delano Harkins younger and Polk when Mama Senator Thomas for what
5:35:54
purpose sir then to the boat I would like to vote no no
5:36:01
Thomas one moment please
5:36:12
Senator Carter for what purpose or to vote please proceed my vote is now no
5:36:18
Carter
5:36:24
okay
5:36:53
that's it
5:37:04
31.
5:37:09
foreign
5:37:18
thank you 21 no votes the measure passes all right Senator Wiggins
5:37:35
Mr President I ask for unanimous consent to suspend the rules and go to item 38
5:37:40
call that up all in favor signify I'm sorry Senator blunt
5:37:45
you want to speak on the motion for unanimous consent to suspend the rules you want to speak
5:37:52
on the motion to suspend the rules okay Senator Blount you're recognized
5:37:58
thank you the motion is to suspend the rules to go
5:38:03
back on the calendar I presume for House Bill 1020 that requires a two-thirds
5:38:10
vote I would ask you to vote no on the motion to suspend the rules for the purposes of considering house bill 1020.
5:38:19
Senator Wiggins your recognized I think that's a different Bill incorrect this is for item 38 in the house hasn't even
5:38:25
taken up 10 20. so I would ask you to vote Yes

5:38:35
a very rare slip on Senator Blunt's fault all right now we're ready all in
5:38:41
favor please signify by saying aye aye opposed no the eyes have it we're on 38.
5:38:46
thank you Senator Wiggins Mr clerk please read the title house number 510 foster parents Bill of Rights
5:38:54
and responsibilities created and required to be provided to foster parents the motion is we adopt the
5:38:59
conference report and I ask that Senator Boyd be allowed to explain Senator Boyd you're recognize to explain the
5:39:05
conference report president this is the legislation you've
5:39:11
now seen before you I believe this is the third time that what the legislation does is it makes sure that foster
5:39:20
parents are receiving timely payment that they're getting proper notices of IEP meetings that they're getting
5:39:25
notices of doctor's appointments and when the children are going to need to
5:39:31
be present for evaluations and many things like that it's a problem within our system right now and this will make
5:39:38
sure that our foster families are considered in all of that and it
5:39:43
also will help help hopefully help with the planning and parents working together to reunify with families that's
5:39:50
the intent of the legislation I'll be happy to answer questions questions on the bill Senator Norwood for what
5:39:55
purpose sir of course Mr President for a question Senator Boyd yes sir Senator Noah would you recognize thank you uh Mr President
5:40:03
thank you Senator boy Senator boy uh certainly we are concerned about the um
5:40:09
foster parents receiving their due diligence in terms of
5:40:14
the benefits are extended to them are afforded to them
5:40:21
but do we have anything in here as I cruise through it that would
5:40:27

hold false appearance of accountable and responsible for doing what they supposed

5:40:33

to do for the children that uh that they have under their uh

5:40:39

under their you know protection Leadership Center norwind we really

5:40:45

already have kind of a system set in place and hopefully we'll have the system set in place where the judge can

5:40:52

remove them the social worker can remove them from the foster parent if they're not doing what they need to do but also

5:40:59

we are hopeful of this legislation right here that it will further enable them to

5:41:04

do their job that they can help the children and they can help them successfully get a re-nification and

5:41:12

that they this will really help them make sure that they're present and that they're there for all their needed

5:41:17

appointments and also that they're financially Meeting those needs of those children by making sure that the state

5:41:24

is doing proper um proper reimbursement for the cause

5:41:29

that the Foster families are doing and so we really hope with this piece of legislation that we will further help

5:41:36

those foster families do exactly what they're supposed to do for those children do you have any um any numbers that

5:41:44

would show how many of the children are in

5:41:51

foster homes are in foster care that as it relate to

5:41:57

um family members um or I mean relatives are

5:42:04

Senator it's a great question and I do not have that right now but I'm happy to

5:42:10

get that information to you as far as to how many are with um

5:42:15

relatives in foster care placement and I do have that number somewhere I just didn't bring it up here today so I'll be

5:42:22

happy to get that number for you um on this too and also Senator Nora too

5:42:27

I'll remind you we passed a piece of legislation yesterday that is a adoption

5:42:33

foster care task force so it um so additional issues that we feel like that

5:42:39

are a need for their study and additional concerns that anyone has I

5:42:45

know I've been tweeted at about help for the natural parents things like that we

5:42:50

have all those things kind of encompassed in that very comprehensive study we're going to try to do on that

5:42:56

adoption and Foster Care task force okay the uh let me ask you this now the

5:43:04

the false foster parents I mean I'm really concerned about you know countability and responsibility of

5:43:11

false appearance we are saying doing what they supposed to do uh uh are there

5:43:17

and you you tell me that there are no there are no stipulations or no

5:43:23

real uh penalties if you will for foster parents not doing what uh what they're

5:43:31

supposed to do because you know we have uh and I mean this is I can't phrase it as a question if you mind but concerned

5:43:39

about uh child abuse um Senator we have a wealth of things in

5:43:46

the criminal code already that really direct at the things you're talking about and people are prosecuted under

5:43:53

those I can't tell you the exact number of prosecutions that we do have under that but we also have caseworkers we

5:44:01

have Casa workers in a few of our areas across the state that are trying to make

5:44:07

sure that these Fosters that these children are in on placements and it is Senator Norwood it is a system that we

5:44:15

are trying to make a much better system we have a CPS director that we've been

5:44:21

meeting consistently with um to try to do this but not there's not

5:44:26

per state criminal penalties in here but what we do know is there was a number of things that we weren't doing from the

5:44:33

state end that really helped those foster parents be able to do their job effective ugly and so this is what this

5:44:41

bill attempts to address but we do have a number of criminal code sections and

5:44:48

those things like that when there's abuse and neglect of children we have those in place and one of the things

5:44:55

that we will be looking at hopefully if the house passes it in that adoption

5:45:01

foster care task force is looking to see if there needed additional penalties in

5:45:07

that this particular Bill really focuses on trying to get those foster parents

5:45:12

the tools they need to do their job better from the state's perspective and you are aware that even though we

5:45:19

gave Child Protective Service additional Harper money last year

5:45:25

that they are still as I understand grossly under staffed

5:45:33

and a lot a lot of children and a lot of

5:45:39

uh I'm and I would imagine the same as far as applies for uh

5:45:44

foster parents a lot of children that are under their care are really falling

5:45:49

through the contracts because they do not have the staff that is uh

5:45:56

to to all said that so I guess in my I guess my end questioning is that

5:46:03

we are who's going to be responsible for and this will be a part of the the

5:46:10

caseworker's case load or is this something that's going to be uh relative

5:46:15

to an outside entity that would be working with the foster parents on that no sir these are really just kind of

5:46:22

clarifying because what we found out is when you go from jurisdiction to jurisdiction really County to County

5:46:29

what you would do is you would have maybe one situation where this was

5:46:36

automatically done what's supposed to be done for the Foster families reimbursement was taken care of on time

5:46:42

there was proper notice for meetings and things like that but if you went to another County

5:46:48

that didn't happen and so what this does is it's kind of a uniform procedures we

5:46:53

have worked with CPS on this we have worked with the judges on this provision to make sure that we get some uniformity

5:47:00

and the rules that families know that they can operate with um and additionally it becomes even more

5:47:07

confusing because you may have um for instance you may have a child that is from Hinds County but they have been

5:47:14

placed with a foster child from Madison I mean in a foster home in Madison County so and they may have had children

5:47:21

that are that have been placed with them before because a lot of our foster families are repeat Foster families so

5:47:28

they may have had a child from another jurisdiction and so you may have they may be operating with two sets of rules

5:47:34

sometimes as to how real how how quickly reimbursements are processed or even

5:47:40

whether or not the judge wants them to hear from them ever um or how they work with the guardian

5:47:45

lightings depending on if you might be in Hinds County versus Madison County so that's kind of the things that we're

5:47:52

really looking at in this and I agree with you Senator Norwood we have a lot

5:47:57

of work still to do in helping our children in foster care this is just one

5:48:03

step in the right direction but I hope this legislature for the next several years is really looking to see how that

5:48:10

we help our children in child protective services because there is a lot of work still to be done this is just one small

5:48:18

thing we can do that we know other states have done to make sure that we

5:48:24

are really helping those children and the foster parents who are taking care of them thank you assistant

5:48:32

and thank you Mr President Dr Hickman for what purpose

1006

5:48:40
questions Senator Moore yes sir Senator hickness recognized thank you Mr President thank
5:48:45
you Austin award just a couple of quick questions one what things change from the version of
this deal that we
5:48:52
passed out of this chamber to the current conference report that we have before us um we really
kind of reached
5:49:00
with the house we got um I believe and I'm gonna have to have a counsel here help me just with
that
5:49:05
but when we um did this we tried to make sure that the conference support that originally
5:49:11
came before us had some language in it and that's when we did a recommit on that that
5:49:17
um really um did not really properly take into account the role of the youth court judge and
making sure that the youth
5:49:23
court judge had um the ability in the courtroom to have the parent in or not have the parent in
5:49:29
and then the ability of the youth court judge really needed to ask them to have
5:49:35
the discretion to ask them to leave the courtroom when that needed to take place so we got that
language kind of fixed
5:49:40
that we just kind of had an issue in the conference report so uh that that leads kind of to my next
question is I know
5:49:46
that when we were working on this bill there were some issues with our youth court judges and
some other people who
5:49:52
would be involved in this formula um would you say and I don't know if you've actually spoken
with them since
5:49:58
we've seen that since you've received this conference report but from your conversations with
them would you be
5:50:04
would you think that they would be satisfied with this version of Bill so the council Council
Court judges
5:50:10
appointed two judges to work with us and so I actually did talk to one of those
5:50:16
judges that were one of the two judges appointed us to this morning and kind of went through the
changes with that and
5:50:23

they feel like it is a very workable bill and it's a good bill for both foster parents the children and the

5:50:31

natural parents as well and so I know you've uh over the course of this last uh several months you've worked with a

5:50:37

lot of people kind of getting these series of bills together within that equation people who

5:50:43

were affected by the foster parents bill of right like foster parents CPS the court systems anybody in these systems

5:50:51

who this bill would actually affect are they dissatisfied with the work that we've done or do they have any major

5:50:56

objections to this passing they have not reached out directly to me if they do

5:51:04

um and so I kind of continued working with those people that kind of have been appointed to kind of represent those

5:51:10

various groups and voices to I believe we've reached what I would

5:51:16

consider to be a very good bill and a very good way to really help our foster families deliver to the children that

5:51:23

they are serving so uh just just my final question so all of those groups and the people you worked with you

5:51:28

continue to work with them from when we passed the original bill off this floor into this conference report right now I

5:51:34

was on the phone with him this morning thank you so much Senator boy thank you for your work on this issue

5:51:42

okay thank you Senator any other questions for the bill seeing none Senator boy we're ready for emotion sure

5:51:47

man I would ask for adoption in the morning roll call of the conference report Mr President

5:51:53

there used to more will cost me requesting you're more objective procedure of course voting no

5:52:00

present seeing none to bill passes thank you Senator Boyd thank you okay Senator

5:52:08

Hickman uh to the vocals I like to announce a pair please proceed incentive Derek Simmons was here he will vote no

5:52:14

Avo I Simmons no

5:52:19
anyone else no no Blackman black
5:52:25
anyone else the Simmons no no I vote no Simmons no
5:52:34
anyone else okay
5:52:40
bill passes thank you Senate okay we're looking at the um
5:52:46
calendar here does anyone have anything else will we take a short break any announcements
5:52:53
Senator Kirby wait I'm sorry were you I was handing a
5:53:00
note do you want a rose committee meeting Senator Kirby
5:53:06
yes sir opponed recess and uh Pro tips office okay thank you Senator I have a
5:53:12
couple I don't think you've seen yet they were just handed to the thank you thank you and I'll give you thank you Mr
5:53:18
President thank you Senator Kirby Senator Norwood yes Mr President uh do you have an he
5:53:25
says short yes sir we're looking at approximately 45 minutes about 3 30 sir
5:53:30
thank you Mr President okay I'm but Senator Pope's got to make the motion I didn't make it
5:53:37
I think Mr President just recess that we call the chair recess after the college
5:53:42
here all in favor signify about saying aye opposed no the ice habit thank you senator
6:57:20
I'd like to call the Senate to order Senator Wiggins
6:57:31
Senator Hobson would you like to go first interopter sir
6:57:39
okay Senator Wiggins we're ready for you sir
6:57:51
okay Senator Wiggins thank thank you Mr President
6:57:56
um I asked to damage consent to suspend the rules and go to uh
6:58:02
quick house bills no let me see what Senator blunt 11 49.
6:58:10
thank you Senator 11 49 which number is that sir item 49
6:58:16
. 42 Mr President item 42 Senator on the Senate calendar all in favor signify by
6:58:23

saying aye aye opposed no the ask have a police precedes Senator Wiggins thank you and I will call on Senator Boyd as

6:58:30

needed uh on this but this is the um CPS is uh path to permanency for the

6:58:38

children uh that we've been working all session on and comes out of the

6:58:44

um committees that we have this hearing uh to try to get um the children through the system much

6:58:50

faster and the significant of this bill what this has in the bill if you recall

6:58:56

we had this separation of CPS from DHS

6:59:03

CPS from DHS in the bill and so that begins at section 7 and

6:59:11

um that's what we've been working on for a number of years that the governor's office has requested that we they really

6:59:19

need this um also the path to permanency will

6:59:24

allow us as I said to get the children through the system faster um with that I'd be happy to answer any

6:59:30

questions okay questions on on the bill

6:59:36

if not my motion would be to adopt the conference report using the morning roll call Houston morningroll call has been

6:59:42

requested is there an objective procedure quarters voting no present

6:59:48

seeing none the bill passes thank you Senator Wiggins good work on that appreciate you Senator Boyd thank you

6:59:54

Senator Hopson thank you Mr President uh if I may

7:00:01

suspend the rules for uh some corrections that need to be made and

7:00:07

three different house bills 1626 1623 and 1624

7:00:17

I guess I'll I don't know if I can take those up and block if if I can I'd like to spin the rules the question is to

7:00:23

suspend the rules all in favor signify by saying aye aye opposed no the eyes have Senator could you give us those uh

7:00:30

numbers again please sir uh House Bill 1626 23 and 16

7:00:37

24. those are the Department of Health rehabilitation services and division of Medicaid bills okay for technical

7:00:44

Corrections please explain that was number seven on 1626 on the calendar today 23 and 24 sir

7:00:57

they're on a prior calendar just one second we'll have it up

7:01:08

1626 okay

7:01:13

okay Mr clerk please number 1626 appropriation Health

7:01:19

Department house bill number 1623 appropriation rehabilitation services house bill

7:01:24

number 16 24 appropriation Medicaid Division I my motion would be to take these up and block

7:01:32

in one object all in favor signify by saying aye aye opposed no the eyes have

7:01:37

it please proceed Senator Hobson thank you Mr President my request would be that the unanimous consent be granted to

7:01:43

make the following technical Corrections in the Department of Health Bill line 578 uh inserting the words of

7:01:51

Mississippi after the word centers and before

7:01:56

quote four in House Bill 1623 the amendment would be on line 34 by deleting the number 831

7:02:03

and inserting in lieu thereof the number 922 and finally on House Bill 1624 amend

7:02:11

line 54 by deleting the number 868 and inserting in lieu thereof the number

7:02:16

927. I'll yield for questions if there are none I move for unanimous consent the

7:02:23

following clerical Corrections be made questions seeing none all in favor signify by

7:02:29

saying aye aye opposed no the ask have it thank you Senator Hobson did you

7:02:35

yes sir do you have any other Appropriations Bill Senator Hobson right now uh no Mr President may just to

7:02:41

update the bodies we've got the body we've got about six or seven appropriation bills a couple of them are

7:02:47

being filed this afternoon uh they're one or two I know the house is apparently a journey going home and one

7:02:54

or two that we don't have uh we've got them ready but they just we don't have conferees around the side once we get

7:02:59

those signed it appears that we'll uh have to take those up depending on what we do either late

7:03:05

tonight or sometime I don't know if they're around to do the signatures but if not we'll have to take those up tomorrow

7:03:12

I did go to check on the availability of conferees and there was no one there

7:03:18

senator

7:03:36

okay thank you uh Senator Kirby if you have someone on the rules

7:03:43

not quite ready foreign

7:04:00

get done here thank you Mr President I'd like to suspend the rules for the immediate consideration of item 39 House

7:04:06

Bill 521 39 House Bill 521 all in favor signify

7:04:12

by saying aye opposed no that's page seven Senate Mr clerk please read the title house bill number 521 service

7:04:19

award program authorized for the Recruitment and Retention of volunteer firefighters

7:04:25

thank you Mr President my motion is going to be that we do adopt the conference report and I'd like to be recognized to explain it you're

7:04:31

recognized to explain the conference board Center thank you members of the Senate this is our volunteer firefighter

7:04:36

bill that we've spent a lot of time and effort on many of you might know after the tornadoes last week volunteer

7:04:42

firefighters were some of the first people on site provide help and this is a program a link to service

7:04:47

award program the acronym is low sap l-o-s-a-p linked the service award program for the Recruitment and the

7:04:54

retention of volunteer firefighters we're going to set up this fund and it's going to consist of a Board of Trustees

7:05:01
made up of the Commissioner of Insurance the State Fire coordinator the state treasurer one member from the state at

7:05:07
large appointed by the governor and one member from the state at large appointed by the lieutenant governor and it'll be

7:05:13
the responsibility of the low-stat Board of Trustees to establish a point system to to avoid

7:05:20
to rate the firefighters and base their uh time commitments on Awards to be presented it would determine the annual

7:05:27
contribution to each volunteers low SAP account and this would create a fund in the State Treasury known as the

7:05:34
Mississippi volunteer firefighters length of service award fund and we have legislative we have in this legislation

7:05:40
that the money should be invested in the liquid type funds we don't want to have what occurred this last year and the S P

7:05:46
500 or the Dow Jones where it lost as much as almost 30 percent in in one year

7:05:51
so this would be liquid funds invested in t-bills and other direct obligations of the state

7:05:58
these Awards should be up to a maximum of five hundred dollars per year per

7:06:03
account and the provision of the section is a standard appealed on July 1st of 2016 and this fund has started with seed

7:06:10
money that we've already appropriated in um the uh appropriation bill for the Department of Insurance's budget and

7:06:17
we'll hope to have in uh hearings this summer the insurance committee to determine other opportunities for future

7:06:23
plans for funding the contributions which may include donations uh County contributions or money from either the

7:06:29
State Fire fund or premium taxes in the insurance department and this is great legislation that will

7:06:34
help more than 9 000 volunteer firefighters throughout our 82 counties in Mississippi I'll be glad to yield any

7:06:40
questions motion is adoption of the conference report Mr President thank you Senator

1013

7:06:47
morning roll call Senator Butler for what purpose sir question was President a year for
7:06:53
question Senator Michelle yes Senator Butler please proceed thank you Mr President thank you
Michelle so this is
7:06:59
going to actually give them money for time of service yes the Board of Trustees will be in charge
of setting up
7:07:05
the point system that they won't reward these people for service the amount of hours they they
put in and how much help
7:07:10
they give uh that will be the basis for the contribution that they will receive
7:07:16
up to a maximum of 500 per year okay now these are not retirees these are people
7:07:22
actually working these are volunteers they could have another job which could
7:07:27
believe it or not be firemen for a county or something in their spare time right as if they hadn't
worked hard enough they could volunteer on their
7:07:34
spare time for a volunteer fire department or they could be like you and I volunteer on for
volunteer fire
7:07:39
department okay so that would be maybe another incentive to kind of help them get volunteer
Finance be another one you
7:07:46
think it'd be an incentive to help oh well yes yes we want this is a good incentive to retain them
and to thank
7:07:52
them as well okay thank you thank you Mr chairman thank you Mr President thank you
7:08:00
all right Mr President my most in this um a doctor of the conference report by use to the morning
roll call
7:08:07
anyone objective procedure of course voting no president
7:08:14
thank you Senator Michelle thank you
7:08:20
Chief Pope and all the people in all the firefighters work so hard on that bill real proud of what
they do and
7:08:28
this expression of our appreciation for all they do okay Senator Kirby
7:08:37
thank you Mr President I'd like to uh to spend a rose for media
7:08:42

consideration of uh well they just passed it out I can't they don't I don't think they're numbered but it's 12 items

7:08:50

uh starting with well I'll just do

7:08:56

I'll name them the ones in blog here we need to read them and then we'll do them we'll do the motion for many

7:09:02

considerations sir right I want to make sure we're bringing the right ones up to Mr President if I can just uh not read

7:09:10

but just sr102 103 104 110 111 57 58 or

7:09:17

I'm sorry HCR 57 HCR 58 HCR 56 ACR 59

7:09:25

6263 and 64. now and then we'll need for

7:09:32

unanimous consensus to spin and take up these and we'll get the gym off in Block you know it's consent first all in favor

7:09:39

signify by saying aye aye opposed no now in Block anyone in Block

7:09:49

I think senator yes sir please read the time Mr Clerk

7:09:54

Center resolution number 102 congratulate Cooper Connor Street State Games youth athlete of the Year Center

7:10:01

resolution Number 103 celebrating 100th anniversary of Montgomery County Farm Bureau Senate resolution number 104

7:10:08

recognize the 50th anniversary of the establishment of jnc Department of political science center resolution

7:10:14

number 110. command Booneville Blue Devils Middle School boys basketball team for winning Mississippi Middle

7:10:20

School basketball championship Senator resolution number 111. command Belmont lady Cardinals Junior High basketball

7:10:27

team for winning Mississippi Middle School basketball limitational championship house for current

7:10:33

resolution number 57 Daphne Hill Community Conference uh house concurrent

7:10:38

resolution number 58 Dr Kent hoblit come in for many years of dedicated Services dean of Mississippi State University

1015

7:10:45

School of veterinary medicine house concurrent resolution number 56 representative Edward Blackman Jr

7:10:51

command distinguished later career and Public Service upon the occasion of his

7:10:56

retirement house concurrent resolution number 59 representative Tommy Reynolds command distinguished legislative career

7:11:03

and Public Service uh upon the occasion of his retirement

7:11:08

house concurrent resolution number 62 representative Tom weatherspeak the men distinguished legislative career and

7:11:14

public service on upon the occasion of his retirement house concurrent resolution number 63 representative

7:11:20

Alice G Clark command distinguished legislative career and public service upon the special occasion of her

7:11:27

retirement house return resolution number 64. speaker Philip Gunn commend on the

7:11:34

esteemed and laudable legislative career uh thank you Mr President I'd like to make

7:11:41

a usual motion Sarah makes a usual motion all in favor

7:11:46

signify by saying aye opposed no

7:11:52

ladies and gentlemen of the Senate all of these have been reviewed by the rules

7:11:57

committee and all just commending resolution if there are no questions Mr

7:12:03

President has to use the mourn roll call final pass questions on the bill bills

7:12:09

Christians seeing none use of the morning roll call has been requested anyone object

7:12:15

voting no present seeing none all resolutions pass thank

7:12:21

you Senator Kirby all right thank you Mr President I have another list that's going to be brought

7:12:28

here any second if I may start before just tell him what we're going to do I'd

7:12:33

like to be recognized for that Senator Kirby I think they're saying it's going to be a few minutes we may want to start on something else just one moment

7:12:54

that would be good Senator Kirby if you yield a senator Wiggins we'll start on that while they're preparing the

7:13:00

remainder of the resolution sir Senator Wiggins is recognized I asked for unanimous result a unanimous

7:13:07

consent to suspend the rules and go to item 41 uh House Bill 1020 and call that

7:13:16

up as the title be read Senator you're recognized I'm going to try again to speak on the

7:13:22

motion Mr President okay

7:13:27

Senator Blanchard and I speak on the motion for consent thank you Mr President thank you Mr chairman uh this

7:13:33

is the bill that I was a little too eager to address a few minutes ago this

7:13:39

is house bill 1020. this is a very important bill uh evolving the districts

7:13:45

of many of us in here and uh the motion is to suspend the rules I'm going to ask

7:13:52

you to vote against that motion and then the bill would be it's not that's not a

7:13:57

killing motion that would require that the bill come up tomorrow in the regular order of business the house has gone

7:14:04

home a lot of people have gone home this is an important bill for many of us and it deserves uh oh wait notice public

7:14:10

scrutiny and for that reason I'm nationally vote against the motion to suspend and the bill the chairman will

7:14:16

have the opportunity under the deadlines to bring the bill up tomorrow in the regular order of business so I'll be

7:14:22

happy to open any questions questions from Senator blunt Senator Brian for what purpose a parliamentary inquiry yes

7:14:28

sir what is the question before the house the question is emotion currently

7:14:34

to suspend the rules the emotion that's pending is the motion to con uh suspense

7:14:41

that is correct Senator thank you okay so I'm going to ask you to vote against

7:14:47

the motion and sir

7:14:58

I would ask you to uh vote for the motion we can have the debate now or we
7:15:03
can have it tomorrow and I think that uh
7:15:12
so I'm asking to suspend the rules the motion is to suspend the rules all
7:15:19
in favor signify by saying aye pose no
7:15:26
cheers of doubt call the roll
7:15:32
Senator Moran what is it
7:15:39
I think kind of wrong
7:15:45
Barnett one moment would you go if we're on calling a roll and then we'll get back
7:15:52
man Blackwell blunt
7:15:59
boy branding Brian
7:16:05
butt look at 36. Butler to 38 Carter
7:16:12
Kaufman chasing all Chisholm
7:16:17
the bar Delano England
7:16:23
feeling game Frazier Harkins
7:16:28
Hickman Hill Hobson
7:16:34
horn Jackson
7:16:41
Jordan Kirby Macan
7:16:46
McDaniel McClendon McMahon
7:16:53
Michelle Moran Norwood
7:16:59
Parker parks hope
7:17:06
Seymour 7-12
7:17:11
7-13 Sojourner
7:17:17
Sparks super
7:17:22

tank Thomas Thompson
7:17:30
Turner Ford Whaley Wiggins
7:17:37
Williams younger
7:17:42
Barnett Barrett
7:17:48
Blackman Carter
7:17:55
Delano Hill
7:18:02
Hopson Johnson
7:18:08
McLendon McMahon
7:18:14
Norwood Simmons of the 12th
7:18:20
7th of the 13th Sojourner
7:18:27
foreign
7:18:32
voting yesterday Barrett Blackwell boy Branny Carter Kaufman chasenal Chisholm Debarr England
7:18:41
filling game Harkins Kirby Macan
7:18:46
McDaniel McMahon Michelle Moran
7:18:52
Parker Park Pope Seymour Sojourner Sparks super Tate Thompson
7:19:01
Whaley Wiggins Williams and younger voting nowhere near Blackman blunt Brian
7:19:08
Butler 36 Butler 38. Frazier Hickman
7:19:14
horn Jackson Jordan Norwood Simmons of the 12 7 13 Thomas and Turner Ford
7:19:24
okay uh Senator Hill's light is on there okay
7:19:35
hold on Senator Hill is here one moment uh we're on the vote still senator
7:19:42
load up to the road thank you senator
7:19:48
uh Hill
7:20:05
any other matters on this vote on this vote Senator Simmons for what

7:20:13

purpose yes I did hear him call my name did he actually record me as what I was

7:20:18

Voting you know the clerk says you voted to ask her I voted Noah I'm sorry no I'm

7:20:24

sorry no there was we're fixing to read the names again anyone else Senator Barnett

7:20:31

Senator Barnes no Mr Clerk on the vote anyone

7:20:40

Senator Michelle on the on this issue what is it what for what purpose you seek recognition sir appointed as the

7:20:47

senator Barnett was it out of the chamber when the vote was taken

7:20:53

one moment please Senator horn will take them one at a time sir first Senator Michelle he was here before we cast

7:21:00

before we call the vote Senator horn okay

7:21:07

anyone else on this vote okay

7:21:20

okay

7:21:30

yes sir

7:21:41

or something

7:22:03

[Music]

7:22:21

problem

7:22:39

okay Senator yeah the clerk has corrected me on that matter um Senate neither Senator Hill nor

7:22:45

Senator Barnett's vote will be recorded rule 115.

7:22:50

okay let's get the results in and we'll go on

7:23:10

um

7:23:35

Senator Blackman for what purpose ma'am please proceed

7:23:46

uh the morning roll call I believe not one moment please ma'am

7:23:58

no ma'am those president voting thank you sir thank you Senator okay we're getting close here

7:24:26

motion passes 31-15 Senator Wiggins

7:24:34

thank you Mr President um

7:24:39

we're ready to read the title Center um call Item uh 41 call it up and ask the

7:24:46

title be read Mr clerk please read the title house bill number 1020 Capital complex Improvement

7:24:54

District Court authorized my motion will be that we do adopt the conference report and be allowed to explain

7:25:00

you're recognized to explain the conference Senator thank you Mr President

7:25:05

um I know this body is familiar with uh this bill and

7:25:10

um I will start off by saying that the conference report that's before you uh

7:25:16

is essentially a hundred percent of how this bill left this chamber it's the

7:25:23

Senate position plus a couple other things and I'll go through the I want to go through the highlights where they're

7:25:28

different so um again the bills just like it was when it came through the Senate with the

7:25:35

exception of of these editions but I will point out starting in section two you uh we have the full-time uh

7:25:42

assistant public defenders going to the seven circuit uh which is Hinds County

7:25:48

as I mentioned um you also have in section three uh the district attorney of Hinds County May

7:25:54

appoint two full-time assistant DA's in addition to those already appointed if you remember we had removed that uh

7:26:02

provision due to some reasons we are actually that's back in the bill so Hinds County will have two prosecutors

7:26:09

if they elect to appoint them and three full-time assistant public defenders uh

7:26:15

and then under at line 76 the D.A if they so choose can appoint a full-time

7:26:21

criminal investigator in addition to the ones they already have that's addition we didn't have that so they're getting

7:26:27

that to uh work towards their cases now one of the biggest things in this uh

7:26:33

conference report that has been agreed to with input from the governor's office commissioner Tyndall uh in the the the House

7:26:42

and Senate leadership is that actually there's going to be a number of phase-ins which were not in the original

7:26:48

conference report or even in the in the original bill so if you look at section

7:26:54

four where it says from and after January 1 of 2024

7:27:00

um what is established there is an inferior Court which is effectively a municipal court that's all it is if you

7:27:07

recall when the house bill came over their position was an inferior court

7:27:12

and this is simply a municipal court and as stated when the bill was presented to

7:27:17

you originally what happens in getting the backlogs done is a lot of the preliminary matters are handled in your

7:27:24

lower courts and that is what's happening here and our version it was going through the county court but now

7:27:30

there's a municipal court but if you look over on line 113

7:27:36

it says this section shall stand repealed on July 1st 2027 so it is

7:27:43

temporary in nature um and the municipal court in the ccid it

7:27:50

states on line 89 should have the same jurisdiction as municipal courts to hear and determine all cases and the

7:27:57

violations in the traffic laws so remember we're trying to get a handle on the backlog and uh the criminal matters

7:28:06

in Jackson if you look at 105 105 AOC shall provide compensation for the

7:28:12

inferior Court you will also see later in the bill as was brought up on the senate floor by our friends and uh from

7:28:20

Jackson our Democrat friends there were some questions about the judges not having adequate staff on

7:28:28

the temporary matters and we are providing temporary uh Staffing for

7:28:34

those judges including a clerk and I wanted to take this time to remind you that what you see in sections one

7:28:42

sections one and two is what we have been doing for the last two years

7:28:47

through the appropriation process and as I mentioned when we first presented it that was subject to the one-year

7:28:54

appropriation process we are codifying this and stating as I said then that the

7:29:00

judges and the prosecutors will go through 2028 uh I'm sorry 26 because those are

7:29:08

being paid for by the arpa funds in Section 5 the Attorney General shall designate two attorneys to serve as

7:29:14

Prosecuting attorneys within the ccid court um

7:29:20

in line 125 the Hinds County D.A is authorized to prosecute cases in that

7:29:26

inferior court and but he's also not prohibited from taking cases as otherwise allowed

7:29:33

section six uh that's where I talk about we talk about the AOC working with uh

7:29:41

the the ccid to provide Staffing for the inferior Court you will notice on line 145 it says stand repealed on July 1st

7:29:49

2027. then go into Section 8 what you will notice at line 153 is it says through

7:29:57

June 30th 2024 this section shall read as follows that is the current ccid map

7:30:04

that is what we have right here foreign

7:30:13

ER Michelle will be my assistant [Applause]

7:30:20

the red is the current and we're also putting it up on the screen

7:30:27

right here oh thank you the red is the current ccid

7:30:32

um as you can see there that is the current ccid starting at section 8. that

7:30:38

is what we'll go through uh June 30th of 2024 so you heard about the discussion

7:30:44

about the funding of the Capitol Police we are now up to or commissioner Tyndall

7:30:50

is up to 150 officers that will go uh to cover to cover that area if you go over

7:30:58

to line 231 where it says July 1st 2024

7:31:04

this section shall read as follows that's where it just it expands the ccid

7:31:10

uh to go to that point if you look at the map thank you Mr White the blue is the

7:31:17

expanded ccid the northern boundary is Northside Drive with the southern

7:31:23

boundary being south of Jackson State um

7:31:30

foreign

7:31:37

thank you the council is uh pointing out to me that there's a little there's some blue left off so

7:31:44

this area right there will be included Monument Street down to Rose so

7:31:51

that will be the expanded ccid if you remember the The house's original

7:31:56

version took it on the Northern boundary all the way to uh County Line Road we

7:32:02

went the bill left this this chamber it went to Meadowbrook Road the compromise

7:32:08

through the conferee process and working to properly uh set up the Capitol Police

7:32:15

for Success it was uh Northside Drive it was the request of the governor and also

7:32:21

the commissioner Tyndall and Capitol Police that there be definite boundaries

7:32:26

and not so to Aid in the jurisdiction and so that's why you have the map that you do there

7:32:33

thank you [Applause]

7:32:41

then in um section 9 that's the current

7:32:46

law that is the uh original ccid uh distribute I'm sorry diversion language

7:32:53

as you recall the uh the current law is six percent of the total sales tax

7:33:00

revenue goes to the ccid when the house sent it over they were at 12 percent

7:33:05

before you is nine percent that's been agreed to by all the conferees on that

7:33:16

if you go to section 10 um

7:33:21

this states that the city of Jackson at all times shall adequately staff its Police Department with the necessary

7:33:28
number of law enforcement officers and shall continue to enforce all the ordinances unfortunately there has been

7:33:35
some uh I guess uh uh information that because of the intersection of jpd

7:33:45
and Capitol Police the jpd has unfortunately not always responded

7:33:51
the plan and Senator chairman Phil and game will explain that in the companion

7:33:56
bill of this the idea as set out by the commissioner of Public Safety in

7:34:02
consultation with the others is to have primary jurisdiction by the Capitol Police and the ccid and jpd to have

7:34:10
primary jurisdiction in the areas outside the ccid if you look at section

7:34:15
11 that has the that's the language that was in there about body worn cameras each uh Capitol police officer is to

7:34:23
have um body worn cameras in good working conditions in the budget that we have passed there is funding for that to get

7:34:32
the officers to adequately have the body cameras in place

7:34:38
um then if you notice section 12 um that is the language we had by

7:34:43
October 1st of this year uh the AOC along with the circuit court is to get

7:34:49
us the data so uh for Circuit Court we did I'm sorry for judicial redistricting

7:34:55
so that we can start that process with the idea that if the data shows it then

7:35:01
there could be a elected judge put there then if you look at section 13 the

7:35:07
commissioner of Public Safety shall develop a 9-1-1 system to be used by any

7:35:13
person in the boundaries as many of you have probably heard and the questions that you've received there's been a lot

7:35:19
of problems uh about the 9-1-1 and answering that commissioner Tyndall in

7:35:25
particular has stated that he will uh work to get that done I will also note

7:35:30
that in the bill that will be coming before you there is a requirement that

7:35:36

1025

there be public hearing things on a quarterly basis between Hinds County Sheriff's Office Jackson PD

7:35:42

and uh the Capitol Police

7:35:48

um then lastly uh in section 15

7:35:53

AOC and the Chief Justice will manage the caseload of the special judges appointed in section one

7:36:00

um and to work that so the idea is to get that through and um with that Mr President be happy to

7:36:06

answer any questions okay we'll start with Senator horn for what purpose sir

7:36:13

question you're for a question Senator I do Senator horn is recognized thank you

7:36:19

Mr President thank you Mr chairman um Senator Wiggins I have a few questions

7:36:27

and I hope you'll be patient with me as we go through them so uh in section one

7:36:34

um for temporary judges are going to be appointed by the Chief

7:36:41

Justice and as I understand it we already have four uh special judges that

7:36:48

are that are serving currently and and as I understand it these folks once this bill becomes law could be reappointed to

7:36:55

to serve between now and December 1st of 2026. correct that's the that's the

7:37:00

language that was in the Senate position and that's the language that I think you helped support during the appropriation

7:37:07

a couple years ago to get the judges there and you'll notice that expires on December 31st 2026.

