# STATE OF MISSISSIPPI
## Office of the Governor



### PROCLAMATION

**WHEREAS**, pursuant to Mississippi Code Ann. § 3-3-7(1), Thanksgiving Day, Christmas Day and New Year's Day are declared legal holidays in the State of Mississippi; and

**WHEREAS**, during the Thanksgiving holiday and the Christmas and New Year's season, many state employees will spend time with their families in Mississippi and in other states; and

**WHEREAS**, let us be mindful of the words of President Ronald Reagan during the upcoming holiday season: *"Let us pause from our many activities to give thanks to Almighty God for our bountiful harvests and abundant freedoms. Let us call upon Him for continued guidance and assistance in all our endeavors. And let us be mindful of the faith and spiritual values that have made our Nation great and that alone can keep us great."*

**NOW, THEREFORE**, I, Tate Reeves, Governor of the State of Mississippi, pursuant to the authority vested in me under the Constitution of the State of Mississippi and applicable statutes of the State of Mississippi, and consistent with the Federal holiday schedule, do hereby authorize the closing of all offices of the State of Mississippi on Thursday, November 23, 2023, in observance of THANKSGIVING DAY; on Monday, December 25, 2023, in observance of CHRISTMAS DAY; and on Monday, January 1, 2024, in observance of NEW YEAR'S DAY.

**IN ADDITION**, I hereby authorize the executive officers of all state agencies, in their discretion after considering the interests of the people of the State of Mississippi and the staffing needs of their respective agencies, to close all offices of the State of Mississippi on Friday, November 24, 2023, in further observance of the Thanksgiving holiday, and on Tuesday, December 26, 2023, in further observance of the Christmas season; and to staff their respective agencies as needed during the Thanksgiving holiday and the Christmas and New Year's season.

**IN WITNESS WHEREOF**, I have hereunto set my hand and caused the Great Seal of the State of Mississippi to be affixed.

**DONE** in the City of Jackson, on the 8th day of November in the year of our Lord, two thousand and twenty-three, and of the Independence of the United States of America, the two hundred and forty-eighth.

*Tate Reeves*
**TATE REEVES**
**GOVERNOR**

**BY THE GOVERNOR**

*Michael Watson*
**MICHAEL WATSON**
**SECRETARY OF STATE**

EXHIBIT A