# Rex Shannon

| | |
|---|---|
| **From:** | Rex Shannon |
| **Sent:** | Tuesday, November 14, 2023 3:42 PM |
| **To:** | Cline, Brenden; Ned Nelson; crhode; Leapheart, David; Holder, Eric Jr; Guzy, Gary; Schottenfeld, Joseph Rostain; Lynch, Mark; Crowley, Megan |
| **Cc:** | Cliff Johnson; pwu@mscenterforjustice.org; rbm_mcdufflaw.com; Mark Nelson; Gerald Kucia; Chad Williams; Wilson Minor; Patricia Nelson; Angela.Williams3@usdoj.gov; j.rich@usdoj.gov; john.russ@usdoj.gov; karlotta.banks@usdoj.gov; laquinta.hall@usdoj.gov; victor.williamson@usdoj.gov; kaitlin.toyama@usdoj.gov; Mitzi.paige@usdoj.gov |
| **Subject:** | RE: Extension request - Plaintiffs' second P.I. motion; NAACP v. Reeves |

Mr. Cline,

It should be apparent by now that the parties do not control the scheduling of hearings in this case. The Court will set the hearing at a date and time of its choosing. While it continues to be the State Defendants' position that your motion should be heard upon the conclusion of briefing and on or before December 22, 2023, you are asking the State Defendants to consent to a condition over which they have no control.

Please let me know if we may represent that the requested 10-day extension is unopposed. We would appreciate the courtesy of an unconditional response.

Regards,
Rex

**Rex M. Shannon III**
Special Assistant Attorney General
Deputy Director, Civil Litigation Division
Mississippi Attorney General's Office
550 High Street, Suite 1100
Post Office Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-4184
rex.shannon@ago.ms.gov



**ATTORNEY GENERAL**
CIVIL LITIGATION

**Confidentiality Notice:** This message is being sent by the Office of the Attorney General for the State of Mississippi and is intended only for the use of the individual to whom it is addressed and may contain information that is legally privileged or confidential. If you are not the intended recipient, you are hereby notified that any distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify the original sender or the Office of the Attorney General immediately by telephone or by return email and delete this message from your comput...

EXHIBIT C

**From:** Cline, Brenden <BCline@cov.com>
**Sent:** Tuesday, November 14, 2023 2:00 PM
**To:** Ned Nelson <ned@nelsonfirm.law>; Rex Shannon <Rex.Shannon@ago.ms.gov>; crhode <crhode@bellsouth.net>; Leapheart, David <DLeapheart@cov.com>; Holder, Eric Jr <HolderEH@cov.com>; Guzy, Gary <GGuzy@cov.com>; Schottenfeld, Joseph Rostain <jschottenfeld@naacpnet.org>; Lynch, Mark <mlynch@cov.com>; Crowley, Megan <MCrowley@cov.com>
**Cc:** Cliff Johnson <cliff.johnson@macarthurjustice.org>; pwu@mscenterforjustice.org; rbm_mcdufflaw.com <rbm@mcdufflaw.com>; Mark Nelson <mark@nelsonfirm.law>; Gerald Kucia <Gerald.Kucia@ago.ms.gov>; Chad Williams <Chad.Williams@ago.ms.gov>; Wilson Minor <Wilson.Minor@ago.ms.gov>; Patricia Nelson <patricia@nelsonfirm.law>; Angela.Williams3@usdoj.gov; j.rich@usdoj.gov; john.russ@usdoj.gov; karlotta.banks@usdoj.gov; laquinta.hall@usdoj.gov; victor.williamson@usdoj.gov; kaitlin.toyama@usdoj.gov; Mitzi.paige@usdoj.gov
**Subject:** RE: Extension request - Plaintiffs' second P.I. motion; NAACP v. Reeves

Rex and Ned,

Plaintiffs would not oppose Defendants' request for a 10-day extension of time to respond to Plaintiffs' second preliminary injunction motion, on the assumption that the parties will still be able to find a mutually agreeable date for a hearing in December after the close of briefing (i.e., after Plaintiffs' replies would be due on Thursday, December 14). If that will be a problem, please let me know.

I have also copied counsel for Proposed Plaintiff-Intervenor the United States on this message.

