IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

National Association for the
Advancement of Colored People,
et al                                                                                          Plaintiffs

vs.                              Case No. 3:23-cv-272-HTW-LGI

Tate Reeves, in his official capacity
as Governor of the State of Mississippi;
et al                                                                    Defendants

**Joinder to State Defendants' Motion for Extension of
Time to Respond to Plaintiffs' Motion for
<u>Preliminary Injunction RE: H.B. 1020 § 4 and § 5</u>**

      Comes now, Michael K. Randolph, in his official capacity as Chief Justice of the Mississippi Supreme Court, and hereby joins, incorporates, and adopts the State Defendants' Motion for Extension of Time to Respond to Plaintiffs' Motion for Preliminary Injunction RE: H.B. 1020 § 4 and § 5 (Doc. 112).

      To the extent that the State Defendants' Motion seeks a 10-day extension of time to respond to the Plaintiffs' Motion for Preliminary Injunction, Chief Justice Randolph specifically joins in that request for relief and adopts the same as if set fully set out herein. This Joinder is filed solely to avoid duplicative pleadings and arguments, to further judicial efficiency, and to ensure concise briefing on the matters pending before the Court.

      Accordingly, Chief Justice Randolph prays that the Court enter an order granting the State Defendants' Motion (Doc. 112), such that the Chief Justice's

response to the Plaintiffs Motion for Preliminary Injunction (Doc. 110), will be due on or before Thursday December 7, 2023.

Respectfully submitted, this the 15th day of November, 2023.

Respectfully submitted,

Michael K. Randolph, in his
official capacity as Chief Justice
of the Mississippi Supreme Court

By: */s/ Ned A. Nelson*
    Ned A. Nelson, MB #105712

Of Counsel:

Mark A. Nelson, MB #3808
Ned A. Nelson, MB #105712
Nelson Law PLLC
7 Woodstone Plaza, Ste. 7
Hattiesburg, MS  39402
Telephone:  601.602.6031
Facsimile:  601.602.3251
mark@nelsonfirm.law
ned@nelsonfirm.law

## Certificate of Service

I, Ned A. Nelson, hereby certify that on this the 15th day of November, 2023, I electronically filed the foregoing with Clerk of the Court using the ECF system which will provide notice to all counsel of record.

*/s/ Ned A. Nelson*
Ned A. Nelson