IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE, ET AL.　　　　　　PLAINTIFFS

VS.　　　　　　　　　　　　　　　　CASE NO. 3:23-cv-00272-HTW-LGI

TATE REEVES, in his official capacity
As Governor of the State of Mississippi, ET AL.　　　　　　DEFENDANTS

### ORDER GRANTING STATE DEFENDANTS' AND CHIEF JUSTICE RANDOLPH'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION RE H.B. 1020 § 4 AND § 5

THIS CAUSE having come before the Court on the *State Defendants' Motion for Extension of Time to Respond to Plaintiffs' Motion for Preliminary Injunction re H.B. 1020 § 4 and § 5 [ECF #110]* [ECF #112], and Chief Justice Randolph's Joinder to the State Defendants' Motion for Extension of Time [ECF #113], the Court, having considered the same and otherwise being fully advised in the premises, finds that said motions are well taken and should be **GRANTED**.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the *State Defendants' Motion for Extension of Time to Respond to Plaintiffs' Motion for Preliminary Injunction re H.B. 1020 § 4 and § 5* [ECF #112] and the Chief Justice's Joinder thereto [ECF #113] , hereby are **GRANTED**, and the State Defendants and Chief Justice Randolph shall have until and including Thursday, December 7, 2023, to file their response to *Plaintiffs' Motion for a Preliminary Injunction re H.B. 1020 § 4 and § 5 [ECF #110]*.

**SO ORDERED AND ADJUDGED**, this the 17th day of November, 2023.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE