IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

National Association for the
Advancement of Colored People,
et al                                                                                                    Plaintiffs

vs.                                                                            Case No. 3:23-cv-272-HTW-LGI

Tate Reeves, in his official capacity
as Governor of the State of Mississippi,
et al                                                                                                    Defendants

### Notice of Hearing

Please take notice that Defendant, Michael K. Randolph, in his official capacity as Chief Justice of the Mississippi Supreme Court, will call up for hearing his *Motion to Strike* before Honorable Henry Wingate, at the Federal Courthouse in Jackson, Mississippi on December 19, 2023, beginning at 1:30 p.m. Please accept this as your notice to attend and participate as you deem appropriate.

This, November 24, 2023.

Respectfully submitted,

Michael K. Randolph, in his
official capacity as Chief Justice
of the Mississippi Supreme Court

*/s/ Mark A. Nelson*
By:_____
Mark A. Nelson, MB #3808

Of Counsel:

Mark A. Nelson, MB #3808
Ned A. Nelson, MB #105712
Nelson Law PLLC
7 Woodstone Plaza, Ste. 7
Hattiesburg, MS  39402
Telephone:  601.602.6031
Facsimile:  601.602.3251
mark@nelsonfirm.law
ned@nelsonfirm.law

### Certificate of Service

I, Mark A. Nelson, hereby certify that on this the 24th day of November, 2023, I electronically filed the foregoing with Clerk of the Court using the ECF system which will provide notice to all counsel of record.

*/s/ Mark A. Nelson*
Mark A. Nelson