## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**NATIONAL ASSOCIATION FOR THE**
**ADVANCEMENT OF COLORED PEOPLE, ET AL.**                **PLAINTIFFS**

**VS.**                                        **CASE NO. 3:23-cv-00272-HTW-LGI**

**TATE REEVES, in his official capacity**
**As Governor of the State of Mississippi, ET AL.**            **DEFENDANTS**

### DECLARATION OF WESLEY "BO" LUCKEY

I make the following declaration pursuant to 28 U.S.C. § 1746:

1.  My name is Wesley "Bo" Luckey. I am currently the Chief of the Office of Capitol Police, a division of the Mississippi Department of Public Safety that exercises various law enforcement powers and duties under Mississippi law, including with respect to protecting life and property within the boundaries of the Capitol Complex Improvement District (CCID) located in Jackson, Hinds County, Mississippi. I have been the Chief of the Capitol Police since May of 2022. As part of my current duties as Chief of the Office of Capitol Police, I have responsibility for oversight of the Office of Capitol Police, which operates within the CCID. I have personal knowledge of the matters set forth in this declaration and am competent to make this declaration.

2.  The goal of the Office of Capitol Police is to provide excellent service and protection to the residents, visitors, employees, elected and appointed officials within the boundaries of the CCID.

3.  On April 21, 2023, Mississippi Governor Tate Reeves signed House Bill 1020 and Senate Bill 2343 into law. Among other things, these laws expand the law enforcement duties of the Capitol Police and the geographical boundaries of the CCID. Pursuant to Section 8 of House

1


EXHIBIT B

Bill 1020, the expanded geographical boundaries of the CCID shall take effect on July 1, 2024, doubling the size of primary jurisdiction of the Capitol Police from approximately nine (9) square miles to approximately eighteen (18) square miles.

4. When I assumed the duties of Chief of the Capitol Police in May of 2022, the Office of Capitol Police consisted of approximately sixty-three (63) officers and fielded 200-400 service calls per month. Since that time, and to further complement the expanded role of the Capitol Police within the CCID, the Capitol Police force has increased to approximately one hundred sixty (160) officers, with plans to increase that number to as many as two hundred thirty (230) officers in the foreseeable future. The Capitol Police force now fields approximately 17,000-18,000 service calls per month.

5. Before the expansion of the Capitol Police force, in 2021, Capitol Police made two felony arrests and issued no misdemeanor charges. Between January 1, 2023, and early November 2023, Capitol Police made approximately 610 felony arrests and issued approximately 223 misdemeanor charges. It is expected that the number of felony arrests and misdemeanor charges will only increase when the geographic boundaries of the CCID are expanded effective July 1, 2024.

6. The Office of the Capitol Police has also increased the number of investigators it employs. When I assumed my responsibilities as Chief of the Capitol Police, the Capitol Police had one investigator. It now employs eleven investigators.

7. The Office of the Capitol Police has increased its infrastructure traditionally associated with investigating and responding to criminal activity, including but not limited to the purchase of body cameras and non-lethal weapons.

8. The Office of the Capitol Police is a diverse workforce. Of its current workforce, approximately seventy-five percent (75%) are black, including two of its three Assistant Chiefs and multiple command-level officers.

9. Based on my experience as Chief of the Capitol Police and the experience of the Capitol Police in interfacing with the Jackson/Hinds County criminal justice system, the CCID Court will provide important practical benefits to the administration of criminal justice in the CCID. For example, it will ensure that initial processing of the additional 600+ felony cases per year generated by the Capitol Police are not added to the existing backlog of criminal cases pending in the Hinds County court system, and particularly in the Hinds County Justice Court, where the majority of Capitol Police arrests are currently processed.

10. Additionally, the CCID Court will increase the ease and speed with which Jackson citizens can complete the necessary witness affidavit paperwork required for the prosecution of certain crimes not witnessed by the police. Because of the backlog of criminal cases in Hinds County, residents in Hinds County are presently often forced to wait several hours in Justice Court to swear out an affidavit related to a criminal offense, causing some residents to simply give up and leave without completing the necessary paperwork. With the creation of the CCID Court, the wait time to swear out an affidavit to support a criminal charge should be decreased significantly, meaning that offenders who might not otherwise be brought to justice for lack of witness affidavits will actually be prosecuted.

11. Further, the CCID Court will provide Capitol Police with an additional needed judicial vehicle for obtaining search warrants necessary to investigate crimes—warrants that some Hinds County judges categorically refuse to sign for the Capitol Police under any circumstances. It will also provide another judge to conduct preliminary hearings and bond hearings in felony

cases. It is my professional view as Chief of the Capitol Police that the CCID Court will be a vital component for increasing the efficiency and effectiveness of the Hinds County criminal justice system in conjunction with the expanded role of the Capitol Police force.

12. As Chief of the Capitol Police, I am involved in ongoing efforts at community engagement and professional partnering, including attending regular public forum meetings with Jackson residents and working to foster a positive professional working relationship with the Jackson Police Department and the Hinds County Sheriff's Office. These efforts have resulted in a significant improvement in community relations in recent months, with support for the Capitol Police force being vocalized by Jackson citizens across racial lines. A WAPT news story featuring one such recent community meet-and-greet may be viewed at the following link:

https://www.youtube.com/watch?v=XvxlIPsYWmM

I hereby certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: December 5th, 2023.

WESLEY "BO" LUCKEY