**WLBT3 ON YOUR SIDE**

☰ News   Watch Live   3 On Your Side Investigates

60° Jackson, MS

ADVERTISEMENT



Canton Christmas Festival — Now - Dec 23

# Woman shot to death at traffic light on Fortification St.



By Bob Burks
Published: Aug. 18, 2017 at 5:02 AM CDT | Updated: Aug. 18, 2017 at 3:40 PM CDT



WLBT 3 ON YOUR SIDE — First Alert Weather Deck


EXHIBIT F



Source: Facebook



Source: WLBT



Source: WLBT



Source: WLBT

ADVERTISEMENT



JACKSON, MS (Mississippi News Now) - A woman is dead after being shot in her car at a traffic light in Jackson Thursday night.

At 11:48 p.m. Jackson police responded to the area of Fortification St. near I-55 regarding a shooting. When officers arrived, they found a 23-year-old woman shot in the driver's seat of a white Pontiac G6.

She was later identified as 23-year-old Chelsie Lynn Kirschten.

Kirschten suffered a single gunshot wound to the upper back and was pronounced dead on scene. During the course of the investigation, police learned that the victim and a front seat passenger were stopped at the intersection of Fortification St. near State St. waiting for the traffic signal to change, when an unidentified black male approached the car from the driver's side armed with a silver handgun.

ADVERTISEMENT



The suspect, wearing dark colored clothing, fired a single gunshot through the front driver side window of the car then ran off, according to police.

The car continued to travel eastbound on Fortification St. and came to a stop near the interstate. The motive for the shooting has not been determined at this time.

This is Jackson's 37th homicide investigation for 2017.

Anyone with any information regarding this incident is urged to contact the Jackson Police Department at 601-960-1234 or 601-355-TIPS (8477).

Copyright 2017 MSNewsNow. All rights reserved.

Taboola Feed

**Parents Of Children With ADHD, If You Took Tylenol While Pregnant -Sign Up For A Claim**
Parents of children with autism or ADHD may be entitled to significant compensation.
Autism & ADHD Claims | Sponsored
Sign Up

**A Toy That Kids Are Crazy About, An Intelligent Robot**
Singing and dancing in response to your movements, it's truly unlike any toy you've seen before.
Tiffany | Sponsored
Learn More

**Meet Volt, the world's first indoor and outdoor pizza oven.**
From the world's No.1 Pizza Oven company - Ooni Volt Electric Pizza Oven has landed!
Ooni Pizza Ovens | Sponsored
Learn More

**Grandma Attacked Outside Store In Jackson**
SafeAlarm | Sponsored
Learn more

**Girl (23) Marries Homeless Man - Guests At Wedding Laugh Until He Reveals His Wedding Gift**
people-today.com | Sponsored

**Look For Any High School Yearbook, It's Free**
Classmates | Sponsored