# WLBT3 ON YOUR SIDE

56° Jackson, MS

News   Watch Live   3 On Your Side Investigates

ADVERTISEMENT

Your water system is changing for the better. See How ▶   JXN water

# Jackson news anchor, family threatened at gunpoint while trick-or-treating in Belhaven



By C.J. LeMaster
Published: Nov. 1, 2021 at 9:28 PM CDT



JACKSON, Miss. (WLBT) - Three men with guns threatened to kill a Jackson news anchor, her husband and their small children over a vehicle Sunday night while the family was trick-or-treating in Belhaven.

The robbers approached news anchor Megan West and her husband, attorney Matt Allen, on St. Ann Street, after the couple had already put one child in the car, father-in-law Ben Allen said.

Ben Allen told 3 On Your Side the suspects, believed to be in their teens, put guns to their heads, including one of the children.

Ben Allen recalls that his son told the gunmen that the keys were in the car.



ADVERTISEMENT
Get a great vehicle. Support a great cause.
2024 OUTBACK
Your water system is changing for the better. See How ▶

EXHIBIT G

"She said, 'Well, I've got my baby in the backseat. Let me get my baby out of the backseat,' thinking they were gonna go in there and find the keys and take the car and leave," Ben Allen said. "And they said 'You can.' So she got the baby. And then they got even angrier when they couldn't find the keys because they didn't know they were in the backseat. And so they come to her again, two guns on her, one on the kid, saying 'We're gonna blow your head off.'"

At that point, Ben Allen said his son told her to run, and the two carried their children away from the car and ran to their home, which was nearby.

The suspects weren't able to steal the car because they never found the keys, Ben Allen said, and that's because one of the children put the car keys in his candy bucket.



Ben Allen, who still lives in Jackson, believes there are still reasons to live in Jackson, but what happened to his family is inexcusable.

"It breaks my heart the disintegration of this city that I see before my eyes, before your eyes, or for anybody. If they deny it, they're either blind or they're lying," Ben Allen said. "These alleged human beings have put pistols in the face of a four-year-old and a six-year-old, dog cussing them, threatening to blow their brains out. It's hard to process."

He praised JPD's response, though, telling us that detectives spent hours with the family and showed them photo line-ups to see if they recognized the gunmen.

But Ben Allen said he hears only excuses about Jackson's crime problems from city leaders, particularly Mayor Chokwe Antar Lumumba, who has repeatedly said the root causes of crime need to be addressed to truly make an impact.



"If I hear 'root causes' from the mayor, I'm going to vomit. What is the root cause of putting a pistol in a four- year-old's face? It's called hate. It's called evil. It's called meanness. It's called no home training," Ben Allen said.

*Copyright 2021 WLBT. All rights reserved.*

Taboola Feed

**Make personalized gifts in minutes that they'll love forever**
Turn your photos into holiday gifts and enjoy up to 50% off, whether you have photos from vacations, family reunions, or everyday activities
Shutterfly | Sponsored

**#1 Tip For Hair Thinning**
HLV | Sponsored

**Roofers Tested 17 Gutter Guards...Here's What They Discovered**
HomeBuddy | Sponsored                                                                 Read More

**If You Are 45 Years Old, this Strategic Game is a Must-Have**
Forge Of Empires - Free Online Game | Sponsored                                       Learn More

**"My Neighbor Is A Monster": Satisfying Revenge Stories**
My neighbor's kids repeatedly harassed my dog, so I plotted revenge.
Money Awaits | Sponsored                                                              Click Here