## DECLARATION OF GLENN KORNBREK

I make the following declaration pursuant to 28 U.S.C. § 1746:

1. My name is Glenn Robert Kornbrek. I am currently the Deputy Executive Director of the Mississippi Department of Finance and Administration ("DFA"), an executive branch agency of the State of Mississippi that exercises various powers and duties under Mississippi law, including with respect to state-owned real property. I have been employed by DFA for approximately nineteen (19) years. As part of my current duties as Deputy Executive Director, I have responsibility for oversight of the Office of Capitol Facilities, which operates and maintains the Capitol Complex buildings and grounds and the Bureau of Building, Grounds and Real Property Management, which administers state-funded capital projects statewide. I have personal knowledge of the matters set forth in this declaration.

2. On April 21, 2023, Mississippi Governor Tate Reeves signed House Bill 1020 (2023 Regular Session) ("HB 1020") into law. Among other things, HB 1020 establishes the Capitol Complex Improvement District (CCID) inferior court. Section 7 of HB 1020 requires DFA, in conjunction with the Administrative Office of the Court to "designate a suitable location or building for the purpose of allowing the Capitol Complex Improvement District (CCID) inferior court to hold court." Pursuant to Section 4 of HB 1020, the Capitol Complex Improvement District (CCID) inferior court shall commence operations on January 1, 2024.

3. DFA has designated the recently renovated first floor auditorium of the War Memorial Building, 120 South State Street, Jackson, Mississippi 39201, as the temporary space to house the Capitol Complex Improvement District (CCID) inferior court. This space will be available on or before January 1, 2024.

**EXHIBIT I**

4. In 2022, the Mississippi Legislature appropriate funds to purchase and renovate the old Wright and Ferguson Funeral Home, 350 High Street, Jackson, Mississippi 39201, to serve as the headquarters building for the Capitol Police.

5. DFA has designated space in phase 2 of the renovation project underway at the old Wright and Ferguson Funeral Home as the permanent space to house the Capitol Complex Improvement District (CCID) inferior court. A preliminary plan diagram of the proposed permanent space to house the Capitol Complex Improvement District (CCID) inferior court is attached hereto as Exhibit A.

6. DFA has retained the services of WFT Architects, P.A. to do design work for the permanent space to house the Capitol Complex Improvement District (CCID) inferior court, and design efforts are ongoing.

7. Based on the current schedule, DFA estimates that construction on phase 2 of the renovation project at the old Wright and Ferguson Funeral Home will commence on April 1, 2024, with an estimated completion date of December 31, 2024.

8. Based on the current schedule, DFA estimates that the Capitol Complex Improvement District CCID inferior court will be able to move into its permanent space at the old Wright and Ferguson Funeral Home on January 1, 2025.

I hereby certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: November 30, 2023.

_____
GLENN R. KORNBREK



| | | |
|---|---|---|
| A1 | GS# 383-002<br>**FACILITY IMPROVEMENTS (CCID COURT)**<br>350 High Street   Jackson, Mississippi<br>Department of Finance & Administration | WFT · ARCHITECTS · P.A.<br>Architecture·HistoricPreservation<br>C. Lawson Newman, AIA   Wesley A. Harp, AIA<br>770 North State Street   Jackson, Mississippi  39202<br>P 601 352 4691   email: mail@wftarchitect.com |

CONCEPT PLAN
NOT FOR CONSTRUCTION