AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| NAACP, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:23-cv-272-HTW-LGI |
| LYNN FITCH, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 12/18/2023

/s/ John Powers
*Attorney's signature*

John Powers (DC 1024831)
*Printed name and bar number*

United States Department of Justice
Civil Rights Division
950 Pennsylvania Ave NW, 4CON 8th Floor
Washington DC 20530
*Address*

john.powers@usdoj.gov
*E-mail address*

(800) 253-3931
*Telephone number*

(202) 397-3961
*FAX number*

CERTIFICATE OF SERVICE

I, John Powers, hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court using the MEC system, which sent notification to all counsel of record.

Dated: December 18, 2023

/s/ John Powers
JOHN POWERS
