IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

National Association for the
Advancement of Colored People,
et al                                                                                                      Plaintiffs

vs.                                                              Case No. 3:23-cv-272-HTW-LGI

Tate Reeves, in his official capacity
as Governor of the State of Mississippi,
et al                                                                                   Defendants

**<u>Order</u>**

      This action came on for hearing on December 19, 2023.  After having considered all pleadings, motions, memorandum, multiple hearings and prior orders, written and oral, including but not limited to the Court's June 1, 2023, Order of Dismissal based on immunity (Doc. 45), the Court finds that the Chief Justice Michael K. Randolph, should be dismissed with prejudice for all purposes.

      The Court does and hereby orders that the Defendant, Chief Justice Michael K. Randolph, be, and hereby is, dismissed with prejudice for all purposes.

      So ordered, this, the 20th day of December, 2023.

                                                              /s/HENRY T. WINGATE
                                                              UNITED STATES DISTRICT JUDGE

Submitted by:

Mark A. Nelson, MB #3808
Ned A. Nelson, MB #105712
Nelson Law PLLC
7 Woodstone Plaza, Ste. 7
Hattiesburg, MS  39402
Telephone:  601.602.6031
Facsimile:  601.602.3251