### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, ET AL.,<br><br>*Plaintiffs*,<br><br>v.<br><br>TATE REEVES, in his official capacity as Governor of the State of Mississippi, ET AL.,<br><br>*Defendants*. | Case No. 3:23-cv-272-HTW-LGI<br><br>**PLAINTIFFS' NOTICE OF APPEAL OF CONSTRUCTIVE DENIAL OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION RE H.B. 1020 § 4 AND § 5** |

Plaintiffs hereby give notice that they appeal to the U.S. Court of Appeals for the Fifth Circuit from the Court's constructive denial of their motion for a preliminary injunction with respect to H.B. 1020 § 4 and § 5 (Dkt. 110), including the Court's December 28, 2023 refusal to grant Plaintiffs' motion for an injunction pending appeal (Dkt. 128).  Because H.B. 1020 § 4 and § 5 go into effect on January 1, 2024, Plaintiffs are constrained to appeal at this time in order to give the Court of Appeals an opportunity to rule on Plaintiffs' emergency motion for an injunction pending appeal and for a temporary administrative injunction by 11:59 p.m. today, December 31, 2023.

A motion for preliminary injunction is constructively denied for purposes of taking an appeal "when a court declines to make a formal ruling on a motion for a preliminary injunction, but its action has the effect of denying the requested relief."  11A Wright & Miller, Federal Practice and Procedure § 2962 (3d ed.); *see also Clarke v. Commodity Futures Trading Comm'n*, 74 F.4th 627, 635 (5th Cir. 2023) (allowing immediate appeal of district court

inaction that "ha[s] the practical effect of" denying a preliminary injunction (quoting *Carson v. Am. Brands, Inc.*, 450 U.S. 79, 83 (1981))).

Respectfully submitted this 31st day of December, 2023.

<div style="display: flex;">

*/s/ Mark H. Lynch*
Eric H. Holder, Jr.,* DC Bar # 303115
Megan A. Crowley,* DC Bar # 1049027
Gary S. Guzy,* DC Bar # 375977
Mark H. Lynch,* DC Bar # 193110
Brenden J. Cline,* DC Bar # 1021317
David Leapheart,* DC Bar # 1032122
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-6000
Fax: (202) 662-6291
eholder@cov.com
mcrowley@cov.com
gguzy@cov.com
mlynch@cov.com
bcline@cov.com
dleapheart@cov.com

*Counsel for NAACP*

**Pro Hac Vice*

*/s/ Carroll Rhodes*
Carroll Rhodes, MS Bar # 5314
**LAW OFFICES OF CARROLL RHODES**
POST OFFICE BOX 588
HAZLEHURST, MS 39083
Telephone: (601) 894-4323
Fax: (601) 894-1464
crhode@bellsouth.net

Joe R. Schottenfeld,* DC Bar # 1735796
**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**
4805 Mt. Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
Fax: (410) 358-9350
jschottenfeld@naacpnet.org

*Counsel for All Plaintiffs*

</div>