# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 31, 2023

Lyle W. Cayce
Clerk

———————

No. 23-60647

———————

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED
PEOPLE, NAACP; MISSISSIPPI STATE CONFERENCE OF THE
NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED
PEOPLE, MISSISSIPPI NAACP; JACKSON CITY BRANCH OF THE
NAACP, JACKSON NAACP; DERRICK JOHNSON;
FRANK FIGGERS; CHARLES TAYLOR; MARKYEL PITTMAN;
CHARLES JONES; NSOMBI LAMBRIGHT-HAYNES,

*Plaintiffs—Appellants*,

*versus*

SEAN TINDELL, *in his official capacity as Commissioner of Public Safety*;
BO LUCKEY, *in his official capacity as Chief of the Mississippi Department of
Public Safety Office of Capitol Police*; LYNN FITCH, *in her official capacity as
Attorney General of the State of Mississippi*,

*Defendants—Appellees*.

———————————————————

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:23-CV-272

———————————————————

UNPUBLISHED ORDER

Before SMITH, ELROD, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that the motion for an injunction pending appeal is CARRIED WITH THE CASE.  The alternative motion for a temporary administrative stay is GRANTED until noon Friday January 5, 2024.

The district court is DIRECTED to issue a final appealable order by noon Wednesday January 3, 2024.

Nothing in this order is to be construed as indicating any view on the merits of any issue.