# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 31, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60647   NAACP v. Tindell
                  USDC No. 3:23-CV-272

Enclosed is an order entered in this case.


Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Christina C. Rachal, Deputy Clerk
504-310-7651

Mr. Brenden Cline
Mr. Arthur S. Johnston III
Mr. Mark H. Lynch
Mr. Carroll E. Rhodes
Mr. Rex Morris Shannon III