# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 04, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-60647   NAACP v. Tindell
               USDC No. 3:23-CV-272

Enclosed is the opinion entered in the case captioned above.


        Sincerely,

        LYLE W. CAYCE, Clerk

        *Christina Rachal*

        By: _____
        Christina C. Rachal, Deputy Clerk
        504-310-7651

Mr. Brenden J. Cline
Mr. Arthur S. Johnston III
Mr. Mark H. Lynch
Mr. Mark A. Nelson
Mr. Ned Andrew Nelson
Mr. Carroll E. Rhodes
Mr. Rex Morris Shannon III