**TRANSCRIPT ORDER FORM (DKT-13)** – <span style="color:red">**READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**</span>

District Court: Southern District of Mississippi, Northern Division    District Court Docket No. 3:23-cv-00272-HTW-LGI

Short Case Title: National Association for the Advancement of Colored People et al v. Reeves et al

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Caroline Morgan

Date Notice of Appeal Filed in the District Court: Dec. 31, 2023    Court of Appeals No. 23-60647

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**
☐ No hearings ☐ Transcript is unnecessary for appeal purposes ☒ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**
This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____
Other proceedings not listed above: _____

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| May 22, 2023 | Hearing | District Judge Henry T. Wingate |
| June 14, 2023 | Hearing | District Judge Henry T. Wingate |
| June 29, 2023 | Hearing | District Judge Henry T. Wingate |
| Jan. 3, 2024 | Hearing | District Judge Henry T. Wingate |

<span style="color:red">**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**</span>

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
☒ Private Funds;  ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;  ☐ Advance Payment Waived by Reporter;  ☐ U.S. Government Funds
☐ Other _____

Signature: /s/ Brenden J. Cline    Date Transcript Ordered: 5/23/23, 6/15/23, 6/29/23, 1/3/24
Print Name: Brenden J. Cline    Phone: 202-662-5194
Counsel for: National Association for the Advancement of Colored People
Address: Covington & Burling, LLP, One CityCenter, 850 Tenth Street, NW, Washington, DC 20001
Email of Attorney: bcline@cov.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.
Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____    Actual Number of Volumes _____

Date _____ Signature of Reporter _____