IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**, *et al.*,<br><br>*Plaintiffs*,<br><br>and<br><br>**UNITED STATES OF AMERICA**,<br><br>*Proposed Plaintiff-Intervenor*,<br><br>v.<br><br>**LYNN FITCH**, in her official capacity as Attorney General of the State of Mississippi, and **STATE OF MISSISSIPPI**, *et al.*,<br>*Defendants*. | Civil Action No.<br>3:23-cv-272-HTW-LGI |

### NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL

John Powers hereby submits this Notice of Substitution and Withdrawal of Counsel. Mr. Powers is leaving the U.S. Department of Justice effective January 12, 2024. The above-styled civil action has been reassigned within the Department of Justice to Robert Weiner, at the address and telephone numbers shown below.

Robert Weiner is hereby substituted and should be docketed as counsel of record and recipient of all ECF notifications in this case. John Powers is hereby withdrawn as counsel for the Proposed Plaintiff-Intervenor, United States of America, and future ECF notifications to him should be terminated.

Dated: January 12, 2024

                                                  Respectfully submitted,

                                                  ROBERT WEINER (DC 298133)
                                                  Civil Rights Division
                                                  U.S. Department of Justice
                                                  950 Pennsylvania Ave NW
                                                  Washington, D.C. 20530
                                                  Phone: 202-701-3082
                                                  robert.weiner@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2024, I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification to all counsel of record.

Dated: January 12, 2024

                                                             /s/ *John Powers*
                                                              JOHN POWERS