MISSISSIPPI LEGISLATURE                                REGULAR SESSION 2023

By: Senator(s) Fillingane, Michel                      To: Judiciary, Division B

SENATE BILL NO. 2343
(As Sent to Governor)

AN ACT TO AMEND SECTION 45-1-19, MISSISSIPPI CODE OF 1972, TO REVISE THE JURISDICTION OF THE DEPARTMENT OF PUBLIC SAFETY IN THE CAPITOL COMPLEX IMPROVEMENT DISTRICT; TO PROVIDE THAT THE JURISDICTION OF THE DEPARTMENT OF PUBLIC SAFETY IN THE CITY OF JACKSON SHALL NOT BE PRIMARY AND SHALL BE CONCURRENT WITH THE JURISDICTION OF THE CITY OF JACKSON, MISSISSIPPI, AND THAT OF HINDS COUNTY, MISSISSIPPI; AND FOR RELATED PURPOSES.

BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

**SECTION 1.**  Section 45-1-19, Mississippi Code of 1972, is amended as follows:

45-1-19.  (1)  The Department of Public Safety, through the Office of Capitol Police, shall have jurisdiction relative to the enforcement of all laws of the State of Mississippi on the properties, from curb to curb, including adjoining streets, sidewalks and leased parking lots within the Capitol Complex, set forth in Section 29-5-2, <u>the Governor's mansion,</u> the **\* \* \*** <u>Supreme Court</u> Building, the Mississippi Department of Transportation Building and the Public Employees' Retirement System Building, and any property purchased, constructed or otherwise acquired by the State of Mississippi for conducting state business and not

21 specifically under the supervision and care by any other state
22 entity, but which is reasonably assumed the Department of Public
23 Safety would be responsible for such.  The Department of Public
24 Safety shall, through any person or persons appointed by the
25 commissioner, make arrests for any violation of any law of the
26 State of Mississippi on the grounds of or within those properties.
27 The Department of Public Safety shall, in addition, enforce the
28 provisions of this section and Sections 29-5-57 through 29-5-67,
29 29-5-73 through 29-5-75, and 29-5-81 through 29-5-95, and
30 prescribe such rules and regulations as are necessary therefor.
31 The powers and duties related to the administration of Sections
32 29-5-57 through 29-5-67, 29-5-73 through 29-5-75, and 29-5-81
33 through 29-5-95 shall remain with the Department of Finance and
34 Administration.
35     (2)  Subject to the approval of the Board of Trustees of
36 State Institutions of Higher Learning, the Board of Trustees and
37 the Department of Public Safety shall be authorized to enter into
38 a contract for the Department of Public Safety to supply the
39 security personnel with jurisdiction to enforce all laws of the
40 State of Mississippi on the property of the Board of Trustees
41 located at the corner of Ridgewood Road and Lakeland Drive in the
42 City of Jackson.
43     (3)  The Department of Public Safety and the Department of
44 Agriculture are authorized to enter into a contract for the
45 Department of Public Safety to have jurisdiction and enforce all

46  laws of the State of Mississippi on the property of the Department
47  of Agriculture located at 121 North Jefferson Street and the new
48  Farmers Market Building located at the corner of High and
49  Jefferson Streets in the City of Jackson, Hinds County,
50  Mississippi.  It is the intent of the Legislature that the
51  Department of Public Safety will not post any security personnel
52  at such buildings, but will provide regular vehicle patrols and
53  responses to security system alarms.
54       (4)  The Department of Public Safety and the **\*** **\*** **\*** Department
55  of Agriculture are authorized to enter into a contract for the
56  Department of Public Safety to have jurisdiction and enforce all
57  laws of the State of Mississippi on the property of the **\*** **\*** **\***
58  Department of Agriculture known as the "Mississippi State
59  Fairgrounds Complex" and any and all of its outlying buildings and
60  property.  The Department of Public Safety and the **\*** **\*** **\***
61  Department of Agriculture are authorized to enter into a contract
62  for the Department of Public Safety to supply the security
63  personnel to the **\*** **\*** **\*** Department of Agriculture with jurisdiction
64  to enforce all laws of the State of Mississippi on this property
65  and any and all buildings on this property.  The Department of
66  Public Safety is authorized to charge the Department of
67  Agriculture a fee for security services provided for special
68  events at the Mississippi State Fairgrounds Complex.  The fee
69  charged will be commensurate with the cost associated with the
70  Department of Public Safety providing those services.

71        (5)   The Department of Public Safety and the Department of
72   Revenue are authorized to enter into a contract for the Department
73   of Public Safety to supply the security personnel with
74   jurisdiction to enforce all laws of the State of Mississippi at
75   the Alcoholic Beverage Control facility and the Department of
76   Revenue main office.

