IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, ET AL.,<br><br>*Plaintiffs*,<br><br>v.<br><br>TATE REEVES, in his official capacity as Governor of the State of Mississippi, ET AL.,<br><br>*Defendants*. | Case No. 3:23-cv-272-HTW-LGI<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO STATE DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION** |

 Plaintiffs respectfully move for leave to file the attached Surreply in Opposition to State Defendants' Motion to Dismiss for Lack of Subject-Matter Jurisdiction.

 Defendants' Rebuttal in Further Support of State Defendants' Motion to Dismiss for Lack of Subject-Matter Jurisdiction (Dkt. 157) invokes for the first time Rule 62.1's procedures for an indicative ruling on a motion for relief pending appeal. *See id.* at 2, 5-7. Defendants' arguments under that Rule were available to them when they filed their Motion to Dismiss, yet their Motion did not rely on that Rule. *See* Dkt. 151 (citing Fed. R. Civ. P. 12(b)(1) and 12(h)(3)). Nor did their 17-page Memorandum of Authorities mention the Rule. *See* Dkt. 152.

 Plaintiffs seek a fair opportunity to respond to Defendants' new arguments under this Rule. Accordingly, Plaintiffs respectfully request leave to file the attached Surreply, which addresses only Defendants' invocation of Rule 62.1.

1

Respectfully submitted this 14th day of February, 2024.

<div style="column-count:2">

*/s/ Mark H. Lynch*
Eric H. Holder, Jr. ,* DC Bar # 303115
Megan A. Crowley,* DC Bar # 1049027
Gary S. Guzy,* DC Bar # 375977
Mark H. Lynch,* DC Bar # 193110
Brenden J. Cline,* DC Bar # 1021317
David Leapheart,* DC Bar # 1032122
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-6000
Fax: (202) 662-6291
eholder@cov.com
mcrowley@cov.com
gguzy@cov.com
mlynch@cov.com
bcline@cov.com
dleapheart@cov.com

*Counsel for NAACP*

*Pro Hac Vice

*/s/ Carroll Rhodes*
Carroll Rhodes, MS Bar # 5314
**LAW OFFICES OF CARROLL RHODES**
POST OFFICE BOX 588
HAZLEHURST, MS 39083
Telephone: (601) 894-4323
Fax: (601) 894-1464
crhode@bellsouth.net

Joe R. Schottenfeld,* DC Bar # 1735796
**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**
4805 Mt. Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
Fax: (410) 358-9350
jschottenfeld@naacpnet.org

*Counsel for All Plaintiffs*

</div>