# EXHIBIT A

| | |
|---|---|
| **From:** | Patricia Nelson |
| **To:** | MSSDdb_Wingate_Chambers; Navketan Aujla |
| **Cc:** | crhode; Cline, Brenden; Leapheart, David; Holder, Eric Jr; Guzy, Gary; Schottenfeld, Joseph Rostain; Lynch, Mark; Crowley, Megan; Cliff Johnson; pwu@mscenterforjustice.org; rbm_mcdufflaw.com; Angela.Williams3@usdoj.gov; j.rich@usdoj.gov; john.russ@usdoj.gov; kaitlin.toyama@usdoj.gov; Mitzi.paige@usdoj.gov; victor.williamson@usdoj.gov; Mark Nelson; Gerald Kucia; Chad Williams; Wilson Minor; Ned Nelson; rex.shannon@ago.ms.gov |
| **Subject:** | Proposed Order; NAACP, et al. v. Reeves, et al.; No. 23-cv-00272-HTW-LGI |
| **Date:** | Wednesday, December 20, 2023 3:44:31 PM |
| **Attachments:** | Order.docx |
| | Order.pdf |

**[EXTERNAL]**

Dear Judge Wingate,

Attached is a proposed Order dismissing Chief Justice Michael K. Randolph.

Respectfully submitted,

Mark A. Nelson

*Patricia Nelson*
Legal Assistant/Office Manager
Nelson Law PLLC
7 Woodstone Plaza, Ste. 7
Hattiesburg,  MS  39402
601.602.6031

This email contains confidential and privileged information.  If you are not the intended recipient, please notify the sender immediately and delete this email, all copies and attachments.  Please call 601.602.6031 if you have any questions or comments.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

National Association for the
Advancement of Colored People,
et al                                                                                                                    Plaintiffs

vs.                                                 Case No. 3:23-cv-272-HTW-LGI

Tate Reeves, in his official capacity
as Governor of the State of Mississippi,
et al                                                                                                Defendants

**<u>Order</u>**

      This action came on for hearing on December 19, 2023. After having considered all pleadings, motions, memorandum, multiple hearings and prior orders, written and oral, including but not limited to the Court's June 1, 2023, Order of Dismissal based on immunity (Doc. 45), the Court finds that the Chief Justice Michael K. Randolph, should be dismissed with prejudice for all purposes.

      The Court does and hereby orders that the Defendant, Chief Justice Michael K. Randolph, be, and hereby is, dismissed with prejudice for all purposes.

      So ordered, this, the _____ day of December, 2023.

                                                                                                        _____
                                                                                                        UNITED STATES DISTRICT JUDGE

Submitted by:

Mark A. Nelson, MB #3808
Ned A. Nelson, MB #105712
Nelson Law PLLC
7 Woodstone Plaza, Ste. 7
Hattiesburg, MS  39402
Telephone:  601.602.6031
Facsimile:  601.602.3251