# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 06, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60647   NAACP v. Tindell
                    USDC No. 3:23-CV-272

Enclosed is the opinion entered in the case captioned above.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Whitney M. Jett, Deputy Clerk
                        504-310-7772

Mr. Brenden J. Cline
Mr. Arthur S. Johnston III
Mr. Mark H. Lynch
Mr. Justin Lee Matheny
Mr. Mark A. Nelson
Mr. Ned Andrew Nelson
Mr. Carroll E. Rhodes
Mr. Rex Morris Shannon III