IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

National Association for the
Advancement of Colored People,
et al                                                                                       Plaintiffs

vs.                                                Case No. 3:23-cv-272-HTW-LGI

Tate Reeves, in his official capacity
as Governor of the State of Mississippi;
et al                                                                Defendants

### Joinder in the Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 151) by Defendant, Michael K. Randolph, in his official position as Chief Justice of the Mississippi Supreme Court

      The Defendant, Michael K. Randolph, in his official capacity as Chief Justice of the Mississippi Supreme Court, joins in the State Defendants' Motion to Dismiss for lack of subject-matter jurisdiction (Doc. 151) and prays that the Court enter an Order dismissing the Plaintiffs' Complaint in its entirety.

      Respectfully submitted, this, the 11th day of March, 2024.

                                          Respectfully submitted,

                                          Michael K. Randolph, in his
                                          official capacity as Chief Justice
                                          of the Mississippi Supreme Court

                                          By: **/s/ Mark A. Nelson**
                                               Mark A. Nelson, MB #3808

Of Counsel:

Mark A. Nelson, MB #3808
Ned A. Nelson, MB #105712
Nelson Law PLLC
7 Woodstone Plaza, Ste. 7
Hattiesburg, MS 39402
Telephone: 601.602.6031
Facsimile: 601.602.3251
mark@nelsonfirm.law
ned@nelsonfirm.law

## Certificate of Service

I, Mark A. Nelson, hereby certify that on this the 11th day of March, 2024, I electronically filed the foregoing with Clerk of the Court using the ECF system which will provide notice to all counsel of record.

/s/ *Mark A. Nelson*
Mark A. Nelson