# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, ET AL., <br><br>*Plaintiffs*, <br><br>v. <br><br>TATE REEVES, in his official capacity as Governor of the State of Mississippi, ET AL., <br><br>*Defendants*. | Case No. 3:23-cv-272-HTW-LGI <br><br> **MOTION FOR WITHDRAWAL OF APPEARANCE** |

PLEASE TAKE NOTICE that, as of March 13, 2024, the undersigned counsel, David T. Leapheart, will no longer be associated with Covington & Burling LLP, counsel for Plaintiff NAACP. Pursuant to Local Civil Rule 83.1(b), Plaintiff moves this Court for an Order withdrawing Mr. Leapheart as counsel from the above-captioned action and its electronic case filing ("ECF") service. Plaintiff remains represented by other counsel, as reflected on the Court's docket.

Respectfully submitted this 11th day of March, 2024.

| | |
|---|---|
| _____ | /s/ Carroll Rhodes |
| David Leapheart,* DC Bar # 1032122 | Carroll Rhodes, MS Bar # 5314 |
| **COVINGTON & BURLING LLP** | **LAW OFFICES OF CARROLL RHODES** |
| One CityCenter | POST OFFICE BOX 588 |
| 850 Tenth Street NW | HAZLEHURST, MS 39083 |
| Washington, DC 20001 | Telephone: (601) 894-4323 |
| Tel: (202) 662-6000 | Fax: (601) 894-1464 |
| Fax: (202) 662-6291 | crhode@bellsouth.net |
| mlynch@cov.com | |
| dleapheart@cov.com | |
| *Counsel for NAACP* | |
| *Pro Hac Vice | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2024, I electronically filed the foregoing Motion for Withdrawal with the Clerk of the Court by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

_____
David T. Leapheart

2