

**A True Copy**
**Certified order issued Mar 12, 2024**

*Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals for the Fifth Circuit

_____

No. 23-60647
_____

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NAACP; MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, MISSISSIPPI NAACP; JACKSON CITY BRANCH OF THE NAACP, JACKSON NAACP; DERRICK JOHNSON; FRANK FIGGERS; CHARLES TAYLOR; MARKYEL PITTMAN; CHARLES JONES; NSOMBI LAMBRIGHT-HAYNES,

*Plaintiffs—Appellants,*

versus

SEAN TINDELL, *in his official capacity as Commissioner of Public Safety*; BO LUCKEY, *in his official capacity as Chief of the Mississippi Department of Public Safety Office of Capitol Police*; MICHAEL K. RANDOLPH, *in his official capacity as Chief Justice of the Mississippi Supreme Court*; LYNN FITCH, *in her official capacity as Attorney General of the State of Mississippi*,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:23-CV-272
_____

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of March 12, 2024, pursuant to the joint stipulation of the parties.

No. 23-60647

LYLE W. CAYCE<br>
Clerk of the United States Court<br>
of Appeals for the Fifth Circuit

By: _____
  Melissa V. Mattingly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT