# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 12, 2024

Mr. Arthur S. Johnston III
Southern District of Mississippi, Jackson
United States District Court
501 E. Court Street
Suite 2.500
Jackson, MS 39201

    No. 23-60647    NAACP v. Tindell
                         USDC No. 3:23-CV-272

Dear Mr. Johnston,

Enclosed is a copy of the judgment issued as the mandate.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Melissa V. Mattingly, Deputy Clerk
                         504-310-7719

cc w/encl:
    Mr. Brenden J. Cline
    Mr. Mark H. Lynch
    Mr. Justin Lee Matheny
    Mr. Mark A. Nelson
    Mr. Ned Andrew Nelson
    Mr. Carroll E. Rhodes
    Mr. Rex Morris Shannon III