IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, ET AL., <br><br>                              *Plaintiffs*, <br><br>   v. <br><br> TATE REEVES, in his official capacity as Governor of the State of Mississippi, ET AL., <br><br>                              *Defendants*. | Case No. 3:23-cv-272-HTW-LGI <br><br> **MOTION FOR WITHDRAWAL OF APPEARANCE** |

PLEASE TAKE NOTICE that, as of July 1, 2024, the undersigned counsel, Joseph R. Schottenfeld, will no longer be associated with the National Association for the Advancement of Colored People, counsel for Plaintiffs in this matter. Pursuant to Local Civil Rule 83.1(b), Plaintiff moves this Court for an Order withdrawing Mr. Schottenfeld as counsel from the above captioned action and its electronic case filing ("ECF") service. Plaintiffs remain represented by other counsel, as reflected on the Court's docket.

Respectfully submitted this 17th day of June, 2024.

| | |
|---|---|
| /s/ *Joseph R. Schottenfeld* | /s/ *Carroll Rhodes* |
| Joseph R. Schottenfeld,* DC Bar # 1735796 | Carroll Rhodes, Esq. MS Bar, # 5314 |
| **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE** | **LAW OFFICES OF CARROLL RHODES** |
| 4805 Mt. Hope Drive | POST OFFICE BOX 588 |
| Baltimore, MD 21215 | HAZLEHURST, MS 39083 |
| Tel: (410) 580-5777 | Telephone: (601) 894-4323 |
| Fax: (410) 358-9350 | Fax: (601) 894-1464 |
| jschottenfeld@naacpnet.org | crhode@bellsouth.net |

*\*Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2024, I electronically filed the foregoing Motion for Withdrawal with the Clerk of the Court by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Joseph R. Schottenfeld
Joseph R. Schottenfeld