**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br> *Plaintiffs*,<br><br>  v.<br><br>TATE REEVES, in his official capacity as Governor of the State of Mississippi, *et al.*<br><br>*Defendants*<br><br>JXN UNDIVIDED COALITION, *et al.*<br><br> *Plaintiffs*,<br><br>  v.<br><br>SEAN TINDELL, in his official capacity as Commissioner of the Mississippi Department of Public Safety, *et al.*<br><br>*Defendants* | Civil Action No. 3:23-cv-272-HTW-LGI<br>*Consolidated with*<br>Civil Action No. 3:23-cv-351-TSL-RPM |

**ENTRY OF APPEARANCE**

  The undersigned, who is a member of the bar of this Court, hereby enters his appearance in this Court as counsel for the Plaintiffs in *JXN Undivided Coalition, et al. v. Tindell, et al.* ("Coalition Plaintiffs").

1

Dated: June 26, 2024                    Respectfully Submitted,

*/s/ Blake Feldman*
Blake Feldman
MS Bar No. 106749
MISSISSIPPI CENTER FOR JUSTICE
Post Office Box 1023
Jackson, Mississippi 39215
bfeldman@mscenterforjustice.org

*Counsel for the Coalition Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing Entry of Appearance with the clerk of the court using the ECF system which sent notification to all counsel of record.

Submitted this the 26th day of June 2024.

*/s/ Blake Feldman*
Blake Feldman

*Counsel for the Coalition Plaintiffs*