# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

National Association for the
Advancement of Colored People,
et al                                                                         Plaintiffs

vs.                                       Case No. 3:23-cv-272-HTW-LGI

Tate Reeves, in his official capacity
as Governor of the State of Mississippi;
et al                                                  Defendants

## Motion for Certification for Appeal or Alternatively, Motion for Final Appealable Order

Defendant, Michael K. Randolph, in his official capacity as Chief Justice of the Mississippi Supreme Court, (Herein, "the Chief Justice"), files this Motion for Certification for Appeal or Alternatively, Motion for Final Appealable Order, and in support of the same would state as follows:

1. The Chief Justice brings this Motion pursuant to Fed. R. Civ. P. 54(b) seeking an Order certifying the prior Order(s) of the Court for appeal.

2. Alternatively, the Chief Justice seeks a Judgment or Order of this Court "from which an appeal lies" pursuant to Fed. R. Civ. P. 54(a).

3. In support of his Motion, the Chief Justice adopts and incorporates by reference, as if fully and completely set forth herein, the arguments and authorities set forth in their Memorandum Brief in Support of the Motion, being filed contemporaneously herewith.

Wherefore Premises Considered, the Chief Justice respectfully requests that the Court make and enter its Order pursuant to Federal Rule of Civil Procedure 54(b) certifying its prior order(s) concerning the dismissal of the Chief Justice. Alternatively, the Chief Justice respectfully requests that the Court make and enter a final Judgment or Order, "from which an appeal lies," dismissing the Chief Justice with prejudice with specific findings certifying said dismissal for appeal pursuant to Federal Rule of Civil Procedure 54(a).

Respectfully submitted, this the 30th day of September, 2024.

Respectfully submitted,

Michael K. Randolph, in his
official capacity as Chief Justice
of the Mississippi Supreme Court

By: */s/ Mark A. Nelson*
    Mark A. Nelson, MB #3808

Of Counsel:

Mark A. Nelson, MB #3808
Ned A. Nelson, MB #105712
Nelson Law PLLC
7 Woodstone Plaza, Ste. 7
Hattiesburg, MS  39402
Telephone:  601.602.6031
Facsimile:  601.602.3251
mark@nelsonfirm.law
ned@nelsonfirm.law

## Certificate of Service

I, Mark A. Nelson, hereby certify that on this the 30th day of September, 2024, I electronically filed the foregoing with Clerk of the Court using the ECF system which will provide notice to all counsel of record.

*/s/ Mark A. Nelson*
Mark A. Nelson