# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>TATE REEVES, in his official capacity as Governor of the State of Mississippi, *et al.*<br><br>*Defendants* | |
| JXN UNDIVIDED COALITION, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>SEAN TINDELL, in his official capacity as Commissioner of the Mississippi Department of Public Safety, *et al.*<br><br>*Defendants* | Civil Action No. 3:23-cv-272-HTW-LGI<br>*Consolidated with*<br>Civil Action No. 3:23-cv-351-TSL-RPM |

## MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL

The undersigned, who is a member of the bar of this Court, hereby moves to withdraw his appearance in this Court as counsel for the Plaintiffs in *JXN Undivided Coalition, et al. v. Tindell, et al.* ("Coalition Plaintiffs"), as he is no longer associated with the Mississippi Center for Justice. Other attorneys from the Mississippi Center for Justice and MacArthur Justice Center at the University of Mississippi Law School will continue to represent Coalition Plaintiffs as counsel of record in this matter.

1

Dated: October 10, 2024					Respectfully Submitted,

							*/s/ Blake Feldman*
							Blake Feldman
							MS Bar No. 106749
							SOUTHERN CENTER FOR HUMAN RIGHTS
							60 Walton St. NW
							Atlanta, Georgia 30303
							bfeldman@schr.org

							*Counsel for the Coalition Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing Motion with the clerk of the court using the ECF system which sent notification to all counsel of record.

Submitted this the 10th day of October 2024.

*/s/ Blake Feldman*
Blake Feldman

*Counsel for the Coalition Plaintiffs*
