IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, ET AL.,<br><br>*Plaintiffs*,<br><br>v.<br><br>TATE REEVES, in his official capacity as Governor of the State of Mississippi, ET AL.,<br><br>*Defendants*. | Case No. 3:23-cv-272-HTW-LGI<br><br>**MOTION FOR VOLUNTARY DISMISSAL** |

Plaintiffs respectfully move to voluntarily dismiss all of their claims, and this action in its entirety, without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).[1]

The State Defendants do not oppose the relief requested. Chief Justice Randolph does not oppose dismissal, but requests that dismissal be with prejudice instead.

As set out in the accompanying memorandum, dismissal should be without prejudice. Dismissal without prejudice is the default under Rule 41(a), and it would be required under the Fifth Circuit's precedents if this litigation were to continue and the Court were to grant Defendants' requests for dismissal for lack of standing. Accordingly, Plaintiffs respectfully request that the Court enter an order voluntarily dismissing this action without prejudice.

---

[1] The requested dismissal does not pertain to and should not affect the consolidated case, *Jxn Undivided Coalition, et al. v. Tindell, et al.*, No. 3:23-cv-351-TSL-RPM.

Respectfully submitted this 2nd day of December, 2024.

| | |
|---|---|
| /s/ Mark H. Lynch | /s/ Carroll Rhodes |
| Eric H. Holder, Jr.,* DC Bar # 303115 | Carroll Rhodes, MS Bar # 5314 |
| Megan A. Crowley,* DC Bar # 1049027 | **LAW OFFICES OF CARROLL RHODES** |
| Gary S. Guzy,* DC Bar # 375977 | POST OFFICE BOX 588 |
| Mark H. Lynch,* DC Bar # 193110 | HAZLEHURST, MS 39083 |
| Brenden J. Cline,* DC Bar # 1021317 | Telephone: (601) 894-4323 |
| **COVINGTON & BURLING LLP** | Fax: (601) 894-1464 |
| One CityCenter | crhode@bellsouth.net |
| 850 Tenth Street NW | |
| Washington, DC 20001 | *Counsel for All Plaintiffs* |
| Tel: (202) 662-6000 | |
| Fax: (202) 662-6291 | |
| eholder@cov.com | |
| mcrowley@cov.com | |
| gguzy@cov.com | |
| mlynch@cov.com | |
| bcline@cov.com | |

*Counsel for Plaintiff NAACP*

*Pro Hac Vice