IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TATE REEVES, in his official capacity as Governor of the State of Mississippi, *et al.*, <br><br> Defendants. | No. 3:23-cv-272-HTW-LGI |

**UNITED STATES' NOTICE OF WITHDRAWAL
OF MOTION TO INTERVENE (ECF No. 69)**

PLEASE TAKE NOTICE that the United States hereby withdraws its motion to intervene (ECF No. 69).

Dated: December 3, 2024

Respectfully submitted,

| | |
|---|---|
| TODD W. GEE | KRISTEN CLARKE |
| United States Attorney | Assistant Attorney General |
| Southern District of Mississippi | Civil Rights Division |

| | |
|---|---|
| */s/ Angela Givens Williams* | */s/ Victor J. Williamson* |
| ANGELA GIVENS WILLIAMS (#102469) | R. TAMAR HAGLER (CA 189441) |
| MITZI DEASE PAIGE (#6014) | JOHN A. RUSS IV (CA 192471) |
| Assistant U.S. Attorneys | VICTOR J. WILLIAMSON (DC 495783) |
| 501 E. Court St. | J. ERIC RICH (MD 0012130218) |
| Suite 4.430 | KAITLIN TOYAMA (CA 318993) |
| Jackson, MS  39201 | Attorneys |
| Phone: (601) 965-4480 | Civil Rights Division |
| Angela.Williams3@usdoj.gov | U.S. Department of Justice |
| Mitzi.Paige@usdoj.gov | 950 Pennsylvania Ave NW – 4CON |
| | Washington, D.C. 20530 |
| | Phone: (800) 253-3931 |
| | tamar.hagler@usdoj.gov |
| | john.russ@usdoj.gov |
| | victor.williamson@usdoj.gov |
| | j.rich@usdoj.gov |
| | kaitlin.toyama@usdoj.gov |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2024, I electronically filed the foregoing with the clerk of the court using the Court's ECF system, which will send notification of this filing to counsel of record.

>  */s/ Victor J. Williamson*
> VICTOR J. WILLIAMSON
> Attorney, Voting Section
> Civil Rights Division
> U.S. Department of Justice