7:37:15

and

7:37:21

and is this from an after passage or July 1st this is July 1st right

7:37:27

uh yes July 1st okay so so by August 15th excuse me by my um

7:37:35

July 15th uh these judges would have to either be appointed or reappointed in my career

7:37:41

that's correct okay and

7:37:49

there was a lot of questions about uh Staffing and support staff in

7:37:55

particular bailiffs corporate borders Court administrators Etc
7:38:01
uh are there any any additional for the these four special appointed judges are
7:38:07
there any additional uh support staff being provided
7:38:12
uh my recollection is yes um I'd have to find it in the bill but but
7:38:19
yes because we heard that as an issue and so we wanted to do that
7:38:24
all right and under section two there are three full-time assistant public defenders correct these positions
7:38:31
permanent yes permanent as far as being subject to the availability of
7:38:37
appropriate subject to the legislature which those do not exist now
7:38:42
and I don't I think he goes without saying but I say that this bill fails then that those are not being
7:38:49
appropriated or required and how many uh prominent public defenders does that
7:38:55
bring district 7 up to my I understand I think there's currently six so that may
7:39:00
be nine okay and as it relates to the two full-time
7:39:06
Adas uh what with those two I assume that they are permanent as well that's
7:39:13
correct and if that was the D.A bill that we passed earlier today and it when I referenced
7:39:19
um the seventh circuit that's what I was talking about so does that bring you up to 13 the total number of Adas
7:39:26
uh uh see it's 14. because there's 11.
7:39:33
okay two full-time actually if you read the other Bill I'm sorry it was actually a total of three and so it's 14.
7:39:42
388's or two Adas three I'll defer to the other to the other Bill we passed
7:39:48
earlier but in this field since she does but I think there's some some extra I think in
7:39:55
the other bill it says they're getting one and then subject to this bill
7:40:00
passing then you get another two and also if you look at line 76 that's
7:40:07
where the criminal investigators are Chris the one

7:40:12
okay so I I have the second conference report that I've printed out it's not
7:40:20
consistent with the lines on the bill that's on the screen so I'm not sure
7:40:25
which version the one I had was filed uh March 29th so that's yesterday yes okay
7:40:34
um I I just it's the second report
7:40:39
well here you are
7:40:46
um so that's that's a small matter I just want to continue the question if we could
7:40:52
what what so one investigator on line 86
7:40:58
is that in addition to uh uh is that investigator considered to
7:41:04
be an ADA here uh no they're they're so the state law authorizes what's
7:41:11
called criminal investigators to assist the D.A offices and the state pays for
7:41:18
those and so this year uh and it's been requested a couple for a couple years we
7:41:24
not only in Hinds County but a couple other places we authorize criminal investigators
7:41:30
okay and and so we're going to get some clarity on whether it's two or three
7:41:35
Adas yes okay all right and on section four who triggers the development of the inferior
7:41:42
Court does it it um it's automatically authorized and then the Supreme Court
7:41:48
chief justice will start this organization and and standing the court
7:41:53
up well yeah so first of all it's not even started until January 1 of 2024. and
7:42:01
then if you look at line 81 as stated they're pursuant to the uh article six
7:42:07
in the Constitution um which which sets out you can set up
7:42:12
inferior courts uh it's set up as the jurisdiction of a
7:42:18
municipal court and then later on in the bill or in the section I think 99 chief
7:42:24
justice Shalom appoint the judge authorized by the section who has to
7:42:30

1028

have the requirements and then the AOC of the Court shall provide provide compensation for the for the judge and

7:42:37

not being a mountain less than that paid to the Municipal Court judges and their

7:42:43

staff in the city of Jackson and again I'm not sure about these lines but I

7:42:50

think in section four maybe on line 103 the chief justice has the authority to

7:42:56

name these special inferior Court Judge yeah and the version I have it's

7:43:02

actually line starting in line 99. okay all right and uh and by the way if I may

7:43:08

add I know there is some debate before the the chief justice has the authority

7:43:14

to make such appointments in special circumstances and as you can tell with this being a temporary this is a special

7:43:20

circumstance so that's where a lot of that's coming from and by the way that's what was set up in the appropriation

7:43:27

bill that we've been doing for the last two years the the judge the other judges

7:43:35

all right now is this uh inferior Court Judge going to be in addition to the

7:43:40

Force Special appointed judges yes and will that person uh be required to

7:43:46

be a resident of Finance County I know that the special judges if you

7:43:52

look at line one this would have to be if you look at line 102 such judge shall be a qualified elector of this state and

7:43:59

shall have such other qualifications as provided by law for municipal judges in

7:44:04

that in that area there does not say they have to be a resident of that but um they do have to follow the other

7:44:10

qualifications all right and what what about uh the um

7:44:16

the special prosecutors do they have to be residents of Heinz County uh they do

7:44:21

not but when special prosecutors and special judges are appointed for example there's many times that the Supreme I'm

7:44:28

sorry the Chief Justice appoints the judges they don't have to be from Jackson County to serve in Jackson

7:44:34

County for example but this is a little different than most special judges well

7:44:40

you agree I agree it's a we're in

7:44:45

um a serious situation that we're trying to help the city of Jackson get out of

7:44:51

okay and and as it relates to the inferior Court the uh special judge for

7:44:57

the inferior court and the two prosecutors appointed by the AG uh they

7:45:03

would all uh sunset on July 1st of 2027 correct

7:45:09

all right and what is the rationale for the

7:45:14

Attorney General making the prosecuting attorney selections uh that

7:45:20

was a requirement of the Howard that's where the House's position was um

7:45:25

uh we thought that would be you know we didn't have a problem with it as they can appoint them there that they can do

7:45:32

the prosecution like the others so um it'd be in a special Court too uh the

7:45:38

Attorney General can make those appointments and so the administrator and other support staff for the inferior

7:45:44

Court of the appointment of an administrator for the inferior Court

7:45:49

will be handled by AOC with the vice I guess consent by the Chief Justice

7:45:54

correct and and then AOC will also hire and appoint other support staff correct

7:46:05

all right and and again I apologize for I've marked up and made notes on the

7:46:11

copy that I have so it's hard to flip over but as it relates to um

7:46:17

the um I think this may be existing law where it talks about

7:46:23

who has jurisdiction and enforcement uh on properties of the fair Commission

7:46:33

I think it's existing language okay but but my question is I think we're giving

7:46:38

Capitol Police authority to manage events and activities within ccid I

7:46:46

would not that's not in this bill right before us but I want to point out that in section

1030

7:46:51
six line starting in line 132 where it says the AOC in consultation with Chief

7:46:57
Justice child appointed clerk for the capital complex and then it goes on to say shall Provide support staff Senator

7:47:04
corn that's a direct result of your questioning during the first go around on this bill where it was stated that

7:47:11
the uh and understand I realize that this is a municipal court that they were talking about but we wanted your point

7:47:18
was well taken and we wanted to provide that Staffing and the infrastructure to make it a success

7:47:24
but as it relates to the State Fair uh Dixie National if we I'm I I guess

7:47:33
we're still doing decent National uh we do we are cutting Horse Association St Patty's Day Parade

7:47:39
whatever events and activities that go on located in ccid who has primary

7:47:46
jurisdiction well okay the way this is set up would be the within the ccid would it be a

7:47:53
municipal court going through there and it does say that uh it doesn't prevent the district attorney there's somewhere

7:48:00
in there uh to to take it to the other places but it would be the ccid municipal court and

7:48:07
um that's where it would be and the um

7:48:14
near line 236 where it talks about about um who's got jurisdiction and where it

7:48:22
says the jurisdiction of public the Public Public Safety under this subsection six shall be concurrent to

7:48:29
the jurisdiction of the city of Jackson and that of Hinds County within the bounds boundaries of capital

7:48:35
accomplishment District what what does that mean okay I think you're looking at something

7:48:40
different that's not in the ver in the report that we're on

7:48:45
okay so so who has primary jurisdiction in the city

7:48:52
of Jackson you're talking about law enforcement yes that's not in this build before let me

7:48:57

ask you that question who has primary jurisdiction again that's not in this bill before you

7:49:03

okay there's been a lot of questions about an mou that's not in this bill or

7:49:08

any other bill that's related to this that was taken out yeah I asked for a question sure there's been a lot of talk

7:49:14

about who has uh jurisdiction who who will take the lead here and it'll take the lead

7:49:20

there um uh an mou that folks won't sign and whatnot my question to you is who will

7:49:27

have primary jurisdiction of a law enforcement in the city of Jackson and who will have primary jurisdiction

7:49:33

within ccid and with all due respect that is not in this bill that we're debating right now there's a companion

7:49:40

bill that will be brought up subsequently where that will be explained by chairman Phil and game

7:49:47

okay you're talking about 2343 I said yes okay and

7:49:56

so is the the issue of the quarterly meetings in this bill that's my

7:50:03

recollection is that's in 2343 okay

7:50:09

and there's a three percent they're going to be going from the third the six percent

7:50:15

to the nine percent of this bill uh yes from six percent to nine percent now I assume that this is the six

7:50:23

percent that we uh created and dedicated to the the uh standing up of ccid in the

7:50:33

beginning is that right that is correct and I will state at this point that I certainly on specifics will default I'm

7:50:40

sorry defer to Senator Michelle he's a conferee uh who can answer any specifics

7:50:46

on that but that is what what you're talking about okay and that was set aside it was it was a a

7:50:54

two and then four and then six percent is that all sales tax collected within

7:51:01

the city of Jacksonville are there any carb outs um I see Senator Michelle nodding yes

7:51:06

it's all everything yes and a generous about 10 million dollars a year yes and

7:51:11

that's six percent collection rate and the way the way I will say it is that is a diverse version of sales tax that no

7:51:19

other City gets yes sir and and that'll generate somewhere in the neighborhood of 15 16 million dollars a year right

7:51:26

right will that continue to be used as ccid is currently using it or are there

7:51:33

any expanded uses of that extra three percent in this bill there is no expanded uses it's being raised from six

7:51:40

percent to nine percent and so Capital police is funding will not come out of this additional three

7:51:47

percent collection not the way this is written no

7:51:57

thank you Mr chairman thank you Mr President thank you Senator horn Senator Norwood for what purpose sir

7:52:04

question Mr President bio for a question Senator I do Senator nor would you recognize thank you Mr President thanks

7:52:10

Senator Wiggins it's not the weekend could you give me a total cost

7:52:16

that will be associated with the uh enactment of this legislation

7:52:22

I cannot I'm not sure if you let me put this way if you're asking for a figure

7:52:28

of what it costs between the uh Capitol Police that we've already appropriated

7:52:35

that the judges that are being handled and all being for lack of a better term

7:52:40

diverted to the city of Jackson you're talking in the tens of millions of dollars

7:52:47

okay and now follow back up on what Senator horn asks

7:52:52

the is saying that and none of these Farms

7:52:57

not just Farms are coming from from tax from the attacks the taxes or the tax

7:53:03

inversion that will be coming to the state of Jackson These funds are coming out of General funds no they're so

7:53:10

that's what the that's what the nine percent is for which was set up in the original ccid was a diversion of those

7:53:17

was a diversion of those funds so that's the 18 18 and a half percent

1033

7:53:25

plus correct the nine the nine percent which if I understand things correctly

7:53:32

so to your point um every city gets 18 diversion of the state sales tax on top

7:53:40

of that the city of Jackson's getting this if this bill passes nine percent nine percent and then and that would go

7:53:48

to fund this um these um the activities that's a part of

7:53:54

10 20. yeah well that was originally in the original legislation for the ccid which

7:54:01

was at six percent and not and what we're simply doing is Raising it to nine percent

7:54:08

but we don't have a total at this point I I would Senator Michelle if you would

7:54:14

like can provide all the numbers uh on that and he can get that to you

7:54:20

he's very he's very familiar with it okay thank you Mr President thanks Senator William thank you

7:54:27

yes thank you Senator Norwood Senator Simmons uh for what purpose sir questions

7:54:34

I do Senator Simmons are you recognized for a question thank you Mr President thank you Senator weekends for yielding

7:54:41

Senator Wiggins when this bill left the Senate uh there were some language and

7:54:47

as you may recall several amendments regarding elected judges

7:54:54

is any language remaining in this conference report to

7:54:59

regarding an additional elected judge for the seventh circuit so if you look

7:55:05

at section 12 this was the language that was adopted by the Senate and uh went

7:55:11

into conference that's the language right there section 12 which is where they're supposed to provide the

7:55:16

legislature the data with the idea that when we enter into judicial redistricting we'll consider that okay

7:55:23

and that's for one additional you like to judge yes okay thank you and

7:55:30

my next question would you go with me to section four

7:55:39

starting the first four sentence at line 85 based upon the report I have

7:55:46

worried establishes the jurisdiction of the inferior Court yes

7:55:58

I see it okay do we want the inferior Court to handle

7:56:04

any matters any matters outside what other Municipal

7:56:12

Court to do in the state of Mississippi or is it the intent of this conference report

7:56:18

for the inferior court and the ccid to handle any and all matters

7:56:25

consistent with all of our municipal courts in the state that's what the language right there says is if

7:56:31

they have it has the jurisdiction of the municipal courts across the state okay and as you know that includes criminal

7:56:38

preliminary matters all felonies huh oh felonies yes okay

7:56:43

well could you go with me under Section Five

7:56:49

starting with the attorney general Alliance one fifth 14.

7:56:57

where it talks about the jurisdiction of those two attorneys

7:57:03

that will serve as Prosecuting attorneys in the ccid

7:57:09

like why would we have language on line 115 that says for any cause of

7:57:15

action well you have to have you know in any Municipal Court let's just put it this

7:57:22

way that uh that in the Municipal Court you have a municipal prosecutor so that's the

7:57:29

equivalent and they prosecute the cases but they also handle other matters and that's what they would do here

7:57:35

that's what they would do so that's what that's saying okay I mean you can't have a municipal court without a prosecutor

7:57:41

right I understand it but but if you'll go back with me under section four even

7:57:47

at lines 88 to about lines 92 we being

7:57:52

very specific about what the jurisdiction is in the municipal court

7:57:58

1035

or the inferior Court and it says it will have the same jurisdiction as municipal court to hear
7:58:03
and determine all cases charging violation of Motor Vehicle and traffic laws of this state in violation of
7:58:11
traffic ordinances which I agree with that because that's what all our municipal courts do I was just trying to
7:58:16
arrest say that again that you agree with this I'm saying I agree that Municipal Courts in Mississippi deal
7:58:24
with this type of jurisdiction right I was trying to reconcile that with what the two attorneys appointed by the
7:58:31
Attorney General would do where it has language that they would handle any cause of action
7:58:38
I'm not sure what you're saying but I think the language is clear that they would handle they would handle that
7:58:44
okay I guess my question is at line 115 right right and noticed it in line 116
7:58:50
uh it says within the jurisdiction of the capital complex so it's not it's not
7:58:56
you know just anywhere in the city I have another question
7:59:01
right do our prosecutors City prosecutors anywhere in the state
7:59:09
of Mississippi do they have authority to go to grand juries
7:59:15
to present to grand juries to get a formal indictment yes in fact that's if I understand what
7:59:22
you're saying that state law like if you have a if you have a first of all I think a question was asked earlier a
7:59:28
grand jury can take up any misdemeanor cases a municipal judge can bind a case
7:59:34
over to the Grand Jury for consideration be it a misdemeanor or a felony so I'm
7:59:41
not really sure why that would be any different so as a former prosecutor some of the Wiggins you are saying Municipal Court
7:59:48
prosecutors go before grand juries to get indictment no no the judge orders it
7:59:54
to be bound over to the grand jury the municipal court judge right that's right and the person who presents
8:00:00

felony matters in the state of Mississippi is in fact the D.A did you agree with that
8:00:09
or Ada yeah it's a D.A and you have prosecutors and then you have attorney general
8:00:15
prosecutors who come in and prosecute depending on the cases and the authority
8:00:21
that's given to them so how do we reconcile the language starting at the first floor centers of
8:00:27
119. an ending at 124. I don't Senator Simmons I'm sorry I
8:00:34
don't see the discrepancy the Attorney General uh the prosecuting attorneys come from the
8:00:41
Attorney General's office and they make that uh they make that prosecution they handle it just like any other prosecutor
8:00:47
and again this is temporary okay this will expire in 2027 and this is remember
8:00:54
we're here to get through the backlog and the cases that we have I'm simply just trying to find out the
8:01:01
difference in the role based off the language in section five between the elected D.A of Hinds County
8:01:09
and these two attorneys that will be appointed by the Attorney General to work according to this CR
8:01:18
AP in an inferior Court as you know some of the Wiggins so I
8:01:23
want to refer you to line 125 the Hinds County D.A is authorized to prosecute
8:01:29
cases in the ccid inferior Court as well uh and it's and then it goes on to say
8:01:35
done prohibit so the current D.A can do that as well I understand okay and that question goes
8:01:41
specifically to lines 119 through 124 where it says
8:01:48
the attorneys shall prosecute cases in the court provided for the ccid and
8:01:53
Theory report and also in the same manner and with the same authority of the law provided for
8:01:59
the district attorney and County Prosecuting attorneys by filing an indictment or any other criminal action
8:02:06
that accrues or occurs and hold a part in the ccid and the only problem I'm
8:02:12
having and I may not be understanding is that in Municipal Court anywhere else

8:02:19
in the state of Mississippi City prosecutors deal with municipal
8:02:24
court and traffic violations and if we are trying to have two
8:02:31
attorneys to work in an inferior Court as the legislation calls for in the ccid
8:02:38
why would they have powers similar to the elected D.A of Hinds County that's
8:02:44
my only concern my answer to that question if I understand is it's temporary we it's temporary it expires
8:02:51
in 2027 we're putting the resources in the city of Jackson
8:03:01
my last question and it goes to the inferior court that
8:03:07
we are establishing is it anywhere in the state of Mississippi
8:03:13
where a person in a municipal court in the state of Mississippi
8:03:19
if convicted will be housed in Mississippi Department of Correction
8:03:26
um no but again special circumstances and that language
8:03:32
I don't know all the circumstances but there is from what I'm being told there is a tremendous problem because there's
8:03:38
no jail in the Hinds County or it's closed or it's not working and you got
8:03:44
to put them somewhere so under section four star in Atlanta 96 and ending at line 98
8:03:52
where it says any person convicted in the ccid inferior Court
8:03:58
not Circuit Court inferior Court which is parallel to Municipal Court
8:04:04
based off this conference report major Simmons I think I would say if if
8:04:10
the city of Jackson had a working jail that language would have said the city of Jackson jail but from what I
8:04:17
understand it's not working so if we we're in the state of Mississippi where there is not a working jail Senator
8:04:24
Wiggins people our house in the county jail why MDOC that's my question
8:04:32
it's it's a state entity it's all I can say thank you Senator Williams thank you Mr President

8:04:44

thank you Senator Senator Blackman for what purpose ma'am

8:04:50

I have some questions and I'd like to speak at the appropriate time thank you

8:04:55

Senator uh your question Senator Wiggins will you go for a question Senator Blackman you recognize for a

8:05:02

question uh thank you Mr President

8:05:08

of Senator Wiggins online 53

8:05:14

where it says that the administrative office of Courts shall establish the

8:05:19

Personnel policies to compensate the support staff

8:05:25

does the administrative office of the Courts presently

8:05:31

established Personnel policies for any

8:05:36

of the Courts throughout the state of Mississippi

8:05:42

inferior courts uh I don't believe so but my recollection is that language is

8:05:47

a direct result of your questioning and some others that said that the temporary special judges are lacking the staff and

8:05:55

so we certainly wanted to make their job successful and easier so uh the AOC

8:06:01

works with the special judges works with the Chief Justice and that's what we're

8:06:06

trying to do is to set up Personnel policies for staff that if this does pass it'll be there for three years and

8:06:13

we want to have a a working court system

8:06:18

and on lines 96 to 98 what um Senator

8:06:23

Derek Simmons referred to is there anywhere

8:06:29

in the state of Mississippi where someone is convicted in municipal court

8:06:37

and then they are placed in the custody of the Mississippi

8:06:43

Department of Corrections I don't know but again like I said this is we're dealing with uh special

8:06:49

circumstances here

8:07:00

online 105. says the administrative office of Courts

8:07:08

shall provide compensation for the ccid inferior court judge is there anywhere

8:07:16

in the state of Mississippi that the administrative office supports

8:07:22

provide the compensation to other inferior courts

8:07:30

because this is a special we're under special circumstances here

8:07:36

and a follow-up to Senator Derek Simmons questions regarding

8:07:42

the Attorney General and appointing these Prosecuting

8:07:48

attorneys and they are going to be operating in an inferior court with this Municipal

8:07:56

Court um do we presently have anywhere in the state of Mississippi

8:08:04

Prosecuting attorneys being appointed by the Attorney General

8:08:09

to bring causes of action in inferior

8:08:15

courts there are no doubt special circumstances where the Attorney General

8:08:20

comes in and prosecutes and yes that happens throughout the state of Mississippi

8:08:26

in a municipal court sure if it was requested it certainly would be allowed and could happen

8:08:43

and um section 6 on lines 132 the

8:08:51

administrative office supports in consultation with the Chief Justice of

8:08:57

the Mississippi Supreme Court shallow Corner clerk to this inferior

8:09:03

court is there any instance in the state of Mississippi for any of our

8:09:09

inferior courts where the administrative office of courts in

8:09:17

conjunction with the chief justice has appointed a clerk

8:09:24

to a Chancery or circuit well again this is a special

8:09:29

circumstance and again this is a response to the debate that we heard from yourself and others that under the

8:09:36

temporary special judges they didn't have appropriate staff and needed some help and so when we did the inferior

8:09:42

core we wanted to make sure that we uh that I guess didn't happen again and you

8:09:48

know they had the the resources so we heeded your advice

8:09:57

um sure as a lawyer

8:10:03

and when you were in law school particular uh you studied the Constitution

8:10:09

and under the 14th Amendment of the Constitution it guarantees

8:10:18

individuals due process of law is that not correct

8:10:24

correct and that due process of law requires you

8:10:30

to give them notice and an opportunity to be heard before

8:10:36

their rights are taken away from them is that not correct that's correct

8:10:43

those four Circuit Court judges

8:10:50

in the Seventh District were elected

8:10:55

and my understanding of the 14th Amendment

8:11:02

they have a property interest in their

8:11:08

employment is that not correct I don't know I'm not sure where you're going with it

8:11:13

but I don't know you haven't taken um haven't had to deal with

8:11:21

constitutional law as it relates to the 14th Amendment and you're having a property right

8:11:30

two your employment

8:11:36

is that what you're saying no ma'am I I don't really understand what you're asking but okay what I'm

8:11:42

asking is those four judges under the Mississippi Constitution and

8:11:50

the U.S Constitution had a right to be notified [Music]

8:11:56

and an opportunity to be heard if you are taking away

8:12:03
a vested right that they have they were elected by the citizens of Hinds County
8:12:11
to represent to to preside over cases that come
8:12:18
before them they had a property right
8:12:24
to their judgeship
8:12:29
and has this body given them notice
8:12:34
and an opportunity to be heard that we are injecting
8:12:41
all of these hoops in the seventh
8:12:49
District well Senator Blackman we're on the last days of the session this bill's been
8:12:55
going on it's received national press not one of them reached out to me so no they didn't reach out to me I did have a
8:13:02
special uh judge do reach out to me about the office expenses very very nice
8:13:09
judge who I didn't know who's from Jackson he said he's serving as a special judge him himself and uh he
8:13:17
didn't bring it up to me so I'm not really sure the point of that but
8:13:23
um as I understand the case is being handled because this has been worked out with the Chief Justice which is each of
8:13:29
the judges in order to serve the citizens of Mississippi I'm sorry of Hinds County have assigned cases to the
8:13:38
special judges who then handle them similar to a referee or a master that
8:13:44
you may be familiar with and so those cases those the people individuals have
8:13:49
you know start I guess gotten their due process the 14th Amendment doesn't work
8:13:55
that way Senator Wiggins the 14th Amendment says that
8:14:00
you have the right to life liberty and the pursuit of happiness
8:14:07
and if that right is taken away from you or attempted to be taken away from you
8:14:13
you have the right to notice at an opportunity to a hearing

8:14:22
um when if if you work
8:14:27
as a Municipal Employee if you work as a
8:14:32
County employee I would imagine I don't know because I've never served on rules I would
8:14:40
imagine there's some kind of handbook for the employees of the state senate
8:14:47
and they have a vested right after some
8:14:53
probationary period in their employment and if we are going to terminate them
8:15:01
you give them notice and an opportunity to be heard we are
8:15:07
taking away the rights of those four judges
8:15:14
my next question uh if I may um first of all I don't see it that way second of
8:15:20
all I if I follow your logic then that means when we judicially redistrict next
8:15:25
year then I guess we have to send out a notice to every single judge and let
8:15:30
them know that we're going to redistrict the districts which traditionally have been uh reserved to the legislature so I
8:15:38
with all due respect I disagree with that that's something totally different
8:15:44
that's totally different my next question well no but I go on my
8:15:51
next question those um voters
8:15:58
who elected those individuals
8:16:07
they had the right a fundamental right to vote for a person
8:16:14
of their choice correct voters have a right to vote Yes
8:16:19
and when you took well you haven't taken them this yet
8:16:24
when you when this bill passes and we take away from those voters
8:16:34
certain of the judges and say that they have to go to this temporary judge this
8:16:42
inferior Court Judge have we not taken away a fundamental right that they had
8:16:49

1043

to elect whom they chose no ma'am

8:16:56

thank you

8:17:01

thank you Senator Senator Norwood for what purpose worse Mr President a year

8:17:07

for question Senator I do and nor would you reckon ask for a question thank you Mr President thanks

8:17:12

Senator Wiggins when you reference inferior Court

8:17:18

what structure um would you say that that is parallel with a municipal court

8:17:24

Municipal Court in fact the language in section 4 dictates that

8:17:30

okay and then the second question would be uh the department the the individuals

8:17:37

that are will be tried in the ccid inferior Court would be housed were in place uh in the

8:17:46

Custer of Mississippi Department of Mississippi Department of Corrections Central Mississippi facility

8:17:52

that's what it says now so this is only applicable to the CCI D

8:18:01

um inferior Court this would not be accessible or available to individuals

8:18:08

that would be go before uh Municipal Court

8:18:13

uh individual not Municipal Court but go before one of the Circuit Court uh

8:18:20

judges they wouldn't not Circuit Court Municipal Court they would not be eligible for placement at the

8:18:25

Mississippi Department of Corrections in central Mississippi facility this is only for individuals that would be uh

8:18:33

or tried in the ccid inferior Court yes

8:18:39

now do we have are we what space do we have that um

8:18:45

Central Mississippi Corrections are we we're having an idea with that what do

8:18:51

we have I didn't understand your question what spaces what kind of space do we have I don't know but it's MDOC

8:18:57

where we where we house them so I mean that's what it said that's what

1044

8:19:03
it's there for that's its job okay and Anderson we have no idea we
8:19:08
have no idea about that but I mean other Municipal places that you know there's Municipal jails so if you're in a place
8:19:15
that's a city that has a jail then they go spend time in the Municipal Jail
8:19:20
but as I stated earlier from my understanding Jackson has a lot of problems with the jail that doesn't work
8:19:26
so you have to have them put them somewhere now individuals that would be um placed into
8:19:34
custody of of Department of Corrections that come through the
8:19:40
ccid inferior Court that will be harmed
8:19:46
uh while in the in in the custody at Central who would assume that
8:19:52
responsibility to a liability well considering it's MDOC and as you know I handle that that
8:19:59
budget um I assume it'd be MDOC the corrections thank you Mr President Senator Norwood
8:20:07
Senator Hickman for what purpose
8:20:14
a question Mr President a year for question Senator I do Senator Hickman's record and ask her a question
8:20:20
um thank you Mr President thank you uh chairman Wiggins for yielding uh I just have a few uh technical questions just
8:20:27
to try to get some understanding um first I think it's section 11 um where it speaks about the body cams
8:20:33
uh I think it has some subjective language there about if funds are available or something of that nature uh
8:20:41
does that what does that actually mean um are we making an allowance in the
8:20:46
budget for them to do that or is that just if they have enough extra money to fit them with body cams
8:20:52
uh let's see
8:20:58
oh yeah no we've made we have definitely made allocation of State funds for body
8:21:05

1045

cams it's in the budget that uh that this body passed
8:21:10
um and that is standard language when it's coming from the legislature
8:21:16
um because again that's for Capitol Police which is a state entity and as
8:21:22
you know the budget and revenue fluctuates although we've been in good good uh coffers recently so it's subject
8:21:29
to that okay so I guess according to that statement am I reading of that basically
8:21:36
that says speak you know absent us not reallocating the money when they need new ones because right now it's been
8:21:42
allocated they will be provided by the camera shell whereby the cams at all times correct within their duties et
8:21:48
cetera and for the last couple years we've increased the budget for body cameras for our Capitol Police and
8:21:55
Highway Patrol and other law enforcement agencies okay um just a couple of questions about this
8:22:01
uh inferior Court I understand that it has all of the authorities of a municipal court uh and I don't really
8:22:07
have any questions uh regarding that but where does one appeal to uh what court
8:22:15
system does one appeal to once they are aggrieved or feel agreed from this
8:22:21
Municipal Court that we've set up here so as is standard in Mississippi in any Municipal Court you appeal you appeal
8:22:28
from the municipal court to the circuit Court which in this case would be the
8:22:33
Hinds County Circuit Court which to Senator Blackman's case that would be heard by the elected judges there then
8:22:40
you appeal from the Circuit Court to the Mississippi Supreme Court and then depending on the case it can either go
8:22:47
the court of appeals or back to the Supreme Court okay yeah I understand that structure I just wanted to make sure since this is a a unique and
8:22:54
special court system I want to make sure they came structured it into your system
8:22:59

um my next question deals with the population of people who are convicted within this court uh the the the the

8:23:07

bill says that someone convicted shall be housed by MDOC

8:23:12

um what happens when one is maybe overly intoxicated and need to be held uh

8:23:18

overnight and all of these kind of things where first of all does that person go and then secondly if people

8:23:24

are going to be housed in MDOC is there going to be like a separate Wing at Central Mississippi or how is that going

8:23:30

to take place are they going to mix populations yeah I don't know but I'm I don't know I don't have a specific

8:23:36

answer to that but my guess is that can be worked out again the AOC is to set up all that so I would uh hope that they

8:23:43

would do that and and and Senator Williams that is that is that is my issue here

8:23:49

um as I think anybody in this body can tell for the last few days I have uh continuously brought up questions about

8:23:55

MDOC their budget uh currently our prisons are overcrowding and then we're going to take one of our prisons uh to

8:24:02

house we don't know I mean have we done studies to know how many misdemeanors we're going to see how many people may be arrested in the ccid what types of

8:24:09

crimes are going to happen particularly with this expanded jurisdiction I think we also meet us have looked at those

8:24:16

things to understand what we're doing with our MDOC space uh as it relates to these things I have not but as you know

8:24:22

Senator Hickman did in municipal courts the majority of your

8:24:28

cases are handled uh whether to what they call uh uh suspended jail time and

8:24:36

so what that means is let's just say it's a trespass the the judge will put

8:24:41

him on for six months to spend the jail time they stay in good order they're never going to jail they're never going

8:24:47

to prison and I would think that most of that uh happens certainly the majority

8:24:53
if not the Super majority so what you're so what you're pointing at I think is just
8:24:59
um it's it's not very accurate and and I do not disagree with you you describe the process that
8:25:05
happens normally but we are dealing with a body of people that this session has continually hammered their fists and
8:25:11
said we want to be tough on crime so I don't know who we're going to point to this court they may make everybody serve
8:25:17
their two weeks day for day if they're convicted of this and so we don't know who we're going to point to this court we don't know what's going to happen but
8:25:23
we're blindly passing this again when the MDOC that is overcrowding a budget that continues to grow and we're saying
8:25:29
oh just send them there we're going to figure it out well Senator Hickman with all due respect
8:25:35
um we know what the serious crime rate is in Jackson desperate times calls for certain
8:25:42
measures and I since the pending of this bill I literally have heard from people
8:25:49
across the city of Jackson black white Republican Democrat young old who have
8:25:56
pleaded for us to get a handle on this and and I'm very
8:26:04
familiar with the Department of Corrections because I've handled their budget and just asked commissioner Kane
8:26:10
the last meeting we had he was uh he uh responded to my request he did that we
8:26:17
have got to get a handle on this situation and it's time that we do something and the citizens of Jackson
8:26:23
our state capital are begging for us to do it because they're not getting help anywhere else and that's a fact oh
8:26:29
absolutely incident readings I want to say I appreciate the work you've done I want to say this that by England my slant uh as I mean I don't know if
8:26:37
you've noticed but my mode for this whole session has been to support my colleagues in Jackson I have not butted into Jackson issues very much I'm coming
8:26:44
from a point of concern for the entire State and my line of questioning but MDOC has come from the same place so I