Best regards,

Brenden

**From:** Ned Nelson <ned@nelsonfirm.law>
**Sent:** Tuesday, November 14, 2023 10:58 AM
**To:** Rex Shannon <Rex.Shannon@ago.ms.gov>; crhode <crhode@bellsouth.net>; Cline, Brenden <BCline@cov.com>; Leapheart, David <DLeapheart@cov.com>; Holder, Eric Jr <HolderEH@cov.com>; Guzy, Gary <GGuzy@cov.com>; Schottenfeld, Joseph Rostain <jschottenfeld@naacpnet.org>; Lynch, Mark <mlynch@cov.com>; Crowley, Megan <MCrowley@cov.com>
**Cc:** Cliff Johnson <cliff.johnson@macarthurjustice.org>; pwu@mscenterforjustice.org; rbm_mcdufflaw.com <rbm@mcdufflaw.com>; Mark Nelson <mark@nelsonfirm.law>; Gerald Kucia <Gerald.Kucia@ago.ms.gov>; Chad Williams <Chad.Williams@ago.ms.gov>; Wilson Minor <Wilson.Minor@ago.ms.gov>; Patricia Nelson <patricia@nelsonfirm.law>
**Subject:** RE: Extension request - Plaintiffs' second P.I. motion; NAACP v. Reeves

[EXTERNAL]
Rex,

To the extent that you need a response from us, we do not oppose the requested extension and intend to file a joinder to the same.

**Ned Nelson**
NELSON Law PLLC   |   601.602.6031
7 Woodstone Plaza Ste. 7 Hattiesburg, MS 39402

This email contains confidential and privileged information. If you are not the intended recipient, please notify the sender
immediately and delete this email, all copies, and attachments. Please call 601.602.6031 if you have any questions or comments.

**From:** Rex Shannon <Rex.Shannon@ago.ms.gov>
**Sent:** Tuesday, November 14, 2023 9:00 AM
**To:** crhode <crhode@bellsouth.net>; Cline, Brenden <BCline@cov.com>; Leapheart, David <DLeapheart@cov.com>; holdereh@cov.com; Guzy, Gary <GGuzy@cov.com>; Schottenfeld, Joseph Rostain <jschottenfeld@naacpnet.org>; Lynch, Mark <mlynch@cov.com>; Crowley, Megan <MCrowley@cov.com>
**Cc:** Cliff Johnson <cliff.johnson@macarthurjustice.org>; pwu@mscenterforjustice.org; rbm_mcdufflaw.com <rbm@mcdufflaw.com>; Mark Nelson <mark@nelsonfirm.law>; Ned Nelson <ned@nelsonfirm.law>; Gerald Kucia <Gerald.Kucia@ago.ms.gov>; Chad Williams <Chad.Williams@ago.ms.gov>; Wilson Minor <Wilson.Minor@ago.ms.gov>
**Subject:** Extension request - Plaintiffs' second P.I. motion; NAACP v. Reeves
**Importance:** High

Dear Counsel,

Good morning. We received Plaintiffs' second motion for preliminary injunction filed shortly before midnight last night. The State Defendants' response is presently due November 27, which is the Monday after Thanksgiving. We anticipate filing a motion seeking a 10-day extension, which would make the State Defendants' response due Thursday, December 7.

Please let us know by the close of business today if we may represent in the motion that the relief requested (i.e., a 10-day extension of the State Defendants' response deadline) is unopposed by Plaintiffs.

Thanks,

Rex


Rex M. Shannon III
Special Assistant Attorney General
Deputy Director, Civil Litigation Division
Mississippi Attorney General's Office
550 High Street, Suite 1100
Post Office Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-4184
rex.shannon@ago.ms.gov



ATTORNEY GENERAL
CIVIL LITIGATION

**Confidentiality Notice:** This message is being sent by the Office of the Attorney General for the State of Mississippi and is intended only for the use of the individual to whom it is addressed and may contain

information that is legally privileged or confidential. If you are not the intended recipient, you are hereby notified that any distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify the original sender or the Office of the Attorney General at (601) 359-3680 immediately by telephone or by return email and delete this message from your computer. Thank you.