77        (6)   <u>(a)</u>  The Department of Public Safety shall have <u>primary</u>
78   jurisdiction relative **\*\*\*** <u>to any other state or municipal law</u>
79   <u>enforcement agency to enforce</u> all laws of the State of Mississippi
80   within the boundaries of the Capitol Complex Improvement District
81   created in Section 29-5-203<u>; such enforcement shall be its primary</u>
82   <u>function</u>.  The Department of Public Safety **\*\*\*** <u>may</u>, through any
83   person or persons appointed by the Department of Public Safety,
84   make arrests for any violation of any law of the State of
85   Mississippi <u>and violations of the City of Jackson's traffic</u>
86   <u>ordinances or ordinances related to the disturbance of the public</u>
87   <u>peace</u> which occurs within the boundaries of the district <u>and</u>
88   <u>within the boundaries of the City of Jackson</u>.  <u>The Department of</u>
89   <u>Public Safety may choose to present cases to either the District</u>
90   <u>Attorney or the prosecuting attorneys designated by the Attorney</u>
91   <u>General for prosecution of any violation of law that accrues or</u>
92   <u>occurs, in whole or in part, within the boundaries established by</u>
93   <u>Section 29-5-203.</u>  The jurisdiction of the Department of Public
94   Safety <u>granted</u> under this subsection (6) shall be concurrent with
95   the jurisdiction of the City of Jackson, Mississippi, and that of

```
 96    Hinds County, Mississippi within the boundaries of the Capitol
 97    Complex Improvement District created in Section 29-5-203.  At any
 98    time and/or during any event necessitating the coordination of
 99    and/or utilization at multiple jurisdictions, as determined by the
100    Chief of Capitol Police or the Commissioner of the Department of
101    Public Safety shall be the lead agency when the event occurs on
102    property as defined herein that is owned or leased by the state as
103    provided in subsection (1) of this section.  The jurisdiction and
104    authority of the Department of Public Safety under this subsection
105    (6) shall be in addition to any other jurisdiction and authority
106    provided to the department under this section or any other law.
107         (b)  The Department of Public Safety shall have
108    jurisdiction relative to the enforcement of all laws of the State
109    of Mississippi within the boundaries of the City of Jackson,
110    Mississippi.  The Department of Public Safety may, through any
111    person or persons appointed by the Department of Public Safety,
112    make arrests for any violation of any law of the State of
113    Mississippi which occurs within the boundaries of the City of
114    Jackson.  The jurisdiction of the Department of Public Safety
115    granted under this paragraph (b) shall not be primary and shall be
116    concurrent with the jurisdiction of the City of Jackson,
117    Mississippi, and that of Hinds County, Mississippi.
118         (c)  Written approval from the Chief of the Capitol
119    Police or the Commissioner of the Department of Public Safety
120    shall be required before any event occurs which will take place on
```

```
121  any street or sidewalk immediately adjacent to any building or
122  property owned or occupied by any official, agency, board,
123  commission, office or other entity of the State of Mississippi, or
124  which can reasonably be expected to block, impede or otherwise
125  hinder ingress thereto and/or egress therefrom.  The Department of
126  Public Safety shall promulgate rules and regulations to effectuate
127  the provisions of this paragraph (c).
128            (d)  The Chief of the Capitol Police and/or the
129  Commissioner of the Department of Public Safety, the Chief of the
130  Jackson Police Department, and the Sheriff of Hinds County shall
131  hold a regular meeting within the boundaries of the Capitol
132  Complex Improvement District to address the concerns of the
133  public.  Each meeting shall be called by the Chief of the Capitol
134  Police; and the first meeting shall be called by October 15, 2023.
135       (7)  The Department of Public Safety is authorized to enter
136  into a contract with any county for the county to take custody of
137  the misdemeanor offenders arrested under the authority granted
138  under this section.
139       (8)  All accrued personal leave earned pursuant to Section
140  25-3-93, accrued major medical leave earned pursuant to Section
141  25-3-95, accrued state compensatory leave earned pursuant to
142  Section 25-3-92, and compensatory leave earned pursuant to the
143  Fair Labor Standards Act (FLSA) shall transfer from the Department
144  of Finance and Administration to the Department of Public Safety
145  for all employees transferred under this section.
```

146     **SECTION 2.**  This act shall take effect and be in force from
147  and after July 1, 2023.

S. B. No. 2343  **|||||||||||||||||||||||||||||||||||||||**  **~ OFFICIAL ~**
23/SS26/R888SG           ST:  Department of Public Safety; revise
PAGE 7                   jurisdiction of.