8:26:50

don't disagree that maybe you have been getting calls and maybe we do need to do something but my problem with this body

8:26:55

is is at any time individuals at a minority party make proposition questions or measures we need months and

8:27:02

years and Decades of data and all of these things but then we do other things on a whim and just make them happen but

8:27:09

my next question is let me respond to that I think first of all I think that's the legend fortunately or unfortunately that's the

8:27:16

legislative process second of all as I just answered there were on this bill

8:27:21

alone there were suggestions made by the minority party that had been Incorporated in this bill so you cannot

8:27:28

say that that is ignored it's been done specifically in this bill it's been done in committee and I certainly it's done

8:27:35

in the Judiciary Aid committee that this bill came through now as far as Department of Corrections is concerned

8:27:40

yes there's been problems I've stood up here addressed those and I've said two

8:27:46

years ago we were up here dealing with gains in jails that's fortunately seems

8:27:51

to be on the Wane so I understand your point I think it's a good point about how we got to get a handle a department

8:27:57

of corrections but we also have an issue here in the city of Jackson and and let me say this I got one more question but

8:28:04

let me tell you this I do agree with you I think I don't know other legislatures but I think this body the mission

8:28:09

visited is probably one of the most collegial bodies that there are but I do think that there is a slant of how much

8:28:15

information how much data we need before something is taken but my next question is is that there seems to be some a

8:28:22

crossover or concurrent jurisdiction between the municipal prosecutor and the District Attorney's Office how are

8:28:29

issues like that resolved let's just say that one of these Prosecuting uh individuals say we want to indict the

8:28:36

other person say we don't is that resolved by which agency made the arrest or which agency reported and then the

8:28:42

agencies the police agencies seem to have concurring jurisdiction so both of them were on the car how are issues like

8:28:48

that result well there are concurrent jurisdictions I'll just um I'll just give you an example from what I know I

8:28:53

mean if uh you know if you're in a city court well first of all the D.A uh can

8:29:01

take it to the Grand Jury the city court can ask the judge to bind it over to the grand jury

8:29:07

um there's also multiple jurisdictions that may have jurisdiction over a case because of that and really it gets

8:29:13

worked out between the administration of the two entities so I don't see that as

8:29:19

being a much of an issue because it goes on in every court system in the state um thank you Senator Wiggins as I'm sure

8:29:24

this bill will complete its Journey Through the legislative process I think that those who are in the lead and taking leads should watch very carefully

8:29:31

how these things are implemented and to make sure the state's interests are protected thank you thank you any other

8:29:37

questions seeing none I'm sorry Senator blunt

8:29:43

please proceed I see section 9 of the bill deals with a

8:29:48

tax diversion there's the bill require a three-fifths boat for passage the bottom of the if

8:29:53

Port says one half I'm sorry if I may respond Mr President please do Senator uh we inquired that uh this is a house

8:30:00

bill inquired with Council prior to this coming up and it was uh we were informed

8:30:06

that it is not uh a diversion or there's not a fee and so it is not subject to a

8:30:11

three-fifths vote of course does the bill not increase the diversion because but we were told by a council

8:30:18

that that does not make it a three-fifth vote okay we'll wait for the ruling of the chair
8:30:24
so just said that's correct
8:30:57
Mr President man make my motion
8:31:03
one moment please until there's until we issue the ruling senator
8:31:22
that's good thanks
8:31:37
thank you your point of order is not well taken this is not an increase or decrease in fees or taxes it is a
8:31:43
reallocation of the proceeds Senator Wiggins Mr President by motion would be that we adopt the conference report on
8:31:50
the by the use of the morning roll call we asked Senator Blackman wanted to speak on the bill I believe Senator Blackman
8:31:57
one moment Senator corn yes Mr President I have my light on just
8:32:03
one follow-up question to the chairman Senator Wiggins would you respond did you hear from question one one more
8:32:09
follow-up question Senator one one yeah thanks Mr President thank you Mr
8:32:16
chairman Senator Wiggins Senator Hickman line of questioning
8:32:22
ish listen to some other questions oh not at least one more question that I
8:32:27
have let's say that someone is in trouble and they call 9-1-1
8:32:34
now I see that we're authorizing the Capitol Police Chief to set up his own
8:32:40
911 system or some kind of a system so when a person Dows 9-1-1 and they're
8:32:47
living in the ccid district was that call automatically go to uh Capitol
8:32:56
Police and then like the other side of my question let's say that somebody's in trouble
8:33:03
and and nobody comes they call Capital police didn't show up
8:33:10
see jpd doesn't show up somebody gets badly injured or dies and
8:33:16
there may be some civil uh exposure uh it's it's ccid or excuse me it's Capital
8:33:23

police able to be sued you know it's a state agency so we've got a lot of

8:33:29

protection but but can they be sued that's your question can they be sued

8:33:35

and what happens in the 9-1-1 system okay so if the answer to your first question is

8:33:41

as a capital police as an empty of the state can be sued but they are subject to What's called the tort claims act

8:33:48

as is any state employee uh to your first question

8:33:54

um that there as you recognize and we discuss there's been issues with the 9-1-1 that has been being worked out

8:34:01

what I'm not going to begin to Hazard a guess of how the technology works but there's been problems what I've been

8:34:08

told by the commissioner is that they have worked through that and that if you

8:34:13

jpd for instance will answer the 9-1-1 now I um and direct to where it needs to go if

8:34:21

it's in the capital if it's in the ccid capital police are the ones that are supposed to respond and

8:34:28

um I will admit to you based on what we've heard it's not been good to this point but with this passage of this bill

8:34:35

and the other Bill hopefully that will be addressed like speaking at the proper time Mr

8:34:41

President thank you Senator horn Senator Blackman you recognized to speak on the bill

8:34:47

and then Senator horn and then Senator Wiggins

8:35:06

thank you Mr President this has been a

8:35:13

a very difficult session this session actually these last four years have been

8:35:19

very difficult um I know I think this was last year we had this nonsense about critical race

8:35:27

Theory I um as I as I am

8:35:35

listening to Senator wigginson listening to the questions

8:35:40

all I could think about was

8:35:45

back to reconstruction again in Mississippi

8:35:51

how the Black Codes were enacted

8:35:58

after reconstruction when we thought we were free

8:36:05

and somehow someway the legislature found a way

8:36:13

to Institute some codes to keep us in bondage

8:36:23

the white planners in the southern states denied black

8:36:29

people the chance to rent a buy land and pay them a pittance

8:36:37

they created laws that

8:36:43

would basically

8:36:50

apply to just black people it varied from place to place

8:36:57

they would prohibited loitering and vagrancy

8:37:03

the idea was that if you were going to be free you should be working but we had

8:37:08

just been free from slavery so if you had three or four black people

8:37:14

standing around talking they would become a vagrant and they could be

8:37:20

convicted of a crime and sent to jail now we're gonna have this police force

8:37:28

running around and 23 43 is going to give it the entire

8:37:35

jurisdiction of of Jackson

8:37:41

and they're going to be stopping people at traffic lights

8:37:50

they gonna be saying that you swerving

8:37:57

it's like you you can be stopped

8:38:02

hey you're gonna be arrested are you gonna go to this inferior Court

8:38:11

and it's it's essentially a police state

8:38:17

right here in the city of Jackson those kinds of things I thought

8:38:26

happened in authoritarian countries and told us in

8:38:34

1053

some place like Russia in communist countries
8:38:42
in China but now we're gonna have it right here
8:38:51
in our capital city
8:38:57
when we were free and all of those black codes and all of
8:39:03
those Jim Crow laws put us back in our place
8:39:14
we've been told right now in the
8:39:19
21st century your place
8:39:26
is still where it was after reconstruction
8:39:35
now I know a lot of you all haven't I don't know
8:39:41
about The Birth of a Nation and this was a
8:39:48
movie that was done in 1915.
8:39:57
and it rewrote history you know that's what they said with this
8:40:03
critical race theory that we we want to wipe out this history we we
8:40:10
want it to be pristine we all want
8:40:16
our children to be taught about the bad Deeds that we have done to you black people
8:40:26
history is usually written by the winners but in this instance when The Birth of a
8:40:34
Nation was done and it was a three-hour movie
8:40:40
and it was about the Civil War and reconstruction
8:40:46
and it depicted the Ku Klux Klan as Valiant saviors
8:40:53
of a post-war self ravished by Northern
8:40:59
Carpetbaggers and immoral freed black people
8:41:04
it was an instant Blockbuster in fact
8:41:10
President Woodrow Wilson had a screening of this movie
8:41:17

1054

in the White House and he thought
8:41:23
it is attributed to him that he said it is like writing history
8:41:31
with lightning and my only regret is that
8:41:36
it is also terribly true but it was all alive
8:41:45
what we're doing today under the guise Under The Roof
8:41:53
of helping our capital city which I'm I'm truly thankful for because
8:42:02
you know I was here back from 93 to 2003
8:42:09
that was no help for the city of Jackson
8:42:17
I was gone for 12 years I kept up with the legislature that was no help for the
8:42:24
city of Jackson I've been here now for eight more years
8:42:31
and there has been no help for the city of Jackson That's ccid District
8:42:40
was created under this
8:42:46
guys that because
8:42:51
the city of Jackson had so many properties State properties and federal
8:42:58
properties that were tax exempt we were going to create this District
8:43:07
to give the city of Jackson some money to help the city of Jackson
8:43:15
so if we're really really really truly interested in trying to help the city of
8:43:21
Jackson then we could have just put the monies in the ccid all of this money
8:43:32
to create these judges to create this support staff to create this police
8:43:39
force in the ccid fun and let the citizens let
8:43:47
the mayor and city council make the determination as to what is needed
8:43:57
for the city of Jackson
8:44:03
I remember when I started law school at the University of
8:44:10

Santa Clara and

8:44:17

all of the White Law students would invite you over to have dinner at

8:44:25

their homes and then when you got back to the school

8:44:34

they were stabbing you any which way they could

8:44:41

I told them you give me the good white folks of Mississippi any day over you

8:44:47

California white people because I know where I stand with the

8:44:53

white people in the state of Mississippi I know they gonna stab me

8:44:58

but y'all bring me over to your homes and you pretend like you like me

8:45:06

and then you stabbed me so you give me the good white folks of Mississippi

8:45:15

Frederick not Frederick um William Faulkner made a quote

8:45:23

about Mississippi and he said

8:45:30

and I'm paraphrasing the past

8:45:39

is never dead it's not even past in Mississippi

8:45:47

and he he truly told the truth

8:45:52

because what is we had all of these

8:45:58

task forces across the summer all of these study committees

8:46:05

we have no static committee on this well we were up here pretending we're

8:46:11

running to committee meetings and hearings and pretending like we were part of a process

8:46:17

the real stuff was taking place in secret

8:46:23

figure out what we gonna do

8:46:29

to take care of the black folks in Jackson

8:46:39

because if there was an interest in us being a part

8:46:46

of this you would have thought some members of the Jackson delegation would have been

8:46:53

would have known about this bill before we got up here
8:47:00
if we thought that we were part of this process
8:47:08
you would think that some members of the Jackson delegation would have been on
8:47:14
that conference report now when I was here before
8:47:20
that was honor among Thieves on a conference report you had the
8:47:28
chairman you had a person who was for the bill and you had a person that was
8:47:33
against it so that you would have an opportunity
8:47:39
to debate it and work it out if it could be worked out
8:47:46
it would die in conference now I understand if you all don't
8:47:53
understand that all of this
8:48:01
is designed because
8:48:09
someday soon someday very soon
8:48:16
the minority shall be the majority
8:48:22
in the state of Mississippi
8:48:28
and so all of
8:48:33
the hands are being tied so that once that occurs
8:48:44
you're not gonna have anything that you can be in control of
8:48:51
and it's not fortunate but it's not unfortunate because it is always happen throughout our history
8:48:59
that we allow them
8:49:04
to use us to serve their purposes
8:49:10
but you can't get them
8:49:16
to help you for your purposes
8:49:25
y'all remember Isaiah T Montgomery
8:49:31

and we got some right in here right now
8:49:37
they helped heal a vote
8:49:44
on the nomination but yet didn't get nothing
8:49:50
in return
8:49:56
and I I recognize
8:50:04
that nothing nothing
8:50:09
anyone says up at this podium changes a mind
8:50:16
I change your heart but the one thing I do know
8:50:23
and this is a quote from [Applause] Frederick Douglass
8:50:34
and he said
8:50:39
and I remember that God brings in eternity
8:50:46
and that what whatever delays whatever disappointments and
8:50:54
discouragements make um truth justice
8:51:00
Liberty and Humanity will ultimately prevail
8:51:06
so I'm not worried about what you all are doing to Jackson
8:51:15
because I do know that one day the God that I serve
8:51:24
will take care of his children thank you Senator Blackman Senator
8:51:29
Warren you recognized to speak on the bill sir
8:51:41
thank you Mr President and um to the ladies and gentlemen of the Senate I
8:51:47
will not be long because I'm tired it's been the most tiring
8:51:54
legislative session I've had in the 31 years I've been down here it's been also one of the most
8:52:00
disappointing sessions that I've had when I look at the kind of toxic legislation that's being directed
8:52:07
towards me and when I say me I mean the people that I represent

8:52:12
and it's being directed toward the people that I represent without my input their involvement to any great extent I

8:52:19
mean after the fact um stop on the on along the way of this

8:52:25
process and I think we've been headed this way

8:52:30
for a long time in Mississippi we've been headed this way really ever

8:52:39
since the political landscape of Jackson changed uh back in the mid 80s

8:52:45
and it's gotten progressively more toxic and more strident and more antagonistic

8:52:52
when we look at the relationship between our capital city and the rest of the state

8:52:58
and our Capital City particularly as it relates to the legislature

8:53:04
it's almost as if folks resent Jackson

8:53:09
resented for the changes that have occurred in the city politically

8:53:17
economically socially racially

8:53:23
and and we've been out to get Jackson that's what it feels like in the

8:53:29
legislature today that we ought to get Jackson it's not like hey we see some problems

8:53:35
over here in Jackson and we got to help our capital city we got to make sure it doesn't fail

8:53:43
it's almost as if we are doing everything we can to ensure that it

8:53:48
fails and gets flushed down the Pearl River and and I think

8:53:54
I think really sad that we are taking the attitude that we have issued great

8:54:01
to want to help but in wanting to help don't hurt

8:54:07
this hurts this Earth and you know I have in the

8:54:15
last couple of months three months say I've been interviewed by more national

8:54:21
news magazines television stations reporters now I can shake a stick at

8:54:27
and if I could take all that away

8:54:33

and and not have a microphone stuck in my in my face I would be so glad because it would mean
8:54:39
to me that we're doing the kinds of things in Mississippi that make sense
8:54:45
that are right just and fair but the reason those microphones are
8:54:51
being stuck in my face and all the several of us have been interviewed nationally
8:54:58
it's because of what our state's trying to do to us it's it's because of an a not a a the
8:55:08
fact that certain people need to go away it's because certain attitudes need to
8:55:15
go away we got a bad attitude about Jackson
8:55:20
and that attitude needs to go away you know I look at a few years ago we
8:55:27
did a I had a peer to do uh no I'm sorry the um a state Personnel Board
8:55:34
to do a study about state government state workers
8:55:40
about company um Avalon property tax Collections and
8:55:46
whatnot property values and City and so forth and it was just amazing how over the
8:55:54
course of this last generation we've seen the demographics of Jackson
8:56:00
change in the fortunes objects and change and and that that analysis they talked
8:56:08
about how you know one time eighty percent 85 percent of the folks who worked in
8:56:16
state government in Mississippi lived in Jackson
8:56:23
80 85 percent now today that number somewhere around
8:56:29
25 and it supports folks in state government that live here the richest
8:56:35
folks are in Clinton they're in Brandon they're in Byram they're in in uh
8:56:40
Richland Madison and we've left the by and large state
8:56:46
government is basically left Jackson to his own devices
8:56:51
y'all changing the political landscape go go ahead as yours we're gonna take our money
8:56:56
our jobs our houses our businesses our professions
8:57:03

1060

and we're getting the heck out of here and then you blame us for when things go
8:57:09
wrong I have never seen a more classic example
8:57:15
of our blaming the victim then what's going on with Jackson we
8:57:21
take as much resource out of this city as we possibly can and then blame Jackson but not when things go wrong
8:57:29
happens every time take the resources out take the banks
8:57:37
take the housing take the architectural program take the law firms protect the uh the CPA firms
8:57:46
take the retail send it over to Rankin County and if you look at it all the retail
8:57:54
by and large is going to break it down here out of Jackson
8:57:59
all the professional occupations have gone out of Jacksonville into Madison
8:58:06
and what are we left with from Po Folks
8:58:11
a few older mature Rich folks and a few folks in the middle
8:58:17
and we say have it it's yours now and we walk away from our capital city
8:58:24
and then when things get back we want to come back and then tell that
8:58:30
capital city this is how it's gonna be you're not going to talk to you about it
8:58:36
we're not going to consult with you we're not going to work with you we're not even going to ask you we're
8:58:42
just going to do it make the announcement this this is what's going to happen and and we do it
8:58:49
and so CNN sticks a microphone in my face
8:58:55
New York Times ask me some questions LA Times wants to talk to me and
8:59:02
interview me what are these folks doing to y'all down here in Mississippi
8:59:09
because it looks bad it looks bad and it is bad
8:59:18
now at some point we are going to lift up our capital city
8:59:25
and do it in the spirit of cooperation Mutual benefit
8:59:31

and we're going to do it with everybody at the table
8:59:36
we are tired of not being at the table
8:59:42
sick and tired of it I got 31 years of it
8:59:49
and I'm tired I love everyone and I get along with
8:59:55
everybody in here the Lord some of the decisions we make
9:00:01
some of the attitudes we cop some of the the
9:00:06
positions that we take are not putting us forward
9:00:11
they're ensuring that we remain 50th in this country
9:00:16
now Mississippi one day we are going to fix that I don't believe
9:00:22
today and you know and I'll say this and I'm about ready to sit down
9:00:32
you know we we have these aspirations in Mississippi
9:00:38
at least on paper we do practicality of the matter
9:00:50
desire we I think we enjoy being on the bottom
9:00:56
because we do all the kinds of stuff that ensures that we stay on the bottom and this is one of the things that we're
9:01:03
doing that ensures that we stay on the bottom because we are tearing up the fabric about capital city
9:01:09
we will not be a great state if we don't have a great City
9:01:16
we will not be a great state if we don't have a great capital city we will not be a great state if black
9:01:24
folks and white folks can't figure out how to get along and work together and work together for Mutual success and
9:01:31
mutual benefit now the process that we are have been we've arrived at here we've been doing
9:01:39
this stuff for a couple of years where is the data that is working
9:01:45
I can I show you about 4 500 not 5 000 municipal court cases in Harris County
9:01:53

Court miscommunication that got cleared out 37

9:02:00

criminal court cases resolved by the special judges not the

9:02:05

only got there since late October early November but they haven't done a whole lot

9:02:11

they have improved the concept and we've been doing this for two years

9:02:16

because there were fallacies in what we tried to set up we tried to put a layer

9:02:22

on top of something that didn't work now to Senator Wiggins credit he's

9:02:28

worked hard I give him all the credit in the world for trying to come back with a better product

9:02:34

I think this I think this bill is worse than with the house originally sent us that's just my opinion but I appreciate

9:02:41

Senator Wiggins efforts but but the the product that is before

9:02:48

reforms that is going to be successful but there's no empirical data

9:02:54

this says that it will be idea and and with

9:03:01

and will charge we gonna impose this idea on y'all and hope that it works

9:03:07

anything that work we'll try something else but in the meantime

9:03:12

the relations between me and my colleagues is

9:03:18

afraid the relationships between my city and my state is frayed the relationship between

9:03:26

blacks and whites afraid Democrats and Republicans they're torn up

9:03:33

how do we figure out how to come together it's what I want to do

9:03:38

and if the practices and policies that we decide that we're going to impose

9:03:43

on someone are counterproductive to our coming together then why are we doing it

9:03:53

all these national news entities are are trying to shine of life and and look the

9:04:01

motives the intentions the uh aspirations and desire that some

9:04:09

of the leadership in this body and and in the other end of that I'm not questioning I think you want to help

9:04:14

Jackson why don't you ask me

9:04:20

what do we need I think you wanted to provide a means of

9:04:25

of dealing with this but the way this looks says something else

9:04:33

and it plays right into the old stereotypical Notions the rest of the

9:04:38

country has about Mississippi well guess what maybe they're not stereotypes

9:04:44

maybe it's just the way we are and if that's the case

9:04:51

why ladies and gentlemen why do we keep going down this same road

9:04:58

why don't we establish enough intentional fortitude

9:05:04

to where we say look we're gonna rise in this state together if you fail we will all fail together

9:05:10

but if we rise we're all going to rise together

9:05:15

and this I'm gonna throw this at you and you're gonna have to just suck it up and accept it

9:05:22

that's for the marriage it does not help the situation it

9:05:28

doesn't get us that much further down the road and it doesn't get us off the bottom now I want to know Mississippi

9:05:35

are you ready to get off the bottom

9:05:45

do you want to speak on the bill sir yes sir please proceed thank you as president

9:05:56

if you have been in Jackson the last couple of months you know I've

9:06:02

never had anybody talk to me more in the 16 years I've been here about this bill I have people come up to church at the

9:06:08

grocery store and say tell me about house bill 1020. and to the people who are in this room

9:06:14

and to all the people who have earned the right to sit in these

9:06:19

empty chairs right now I would say to you this gives you a

9:06:27

feeling of the rawness created by this bill a bill that was

9:06:33

introduced by a House member without any input of the people who live here and the

9:06:38

people who are elected to represent this area everybody knows House Bill 1020 in
9:06:46
Jackson I want to briefly talk about the capital complex
9:06:53
Improvement District I was a confere in 2017 on that bill
9:07:01
every member of this Senate who was here in 2017 except for one
9:07:08
voted for that conference report the capital complex improvement district is a street Paving program
9:07:16
and as a street breaking program it has been successful it is not a Judicial District
9:07:22
it is not a city within the city it is not a place where people in some
9:07:28
neighborhoods get one kind of justice and people in other neighborhoods in the city don't
9:07:34
it is a street Paving program and anyone who tells you or sees it as a
9:07:40
vehicle for anything more than that is wrong and does not understand a legislative intent behind it
9:07:47
now we have a crime problem in Jackson we recognize that
9:07:53
last year the Jackson delegation on the House and Senate worked with the leadership
9:07:58
and made some progress we supported our electric excuse me our elected district attorney we supported
9:08:06
our public defender we have advocated for years to add an additional elected judge in Hinds County
9:08:12
we haven't gotten that yet we hope to get that next year in redistricting but that was a partnership
9:08:19
involving the people who were elected to represent this area this bill is not
9:08:24
that this is a bad Bill and I ask you to vote no on House Bill
9:08:32
1020. now I want to specifically mention
9:08:38
two parts of this conference report number two that were not in the bill that passed
9:08:43
the Senate that make it bad and are a threat to the constitutional rights of everybody in the city and by
9:08:49
extension to everybody in the state and that is equal protection under the law

9:08:57
two parts that are unique to the city of Jackson
9:09:02
and that caused all of us who represent the city to be strongly opposed to this
9:09:07
bill section 4 creates an inferior Court Court like this doesn't exist anywhere
9:09:15
in the state judges
9:09:20
prosecutors and staff of this court will be appointed by people who do not live
9:09:25
in Jackson the people who will be appointed are not required to live in Jackson
9:09:32
and what it is designed to do the effect of it is it creates two systems of
9:09:39
Justice for people who live in Jackson if you live in this neighborhood you're
9:09:44
going to get this kind of justice and if you live in another neighborhood in another part of town you're going to get a different part of Justice
9:09:51
and that is fundamentally Un-American and unconstitutional people in the same city
9:09:58
who might have been arrested by police that are elected
9:10:03
prosecuted by people who aren't elected don't live here defended by people who aren't elected and don't live here
9:10:09
before a judge who intellected and doesn't live here yeah one kind of Justice in one part of
9:10:15
town you get a different kind of Justice if you live on the other side of town that ought to be offensive to everybody
9:10:22
that was not in the bill that passed the Senate and it's in this conference report
9:10:27
number two now we had an inferior Court come out of the house original bill
9:10:34
but the second part that I did not see coming at all is section 13 on line 802.
9:10:41
and that is not only are we going to subject you to a different kind of justice and court system depending on
9:10:47
where you live in the city people in this part of town are going to have this 911 system
9:10:52
and people on this part of town are going to have a different 9-1-1 system now how is that
9:10:59
equal protection under the law you call 9-1-1 in this neighborhood

9:11:05
you're going to get this response you call 9-1-1 in this neighborhood you might get a very different response
9:11:13
how is that equal protection under the law it's not every person in every neighborhood in
9:11:20
Jackson deserves responsive 9-1-1 when they need it
9:11:25
the same responsive 9-1-1 when they need it but no this system is exclusive
9:11:32
exclusive to the people who live within the district this District I remind you is designed
9:11:39
to pave streets it's not designed to give exclusive police protection that is different from
9:11:45
any other neighbor in the city every neighborhood in this city every resident of this city and I live here and most of
9:11:51
this district is in my district but a lot of my districts is not in a ccid do they deserve different or
9:11:59
inferior Justice or police protection or courts than any other neighbor in the city no they don't
9:12:05
they deserve the same excellent 911 service and they deserve the same access to the courts
9:12:11
now we could figure that out I think we could figure out a 911 system you say oh well Jackson they're hard to deal with
9:12:17
they're hard haven't we been up here I say we the folks who are making the
9:12:22
final negotiations on the big questions before us right now hadn't they been up late at night fighting for weeks
9:12:29
they have but at the end of the day we come to an agreement and we get it done and we
9:12:35
could do that we could figure out a 9-1-1 system if you'd sit down with us and talk to us
9:12:41
about what are the mechanics involved in radios and how we're going to coordinate that I think we can figure that out but
9:12:47
like Senator horn said there's no incentive for us to come together and work together to solve
9:12:53
these problems it's just handed down the folks who live here this is not what
9:13:01
we ought to be doing we have
9:13:07
we we have almost a completely segregated politics in Mississippi right now
9:13:12

let's be honest about it we don't have the political incentive
9:13:18
and the leadership is not there to get beyond what is almost a completely
9:13:23
segregated politics in Mississippi I thought we could do better than that
9:13:29
three years ago we were all in here and we passed the flag change I see the flags on people's desk
9:13:35
it was overwhelmingly ratified by 80 counties in this state
9:13:42
and it gave us all a feeling of optimism it gave us all the feeling that we could
9:13:47
actually come together black and white to work together and solve problems and put some of this bad stuff behind us
9:13:53
and here we are house bill 1020. uh
9:13:59
Jackson's not perfect she actually's got problems but we are not going to solve those problems
9:14:06
as a city and as a state and in this political system that we've designed
9:14:12
unless we figure out a way to work together this bill is not working together and ask you to vote no
9:14:17
thank you Senator Blount Senator Wiggins you recognized her clothes
9:14:36
I'm going to start about two years ago
9:14:44
for a bill that was working on
9:14:50
in the Judiciary Committee
9:14:55
two ladies from New Mexico
9:15:01
came to Jackson because they were participating
9:15:07
in our constitutional right to talk to our government
9:15:15
I invited them as my guests
9:15:20
to come and appear before the Judiciary Committee
9:15:25
of the Mississippi Senate they came
9:15:34
and they stayed in a hotel downtown Jackson
9:15:41

I um I remember their faces
9:15:49
they got to the Capitol
9:15:54
and I said where'd you stay they told me
9:16:05
and they said but I could see it in their face
9:16:11
they asked me but we were scared to walk to the Capitol
9:16:18
we were scared now these are two ladies who came
9:16:25
from out of the our state to our capital city
9:16:34
and they were scared I could see it in their face
9:16:40
they thought
9:16:45
they were going to be harmed and by the way it was not
9:16:51
some preconceived notion or something they were scared
9:16:57
and I said we invite people to our great state
9:17:03
and to our great capital
9:17:08
and that's the image they walk away from
9:17:14
they had to take a cab because they couldn't walk
9:17:20
from the downtown to the Capitol because they were scared
9:17:29
that's not right and it hadn't gotten better
9:17:34
and I said is that the image that we want people going back to their
9:17:40
state and talking about our Capital no but we cannot let it continue
9:17:49
now Senator Blackman who I've served with I respect her passion
9:17:56
I respect her background and we'll miss her when she's gone
9:18:01
and she's mighty good at getting the headlines
9:18:08
and man that was good I guarantee you it'll be picked up in the New York Times The Washington Post and other things

9:18:13
like that but I want to tell you about the real story of Mississippi
9:18:21
and gosh I hope the national media picks it up
9:18:26
Rolling Fork Mississippi devastation
9:18:33
what did we do we've provided funding for those victims
9:18:38
and those in those people that lost their loved ones I challenge the national media
9:18:45
to go get the photo I put out there of Senator Mike McClendon
9:18:51
senator from DeSoto County who's White putting his arm around Senator Joseph
9:18:57
Thomas whose District was devastated by Rolling
9:19:03
Fork that's Mississippi will the national news
9:19:10
pick that up how about Smithville and the tornadoes
9:19:17
what we did for them and let me tell you because I lived it
9:19:24
the Gulf Coast of Mississippi was absolutely devastated and destroyed by Hurricane Katrina
9:19:30
but you know what and I know you've heard me talk about it before
9:19:37
we wouldn't be standing here I wouldn't be standing here
9:19:44
if not for the Mississippi legislature coming together and helping us out
9:19:50
in a time of need we were devastated and you know what you did
9:19:58
you moved those casinos on land eight feet you revived our economy
9:20:06
and we appreciate it the real story of Mississippi
9:20:12
is that we stand up and help each other
9:20:18
and y'all Jackson is hurting and Senator horns right Jackson is
9:20:23
different because it's the capital city I live here during the session all of
9:20:30
you live here many of you live here during the session and many of you
9:20:37
including our lieutenant governor have been victims of crime in this city

1070

9:20:44
raise your hand in this body if you have
9:20:54
we have to do something and I want to say this was not about race since now that's been injected
9:21:03
some people want to make it that way this has truly been about helping the
9:21:09
citizens of Jackson in a time of need and I say the citizens
9:21:14
all citizens since this bill
9:21:19
got handed to me through the committee process
9:21:26
because it's a house bill but you know what we said we gotta help and I've heard from jacksonian's
9:21:34
from across the city who I've never met white black Republican Democrat
9:21:43
who have begged me to keep this going this is a letter
9:21:50
from a Jackson Citizen who sent it to me saying please please do something for us
9:21:58
people are tired scared angry and frustrated
9:22:05
they want action by elected officials quote
9:22:13
now I think it was just last year we actually adopted a new song called One
9:22:20
Mississippi because that's who we are We Are One Mississippi
9:22:29
and we have to stop the devices race-baiting
9:22:37
that goes on when all we're trying to do is to help our fellow mississippians after all we
9:22:43
are the hospitality state I feel for Senator horn this is his City
9:22:53
I feel for Senator blunt I consider everyone in here a friend
9:22:59
and I Can Only Imagine what has to how they feel
9:23:07
but I can guess because back during Hurricane Katrina we didn't know where to turn
9:23:13
and you know who helped us the federal government yes we they did in the state
9:23:19
and it was people by the way who I know their own personal beliefs didn't believe in gaming
9:23:26

but you know what they did they voted for that
9:23:32
for gaming they set aside their personal and political
9:23:39
I guess interests for the good of the Gulf Coast of Mississippi and for that I always will
9:23:45
be appreciative and so in conclusion as I've said to my friends from Jackson
9:23:54
this bill has things that you've asked for in fact it's things
9:24:00
that you actually pushed for
9:24:06
and now you're going to vote against it
9:24:12
because somebody out there saying something
9:24:19
I ask you to look inside yourself
9:24:25
you know that your constituents want a safe Jackson you know that you
9:24:32
have constituents who have asked for Capitol Police you know you have
9:24:40
constituents who support this bill and so my request would be that you set
9:24:47
aside politics and you vote for what's right
9:24:57
and we have this is what this is for these debates I respect Senator blunt
9:25:04
Senator horn and it can't be easy
9:25:11
but I can tell you from working with representative Lamar when we received this bill it's been
9:25:18
nothing other than to help
9:25:25
our capital city so
9:25:31
I first won a challenge the national narrative to be
9:25:36
we're stepping up for a city like we do all our other cities and counties who
9:25:41
are in need of help Rolling Fork Silver City
9:25:47
Gulf Coast Waveland when it was devastated Hattiesburg after the tornadoes
9:25:55
we're stepping up for our capital city that we're all a part of
9:26:01

so that one day and God willing it'll be in

9:26:08

2027 when this goes away we can have people come to Jackson

9:26:14

who are not scared and they can leave knowing what Jackson truly is about

9:26:22

which is its people it's culture two of the greatest if not the greatest

9:26:29

Civil Rights Museum in the country which by the way was paid

9:26:34

for by the legislature and passed and championed by Governor Haley Barber who

9:26:40

was white and a Republican that maybe they can go up and they can

9:26:45

see the Grammy Museum paid for by the legislature

9:26:55

pushed forward by the same folks here

9:27:01

so I would ask that we think about that but I would ask to my colleagues

9:27:09

on the Democrat side or at least in in the Jackson side to please let's do what's right

9:27:17

and let sin this to the governor so that we can help

9:27:24

our fellow citizens of Mississippi and do what our state's on

9:27:29

is and be one Mississippi thank you and Mr President I would ask

9:27:35

that we use the morning roll call for adoption in the conference room cause men request is anyone object to

9:27:41

the procedure Mr clerk please call the roll

9:27:47

Barnett

9:27:52

Barrett Blackman Blackwell

9:27:59

blunt bullying branding

9:28:04

Brian buckler to 36 but under 38.

9:28:11

Carter Kaufman chasing on

9:28:17

children Delano

9:28:24

England feeling game Frazier

9:28:30
Harkins Hickman Hill
9:28:36
Hopson horn Jackson
9:28:45
Jordan Kirby Macan
9:28:52
McDaniel McClendon McMahon
9:28:59
Michelle Moran Norwood
9:29:05
Parker parks poke
9:29:12
Seymour Simmons of the twelve semen to the 13th
9:29:19
Sojourner spars super
9:29:26
Tate Thomas Thompson
9:29:33
Turner Ford Whaley Wiggins
9:29:39
Williams younger bearing
9:29:49
Carter Hopson
9:30:01
Jordan McClendon
9:30:08
McMahon parks
9:30:20
Senator Barrett Ford Professor to the vote but please proceed I'd like to
9:30:25
announce a pair Mr President if Senator David Jordan was here he would be a no
9:30:30
and I would be an eye Jordan no Barrett all right
9:30:37
anyone else anyone else
9:30:47
voting yes or yang Blackwell bullying branding Carter Kaufman Jackson
9:30:57
Chisholm de Barr Delano England feeling game Harkins Hill
9:31:07
Johnson curbing mcconn McDaniel Michelle Moran
9:31:14
Parker poke Seymour Sojourner Sparks Super Tank
9:31:24
Thompson whaling Wiggins Williams younger

9:31:30
voting nowhere name Barnett Blackman blind Brian Butler to 36 Butler 38.

9:31:39
Frazier Hickman horn Jackson Norwood Simmons of the 12 7 13 Thomas

9:31:48
and Turner Ford

9:32:16
foreign

9:32:32
the rules for the immediate consideration of item number 46. My Moment Senator Blackwell for what

9:32:38
purpose uh I'd like to hold item number 41 House

9:32:44
Bill 1020 on a motion reconsider motion to reconsider Mr Clerk

9:32:54
there's been the rules for the immediate consideration of item number 46. Russian District

9:33:01
all in favor of us saying aye aye opposed no AI service center field and game please proceed famous president ask

9:33:08
the title be read Mr Clark please read the title the Senate bill number 2343 Capitol Police revised jurisdiction on

9:33:16
um I moved we do adopt Community report and that I'll be recognized too explain Senator thank you Mr President so this

9:33:23
is the companion bill to hospital 1020 that we just went over at length it's much shorter and I will try to be very

9:33:30
succinct um on this while still explaining so in section one line 16 it adds to the

9:33:36
governor's mansion and changes what is currently listed as the court of appeals building to more correctly described as

9:33:43
the Supreme Court building for jurisdictional purposes of law enforcement of the laws of the state of

9:33:49
Mississippi for the Department of Public Safety then the next change you move

9:33:54
over to line 54 and there's again a change what the three dotted lines there

9:34:01
the asterisks previously said was the Mississippi fair commission now it's simply correcting that to call it the

9:34:07
Department of Agriculture so that's cleanup language you come on down

9:34:12
to the first major change along 65 through about line 70 and it allows for
9:34:19
the Department of Public Safety to charge the Department of Agriculture a fee for Security Services provided for
9:34:26
providing special event protection at the Mississippi State Fairgrounds the fee will be charged will be commenced by
9:34:32
the costs associated with the Department of Public Safety providing those services and that is something that has
9:34:38
already been happening is simply that the two departments wanted clarification that this was in fact something that
9:34:45
they could do and so this puts that into the loss of this past and that they can
9:34:51
provide these services for the special events like the Dixon national rodeo and other events that take place on the
9:34:56
fairgrounds and that a fee can be charged for that to the Department of Agriculture and then you come on over to
9:35:03
line 77 and it states the Department of Public Safety child primary jurisdiction relative to any other state or Municipal
9:35:09
law enforcement agency to enforce the laws of the state of Mississippi such law enforcement shall be its primary
9:35:15
function and then on line 82 you see the word may through any person or persons
9:35:22
appointed by the Department of Public Safety make arrests for any violations of any law the statements to be and this
9:35:28
is the new language violations of the city of Jackson's traffic ordinances ordinances related to the disturbance of
9:35:34
the public peace so again this is saying that Public Safety Capital police they
9:35:41
can enforce the traffic ordinances and ordinances
9:35:46
related to disturbing the public peace although they do not have to because obviously other law enforcement agencies
9:35:52
primary responses that and then you see online 88 and through about line 93 the
9:36:00

1076

Department of Public Safety within the boundaries of city of Jackson into that sentence the Department of Public Safety

9:36:06

may choose to present cases to either the district attorney or the prosecuting attorneys designated by the AG for

9:36:12

prosecution of any violation of law that a cruiser occurs and whole or in part within the boundaries of the ccid then

9:36:21

you see at the bottom of the second page starting around line 94 that there is

9:36:26

concurrent jurisdiction with the jurisdiction from the city of Jackson and Hinds County so again even though

9:36:32

we're expanding the secondary jurisdiction in another part of the bill what this says is that within the ccid

9:36:40

the jbd and Hinds County Sheriff's Office still has current jurisdiction

9:36:45

even within the ccid area of the city then in the beginning at the top of the

9:36:51

next page if you have these printed out online it's 98 and there was a question I think earlier perhaps Senator horn had

9:36:58

raised in the previous Comfort support at States at any time or during any

9:37:04

event necessitating the coordination of an utilization of multiple jurisdictions

9:37:10

as permanent by the chief of the Capitol Police or the commissioner of the Department of Public Safety that they

9:37:16

shall be the lead agency when the event occurs on property to find herein that

9:37:21

is owned released by the state as provided in subsection one of this bill so it just sets who out who can be the

9:37:28

lead agency when multiple jurisdictional authorities are involved we're in state

9:37:35

owned property is in play and then line 107 through about line 115 the

9:37:42

Department of Public Safety shall have jurisdiction relative to the enforcement of all laws of the statements to be

9:37:47

within the boundaries of the city of Jackson Mississippi the Department of Public Safety May through any person or

9:37:52

persons appointed by the DPS make arrests for any violation of any law of
9:37:58
the state of Mississippi which occurs within the boundaries of the city of Jackson the jurisdiction of the part of Public Safety granted under this
9:38:04
paragraph shall not be primary and shall be concurrent with so again Capitol
9:38:10
Police would have supporting role jurisdiction outside of the ccid their
9:38:17
primary jurisdiction would be within the confines of the ccid
9:38:22
and then on line 118 and following is talking about um written approval from the chief of
9:38:29
the Capitol Police or the commissioner of Department of Public Safety shall be required before any event occurs which
9:38:34
will take place on any Street or sidewalk immediately adjacent to any building or property owned or occupied by any official agency board Commission
9:38:42
office or other entity of the state of Mississippi or which can reasonably be expected to block and Pete or otherwise
9:38:48
hinder Ingress or coming and going in other words on the street they're in the Department of Public
9:38:54
Safety so I'll probably get rules and regulations to effectuate the provisions of this subsection and then finally I
9:39:01
think the last change is on line 128 through 134 and this is what has been
9:39:08
sort of referred to I'm talking to commissioner Tyndall and others as a Jackson Metro law enforcement Council it
9:39:15
states the chief of the Capitol Police and or the commissioner of the Department of Public Safety the chief of
9:39:20
the Jackson Police Department and the sheriff County shall hold regular meeting within the boundaries of the
9:39:26
capital complex improvement district to address the concerns of the public each meeting shall be called by the chief of
9:39:32
the Capitol Police and the first meeting shall be called by October the 15th of 2023 and then the enactment date of this
9:39:40
would be online it's 146 and 147 which would be from and after July the 1st of

9:39:46

2023. I'm happy to answer any questions thank you Senator Phil and game Senator

9:39:53

Norwood for what purpose sir of course Mr President for you foreign

9:40:02

thank you uh Mr President thanks for coming yes sir do you could you give me some

9:40:09

numbers dollars about how much this proposed of

9:40:15

legislation will cost great question in um having heard that

9:40:20

question earlier in the debate I certainly contacted commissioner Tyndall and asked him that question because I

9:40:26

wanted to be as accurate as I could be and what he tells me again currently the

9:40:32

Capitol Police employee rolls around 120

9:40:37

um they currently have the authority to go to 150 so there's about 30 more officers that need to be hired are in

9:40:43

the process of being hired and um I believe the increase that he bless you that he estimated for

9:40:53

um Senate Bill 2343 again understanding as he wanted me to explain under this

9:40:59

bill the primary jurisdiction stays the same in the ccid and that ccid is not

9:41:06

expanding this year that expansion doesn't happen until middle of next year

9:41:11

so what he's saying is right now he's already planning to go from the 120 Mark

9:41:17

to a approximately 150 so 30 additional officers he believes around 1.2 million

9:41:23

dollars is the increase that he believes that he would need and I believe he's

9:41:28

been in discussions with our Appropriations folks in both the house and the Senate and with the lieutenant

9:41:34

governor and the speaker about that so I believe he's he's thinking that the

9:41:40

increase from the 120 to 150 the additional dollars for like overtime and

9:41:47

those sorts of things will get him through this coming fiscal year now of

9:41:52

course with the passage of 10 20 should have passed the house and be be signed into law by the governor they will

9:41:58
review that for the expanded footprint of the ccid because that would become primary jurisdictional Authority for the

9:42:06
Capitol Police Department not just secondary Authority so as this bill before you sits or stands or whatever

9:42:12
you want to call it nothing really changes except for the fact that if

9:42:18
um something is happening within the ccid to let's say um you know a crime happens allegedly

9:42:24
within the ccid and officers of Capitol Police go to investigate or look into

9:42:31
that and that investigation leads them outside of the ccid into another part of

9:42:37
the city of Jackson what this bill says is they have secondary jurisdiction they can go beyond the confines of the ccid

9:42:43
which again is not changing this year out into the rest of the city of Jackson wherever that investigation leads them

9:42:49
so he does think that there might be some some small costs to that obviously when you're going from one small area to

9:42:57
a slightly larger area of answering a secondary call or pursuing you know an

9:43:03
investigation beyond the current confines of the ccid however he doesn't really think that um

9:43:10
we're talking about lots of extra money here and now you

9:43:15
I'm sure you heard and and would agree to that in the budget presentation we'll

9:43:20
talk about 2.9 yes million dollar deficit right now

9:43:27
and now we're talking about funding for

9:43:32
this up to the up to the point next year that the

9:43:37
150 then we're talking about one point that extra cost of 1.2 million dollars

9:43:45
yes sir so what total what total

9:43:50
2.9 1.2 what what total do we have going up to

9:43:57
that actually my understanding from the conversation was that he has asked already as part of that 2.9 Million that

9:44:05
you heard of the preparations chairman talking about um commissioner Tyndall has already

9:44:10
asked for that increase as part of that overall 2.9 Million that he was talking

9:44:16
about now he did say in all fairness um that moving forward now we're not

9:44:22
talking about this fiscal year budget but moving forward he anticipates needing uh about 70 to 80 additional

9:44:29
folks beyond that for the next fiscal year but we're not talking about that

9:44:34
today we're not passing those budgets um this this session that would be you know next year for those of us that make it

9:44:40
back um so he would be talking about going up to 220 members of the Capitol Police so

9:44:48
from currently 120 up to 150 um for this fiscal year and then jumping

9:44:54
from approximately 150 up to around 220 for the next fiscal year and that will

9:45:01
be and this is Justified I mean this is supporting the legislation in terms of the of the

9:45:08
entire of city of Jackson area I'm sorry say again I mean you're

9:45:13
talking about the going up to 200. no no that would be for the increased ccid now

9:45:20
that's not the entire city of Jackson as you saw the the nice maps that were put on the screen and held up by Senator

9:45:25
Michelle and AKA Vanna White we're talking about a larger ccid but it's

9:45:31
certainly not the whole city of Jackson for primary jurisdictional Authority that would be for those extra officers

9:45:39
okay let me ask you this question now you said on page

9:45:45
um I think just Page Six what line are you looking at I mean

9:45:51
we're looking at line 128 in the uh report to yes sir

9:45:57
that the the capital the capital police commissioner or the commissioner the

9:46:04
chief of police well jpd and the sheriff with meat yes sir why is it in the uh

9:46:11
why is it in the ccid why isn't uh

1081

9:46:17
I mean why couldn't it just be a meeting schedule by those individuals why does
9:46:23
it have to be in the ccid well actually you know the um the
9:46:28
Capitol Police Chief wouldn't have any um primaries or fictional Authority beyond that period that that space so if
9:46:36
you're wanting to have a meeting about this particular bill
9:46:42
it would make sense I think that you would have it within the compounds of the ccid
9:46:47
but it's there to address concerns of the public and I'm sure this is going to be a public meeting correct right right
9:46:54
exactly why couldn't it be why couldn't it be at
9:46:59
uh uh 2609 whatever that is oh they can
9:47:04
have as many meetings and as many different parts of Jackson as they want all this legislation is saying is at least one meeting has to be held by
9:47:12
October the 15th of 2023 so I I feel like um all the legislators in the city of
9:47:19
Jackson that want to host the town hall style meeting of this group of law enforcement officials in whatever
9:47:26
section of their District they would like to certainly is able to do that well and I'm sure you would agree with
9:47:32
me that it's very difficult to get these individuals together and I just think it I just think that it
9:47:38
would it would be best to have it where it would be accessible to the general
9:47:44
public to um and you know and and everybody don't feel comfortable coming into the ccid uh
9:47:52
District so I mean I think that's you put in a damper on that but you know
9:47:57
nevertheless that's Mr President I like to speak on the bill at the appropriate time thank you Senator Norwood so you
9:48:04
know other questions Senator nor would you recognize speak on the bill
9:48:20
you know uh we all profess to be
9:48:26
a Christian serve uh

9:48:33
hey God and we uh
9:48:38
appreciate we appreciate all everything that everybody in here want to do for us
9:48:45
I live in the city of Jackson and lives here for about 50 years
9:48:51
I've lived through the Alps and the downs and uh
9:48:57
when God has saw me through it and I'm trusting him and I feel I'm glad that we'll you're
9:49:04
willing to invest 10 million dollars plus
9:49:12
and this is the first time since I've served since I've been here and I've been here for about 10 years that this
9:49:18
body is willing to invest 10 million dollars plus
9:49:25
into the unknown and we have no real plan we have no real
9:49:31
plan there's no real communication but we're willing to invest 10 million
9:49:38
dollars into this
9:49:43
I don't know but I have to believe
9:49:50
that there's a motive I see what's happening in
9:49:56
St Louis
9:50:01
I'm not sure if St Louis the legislation impacting Saint Louis
9:50:07
took his from what's happening in Jackson in
9:50:14
Mississippi Andrea Jackson Mississippi took
9:50:20
his direction from what was that I don't know but I really find it it to be very very
9:50:28
it's very disheartening and I appreciate
9:50:34
what we're talking about what we're going to do for for the uh the impacted
9:50:39
area with the disaster and we talk about how
9:50:45
One Mississippi you know it's okay if you hug me with
9:50:52

one hand and got your foot in my behind with the other one
9:51:00
that negate whatever love that you show me
9:51:07
I don't like coming down here I don't I I mean I don't say a whole lot of
9:51:13
anything I try to mind my own business
9:51:19
I try to stay in my own lane but I listen to go back to what family
9:51:26
Heyman said about sick and tired of being sick and tired talk about one Mississippi
9:51:32
but there's also Nina Simone has a song too
9:51:38
and when you listen to that song I think it is very reflective
9:51:47
all the respect that's being shown and I say to you
9:51:54
is Jackson today it could very well be past Christian
9:51:59
tomorrow we got crime throughout
9:52:04
the city we got crime throughout this state
9:52:10
we were debating the legislation down here regarding 1020 and unfortunately
9:52:17
up in North Mississippi we had three four people murdered there
9:52:26
crime is all over crime is but this this
9:52:31
10 20. is not the solution to stop and crying
9:52:40
and I challenge if you want to do something about crying
9:52:47
let us get together and have a conversation and I guarantee you
9:52:54
can find a better investment for the 10 million dollars
9:52:59
that you want to put that you want to spend on the unknown
9:53:06
yes the disaster we are yet to put money out there folks calling now
9:53:15
don't know where they're going where they're going to lay their heads tonight don't have no money
9:53:21
we go up there Saturday folks coming in blooded and battered

1084

9:53:30
didn't have nowhere to go and get treatment
9:53:36
had to leave that area and route to Jackson to try to get some
9:53:42
relief
9:53:48
yes we got our problems in Jackson
9:53:55
but this is not the answer and I tell you
9:54:01
I don't know something like I heard what's the answer this is not the answer
9:54:07
there is an answer but we need to sit down and we need to talk about it
9:54:14
yeah the scripture says the house divided against his own shall not stand
9:54:20
and I tell you this house has been further divided
9:54:25
since January of this year
9:54:32
so I asked you when you cash your vote
9:54:38
vote no to 23 43. this is not the answer thank you Mr
9:54:44
President thank you Senator Norwood Senator field again you recognize the closer
9:54:51
thank you thank you Mr President I'm William Faulkner once said to understand the
9:54:56
world you must first understand a place like Mississippi and I think this process is hopefully trying to help us
9:55:03
understand our state and to make it better I know my intent and those of my
9:55:10
colleagues on these conference reports these many negotiations has been to do nothing but to help the people in the
9:55:16
city of Jackson our capital city so with that I would ask that you do a doctors
9:55:21
conference report by use of the morning roll call use some more roll calls me no question you want to get to the procedure
9:55:27
Colorado Mr Clerk Barnett
9:55:34
Baron Blackman Blackwell
9:55:40

blunt boy branding
9:55:45
Brian Butler 36. Butler 38.
9:55:52
Carter Kaufman chasing on
9:55:59
children your bar Delano
9:56:05
England filling game Frazier
9:56:12
Harkins Hickman Hill
9:56:17
Hopson horn Jackson
9:56:26
Jordan Kirby Macan
9:56:33
McDaniel McLendon McMahon
9:56:39
Michelle Moran Norwood
9:56:47
Parker parks
9:56:52
poke Seymour Simmons of the twelve
9:56:59
Simmons of the 13th Sojourner
9:57:04
Sparks Subaru
9:57:10
yeah here so okay
9:57:19
Thomas Thompson Turner Ford
9:57:25
Whaley Wiggins Williams
9:57:32
younger Barnett
9:57:40
Carter
9:57:45
Hopson Jordan
9:57:52
McDaniel McLendon
9:57:58
parks Sojourner
9:58:05
Sparks
9:58:11

Johnson
9:58:16
okay voting yes or yay Berry Blackwell boy
9:58:23
Branning Carter Kaufman chasenal Chisholm DeBarge Delano England filling
9:58:32
gang Harkins Hill Kirby mccoin McMahon
9:58:37
Michelle Lauren Parker hope Seymour
9:58:42
Sparks Suber Tate Thompson Whaley
9:58:48
Wiggins Williams younger voting no ornay Blackman blunt Brian
9:58:56
Butler the 36 Butler 38 Frazier
9:59:01
Hickman horn Jackson Norwood Simmons and 12 7-13 Thomas and
9:59:10
Turner Ford
9:59:25
Senator Suber for what purpose thank you Mr President to the vote please proceed on announce a pair please
9:59:32
proceed I vote I Senator George vote no aye sugar no Jordan
9:59:46
okay okay yes sir
10:00:31
governor
10:00:37
our voter 298 14-day the bill passes Senator black Michael thank you Mr
10:00:43
President I'd like to hold item number 46 on today's calendar Senate Bill 2343
10:00:50
on a motion to reconsid motion to reconsider Senator Hickman for what purpose uh Mr President I like the whole
10:00:56
item number 42 on today's calendar house bill 1149. 11 49
10:01:04
okay we'll go to announcements Senator Debarr
10:01:12
thank you Mr President education will meet at seven o'clock room 216 216 Senator Simmons
10:01:20
good Senator Simmons good Center younger turn in memory please proceed when the
10:01:25
Senate does so today please do so in the memory of Kathy Batson from Columbus thank you thank you Senator other

10:01:33
announcements other announcements I believe that we have approximately 10
10:01:41
bills to take up in the morning on Appropriations
10:01:46
we appreciate everybody's working so hard today and tonight 1580
10:02:34
Senator England Mr President I'm going to join a memory please proceed uh Senate when we
10:02:41
adjourned to death we do so in the memory of Miss Alberta Reese lot thank you thank you senator
10:02:54
Senate we're um we're gonna accept our motion to recess
10:03:00
for five minutes while everybody looks at the calendar one last time so Senator Pope I say what he said all
10:03:09
in favor signify that saying I suppose no
10:08:48
I'd move that the Senate stand in recess until the last report is filed tonight
10:08:54
at which time the journal will reflect that we adjourned until 9 A.M tomorrow
10:09:00
all in favor signify by saying aye aye opposed no the eyes have it we're standing recess to Lamar

# Mississippi Legislature, MS House Floor - 31 March, 2023; 10:00 AM, YouTube (Mar. 31, 2023), https://www.youtube.com/watch?v=OOXgDRIDEpM

## Transcript (auto-generated)

foreign

13:11

prayer today by Jim from Lauderdale remain standing there for the pledge

13:49

good morning my brothers and sisters in the Mississippi House of Representatives

13:55

we are 122 members we're 122 family members

14:04

of the Mississippi House of Representatives the Lord has blessed all of us today

14:09

but we're gathered here today in his presence he's opened our eyes

14:14

he's breathed the breath of life into our lungs and he's allowed all of us to

14:21

be able to Fellowship together so today is a very blessed day

14:29

today is the day that all of us look forward to we always hope

14:35

and pray that I can pray so today is a gracious day

14:42

today is a lot is the day that the Lord has given us an opportunity to go our separate ways

14:50

some of us will grieve because this is the last time that we'll be able to

14:56

Fellowship together but some of us will be joyous because we

15:03

know that today we'll create additional and better opportunities in the future

15:09

so as always it is with great pleasure that I stand

15:16

before you and that I ask you to assist me in the Irish prayer

15:25

of departure today we will ask that may the rose Ride May

15:33

the roads ride I said Rose excuse me to meet you May the wind always be at

15:41

your back and may the sun shine warmth upon your face and the rain

15:50

gently moisten and fall upon your fears and until God allows us to meet again

15:57

May hold you in the hollow of his hand Mr Speaker

16:03

thank you for this privilege and everyone like for you to salute flag

16:10

pledge pledge allegiance to the flag of the United States of America and to the

16:17

Republic for which it stands one nation under God individuals
16:24
[Music]
16:31
open the machine Madam Clerk foreign
16:55
moves we dispense with the reading of the journal all in favor say aye opposed nay the eyes have it reported select
17:02
committees we have none Mr Speaker standing committee we have reports on the counter Mr Speaker introduction to
17:07
bills and Constitutional Amendments gentleman from Mary and Mr Morgan thank you Mr Speaker Ashley and Adam's
17:14
consent is spent with the reading of the introduction the objection hearing none we will do that resolutions petitions
17:21
memorials and other papers we have another speaker thank you Mr clerk this time we'll have introductions of guests and visitors gentleman Mr Morgan
17:28
apparently not jumping DeSoto Mr Hale thank you Mr Speaker in the north Gallery if y'all would help me recognize
17:35
three gentlemen to the fire service it's very important to everybody and we'll start to my left John Pope with the
17:42
Mississippi Fire Chiefs Association thank you John we've got Brad Smith with the State Fire
17:49
Marshal's Office and also we got Terry wages with the director of the Mississippi Fire Academy
17:56
thank you gentlemen
18:20
Jim from Warren Mr Denton thank you Mr Speaker
18:28
Mr Speaker and ladies and gentlemen on behalf of myself representative harness representative Ford representative
18:35
Foster I have the privilege of introducing the doctor of the day the
18:40
doctor the other day is Dr Deidre Ivory she's a rumoredologist
18:45
she serves also as a chairwoman for counselor on legislation
18:51
she's practiced at a clinic River City Medical and Arthritis Center I know some of us
18:59

is of age and past age and we need some help on our bones
19:07
so will you please give her a round of applause
19:18
yum chick saw Mr Lancaster thank you Mr Speaker on behalf of Dr
19:23
Mack and representative Madison Gill in the entire Pontotoc delegation it's my
19:29
privilege to announce that the chancery clerk of Pontotoc Mr Ricky Ferguson
19:42
Jim from October Hall Mr Roberson thank you Mr Speaker I need to call a quick Rules meeting right now
19:49
Rules meeting right now in the rules room
19:54
all right I don't see any further introductions
20:04
we will go to the calendar in conference Appropriations
20:16
thank you Mr Speaker lady Gentlemen of the house
20:22
it is requested that unanimous consent be granted to make the following
20:27
clerical Corrections house bill 1626.
20:35
appropriation Health Department Health Department amend line
20:41
578 by uncerting the word of Mississippi
20:47
after Sinner and before 4.
20:53
House Bill 1623 Appropriations Rehabilitation hang on gentlemen we need
20:59
to take those one at the time okay in objection to that I don't hear any next item okay thank
21:05
you Mr Speaker let's go to item 1623 appropriation Bill rehabilitation
21:11
service amend line 34 by deleting the number 831
21:17
and inserted in lieu thereof the number 922.
21:27
any objection hearing none we'll do that next item thank you Mr Speaker ladies
21:32
and gentlemen house let's go to uh House Bill 1624 Appropriations Medicaid
21:38
division amen amend line 54 by deleting the

21:44
number 868 and inserting Lou thereof number
21:50
927. any objection
21:56
here none will do that that's that's all the unanimous consentment speaker
22:02
at this time I would like to go to the Appropriations calendar item number two
22:09
House Bill 1612 and wreck yeah 1612 and recognize Jim Harrison
22:16
explain the bill Jim from Harrison's recognized
22:33
thank you Mr Speaker this is the archives and history budget um it is it has not changed since I
22:41
presented it last week I believe just got caught up in these deadlines and all what it was
22:47
it came in at 33 million 774 was the budget last year this year it's 46
22:53
million dollars and that's an explanation of the bill questions
23:00
I don't see any open the machine Madam Clerk question covers on the conference
23:05
support House Bill 1612 if you fail the report vote I if you're opposed vote in a is everyone
23:11
voted close machine Madam Clerk
23:17
about 111 years and three days report is adopted next item famous Angel of the
23:24
house let's go to item number five that would be House Bill 1719 recognized Jim
23:29
Montgomery to explain the conference report Jim Montgomery thank you Mr Speaker ladies and
23:36
gentlemen House Bill 1719 is the arpa DFA destination marketing organization
23:42
appropriation this provides 22 million to be
23:47
distributed to destination marketing organizations in the Grammy Museum in accordance with house bill 14 I'm sorry
23:54
419 of the 2023 regular session under house bill 419 21 million
24:02
will be appropriated to destination marketing organizations and one million
24:07
will be appropriated to be distributed to the Grammy Museum in Cleveland and this section is effective July 1

24:14

2023 additionally 1719 provides three million dollars to

24:19

the Mississippi Main Street Association These funds will be used to provide grants for revitalization programs in

24:26

Mississippi communities and this section will be upon passage and that's an explanation of the conference report Mr

24:33

Speaker I yield for any questions move adoption I don't see any nobody

24:39

machine Madam clerk question curves on the conference report house bill 1719.

24:44

you favor the report vote I if you're opposed voting a so everyone voted

24:50

closed machine Madam Clerk of 112 years and foreigners reporters adopt next item

24:56

let's just figure that ends the appropriation uh calendar at this time I

25:01

would request permission to go to the appropriation General bills calendar yes

25:07

sir let's let's bring up on that calendar bring up item number two uh that would be Senate Bill 2444 recognize

25:15

Jim Montgomery explain the conference report Jim Montgomery

25:22

thank you Mr Speaker ladies and gentlemen Senate Bill 2444 is the Opera it brings forward code

25:29

sections to allow in section one line 16 the DEQ water program

25:35

second round is this is the second and Final Round which ended January 31 2023

25:41

and applications end on February 1 2023

25:46

DEQ will Rank and score applications unless we provided funding in excess of

25:52

that section 2 line 277 is the health department water program this allows

25:58

other entities to be eligible to apply for grants in that program Section 3

26:03

line 377 DFA Mississippi Main Street Association this distributes the grants

26:09

that you just approved in the previous Bill uh in the Des in the Main Street

26:15

association's populations of more than 25 000 will receive sixty eight thousand

26:21

1094

dollars a piece and populations not more than twenty five thousand will receive
26:26
61 400 for a total of 3 million section 4 line 409 amends the DPS law
26:34
enforcement and firefighters premium pay program this excludes law enforcement officers
26:40
and firefighters who have already received one thousand dollars or more in premium pay
26:46
and they're not eligible to receive further monies allows this also allows Law Enforcement Officers or firefighters
26:52
in the state who receive less than a thousand dollars in premium payments from County
26:58
municipalities or government entities They will receive the difference previously they were not eligible if
27:05
they had received any amount Section 5 line 463 is the sheriff's
27:11
allowance we approved this amends that statute that excluded this premium
27:16
payment from their wage cap so that they may receive it and that's an explanation of the conference report Mr Speaker
27:24
any questions questions jump from alkorn Mr Bain thank you Mr Speaker gentlemen you and I
27:29
talked earlier but I want to go put this on the record I represent the Tishomingo County Water District
27:35
there was some talk about districts not being able to apply for this or they were unable to apply for this last year
27:42
has that been fixed it has gentlemen actually in the language last year
27:48
it was only we only did water Rural Water associations and in doing so we
27:54
didn't realize that districts had been left out that language has been changed so that all districts are covered under
27:59
the same legislation
28:04
Jim Marshall Mr Faulkner thank you Mr Speaker Jimmy Hill yes you
28:10
may mention of the one thousand dollars premium pay that we passed last year have those checks been released yet they
28:17
have been except there was a there was language in the sheriff's salary cap

28:23
that did not allow them to receive that and we've removed that language so that they may but so it's taken care of now
28:29
yes thank you gentlemen yes sir Jim DeSoto Mr Darnell
28:36
Porter sir introduction out of order okay we'll get right to you I don't see
28:42
any further questions move the machine Madam clerk congression occurs on college sports Senate bill 2444.
28:48
you favor the report wrote I if you're opposed voting a as everyone
28:54
voted close machine Madam Clerk about 114 years and two Nays report is adopted
29:00
I'm recognizing DeSoto for an introduction Mr Speaker ladies and gentlemen of the house in the North and
29:06
the South Gallery we have these Spotlight students from Lewisburg Intermediate School and we have the
29:13
their teachers and their parents with them they're down today and let's make them feel welcome [Applause]
29:21
foreign [Applause]
29:30
next item let's figure that's about all I can do on Appropriations as you know
29:36
everybody's working hard trying to uh get stuff ready we'll be coming for uh
29:41
forward the rest of the morning okay we'll come back later uh in conversation means
29:52
I don't see him okay we'll come back
29:57
in conference General builds Judd B passes
30:03
insurance
30:23
you recognize sir thank you Mr Speaker ladies and gentlemen this is a LSAT bill
30:28
that we've been working on all year trying to get a volunteer firefighter program
30:34
um we did work with the Senate pretty much all year on this we came down to
30:39
the last part which is the only thing that's not in this conference report is
30:44

the future funding of the bill the house position all along was that we were going to require some
30:52

dedicated funding source for this program and we just could not get to an
30:58

agreement with the Senate on that but what the compromise was is we have three million dollars from the general fund to
31:04

create the seed money to create the program moving forward we have all the language in the bill to create it we
31:11

have a three-year repealer in the bill we do have some work that we need to do on it but this does set up the program
31:17

for the volunteer firemen across the state so that they'll get 500 in their
31:23

account for every year that they serve our communities throughout and and from
31:29

my personal experience just in the last couple weeks the amount of volunteer firemen that
31:35

showed up and Rolling Fork the day after this tornado that came through that devastated it will just melt your heart
31:42

these are some of the best people that Mississippi has they show up they don't
31:47

ask for anything this program will give them something for their years of
31:52

service it is a good program we still have work to do but I do think it is
31:58

worth moving forward that's my explanation Mr Speaker Washington Mr irons
32:05

thank you Mr Jimmy here yes sir thank you for your hard work on this uh I know how diligently you have worked on it
32:12

um what about the um volunteer fire fighters who have aged out you know who couldn't perform uh it
32:20

was any consideration given to those guys who spent 25 30 40 years doing this
32:26

but you know they're aged out so yes what was the consideration about them well unfortunately it does come down to
32:33

money gentlemen uh if we do open up that Floodgate as far as putting it in a
32:39

specific regulation we just don't know how much it will cost to stay the three million dollar seed money would get go
32:45

just like that so without a regular funding source without knowing what that could be on a regular basis we'd be

32:52

opening ourselves up to something that we might not be able to afford but we did think about it is a consideration

32:58

moving forward that we might be able to get to but until we come up with a the permanent funding source and how that's

33:04

going to work I just think it would be inappropriate at this time I was just I was concerned because that's the

33:10

question was asked to me well maybe a Project's coming back let's work on something maybe if nothing more than

33:17

paying for their final expense in some form or fashion I guarantee you we'll try all right thank you yes sir

33:24

Jeff Marshall and Mr Bailey

33:30

thank you Mr Speaker yes sir now in the past we have funded

33:37

some of these programs through uh an increase of uh premium on our

33:44

homeowners insurance is there anything this bill that that's going to cause

33:49

homeowners insurance to be assessed any fees to take care of this program no sir

33:55

the house position had a diversion from that very source of previous existing so

34:01

it wasn't going to increase it it just what was already coming into the state we were going to kick a little bit back

34:06

so he could find that program but we couldn't come up with agreement on the Senate on it but it did not have an

34:12

increase it didn't have an increase but but it the money right now that's going

34:17

into seed money part of the premiums uh assessment is added into that no sir so

34:25

there's no increase to the insurance premium tax that we're going to put no use is no increase but it's just the

34:30

past money that has been already assessed Deadpool is is going to be used exceed

34:37

money that was our position we just couldn't get the Senate to agree to it okay now you understand that the

34:43

insurance industry and and I support our volunteer firefighters I support

34:50

them wholeheartedly but I'm also concerned about people having problems getting Insurance on

34:57

their properties because the insurance company has raised

35:02

to reach through the roof uh and been allowed to do it by our

35:08

insurance commissioner here in the state of Mississippi and I'm concerned about us trying to

35:14

help protect those people who may lose uh homeowners insurance because they cannot pay the higher premiers now

35:21

they're being charged to get this kind of coverage I just want to bring that to

35:26

your attention yes you can be mindful as as you all go forward that we don't need any more assessments on the homeowner

35:34

premium because some people having problems now trying to pay those High premium thank you

35:48

all right I don't see any further questions open the machine Madam Claire question occurs on the conference report

35:54

House Bill 521 you pay the report vote I if you're opposed load nay

36:00

has everyone voted opposed machine Madam clerk about 113

36:05

years and two Nays [Applause]

36:12

supports adoption [Applause]

36:20

Jim Mark or Mr Bain for an introduction thank you Mr Speaker in the South Gallery if the house might welcome one

36:27

of one of four one of my favorite four circuit judges uh judge Kelly Mims

36:33

[Applause]

37:48

all right next item judiciary

37:58

Mr Speaker I'd like to pass for now item three House Bill 1149 I do plan on

38:03

taking it up but I'd like to ask that it retained its place there and we'll come back to it I'd like to go to

38:10

item number four house bill number 1318 and ask that you recognize the gentleman

38:15

from Harrison to present the conference report John from Paris

38:21

thank you Mr speaker thank you madam chair if you remember House Bill 1318

38:26

addresses and updates our safe haven and baby drop laws what we did in conference is we stayed

38:33

with our house language that we passed 116-0 earlier this session we made some

38:38

changes we took the days for surrender down from 90 to 45

38:44

churches were removed as a surrender location we added additional safety features to the baby Dropbox definition

38:51

and we added the requirement that the Department of Child Protective Services immediately contact law enforcement to

38:57

ensure the baby was not missing Mr Speaker that concludes an explanation at the conference report

39:04

question I don't see uh there's one lady from

39:09

Heisman Summers

39:15

yes ma'am what kind of safety features were added

39:20

to the Dropbox we wanted to ensure that the Dual alarm system which is already a part of it was part of code was codified

39:27

so we made sure and add that to it there's a dual alarm system on the box

39:32

so is this kind of like a a male receptacle where you open the

39:39

door and drop the baby into the box and closed the door

39:45

that's a that's a crude way of describing it but basically you would place the baby into the box and shut the

39:53

the door and then it's permanently sealed from the outside only from the inside can it be accessed

40:01

the facility is staffed at all 24 7 365. with surveillance medical professionals

40:09

EMTs fire department or Hospital okay thank you Jim you're welcome

40:16

I don't see any further questions holding the machine Madam clerk question curves on the conference report house bill 1318.

40:25

maybe the report vote I if you're opposed vote nay has everyone voted close machine Madam Clerk of 113 a zero

40:33

Nays reports adopted gentlemen Benton Mr Massengill passes all right brings us down now

40:43

yes ma'am you go right ahead I'd like to go to item number seven this

40:49

is Senate bill number 2382. we passed this bill this is a Senate bill that

40:55

dealt with out-of-state lawyers requiring to disclose whether they were licensed to practice in Mississippi

41:00

television ads and all that we did when we took up this bill and Judiciary a

41:07

during the session we did have some committee members who wanted to know what happened if you had an out-of-state

41:12

lawyer who was in the television ad but had members of The Firm or practice who

41:18

were licensed here in Mississippi so we went back and clarified that if the

41:23

lawyer or attorney is not licensed to practice law in Mississippi and then they have to include language

41:30

in the advertisement that says the person appearing in this ad is not licensed to practice law in Mississippi

41:37

and we still kept all of the provisions of section 2 for the enforcement which

41:43

would mean that if this new code section 73 338 was violated then it would be

41:52

violating the provisions of the consumer protection act and that's an explanation of the conference report

41:58

questions I don't see any open the machine Madam clerk question cards in the college

42:04

sports center bill 2382 in favor of the report vote I if your opposed vote nay

42:09

has everyone voted if I was a machine Madam clerk about 112

42:14

EAS and two Nays reports adopted next item the next

42:19
speaker is item number Senate bill 2384. this would this is the conference
42:25
report for the Foster Care and Adoption task force that is being created the
42:30
only thing we did in the conference report is that just add some additional members to the task force we added a
42:37
court appointed special Advocate from Casa we also that's going to be
42:43
appointed by the lieutenant governor we added a representative from the Mississippi Association of child care
42:48
agencies and the executive director or his or her designee from peer the task
42:55
force is still going to only be enforced it's going to stand dissolved on
43:01
December 1st 2023 which was what we requested from the
43:08
house so that language is still in the conference report and that's an explanation Mr Speaker of the conference
43:13
report
43:29
questions I don't see any open the machine Madam Claire questions in the
43:35
comment Sports Centerville 2384 you favor the report vote I if you're opposed voting a everyone voted
43:42
opposed machine Madam Clerk of 114 years and two names reports adopted next item
43:49
uh education
43:56
thank you Mr Speaker follow-up Senate Bill 2749
44:03
is what this is it's it's exactly how I presented it to you before again it got caught up in these deadlines and
44:09
recommitment this is the uh School Board increasing School Board pay
44:15
um and let me just in case for God let me tell you what it is the
44:20
larger school districts can make between their school board members can make between four thousand and six thousand
44:27

1102

that means they're going to have to have a minimum of 10 000 students then the other school districts would the the

44:33

maximum they can make is between four and five thousand dollars also in here they can get a per diem

44:39

instead of this salary and the per diem is 112 per meeting for 36 meetings a year

44:48

that's an explanation of the bill Mr Speaker questions I don't see any no machine Madam third

44:55

question occurs and Conference report Senate Bill 2749 you favor the report vote I for your opposed vote nay

45:01

does everyone voted closed machine Madam clerk by about 114

45:07

years and two names reports adopted

45:36

chairman in case she's got one more item what item number it is

45:42

it is item five House Bill 1390 is what this is this is a repealer on abstinence only

45:50

taught in the schools and uh the only change in it is that we

45:55

added sexual risk avoidance education and that's just language coming from the federal government that means abstinence

46:01

only but in order to draw down some federal funds and that's an explanation of the bill

46:06

questions I don't see any holding the machine Madam clerk question Curves in the comp

46:12

support House Bill 1390 you pay with the report vote I if you're opposed vote nay has everyone voted

46:19

close the machine Madam clerk by about 130 excuse me 111 years and three Nays

46:26

reports adopted all right it appears we've done all we

46:31

can do for the moment uh uh let us recess subject to call and

46:37

we'll see what Appropriations can do

46:44

recognize the gentleman from Octavia hall for the most I move that we recent subject to call

46:51

social recess uh subject call all in favor say aye opposed A as habit house

46:57

and recess soap.com

47:13
we're gonna have page pictures right now
47:34
foreign
49:15
foreign
49:57
foreign
51:19
anymore
52:21
foreign
53:05
foreign
54:42
thank you
55:45
foreign
56:55
foreign
57:35
[Applause]
58:43
towels come back to order I'm informed we have a couple of chairman three
58:48
chairmen in fact we're ready to take up other bills uh we'll go back to the general calendar
58:55
Judd B
59:02
item one
59:09
thank you thank you Mr Speaker item number one if you recognize the gentleman from Pearl River
59:14
Jim Pearl River thank you Mr speaker thank you Mr
59:20
chairman this is the election crimes Bill we voted on like 64 times so far this session we're going to hopefully
59:27
vote on it one last time we made some changes with this um
59:33
well do we need hold on Mr Speaker
59:40
I'm just making sure she didn't have number three up there anyways this uh after talking with the
59:46

Senate it again reduces the penalties in this bill even further all of the 20-year crimes came down to seven year

59:52

crimes all of the 10-year crimes came down to three-year crimes and that's an explanation of all the changes

59:59

I don't see any open the machine Madam clerk question occurs in the conference report House Bill 400 you favor the

1:00:06

report vote I if you're opposed vote nay that everyone voted

1:00:12

close machine Madam clerk I've ordered 72 years 37 Days report is adopted a

1:00:19

lady from Amit had an item she could take up

1:00:26

Mr Speaker item number three house the bill 1149 was the path to permanency bill

1:00:31

and the conference report is just the way

1:00:37

that it left the house with just two items that I want to mention all the paths to permanency language is the same

1:00:43

the gentleman from Washington when the bill initially passed the house wanted

1:00:48

to make sure that we were not impeding on Chancery Court jurisdiction for adoptions so any language

1:00:56

that dealt with signature courts and adoptions and concurrent jurisdictions with other courts we had taken out and

1:01:04

then also on lines 501 through 506 we wanted to make sure that petitions for

1:01:11

tprs and adoptions were given priority docket space so now it just says that

1:01:16

the court shall hold a hearing on those petitions within 100 calendar days 120

1:01:22

calendar days pardon me to make sure that there's efficiency in the petitions

1:01:27

for cprs and adoptions and lastly what we did is that we added

1:01:33

House Bill 989 which the house passed which removed DHS which separated pardon

1:01:40

me CPS from DHS and it makes CPS a separate agency and that's an

1:01:47

explanation of the conference report questions I don't see any of the machine Madam

1:01:52

clerk question occurs in the conference report has to be 11 49. you favor the report vote I if you're

1:01:58

opposed vote nay has everyone voted close machine Madam clerk by about 117

1:02:04

yeah zero Nays report is adopted we return now to the ways and means

1:02:11

calendar in conference Ways and Means recognize the chairman

1:02:18

thank you Mr Speaker that would go to item one house bill 1020 and explain the conference report you

1:02:25

recognize ladies and gentlemen I'm going to go line uh line by line section by section and just hit the highlights of

1:02:32

where we are and then I will endeavor to take any questions that you have

1:02:39

section one is dealing with the existing special uh temporary special judges that

1:02:45

we have appointed in the seventh Circuit Court District uh this keep would keep that intact through

1:02:52

and authorize that specifically in the statute and authorize that through the end of 2026. section two adds three

1:02:59

full-time public defenders uh in the Hinds County Public Defender's Office

1:03:05

section three adds two full-time assistant district attorneys in the Hinds County District Attorney's office

1:03:12

as well as one full-time criminal investigator section 4 creates a new Criminal Court

1:03:19

to handle misdemeanors and initial appearances for crimes that are charged

1:03:27

in the ccid this award would not go into effect until January 1 24 and would

1:03:35

sunset or repeal on July 1 2027 the Supreme Court would appoint this

1:03:42

judge and again this this particular court would have any criminal jurisdiction that a city

1:03:49

court or municipal judge has in this state Section 5 adds two

1:03:58

prosecutors to the Attorney General's office whose job it would be to prosecute inside the ccid criminal court

1:04:06

as well as handle other files that the capital police may bring to them

1:04:13
section six
1:04:21
allows for the AOC in consultation with the Supreme Court to appoint a clerk for
1:04:28
the ccid criminal court section 7. deals with the lines of the ccid which
1:04:36
shall remain as they are currently until June 30th of 2024 at which time
1:04:42
they will expand as is something that we debated a lot previously but
1:04:47
just to give you a general idea of the expansion many of you have come to see me and seen the the lines but
1:04:54
essentially in South Jackson They will be expanded down to approximately I-20
1:04:59
on the west side of the current ccid they will continue North along around
1:05:07
Jackson State University and continue North along the railroad tracks until
1:05:12
they intersect with Northside Drive and Northside Drive will be the North Boundary and on the East boundary is the
1:05:19
Pearl River again that does not those lines do not
1:05:26
change until July 1 of 24.
1:05:34
going forward
1:05:39
is the diversion language that we had in the previous bill
1:05:44
we had 12 prior the compromise was at nine
1:05:54
section 10 states that the city of Jackson shall at all times maintain an adequate police force and continue to
1:06:00
enforce the ordinances of the city of Jackson section 11. is the body cameras that we previously
1:06:07
discussed thanks to the gentleman's Amendment it's remained in here throughout the process
1:06:13
section 12 requires the Hinds County Circuit Court in conjunction with AOC to
1:06:19
provide certain data to the legislature before next year
1:06:24
section 13 requires that there be a 9-1-1 system inside the ccid and instructs the
1:06:32

1107

commissioner of DPS to uh develop that and implement it

1:06:38

section 14 gives the commissioner the specific Authority to purchase and issue all Patrol Law

1:06:45

Enforcement Officers within the department the equipment deemed necessary to do their jobs

1:06:53

section 15 allows the Supreme Court in conjunction with AOC to appoint a

1:06:58

special administrator specifically to be utilized by the special judges

1:07:06

and again section 16 deals with the jury of anari for the special judges and that

1:07:12

is an explanation of the conference report and I'll take any questions

1:07:17

a question Jim from Adams Mr Johnson Mr Speaker uh little gentleman yield yes

1:07:23

sir gentlemen uh there are some things I want to ask about that are new to me section four

1:07:33

on the inferior Court the ccid inferior core yes sir so as I read this correctly

1:07:38

that this court should have in here determine all preliminary matters and criminal matters just paraphrase is

1:07:46

essentially has the same jurisdiction here's all the same matters that it that the municipal court that exists now is

1:07:53

that correct exactly does it have any any fewer UH responsibilities not that I'm aware

1:08:00

of gentlemen okay I'm sorry it doesn't happen anymore no okay

1:08:05

uh and as I understand it in section B it says and and so as I understand

1:08:11

municipal courts and I've had the unfortunate occasionally have to be in a couple of them they hear traffic issues

1:08:19

and misdemeanor crimes is that correct that's correct no felonies is that correct no felonies except for obviously

1:08:25

as you know the preliminary requires uh an initial appearance within 48 Hours of an arrest and which I understand we have

1:08:32

a little issue with that in the city of Jackson and Hinds County yeah uh so hopefully this will help with that and

1:08:38

and even though they hear municipal issues and you can only be convicted of a misdemeanor in this Municipal Court

1:08:45
section B says any person's evicted in the ccid inferior Court may be placed
1:08:50
into custody of the Mississippi Department of Corrections is that correct that's correct that's a May and so in meetings with the commissioner
1:08:56
right now under existing law the the commissioner Obama Public Safety can contract with counties to house
1:09:02
prisoners this just allows them to also contract with other state agencies specifically mboc as there is a MDOC
1:09:09
facility located nearby in Rankin County so uh
1:09:15
but it doesn't say that it just says it may they may be so a judge could send a
1:09:21
person to The Rankin County facility that's right okay uh
1:09:27
and another question on section so what I I want people to understand is
1:09:33
that a person convicted of a traffic violation uh that requires or
1:09:40
misdemeanor that requires some jail time in a in a regular Municipal Court they
1:09:45
would be in a city jail is that correct or a county or or a county jail if there's a contractor understanding what
1:09:51
the support of supervisor that's right but they would not be sent to a MDOC on
1:09:58
on the normal circumstance would not be sent and there's no provision in the law for them to be sent to a Department of
1:10:05
Corrections Facility uh as far as other municipal courts in the state I believe you're correct okay
1:10:11
uh and then I want to ask you about section 12. it says
1:10:21
it essentially sets up a system by which the clerk of the administrative office
1:10:26
of the courts and the clerk in the ccid is that correct
1:10:32
I believe section 12 is dealing with the data gentlemen from the data right yeah the data and again my understanding is
1:10:38
we're gonna with the lady sitting right here in front of me she's they're going to be working hard next year and consider some form of judicial
1:10:44

redistricting next year so this was this was requested just to help make sure they get the data they need and they get

1:10:50

the data for the purposes of determining whether or not they would be would get an extra judge in Hinds County yes sir

1:10:55

and so this section would determine based on the data whether they need an

1:11:01

extra judge but this bill already authorized the Supreme Court to appoint four is that correct without any data

1:11:09

special judges that's correct without any date yes sir okay all right uh Mr Speaker I have a point of order

1:11:16

at this time all right station point of order I raise

1:11:21

the point of I raise the point of order that the conference reported for House Bill 1020 violates joint Rule 25 by

1:11:27

adding a code section not included in the bill that's past the house of origin section 12 of the conference report of

1:11:33

House Bill 1020 contains the following code section 97-232e this code section was not

1:11:40

included in the bill when it passed the house joint Rule 25 requires that this instance that a point of order in the

1:11:47

conference report is not uh that should be sustained and it should be returned to conference I would point out that

1:11:53

97232e doesn't exist in statute now and doesn't exist anywhere and it's brought

1:11:59

forward in this code section okay bring that forward we'll give it to council do you want all of my points of order right

1:12:05

now I got four of them yes sir we need them all all right you want to read them all no just bring them all forward

1:12:12

I'd like to memorialize them go ahead if you wish to read them sure thank you uh

1:12:19

my second point of board is I raise the point of order that the conference report for House Bill 1020 amends by

1:12:24

reference section 12 of the conference report by creating a procedure by which the legislature can request and use

1:12:30

information order to be gathered by the administrative office of the courts and the clerk of the seventh Circuit Court District for a purpose of assisting the
1:12:37
chairs of Senator chair of Senate Juda and house Judd a along with the chairs of House of Senate appropriation
1:12:42
Committee in this consideration to authorize one extra Circuit Judge for the seventh circuit that shall be
1:12:48
elected even though the Supreme Court is appointing four with no data authorization for the election of a
1:12:53
Circuit Judge in the seventh circuit can only be authorized under Section 9725 of
1:12:58
the Mississippi code the section 12 seeks to authorize this procedure under code section
1:13:03
97232e that does not currently exist my third point of order is I raise the
1:13:09
point of order that the conference report for House Bill 1020 amends by reference in section 401b by directing
1:13:15
where a person convicted in the capital complex Improvement District inferior Court may be placed into custody all
1:13:22
laws governing imprisonment and prisons related to County Municipal prisons and prisoners are governed by title 47
1:13:30
1-1-47-163 that statute was not part of the bills it left the house of this conference report the conference report
1:13:36
creates an entirely new court within the city of Jackson and then proceeds to say where a person convicting that Court can
1:13:42
be taken into custody this can only be done by Statute and no statute is referenced as a result of the constant
1:13:48
report of House Bill 1020 therefore it is not probably before the house as a note
1:13:53
47-139 speaks to Municipal prisoners in the notes accompanying the statute there is an attorney general's opinion that
1:13:59
says specifically a city that arrests persons through its Municipal Police Department must either house them in his
1:14:06
own city jail or into a contract through the County Board of Supervisors and my
1:14:11

final point of order I raise a point of order that the conference report of House Bill 1020 amends by reference

1:14:18

again section 401b by directing where a person convicted in a capital complex improvement district may be placed into

1:14:24

custody the conference report states that a person convicted in the new ccid inferior Court may be placed in the

1:14:31

custody of the Mississippi Department of Corrections even though they can only be convicted of a misdemeanor the central

1:14:37

Mississippi Correctional Facility in Rankin County however section 475 905 clearly outlines

1:14:45

that a person placed under the custody of the Department of Corrections and then assigned to a an appropriate

1:14:52

correctional facility for a complete and thorough classification this statute

1:14:57

that I just recited must be amended to say a person convicted in this new inferior core in the ccid is expected

1:15:05

from this requirement otherwise it violates is it it is accepted from this

1:15:10

requirement otherwise it violates the statute at the very least amends by reference therefore this conference

1:15:15

report is not a problem before the house I'll bring those forward thank you to speak thank you sir Jim Holmes Clark

1:15:23

thank you Mr Speaker in addition to the general from Adams Mr Speaker I also have a point of order

1:15:28

that this comfortable report violates house rule 106 by amended by reference

1:15:34

section 63 359 [Music] section 25 31 5 and section 2532

1:15:43

3. okay bring that one forward as well are there any other points of order we're going to take them all at this

1:15:50

time all right I don't see any others bring those forward to council and we

1:15:56

will give them a while to evaluate them

1:16:10

uh chairman of Asian means you had another item on the calendar you're

1:16:16

going to take

1:16:27

excuse me chairman of ways and means this other item you wish to take it up or not

1:16:34

not all right where is the chairman of

1:16:39

Appropriations are you working downstairs all right

1:16:49

okay did anything else we can do it this time

1:16:55

I'm not I don't see anything

1:19:11

we're going to suspend business for a few minutes waiting for legal staff

1:19:16

to evaluate the points of order gentleman Heinz Mr Brown what purpose you seek recognition

1:19:22

exchange a vote Yes Sir Mr chairman I'd like to see the unanimous consent from the body to change my vote uh House Bill

1:19:29

400 from yes to no any objection change

1:19:35

the gentleman's vote thank you

1:33:44

ladies and gentlemen we have uh consulted with legal counsel it's going to take them a couple of hours probably

1:33:49

to evaluate points of order there also we have additional

1:33:56

conference reports being drafted to education conference report there's the

1:34:02

uh one of the project conference reports all of which are

1:34:08

in the process of being drafted it's my understanding the drafters had to pull away or at least we'll have to pull away

1:34:15

from doing those conference reports in order to respond to the points of order so as you can see it's going to be a

1:34:21

little while before we are able to get back to our business so I would recommend

1:34:28

Council has recommended or suggested it would be at

1:34:34

least a 115 before he is able to evaluate the points of order

1:34:39

and then we will have to take up the other items after that so we're going to take our lunch break

1:34:44

now I recommend uh 1 15.

1:34:49

that's two hours from now and we'll come back and see where we're at

1:34:55

at that time any announcements before we take our lunch break

1:35:01

I don't see any I'm gonna recognize the gentleman from Montgomery you're right there

1:35:12

let's figure I moved this outstanding recess till 1 15. all right promotions recessed till 1 15

1:35:19

all in favor say aye opposed nay the eyes have it housing recess to 115.

3:25:55

these little tabs come back to order um ladies and gentlemen we're still awaiting uh report from Council on the

3:26:04

points of order they had five of them to consider so they're still working as far

3:26:11

as I know I've not received any word from them to this point

3:26:17

um there are no rules reported out earlier some things you want to take those up gentlemen

3:26:27

I read do we have a committee report

3:26:33

you do I recognize Madam Clerk oh I'm sorry do we interrupt your lunch

3:26:39

I apologize recognize Madam clerk agreed to report

3:26:46

the committee on rule report of committee on rules H.R number 205 representative Joel bomgaar comedic

3:26:53

steam legislative career I'm tired of sufficient to be adopted any questions on that resolution

3:27:02

all right I don't see it uh there's one lady from Madison Miss Ford

3:27:09

Mr Speaker in anticipation of the chair requesting immediate release I'd like to hold my make a note of my objection and

3:27:16

request that we hold this bill on emotion okay all right if you favor the resolution

3:27:23

indicator saying I suppose nay as habit

3:27:28

lady has uh asked that that be held on a motion

3:27:34

you got a response the lady has a right to to ask for it to

3:27:41

be held it is right okay you got anything further no sir I'm done

3:27:48
right now all right [Applause]
3:27:59
I have received a note from Council saying they're still working
3:28:06
um so I don't know there's no estimation as to how long so I guess we just need to stand in a
3:28:12
recess subject to call I've not we also have some additional Appropriations to take up by the way and
3:28:19
um I think they're still working on those as well so we're just in a holding pattern ladies and gentlemen
3:28:26
recognize Jim Rock quebe Hall for motion recess subject to call emotionally recessed subject common
3:28:33
speaker all in favor say aye opposed nay the eyes have it house in recess soapy to call
3:28:38
we'll be back as soon as we have uh developments
3:37:10
foreign can I have y'all's attention real quick
3:37:18
all right then for a long time this is the donation for for the session for our house Porters before you leave if you if
3:37:25
you feel the Good Will to and they've done a lot for us this year make certain that you leave them something a little special in this box and I mean money not
3:37:32
something else so we'd like to leave a few bucks here okay help us out
3:37:45
foreign
3:46:01
there's a task come back to order we uh we we do have one item of of
3:46:07
business we want to take care of while we have some down time here
3:46:13
I want to recognize the chairman of rules
3:46:20
thank you Mr Speaker ladies and gentlemen we we passed a resolution earlier this week
3:46:26
for a very special gentleman where are you Dr Mack Huddleston
3:46:34
come on come on up here Dr Mark
3:46:41
we've already voted and passed this but if y'all will stand with me to show the respect for this man that he

3:46:47
deserves [Applause]
3:47:06
if if you can't tell you are well loved in this this body and we're very proud
3:47:12
of the service that you've had over the years but I'm more proud of the friendship that I've had with you and
3:47:17
I'm sure most of us here were are that as well so God bless you godspeed and you always have a friend no matter where
3:47:24
you are in this state you're gonna have a friend these are your these are your people
3:47:32
[Applause]
3:47:49
doc we love you we're proud of you we count you as a friend and uh we we thank you for allowing us a few
3:47:56
minutes to give you that recognition we acknowledged you yesterday or the day before I guess it was when it was
3:48:02
Vietnam Veterans Day and you weren't here but we uh certainly recognize your service to this country and appreciate
3:48:09
you and the gentleman Jackson what y'all did in Vietnam to provide us with our uh
3:48:15
our freedoms and uh yes if you're anywhere in the state
3:48:21
you have a friend but if any of us are in Pontotoc we're going to call you and expect you to take
3:48:27
care of us too all right all right okay we still have not received any word
3:48:33
from downstairs so we will recess subject to call make the motion recess so just call all
3:48:40
in favor say aye opposed nay the eyes have it um we may want to get Dr huddleston's
3:48:46
class members whoever whatever the remaining classmates are up here to take a picture with him you're the class of
3:48:52
08 right doc
3:49:17
thank you
4:26:27
please let tasks come back to order while we wait we're going to continue
4:26:32
with some recognitions the gentleman from Octavia Hall chairman of rules has

4:26:37
a few more he'd like to take up
4:26:42
thank you ladies and gentlemen as y'all know we passed several resolutions out for members and we also
4:26:50
we have another member I'd like to to uh to bring up here and and
4:26:56
show them our love uh representative Ed Blackman with you come up here and stand with us and so that we can give you a
4:27:03
resolution and I have someone that like to say a few words about you
4:27:10
[Applause]
4:27:23
if y'all would recognize Brian Clark he's got a few words to say
4:27:30
thank you Mr Speaker ladies and gentlemen of the house it is
4:27:35
a a honor for me to stand here and was asked to say a few words about uh the gentleman
4:27:43
we are about to recognize um I was pretty much raised in this
4:27:49
building my mom passed when I was two and every year when my dad come to
4:27:54
session we would transfer go to school in Jackson from January through April
4:28:00
and I spent a lot of days wondering the halls of this capital and some things are Staples of this
4:28:05
capital as a child I was mesmerized by that big Gold Eagle Up on the Roof all of the
4:28:14
beautiful marble and I can remember about eight years old
4:28:19
it was something else I was mesmerized about it was the gentleman from Madison
4:28:25
General from Madison used to take to the floor like you see him do now
4:28:31
and the only thing you need was your popcorn and uh in a soda
4:28:37
and he would give you a show uh but on top of that this gentleman has
4:28:43
also been a role model to me not only in this body but as an attorney
4:28:50
when I was about 10 years old I was thinking about being a doctor and Ed Blackman I was probably about 13.
4:28:57

1117

Ed Blackman said don't be a doctor he said go to law school so you can make some money
4:29:02
um Jennifer from Madison you owe me some money I never did make I went to law school
[Applause]
4:29:12
I went to law school general for Madison but I never made that money so but but to think of walking in this body
4:29:20
in January the first Tuesday after the first the first Tuesday after the first
4:29:26
uh um Monday after the second Monday you know whatever the Constitution says it
4:29:31
is uh I can't imagine walking in this chamber and Edward Blackman Jr would not
4:29:38
be in this chamber uh there's going to be a tremendous vote here in this
4:29:44
capital uh the knowledge that he have the wisdom he have the institutional
4:29:50
knowledge he have that is these Halls are going to be hollowed without his presence so the general from Madison I'd
4:29:56
like to say as a member of this body who have uh for 20 years and sit back and watch you
4:30:03
I've gone home in the in the mirror and mimic you um that it's a honor one of the biggest
4:30:10
honors I've had is to uh is to serve with you and I I don't do much recording
4:30:16
but when the gentleman got up two days ago I got my camera out because I said that this probably be the last time that
4:30:23
the honorable General from Madison will come to The Well of the house so uh just know that when you're going to be missed
4:30:29
and we appreciate everything you've done not only for this body but for the state of Mississippi
4:30:39
thank you [Applause]
4:30:51
thanks uh representative clock of course you and your brother well a perfect little gentleman
4:30:59
they really were as their father did about went about the business of the state of Mississippi
4:31:04
and of course now he won't tell you the truth he did make more money
4:31:10
I can tell you that but a lot of people don't know that I actually came in this building in
4:31:17
January of 1979. there's nobody in this building that was

1118

4:31:23
here before me in 1979
4:31:28
when I was 20 and I won a special election in one year I had a one year last night one by about
4:31:36
50 votes of course in the next regulation I lost
4:31:41
about 50 votes I should tell you something but I weighed around and came back
4:31:47
but when I came here I had an afro that touched went from shoulder
4:31:53
to shoulder and I was kind of young at the time
4:32:00
but when I came here I had a Lincoln Continental that had a cream top
4:32:06
it was navy blue at the bottom it had gold Sports Wheels
4:32:11
I made an impressive the other way when I came in here but I've enjoyed the uh my time here
4:32:19
my 41 years here in this building I had Believe It or Not despite what I
4:32:27
say sometimes I've had some successes in fact some really good successes uh
4:32:33
over the years and the gentleman from uh Holmes County is a little bit wrong
4:32:40
and get your camera back out we got 10 20 coming [Laughter]
4:32:47
so one more time but I really have enjoyed the relationships platform and
4:32:52
I've heard some of the saying earlier about having friends all over the state
4:32:57
I I know you all experienced this but it's really good to know somebody
4:33:03
everywhere you go and that's one of the benefits that we have especially as a lawyer
4:33:10
to be able to pick up the phone and call somebody and ask them what's the local what's going on locally
4:33:15
that's one of the blessings that you can have here even though we fight go Toe to Toe sometimes I've never got
4:33:22
angry with anybody who didn't see things the way I saw it
4:33:27
sometimes after holding I have to hold myself back from smiling because I think you might not take me serious
4:33:33

but I enjoy every one of you in the relationship they've informed over the years I look forward
4:33:39
to coming back here next year and knowing I don't have to take a vote
4:33:47
you don't have to worry about how long you are going to be in session here
4:33:52
I can come and go as I please and after 41 years I am looking forward
4:33:58
to that privilege thank you [Applause]
4:34:12
[Music] and gentlemen we're going to research
4:34:18
subject to call please move that we reset subject to call all in favor say aye opposen a eyes have it
4:34:26
it uh I believe we're on the verge of getting a report back from the attorneys
4:54:23
please let the house come back to order uh the council has returned I want to commend them for their diligent work
4:54:29
over the last what three hours and so three and a half hours to uh consider
4:54:35
each of these points of order in detail I'm informed that none of them are well taken uh there is
4:54:43
written response of council here if anyone wishes to have a copy they are lengthy I don't plan to read the entire
4:54:52
response but if anyone wishes to have a copy Madam clerk has it here so we are
4:54:58
now back on the bill I'm a recognizer chairman of waste means lady from Pearl River
4:55:03
Miss Wilkes you have for what reason she passes okay you recognize gentlemen
4:55:12
Mr Speaker I believe I had explained the bill I will stand on that explanation and
4:55:18
I think I had endured at least one round of interrogation okay years for
4:55:23
questions yeah any questions I don't see any open the machine Madam clerk question
4:55:30
recurs on the conference report I'm sorry what what there's no one on here
4:55:36
okay all right now we have some
4:55:44
okay I would not notified that anyone wish to speak and there was no questions on my board so I apologize I apologize
4:55:51
for that there are some who wish to speak we will go to the the speaking part

4:55:56

uh Jim from Madison you're the first up I knew the gentleman from Holmes didn't

4:56:02

know what he was talking about

4:56:17

thank you Mr Speaker ladies and gentlemen one of the things that I do know

4:56:23

there's sometimes what we said just support him is very important and knowing full well that this bill is

4:56:29

going this conference report is going to pass I'm I'm completely aware that what I say

4:56:34

right now will be part of a record that will be

4:56:40

an exhibit somewhere as well as everything that's said at this Podium on this bill oh and on Davis

4:56:47

uh on the previous bills uh as they made their way to the conference poor

4:56:52

for those of you who don't know they'll be litigation that follows

4:56:59

uh the passage of this bill and probably immediately because parts of this bill requires acts to be

4:57:06

taken within 15 days and what will have to happen

4:57:13

the litigation would be involved seeking a state

4:57:18

especially with reference to the judges that have been will be ordered in this

4:57:24

bill now I'm pleased that they've come up with this version because it makes it a

4:57:30

lot easier to challenge it before we got to this version we have

4:57:35

now there was a play in trying to pretend that the courts that were being created

4:57:42

were in fact inferior courts now the only thing remaining about that in

4:57:50

the bill is the name inferior court because the bill now confesses as what it was

4:57:55

intended to be all alone these are actually circuit courts

4:58:03

with a different name and that being the case it means that on

4:58:09

his face they are unconstitutional because the Constitution set up

4:58:15

1890 Constitution that was called at a convention that was intended to deny

4:58:23

1121

Black Folk in this state the right to vote and they were successful in doing so what they came up with what's known as
4:58:30
the Jim Crow law they relive will for
4:58:36
decades from my experience up until 19
4:58:44
70 71. but part of that
4:58:51
Constitution that was passed required and created the circuit courts and
4:58:57
Chancery courts to be elected by the people
4:59:03
now the bill you have before you now calls those see
4:59:09
ID courts but they have the same power if you read
4:59:14
the the the the bill the same power as the elected circuit courts
4:59:20
that on his face will make them courts
4:59:27
with appointed judges in violation of the provisions in our
4:59:32
constitution if you file and read it it says in
4:59:37
it they call them courts
4:59:43
try to pretend that there are lower courts on the circuit courts
4:59:49
and to give it a little mix in there they created in this bill Municipal a municipal court
4:59:57
in hopes that that somehow will mean something in litigation when it will not
5:00:04
but even the municipal Municipal Courts I think flies in the face
5:00:12
of what we do in this state because municipal courts are generally
5:00:18
either appointed by the people who run it by the board of alderman
5:00:23
all the mayor the executive branch in this case you got the Supreme Court making that appointment
5:00:31
a person who is not elected locally in the city of Jackson
5:00:39
I was thinking last night of what this bill reminded me of and it finally came to me
5:00:44

1122

that it reminded me of something that we experienced a few years ago

5:00:50

they are building a district in the city of Jackson

5:00:58

the ccid courts and the citizens of Jacksons are going

5:01:03

to pay for it they're going to pay for courts

5:01:09

in a system that they have no

5:01:14

right to vote on as far as the judges and the clerks of the running

5:01:22

I want you to get a term in your mind that you remember that I said it first

5:01:29

it's called home rule and you'll see that probably in litigation you'll probably hear about it

5:01:35

in testimony and we all know what home rule is I hope we know what home rule is that's the right to make

5:01:42

decisions your sales locally we're taking it away from Jackson now

5:01:48

you're taking it away from Hinds County this is a hard bird because the people

5:01:53

who live in there will live in that special district will still be voting on the judges that

5:02:00

take office outside of that District they'll still be voting on the on the

5:02:05

clerk that take office outside of that they'll be voting for a mayor who will

5:02:10

still have the power to appoint the police chief there but those people trapped in that District won't have that

5:02:17

right to vote for the people who will be governing them and that may be what you what what you all want

5:02:24

but there'll be a certain segment in that population that won't want that that district will have a population of

5:02:30

about 47 percent uh White and and the remainder will be will be black

5:02:38

I think that most of the black sisters that in that district will still want to vote for the people who have swayed over

5:02:44

their lives

5:02:49

and just for the record

5:02:54
this District's boundaries look awfully funny
5:03:00
you have Fondren Belhaven and Eastover now now what's
5:03:05
what's one of those three areas mean here in Jackson that's where why slip you captured about
5:03:13
85 percent of the white population in that District that will be important
5:03:20
somewhere in somebody's Court when the facts are laid out which will go to intent
5:03:27
when you add up the fact that you have courts who will be exercising the same power as
5:03:33
circuit courts in this in the in Hinds County they'll be able to
5:03:40
convene a grand jury because it says they'll have the same power as circuit and circuit courts in the district
5:03:46
they have the power to heal cases involving uh Major Crimes such as uh capital
5:03:54
murder cases armed robbery Circle Bridge there be had the power to hand out the
5:03:59
same same sentences as the judges who were elected there'd be absolutely no
5:04:05
difference and what their power is then from the elected judges now why are we having
5:04:12
appointed judges now the question will be asked the refrain will be why are we having appointed judges as well as
5:04:19
supposed elected judges now the chairman said when that question put to him before because they were
5:04:25
going to find looking for the best and the brightest now the implication being that in the
5:04:32
most populous county in the state with the most
5:04:37
lawyers residing there in and practice day in you can't find
5:04:44
the best and brightest lawyers to take those positions you must go into the Hudson hamlets around us around the
5:04:51
state Define people who are better suited than the local people
5:04:57
to occupy those positions some of us might have been a little insulted by the implication of that
5:05:05
that you can't find in the most populous County the people that meet that criteria but

5:05:11
that presupposes that people who are making the decisions as to who the best and brightest are to hold their

5:05:18
positions are are the best and brightest themselves they are being elected those folk will

5:05:24
have been elected and are elected to office themselves somehow voters thought that they were worth to hold those

5:05:31
positions not with saying the fact that they may not in fact be the best and brightest

5:05:36
like in this body here I doubt if any of us came here thinking that we're the best and brightest I

5:05:43
don't think we'll we think that we think that we got elected and we have the ability to carry out that Duty

5:05:49
responsibility that's what judges are and that's what

5:05:54
they do they're not taking the bench and saying I'm the greatest lawyer they ever lived

5:06:01
maybe some are but very few of them will let you know they think that way

5:06:08
on the money end of it we're going to take

5:06:14
sales tax that goes to Jack City of Jackson right now we're going to take that opportunity

5:06:20
that nine percent I believe I saw it and we're going to take that money from

5:06:25
the citizens of Hinds County in Jackson to pay for what

5:06:31
what we're doing in this bill's time is expired I ask you to consider all those factors when you make that decision and

5:06:38
ask that this this video will be part of the record

5:06:45
that some fellow Jews were here soon after we leave this building

5:06:52
a Jim from Hines Mr Bell

5:07:00
excuse me Jim from Lincoln Mr Mangold you wish to speak on the bill

5:07:08
you on the list you're on the list here you pass

5:07:14
Troy press the button okay

5:07:20
thank you Mr Speaker um ladies and gentlemen I you know my

5:07:26
stance on this uh 10 20 as I said before I'm adamantly opposed to it but a couple

5:07:33
of things that pique my interest on this bill

5:07:38
from Madison pointed out a couple on the judge but in section 10

5:07:44
it states the city of Jackson at all times shall adequately staff its Police

5:07:50
Department with the necessary number of law enforcement officers Jackson Police Department shall continue

5:07:56
to enforce all ordinances of the city of Jackson I don't know how you can

5:08:03
quantify adequately adequately staff Police Department

5:08:09
with police shortages all over the state of Mississippi all over the United States of America

5:08:16
what is the correct number of adequate police officers for the city of Jackson

5:08:22
how can you obtain those numbers of police officers that you need

5:08:27
when you have Capitol Police taking officers from the city of Jackson

5:08:34
Hinds County Sheriff's department and surrounding areas to work for Capitol Police because they are paying them more

5:08:39
than those communities are then those other departments are how can you do that how can you enforce section 10 of

5:08:46
this legislation how can you adequately take

5:08:53
a city's Police Department away from the city because that's what we're essentially doing here

5:09:01
the city of Jackson along with other cities in the state and the country

5:09:07
have had an issue with finding police officers to work whether it be a low salary

5:09:13
or not finding qualified officers or officers do retiring

5:09:19
due to age where does this legislation take us

5:09:26
with respect to the police chief of the city of Jackson what does this legislation take us with

5:09:33
the respect to the mayor being able to appoint Municipal judges because if it's my understanding that in this

1126

5:09:40
legislation it takes their power away and gives it to the the AGS office I may be wrong
5:09:47
that's how I read it that's how I see it coming the next thing I see coming out of this
5:09:53
legislation 10 20 if it passes is it will they start now to next year
5:09:59
introduce a city council for the capital city complex and a city manager for the city uh
5:10:05
Capital City complex is that next is it needed
5:10:13
look I love Jackson and I know we have all had our issues and Jackson is not alone
5:10:21
Madison has their issues Rankin County have their issues you just don't hear about it it's not publicized as much
5:10:27
it's Jackson because we're the capital city but just because our issues are on the
5:10:33
front page don't necessarily mean that you guys don't have them
5:10:38
I see this legislation as hurting the city of Jackson more than
5:10:43
anything else and I understand the content of wanting to be safe and secure in the city of
5:10:49
Jackson I want that I don't want my friends and families being hurt in the city of Jackson
5:10:55
but when we start looking at Economic Development policies for our state and
5:11:01
our cities I think we'll start to see a little less crime going on I think if we start looking at how we
5:11:08
can foster great relationships from the state and the city and everybody sit down and Lead their egos at the door
5:11:15
I think we'll see a better city of Jackson in state of Mississippi this legislation puts us farther and
5:11:22
farther apart from each other not because we disagree about the legislation but the intent
5:11:30
that's the issue that that that dwells in my heart and mind
5:11:36
because if you take Jackson's Police Department
5:11:43
today it's going to be Vicksburg Greenville
5:11:48
and probably somewhere on the Gulf Coast next time so I'm really asking that y'all take a
5:11:55
deep breath on this and let's come back next year and work together

1127

5:12:00
with a better solution to how we can all work together and make this legislation better
5:12:05
because as I see it right now um it will be in court we know we all know
5:12:12
that and I think we have uh wasted some valuable time here and I know the
5:12:18
chairman is a a a good guy and has a a a good heart and meaning well but
5:12:25
this is not this is needed this year I think we need to sit back again sit
5:12:32
back and work together next year to provide a better solution thank you
5:12:42
Jim from Adams Mr Johnson
5:12:59
thank you Mr Speaker uh I don't know if I can say any more than I've said to the last time this bill
5:13:05
came up I should say more because it's worse than it was the last time we looked at it but
5:13:11
but here we are uh but I want to point out something to you that uh
5:13:17
that still alarms me and it was it was subject to one of my points of order uh
5:13:23
and I'm going to recite to you in section four what it says it says a ccid inferior course you'll have the
5:13:29
jurisdiction to hear and determine all preliminary matters and criminal matters authorized by law for municipal courts
5:13:36
that accrue or occur in whole or in part within the boundaries of the capital complex improvement district and shall
5:13:43
have the same jurisdiction as municipal courts to hear and determine all cases
5:13:48
charging violations of Motor Vehicle and traffic law motor vehicle and traffic laws of this state and violations of the
5:13:55
city of Jackson's traffic ordinance or ordinances related to disturbance of the public peace that accrue or occur in a
5:14:02
hole in part within the boundaries of the Capital complex improvement district now one of the symptoms of my point of
5:14:08
order was that look this is a municipal court and I just read you that it says it has shall have the same jurisdiction

5:14:15
as municipal courts they try misdemeanors you can be convicted of a
5:14:20
misdemeanor most of the time a half the time it's a fine but there are some misdemeanors where you can be sentenced
5:14:27
to six months in jail in a municipal court
5:14:33
then it says any person if any of you have children or adult
5:14:38
children who are young enough to be in Jackson doing whatever they're doing I have I
5:14:43
have some if for some mistake of Youth one of my
5:14:50
children commenced a misdemeanor and Jackson is arrested and convicted and the judge deems some judge whoever she
5:14:56
whoever she is deems that they should spend some time in jail this statue says any person convicted in
5:15:03
a ccid inferior Court may be placed in the custody of the Mississippi Department of Corrections
5:15:11
you get convicted of a misdemeanor and they're going to send you to prison
5:15:26
now everybody said lawsuit a couple of times
5:15:31
up here yeah and I've had a colleague of mine tell me well you know how conservative the fifth Circuit Court of
5:15:37
Appeals is you be you'll be good if you got a ruling out of that but I'm gonna tell you there's nowhere in this country
5:15:43
that there's a judge I don't care how conservative he is who thinks that a person who is convicted of a misdemeanor
5:15:49
should go to prison and this is the law we want to pass this
5:15:54
is what you stay here the last day of the session to pass a law to send people to prison for a misdemeanor and the
5:16:01
answer in my point of order was well it's not really a municipal court
5:16:09
it's not a municipal court I don't care if it's a kangaroo court if
5:16:14
it's a misdemeanor you should not be Sinners to go to prison
5:16:19

for a day and anybody sitting here should be offended by that

5:16:26

now I'm going to talk about something that you don't want to hear the reason it bothers me so much because

5:16:31

I know how selective jurors can be Juris can be

5:16:37

and see I'm black well I know y'all can see that and there's a jurist there's a judge in

5:16:44

this city that may be appointed by a ccid court that would look at me and say maybe you

5:16:51

need a knight in prison so when somebody black comes up and

5:16:58

stands in front of you and sees a section in the law like this they never think it's gonna happen to

5:17:03

you I doubt if it ever happens to you but I can guarantee you it's gonna

5:17:08

happen to somebody black it's going to happen to somebody black

5:17:14

because that's what happens we still live in an inequitable Society we still

5:17:19

live with prejudices we still live with bias we still live with things that

5:17:24

people have in their minds whether it's based on truth or not and that's why you should write a law that does not provide

5:17:31

an Avenue for a person to decide Things based on their prejudices

5:17:36

that well I was told well you know they can do it but they don't have to do it

5:17:42

all that means is somebody will do it and all it means to me is they gonna do it to me and they're not gonna do it to

5:17:48

you that's exactly what it means just like this law we're about to pass right now

5:17:54

you would do this to Jackson but you would never do it to Pearl you would never do it to Ridgeland you would never

5:18:00

do it to Madison not as long as you live would you do that because there's nobody

5:18:05

in this state who is in a position of power will stand and watch you do it but there's a judge that would send me to

5:18:11

jail and would not send the speaker Pro tem to jail for the same crime

5:18:17

and that's why they would send him to a city jail but not send and send me to a

5:18:22
prison but you want to pass a law that gives a person that kind of latitude and you
5:18:27
know that I'm right not because one of you would be that way but they got them out there they're out
5:18:33
there and I wouldn't want anybody to be subjected to that the other thing in this law is that
5:18:40
you want to do something for Jackson that you you say you're doing something good for him
5:18:46
so you take 18 of this of the money eighteen percent of the money collected from the city of Jackson just like any
5:18:53
other City eighteen and a half percent they get to take that money and use it to benefit Jackson but unlike any other
5:19:00
city in the state the citizen of Jackson that money that they collect out of Jack they're going to take another nine
5:19:05
percent they say it's from the state money but it's money collected out of Jackson that would otherwise go to
5:19:11
something else they gonna take that nine percent just to create a city within a city
5:19:17
27 for the largest city in the state of Mississippi just so somebody can have
5:19:25
their way so I'm not usually I try to get up here and
5:19:31
make an argument that I maybe be able to change Minds I'm just making a record now because I want that Confederate that
5:19:37
not Confederate Lord Jesus don't let it be a Confederate I want that conservative judge on the fifth circuit
5:19:44
bench to listen to this record right now I want to listen I want to read this
5:19:50
record see this tape and I want him to say you know I wouldn't want to see a person sent to
5:19:59
prison for a misdemeanor now there are a lot of things I could live with this I'm sure that the good white folks in
5:20:05
Jackson are going to treat everybody right but you know what that misdemeanor going to prison thing
5:20:13
just may not be something I can go to bed and sleep at night thinking about that one
5:20:18

and let me tell you what all we everything we're doing here everything we're doing here the people
5:20:25
in this body including the chairman including the speaker everybody in here if we took the time to sit down we could
5:20:31
fix this we could make it work why are we trying to put four judges on the bench in 15 days
5:20:37
what are we in a hurry to do that for in this bill right here you have they he
5:20:44
is commanding a study we collected data to determine whether or not what the
5:20:49
chairman of jury in the house and the Senate can determine whether or not they can elect one judge
5:20:55
and the Supreme Court Justice get to a point four without an ounce of data he's just going to point four judges
5:21:02
that has the same jurisdiction the same latitude the same power that every elected Circuit Judge in Heinz kind of
5:21:08
had so what do you think is going to happen to every case filing what do you think is going to happen to this this
5:21:13
this this state prosecuted uh uh uh uh uh theft of 95 million dollars what do you
5:21:20
think Phil Brian or Tate Reeves or Nancy knew or anybody that's going to get
5:21:25
prosecuted or Brett Favre or the board on the the board the board of directors at USM what do you think they're going
5:21:31
to prosecute they're going to get prosecuted in Jackson oh but now not in front of a black judge
5:21:37
now we're getting ready to appoint some judges and get some jurors that that we can do this thing the way we want to see
5:21:43
it done yeah that's what I see that's what I see and Lord don't don't let yourself get
5:21:51
caught in some products liability case or some some premises case in the ccid
5:21:57
district and you come into Hinds County thinking you're going to get Justice in a jury of your peers but it was in the
5:22:03
ccid so I got a judge that don't look like me
5:22:08
and I got a jury pool that's not made up with people like me because we got

5:22:14
eight judges in Hinds County now and four of them appointed by this breed Justice Supreme Court Justice of the
5:22:21
state of Mississippi who doesn't answer to anybody in Jackson
5:22:26
so uh I know I hadn't changed any Minds today but fifth circuit do you hear me
5:22:33
I got a record coming to you I'm gonna give you something you can rule on you can show the people in the
5:22:39
state in the United States that there is a court in this country that will look at this state and say
5:22:46
not now not then and not anymore
5:22:53
thank you you know from Simpson Mr Wallace
5:23:10
thank you Mr Speaker ladies and gentlemen of the house
5:23:17
I've said and I've listened and I've listened and I've listened two weeks ago my desk mate and I left here for lunch
5:23:25
and while we was on our way to lunch he told me he said hey he said uh he said the capital city police is going to have
5:23:31
a uh ribbon cutting for their headquarters at 1 30 you won't go by there with me and I I said yeah so when
5:23:38
we got through his lunch uh you know we drove downtown uh
5:23:44
Park and walked over to the regions building got in there and got you know where the
5:23:50
new headquarters is located and it was it was there was several folks there were mainly police officers and and uh
5:23:57
commissioner Tinder was there and at 1 30 when they supposed to have the ribbon cut and folks start filtering
5:24:02
in you know coming to to uh to participate in the ribbon cutting uh while we were
5:24:09
standing there I was talking to the lady that manages the uh the the Regis bill and I apologize didn't I can't remember
5:24:15
her name but how this all started if she was people
5:24:21

started reaching out to her so we got we know we could we need some help down here we need some folks we need some Law

5:24:27

Officers down here to keep our our streets safe so she reached out to

5:24:33

Capital City complex and told them said we'll give y'all an office if you just

5:24:38

come over here and open up in this building well this court state law you can't do

5:24:44

that so they made a contract and uh signed it and everything and so anyhow

5:24:49

uh people as I said people were starting to file in

5:24:55

in the majority of the people that were there were African-American citizens of that

5:25:02

area that live right there in that area that was there in support of that being

5:25:10

open they wanted they need it they're asking for it

5:25:18

the commissioner tyndall's done done the speech uh the ribbon cutting right before and uh

5:25:26

as he was talking about what was going on he said you know he said one of the things that's taking place is there's a coffee shop that used to be in the

5:25:32

regions building has now been called to manager and asked could I open up

5:25:37

can I come back to my old place of business and open up because now we feel

5:25:43

that the citizens feel safe enough just come back and support us to where we can make a living in there and I thought

5:25:48

that's what y'all want y'all want Jackson to prosper and that's how it does you get business to come

5:25:55

back not only is that coffee shop coming back but there's some other businesses has contacted the manager of Regents

5:26:02

building and asked about possibly locating there bringing people back in

5:26:09

my point being is that I've listened to all y'all and I know you know the

5:26:15

members of the highest kind of Delegation like love Jackson I love Jackson I mean I like like uh

5:26:22

look like the chairman said a couple weeks ago Jackson is the state capital of Mississippi and I think we all know

5:26:28

that and it's our state capital I live in Simpson County but Jackson is
5:26:33
a capital of my state and it's the folks in Jackson show up to
5:26:38
support a police that is going to take care of them that they that they can count on
5:26:44
and I'm not knocking the Jackson City Police Department but these folks that live in that area they want something they realize that
5:26:51
what we're trying to do for them is going to work and they was there in support of it
5:26:56
that's all I got to say I'm good with this bill
5:27:02
Jim from Hines Mr crude
5:27:15
okay thank you Mr Speaker
5:27:21
ladies and gentlemen of the house uh just following one of my colleagues here what he said
5:27:30
we do want Law and Order in the city of Jackson but like anything everything has to be
5:27:35
done in decency and in order by saying that is
5:27:43
if you go to somebody's home you can't just take over somebody's home you got to come
5:27:49
and be invited be a part of the process to try to help them renovate homes and do things like
5:27:55
that there's a part about it that's decent and in order how to do things
5:28:02
we understand that we have a crime problem I live in Jacksonville all my life like I said before I'm a third fourth
5:28:09
generation Jacksonian I love this city I want to be here I love the state of Mississippi
5:28:15
but the reason I really came partly to say is I got a lot of friends all over the
5:28:22
country you know the first thing I get a call about this late this session is about 10
5:28:27
20. people calling here in about 10 20 all
5:28:32
over the United States of America a lot of them don't know what the changes are they know how we started but
5:28:38
they want to hear about they want to know what's going on with 10 20.
5:28:44
I've been here now it's my fifth session last three years we've done you know 10

1135

5:28:50

20. now we did CRT last year and some other things the year before

5:28:58

what I'm concerned about is is the image of our state

5:29:03

the image of our state is not looking good right now

5:29:09

because people are concerned not only about 10 20. we just made the national new

5:29:16

firm African-American and people are looking at all these things and they're deciding

5:29:22

do I want to go do business in the state of Mississippi are they still living in the Backwoods

5:29:29

like they you all like they people say we used to I mean we got to really look at

5:29:34

ourselves and ask these questions we're saying we're concerned about our image we want to make sure that Mississippi has looked at in a brighter light but we

5:29:41

keep doing things like this that hurt our image so what I'm saying is

5:29:47

I'm not going to try to make a motion to think but I think we need to recommit the building and look at it I mean a lot

5:29:54

of these things in this bill is going to say in the capital police is not going to be done in 2024.

5:29:59

why do we have to rush and do this absolutely right now

5:30:05

let's make sure we do it in decency in order that everyone is happy we're concerned about crime I'm

5:30:12

not I live in an area that has a lot of crime I'm concerned about crime dealing with kids every day and dealing with

5:30:17

their families and hearing the things they go through I'm concerned about crime but still there's a way to do

5:30:23

anything that we do we got to do it in descend order that's all I'm asking

5:30:29

let's come back next year and do things the right way so that way sure that everybody knows that you know what in the state of Mississippi they'll turn on

5:30:35

the page that they bringing all of us to be a part of this process

5:30:40

thank you

5:30:45

Jim Washington Mr hands

1136

5:31:09
thank you Mr Speaker ladies and gentlemen I had this map drawing up
5:31:15
cause I wanted to make sure I was right in my concept
5:31:21
the red part was the original part of the CID that we did in 2017. the red part
5:31:30
now the blue parts are the add-ons
5:31:36
I want you to see this now and I'm going to talk about a little
5:31:42
historical perspective of what the ccid was supposed to be
5:31:48
as the bill passed in 20 uh it was signed on the fourth month 18th
5:31:56
day 2017. here are some of the things that were supposed to have happened with the ccid
5:32:04
reconstruction repairing and surfacing water and drainage systems including streets ditches culverts and
5:32:13
other components of the system installing and replacing Street
5:32:18
lightning installing and replacing traffic signs installing installation of a new water
5:32:26
and sewer line Rehabilitation of existing sewer lines in the ccid
5:32:33
2017 we spent almost a whole year last year couldn't drink water or use water in the
5:32:40
city of Jackson has any of that been done 2017 now
5:32:53
some more let's let's look at this relocation underground power and
5:32:58
communication lines ain't been done infrastructure Public Safety and other
5:33:04
improvements as determined necessary by the executive director of DFA now Sean
5:33:10
Tindall the commissioner got all the control
5:33:16
requires the I'm just going to skip through regards that the Improvement of projects to be coordinated with the city
5:33:21
of Jackson to the greatest extent as possible requires the planning and temper
5:33:28
incorporating the needs of the city DFA Jackson State University the University
5:33:35
of Mississippi Medical Center the Mississippi Department of archives and history

5:33:41
and the Jackson one cent Sales Tax Commission all these things supposed to be happening
5:33:47
this was supposed to have this is the law that was supposed to have been in place
5:33:54
now we're doing something totally different now I'm I'm not against anybody wanting a better lifestyle
5:34:02
in fact I want a better lifestyle I've been living in Jackson most of my
5:34:09
adult life off and on as a freshman at Jackson State University
5:34:14
we used to leave collectively to walk to Church's Chicken
5:34:20
because it was deemed a bad neighborhood there have been no investments in that
5:34:27
neighborhood just right down Capitol Street but
5:34:33
they have made major dollar Investments in Pearl and Brandon
5:34:42
we couldn't get the right tax incentives in Tunica Mississippi to keep the casino
5:34:47
and the outlet mall open but they opened up two other outlet malls one in South
5:34:53
Haven and one in Pearl you know what the only demographic
5:34:59
difference is do y'all know what the only demographic difference is
5:35:09
I ain't gonna say it I want you to see it now let me say this to you
5:35:17
if you are beating me up I'm gonna ask for help for anybody I can
5:35:23
find and if you finna give me something that I perceive as new and shiny yes I want
5:35:30
it the city of Jackson is hurting Hinds County is hurting
5:35:36
but the pain wasn't caused by itself it was caused by the economic flight
5:35:43
that has gone to Brandon Madison and Pearl
5:35:49
the numbers are there you can look and see
5:35:56
we go shopping that outlet mall the tax dollars there used to be at the Metro Center and the North Park North Park
5:36:03
Mall is over there now that's where the money is Brass Pro Shop

1138

5:36:08
we put we made big bonding issues in Brandon Pearl and Madison
5:36:17
we've done nothing in Hinds County we didn't took not truckloads we didn't
5:36:23
took dump truck loads of money over there
5:36:28
in the name of Economic Development
5:36:34
you want a surgery now you got to go almost if you're if your intestines are
5:36:39
messed up you go down Lakeland in Flowood to GI specialist you don't go to
5:36:46
UMC cause all of them got to hook up on tax incentives to build new locations
5:36:53
let's call it for what it is let's tell the truth about what it is
5:37:00
and this is not personal with anybody because I love each and every one of you
5:37:06
we might not disa we might not agree but I love each and every one of y'all pray for y'all daily
5:37:13
that God will prick your heart to hear the plight of my people
5:37:18
constantly that is my prayer that you will understand the plight and the burden that is placed upon me and my
5:37:25
other colleagues so you would understand
5:37:34
all I am saying historically in 2017
5:37:41
we voted to do all this work inside of this area here
5:37:46
all that work is upside down all that work inside here all of it
5:37:53
all of it and ain't none of it happened but
5:37:59
we didn't took truckload loads of money
5:38:04
to Madison County truckloads of money
5:38:09
to Brandon truckloads of money to Flow Wood
5:38:19
truckloads and we took a pickup truck
5:38:24
of money to downtown Jackson in fact Wayne took a wheelbarrow
5:38:32

1139

and the more I think about it it might be a teaspoon is all they never got it
5:38:38
if I think about it really really hard but I promise you
5:38:43
when the researchers showed the discrepancy that has taken place
5:38:49
in this state between one set of folk and the other set of folk most of us are
5:38:57
going to be embarrassed and we're going to be like ostrich with our head stuck in the sand from the embarrassment
5:39:10
from Heinz Mr Brown foreign
5:39:31
distinguished body I did not plan to talk today and I
5:39:37
was just going to let my fingers do the talking when I pull the lever
5:39:42
but being from Jackson has uh was Chris Bell and
5:39:50
and running crew to I probably got an edge on those two
5:39:56
because I'm older than running it means I've been around here longer and Chris kind of came in here from Chicago
5:40:03
but I was actually born and raised in Jackson Mississippi
5:40:09
when Jackson was a 25 I remember when it was a 25 000 Hamlet
5:40:15
right here before it burst into a metropolis
5:40:22
of over 200 000 people at one at one time but I was here when it was a hamlet
5:40:28
so to speak and and what I want to say is
5:40:33
Mississippi has come a long way you've seen people on the television talking about how
5:40:40
proud they are to be a Mississippian how resilient we are in Mississippi with all
5:40:48
the disasters happening we in the Tornado Alley as you know and people are
5:40:53
talking about how we are sticking together being together black and white and how we uh progress and and it's a
5:41:02
new day in Mississippi we did the flag last a couple years ago
5:41:07
and of course we know how that gave us a positive image we're

5:41:13
called the hospitality state now what do you think that means in situations like this it means that you
5:41:21
give common courtesy to people other than yourself
5:41:27
maybe maybe of A different race of different social economic level
5:41:34
the point is Hospitality means consideration for others by and lies now
5:41:41
here we are in Jackson they're split on this issue I will tell
5:41:47
you now my ear is to the ground I would say that probably the majority of the folk in
5:41:54
Jackson Mississippi which is 80 black is against this particular 10 20 bill
5:42:02
now the chairman said he did not meet with any particular group in Jackson which I
5:42:09
think is a flaw in the bill and
5:42:14
And in regards to that there was no input then from the
5:42:20
citizens of Jackson by and large nor the elected officials in Jackson
5:42:26
the mayor city council nobody was met with on top of that generally when we have uh
5:42:32
initiatives such as this we have what you call a public hearing don't we nobody has called the public hearing on
5:42:39
this matter I think if we had had a public hearing we would have had it straightened out now in terms of whether
5:42:46
we should go with it or not and let me tell you something else
5:42:51
that nobody fool you Mississippi is trying to fill up these
5:42:56
private prisons around here in this state and with these misdemeanors
5:43:03
as Chris Bell so elaborate elaborated on going to prison for misdemeanor that
5:43:10
means that they're trying to fill up some of these private prisons let nobody fool you we can see that people can see
5:43:18
that and of course uh
5:43:23
our national image is tarnished when are we going to try to uphold our

5:43:31
image we we we passed the flag we gave a little money to hospitals this year
5:43:38
hopefully we give money and more money to education we're trying to pull ourselves up our image but yet we come
5:43:45
in here and pass laws like this that the whole world is looking at and wondering
5:43:50
are we living in Soviet Russia there is no reason why we need to pursue
5:43:57
this bill at this particular time why didn't we give the money to the Jackson
5:44:02
Police Department to upgrade them huh
5:44:09
why did we give the money to the Jackson Police Department to upgrade it I think if you gave the money to them they
5:44:16
already uh uh approving Force they could have done
5:44:21
done the job but done even a better job because they know the state of Jackson
5:44:27
I just think that uh when I came to this body I'm I'm a
5:44:33
rookie so to speak I came here saying to myself thank God I'm serving with the best folk
5:44:39
throughout the state of Mississippi from all y'all's communities I say the folk elected the best possible
5:44:48
person from each and every one of you of your counties or your districts
5:44:54
and I'm getting disappointed about it day by day
5:45:00
I think some of you all are mean-spirited I love you
5:45:06
I appreciate you slap me on the back and hold bull brown but some of you got some mean spirit
5:45:14
and we don't need to have no mean Spirit who we're trying to do the people's business
5:45:20
and most of you from wherever the district you're from I guarantee you got
5:45:26
a significant share of African Americans that you represent and I think that uh sometimes you ought
5:45:33
to let them in on what you're doing up here example the other day I was talking with
5:45:39
uh someone from down in the country I won't call the district or the county

1142

5:45:45
but the county this person represented about 30 percent African-American
5:45:51
and uh the person was at a meeting in the African-American community in this particular district and someone asked do
5:45:59
you know the uh the incumbent representative from this area he was talking to a black group 30 percent of
5:46:06
the electorate for this person this white representative they said no I never heard of
5:46:12
never heard of now I'm not sure that all of you got that same situation in your various
5:46:19
districts but the point is you represent Black Folk also you don't just represent
5:46:24
white folks and I guarantee you if you talk to some of your black folks you're gonna find
5:46:30
out they would disagree with some of the positions that you take and you need to consider their concerns thank you
5:46:41
gentleman Holmes Mr Clark
5:46:53
thank you Mr Speaker ladies and gentlemen of the house I had made my mind up I wasn't coming but
5:47:00
I just had to come down probably my last time this session and and say a few comments
5:47:07
uh the gentleman from Washington brought up a good point six years ago
5:47:14
water was cut off they set up porta potties
5:47:20
in the front of the capitol and the Word was we have to do something
5:47:26
the infrastructure in Jackson is horrible we came to this capital and we passed
5:47:32
legislation that was going to fix the problem they said that we're going to take the money that's available we're going to
5:47:39
bring some of the best people to the table and we're going to fix Jackson water and sewage problems
5:47:45
six years later there's no talk about fixing in the pipes
5:47:51
I don't think one yard of of pipe sewage of water has been laid
5:47:57
we got crime going on in Jackson to that same notion we got to do something

1143

5:48:02
Jackson need help let's expand Capital police and this notion that we got to do
5:48:08
something is a flawed notion and I want to caution this body that we
5:48:13
cannot confuse movement with progress they're not synonymous
5:48:19
to just do something and the truth of the matter is that we're actually setting Capital police up to fail if we
5:48:25
want to be honest when we first debated this bill you remember I asked uh I think the gentle
5:48:30
later from Heinz when we was expanding it is that they have been patrolling the streets for a year or so
5:48:37
what are the what does the fact say in this little small jurisdiction that
5:48:42
they've been in have we seen a decrease in crime have we seen a decrease
5:48:48
Saturday while we was over there partaking in some seafood 150 yards away from where we was what
5:48:55
happened Capitol Police was right there minutes after it happened young man shot and killed two people
5:49:04
that's in the capital cut Plex they was patrolling the area
5:49:11
two weeks ago right over there on Jefferson Street right down the street from Once where some of you live it was a drive-by shooting it was a Mustang you
5:49:17
saw it on news guy got killed inside of the capital complex
5:49:24
where they supposed to be patrolling already so what difference is it gonna make if
5:49:31
they're gonna make a difference I don't count it lying now we are setting these men and women up
5:49:37
for failure no detectives no SWAT teams no crime scene investigators
5:49:43
and then the bill says that Sean Tinder the commission is going to set up a 9-1-1 system
5:49:53
that's a good idea but let me tell you why that's flawed 72 percent of the houses don't have home
5:49:59
phones anymore 72 percent of homes don't have
5:50:05
home phones so when I'm calling on my cell phone it says somebody's robbing me

5:50:10
are they going to send it to the 9-1-1 for Jackson they gonna send it for the 911 for the
5:50:16
capital complex where are they located now 9-1-1 from my
5:50:23
understanding is is done by Towers if a tower is located in the Pacific a
5:50:28
particular zip code it sends it to that one the weight of this is drawn
5:50:33
you're going to have in parts of the city a tower that's going to be located
5:50:41
both in the capital zip code is going to be both in Jackson
5:50:47
and in the capital complex so which 911 go to
5:50:57
I mean but we thought this thing through maybe Mr Tinder can tell us or somebody
5:51:03
who a tech person can tell us how they're going to identify and do you think that the police gonna get there
5:51:09
any faster when we don't even know who to send a 9-1-1 call to
5:51:14
is this bill is it anything in this bill it's going to speed up the processing at
5:51:20
the crime lab if a rate kit go because we set up a capital complex is it not going to still
5:51:26
take eight months for a rape kit to be processed these are
5:51:32
some problems in the judicial criminal process it is not being fixed in this bill
5:51:39
so it's gonna pass but I'm telling you here that I'm gonna be one of the first ones to come back in three years and
5:51:45
tell you I told you so we're not going to see anything and I understand the frustration but you
5:51:51
cannot confuse doing something with being progress
5:51:57
this is something that we need as a body to form a task force
5:52:03
bring the Hinds County delegation these people here live here every day when we
5:52:09
go home they go back to the communities they know what's going on there where
5:52:15
the rubber meets the road create a task force bring them to the table bring Community uh stakeholders to to
5:52:22

1145

the to the table bring Capital police to the table and I'm one that do think Capital Elite

5:52:28

Police is is a piece of this puzzle but this is not the answer the way we doing it here

5:52:34

so ladies and gentlemen I'm gonna ask you I know we might be in vain you ready to go home but I'm gonna ask you to to

5:52:40

vote no are less less uh

5:52:46

make sure that we don't set our Capital police men and women up to come back here in five or six years

5:52:53

and we say that this this thing was a failure and I and I yield to the general from Madison

5:53:00

Mr Speaker Jennifer Madison

5:53:05

hello Justin tell me you're a historian I know and I went briefly you heard the

5:53:11

the discussion about uh prisoners who uh conviction may be sent to this to the uh

5:53:19

State Penitentiary over there on Pearl that's correct you you know that's not the first time that Mississippi has done

5:53:25

that don't you I I gentlemen you're you're correct February 11 1970 of a

5:53:31

Mississippi Valley State 900 students who were at best could be charged with

5:53:37

misdemeanor was sent to possible you remember that I I don't I wasn't born yet gentleman but

5:53:43

um I've heard the story and I know the story well that's why I thought you would be a good historian now you would

5:53:49

call that for decades that story resonated around the country

5:53:55

the primary criticism about Mississippi was sending those kids to parchment to a

5:54:02

State Penitentiary when at best they could all they could be charged with and one child's work was a misdemeanor

5:54:08

because they were protesting about for what civil rights that's correct

5:54:13

gentlemen that was correct and and ladies and gentlemen the gentleman from Madison also bring up a good point

5:54:20

18 year old kid get picked up for DUI do we want to send them to to over there to Rankin County

1146

5:54:26
to lock up and the bill don't say whether they can be housed with State inmates or not throw them out there into

5:54:33
germ population with the murderers with the rapists with everybody else

5:54:38
this is a bad Bill and I think it's bad for Mississippi I asked you to vote no

5:54:43
Sherman Washington Mr Bailey

5:54:55
thank you Mr Speaker I don't have much to say but I am not going to let history

5:55:03
reflect then on a day like today I set my seat and I didn't say anything

5:55:11
you know I'm real I got I got a bad feeling

5:55:18
and I got a bad feeling about this place here uh I got a bad feeling because

5:55:27
we got sick folk in Mississippi and dying and we will even take Medicaid expansion to heaven

5:55:33
so what kind of people you think we're dealing with what kind of people you think we're

5:55:39
dealing with we got money to give to us to help our sick folks and

5:55:47
we're going to even take it to help sick folks we got people who need housing

5:55:55
in Jackson we won't be we won't take any money to put in Jackson Hill housing

5:56:03
we've had the education system that we over the years and not putting

5:56:09
the money and education to help improve the education here in Jackson

5:56:15
and out of the 29 years I've been here and Jackson's been coming and especially

5:56:21
since we've had a black Administration they've been coming year after year

5:56:27
after year asking for help and they they and we've turned them down

5:56:34
I ain't turned them down but my colleagues have turned them down

5:56:40
and you laughed about it I remember when I got out of law school

5:56:46
and I tried to better myself to try to do things to help Mississippi out

5:56:52
and I was able to buy a home in a little uh subdivision

5:56:58

at that time this subject division was all white but the moment I moved in
5:57:06
all the whites moved out I hadn't done anything to him
5:57:11
I kept my lawn up I guess kept my house looking good but
5:57:17
they moved out because I was black they did not want to be around me because I was black
5:57:23
I I moved in another neighborhood it was all white but the moment I moved
5:57:29
in all the whites moved out again I have not done anything to white
5:57:35
people it was anything they've done a lot of things to me
5:57:41
I've been threatened with the rest I've been shot at I've been done a lot of things and every
5:57:46
break that I have been trying to exercise in this state of Mississippi we've had to go to court to try to get
5:57:54
it and I know how the Indians feel and then y'all y'all believe this lie that
5:57:59
Columbus discovered America that was the one of the biggest lies ever been told
5:58:04
40 and 50 000 years before Columbus got here they were Native Americans and
5:58:10
African-American Africans here on this continent but you don't see them now they own a reservation
5:58:17
but now we're creating another reservation here in Jackson Mississippi we're separating the good white folk
5:58:23
from the other rest of the color folks out there and we're making a reservation out of them
5:58:30
over and over and over again and nobody talks about educating us we
5:58:37
need education here too that boy used to be an integrated board up there
5:58:43
but we've gotten to the point where we know who the blacks are in here and we know when it weighs and I don't
5:58:49
see many whites have come and asked to do anything to help me
5:58:55
even fight me ever since I've been in this house and I haven't done anything to come down
5:59:00
here to try to represent my people and try to help make things better Mississippi but the white people in this

5:59:06
body they have not tried to reach across the aisle and help me to do anything
5:59:12
I've had to beg and scratch we have gotten on our knees almost to
5:59:18
the chairman of of uh of appropriation to beg for coma Community College up
5:59:25
there there's a school Mississippi school begging for money for dormitory
5:59:32
dormitory falling down trying to beg for money I am so tired of us having to beg
5:59:37
for things here and we as Citizens in this in this estate but yet we can give Ole Miss a school to
5:59:46
study 1776 when the only thing they're going to tell is a bunch of lies and I mean that because six of the founders of
5:59:53
the Constitution had black children and they won't teach you about that because it's against the law of Mississippi
5:59:58
critical race Theory to teach the truth about things and we all talk we all praise ourselves
6:00:05
about all the lies I know God's so sick and tired of your parading people these
6:00:12
preachers in here asking for wisdom in this house and and I feel so bad when a
6:00:18
black preacher come up here and then he doesn't know and praying for wisdom thing he done
6:00:23
something before he walks out that door they're gonna be voting against black people because they're black people
6:00:29
and I know you don't like it because I say that but I ain't got nothing nothing that's a
6:00:35
show because he asked the Indians who own this country now where are they
6:00:43
you ask the black people who came over here on slave ships and he'll build this country where are they still fighting
6:00:49
just to have the decent rate you can't even get this state to approve Medicaid
6:00:55
to help people to get free health care and yet we we put all the money we can
6:01:01
put in our stuff in our campaign accounts and we get these live is they don't give it to me and they don't give
6:01:08
it to me but we get these lives to give us all this money and we come here to help fat in our pockets and our

6:01:15
pocketbooks and our bank accounts and things but that poor little man out there we can help to get to the doctor
6:01:22
to help to be treated for cancer we don't won't do it we won't even help
6:01:27
those people out that we do it and it's free we want you to help them because it's free it's free it won't even help
6:01:34
it when it's free to help people out you don't tell me
6:01:40
don't talk about race in this this body here you don't ever tell me that you have no
6:01:47
right to talk to me you have no right to say anything because you're not right
6:01:53
if you don't want to help the least of these you're not right and I wish you all would stop bringing
6:01:59
these preachers in here and having them pray over a devil of dance here because
6:02:05
we are not prepared to deal and deal with the truth and do what is right to
6:02:11
help people we could help Jackson Mississippi but we didn't we have floral like the jumper
6:02:18
Washington we have Rankin County we help Madison County we have everybody else
6:02:23
but we don't want to help time a black Saints get in office and raise their voice we don't like them
6:02:31
we don't like them and that's wrong we haven't given our chance ourselves a
6:02:37
chance to be human we don't have to like a person but yet we can work with people yes
6:02:43
what I know is not going to mean nothing that boy is going to be lit up the white
6:02:49
folk on both with this this stuff and the black folk all of us I hope gonna
6:02:55
vote against it for the record we need to vote against it our children ought to
6:03:00
know that we stood up with something and vote against it let's vote against it
6:03:06
and you know White gonna come up in here and and and and and speak against this thing not one wife
6:03:13
they ain't gonna do it they ain't got to know to do it they're scared to do it
6:03:19
I'm glad I'm free I'm glad the Lord made me free I'm glad I can say these things because I know
6:03:27

1150

I'm telling the truth to know sometimes the truth hurts but yes I want the record and I'm gonna

6:03:33

sit down I want the record I don't care what court he is I want the record to

6:03:40

show that Willie Bailey got up and he has some words to speak against an evil

6:03:46

that they're doing in Mississippi in 2023 I want letting everybody know that

6:03:52

I stood up that I had the courage to stand up against it

6:03:57

when y'all can play politics if you want to but something soon is going to show you

6:04:04

who's in charge thank you

6:04:11

gentleman from the floor Mr Osborne

6:04:27

I don't I don't I don't uh think I'll be long because uh most of what I wanted to

6:04:34

say has already been said but I I hope that people if there's any

6:04:41

people in this in this body of Good Will vote against this bill this bill cancels

6:04:47

out the rights of of citizens of Hinds County and the right to vote for people

6:04:55

in Jackson it takes away the power of the people who to to elect voters elect judges in

6:05:03

certain parts of Jackson it diminishes the power of the circuit clerk when it comes to

6:05:09

uh because it's it allows the Supreme Court to appoint a clerk to handle these

6:05:17

cases in the CCI this District it diminishes the the power of the members

6:05:24

of city council because they can't appoint uh Municipal judges to hit cases

6:05:29

in this District now one thing that struck out that was

6:05:35

that was kind of peculus me is that all of the black elected churches and

6:05:41

circuit judges and in in Hinds County signed a statement against this

6:05:46

particular Bill and that's uh you know that's that's unusual for judges to do because this bill here is nothing more

6:05:55

more than uh nothing more than an effort to

6:06:01

diminish and cancel out the voting rights of blacks here in Jackson this bill is the same as the literacy Clause

6:06:08

because it kept us voted it's the same as the as the grandfather clause at

6:06:14

least literacy tests poll taxes this is this bill is in the nature of things

6:06:19

that we thought that we had stopped dealing with um one thing that this bill does I'm now

6:06:27

what's what's going to happen to people who are arrested here or say if you arrested and you can't uh be brought

6:06:35

immediately before Jerry where are they going uh will these people be sent to

6:06:40

the the uh Department of Correction too what's what will happen to people who

6:06:46

are arrested and who are pre-trial detainees where will they be sent

6:06:51

uh how is this bill helping to reduce the backlog in Jackson and Hinds County

6:06:59

and in other counties across the state where nothing is done to deal with the crime lab where where where a lot of

6:07:07

bills get bogged down

6:07:15

I won't be up here long because as soon as I finish I gotta run to the restroom but I'm old so I have to go pretty often

6:07:25

first thing I do when I come in the room in a building is find out where the restrooms are located because I know I'm

6:07:31

going to be running there pretty quick but let me y'all get this out of the way now Mississippi has a reputation of

6:07:39

being last in everything we last in health care last in education we have

6:07:46

hospitals about the clothes we don't even we don't we last and and we'll last

6:07:51

in Economic Development we will we'll last in school integration

6:07:59

uh we we I know when I was in school we had honest date textbooks we last in

6:08:05

providing supplies to teachers and in these schools and and when I was in

6:08:11

school we got it when when the textbooks was out of date they came to to our school

6:08:18

1152

we got them we got the buses that were out of date when new buses models came
6:08:23
in they sent them to us I went to school and dilapidated buildings where a teacher taught two
6:08:29
grades uh
6:08:36
but Mississippi has not done too much to change its image
6:08:42
and I don't think that it is even concerned about the image except what you know we're lasting everything I see
6:08:48
like the things I mentioned but but Mississippi has always been first in
6:08:54
racism and it's still first in racism because when people when the
6:09:00
constitution of 1890 was passed Mississippi was leader in that and taken away the rights of newly free slaves
6:09:07
Mississippi had had Mississippi was was was
6:09:13
first in in in in dealing with
6:09:18
people when they were enslaved they had the Mississippi plan which which would
6:09:23
taught people how to how to oppress the newly free slaves of Miss a lot of
6:09:30
States copied what Mississippi did in Mississippi plan uh Mississippi
6:09:35
has a history of just oppressing people especially when they're black they have to solve their commission that went
6:09:42
around and spied on people who were trying to to improve this race relation
6:09:48
to Mississippi and trying to get right for people who have been denied rights since slavery
6:09:54
so but but so I think that the only image that these people cares is what's
6:10:01
on that GOP agenda they came with critical race there when nobody teaches
6:10:06
it in the state they came they they they come in with this bill and I see similar
6:10:12
bills in other places where you are trying to set up districts where where
6:10:17
the elected officials don't have any control so I think that Mississippi is
6:10:23

concerned about image but the image that they're concerned about is wrong one they want to be the first state in

6:10:30

racism and that's what they're fighting for a lady from Heinz Miss Clark

6:11:09

thank you Mr Speaker Mr Speaker ladies and gentlemen of the house

6:11:15

I stand here to just ask you to do the right thing

6:11:22

do what's right if you've looked at the bill you can see

6:11:27

that the things that are in there just are not right no other I've done some research and no

6:11:36

other capital city has had to go through the kind of things that this bill puts

6:11:42

Jackson through so if we are the Christians that we say we are

6:11:48

and we want to do what's right by our brothers and our sisters we will

6:11:53

definitely vote against this bill now I stand here because I've had the

6:11:59

pleasure of living in Jackson for 40 odd years 40 odd years

6:12:06

and Jackson was not like this when I came to Jackson a lot of things have

6:12:12

changed since I've been here but a lot of things have not changed in the right

6:12:17

direction now I want some of you who are looking at me and smiling

6:12:23

who don't look like me I want you to do the right thing and be able to go back and tell your folks no

6:12:31

don't stop smiling not even smiling all this time I that you decided to do the right thing

6:12:38

and the right thing was to vote against this bill that's all you have to do and

6:12:44

while I'm standing here I want to thank each of those fellows who came down here

6:12:50

and talked for Jackson I appreciate it and I want you to know that those

6:12:56

individuals who live in Jackson appreciate it because one of my constituents called me this morning and

6:13:02

say what you want to do what they're doing trying to take our legs away

6:13:07

she said because that bill takes all of the legs the two legs we had will be gone

1154

6:13:13

by the time we do that he said then that is not right

6:13:18

she said if we need to do something about this and if you all don't speak

6:13:24

about it we're gonna have to speak about it so all I ask you to do I want us to

6:13:31

speak about it this evening voted against this bill do the right

6:13:36

thing do the Christian thing do like you'd want somebody to do if it was your

6:13:41

city that we were doing this to because you know like I know the years that I've

6:13:47

been here almost almost everything that I bought brought up here if it was Fort

6:13:53

Jackson most of it 90 of it didn't get out of

6:13:59

the committee but I want you to do the right thing think about it do the right

6:14:06

thing that's all they have to do is do the right thing and do the right thing

6:14:11

is vote against this Bill thank you so very much I appreciate your time and it's been a pleasure serving in the

6:14:18

house with you this is probably the last time I'll be up here but it's been a pleasure it hasn't all

6:14:25

been a pleasure but most of it has been a pleasure have a good day

6:14:31

[Applause]

6:14:37

Jim Jefferson Mr harness

6:14:42

I have one more wishing to speak of any others I got you

6:14:47

all right I don't see any others we'll have this one and one more thank you Mr Speaker uh just very briefly uh ladies

6:14:54

and gentlemen in this body um uh the gentleman over to the left he he

6:15:02

you made a good point about the crime and I believe your story is true

6:15:08

and I just say for let's just say for just playing Devil's Advocate that the reason that this bill

6:15:14

has been produced was to help the city of Jackson I believe that some of y'all really have that in your heart well my

6:15:21

1155

question is why don't you just elect the judges why won't why don't you just put that in the
6:15:27
bill to elect the judges why why do we why are we derailing the
6:15:33
constitutional rights of the individual citizens of the ccid and the citizens of
6:15:38
Jackson because none of them are voting to elect their judges to elect the
6:15:44
prosecutors so we're doing the right thing why don't we just elect the judges and the
6:15:49
prosecutors now the one of the portions of this bill that really troubles me is that there's
6:15:55
a portion of this building the night of my colleagues have discussed yet and that is the protest uh portion of the
6:16:02
bill the pro the protest portion of this bill it seems to take away the rights of
6:16:08
persons to protest specifically in front of the governor's mansion so while we traveling trampling on First
6:16:14
Amendment rights the Constitution is the United States Supreme Court of anything protects a right to protest on public
6:16:22
property your protections of freedom of speech are diminished on private
6:16:27
property but here we are taking away the right to protest on public property we
6:16:35
you see protests in front of the White House all the time what makes the governor of Mississippi
6:16:40
so different so we're trying to do the right thing all I'm saying is why don't we just make
6:16:46
this bill constitutionally adequate all we have to do is put the Constitutional elements
6:16:53
into this bill but we are bypassing all of that why are we doing that ask yourself that
6:16:59
question now I got one other point I want to make
6:17:06
I believe in the principles of Martin Luther King when I was 21 years old I was gunned down in the street I was shot
6:17:11
with a 12 gauge I got away from them streaks after that I learned my lesson I haven't touched a
6:17:19
gun I haven't shot a gun since then I have not and so my point I'm trying to make after
6:17:26
that decided to go to law school work with students and
6:17:31

I became a prosecutor I done a lot of criminal defense work
6:17:36
and I just think that this is an unpopular bill and I want you to think about how unpopular this bill is it's a very
6:17:43
unpopular bill and was to come as a result and the
6:17:49
consequences of this bill you may not like because just as I believe in the
6:17:54
principles of Martin Luther King and non-violent protests there's a generation they're not don't care anything about
6:18:01
being non-violent they would not be afraid and I hope that everything works out
6:18:10
for the sake of everybody in this body because I serve with you I'm going to vote no on this bill but this bill I'm
6:18:16
taking this bill home with me this bill is not going to stay in Jackson I'm taking this bill home with
6:18:23
me I'm and I feel that I have the responsibility to let you all know
6:18:28
that this bill can have grave consequences grave consequences
6:18:34
thank you Mr Speaker
6:18:40
lady from Hines Miss Summers I see no one else wishing to speak so
6:18:45
this will be our last presenter and then we'll go to the chairman for closing
6:19:00
thank you Mr Speaker
6:19:05
House Bill 1020 and the uh other bills that have created
6:19:12
this punitive puzzle towards the city of Jackson have been extremely exhausting
6:19:22
they have frustrated us they have they have taken our attention away from
6:19:28
what we should be doing as the Mississippi House of Representatives and
6:19:33
as a state legislature which is to support the people all across the state of Mississippi
6:19:42
we have beat up on Jackson so much this session
6:19:47
that it really puts you in a in a fight or flight posture it almost
6:19:53

feels like the state is being a bully on the city of Jackson and I

6:20:00

don't know if you've ever been in a bullying situation I have

6:20:05

and when you're in a bullying situation the only thing you can do is fight your way

6:20:12

out of it and that's what we've been trying to do when when the state says

6:20:20

we just want to help the city of Jackson and the people who represent the city of

6:20:26

Jackson say we don't receive this as help why is that not enough

6:20:32

why do we have to prove over and over and over again that this is not the kind

6:20:39

of help that we need I tell you the thing that makes me so much uh so much more concerned about

6:20:47

this bill and another bill I think it's 24.43 about the Capitol Police having

6:20:54

concurrent jurisdiction here's why I'm a part of a group

6:21:00

um and we had a conference call last week and they asked us to introduce ourselves to say I am who my people are

6:21:09

and um why you do what you do and I describe my people as being Marvin

6:21:17

Mason and Mathis Marvin Mason and Mathis Are My Three

6:21:22

Sons they are black boys that live in the city of

6:21:28

Jackson in a state and in a country that really doesn't care about them

6:21:36

and my son came to me yesterday and he said Mom I want to know

6:21:41

what scares you and I don't know if he was expecting me to say spiders or snakes or whatever

6:21:50

but I told him I said Mason I said the thing that really scares me the most is

6:21:55

something happening to you because of no thought of your own

6:22:01

I don't know if you know what police do to Black communities

6:22:07

I don't know if you really understand a mother having to tell her child that you

6:22:15

have to live by a certain set of rules separate rules from everybody else

6:22:21

1158

my children are smart they are talented they are gifted they have a fantastic
6:22:28
mother who advocates for them who loves them who wants the best for them and
6:22:33
don't none of that mean nothing out here in this world
6:22:38
bills like House Bill 1020 and others while they're traveling around the city
6:22:44
of Jackson and they get pulled over they're gonna have to keep their hands
6:22:51
on Ten and two they're not going to be able to say a doggone thing to that police officer
6:22:58
the only thing that they're going to have to do is pray and hope that they
6:23:03
can make it back home safely y'all don't understand that y'all don't live that life you don't
6:23:10
have that fear about your children you think this is help
6:23:16
you think just because Jackson has a crime problem the state should come in and Save Somebody
6:23:24
this is not about y'all coming in to save nobody
6:23:29
not only that this bill goes against your conservative principles that you
6:23:35
claim to believe in you claim to believe in limited government
6:23:42
about no limited government was about adding animals of bureaucracy onto an already
6:23:49
oppressed City you guys believe in fiscal conservatism
6:23:55
this about no fiscal conservatism this is about spending Millions
6:24:03
of dollars to create a police state imagine if you
6:24:09
took that same money and you said you know what Jackson delegation let's get together let's work
6:24:17
together let's come up with a plan we got some money available we're gonna
6:24:22
invest it into your community don't you know that that investment will have more
6:24:28
dividends in promoting Public Safety and deterring
6:24:33
crime than what this legislation does
6:24:39

now I know we have talked a lot about race
6:24:45
in the fight against this bill and we're not calling anybody racist and I'm getting tired of people saying you
6:24:51
shouldn't be calling us racist but here's the point we can't help the way that God made us
6:25:00
but there is a certain system of justice that we do not have privilege to
6:25:06
and when we tell you that they're going to be negative racial outcomes as a result of policy why don't
6:25:14
you believe us why can't you take that into consideration
6:25:23
we voted on a bill earlier today about creating Safe Haven boxes for babies
6:25:30
and the gentleman from Harrison came to me and he said Z he said I want to talk to you about something because I really
6:25:36
want to understand what your position is and at the end of the conversation we
6:25:42
said you know what there are some things that we can agree on that we both have values on and we can commit to working
6:25:49
together how we should be operating in this body
6:25:55
not the state coming in and say you're going to take what we gonna give you and it don't matter if you like it or not
6:26:01
you're going to take it that is not democracy
6:26:09
another one of your principles is that government issue option operate
6:26:15
with the consent of the governed our appointed judges
6:26:22
appointed people that's going to be working in the court how does that provide how does that
6:26:28
receive consent from the governor it doesn't so y'all Maya Angelou says when people
6:26:35
show you who they are believe them y'all showing us
6:26:43
you're showing us you've shown us that you don't give a damn about Marvin Mason or Mathis
6:26:51
[Music] you don't care because if you did you
6:26:56
would work alongside of us please watch your language I'm sorry Mr Speaker I'm just

6:27:04

I'm so passionate about this issue because when I had that conversation with my son

6:27:09

last night fear was evoked in my spirit and we got to come back on the last day

6:27:16

of session when we got the most money that we've ever seen we could be really solving real problems

6:27:27

but we want to attack Jackson if this was happening in Brookhaven

6:27:34

y'all will say hold up talk to the Lincoln County folks if this was happening in Senatobia you

6:27:40

say hold up come talk to my folks

6:27:45

if this was happening anywhere you would want to be brought to the table

6:27:51

what is it going to take to be brought to the table to work together what is it going to take

6:28:00

we got to do better than this y'all I know I know that the bill is probably going to pass what have you

6:28:09

but when you go home from this body today and you go to bed at night

6:28:14

I want Marvin Mason and Mathis to be on your mind and I want you to think about the

6:28:22

actions that you've taken today and in this body this session have you really worked to help those

6:28:29

children have we really done what we're supposed to do in this state of Mississippi

6:28:38

all right I recognize the chairman to close

6:28:49

so here we are again um I get to respond to all that

6:28:56

and I'm as I said too as I said two months ago now gentlemen

6:29:02

I've got to write if I got to sit here and listen to what I've just listened to I have a right as

6:29:08

well and I'm gonna use it right here because guess what I'm not the only you ain't the only ones trying to make a record gentlemen I get to make a record

6:29:14

too except my record is going to focus on the regular people of Jackson instead

6:29:20

of the politicians that get in here and are more concerned about the politics of a number one zero two zero then doing

6:29:28

the right thing for the people who live outside these walls and let me tell you what gentlemen

6:29:34
you talked about being offended I'm offended as well and I have that right because my heart
6:29:40
believes red just like yours that's the only color that should matter in this building if I have to stay in
6:29:47
here and listen to being called a racist because I'm trying to do the right thing we're going to talk about the color that
6:29:54
matters and that's the red that flows in my veins and yours alike now why am I
6:29:59
offended because I know what you're doing you get to make a record you see you're not the only one that works in a
6:30:05
court system if we were before court system like you were making a record for
6:30:10
gentlemen then I would make a motion to strike your argument because it doesn't conform to the proof before the court
6:30:16
gentlemen now how do I show Grace okay he has a right
6:30:23
to speak gentlemen he has a right to speak and he is going to and y'all will let him have his turn
6:30:31
he'd let everyone I don't know that anyone in here was interrupted during their time so gentlemen you may continue
6:30:37
now how do I show Grace and respect to a gentleman who is my Elder
6:30:45
and a gentleman was such a distinguished career as the representative from Madison and others
6:30:51
but this is his last day and so I'm going to do just that I'm gonna show him Grace but I'm not going to take in fact
6:31:00
I'm going to refuse to take the race-laced unfactual rhetoric as
6:31:07
bait that I've been asked to do because I understand what a record means
6:31:12
and I'm just not going to go there instead I'm going to focus on the facts and again I'm going to focus on the
6:31:19
regular people that live outside these walls we're accused of not doing things for
6:31:24
Jackson let me tell you since I've been here what we've done for Jackson in the last eight years 160 million
6:31:30
dollars in new money new money for the city of Jackson

6:31:35
Bond projects that I have personally worked on for hotels and parking garages
6:31:41
in downtown and parking garages in Fondren and Continental Tire one of the
6:31:46
largest Economic Development projects in this state's history right here in Hinds County multiple hundreds of millions of dollars
6:31:53
to the University Medical Center Children's Museum and the finest Civil Rights Museum in the country right here
6:32:00
in Jackson and many more millions of dollars that I can't even begin to count
6:32:08
and you want us you want to ask for help gentlemen you mentioned a dorm in Clarksdale where the very next
6:32:16
bill I'm about to present is going to have your money for your dorm in it and you didn't beg for it you had a
6:32:22
responsible meeting with me one time and you asked for it and it's worthy and we're going to help those people up
6:32:28
there but we're not not going to turn over
6:32:37
hundreds of millions of dollars to a city government
6:32:43
over the last several years that's theme is this no water no sewer
6:32:49
no garbage collection no attempts to collect the necessary fees that operate
6:32:57
those systems no adequate police force because of failure to respect the admit the police
6:33:03
force of the administration and the fire departments and a failure of the Hinds County leadership to support its own
6:33:11
courthouse and its jail why is there a provision in here gentlemen
6:33:17
that the commissioner May contract with the Department of Corrections in
6:33:22
Rankin County a mere 15 minutes next door to us it's because the conditions in that building far far superior to the
6:33:30
conditions of the Hinds County Jail where people sit for days and weeks and months on end without their
6:33:36
constitutional rights being heard no I refuse to sit down and not have my say either

1163

6:33:42
it's the last day of the session and some of the people the lady mentioned Ray she's tired of it the very
6:33:49
man who literally put his life on the line to sacrifice for this people this body
6:33:57
and the state and people that we represent to change his flag is not going to have his last day in
6:34:04
this body being called a racist I refuse to allow it I have worked with every single person
6:34:11
white black and every persuasion in this building and has spoken to every person
6:34:17
who has come to me about 10 20. every one of them in fact gentlemen
6:34:22
body cameras are in the in the bill because of this gentleman right here and there are many many more the
6:34:28
gentleman in the back his daddy's church is in the building because he requested
6:34:35
gentlemen there's businesses in this bill that are going to have the support
6:34:40
of the Capitol Police because the members of Jackson and Hinds County have
6:34:45
requested to me that the Capitol Police have jurisdiction over their place of
6:34:51
business I'm not going to focus on
6:34:56
race-based and racial laced rhetoric that's not factual
6:35:03
I'm doing this for the right reasons in my heart and that's it I can sleep at night because I
6:35:10
know the only color that really matters is the red that flows between all of our
6:35:16
and our in our bodies and all of our veins and through our heart and we are
6:35:21
all as I said two months ago all of us equal children of God I
6:35:28
believe it's the right thing to provide protection from criminal activity and
6:35:35
help the capital city of Mississippi and it is my hope and it is my prayer that this bill will assist
6:35:41
and I'm gonna sit down all right question now occurs on the conference report House Bill 1020 opened
6:35:49
a machine Madam Clerk you favor the report vote I if you're opposed vote in a
6:35:55

has everyone voted has everyone voted close the machine Madam clerk by vote of
6:36:02
72 years 41 Nays report is adopted unrecognized chairman of Appropriations
6:36:08
for one item thank you Mr Speaker in the house uh item number three house bill
6:36:14
uh 1613 appropriation education department like to recommit
6:36:21
promotions to recommit all in favor say aye opposed may as have it
6:36:27
anything further
6:36:35
gentleman the cat should be about five or ten minutes before that one is ready is there any other item
6:36:42
we can take up at this time uh yeah gentleman Judd B you recognize
6:37:06
all right I think it's number six uh we're on the general calendar page item
6:37:11
six Senate bill number 2343 you recognized thank you Mr speaker thank
6:37:16
you chairman this is the capital police revised jurisdiction of um section one uh a men's uh the parts
6:37:25
that the Department of Public Safety shall have jurisdiction over adds the governor's mansion and the Supreme Court Building
6:37:31
section 4 is comes to us at the request of the
6:37:36
Department of Agriculture just allowing the department of AG to have uh Capitol
6:37:42
Police there at the presence of the fairgrounds also the Department of Public Safety can uh enter into an
6:37:49
agreement with them to charge a fee for those Services if need be the bulk of the bill and I'll tell you it starts at
6:37:56
77 uh section six says that the Department of Public
6:38:03
Safety shall have primary jurisdiction as opposed to any other state of
6:38:09
Municipal law enforcement agency within the capital complex district and such enforcement shall be its primary
6:38:15
function So within the ccid the Capitol Police has primary jurisdiction this
6:38:21

jurisdiction is concurrent with Jackson Police and the Hinds County Sheriff's
6:38:26
Department both will have concurrent jurisdiction within the ccid the
6:38:32
Department of Public Safety may choose to present cases through either the district attorney that we just talked
6:38:37
about in 1020 um within them with if something happens
6:38:43
within the boundaries of the ccid they can report that to either the district attorney or to the Attorney General's
6:38:49
office that have been put forth in 1020 section B of that 107 of section 6.
6:38:57
it flips that the department has published safety has concurrent jurisdiction inside the city limits of
6:39:03
Jackson with Jackson Police Department so uh just flip that kind of works like the highway patrol they have concurrent
6:39:09
jurisdiction but they have jurisdiction all over the state uh in that regard so
6:39:16
there's nothing in this outside the ccid districts the Department of Public Safety shall
6:39:23
not be primary and shall be concurrent with the city of Jackson and that of Hinds County
6:39:30
section c is we required written approval written
6:39:35
approval by the chief of the Capitol Police or the commissioner Department of Public Safety before any event occurs on
6:39:42
a sidewalk or Street and the in my view one of the best parts of the bill requires the chief of of
6:39:49
Capitol Police and or the commissioner or Department of Public Safety to have meetings monthly meetings beginning uh
6:39:57
on October the 15th of this year to talk about what's going on within the
6:40:03
boundaries of the capital complex and to address concerns of the public so it requires a public meeting every year
6:40:10
every month beginning October the 15th 2023 and this this goes into effect July
6:40:15
the 1st of 23. that's an explanation of the conference report
6:40:24
questions Jim from uh Madison Miss Blackman no questions you want to speak against

6:40:30
the bill okay I don't uh gentleman
6:40:37
thank you Mr Speaker Jimmy you yes I just have one I guess concern I guess
6:40:42
the question I think you clarified I'm trying to get a good clarification you said Department of Public Safety is on
6:40:48
line 77 Department of Public Safety should have primary jurisdiction relative to any other state Municipal
6:40:54
enforcement agency uh within the capital complex improvement district but then later on down on 93 and 94 and 97 it
6:41:02
kind of said it's the same kind of contradictory so which one is it they're going to have their primary jurisdiction
6:41:08
is within the ccid they're going to be concurrent with jpd my understanding I understand how that can read kind of
6:41:15
contradictory but my understanding is it going to be primary within the ccid and it's going to be concurrent with jpd
6:41:21
inside the ccid their primary for their primary focus
6:41:26
Capital polices primary focus within the capital complex is to enforce uh the law
6:41:33
within the capital complex but it's still concurrent with jpd it is concurrent with jpd so jpd outside the
6:41:40
boundaries but jpd has concurrent jurisdiction with the capital police inside the boundaries
6:41:47
so Capital police has primary jurisdiction
6:41:52
yes in a ccid yes okay thank you uh but also Mr Speaker
6:42:03
Mr Speaker I'd like to speak on that bill as well all right uh Jeff Moore and Mr Denton
6:42:14
thank you Mr Speaker General yeah yes sir I'm trying to get some understanding here now what did you say about
6:42:22
protesters yeah basically requires a permit okay you want to require a permit
6:42:27
to to uh I wouldn't use a protest but a permit to have a parade a permit to have
6:42:34
any type of event on within the ccid very similar to what Jackson does now uh

1167

6:42:39

the reason I guess that they felt that this was necessary and my understanding this was Senate language the reason that

6:42:45

this was felt necessary was because you're kind of taking you're creating this ccid you're just giving the act the

6:42:52

ability by the Department of Public Safety to prom to give permits but it would be for and I'll read you

6:42:58

the language it would be for uh

6:43:04

any event any event that occurs

6:43:09

that takes place on a sidewalk immediately adjacent to any building or property owned by any official agency

6:43:16

board or Commission or office or other entity of the state of

6:43:21

Mississippi which can reasonably be expected to block impede or otherwise hinder Ingress or egress they're from

6:43:28

and they will receive this permit from Department of Public Safety Department of Public Safety yes sir and you don't

6:43:36

how are we going to get this out to the general public well the Department of Public Safety the next line of that

6:43:41

there they are authorized to promulgate rules and regulations to effectuate that

6:43:47

so that's going to be up to them to get it out to the but but like I said if somebody wants to go and have a rally or

6:43:53

something or a parade uh right now I would imagine they'd go to the city hall

6:43:58

in Jackson to do that it would be from that point from July the first from the point forward they're going to be

6:44:03

notified to go to the Department of Public Safety to get that permit if they're within the ccid oh so so for

6:44:09

everything going forward after July the first if it's in the ccfe if it's in the ccid

6:44:15

they're gonna have to go to the Department of Public State let's see somebody don't don't do that for just

6:44:21

for various reasons what is the penalty for that well let me let me say they can
6:44:27
also go to the chief of Capitol Police or to the Department of Public Safety But to answer your question uh they
6:44:33
wouldn't be they wouldn't be permitted to have their uh Rally or whatever I said there's no fees or fines no not
6:44:40
in this building no misdemeanor nothing like that not in this bill but I will say that the Department of Public Safety
6:44:46
is authorized to promulgate rules they may do something administratively but as far as in this bill there's nothing like
6:44:52
that all right thank you uh Jim Hines Mr Bale
6:44:59
thank you Mr Speaker Jim and Yale yes sir um two quick questions uh what's so special about them
6:45:05
the um Governor's Mansion that it has to have this Extra Protection behind it it
6:45:11
was just placed in here I mean it is a one of the oldest ones in the state I mean and one of the oldest ones in the
6:45:16
country if you want to go there but it's it is a Governor's Mansion so let me ask you this question do you believe that it
6:45:22
was placed in here because the governor is afraid of individuals expressing their beliefs I can't speak for the
6:45:28
governor well you know I'm not yeah yeah of course you can't um
6:45:34
let me ask it another way if you were the governor of the state of Mississippi would you request such
6:45:40
language well I'm not the governor and there's a lot of things I would do there are a lot of things that I would do that
6:45:46
the governor wouldn't do in the and vice versa so uh I I hate to put myself in that position I don't know that
6:45:52
what he's asking for and I can't say that he's asked to ask for this my understanding was it was it was
6:45:57
ambiguous as to what could be done in front of the governor's office this was an attempt to clear that up okay so this

1169

6:46:04
does this include um we just had St Patty's Day Parade with the organizers of the Saint Patty's
6:46:12
Day Parade have to ask for a permit I believe so okay under this my understanding would yes
6:46:18
they would ask to ask for one okay and I know it's redundant but Jackson State
6:46:23
University homecoming parade they would have to ask for a permit from the chief of police or Department of Public Safety
6:46:29
okay so either or can issue it is what you're saying yes sir okay all right thank you Mr Speaker I'll speak against
6:46:35
this at the proper time gentleman from Bolivar Mr Sanders for a
6:46:41
question thank you Mr Speaker yes sir this Jim has got one question
6:46:47
who would be responsible for those policies and procedures that's in place now for the Capitol Police who would be
6:46:53
responsible for implementation as it relates to uh Capital police now I would
6:47:00
imagine the Department of Public Safety uh is your question who's responsible
6:47:05
for making the rules as they go forward right please have policy and procedures now that they have in place they're
6:47:12
going to have to and they're they're charged with making those rules and promulgating those policies
6:47:17
okay all right vice versa as this transpires now Department of Public States will be handling that yes sir
6:47:24
so they will be enforcing that yes sir okay thank you
6:47:30
gentleman from Holmes Mr Clark thank you Mr Speaker with the gentleman
6:47:36
yeah yes sir now Jim I'm I'm totally confused about this permitting thing now
6:47:42
Karen under Karen well law what's in place now if you want to protest have a
6:47:48
parade you go through the city of Jackson correct I assume so I I don't know but I assume so so now in this law
6:47:55
you're going to have to go through the
6:48:03

the chief of Capitol Police or the commissioner of Department of Public Safety so if it's in the ccid you might

6:48:10

have to go get two permits you might have to go to the city of Jackson get their permit

6:48:15

and then go to Capitol Police and get a second permit this bill doesn't speak to that but theoretically I guess you you

6:48:21

could now into authoritative Force not on the laws of

6:48:27

state of Mississippi but the ordinance of the city of Jackson so with that being said if the ordinance

6:48:33

of the city of Jackson require permitting while we requiring two permits why not just enforce the seat of

6:48:41

Jackson's ordinance that require permit I think the because of the issue that

6:48:46

now you have this District I think they wanted a governing body such as the department of safety to have a say so in

6:48:51

the permit in the permitting process because you are now uh potentially hindering the Ingress and

6:48:59

egress of of a cert of a different entity which is the capital complex and general you said Governor body I

6:49:06

mean you I think you're kind of using that term loosely when I think of a governing body I think about a

6:49:11

commission I think of a legislative body so it's not really a governing body it's really one man will ultimately make the

6:49:19

decision well the Department of Public Safety don't have a commission or anything a commissioner Department yes

6:49:24

or or the chief of police but yeah the chief of capital police Okay so

6:49:30

do we know if they're going to charge a fee for this this it does not this bill does not speak to that the bill merely

6:49:36

authorizes them to promulgate rules to do that so hypothetically as we like to speak in

6:49:44

here sometimes yeah I guess they could charge a fee hypothetically could they penalize them sure but uh that those

6:49:50

rules will be uh left up to the Park Public Safety okay so with that being said

6:49:58

how they going to enforce it is there a law on the book that says you can't have a parade you can't have a public

6:50:05

gathering if if you don't have a permit you see when

6:50:12

I'm going tonight the city of Jackson will say if you violate they got an audience they say if you violate this 500 fine uh 90 days in jail all I can

6:50:20

say 90 days in out of Rankin County with murderers and rapists this bill doesn't speak to that all I can say is that

6:50:27

right now there's not one uh but the Department of Public Safety if they put that in their rules and regulations I

6:50:33

would assume so but I would I you know and we control the Department of Public Safety I think you're going to have some

6:50:38

oversight there as well yeah you're really following what I'm saying because I understand they can do

6:50:43

the permitting but if they violate that there's no state law out there so I don't know how they're going to enforce

6:50:49

it other than them I mean they could go shut them down but they can't arrest them because that's about it they can

6:50:54

shut them down and not issue the permit but if they go in protest there's no no law that they can arrest them for other

6:51:01

than maybe uh there's there's a trespassing there could do let's recommitted and come back

6:51:07

next trespassing there could be other other thank you Mr Speaker

6:51:14

gentleman from Heinz Mr Brown thank you so much Mr Speaker

6:51:25

yes I'm sorry ah this parade is inside the city of

6:51:33

Jackson but it may spill over into part of the sea

6:51:38

CI the uh District

6:51:45

to the Department of Public Safety to get a permit and inconvenience them whereas beforehand they could get it

6:51:52

1172

right here at City Hall yeah well that first off it's not a ccid but let me explain it says any Street or sidewalk

6:51:58

immediately adjacent to any building or property owned or occupied by any

6:52:04

official agency board Commission office or other entity of the state of Mississippi so it's not just anywhere in

6:52:09

the in the ccid it's a little bit more narrow than a uh mistakenly said before it's it's basically state-owned

6:52:16

buildings and properties they've got to get a permit to do that but I'm saying they they have to go to the Department

6:52:24

of Public Safety I believe they're going to be located soon out in Rankin Brandon somewhere they're going to have to go

6:52:29

way over there to get the permit our Capitol Police which here here locally

6:52:35

well the chief of capital police I think it's a very inconvenient

6:52:42

situation and it looked to me like uh they ought to be able to work with the city of Jacksonville

6:52:48

to take care of the permitting rather than having to get sometimes two different entities aside to sign one

6:52:58

gentleman from Harrison Mr Holland

6:53:03

gentlemen yields yes sir I have a quick question okay especially when it comes to

6:53:10

the people the this house is a people house correct

6:53:15

those house is a people house I'm sorry I couldn't hear you yes the governor the governor's mansion is paid for by

6:53:22

taxpayers of the citizens of Mississippi correct yes sir so my question is this

6:53:28

do you feel if a person violates that they're wrong correct

6:53:33

this new law if they violate if they protest in front of the governor's mansion or conjugate or

6:53:40

whatever get together in front of the governor's man correct right under their state they

6:53:45

would have to get a permit okay so do you feel the people on January 6th do

6:53:50

you feel like they was right or wrong for what they did you know that that has been debated and debated but this bill

6:53:56

speaks only to the state of Mississippi and they speak this bill speaks to uh what your question is on state buildings

6:54:02

we're asking just that they'll be permitted and reason the reason I say that because I know in your world the

6:54:10

attorney World y'all used to do this rule cut this word called jointer because a lot of things we do in this

6:54:16

body since I've been here this year is stuff that happens outside the state of Mississippi but we got to bring it

6:54:22

inside the state of Mississippi just make sure it don't happen yeah so no I'm just saying

6:54:27

this is just a personal question do you feel as though a tax paying citizen uh do this one says in the state

6:54:35

of Mississippi has the right to peacefully assemble in any part of this

6:54:40

city as long as they're not causing harm violence or destruction to any part of the city absolutely thank you

6:54:52

uh Jim Mark tibble Hall Mr Taylor thank you Mr Speaker General will you

6:54:58

yield yes sir are you aware that the language

6:55:04

uh in reference to protest um as pertains to sidewalks things that

6:55:12

nature permits things of that nature are pretty much identical in 10 20 and also

6:55:17

in 23 43 are you aware of that if you say so I'll take your word for it I guess my question is why why are we

6:55:25

doubling down why are we having the same language two different pieces of legislation we do that with a lot of

6:55:31

pieces of legislation that we pass I can tell you we passed one yesterday that had to do with a Broad River candidate

6:55:37

that that bill that's already been said to the governor had the exact same language as far as since as Governor it just added this part to it so that we

6:55:44

exciting language and having bills that are duplicitous is nothing new could it could it possibly be

6:55:50

and this is just my wild mind running wild when I I just

6:55:56

Google a list of books when I put in Mississippi and I put in some of the greatest books one of them came up was

6:56:03

Mississippi Burning I'm sure you've heard of that book and I bring that book up because

6:56:10

in the ability to protest its ability to hear a person's feelings

6:56:16

thoughts ideologies so what I'm saying here is it's the state of Mississippi

6:56:22

preparing for State I mean for Citywide county-wide and Statewide protests

6:56:29

because of 10 20 and 23-43 is this what we're doing to my knowledge it was just

6:56:35

it was felt like this was needed but who it was again entomologist is a Senate

6:56:41

bill this was put in by the Senate it wasn't in this bill when we we passed it earlier when we passed it earlier it was

6:56:46

just it was just uh the boundary lines of the jurisdiction of capital complex so uh to answer your question are we

6:56:53

preparing for that I'm certainly not I'm just trying to get this bill passed and let us all go home

6:57:00

well and I want to go home to the gentlemen I'm tired this has been an exhausting uh session and I think a lot

6:57:07

of us are leaving very frustrated but I just want to remind the audience that protests

6:57:14

and actually the word is used as riots it's the language of the unheard

6:57:20

I'm here today listening to my colleagues saying that they were not heard in the process

6:57:26

I'm hearing people in Jackson saying they were not heard in the process I understand that let me say this

6:57:32

uh Judd B was very active in the process and I

6:57:37

will make that perfectly clear and I'll make a record of that so active to the point that we had to subpoena the mayor

6:57:44

of Jackson to come to a hearing so Judd B was active my committee was

1175

6:57:50
active we had two hearings on what what was what was needed in Jackson both the
6:57:57
chief of police and Jackson both the chief of police of the Capitol complex said we need city-wide jurisdiction we
6:58:04
need lines fixed are you aware that the mayor had covert during that time the May the mayor didn't have he didn't tell
6:58:10
me edcovered nobody told me he had covert we subpoenaed him then I threatened to subpoena the chief of
6:58:16
police and you know what happened five minutes later the chief police showed up not only did I have to subpoena him for
6:58:22
the second hearing then he called me the mayor did and said I can't come to that one can you reissue it giving him the
6:58:27
benefit of doubt my committee we reissued The subpoena and then I can't tell you how many times I got calls from him and his
6:58:34
representation about getting the subpoena lifted and that wasn't going to happen so this this this committee has
6:58:41
has done everything it can to include Jackson in the process well I do appreciate it so all of this about not
6:58:47
including in the process that hasn't happened on my committee I do appreciate your due diligence
6:58:54
and and subpoena power things of that nature but again
6:58:59
in my opinion this is preparation for people who have not been heard besides the mayor
6:59:06
and other elected officials I think that the city of Jackson will be speaking
6:59:11
very clearly well I can understand that and I want to say this one thing I like like the chairman of ways it means I've
6:59:17
talked to people that don't wear these badges on our collar as well from the city of Jackson and they said please
6:59:23
help us get police please help us get police in West Jackson and South Jackson
6:59:28
help me to where I don't have to listen to gunshots every single night so uh yes
6:59:35

there may be protests but if we have police that saves one lives everybody this is worth it
6:59:41
Jim Marshall Mr Faulkner thank you yes sir it's going back to the
6:59:48
exchange between you and the gentleman from homes and raising questions in my mind okay let's say theoretically if a
6:59:55
particular organization have to obtain uh two permits run from the one from the city of
7:00:01
Jackson then the DPS uh if the city of Jackson approves
7:00:07
uh the function and DPS disproves what happens
7:00:13
if it's within this limited part right here DPS I believe is going to control so does the bill speaks to who have
7:00:20
final say or final jurisdiction over the bills the bill is pretty specific about uh and I would but because of State
7:00:26
Property uh DPS is going to control on that would be my interpretation of it
7:00:33
thank you gentlemen all right I don't see anyone else uh any more questions Jim from Madison who
7:00:38
requested opportunity to speak
7:00:47
the problem here is that we are coming from two parts of the world because obviously from what I've I've
7:00:54
been hearing before this bill came up in the last is a great misunderstanding and
7:01:00
interpretation of the positions of those who like me who are opposing this bill in the
7:01:06
previous bill merely because the people of Jackson ask for help we
7:01:13
have a problem just like I just heard
7:01:19
heard from people in Jackson who said they wanted help
7:01:25
that didn't mean they wanted the state of Mississippi to come over and take over their City
7:01:31
this police force has no accountability to the city of Jackson
7:01:37
that didn't exist anywhere in the state of Mississippi
7:01:44
I heard a moment ago almost bragging about the 100 plus

1177

7:01:49
million dollars that they brought to the city of Jackson is if that was a gift
7:01:55
but when it turns out he's talking about Economic Development I've been in this body so many years and
7:02:03
year after year we asked in a ways and means when bills came out
7:02:09
that funds things like this what about minority set aside
7:02:14
so we can participate participate in the Bounty that this state was giving to the
7:02:19
Developers and year after year it was turned down
7:02:28
and then there's a complaint about us saying this appears to be race to us
7:02:34
like this field here it is about race because we're the only
7:02:40
race that is subjected to this kind of process
7:02:47
there's not a city in the state of Mississippi where the majority of white population that this would happen to
7:02:59
if you meant to do it right and have race not be a factor
7:03:05
then you would be providing the resources to the city of Jackson
7:03:10
but Jackson's itself and his citizens and the people that they appointed to
7:03:16
run the city to do it yet on each of these occasions this bill
7:03:22
and the other before the state of Mississippi has taken over and colonized Jackson
7:03:32
and you expect people like me and with our experience to see that as being good
7:03:37
government meaningful government no my history and my experience in this
7:03:44
state tells me race is a factor now race doesn't have to be something I
7:03:49
wake you wake up in the morning say I want to do it because I don't like black folk you can just ignore the consequences
7:03:57
it has the same results the fact that you decided
7:04:04
that you're going to create a separate jurisdiction in Jackson
7:04:09

run by people who don't live in Jackson Hinds County

7:04:14

and they're going to hold sway over the citizens of this state this city that is and the majority of

7:04:20

this city 80 plus percent is black how else would you expect them to feel

7:04:26

and when you have a police force that's going to have exclusive jurisdiction over and above the city of Jackson

7:04:33

police force and be able to dictate the terms of jurisdiction

7:04:39

the house with the field we got there's no there's no elected body

7:04:45

that this police force is responsible responsive to it's the state of Mississippi

7:04:53

you just heard the confusion about what would happen if there was a permit

7:04:59

obtained from Jackson and a permit and you solve the same permit from the the

7:05:05

CID Police Department they control they dictate what happens

7:05:11

in Jackson under Jackson city streets that's a takeover

7:05:17

anybody deny that you've taken over that Authority that's what the Takeover is about

7:05:26

the gentleman looks directly at me when he was talking I don't know why because there are two other people that

7:05:33

came after me that set far more about race than I did

7:05:38

but perhaps perhaps it's because on the national media

7:05:43

all over this country this state has been vilified for what it's doing

7:05:51

I didn't create that narrative that narrative was created by the actions of this body

7:05:59

that's what happened I don't know how you can unfix this

7:06:06

is going to take years to get back to where we were before this legislation passed

7:06:13

that's going to be a lot of rumbling and cries for change

7:06:19

and one other thing I have to mention here the flag was mentioned here

7:06:26

since 1987 the flag changed

7:06:32

1179

no tested about it if there's one person that put their lives on the line for this who is white
7:06:38
as William winner some of you don't remember that you want him here
7:06:45
the man had to have police escorts to go about his business because why he didn't ask for a new flag he said let's discuss
7:06:52
it that's a man that puts his life on the line
7:07:00
now if his race that scares people to have that discussion then that's the
7:07:06
problem you should have considered the impact on race and race religion relations when
7:07:13
you bought up these two bills you didn't consider that because you discounted the people that was going to
7:07:19
affect when you take away the right of people to elect their officials that have
7:07:25
been elected how else are they going to see it
7:07:33
you're surprised that people the majority of the women majority of blacks in this legislative body in
7:07:39
nowhere in the Senate are against this bill it's because of one thing you're taking away the right of those
7:07:46
individuals constituents and people who look like them the right of their their right to vote and the right of vote
7:07:54
may not mean much to some of you but when you look at the history that took up that got us to where we are
7:08:00
today when it took so long and so so so so it was so difficult and lost so many lives
7:08:08
gentlemen you've not been beaten because you wanted that wanted to ask for the right to vote
7:08:15
you have been locked up because of that I have
7:08:20
so yes I'm sensitive to the loss of that
7:08:26
not many of you can come to this point and talk about that I was beaten for the soul
7:08:31
a protester that I was making give my people the right to vote
7:08:36
and I was five years away before I could was able to devote myself
7:08:43

1180

and you asked why I am people like me are so caught up and

7:08:49

upset about taking that right away to vote away don't be surprised

7:08:55

there'll be people just like me Beyond this these walls who are going to feel the same way

7:09:01

a police force that occupies the city of Jackson now accountability to the citizens of

7:09:07

Jackson funded by the state of Mississippi

7:09:14

who holds sway over their lives that's the kind of help they were not asking for

7:09:22

if you really wanted to solve help solve crime then fund the crime lab

7:09:28

give them the resources that they need give the Jackson Police Department the

7:09:33

resources that they they need and stop crying about we don't have smart people in Jackson Mississippi or

7:09:40

Hinds County that's a lie

7:09:45

you have people capable in Hinds County to do exactly what people are doing in Senatobia to solar County

7:09:53

Harrison County all over I'm tired of having that that projected

7:10:00

out there the Hinds County people are somehow inferior to the rest of this state

7:10:10

building a tire company gives jobs but building a tile company doesn't

7:10:17

solve the racial divide in this city

7:10:24

every other state around us has found a way and it's making a way to

7:10:30

solve the problems that we have here in Mississippi we are so stuck in the past

7:10:37

that we can't move forward it weighs us down like an anchor

7:10:42

anytime you can have two bills out here like this with what we've had to go to to try to move forward shows that we

7:10:49

have not arrived how much time has expired uh gentleman from hands Mr crudup had

7:10:57

expressed the desire to speak

7:11:10

thank you Ms speaker ladies and gentlemen I was not going to come back up here

7:11:16
today I was going to just ask a couple of questions about this bill and Let It Go but since I got mentioned in some I had
7:11:23
to come and kind of tell the facts
7:11:29
as it was brought up the facts are when this first bill came over 23 this
7:11:36
was all just an expansion Bill to deal with the ccid capital police that's all it was at first it didn't have any of this thing about protests into this
7:11:43
language in here I was not for it in the beginning especially because all
7:11:49
it did was take in all of Northeast Jackson went all the way up to County Line Road and I was totally against that
7:11:55
and I came up to this to this place this Podium and said I was not I wasn't to get out I was not for that because
7:12:03
those are the areas that did were crying there was there where crime was in South
7:12:08
in West Jackson without saying it was in my district
7:12:14
so the chairman has said over and over again hey y'all got a right to come and
7:12:19
talk to me anytime so what I do I take them up on that offer came to talk to him so he got an Open Door
7:12:26
and said gentlemen I don't necessarily agree with that how can we get some better police protection
7:12:32
I was against it at first but you know what a lot of my constituents in my district saying you know what we want
7:12:37
the help I even talked to some Jackson police officers some jpd
7:12:43
and they said crude we short right now we could use the help but this is what they said and I've told
7:12:49
him over and over again they said we can use the help but we do not need them to be primary
7:12:56
we're asking that they'd be concurrent or dual or secondary within the ccid or
7:13:03
outside in the city of Jackson Hinds County and I've mentioned that those are the facts that I mentioned
7:13:09

over and over again and so I asked the lives to be brought
7:13:14
down because my constituents Acts to McDowell Road
7:13:20
and my calling to tell you and I said McDonald's you know why because that's one of our last five
7:13:25
I mean uh last major companies that's down there in that part of town that a
7:13:30
lot of folks work in they've had a lot of issues dealing with car thefts all type of things I don't want to mention the company name but they're a big
7:13:36
company and they said can we come to McDowell Road because these are those issues
7:13:42
and so that's what I asked the chairman can we come to McDowell Road we said we're going to talk about this see what
7:13:47
we can do but like I said they wanted to be concurrent or dual this is from Jackson
7:13:54
Police Department but then I was told that the commissioner said you know what we could
7:14:00
not come to McDowell Road but we could probably come to Raymond Road and guess what my father's church is within that
7:14:05
Park so did I come and ask for my father's Church to be within that
7:14:11
to those exact words no now I'm not necessarily saying that
7:14:19
I'm not necessarily against it totally like that but I don't like the fact within account
7:14:24
I mean I like we wanted police protection but we don't want all this other stuff that was added to this bill
7:14:31
now I've tried to work it through the process work the process as a gym for Choctaw
7:14:37
says all the time
7:14:42
and try to get a clear understanding how we can get some better help for the citizens of the Jackson
7:14:47
so we're going to talk about the facts Gentlemen let's mention the real facts
7:14:54
we won't help in the city here Jackson and we need some police protection some of our Police Department are asking
7:15:01
they know they're short they know they need help but they don't want Capital police being

7:15:06
primary within this city they want to be concurrent a duel they

7:15:13
ask for help with the 9-1-1 system they've asked for all these things to try to get the help that we
need for

7:15:20
the citizens of Jackson for the business of the Jackson and everybody that really wants to help

7:15:28
now the way we have this bill now 2343 I can't be four

7:15:35
because all these issues about protesting all this other language that was put in here is not a good
building longer

7:15:44
so I would ask you to vote against this policy

7:15:54
uh Jim Hines Mr Bell wishes to speak

7:16:05
Monday I'm headed to work the Mississippi State Capitol

7:16:12
riding down the street see Capitol Police he's in the left lane

7:16:19
I'm in the right lane he slows down

7:16:24
do you hear me he slows down and I pass him because I don't have time

7:16:32
we roll up to the light the light is red he flicks his lights you hear the sound

7:16:39
he rolls his window down do you understand the speed the speed limit is 35.

7:16:44
I said yes do you understand the speed limit is 35

7:16:50
I said yes I'm on my way to work what do you want

7:16:56
the speed limit is 35 slow it down you harassing me for going 40

7:17:06
in a 35 of you harassing me for that see those are the things that are going

7:17:12
to begin to happen if not already and that's why I'm adding me against

7:17:17
both of these two bills that we're dealing with today

7:17:22
now normally I would never get an attitude with a police officer

7:17:30
but Monday I did because I knew exactly what he was up to and his irony would have it

7:17:37
I would see that same Joker at lunch Monday

7:17:42

excuse me gentlemen I hear some music playing

7:17:49

thank you thank you you're making dinner gentlemen thank you to speak

7:17:55

and I would see him at lunch same guy

7:18:02

shades on his eyes walks in looks at me and I look at him

7:18:07

and I speak and say how you doing and he didn't speak I'm cool with that

7:18:14

but just imagine if it was the 21 year old Chris Bell that rode

7:18:21

past him and got pulled over

7:18:26

and was harassed see the attitudes of some of these

7:18:32

individuals haven't changed

7:18:39

you have individuals that are going to be affected by this not just in the midst of the the whole

7:18:46

protest situation around government buildings

7:18:52

just on a minor traffic stop and I understand full well that jpd

7:18:58

needs help we all know that I said it here earlier police departments all across the

7:19:04

country are struggling to find quality candidates to work and if you're not paying them nothing they're not coming

7:19:10

to work but Capital police is paying they paying a whole bunch of money

7:19:16

and people from jpd in the sheriff's department Hinds County Rankin County Brandon and they come to work for

7:19:21

Capital police look

7:19:27

at the end of the day all I ask is this if this piece of legislation passes

7:19:34

today next year we come back and fix this mess we have to

7:19:42

all the deaths and injuries that have been caused by Capital police since they've been allowed to to roam our

7:19:48

streets all of the individuals that have

7:19:54

complained about the Capitol Police shooting their loved ones
7:20:00
no reports
7:20:06
I'm asking seriously if you don't vote no
7:20:11
vote present just just we don't need this I mean what
7:20:17
what does stopping a protest or having a a written
7:20:22
request to do a parade or a protest have to do with
7:20:27
free speech I'm curious
7:20:35
what what is our governor afraid of
7:20:41
nobody's out here to hurt anybody
7:20:47
the Jackson the city of Jackson needs help but not like this not like this
7:20:55
we need more uplift than someone trying to force
7:21:01
a mandate on us as if we are a third world country as if we are as the
7:21:07
general from Madison said uh sectioned off like we're inferior individuals which we
7:21:13
aren't I ask you to vote now
7:21:21
Jennifer Adams Mr Johnson you wish to speak okay
7:21:34
okay ladies and gentlemen the last bill we had you know if you commit a misdemeanor they can send you to the
7:21:39
Rankin County Detention Center not not Detention Center Mississippi Department of Corrections at Rankin County that's
7:21:45
what I was telling the chairman of ways and means that it may say May so if when Brandon press was elected governor and
7:21:52
he expands Medicaid or he reverses he does an executive order on something
7:21:58
that you don't like maybe the Second Amendment or something with guns uh I know how y'all think Governor Reeves is
7:22:04
going to be there and all you thinking about is black lives matter protest and all that but some of y'all gonna want to protest in front of the governor's

7:22:10
mansion and you're going to end up in a Rankin County Detention Center Department of Corrections

7:22:16
so I'm doing I'm up here ask you to vote against this for all of us I'm not just talking about black folks now I'm

7:22:21
talking about all of us because what will happen is if you protest in front of the governor's mansion

7:22:27
you will end up in Rankin County Mississippi Department of Corrections

7:22:33
now I have two or some prisons and as bad as the county jail is let me tell you what happened the county jail is bad

7:22:39
you know the judge will say we don't have nowhere to send you but now if you got 300 people with protest in

7:22:45
front of the Mississippi Governor's Mansion you're going to prison so for your own

7:22:52
sake please vote against this Bill thank you

7:23:01
I recognize chairman to close it

7:23:10
general for Madison I do not have the grace in my tongue to heal the

7:23:15
wounds that you've had in your lifetime nor do I have the same Grace

7:23:21
that can put a salve on the the wound at our state and its complicated past bears

7:23:30
and for that I'm sorry I cannot do that I don't have the same life experiences as you have

7:23:36
nor will I ever have that but I am a Mississippian a gentleman

7:23:42
from Washington I've spent the greater part of my adult life in Jackson as well law school my oldest child was born here

7:23:51
I've been here for 12 years my youngest child is 10.

7:23:59
and we're as you know here for three months out of the year I've spent a greater part

7:24:06
of three and a half years of his life away from him right here in this city

7:24:13
I love Jackson Mississippi almost as much as I love Corinth Mississippi

7:24:20
I live closer to the state of Indiana than I do to Jackson Mississippi but

1187

7:24:28
this is my second home we had hearings in the summer of my own
7:24:35
volition and the lady from Heinz to come after the crime in Jackson
7:24:41
we did that I talked to the gentleman from Heinz Mr Bell
7:24:47
asking him to bring people bring me Community people who have a say in Jackson what does it mean to you what do
7:24:54
you want to see us do and they all said give us police
7:24:59
gentleman from Madison last week we had a real or this week I don't know the days go together
7:25:05
we had a bill about allowing Highway patrols to take their cars home
7:25:11
and he said out of his own mouth having that car and having the presence of that vehicle
7:25:17
help to to help to deter ladies and gentlemen that's all we're
7:25:22
trying to do is to have a greater presence a greater force to protect the
7:25:27
capital city that I love the capital city that we all love this isn't Brookhaven this isn't Corinth
7:25:33
that all these other cities that have been brought up this is the capital city of Mississippi it belongs to each and
7:25:40
every one of us in this room and for that Mr Speaker I asked for final
7:25:46
Passage hi question occurs on the conference report to Senate Bill 2343 open the
7:25:52
machine Madam clerk in favor of the report vote I if you're opposed vote nay
7:25:58
has everyone voted closed machine Madam clerk by about a 73
7:26:04
A's 41 Nays the report is adopted a gentleman from Jackson chairman of
7:26:11
appropriation thank Mr Speaker let's go to item number three on Appropriations calendar House
7:26:17
Bill 1613 and recognizes y'all from Harrison to explain the cops report Jim
7:26:23
from Harrison's recognized thank you Mr chairman thank you Mr Speaker
7:26:28
this is the education budget before I start on the education budget
7:26:37
I stood before this body and we sent a bill down to the Senate as you know

1188

7:26:42
there's another end of the building but I'm going to tell you what we sent
7:26:48
even though you voted on it you already know what we sent we sent it bill down there with the teacher assistant pay
7:26:54
raise in it it would have given the teacher assistance three thousand dollars each it would have been about 22 million
7:27:01
dollars for that also what we sent down there was something that superintendents have
7:27:07
asked for for years and years and that's to be paid for by total membership instead of average daily
7:27:14
attendance had they accepted the proposal that we had sent down there that would have
7:27:19
added over another 300 million dollars to education to our schools on the total
7:27:25
membership it would have given our teacher pay a raise of three thousand dollars for 20. it was rejected so
7:27:33
that's where we are today a lot of negotiations going back and forth
7:27:39
and this is our budget that we have today it's a lot of money going into education but again
7:27:45
as you know I've talked about it before the maep
7:27:52
formula there's some problems with it our teacher pay raise last year was
7:28:00
246 million 245 million dollars have we put that 245
7:28:07
million dollars into the map this year it would have cost another 31 million
7:28:13
dollars of taxpayers money to make the schools whole because it would recalculate it and then some of the
7:28:21
money would go to mde some of it would go to school spent how they want and then they would have to make up the
7:28:26
difference of the teacher pay raise just because of the formula so we've kept that out of the formula again this year
7:28:32
so that we didn't put that burden on the school districts and that's why I want to explain to y'all what the the problem
7:28:38
is with it because you I know y'all hear that we're underfunding map and and all

7:28:44
that but for whatever reason the Press is not going to talk about
7:28:49
that to be honest with you and they're not going to talk about the 300 on 300 million dollars on total membership and
7:28:56
I have heard very little about the teacher assistance not getting a pay raise this year
7:29:01
have not heard it I don't know if y'all have seen it in the Press somewhere but I have not but we have been here for our teachers
7:29:07
and our teacher assistants let you know with that being said we've come to an
7:29:14
agreement with the Senate to add a hundred million dollars outside
7:29:20
of the formula to go to the schools that money will be distributed to the
7:29:26
schools based on your student population so however many students we have in them
7:29:33
in the state it will be divided and then sent to the schools based on their their uh
7:29:39
total membership of their school so that's an ad in 100 and million 100
7:29:44
million dollars we've also added some money for some CTE programs some more
7:29:49
CTE teachers and some other money there so what we've got in the maep this year
7:29:58
in the in the formula itself is 2 billion three hundred and eighty
7:30:03
two thousand dollars is what it was last year I'm sorry let me say that again last year was
7:30:09
2 billion 382 million 148 dollars
7:30:15
this year it's 2 billion 399
7:30:20
million 937 dollars so what you have is and and it's it's
7:30:28
pretty routine what we do every year it's still divided but I want this one thing that I do want to tell you
7:30:35
with all of the money going to the schools this year inside and outside of
7:30:40
the formula and I truly believe it's important that this money is put outside the formula
7:30:46
let me go back up again I know I'm rambling here the 100 million dollars there is a
7:30:52

stipulation in it it cannot be used for superintendent

7:30:57

principles and administrative pay just got to go to the classroom

7:31:03

so the total amount of money going to our schools this year

7:31:09

is 4 billion 984 million 306.

7:31:16

thousand dollars that's what's going a little under five billion dollars

7:31:23

so that is the total budget and Mr Speaker says any questions I'm

7:31:28

willing to answer them if not final Passage from Tallahassee Mr Reynolds

7:31:36

he passes uh Jennifer Holmes Mr Clark thank you Mr Speaker with the chairman

7:31:42

yeah yes gentlemen now Mr chairman I want to start off by saying I appreciate all of the hard work that you've done

7:31:48

not just this year but previous years I know it's a big task and I do

7:31:54

understand the benefit of of of uh doing these increases outside the

7:32:00

formula but the formulas about Equity correct they tell me it is okay

7:32:08

so the extra 100 million dollars my understanding we're just going to take

7:32:13

the number of students get him a dollar value and just give across the board equal amount to each district yes okay

7:32:19

so if we was to do it in a formula it would probably work a little different would you agree yes because the formula is

7:32:26

based up on two things a District's ability to pay

7:32:31

and your money let me say this and your money for that and the add-ons

7:32:37

is in the map formula this is this is on top of the formula so let me ask you

7:32:43

this and I'm glad you said that what's the base student cost for this year it is sick

7:32:55

about sixty seven hundred dollars per student okay it's up to six seven hundred dollars and last year what was

7:33:02

the base student cause it's going to be about the same yeah yeah it was about 64 last year 64.

7:33:10

thank you Mr chairman Jim Jones Mr Scoggin

7:33:18

thank you Mr Speaker Mr chairman you yes I know you said out of that hundred

7:33:24

million dollars it won't go toward principles or or superintendents are there any further guidelines or like

7:33:30

will it be used for classroom supplies or facility updates or will it be strictly

7:33:36

for pay no absolutely it's not it's I doubt much if any of it's going to be

7:33:42

for pay to be honest with you it's going to be for their needs the superintendent school board will decide what goes to their school how they're going to spend

7:33:49

it it just can't be spent on administrative Jim from uh Washington Mr hands

7:33:58

thank you Mr Speaker uh gentlemen Yale yes gentlemen uh you've worked hard my

7:34:04

dear friend and I appreciate you I appreciate you um what about the school resource

7:34:09

offices was anything done inside this bill that was another piece of legislation no okay

7:34:17

gentleman from Marshall Mr Faulkner thank you Mr Speaker gentleman here yes Jim thank you

7:34:23

on this Chapman for your work on this bill uh my question is according to your numbers uh 2.8 million uh 2.8 billion to

7:34:33

maep formula last year that correct yes and uh 2.3 this year

7:34:38

no sir I'm sorry last year was 2.3 and it's 2.382 and this year it's 2.399

7:34:46

okay thank you a little more yeah

7:34:52

thank you speaker gentlemen yield yes gentlemen of this approximately 5 billion dollars could you tell me uh

7:35:00

approximately how much of that is federal funds yes uh

7:35:05

Federal is 1.8 billion

7:35:11

okay A little over 1.8 billion okay thank you

7:35:20

any other questions jump from

7:35:26

any other questions you know from Perry Mr Gooden

7:35:34

1192

healed yes gentlemen chairman sir what was the CTE increase
7:35:40
what was the CTE increase for that we have work to see it is
7:35:51
I want to say it's like 1.6 1.7 okay billion for new programs and new
7:35:56
teachers 1.6 okay and 1.4 for new certifications okay 1.4
7:36:05
so a total of three three million 1.7 1.4 okay both of them added
7:36:13
now are the teacher assistants going to get the raise is that no not through the
7:36:19
state can These funds that that are going to be given to the schools be used to give
7:36:26
the teachers assistance that raise yes okay thank you be up to the school board
7:36:35
all right now we got another question jump from Pike Mr Porter thank you Mr Speaker General yes I want
7:36:41
to make sure I'm clear about uh something that the Senate removed the funding for Teacher assistance correct
7:36:47
yes okay so we're going to come back next year and try to help our teacher assistance I definitely am I'll tell you
7:36:52
we'll come back with the teachers and assistance next year thank you all right I don't see any further questions
7:36:58
hoping the machine Madam clerk question cards on the conference report Hospital 1613 you favor the report vote I if
7:37:04
you're opposed vote nay everyone voted closed machine Madam clerk I vote 115
7:37:12
years and two names reports adopted next item Mr Speaker at this time we have no
7:37:19
nothing that's ready to be worked there are four bills that they're working on at this time and uh they're rushing so
7:37:26
as soon as I get something I'll let you know sir you have any estimate as to how long
7:37:31
that's going to be I sir I do not have I've been told an
7:37:37
hour than I've been told 10 minutes so I don't know until someone from downstairs comes up gentlemen I'm looking at you in
7:37:45
conference appropriation General bills do we have any there that are ready to

7:37:50

be taken up okay

7:39:04

thank you

7:40:02

um in consultation with the Appropriations

7:40:09

committee and with the drafters and the legal staff it does appear we're going

7:40:14

to be at least an hour if not more before we have anything to do

7:40:21

so yes sir what you want to do

7:40:28

you want to keep working is that what you said chairman rules wants to keep y'all

7:40:33

working here

7:40:40

I'm thinking uh 7 30 would be a good uh let's give you two hours to get you some

7:40:46

supper and recover but y'all can vote that down if you want

7:40:52

to yes sir you reckon that I move that we

7:41:00

recessed until seven Thirty

7:41:07

all right motions to recess to 7 30 all in favor say aye oppose nay the eyes

7:41:12

have it house in recess till 7 30. okay